# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin, | Case No. 24-CV-02646 (JMB/DLM) |
| Plaintiff, | |
| v. | |
| Hennepin County, *a municipal entity*; Keith Ellison, *in his official capacity as Minnesota Attorney General*; Mary Moriarty, *in her official capacity as Hennepin County Attorney*; Chela Guzman-Weigart, *in her official capacity as Assistant County Administrator for Law, Safety, and Justice*; Julia Dayton-Klein, *in her individual capacity*; George F. Borer, *in his individual capacity*; Danielle C. Mercurio, *in her individual capacity*; Jill Rogstad, *Dr. - in her official capacity as Senior Clinical Forensic Psychologist in the Fourth Judicial District*; Adam Milz, *Dr. - in his official capacity with Hennepin County Mental Health*; Jacqueline Perez, *in her official capacity as Assistant Hennepin County Attorney*; and Bruce M. Rivers, *in his individual capacity*, | |
| Defendants. | |

## ORDER OF RECUSAL AND DIRECTION TO THE
## CLERK OF COURT FOR REASSIGNMENT OF CASE

The above-captioned case has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses himself from hearing this matter. Accordingly,

IT IS HEREBY ORDERED pursuant to this Court's Assignment of Cases Order dated July 19, 2021, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment, and the Clerk is further directed to void and reuse a card on the appropriate list of the automated case assignment system.

Dated: July 9, 2024 /s/ *Jeffrey M. Bryan*
Judge Jeffrey M. Bryan
United States District Court