UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MATTHEW D. GUERTIN<br><br>        Plaintiff,<br><br> v.<br><br>HENNEPIN COUNTY, a municipal entity;<br><br>KEITH ELLISON, in his official capacity as Minnesota Attorney General;<br><br>MARY MORIARTY, in her official capacity as Hennepin County Attorney;<br><br>CHELA GUZMAN-WEIGART, in her official capacity as Assistant County Administrator for Law, Safety, and Justice;<br><br>JULIA DAYTON-KLEIN, in her individual capacity;<br><br>GEORGE F. BORER, in his individual capacity;<br><br>DANIELLE C. MERCURIO, in her individual capacity;<br><br>DR. JILL ROGSTAD, in her official capacity as Senior Clinical Forensic Psychologist in the Fourth Judicial District;<br><br>DR. ADAM MILZ, in his official capacity with Hennepin County Mental Health;<br><br>JACQUELINE PEREZ, in her official capacity as Assistant Hennepin County Attorney;<br><br>BRUCE M. RIVERS, in his individual capacity.<br><br>        Defendants. | Case No: 24-cv-02646-JRT-DLM<br><br><br><br><br><br><br><br>**PLAINTIFF'S AFFIDAVIT OF SERVICE** |

**AFFIDAVIT OF SERVICE**

1

Matthew D. Guertin, County of Carver, in the State of Minnesota, being duly sworn states that on July 11, 2024, he served a copy of the Plaintiff's:

1. COMPLAINT

2. EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND IMMEDIATE HEARING; AND ALL ATTACHED EXHIBITS

3. CIVIL COVER SHEET

4. COMPLETE LIST OF DEFENDANTS

5. INDIVIDUAL SUMMONS, TO CORRESPONDING DEFENDANT

on the following parties, by mailing one (1) copy of each document listed above, enclosed in a USPS Priority Mail Express, Flat Rate Envelope, postage prepaid, and by depositing the same in the United States mail, directed to the following at their address:

| | |
|---|---|
| DR. JILL ROGSTAD | DR. ADAM MILZ |
| Clinical Forensic Psychologist | Hennepin County Mental Health |
| Hennepin County Government Center | Hennepin County Government Center |
| 300 South Sixth Street | 300 South Sixth Street |
| Minneapolis, MN 55487 | Minneapolis, MN 55487 |
| USPS TRACKING - EI993543474US | USPS TRACKING - EI993543443US |
| | |
| REFEREE DANIELLE C. MERCURIO | REFEREE GEORGE F. BORER |
| Hennepin County Government Center | Hennepin County Government Center |
| 300 South Sixth Street | 300 South Sixth Street |
| Minneapolis, MN 55487 | Minneapolis, MN 55487 |
| USPS TRACKING - EI993543488US | USPS TRACKING - EI993543491US |

| | |
|---|---|
| JUDGE JULIA DAYTON KLEIN<br>Hennepin County Government Center<br>300 South Sixth Street<br>Minneapolis, MN 55487<br>USPS TRACKING - EI993543514US | KEITH ELLISON<br>Minnesota Attorney General<br>445 Minnesota Street, Suite 900<br>St. Paul, MN 55101-2127<br>USPS TRACKING - EI993543505US |
| BRUCE RIVERS<br>Rivers Law Firm, P.A.<br>701 4th Ave S, Suite 300<br>Minneapolis, MN 55415<br>USPS TRACKING - EI993542876US | JACQUELINE PEREZ<br>Assistant Hennepin County Attorney<br>C-2000 Government Center<br>300 South Sixth Street<br>Minneapolis, MN 55487<br>USPS TRACKING – EI993542880US |
| MARY MORIARTY<br>Hennepin County Attorney<br>C-2000 Government Center<br>300 South Sixth Street<br>Minneapolis, MN 55487<br>USPS TRACKING - EI993542902US | CHELA GUZMAN-WEIGART<br>Assistant County Administrator<br>A2303 Government Center<br>300 South 6th Street<br>Minneapolis, MN 55487<br>USPS TRACKING - EI993542893US |
| HENNEPIN COUNTY<br>A Municipal Entity<br>A2303 Government Center<br>300 South 6th Street<br>Minneapolis, MN 55487<br>USPS TRACKING – EI993543457US | |

I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT. Minn. Stat. § 358.116

Dated:  July 12, 2024                                             Respectfully submitted,

                                                                                       */s/ Matthew D. Guertin*

                                                                                     Matthew David Guertin
                                                                                     Pro Se Plaintiff
                                                                                     1075 Traditions Ct.
                                                                                     Chaska, MN  55318
                                                                                     Telephone: 763-221-4540
                                                                                     MattGuertin@protonmail.com
                                                                                     www.MattGuertin.com



**Label 1 (EI 993 543 488 US):**

USPS Priority Mail Express

FROM:
Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318
PHONE: (763) 221-4540

TO:
Referee Danielle C. Mercurio
Hennepin County Government Center
300 South 6th Street
Minneapolis, MN 55487
ZIP+4: 55487-____

**Label 2 (EI 993 543 491 US):**

USPS Priority Mail Express

FROM:
Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318
PHONE: (763) 221-4540

TO:
Referee George F. Borer
Hennepin County Government Center
300 South 6th Street
Minneapolis, MN 55487
ZIP+4: 55487-____

**Label 1 (EI 993 543 514 US) — Priority Mail Express**

FROM:
Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318
PHONE: (763) 221-4540

TO:
Judge Julia Dayton Klein
Hennepin County Government Center
300 South 6th Street
Minneapolis, MN 55487
ZIP+4: 55487-____

**Label 2 (EI 993 543 505 US) — Priority Mail Express**

FROM:
Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318
PHONE: (763) 221-4540

TO:
Keith Ellison
Minnesota Attorney General
445 Minnesota Street, Ste. 900
St. Paul, MN 55101
ZIP+4: 55101-2127

**USPS Priority Mail Express Label 1**

Tracking: EI 993 542 876 US

FROM:
Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318
PHONE: (763) 221-4540

TO:
Bruce Rivers
Rivers Law Firm, P.A.
701 4th Ave South, Suite 300
Minneapolis, MN 55415
ZIP+4: 55415

$100.00 insurance included.

---

**USPS Priority Mail Express Label 2**

Tracking: EI 993 542 880 US

FROM:
Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318
PHONE: (763) 221-4540

TO:
Jacqueline Perez
Assistant Hennepin County Attorney
C-2000 Government Center
300 South 6th Street
Minneapolis, MN 55487
ZIP+4: 55487

$100.00 insurance included.

**Label 1 (EI 993 542 902 US) — Priority Mail Express**

FROM:
Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318
PHONE (763) 221-4540

TO:
Mary Moriarty
Hennepin County Attorney
C2000 Government Center
300 South 6th Street
Minneapolis, MN 55487
ZIP+4: 55487

**Label 2 (EI 993 542 893 US) — Priority Mail Express**

FROM:
Matthew D. Guertin
1075 Traditions Ct
Chaska, MN 55318
PHONE (763) 221-4540

TO:
Chela Guzman-Wiegert
Assistant County Administrator
A2303 Government Center
300 South 6th Street
Minneapolis, MN 55487
ZIP+4: 55487

9

**UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®**

EI 993 543 457 US

**CUSTOMER USE ONLY**
**FROM:** (PLEASE PRINT)   PHONE ( 763 ) 221-4540

Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318

**DELIVERY OPTIONS** (Customer Use Only)
☐ **SIGNATURE REQUIRED** *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)   PHONE (     )

Hennepin County, municipal entity
A2303 Government Center
300 South 6th Street
Minneapolis, MN 55487

ZIP + 4® (U.S. ADDRESSES ONLY)
5 5 4 8 7 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ **PEEL FROM THIS CORNER**

**PAYMENT BY ACCOUNT** (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**
☐ 1-Day  ☐ 2-Day  ☐ Military  ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees | |
| Weight ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials | $ | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature | |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature | |

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

# UNITED STATES POSTAL SERVICE.

CHASKA
300 N PINE ST
CHASKA, MN 55318-1941
(800)275-8777

07/11/2024                                    10:50 AM

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| PM Express 1-Day | 1 | | $30.45 |

Flat Rate Env
  Saint Paul, MN 55101
  Flat Rate
  Signature Requested
  Scheduled Delivery Date
    Fri 07/12/2024 06:00 PM
  Money Back Guarantee
  Tracking #:
    EI993543505US
  Insurance                                    $0.00
    Up to $100.00 included
Total                                         $30.45

PM Express 1-Day      1                       $30.45
Flat Rate Env
  Minneapolis, MN 55487
  Flat Rate
  Signature Requested
  Scheduled Delivery Date
    Fri 07/12/2024 06:00 PM
  Money Back Guarantee
  Tracking #:
    EI993543457US
  Insurance                                    $0.00
    Up to $100.00 included
Total                                         $30.45

PM Express 1-Day      1                       $30.45
Flat Rate Env
  Minneapolis, MN 55487
  Flat Rate
  Signature Requested
  Scheduled Delivery Date
    Fri 07/12/2024 06:00 PM
  Money Back Guarantee
  Tracking #:
    EI993542893US
  Insurance                                    $0.00
    Up to $100.00 included
Total                                         $30.45

PM Express 1-Day      1                       $30.45
Flat Rate Env
  Minneapolis, MN 55415
  Flat Rate
  Signature Requested
  Scheduled Delivery Date
    Fri 07/12/2024 06:00 PM
  Money Back Guarantee
  Tracking #:
    EI993542876US
  Insurance                                    $0.00
    Up to $100.00 included
Total                                         $30.45

EI993542876US
  Insurance                                    $0.00
    Up to $100.00 included
Total                                         $30.45

PM Express 1-Day      1                       $30.45
Flat Rate Env
  Minneapolis, MN 55487
  Flat Rate
  Signature Requested
  Scheduled Delivery Date
    Fri 07/12/2024 06:00 PM
  Money Back Guarantee
  Tracking #:
    EI993543491US
  Insurance                                    $0.00
    Up to $100.00 included
Total                                         $30.45

PM Express 1-Day      1                       $30.45
Flat Rate Env
  Minneapolis, MN 55487
  Flat Rate
  Signature Requested
  Scheduled Delivery Date
    Fri 07/12/2024 06:00 PM
  Money Back Guarantee
  Tracking #:
    EI993543488US
  Insurance                                    $0.00
    Up to $100.00 included
Total                                         $30.45

PM Express 1-Day      1                       $30.45
Flat Rate Env
  Minneapolis, MN 55487
  Flat Rate
  Signature Requested
  Scheduled Delivery Date
    Fri 07/12/2024 06:00 PM
  Money Back Guarantee
  Tracking #:
    EI993543474US
  Insurance                                    $0.00
    Up to $100.00 included
Total                                         $30.45

PM Express 1-Day      1                       $30.45
Flat Rate Env
  Minneapolis, MN 55487
  Flat Rate
  Signature Requested
  Scheduled Delivery Date
    Fri 07/12/2024 06:00 PM
  Money Back Guarantee
  Tracking #:
    EI993542880US
  Insurance                                    $0.00
    Up to $100.00 included
Total                                         $30.45

PM Express 1-Day      1                       $30.45
Flat Rate Env
  Minneapolis, MN 55487
  Flat Rate
  Signature Requested
  Scheduled Delivery Date
    Fri 07/12/2024 06:00 PM
  Money Back Guarantee
  Tracking #:
    EI993543443US
  Insurance                                    $0.00
    Up to $100.00 included
Total                                         $30.45

Flat Rate Env
  Minneapolis, MN 55487
  Flat Rate
  Signature Requested
  Scheduled Delivery Date
    Fri 07/12/2024 06:00 PM
  Money Back Guarantee
  Tracking #:
    EI993543514US
  Insurance                                    $0.00
    Up to $100.00 included
Total                                         $30.45

PM Express 1-Day      1                       $30.45
Flat Rate Env
  Minneapolis, MN 55487
  Flat Rate
  Signature Requested
  Scheduled Delivery Date
    Fri 07/12/2024 06:00 PM
  Money Back Guarantee
  Tracking #:
    EI993542902US
  Insurance                                    $0.00
    Up to $100.00 included
Total                                         $30.45

Grand Total:                                 $334.95

Credit Card Remit                            $334.95
  Card Name:
  Account #: XXXXXXXXXXXX
  Approval #: 031233
  Transaction #: 173
  AID: A0000000980840              Chip
  AL: US DEBIT
  PIN: Not Required

Save this receipt as evidence of
insurance. For information on filing an
         insurance claim go to
   https://www.usps.com/help/claims.htm
       or call 1-800-222-1811

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
  and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
             1-800-222-1811.

           Preview your Mail
           Track your Packages
           Sign up for FREE @
     https://informeddelivery.usps.com

  All sales final on stamps and postage.
  Refunds for guaranteed services only.
         Thank you for your business.

       Tell us about your experience.
   Go to: https://postalexperience.com/Pos
  or scan this code with your mobile device,

or call 1-800-410-7420.

UFN: 261650-0318
Receipt #: 840-55530294-1-6319427-2
Clerk: 04