# Exhibit C

**EXHIBIT C**

Affidavit of Fact' which was prepared by Matthew Guertin and filed pro se into his Hennepin County District Court Criminal Case 27-CR-23-1886. The index number cited matches the courts official case record. [1]

**Index 30** | 04/09/24, Affidavit of Fact and Evidence

---

1   Make use of the bookmarks for easy navigation of this exhibit.

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

**STATE OF MINNESOTA**                          **DISTRICT COURT**

**COUNTY OF HENNEPIN**                   **FOURTH JUDICIAL DISTRICT**

---

State of Minnesota,                              Court File No.: 27-CR-23-1886

　　　　　　　　Plaintiff,

vs.                                              **DEFENDANT'S**

Matthew David Guertin,                           **AFFIDAVIT OF FACT**

　　　　　　　　Defendant.

---

TO:　　　　THE HONORABLE JAY QUAM, JUDGE OF THE DISTRICT COURT; THE
　　　　　　CLERK OF THE FOURTH JUDICIAL DISTRICT COURT; MS. JACQUELINE
　　　　　　PEREZ, ASSISTANT HENNEPIN COUNTY ATTORNEY; AND THE OFFICE
　　　　　　OF THE HENNEPIN COUNTY ATTORNEY.


### AFFIDAVIT OF FACT

I, MATTHEW DAVID GUERTIN, residing at 4385 Trenton Ln N #202, City of
Plymouth, County of Hennepin, State of Minnesota, being duly sworn, hereby depose and state
under penalty of perjury:


### INTRODUCTION

I am the Defendant in the above-captioned matter, currently representing myself pro se. This
affidavit is submitted in support of my ongoing efforts to address and correct a series of
procedural anomalies and significant issues within my case that have raised profound concerns
regarding my personal safety, freedom, and the integrity of the judicial process. The narrative
that unfolds in the pages that follow is one that might seem more suited to a suspense-filled legal
thriller than the reality of a court proceeding. Yet, every fact stated herein is a stark reflection of
my surreal journey through a legal labyrinth that not only threatens my liberty but also
challenges the very foundation of justice and accountability itself.

Exhibit C | Index 30 | p. 1

The detailed accounts and exhibits presented in this affidavit highlight the complexities and unique challenges of my case, illustrating a sequence of events that could have led to my unjust detainment in a mental institution—a scenario I believe I just narrowly avoided only through diligent monitoring of my case files. This document aims to shed light on procedural discrepancies and the critical lack of informed consent surrounding pivotal decisions in my case. It includes a focus on the unsettling events of January 15-17, 2024, leading up to a significant moment on January 30-31, 2024. During this time, I filed a pro se 'Motion for Production of Medical Records' and 'Motion for Continuance' into my civil court case. This period also saw the subsequent signing of an agreement to extend my 'Stayed Order of Commitment' by an additional 9 months, a decision I argue was made under duress, resulting from the aforementioned lack of informed consent combined with the threat of appearing at the scheduled February 1, 2024, hearing and being "committed directly to an appropriate safe and secure facility" without even being able to obtain an exam report, critical to my defense, prior to the scheduled hearing despite multiple requests to my defense counsel in addition to a direct request to the court.

My decision to dismiss my previous legal representation and proceed pro se is not made lightly. It stems from a culmination of factors that have eroded my trust in the ability of my former counsel to adequately represent my interests. This action is a testament to my determination to ensure that my side of the story is heard and that the facts of my case are examined without bias or external influence.

In sharing these experiences and concerns, it is my hope not only to correct the course of my own case but also to shed light on the broader implications for judicial integrity when procedural anomalies go unchecked. My journey, as outlined in this affidavit, is a plea for transparency, justice, and a fair and impartial judicial process that is based on the merits of facts and evidence, free from the shadow of external influences and procedural irregularities that have thus far clouded my court proceedings.

Exhibit C | Index 30 | p. 2

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

## ROUND 1 OF ALLEGED PATENT FRAUD INVOLVING PHOTOROBOT & THE INTERNET ARCHIVE

**October 31, 2022**: **An Email Response From Mark Roberts Motion Control CEO**

I received an mail reply from Mark Roberts Motion Control CEO, Assaff Rawner approximately three weeks after my initial contact with his company. In this email response he tells me that he is interested in my invention only to then also end up pointing me to the PhotoRobot 'Virtual Catwalk' and asking me how my invention was any different from said product. This exchange would result in an IDS being filed with the USPTO shortly after resulting in 'PhotoRobot' appearing as unpublished prior art on page 2 of my now granted patent US 11,577,177.

*(Exhibit L)*

**November 6, 2022: I Stumble Upon The Trojansky / Netflix Patent Application**

My foray into potential intellectual property concerns began with unease about the similarities between my invention and PhotoRobot's 'Virtual Catwalk,' as mentioned by Mark Roberts Motion Control's CEO. This concern, not initially rooted in suspicions of fraud, led me to a surprising discovery during patent searches. I found Stephan Trojansky's patent application, intriguingly linked to Netflix's acquisition valued at approximately $100 million. My patent, filed just 12 days before Trojansky's, potentially served as prior art, a revelation that was both shocking and validating. The response from my patent attorney, recognizing the gravity of my discovery and its potential to impact the Netflix application, was pivotal. It affirmed the critical nature of my situation as an independent inventor against the backdrop of an industry giant's substantial investment.

**Dec 5, 2022: Text Messages With My Former CIA Welder**

**11:49am – Welder:**

Have they got to you yet?

*(Exhibit C)*

Exhibit C | Index 30 | p. 3

**9:10pm – Me:**

Nope.

But when they do all they need to bring along is a fat check.

My analysis of the situation is as follows:

Let's hypothetically say that my patent is in fact a really big deal to Netflix as in they realize that something needs to be done to resolve it. They inherently have a finite number of choices available to them to resolve it. I currently hold all the leverage short of them killing me which still isn't a guaranteed successful outcome for them as far as obtaining the IP for a variety of reasons. If they cared so much that they were actually considering killing me as one of their viable options that would infer that they would almost certainly at the very least be gathering Intel on me in a variety of ways...most of those digital in nature...correct?

If that was the case then they would be well aware that my ultimate goal is to profit on my intellectual property and call it a day.

If they know this fact then killing me is a really poor choice when they could instead be ensured almost 100% success in obtaining that which they are after in its entirety by simply paying for it.

The whole thing is that because my application is prior art now they are already somewhat fucked no matter what they do. That part is automatic. So technically it is in their benefit for me to receive as many patent rights as possible so that they can still end up with the same exact rights and protections they planned on initially getting... So let's say that they have their people and strings that they can pull in the patent office (which I'm sure exists in some form) instead of pulling hypothetical strings to interfere with my patent they should instead be pulling strings to ensure it goes through smoothly and without issue as once my patent is 100% official it simply becomes a matter of them acquiring InfiniSet, Inc in a clean and easy process.

*(Exhibit C)*

Exhibit C | Index 30 | p. 4

Money is always the preferable method of obtaining what one wants in the world of the controllers

Money = Control

As long as they know selling the ip and profiting is my ultimate intention and that they will have an opportunity to purchase it from me it means they have every incentive to do nothing at all but be patient.

That doesn't mean they aren't going to pay me lot though. Haha.

**9:11pm – Me:**

How's my analysis? Would you consider my logical conclusions to be generally correct?

**9:14pm – Welder:**

Pretty spot on

**9:14pm – Me:**

It's all a game XXXXXXX. The people who understand that aspect of reality and the world in which we live have a huge advantage. For example – not having myocarditis or dying suddenly

**9:15pm – Welder:**

It is a game, and I like smoking weed and skirting the rules a bit!

Crazy, you think they know you beat them already?

**9:17pm – Me:**

I don't look at it as beating them per say. If you mean do I think they know my patent is a problem they need to address I'm guessing the answer is yes

**9:17pm – Welder:**

Sweet

**9:17pm – Me:**

I could've just as easily been the one 12 days late to the party        *(Exhibit C)*

Exhibit C | Index 30 | p. 5

**9:18pm – Welder:**

Let me know when you wanna come over to the shop

True, buy your not!

**9:18pm – Me:**

But in my case I'd be fucked. They have unlimited money though... so they aren't fucked. Such is life

**9:19pm – Me:**

I played the game well enough to get a little bit of that money is all

Hopefully

**9:19pm – Welder:**

Yup, you will

**9:20pm – Welder:**

If not, we can start making a new billion dollar or bitcoin idea!

**9:22pm – Me:**

My patent attorney has hardly charged me anything because I prepare my own stuff...including my responses and completely picking apart and dismantling what the examiners put forth. I'm currently preparing all of the defenses and documentation for a few different strategies depending on what happens next. I'm learning all about patent law and including case law in my responses

**9:23pm – Me:**

It's literally like playing a game

**9:24pm – Me:**

(Image of prototype with LED light bars turned on)

**9:24pm – Welder:**

Lol! Crazy and more power to yea

*(Exhibit C)*

Exhibit C | Index 30 | p. 6

**9:24pm – Me:**

(Image of prototype with LED light bars turned off)

**9:25pm – Me:**

My programmers are busting ass now to finish that part and I'm about to paint my ceiling black and turn my living room into a straight up studio

**9:25pm – Welder:**

Amazing!

Noice

**9:26pm – Me:**

But I still haven't finished... so I still haven't left... no parties. .. haven't even seen my cousins new baby or my other friends new kid. … not until I cross the finish line

**9:27pm – Me:**

It's unhealthy. But I'll make up for it later

**9:28pm – Welder:**

True, let me know if you need any help

**9:29pm – Me:**

I might need to build travel cases soon

**9:31pm – Welder:**

We can do

**9:32pm – Me:**

I need to research specs for flying cargo

*(Exhibit C)*

**December 9, 2022: My Internet Archive 'PatentlyFalse' User Account Is Created**

Following my patent attorney's guidance, I submitted an Information Disclosure Statement (IDS) containing YouTube links to the PhotoRobot 'Virtual Catwalk,'

Exhibit C | Index 30 | p. 7

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

coinciding with the exciting news of receiving a notice of allowance for my first ever patent. This turn of events introduced a period of anticipation where we decided to await the patent examiner's approval of the IDS before paying the allowance fees. This strategy was advised to solidify the patent's strength by acknowledging potential prior art, despite it momentarily pausing the finalization of my patent's approval. This pause, although intended to enhance my patent's robustness, inadvertently led to increasing anxiety and concern over the PhotoRobot product, especially as days passed without word from the patent examiner. If not for this waiting period, my focus might have never shifted back to scrutinizing the PhotoRobot 'Virtual Catwalk' further. However, this waiting transformed into a catalyst for deeper investigation fueled by my general worry and the many 'what ifs' circling my mind.

This curiosity led me to explore the history of the PhotoRobot website on the Internet Archive, marking the start of a deep dive into an unexpected rabbit hole. I noticed words like 'infinite' and 'filming' appearing in more recent archive saves that were absent in earlier versions of the 'Virtual Catwalk' product page. Initially, I resorted to straightforward methods: copying text from different archived versions into Google Docs and using 'Doc Compare' to detect any textual changes. This straightforward yet effective technique unveiled clear alterations, solidifying my suspicions of tampering. Driven by the delay in procedural steps and growing concerns about the PhotoRobot link, I was motivated to undertake a thorough investigation.

This backdrop of anticipation and procedural diligence set the stage for a deeper dive into the PhotoRobot website and its Virtual Catwalk product. After initially being pointed to it by Assaff Rawner and following the unsettling delay in my patent's final steps, my concerns grew. In response, I leveraged the Internet Archive, creating the 'PatentlyFalse' account in the early hours of December 9. I then embarked on capturing a comprehensive 'snapshot' of the entire PhotoRobot.com website, seeking to preserve historical evidence that could shed light on the unfolding situation.

(*Exhibit M*)

Exhibit C | Index 30 | p. 8

**December 15, 2022:**

I reached out to the Internet Archive querying their policy on content removal requests. My primary concern, detailed in my correspondence, was the risk that the opposing party could erase historical web content, undermining my evidence base against them. This engagement not only exhibits my efforts to safeguard the integrity of my intellectual property but also underscores the lengths to which I had to go to ensure the preservation of digital evidence critical to proving fraudulent activity.

*(Exhibit M)*

This particular action is pertinent, demonstrating my pro-activeness in securing evidence and understanding the mechanisms of digital archiving, which could be crucial in legal proceedings related to patent infringement and fraud.

**December 23, 2022: Text Messages With My Former CIA Welder**

**10:32am – Me:**

I need my heater. Still

Like today

**10:33am – Welder:**

Lol!

It's in my shop, you coming out this way?

(provides address to shop)

**10:33am – Me:**

Are you driving by my area anytime today?

**10:34am – Welder:**

Maybe

I'll know around noon

**10:35am – Welder:**

What are you doing?

*(Exhibit C)*

Exhibit C | Index 30 | p. 9

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

**10:36am – Me:**

> I'm compiling information. Long story but it will pay off very soon I'm guessing.
>
> I'm investigating...data analysis…
>
> Using a program called MAXQDA

**10:37am – Me:**

> Qualitative and quantitative analytics

**10:37am – Welder:**

> Oh, I see. I can bring it out after I drop my big kids at 3pm

**10:37am – Me:**

> Of someone scheming and scamming…

**11:06am – Me:**

> The words used are on the left.... the blog articles are on the top with the most recent ones being on the left side and oldest being on the right side
>
> https://www.dropbox.com/s/XXXXXXX/Matrix.png?dl=1

**11:07am – Me:**

> It downloads so you can on at it by zooming on your phone. It's a really big image

**11:12am – Me:**

> They'll be shook. Especially if I just told them and didn't tell them how or what I actually know. I might even email the guy and play dumb and ask if he's going to be available to help me with programming and questions around mid March "when my programmer gets back in town, etc, etc" to make him think I'm not advancing at all so they think they have not more time if they're trying to put something together

**11:13am – Welder:**

> I like that option

*(Exhibit C)*

Exhibit C | Index 30 | p. 10

**December 24, 2022: I Realize The Internet Archive Is Involved In Alleged Fraud**

While examining PDF screencaptures of the PhotoRobot.com/blog page from the Internet Archive, I noticed a discrepancy in the archive count within a span of five minutes on the pages I had originally captured on December 9, shortly after the creation of my new 'PatentlyFalse' user account. Initially, the total archived save count was 45, but after capturing a new PDF screen capture, it increased to 47. This change should not happen as archived save counts should be consistent across all saved dates of a webpage with the same url until a new save occurs. This indicated that in the brief period between my two PDF screen captures, additional archives were added and appeared as if they were from the past, showing as new entries on the Internet Archive's timeline. This observation suggested real-time alterations to the archive, introducing "backdated" entries into the historical record.

Upon discovering the unexpected changes in the Internet Archive's historical records, my perspective on the investigation shifted dramatically. This anomaly suggested that the Archive itself might be facilitating the backdating of web pages, implicating it in the activities I was investigating. This realization prompted me to immediately disconnect my computer from the internet. I needed time to process the implications, leading me to pause my investigative efforts for a few days. During this break, I distributed copies of the significant amount of evidence I had collected to trusted third parties for safekeeping. This precaution was driven by the awareness that the situation was far more complex and involved higher-level coordination than initially anticipated. Recognizing the Internet Archive's reputation as a reliable digital historical record and its potential use as evidence in legal matters, including intellectual property disputes, heightened my concern. It became clear that I was no longer dealing with a straightforward case of fraud but potentially with a broader conspiracy involving wire fraud and a coordinated effort spanning multiple countries, all seemingly aimed at undermining me and my intellectual property. This was a profound and unsettling realization, marking a pivotal moment in my journey to uncover the truth.

Exhibit C | Index 30 | p. 11

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

After my meeting with Dr. Jill Rogstad on March 1, 2023, I sent her the two PDF screen captures showing the changing archive count from December 9, 2022. These were part of four emails I sent very shortly after our meeting, aimed at providing additional evidence to support our discussion points. Despite their inclusion in the list of materials reviewed for her examination report, this critical evidence was overlooked and not deemed relevant in her conclusions. This omission significantly compounded the difficulty in demonstrating the complexities and manipulations at play in my situation.

**January 5-6, 2023: Detailed Email Discussions About The Alleged Fraud Taking Place**

I engaged in a comprehensive email dialogue with my former patent attorney about concerns regarding what I believed were the fraudulent activities involving the Internet Archive itself which were being carried out in support of the alleged PhotoRobot fraud that I was investigating. This communication highlights my efforts to protect my patent rights and address possible infringements and deceptive practices taking place at what I considered to be a very 'high level' due to the alleged involvement of the Internet Archive.

I provided a Dropbox link to my attorney, containing files that detailed my analysis and evidence of the alleged fraud, showcasing my diligent approach to documenting and safeguarding evidence of potential malfeasance.

My attorney recognized the complexity of the situation and discussed possible steps to tackle the issue, including her supportive stance of filing a complaint through ic3.gov. This advice from someone whose career revolves around intellectual property signifies the gravity with which my concerns were received and the considered approach to addressing my allegations.
*(Exhibit N)*

Following my attorney's guidance, I eventually did in fact file a complaint with ic3.gov in May of 2023, reflecting a formal step towards seeking resolution and justice for the purported fraudulent activities concerning my patent. Both the ic3.gov FBI report and the corresponding FTC report are respectively included as *(Exhibits Xa & Ya)* of the pro se

Exhibit C | Index 30 | p. 12

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

'Motion for Judicial Notice' I filed on April 3, 2024 into my criminal case, 27-CR-23-
1886. Further email communication of my intent to file the FTC report is detailed in
*(Exhibit E)* of this affidavit.

This sequence of interactions with my attorney not only underscores the legal and
strategic considerations involved but also my proactive stance in defending my
intellectual property rights.

**January 14, 2023: Text Messages With My Former CIA Welder**

**11:43am – Me:**

> Here - if you have a trusted contact at FBI or wherever that will look into this and
> considers it a serious matter just send them this as the introduction -
> https://www.dropbox.com/s/XXXXXXX//Data_Analysis_Fraud.zip?dl=1
> I have all supporting documents/ files as well along with a massive cache of
> additional data

**11:46am – Me:**

> It involves someone at the internet archive conspiring with the ceo of a company
> in the UK named Assaff Rawner (who I believe is the mastermind behind the
> whole thing as that is who I emailed and was trying to get help from for the
> robotic cameras his company makes) along with the photorobot company which is
> located in the Czech Republic.

**11:47am – Welder:**

> https://openai.com

**11:47am – Me:**

> What is that?
> Yeah. I've heard about this

**11:48am – Welder:**

> What you think?

*(Exhibit C)*

Exhibit C | Index 30 | p. 13

**11:48am – Me:**

But what is that going to do? Solve the case?

I never used it because it requires you to enter your phone number so it's sketchy

*(Exhibit C)*

## January 15, 2023: Reaching Out For Some Help

Following the advice provided during my filing of Minnetonka Police Report #23-000151 filed on January 12, I took proactive steps to delve deeper into the issues surrounding my case. I initiated contact with several digital forensic services, such as CompForensics.com, Carney Forensics, and DigitalInvestigations.com, early in the day. This action demonstrates my dedication to conducting a detailed technical analysis and unearthing the truth behind my concerns.

**12:00 pm | OUTGOING** Call to CompForensics.com - 3 min
left a message

**12:03 pm | OUTGOING** Call to Carney Forensics - 2 min
left a message

**12:05 pm | OUTGOING** Call to DigitalInvestigations.com - 5 min

**12:10 pm | OUTGOING** Call to DigitalInvestigations.com - 5 min
*(Exhibit V)*

After making contact with DigitalInvestigations.com to seek assistance in analyzing digital forensic evidence, I detailed my findings to an individual from their team. My discussion centered on a peculiar inconsistency I had observed in the Internet Archive's handling of 'Saved On' and 'Archived On' dates within the .js and .css file footers of certain web-pages, which I believed indicated potential evidence manipulation. During this conversation, upon delving into the specifics of this discrepancy, the respondent unexpectedly uttered an exclamation and abruptly ended the call. This sudden termination of our discussion, particularly after revealing such a specific and potentially incriminating

Exhibit C | Index 30 | p. 14

anomaly, left me perplexed and concerned. It seemed as though I might have unwittingly reached someone with knowledge of or involvement in the questionable activities I was investigating, rather than the unbiased forensic expert I believed I was dialing when I initiated the call.

Despite my immediate efforts to re-establish contact, hoping to clarify the reason behind the abrupt end to our conversation, I received no further communication from DigitalInvestigations.com. The absence of any follow-up, combined with the abrupt end to our detailed discussion, led to significant concern regarding the integrity of my phone communications and whether I was indeed speaking with the person I believed I was.

**12:25 pm | OUTGOING** Call to US Secret Service Minneapolis - 22 min
*(Exhibit V)*

Continuing my efforts I dialed the US Secret Service Minneapolis office but was redirected to their Chicago division due to unavailability at the local office. In this call, I shared the breadth of my situation, including previous attempts to engage with the FBI. The individual I spoke with, whose demeanor was unexpectedly casual, acknowledged my concerns and concurred with my interpretation that criminal conspiracy and wire fraud were evident in my case. Remarkably, he requested the case number from my police report filed with the Minnetonka Police Department. Furthermore, he inquired about my willingness to meet with a Minneapolis agent for a more detailed discussion should they reach out for further clarification on the issues I raised. Agreeing to such a meeting underscores my ongoing commitment to uncovering the truth behind the complex web of alleged fraudulent activities surrounding my patent and the broader implications of my legal and technological predicament.

**12:52 pm | INCOMING** Call from my Former CIA Welder - 2 min
*(Exhibit V)*

Exhibit C | Index 30 | p. 15

Very shortly after my conversation with an agent from the US Secret Service's Chicago office, I received an unexpected call from my former CIA welder. He mentioned driving by and spontaneously offered assistance with my case by mentioning a contact he knew in the FBI and/or Secret Service (he for sure mentioned both entities but I don't remember specific statement) to whom he had shown my materials. His timing was remarkably close to my previous call's conclusion, initiating a dialogue on a subject mirroring my recent discussion with the federal agent. I acknowledged his offer but informed him of my just-concluded conversation with the Secret Service, indicating that I had actually just spoken to someone and had everything taken care of.

(*Exhibit V*)

This call, coming mere minutes after my engagement with the Secret Service, initially seemed coincidental. However, reflecting on the broader context of my case, especially against the backdrop of subsequent discoveries related to alleged fraudulent activities and connections with high-profile entities, this sequence of events now appears less like a coincidence and more indicative of a pattern. This experience contributed to my growing concerns about the surveillance and monitoring of my communications, and was in fact just one of the many 'dots' that I spoke of 'connecting' prior to the incident that occurred on January 21, 2023

Reflecting on the events leading up to these phone calls, my apprehension was mounting due to a series of peculiar occurrences with my technology setup, alongside witnessing real-time alterations to websites I was monitoring for potential fraudulent activity. My high-performance computer, a meticulously built system with advanced specifications, experienced a Blue Screen of Death (BSOD) for the first time, an anomaly given its robust build and my technical ability to ensure it remained running smoothly.

Furthermore, I discovered an unexpected BIOS configuration change that enabled the computer to restart automatically after shutdown—a setting I had never activated. This alteration hinted at remote access intentions, allowing unauthorized users to reboot the system without manual intervention. Additionally, a new, cryptically named user account appeared on my computer, characterized by a nonsensical alphanumeric sequence. This,

Exhibit C | Index 30 | p. 16

coupled with unexplained modifications to file permissions, intensified my concerns about the integrity of my digital environment and the potential for surveillance or interference in my investigative efforts.

It was at this point that I began to wonder if those involved in the alleged patent fraud I was fighting against weren't just trying to stop my investigation but may very well try to stop me as well which caused significant concerns for my personal safety. With all the digital evidence I'd amassed and my understanding of their actions deepening, what initially felt akin to navigating through a complex computer game abruptly transformed into a stark reality, in which the real life high stakes at play suddenly became evident.

**January 18-19, 2023: Artificial Everything**

In the wake of discussions with my patent attorney about the PhotoRobot 'Virtual Catwalk' and its alarming similarity to my invention, I found myself inadvertently stepping into a battleground I never anticipated. It was during this period, particularly highlighted in an email exchange with my attorney, that I began to realize the gravity of what I was up against. For the first time in my life, I was directly experiencing the power and potential malice of sophisticated AI. This wasn't merely an introduction to advanced technology; it felt like a direct assault on my intellectual property and, by extension, my life's work, orchestrated by unseen forces wielding AI as their weapon.

This realization of being targeted by AI—my first genuine encounter with its capabilities—was not just a technological challenge but a profound personal crisis. The more I immersed myself in this digital abyss, seeking to understand and counteract the deceptive web being woven around my patent, the more isolated I became. I was not merely investigating a potential fraud or a competitive threat; I was confronting a scenario wherein my very introduction to AI was through its application against me—a frightening and surreal experience that pushed me to the edges of my understanding and comfort.

In my determined effort to find some kind of help and support, I undertook every conceivable action. I personally visited the FBI building in Brooklyn Center, MN, detailed my concerns in a police report, reached out to multiple computer forensic

Exhibit C | Index 30 | p. 17

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

specialists, implored my patent attorney for guidance, and even reached out to the U.S. Secret Service. Yet, each avenue I explored in search of support seemed to lead me back to the start, with little to no concrete assistance or acknowledgment of my situation.

The police report itself captures this circular dilemma, noting my initial outreach to the FBI, who directed me to local authorities, only for those local authorities to recognize their limitations in addressing such a complex, technology-driven issue. They suggested returning to the FBI with more organized data, effectively placing me on a path that looped endlessly between agencies, neither equipped nor willing to address the situation at hand.

On the evening of January 18 or 19, driven by my unsettling discovery of an AI-generated video that I had stumbled upon, I made my way back to the Minnetonka Police Department for help once again, only to realize as I walked up to the door that the lobby had already closed around a half hour earlier. The sight of two black SUVs speeding past me as I entered the parking lot added an eerie layer to my already heightened anxiety. These vehicles, I later realized, sped down a road that ended in a cul-de-sac a very short distance later, offering no further path—only reinforcing the surreal nature of my predicament. This series of events, especially my first significant encounter with AI in such a distressing context, spurred panic and left me unsure where to turn or what to do next, feeling trapped in a scenario far beyond my understanding. The realization that I was essentially on my own, despite having reached out to anyone and everyone who might offer assistance, only deepened the sense of isolation and urgency, highlighting the stark reality that I had no one to rely on but myself. This period of intense anxiety, served as a grim prelude to the events of January 21, 2023.

**January 19, 2023: Text Messages With My Former CIA Welder**

**5:33pm – Me:**

Your text made much more sense a couple days later.

What's the purpose of all of it though?

None of it makes any sense   *(Exhibit C)*

Exhibit C | Index 30 | p. 18

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

**The Escalation Towards January 21, 2023: A Very Loud Call For Help**

In the days preceding January 21, 2023, my situation spiraled into a bewildering and alarming series of events, signaling an acute stress reaction catalyzed by a convergence of unprecedented discoveries and interactions. A critical juncture was my identification of what I perceived as a highly sophisticated attempt to infringe upon my intellectual property rights, centered around a Netflix patent application strikingly similar to my own invention. This realization, coupled with a notable patent priority date just 12 days ahead of a major corporation's filing, imbued the moment with both astonishment and gravitas, especially considering the substantial financial figures involved.

The trajectory towards the eventual acute stress reaction was not linear but rather a culmination of multiple, interconnected 'dots'—each dot representing a distinct but interrelated event or realization that collectively bore down upon my psyche. Notably, a conversation with my 'former CIA welder' revealed a depth of insider knowledge and veiled threats that hinted at a broader, more ominous plot at play. This conversation was not an isolated incident but part of a broader pattern of suspicious activities and anomalies that began to paint a clear picture of concerted efforts to intimidate and isolate me.

Among these 'dots' were technological manipulations and anomalies, such as unexpected computer and phone behaviors, suggesting remote surveillance and interference. The awareness of potentially being monitored by entities with the capability to execute such high-level technological manipulations contributed significantly to my growing sense of paranoia and vulnerability.

The escalation of these events was further amplified by my attempts to seek assistance from various authorities and experts, from personal visits to the FBI to engaging with forensic specialists. Each attempt was met with bureaucratic redirections and a palpable lack of actionable support, leaving me in a limbo of uncertainty and fear. The realization that these efforts circled back to a point of origin without yielding any protective measures or resolutions heightened my sense of isolation and desperation.

Exhibit C | Index 30 | p. 19

27-CR-23-1886

It was within this context of escalating surveillance, technological manipulation, and the apparent involvement of governmental and corporate entities that I found myself on the evening of either January 18 or 19, attempting a second visit to the Minnetonka Police Department. The drive to the police station, marked by the unnerving presence of two black SUVs speeding by just as I pulled into the parking spot for the police lobby, was a physical manifestation of the metaphorical pursuit I felt ensnared in—a pursuit that seemed to lead to a dead end, both literally and figuratively.

This second attempt to seek help, only to find the police station's lobby closed, symbolized the culmination of my growing fears and the stark realization of being entangled in a scenario far beyond my control. The peculiar behavior of the SUVs, coupled with the subsequent discovery that their chosen path led to a cul-de-sac, mirrored the dead ends I encountered at every turn in my quest for assistance and clarity.

Confronted with these overwhelming circumstances and the palpable absence of any meaningful support, I found myself backed into a corner, both metaphorically and physically. The decision to discharge a firearm to summon police intervention was born from a profound sense of being trapped, with no clear direction to turn to for safety or assistance. It was a desperate act, fueled by the acute stress of facing a multifaceted and seemingly insurmountable adversary alone, underscored by the realization that the conventional avenues of help and recourse had effectively closed their doors to me.

This act, while drastic, was a calculated effort to break through the isolation and bring immediate attention to the complex web of threats and manipulations I was ensnared in. It was a plea for intervention, rooted in the hope that the resulting attention would not only offer some form of protection but also cast a spotlight on the deeply concerning and surreal circumstances I was navigating.

Exhibit C | Index 30 | p. 20

**February 2, 2023: Text Messages With My Former CIA Welder**

**5:50pm – Welder:**

Call me beo

Bro

*(Exhibit C)*

**February 13, 2023: Text Messages With My Former CIA Welder**

**8:35am – Welder:**

You alive?

*(Exhibit C)*

**February 26, 2023: Text Messages With My Former CIA Welder**

**9:37am – Welder:**

Call me if you're free

*(Exhibit C)*

**SOME VERY POWERFUL PEOPLE ARE KEEPING THEIR EYE ON ME**

**May 2, 2023: Email Detailing My FTC Fraud Report**

During the evening of May 2, I reached out to my then attorney, Bruce Rivers, via email to inform him about my intention to file a report with the Federal Trade Commission (FTC). In this communication, I shared a link to a digital folder which also played a significant part in the fraud reports I submitted the following day to both the FBI and FTC. This folder contained videos under the title 'AI Generated YouTube Videos', which I had analyzed for evidentiary purposes. In the email, I advised Mr. Rivers to 'download the whole folder and keep it somewhere safe', expressing my growing concerns not just for the security of my digital forensic evidence, but for my personal safety as well.

*(Exhibit E)*

Exhibit C | Index 30 | p. 21

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

**Subsequent Phone Conversation:**

Shortly after sending the email to Bruce Rivers about the FTC report and the 'AI Generated YouTube Videos' folder, I had a phone conversation with him. During this call, when I inquired if he had reviewed the 'AI generated YouTube video stuff'(paraphrasing), he acknowledged seeing it but admitted, 'yes, but I have no idea what I am looking at here.' (paraphrasing) Recognizing the technical nature of the evidence, I suggested he consult with his son, who is involved in video production and editing for his YouTube channel. I proposed this because I believed his son would have the technical insight to identify the unusual digital artifacts indicative of AI generation. I emphasized the trustworthiness and unbiased perspective his son could offer by stating, 'If there is anyone you can trust to provide you with an unbiased and trustworthy opinion, I would have to imagine that your son would be high up on that list, right?' (paraphrasing) To which Mr. Rivers agreed.

**May 22, 2023: Powerful People Are Keeping An All Seeing Eye On Me**

On this date, at 3:13pm, I called Bruce Rivers to inquire if his son had reviewed the digital evidence I emailed, which paralleled what I submitted in my FBI and FTC fraud reports concerning AI-generated fraudulent video content among a large amount of the digital forensic evidence I had downloaded in late 2022 / early 2023. Mr. Rivers confirmed, "Yeah I did, you have some very powerful people keeping an eye on you." This acknowledgment led me to mention, "I know. That's why I shot a gun off in my apartment." The conversation briefly shifted to other case matters, but when I sought to delve deeper into his comment about 'powerful people,' Mr. Rivers expressed concern about the security of our communication, stating, 'We'll talk about it in person/later, I don't trust that this line is secure.'(paraphrasing)

*(Exhibits I & V)*

**May 23, 2023: Relaying My Safety Concerns to Friends**

After being informed on the previous day about 'powerful people keeping an eye on me,' I became extremely concerned for my personal safety. The following morning, I took

Exhibit C | Index 30 | p. 22

proactive steps to inform my circle of friends about the situation. I drafted a message detailing the warning I had received from Bruce Rivers and began sending this identical message to multiple friends. My intention behind disseminating this information was two-fold: firstly, to potentially deter any malicious intentions towards me by making this situation known to a wider audience, and secondly, to ensure that if anything untoward were to happen to me, there would be a broad awareness of the context surrounding my concerns.   *(Exhibits J & V)*

**Subsequent Concerns About Communication Monitoring:**

Approximately a couple weeks or so after the phone call in which Bruce Rivers mentioned 'powerful people keeping an eye on me,' I initiated another phone call to discuss my case. During this call, Bruce made a comment that struck me as cryptic and suggestive of our communications being monitored. He questioned, in a manner that seemed more than just conversational, "what's up with attorney-client privilege?" This comment led me to infer that he had somehow become aware that I had shared our previous conversation about 'powerful people keeping an eye on me' with friends. Given that I had communicated this information through texts and calls from my cellphone to multiple friends, his remark intensified my concerns about the privacy of my communications and the possibility that they were in fact being monitored.

**June 6, 2023: A Direct Attempt to Address Concerns About My Case**

Concerned about the overall direction of my case, I sent an email to my former attorney, Bruce Rivers. In this email, I detailed my suspicions of a widespread conspiracy involving AI and several major companies, affecting the integrity of evidence against me. I emphasized the potential relevance of AI-generated content to my defense, pointing out how this evidence could demonstrate both my competency and the existence of a conspiracy against me. Despite previously discussing the significance of this AI evidence, including a comment from Rivers acknowledging that 'powerful people' were monitoring me, his subsequent communications seemed to dismiss or downplay these concerns. This inconsistency in his responses and the lack of engagement with the critical evidence I

Exhibit C | Index 30 | p. 23

provided led to confusion and frustration on my part. I sought clarity on whether he had truly considered the evidence I had sent, including my FBI report and analysis of AI-generated videos, and questioned the potential conflict of interest given his connections to YouTube amidst allegations involving the platform.

(*Exhibit F*)

It is worth noting that I never received a reply to this email or any sort of direct response to the concerns raised therein.

## DEFENSE ATTEMPTS HAMPERED BY DEFENSE COUNSEL

### July 7, 2023: Contesting Dr. Jill Rogstad's Incompetent Exam Report

During a court hearing aimed at contesting Dr. Jill Rogstad's assessment of my incompetency to stand trial, I attempted to present comprehensive evidence of my competency and achievements. Notably, my US Patent 11,577,177 was the sole piece of evidence officially recorded, despite my preparation of a significant amount of additional documentation. This documentation, meticulously designed and then printed on 11 x 18" card stock in full color, was intended to highlight my competencies and personal milestones. However, based on advice from Bruce Rivers, who expressed concern that presenting this material might inadvertently support the narrative questioning my mental stability, I chose not to present it.

### July 28, 2023: I Discover the Order of Civil Commitment

It's fair to say that I was shocked by the July 20, 2023 filing of an 'Order of Civil Commitment' against me, a discovery made only on July 28 upon receiving a letter from Michael Biglow, who identified himself as my court-appointed attorney. The news was alarming, igniting fears of potentially being committed to a mental institution at a crucial time when I was focused on launching my company and advancing my business ventures. Adding to my confusion was the introduction of a supposed court-appointed attorney,

Exhibit C | Index 30 | p. 24

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

given my understanding that Bruce Rivers was already representing me in my legal matters.

Reacting to this unexpected development, I reached out to Bruce Rivers via text on July 28 to express my concerns and confusion. In response, Bruce assured me not to worry, affirming his commitment to represent me in the civil court proceedings, thus addressing my apprehensions regarding representation by an unknown court-appointed attorney. (*Exhibits H & V*)

**August 1, 2023: Rivers Flow of Representation Runs Dry**

Despite prior assurances, Bruce Rivers did not represent me during my civil court proceedings. This is clearly evident through my somewhat panicked emails and text messages in which I sought assistance and guidance amidst my growing concerns about the civil commitment proceedings against me. These proceedings, fueled by what I perceive as a misleading, unfounded, and egregious report supposedly prepared by Dr. Jill Rogstad, alongside the ominous 'powerful people' remark previously made by Bruce Rivers, intensified my fear of an unjust commitment to a mental institution—a consequence of defending my patent rights and facing the ramifications thereof.

Recognizing Bruce Rivers unavailability due to his well-documented cross-country motorcycle trip on his 'CLR Bruce Rivers' YouTube channel, I sent my email on August 1, knowing that I would not be getting ahold of Bruce but instead hoping to receive a reply from someone on his team with legal guidance. This was done with my knowledge that Bruce was engaged in his adventure, effectively making him inaccessible for immediate legal counsel. This situation left me to contend with my own, albeit less scenic, journey through civil commitment proceedings with no guidance at all from a person whom I've known for over 20 years and was relying on for sound legal guidance at a critically important juncture in my legal proceedings. (*Exhibits G, H, & V*)

Exhibit C | Index 30 | p. 25

**August 1, 2023: My Advocacy Pulls a No-Show Thanks to Michael Biglow**

Before my scheduled examination and hearing on August 1, 2023, I proactively shared substantial documentation and evidence with my court-appointed attorney, Michael Biglow, to challenge and discredit the exam report that was supposedly prepared by Dr. Jill Rogstad. This evidence included the January 12, 2023 police report with a file name of 'Mntka_PD_Police_Report__23-000151__FILED_9_DAYS_BEFORE_INCIDENT.pdf', my patent, the successful '3rd Party Prior Art' submission filed against the Netflix patent application, the FTC and FBI reports I filed on May 3, 2023, a copy of my 2019 IRS 'Wages and Income' statement showing a gross income of $218,385.00 *(Exhibit P)*, and links to my professional accomplishments, underscoring my significant achievements and contributions to various project which included very clear references to published article links in which I received official "Engineering" credits which served to directly refute Dr. Jill Rogstad's use of this claim made by myself during our meeting as a way to actually support her diagnosis in the report she supposedly prepared and filed with the court on March 10, 2023.

Despite this, the only document forwarded to the relevant parties was the April 7, 2023 letter from my psychiatrist in California *(Exhibit Q)*, reflecting a narrow representation of the extensive evidence I provided in a proactive attempt to defend myself. This act of selective forwarding, particularly given the last minute timing involved insofar as Michael Biglow making the decision to send the email just six minutes prior to the Zoom meeting beginning, and the profound ramifications of this meeting pertaining to my entire life, and future as a whole, points to a significant oversight and lack of advocacy on my part. This situation underscores the challenges I faced, and continue to face in ensuring my voice and evidence are adequately represented in the judicial process, further complicating my efforts to contest the competency determination and its implications on my legal and personal standing.

*(Exhibits O, P, & Q)*

Exhibit C | Index 30 | p. 26

**ROUND 2 OF ALLEGED PATENT FRAUD INVOLVING NETFLIX & PAUL DEBEVEC**

**August 8, 2023: Paul Debevec's SIGGRAPH 2023 YouTube Video Is Discovered**

I discovered a SIGGRAPH 2023 video on YouTube titled "The Full Spectrum of Virtual Production," featuring Paul Debevec representing Netflix and EyeLine Studios, which is accessible via the following link: https://www.youtube.com/watch?v=tMpg29Vc0bU

At approximately 59:00 minutes into the video, I located a rotating treadmill similar to the technology described in my US Patent 11,577,177 as well as the Trojansky/Netflix patent application. This evidence significantly contributed to my concerns regarding potential intellectual property infringement and fraudulent activities related to my patented technology.

This finding eventually prompted me to conduct a more thorough investigation into the alleged fraud, and document my analysis, including the notable discovery and its implications, on my Substack page at 'https://MattGuertin.substack.com/p/netflix-fraud-is-discovered', with the actual publishing of this post itself occurring some time after the August 8, 2023 date of the initial discovery itself.

**August 9, 2023: I Send An Emergency Email To My Patent Attorney**

I send an email to my former patent attorney, Amanda Prose at 3:29pm with a subject line of 'Emergency' which simply stated:
"Amanda, If you are available to talk on the phone for a second I have a rather new and serious fraud problem I need to get an opinion on asap. In involves Netflix. Thanks, ~Matt"

This email exchange is documented on my Substack page at:
https://MattGuertin.substack.com/p/emergency-email-to-patent-attorney

**August 10, 2023: I Email The Entire Firm After Not Receiving A Response**

After not receiving a response at all to my 'Emergency' email from the previous day I decide upon the bold move of simply emailing the entire firm due to my concerns about

Exhibit C | Index 30 | p. 27

potential electronic communication tampering amidst critical international patent filing deadlines. My urgency and concern is highlighted by the subject of the email which is aptly titled 'Need an in person meeting at WCK asap' This communication detailed my concerns about maintaining reliable contact, my discoveries surrounding the Netflix patent, and its potential infringement on my US Patent 11,577,177. I raised critical issues regarding patent law, specifically the obligation of 'Duty of Candor' concerning prior art citation during the patent application process.

I also highlighted my concerning findings regarding the fact that Paul Debevec is associated with USC/USC Cinema who had conducted searches for my LinkedIn page sometime during the one week period preceding December 17, 2022, as well as the week preceding February 5, 2023. This is notable as December 9, 2022 would mark the official point at which my focus had become completely diverted from finishing my prototype to inadvertently becoming a digital forensic investigator upon my discovery of the alleged PhotoRobot fraud that is detailed in my Minnetonka Police Department report #23-000151. Upon establishing my 'PatentlyFalse' Internet Archive account to archive the PhotoRobot website, I devoted my efforts to downloading full website pages and engaging in extensive digital forensic analysis. This proactive approach in gathering evidence would have made it evident to any parties involved in the suspected fraudulent activities that I was aware of their actions. Consequently, it is plausible that such parties might search for my LinkedIn profile out of curiosity or for further insight into my investigations.

Despite receiving a prompt response from my former patent attorney indicating her availability for a meeting, my subsequent communication was overshadowed by a disheartening email from a firm shareholder, informing me of the firm's decision to terminate our client-attorney relationship which included the rather strange inclusion of the statement "For your information, Amanda Prose no longer offices at our downtown Minneapolis office. Your emails to her will no longer reach her, our system has been modified to do that." The firm's formal withdrawal from representation was filed with the USPTO as 37 CFR 11.116(b)(1)  'Withdrawal can be accomplished without material

Exhibit C | Index 30 | p. 28

adverse effect on the interests of the client,' a characterization that starkly contradicts the critical timing and context of my communications, which were aimed at addressing significant challenges and securing necessary investments for my patent's international protection and advancement with the help of my former patent attorney, Amanda Prose who worked for WCK – the same firm as the shareholder who responded and terminated our relationship. This development significantly compounded the complexities and challenges I faced during a pivotal juncture in my legal and professional endeavors.

After receiving my intellectual property files from Westman, Champlin, Koehler, delivered by courier, I found a letter from firm shareholder Steven M. Koehler included with the documents. In his letter, Koehler offered a referral to assist with my international patent application filings. While I was grateful for the referral, it notably contrasts with the firm's stated reason for ending our client relationship. The referral implicitly acknowledges the ongoing need for professional assistance with my intellectual property endeavors, contradicting the firm's withdrawal reason under the pretext of non-detriment to the client, as outlined in 37 CFR 11.116(b)(1). This situation arose following my communication to the firm about suspected fraudulent actions involving Netflix, Inc., highlighting a critical juncture in my pursuit of protecting and advancing my intellectual property rights.

Complete email exchanges and interactions are documented on my Substack page at: https://MattGuertin.substack.com/p/dropped-as-client-by-patent-attorney

## LINKEDIN SEARCHES CONFIRM POWERFUL PEOPLE KEEPING AN EYE ON ME

**August through October of 2023: I Investigate My LinkedIn Search History**

Following my discovery of Paul Debevec's involvement in the alleged fraud, and the LinkedIn profile searches by entities associated with him, I began a meticulous review of other LinkedIn profile visits. It's pivotal to note that despite establishing my LinkedIn profile in late 2020, my engagement with the platform was minimal. After conceiving my

Exhibit C | Index 30 | p. 29

invention, I posted once about my work on a significant new personal endeavor, following the filing of my provisional patent and trademarks, without delving into specifics. Since then, my LinkedIn activity all but ceased, and my profile remains largely unfinished, lacking in detailed employment history or any substantive updates. The sole action I undertook related to my invention on LinkedIn was securing and minimally setting up a page for 'InfiniSet,' a precaution taken after finalizing the name for my invention and the business endeavor I was building that revolved around it. This backdrop of limited LinkedIn engagement accentuates the unusual nature and specific interest of the searches conducted by entities closely linked to significant figures in my legal and intellectual property challenges.

In the process of meticulously examining the accumulated automated LinkedIn emails in my inbox, I uncovered a series of conspicuous searches by entities affiliated with government and military sectors. The revelation of these searches led me to conduct an exhaustive analysis, culminating in the creation of a comprehensive graph and timeline. This timeline traces back to the inception of my patent idea, overlaying significant personal and business milestones alongside the noteworthy searches conducted by various entities.

To provide a quantitative measure, I incorporated the total number of profile searches reported in each automated LinkedIn notification, which as I understand it all correspond to specific one-week intervals which directly precede the arrival of the automated emails in my inbox. This data was meticulously organized on a graph, visually correlating the timing of these searches with pivotal events in my life and business endeavors, including the January 21, 2023 incident leading to criminal charges and subsequent court proceedings. Notably, the timeline graph, presented in *(Exhibit A)*, reveals an unprecedented peak of 25 LinkedIn searches within a single week which directly preceded July 20, 2023—the exact date the civil commitment order was filed against me. This week stands out not only for the record number of searches in a one week period, but also for featuring the "State Of Rhode Island" among the searching entities.

Exhibit C | Index 30 | p. 30

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

For further validation and substantiation of all of the data presented in my 'LinkedIn Search and Count Graph Event Timeline', I compiled a detailed collection of email headers, PDF prints, .eml exports, and raw HTML codes for each email corresponding to the dates of these searches. A selection of this compilation is shared in (*Exhibits X-Fa*), highlighting the authenticated and significant searches conducted by a variety of government, military, intelligence, and defense-related entities. These searches notably align with critical moments in my personal timeline, underscoring the potential implications and interest of these entities in the unfolding events of my life and legal challenges while serving to substantiate the earlier comment made to me by former defense attorney, Bruce Rivers concerning 'powerful people keeping an eye on me'.

Among the notable LinkedIn profile searches, a series of entities with ties to military and government sectors conducted investigations into my profile. These searches, meticulously detailed, and authenticated through the inclusion of PGP email header verifications (*Exhibit W*), span a significant timeline and encompass a range of entities that underscores the breadth and depth of interest in my professional and personal endeavors. The chronological list of the searches I chose to share the PGP email headers, raw email HTML, and PDF email prints of for the purpose of authentication are as follows:

**11/28/2021: United States Air Force Academy**

A search marking one of the earliest instances of military interest.

(*Exhibit X*)

**01/16/2022: The United States Air Force**

An indication of growing interest from the military.

(*Exhibit Y*)

**07/17/2022: The United States Department of the Air Force**

Suggests a continued and specific interest from this military branch.

(*Exhibit Z*)

Exhibit C | Index 30 | p. 31

**12/17/2022:  USC School of Cinematic Arts & United States Army Reserve**

Significant due to the fact that Paul Debevec, and USC-ICT, whom he is also affiliated with receive a significant portion of their funding directly from the US Army who works directly with USC. In addition the US Army is officially included in patents which Paul Debevec is the inventor of.

*(Exhibit A & Aa)*

**01/21/2023:  Forcepoint & 3Gimbals**

On the exact date leading to my criminal charges, I received an automated LinkedIn email indicating that Forcepoint & 3Gimbals had both performed searches for me sometime during the prior week, underscoring a critical alignment with my legal troubles and supporting my claims regarding electronic surveillance and interference.

*(Exhibit A & Ba)*

Additional, and highly relevant insight into 'who' exactly Forcepoint and 3Gimbals are, and what their business dealings entail can be found on my Substack page at:
https://MattGuertin.substack.com/p/forcepoint-fox-3gimbals-search-me

**02/05/2023:  USC School of Cinematic Arts**

A second 'follow-up' search by USC Cinema is conducted for my profile

*(Exhibit Ca)*

**07/20/2023: The State of Rhode Island**

Coincides with the filing of a civil commitment order against me as well as the all time, one week 'search count record' of 25 searches in a one week period taking place for my LinkedIn page.

*(Exhibit A & Da)*

**08/03/2023: DARPA, Defense Intelligence Agency, & US INDOPACOM**

The Defense Advanced Research Projects Agency (DARPA), Defense Intelligence Agency, and U.S. Indo-Pacific Command all conduct a search

Exhibit C | Index 30 | p. 32

for my LinkedIn profile during the same one week period indicating a heightened level of interest from high-profile defense entities which coincidentally occurs at the very same time I am in the process of fighting to ensure I am not committed to a mental institution by the Hennpin County courts as fraudulent discovery material is being injected into my case to further increase the chances of said commitment.

*(Exhibit A & Ea)*

Fraudulent discovery material is detailed in my April 4, 2024, pro se 'Motion to Compel Discovery and Affidavit of Fact' filed into my criminal case, 27-CR-23-1886.

**08/11/2023: The United States Air Force & U.S. Department of State**

Search is conducted during a time period which coincides with my discovery of the SIGGRAPH video I perceived as fraudulent, and which resulted in being dropped as a client by my former IP attorney's firm upon bringing it to their attention in an email.

This is notably the fourth search conducted for my LinkedIn profile (that I can see) by an entity directly connected to the US Air Force.

*(Exhibit A & Fa)*

This pattern of searches, particularly on dates closely aligned with pivotal events in my life and legal case, suggests a concerted and coordinated effort to not only gather intelligence on me but potentially exert direct influence over the various events taking place, in which my life continues to become more and more surreal with each passing day. The inclusion of these authenticated searches in *(Exhibit X-Fa)* serves to substantiate my concerns regarding surveillance and potential interference in my affairs by entities with significant resources and influence which serves to significantly discredit the exam report that was supposedly prepared and submitted to the court on March 10, 2023 by Dr. Jill Rogstad.

Exhibit C | Index 30 | p. 33

**POTENTIAL APPLICATIONS IN MILITARY TRAINING SIMULATIONS ARE VAST**

**October 2023: An Analysis of the InfiniSet Patent**

In the course of probing the suspected Netflix fraud, I employed an AI analysis to scrutinize a seemingly fraudulent academic paper found on an Army.mil domain, which was also identified as an officially filed document of the US Army. This step was part of a broader effort to uncover and document potential fraudulent activities tied to my case and intellectual property concerns. This investigation inadvertently resulted in me beginning to explore the implications of my patent as it related to military training simulations, resulting in an eventual AI analysis which emphasized my patent's vast potential in transforming military training through the creation of adaptive and hyper-realistic scenarios, made possible by integrating with AI systems. The significance of my invention is not solely confined to military applications but extends to various fields that can benefit from enhanced virtual immersion experiences, which include medical, and educational use cases, showcasing its broad innovative impact.

(*Exhibit D*)

It is important to also point out that in my patent disclosure for US 11,577,177, I in fact include a direct reference to AI being used as one of the ways to control it as indicated in the following verbatim excerpt from my patent:

> In one or more embodiments described herein, the creation of the illusion of movement of an otherwise stationary user utilizes a control system for synching the operation of the treadmill, the position of the user, and the camera. An artificial intelligence (AI) system and/or existing software may be used to acquire the data needed to control the system, where the AI and/or existing software is able to analyze a video and determine very accurately the path, rotation, and/or 3D positional data of the camera that recorded the video.

Exhibit C | Index 30 | p. 34

**BRUCE RIVERS AND THE LACKIN' OF MY INFORMED CONSENT**

**January 15, 2024: "No court"**

With a court date scheduled for the following day at 1:30 pm, uncertainty prevailed regarding whether my appearance would be required in person or if I could attend via Zoom. Seeking clarity, I attempted to contact my former attorney, Bruce Rivers, at 4:17pm via an unsuccessful phone call *(Exhibit I & V)*.  Bruce quickly responded via text, asking if he could call later. I agreed, providing my mother's cell phone number as an alternative contact to ensure I wouldn't miss his call due to the urgency of needing to confirm my arrangements for the court date *(Exhibit H & V)*.

> **6:26pm** - I have still not received the call I have been waiting for from Bruce and it is stressing me out as I still do not know my plans for the following day and so I send Bruce a text message "Can I do Zoom tomorrow? I kind of have to know what's going on..."

> **6:26pm** - Bruce instantly replies to me with "No court"

> **6:27pm** - Two additional text messages arrive from Bruce Rivers stating "I'll call you in the morning" and "Nothing has changed"

> **6:27pm** - I reply right away with "K."

> **6:28pm** - I follow up with another text to Bruce - "Otherwise if i try calling you... around lunch time? Between 12 and 1 ?"

> **6:30pm** - I follow up with an additional text to Bruce - "You might not get ahold of me in the morning..so as long as I know I don't have court I'll try you late morning...afternoonish..(*thumbs up emoji*)  Have a good night"

> **7:32pm** - Bruce replies with "Xok" - which I assume means 'Ok.'

> *(Exhibit H & V)*

Exhibit C | Index 30 | p. 35

**January 16, 2024: Court Orders Flowing Without My Informed Consent or Knowing**

A court order, drafted by Judicial Referee Danielle C. Mercurio, was officially signed by her at 8:27am, and subsequently by Judge Julia Dayton Klein at 9:22am on the morning of January 16, 2024. This timeline suggests the order was likely prepared in advance of that day. Considering the early morning signings, one might infer that the document's preparation was prioritized to be ready for such early execution, indicating a high level of procedural urgency or pre-planning.

This court order is notable as it begins with the following verbatim statement:

> "This matter was scheduled to come before the undersigned Referee of District Court on January 16, 2024. Tom Arneson, Assistant Hennepin County Attorney, represented the plaintiff. Defendant was represented by Bruce Rivers, Esq.
>
> Prior to the hearing, the parties agreed to a finding of incompetency entered administratively."

This court order's initial statement starkly contrasts with the reality of my situation. As a key party mentioned, I never consented to any agreement on incompetency. Bruce Rivers communication of "No court" and "Nothing has changed" less than a day earlier led me to believe no such order or decision was pending, at least not one that I would've had the ability to actively contest on my behalf had I known that there was in fact the opportunity for me to do so. This miscommunication not only misled me but also deprived me of informed consent regarding the proceedings, undermining the integrity of the supposed agreement and the procedural fairness owed to me.

**January 17, 2024: Judicial Referee Danielle C Mercurio's Multi-Day Court Dis-Order**

Danielle C Mercurio's court order, likely prepared in advance due to its early morning signing on January 16, was officially submitted and filed into my case, 27-CR-23-1886, at 7:29am on January 17, 2024 . This procedural step, occurring in the early morning hours, underscores the peculiar timeline and handling of the order. The fact that an order,

Exhibit C | Index 30 | p. 36

addressing a hearing initially scheduled for January 16 and involving decisions made without my informed consent is signed hours prior to the scheduled 1:30pm hearing, and then filed the following day, highlights procedural irregularities within the court's processing of my case. This anomaly further emphasizes my profound concerns regarding the integrity of the court's actions and my rights to due process.

## CRITICAL EXAM REPORT IS NEVER PROVIDED DESPITE MULTIPLE REQUESTS

### January 26th, 2024: Exam Report Requested From Bruce Rivers Never Flows My Way

I reach out to my former attorney, Bruce Rivers, in an attempt to gain access to the exam report prepared by Dr. Adam Milz, upon the realization of the unexpected and 'surprise' civil court hearing resulting from the January 16-17, 2024 court order prepared by Judicial Referee Danielle C Mercurio which includes the statement:

> "the Defendant may be committed directly to an appropriate safe and secure facility"

**12:51pm -** I send Bruce Rivers a text message requesting that he send me Dr. Adam Milz's exam report from my 6 month psychological exam review that I completed with him over the two hour Zoom meeting that took place on January 3rd, 2024. I additionally text him my email address even though he already knows it.

*(Exhibit H & V)*

**4:38pm -** I follow up with an email to Bruce Rivers that simply states

"Bruce, Can you please email me my psychological evaluation report? Thank you. ~Matt"

This email is included as part of the supporting documents included with my 'Motion For Continuance' submitted to the court on January 30th, 2024 for my

Exhibit C | Index 30 | p. 37

civil case, 27-MH-PR-23-815, and is included as *(Exhibit Qb)* of the pro se 'Motion for Judicial Notice' I submitted to the court on April 3, 2024, pertaining to my criminal case, 27-CR-23-1886.

**January 28th, 2024: Bruuuuuuce**

After not receiving an email with the report or any further communication from Bruce Rivers I try calling him at 4:31pm and do not get ahold of him and so I send him a text message at 4:34pm that simply says "Bruuuuuuce"

*(Exhibit H & V)*

**January 29th, 2024: Matthew?**

At 8:45am the following morning Bruce replies to my text with "Matthew?"

I reply 2 minutes later with "Yes" and "Tis me" but never receive any further response or reply from him.

*(Exhibit H & V)*

**Exam Report Never Received:**

Despite these multiple requests to my former defense attorney Bruce Rivers, in addition to my pro se filing of a 'Motion For Production Of Medical Records' into my civil court case, 27-MH-PR-23-815, on January 30, 2024 I have yet to receive the requested exam report prepared by Dr. Adam Milz which is critical for my defense. This January 30, 2024 'Motion for Production of Medical Records' is included as *(Exhibit Rb)* of the pro se 'Motion for Judicial Notice' I submitted to the court on April 3, 2024, pertaining to my criminal case, 27-CR-23-1886.

Exhibit C | Index 30 | p. 38

**THE ONLY DISCOVERY MATERIALS I RECEIVED ARE FRAUDULENT**

**January, 2024: "You already have the discovery materials"**

During a telephone conversation with my former attorney, Bruce Rivers, which occurred sometime during January 2024, I requested access to discovery materials pertinent to my case. Bruce's response to my request was, "You already have the discovery materials," delivered in a tone that suggested jest or a lack of seriousness. This assertion was inaccurate, as my efforts to obtain comprehensive discovery documents have been ongoing since the inception of my legal proceedings as is clearly established in the excerpt of hand written notes I had prepared prior to an in person meeting I had with Bruce Rivers at his downtown Minneapolis office shorlty before my March 1, 2023 meeting with Dr. Jill Rogstad.

*(Exhibit R)*

My sole instance of receiving discovery materials directly related to the incident on January 21, 2023, involved the manipulated documents sent by Michael Biglow, my court-appointed attorney, on August 3, 2023, as detailed and substantiated in my pro se 'Motion to Compel Discovery and Affidavit of Fact' I filed on April 4th, 2024, aiming to challenge the inadequacy and manipulation of the discovery materials I had been given.

**MY HENNEPIN COUNTY MCRO CRIMINAL CASE HISTORY IS REPOPULATED**

In early 2023, shortly after being charged following the incident on January 21, I conducted a search for my case on the Hennepin County Online MCRO court records system. To my surprise, this search showed a nearly clean slate, displaying only the recent charges and an insignificant past violation which I believe was a parking ticket but do not specifically recall. This result was unexpected but not unwelcome, as it reflected a significant period of my life where I had matured and moved beyond my fondness of partying during my younger years which had a habit of leading to various legal troubles. My last criminal legal issue prior to January 21, 2023 beyond

Exhibit C | Index 30 | p. 39

petty misdemeanor parking tickets, dates back to July of 2008, marking a long period of personal growth and significant responsibility in terms of the trust that was necessary for the many successful projects I oversaw during this time. My successful ability at overcoming the troubles of my past was something I actually took great pride in, and was in fact a topic of prior discussion and text exchanges with my former attorney, Bruce Rivers in which I directly asked him about the potential for expungement of my earlier legal issues.   (*Exhibit H*)

This topic of thought, and subsequent conversation came to mind and was text to Bruce Rivers due to my desire to visit friends I now have in Canada as a result of my international travels, and all of the people I met during my time spent in Los Angeles and abroad during the years of 2014-2020.

A subsequent search of my criminal history on the MCRO system in early 2024 revealed a sudden re-population of my criminal history dating all the way back to 2002, which includes minor infractions such as five petty misdemeanor parking tickets spanning 2011-2012, an 'improper storage of litter' violation from 2003, a 'violation of party ordinance' from 2002, and a speeding ticket from 2002 which didn't even take place in Hennepin County.
(*Exhibit U*)

This unexpected re-population of my criminal history, including both minor and irrelevant past infractions, raises concerns about potential manipulation within the Hennepin County Court System. The appearance of previously absent records suggests a deliberate attempt to cast me in a negative light, possibly by someone with significant access to electronic records within the court system. This manipulation not only compromises the integrity of my case but also undermines the trustworthiness of the court's records as whole.
(*Exhibit U*)

**A LANGUAGE ANALYSIS OF THE JANUARY 16-17, 2024 COURT ORDER**

In conducting a thorough analysis of the language and structure of the January 16-17, 2024, court order regarding my case, it became apparent that the document is indeed prepped for the

Exhibit C | Index 30 | p. 40

eventuality of my detainment based on assessments of my mental competency. This order, intricately detailing steps for prepetition screening and potential commitment to a facility, explicitly plans for ongoing evaluations of my mental state, highlighting a framework geared towards a prolonged detainment process. The analysis identified a structured approach, with directives emphasizing the court's preparation for and anticipation of my detainment, further corroborated by the necessity for my cooperation with the civil commitment process. This insight into the order's language and procedural directives underscores the seriousness with which my potential detainment is considered, aligning with concerns about the implications for my future based on the court's assessment of my mental health.

(*Exhibit T*)

## A COMPARATIVE ANALYSIS OF THE INFINISET AND NETFLIX PATENT

At some point after the publishing of the Netflix patent (US 11,810,254) on November 7, 2023, I conducted a comparative analysis of it against my own patent (US 11,577,177) which highlighted significant similarities between the two. The analysis concluded that the Netflix patent may not sufficiently differentiate itself in terms of innovation and application from the InfiniSet patent which raises concerns about the novelty and non-obviousness required for a valid patent grant, suggesting that the Netflix patent's validity could be challenged on these grounds.

(*Exhibit K*)

## COMPREHENSIVE VIDEO DOCUMENTATION SUBSTANTIATES FRAUD ALLEGATIONS

**Comprehensive Analysis Documented By Live Multi-Source Video Capture:**

I personally captured what I believe to be 'irrefutable' video evidence of the alleged fraud involving Netflix, YouTube, and the US Army, among many others. This evidence

Exhibit C | Index 30 | p. 41

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

comprised recordings from three separate video sources and two separate audio sources, all captured simultaneously in 'real-time'. This was done as I reviewed various YouTube videos identified as part of the alleged fraud, not just to document their content, but also to record the actual YouTube video file metadata. This process involved live downloads of the YouTube videos during recording, followed by the use of 'Exiftool' to view the embedded metadata within the videos. This metadata includes various details about the video, the most significant being the video's creation date. Notably, almost all the videos feature a 'Handler Description' metadata property formatted as 'ISO Media file produced by Google Inc. Created on: MM/DD/YYYY'.

The method I used to document potential fraud is crucial for its evidentiary strength. I combined three video sources: a 3840x1920 screen capture and two 1920x1080 camera feeds showing different views of my monitor. Additionally, two separate microphones captured audio, each linked to a stereo channel. This multi-source approach, resulting in a 3840x2160 (4K) video at 60 frames per second, robustly documents my online investigations. Including the date and time in each recording, and visibly navigating the web enhances the authenticity. Despite the complex setup, the process ensures even slight discrepancies in video and audio are preserved, making the evidence challenging to dispute. This method, also used to document the initial suspicions of fraud with PhotoRobot, forms a critical part of my evidence, demonstrating a consistent and thorough approach to evidence collection.

The outcome of my documentation process unveiled significant discrepancies in video production dates, suggesting recent creation of content subsequently uploaded to backdated YouTube channels. This pattern is aimed at fabricating a historical narrative, directly intertwining with the crux of the intellectual property conflict central to my ongoing criminal and civil cases. The fabrication of a fraudulent historical record through these manipulated timelines within digital content platforms forms a pivotal aspect of my evidence. It highlights a deliberate attempt to alter historical context and mislead investigations connected to my intellectual property disputes, potentially influencing perceptions and legal arguments against me.

Exhibit C | Index 30 | p. 42

27-CR-23-1886

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

**A Professional 45-Minute Documentary Clarifying My Narrative and Legal Battle:**

During the period of January-February, 2024, I invested approximately 44 days to develop and publish a video on my Rumble channel titled 'Matthew David Vs. Goliath.' This production aimed to introduce my invention and its capabilities, underscored by an overview of significant projects I've been involved in, thereby establishing my professional credibility. The video also provides a detailed timeline of the events leading up to the incident on January 21, 2023, which initiated my involvement in criminal and civil court cases. Furthermore, it delves into the complexities of the suspected fraudulent intellectual property activities at the core of my legal challenges. A key aspect of this video is the direct connection it draws between its content and the legal arguments in my case, significantly enhancing its evidentiary value and supporting my side of the story with a meticulously documented examination of facts and evidence.

In my "Matthew David Vs. Goliath" video, a particularly compelling segment starts at the 24:18 mark, highlighting discernible age discrepancies in appearances of Paul Debevec. These discrepancies suggest that the videos were recently produced and then backdated on YouTube. Moreover, at the 24:43 mark, the video presents two different portrayals of Paul Debevec—one significantly younger and the other visibly older—yet, intriguingly, he wears the same outfit in both. This evidence is pivotal, as replicating such distinct age representations in a single video, under identical conditions, would require a highly advanced and intricate production process, making it nearly impossible to fabricate. This portion of the video, therefore, stands as particularly strong evidence, underscoring its near-irrefutable nature and the substantial challenges in alleging it as manufactured or fraudulent.

All of the videos I detail above are published and available to view on my Rumble channel: https://www.Rumble.com/user/MattGuertin

An additional analysis and broad overview of the alleged fraud, including the aforementioned age discrepancies is thoroughly detailed in a post on my Substack page as well, at the url: https://MattGuertin.substack.com/p/netflix-criminal-fraud-proof

Exhibit C | Index 30 | p. 43

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

**MY DECISION TO PROCEED PRO SE**

The procedural nuances and lack of informed consent surrounding the January 16-17, 2024, court order have significantly impacted my confidence in the legal representation provided to me by Bruce Rivers. This culmination of concerns regarding the handling of my case, including miscommunications about court appearances, mentions of 'powerful people keeping an eye on me', potential conflicts of interest involving his significant presence on YouTube via his 'CLR Bruce Rivers' channel, and decisions made without my direct involvement or consent, has compelled me to make a critical decision regarding my legal defense. Acknowledging the gravity of these issues and their potential impact on not only my rights and the progression of my case, but ultimately my personal freedom and future as a whole, I have chosen to dismiss Bruce Rivers as my defense counsel.

Moving forward, I've opted to represent myself pro se to ensure my defense is precisely aligned with my understanding of justice, fairness, and my interests. This decision emerges from recognizing the necessity of trusting the most reliable advocate I know—myself. By taking this step, I aim not only to challenge the charges against me but also to contest the determinations of incompetency and the allegations of mental illness presented in my civil case. This action underscores my commitment to addressing the procedural discrepancies and the significant issues around lack of informed consent. Facing what I perceive as external pressures and interventions that have influenced the progression of my case, I've concluded that representing myself is the most effective way to navigate these challenges moving forward. This approach not only grants me direct control over my defense but also positions me to confront and clarify the complex, sometimes opaque, circumstances surrounding my legal battles.

**EXHIBIT SUMMARY**

Below is a summary of the exhibits accompanying this affidavit. Each exhibit is carefully selected to substantiate the factual assertions made herein and to provide concrete evidence

Exhibit C | Index 30 | p. 44

supporting the unique and complex nature of my case. These exhibits, which are referenced throughout this affidavit, are integral to understanding the procedural discrepancies, overarching issues of lack of informed consent, and the various other anomalies encountered in my current legal challenges.

**Exhibit A:**

    **LinkedIn Search and Count Graph**

    This exhibit presents a timeline graph constructed from LinkedIn's automated emails, detailing the instances and frequency of searches for my LinkedIn profile between December 26, 2020, and November 16, 2023. It serves to illustrate significant external interest in my professional background and patent activities.

**Exhibit B:**

    **Special Ops Gear and Prototype**

    A visual comparison showcasing my invention alongside its patent drawing, highlighting the undeniable match between the photographed prototype and the patent design. It includes evidence of 'special ops gear', specifically an 'ODF Optronics EyeBall', being utilized in conjunction with my invention, as I had previously disclosed to Dr. Jill Rogstad during our March 1, 2023 meeting.

**Exhibit C:**

    **Text Exchanges with Former CIA Welder**

    Screenshots of text conversations with my former CIA welder, detailing our discussions about the alleged fraud taking place as it was happening, as well as the fact that he was the first one to point me towards 'Ai' being the cause of the alleged fraud.

**Exhibit D:**

    **Military Training Simulations Analysis**

    An analytical piece published on my Substack page in October 2023, exploring the significant implications of my patent for military training simulations. This analysis underscores the potential transformative impact of my invention in enhancing military training simulations.

Exhibit C | Index 30 | p. 45

**Exhibit E:**

**Email Exchanges with Bruce Rivers (May 2, 2023)**

Two emails I sent to Bruce Rivers discussing my imminent FTC fraud report, along with expressing my safety concerns and the stress induced by being unjustly declared incompetent amidst my efforts to protect my patent from being exploited.

**Exhibit F:**

**Email Exchanges with Bruce Rivers (June 16, 2023)**

A detailed email to Bruce Rivers conveying my ongoing concerns about a potential conflict of interest, the 'powerful people' comment, and its continuing effect on my mental well-being and case strategy.

**Exhibit G:**

**Email Exchanges with Bruce Rivers (August 1, 2023)**

Documentation of my attempts to seek assistance from Bruce Rivers' legal team before a crucial hearing and his subsequent failure to represent me as previously assured, despite my detailed and proactive communication.

**Exhibit H:**

**Text Messages with Bruce Rivers (May 25, 2020 - Jan 29, 2024)**

A series of text exchanges between Bruce Rivers and myself, illustrating our long-standing relationship and the evolution of my legal and personal situations. These texts highlight both the lack of informed consent regarding court proceedings and Bruce's initial assurance of representation in my civil commitment case, juxtaposed against our earlier, more casual interactions discussing legal referrals and personal endeavors which include the initial stages of my now granted patent, US 11,577,177.

**Exhibit I:**

**Call History with Bruce Rivers**

Documented call logs between Bruce Rivers and myself, detailing the frequency and timing of our communications, providing insight into the nature and extent of our attorney-client relationship over the critical periods of my case.

Exhibit C | Index 30 | p. 46

**Exhibit J:**

**Texts with Various Friends**

Text messages sent to friends about my concerns for personal safety following Bruce
Rivers remarks about 'powerful people keeping an eye on me'. Additionally, includes in-
depth technical discussions with a business partner, demonstrating my high level of
competence and understanding of complex systems, reinforcing the discrepancy of the
incompetency claims made against me.

**Exhibit K:**

**Patent Analysis vs. Netflix Patent**

Presents a detailed comparative analysis of my InfiniSet patent and the Netflix patent,
highlighting key similarities and potential infringements, underscoring the significant
overlap and the implications for intellectual property rights and innovation.

**Exhibit L:**

**Email Exchange with Assaff Rawner (CEO of Mark Roberts Motion Control)**

In a detailed email exchange dated October 31, 2022, Mr. Rawner expressed interest in
my invention, only to then end up asking me how it is was any different from the
PhotoRobot 'Virtual Catwalk' he then pointed me to via a link to the product on the
PhotoRobot website. This communication is significant not only due to the series of
events it would mark the beginning of, but also due to the fact it highlights industry
interest in my invention, further underscoring the innovative nature of my work and
professional engagement with industry leaders.

**Exhibit M:**

**Email Exchanges with the Internet Archive (Dec 9 - Dec 29, 2022)**

Initial signup emails for my Internet Archive account 'PatentlyFalse' as well as email
correspondence with the Internet Archive regarding my inquiries about their content
removal policy. This exchange was part of my investigation into the alleged manipulation
of digital records by a company to falsely establish historical claims, which directly ties
into the broader concerns of intellectual property theft and fraudulent alteration of web
content I've been addressing. The dialogue underscores my efforts to preemptively

Exhibit C | Index 30 | p. 47

address and rectify fraudulent activities through legal and ethical channels, emphasizing my commitment to safeguarding my intellectual property rights against deceptive practices.

**Exhibit N:**

**Email Exchanges with Former Patent Attorney (Jan 5-6, 2023)**

Communications focusing on the alleged PhotoRobot patent fraud, detailing the steps taken to document and report the fraudulent activity, and the strategic legal advice provided in response to these concerns.

**Exhibit O:**

**Emails to Court Appointed Attorney Michael Biglow (August 1, 2023)**

These emails highlight my proactive efforts to contest the claims made by Dr. Jill Rogstad by providing comprehensive evidence and arguments to my court-appointed attorney, Michael Biglow. Despite supplying a wealth of documents and links to support my case, only a single piece of evidence was forwarded to the concerned parties shortly before my civil commitment hearing, leaving significant materials unutilized and me uninformed of this decision amidst the stress of the proceedings.

**Exhibit P:**

**2019 IRS 'Wages and Income' Statement**

My 2019 'Wages and Income' statement was provided to Michael Biglow as part of my defense materials, showcasing a gross income of $218,385.00. This document was intended to demonstrate my financial success and competence in my professional endeavors, contrasting sharply with the portrayal of mental incompetence in my civil commitment proceedings.

**Exhibit Q:**

**Letter from California Psychologist Dr. Martin Schuster (April 7, 2023)**

A letter from my psychologist, Dr. Martin Schuster, serves both as a character reference and a rebuttal to Dr. Jill Rogstad's findings. Dr. Schuster acknowledges my discussions about potential sabotage by large corporations and attests to my mental stability and the

Exhibit C | Index 30 | p. 48

non-risk of harm to others, directly challenging the incompetency determination and its specific suggestion of my commitment to a mental institution under the auspices of me posing a risk of harm to myself and/or others.

**Exhibit R:**

**Handwritten Criminal Defense Notes for Meeting**

These notes, prepared for a meeting with Bruce Rivers, demonstrate my legal understanding, proactive engagement in my defense, and explicit request for access to all discovery materials related to my case—a request that remains largely unfulfilled outside the provision of the fraudulent discovery materials sent to me by Michael Biglow.

**Exhibit S:**

**Correspondence from Former IP Firm Upon Termination (August 16, 2023)**

A letter from my former intellectual property firm, Westman, Champlin, and Koehler, accompanied the return of my IP files after being dropped as a client. This letter contradicts the official reason for termination as filed with the USPTO, further complicating the narrative surrounding the alleged Netflix fraud and my pursuit of justice.

**Exhibit T:**

**Analysis of January 16-17, 2024, Court Order**

A critical language analysis of the court order prepared by Judicial Referee Danielle C. Mercurio, underscoring my apprehensions and validating my interpretation of the document's implications for my case, personal freedom, and future.

**Exhibit U:**

**Repopulated MCRO Criminal History (Search on March 13, 2024)**

A detailed printout of my suddenly repopulated criminal history within the Hennepin County MCRO system, showing records dating back to 2002. This sudden reappearance of records, including minor infractions, raises questions about the manipulation and transparency of my legal history.

Exhibit C | Index 30 | p. 49

**Exhibit V:**

>   **Personal Cell Phone Records (December 14, 2022 - February 13, 2024)**

>   My cell phone logs that align with critical moments discussed in this affidavit, offering concrete evidence of communications, including their specific dates and times, that substantiate my claims and interactions as described.

**Exhibit W:**

>   **PGP Technical Overview Simplified**

>   A document elucidating the principles of email authentication via Pretty Good Privacy (PGP), tailored for a non-technical audience. This guide emphasizes the role of PGP in ensuring the integrity of digital communications and its legal relevance in establishing the authenticity of electronic evidence.

**Exhibit X:**

>   **United States Air Force Academy (11/28/2021)**

>   Documented LinkedIn notification, detailed with PDF print, HTML code, and PGP email header, validating a profile search conducted by the United States Air Force Academy.

**Exhibit Y:**

>   **United States Air Force (1/16/2022)**

>   Documented LinkedIn notification, detailed with PDF print, HTML code, and PGP email header, validating a profile search by the United States Air Force, marking the second instance of interest by Air Force entities.

**Exhibit Z:**

>   **Department of the Air Force (7/17/2022)**

>   Documented LinkedIn notification, detailed with PDF print, HTML code, and PGP email header, validating a profile search conducted by the Department of the Air Force, the third such inquiry by Air Force-related entities.

Exhibit C | Index 30 | p. 50

**Exhibit Aa:**

**USC School of Cinematic Arts and Army Reserves (12/17/2022)**

Documented LinkedIn notification, detailed with PDF print, HTML code, and PGP email header, validating a profile search by both the USC School of Cinematic Arts and the United States Army Reserves.

**Exhibit Ba:**

**Forcepoint and 3Gimbals (1/21/2023)**

Documented LinkedIn notification, detailed with PDF print, HTML code, and PGP email header, validating a profile search by Forcepoint and 3Gimbals on a significant date tied to my legal challenges.

**Exhibit Ca:**

**USC School of Cinematic Arts (2/5/2023)**

Documented LinkedIn notification, detailed with PDF print, HTML code, and PGP email header, validating a second profile search by the USC School of Cinematic Arts.

**Exhibit Da:**

**State of Rhode Island and Record Search Count (7/20/2023)**

Documented LinkedIn notification, detailed with PDF print, HTML code, and PGP email header, validating a profile search by the State of Rhode Island, alongside a record-breaking weekly search count.

**Exhibit Ea:**

**DARPA, Defense Intelligence Agency, and US INDOPACOM (8/3/2023)**

Documented LinkedIn notification, detailed with PDF print, HTML code, and PGP email header, validating profile searches by DARPA, Defense Intelligence Agency, and U.S. Indo-Pacific Command.

Exhibit C | Index 30 | p. 51

**Exhibit Fa:**

> **The United States Air Force and the U.S. Department of State. (8/11/2023)**
>
> Documented LinkedIn notification, detailed with PDF print, HTML code, and PGP email header, validating profile searches by The United States Air Force and the U.S. Department of State. This is the fourth such inquiry by Air Force-related entities.

## CONCLUSION

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 9th day of April, 2024.

                                            Respectfully submitted,

Date: <u>April 9, 2024</u>                 By: <u>/s/ Matthew Guertin</u>
                                            Matthew David Guertin
                                            Defendant Pro Se
                                            4385 Trenton Ln N #202
                                            Plymouth, MN 55442
                                            Telephone: 763-221-4540
                                            Email: MattGuertin@Protonmail.com

Exhibit C | Index 30 | p. 52

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM



**LinkedIn Search & Count Graph - 01**

**EXHIBIT A**

**MattGuertin.com is created**
Dec 2020 - Feb 3rd 2021

12/26/2020 — 4

1/9/2021 — 2

**I dream up InfiniSet concept**
2/3/2021

**I file my provisional patent**
3/15/2021 — 9
3/19/2021

**Trojansky files provisional**
3/30/2021 — 17
3/31/2021 is the date Trojansky filed his application
3/30/2021 is date of the automated LinkedIn email

**Fox Entertainment  *SEARCH***
**Fox Network Group  *SEARCH***
parent company of Fox is The Walt Disney Company
4/19/2021 — 9

FOX ENTERTAINMENT   FOX NETWORKS GROUP
The Walt Disney Company

5/10/2021 — 2

**Netflix supposedly hires Paul Debevec**
**after quitting his position with Google**
'June 2021'

**Eyeline Studios registered with CA SOS**
prior to this it was only registered in home state of Nevada
6/30/2021

Exhibit C | Index 30 | p. 53



**LinkedIn Search & Count Graph - 02**

9/10/2021  3
9/17/2021  2
10/18/2021  14
11/14/2021  8
11/22/2021
11/23/2021  3
11/28/2021  14
12/12/2021  17
12/26/2021  2
1/9/2022  5
1/16/2022  3
1/31/2022
2/10/2022
2/27/2022

**Official Netflix press release**
acquisition of Scanline VFX & Eyeline Studios
approximately $100,000,000 paid to Trojansky

UKG (Ultimate Kronos Group) 1st *SEARCH*

## US Air Force 1st *SEARCH*

This time frame that has both ends capped
with searches by the US Air Force just
so happens to coincide with me beginning
my search for a local welder who could help
me complete the welding of my prototype.
This would ultimately end up with me
getting in touch with a welder very near my
apartment who was self proclaimed former
US Military & Central Intelligence Agency

Brigham and Women's Hospital *SEARCH*

## US Air Force 2nd *SEARCH*

## Prototype welding completed

**Google** steals trademarked 'InfiniSet' name
and they've been flooding the search results for it ever since

**John Hopkins Bloomberg  *SEARCH***

Exhibit C | Index 30 | p. 54



**LinkedIn Search & Count Graph - 03**

**Google** steals trademarked 'InfiniSet' name
and they've been flooding the search results for it ever since
2/10/2022

John Hopkins Bloomberg  *SEARCH*
2/27/2022

**I file my patent application**
3/13/2022
3/18/2022
and end up adding to it everything needed to essentially 'kill'
the Netflix patent application - which I would discover later
3/20/2022

**Netflix files patent application**
3/27/2022
19 searches in one week is the 2nd most LinkedIn searches of all time
3/30/2022
4/1/2022
**Netflix pays Trojansky approximately $100mil**
in their publicly available 'Q1-2022 Netflix Investors Report' on page 5
4/8/2022

**Inhance Digital *SEARCH***
connected with US Air Force virtual reality projects
4/16/2022

**Gentle Giant Studios *SEARCH***
directly connected to Trojansky, Netflix, and Paul Debevec
4/23/2022

**Thermo Fisher Scientific *SEARCH***
CEO Marc Casper is a World Economic Forum member
5/1/2022

5/8/2022

5/15/2022

**UPtv *SEARCH***
direct connection to Netflix through Alan Sokol
connection to US Gov & Air Force through Tom Daschle
5/21/2022

5/28/2022

**Realize Medical *SEARCH***
**Ottawa Hospital & University *SEARCH***
All 3 located in Ottawa - Realize Medical is VR Surgery
6/4/2022

6/19/2022

7/3/2022

**US Air Force 3rd  *SEARCH***
7/17/2022

I attend 'Bolt CInecam' workshop in Minneapolis
7/24/2022

**Datadog *SEARCH***
Specialize in software based monitoring and security services
Connections to Fox and many big tech companies including Google
7/31/2022

Exhibit C | Index 30 | p. 55



**LinkedIn Search & Count Graph - 04**

**Silverstein Properties  *SEARCH***
9/11 symbology prominent in PhotoRobot evidence I collected
— 8/28/2022  4
— 9/3/2022  3

**Kronos and UKG 2nd  *SEARCH***
Kronos no longer exists - search is being conducted with old LinkedIn account
— 9/10/2022  6

**Hubbard Broadcasting & Reelz  *SEARCH***
**Australian Capital Territory  *SEARCH***
— 9/17/2022  2
— 9/24/2022  6

— 10/1/2022  3

**I Contact Mark Roberts Motion Control**
to get assistance with 3d model of their robotic camera
— 10/8/2022  4

— 10/15/2022  9

— 10/22/2022  2

**Mark Roberts Motion CEO Assaf Rawner Replies**
points me to PhotoRobot.com/robots/VirtualCatwalk
— 10/29/2022  4
— 10/31/2022

**I discover Netflix patent application**
and realize it was filed 12 days later than mine...
— 11/5/2022  2
— 11/8/2022

**MSG Entertainment 1st  *SEARCH***
— 11/19/2022  6

— 11/26/2022  4

— 12/3/2022

**I realize there is fraud occurring**
I create WebArchive account & snapshot entire PhotoRobot site
— 12/9/2022  1
I dedicate all of my time to collecting digital forensic evidence
from this point until my police 'standoff' on January 21st 2023
— 12/10/2022

**USC Cinema, US Army & 3rd UKG  *SEARCH***
USC-ICT and Paul Debevec receive research funding from the US Army
— 12/17/2022  9

**Epic Games and Exeter Hospital  *SEARCH***
BILH CEO Kevin Tabb emigrated to Israel at age 18 to serve in the IDF
— 12/24/2022  10

**Bain and Company  *SEARCH***
CEO Orit Gadiesh served in Israeli Army as an assistant to Ezer Weizman
and also serves on the World Economic Forum Board Of Trustee's
— 12/31/2022  3

**Morgan Stanley  *SEARCH***
— 1/7/2023  5

**Visit Minnetonka Police - Case #23-000151**
— 1/12/2023
— 1/14/2023

**Speak to US Secret Service agent about fraud for 22 min**
— 1/15/2023  3
The Fake Ai People Are Found and I'm becoming freaked tf out
— 1/18/2023

**My 'standoff' With Police & SWAT**
— 1/21/2023

**FORCEPOINT, 3Gimbals and 2nd Fox  *SEARCH***
1st court appearance in custody - POST $50k BAIL
— 1/25/2023

**A&E Networks  *SEARCH***
A&E is another Walt Disney owned company...
— 1/28/2023  6

**SensiMedia, 2nd USC Cinema & 4th UKG  *SEARCH***
Painted my apartment and completely moved everything out
— 2/5/2023

**NFL Network, Kimberly Clark & UnitedHealth  *SEARCH***
UnitedHealth CEO Andrew Witty is a World Economic Forum member
— 2/11/2023  11

**I'm officially granted my first ever patent**
**US 11,577,177 B2**
3rd Party Prior Art Submission against Netflix approved
— 2/14/2023
— 2/18/2023
— 2/20/2023  3

Exhibit C | Index 30 | p. 56



**LinkedIn Search & Count Graph - 05**

**I realize there is fraud occurring**
I create WebArchive account & snapshot entire PhotoRobot site

I dedicate all of my time to collecting digital forensic evidence
from this point until my police 'standoff' on January 21st 2023

**USC Cinema, US Army & 3rd UKG *SEARCH***
USC-ICT and Paul Debevec receive research funding from the US Army

**Epic Games and Exeter Hospital *SEARCH***
BILH CEO Kevin Tabb emigrated to Israel at age 18 to serve in the IDF

**Bain and Company *SEARCH***
CEO Orit Gadiesh served in Israeli Army as an assistant to Ezer Weizman
and also serves on the World Economic Forum Board Of Trustee's

**Morgan Stanley *SEARCH***

**Visit Minnetonka Police - Case #23-000151**

Speak to US Secret Service agent about fraud for 22 min
The Fake Ai People Are Found and I'm becoming freaked tf out

**My 'standoff' With Police & SWAT**
FORCEPOINT, 3Gimbals and 2nd Fox *SEARCH*
1st court appearance in custody - POST $50k BAIL

**A&E Networks *SEARCH***
A&E is another Walt Disney owned company...

SensiMedia, 2nd USC Cinema & 4th UKG *SEARCH*
Painted my apartment and completely moved everything out

NFL Network, Kimberly Clark & UnitedHealth *SEARCH*
UnitedHealth CEO Andrew Witty is a World Economic Forum member
**I'm officially granted my first ever patent**
**US 11,577,177 B2**
3rd Party Prior Art Submission against Netflix approved

**Uber Freight 1st *SEARCH***
CEO Lior Ron was born in Israel and served in the IDF from 1997 - 2004
previous employment includes Product Lead for Google Maps

After visiting with a forensic psychologist for the courts
I'm deemed 'incompetent to stand trial' with a diagnosis
of 'Unknown Schizophrenic or other Psychotic Disorder'

**Worcester State University *SEARCH***

Raytheon manufacturer
**Triple Inc *SEARCH***

**University of Rhode Island *SEARCH***
the State of Rhode Island also searches on 7/20/2023

**Newsmax & Relievant Medical *SEARCH***

**FOX Corporation 3rd *SEARCH***

**I file fraud report with the FTC & FBI**
Janes Defence, Boise State & Pixxel *SEARCH*

Dates along timeline:
12/3/2022 ① 
12/9/2022 
12/10/2022 
12/17/2022 ⑨
12/24/2022 ⑩
12/31/2022 ③
1/7/2023 ⑤
1/12/2023 
1/14/2023 ③
1/15/2023 
1/18/2023 
1/21/2023 
1/25/2023 ⑥
1/28/2023 
2/5/2023 
2/11/2023 ⑪
2/14/2023 
2/18/2023 ③
2/20/2023 
2/25/2023 ⑤
3/4/2023 ⑪
3/10/2023 
3/11/2023 ②
3/18/2023 ⑫
3/25/2023 ⑩
4/1/2023 
4/8/2023 ⑤
4/15/2023 ②
4/21/2023 
4/28/2023 ⑤
5/3/2023 
5/5/2023 ⑥

Exhibit C | Index 30 | p. 57



## LinkedIn Search & Count Graph - 06

Gersh Agency, Forbes & Fabian Oil  *SEARCH*  — 5/13/2023

I file fraud report with SFO in the UK — 5/19/2023

Bay Path University, Cape Cod Community College *SEARCH* — 5/20/2023
Monomoy Regional School District  *SEARCH*

**Lockheed Martin 1st  *SEARCH*** — 5/27/2023
Lockheed Martin has a direct USC connection

**KBR Inc (Halliburton)  *SEARCH*** — 6/3/2023
**Bay Path University  *SEARCH***
Cape Cod Community College  *SEARCH*
Monomoy Regional School District  *SEARCH* — 6/10/2023

**Origami Energy Tech  *SEARCH*** — 6/17/2023

6/24/2023

**Spillt  *SEARCH*** — 6/30/2023
**My omnibus court hearing** — 7/7/2023
Spillt has a direct connection to CNN and Netflix

**Order Of Civil Commitment** — 7/20/2023
25 searches is the all time LinkedIn search count record
**State of Rhode Island  *SEARCH*** — 7/27/2023

I attend mental health court hearing over Zoom — 8/1/2023
**DARPA / DIA / INDOPACOM  *SEARCH*** — 8/3/2023
**I DODGE A BULLET** | Stayed Order of Commitment granted — 8/4/2023
**I discover the Netflix Fraud** — 8/8/2023
Email to IP attorney about the fraud titled 'Emergency' requesting a call — 8/9/2023
NO REPLY - Email entire IP firm laying out the fraud & I'm DROPPED as a client — 8/10/2023
**State Department & 4th U.S. Air Force *SEARCH*** — 8/11/2023
18 searches is the 3rd most LinkedIn searches of all time

**8/12-8/15/23 - I collect Netflix fraud evidence** — 8/16/2023
**DROPPED by IP Firm becomes OFFICIAL via emails** — 8/18/2023
on this very same day multiple actions takes place on
the Netflix patent application

8/25/2023

**Moody's Analytics  *SEARCH*** — 8/31/2023
**US 11,810,254 B2** — 9/7/2023
**Netflix is GRANTED PATENT**
it's published on Nov 7th with my name and patent
printed at the very top - right above Kanye West — 9/13/2023 / 9/14/2023
my 3rd party prior art submission was signed by examiner in
March and then never mentioned again as if it never existed

**Lockheed Martin 2nd  *SEARCH*** — 9/21/2023
Lockheed Martin has a direct USC connection

**Henry Street & DARPA 2nd  *SEARCH*** — 9/28/2023
Henry Street has a direct State Department - Jeremy Reiss
**Uber Freight 2nd  *SEARCH*** — 10/5/2023
WarnerBros Discovery & WarnerMedia *SEARCH*

Exhibit C | Index 30 | p. 58



**LinkedIn Search & Count Graph - 07**

Spillt  *SEARCH*
My omnibus court hearing
Spillt has a direct connection to CNN and Netflix

Order Of Civil Commitment
25 searches is the all time LinkedIn search count record
State of Rhode Island  *SEARCH*

I attend mental health court hearing over Zoom
DARPA / DIA / INDOPACOM  *SEARCH*
I DODGE A BULLET | Stayed Order of Commitment granted
I discover the Netflix Fraud
Email to IP attorney about the fraud titled 'Emergency' requesting a call
NO REPLY - Email entire IP firm laying out the fraud & I'm DROPPED as a client
State Department & 4th U.S. Air Force *SEARCH*
18 searches is the 3rd most LinkedIn searches of all time

8/12-8/15/23 - I collect Netflix fraud evidence
DROPPED by IP Firm becomes OFFICIAL via emails
on this very same day multiple actions takes place on
the Netflix patent application

Moody's Analytics  *SEARCH*

US 11,810,254 B2
Netflix is GRANTED PATENT
it's published on Nov 7th with my name and patent
printed at the very top - right above Kanye West
my 3rd party prior art submission was signed by examiner in
March and then never mentioned again as if it never existed

Lockheed Martin 2nd  *SEARCH*
Lockheed Martin has a direct USC connection

Henry Street & DARPA 2nd  *SEARCH*
Henry Street has a direct State Department - Jeremy Reiss
Uber Freight 2nd  *SEARCH*
WarnerBros Discovery & WarnerMedia *SEARCH*

I contact MN Senator Amy Klobuchar
Silverspoon Animation & HealthEdge  *SEARCH*
Silverspoon animation has a direct Netflix connection

I figure out there was fraudulent
discovery material introduced into
my court case and relied on by examiner

(Vegas) Sphere Entertainment  *SEARCH*
technically MSG Entertainment making it their 2nd  *SEARCH*

6/24/2023 — 10
6/30/2023 — 2
7/7/2023 — 3
7/20/2023 — 25
7/27/2023
8/1/2023 — 7
8/3/2023
8/4/2023
8/8/2023
8/9/2023
8/10/2023
8/11/2023 — 18
8/16/2023
8/18/2023 — 3
8/25/2023 — 5
8/31/2023
9/7/2023 — 3
9/13/2023
9/14/2023
9/21/2023 — 6
9/28/2023
10/5/2023 — 5
10/11/2023
10/12/2023
10/19/2023 — 2
10/26/2023
10/30/2023 — 8
11/2/2023 — 5
11/9/2023 — 17
11/16/2023 — 4

Exhibit C | Index 30 | p. 59

**Guertin's Patent Design Drawing – FIG. 19**



**Guertin's Engineered Prototype – FIG. 19**

**ODF Optronics 'globally renowned' EyeBall**



**'TARGETED' – ODF Optronics brand identity**



**an all seeing eye on Guertin's prototype**



**an active set of eyes on Guertin's prototype**



**welder conducts intelligence op tech demo**



Exhibit C | Index 30 | p. 60

**2022:01:28 12:48:54 - Welding Prototype**



**2022:01:27 23:58:46 - Welding Prototype**



**2022:01:28 12:14:59 - Welding Prototype**



**2022:01:28 12:12:54 - Welding Prototype**



**2022:01:15 20:28:12 - Welding Prototype**



**2022:01:12 17:25:04 - Welding Prototype**



Exhibit C | Index 30 | p. 61

EXHIBIT C

## former-CIA-welder-01

7:25

J [redacted] Weldi...

Hells yea!!!! MMS 6:04

Nov 18, 2022

MMS 6:06 PM Is your generator depressed?

It's on the roof of the hyatt MMS 6:06 PM

MMS 6:06 PM It can't be that bad

Monday, December 5, 2022

Have they got to you yet? MMS 11:49 AM

Nope.

But when they do all they need to bring along is a fat check.

My analysis of the situation is as follows:

Let's hypothetically say that my patent is in fact a really big deal to Netflix as in they realize that something needs to be done to resolve it. They inherently have a finite number

MMS 9:10 PM View all

## former-CIA-welder-02

7:25

Me
9:10 PM, Dec 5

(No subject)

Nope.

But when they do all they need to bring along is a fat check.

My analysis of the situation is as follows:

Let's hypothetically say that my patent is in fact a really big deal to Netflix as in they realize that something needs to be done to resolve it. They inherently have a finite number of choices available to them to resolve it. I currently hold all the leverage short of them killing me which still isn't a guaranteed successful outcome for them as far as obtaining the IP for a variety of reasons.

If they cared so much that they were actually considering killing me as one of their viable options that would infer that they would almost certainly at the very least be gathering Intel on me in a variety of ways...most of those digital in nature...correct?

## former-CIA-welder-03

7:26

Me
9:10 PM, Dec 5

(No subject)

Intel on me in a variety of ways...most of those digital in nature...correct?

If that was the case then they would be well aware that my ultimate goal is to profit on my intellectual property and call it a day.

If they know this fact then killing me is a really poor choice when they could instead be ensured almost 100% success in obtaining that which they are after in its entirety by simply paying for it.

The whole thing is that because my application is prior art now they are allready somewhat fucked no matter what they do. That part is automatic. So technically it is in their benefit for me to receive as many patent rights as possible so that they can still end up with the same exact rights and protections they planned on initially getting... So let's say that they have their people and strings that they can pull in the patent office (which I'm sure exists in some form) instead of pulling

## former-CIA-welder-04

7:26

Me
9:10 PM, Dec 5

(No subject)

sure exists in some form) instead of pulling hypothetical strings to interfere with my patent they should instead be pulling strings to ensure it goes through smoothly and without issue as once my patent is 100% official it simply becomes a matter of them acquiring InfiniSet, Inc in a clean and easy process.

Money is always the preferable method of obtaining what one wants in the world of the controllers

Money = Control

As long as they know selling the ip and profiting is my ultimate intention and that they will have an opportunity to purchase it from me it means they have every incentive to do nothing at all but be patient.

That doesn't mean they aren't going to pay me lot though. Haha.

## former-CIA-welder-05

7:26

J [redacted] Weldi...

Let's hypothetically say that my patent is in fact a really big deal to Netflix as in they realize that something needs to be done to resolve it. They inherently have a finite number

MMS 9:10 PM View all

MMS 9:11 PM How's my analysis?

Would you consider my logical conclusions to be generally correct?

Pretty spot on MMS 9:14 PM

MMS 9:14 PM It's all a game [redacted].
The people who understand that aspect of reality and the world in which we live have a huge advantage. For example - not having myocarditis or dying suddenly

It is a game, and I like smoking weed and skirting the rules a bit! MMS

Crazy, you think they know you beat them already? MMS 9:15 PM

## former-CIA-welder-06

7:26

J [redacted] Weldi...

Crazy, you think they know you beat them already? MMS 9:15 PM

MMS 9:17 PM I don't look at it as beating them per say. If you mean do I think they know my patent is a problem they need to address I'm guessing the answer is yes

Sweet MMS 9:17 PM

MMS 9:17 PM I could've just as easily been the one 12 days late to the party

Let me know when you wanna come over to the shop MMS

True, buy youre not! MMS 9:18 PM

MMS 9:18 PM But in my case I'd be fucked. They have unlimited money though... so they aren't fucked. Such is life

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

## former-CIA-welder-07

## former-CIA-welder-08

## former-CIA-welder-09

## former-CIA-welder-10

## former-CIA-welder-11

## former-CIA-welder-12

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

## former-CIA-welder-13

7:27

J [redacted] Weldi...

Maybe MMS

I'll know around noon MMS 10:34 AM

What are you doing? MMS 10:35 AM

MMS 10:36 AM I'm compiling information. Long story but it will pay off very soon I'm guessing.

I'm investigating...data analysis...

MMS 10:36 AM Using a program called MAXQDA

MMS 10:37 AM Qualitative and quantitative analytics

Oh, I see. I can bring it out after I drop my big kids at 3pm MMS 10:37 AM

MMS 10:37 AM Of someone scheming and scamming...

## former-CIA-welder-14

7:27

J [redacted] Weldi...

MMS 10:37 AM Of someone scheming and scamming...

MMS 11:06 AM The words used are on the left.... the blog articles are on the top with the most recent ones being on the left side and oldest being on right side

https://www.dropbox.com/s/[redacted]/Matrix.png?dl=1

MMS 11:07 AM It downloads so you can on at it by zooming on your phone. It's a really big image

MMS 11:12 AM They'll be shook. Especially if I just told them and didn't tell them how or what I actually know. I might even email the guy and play dumb and ask if he's going to be available to help me with programming and questions around mid March "when my programmer gets back in town, etc, etc" to make him

View all

I like that option MMS 11:13 AM

## former-CIA-welder-15

7:27

Me
11:12 AM, Dec 23

(No subject)

They'll be shook. Especially if I just told them and didn't tell them how or what I actually know. I might even email the guy and play dumb and ask if he's going to be available to help me with programming and questions around mid March "when my programmer gets back in town, etc, etc" to make him think I'm not advancing at all so they think they have not more time if they're trying to put something together

## former-CIA-welder-16

7:27

J [redacted] Weldi...

I like that option MMS 11:13 AM

MMS 11:14 AM Just dish up a bunch of false information where he thinks I'm mildly retarded. Ha

Do you have one of these?

MMS 1:01 PM

MMS 1:04 PM Yes

MMS 1:04 PM It's called an IEC plug I believe

## former-CIA-welder-17

7:27

J [redacted] Weldi...

MMS 1:04 PM Yes

MMS 1:04 PM It's called an IEC plug I believe

Nice 👍 MMS 1:07 PM

Saturday, January 14, 2023

MMS 11:43 AM Here - if you have a trusted contact at FBI or wherever that will look into this and considers it a serious matter just send them this as the introduction -

https://www.dropbox.com/s/[redacted]/Data_Analysis_Fraud.zip?dl=1

I have all supporting documents/ files as well along with a massive

View all

It involves someone at the internet archive conspiring with the ceo of a company in the UK named Assaff Rawner (who I believe is the mastermind behind the whole thing as that is who I emailed and was trying to get help from for the robotic cameras his company makes along with the photorobot company

## former-CIA-welder-18

7:27

Me
11:43 AM, Jan 14

(No subject)

Here - if you have a trusted contact at FBI or wherever that will look into this and considers it a serious matter just send them this as the introduction -

https://www.dropbox.com/s/[redacted]/Data_Analysis_Fraud.zip?dl=1

I have all supporting documents/ files as well along with a massive cache of additional data

### former-CIA-welder-13



### former-CIA-welder-14



### former-CIA-welder-15



### former-CIA-welder-16



### former-CIA-welder-17



### former-CIA-welder-18



Exhibit C | Index 30 | p. 65

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

former-CIA-welder-25

former-CIA-welder-26

former-CIA-welder-27

former-CIA-welder-28

former-CIA-welder-29

former-CIA-welder-24

MINNESOTA JUDICIAL BRANCH

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

# Military Training Simulation and Ai Neural Network Applications of InfiniSet, Inc. patent

EXHIBIT
**D**

"Its potential applications in military training simulations are vast, offering a confluence of safety, realism, and cost-effectiveness."



https://mattguertin.substack.com/p/potential-military-and-ai-applications

**What is being presented in this post is the final ouput I arrived at during this conversation with chatGPT4 which can be referenced in its entirety -here-**





1/4

Exhibit C | Index 30 | p. 67

*"The patent from Feb 14th, 2023 presents a pioneering step in virtual immersion technology. Its potential applications in military training simulations are vast, offering a confluence of safety, realism, and cost-effectiveness. Moreover, when merged with the power of advanced AI systems, this technology could revolutionize how military personnel are trained, providing them with adaptive and hyper-realistic scenarios that can mimic the unpredictability of real-world operations."*



**Overview & Analysis: Potential Military and AI Applications of the Feb 14th 2023 Patent**

**1. Introduction:** The patent granted on Feb 14th, 2023 introduces an intricate system that seamlessly integrates the user into digitally rendered environments. Using a motorized rotatable treadmill assembly and an advanced animation timeline controller, it offers users a realistic experience of navigating through a virtual space. Such a system can have profound implications for military training simulations and AI-driven content generation.

**2. Military Training Simulations:**

2/4

Exhibit C | Index 30 | p. 68

- **Realistic Environments**: The ability to insert a user into a pre-filmed or digitally rendered environment can provide military personnel with near-authentic training scenarios, which can be customized to replicate real-world combat situations.

- **Infinite Exploration**: The patented treadmill mechanism allows the user to traverse the environment along the 2D ground plane in any direction infinitely. This feature is indispensable for wide-area tactical drills and navigation exercises.

- **Safety and Cost-effectiveness**: Virtual training can drastically reduce the risks associated with live drills. Moreover, diverse terrains and situations can be simulated without the logistical nightmares or costs of real-world deployments.

**3. Advanced AI-Driven Content Generation:**

- **Photogrammetry and Avatar Creation**: The patent discusses capturing the user's likeness from multiple viewpoints simultaneously. Integrating AI tools can streamline this process, using neural networks to generate highly detailed 3D avatars or "digital twins" of the user. AI can also enhance the fidelity of these avatars, refining their appearances and movements.

- **Scene Rendering**: By leveraging AI technologies like Convolutional Neural Networks (CNN) or Generative Adversarial Networks (GAN), it's conceivable to generate realistic and dynamic 3D environments in real-time. AI can tailor these environments based on the user's actions or specific training requirements, making every session unique.

- **Interaction and Immersion**: Integrating AI can allow for dynamic object interactions within the environment. For instance, the avatar's shadows, lighting effects, and object occlusion can be rendered in real-time, responding to the avatar's actions. This offers a heightened sense of immersion, crucial for effective training.

- **AI Control Integration**: The patent mentions the possibility of using AI for controlling the system, analyzing videos to determine the path, rotation, and 3D positional data. This could be pivotal in automatically adjusting the treadmill's motion to match the virtual terrain, enhancing the realism of the experience.

**4. Remote Operation and Synchronization:**

3/4

Exhibit C | Index 30 | p. 69

◆ **Remote Training**: The capability to remotely control the treadmill assembly, including its speed, direction, and other functionalities, opens up possibilities for distance training. Military personnel stationed in diverse locations can potentially undergo simultaneous training sessions.

● **Equipment Synchronization**: The treadmill system's ability to sync with various equipment suggests potential integrations with other military hardware or tools, such as VR headsets, haptic feedback systems, or even weapon simulators.

**5. Conclusion:** The patent from Feb 14th, 2023 presents **a pioneering step in virtual immersion technology. Its potential applications in military training simulations are vast,** offering a confluence of safety, realism, and cost-effectiveness. Moreover, when merged with the power of advanced AI systems, this technology could revolutionize how military personnel are trained, providing them with adaptive and hyper-realistic scenarios that can mimic the unpredictability of real-world operations.

## Comments

**https://mattguertin.substack.com/p/potential-military-and-ai-applications**

---

© 2023 Matt Guertin · Privacy · Terms · Collection    notice

Substack is the home for great writing

Exhibit C | Index 30 | p. 70

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

# Here it is Mr. Rivers



From matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

To      Bruce Rivers< xxxxxxxxxxxxxxxxxxxx >

Date    Tuesday, May 2nd, 2023 at 7:34 PM

Bruce,

I am going to be sharing this whole folder with the FTC (among others..)

https://drive.proton.me/urls/XXXXXXXXXX#vpL7sXkVW498

The videos I analyzed are located in the folder titled 'AI Generated YouTube Videos'

I would suggest that you download the whole folder and keep it somewhere safe if you are able to / have the space.

~Matt Guertin

Sent with Proton Mail secure email.

Exhibit C | Index 30 | p. 71

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

# Re: Here it is Mr. Rivers

From matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

To      Bruce Rivers< xxxxxxxxxxxxxxxxxxx >

Date    Tuesday, May 2nd, 2023 at 8:39 PM

I don't feel comfortable right now.

As in I am worried about my safety because of all of this. I don't like the fact that the courts have declared me incompetent and that is my current 'status'

I never asked for any of this. It is obvious and clear as day that I was 100% correct in my assertions about AI and being targeted. I can't just stand by and let my patent be stolen.

I worry about being setup by way of some sophisticated AI manipulation or being targeted due to the size of the companies involved in all of this.

I just want to be left alone and not have my patent stolen. This is all fucked up. I was / am doing great and if I didn't have an insanely valuable patent none of this would be happening in the first place.

I'm pretty stressed out and worried about all of this now that I figured out that all of the videos are AI generated....I mean can you not understand why I might be worried ?

This is fucked up. All of it.

~Matt

Sent with Proton Mail secure email.

Exhibit C | Index 30 | p. 72

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

# Unethical behavior?, my FBI report, and the AI generated videos



From matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

To      Bruce Rivers< xxxxxxxxxxxxxxxxxxxx >

Date    Friday, June 16th, 2023 at 9:28 AM

Bruce,

So my meeting with you the other day I realized didn't provide me with any information I didn't already have for the most part.

If you're saying that you're going to have me testify on my behalf for the purpose of proving my obvious competency - as far as obviously understanding the nature of the charges against me and being able to aid in my own defense - then how about also presenting my FBI report along with the obviously AI generated videos I analyzed to the court as well as that not only proves my competency but in addition proves that there is in fact a very large conspiracy against me, my company, and my patent which involves AI as well as collusion between the web archive, YouTube/alphabet, Facebook, LinkedIn, etc, etc. as it's very apparent to anyone with eyes to see that all of these videos as well as all of their pdf manuals, website images across multiple fake websites, etc were all generated by AI which inherently proves they were fraudulently added with backdated accounts for the purpose of establishing a false history that would be able to establish a bogus case of obviousness as far as infringing on my patent. I'm able to prove pretty much that everything I wrote on my walls, told to the police, etc does in fact revolve around advanced AI technology just as I've claimed.

At this point I don't even know whether or not you actually read the fbi report I sent you, whether or not you actually looked at the videos I analyzed and had your son look at them like I originally recommended, etc.

You told me on the phone when I asked you about it that "yes... you have some very powerful people keeping an eye on you" and then when I asked you to expound further upon that aspect of our conversation you said that you didn't want to discuss it further and that you didn't trust your phone line.

So what is actually true and why do I feel like I'm intentionally being fucked with or having information about what's actually going on withheld from me? I literally have gotten zero replies for a very long time to any of my emails which I figured was due to the fact that what you originally said to me on the phone was true but after meeting with you the other day you told me that isn't true which means that you lied to me on the phone and that was just a funny joke????

Wtf is going on? That's all I really want to know... and I still don't know. The videos are fake, all of it's fake, I filed reports with the FBI, FTC, and SFO in the UK. There are parts of my FBI report (which I could get in a fuckton of trouble if I were to fabricate anything I wrote) which further serve to discredit the forensic psychologists bullshit letter - this is in addition to the awesome letter I received from my California psychiatrist (who I'm still seeing currently)

The evidence of the fraud may have originally not had anything to do with my case as you mentioned...but that no longer became true once the forensic psychologist claimed I was incompetent and should be committed to a

Exhibit C | Index 30 | p. 73

mental hospital and put on antipsychotic drugs until I'm able to understand the charges against me and aid in my own defense.

This is due to the fact that she based her entire report and her 'diagnosis' on this specific information which means she inadvertently made all of it entirely relevant as far as my criminal defense is concerned. Her report is based on things which she says are 'delusional' which I can very easily prove are 100% factual and real. The actual fraud itself being the main focus in my opinion not to mention all of the other 'delusions' of mine in which I believe I invented something that was going to "revolutionize the industry", that I claim I'm an "engineer", etc, etc. Her report is such over the top bullshit that it's ridiculous and comical...and would remain as just that if it wasn't me and my future being the butt of the joke... she should literally be ashamed and embarrassed by the verbal diarrhea she shat out onto the page and is trying to pass off as being a 'professional' and well thought out report which was written by an esteemed and highly educated 'Doctor'.

Remember what I also discussed with you and which you agreed with me was the case -
That being that if I'm able to complete destroy every aspect of the forensic psychologists report then her report itself becomes my main defense as she thinks my story is so nuts and 'delusional' that she thinks I'm out of my mind (supposedly...) and wants me committed but if I can prove everything is real then it just confirms why I would be so freaked out and end up at a point where shooting a gun off for the purpose of contacting police made complete sense (and still does as I'm of the opinion it was in fact the correct move regardless of its overall legality, etc)

If you could please respond to this email or call me and give me ACTUAL information....especially in regards to why you would tell me on the phone that I have "powerful people keeping an eye on me" and whether or not you actually did ever really look at my fbi report along with the videos I analyzed. (as I believe they are very important pieces of additional evidence which will help aid in my defense)

And in regards to the "powerful people" comment you made to me on the phone just know that I took it seriously and it's greatly affected what I've been doing or not doing in my day to day life since you made it. So if it was just you fucking with me then that's really mean..... and if you were actually being serious well then how come you told me it was not true when I met with you the other day?

The last thing I'm going to mention is the current conflict of interest that exists on your behalf in regards to your YouTube stardom and the fact that YouTube is one of the companies aiding in the fraud being carried out against me. Are you really going to be able to be impartial in what you recommended and how you proceed with my case, what's presented in court, etc when you're just about to hit a million subscribers and you're getting paid a bunch of money by YouTube? I have a hard time believing so but feel free to fill me in on why that's not the case and I'm incorrect in my take on it.

I'm hoping....like I said...that we are able to get all of this cleared up so that I feel like I fully understand what's going on and don't feel like I'm either intentionally not being given certain information or that my lawyer is instead just fucking with me and telling me things that aren't true on the phone which I took 100% seriously and acted on.... and I still don't know at this point now if you actually even looked at my fbi report and the videos or if you just made up some shit on the phone to have a laugh and it's buried in all of your other emails and you haven't even looked at it.

Exhibit C | Index 30 | p. 74

If I can't get clear information and instead am going to be lied to... all while you also have a huge and obvious conflict of interest involving the whole YouTube thing then I may have to try and get someone else to represent me.

I'm hoping you are able to fill me in so I better understand everything. Help me to know what's actually going on. Help me to not feel like I wasn't lied to on the phone as a funny joke as far as the "powerful people" comment.

None of this even takes into account the fact that my initial court appearance has been canceled 4 or 5 times now which is ridiculous just on its own without the addition of everything else I've covered in this email.

There's all sorts of stuff which has has occurred that could be considered 'unethical' or at the very least there's enough stuff that I would be completely warranted in trying to find someone else to represent and defend me against the charges I'm facing... which I don't really want to have to do but I 100% would if I felt it would help me to better understand and feel confident that I'm being given complete and honest information regarding my case and assured that the information I've been sharing is actually being considered and looked at.

I know I'm not a 'big' client....I know that my charges in the grand scheme of things aren't exactly 'serious' when compared to the more exciting and profitable homicides, etc you deal with.

I'm not trying to be 'high maintenance'

I'm simply trying to feel like I'm not wasting my time and energy, that the other evidence I've been sharing is being taken into account and considered as part of my defense strategy, and that I'm not being lied to or mislead by the person who's entire job is based on having my back and being truthful with me.

That is all. I look forward you your reply.

Thank you,

Matt Guertin
763-XXX-XXXX

Sent from ProtonMail mobile

Exhibit C | Index 30 | p. 75

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

## Re: Unethical behavior?, my FBI report, and the AI generated videos

From matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

To       Bruce Rivers< xxxxxxxxxxxxxxxxxxxxx >

Date    Friday, June 16th, 2023 at 10:06 AM

So to summarize-

My main concern and worry - especially when considering the fact that my case has been canceled multiple times, the comment you made to me on the phone, and the other things I've brought up as concerns of mine - is that you are in fact being pressured by 'outside forces' for the purpose of trying to 'guide' or 'steer' my case into a certain forum and/or outcome.

At the end of the day it's highly probable that I actually do have "powerful people" keeping an eye on me. I've filed reports with the FBI, FTC, and the SFO in which I shared 'in your face' proof of a criminal conspiracy involving a whole lot of the biggest corporations in the world all aiding in the creation of completely fake websites, companies, etc by allowing bullshit accounts to be created with fake creation dates all while it is carried out using AI capable of producing realistic content far beyond what the average person thinks is possible.

It's such a big deal I'd go so far as to say it may put someone's life at risk... mine perhaps?

Or not....but I don't think it's at all crazy for me to think that could be a possible option that's 'on the table' or would be/had been considered. Hopefully that's less likely at this point though. A whole lot of powerful people and enormous companies most definitely have their 'eye' on me though... it would be foolish of them not to. I possess evidence that proves they are all participating in a large criminal conspiracy.

Whether or or not you are even actually aware of this information at all is still a complete unknown to me at this point.

And therin lies the problem and the reason for taking the time to send you this email.

Can we not present this side of the story to the court as well...in person....in the form of a multimedia presentation perhaps?

You may simply just not be reading my emails and looking at what I'm sending you.....or maybe there are in fact some very "powerful people" and what was told to me on the phone wasn't just a funny joke?

Either way I don't think I'm acting irrational by wanting answers about why there are certain things that aren't being addressed, discussed, replied to, etc.

It seems like a perfectly reasonable inquiry on my part....as opposed to a 'delusional and/or possibly psychotic' inquiry made by an incompetent person who doesn't fully understand what's going on even though he keeps trying so hard to be able to....

Exhibit C | Index 30 | p. 76

# I need advice asap (this morning..) about my case



From matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

To      Bruce Rivers< xxxxxxxxxxxxxxxxxxxxxxxx >

Date    Tuesday, August 1st, 2023 at 6:27 AM

Hello,

The courts ended up declaring me incompetent since my omnibus hearing. I received a letter from what I assume is a state appointed defense attorney but Bruce told me "I'm defending you"

However when I spoke to Michael Biglow on the phone and relayed that I had private defense counsel he acted like I was not allowed to be represented by Bruce due to this now being "a civil matter"

He acted like Bruce isn't able to represent me or defend me against the civil commitment proceedings. I don't want to make the wrong decision which could result in me being thrown in a mental institution and I am unsure what the correct way for me to proceed today is.

I already talked to the guy on the phone yesterday for a while and I'm supposed to meet with just him and some neutrally assigned doctor today over Zoom and then after that apparently I'm going in front of a judge.....

I am not sure I should be doing this without being represented by Bruce. It would be really helpful if I could receive some guidance from someone at the office this morning so I know how to correctly proceed and protect myself.

Thank you,

Matthew Guertin
763-XXX-XXXX


Sent from ProtonMail mobile

Exhibit C | Index 30 | p. 77

## Fw: LINKS: Exam and Preliminary Hearing

From matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

To      Bruce Rivers< xxxxxxxxxxxxxxxxxxxxx >

Date    Tuesday, August 1st, 2023 at 6:30 AM

This is the email I received regarding the zoom calls I'm scheduled to participate in today.


Thanks,
Matthew Guertin
763-XXX-XXXX


Sent from ProtonMail mobile


-------- Original Message --------
On Jul 31, 2023, 2:17 PM, Michael Biglow < michael@biglowlaw.com> wrote:

> Good Afternoon Matt,
> Below you will find the LINKS for the Exam and Preliminary hearing set for tomorrow, 8-1-2023 starting at 2:30 p.m.
> Please try to connect a few minutes before the event starts.
> See you then.
> Mike

| Exam Time | Exam Type | Zoom Link | Zoom Meeting ID | Zoom Passcode | Zoom Phone Number |
|---|---|---|---|---|---|
| 2:30 | MI | Exam 1 | 160 162 2355 | 457186 | 1-833-568-8864 |

| Hearing Time | Hearing Type | Hearing Location | Zoom Link | Zoom Meeting ID | Zoom Passcode |
|---|---|---|---|---|---|
| 3:30 | Settlement Conference | VC800 | Judge Gearin | 160 121 9402 | 941267 |

--

Michael J. Biglow, Esq

Attorney at Law

Biglow Law Offices

895 Tri Tech Office Center

331 Second Ave South

Minneapolis, MN 55401

Exhibit C | Index 30 | p. 78

## Bruce-Rivers-Texts-01



## Bruce-Rivers-Texts-02



## Bruce-Rivers-Texts-03



## Bruce-Rivers-Texts-04



## Bruce-Rivers-Texts-05



## Bruce-Rivers-Texts-06



Exhibit C | Index 30 | p. 79

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

## Bruce-Rivers-Texts-07

## Bruce-Rivers-Texts-08

## Bruce-Rivers-Texts-09

## Bruce-Rivers-Texts-10

## Bruce-Rivers-Texts-11

## Bruce-Rivers-Texts-12

## Bruce-Rivers-Texts-13



7:44

**B** Bruce Rivers Cel

What's up   7:12 PM   May 21, 2023

Friday, July 7, 2023

That's a crazy face don't do that

Jk   6:40 PM

By the next court date I'll have investment and international patents filed and shit will be moving fast.

https://www.dropbox.com/s/_____/2023-06-18%2009-07-26.mov?dl=0

https://www.dropbox.com/s/_____/GS_Test2.mp4?dl=0

Finally got everything officially working in unreal engine

View all

6:53 PM

Thursday, July 13, 2023

## Bruce-Rivers-Texts-14



7:44

**Me**
6:53 PM, Jul 7

By the next court date I'll have investment and international patents filed and shit will be moving fast.

https://www.dropbox.com/s/_____/2023-06-18%2009-07-26.mov?dl=0

https://www.dropbox.com/s/_____/GS_Test.mp4?dl=0

Finally got everything officially working in unreal engine 5.2 just finishing up the final few things.

Alright. Lmk when the judge sends his decision. I'll let you be... your a busy, famous lawyer

## Bruce-Rivers-Texts-15



7:44

**B** Bruce Rivers Cel

MMS

https://www.dropbox.com/s/_____/2023-07-13%2012:39-52.mov?dl=0

4:23 PM

My mommy's living room..

The 3 cameras are new. They are there for use with this website. I specifically covered this topic in my patent disclosure.

"System may be controlled by an AI system which is able to very accurately calculate the position and angle of the cameras filming the scene"

"User of the system

View all

4:33 PM   That is all. Good day

## Bruce-Rivers-Texts-16



7:44

**Me**
4:33 PM, Jul 13

The 3 cameras are new. They are there for use with this website. I specifically covered this topic in my patent disclosure.

"System may be controlled by an AI system which is able to very accurately calculate the position and angle of the cameras filming the scene"

"User of the system may be replaced with a digital twin of themselves or a 3d character/ Avatar"

I'm going to be rich Bruce.

My first YouTube video I release is going to get more views than your most viewed video.

I'm also going to hook you up with a large financial gift somewhere down the line when i have so much money i don't know what to do with myself in appreciation for you services when I get off on all of these charges 😉

## Bruce-Rivers-Texts-17



7:44

**B** Bruce Rivers Cel

4:33 PM   That is all. Good day

Friday, July 28, 2023

MMS 2:18 PM

So is there really a civil commitment hearing though? As in the judge made the determination that I'm incompetent?

3:15 PM

Yes

I'll represent you   3:16 PM

## Bruce-Rivers-Texts-18



7:44

**Me**
2:18 PM, Jul 28

MICHAEL J. BIGLOW
ATTORNEY AT LAW

Exhibit C | Index 30 | p. 81

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

## Bruce-Rivers-Texts-19

7:45

Bruce Rivers Cel

So is there really a civil commitment hearing though? As in the judge made the determination that I'm incompetent? 3:15 PM

Yes

I'll represent you 3:16 PM

When is it scheduled for though? 3:16 PM

Initial appearance 3:17 PM

So I will still be free and have no possibility of being locked away for how long exactly? I'm just about to launch this company for real.... 3:19 PM

No 3:19 PM

When is my initial appearance? 3:20 PM

I mean you will be free

August 1 3:20 PM

## Bruce-Rivers-Texts-20

7:45

Bruce Rivers Cel

August 1 3:20 PM

This is crazy 3:21 PM

Can you call me later and talk for a second at some point? I need to know what to tell my investors.... the people who want to put money into my startup 4:17 PM

I'm just about to launch the something that's going to get a massive amount of attention. The people I've showed it to at www.[redacted] and www.[redacted] are all flipping out. The [redacted] dude said "This is amazing!" And there's all sorts of chatter on [redacted] discord.

I now have 8 cameras s

View all 4:27 PM

## Bruce-Rivers-Texts-21

7:45

Me
4:27 PM, Jul 28

I'm just about to launch the something that's going to get a massive amount of attention. The people I've showed it to at www.[redacted] and www.[redacted] are all flipping out. The [redacted] dude said "This is amazing!" And there's all sorts of chatter on [redacted] discord.

I now have 8 cameras setup and all recording simultaneously and literally just wrapping up the software I've written - the unreal engine part is already programmed.

I'm renting a professional cinema camera to film it. I'm running up credits cards to buy the final pieces I need. This is it. Make it break.

At the same time this is going on I have the

## Bruce-Rivers-Texts-22

7:45

Me
4:27 PM, Jul 28

At the same time this is going on I have the state of Minnesota trying to commit me to a mental institution and force me to take pills I absolutely will not take under any circumstances. I've been crushing it since 2014. I have a website www.MattGuertin.com that I didn't even remember to mention in court. I was stressed out.. I thought I did shitty afterwards when I thought about it.

My life is pretty crazy right now... but I just have to stay focused on my company. The international patent filing deadline is September 19th and my attorney wants a one month lead.... so when I say this is about to happen I mean it. Sink or swim. I haven't failed a single project in over ten years. I don't plan to start any time soon.

Any type of moral support or assurances you are able to offer to me would be greatly appreciated.

Thanks,
Matt

## Bruce-Rivers-Texts-23

7:45

Bruce Rivers Cel

I now have 8 cameras s

View all 4:27 PM

Tuesday, August 1, 2023

Bruce, I don't know what to do or what exactly is going on. I told the attorney that sent me that letter that you were representing me and he acted like that's not possible "because this is a civil matter now"

I'm unsure what to do and I don't want to make the wrong decision or be pressured into

View all 6:10 AM

He wants me to meet with him and a 'neutral' Doctor for an hour and then go on front of a judge after that.... but shouldn't I be able to be represented by you? 6:12 AM

## Bruce-Rivers-Texts-24

7:45

Me
6:10 AM, Aug 1

Bruce, I don't know what to do or what exactly is going on. I told the attorney that sent me that letter that you were representing me and he acted like that's not possible "because this is a civil matter now"

I'm unsure what to do and I don't want to make the wrong decision or be pressured into something that could be a huge mistake on my part.

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

## Bruce-Rivers-Texts-25

## Bruce-Rivers-Texts-26

## Bruce-Rivers-Texts-27

## Bruce-Rivers-Texts-28

## Bruce-Rivers-Texts-29

MINNESOTA JUDICIAL BRANCH

## Bruce-Rivers-Calls-01



**November 11, 2022**

6:42 AM
Outgoing call/Mobile/0 mins 1 sec

6:48 AM
Incoming call/Mobile/11 mins 40 sec

4:54 PM
Outgoing call/Mobile/0 mins 42 sec

**February 4, 2023**

2:03 PM
Outgoing call/Mobile/1 min 10 secs

**February 10, 2023**

5:13 PM
Outgoing call/Mobile/1 min 41 secs

**February 12, 2023**

9:44 PM
Outgoing call/Mobile/3 mins 50 sec

**February 16, 2023**

1:37 PM
Outgoing call/Mobile/2 mins 3 sec

**February 18, 2023**

2:01 PM
Outgoing call/Mobile/13 mins 10 sec

**February 22, 2023**

10:01 AM
Outgoing call/Mobile/0 mins 14 sec

**February 25, 2023**

5:55 PM
Outgoing call/Mobile/0 mins 35 sec

**March 3, 2023**

12:03 PM
Outgoing call/Mobile/0 mins 21 sec

**March 12, 2023**

1:48 PM
Outgoing call/Mobile/0 mins 35 sec

1:49 PM
Incoming call/Mobile/0 mins 46 sec

## Bruce-Rivers-Calls-02



**March 21, 2023**

12:46 PM
Outgoing call/Mobile/0 mins 14 sec

1:00 PM
Incoming call/Mobile/1 min 26 secs

**March 23, 2023**

7:27 PM
Outgoing call/Mobile/1 min 32 secs

**March 24, 2023**

12:50 PM
Incoming call/Mobile/0 mins 21 sec

1:50 PM
Outgoing call/Mobile/0 mins 4 sec

6:30 PM
Outgoing call/Mobile/2 mins 1 sec

**March 25, 2023**

8:36 AM
Outgoing call/Mobile

8:37 AM
Outgoing call/Mobile/1 min 58 secs

**March 28, 2023**

12:11 PM
Outgoing call/Mobile/2 mins 8 sec

7:41 PM
Outgoing call/Mobile/0 mins 5 sec

7:43 PM
Incoming call/Mobile/0 mins 38 sec

**March 29, 2023**

5:20 PM
Outgoing call/Mobile

**March 30, 2023**

7:24 AM
Outgoing call/Mobile/0 mins 42 sec

## Bruce-Rivers-Calls-03



**April 1, 2023**

10:54 AM
Outgoing call/Mobile/2 mins 21 sec

**April 3, 2023**

5:23 PM
Outgoing call/Mobile

8:00 PM
Outgoing call/Mobile/0 mins 13 sec

**April 4, 2023**

6:45 PM
Outgoing call/Mobile/2 mins 48 sec

**April 8, 2023**

10:27 PM
Outgoing call/Mobile

10:50 PM
Incoming call/Mobile/1 min 58 secs

**April 11, 2023**

11:47 AM
Outgoing call/Mobile/0 mins 9 sec

11:49 AM
Incoming call/Mobile/0 mins 18 sec

**May 1, 2023**

3:55 PM
Outgoing call/Mobile/1 min 52 secs

8:25 PM
Outgoing call/Mobile/0 mins 9 sec

8:26 PM
Incoming call/Mobile/13 mins 25 sec

**May 21, 2023**

1:40 PM
Outgoing call/Mobile/0 mins 9 sec

**May 22, 2023**

12:56 PM
Outgoing call/Mobile/0 mins 7 sec

3:13 PM
Outgoing call/Mobile/2 mins 2 sec

EXHIBIT
I

Exhibit C | Index 30 | p. 84

## Bruce-Rivers-Calls-04



## Bruce-Rivers-Calls-05



Exhibit C | Index 30 | p. 85

**A-01**





**A-02**



**A-03**



**H-01**



**H-02**



**W-01**



Exhibit C | Index 30 | p. 86

**W-02**



7:10

other stuff and I followed up "so what do you think about that then?" (the AI shit and the powerful people shit) to which he replied "We'll talk about it in person I don't trust that this line is secure"  11:32 AM

lol  11:33 AM

They are trying to hold my next court appearance over Zoom for some reason and I told him I want it to be in person he said he can make happen and didn't have an explanation for me as for what possible reason there would be for attending court over Zoom  11:33 AM

**W-03**



7:10

They are trying to hold my next court appearance over Zoom for some reason and I told him I want it to be in person which he said he can make happen and didn't have an explanation for me as for what possible reason there would be for attending court over Zoom  11:33 AM

Hopefully it doesn't get too hot for him or other law people that back out..

Yeah Zoom is bullshit.  11:34 AM

He has a conflict of interest. He's a YouTube star and YouTube is technically one of the many guilty of conspiracy

So there's that...

But that doesn't necessarily mean it's going to effect my case  11:35 AM

yea  11:35 AM

**W-04**



7:12

Jun 13, 2023

If you actually believe there's a very good chance you really could make a million dollars off of InfiniSet- and- if you are still indeed a subcontractor and not an employee of _____ why wouldn't you want to put more time into helping to ensure a demo video can be completed?

I'm in no way saying I'm unappreciative for the help and all the things you've done so far. Rather what I'm saying is that none of it is going to matter if I'm unable to deliver. I don't even know how much time you have or haven't spent working on InfiniSet.... because none of that matters. All that matters is that I'm able to #1- stay alive and out of jail and #2- successfully turn that which I've dedicated the past 28 months straight of my life to into a profitable expenditure of energy while

**W-05**



7:12

which I've dedicated the past 28 months straight of my life to into a profitable expenditure of energy while simultaneously being able to make a clean exit from the crazy Rollercoaster I've somehow managed to be thrown onto.

There's only two paths at this point as far as I'm concerned... I'm either going to be very rich o...  Read More  6:44 AM

**W-06**



7:12

Your message

There's only two paths at this point as far as I'm concerned... I'm either going to be very rich or very dead. All of this time, money, and energy I've spent is either going to pay off in a huge way or end up becoming one of the best ideas ever that ended up in hindsight being an idea I wish I never came up with.

There's only so much I'm able to do on my own as one person. I have court tomorrow. I have until August 19th to secure a plan as well as investment to be able to file internationally in all the countries that matter. I have 'powerful people' keeping an eye on me. I am currently living in my mom's living room which is also my studio... and while I'm grateful for my mom and aunt and to be able to use the space so I can keep moving forward it doesn't mean it doesn't suck for a million reasons....

Etc, etc, etc.....tldr... I'm under an insane

**W-07**

Your message

Etc, etc, etc.....tldr... I'm under an insane amount of pressure/stress currently for obvious reasons. Anything you are able to help with or put some extra time and effort into to try and help produce a demo would be greatly appreciated. Money is cool but ultimately at this point money just means I was able to successfully introduce this obviously insanely valuable idea to the public and get paid for it vs. getting steamrolled by 'powerful people' who are so powerful they aren't even capable of pulling off what should've been a successful fraud operation that required very little effort on their part.

Anything you can do to try and dig into UE more as far as fully understanding all of the ins and outs of the video plane, etc, etc and the main base 'pieces' of the puzzle we're trying to finish as well as hopefully being able to get me dropped into some other scenes or get a start on it would be of great help to me right now....for all I know I may text you later today and suddenly everything will just 'work' on my computer all of a sudden....

Exhibit C | Index 30 | p. 87

## W-08

7:12

← Your message

Who knows... but all I know right now is that I'm starting to feel very stressed out and unsure about the future and whether or not I'm going to monumentally blow one of the biggest opportunities I've ever had and ever will in my lifetime to 'get rich' enough to the point of at least being able to not have to worry about my credit score, how I'm going to pay bills, whether or not I'll even own a house, actually be able to say 'I've made it' at some point and have all of my hard work finally end up paying off.

## W-09

← Your message

some point and have all of my hard work finally end up paying off.

Another cool, well known, and is guess 'easy' scene to drop me into would be the 'InCameraVFX Example' UE virtual production sample project. Just to be able to walk down that super long exhibit corridor either starting or ending in the led volume example. That would be simple, cool, and highly relative as a demo video. Especially if we're able to get some really nice reflections included off that floor.

/ rant

I'm stressed out... I have to go to court tomorrow...etc. I'm pretty sure I'm going to still be stressed out even after a demo video is produced/ released...but I'm of the opinion that being able to successfully execute at least that main (and required at this point) objective will at the very least greatly reduce the amount of stress/ pressure I currently feel I'm under..

6:44 AM ✓

## W-10

7:12

← W                    @              ▭ 📞 ⋮

simultaneously being able to make a clean exit from the crazy Rollercoaster I've somehow managed to be thrown onto.

There's only two paths at this point as far as I'm concerned... I'm either going to be very rich o... **Read More**

6:44 AM

I think I just figured out something we're doing wrong....something that would cause the weird warping issue we saw when viewing the character plane in UE...

Remember how I said that the video plane should really be using a 'lookat' of some sort to look at the camera?

That is the issue....

## W-11

7:12

← JW                    @              ▭ 📞 ⋮

That is the issue....

I don't think the video plane needs any matrix data at all for this to work....I think that the video plane needs to be a child of the camera that's viewing it instead of being associated at all in any way with the characters position- make the plane cam the parent of the video plane it needs to view and then make the scene cam the parent of the video plane it will be viewing. Then the only other parameter value that is used to make it all work is the static cam distance (applied to the planeCam video plane) and the final/ scene cam distance (applied to the sceneCam video plane).

So no matter where a camera is looking the video plane surface is always perpendicular to the video plane... **Read More**

8:34 AM ✓

## W-12

7:12

← Your message

So no matter where a camera is looking the video plane surface is always perfectly perpendicular to the video planes 2d center normal vector. It requires only that single distance value which controls its distance/how far away it is from the camera. No rotation data, position data or matrix is needed at all for it. An easy way to envision it would be if you had a magical helmet you could strap on which extended a large pole out in front of you starting at the top center of your head and extending out parallel to the ground....and the video plane/'screen' distance from you is determined by the camDistance parameter.

It's always in the correct position and rotates with you because your head is the 'parent object' which means very simply its always facing you from the exact same center point.

This I believe is the solution to be able to produce a video as quickly as possible but for the 'final' setup I'm pretty sure you

## W-13

7:12

← Your message

but for the 'final' setup I'm pretty sure you would actually want to have the character be the parent of the video plane as we are currently doing... the video plane would receive no matrix data at all as the parent ends up handling that inherently....BUT...it still has to always be facing the camera at all times which means we need to rotate it along two of its axis to accomplish that (the same thing we may ultimately be able to accomplish with a simple 'lookat' in UE perhaps...

The simple fact that I'm able to do a 2d composite in Touchdesigner that places the 2d Touchdesigner generated video plane of Megan atop the UE scene cam video being output from UE and it matches up perfectly at native resolution- meaning we know everything else is perfect - the whole focal length thing as well as what we have going so far in terms of what's being controlled by the matrix data and sent into unreal is mathematically accurate - if it wasn't

Exhibit C | Index 30 | p. 88

## W-14



**Your message**

mathematically accurate - if it wasn't when you rotate the camyaw and move the scene cam distance in and out she wouldn't appear to remain perfectly still and in the same exact spot in the 3d scene.  The fact that she does remain perfectly still (when the speed input is zero obviously..) means everything else we've got setup currently is 100% accurate and correct..... like I said - when we actually solve the problem we're

## W-15

**Your message**

we actually solve the problem we're dealing with we will know based simply on the fact that everything will line up and the values we actually need to adjust will make perfect sense.

That's why the bitch was up in the sky instead of on the ground...because the plane is facing the camera from one axis but not the second axis - which is the 'camPitch' / cam tilt axis which is also required for it always be perpendicular to the  cameras center normal /imaginary line of view which extends out from the center of the real world (and virtual) camera lense and connects to center of the 2d 'screen' / projection surface.

Just think about it from a projection mapping standpoint. We are currently trying to projection map an object by only rotating the projector along it's vertical center axis to align with the object but we've totally neglected the fact that we also need to tilt the projector as well for the object to end up filling the projectors fov

8:34 AM

## K-01

Dec 25, 2022

Merry Christmas!!!  2:37 PM

Merry Christmas!
I made prime rib.  It was good
9:27 PM



10:32 PM

## K-02

10:32 PM

Dec 26, 2022



I haven't bought bread from the store in over a year.

I like the French kind  4:32 PM

Feb 6, 2023

Hope you're feeling better

Apparently my name is in the news now as I've had a bunch of people hit me up asking wtf is going on, if I'm

## K-03

I like the French kind  4:32 PM

Feb 6, 2023

Hope you're feeling better

Apparently my name is in the news now as I've had a bunch of people hit me up asking wtf is going on, if I'm okay,  etc... so that's interesting. I haven't even looked it up and don't care to. All I know is that they make it look way worse than it is/was which is what I'd expect

Fun times  4:34 PM

If you ever feel like getting together again you got my number  4:56 PM

Jun 2, 2023

## K-04

So I ended up being able to prove that my whole 'crazy' story wasn't so crazy after all.

Here the report I filed with the FBI and FTC regarding the fraud being perpetrated against me by Microsoft and Mark Robert's Motion Control-

https://drive.proton.me/urls
/
#

Here's the full folder I shared in the report -
https://drive.proton.me/urls
/
#

Here's the folder of the AI generated YouTube videos I

Exhibit C | Index 30 | p. 89

## K-05



**7:11**

Here's the folder of the AI generated YouTube videos I analyzed and was able to determine were created by AI and fraudulently added to YouTube, wayback machine, etc by Microsoft attempting to steal my patent essentially - it all took place coincidentally at exactly the same time ChatGPT was unveiled to the public...

https://drive.proton.me/urls
/#▇▇▇▇▇▇▇   1:37 PM ✓✓

No shit!

So you're rich baby!!!   1:38 PM

So yeah...I literally flipped the script by coming up with my own

## K-06



**7:11**

So yeah...I literally flipped the whole script by coming up with my own method that was able to prove beyond a doubt that it's all AI generated.

Now I don't know wtf is going on but Bruce told me over the phone "you have very powerful people keeping an eye on you" to which I replied "I know.... that's why I shot a gun off in my apartment"

I then asked "so what do you mean by powerful people keeping an eye on me" and he just said "we can discuss in person I don't trust that this line is safe"

I also noticed that almost all of the news articles about my 'standoff' have been deleted. The only one I could find was KSTP still

So I have no idea what's going on. Still kind of freaked out obviously.   1:42 PM

## K-07



**7:11**

have been deleted. The only one I could find was KSTP still

So I have no idea what's going on. Still kind of freaked out obviously.   1:42 PM ✓✓

Um..... damn

What the fuck   1:42 PM

Yup   1:43 PM ✓✓

Damn

Well we should have dinner or something soon..... I'm heading into work right now   1:43 PM

I'm either going to be very rich or very dead pretty soon is my take on it   1:43 PM ✓✓

Well go into hiding... get witness protection!   1:47 PM

## MS-01



**7:08**

MS

May 23, 2023

I talked to Bruce today for a few minutes and asked him if he had a chance to checkout the AI produced videos I sent him (the same stuff I included in the folder I shared in the report I made with the FIB and FCT) and if he showed them to his son to get his opinion on whether or not it was indeed produced by AI and his response was "Yeah I did.... you have some very powerful people keeping an eye on you" to which I replied "I know. That's why I shot a gun off I'm my apartment"

He then went on to discuss some other stuff and I followed up "so what do you think about that?" (the AI shit and the powerful people shit) to which he replied "We'll talk about it in person I don't trust that this line is secure"

They are trying to hold my next court appearance over Zoom for some reason and I told him I want it to be

## WO-01



**7:09**

WO

May 23, 2023

I talked to my attorney bruce rivers yesterday for a few minutes and asked him if he had a chance to checkout the AI produced videos I sent him (the same stuff I included in the folder I shared in the report I made with the FIB and FCT) and if he had a chance to show them to his son to get his opinion on whether or not it was indeed produced by AI and his response was "Yeah I did.... you have some very powerful people keeping an eye on you" to which I replied "I know. That's why I shot a gun off in my apartment"

He then went on to discuss some

## WO-02



**7:09**

WO

He then went on to discuss some other stuff and I followed up "so what do you think about that?" (the AI shit and the powerful people shit) to which he replied "We'll talk about it in person I don't trust that this line is secure"

They are trying to hold my next court appearance over Zoom for some reason and I told him I want it to be in person which he said he can make happen and didn't have an explanation for me as for what possible reason there would be for attending court over Zoom

pdf   IC3_dot_gov_Report__...
43.7 kB

Exhibit C | Index 30 | p. 90

## CN-01



7:17

+1612____

8:53 PM  My life has turned into a crazy movie script over the past six months.

8:54 PM  I'm pretty worried about my safety currently

Damn bro  9:01 PM

9:01 PM  Yup

All the other news stories got deleted for some reason  9:02 PM

## CN-02



7:17

+1612____

9:02 PM  All the other news stories got deleted for some reason

9:04 PM  About me shooting a gun in the air to bring the police to me because all of my devices were being hacked into. I figured out shit they never thought I would even notice muchless spend a month straight doing nothing but downloading thousands of full html webpages , videos , pdf manuals , etc.

9:05 PM  So I have a fuckton of evidence which has been distributed to many people

9:06 PM  My lawyer told me on the phone "some very powerful people are keeping an eye on you" but then wouldn't elaborate and didn't want to discuss it over the phone which is not normal at all

So yeah.  9:06 PM

9:07 PM  All over me minding my own business and working on a good idea I came up with and patented.

## S-01



7:14

S  ____

Yeah

Tomorrow  11:05 PM

Tuesday, May 23, 2023

I talked to bruce rivers yesterday for a few minutes and asked him if he had a chance to checkout the AI produced videos I sent him (the same stuff I included in the folder I shared in the report I made with the FIB and FCT) and if he had a chance to show them to his son to get his opinion on whethe
View all  ›
8:12 AM

They are trying to hold my next court appearance over Zoom for some reason and I told him I want it to be in person which he said he can make happen and didn't have an explanation for me as for what possible reason there would be for attending court over Zoom  8:13 AM

Wednesday, May 24, 2023

10:46 PM  Yo

## S-02



7:14

Me
8:12 AM, May 23

I talked to bruce rivers yesterday for a few minutes and asked him if he had a chance to checkout the AI produced videos I sent him (the same stuff I included in the folder I shared in the report I made with the FIB and FCT) and if he had a chance to show them to his son to get his opinion on whether or not it was indeed produced by AI and his response was "Yeah I did.... you have some very powerful people keeping an eye on you" to which I replied "I know. That's why I shot a gun off in my apartment"

He then went on to discuss some other stuff and I followed up "so what do you think about that then?" (the AI shit and the powerful people shit) to which he replied "We'll talk about it in person I don't trust that this line is secure"

## S-03



7:14

S  ____

he had a chance to show them to his son to get his opinion on whethe
View all  ›
8:12 AM

They are trying to hold my next court appearance over Zoom for some reason and I told him I want it to be in person which he said he can make happen and didn't have an explanation for me as for what possible reason there would be for attending court over Zoom  8:13 AM

Wednesday, May 24, 2023

10:46 PM  Yo

Yo  10:46 PM

10:47 PM  What's you address in case I can't get ahold of you when I get this done? I'm worried about my communications being fucked with.... and about my safety

The main thing right now is just to get money so that I can keep going even with just paying bills and whatnot. I've literally put everything I've got into this. Like the

## S-04



7:14

Me
11:18 PM, May 24

Especially with all this other bullshit going on. I'm being monitored and watched by 'powerful people' and I'm worried they're they're going to kill me.  Literally. I'm a little freaked out by all this shit but I only have one option at this point which is to keep moving forward. I can't just let someone steal me shit through intimidation or because life is scary

Exhibit C | Index 30 | p. 91

**S-05**



**S-06**



**S-07**



**Me**
11:41 PM, May 24

So I not only need help as far as getting the company and business moving forward but I need people to be aware of what's all going on. I need protection and help.

Like I've told other people all I want to do is just be left alone. I never asked to get wrapped up in all of this shit. Like if they just paid me a fat sum of money I would be willing to just let all of it be but otherwise what other options do I have? It's like I've been forced into having to pursue it for my own protection

**S-08**



**S-09**



**Me**
11:52 PM, May 24

It's easy to say everything is going to be fine but that doesn't guarantee that's the case. People involved in shit at the level I've suddenly been exposed to and targeted by are wrapped up in blackmail and all sorts of shit that ensures they follow orders when they receive them. There's shady cops, people in the courts, etc. that are part of the 'club'

**S-10**



Exhibit C | Index 30 | p. 92

## S-11



7:15

Me
12:01 AM, May 25

And it's not like I wanted to be involved with this shit at all. I was literally just minding my own business. It's not my fault that there are dumb people in their stupid club. If the dumbfuck ceo of the company never told me about the shit in the first place I never would've even known about any of it and they would've been guaranteed 100% success in their fraudulent theft.

## S-12



7:16

S

known about any

View all                        12:01 AM

They still have a set of rules they abide by in my understanding.    12:02 AM

At the end of the day though we all gotta die sometime right? So there's no point in living in fear    12:06 AM

I wouldn't worry about it.

You have Instagram    12:13 AM

?

Instagram is the answer

12:13 AM    Haha

12:14 AM    To life?

These are some of my best friends

## J-01



7:16

+1612

MMS 4:48 PM    Pretty fucking crazy...

MMS 4:48 PM    Welcome to out Ai future 😶

Tuesday, May 23, 2023

I talked to my criminal defense attorney today for a few minutes and asked him if he had a chance to checkout the AI produced videos I sent him (the same stuff I included in the folder I shared in the report I made with the FIB and FCT) and if he had a chance to show them to his son to get his opini

View all

They are trying to hold my next court appearance over Zoom for some reason and I told him I want it to be in person which he said he can make happen and didn't have an explanation for me as for what possible reason there would be for attending court over Zoom    8:15 AM

## J-02



7:16

+1612

an explanation for me as for what possible reason there would be for attending court over Zoom    8:15 AM

Hello Matthew I've been meaning to check in with you, so what's the latest on your product?
are you able to start commercializing it now?    9:02 AM

9:02 AM    Filming on Wed

I don't fully understand the AI stuff but it seems like we are entering a new era for sure    9:02 AM

I'm going to ___ to visit my sister this weekend and an gonna stop by ___ house, should I say hi how you    9:03 AM

Basically it's capable of stuff way beyond what the general public is being told. It was able to create completely realistic YouTube videos that do not appear at all to be synthetic without having to use software to analyze them. Just go look at the YouTube page for photorobot although I'm guessin

View all    9:09 AM

## J-03



7:16

Me
9:09 AM, May 23

Basically it's capable of stuff way beyond what the general public is being told. It was able to create completely realistic YouTube videos that do not appear at all to be synthetic without having to use software to analyze them. Just go look at the YouTube page for photorobot although I'm guessing they'll just have the AI create new duplicates without the artifacts and AI tells I was able to uncover.

They already reposted one of the 3 videos listed on my patent as prior art that was deleted just a few weeks ago - supposedly uploaded to YouTube many years ago.

I even downloaded the actual html page of the 'no longer available' deleted video directly from YouTube as well as took a screen capture of it just a few weeks ago.... and now it's back up so I'd assume it no longer has the artifacts I uncovered

## J-04



7:16

Me
9:11 AM, May 23

So in other words they created entirely fake websites of entirely fake companies and then YouTube and the internet archive (among others...) conspired with them by letting them upload the shit to that they'll be able to also make the companies appear authentic by colluding with crooked SOS and whatnot.

Exhibit C | Index 30 | p. 93

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

# ChatGPT suggests InfiniSet patent arguments to USPTO against the granted Netflix patent . . . .

EXHIBIT

K

## Description of LED Panel Arrangement:

### InfiniSet Patent:

Describes a system that includes a motorized treadmill assembly within a green screen or LED virtual film set. The system facilitates the illusion of movement in a virtually rendered setting using an LED floor tile system and a green screen studio environment.

### Netflix Patent:

Focuses on a set of display panels surrounding an area, specifically mentioning a first, second, and third set of display panels, which essentially constitute the horizontal and vertical LED screens in a virtual environment.

## Treadmill Technology:

### InfiniSet Patent:

Discusses a motorized treadmill assembly with an endless belt on a rotatable turntable, enabling unlimited directional movement and synchronization with camera movements for realistic filming.

### Netflix Patent:

Refers to an 'omnidirectional treadmill' and implies its rotation and directional capabilities, aligning closely with the 'rotating treadmill' concept of the InfiniSet patent.

## Integration into Filming Environment:

### InfiniSet Patent:

Emphasizes the integration of the treadmill with real-time camera synchronization to create unrestricted movement illusions in a virtual environment.

### Netflix Patent:

Describes a similar integration of the treadmill and display panels to capture and render acting performances, aligning closely with InfiniSet's approach.

Exhibit C | Index 30 | p. 94

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

## Reference to InfiniSet Patent in Netflix Patent:

**The InfiniSet patent is cited at the top of the Netflix patent as a third-party prior art submission, indicating its relevance and potential influence on the Netflix patent.**

## Arguments for USPTO Consideration:

### Substantial Similarity in Technology:
Both patents describe a system that integrates LED panel setups with a specialized treadmill for creating realistic virtual filming environments. The Netflix patent appears to be a more technical and segmented description of essentially the same technology covered in the InfiniSet patent.

### Prior Art Consideration:
Given that the InfiniSet patent is acknowledged in the Netflix patent, it suggests that the Netflix patent may not meet the novelty requirement due to the prior existence of similar technology.

### Obfuscation in Patent Writing:
The Netflix patent's detailed focus on panel arrangements and the omnidirectional treadmill seems to obfuscate the core technology, which is fundamentally similar to the InfiniSet patent's simpler and more direct description.

### Overlap in Filming Technology Applications:
Both patents aim to achieve the same outcome - allowing free movement and realistic filming within a confined virtual set, utilizing a combination of physical and digital elements.

## Conclusion:

**Given these points, it is arguable that the Netflix patent does not sufficiently differentiate itself from the InfiniSet patent in terms of innovation and application. The similarities in the core technology and intended use of the system suggest that the Netflix patent may not meet the criteria of novelty and non-obviousness required for a valid patent grant. Therefore, it's recommended to challenge the Netflix patent's validity based on these grounds.**

Exhibit C | Index 30 | p. 95

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

# RE: Coordinate space alignment concept....among other things

From Assaff Rawner <Assaff@mrmoco.com>

To   Gordon Eschke<Gordon@mrmoco.com>, matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

Date   Monday, October 31st, 2022 at 10:06 AM



Hello Matt,

Gordon passed your email on to me some weeks ago, but it has been hectic here, so apologies for my very late response. I would normally answer sooner, but you have a very long and detailed email chain which I have just not had the time to fully take in or address all of your points.

Firstly, you have a very interesting and unique set of skills that compliments motion control very well.

I see you have a lot of experience with RealityCapture. I have done some photogrammetry but it is not something that we generally need to although there are definitely a lot of conversations I've had with clients and prospects about in relation to using it with motion control. Just out of interest in the scene of Chicago, how long was the processing time for it to turn the stills into a 3D map and what type of processing power did you need? I've used DroneDeploy in the past. How do they compare?

With regards to your invention, I am very interested in it as a product. I know of lots of occasions when such a device has been specifically created for a movie or commercial filming or for fashion photography. In fact here is a system that's been around for years: https://www.photorobot.com/robots/catwalk

I am just curious what makes your system unique compared to the ones I am familiar with?

You are right, with VR/XR volumes such treadmills/turntables do open up the capabilities, although combining motion control robotics and Unreal is still not a completely plug and play solution that requires little knowledge. Especially when it comes to lens calibration and such activities.

As it has been some time since you sent your email and no doubt you have watched many videos since and tried different things, in a new unit of time, do you have any specific questions you would like to ask?

Please bear in mind our limited time resources, so try to limit it to one or two questions and you will then get a much faster response from me

Best regards

Assaff Rawner

CEO

Mark Roberts Motion Control

Exhibit C | Index 30 | p. 96

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

# Please verify your email address



EXHIBIT
M

From Internet Archive <noreply@archive.org>

To        Matt█████████████████>

Date      Friday, December 9th, 2022 at 2:45 AM

Greetings!

Thanks for creating a new account on Internet Archive, and welcome.

The final step to create your account is to verify your email address. You can do this by clicking the link below:

https://archive.org/account/verify.php?t=9e60b0debe61665e51d650d58af628df

(If that doesn't work, please try copying and pasting the link into your browser address bar.)

Once that's done, you're all set.

Regards,
Internet Archive
https://archive.org



Exhibit C | Index 30 | p. 97

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

# Welcome to the Internet Archive

From Internet Archive <noreply@archive.org>

To    Matt ███████████████████████>

Date   Friday, December 9th, 2022 at 2:46 AM

Dear PatentlyFalse,

Welcome to the Internet Archive, one of the largest digital libraries in the world and home of the history of the Web!

We're so glad you've decided to join our community of digital archivers from around the world. With your free account you can enjoy:

- 4.6 million books
- 6 million videos
- 14 million audio items (including 220,000 live music concerts)
- 580,000 software titles

You also have the ability to leave reviews, connect with other patrons, and even upload your own material to the collections. Want to jump right in? Here's a quick guide to using your account!

Right now, you aren't signed up for any email notifications. If you'd like to receive interesting highlights from our collections or occasional news updates, you can log in and sign up here.

As a 501c3 nonprofit dedicated to sustaining our digital history and culture for generations to come, we make all of our collections available for free. Your support is essential to helping the Archive survive, thrive, and grow—so if you find our resources useful, please chip in to help us ensure Universal Access to All Knowledge.

Thanks for joining us, and enjoy the archive!

The Internet Archive Team
www.archive.org

Exhibit C | Index 30 | p. 98

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

# Removal Policy Information

| | |
|---|---|
| From | matt█████████████████████> |
| To | info@archive.org |
| Date | Thursday, December 15th, 2022 at 12:04 AM |

Hello,

I just stopped writing my initial email, donated $25 + fees to Wayback Machine, and now I am back.

My question is a simple one -

What is your criteria for someone being able to contact you and request that their information be removed from the web archive?  I'm guessing that normally requests come from individuals as opposed to businesses?

My only reason for asking is because I am relying on your site as my main piece of evidence against a company who is very stealthily editing, re-wording, and re-linking a bunch of stuff on their website in an effort to establish a history which isn't true for the purpose of trying to steal something of significant value from me.

What I would like to do is personally, or through an attorney very kindly contact them and let them know that I can very clearly see what they are doing in an effort to try and get them to correct their course early on so I don't have to worry about it - or at the very least they will have to contend with the fact that I have solid evidence that could get them convicted of fraud and decide whether or not that is a risk they are willing to take.

My main worry however is that they could just contact your company and get everything deleted and so that has been bothering me somewhat and has been a pretty large factor in my decision making.

Any insight or knowledge about this topic would be greatly appreciated.

Thank you,

Matt Guertin

Sent with Proton Mail secure email.

Exhibit C | Index 30 | p. 99

# [Internet Archive] Re: Removal Policy Information

From Patron Services Yellow (Internet Archive) <support@archivesupport.zendesk.com>

To      Matt████████████████████████>

Date    Thursday, December 29th, 2022 at 2:24 PM

##- Please type your reply above this line -##

Your request (748958) has been updated. To add additional comments, reply to this email.



Patron Services Yellow (Internet Archive)

Dec 29, 2022, 12:24 PST

Hi Matt,

What site are you interested in?

> • Mark Graham, Director, the Wayback Machine at the Internet Archive



Matt Guertin

Dec 14, 2022, 22:05 PST

Hello,

I just stopped writing my initial email, donated $25 + fees to Wayback Machine, and now I am back.

My question is a simple one -

What is your criteria for someone being able to contact you and request that their information be removed from the web archive?  I'm guessing that normally requests come from individuals as opposed to businesses?

My only reason for asking is because I am relying on your site as my main piece of evidence against a company who is very stealthily editing, re-wording, and re-linking a bunch of stuff on their website in an effort to establish a history which isn't true for the purpose of trying to steal something of significant value from me.

What I would like to do is personally, or through an attorney very kindly contact them and let them

Exhibit C | Index 30 | p. 100

know that I can very clearly see what they are doing in an effort to try and get them to correct their course early on so I don't have to worry about it - or at the very least they will have to contend with the fact that I have solid evidence that could get them convicted of fraud and decide whether or not that is a risk they are willing to take.

My main worry however is that they could just contact your company and get everything deleted and so that has been bothering me somewhat and has been a pretty large factor in my decision making.

Any insight or knowledge about this topic would be greatly appreciated.

Thank you,

Matt Guertin

Sent with Proton Mail secure email.

This email is a service from Internet Archive. Delivered by Zendesk

[K2V28D-OXMPR]

Exhibit C | Index 30 | p. 101

## Re: Call tomorrow (Thursday)

| | |
|---|---|
| From matt | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮> |
| To | Amanda Prose<aprose@wck.com> |
| CC | Megan Neumann<mneumann@wck.com> |
| Date | Thursday, January 5th, 2023 at 5:28 PM |



Every time I save a page someone is going nuts.  Haha

What happened was that they were in the middle of an operation which they have almost certainly completed successfully many other times and then I suddenly appeared out of nowhere and haven't left since. Every single save now is just more proof of the fraud. They are going to have to do something or scrap the whole thing and just delete or revert back to originals and hope this goes away.

I have been saving all the time. In fact I just created a patch in Touchdesigner today that allows me to automatically save 5 individual page URL's every few seconds by clicking a button....and then inbetween each click I would switch to a different VPN location before doing the next.  So technically the whole photoRobot site on wayback machine should have a big save shown today....but they can't keep up with that level of pages. They thought they were just going to make a few adjustments and spruce things up for photorobot to steal my patent and now they know they are screwed as I have been saving new wayback captures with most of the page group saves as well.

They have lost complete control. I even snapped a bunch of saves on NYE shortly after midnight to let them know I was celebrating their idiocy.

And the other thing is that they FOR SURE KNOW I AM THE ONE CAUSING ALL OF THEIR PROBLEMS!  I just looked at the email exchanges between us and everything becomes even clearer.

All of the pieces are now falling perfectly into place.

Can you guess what day I signed up for a user account with the archive?

DECEMBER 9TH, 2022 @ 2:45am

I then proceeded to make use of my new account 'PatentlyFalse' by snapping an archive save of the entire PhotoRobot website exactly twenty minutes later at 3:05am

I then began browsing through all of the PhotoRobot pages and an hour and forty-one minutes later at 4:46am I took my first of two pdf screen captures of PhotoRobot.com/blog which is when I caught someone editing the archive in real time within a 5 minute window and two PDF screen captures.

Here are my emails between the web archive which includes a .png of a draft I almost sent but decided against while I collected more evidence.

And that's a wrap...  ;-)


~Matt

Exhibit C | Index 30 | p. 102

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

# Re: Call tomorrow (Thursday)

From  matt███████████████████>

To    Amanda Prose<aprose@wck.com>

CC    Megan Neumann<mneumann@wck.com>

Date  Friday, January 5th, 2023 at 6:02 PM

Amanda,

...and here is a folder with all of the files I was going through in the 15 minute video I sent you.

https://www.dropbox.com/s/█████████████/Most_recent_compile__01-05-2023_.7z?dl=0

I already sent you some of this but this includes everything added since

~Matt

Sent with Proton Mail secure email.

Exhibit C | Index 30 | p. 103

## Re: Call tomorrow (Thursday)

From Amanda Prose <aprose@wck.com>

To      Matt██████████████████████>, Megan Neumann<mneumann@wck.com>

Date    Friday, January 6th, 2023 at 8:48 AM

Wow. Thanks Matt. I will take a look at this.

As for your other question regarding alerting others to this issue...there are a couple of ways to look at it and I admit, this is an issue new to me so I do not know where/who to alert or where to start.

Regarding the patent office and your pending application as well as future applications, we have made memos in our file to explain why these archived pages are <u>not</u> considered prior art to you. Simply put, the material was not actually published prior to your filing of the provisional patent application. Because of this, the patent office will not consider the materials, the Examiner will ignore it. Generally, we have to provide a date of publication to materials not having a date on their face (a patent application publication or book have publication dates on the publication, but websites do not and are generally identified as published on the date you accessed it). So, we do not have any obligation to provide these to the patent office and then provide an explanation that its not really prior art. The patent office does not want to review it and probably would not. Thus, we do have a duty of candor with the patent office, and I believe that our initial information disclosure statement filing of the old (original) PhotoRobot pages satisfies this. As far as the patent office is concerned, the jurisdiction of the patent office is limited with respect to the disclosure of inventions and prior art, but tampering with non-patent literature prior art is not something the patent office will do anything about unless that allegedly tampered/altered prior art is submitted either by a patentee or by a third party. Then the patent office will get involved.

As for the website tampering itself, it would seem that if the organization behind the website hosting the WayBack Machine should (and would want to) be made aware that there is some glitch or issue that is allowing these alterations and fake pages to be populated on its website. To me, this seems like step one, whether or not this step might actually solve, address or make the problem public. We could also let the entity who has these altered/fake pages on its server aware of this fraud as well (similar to how we file Digital Millennium Copyright Action violations).

As for additional steps here - I am not sure what the next step is yet. I have not come across this and generally when we speak of such frauds it is when the fraudulent/altered material is used, for whatever purpose. For example, as soon as Photorobot or the Internet Archives tries to use the material in some way, then it is much more clear what the next step is.

Best regards,

Amanda



westman champlin & koehler
INTELLECTUAL PROPERTY ATTORNEYS

Exhibit C | Index 30 | p. 104

## Re: Call tomorrow (Thursday)

| From matt ███████████████████████> |
|---|
| To      Amanda Prose<aprose@wck.com> |
| CC      Megan Neumann<mneumann@wck.com> |
| Date    Friday, January 6th, 2023 at 11:47 AM |

Amanda,

Unless you have any reason to advise me not to do so I am going to report this by filing a report at ic3.gov. with all relevant information.

Just on it's face as it only relates to my case they are guilty of wire fraud as there is no requirement that the crime reaches completion. Being able to prove intent is all that is needed. The fact that it involves at minimum 3 people who are located in 3 different countries including the USA just makes it that much more serious.

I honestly am not going to hold my breath as far as expecting something substantial to happen to any of them but I'm guessing there is still very good odds that if I report this to all of the relevant agencies which includes the FBI, FTC, and IRS among others. The fact that the archive is a 501c3 causes them additional problems. At the very least they are going to be under enough pressure and stress over the ordeal that they will choose not to continue forward with the obvious path that they are on is my guess.

But yeah. I don't care.

If Assaff Rawner has to step down as CEO over this - GOOD
If he somehow ends up serving time - GREAT
If the internet archive gets shaken up and involved in a huge ordeal over this - FANTASTIC

If it isn't advisable to send emails to any of them yet or start posting the story online I will have to settle for reporting it to the handful of regulatory and investigative agencies whose jurisdiction it falls under.

I think the biggest question everyone is going to wonder is how many times the web archive has pulled this scam before and how many other people has it affected?

Pardon my language - but fuck every single one of the people involved in this. Even if I don't have to worry at all from the standpoint of my patent I would be perfectly okay with them losing many of the things in their lives that they've worked so hard to achieve since that is what their end goal for me was/is.

I have attached PDF's of all relevant criminal law discussion to this email which demonstrates that they meet all of the criteria to be investigated and criminally charged.

Exhibit C | Index 30 | p. 105

I also don't think telling the internet archive about it is a good idea because after reading through those emails I think it makes it even more likely that they are directly involved in all of this. Just look at the email I got from that guy on the 29th (which I never even saw until last night) - My initial question I asked was about their removal policy if someone requests deletion of archived pages and he randomly replies 2 weeks later -

> "For what site?"

> "Ummmmmm......you must've gotten my email mixed up with someone else's. Mine was the one asking about your archive deletion policy.."

The timing is way too coincidental as well as far as when I signed up, saved an archive of the site, and when I caught the first of the edits. All in order and not very far apart. Just this fact alone - that they were able to start adding backdated pages an hour later implies that this is a system they have down and something they have done many times before.

Their only recourse right now is to find a large team of people and attempt to start replacing the hundreds and thousands of pages with ones that aren't fraudulent but I'm not even sure how possible that is as it would require PhotoRobot to have an actual working site with the same code. They are screwed...and if they aren't yet I am going to do my best to make sure they are.

~Matt

Sent with Proton Mail secure email.

Exhibit C | Index 30 | p. 106

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

## Re: Call tomorrow (Thursday)

From Amanda Prose <aprose@wck.com>

To      Matt████████████████████>

CC      Megan Neumann<mneumann@wck.com>

Date    Friday, January 6th, 2023 at 12:12 PM

Matt,

Based on my understanding of what is going on here, I do not see any reason to advise you against filing a complaint through ic3.gov. I think that is a great place to start the process of calling out this activity actually.

Best regards,

Amanda



Exhibit C | Index 30 | p. 107

## Re: LINKS: Exam and Preliminary Hearing



From matt█████████████████████████>

To        Michael Biglow<michael@biglowlaw.com>

Date      Tuesday, August 1st, 2023 at 10:14 AM

Michael,

Good morning. Hope you are well.

I figured it wouldn't hurt to provide some supporting documents prior to our meeting this afternoon which I believe support many of my "grandiose" claims about my many "perceived achievements". In addition I am of the opinion that these documents just on their own serve to completely discredit the assertions made by Dr. Rogstad in the report she wrote about me after our meeting.

I attached a bunch of PDF's to this email including a letter from the psychiatrist I have been seeing in CA for the past 7+ years addressing the report Dr. Rogstad wrote as well as his personal opinions about who I actually am as a person (being that he's known me for 7 years and witnessed many of my successes while I was still in CA).

In addition below are some links to articles I have received official credits in - this would include the credit of "Engineering"

I'm looking forward to our Zoom call this afternoon.

See you then,

Matthew Guertin
Inventor / Founder / CEO
InfiniSet, Inc.

████████████████

www.InfiniSet.com
www.MattGuertin.com

"the set piece was engineered and built in-house at XiteLabs studio by creative technologist Matt Guertin. LED tiles from PRG were dismantled into smaller component modules, custom configured and re-wired by Guertin at XiteLabs to create smaller radius circular elements to create the smooth edges of the eye. Guertin designed and engineered 420 metal parts cut out of eight different types of material, as well as 268 individual acrylic pieces from six different materials. The estimated total number of soldering points was in the 2,000 range."

https://plsn.com/articles/video-trends/xitelabs-steps-up-and-out/

"Falcon Design, Fabrication Direction and Engineering: Matt Guertin"

https://blacktrax.cast-soft.com/showcase/tracking-a-50ft-falcon-with-xitelabs/

"Matt Guertin - Touch Designer system design"

https://www.disguise.one/en/insights/case-studies/la-philharmonic/

Exhibit C | Index 30 | p. 108

"It is with great enthusiasm that we publish Matt Guertin's chronicle on the building of his ever-expanding project which will not be finished for some time if our last email exchange concerning the release of Oculus Rift's second developer kit is an indicator of things to come."

https://derivative.ca/community-post/matt-guertins-epic-never-ending-oculus-rift-kinect-touchdesigner-3d-project/60736

Sent with Proton Mail secure email.
**9.08 MB**   **16 files attached**

US11577177B2__My_Officially_Granted_Patent__STRIPPED_VERSION.pdf
73.42 KB

IC3_dot_gov_Report__Filed_May_3rd_2023.pdf
42.70 KB

MICROSOFT_DIMENSION_MRMOCO___2023-03-16_IDS.pdf
73.26 KB

FTC_Report_May_3rd_2023.pdf
373.82 KB

Mntka_PD_Police_Report__23-000151__FILED_9_DAYS_BEFORE_INCIDENT.pdf
477.32 KB

Letter_From_My_CA_Psychiatrist_____.pdf
400.43 KB

Email_correspondence_with_IP_attorney_discussing_fraud.pdf
860.45 KB

US11577177B2__My_Officially_Granted_Patent.pdf
1.66 MB

_____Corporate_Introduction.pdf
262.40 KB

NETFLIX__3rd_Pty_Submission_Receipt.pdf
58.82 KB

NETFLIX__3rd_Party_Filing_Form_ACCEPTED_BY_USPTO__.PDF
135.56 KB

NETFLIX__USPS_CertifiedMailerReceipt_scan.pdf
268.19 KB

NETFLIX__Screencap_from_USPTO_EFS_Web__.pdf
445.47 KB

NETFLIX___Certified_Mail_Scans.pdf
1.72 MB

NETFLIX__TROJANSKY_PATENT_APPLICATION__3_31_2021_US20220319115A1.pdf
2.31 MB

IRS_2019__Wages_And_Income__Matthew Guertin.pdf
7.37 KB

Exhibit C | Index 30 | p. 109

## Re: LINKS: Exam and Preliminary Hearing

From matt ▬▬▬▬▬▬▬>

To    Michael Biglow <michael@biglowlaw.com>

Date  Tuesday, August 1st, 2023 at 10:25 AM

Michael,

I feel it should also be noted that many of these PDF's I attached to the previous email I also provided Dr. Rogstad with either prior to our meeting, at our meeting, or post meeting.

She had plenty of relevant information which at the very least supports the fact that there was a whole series of events (very stressful ones..) and other things which took place prior to me arriving at a point in which shooting a gun off in order to contact the police (as opposed to calling them...) seemed like my best option at the time.

I was trying to get help through multiple avenues which would include the attached Minnetonka Police report filed 9 days before the incident (which she chose to gloss over in her report even though it is obviously relevant to the situation)

That is all.

See you soon,

Matthew Guertin
Inventor / Founder / CEO
InfiniSet, Inc.

▬▬▬▬

www.InfiniSet.com
www.MattGuertin.com

Sent with Proton Mail secure email.

Exhibit C | Index 30 | p. 110

## Dr Schuster Report

From Michael Biglow <michael@biglowlaw.com>

To      michael@countrypsychology.com , Lea.DeSouza@hennepin.us

CC      Michael Biglow<Michael@biglowlaw.com> , Matt███████████████>

Date    Tuesday, August 1st, 2023 at 2:24 PM

Attached.
Mike

--

**Michael J. Biglow, Esq**

Attorney at Law

Biglow Law Offices

895 Tri Tech Office Center

331 Second Ave South

Minneapolis, MN 55401

Direct: 612-238-4782

Fax: 612-333-3201

**\*\*Please note NEW email address:** *michael@biglowlaw.com*

*This message and any attachments are intended only for the named recipient(s), and may contain information that is confidential, privileged, attorney work product, or exempt or protected from disclosure under applicable laws and rules. If you are not the intended recipient(s), you are notified that the dissemination, distribution, or copying of this message and any attachments is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the email address or the telephone number included herein and delete this message and any of its attachments from your computer and/or network. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege, protection, or doctrine. Thank you.*

**This message and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521**

---

**400.48 KB**    **1 file attached**

Letter_From_My_CA_Psychiatrist_Dr_Schuster.pdf
400.48 KB

Exhibit C | Index 30 | p. 111



## Internal Revenue Service
### United States Department of the Treasury

EXHIBIT
## P

| This Product Contains Sensitive Taxpayer Data |

# Wage and Income Transcript

|  |  |
|---|---|
| Request Date: | 02-22-2022 |
| Response Date: | 02-22-2022 |
| Tracking Number: | ██████████ |

**SSN Provided:** ██████████
**Tax Period Requested:** December, 2019

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN): ██████████
XITE LLC
23938 CRAFTSMAN RD
CALABASAS, CA 91302-0000

**Recipient:**
Recipient's Identification Number: ██████████
GUERTIN MATTHEW
██████████
GLENDALE, CA 91206-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | ██████████ |
| Tax Withheld: | $0.00 |
| Non-Employee Compensation: | $218,385.00 |
| Medical Payments: | $0.00 |
| Fishing Income: | $0.00 |
| Rents: | $0.00 |
| Royalties: | $0.00 |
| Other Income: | $0.00 |
| Substitute Payments for Dividends: | $0.00 |
| Excess Golden Parachute: | $0.00 |
| Crop Insurance: | $0.00 |
| Attorney Fees: | $0.00 |
| Foreign Tax Paid: | $0.00 |
| Section 409A Deferrals: | $0.00 |
| Section 409A Income: | $0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| FATCA Filing Requirement: | Box not checked no Filing Requirement |
| Second Notice Indicator: | No Second Notice |

| This Product Contains Sensitive Taxpayer Data |

Exhibit C | Index 30 | p. 112

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM





April 7, 2023

To whom it may concern:

This report is written on behalf of Mr. Mathew David Guertin.

Medical records provided including a psychological evaluation signed by Jill E. Rogstad PhD, Forensic psychologist.

I am a clinical psychiatrist and clinical trial researcher licensed in the state of California.

I have been treating Mr. Guertin since I saw him in my office for the first time on September 15, 2016. At that time he was 35 years of age, single, living alone in Los Angeles and working as a computer programmer and in digital media design. He was referred to me by his general practitioner Dr. Alpert, since he was having difficulties in concentration, lacking organizational skills, etc.
In his clinical history he was diagnosed with Bipolar Disorder and Attention Deficit Hyperactive Disorder in 3rd grade, and had been treated accordingly with medications like Carbamazepine, Bupropion and Ritalin. He displayed in his younger years inability to control his behavior, inattention, lack of concentration, insomnia, getting in trouble in class, food grades in the subjects he liked and bad grades if he wasn't motivated," a rambunctious kid" as he self describes. etc. His mother was a single parent who was unable to care appropriately for him. For that reason he was placed in foster homes, followed by a social worker, therapy, psychiatrist, boot camp age 14 and group home ages 14-17. Age 18 emancipated and stopped his medications, dropped out from school but later on decided to get his GED.
At the age of 19 he decided on his own to enroll in school of computer drafting where he excelled and got excellent grades. In 2006 he was hired a company for set design and lighting and he made his way up as a DJ.

Exhibit C | Index 30 | p. 113

In my history taking I did not perceive any "true manic symptoms", but definitely inattention, restlessness, intrusiveness, all symptoms consistent with ADHD Hyperactive and Inattentive. So that was the primary diagnosis I gave him. As a secondary diagnosis I diagnosed him with Generalized Anxiety Disorder and a moderate history of OCD primarily having orderly obsessions and compulsions. No history of psychosis, Schizophrenia, Bipolar Disorder, Antisocial Personality. Treated for the last several years with Adderall XR **xx** mg twice a day and Klonopin **xx** mg twice a day PRN.

Through the years of treating Mr. Guertin he displayed an uncommon intuition for very complex technical predisposition that granted him promotions in jobs that required technical knowledge. He was hired overseas Qatar, Vietnam, Palma de Mallorca for extremely difficult "mise en scene" jobs that can be seen in his website. He is self-educated and has been working nonstop since moving to Minnesota in a project that will compete with movie production with major enterprises. There have been times in recent months that he verbalized concerns about his being "scrutinized" and maybe sabotaged by enterprises in the scale of Microsoft and Netflix. I never thought of him being delusional or grandiose neither in recent times nor in these 7 years I have been following him clinically. On the contrary I have always seen in Mathew a very decided, extremely focused, very hard worker, ambitious and struggling to overcome his past, especially the lack of guidance and validation coming from any parental figure. "I never met my father".

In summary Mr. Guertin is not at risk of harming anyone. I do acknowledge he has been under severe pressure in the last year especially the last several months as his project has been patented and he may be displaying a strong overprotective behavior/thought content attitude towards it.

Hope this report gives a more detailed understanding of who Mr. Guertin is and especially the natural knowledge I obtained of who he is in the course of the last 7 years.

If further information was required, please do not hesitate to contact me following HIPPA regulations.

Sincerely,

Dr. Martin Schuster

Exhibit C | Index 30 | p. 114

1. What is the reason for my psychological analysis actually listed on the court order? Are they specifically just trying to determine my competence for trial — CAN I SEE?

EXHIBIT
R

2. DISCOVERY ——— ⊙ ⊙   I want to see everything

3. Computer forensic analysis completed before April 4th — THOUGHTS —

4. 5th and 6th amendment protection in regards to evaluation - PRO-SE

5. The 3 gun charges for serial numbers — ?

6. What is the likely outcome of any case as you currently see it?

7. MY PSYCHIATRIST IN CA — 5 or 6 years visiting him

8. Character statements / written statements about invention

9. I sure seem to be able to do a good job explaining everything to friends and other acquaintances — they all start off thinking what I did is completely insane but if I get 15 minutes and they're receptive I am able to get them to realize that it was a bunch of crazy stuff that lead up to the firing of gun. Same for a jury.

10. If I have solid, expertly analyzed computer forensic data that validates every single thing I've claimed — The proof of fraud as well as being able to establish that all of my machines were hacked into by April 4th Can that not be used as leverage or a "bluff" that it will be presented in trial?

Exhibit C | Index 30 | p. 115





Steven M. Koehler
DIRECT: (612) ███
E-MAIL: ███@wck.com

August 16, 2023
*VIA E-MAIL & Courier*

Mr. Matt Guertin
President
InfiniSet, Inc.
██████████

Plymouth, MN 55442

Re:     Withdrawal from representation by Westman Champlin & Koehler, P.A. for patent matters of InfiniSet, Inc.

Dear Mr. Guertin:

This follows the email notification to you from Z. Peter Sawicki on August 10, 2023, terminating our relationship as intellectual property legal counsel.

Attached is a report for the patent matters that we have been monitoring on your behalf.

Also attached is an accounting ledger on the patent matters. As indicated in the far-right column there is no outstanding monies due for any of the patent matters.

We will attempt to advise the US Patent Office that any further correspondence regarding each of these matters should be directed to you at the above street address, and to your email address: ████████████████

It is prudent that you engage new patent counsel for these matters. They should file Powers of Attorney from you with the US Patent Office.

You should verify at the United States Patent Office that all future correspondence for the pending US patent application and issued patent will be coming to you directly (or to your newly designated legal representative).

Exhibit C | Index 30 | p. 116

August 16, 2023
Page 2

## PATENT MATTERS

### 1. Foreign National Patent Application Filing Deadlines Based on PCT/US2022/020919

**As you are already aware, foreign national applications have to be filed by September 18, 2023 based on your international application (PCT/US2022/020919). One notable exception is filing with the European Patent Office (EPO), the deadline for such a filing is October 18, 2023. Failure to meet these filing deadlines will seriously jeopardize your ability to obtain patents in these foreign countries. Depending on the country, failure to file on time may permanently prevent you from obtaining a patent.**

A US patent attorney typically has relationships with foreign counsel to initiate these filings. It is my understanding that you have received solicitations from one or more other companies to initiate those filings and meet the requisite deadlines.

One other company that I am aware of, which was used by one of my other clients, is Patent International. If interested, you could contact ███████████ at ██-██-████, (████@████████.com, website:████████.com). I contacted ████ and he said he would be happy to assist and can provide prompt estimates including the projected costs over the next three years. **I did not provide your contact information so you will need to contact him.** Please note this is not an endorsement but rather just another company that may be of help to you.

### 2. Issued US Patent 11,577,177

With respect to your other patent matters, as you are aware, US Patent 11,577,177 issued February 14, 2023. As such the next action on this patent would be payment of the first maintenance fee by at least February 14, 2027 to avoid abandonment, although if paid by August 14, 2026 you can avoid a surcharge fee.

### 3. Pending US Serial No. 18/108,858

The only currently pending patent application is US Serial No. 18/108,858. It is awaiting action at the US Patent Office. According to US Patent Office, it may be six months (estimate) before you receive any action, although it is advisable to periodically check on the status of the application from time to time.

**We have removed these patent matters from our perpetual docketing system and will send you no further reminders of any kind regarding their maintenance.** You and your newly designated legal representative should calendar the appropriate

Exhibit C | Index 30 | p. 117

August 16, 2023
Page 3

future due for each matter.

### 4. Other Material Returned with this Letter (by Courier)

A. Our office maintains only electronic files, so we have no physical files to send to you. Enclosed is a USB thumb drive with copies of files from our electronic patent files;

B. ██████████████████████████

C. ██████████████████████████

We wish you the best.

Sincerely,

Steve Koehler

Enclosure

Exhibit C | Index 30 | p. 118

**Implications of Matthew David Guertin's January 17th, 2024 court order pertaining to Hennepin County 4th Judicial District Court Case #27-CR-23-1886 based on the detailed analysis of the language, structure, and terminology used in the order:**



### The assumption of future detainment:

The order indeed prepares for the potentiality of Mr. Guertin being civilly committed, as indicated by the directive for a prepetition screening and the possibility of direct commitment to a "safe and secure facility" if found to be "mentally ill, developmentally disabled, chemically dependent, or mentally ill and dangerous to the public."

### Planning based on incompetency:

The document outlines a detailed plan that hinges on the assumption of Mr. Guertin's current mental state as a determinant for future legal and medical proceedings. This includes the suspension of criminal proceedings, investigation into civil commitment, and periodic reviews of Mr. Guertin's competency and mental status.

### Conclusion

The court order, through its specific use of legal and psychological terminology, structured narrative, and procedural directives, conveys a prepared pathway for addressing Mr. Guertin's case based on his mental competency. The document encapsulates a legal framework that indeed implies a plan for potentially detaining Mr. Guertin, contingent upon further evaluations and judicial findings. This analysis, grounded solely in the document's language and context, aligns with your interpretation regarding the implications of Mr. Guertin's future detainment for mental health reasons.

## Detailed Analysis of Language and Structure used towards the end of the Court Order:

### 1. Implicit Assumptions of Detainment

Conditional yet Presumptive Language: The order meticulously outlines procedures for assessing Mr. Guertin's competency and the potential for civil commitment. The use of language that discusses future competency evaluations ("when the Defendant has attained competency, or at least every six months") carries an implicit presumption of detainment. This is underscored by the plan for regular reviews, suggesting an expectation of a prolonged process to ascertain Mr. Guertin's fitness to proceed.

### 2. Framework for Ongoing Reviews

#### Structured Timeline for Evaluations:

The mention of a future review in July 2024 and the requirement for periodic assessments of Mr. Guertin's mental condition indicate a structured framework for managing his case over time. This procedural detail conveys an anticipation of detainment, at least until a point of restored competency is possibly reached, suggesting a process that could extend well beyond the next scheduled review.

Exhibit C | Index 30 | p. 119

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

### 3. Legal and Procedural Directives

**Directives for Cooperation and Record Access**:
Orders for Mr. Guertin to cooperate with the civil commitment process, and the granting of access to a broad array of personal records, reinforce the court's authority and oversight in this matter. This extensive reach, encompassing a wide range of personal and medical information, signals a comprehensive approach to his evaluation and the seriousness with which the court views the necessity of detainment for such assessments.

### 4. Potential for Prolonged Detainment

**Mention of Direct Commitment:**
The order's provision for direct commitment to a "safe and secure facility" if Mr. Guertin is found to meet certain mental health criteria highlights a clear path to detainment. This direct commitment, combined with the structured plan for ongoing competency evaluations, suggests a framework where detainment is not only a possibility but is planned for with specific procedural steps outlined.

### Conclusion on Sentiment, Tone, and Unspoken Implications:

The sentiment and tone of the court order, particularly in its latter sections, lean towards an administrative and procedural approach to handling Mr. Guertin's case, with a clear undercurrent of preparation for his detainment and ongoing evaluation. The specific language used, the structured ordering of procedural steps, and the detailed directives for future action collectively imply an expectation that Mr. Guertin may indeed be detained and subjected to a process that, by its nature, could extend over a significant period.

**This analysis, focused solely on the language and structural elements of the court order, supports your interpretation of an implied plan for Mr. Guertin's detainment and the potential for a prolonged period of competency evaluations. The document articulates a legal pathway that, while conditional on further assessments and findings, prepares for the eventuality of his commitment and the meticulous management of his case through scheduled reviews and evaluations.**

Exhibit C | Index 30 | p. 120



# MINNESOTA
## JUDICIAL BRANCH
MINNESOTA COURT RECORDS ONLINE (MCRO)



Case Search Results

| | | | |
|---|---|---|---|
| Your Search Criteria: | Person Name | | |
| Last Name: Guertin | First Name: Matthew | | Middle Name: David |

Additional Search Options

Case Categories:   All
Case Status:   All
Locations:   All

Your search returned multiple results
Search executed on 03/13/2024 09:35 PM
Showing 14 of total 14 results.

---

**Result 1 of 14**

Case Number:   27-MH-PR-23-815                     Date Filed:   07/20/2023

Case Title:   In the Matter of the Civil Commitment of MATTHEW DAVID GUERTIN, Respondent

Case Type:   Commitment - Mentally Ill
Case Location:   Hennepin County, Hennepin Probate Mental Health
Case Status:   Under Court Jurisdiction

---

**Result 2 of 14**

Case Number:   27-VB-12-271112422718                     Date Filed:   05/17/2012

Case Title:   State of Minnesota vs. MATTHEW DAVID GUERTIN

Case Type:   Crim/Traf Non-Mand                     Defendant
Case Location:   Hennepin County, Hennepin Criminal Downtown
Case Status:   Closed                               GUERTIN, MATTHEW DAVID
Citation Number:   271112422718                     DOB:   07/17/1981

Charges

| 1 | No parking in alley and trucks not to exceed 30 minutes | | Statute:   478.180 |
|---|---|---|---|
| | Disposition:   Convicted | Disposition Date:   07/12/2012 | |
| | Level of Charge:   Petty Misdemeanor | | |
| | Offense Date:   05/16/2012 | | |

---

**Result 3 of 14**

Case Number:   27-VB-12-271112360251                     Date Filed:   03/09/2012

Case Title:   State of Minnesota vs. MATTHEW DAVID GUERTIN

Exhibit C | Index 30 | p. 121

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

Case Type:  Crim/Traf Non-Mand
Case Location:  Hennepin County, Hennepin Criminal Downtown
Case Status:  Closed
Citation Number:  271112360251

**Defendant**
GUERTIN, MATTHEW DAVID
DOB:  07/17/1981

Charges

| 1 | No stopping, standing or parking | Statute:  478.110 |
|---|---|---|

| Disposition:  Convicted | Disposition Date:  04/29/2012 |
|---|---|

Level of Charge:  Petty Misdemeanor
Offense Date:  03/08/2012

---

Result 4 of 14

Case Number:  27-VB-12-1118570595          Date Filed:  01/01/2012

Case Title:  State of Minnesota vs. MATTHEW DAVID GUERTIN

Case Type:  Crim/Traf Non-Mand
Case Location:  Hennepin County, Hennepin Criminal Downtown
Case Status:  Closed
Citation Number:  1118570595

**Defendant**
GUERTIN, MATTHEW DAVID
DOB:  07/17/1981

Charges

| 1 | Parked overtime in a meter zone | Statute:  478.360(a) |
|---|---|---|

| Disposition:  Convicted | Disposition Date:  02/21/2012 |
|---|---|

Level of Charge:  Petty Misdemeanor
Offense Date:  12/31/2011

---

Result 5 of 14

Case Number:  27-VB-11-1118216090          Date Filed:  11/09/2011

Case Title:  State of Minnesota vs. MATTHEW DAVID GUERTIN

Case Type:  Crim/Traf Non-Mand
Case Location:  Hennepin County, Hennepin Criminal Downtown
Case Status:  Closed
Citation Number:  1118216090

**Defendant**
GUERTIN, MATTHEW DAVID
DOB:  07/17/1981

Charges

| 1 | Parked where temporary no park signs | Statute:  478.90(p) |
|---|---|---|

| Disposition:  Convicted | Disposition Date:  12/30/2011 |
|---|---|

Level of Charge:  Petty Misdemeanor
Offense Date:  11/07/2011

Exhibit C | Index 30 | p. 122

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

**Result 6 of 14**

Case Number:    27-VB-11-14075                                     Date Filed:    11/04/2011

Case Title:   State of Minnesota vs MATTHEW DAVID GUERTIN

Case Type:    Crim/Traf Non-Mand                                   Defendant
Case Location:    Hennepin County, Hennepin Criminal Downtown      GUERTIN, MATTHEW DAVID
Case Status:   Closed                                              DOB:  07/17/1981
Citation Number:   1118037611

Charges

| 1 | No parking in alley and trucks not to exceed 30 minutes | Statute:   478.180 |

| Disposition:   Convicted | Disposition Date:   01/06/2012 |
| Level of Sentence:   Convicted of a Petty Misdemeanor | |

Offense Date:    10/28/2011

---

**Result 7 of 14**

Case Number:    27-CR-08-35290                                     Date Filed:    07/16/2008

Case Title:   State of Minnesota vs MATTHEW DAVID GUERTIN

Case Type:    Crim/Traf Mandatory                                  Defendant
Case Location:    Hennepin County, Hennepin Criminal Downtown      GUERTIN, MATTHEW DAVID
Case Status:   Closed                                              DOB:  07/17/1981

Charges

| 1 | Damage to Property in the First Degree - In Excess of $1,000 | Statute:   609.595.1(3) |

| Disposition:   Convicted | Disposition Date:   03/05/2009 |
| Level of Sentence:   Conviction Deemed a Misdemeanor Pursuant to M.S. 609.13 | |

Offense Date:    07/15/2008

---

**Result 8 of 14**

Case Number:    27-CR-07-031092                                    Date Filed:    05/14/2007

Case Title:   State of Minnesota vs MATTHEW DAVID GUERTIN

Case Type:    Crim/Traf Mandatory                                  Defendant
Case Location:    Hennepin County, Hennepin Criminal Downtown      GUERTIN, MATTHEW DAVID
Case Status:   Closed                                              DOB:  07/17/1981

Charges

| 1 | DISORDERLY CONDUCT | Statute:   385.90 |

| Disposition:   Convicted | Disposition Date:   02/04/2008 |
| Level of Sentence:   Convicted of a Misdemeanor | |

Offense Date:    05/13/2007

Exhibit C | Index 30 | p. 123

| 2 | Assault-5th Degree-Misdemeanor | | Statute: | 609.224.1 |
|---|---|---|---|---|

| Disposition: | Dismissed | Disposition Date: | 02/04/2008 |
|---|---|---|---|

Level of Charge: Misdemeanor
Offense Date: 05/13/2007

---

**Result 9 of 14**

Case Number:   27-CR-06-033706                     Date Filed: 05/19/2006

Case Title:   State of Minnesota vs MATTHEW DAVID GUERTIN

Case Type:   Crim/Traf Mandatory                    Defendant

Case Location:   Hennepin County, Hennepin Criminal Downtown    GUERTIN, MATTHEW DAVID

Case Status:   Closed                               DOB:   07/17/1981

Charges

| 1 | DISORDERLY CONDUCT | | Statute: | 385.90 |
|---|---|---|---|---|

| Disposition: | Convicted | Disposition Date: | 05/25/2006 |
|---|---|---|---|

Level of Charge: Misdemeanor
Offense Date: 05/18/2006

---

**Result 10 of 14**

Case Number:   27-CR-05-041796                     Date Filed: 07/07/2005

Case Title:   State of Minnesota vs MATTHEW DAVID GUERTIN

Case Type:   Crim/Traf Mandatory                    Defendant

Case Location:   Hennepin County, Hennepin Criminal Ridgedale    GUERTIN, MATTHEW DAVID

Case Status:   Closed                               DOB:   07/17/1981

Charges

| 1 | 3RD DEG DWI -ALCOHOL | | Statute: | 169A.20S1(1) |
|---|---|---|---|---|

| Disposition: | Convicted | Disposition Date: | 07/20/2005 |
|---|---|---|---|
| Level of Sentence: | Convicted of a Gross Misdemeanor | | |

Offense Date:   05/04/2005

| 2 | 3RD DEG DWI -ALC .10+ W/IN 2HRS DRIVING | | Statute: | 169A.20S1(5) |
|---|---|---|---|---|

| Disposition: | Dismissed | Disposition Date: | 07/20/2005 |
|---|---|---|---|

Level of Charge: Gross Misdemeanor
Offense Date:   05/04/2005

Exhibit C | Index 30 | p. 124

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM



**Result 11 of 14**

Case Number:    27-CR-03-092008                                    Date Filed:    12/30/2003
Case Title:    State of Minnesota vs MATTHEW DAVID GUERTIN

Case Type:    Crim/Traf Mandatory                                  Defendant
Case Location:    Hennepin County, Hennepin Criminal Ridgedale     GUERTIN, MATTHEW DAVID
Case Status:    Closed                                             DOB:  07/17/1981

Charges

| 1 | IN PARK AFTER HOURS | Statute:  10.83 |

> Disposition:    Dismissed          Disposition Date:    01/15/2004

Level of Charge:    Misdemeanor
Offense Date:    12/23/2003

| 2 | OBSTRUCTING JUSTICE | Statute:  609.50S1(2) |

> Disposition:    Convicted          Disposition Date:    01/15/2004

Level of Charge:    Misdemeanor
Offense Date:    12/23/2003



**Result 12 of 14**

Case Number:    27-CR-03-087596                                    Date Filed:    11/24/2003
Case Title:    State of Minnesota vs MATTHEW DAVID GUERTIN

Case Type:    Crim/Traf Mandatory                                  Defendant
Case Location:    Hennepin County, Hennepin Criminal Brookdale     GUERTIN, MATTHEW DAVID
Case Status:    Closed                                             DOB:  07/17/1981

Charges

| 1 | IMPROPER STORAGE OF LITTER | Statute:  635.03 |

> Disposition:    Convicted          Disposition Date:    01/02/2004

Level of Charge:    Petty Misdemeanor
Offense Date:    10/26/2003

Exhibit C | Index 30 | p. 125

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM



**Result 13 of 14**

Case Number:   27-CR-02-059246

Case Title:   State of Minnesota vs MATTHEW DAVID GUERTIN

Case Type:   Crim/Traf Mandatory
Case Location:   Hennepin County, Hennepin Criminal Brookdale
Case Status:   Closed

Date Filed:   07/25/2002

Defendant
GUERTIN, MATTHEW DAVID
DOB:   07/17/1981

<u>Charges</u>

| 1 | DISORDERLY CONDUCT | | Statute:   609.72 |
|---|---|---|---|

| Disposition:   Dismissed | Disposition Date:   08/15/2002 |
|---|---|

Level of Charge:   Misdemeanor
Offense Date:   07/20/2002

| 2 | VIOLATION OF PARTY ORDINANCE | | Statute:   2005.15 |
|---|---|---|---|

| Disposition:   Convicted | Disposition Date:   08/15/2002 |
|---|---|

Level of Charge:   Petty Misdemeanor
Offense Date:   07/20/2002



**Result 14 of 14**

Case Number:   09-T0-02-000260

Case Title:   The State of Minnesota vs. MATTHEW DAVID GUERTIN

Case Type:   Speeding-Petty Misd
Case Location:   Carlton County
Case Status:   Closed-Physical File Destroyed

Citation Number:   PF 009753

Date Filed:   01/22/2002

Defendant
GUERTIN, MATTHEW DAVID
DOB:   07/17/1981

<u>Charges</u>

| 1 | NO PROOF OF INSURANCE | | Statute:   169.797 |
|---|---|---|---|

| Disposition:   Dismissed | Disposition Date:   01/28/2002 |
|---|---|

Level of Charge:   Converted: Offense Level Not Available
Offense Date:   12/31/2001

| 2 | SPEED 92/70 | | Statute:   169.14 |
|---|---|---|---|

| Disposition:   Guilty | Disposition Date:   01/28/2002 |
|---|---|

Level of Charge:   Converted: Offense Level Not Available
Offense Date:   12/31/2001

Search executed on 03/13/2024 09:35 PM

Exhibit C | Index 30 | p. 126



# T · · Mobile
## USAGE DETAILS
For information only - charges are shown in the One-Time Charges section.

(763) ▮▮▮

**TALK**

| When | | Who | | Description | Type | Min | Cost |
|---|---|---|---|---|---|---|---|
| Dec 15 | 3:54 PM | OUT | (763) | to Hanover/MN | - | 69 | - |
| | 5:31 PM | OUT | (612) | to Twincities/MN | - | 17 | - |
| | 5:52 PM | OUT | (651) | to St Paul/MN | - | 1 | - |
| | 6:08 PM | IN | (651) | Incoming | - | 38 | - |
| Dec 16 | 11:50 PM | OUT | (952) | to Shakopee/MN | - | 3 | - |
| Dec 19 | 2:54 PM | IN | (763) | Incoming | - | 3 | - |
| | 2:58 PM | OUT | (763) | to Hanover/MN | - | 9 | - |
| Dec 20 | 1:43 PM | OUT | (818) | to Van Nuys/CA | - | 4 | - |
| | 1:46 PM | OUT | (612) | to Twincities/MN | - | 4 | - |
| | 1:51 PM | OUT | (651) | to Anoka/MN | - | 3 | - |
| | 1:54 PM | OUT | (818) | to Van Nuys/CA | - | 1 | - |
| Dec 21 | 11:34 AM | OUT | (763) | to Hanover/MN | - | 1 | - |
| Dec 23 | 10:38 AM | IN | (612) | Incoming | - | 24 | - |
| | 2:10 PM | OUT | (612) | to Minneapolis/MN | - | 48 | - |
| | 6:58 PM | OUT | (763) | to Twincities/MN | F | 16 | - |
| Dec 24 | 7:45 PM | IN | (763) | Incoming | - | 1 | - |
| | 8:38 PM | IN | (763) | Incoming | - | 1 | - |
| Dec 26 | 11:40 AM | OUT | (800) | 1-800 # | - | 1 | - |
| | 11:46 AM | IN | (763) | Incoming | F | 1 | - |
| | 11:54 AM | OUT | (800) | 1-800 # | - | 3 | - |
| | 12:07 PM | OUT | (877) | 1-877 # | - | 3 | - |
| | 12:09 PM | OUT | (800) | 1-800 # | - | 10 | - |
| Dec 27 | 4:01 PM | OUT | (612) | to Twincities/MN | - | 2 | - |
| | 8:35 PM | IN | (763) | Incoming | - | 1 | - |
| Dec 28 | 12:00 PM | OUT | (763) | to Twincities/MN | F | 2 | - |
| | 12:36 PM | IN | (763) | Incoming | F | 1 | - |
| | 2:56 PM | OUT | (612) | to Minneapolis/MN | - | 30 | - |
| | 3:44 PM | IN | (763) | Incoming | F | 1 | - |
| Dec 29 | 9:58 AM | OUT | (612) | to Minneapolis/MN | - | 1 | - |
| | 10:12 AM | OUT | (763) | to Twincities/MN | - | 1 | - |
| | 11:17 AM | OUT | (763) | to Twincities/MN | F | 1 | - |
| | 11:33 AM | OUT | (612) | to Minneapolis/MN | - | 1 | - |
| | 11:34 AM | OUT | (612) | to Blaine/MN | F | 2 | - |
| | 1:34 PM | OUT | (250) | to Nelson/BC | - | 34 | - |
| Dec 30 | 4:18 PM | OUT | (763) | to Hanover/MN | W | 1 | - |
| Dec 31 | 4:52 PM | IN | (763) | Incoming | W | 10 | - |
| Jan 02 | 8:22 PM | OUT | (763) | to Hanover/MN | - | 19 | - |
| Jan 03 | 4:18 PM | OUT | (612) | to Minneapolis/MN | - | 1 | - |
| | 6:02 PM | OUT | (763) | to Hanover/MN | - | 1 | - |
| Jan 04 | 11:36 AM | OUT | (612) | to Minneapolis/MN | - | 1 | - |
| Jan 05 | 11:31 AM | IN | (612) | Incoming | - | 55 | - |
| | 12:29 PM | OUT | (218) | to Fergus Fls/MN | F | 39 | - |
| Jan 06 | 1:01 PM | OUT | (763) | to Anoka/MN | - | 1 | - |
| Jan 09 | 3:11 PM | OUT | (866) | 1-866 # | - | 1 | - |
| | 3:11 PM | OUT | (866) | 1-866 # | - | 8 | - |
| Jan 12 | 12:56 PM | OUT | (763) | to Minneapolis/MN | - | 32 | - |
| | 3:00 PM | OUT | (763) | to Twincities/MN | F | 1 | - |
| Jan 13 | 9:59 AM | IN | (612) | Incoming | - | 8 | - |
| **Totals** | | | | | | **523** | **$0.00** |

The date and time corresponds to the local time where the mobile was located.

WHO: **OUT** Outgoing   **IN** Incoming   TYPE: **F** Mobile2Mobile   **W** Wi-Fi Call

**TEXT**

| When | | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|---|
| Dec 14 | 6:36 AM | IN | (952) | Twincities, MN | TXT | - |
| Dec 15 | 8:55 AM | IN | (651) | St Paul, MN | TXT | - |
| | 3:52 PM | IN | (612) | Hamel, MN | TXT | - |
| | 4:08 PM | IN | (612) | Hamel, MN | TXT | - |
| | 4:08 PM | IN | (612) | Hamel, MN | TXT | - |
| | 4:08 PM | OUT | (612) | Hamel, MN | TXT | - |
| | 4:08 PM | IN | (612) | Hamel, MN | TXT | - |
| | 5:25 PM | IN | (612) | Hamel, MN | TXT | - |
| | 5:26 PM | IN | (612) | Hamel, MN | TXT | - |
| | 5:27 PM | OUT | 1612 | | PIC | - |
| | 5:28 PM | IN | (612) | Hamel, MN | TXT | - |
| Dec 16 | 6:02 AM | IN | (612) | Blaine, MN | TXT | - |
| Dec 17 | 6:58 AM | OUT | (651) | Minneapolis, MN | TXT | - |
| | 6:58 AM | OUT | (651) | Minneapolis, MN | TXT | - |
| | 8:15 AM | OUT | (651) | Minneapolis, MN | TXT | - |
| | 8:15 AM | OUT | (651) | Minneapolis, MN | TXT | - |
| | 2:09 PM | IN | (651) | Minneapolis, MN | TXT | - |
| | 2:11 PM | OUT | (651) | Minneapolis, MN | TXT | - |
| | 2:12 PM | IN | (651) | Minneapolis, MN | TXT | - |
| | 2:12 PM | OUT | (651) | Minneapolis, MN | TXT | - |

...CONTINUED - (763) ▮▮, TEXT

| | Bill period | Account | Page |
|---|---|---|---|
| | Dec 14, 2022 - Jan 13, 2023 | ▮▮ | 3 of 6 |

| When | | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|---|
| | 2:15 PM | OUT | (651) | Minneapolis, MN | TXT | - |
| | 2:15 PM | OUT | (651) | Minneapolis, MN | TXT | - |
| | 2:29 PM | OUT | (651) | Minneapolis, MN | TXT | - |
| | 2:29 PM | OUT | (651) | Minneapolis, MN | TXT | - |
| | 2:29 PM | OUT | (651) | Minneapolis, MN | TXT | - |
| | 2:30 PM | OUT | (651) | Minneapolis, MN | TXT | - |
| | 2:30 PM | OUT | (651) | Minneapolis, MN | TXT | - |
| | 2:31 PM | OUT | (651) | Minneapolis, MN | TXT | - |
| | 3:14 PM | OUT | (612) | Minneapolis, MN | TXT | - |
| | 3:15 PM | IN | (612) | Minneapolis, MN | TXT | - |
| | 3:15 PM | IN | (612) | Minneapolis, MN | TXT | - |
| | 3:15 PM | OUT | (612) | Minneapolis, MN | TXT | - |
| | 3:16 PM | IN | (612) | Minneapolis, MN | TXT | - |
| | 3:17 PM | OUT | (612) | Minneapolis, MN | TXT | - |
| | 3:17 PM | OUT | (612) | Minneapolis, MN | TXT | - |
| | 3:17 PM | OUT | (612) | Minneapolis, MN | TXT | - |
| | 3:22 PM | IN | (612) | Minneapolis, MN | TXT | - |
| | 3:22 PM | IN | (612) | Minneapolis, MN | TXT | - |
| | 3:22 PM | IN | (612) | Minneapolis, MN | TXT | - |
| | 3:24 PM | IN | (612) | Minneapolis, MN | TXT | - |
| | 3:27 PM | OUT | (612) | Minneapolis, MN | TXT | - |
| | 3:30 PM | IN | (612) | Minneapolis, MN | TXT | - |
| Dec 18 | 3:25 PM | IN | 1715 | | PIC | - |
| | 3:25 PM | IN | (715) | Stevens Pt, WI | TXT | - |
| | 3:43 PM | IN | (715) | Stevens Pt, WI | TXT | - |
| Dec 19 | 2:08 PM | IN | (715) | Stevens Pt, WI | TXT | - |
| Dec 23 | 8:32 AM | OUT | (612) | Plymouth, MN | TXT | - |
| | 8:32 AM | OUT | (612) | Plymouth, MN | TXT | - |
| | 8:33 AM | IN | (612) | Plymouth, MN | TXT | - |
| | 8:33 AM | IN | (612) | Plymouth, MN | TXT | - |
| | 8:33 AM | IN | (612) | Plymouth, MN | TXT | - |
| | 8:34 AM | IN | (612) | Plymouth, MN | TXT | - |
| | 8:34 AM | IN | (612) | Plymouth, MN | TXT | - |
| | 8:35 AM | IN | (612) | Plymouth, MN | TXT | - |
| | 8:36 AM | OUT | (612) | Plymouth, MN | TXT | - |
| | 8:36 AM | OUT | (612) | Blaine, MN | TXT | - |
| | 8:37 AM | OUT | (612) | Plymouth, MN | TXT | - |
| | 8:37 AM | IN | (612) | Plymouth, MN | TXT | - |
| | 8:37 AM | IN | (612) | Plymouth, MN | TXT | - |
| | 9:06 AM | OUT | (612) | Plymouth, MN | TXT | - |
| | 9:06 AM | OUT | (612) | Plymouth, MN | TXT | - |
| | 9:07 AM | OUT | (612) | Plymouth, MN | TXT | - |
| | 9:12 AM | IN | (612) | Plymouth, MN | TXT | - |
| | 9:12 AM | IN | (612) | Plymouth, MN | TXT | - |
| | 9:13 AM | IN | (612) | Plymouth, MN | TXT | - |
| | 9:14 AM | OUT | (612) | Plymouth, MN | TXT | - |
| | 10:35 AM | OUT | (612) | Plymouth, MN | TXT | - |
| | 11:01 AM | IN | 1612 | | PIC | - |
| | 11:04 AM | IN | (612) | Plymouth, MN | TXT | - |
| | 11:04 AM | OUT | (612) | Plymouth, MN | TXT | - |
| | 11:07 AM | IN | (612) | Plymouth, MN | TXT | - |
| Dec 24 | 9:43 AM | IN | (763) | Twincities, MN | TXT | - |
| | 9:44 AM | IN | 26 | | TXT | - |
| | 9:44 AM | IN | 26 | | TXT | - |
| | 2:35 PM | OUT | (763) | Twincities, MN | TXT | - |
| | 2:37 PM | OUT | (763) | Twincities, MN | TXT | - |
| | 2:37 PM | OUT | (763) | Twincities, MN | TXT | - |
| | 2:41 PM | IN | (763) | Twincities, MN | TXT | - |
| | 3:15 PM | IN | (763) | Twincities, MN | TXT | - |
| Dec 25 | 7:26 AM | IN | (763) | Blaine, MN | TXT | - |
| | 2:17 PM | IN | (763) | Twincities, MN | TXT | - |
| Dec 26 | 3:18 PM | IN | 1763 | | PIC | - |
| | 9:17 AM | IN | 9 | | TXT | - |
| Dec 28 | 12:38 AM | IN | (952) | Twincities, MN | TXT | - |
| | 12:55 AM | IN | 8 | | TXT | - |
| | 5:05 AM | OUT | (612) | Minneapolis, MN | TXT | - |
| | 5:05 AM | IN | (612) | Minneapolis, MN | TXT | - |
| | 5:05 AM | OUT | (612) | Minneapolis, MN | TXT | - |
| | 5:05 AM | OUT | (612) | Minneapolis, MN | TXT | - |
| | 5:06 AM | OUT | (612) | Minneapolis, MN | TXT | - |
| | 5:06 AM | IN | (612) | Minneapolis, MN | TXT | - |
| | 5:06 AM | OUT | (612) | Minneapolis, MN | TXT | - |
| | 5:10 AM | IN | (612) | Minneapolis, MN | TXT | - |
| | 10:31 AM | IN | (763) | Twincities, MN | TXT | - |
| | 10:31 AM | IN | (763) | Twincities, MN | TXT | - |
| Dec 29 | 9:22 AM | OUT | (763) | Twincities, MN | TXT | - |
| | 9:22 AM | OUT | (612) | Minneapolis, MN | TXT | - |
| | 9:34 AM | OUT | (612) | Minneapolis, MN | TXT | - |
| | 10:23 AM | IN | (763) | Twincities, MN | TXT | - |
| | 11:13 AM | OUT | (763) | Twincities, MN | TXT | - |

EXHIBIT V

Exhibit C | Index 30 | p. 127



...CONTINUED - (763) ███ , TEXT

| When | | Who | Destination | Type | Cost |
|---|---|---|---|---|---|
| | 11:13 AM | OUT (763) | Twincities, MN | TXT | - |
| | 11:13 AM | OUT (763) | Twincities, MN | TXT | - |
| | 11:13 AM | OUT (763) | Twincities, MN | TXT | - |
| | 11:13 AM | OUT (763) | Twincities, MN | TXT | - |
| | 11:13 AM | OUT (763) | Twincities, MN | TXT | - |
| | 11:16 AM | IN (763) | Twincities, MN | TXT | - |
| | 11:17 AM | IN (763) | Twincities, MN | TXT | - |
| | 11:17 AM | OUT (763) | Twincities, MN | TXT | - |
| | 11:17 AM | OUT (763) | Twincities, MN | TXT | - |
| | 11:17 AM | OUT (763) | Twincities, MN | TXT | - |
| | 11:18 AM | OUT (763) | Twincities, MN | TXT | - |
| | 11:19 AM | IN (763) | Twincities, MN | TXT | - |
| | 11:20 AM | OUT (763) | Twincities, MN | TXT | - |
| | 11:20 AM | OUT (763) | Twincities, MN | TXT | - |
| | 11:20 AM | OUT (763) | Twincities, MN | TXT | - |
| | 11:21 AM | OUT (763) | Twincities, MN | TXT | - |
| | 11:22 AM | IN (763) | Twincities, MN | TXT | - |
| | 11:22 AM | IN (763) | Twincities, MN | TXT | - |
| | 11:23 AM | IN (763) | Twincities, MN | TXT | - |
| | 11:23 AM | IN (763) | Twincities, MN | TXT | - |
| | 11:23 AM | OUT (763) | Twincities, MN | TXT | - |
| | 11:23 AM | OUT (763) | Twincities, MN | TXT | - |
| | 11:23 AM | OUT (763) | Twincities, MN | TXT | - |
| | 11:24 AM | IN (763) | Twincities, MN | TXT | - |
| | 10:36 PM | 8 | | TXT | - |
| Dec 30 | 10:03 AM | IN (612) | Blaine, MN | TXT | - |
| | 4:49 PM | IN 1651 | | PIC | - |
| | 4:49 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 4:52 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 4:52 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 4:53 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 4:53 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 4:53 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 4:53 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 4:53 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 4:53 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 4:54 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 4:55 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 4:55 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 4:56 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 4:57 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 4:58 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 4:59 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 4:59 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 5:01 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 5:01 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 5:02 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 5:02 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 5:02 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 5:03 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 5:03 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 5:03 PM | IN (651) | Minneapolis, MN | TXT | - |
| Dec 31 | 8:11 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 8:11 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 8:18 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 8:20 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 8:26 AM | IN (651) | Minneapolis, MN | TXT | - |
| | 8:26 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 8:26 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 8:27 AM | IN (651) | Minneapolis, MN | TXT | - |
| | 8:28 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 8:29 AM | IN (651) | Minneapolis, MN | TXT | - |
| Jan 04 | 1:07 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 1:07 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 1:07 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 1:26 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 1:26 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 1:36 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 1:36 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 1:36 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 1:36 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 1:36 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 1:36 PM | OUT (612) | Minneapolis, MN | TXT | - |
| Jan 05 | 4:05 AM | IN 4 | | TXT | - |
| Jan 06 | 6:11 AM | IN (612) | Blaine, MN | TXT | - |
| Jan 09 | 1:06 PM | IN 9 | | TXT | - |
| Jan 11 | 8:39 AM | IN 8 | | TXT | - |
| | 8:39 AM | IN 8 | | TXT | - |
| | 8:40 AM | IN 8 | | TXT | - |
| Jan 12 | 6:46 AM | IN (479) | Dover, AR | TXT | - |
| | 10:59 AM | IN (810) | Brighton, MI | TXT | - |
| Jan 13 | 5:07 AM | IN (612) | Blaine, MN | TXT | - |
| Totals | | | | | $0.00 |

The date and time corresponds to Pacific Time (PST/PDT).

WHO: **OUT** Outgoing  **IN** Incoming    TYPE: **TXT** Text  **PIC** Picture

| DATA | | Bill period Dec 14, 2022 - Jan 13, 2023 | | Account ████ | Page 4 of 6 |
|---|---|---|---|---|---|
| When | Service | Origin | Type | MB | Cost |
| Dec 14 | Mobile Internet | - | - | 0.0048 | - |
| Dec 15 | Mobile Internet | - | - | 0.0175 | - |
| Dec 16 | Mobile Internet | - | - | 2,510.4524 | - |
| Dec 17 | Mobile Internet | - | - | 7.3776 | - |
| Dec 18 | Mobile Internet | - | - | 7.2888 | - |
| Dec 19 | Mobile Internet | - | - | 4.0241 | - |
| Dec 20 | Mobile Internet | - | - | 0.0048 | - |
| Dec 21 | Mobile Internet | - | - | 366.2909 | - |
| Dec 22 | Mobile Internet | - | - | 416.4149 | - |
| Dec 23 | Mobile Internet | - | - | 0.2186 | - |
| Dec 24 | Mobile Internet | - | - | 8.3318 | - |
| Dec 25 | Mobile Internet | - | - | 247.3868 | - |
| Dec 26 | Mobile Internet | - | - | 1,105.0451 | - |
| Dec 27 | Mobile Internet | - | - | 155.8997 | - |
| Dec 28 | Mobile Internet | - | - | 26.4391 | - |
| Dec 29 | Mobile Internet | - | - | 51.4380 | - |
| Dec 30 | Mobile Internet | - | - | 11.7720 | - |
| Dec 31 | Mobile Internet | - | - | 0.0554 | - |
| Jan 01 | Mobile Internet | - | - | 399.1285 | - |
| Jan 02 | Mobile Internet | - | - | 1,034.8131 | - |
| Jan 03 | Mobile Internet | - | - | 2,149.5464 | - |
| Jan 04 | Mobile Internet | - | - | 511.7015 | - |
| Jan 05 | Mobile Internet | - | - | 56.6077 | - |
| Jan 06 | Mobile Internet | - | - | 63.2397 | - |
| Jan 07 | Mobile Internet | - | - | 9.7380 | - |
| Jan 08 | Mobile Internet | - | - | 351.6714 | - |
| Jan 09 | Mobile Internet | - | - | 1.8081 | - |
| Jan 10 | Mobile Internet | - | - | 0.1550 | - |
| Jan 11 | Mobile Internet | - | - | 58.9439 | - |
| Jan 12 | Mobile Internet | - | - | 301.7592 | - |
| Jan 13 | Mobile Internet | - | - | 0.1542 | - |
| Totals | | | | 9,857.7290 | $0.00 |

The date and time corresponds to Pacific Time (PST/PDT).

Exhibit C | Index 30 | p. 128



## USAGE DETAILS

For information only - charges are shown in the One-Time Charges section.

**(763)** ███-████

### TALK

| When | | Who | | Description | Type | Min | Cost |
|---|---|---|---|---|---|---|---|
| Jan 14 | 11:01 AM | OUT | (763) ██████ | to Twincities/MN | F | 21 | - |
| | 11:49 AM | IN | (612) ██████ | Incoming | W | 14 | - |
| Jan 15 | 12:00 PM | OUT | (952) 924-9920 | to Minneapolis/MN | - | 3 | - |
| | 12:03 PM | OUT | (651) 695-1757 | to St Paul/MN | - | 2 | - |
| | 12:05 PM | OUT | (612) 399-9592 | to Minneapolis/MN | - | 5 | - |
| | 12:10 PM | OUT | (612) 399-9592 | to Minneapolis/MN | - | 5 | - |
| | 12:15 PM | OUT | (952) 924-9920 | to Minneapolis/MN | - | 1 | - |
| | 12:25 PM | OUT | (612) 348-1800 | to Minneapolis/MN | - | 22 | - |
| | 12:52 PM | IN | (612) ██████ | Incoming | - | 2 | - |
| | 7:03 PM | OUT | (763) ██████ | to Minneapolis/MN | - | 1 | - |
| | 8:35 PM | OUT | (612) ██████ | to Minneapolis/MN | - | 1 | - |
| | 9:12 PM | IN | (612) ██████ | Incoming | - | 28 | - |
| Jan 17 | 10:48 AM | OUT | ███ | VM Retrieval | G | 2 | - |
| | 1:55 PM | OUT | (818) ██████ | to Van Nuys/CA | - | 1 | - |
| | 8:37 PM | OUT | (763) ██████ | to Hanover/MN | - | 1 | - |
| | 8:37 PM | OUT | (763) ██████ | to Hanover/MN | - | 1 | - |
| | 8:44 PM | OUT | (763) ██████ | to Hanover/MN | - | 1 | - |
| Jan 18 | 1:47 PM | OUT | (763) ██████ | to Twincities/MN | F | 1 | - |
| | 1:51 PM | OUT | (818) ██████ | to Van Nuys/CA | - | 2 | - |
| | 1:58 PM | OUT | (612) ██████ | to Minneapolis/MN | - | 5 | - |
| | 2:00 PM | OUT | (612) ██████ | to Blaine/MN | F | 1 | - |
| | 2:01 PM | OUT | (612) ██████ | to Minneapolis/MN | - | 30 | - |
| | 2:39 PM | IN | (612) ██████ | Incoming | - | 1 | - |
| | 3:27 PM | IN | (612) ██████ | Incoming | - | 41 | - |
| | 4:17 PM | OUT | (763) ██████ | to Minneapolis/MN | - | 1 | - |
| | 4:19 PM | OUT | (952) ██████ | to Minneapolis/MN | - | 3 | - |
| | 4:27 PM | OUT | (805) ██████ | to Camarillo/CA | F | 2 | - |
| Jan 19 | 7:01 PM | OUT | (763) ██████ | to Twincities/MN | F | 14 | - |
| Feb 02 | 6:06 PM | IN | (952) ██████ | Incoming | F | 1 | - |
| Feb 03 | 11:36 AM | OUT | (952) ██████ | to Minneapolis/MN | F | 1 | - |
| | 1:20 PM | IN | (612) ██████ | Incoming | F | 1 | - |
| | 3:03 PM | OUT | (952) ██████ | to Minneapolis/MN | F | 3 | - |
| | 3:43 PM | IN | (407) ██████ | Incoming | F | 32 | - |
| | 9:05 PM | IN | (952) ██████ | Incoming | F | 1 | - |
| | 9:08 PM | OUT | (952) ██████ | to Minneapolis/MN | F | 1 | - |
| | 9:16 PM | OUT | (612) ██████ | to Minneapolis/MN | F | 4 | - |
| | 9:25 PM | IN | (612) ██████ | Incoming | F | 1 | - |
| Feb 04 | 9:31 AM | IN | (763) ██████ | Incoming | F | 1 | - |
| | 9:44 AM | IN | (952) ██████ | Incoming | F | 1 | - |
| | 10:01 AM | IN | (952) ██████ | Incoming | W | 1 | - |
| | 12:04 PM | IN | (763) ██████ | Incoming | F | 1 | - |
| | 12:06 PM | IN | (218) ██████ | Incoming | F | 1 | - |
| | 2:03 PM | OUT | (612) ██████ | to Blaine/MN | - | 2 | - |
| Feb 06 | 12:40 PM | IN | (612) ██████ | Incoming | - | 18 | - |
| | 12:59 PM | OUT | (952) ██████ | to Minneapolis/MN | F | 29 | - |
| | 2:26 PM | OUT | (763) ██████ | to Twincities/MN | F | 1 | - |
| | 5:11 PM | OUT | (763) ██████ | to Twincities/MN | F | 1 | - |
| | 6:02 PM | OUT | (612) ██████ | to Twincities/MN | F | 1 | - |
| Feb 07 | 2:21 PM | OUT | (763) ██████ | to Twincities/MN | F | 3 | - |
| | 2:33 PM | OUT | (763) ██████ | to Twincities/MN | F | 2 | - |
| | 2:36 PM | IN | (763) ██████ | Incoming | F | 2 | - |
| Feb 09 | 12:58 PM | OUT | (612) ██████ | to Minneapolis/MN | - | 1 | - |
| | 2:12 PM | OUT | (818) ██████ | to Losangeles/CA | - | 89 | - |
| | 4:19 PM | OUT | (612) ██████ | to Minneapolis/MN | - | 1 | - |
| | 4:26 PM | OUT | (763) ██████ | to Twincities/MN | - | 3 | - |
| Feb 10 | 1:51 PM | OUT | (763) ██████ | to Twincities/MN | F | 1 | - |
| | 1:54 PM | IN | (763) ██████ | Incoming | F | 1 | - |
| | 2:05 PM | IN | (612) ██████ | Incoming | - | 9 | - |
| | 2:52 PM | OUT | (800) ██████ | 1-800 # | - | 11 | - |
| | 4:02 PM | IN | (888) ██████ | Incoming | - | 1 | - |
| | 5:12 PM | OUT | (612) ██████ | to Minneapolis/MN | - | 1 | - |
| | 5:13 PM | OUT | (612) ██████ | to Blaine/MN | F | 2 | - |
| Feb 11 | 3:50 PM | IN | (612) ██████ | Incoming | - | 1 | - |
| | 4:54 PM | OUT | (612) ██████ | to Minneapolis/MN | - | 1 | - |
| Feb 12 | 9:44 PM | OUT | (612) ██████ | to Blaine/MN | F | 5 | - |
| Feb 13 | 11:28 AM | OUT | (763) ██████ | to Twincities/MN | F | 1 | - |
| | 11:30 AM | OUT | (763) ██████ | to Minneapolis/MN | - | 4 | - |
| | 11:35 AM | OUT | (877) ██████ | 1-877 # | - | 1 | - |
| | 11:36 AM | OUT | (818) ██████ | to Van Nuys/CA | - | 2 | - |
| | 5:39 PM | OUT | (763) ██████ | to Twincities/MN | F | 33 | - |
| | 8:38 PM | IN | (206) ██████ | Incoming | - | 1 | - |
| **Totals** | | | | | | **554** | **$0.00** |

The date and time corresponds to the local time where the mobile was located.

WHO: **OUT** Outgoing  **IN** Incoming  TYPE: **F** Mobile2Mobile  **W** Wi-Fi Call  **G** Voicemail

### TEXT

Bill period **Jan 14, 2023 - Feb 13, 2023**  Account ████  Page 3 of 8

| When | | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|---|
| Jan 14 | 9:43 AM | OUT | (612) ██████ | Plymouth, MN | TXT | - |
| | 9:43 AM | OUT | (612) ██████ | Plymouth, MN | TXT | - |
| | 9:43 AM | OUT | (612) ██████ | Plymouth, MN | TXT | - |
| | 9:46 AM | OUT | (612) ██████ | Plymouth, MN | TXT | - |
| | 9:46 AM | OUT | (612) ██████ | Plymouth, MN | TXT | - |
| | 9:47 AM | IN | (612) ██████ | Plymouth, MN | TXT | - |
| | 9:47 AM | OUT | (612) ██████ | Plymouth, MN | TXT | - |
| | 9:48 AM | IN | (612) ██████ | Plymouth, MN | TXT | - |
| | 9:48 AM | OUT | (612) ██████ | Plymouth, MN | TXT | - |
| | 9:48 AM | OUT | (612) ██████ | Plymouth, MN | TXT | - |
| | 10:04 AM | OUT | 1612 ██████ | | PIC | - |
| Jan 15 | 7:44 PM | OUT | (612) ██████ | Minneapolis, MN | TXT | - |
| | 7:44 PM | OUT | (612) ██████ | Minneapolis, MN | TXT | - |
| Jan 16 | 8:54 AM | IN | (651) ██████ | Minneapolis, MN | TXT | - |
| | 8:54 AM | IN | (651) ██████ | Minneapolis, MN | TXT | - |
| | 12:06 PM | OUT | (612) ██████ | Minneapolis, MN | TXT | - |
| | 12:06 PM | IN | (651) ██████ | Minneapolis, MN | TXT | - |
| | 12:06 PM | OUT | (612) ██████ | Minneapolis, MN | TXT | - |
| | 12:06 PM | OUT | (612) ██████ | Minneapolis, MN | TXT | - |
| | 1:26 PM | OUT | (651) ██████ | Minneapolis, MN | TXT | - |
| | 1:28 PM | IN | (651) ██████ | Minneapolis, MN | TXT | - |
| | 1:30 PM | IN | (651) ██████ | Minneapolis, MN | TXT | - |
| | 1:31 PM | IN | (651) ██████ | Minneapolis, MN | TXT | - |
| Jan 17 | 9:24 AM | IN | (651) ██████ | Minneapolis, MN | TXT | - |
| | 9:26 AM | OUT | (651) ██████ | Minneapolis, MN | TXT | - |
| | 11:56 PM | IN | 2 ██████ | | TXT | - |
| Jan 18 | 8:42 AM | IN | 1715 ██████ | | PIC | - |
| | 2:29 PM | OUT | (805) ██████ | Camarillo, CA | TXT | - |
| | 5:55 PM | OUT | (715) ██████ | Stevens Pt, WI | TXT | - |
| | 5:55 PM | OUT | (715) ██████ | Stevens Pt, WI | TXT | - |
| | 5:57 PM | IN | (715) ██████ | Stevens Pt, WI | TXT | - |
| | 5:58 PM | IN | (715) ██████ | Stevens Pt, WI | TXT | - |
| | 5:58 PM | IN | (715) ██████ | Stevens Pt, WI | TXT | - |
| Jan 19 | 6:15 AM | OUT | (612) ██████ | Minneapolis, MN | TXT | - |
| | 6:15 AM | OUT | (612) ██████ | Minneapolis, MN | TXT | - |
| | 6:15 AM | OUT | (612) ██████ | Minneapolis, MN | TXT | - |
| | 6:15 AM | OUT | (612) ██████ | Minneapolis, MN | TXT | - |
| | 6:15 AM | OUT | (612) ██████ | Minneapolis, MN | TXT | - |
| | 9:02 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 9:04 AM | IN | (612) ██████ | Blaine, MN | TXT | - |
| | 9:31 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 9:31 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 9:37 AM | IN | (612) ██████ | Blaine, MN | TXT | - |
| | 9:42 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 9:42 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 9:42 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 9:42 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 9:42 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 9:44 AM | IN | (612) ██████ | Blaine, MN | TXT | - |
| | 9:47 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 9:47 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 9:47 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 9:47 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 9:51 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 9:51 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 9:51 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 9:53 AM | OUT | 1612 ██████ | | PIC | - |
| | 9:54 AM | OUT | 1612 ██████ | | PIC | - |
| | 9:54 AM | OUT | 1612 ██████ | | PIC | - |
| | 9:58 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 9:58 AM | IN | (612) ██████ | Blaine, MN | TXT | - |
| | 10:01 AM | IN | (612) ██████ | Blaine, MN | TXT | - |
| | 10:06 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 10:06 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 10:06 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 10:06 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 10:06 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 10:06 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |
| | 10:06 AM | OUT | (612) ██████ | Blaine, MN | TXT | - |

Exhibit C | Index 30 | p. 129



...CONTINUED - (763) ▮▮-▮▮ , TEXT

...CONTINUED - (763) ▮▮-▮▮ , TEXT

Bill period
Jan 14, 2023 - Feb 13, 2023

Account

Page
4 of 8

| When | Who | | Destination | Type | Cost | When | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 10:06 AM | OUT (612) | Blaine, MN | TXT | - | Feb 06 | 8:53 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:07 AM | IN (612) | Blaine, MN | TXT | - | | 8:53 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:07 AM | OUT (612) | Blaine, MN | TXT | - | | 8:53 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:07 AM | OUT (612) | Blaine, MN | TXT | - | | 8:53 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:08 AM | OUT (612) | Blaine, MN | TXT | - | | 8:54 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:11 AM | OUT (612) | Blaine, MN | TXT | - | | 8:54 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:11 AM | OUT (612) | Blaine, MN | TXT | - | | 8:54 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:13 AM | OUT (612) | Blaine, MN | TXT | - | | 8:55 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:13 AM | OUT (612) | Blaine, MN | TXT | - | | 8:55 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:13 AM | OUT (612) | Blaine, MN | TXT | - | | 8:56 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:16 AM | OUT (612) | Blaine, MN | TXT | - | | 5:01 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:16 AM | OUT (612) | Blaine, MN | TXT | - | | 5:36 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 10:16 AM | OUT (612) | Blaine, MN | TXT | - | | 5:38 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 10:23 AM | OUT (612) | Blaine, MN | TXT | - | | 5:38 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 10:23 AM | OUT (612) | Blaine, MN | TXT | - | | 5:40 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 10:23 AM | OUT (612) | Blaine, MN | TXT | - | | 5:40 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 10:23 AM | OUT (612) | Blaine, MN | TXT | - | | 5:41 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 10:23 AM | OUT (612) | Blaine, MN | TXT | - | | 5:41 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 10:27 AM | OUT (612) | Blaine, MN | TXT | - | | 5:52 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 10:27 AM | OUT (612) | Blaine, MN | TXT | - | | 5:52 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 10:27 AM | OUT (612) | Blaine, MN | TXT | - | | 5:52 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 3:33 PM | OUT (612) | Plymouth, MN | TXT | - | | 5:52 PM | OUT (651) | Minneapolis, MN | TXT | - |
| Feb 02 | 3:16 PM | IN (612) | Twincities, MN | TXT | - | | 5:52 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 3:16 PM | IN (866) | Incoming | | - | | 5:52 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 3:16 PM | IN (612) | Plymouth, MN | TXT | - | | 5:52 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 3:16 PM | IN (612) | Plymouth, MN | TXT | - | | 5:52 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 10:05 PM | OUT (952) | Minneapolis, MN | TXT | - | | 5:52 PM | OUT (651) | Minneapolis, MN | TXT | - |
| Feb 03 | 9:29 AM | IN (952) | | TXT | - | | 5:52 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 9:36 AM | IN 1612 | | PIC | - | | 5:54 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 11:22 AM | OUT (952) | Minneapolis, MN | TXT | - | | 6:19 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 11:23 AM | OUT (952) | Minneapolis, MN | TXT | - | | 6:19 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 11:24 AM | OUT (952) | Minneapolis, MN | TXT | - | | 6:19 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 11:24 AM | OUT (952) | Minneapolis, MN | TXT | - | | 6:19 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 11:25 AM | OUT (952) | Minneapolis, MN | TXT | - | | 6:22 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 11:25 AM | OUT (952) | Minneapolis, MN | TXT | - | Feb 07 | 8:56 AM | IN (763) | Twincities, MN | TXT | - |
| | 11:28 AM | OUT (952) | Minneapolis, MN | TXT | - | | 1:19 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 11:28 AM | OUT (952) | Minneapolis, MN | TXT | - | | 1:19 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 11:28 AM | OUT (952) | Minneapolis, MN | TXT | - | | 1:19 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 11:42 AM | IN (612) | Twincities, MN | TXT | - | | 1:19 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 12:59 PM | IN (952) | Minneapolis, MN | TXT | - | | 1:19 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 12:59 PM | IN (952) | Minneapolis, MN | TXT | - | | 1:19 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 1:00 PM | IN (952) | Minneapolis, MN | TXT | - | | 1:19 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 1:00 PM | IN (952) | Minneapolis, MN | TXT | - | | 1:19 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 1:15 PM | OUT (763) | Twincities, MN | TXT | - | | 1:19 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 1:15 PM | IN (763) | Twincities, MN | TXT | - | | 1:19 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 4:49 PM | OUT (952) | Minneapolis, MN | TXT | - | | 1:19 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 4:49 PM | OUT (952) | Minneapolis, MN | TXT | - | | 1:21 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 4:56 PM | IN (952) | Minneapolis, MN | TXT | - | | 5:30 PM | IN 2 | | TXT | - |
| | 5:02 PM | OUT (952) | Minneapolis, MN | TXT | - | | 5:30 PM | IN 2 | | TXT | - |
| | 5:03 PM | OUT (952) | Minneapolis, MN | TXT | - | Feb 08 | 3:44 AM | IN (763) | Twincities, MN | TXT | - |
| | 5:06 PM | OUT (952) | Minneapolis, MN | TXT | - | | 10:02 AM | IN (724) | Vandergrft, PA | TXT | - |
| | 5:08 PM | IN (952) | Minneapolis, MN | TXT | - | | 12:24 PM | OUT (724) | Vandergrft, PA | TXT | - |
| | 5:08 PM | OUT (952) | Minneapolis, MN | TXT | - | | 12:29 PM | OUT (612) | Blaine, MN | TXT | - |
| | 5:09 PM | OUT (952) | Minneapolis, MN | TXT | - | | 12:30 PM | OUT (612) | Blaine, MN | TXT | - |
| | 5:14 PM | IN (952) | Minneapolis, MN | TXT | - | | 12:38 PM | IN (612) | Blaine, MN | TXT | - |
| Feb 04 | 6:20 AM | IN 2 | | TXT | - | | 12:44 PM | OUT (612) | Blaine, MN | TXT | - |
| | 6:20 AM | IN 2 | | TXT | - | | 12:48 PM | OUT (612) | Blaine, MN | TXT | - |
| | 6:26 AM | IN (763) | Twincities, MN | TXT | - | | 12:48 PM | OUT (612) | Blaine, MN | TXT | - |
| | 6:43 AM | OUT (952) | Minneapolis, MN | TXT | - | | 12:48 PM | OUT (612) | Blaine, MN | TXT | - |
| | 10:00 AM | IN (763) | Twincities, MN | TXT | - | | 12:49 PM | OUT (612) | Blaine, MN | TXT | - |
| | 12:11 PM | OUT (952) | Minneapolis, MN | TXT | - | | 1:18 PM | IN (612) | Blaine, MN | TXT | - |
| | 12:11 PM | IN (952) | Minneapolis, MN | TXT | - | | 3:17 PM | OUT (612) | Blaine, MN | TXT | - |
| | 1:03 PM | OUT (952) | Minneapolis, MN | TXT | - | | 3:17 PM | OUT (612) | Blaine, MN | TXT | - |
| | 1:03 PM | OUT (952) | Minneapolis, MN | TXT | - | | 3:17 PM | OUT 1612 | | PIC | - |
| | 1:03 PM | IN (952) | Minneapolis, MN | TXT | - | | 3:17 PM | OUT 1612 | | PIC | - |
| | 1:03 PM | OUT (952) | Minneapolis, MN | TXT | - | | 3:17 PM | OUT 1612 | | PIC | - |
| | 1:07 PM | OUT (952) | Minneapolis, MN | TXT | - | | 3:19 PM | OUT (612) | Blaine, MN | TXT | - |
| | 2:14 PM | IN 1952 | | PIC | - | | 3:19 PM | OUT (612) | Blaine, MN | TXT | - |
| Feb 05 | 7:31 AM | IN (651) | Minneapolis, MN | TXT | - | | 3:22 PM | OUT (612) | Blaine, MN | TXT | - |
| | 7:32 AM | IN (651) | Minneapolis, MN | TXT | - | | 3:22 PM | OUT (612) | Blaine, MN | TXT | - |
| | 7:32 AM | IN (651) | Minneapolis, MN | TXT | - | | 3:22 PM | OUT (612) | Blaine, MN | TXT | - |
| | 7:32 AM | OUT (651) | Minneapolis, MN | TXT | - | | 3:22 PM | OUT (612) | Blaine, MN | TXT | - |
| | 7:33 AM | OUT (651) | Minneapolis, MN | TXT | - | | 3:28 PM | OUT (612) | Blaine, MN | TXT | - |
| | 7:35 AM | OUT (651) | Minneapolis, MN | TXT | - | | 3:28 PM | OUT (612) | Blaine, MN | TXT | - |
| | 7:35 AM | OUT (651) | Minneapolis, MN | TXT | - | | 3:28 PM | OUT (612) | Blaine, MN | TXT | - |
| | 7:36 AM | OUT (651) | Minneapolis, MN | TXT | - | | 3:28 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:46 PM | OUT (612) | Blaine, MN | TXT | - | | 3:28 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:47 PM | OUT (612) | Blaine, MN | TXT | - | | 3:28 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:47 PM | OUT (612) | Blaine, MN | TXT | - | | 3:28 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:47 PM | OUT (612) | Blaine, MN | TXT | - | | 3:29 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:48 PM | OUT (612) | Blaine, MN | TXT | - | | 3:29 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:48 PM | OUT (612) | Blaine, MN | TXT | - | | 3:29 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:49 PM | IN (612) | Blaine, MN | TXT | - | | 3:37 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:49 PM | IN (612) | Blaine, MN | TXT | - | | 3:37 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:50 PM | OUT (612) | Blaine, MN | TXT | - | | 3:40 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:02 PM | IN (612) | Blaine, MN | TXT | - | | 3:40 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:03 PM | IN (612) | Blaine, MN | TXT | - | | 3:50 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:08 PM | IN (612) | Blaine, MN | TXT | - | | | | | | |
| | 4:08 PM | IN (612) | Blaine, MN | TXT | - | | | | | | |

Exhibit C | Index 30 | p. 130



...CONTINUED - (763) ██ , TEXT

| When | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|
| | 3:50 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:50 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:50 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:50 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:50 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:50 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:50 PM | OUT 1612 | | PIC | - |
| | 3:50 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:50 PM | OUT 1612 | | PIC | - |
| | 3:51 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:51 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:53 PM | IN (612) | Blaine, MN | TXT | - |
| | 3:54 PM | IN (612) | Blaine, MN | TXT | - |
| | 3:55 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:55 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:57 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:57 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:58 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:26 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:26 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:26 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:26 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:26 PM | OUT (612) | Blaine, MN | TXT | - |
| Feb 09 | 6:44 AM | IN (612) | Blaine, MN | TXT | - |
| | 9:53 AM | OUT (612) | Blaine, MN | TXT | - |
| | 1:26 PM | OUT 1818 | | PIC | - |
| | 1:26 PM | OUT 1818 | | PIC | - |
| | 1:26 PM | OUT 1818 | | PIC | - |
| | 1:26 PM | OUT 1818 | | PIC | - |
| | 1:27 PM | OUT 1818 | | PIC | - |
| | 1:49 PM | OUT (818) | No Hollywd, CA | TXT | - |
| | 1:50 PM | OUT (818) | No Hollywd, CA | TXT | - |
| | 1:50 PM | OUT (818) | No Hollywd, CA | TXT | - |
| | 1:53 PM | OUT (818) | No Hollywd, CA | TXT | - |
| | 1:53 PM | OUT (818) | No Hollywd, CA | TXT | - |
| | 1:54 PM | OUT (818) | No Hollywd, CA | TXT | - |
| | 1:54 PM | OUT (818) | No Hollywd, CA | TXT | - |
| | 1:54 PM | OUT (818) | No Hollywd, CA | TXT | - |
| | 1:54 PM | OUT (818) | No Hollywd, CA | TXT | - |
| | 1:54 PM | OUT (818) | No Hollywd, CA | TXT | - |
| | 1:54 PM | OUT (818) | No Hollywd, CA | TXT | - |
| Feb 10 | 1:32 AM | IN (763) | Minneapolis, MN | TXT | - |
| | 1:32 AM | IN (763) | Minneapolis, MN | TXT | - |
| | 1:32 AM | IN (763) | Minneapolis, MN | TXT | - |
| | 1:32 AM | IN (763) | Minneapolis, MN | TXT | - |
| | 1:32 AM | IN (763) | Minneapolis, MN | TXT | - |
| | 5:36 AM | IN (612) | Blaine, MN | TXT | - |
| | 6:38 AM | IN 93 | | TXT | - |
| | 6:38 AM | IN 93 | | TXT | - |
| | 12:56 PM | IN 26 | | TXT | - |
| | 3:13 PM | IN 93 | | TXT | - |
| | 3:13 PM | IN 93 | | TXT | - |
| | 3:41 PM | OUT (818) | No Hollywd, CA | TXT | - |
| Feb 11 | 11:25 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 11:45 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 1:10 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 5:19 PM | IN 7 | | TXT | - |
| Feb 13 | 6:35 AM | IN (612) | Plymouth, MN | TXT | - |
| | 9:31 AM | OUT (763) | Twincities, MN | TXT | - |
| **Totals** | | | | | **$0.00** |

The date and time corresponds to Pacific Time (PST/PDT).

WHO: **OUT** Outgoing  **IN** Incoming   TYPE: **TXT** Text  **PIC** Picture

**DATA**

| | | Bill period | Jan 14, 2023 - Feb 13, 2023 | Account ██ | Page 5 of 8 |
|---|---|---|---|---|---|

| When | Service | Origin | Type | MB | Cost |
|---|---|---|---|---|---|
| Jan 14 | Mobile Internet | - | - | 0.0087 | - |
| Jan 15 | Mobile Internet | - | - | 101.6899 | - |
| Jan 16 | Mobile Internet | - | - | 127.1070 | - |
| Jan 17 | Mobile Internet | - | - | 853.7626 | - |
| Jan 18 | Mobile Internet | - | - | 187.3861 | - |
| Jan 19 | Mobile Internet | - | - | 1,941.7611 | - |
| Feb 02 | Mobile Internet | - | - | 89.4870 | - |
| Feb 03 | Mobile Internet | - | - | 2.4634 | - |
| Feb 04 | Mobile Internet | - | - | 583.7104 | - |
| Feb 05 | Mobile Internet | - | - | 22.7559 | - |
| Feb 06 | Mobile Internet | - | - | 1,648.7240 | - |
| Feb 07 | Mobile Internet | - | - | 917.7223 | - |
| Feb 08 | Mobile Internet | - | - | 1,153.7689 | - |
| Feb 09 | Mobile Internet | - | - | 124.5921 | - |
| Feb 10 | Mobile Internet | - | - | 101.4477 | - |
| Feb 11 | Mobile Internet | - | - | 10.4995 | - |
| Feb 12 | Mobile Internet | - | - | 219.7748 | - |
| Feb 13 | Mobile Internet | - | - | 51.4114 | - |
| **Totals** | | | | 8,138.0728 | $0.00 |

The date and time corresponds to Pacific Time (PST/PDT).

Exhibit C | Index 30 | p. 131



# USAGE DETAILS
For information only - charges are shown in the One-Time Charges section.

(763) ■■-■■

| | Bill period | Account | Page |
|---|---|---|---|
| ...CONTINUED - (763) ■■■, TEXT | May 14, 2023 - Jun 13, 2023 | | 3 of 8 |

## TALK

| When | | Who | | Description | Type | Min | Cost |
|---|---|---|---|---|---|---|---|
| May 14 | 11:05 PM | IN | (763) | Incoming | - | 23 | - |
| May 19 | 3:09 AM | OUT | (763) | to Minneapols/MN | - | 3 | - |
| May 21 | 1:40 PM | OUT | (612) | to Blaine/MN | F | 1 | - |
| May 22 | 12:56 PM | OUT | (612) | to Blaine/MN | F | 1 | - |
| | 3:13 PM | OUT | (612) | to Blaine/MN | F | 3 | - |
| May 23 | 9:00 PM | OUT | (763) | to Hanover/MN | - | 56 | - |
| May 24 | 12:52 AM | OUT | (763) | to Minneapols/MN | - | 1 | - |
| | 12:54 AM | OUT | (218) | to Fergus Fls/MN | F | 18 | - |
| | 12:57 PM | OUT | (763) | to Hanover/MN | - | 1 | - |
| | 10:48 PM | IN | (763) | Incoming | - | 16 | - |
| May 25 | 8:56 AM | OUT | (612) | to Minneapols/MN | - | 14 | - |
| | 11:37 AM | OUT | (763) | to Hanover/MN | - | 1 | - |
| | 11:56 AM | IN | (763) | Incoming | - | 14 | - |
| | 1:01 PM | OUT | (612) | to Minneapols/MN | - | 5 | - |
| | 1:23 PM | OUT | (661) | to Sanclarnew/CA | - | 1 | - |
| | 1:44 PM | OUT | (213) | to Losangeles/CA | - | 2 | - |
| | 8:40 PM | OUT | (763) | to Twincities/MN | F | 1 | - |
| May 26 | 8:27 PM | OUT | (763) | to Twincities/MN | F | 1 | - |
| | 10:30 PM | OUT | (763) | to Hanover/MN | - | 22 | - |
| | 10:57 PM | OUT | (612) | to Blaine/MN | F | 1 | - |
| | 11:53 PM | OUT | (763) | to Hanover/MN | - | 37 | - |
| May 27 | 12:50 PM | OUT | (763) | to Hanover/MN | - | 12 | - |
| May 28 | 8:42 AM | OUT | (763) | to Hanover/MN | - | 1 | - |
| | 8:43 AM | OUT | (763) | to Blaine/MN | G | 1 | - |
| | 10:52 AM | OUT | (763) | to Twincities/MN | - | 1 | - |
| | 11:03 AM | IN | (763) | Incoming | - | 15 | - |
| | 11:20 AM | OUT | (415) | to Snfc Cntrl/CA | - | 1 | - |
| | 1:36 PM | OUT | (763) | to Hanover/MN | - | 34 | - |
| | 3:33 PM | IN | (763) | Incoming | - | 4 | - |
| | 4:40 PM | IN | (612) | Incoming | - | 29 | - |
| | 6:43 PM | OUT | (763) | to Hanover/MN | - | 1 | - |
| | 10:27 PM | OUT | (763) | to Hanover/MN | - | 1 | - |
| May 31 | 7:35 PM | OUT | (612) | to Blaine/MN | F | 1 | - |
| | 7:41 PM | IN | (612) | Incoming | F | 1 | - |
| Jun 09 | 12:28 PM | IN | (612) | Incoming | - | 1 | - |
| | 12:35 PM | OUT | (612) | to Blaine/MN | F | 1 | - |
| | 12:47 PM | OUT | (763) | to Minneapols/MN | - | 6 | - |
| | 12:53 PM | OUT | (818) | to Van Nuys/CA | - | 3 | - |
| | 12:57 PM | OUT | (763) | to Minneapols/MN | - | 2 | - |
| Jun 11 | 3:07 PM | IN | (763) | Incoming | - | 1 | - |
| Jun 12 | 9:58 AM | IN | (763) | Incoming | - | 1 | - |
| | 10:58 AM | IN | (763) | Incoming | - | 1 | - |
| **Totals** | | | | | | 340 | $0.00 |

The date and time corresponds to the local time where the mobile was located.

WHO: **OUT** Outgoing  **IN** Incoming    TYPE: **F** Mobile2Mobile  **G** Voicemail

## TEXT

| When | | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|---|
| May 14 | 8:25 PM | OUT | (763) | Minneapols, MN | TXT | - |
| | 8:26 PM | OUT | (763) | Minneapols, MN | TXT | - |
| | 8:26 PM | OUT | (763) | Minneapols, MN | TXT | - |
| | 9:01 PM | IN | (763) | Minneapols, MN | TXT | - |
| | 9:03 PM | OUT | (763) | Minneapols, MN | TXT | - |
| | 9:03 PM | OUT | (763) | Minneapols, MN | TXT | - |
| | 9:03 PM | OUT | (763) | Minneapols, MN | TXT | - |
| | 9:04 PM | OUT | (763) | Minneapols, MN | TXT | - |
| | 9:04 PM | OUT | (763) | Minneapols, MN | TXT | - |
| | 9:04 PM | OUT | (763) | Minneapols, MN | TXT | - |
| | 9:04 PM | OUT | (763) | Minneapols, MN | TXT | - |
| | 9:05 PM | IN | (763) | Minneapols, MN | TXT | - |
| | 9:05 PM | IN | (763) | Minneapols, MN | TXT | - |
| | 9:05 PM | IN | (763) | Minneapols, MN | TXT | - |
| May 17 | 7:14 AM | OUT | (952) | Minneapols, MN | TXT | - |
| | 7:14 AM | OUT | (952) | Minneapols, MN | TXT | - |
| | 7:14 AM | OUT | (952) | Minneapols, MN | TXT | - |
| | 7:14 AM | OUT | (952) | Minneapols, MN | TXT | - |
| | 7:14 AM | OUT | (952) | Minneapols, MN | TXT | - |
| | 7:16 AM | IN | (952) | Little Fls, MN | TXT | - |
| | 11:11 AM | IN | (320) | Minneapols, MN | TXT | - |
| May 19 | 4:09 AM | IN | (612) | Blaine, MN | TXT | - |
| May 21 | 5:12 PM | IN | (612) | Blaine, MN | TXT | - |
| May 22 | 10:20 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 10:20 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 10:32 AM | IN | (612) | Minneapols, MN | TXT | - |

| When | | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|---|
| | 10:32 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 10:34 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 10:34 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 10:35 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 10:35 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 10:36 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 10:36 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 10:36 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 10:37 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 10:38 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 10:38 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 10:39 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 10:39 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 10:39 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 10:39 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 10:41 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 10:41 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 10:41 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 10:41 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 10:41 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 10:43 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 10:43 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 10:43 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 10:45 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 10:45 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 10:45 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 10:46 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 10:47 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 10:47 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 10:47 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 10:48 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 10:49 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 10:49 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 10:50 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 10:51 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 10:53 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 11:09 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 11:09 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 11:09 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 11:09 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 11:09 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 11:09 AM | OUT | (612) | Minneapols, MN | TXT | - |
| | 11:10 AM | IN | (612) | Minneapols, MN | TXT | - |
| | 11:10 AM | OUT | (612) | Minneapols, MN | TXT | - |
| May 23 | 6:12 AM | OUT | (763) | Minneapols, MN | TXT | - |
| | 6:12 AM | OUT | (763) | Minneapols, MN | TXT | - |
| | 6:12 AM | OUT | (763) | Minneapols, MN | TXT | - |
| | 6:12 AM | OUT | (763) | Minneapols, MN | TXT | - |
| | 6:13 AM | OUT | (763) | Minneapols, MN | TXT | - |
| | 6:13 AM | OUT | (763) | Minneapols, MN | TXT | - |
| | 6:15 AM | OUT | (612) | Blaine, MN | TXT | - |
| | 6:15 AM | OUT | (612) | Blaine, MN | TXT | - |
| | 6:15 AM | OUT | (612) | Blaine, MN | TXT | - |
| | 6:15 AM | OUT | (612) | Blaine, MN | TXT | - |
| | 6:15 AM | OUT | (612) | Blaine, MN | TXT | - |
| | 6:15 AM | OUT | (612) | Blaine, MN | TXT | - |
| | 6:15 AM | OUT | (612) | Blaine, MN | TXT | - |
| | 6:25 AM | OUT | (612) | Blaine, MN | TXT | - |
| | 6:25 AM | OUT | (612) | Blaine, MN | TXT | - |
| | 6:25 AM | OUT | (612) | Blaine, MN | TXT | - |
| | 6:25 AM | OUT | (612) | Blaine, MN | TXT | - |
| | 6:25 AM | OUT | (612) | Blaine, MN | TXT | - |
| | 6:25 AM | OUT | (612) | Blaine, MN | TXT | - |
| | 6:25 AM | OUT | (612) | Blaine, MN | TXT | - |
| | 6:25 AM | OUT | (612) | Blaine, MN | TXT | - |
| | 6:36 AM | OUT | (612) | Blaine, MN | TXT | - |
| | 6:38 AM | OUT | (612) | Blaine, MN | TXT | - |
| | 6:47 AM | OUT | (651) | Minneapols, MN | TXT | - |
| | 6:47 AM | OUT | (651) | Minneapols, MN | TXT | - |
| | 6:47 AM | OUT | (651) | Minneapols, MN | TXT | - |

Exhibit C | Index 30 | p. 132



| When | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|
| | 6:47 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 6:47 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 6:47 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 6:47 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 6:47 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 6:47 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 6:47 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 6:47 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 6:50 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 6:50 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 6:50 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 7:02 AM | IN (612) | Blaine, MN | TXT | - |
| | 7:02 AM | OUT (612) | Blaine, MN | TXT | - |
| | 7:02 AM | IN (612) | Blaine, MN | TXT | - |
| | 7:03 AM | IN (612) | Blaine, MN | TXT | - |
| | 7:09 AM | OUT (612) | Blaine, MN | TXT | - |
| | 7:09 AM | OUT (612) | Blaine, MN | TXT | - |
| | 7:09 AM | OUT (612) | Blaine, MN | TXT | - |
| | 7:09 AM | OUT (612) | Blaine, MN | TXT | - |
| | 7:09 AM | OUT (612) | Blaine, MN | TXT | - |
| | 7:11 AM | OUT (612) | Blaine, MN | TXT | - |
| | 7:11 AM | OUT (612) | Blaine, MN | TXT | - |
| | 7:11 AM | OUT (612) | Blaine, MN | TXT | - |
| | 7:12 AM | OUT (612) | Blaine, MN | TXT | - |
| | 7:12 AM | OUT (612) | Blaine, MN | TXT | - |
| | 7:31 AM | IN (612) | Blaine, MN | TXT | - |
| | 7:32 AM | OUT (612) | Blaine, MN | TXT | - |
| | 7:32 AM | IN (612) | Blaine, MN | TXT | - |
| | 7:32 AM | OUT (612) | Blaine, MN | TXT | - |
| | 7:32 AM | OUT (612) | Blaine, MN | TXT | - |
| | 7:33 AM | IN (612) | Blaine, MN | TXT | - |
| | 7:34 AM | OUT (612) | Blaine, MN | TXT | - |
| | 7:37 AM | OUT (612) | Blaine, MN | TXT | - |
| | 7:37 AM | OUT 1612 | | PIC | - |
| | 7:37 AM | OUT 1612 | | PIC | - |
| | 7:37 AM | OUT 1612 | | PIC | - |
| | 7:37 AM | OUT 1612 | | PIC | - |
| | 7:37 AM | OUT 1612 | | PIC | - |
| | 7:37 AM | OUT 1612 | | PIC | - |
| | 7:37 AM | OUT 1612 | | PIC | - |
| | 7:37 AM | OUT 1612 | | PIC | - |
| | 7:37 AM | OUT 1612 | | PIC | - |
| | 7:38 AM | IN (612) | Blaine, MN | TXT | - |
| | 7:40 AM | OUT (612) | Blaine, MN | TXT | - |
| | 7:41 AM | OUT (612) | Blaine, MN | TXT | - |
| | 7:43 AM | IN (612) | Blaine, MN | TXT | - |
| | 7:54 AM | IN (612) | Blaine, MN | TXT | - |
| | 8:02 AM | OUT (612) | Blaine, MN | TXT | - |
| | 8:04 AM | IN (612) | Blaine, MN | TXT | - |
| | 8:05 AM | OUT (612) | Blaine, MN | TXT | - |
| | 8:05 AM | OUT (612) | Blaine, MN | TXT | - |
| | 8:06 AM | IN (612) | Blaine, MN | TXT | - |
| | 8:06 AM | OUT (612) | Blaine, MN | TXT | - |
| | 5:38 PM | IN 849 | Vietnam | TXT | - |
| | 5:38 PM | IN 849 | Vietnam | TXT | - |
| May 24 | 8:46 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 8:46 PM | IN (763) | Minneapolis, MN | TXT | - |
| | 8:47 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:15 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:15 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:15 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:16 PM | IN (763) | Minneapolis, MN | TXT | - |
| | 9:18 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:18 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:18 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:18 PM | IN (763) | Minneapolis, MN | TXT | - |
| | 9:19 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:19 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:20 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:21 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:21 PM | IN (763) | Minneapolis, MN | TXT | - |
| | 9:24 PM | IN 849 | Vietnam | TXT | - |
| | 9:24 PM | IN 849 | Vietnam | TXT | - |
| | 9:24 PM | IN 849 | Vietnam | TXT | - |
| | 9:37 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:37 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:37 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:37 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:37 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:37 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:37 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:37 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:37 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:41 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:41 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:41 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:41 PM | IN (763) | Minneapolis, MN | TXT | - |
| | 9:43 PM | IN (763) | Minneapolis, MN | TXT | - |
| | 9:45 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:45 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:46 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:46 PM | IN (763) | Minneapolis, MN | TXT | - |
| | 9:47 PM | IN (763) | Minneapolis, MN | TXT | - |
| | 9:47 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:48 PM | IN (763) | Minneapolis, MN | TXT | - |
| | 9:48 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:48 PM | IN (763) | Minneapolis, MN | TXT | - |
| | 9:48 PM | IN (763) | Minneapolis, MN | TXT | - |
| | 9:52 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:52 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:52 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:54 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:54 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:58 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:58 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 10:01 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 10:01 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 10:01 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 10:01 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 10:02 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 10:06 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 10:13 PM | IN (763) | Minneapolis, MN | TXT | - |
| | 10:13 PM | IN (763) | Minneapolis, MN | TXT | - |
| | 10:13 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 10:13 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 10:14 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 10:14 PM | IN (763) | Minneapolis, MN | TXT | - |
| | 10:14 PM | IN (763) | Minneapols, MN | TXT | - |
| | 10:15 PM | IN 1763 | | PIC | - |
| | 10:15 PM | OUT 1763 | | PIC | - |
| | 10:15 PM | IN (763) | Minneapolis, MN | TXT | - |
| | 10:16 PM | IN (763) | Minneapolis, MN | TXT | - |
| May 25 | 11:24 AM | OUT (661) | Sanclarnew, CA | TXT | - |
| | 11:34 AM | IN (661) | Sanclarnew, CA | TXT | - |
| | 11:35 AM | OUT (661) | Sanclarnew, CA | TXT | - |
| | 11:35 AM | OUT (661) | Sanclarnew, CA | TXT | - |
| | 11:35 AM | IN (661) | Sanclarnew, CA | TXT | - |
| | 11:35 AM | OUT (661) | Sanclarnew, CA | TXT | - |
| | 11:35 AM | OUT (661) | Sanclarnew, CA | TXT | - |
| | 11:37 AM | IN (661) | Sanclarnew, CA | TXT | - |
| | 11:38 AM | IN (661) | Sanclarnew, CA | TXT | - |
| | 11:38 AM | OUT (661) | Sanclarnew, CA | TXT | - |
| | 11:39 AM | IN (661) | Sanclarnew, CA | TXT | - |
| May 26 | 9:51 AM | OUT (612) | Blaine, MN | TXT | - |
| | 11:14 AM | OUT (612) | Blaine, MN | TXT | - |
| | 11:14 AM | IN (612) | Blaine, MN | TXT | - |
| | 9:52 PM | OUT (612) | Hamel, MN | TXT | - |
| | 9:52 PM | OUT (612) | Hamel, MN | TXT | - |
| | 9:52 PM | OUT (612) | Hamel, MN | TXT | - |
| | 9:52 PM | OUT (612) | Hamel, MN | TXT | - |
| May 27 | 12:21 PM | IN 1612 | | PIC | - |
| | 6:36 PM | OUT (612) | Blaine, MN | TXT | - |
| | 6:40 PM | OUT (612) | Blaine, MN | TXT | - |
| | 6:40 PM | OUT (612) | Blaine, MN | TXT | - |
| | 6:40 PM | OUT (612) | Blaine, MN | TXT | - |
| | 6:41 PM | OUT (612) | Blaine, MN | TXT | - |
| | 6:45 PM | OUT (612) | Blaine, MN | TXT | - |
| | 6:45 PM | OUT (612) | Blaine, MN | TXT | - |
| | 6:46 PM | OUT (612) | Blaine, MN | TXT | - |
| | 6:52 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 6:52 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 6:52 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 6:52 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 6:53 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 6:53 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 6:54 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 7:01 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 7:01 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 7:02 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 7:04 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 7:04 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 7:05 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 7:06 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 7:06 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 7:07 PM | OUT (612) | Minneapolis, MN | TXT | - |
| May 28 | 6:20 AM | IN (763) | Twincities, MN | TXT | - |
| | 6:23 AM | OUT (763) | Blaine, MN | TXT | - |
| | 6:26 AM | OUT (763) | Blaine, MN | TXT | - |
| | 6:37 AM | OUT (763) | Blaine, MN | TXT | - |

Exhibit C | Index 30 | p. 133



...CONTINUED - (763) ▆▆, TEXT

| When | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|
| | 5:06 PM | OUT (410) | Salisbury, MD | TXT | - |
| | 5:07 PM | OUT (410) | Salisbury, MD | TXT | - |
| | 5:10 PM | OUT (410) | Salisbury, MD | TXT | - |
| | 5:11 PM | IN (410) | Salisbury, MD | TXT | - |
| | 5:51 PM | IN 5 | | TXT | - |
| | 5:52 PM | IN 5 | | TXT | - |
| | 5:57 PM | IN (612) | Blaine, MN | TXT | - |
| Jul 18 | 8:54 AM | IN (952) | Blaine, MN | TXT | - |
| | 2:12 PM | IN (952) | Blaine, MN | TXT | - |
| Jul 19 | 8:06 AM | IN 33 | | TXT | - |
| Jul 20 | 1:22 PM | IN 5 | | TXT | - |
| | 1:22 PM | IN 5 | | TXT | - |
| | 1:22 PM | OUT 5 | | TXT | - |
| Jul 25 | 3:33 AM | IN (763) | Twincities, MN | TXT | - |
| Jul 26 | 9:37 AM | IN (310) | Smmn Smmn, CA | TXT | - |
| | 7:05 PM | IN (763) | Twincities, MN | TXT | - |
| | 7:23 PM | OUT (763) | Twincities, MN | TXT | - |
| | 7:23 PM | OUT (763) | Twincities, MN | TXT | - |
| | 7:23 PM | OUT (763) | Twincities, MN | TXT | - |
| | 7:23 PM | OUT (763) | Twincities, MN | TXT | - |
| | 7:24 PM | IN (763) | Twincities, MN | TXT | - |
| Jul 28 | 11:21 AM | IN (651) | Stillwater, MN | TXT | - |
| | 11:21 AM | IN (651) | Stillwater, MN | TXT | - |
| | 1:15 PM | OUT (612) | Blaine, MN | TXT | - |
| | 1:16 PM | IN (612) | Blaine, MN | TXT | - |
| | 1:16 PM | IN (612) | Blaine, MN | TXT | - |
| | 1:16 PM | OUT (612) | Blaine, MN | TXT | - |
| | 1:17 PM | IN (612) | Blaine, MN | TXT | - |
| | 1:19 PM | OUT (612) | Blaine, MN | TXT | - |
| | 1:19 PM | IN (612) | Blaine, MN | TXT | - |
| | 1:20 PM | OUT (612) | Blaine, MN | TXT | - |
| | 1:20 PM | IN (612) | Blaine, MN | TXT | - |
| | 1:20 PM | OUT (612) | Blaine, MN | TXT | - |
| | 1:21 PM | OUT (612) | Blaine, MN | TXT | - |
| | 1:37 PM | OUT (651) | Stillwater, MN | TXT | - |
| | 1:52 PM | IN (651) | Stillwater, MN | TXT | - |
| | 1:55 PM | OUT (651) | Stillwater, MN | TXT | - |
| | 1:55 PM | IN (651) | Stillwater, MN | TXT | - |
| | 1:55 PM | OUT (651) | Stillwater, MN | TXT | - |
| | 1:55 PM | OUT (651) | Stillwater, MN | TXT | - |
| | 1:55 PM | OUT (651) | Stillwater, MN | TXT | - |
| | 2:05 PM | IN (651) | Stillwater, MN | TXT | - |
| | 2:17 PM | OUT (612) | Blaine, MN | TXT | - |
| | 2:27 PM | OUT (612) | Blaine, MN | TXT | - |
| | 2:27 PM | OUT (612) | Blaine, MN | TXT | - |
| | 2:27 PM | OUT (612) | Blaine, MN | TXT | - |
| | 2:27 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:21 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 4:28 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 4:29 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 4:30 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 4:30 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 4:30 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 4:40 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 6:57 PM | OUT (763) | Twincities, MN | TXT | - |
| | 6:58 PM | OUT (763) | Twincities, MN | TXT | - |
| | 6:58 PM | IN (763) | Twincities, MN | TXT | - |
| Jul 29 | 1:47 PM | OUT (651) | Stillwater, MN | TXT | - |
| Jul 30 | 11:04 AM | OUT (651) | Stillwater, MN | TXT | - |
| | 12:23 PM | OUT (763) | Hanover, MN | TXT | - |
| | 12:25 PM | IN (763) | Hanover, MN | TXT | - |
| | 12:48 PM | IN (763) | Hanover, MN | TXT | - |
| | 1:17 PM | OUT (763) | Hanover, MN | TXT | - |
| | 1:17 PM | OUT (763) | Hanover, MN | TXT | - |
| Jul 31 | 10:31 AM | IN (651) | Stillwater, MN | TXT | - |
| Aug 01 | 4:10 AM | OUT (612) | Blaine, MN | TXT | - |
| | 4:10 AM | OUT (612) | Blaine, MN | TXT | - |
| | 4:12 AM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 AM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 AM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 AM | OUT (612) | Blaine, MN | TXT | - |
| | 11:32 AM | IN (651) | Stillwater, MN | TXT | - |
| | 11:32 AM | IN (651) | Stillwater, MN | TXT | - |
| | 5:34 PM | OUT (651) | Stillwater, MN | TXT | - |
| | 5:49 PM | OUT (952) | Blaine, MN | TXT | - |
| | 5:49 PM | OUT (952) | Blaine, MN | TXT | - |
| | 5:49 PM | OUT (952) | Blaine, MN | TXT | - |
| | 5:49 PM | OUT (952) | Blaine, MN | TXT | - |
| | 5:59 PM | IN (952) | Blaine, MN | TXT | - |
| | 6:01 PM | IN (952) | Blaine, MN | TXT | - |
| | 6:19 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 6:19 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 6:19 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 6:19 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 6:31 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 7:15 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 7:15 PM | OUT (612) | Minneapolis, MN | TXT | - |
| Aug 02 | 12:16 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 12:45 PM | OUT (612) | Minneapolis, MN | TXT | - |

| When | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|
| | 12:45 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 12:45 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 12:50 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 12:57 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 5:15 PM | IN (651) | Stillwater, MN | TXT | - |
| Aug 03 | 11:47 AM | OUT (651) | St Paul, MN | TXT | - |
| | 11:47 AM | OUT (651) | St Paul, MN | TXT | - |
| | 11:47 AM | OUT (651) | St Paul, MN | TXT | - |
| | 11:47 AM | OUT (651) | St Paul, MN | TXT | - |
| | 11:47 AM | OUT (651) | St Paul, MN | TXT | - |
| | 11:47 AM | OUT (651) | St Paul, MN | TXT | - |
| | 11:47 AM | OUT (651) | St Paul, MN | TXT | - |
| | 11:48 PM | OUT (651) | St Paul, MN | TXT | - |
| | 11:49 PM | OUT (651) | St Paul, MN | TXT | - |
| | 11:49 PM | IN (651) | St Paul, MN | TXT | - |
| | 11:49 PM | OUT (651) | St Paul, MN | TXT | - |
| Aug 04 | 3:53 AM | IN (612) | Blaine, MN | TXT | - |
| | 8:49 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 8:50 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 8:50 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 8:50 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:50 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:50 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:51 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:51 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:51 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:52 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:52 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:52 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:53 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:53 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:53 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 11:00 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 11:00 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 11:00 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 11:03 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 11:03 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 12:20 PM | OUT (612) | Blaine, MN | TXT | - |
| | 12:20 PM | OUT (612) | Blaine, MN | TXT | - |
| | 12:37 PM | IN (763) | Twincities, MN | TXT | - |
| | 1:16 PM | IN 4 | | TXT | - |
| | 1:17 PM | IN 4 | | TXT | - |
| | 3:27 PM | IN (612) | Twincities, MN | TXT | - |
| | 3:35 PM | OUT (612) | Twincities, MN | TXT | - |
| | 3:38 PM | OUT (612) | Twincities, MN | TXT | - |
| | 3:38 PM | OUT (612) | Twincities, MN | TXT | - |
| | 3:44 PM | OUT (612) | Twincities, MN | TXT | - |
| | 3:51 PM | IN (612) | Twincities, MN | TXT | - |
| | 7:27 PM | IN (805) | Vntra Cntl, CA | TXT | - |
| | 7:28 PM | IN (805) | Vntra Cntl, CA | TXT | - |
| | 7:29 PM | IN (805) | Vntra Cntl, CA | TXT | - |
| | 7:29 PM | OUT (805) | Vntra Cntl, CA | TXT | - |
| | 7:30 PM | IN (805) | Vntra Cntl, CA | TXT | - |
| | 7:32 PM | OUT (805) | Vntra Cntl, CA | TXT | - |
| | 7:32 PM | OUT (805) | Vntra Cntl, CA | TXT | - |
| | 7:33 PM | IN (805) | Vntra Cntl, CA | TXT | - |
| | 7:34 PM | IN (805) | Vntra Cntl, CA | TXT | - |
| | 7:44 PM | OUT (612) | Blaine, MN | TXT | - |
| | 7:44 PM | OUT (612) | Blaine, MN | TXT | - |
| | 7:44 PM | IN (612) | Blaine, MN | TXT | - |
| | 7:46 PM | OUT (612) | Blaine, MN | TXT | - |
| | 7:46 PM | OUT (612) | Blaine, MN | TXT | - |
| Aug 05 | 7:20 PM | OUT (612) | Blaine, MN | TXT | - |
| | 7:20 PM | OUT (612) | Blaine, MN | TXT | - |
| | 7:20 PM | OUT (612) | Blaine, MN | TXT | - |
| | 7:20 PM | OUT (612) | Blaine, MN | TXT | - |
| Aug 06 | 1:00 PM | IN 4 | | TXT | - |
| | 8:03 PM | OUT (612) | Twincities, MN | TXT | - |
| | 8:28 PM | IN (612) | Twincities, MN | TXT | - |
| | 8:35 PM | OUT (612) | Twincities, MN | TXT | - |
| | 8:37 PM | OUT (612) | Twincities, MN | TXT | - |
| | 8:41 PM | IN (612) | Twincities, MN | TXT | - |
| | 8:46 PM | OUT (763) | Twincities, MN | TXT | - |
| | 8:46 PM | OUT 1763 | | PIC | - |
| | 8:47 PM | OUT (763) | Twincities, MN | TXT | - |
| | 10:00 PM | IN (763) | Twincities, MN | TXT | - |
| Aug 07 | 8:01 AM | IN (201) | Union City, NJ | TXT | - |
| | 11:00 AM | IN 4 | | TXT | - |
| | 11:00 AM | IN 4 | | TXT | - |
| | 4:49 PM | OUT (763) | Twincities, MN | TXT | - |
| | 4:49 PM | OUT (763) | Twincities, MN | TXT | - |
| | 4:49 PM | OUT (763) | Twincities, MN | TXT | - |
| | 4:49 PM | OUT (763) | Twincities, MN | TXT | - |
| | 4:49 PM | OUT (763) | Twincities, MN | TXT | - |
| | 4:49 PM | OUT (763) | Twincities, MN | TXT | - |
| | 4:49 PM | OUT (763) | Twincities, MN | TXT | - |

Exhibit C | Index 30 | p. 134

# USAGE DETAILS

For information only - charges are shown in the One-Time Charges section.

(763) ███-████

| | Bill period | Account | Page |
|---|---|---|---|
| ...CONTINUED - (763) ███-████ , TEXT | Jan 14, 2024 - Feb 13, 2024 | ████████ | 3 of 6 |

## TALK

| When | | Who | | Description | Type | Min | Cost |
|---|---|---|---|---|---|---|---|
| Jan 15 | 4:17 PM | OUT (612) | | to Blaine/MN | F | 1 | - |
| Jan 26 | 12:50 PM | OUT (612) | | to St Eugene/ON | F | 1 | - |
| | 12:57 PM | OUT (612) | | to Pembroke/ON | | 1 | - |
| Jan 28 | 4:31 PM | OUT (612) | | to Blaine/MN | F | 1 | - |
| Jan 29 | 8:45 AM | OUT (612) | | to Minneapols/MN | | 1 | - |
| | 9:08 AM | OUT (612) | | to Minneapols/MN | | 3 | - |
| | 10:11 AM | IN (612) | | Incoming | - | 9 | - |
| Jan 31 | 10:09 AM | IN (612) | | Incoming | - | 23 | - |
| **Totals** | | | | | | **40** | **$0.00** |

The date and time corresponds to the local time where the mobile was located.

WHO: **OUT** Outgoing  **IN** Incoming  TYPE: **F** Mobile2Mobile

## TEXT

| When | | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|---|
| Jan 15 | 2:16 PM | IN (833) | | Incoming | TXT | - |
| | 2:17 PM | IN (612) | | Blaine, MN | TXT | - |
| | 2:18 PM | OUT (612) | | Blaine, MN | TXT | - |
| | 4:26 PM | IN (612) | | Blaine, MN | TXT | - |
| | 4:26 PM | OUT (612) | | Blaine, MN | TXT | - |
| | 4:26 PM | IN (612) | | Blaine, MN | TXT | - |
| | 4:27 PM | OUT (612) | | Blaine, MN | TXT | - |
| | 4:27 PM | IN (612) | | Blaine, MN | TXT | - |
| | 4:27 PM | OUT (612) | | Blaine, MN | TXT | - |
| | 4:28 PM | IN (612) | | Blaine, MN | TXT | - |
| | 4:30 PM | OUT (612) | | Blaine, MN | TXT | - |
| | 4:31 PM | OUT (612) | | Blaine, MN | TXT | - |
| Jan 16 | 5:32 PM | IN (612) | | Blaine, MN | TXT | - |
| | 5:33 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 5:33 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:34 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 5:34 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 5:34 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:35 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 5:35 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:36 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:36 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:36 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:37 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:37 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:38 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:38 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 5:38 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:39 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:39 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:39 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:40 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:41 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:41 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 5:41 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:42 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:42 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:43 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:43 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 5:44 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:44 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:44 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:44 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 5:45 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:45 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:45 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:45 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 5:45 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:46 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:46 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:47 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 5:47 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:47 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:47 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:48 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:48 PM | OUT (218) | | Fergus Fls, MN | TXT | - |

| When | | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|---|
| | 5:48 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 5:48 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 5:48 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 5:48 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 5:48 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:49 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:49 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:50 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:50 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 5:50 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| Jan 26 | 10:49 AM | IN (763) | | Roseau Do | TXT | - |
| | 10:49 AM | IN 22 | | | TXT | - |
| | 10:51 AM | OUT (612) | | St Eugene, ON | TXT | - |
| | 10:51 AM | OUT (612) | | St Eugene, ON | TXT | - |
| | 10:51 AM | OUT (612) | | St Eugene, ON | TXT | - |
| | 10:53 AM | OUT (612) | | St Eugene, ON | TXT | - |
| Jan 27 | 10:38 AM | IN (763) | | Hanover, MN | TXT | - |
| | 10:38 AM | IN (763) | | Hanover, MN | TXT | - |
| | 10:38 AM | IN (800) | | Incoming | TXT | - |
| | 10:38 AM | IN 22 | | | TXT | - |
| | 10:38 AM | IN 22 | | | TXT | - |
| | 10:39 AM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 10:39 AM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 10:39 AM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 10:39 AM | IN 1218 | | | PIC | - |
| | 10:39 AM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 10:40 AM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 10:40 AM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 10:40 AM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 10:40 AM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 10:40 AM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 10:41 AM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 10:41 AM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 10:41 AM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 10:42 AM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 10:42 AM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 10:43 AM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 10:44 AM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 10:46 AM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 10:46 AM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 10:47 AM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 10:47 AM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 10:48 AM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 10:48 AM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 10:48 AM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 10:49 AM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 10:49 AM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 10:50 PM | IN 22 | | | TXT | - |
| | 10:50 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 10:51 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 10:52 PM | IN 22 | | | TXT | - |
| | 10:52 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 10:53 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 10:54 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| Jan 28 | 1:00 PM | IN (763) | | Twincities, MN | TXT | - |
| | 1:01 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 1:06 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 1:08 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 1:09 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 1:10 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 1:14 PM | IN 8 547 | | | TXT | - |
| | 1:32 PM | OUT (218) | | Fergus Fls, MN | TXT | - |
| | 1:33 PM | IN (218) | | Fergus Fls, MN | TXT | - |
| | 2:34 PM | OUT (612) | | Blaine, MN | TXT | - |
| Jan 29 | 6:45 AM | IN (612) | | Blaine, MN | TXT | - |
| | 6:47 AM | OUT (612) | | Blaine, MN | TXT | - |
| | 6:47 AM | OUT (612) | | Blaine, MN | TXT | - |
| Jan 31 | 8:03 AM | IN 22 | | | TXT | - |
| | 8:03 AM | IN 22 | | | TXT | - |
| Feb 04 | 5:05 AM | IN (651) | | Stillwater, MN | TXT | - |
| | 5:06 AM | IN 22 | | | TXT | - |
| | 5:06 AM | IN 22 | | | TXT | - |
| | 5:06 AM | IN (800) | | Incoming | TXT | - |
| Feb 06 | 2:10 AM | IN 22 | | | TXT | - |
| | 2:10 AM | IN 22 | | | TXT | - |
| | 2:10 AM | IN 22 | | | TXT | - |
| | 2:10 AM | IN 22 | | | TXT | - |

Exhibit C | Index 30 | p. 135

## <u>Technical Overview of Email Authentication via Pretty Good Privacy (PGP)</u>



### Introduction

This document serves to explain the technical foundation and legal significance of email authentication using Pretty Good Privacy (PGP), as pertinent to digital forensic analysis and evidence presentation in legal proceedings. The authentication of emails via PGP is a critical element in establishing the integrity, origin, and non-repudiation of digital communications. This overview aims to provide a clear, accessible explanation of these processes for individuals who may not have a technical background.

### Technical Overview of PGP

PGP employs a blend of cryptographic techniques to secure and verify email communications, including digital signatures and encryption. The essential components and processes are as follows:

1. **Digital Signatures and Encryption**:

   PGP utilizes public key cryptography, where each user possesses a unique pair of cryptographic keys. The public key is openly shared, while the private key remains confidential. These keys play a central role in the encryption (for confidentiality) and digital signing (for authentication) of emails.

2. **Signing the Email**:

   The sender of an email uses their private key to digitally sign the message. This involves generating a cryptographic hash (a concise, unique representation) of the message's content and then encrypting this hash with the private key. The resultant digital signature, alongside the sender's public key (if not already known by the recipient), is appended to the email.

3. **Email Transmission**:

   Upon sending, the email, together with its digital signature and the sender's public key, is dispatched to the recipient. Optionally, the email's content can be encrypted using the recipient's public key, ensuring that only the intended recipient can decrypt and read the message.

4. **Verification by the Recipient**:

   The recipient decrypts the digital signature using the sender's public key, revealing the hash value initially generated by the sender. The recipient then calculates the hash of the received email's content. A match between these two hash values confirms that the email has remained unaltered since being signed, authenticating the sender and ensuring the message's integrity.

### Legal Significance

- **Non-repudiation**:

  Digital signatures prevent the sender from denying the authenticity of the sent email, establishing a legally sound method of non-repudiation.

- **Integrity**:

  The verification process guarantees that any modification of the email content after signing is detectable, safeguarding the email's integrity.

Exhibit C | Index 30 | p. 136

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

- **Authentication**:

   The use of digital signatures verifies the email's origin, tying the creation of a valid signature to the sender's control over their private key.

   The legal frameworks, such as the Electronic Signatures in Global and National Commerce Act (ESIGN) in the United States and the Electronic Identification, Authentication and Trust Services (eIDAS) regulation in the European Union, endorse the legal validity of digital signatures. This underpins the use of PGP-authenticated emails as robust evidence in legal contexts, provided the integrity of the cryptographic keys is intact.

## Conclusion

In the context of legal evidence, PGP email headers, when presented alongside comprehensive documentation (such as PDFs, and raw HTML) and a sworn affidavit, constitute a compelling case for the authenticity of digital communications.

This technical overview is intended to accompany the presented evidence, offering clarity on the authentication process and reinforcing the credibility of the digital documents submitted.

**There are also free, online email header analyzation websites available such as:**

**mxtoolbox.com/EmailHeaders.aspx**

**dnschecker.org/email-header-analyzer.php**



Exhibit C | Index 30 | p. 137

**Below is the result of copying and pasting the PGP email header text from the August 11th, 2023 automated LinkedIn email into the website: mxtoolbox.com/EmailHeaders.aspx**

This is when a search was conducted by the US Department of State along with a 4th search by the US Air Force

| Header Name | Header Value |
|---|---|
| Return-Path | <s-2kqkuf4kdlibfhvzwrsl1utwd0xozkzb22fdzf8dt7jj5c2uk4bd1a9j@bounce.linkedin.com> |
| X-Original-To | MattGuertin@Protonmail.com |
| Delivered-To | MattGuertin@protonmail.com |
| Authentication-Results | mailin037.protonmail.ch; dkim=pass (Good 2048 |
| Dkim-Signature | v=1; a=rsa-sha256; c=relaxed/relaxed; d=linkedin.com; s=d2048-201806-01; |
| h=From | Subject:MIME-Version:Content-Type:To:Date:X-LinkedIn-Class: |
| X-LinkedIn-Template | X-LinkedIn-fbl; |
| From | LinkedIn <notifications-noreply@linkedin.com> |
| Message-Id | <1639036732.2773335.1691776401609@lor1-app87662.prod.linkedin.com> |
| Subject | Matt, you appeared in 18 searches this week |
| Mime-Version | 1.0 |
| Content-Type | text/html |
| To | Matt Guertin <MattGuertin@Protonmail.com> |
| Date | Fri, 11 Aug 2023 17:53:21 +0000 (UTC) |
| X-Linkedin-Class | EMAIL-DEFAULT |
| X-Linkedin-Template | email_notification_single_search_appearance_01 |
| X-Linkedin-Fbl | m2- |
| X-Linkedin-Id | 5kegzu-ll6vzlbj-k9 |
| List-Unsubscribe | <https://www.linkedin.com/comm/psettings/email-unsubscribe?lipi=urn%3Ali%3Apage |
| Require-Recipient-Valid-Since | MattGuertin@Protonmail.com; Tue, 24 Nov 2020 23:03:31 +0000 |
| X-Rspamd-Queue-Id | 4RMrxb15czz9vNPv |
| X-Rspamd-Server | cp5-mailin-037.plabs.ch |
| X-Spamd-Result | default: False [-13.91 / 25.00];WHITELIST_DMARC(-7.00)[linkedin.com:D:+]; |
| ipnet | 108.174.0.0/24, country:US]; NEURAL_HAM(-0.00)[-0.998]; |
| X-Rspamd-Action | no action |
| X-Pm-Spam | 0yezJI6cihyJeYR3pi42biOpJJvbmsCIeI1msjN3X3blJp7IjBlNIIojty4CMCLSJ |
| X-Pm-Origin | external |
| X-Pm-Transfer-Encryption | TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits) |
| X-Pm-Content-Encryption | on-delivery |
| X-Pm-Spamscore | 0 |
| X-Pm-Spam-Action | inbox |

Exhibit C | Index 30 | p. 138

**Below is the result of copying and pasting the same PGP email header text from August 11th, 2023 into the following website: dnschecker.org/email-header-analyzer.php**

## Email Source Ip Info:

| | |
|---|---|
| **Source IP Address** | 108.174.0.206 |
| **Source IP Hostname** | maile-hf.linkedin.com. |
| **Country** | United States |
| **State** | New York |
| **City** | New York |
| **Zip Code** | 10123 |
| **Latitude** | 40.7128 |
| **Longitude** | -74.006 |
| **ISP** | LinkedIn Corporation |
| **Organization** | LinkedIn Corporation |
| **Threat Level** | low |

## WHOIS Lookup Info:

```
#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/resources/registry/whois/tou/
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/resources/registry/whois/inaccuracy_reporting/
#
# Copyright 1997-2024, American Registry for Internet Numbers, Ltd.
#


NetRange:       108.174.0.0 - 108.174.15.255
CIDR:           108.174.0.0/20
NetName:        LINKEDIN
NetHandle:      NET-108-174-0-0-1
Parent:         NET108 (NET-108-0-0-0-0)
NetType:        Direct Allocation
OriginAS:       AS20049
Organization:   LinkedIn Corporation (LINKE-1)
RegDate:        2012-01-11
Updated:        2021-12-14
Ref:            https://rdap.arin.net/registry/ip/108.174.0.0


OrgName:        LinkedIn Corporation
OrgId:          LINKE-1
Address:        1000 W Maude Ave
City:           Sunnyvale
StateProv:      CA
PostalCode:     94085
Country:        US
RegDate:        2006-12-15
Updated:        2020-06-24
Ref:            https://rdap.arin.net/registry/entity/LINKE-1
```

Exhibit C | Index 30 | p. 139

```
OrgAbuseHandle: ABUSE3328-ARIN
OrgAbuseName:   Abuse Desk
OrgAbusePhone:  +1-650-687-3600
OrgAbuseEmail:  abuse@linkedin.com
OrgAbuseRef:    https://rdap.arin.net/registry/entity/ABUSE3328-ARIN

OrgTechHandle: KUMAR276-ARIN
OrgTechName:   Kumar, Prashanth
OrgTechPhone:  +1-650-740-1464
OrgTechEmail:  prkumar@linkedin.com
OrgTechRef:    https://rdap.arin.net/registry/entity/KUMAR276-ARIN

OrgDNSHandle: KUMAR276-ARIN
OrgDNSName:   Kumar, Prashanth
OrgDNSPhone:  +1-650-740-1464
OrgDNSEmail:  prkumar@linkedin.com
OrgDNSRef:    https://rdap.arin.net/registry/entity/KUMAR276-ARIN

OrgNOCHandle: HOSTM905-ARIN
OrgNOCName:   Hostmaster
OrgNOCPhone:  +1-650-687-0505
OrgNOCEmail:  hostmaster@linkedin.com
OrgNOCRef:    https://rdap.arin.net/registry/entity/HOSTM905-ARIN

OrgRoutingHandle: KUMAR276-ARIN
OrgRoutingName:   Kumar, Prashanth
OrgRoutingPhone:  +1-650-740-1464
OrgRoutingEmail:  prkumar@linkedin.com
OrgRoutingRef:    https://rdap.arin.net/registry/entity/KUMAR276-ARIN

OrgTechHandle: HOSTM905-ARIN
OrgTechName:   Hostmaster
OrgTechPhone:  +1-650-687-0505
OrgTechEmail:  hostmaster@linkedin.com
OrgTechRef:    https://rdap.arin.net/registry/entity/HOSTM905-ARIN

RAbuseHandle: ABUSE3328-ARIN
RAbuseName:   Abuse Desk
RAbusePhone:  +1-650-687-3600
RAbuseEmail:  abuse@linkedin.com
RAbuseRef:    https://rdap.arin.net/registry/entity/ABUSE3328-ARIN

RNOCHandle: HOSTM905-ARIN
RNOCName:   Hostmaster
RNOCPhone:  +1-650-687-0505
RNOCEmail:  hostmaster@linkedin.com
RNOCRef:    https://rdap.arin.net/registry/entity/HOSTM905-ARIN

RTechHandle: KUMAR276-ARIN
RTechName:   Kumar, Prashanth
RTechPhone:  +1-650-740-1464
RTechEmail:  prkumar@linkedin.com
RTechRef:    https://rdap.arin.net/registry/entity/KUMAR276-ARIN

RTechHandle: HOSTM905-ARIN
RTechName:   Hostmaster
RTechPhone:  +1-650-687-0505
RTechEmail:  hostmaster@linkedin.com
```

Exhibit C | Index 30 | p. 140

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

```
RTechRef:    https://rdap.arin.net/registry/entity/HOSTM905-ARIN


#
# ARIN WHOIS data and services are subject to the Terms of Use
# available at: https://www.arin.net/resources/registry/whois/tou/
#
# If you see inaccuracies in the results, please report at
# https://www.arin.net/resources/registry/whois/inaccuracy_reporting/
#
# Copyright 1997-2024, American Registry for Internet Numbers, Ltd.
#
```

**In addition to the above provided details pertaining specifically to the actual email header itself being analyzed the site also provides the following insightful information which helps to further clarify the basic understanding of the email tracing process itself -**

## About Message Header Analyzer - Email Header Analyzer

### Message Header Analyzer

When you receive an email notification, the first thing you do is check the sender.

That is the quickest way to figure out, who sends you that email, and what its content will be.

But did you know that email comes with a lot of information? The sender's host information is included in the email header, which helps you trace its owner through an IP Address.

### Why tracing an email address is essential?

Today, malicious emails are pretty frequent. That includes spam, scams, malware, and phishing emails. If you trace an email back to its source, you may have a good insight into whom and where that email originated.

### What is an email header?

Tracing an email address in the most popular email programs like Microsoft Outlook, Gmail, Yahoo, Live, Hotmail, Outlook, etc., is relatively easy.

### An email has two parts.

•**Body**:
The information sent to the recipient on the email's subject. The part where your message is visible.

•**Header**:
It contains the metadata of an email that includes a lot of information. For example, the "from" and "to," content type, delivery time, etc. The important thing is to find the IP address(es) associated with an email to track the message's source.

Exhibit C | Index 30 | p. 141

When an email is sent from sender to recipient, it passes through several mail servers until it reaches its final destination.

When an email passes through a mail server, a mail header is added with the server's IP address.

Every email you receive comes with full email headers.

### From the email headers, you can learn the

- Processing times and delays in "hops" along the message path from origin to the final destination.
- Email authentication checks, such as SPF DKIM DMARC authentication results etc.

However, some email clients do not display the entire email header as standard. It contains technical data that is somehow worthless to an untrained person. However, most email clients provide a way to check out the entire email headers.

### Categorization of the email headers

You can categorize the email headers as **Partial and Full Headers**.

•**Partial Headers:** These are the headers you usually look at in your email. These headers are essential for your daily tasks. These headers include, From, To, Subject, Date and Time, Reply-To Address, CC, and BCC.

•**Full Headers:** It includes more technical information that you usually do not see. Sometimes we need those extra headers to solve our problems.

### Below is the list of all the data that the email headers include:

•**From:** It contains the sender's information and where the email comes from. It can easily be forged.

•**To:** The recipient's address, the receiving end of the email. Although, it does not necessarily show the recipient's email address.

•**Subject:** The title or the topic of the email content.

•**Date:** The date and the time when the email is written.

•**Return-Path:** Also known as "Reply-To." It contains the address where a reply to that email will be sent.

•**Envelope-To:** It shows that the email was sent to the address on this line.

•**Delivery Date:** The date when an email client receives the email.

•**Received:** When an email is sent from sender to recipient, it passes through several mail servers until it reaches its final destination. This line shows the servers' list that an email has gone through to arrive at the recipient's mailbox. Read it from the bottom (the starting point where the email originated) to the top (the final destination of the email).

•**DKIM signature & Domain Key signature:** are part of the email signature identification system.

•**Message-ID:** The combination of the numbers and unique letters generated when the email is first written. It can also be forged.

Exhibit C | Index 30 | p. 142

•**MIME-Version:** MIME is an internet standard that extends the format and functionality of the email. The MIME-Version is usually "1.0."

•**Content-type:** It tells whether the email is written as plain text or HTML. The most common character set is UTF-8.

•**X-Spam status:** It tells you the score of the email. When it reaches more than a threshold, the email is considered spam.

•**X-Spam level:** It displays a spam score created by your service or mail client. Its level depends upon the score of the email's x-spam status.

•**Message body:** It is the main content of your email—the actual content of the email written by the sender.

**How to get the email header to start the email trace process?**

To trace an email source first, you will have to find the email headers. Depending on the email client you are using, various steps have to perform to locate the email header.

**Here are steps to locate the email headers of some commonly used email provide**rs.

**Gmail:**

•Open your Gmail account.

•Open the email you want to trace.

•Go to the drop-down menu in the top-right corner, then **Show original** from the menu.

**AOL:**

•Open your AOL account.

•Open the email you want to trace.

•Click the **"Action"** button, and select **View Message Source.**

**MSN Hotmail:**

•Open your MSN Hotmail account

•Right-click the email you want to trace.

•Click **View Message Source.**

**Yahoo! Mail:**

•Open your Yahoo! Mail account

•Open the email you want to trace.

•Click **"More"** and select **View Raw Message.**

**Apple Mail:**

•Open your Apple Mail account.

•Choose **View > Message > All Headers.**

•To view fewer header fields again, choose **View > Message > Default Headers.**

Exhibit C | Index 30 | p. 143

**Outlook:**

- Open your Outlook account.
- Double-click on the email you want to trace.
- Click **File Properties.**
- The headers will show in the "Internet headers" box.

**How to trace the original sender of an email from the email header?**

Each email you receive comes with full email headers. Further, these headers contain much information, including routing the message and the email's originating IP address.

Now you know how to find the email headers of various email clients.

**The following steps are relatively short to trace the email back to their source IP address.**

- Copy the complete header code of the email you want to trace.
- Open the Email Header Analyzer tool. Paste that header's data and hit the "Analyze" button.
- The tool will provide you with complete **Email source IP information**. Copy the **source IP address** and perform the IP Location Lookup to get the IP location from several geolocation databases.
- You can also check that IP address in anti-spam databases immediately to check whether the IP is blacklisted or not. It helps to identify email spam and IP reputation.

Exhibit C | Index 30 | p. 144

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

# You appeared in 14 searches this week



From LinkedIn <notifications-noreply@linkedin.com>

To      mattguertin<MattGuertin@Protonmail.com>

Date    Sunday, November 28th, 2021 at 7:53 PM





## You appeared in 14 searches this week



You were found by people from these companies

See all **searches**



Never miss an update with LinkedIn app

Download the app

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe | Help

Exhibit C | Index 30 | p. 145

**11/28/2021 – LinkedIn Automated Email - HTML**

**Indicates a search was condcted for Matthew D Guertin's 'MattGuertin612' LinkedIn profile by:**
**'United States Air Force Academy'**

<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN" "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd"> <html xmlns="http://www.w3.org/1999/xhtml" lang="en" xml:lang="en"> <head> <meta http-equiv="Content-Type" content="text/html;charset=utf-8"> <meta name="HandheldFriendly" content="true"> <meta name="viewport" content="width=device-width; initial-scale=0.666667; user-scalable=0"> <meta name="viewport" content="width=device-width"> <title></title> <!--[if mso]><style type="text/css">body {font-family: Lato-Semibold,Helvetica, Arial, "Lucida Grande", sans-serif;}.mercado-email-container {width: 512px !important;}</style><![endif]--> <!--[if IE]><style type="text/css">.mercado-email-container {width: 512px !important;}</style><![endif]--> <style type="text/css">@media only screen and (max-width:32em) { .mercado-email-container { width:100% !important; } } @media only screen and (max-width:20em) {} @media only screen and (max-device-width:30em) {} @media screen and (device-width:30em) and (device-height:22.5em), screen and (device-width:30em), screen and (device-width:20em) and (device-height:15em) {} @media screen and (-webkit-min-device-pixel-ratio:0) {} @media screen and (max-device-width:25.88em) and (max-device-height:48.5em) {} </style> </head> <body style="padding:0;margin:0 auto;-webkit-text-size-adjust:100%;width:100% !important;mso-text-size-adjust:100%;font-family:Lato-Semibold,Helvetica Neue,Arial,&quot;Lucida Grande&quot;,sans-serif;"> <div style="overflow:hidden;color:transparent;visibility:hidden;mso-hide:all;width:0;font-size:0;opacity:0;height:0;"> You appeared in 14 searches this week </div> <table role="presentation" align="center" border="0" cellspacing="0" cellpadding="0" width="100%" bgcolor="#F3F2EF" style="background-color:#F3F2EF;table-layout:fixed;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td align="center" style="padding-top:16px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <center style="width:100%;"> <table role="presentation" border="0" class="mercado-email-container" cellspacing="0" cellpadding="0" width="512" bgcolor="#FFFFFF" style="background-color:#FFFFFF;margin:0 auto;max-width:512px;-webkit-text-size-adjust:100%;width:100% !important;mso-text-size-adjust:100%;width:inherit;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td bgcolor="#FFFFFF" style="background-color:#FFFFFF;padding:18px 24px 6px 24px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;width:100% !important;mso-table-lspace:0pt;-ms-text-size-adjust:100%;min-width:100% !important;"> <tbody> <tr> <td align="left" valign="middle" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"><a href="https://www.linkedin.com/comm/feed/?midToken=AQHC-TETmN460w&amp;midSig=1FaJB3NcVNCG01&amp;trk=eml-email_notification_single_search_appearance_01-header-14-home&amp;trkEmail=eml-email_notification_single_search_appearance_01-header-14-home-null-5kegzu%7Ekwk0ozls%7E86-null-neptune%2Ffeed&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BFq9SUeIATxO28a1jMRv%2FVg%3D%3D" style="cursor:pointer;color:#0A66C2;-webkit-text-size-adjust:100%;display:inline-block;text-decoration:none;-ms-text-size-adjust:100%;"> <img alt="LinkedIn" border="0" src="https://www.linkedin.com/comm/dms/logo?midToken=AQHC-TETmN460w&amp;midSig=1FaJB3NcVNCG01&amp;trk=eml-email_notification_single_search_appearance_01-null-21-null&amp;trkEmail=eml-email_notification_single_search_appearance_01-null-21-null-null-5kegzu%7Ekwk0ozls%7E86-null-comms%7Ebadging%7Edynamic&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BFq9SUeIATxO28a1jMRv%2FVg%3D%3D&amp;_sig=3_1yN_jTpNCG01" height="42" style="outline:none;-ms-interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></a></td> <td valign="middle" width="100%" align="right" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"><a href="https://www.linkedin.com/comm/in/mattguertin612?midToken=AQHC-TETmN460w&amp;midSig=1FaJB3NcVNCG01&amp;trk=eml-email_notification_single_search_appearance_01-header-22-profile&amp;trkEmail=eml-email_notification_single_search_appearance_01-header-22-profile-null-5kegzu%7Ekwk0ozls%7E86-null-neptune%2Fprofile%7Evanity%2Eview&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BFq9SUeIATxO28a1jMRv%2FVg%3D%3D" style="cursor:pointer;margin:0;color:#0A66C2;-webkit-text-size-adjust:100%;display:inline-block;text-decoration:none;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td align="left" valign="middle" style="padding:0 0 0 10px;padding-top:7px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"></td> <td valign="middle" width="40" style="padding-top:7px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;padding-left:10px;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <img alt="Matt Guertin" border="0" height="36" width="36" src="https://media-exp1.licdn.com/dms/image/C4D03AQFuztpWL3dv8Q/profile-displayphoto-shrink_100_100/0/1606245239068?e=2159024400&amp;v=beta&amp;t=pWvBry9XDufKhZwywk0J3GpX0HggPupboa63ShVdwWY" style="border-radius:50%;outline:none;-ms-interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></td> </tr> </tbody> </table></a></td> </tr> </tbody> </table></td> </tr> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-

Exhibit C | Index 30 | p. 146

text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="padding:16px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" align="center" border="0" cellspacing="0" cellpadding="0" width="auto" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> </td> </tr> </tbody> </table></td> </tr> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" align="center" style="max-width:396px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;padding-bottom:12px;text-align:center;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"><h2 style="margin:0;font-weight:400;font-size:24px;">You appeared in 14 searches this week</h2></td> </tr> </tbody> </table></td> </tr> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" align="center" border="0" cellspacing="0" cellpadding="0" width="auto" style="padding-top:12px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td align="center" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:center;"> <table role="presentation" align="center" border="0" cellspacing="0" cellpadding="0" width="auto" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;padding-right:4px;"> <img alt="Tycon Alloy Industries" border="0" height="48" width="48" src="https://media-exp1.licdn.com/dms/image/C560BAQEw3p2tuIku7A/company-logo_200_200/0/1638149166851?e=1646265600&amp;v=beta&amp;t=mph8zx2qpdjc8oMaW4dOzcxIY0SbBxJwoWSa1hvwOqo" style="outline:none;-ms-interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></td> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;padding-right:4px;"> <img alt="DHR Global" border="0" height="48" width="48" src="https://media-exp1.licdn.com/dms/image/C560BAQFEbMpirsHtMg/company-logo_200_200/0/1636750930247?e=1646265600&amp;v=beta&amp;t=ZjQXZ9rdEgKJThdJHJGfQJufdD-NDcGR6Sa0hhDQDyk" style="outline:none;-ms-interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></td> <img alt="Trulieve" border="0" height="48" width="48" src="https://media-exp1.licdn.com/dms/image/C4E0BAQGTiYp7AQvTMg/company-logo_200_200/0/1636388014635?e=1646265600&amp;v=beta&amp;t=aw3GeTtH-EkUc9Jq2t6I6tHaYjZchTvmSA3bRJ5YbqI" style="outline:none;-ms-interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></td> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;padding-right:4px;"> <img alt=**"United States Air Force Academy"** border="0" height="48" width="48" src="https://media-exp1.licdn.com/dms/image/C560BAQHgUxdMgFn1VQ/company-logo_200_200/0/1600971320615?e=1646265600&amp;v=beta&amp;t=XzF55MrCCZSxaKrfWfBw6yGg1EpzpVPtraPa_iqj1ZA" style="outline:none;-ms-interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"> <img alt="Toast" border="0" height="48" width="48" src="https://media-exp1.licdn.com/dms/image/C4E0BAQEBzLvIVpPIdA/company-logo_200_200/0/1519895762137?e=1646265600&amp;v=beta&amp;t=kKWG8wwc3rct6ghX647lOJUkkoUdf1OmFeTsYPsrE_k" style="outline:none;-ms-interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></td> </tr> </tbody> </table></td> </tr> </tbody> </table></td> </tr> <tr> <td align="center" style="padding-top:16px;color:rgba(0,0,0,0.9);-webkit-text-size-adjust:100%;mso-table-rspace:0pt;font-weight:400;mso-table-lspace:0pt;font-size:16px;-ms-text-size-adjust:100%;line-height:1.25;text-align:center;"><span>You were found by people from these companies</span></td> </tr> <tr> <td align="center" style="padding-top:16px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:center;"><span style="padding-right:6px;direction:ltr;"> <table border="0" cellpadding="0" cellspacing="0" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;display:inline-block;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td align="center" valign="middle" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"><a href="https://www.linkedin.com/comm/me/search-appearances?midToken=AQHC-TETmN460w&amp;midSig=1FaJB3NcVNCG01&amp;trk=eml-email_notification_single_search_appearance_01-notifications-13-null&amp;trkEmail=eml-email_notification_single_search_appearance_01-notifications-13-null-null-5kegzu%7Ekwk0ozls%7E86-null-voyagerOffline&amp;lipi=urn%3Ali%3Apage%3Aemail_notification_single_search_appearance_01%3BFq9SUeIATxO28a1jMRv%2FVg%3D%3D" target="_blank" style="cursor:pointer;word-wrap:normal;color:#0A66C2;word-break:normal;white-space:nowrap;-webkit-text-size-adjust:100%;display:block;text-decoration:none;-ms-text-size-adjust:100%;overflow-wrap:normal;"> <table role="presentation" border="0" cellpadding="0" cellspacing="0" width="auto" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td bgcolor="#0A66C2" style="padding:12px 24px;color:#FFFFFF;-webkit-text-size-adjust:100%;font-weight:400;display:inline-block;text-decoration:none;font-size:16px;-ms-text-size-adjust:100%;line-height:1.25em;border-color:#0A66C2;background-color:#0A66C2;border-radius:34px;mso-table-rspace:0pt;mso-table-lspace:0pt;border-

Exhibit C | Index 30 | p. 147

```
width:1px;border-style:solid;"><a href="https://www.linkedin.com/comm/me/search-appearances?midToken=AQHC-
TETmN460w&amp;midSig=1FaJB3NcVNCG01&amp;trk=eml-email_notification_single_search_appearance_01-notifications-13-
null&amp;trkEmail=eml-email_notification_single_search_appearance_01-notifications-13-null-null-5kegzu%7Ekwk0ozls%7E86-null-
voyagerOffline&amp;lipi=urn%3Ali%3Apage
%3Aemail_notification_single_search_appearance_01%3BFq9SUeIATxO28a1jMRv%2FVg%3D%3D" target="_blank"
style="cursor:pointer;color:#FFFFFF;-webkit-text-size-adjust:100%;display:inline-block;text-decoration:none;-ms-text-size-
adjust:100%;">See all searches</a></td> </tr> </tbody> </table></a></td> </tr> </tbody> </table> </table> </table> </td> </tr> </tbody> </table> </table></td> </tr> </tbody> </table> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="-
webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td
style="padding:0 24px 8px 24px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;">
<table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="padding:8px 0px 8px 0px;-webkit-text-
size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td valign="bottom"
align="center" style="border-top:1px solid #D9D9D9;padding-top:24px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;vertical-align:bottom;-ms-text-size-adjust:100%;text-align:center;"><img
src="https://static.licdn.com/sc/p/com.linkedin.email-assets-frontend%3Aemail-assets-frontend-static-content%2B__latest__/f/%2Femail-
assets-frontend%2Fimages%2Femail%2Fmercado%2Fmodules%2Fapp_activation_footer
%2Fphoto_appactivation_universal_416x318_v1.png" height="159" width="198" alt="Download for free" style="outline:none;-ms-
interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></td> </tr> <tr> <td valign="bottom" align="center"
style="color:#000000;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;font-weight:400;vertical-
align:bottom;font-size:16px;-ms-text-size-adjust:100%;line-height:1.25;text-align:center;"><span>Never miss an update with LinkedIn
app</span></td> </tr> <tr> <td valign="bottom" align="center" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;vertical-align:bottom;-ms-text-size-adjust:100%;text-align:center;"> <table border="0" cellpadding="0" cellspacing="0"
style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;display:inline-block;mso-table-lspace:0pt;-ms-text-size-adjust:100%;">
<tbody> <tr> <td align="center" valign="middle" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-
text-size-adjust:100%;"><a href="https://www.linkedin.com/e/v2?e=5kegzu-kwk0ozls-86&amp;lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3BFq9SUeIATxO28a1jMRv%2FVg%3D
%3D&amp;t=plh&amp;midToken=AQHC-
TETmN460w&amp;ek=email_notification_single_search_appearance_01&amp;li=23&amp;m=app_download&amp;ts=contentpromo&a
mp;urlhash=YNQ3&amp;url=https%3A%2F%2Fwww%2Elinkedinmobileapp%2Ecom%2F" target="_blank"
style="cursor:pointer;word-wrap:normal;color:#0A66C2;word-break:normal;white-space:nowrap;-webkit-text-size-
adjust:100%;display:block;text-decoration:none;-ms-text-size-adjust:100%;overflow-wrap:normal;"> <table role="presentation"
border="0" cellspacing="0" cellpadding="0" width="auto" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="padding:8px 16px;-webkit-text-size-adjust:100%;mso-table-
rspace:0pt;font-weight:500;mso-table-lspace:0pt;font-size:14px;-ms-text-size-adjust:100%;"><a href="https://www.linkedin.com/e/v2?
e=5kegzu-kwk0ozls-86&amp;lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3BFq9SUeIATxO28a1jMRv%2FVg%3D
%3D&amp;t=plh&amp;midToken=AQHC-
TETmN460w&amp;ek=email_notification_single_search_appearance_01&amp;li=23&amp;m=app_download&amp;ts=contentpromo&a
mp;urlhash=YNQ3&amp;url=https%3A%2F%2Fwww%2Elinkedinmobileapp%2Ecom%2F" target="_blank"
style="cursor:pointer;color:#0A66C2;-webkit-text-size-adjust:100%;display:inline-block;text-decoration:none;-ms-text-size-
adjust:100%;">Download the app</a></td> </tr> </tbody> </table></a></td> </tr> </tbody> </table> </td> </tr> </tbody> </table></td>
</tr> </tbody> </table></td> </tr> </tbody> </table></td> </tr> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-
rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0"
width="100%" bgcolor="#F3F2EF" align="left" style="background-color:#F3F2EF;padding-top:16px;color:#000000;-webkit-text-size-
adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:left;"> <tbody> <tr> <td style="-webkit-
text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table width="24" border="0"
cellspacing="0" cellpadding="1" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-
adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-
adjust:100%;"> <div style="height:0px;font-size:0px;line-height:0px">   </div></td> </tr> </tbody> </table></td> <td style="-
webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation"
border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="-
webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-
text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table width="1" border="0"
cellspacing="0" cellpadding="1" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-
adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-
adjust:100%;"> <div style="height:12px;font-size:12px;line-height:12px">   </div></td> </tr> </tbody> </table></td> </tr> <tr>
<td align="left" style="padding:0;color:#000000;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-
```

Exhibit C | Index 30 | p. 148

```
adjust:100%;text-align:left;"> <p style="margin:0;word-wrap:break-word;color:#000000;word-break:break-word;font-weight:400;-ms-
word-break:break-a
ll;font-size:12px;line-height:1.333;overflow-wrap:break-word;">This email was intended for Matt Guertin (Creative Technologist). <a
href="https://www.linkedin.com/e/v2?e=5kegzu-kwk0ozls-86&amp;lipi=urn%3Ali%3Apage
%3Aemail_notification_single_search_appearance_01%3BFq9SUeIATxO28a1jMRv%3FVg%3D
%3D&amp;a=customerServiceUrl&amp;midToken=AQHC-
TETmN460w&amp;midSig=1FaJB3NcVNCG01&amp;ek=email_notification_single_search_appearance_01&amp;articleId=4788"
style="cursor:pointer;color:#0A66C2;-webkit-text-size-adjust:100%;text-decoration:underline;display:inline-block;-ms-text-size-
adjust:100%;">Learn why we included this.</a></p></td> </tr> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-
rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table width="1" border="0" cellspacing="0" cellpadding="1" style="-
webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-
text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <div style="height:12px;font-
size:12px;line-height:12px">   </div></td> </tr> </tbody> </table></td> </tr> <tr> <td align="left"
style="padding:0;color:#000000;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-
adjust:100%;text-align:left;"> <p style="margin:0;color:#000000;font-weight:400;font-size:12px;line-height:1.333;">You are receiving
LinkedIn notification emails.</p></td> </tr> <tr> <td align="left" style="padding:16px 0 0;-webkit-text-size-adjust:100%;mso-table-
rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:left;"> <table role="presentation" align="center" border="0"
cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-
text-size-adjust:100%;"> <tbody> <tr> <td valign="middle" align="left" style="padding:0 0 16px 0;-webkit-text-size-adjust:100%;mso-
table-rspace:0pt;vertical-align:middle;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:left;"><a
href="https://www.linkedin.com/e/v2?e=5kegzu-kwk0ozls-86&amp;t=lun&amp;midToken=AQHC-
TETmN460w&amp;midSig=1FaJB3NcVNCG01&amp;ek=email_notification_single_search_appearance_01&amp;li=19&amp;m=unsub
&amp;ts=unsub&amp;eid=5kegzu-kwk0ozls-86&amp;loid=AQGsgYru-
lOvDwAAAX1pZZvP7tqdlexg_TnH30Rqv0ZPJnF7Vz3rEY8QvGv61__kQvFJvPiER22Nz5KPrYu0s8T4SR_IluN4EQ1ZB_j0MhZEzu
WNfe-M" style="cursor:pointer;color:#0A66C2;-webkit-text-size-adjust:100%;text-decoration:underline;display:inline-block;-ms-text-
size-adjust:100%;"> <span style="color:#0A66C2;font-weight:400;font-size:12px;line-height:1.333;">Unsubscribe</span></
a>  |  <a href="https://www.linkedin.com/e/v2?e=5kegzu-kwk0ozls-86&amp;lipi=urn%3Ali%3Apage
%3Aemail_notification_single_search_appearance_01%3BFq9SUeIATxO28a1jMRv%2FVg%3D
%3D&amp;a=customerServiceUrl&amp;midToken=AQHC-
TETmN460w&amp;midSig=1FaJB3NcVNCG01&amp;ek=email_notification_single_search_appearance_01&amp;li=18&amp;m=footer
&amp;ts=help&amp;articleId=67" style="cursor:pointer;color:#0A66C2;-webkit-text-size-adjust:100%;text-
decoration:underline;display:inline-block;-ms-text-size-adjust:100%;"> <span style="color:#0A66C2;font-weight:400;font-
size:12px;line-height:1.333;">Help</span></a></td> </tr> </tbody> </table></td> </tr> <tr> <td align="left" style="padding:0;-webkit-
text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:left;"><a
href="https://www.linkedin.com/comm/feed/?midToken=AQHC-TETmN460w&amp;midSig=1FaJB3NcVNCG01&amp;trk=eml-
email_notification_single_search_appearance_01-footer-16-home&amp;trkEmail=eml-email_notification_single_search_appearance_01-
footer-16-home-null-5kegzu%7Ekwk0ozls%7E86-null-neptune%2Ffeed&amp;lipi=urn%3Ali%3Apage
%3Aemail_notification_single_search_appearance_01%3BFq9SUeIATxO28a1jMRv%3D%3D"
style="cursor:pointer;color:#0A66C2;-webkit-text-size-adjust:100%;text-decoration:underline;display:inline-block;-ms-text-size-
adjust:100%;"><img alt="LinkedIn" border="0" height="14" src="https://static.licdn.com/sc/p/com.linkedin.email-assets-frontend
%3Aemail-assets-frontend-static-content%2B__latest__/f/%2Femail-assets-frontend%2Fimages%2Flogos
%2Flogo_linkedin_mercado_blue_168x42.png" width="56" style="outline:none;-ms-interpolation-
mode:bicubic;color:#FFFFFF;display:block;text-decoration:none;"></a></td> </tr> <tr> <td style="-webkit-text-size-adjust:100%;mso-
table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table width="1" border="0" cellspacing="0" cellpadding="1"
style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-
webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <div style="height:12px;font-
size:12px;line-height:12px">   </div></td> </tr> </tbody> </table></td> </tr> <tr> <td align="left"
style="padding:0;color:#000000;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-
adjust:100%;text-align:left;"> <p style="margin:0;color:#000000;font-weight:400;font-size:12px;line-height:1.333;">© 2021 LinkedIn
Corporation, 1 000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of
LinkedIn.</p></td> </tr> </tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-
adjust:100%;"> <table width="1" border="0" cellspacing="0" cellpadding="1" style="-webkit-text-size-adjust:100%;mso-table-
rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-
rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <div style="height:24px;font-size:24px;line-height:24px">  
</div></td> </tr> </tbody> </table></td> </tr> </tbody> </table></td> </tr> <td style="-webkit-text-size-
adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table width="24" border="0" cellspacing="0"
cellpadding="1" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody>
<tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <div
style="height:0px;font-size:0px;line-height:0px">   </div></td> </tr> </tbody> </table></td> </tr> </tbody> </table></td> </tr>
```

Exhibit C | Index 30 | p. 149

</tbody> </table> </center></td> </tr> </tbody> </table> <img alt="" role="presentation"
src="http://www.linkedin.com/emimp/ip_Tld0bFozcDFMV3QzYXpCdmVteHpMVGcyOlpXMWhhV3hmYm05MGFXWnBZMkYwYV
c5dVgzTnBibWRzWlY5elpXRnlZMmhhmWVhCd1pXRnlZVzVqWlY4d01RPT06.gif" style="outline:none;-ms-interpolation-
mode:bicubic;color:#FFFFFF;text-decoration:none;width:1px;height:1px;"> </body> </html>



Exhibit C | Index 30 | p. 150

**11/28/2021 – LinkedIn Automated Email – PGP EMAIL HEADER**

Return-Path: <s-2t93afr4i0u6uy4lyq9u23bxkcw0t6gk9rrx7334zfrmtzjjpyswozeh@bounce.**linkedin**.com>
X-Original-To: MattGuertin@Protonmail.com
Delivered-To: MattGuertin@protonmail.com
Authentication-Results: mailin031.protonmail.ch; dkim=pass (Good 2048
  bit rsa-sha256 signature) header.d=**linkedin**.com header.a=rsa-sha256;
  dkim=pass (Good 1024 bit rsa-sha256 signature)
  header.d=maile.**linkedin**.com header.a=rsa-sha256
Authentication-Results: mailin031.protonmail.ch; dmarc=pass (p=reject dis=none)
 header.from=**linkedin**.com
Authentication-Results: mailin031.protonmail.ch; spf=pass
 smtp.mailfrom=bounce.**linkedin**.com
Authentication-Results: mailin031.protonmail.ch; arc=none smtp.remote-ip=108.174.6.202
Authentication-Results: mailin031.protonmail.ch; dkim=pass (2048-bit key)
 header.d=**linkedin**.com header.i=@**linkedin**.com header.b="I8sOMYTI"; dkim=pass (1024-bit
 key) header.d=maile.**linkedin**.com header.i=@maile.**linkedin**.com header.b="SvsLsJwV"
Received: from maile-db.**linkedin**.com (maile-db.**linkedin**.com [108.174.6.202]) (using
 TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits)) (No client certificate
 requested) by mailin031.protonmail.ch (Postfix) with ESMTPS id 4J2T080XS8z7QPx1 for
 <MattGuertin@Protonmail.com>; Mon, 29 Nov 2021 01:53:27 +0000 (UTC)
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=**linkedin**.com; s=d2048-201806-01;
 t=1638150806; bh=TSccAEeP1HZUzYq00JMO5SEekKhWlSsd/huNgit/Aoc=;
 h=From:Subject:MIME-Version:Content-Type:To:Date:X-**LinkedIn**-Class:
  X-**LinkedIn**-Template:X-**LinkedIn**-fbl;
  b=I8sOMYTIgX5OvaHqE3+MTHqGK4TzNDcSHZS8P9GoFOM/x1vdmDjkgi/ttzQsRHy4L
  rB5WhflUF2vVaNE5d4DLFZy9pO0YYITO16FmrW9di/+hbz6ms10rZYK0vI/9wZ0kwV
  QP/LNyjHII5792yThYzNueE7k0UlTby6CyGC62GIcV7mLA3qvTzYpN8G20wQPBYzZ0
  SJQUfLZ3Aslnscd4B760ufW9pHx247fPF86CB8Zj38nnl2faARgcKDXTYWub9Owxlz
  QTN7AdtCRJmVAzn1F+YEcAlmMrK5HT+2HA34EZT7YN+1ooYDp+/B6fk/aoSWejgy5D
  iaovN58szPrJw==
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=maile.**linkedin**.com;
 s=proddkim1024; t=1638150806; bh=TSccAEeP1HZUzYq00JMO5SEekKhWlSsd/huNgit/Aoc=;
 h=From:Subject:MIME-Version:Content-Type:To:Date:X-**LinkedIn**-Class:
  X-**LinkedIn**-Template:X-**LinkedIn**-fbl;
  b=SvsLsJwVx90zvaatysyl732esIOuRLVHz7BAv/tkSqrxVXI+/ElQlYD8o/mOagzQH
  fK0eJ+dnUvh/ugLGVU39SZMXujpKFnDM45GUe3z6TNsxg9nBbcIpdYWXo83n7/Bkkz
  zxILi6PoDtscMME9fQwTNVOcUjybXIsNbecQlKwQ=
From: **LinkedIn** <notifications-noreply@**linkedin**.com>
Message-Id: <961758993.4464778.1638150806544@lva1-app47537.prod.**linkedin**.com>
Subject: You appeared in 14 searches this week
Mime-Version: 1.0
Content-Type: text/html
To: Matt Guertin <MattGuertin@Protonmail.com>
Date: Mon, 29 Nov 2021 01:53:26 +0000 (UTC)
X-**Linkedin**-Class: EMAIL-DEFAULT
X-**Linkedin**-Template: email_notification_single_search_appearance_01
X-**Linkedin**-Fbl: m2-aszy01tzjp68v5boq3f6lkyjgf7rlomm6rn0569j2virmuh4akgw26ie50r6kaa2jayft4fkbhaltzh42el9l8uszrprj7vhv4valu
X-**Linkedin**-Id: 5kegzu-kwk0ozls-86
List-Unsubscribe: <https://www.**linkedin**.com/e/v2?e=5kegzu-kwk0ozls-86&t=lun&midToken=AQHC-
TETmN460w&midSig=1FaJB3NcVNCG01&ek=email_notification_single_search_appearance_01&li=19&m=unsub&ts=unsub&eid=5ke
gzu-kwk0ozls-86&loid=AQGsgYru-
lOvDwAAAX1pZZvP7tqdlexg_TnH30Rqv0ZPJnF7Vz3rEY8QvGv61__kQvFJvPiER22Nz5KPrYu0s8T4SR_IluN4EQ1ZB_j0MhZEzuW
Nfe-M>
Require-Recipient-Valid-Since: MattGuertin@Protonmail.com; Tue, 24 Nov 2020 23:03:31 +0000
X-Pm-Spam: 0yeiAIic37iBOIJChpR3Y2bi4AiOiuHVZb8miiACLWbfxNvc2imUcOBi7BJCllQFR
 QiU1wiAOLACiwVERjIgoB9NiiCALcJ3p6ICZCI2IE0MW5zIMOlDm0Y2YjN3gI4YmyTENYQ2is0HI
 CIzJI6YSgHsIIlmzwN3XWYi0AwOiiCALcN2viUmciOwAAiLCwmVcbJ30gojIiIw0AgLjWkNUR9FJ
 N9IT1UJBVfS0gDMSUJkMHBiO2bk9JllH0HVcYRXpg42bCKzsxuKVxFsIMgDu0cTMjLuYAyMjpGxI
 cR3lpBCZib3B5tbCsWlYcB3puU2amb0VxuXVuTALMBCTfZEUESMV9QT1TVNQINFQgojRESMVBtTy

Exhibit C | Index 30 | p. 151

jXRYaVGzQNFIiRyBNvZWcmRcb0iwgAjL1UGBBBX1g1MUUB1GzBiOWZk5IgZX0WFbYh2lTBycEUgY
Vjcmk3JbX4Ggw4CMEIUhxfTUTUVTUF0HCBSR0TZRBIOiME1VIlGu1x2YGZkVlulGlG1IcN3hcV2Z
ibw0EgLjJEtRT9VWJxUQFRB9BNVSzXNZYdWlhhGIychBZhIHkGlbIRELg0US3bgIsgREn2lcbFm0
lJXdGIyZ1cb2hiBbdRXonI3byckB1hb2cW5abAiwgEjLERJt9TTVOUdSRQUgzVWT2cnFBoZSgXMY
YBSENl0SGIy9RLIEpHNIZ52hyVHdSZgw90bmlG5IYV2zyF2cWa5x4gXGsmFdaRWcw0ibjLgEtJRE
WV9TQxUJNBCRXZzNdlYWhGhIcByhsBCdWZzFBvdCgmUbdFmsgQWaERJtBvTSEiBcSByzudWaXY1R
Vccmwi0bLEjgJtERVTW9xJQUFF9RRBiNzNXZWYldhhIGhyBcIZHhklGbEILR0gSUg3IbRsEgnl2c
mb0FJldXyGZIb12clBibnblZ9wbGmS1Zc9mtvRGIWbpFxubluTALMBCSEZ1Q0XOl1TX0LElUR9VX
NBCTWYslBpc3g2UaZ92vzBCZWZk5JzZXgG4XM4CwfRFI0SNFhUX0fUxTR9kOJ9FVlTBZlETElFRI
cQ3gy9mZEIulFsdmsWRaeBSOl1WYCZvBBGcit3JbYRX0cRWZibDBxvb2gnMca4WgNRFSFTuxB9Ii
IH0=============
X-Pm-Origin: external
X-Pm-Transfer-Encryption: TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits)
X-Pm-Content-Encryption: on-delivery
X-Pm-Spamscore: 0
X-Pm-Spam-Action: dunno

Exhibit C | Index 30 | p. 152

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

# You appeared in 3 searches this week



From LinkedIn <notifications-noreply@linkedin.com>

To        mattguertin<MattGuertin@Protonmail.com>

Date      Sunday, January 16th, 2022 at 7:52 PM

## You appeared in 3 searches this week



You were found by people from these companies

See all **searches**



People are reacting to Antoine Martel's post featuring the hashtag #diversityandinclusion

26 Reactions · 4 Comments

**Never miss an update with LinkedIn app**

This email was intended for Matt Guertin (Creative Technologist).
Learn why we included this.        Download the app

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

Exhibit C | Index 30 | p. 153

**01/16/2022 – LinkedIn Automated Email - HTML**

**Indicates a search was condcted for Matthew D Guertin's 'MattGuertin612' LinkedIn profile by:**
**'United States Air Force'**

<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN" "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd"> <html xmlns="http://www.w3.org/1999/xhtml" lang="en" xml:lang="en"> <head> <meta http-equiv="Content-Type" content="text/html;charset=utf-8"> <meta name="HandheldFriendly" content="true"> <meta name="viewport" content="width=device-width; initial-scale=0.666667; user-scalable=0"> <meta name="viewport" content="width=device-width"> <title></title> <!--[if mso]><style type="text/css">body {font-family: Lato-Semibold,Helvetica, Arial, "Lucida Grande", sans-serif;}.mercado-email-container {width: 512px !important;}</style><![endif]--> <!--[if IE]><style type="text/css">.mercado-email-container {width: 512px !important;}</style><![endif]--> <style type="text/css">@media only screen and (max-width:32em) { .mercado-email-container { width:100% !important; } } @media only screen and (max-width:20em) {} @media only screen and (max-device-width:30em) {} @media screen and (device-width:30em) and (device-height:22.5em), screen and (device-width:22.5em) and (device-height:30em), screen and (device-width:20em) and (device-height:15em) {} @media screen and (-webkit-min-device-pixel-ratio:0) {} @media screen and (max-device-width:25.88em) and (max-device-height:48.5em) {} </style> </head> <body style="padding:0;margin:0 auto;-webkit-text-size-adjust:100%;width:100% !important;-ms-text-size-adjust:100%;font-family:Lato-Semibold,Helvetica Neue,Arial,&quot;Lucida Grande&quot;,sans-serif;"> <div style="overflow:hidden;color:transparent;visibility:hidden;mso-hide:all;width:0;font-size:0;opacity:0;height:0;"> You appeared in 3 searches this week </div> <table role="presentation" align="center" border="0" cellspacing="0" cellpadding="0" width="100%" bgcolor="#F3F2EF" style="background-color:#F3F2EF;table-layout:fixed;-webkit-text-size-adjust:100%;width:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td align="center" style="padding-top:16px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <center style="width:100%;"> <table role="presentation" border="0" class="mercado-email-container" cellspacing="0" cellpadding="0" width="512" bgcolor="#FFFFFF" style="background-color:#FFFFFF;margin:0 auto;max-width:512px;-webkit-text-size-adjust:100%;width:inherit;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td bgcolor="#FFFFFF" style="background-color:#FFFFFF;padding:18px 24px 6px 24px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;min-width:100% !important;"> <tbody> <tr> <td align="left" valign="middle" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"><a href="https://www.linkedin.com/comm/feed/?midToken=AQHC-TETmN460w&amp;midSig=1GfVCF6CYgHG41&amp;trk=eml-email_notification_single_search_appearance_01-header-14-home&amp;trkEmail=eml-email_notification_single_search_appearance_01-header-14-home-null-5kegzu%7Ekyi18xwh%7E4n-null-neptune%2Ffeed&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BKTZQIY%2B7RzumOhmRjQaNOA%3D%3D" style="cursor:pointer;color:#0A66C2;-webkit-text-size-adjust:100%;display:inline-block;text-decoration:none;-ms-text-size-adjust:100%;"> <img alt="LinkedIn" border="0" src="https://www.linkedin.com/comm/dms/logo?midToken=AQHC-TETmN460w&amp;midSig=1GfVCF6CYgHG41&amp;trk=eml-email_notification_single_search_appearance_01-null-21-null&amp;trkEmail=eml-email_notification_single_search_appearance_01-null-21-null-null-5kegzu%7Ekyi18xwh%7E4n-null-comms%7Ebadging%7Edynamic&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BKTZQIY%2B7RzumOhmRjQaNOA%3D%3D&amp;_sig=0_8tBCkPsgHG41" height="42" style="outline:none;-ms-interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></a></td> <td valign="middle" width="100%" align="right" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"><a href="https://www.linkedin.com/comm/in/mattguertin612?midToken=AQHC-TETmN460w&amp;midSig=1GfVCF6CYgHG41&amp;trk=eml-email_notification_single_search_appearance_01-header-22-profile&amp;trkEmail=eml-email_notification_single_search_appearance_01-header-22-profile-null-5kegzu%7Ekyi18xwh%7E4n-null-neptune%2Fprofile%2Fvanity%2Eview&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BKTZQIY%2B7RzumOhmRjQaNOA%3D%3D" style="cursor:pointer;margin:0;color:#0A66C2;-webkit-text-size-adjust:100%;display:inline-block;text-decoration:none;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td align="left" valign="middle" style="padding:0 0 0 10px;padding-top:7px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"></td> <td valign="middle" width="40" style="padding-top:7px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;padding-left:10px;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <img alt="Matt Guertin" border="0" height="36" width="36" src="https://media-exp1.licdn.com/dms/image/C4D03AQFuztpWL3dv8Q/profile-displayphoto-shrink_100_100/0/1606245239068?e=2159024400&amp;v=beta&amp;t=pWvBry9XDufKhZwywk0J3GpX0HggPupboa63ShVdwWY" style="border-radius:50%;outline:none;-ms-interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></td> </tr> </tbody> </table></a></td> </tr> </tbody> </table> </td> </tr> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0"

**Exhibit C | Index 30 | p. 154**

```
cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-
text-size-adjust:100%;"> <tbody> <tr> <td style="padding:16px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="-
webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-
text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" align="center"
border="0" cellspacing="0" cellpadding="0" width="auto" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;-ms-text-size-adjust:100%;"> </td> </tr> </tbody> </table></td> </tr> <tr> <td style="-webkit-text-size-adjust:100%;mso-
table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0"
cellpadding="0" width="100%" align="center" style="max-width:396px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;-ms-text-size-adjust:100%;padding-bottom:12px;text-align:center;"> <tbody> <tr> <td style="-webkit-text-size-
adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"><h2 style="margin:0;font-weight:400;font-
size:24px;">You appeared in 3 searches this week</h2></td> </tr> </tbody> </table> </td> </tr> <tr> <td style="-webkit-text-size-
adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" align="center"
border="0" cellspacing="0" cellpadding="0" width="auto" style="padding-top:12px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-
table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td align="center" style="-webkit-text-size-
adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:center;"> <table role="presentation"
align="center" border="0" cellspacing="0" cellpadding="0" width="auto" style="-webkit-text-size-adjust:100%;mso-table-
rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-
rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;padding-right:4px;"> <img alt="United States Air Force"
border="0" height="48" width="48" src="https://media-exp1.licdn.com/dms/image/C4E0BAQEiOtYxa4RriA/company-
logo_200_200/0/1519906599069?e=1650499200&amp;v=beta&amp;t=iWN3gM5CJULj0cT0tY2TRkoJYugVZnxLpkbrnsYXk3o"
style="outline:none;-ms-interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></td> </tr> </table></td> </tr>
</tbody> </table></td> </tr> <tr> <td align="center" style="padding-top:16px;color:rgba(0,0,0,0.9);-webkit-text-size-adjust:100%;mso-
table-rspace:0pt;font-weight:400;mso-table-lspace:0pt;font-size:16px;-ms-text-size-adjust:100%;line-height:1.25;text-
align:center;"><span>You were found by people from these companies</span></td> </tr> <tr> <td align="center" style="padding-
top:16px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:center;"><span
style="padding-right:6px;direction:ltr;"> <table border="0" cellpadding="0" cellspacing="0" style="-webkit-text-size-adjust:100%;mso-
table-rspace:0pt;display:inline-block;mso-table-lspace:0pt;-ms-text-size-adjust:100%;">
 <tbody> <tr> <td align="center" valign="middle" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-
text-size-adjust:100%;"><a href="https://www.linkedin.com/comm/me/search-appearances?midToken=AQHC-
TETmN460w&amp;midSig=1GfVCF6CYgHG41&amp;trk=eml-email_notification_single_search_appearance_01-notifications-13-
null&amp;trkEmail=eml-email_notification_single_search_appearance_01-notifications-13-null-null-5kegzu%7Ekyi18xwh%7E4n-null-
voyagerOffline&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BKTZQIY
%2B7RzumOhmRjQaNOA%3D%3D" target="_blank" style="cursor:pointer;word-wrap:normal;color:#0A66C2;word-
break:normal;white-space:nowrap;-webkit-text-size-adjust:100%;display:block;text-decoration:none;-ms-text-size-adjust:100%;overflow-
wrap:normal;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="auto" style="-webkit-text-size-
adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td bgcolor="#0A66C2"
style="padding:12px 24px;color:#FFFFFF;-webkit-text-size-adjust:100%;font-weight:400;display:inline-block;text-decoration:none;font-
size:16px;-ms-text-size-adjust:100%;line-height:1.25em;border-color:#0A66C2;background-color:#0A66C2;border-radius:34px;mso-
table-rspace:0pt;mso-table-lspace:0pt;border-width:1px;border-style:solid;"><a href="https://www.linkedin.com/comm/me/search-
appearances?midToken=AQHC-TETmN460w&amp;midSig=1GfVCF6CYgHG41&amp;trk=eml-
email_notification_single_search_appearance_01-notifications-13-null&amp;trkEmail=eml-
email_notification_single_search_appearance_01-notifications-13-null-null-5kegzu%7Ekyi18xwh%7E4n-null-
voyagerOffline&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BKTZQIY
%2B7RzumOhmRjQaNOA%3D%3D" target="_blank" style="cursor:pointer;color:#FFFFFF;-webkit-text-size-
adjust:100%;display:inline-block;text-decoration:none;-ms-text-size-adjust:100%;">See all searches</a></td> </tr> </tbody>
</table></a></td> </tr> </table></span></td> </tr> </tbody> </table> </td> </tr> </tbody> </table> <table role="presentation"
border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="padding:0 24px 8px 24px;-webkit-text-size-adjust:100%;mso-table-
rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0"
width="100%" style="padding:8px 0px 8px 0px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-
adjust:100%;"> <tbody> <tr> <td valign="bottom" align="center" style="border-top:1px solid #D9D9D9;padding-top:24px;-webkit-text-
size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;vertical-align:bottom;-ms-text-size-adjust:100%;text-align:center;"><img
src="https://static.licdn.com/sc/p/com.linkedin.email-assets-frontend%3Aemail-assets-frontend-static-content%2B__latest__/f/%2Femail-
assets-frontend%2Fimages%2Femail%2Femercado%2Fmodules%2Fapp_activation_footer
%2Fphoto_appactivation_universal_416x318_v1.png" height="159" width="198" alt="Download for free" style="outline:none;-ms-
interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></td> </tr> <tr> <td valign="bottom" align="center"
style="color:#000000;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;font-weight:400;mso-table-lspace:0pt;vertical-
```

Exhibit C | Index 30 | p. 155

align:bottom;font-size:16px;-ms-text-size-adjust:100%;line-height:1.25;text-align:center;"><span>Never miss an update with LinkedIn app</span></td> </tr> <tr> <td valign="bottom" align="center" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;vertical-align:bottom;-ms-text-size-adjust:100%;text-align:center;"> <table border="0" cellpadding="0" cellspacing="0" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;display:inline-block;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td align="center" valign="middle" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"><a href="https://www.linkedin.com/e/v2?e=5kegzu-kyi18xwh-4n&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BKTZQIY%2B7RzumOhmRjQaNOA%3D%3D&amp;t=plh&amp;midToken=AQHC-TETmN460w&amp;ek=email_notification_single_search_appearance_01&amp;li=23&amp;m=app_download&amp;ts=contentpromo&amp;urlhash=YNQ3&amp;url=https%3A%2F%2Fwww%2Elinkedinmobileapp%2Ecom%2F" target="_blank" style="cursor:pointer;word-wrap:normal;color:#0A66C2;word-break:normal;white-space:nowrap;-webkit-text-size-adjust:100%;display:block;text-decoration:none;-ms-text-size-adjust:100%;overflow-wrap:normal;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="auto" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="padding:8px 16px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;font-weight:500;mso-table-lspace:0pt;font-size:14px;-ms-text-size-adjust:100%;"><a href="https://www.linkedin.com/e/v2?e=5kegzu-kyi18xwh-4n&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BKTZQIY%2B7RzumOhmRjQaNOA%3D%3D&amp;t=plh&amp;midToken=AQHC-TETmN460w&amp;ek=email_notification_single_search_appearance_01&amp;li=23&amp;m=app_download&amp;ts=contentpromo&amp;urlhash=YNQ3&amp;url=https%3A%2F%2Fwww%2Elinkedinmobileapp%2Ecom%2F" target="_blank" style="cursor:pointer;color:#0A66C2;-webkit-text-size-adjust:100%;display:inline-block;text-decoration:none;-ms-text-size-adjust:100%;">Download the app</a></td> </tr> </tbody> </table></a></td> </tr> </tbody> </table> </td> </tr> </tbody> </table></td> </tr> </tbody> </table></td> </tr> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" bgcolor="#F3F2EF" align="left" style="background-color:#F3F2EF;padding-top:16px;color:#000000;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:left;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table width="24" border="0" cellspacing="0" cellpadding="1" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <div style="height:0px;font-size:0px;line-height:0px">   </div></td> </tr> </tbody> </td> </tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table width="1" border="0" cellspacing="0" cellpadding="1" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <div style="height:12px;font-size:12px;line-height:12px">   </div></td> </tr> </tbody> </table></td> </tr> <tr> <td align="left" style="padding:0;color:#000000;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:left;"> <p style="margin:0;word-wrap:break-word;color:#000000;word-break:break-word;font-weight:400;-ms-word-break:break-all;font-size:12px;line-height:1.333;overflow-wrap:break-word;">This email was intended for Matt Guertin (Creative Technologist). <a href="https://www.linkedin.com/e/v2?e=5kegzu-kyi18xwh-4n&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BKTZQIY%2B7RzumOhmRjQaNOA%3D%3D&amp;a=customerServiceUrl&amp;midToken=AQHC-TETmN460w&amp;midSig=1GfVCF6CYgHG41&amp;ek=email_notification_single_search_appearance_01&amp;articleId=4788" style="cursor:pointer;color:#0A66C2;-webkit-text-size-adjust:100%;text-decoration:underline;display:inline-block;-ms-text-size-adjust:100%;">Learn why we included this.</a></p></td> </tr> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table width="1" border="0" cellspacing="0" cellpadding="1" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <div style="height:12px;font-size:12px;line-height:12px">   </div></td> </tr> </tbody> </table></td> </tr> <tr> <td align="left" style="padding:0;color:#000000;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:left;"> <p style="margin:0;color:#000000;font-weight:400;font-size:12px;line-height:1.333;">You are receiving LinkedIn notification emails.</p></td> </tr> <tr> <td align="left" style="padding:16px 0 0 0;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:left;"> <table role="presentation" align="center" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td valign="middle" align="left" style="padding:0 0 16px 0;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;vertical-align:middle;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:left;"><a href="https://www.linkedin.com/e/v2?e=5kegzu-kyi18xwh-4n&amp;t=lun&amp;midToken=AQHC-

Exhibit C | Index 30 | p. 156

TETmN460w&amp;midSig=1GfVCF6CYgHG41&amp;ek=email_notification_single_search_appearance_01&amp;li=19&amp;m=unsu
b&amp;ts=unsub&amp;eid=5kegzu-kyi18xwh-
4n&amp;loid=AQF48HCjDBXXtQAAAX5lvKgtxer5XTmOuiZwOFMGwgi2JeaBUUPx1b2GI7I2K0fl4rpFgpflcERxCN4aMCRKGLM
5IndF246OkEdFwvsD-oqKHFDXumI_" style="cursor:pointer;color:#0A66C2;-webkit-text-size-adjust:100%;text-
decoration:underline;display:inline-block;-ms-text-size-adjust:100%;"> <span style="color:#0A66C2;font-weight:400;font-
size:12px;line-height:1.333;">Unsubscribe</span></a>  |  <a href="https://www.linkedin.com/e/v2?e=5kegzu-
kyi18xwh-4n&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BKTZQIY
%2B7RzumOhmRjQaNOA%3D%3D&amp;a=customerServiceUrl&amp;midToken=AQHC-
TETmN460w&amp;midSig=1GfVCF6CYgHG41&amp;ek=email_notification_single_search_appearance_01&amp;li=18&amp;m=foote
r&amp;ts=help&amp;articleId=67" style="cursor:pointer;color:#0A66C2;-webkit-text-size-adjust:100%;text-
decoration:underline;display:inline-block;-ms-text-size-adjust:100%;"> <span style="color:#0A66C2;font-weight:400;font-
size:12px;line-height:1.333;">Help</span></a></td> </tr> </tbody> </table></td> </tr> <tr> <td align="left" style="padding:0;-webkit-
text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:left;"><a
href="https://www.linkedin.com/comm/feed/?midToken=AQHC-TETmN460w&amp;midSig=1GfVCF6CYgHG41&amp;trk=eml-
email_notification_single_search_appearance_01-footer-16-home&amp;trkEmail=eml-email_notification_single_search_appearance_01-
footer-16-home-null-5kegzu%7Ekyi18xwh%7E4n-null-neptune%2Ffeed&amp;lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3BKTZQIY%2B7RzumOhmRjQaNOA%3D%3D"
style="cursor:pointer;color:#0A66C2;-webkit-text-size-adjust:100%;text-decoration:underline;display:inline-block;-ms-text-size-
adjust:100%;"><img alt="LinkedIn" border="0" height="14" src="https://static.licdn.com/sc/p/com.linkedin.email-assets-frontend
%3Aemail-assets-frontend-static-content%2B__latest__/f/%2Femail-assets-frontend%2Fimages%2Flogos
%2Flogo_linkedin_mercado_blue_168x42.png" width="56" style="outline:none;-ms-interpolation-
mode:bicubic;color:#FFFFFF;display:block;text-decoration:none;"></a></td> </tr> <tr> <td style="-webkit-text-size-adjust:100%;mso-
table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table width="1" border="0" cellspacing="0" cellpadding="1"
style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-
webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <div style="height:12px;font-
size:12px;line-height:12px">   </div></td> </tr> </tbody> </table></td> </tr> <tr> <td align="left"
style="padding:0;color:#000000;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-
adjust:100%;text-align:left;"> <p style="margin:0;color:#000000;font-weight:400;font-size:12px;line-height:1.333;">© 2022 LinkedIn
Corporation, 1 000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of
LinkedIn.</p></td> </tr> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-
adjust:100%;"> <table width="1" border="0" cellspacing="0" cellpadding="1" style="-webkit-text-size-adjust:100%;mso-table-
rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-
rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <div style="height:24px;font-size:24px;line-height:24px">  
</div></td> </tr> </tbody> </table></td> </tr> </tbody> </table></td> </tr> </tbody> </table></td> <td style="-webkit-text-size-
adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table width="24" border="0" cellpadding="0"
cellpadding="1" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody>
<tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <div
style="height:0px;font-size:0px;line-height:0px">   </div></td> </tr> </tbody> </table></td> </tr> </tbody> </table></td> </tr>
</tbody> </table> </center></td> </tr> </tbody> </table> <img alt="" role="presentation"
src="http://www.linkedin.com/emimp/ip_Tld0bFozcDFMV3Q1YVRFNGVIZG9MVFJ1OlpXMWhhV3hmYm05MGFXWnBZMkYwY
Vc5dVgzTnBibWRzWlY5elpXRnlZMmhmMWVhCd1pXRnlZVzVqWlY4d01RPT06.gif" style="outline:none;-ms-interpolation-
mode:bicubic;color:#FFFFFF;text-decoration:none;width:1px;height:1px;"> </body> </html>

Exhibit C | Index 30 | p. 157

**01/16/2022 – LinkedIn Automated Email – PGP EMAIL HEADER**

Return-Path: <s-2inn64eatd99od6cnrwdhqo8ev8jjyt62daazgkn4vpwuk9sk5zscpk4@bounce.linkedin.com>
X-Original-To: MattGuertin@Protonmail.com
Delivered-To: MattGuertin@protonmail.com
Authentication-Results: mailin023.protonmail.ch; dkim=pass (Good 2048
  bit rsa-sha256 signature) header.d=linkedin.com header.a=rsa-sha256;
  dkim=pass (Good 1024 bit rsa-sha256 signature)
  header.d=maile.linkedin.com header.a=rsa-sha256
Authentication-Results: mailin023.protonmail.ch; dmarc=pass (p=reject dis=none)
 header.from=linkedin.com
Authentication-Results: mailin023.protonmail.ch; spf=pass
 smtp.mailfrom=bounce.linkedin.com
Authentication-Results: mailin023.protonmail.ch; arc=none smtp.remote-ip=108.174.3.196
Authentication-Results: mailin023.protonmail.ch; dkim=pass (2048-bit key)
 header.d=linkedin.com header.i=@linkedin.com header.b="A7E255/Q"; dkim=pass (1024-bit
 key) header.d=maile.linkedin.com header.i=@maile.linkedin.com header.b="ydGtpzk0"
Received: from maile-ad.linkedin.com (maile-ad.linkedin.com [108.174.3.196]) (using
 TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits)) (No client certificate
 requested) by mailin023.protonmail.ch (Postfix) with ESMTPS id 4JcZfp6JC8z9vNPp for
 <MattGuertin@Protonmail.com>; Mon, 17 Jan 2022 01:52:50 +0000 (UTC)
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=linkedin.com; s=d2048-201806-01;
 t=1642384369; bh=tiJNBi6mbK1d4jaUzhpbw51RC+TwJ4jj8wllC+Br4cc=;
 h=From:Subject:MIME-Version:Content-Type:To:Date:X-LinkedIn-Class:
 X-LinkedIn-Template:X-LinkedIn-fbl;
 b=A7E255/QX4GybOhI7VoArVsfQ/GzqoxI2EAWibdDETLtujx87VX3gtjR61uJrEO76
 NK52NQ8tXaODiu1xQt0UsAR5bEIOC9Q3v1eB9GMPz+kMSOI7hjKm9u4V4kvAZEtZJ6
 2XBDtaAImCIDFVTOQFhZxY4e/1ppgx/nELSd6EBKZQ5KqLz9ypQlxTwuM291eIpInC
 Bf4kZWSTH7NrvdKKnP+YY1k5P0F3mvhevP5X/m1dc3Qg/yfX3EIAaWs09d4btxzD68
 O5O06Bj5DWiXmXraoK8xBitzALwsNLJ6KvymDn1jmdvIeHHkmes86wdXw2yiFfkE/9
 0hLWtqf0xWHdQ==
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=maile.linkedin.com;
 s=proddkim1024; t=1642384369; bh=tiJNBi6mbK1d4jaUzhpbw51RC+TwJ4jj8wllC+Br4cc=;
 h=From:Subject:MIME-Version:Content-Type:To:Date:X-LinkedIn-Class:
 X-LinkedIn-Template:X-LinkedIn-fbl;
 b=ydGtpzk0AffpgBj3Di7unJxDJ7U0Mye8XSOH1iXbBextvoigV5TvYcwOMiOpV+RKV
 Mw8LdmwGR/dTVWJWJHutZJk9RFSmpwg27Mc8adtNxn7b98aDS0/FbEGVMLKT4hsNzl
 6zwgPDqi+lIAG1x/yrtjag4SurBozJNjxc4x+4MA=
From: LinkedIn <notifications-noreply@linkedin.com>
Message-Id: <491954239.3225146.1642384369763@ltx1-app63588.prod.linkedin.com>
Subject: You appeared in 3 searches this week
Mime-Version: 1.0
Content-Type: text/html
To: Matt Guertin <MattGuertin@Protonmail.com>
Date: Mon, 17 Jan 2022 01:52:49 +0000 (UTC)
X-Linkedin-Class: EMAIL-DEFAULT
X-Linkedin-Template: email_notification_single_search_appearance_01
X-Linkedin-Fbl: m2-
asztzoepzcad2d2xtw5rrttedej73nlp8lb0unnpt099fcwb1v83q2e2j9qlblzv76gdbq29kpw6cxm1i4q05rdth0wf6t7rgbma2a
X-Linkedin-Id: 5kegzu-kyi18xwh-4n
List-Unsubscribe: <https://www.linkedin.com/e/v2?e=5kegzu-kyi18xwh-4n&t=lun&midToken=AQHC-
TETmN460w&midSig=1GfVCF6CYgHG41&ek=email_notification_single_search_appearance_01&li=19&m=unsub&ts=unsub&eid=5ke
gzu-kyi18xwh-
4n&loid=AQF48HCjDBXXtQAAAX5lvKgtxer5XTmOuiZwOFMGwgi2JeaBUUPx1b2GI7I2K0fl4rpFgpflcERxCN4aMCRKGLM5IndF2
46OkEdFwvsD-oqKHFDXumI_>
Require-Recipient-Valid-Since: MattGuertin@Protonmail.com; Tue, 24 Nov 2020 23:03:31 +0000
X-Pm-Spam: 0yeiAEic27iBOIJCpz91cGctFogIjgCwMINnjlJ3bjIgoUsLTyCJIZBXviQnciOiA
 AuLTSCBMQZ1EOl0X0XT1lLUEIV9RMBiS6wkQEI2FJhZXg2UZcVmwhRXdGdvlAobipzIKX4GgwEzW
 COx4QuNzxy4MOYTgzlGbGdkVluIGsHdIL1mhzxWaGcrl5uZSdXRZX4Gtw4CMFIQN9IRlPUxRXB1B
 gM1U1UGBBIOiPUxRI1GhoNGdXZgMBGU1lHJIY92yuxFZTLuMBSMCE1ZQXl0OBZ1XETElRZSVF0NX

URlJFlkRCRSBw6QklFNIbRmlpBicibWBxpYW0GlZeBSD0JXZWapZF0Y2uW9aX4GgDBSL2b05N0YW
lGNIcRnpjlmZXYpR5Ab2smFdaRWpukHd2Yt94gXGl1JWdVHyQBibXYoRNIIFlmRbcNljlJ3bEIlN
RpcnlmlZZBC7y9mZWbyVldbHgG4XWJ0vlRmbCZTB5kZW9XJZI0Cg0hGPHd6A9cXC33dLd5yzk5WZ
XZzJ9yY2lWNZcRnpllmZCZj50+b2uVxXLITuSBCM1QEZlOX0B1ZXTlEEZRVS1XBNUgRkMkJUOBiT
k5WZXZgI4gaWsmFVaRWpgkHd2UmFAtZSvENIbRnhcR3YibjBJ0ZXpWZaYF20u9WaHQhZlkbG5XRa
LNmvuxVbFIStR1ZXgm4cUFG0TBCaWZk5JTZXy29YZBSTlZWYEIpxQgc3vGZKc1ml5xmcVXuxtIIF
lWJYYMXgmF2UWZpxQpc3gC0IPhG06AHdCXc9d3L3zy5dZ5WkzJXZ2Yy9NlZWpnRcZlmlj5CZ2b+0
xuXVuTALMBCTfZEUEUTFBTUy6EYUINHllRmbictBRjYXzGVaINFQyBiRWZvNRccmwiAbLAjgNRFS
FTN9NTRVFUdQIJEP6kFREIUhwgTUjW5abVHkgQWZWag4VzbWn2FcZxVuuATLSMEBlNS0B1ZXTlEE
VF0XEIl1Nhc3g2UZaFGzgEGImdsFQgaWJEtRTBSvEBicySzBduaW1XRYcUmgvJnZVbuxF1IGvGhd
cdizvRGIWbpFxubluDAIMBSENl0S1XJN5FR0NCBRZNXzldWYGIhhBhcyLERIS0UggI3bERgslnc2
0mFbdJXluBCL3bgQVjbmzXNZYJXpclHbib2BxpYWuFxZLATuEBSM0SNlZBX1EElTI1ElhN3c2ZgU
FzaG0GFIIxGl0NXYGIu9B2ZSpWxYZBCENl0SGIy9RLIEpHNIZ52hyVHdVZuxAuLTESBMSl0NBZ1X
ETElVGX0lE1IcN3hgU2ZGazFEgIGsmFdaQWgJtERSTvBBEcizyBSadWu1RXYmcgUJvZnuVxbIVGu
sVmd3blBZyLWg20bZ9GtulWYGXg44wMCfFRISF0NUh0XUTfx9ORkJF9VTZlBElETFllRQgc3ym9Z
IlEusFmdWasRBOeSlW1YZBCvGBic3btJR0YXcWRZbBiDvx2bncgM4gaWNFRSTxFu9BiICLiAIic3
7iBOIJChpR3Y2bi4AiOiuHVZb8miiACLWbfxNvc2imUcOBi7BJCIlQFRQiU1tiAONADsBJCIlQFR
RfU1FFJURlEDPlEViT6IAsIDECJIRYVitAiODNsEJEICfVZRUJFFDlEREVPll6TixC0ILACiiE0U
iOtA4yNSwDAMMADggwSfnIyNQiaWiiAONFjliNGjZ5QFmOGzTAZOUW3mdTYjMmhB9IiIH0=

X-Pm-Origin: external
X-Pm-Transfer-Encryption: TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits)
X-Pm-Content-Encryption: on-delivery
X-Pm-Spamscore: 0
X-Pm-Spam-Action: dunno

Exhibit C | Index 30 | p. 159

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

# You appeared in 3 searches this week

From LinkedIn <notifications-noreply@linkedin.com>

To        mattguertin<MattGuertin@Protonmail.com>

Date      Sunday, July 17th, 2022 at 8:52 PM



    

## You appeared in 3 searches this week

You were found by people from these companies

See all **searches**



Never miss an update with LinkedIn app

Download the app

This email was intended for Matt Guertin (Creative Technologist).

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe  |  Help

Exhibit C | Index 30 | p. 160

**07/17/2022 – LinkedIn Automated Email - HTML**

**Indicates a search was condcted for Matthew D Guertin's 'MattGuertin612' LinkedIn profile by:**
**'United States Department of the Air Force'**

<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Transitional//EN" "http://www.w3.org/TR/xhtml1/DTD/xhtml1-transitional.dtd"> <html xmlns="http://www.w3.org/1999/xhtml" lang="en" xml:lang="en"> <head> <meta http-equiv="Content-Type" content="text/html;charset=utf-8"> <meta name="HandheldFriendly" content="true"> <meta name="viewport" content="width=device-width; initial-scale=0.666667; user-scalable=0"> <meta name="viewport" content="width=device-width"> <title></title><!--[if mso]><style type="text/css">body {font-family: Lato-Semibold,Helvetica, Arial, "Lucida Grande", sans-serif;}.mercado-email-container {width: 512px !important;}</style><![endif]--><!--[if IE]><style type="text/css">.mercado-email-container {width: 512px !important;}</style><![endif]--> <style type="text/css">@media only screen and (max-width:32em) {
 .mercado-email-container { width:100% !important;}
}
@media only screen and (max-width:20em) {}
@media only screen and (max-device-width:30em) {}
@media screen and (device-width:30em) and (device-height:22.5em), screen and (device-width:22.5em) and (device-height:30em), screen and (device-width:20em) and (device-height:15em) {}
@media screen and (-webkit-min-device-pixel-ratio:0) {}
@media screen and (max-device-width:25.88em) and (max-device-height:48.5em) {}
</style> </head> <body style="padding:0;margin:0 auto;-webkit-text-size-adjust:100%;width:100% !important;-ms-text-size-adjust:100%;font-family:Lato-Semibold,Helvetica,Arial,&quot;Lucida Grande&quot;,sans-serif;"> <div style="overflow:hidden;color:transparent;visibility:hidden;mso-hide:all;width:0;font-size:0;opacity:0;height:0;"> You appeared in 3 searches this week </div> <table role="presentation" align="center" border="0" cellspacing="0" cellpadding="0" width="100%" bgcolor="#F3F2EF" style="background-color:#F3F2EF;table-layout:fixed;-webkit-text-size-adjust:100%;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td align="center" style="padding-top:16px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <center style="width:100%;"> <table role="presentation" border="0" class="mercado-email-container" cellspacing="0" cellpadding="0" width="512" bgcolor="#FFFFFF" style="background-color:#FFFFFF;margin:0 auto;max-width:512px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;width:inherit;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td bgcolor="#FFFFFF" style="background-color:#FFFFFF;padding:18px 24px 6px 24px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;width:100% !important;mso-table-lspace:0pt;-ms-text-size-adjust:100%;min-width:100% ! important;"> <tbody> <tr> <td align="left" valign="middle" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"><a href="https://www.linkedin.com/comm/feed/?midToken=AQHC-TETmN460w&amp;midSig=2nf3wxro_gHqk1&amp;trk=eml-email_notification_single_search_appearance_01-header-14-home&amp;trkEmail=eml-email_notification_single_search_appearance_01-header-14-home-null-5kegzu%7El5q3dz3r%7Esm-null-neptune%2Ffeed&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BfJ9Z%2F7kVSBm68HaMdXlI%2FA%3D%3D" style="cursor:pointer;color:#0A66C2;-webkit-text-size-adjust:100%;display:inline-block;text-decoration:none;-ms-text-size-adjust:100%;"> <img alt="LinkedIn" border="0" src="https://www.linkedin.com/comm/dms/logo?midToken=AQHC-TETmN460w&amp;midSig=2nf3wxro_gHqk1&amp;trk=eml-email_notification_single_search_appearance_01-null-21-null&amp;trkEmail=eml-email_notification_single_search_appearance_01-null-21-null-null-5kegzu%7El5q3dz3r%7Esm-null-comms%7Ebadging%7Edynamic&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BfJ9Z%2F7kVSBm68HaMdXlI%2FA%3D%3D&amp;_sig=3r-f5gZxTgHqk1" height="42" style="outline:none;-ms-interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></a></td> <td valign="middle" width="100%" align="right" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"><a href="https://www.linkedin.com/comm/in/mattguertin612?midToken=AQHC-TETmN460w&amp;midSig=2nf3wxro_gHqk1&amp;trk=eml-email_notification_single_search_appearance_01-header-22-profile&amp;trkEmail=eml-email_notification_single_search_appearance_01-header-22-profile-null-5kegzu%7El5q3dz3r%7Esm-null-neptune%2Fprofile%7Evanity%2Eview&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BfJ9Z%2F7kVSBm68HaMdXlI%2FA%3D%3D" style="cursor:pointer;margin:0;color:#0A66C2;-webkit-text-size-adjust:100%;display:inline-block;text-decoration:none;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td align="left" valign="middle" style="padding:0 0 10px;padding-top:7px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"></td> <td valign="middle" width="40" style="padding-top:7px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;padding-left:10px;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <img alt="Matt Guertin" border="0" height="36" width="36" src="https://media-exp2.licdn.com/dms/image/C4D03AQFuztpWL3dv8Q/profile-displayphoto-shrink_100_100/0/1606245239068?e=2147483647&amp;v=beta&amp;t=TTaXWc69-x3qYYfyolKERbSjOzS9sDZaOqJkqNOWlu8"

Exhibit C | Index 30 | p. 161

```
style="border-radius:50%;outline:none;-ms-interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></td> </tr> </tbody>
</table></a></td> </tr> </tbody> </table></td> </tr> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="-
webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-
text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0"
cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-
text-size-adjust:100%;"> <tbody> <tr> <td style="padding:16px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="-
webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-
text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" align="center"
border="0" cellspacing="0" cellpadding="0" width="auto" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;-ms-text-size-adjust:100%;"> </td> </tr> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;-ms-text-size-adjust:100%;"> </td> </tr> </tbody> </table></td> </tr> <tr> <td style="-webkit-text-size-adjust:100%;mso-
table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0"
cellpadding="0" width="100%" align="center" style="max-width:396px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;-ms-text-size-adjust:100%;padding-bottom:12px;text-align:center;"> <tbody> <tr> <td style="-webkit-text-size-
adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"><h2 style="margin:0;font-weight:400;font-
size:24px;">You appeared in 3 searches this week</h2></td> </tr> </tbody> </table></td> </tr> <tr> <td style="-webkit-text-size-
adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" align="center"
border="0" cellspacing="0" cellpadding="0" width="auto" style="padding-top:12px;-webkit-text-size-adjust:100%;mso-table-
rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-
rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:center;"> <table role="presentation"
align="center" border="0" cellspacing="0" cellpadding="0" width="auto" style="-webkit-text-size-adjust:100%;mso-table-
rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-
rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;padding-right:4px;"> <img alt="United States Department
of the Air Force" border="0" height="48" width="48"
src="https://media-exp1.licdn.com/dms/image/C4E0BAQGs4Y8H78TcRw/company-logo_200_200/0/1624299848807?
e=1666224000&amp;v=beta&amp;t=YwHvL3wfaR9G6cFrB1-wXNO_NC4oa5cVdyBVKQ9uuQM" style="outline:none;-ms-
interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></td> <td style="-webkit-text-size-adjust:100%;mso-table-
rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;padding-right:4px;"> <img alt="University Health Care System" border="0"
height="48" width="48" src="https://media-exp1.licdn.com/dms/image/C560BAQHy3qZcRly_8w/company-
logo_200_200/0/1646136227011?e=1666224000&amp;v=beta&amp;t=3-ZYsqJ2mEpssACu1TO8VghLRuT0qwsReii2E9MRtNU"
style="outline:none;-ms-interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></td> </tr> </table></td> </tr>
</tbody> </table></td> </tr> <tr> <td align="center" style="padding-top:16px;color:rgba(0,0,0,0.9);-webkit-text-size-adjust:100%;mso-
table-rspace:0pt;font-weight:400;mso-table-lspace:0pt;font-size:16px;-ms-text-size-adjust:100%;line-height:1.25;text-
align:center;"><span>You were found by people from these companies</span></td> </tr> <tr> <td align="center" style="padding-
top:16px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:center;"><span
style="padding-right:6px;direction:ltr;"> <table border="0" cellpadding="0" cellspacing="0" style="-webkit-text-size-adjust:100%;mso-
table-rspace:0pt;display:inline-block;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td align="center"
valign="middle" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"><a
href="https://www.linkedin.com/comm/me/search-appearances?midToken=AQHC-
TETmN460w&amp;midSig=2nf3wxro_gHqk1&amp;trk=eml-email_notification_single_search_appearance_01-notifications-13-
null&amp;trkEmail=eml-email_notification_single_search_appearance_01-notifications-13-null-null-5kegzu%7El5q3dz3r%7Esm-null-
voyagerOffline&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BfJ9Z
%2F7kVSBm68HaMdXII%2FA%3D%3D" target="_blank" style="cursor:pointer;word-wrap:normal;color:#0A66C2;word-
break:normal;white-space:nowrap;-webkit-text-size-adjust:100%;display:block;text-decoration:none;-ms-text-size-adjust:100%;overflow-
wrap:normal;">
 <table role="presentation" border="0" cellpadding="0" cellspacing="0" width="auto" style="-webkit-text-size-adjust:100%;mso-table-
rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td bgcolor="#0A66C2" style="padding:12px
24px;color:#FFFFFF;-webkit-text-size-adjust:100%;font-weight:400;display:inline-block;text-decoration:none;font-size:16px;-ms-text-
size-adjust:100%;line-height:1.25px;border-color:#0A66C2;background-color:#0A66C2;border-radius:34px;mso-table-rspace:0pt;mso-
table-lspace:0pt;border-width:1px;border-style:solid;"><a href="https://www.linkedin.com/comm/me/search-appearances?
midToken=AQHC-TETmN460w&amp;midSig=2nf3wxro_gHqk1&amp;trk=eml-email_notification_single_search_appearance_01-
notifications-13-null&amp;trkEmail=eml-email_notification_single_search_appearance_01-notifications-13-null-null-5kegzu
%7El5q3dz3r%7Esm-null-voyagerOffline&amp;lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3BfJ9Z%2F7kVSBm68HaMdXII%2FA%3D%3D" target="_blank"
style="cursor:pointer;color:#FFFFFF;-webkit-text-size-adjust:100%;display:inline-block;text-decoration:none;-ms-text-size-
adjust:100%;">See all searches</a></td> </tr> </tbody> </table></a></td> </tr> </tbody> </table></span></td> </tr> </tbody>
```

Exhibit C | Index 30 | p. 162

```
</table></td> </tr> </tbody> </table> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="-
webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td
style="padding:0 24px 8px 24px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;">
<table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="padding:8px 0px 8px 0px;-webkit-text-
size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td valign="bottom"
align="center" style="border-top:1px solid #D9D9D9;padding-top:24px;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;vertical-align:bottom;-ms-text-size-adjust:100%;text-align:center;"><img
src="https://static.licdn.com/sc/p/com.linkedin.email-assets-frontend%3Aemail-assets-frontend-static-content%2B__latest__/f/%2Femail-
assets-frontend%2Fimages%2Femail%2Femercado%2Fmodules%2Fapp_activation_footer
%2Fphoto_appactivation_universal_416x318_v1.png" height="159" width="198" alt="Download for free" style="outline:none;-ms-
interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;"></td> </tr> <tr> <td valign="bottom" align="center"
style="color:#000000;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;font-weight:400;mso-table-lspace:0pt;vertical-
align:bottom;font-size:16px;-ms-text-size-adjust:100%;line-height:1.25;text-align:center;"><span>Never miss an update with LinkedIn
app</span></td> </tr> <tr> <td valign="bottom" align="center" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;vertical-align:bottom;-ms-text-size-adjust:100%;text-align:center;"> <table border="0" cellpadding="0" cellspacing="0"
style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;display:inline-block;mso-table-lspace:0pt;-ms-text-size-adjust:100%;">
<tbody> <tr> <td align="center" valign="middle" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-
text-size-adjust:100%;"><a href="https://www.linkedin.com/e/v2?e=5kegzu-l5q3dz3r-sm&amp;lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3BfJ9Z%2F7kVSBm68HaMdXll%2FA%3D
%3D&amp;t=plh&amp;midToken=AQHC-
TETmN460w&amp;ek=email_notification_single_search_appearance_01&amp;li=23&amp;m=app_download&amp;ts=contentpromo&a
mp;urlhash=YNQ3&amp;url=https%3A%2F%2Fwww%2Elinkedinmobileapp%2Ecom%2F" target="_blank"
style="cursor:pointer;word-wrap:normal;color:#0A66C2;word-break:normal;white-space:nowrap;-webkit-text-size-
adjust:100%;display:block;text-decoration:none;-ms-text-size-adjust:100%;overflow-wrap:normal;"> <table role="presentation"
border="0" cellspacing="0" cellpadding="0" width="auto" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="padding:8px 16px;-webkit-text-size-adjust:100%;mso-table-
rspace:0pt;font-weight:500;mso-table-lspace:0pt;font-size:14px;-ms-text-size-adjust:100%;"><a href="https://www.linkedin.com/e/v2?
e=5kegzu-l5q3dz3r-sm&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BfJ9Z
%2F7kVSBm68HaMdXll%2FA%3D%3D&amp;t=plh&amp;midToken=AQHC-
TETmN460w&amp;ek=email_notification_single_search_appearance_01&amp;li=23&amp;m=app_download&amp;ts=contentpromo&a
mp;urlhash=YNQ3&amp;url=https%3A%2F%2Fwww%2Elinkedinmobileapp%2Ecom%2F" target="_blank"
style="cursor:pointer;color:#0A66C2;-webkit-text-size-adjust:100%;display:inline-block;text-decoration:none;-ms-text-size-
adjust:100%;">Download the app</a></td> </tr> </tbody> </table></a></td> </tr> </tbody> </table> </td> </tr> </tbody> </table></td>
</tr> </tbody> </table></td> </tr> </tbody> </table> </tr> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-
rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0"
width="100%" bgcolor="#F3F2EF" align="left" style="background-color:#F3F2EF;padding-top:16px;color:#000000;-webkit-text-size-
adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:left;"> <tbody> <tr> <td style="-webkit-
text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table width="24" border="0"
cellspacing="0" cellpadding="1" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-
adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-
adjust:100%;"> <div style="height:0px;font-size:0px;line-height:0px">   </div></td> </tr> </tbody> </table></td> <td style="-
webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation"
border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-
lspace:0pt;-ms-text-size-adjust:100%;"> <table role="presentation" border="0" cellspacing="0" cellpadding="0" width="100%" style="-
webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-
text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table width="1" border="0"
cellspacing="0" cellpadding="1" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-
adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-
adjust:100%;"> <div style="height:12px;font-size:12px;line-height:12px">   </div></td> </tr> </tbody> </table></td> </tr> <tr>
<td align="left" style="padding:0;color:#000000;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-
adjust:100%;text-align:left;"> <p style="margin:0;word-wrap:break-word;color:#000000;word-break:break-word;font-weight:400;-ms-
word-break:break-all;font-size:12px;line-height:1.333;overflow-wrap:break-word;">This email was intended for Matt Guertin (Creative
Technologist). <a href="https://www.linkedin.com/e/v2?e=5kegzu-l5q3dz3r-sm&amp;lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3BfJ9Z%2F7kVSBm68HaMdXll%2FA%3D
%3D&amp;a=customerServiceUrl&amp;midToken=AQHC-
TETmN460w&amp;midSig=2nf3wxro_gHqk1&amp;ek=email_notification_single_search_appearance_01&amp;articleId=4788"
style="cursor:pointer;color:#0A66C2;-webkit-text-size-adjust:100%;text-decoration:underline;display:inline-block;-ms-text-size-
adjust:100%;">Learn why we included this.</a></p></td> </tr> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-
```

Exhibit C | Index 30 | p. 163

rspace:0pt;mso-text-size-adjust:100%;"> <table width="1" border="0" cellspacing="0" cellpadding="1" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <div style="height:12px;font-size:12px;line-height:12px">   </div></td> </tr> </tbody> </table></td> </tr> <tr> <td align="left" style="padding:0;color:#000000;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:left;"> <p style="margin:0;color:#000000;font-weight:400;font-size:12px;line-height:1.333;">You are receiving LinkedIn notification emails.</p></td> </tr> <tr> <td align="left" style="padding:16px 0 0;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:left;"> <table role="presentation" align="center" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td valign="middle" align="left" style="padding:0 0 16px 0;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;vertical-align:middle;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:left;"><a href="https://www.linkedin.com/e/v2?e=5kegzu-l5q3dz3r-sm&amp;t=lun&amp;midToken=AQHC-TETmN460w&amp;midSig=2nf3wxro_gHqk1&amp;ek=email_notification_single_search_appearance_01&amp;li=19&amp;m=unsub&amp;ts=unsub&amp;eid=5kegzu-l5q3dz3r-sm&amp;loid=AQGtdOj5IoY2AQAAAYIPAg8wjcpmVuWLtNkKY2L9w0XxxODgRGqy3Xa-vxbytL8M0Nxn7lPQuUrUXe7QSdpyomhgmReJw5dU1vIC3UVaD11N6D9LJnMA" style="cursor:pointer;color:#0A66C2;-webkit-text-size-adjust:100%;text-decoration:underline;display:inline-block;-ms-text-size-adjust:100%;">

 <span style="color:#0A66C2;font-weight:400;font-size:12px;line-height:12px;line-height:1.333;">Unsubscribe</span></a>  |  <a href="https://www.linkedin.com/e/v2?e=5kegzu-l5q3dz3r-sm&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BfJ9Z%2F7kVSBm68HaMdXlI%2FA%3D%3D&amp;a=customerServiceUrl&amp;midToken=AQHC-TETmN460w&amp;midSig=2nf3wxro_gHqk1&amp;ek=email_notification_single_search_appearance_01&amp;li=18&amp;m=footer&amp;ts=help&amp;articleId=67" style="cursor:pointer;color:#0A66C2;-webkit-text-size-adjust:100%;text-decoration:underline;display:inline-block;-ms-text-size-adjust:100%;"><span style="color:#0A66C2;font-weight:400;font-size:12px;line-height:1.333;">Help</span></a></td> </tr> </tbody> </table></td> </tr> <tr> <td align="left" style="padding:0;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:left;"><a href="https://www.linkedin.com/comm/feed/?midToken=AQHC-TETmN460w&amp;midSig=2nf3wxro_gHqk1&amp;trk=eml-email_notification_single_search_appearance_01-footer-16-home&amp;trkEmail=eml-email_notification_single_search_appearance_01-footer-16-home-null-5kegzu%7El5q3dz3r%7Esm-null-neptune%2Ffeed&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BfJ9Z%2F7kVSBm68HaMdXlI%2FA%3D%3D" style="cursor:pointer;color:#0A66C2;-webkit-text-size-adjust:100%;text-decoration:underline;display:inline-block;-ms-text-size-adjust:100%;"><img alt="LinkedIn" border="0" height="14" src="https://static.licdn.com/sc/p/com.linkedin.email-assets-frontend%3Aemail-assets-frontend-static-content%2B__latest__/f/%2Femail-assets-frontend%2Fimages%2Flogos%2Flogo_linkedin_mercado_blue_168x42.png" width="56" style="outline:none;-ms-interpolation-mode:bicubic;color:#FFFFFF;display:block;text-decoration:none;"></a></td> </tr> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table width="1" border="0" cellspacing="0" cellpadding="1" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <div style="height:12px;font-size:12px;line-height:12px">   </div></td> </tr> </tbody> </table></td> </tr> <tr> <td align="left" style="padding:0;color:#000000;-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;text-align:left;"> <p style="margin:0;color:#000000;font-weight:400;font-size:12px;line-height:1.333;">© 2022 LinkedIn Corporation, 1 000 West Maude Avenue, Sunnyvale, CA 94085. LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.</p></td> </tr> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table width="1" border="0" cellspacing="0" cellpadding="1" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <div style="height:24px;font-size:24px;line-height:24px">   </div></td> </tr> </tbody> </table></td> </tr> </tbody> </table></td> </tr> </tbody> </table></td> </tr> </table></td> </tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <table width="24" border="0" cellspacing="0" cellpadding="1" style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <tbody> <tr> <td style="-webkit-text-size-adjust:100%;mso-table-rspace:0pt;mso-table-lspace:0pt;-ms-text-size-adjust:100%;"> <div style="height:0px;font-size:0px;line-height:0px">   </div></td> </tr> </tbody> </table></td> </tr> </tbody> </table></td> </tr> </center></td> </tr> </tbody> </table> <img alt="" role="presentation" src="http://www.linkedin.com/emimp/ip_Tld0bFozcDFMV3cxY1ROa2VqTnlMWE50OlpXMWhhV3hmYm05MGFFXWnBZMkYwYVc5dVgzTnBibWRzwlY5elpXRnlZMmhmVVhCd1pXRnlZVzQwWlY4d01RPT06.gif" style="outline:none;-ms-interpolation-mode:bicubic;color:#FFFFFF;text-decoration:none;width:1px;height:1px;"> </body> </html>

Exhibit C | Index 30 | p. 164

**07/17/2022 – LinkedIn Automated Email – PGP EMAIL HEADER**

Return-Path: <s-4vz32v1sv0espokb5hgtnh37icvxoeaixh391mchtf9o4gs2s4pxiixw@bounce.linkedin.com>
X-Original-To: MattGuertin@Protonmail.com
Delivered-To: MattGuertin@protonmail.com
Authentication-Results: mailin033.protonmail.ch; dkim=pass (Good 2048
  bit rsa-sha256 signature) header.d=linkedin.com header.a=rsa-sha256;
  dkim=pass (Good 1024 bit rsa-sha256 signature)
  header.d=maile.linkedin.com header.a=rsa-sha256
Authentication-Results: mailin033.protonmail.ch; arc=none smtp.remote-ip=108.174.6.198
Authentication-Results: mailin033.protonmail.ch; dkim=pass (2048-bit key)
 header.d=linkedin.com header.i=@linkedin.com header.b="Jyf780du"; dkim=pass (1024-bit
 key) header.d=maile.linkedin.com header.i=@maile.linkedin.com header.b="3tnSzNqG"
Authentication-Results: mailin033.protonmail.ch; spf=pass
 smtp.mailfrom=bounce.linkedin.com
Authentication-Results: mailin033.protonmail.ch; dmarc=pass (p=reject dis=none)
 header.from=linkedin.com
Received: from maile-cf.linkedin.com (maile-cf.linkedin.com [108.174.6.198]) (using
 TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits) (No client certificate
 requested) by mailin033.protonmail.ch (Postfix) with ESMTPS id 4LmQ2q17Ydz9vNPr for
 <MattGuertin@Protonmail.com>; Mon, 18 Jul 2022 01:52:50 +0000 (UTC)
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=linkedin.com; s=d2048-201806-01;
 t=1658109169; bh=1+HM5StxB4lszXnJPSKaQhSwXZ4y3OYCeE0GqipndcI=;
 h=From:Subject:MIME-Version:Content-Type:To:Date:X-LinkedIn-Class:
  X-LinkedIn-Template:X-LinkedIn-fbl;
  b=Jyf780durUL0dgy5wXDbcbowhZDdX6/4Ge9ySFXLUXI68L9LlyUFcKbNFUZJ69NYK
  Dpux9lFvSzK2adgpHgVEpV0dyxWQrEXCQ1wEB8Rt5cNaGmwzCEvLg80lQEND//NoWc
  wBgOOSODf1G/JafaC8xA++ZLwOHG/DFYDidlfzC7JMiKbDb0xfPPLRmIcqNolHSWYx
  q37Vaxy442D2X/y24zt/CXuybR+VMRLDi/8nymGazypUS64cazI6zE41vTu36aNoY2
  9N+7jAk6T5pwavcuDxd1wemaZRc5AsrQC0J3vFqJqFdQeWFprwBaCbbUdcm8QYAjEj
  DWYKEdLb2ajqA==
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=maile.linkedin.com;
 s=proddkim1024; t=1658109169; bh=1+HM5StxB4lszXnJPSKaQhSwXZ4y3OYCeE0GqipndcI=;
 h=From:Subject:MIME-Version:Content-Type:To:Date:X-LinkedIn-Class:
  X-LinkedIn-Template:X-LinkedIn-fbl;
  b=3tnSzNqG3xuDxHxk5+86TtYcat/d/bo6VIuqHYuIw6NzpOXY/JJBzL73ALDJGJepc
  zXf2fkhcfCfis4FHCE7imYI1RpQxW3RiwMwaLZbXDdrB8VZy0IZJV7NxY50KmdBJZc
  B9DgvmKdLzmg34rCAr1uDlSAyOWu2AhdIW3t9vGY=
From: LinkedIn <notifications-noreply@linkedin.com>
Message-Id: <1532618188.1544323.1658109169510@lor1-app52762.prod.linkedin.com>
Subject: You appeared in 3 searches this week
Mime-Version: 1.0
Content-Type: text/html
To: Matt Guertin <MattGuertin@Protonmail.com>
Date: Mon, 18 Jul 2022 01:52:49 +0000 (UTC)
X-Linkedin-Class: EMAIL-DEFAULT
X-Linkedin-Template: email_notification_single_search_appearance_01
X-Linkedin-Fbl: m2-
aszxclcy3p728r3lp5b0rb4zha1bf9dyudumgb5ypdvlf2tzcp70xa30lsql382bv7wu8pqzp7fvbcpa4qm0gb7r67mk8vvlllt4z6
X-Linkedin-Id: 5kegzu-l5q3dz3r-sm
List-Unsubscribe: <https://www.linkedin.com/e/v2?e=5kegzu-l5q3dz3r-sm&t=lun&midToken=AQHC-
TETmN460w&midSig=2nf3wxro_gHqk1&ek=email_notification_single_search_appearance_01&li=19&m=unsub&ts=unsub&eid=5kegz
u-l5q3dz3r-sm&loid=AQGtdOj5IoY2AQAAAYIPAg8wjcpmVuWLtNkKY2L9w0XxxODgRGqy3Xa-
vxbytL8M0Nxn7lPQuUrUXe7QSdpyomhgmReJw5dU1vIC3UVaD11N6D9LJnMA>
Require-Recipient-Valid-Since: MattGuertin@Protonmail.com; Tue, 24 Nov 2020 23:03:31 +0000
X-Rspamd-Queue-Id: 4LmQ2q17Ydz9vNPr
X-Spamd-Result: default: False [-9.43 / 6.00]; WHITELIST_DMARC(-7.00)[linkedin.com:D:+];
 WHITELIST_SPF_DKIM(-3.00)[linkedin.com:d:+,linkedin.com:s:+]; URI_COUNT_ODD(1.00)[23];
 DMARC_POLICY_ALLOW(-0.50)[linkedin.com,reject];

Exhibit C | Index 30 | p. 165

FORGED_SENDER(0.30)[notifications-noreply@**linkedin**.com,s-
4vz32v1sv0espokb5hgtnh37icvxoeaixh391mchtf9o4gs2s4pxiixw@bounce.**linkedin**.com];
R_SPF_ALLOW(-0.20)[+ip4:108.174.6.0/24:c];
R_DKIM_ALLOW(-0.20)[**linkedin**.com:s=d2048-201806-01,maile.**linkedin**.com:s=proddkim1024];
MANY_INVISIBLE_PARTS(0.20)[3]; ZERO_FONT(0.20)[3]; BAYES_HAM(-0.12)[67.06%];
MIME_GOOD(-0.10)[multipart/alternative,text/plain]; HAS_LIST_UNSUB(-0.01)[];
MIME_TRACE(0.00)[0:+,1:+,2:~]; RCVD_COUNT_ZERO(0.00)[0]; NEURAL_HAM(-0.00)[-1.000];
ASN(0.00)[asn:40793, ipnet:108.174.6.0/24, country:US]; MID_RHS_MATCH_FROMTLD(0.00)[];
TO_DN_ALL(0.00)[]; FROM_HAS_DN(0.00)[];
DKIM_TRACE(0.00)[**linkedin**.com:+,maile.**linkedin**.com:+]; TO_MATCH_ENVRCPT_ALL(0.00)[];
FROM_NEQ_ENVFROM(0.00)[notifications-noreply@**linkedin**.com,s-
4vz32v1sv0espokb5hgtnh37icvxoeaixh391mchtf9o4gs2s4pxiixw@bounce.**linkedin**.com];
RCPT_COUNT_ONE(0.00)[1]; ARC_NA(0.00)[]
X-Rspamd-Server: cp5-mailin-033.plabs.ch

X-Pm-Spam: 0yeiAIic37iBOIJChpR3Y2bi4AiOiiW5abg3iiACLWbfxNvc2imUcOBi7TJCISQ6I
0wICsjILIJCS6IyUCI50QzLjiCALUJFP6ICRCIz0wgNySlBITR0fFJFUERDllPVE6iITIADggwSf
nIyNQiaWiiAONJjkjJGNjZmRA1ZjljRNZJDjzMDMDNyEB9IiiCALcE2i7BiOCIpJ9zc1tGFcIojg
gwCMnIjNJlb3gjoIMwCgIJnIGcy9I6dCtCIIM4CwDJFIkVfR5fSUQVNTStUFyg0XFICJogTDlXZQ
cFmnyBSZXZ1BF0dGuW9aIgCrcliMibbBA4MT3jELN4C25EjLCOsBN0aXgWQZa4Wguw2dWbpFNwbH
lWtaL5mlc1Fdibw0AgLjG1BUXB1BgM1U1UGBBzOikW5ZZIXg0FWb2YlhBTcygEYUcVmjkJ3bGXt4
4wMCQFNIR9lIPxUR1XBBMgU1G1BUOBiIPxURGIh1NodGgXMZUB1GlJHI2Yy9xuZFuDAIMBCIM1EV
0XF1NBU1g0URQ9kEgoTWFSNRBpTCsmNbdRWlpBCZibtBNzZXlWdYX4Gtx4CMEILR1fSUMkFVSRUf
gYURWTzVFnc2oSBZYMXg2BSYWYpxBEZCN0lSI9GyLREIHIpN5hZ2yHVdZBSmt9mcGXg452ZWvWxZ
cUGtvJnZSbkB1hb2cW5ab0iwgEjLERJt9WTVJUxQR9FBNBSVXZzNdIYWhGhIcByhhZHIGbklRLIE
gU0SbI3ggsER2cnlF0bmlXJdIZGyc12bibhBRodXn3IbcBykh12bWac5AwbigjELRtEJT9VTUSOd
QgRUzWVTcF2noBSZXYgMBEYSN0lSI9GyLREIHIpN5hZ2yHVdZwSg09mbGll5VzY2y2FcaxW5g4GX
mdsFRcaWwi0bLEjgJtERVTW9xJQUNCBRZNXzldWYGIhhBhcysCBdZFWzvBCdmbgUFsdmgWQaRtEJ
vBSTicEBBzSyuWdaYRX1cVmcibwAAgLjLF9VQ1UfNRFSFTG95UT0O0lXVFkMgQUSGVzVBmdCg3Ib
S5W2pxWYGZ5x5hIEkWVbI9GyvZEImch1RldHuFxZINEvy9GbycpBBIbiME1VX4Gig0HIfQ==

X-Pm-Origin: external
X-Pm-Transfer-Encryption: TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits)
X-Pm-Content-Encryption: on-delivery
X-Pm-Spamscore: 0
X-Pm-Spam-Action: inbox

Exhibit C | Index 30 | p. 166

## You appeared in 9 searches this week

From LinkedIn <notifications-noreply@linkedin.com>

To        mattguertin<MattGuertin@Protonmail.com>

Date      Saturday, December 17th, 2022 at 7:53 AM







## You appeared in 9 **searches** this week



You were found by people from these companies

See all **search**es

## Never miss an update with the LinkedIn app

    

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

**Linked**in

© 2022 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Exhibit C | Index 30 | p. 167

**12/17/2022 – LinkedIn Automated Email - HTML**

**Indicates a search was condcted for Matthew D Guertin's 'MattGuertin612' LinkedIn profile by:**
**'USC School of Cinematic Arts'  &  'United States Army Reserve'**

<html xmlns="http://www.w3.org/1999/xhtml" lang="en" xml:lang="en"> <head> <meta http-equiv="Content-Type" content="text/html;charset=utf-8"> <meta name="HandheldFriendly" content="true"> <meta name="viewport" content="width=device-width; initial-scale=0.666667; user-scalable=0"> <meta name="viewport" content="width=device-width"> <title></title> <style>
    @media (max-width: 512px) { .mercado-container { width: 100% !important; } }
    </style> <style>
    .full-width-button, .full-width-button table { display: none; } @media (max-width: 512px) { .inline-button,
    .inline-button table { display: none !important; } .full-width-button, .full-width-button table { display:
    table !important; } }
    </style> <!--[if mso]><style type="text/css"> </style><![endif]--> <!--[if IE]><style type="text/css"> </style><![endif]--> <style>

**<!--[if mso]><style type="text/css"> </style><![endif]--> <!--[if IE]><style type="text/css"> </style><![endif]--> <style>**
**\*\*\*CSS STYLE TAGS ARE OMMITTED\*\*\***

</style></head> <body dir="ltr" class="font-sans bg-color-background-canvas w-full m-0 p-0 pt-1" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; margin: 0px; width: 100%; background-color: #f3f2f0; padding: 0px; padding-top: 8px; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <div class="h-0 opacity-0 text-transparent invisible overflow-hidden w-0 max-h-[0]" style="visibility: hidden; height: 0px; max-height: 0; width: 0px; overflow: hidden; opacity: 0; mso-hide: all;" data-email-preheader="true">You appeared in 9 searches this week</div> <div class="h-0 opacity-0 text-transparent invisible overflow-hidden w-0 max-h-[0]" style="visibility: hidden; height: 0; max-height: 0; width: 0; overflow: hidden; opacity: 0; mso-hide: all;">

container w-[512px] max-w-[512px] mx-auto my-0 p-0 bg-color-background-container" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="512" align="center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin-left: auto; margin-right: auto; margin-top: 0px; margin-bottom: 0px; width: 512px; max-width: 512px; background-color: #ffffff; padding: 0px; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td class="text-center p-3" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding: 24px; text-align: center;"> <table class="font-sans min-w-full" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; min-width: 100%; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td align="left" valign="middle" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <a href="https://www.linkedin.com/comm/feed/?lipi=urn%3Ali%3Apage %3Aemail_email_notification_single_search_appearance_01%3B23ylNuN8SqyLXExNQoTxgg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=37R5PkkvGx1WA1&amp;trk=eml-email_notification_single_search_appearance_01-header-0-home_glimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-header-0-home_glimmer-null-5kegzu~lbs01mnn~m-null-null&amp;eid=5kegzu-lbs01mnn-m" target="_blank" class="w-[84px]" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; width: 84px;"> <img class="block" alt="LinkedIn" src="https://www.linkedin.com/comm/dms/logo? badgeTheme=mercado&amp;lipi=urn%3Ali%3Apage %3Aemail_email_notification_single_search_appearance_01%3B23ylNuN8SqyLXExNQoTxgg%3D %3D&amp;midSig=37R5PkkvGx1WA1&amp;midToken=AQHC-TETmN460w&amp;trkEmail=eml-email_notification_single_search_appearance_01-null-0-comms%7Ebadging%7Eglimmer-null-5kegzu%7Elbs01mnn %7Em-null-null&amp;trk=eml-email_notification_single_search_appearance_01-null-0-comms%7Ebadging%7Edynamic %7Eglimmer&amp;_sig=3OgWwE0dWx1WA1" data-test-header-dynamic-badging-img style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; display: block;"> </a> </td> <td valign="middle" align="right" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <table class="font-sans" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" data-test-header-profile

Exhibit C | Index 30 | p. 168

style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td align="right" valign="middle" class="w-[32px]" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; width: 32px;" width="32"> <a href="https://www.linkedin.com/comm/in/mattguertin612?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B23ylNuN8SqyLXExNQoTxgg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=37R5PkkvGx1WA1&amp;trk=eml-email_notification_single_search_appearance_01-header-0-profile_glimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-header-0-profile_glimmer-null-5kegzu~lbs01mnn~m-null-null&amp;eid=5kegzu-lbs01mnn-m" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%;"> <img alt="Matt Guertin" src="https://media.licdn.com/dms/image/C4D03AQFuztpWL3dv8Q/profile-displayphoto-shrink_200_200/0/1606245239068?e=1676505600&amp;v=beta&amp;t=koJVdUIhYBQer39-3W8eJJxDmc5W_oBRjLmmyv2aE3U" class="rounded-[100%] w-[32px] h-[32px]" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; height: 32px; width: 32px; border-radius: 100%;" width="32" height="32"> </a> </td> </tr> </tbody> </table> </td> </tr> </tbody> </table> </td> </tr> <tr> <td class="px-3 pb-3" style="-webkit-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-left: 24px; padding-right: 24px; padding-bottom: 24px;"> <div> <table class="font-sans" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <h1 class="text-display-sm font-semibold leading-regular text-system-gray-90 text-center" style="margin: 0; text-align: center; font-size: 24px; font-weight: 600; line-height: 1.25; color: #282828;"> You appeared in 9 searches this week </h1> </td> </tr> <tr> <td class="pt-3" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-top: 24px;"> <table class="font-sans" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td class="text-center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; text-align: center;"> <table class="font-sans" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="auto" align="center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td class=" w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width: 48px;" width="48"> <a href="**https://www.linkedin.com/comm/company/united-states-army-reserve**?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B23ylNuN8SqyLXExNQoTxgg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=37R5PkkvGx1WA1&amp;trk=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~lbs01mnn~m-null-null&amp;eid=5kegzu-lbs01mnn-m" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/C4D0BAQFR-018j_6iVA/company-logo_100_100/0/1557172861093?e=2147483647&amp;v=beta&amp;t=Jt7Y4Aes_I6F7QrTylf6KBbKXdYSiBrXzUMlRDC5Gts" alt="**United States Army Reserve**" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width: 48px; padding-left: 8px;" width="48"> <a href="https://www.linkedin.com/comm/company/tilson-technology-management?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B23ylNuN8SqyLXExNQoTxgg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=37R5PkkvGx1WA1&amp;trk=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~lbs01mnn~m-null-null&amp;eid=5kegzu-lbs01mnn-m" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust:

Exhibit C | Index 30 | p. 169

100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/C560BAQHAVBOELrADJA/company-logo_100_100/0/1656619198897? e=2147483647&amp;v=beta&amp;t=vGgIhqV5bpTM_8PXlvTutkVkaiJFPBzs8gejsQMAVZ8" alt="Tilson" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width: 48px; padding-left: 8px;" width="48"> <a href="https://www.linkedin.com/company/getdutchie?lipi=urn%3Ali %3Apage%3Aemail_email_notification_single_search_appearance_01%3B23ylNuN8SqyLXExNQoTxgg%3D %3D&amp;midToken=AQHC-TETmN460w&amp;midSig=37R5PkkvGx1WA1&amp;trk=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~lbs01mnn~m-null-null&amp;eid=5kegzu-lbs01mnn-m" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/D560BAQHqOHNbZT44DA/company-logo_100_100/0/1664387683460? e=2147483647&amp;v=beta&amp;t=pxuuypZ24HnV6n8wy-wQhama4PF2DXjn7lA59qw2MK8" alt="Dutchie" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width: 48px; padding-left: 8px;" width="48"> <a href="**https://www.linkedin.com/comm/school/usccinema**/?lipi=urn%3Ali%3Apage %3Aemail_email_notification_single_search_appearance_01%3B23ylNuN8SqyLXExNQoTxgg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=37R5PkkvGx1WA1&amp;trk=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~lbs01mnn~m-null-null&amp;eid=5kegzu-lbs01mnn-m" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/C560BAQF4sagssRLCsA/company-logo_100_100/0/1585788778125? e=2147483647&amp;v=beta&amp;t=GW8v5vdkRkA3GGnIvvMyyq--AyT4XrU7cRr_9Ow8Cys" alt="**USC School of Cinematic Arts"** style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width: 48px; padding-left: 8px;" width="48"> <a href="https://www.linkedin.com/comm/company/ukg?lipi=urn%3Ali %3Apage%3Aemail_email_notification_single_search_appearance_01%3B23ylNuN8SqyLXExNQoTxgg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=37R5PkkvGx1WA1&amp;trk=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu-lbs01mnn~m-null-null&amp;eid=5kegzu-lbs01mnn-m" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/C560BAQHq0ZGV2rlQCQ/company-logo_100_100/0/1654884459053? e=2147483647&amp;v=beta&amp;t=0k0i7vykdWL4zrL3bkBFqArKJLTEwnMLUnLPns7SZX0" alt="UKG" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> </tr> </tbody> </table> </td> </tr> <tr> <td class="pt-2 text-md leading-regular text-center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-top: 16px; text-align: center; font-size: 16px; line-height: 1.25;"> You were found by people from these companies </td> </tr> <tr> <td class="pt-2 text-center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-top: 16px; text-align: center;"> <table class="font-sans" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td valign="middle" align="middle" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <a href="https://www.linkedin.com/comm/me/search-appearances/?lipi=urn%3Ali%3Apage %3Aemail_email_notification_single_search_appearance_01%3B23ylNuN8SqyLXExNQoTxgg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=37R5PkkvGx1WA1&amp;trk=eml-email_notification_single_search_appearance_01-search~appearance~card-0-see~all~searches~button&amp;trkEmail=eml-email_notification_single_search_appearance_01-

Exhibit C | Index 30 | p. 170

search~appearance~card-0-see~all~searches~button-null-5kegzu~lbs01mnn~m-null-null&amp;eid=5kegzu-lbs01mnn-m" target="_blank"
style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust:
100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <table class="font-sans border-separate" role="presentation" valign="top"
border="0" cellspacing="0" cellpadding="0" width="auto" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-
size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; border-collapse: separate; font-family: -apple-
system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell,
'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;">
<tbody> <tr> <td
 class="btn-md btn-primary border-color-brand button-link leading-regular !min-h-[auto] font-sans !shadow-none border-1 border-solid"
style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-
lspace: 0pt; mso-table-rspace: 0pt; height: min-content; border-radius: 24px; padding-top: 12px; padding-bottom: 12px; padding-left:
24px; padding-right: 24px; text-align: center; font-size: 16px; font-weight: 600; cursor: pointer; text-decoration-line: none; background-
color: #0a66c2; color: #ffffff; border-width: 1px; border-style: solid; border-color: #0a66c2; font-family: -apple-system, system-ui,
BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple
Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif; line-height: 1.25; min-
height: auto !important; box-shadow: 0 0 #0000, 0 0 #0000, 0 0 #0000 !important;"> <a
href="https://www.linkedin.com/comm/me/search-appearances/?lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3B23ylNuN8SqyLXExNQoTxgg%3D%3D&amp;midToken=AQHC-
TETmN460w&amp;midSig=37R5PkkvGx1WA1&amp;trk=eml-email_notification_single_search_appearance_01-
search~appearance~card-0-see~all~searches~button&amp;trkEmail=eml-email_notification_single_search_appearance_01-
search~appearance~card-0-see~all~searches~button-null-5kegzu~lbs01mnn~m-null-null&amp;eid=5kegzu-lbs01mnn-m" target="_blank"
tabindex="-1" aria-hidden="true" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-
adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <span class="no-underline text-white"
style="color: #ffffff; text-decoration-line: none;"> See all searches </span> </a> </td> </tr> </tbody> </table> </a> </td> </tr> </tbody>
</table> </td> </tr> </tbody> </table> </td> </tr> </tbody> </table> </div> </td> </tr> <tr> <td class="bg-color-background-canvas p-
3" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-
lspace: 0pt; mso-table-rspace: 0pt; background-color: #f3f2f0; padding: 24px;"> <table class="font-sans" role="presentation"
valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust:
100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-family: -apple-system,
system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid
Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;">
<tbody> <tr> <td class="text-center pb-2" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust:
100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-bottom: 16px; text-align: center;"> <h2 class="text-
lg" style="margin: 0; font-weight: 500; font-size: 20px;">Never miss an update with the LinkedIn app</h2> </td> </tr> <tr> <td
class="text-center" data-test-id="footer-app-store-icon" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-
size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; text-align: center;"> <a
href="https://itunes.apple.com/us/app/linkedin/id288429040?pt=10746&amp;ct=st_appsite_flagship&amp;mt=8" style="color: #0a66c2;
cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-
adjust: 100%; text-size-adjust: 100%;"> <img alt="Download on the App Store"
src="https://static.licdn.com/aero-v1/sc/h/76yzkd0h5kiv27lrd4yaenylk" class="h-[40px] w-[120px] pr-1" style="outline: none; text-
decoration: none; -ms-interpolation-mode: bicubic; height: 40px; width: 120px; padding-right: 8px;" width="120" height="40"> </a><a
href="https://play.google.com/store/apps/details?id=com.linkedin.android&amp;referrer=st_appsite_flagship" style="color: #0a66c2;
cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-
adjust: 100%; text-size-adjust: 100%;"> <img alt="Get it on Google Play"
src="https://static.licdn.com/aero-v1/sc/h/142qudwblp58zwmc9vkqfplug" class="h-[40px] w-[134px]" style="outline: none; text-
decoration: none; -ms-interpolation-mode: bicubic; height: 40px; width: 134px;" width="134" height="40"> </a> </td> </tr> <tr> <td
class="py-2" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;
mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-top: 16px; padding-bottom: 16px;"><hr class="border-none bg-[#e0dfdd] h-[1px]"
style="height: 1px; border-style: none; background-color: #e0dfdd;"></td> </tr> </tbody> </table> <table class="font-sans text-xs"
role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -
ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-
family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen
Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica,
Arial, sans-serif; font-size: 12px;"> <tbody> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust:
100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom:
8px;"> This email was intended for Matt Guertin (Creative Technologist) </td> </tr> <tr> <td class="pb-1 m-0" style="-webkit-text-size-
adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace:
0pt; margin: 0px; padding-bottom: 8px;"> <a href="https://www.linkedin.com/help/linkedin/answer/4788?lang=en&amp;lipi=urn%3Ali
%3Apage%3Aemail_email_notification_single_search_appearance_01%3B23ylNuN8SqyLXExNQoTxgg%3D

Exhibit C | Index 30 | p. 171

%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=37R5PkkvGx1WA1&amp;trk=eml-
email_notification_single_search_appearance_01-SecurityHelp-0-footerglimmer&amp;trkEmail=eml-
email_notification_single_search_appearance_01-SecurityHelp-0-footerglimmer-null-5kegzu~lbs01mnn~m-null-null&amp;eid=5kegzu-
lbs01mnn-m" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; -webkit-text-size-
adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;">Learn why we included this.</a> </td>
</tr> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-
size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;">You are receiving LinkedIn
notification emails.</td> </tr> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-
size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;"> <a
href="https://www.linkedin.com/comm/psettings/email-unsubscribe?lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3B23ylNuN8SqyLXExNQoTxgg%3D%3D&amp;midToken=AQHC-
TETmN460w&amp;midSig=37R5PkkvGx1WA1&amp;trk=eml-email_notification_single_search_appearance_01-unsubscribe-0-
footerGlimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-unsubscribe-0-footerGlimmer-null-
5kegzu~lbs01mnn~m-null-null&amp;eid=5kegzu-lbs01mnn-
m&amp;loid=AQECaV3PyzmmcAAAAYUgXAmaz6axBhgj1tq4hQBVStu40PxveKY7SINt-A2bHwWrlItOVhSDFrja7Tj-
S__TROKITkHjYEPrM38J2e1VOT88_aKI0vQx" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-
decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust:
100%;">Unsubscribe</a>  ·  <a href="https://www.linkedin.com/help/linkedin/answer/67?lang=en&amp;lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3B23ylNuN8SqyLXExNQoTxgg%3D%3D&amp;midToken=AQHC-
TETmN460w&amp;midSig=37R5PkkvGx1WA1&amp;trk=eml-email_notification_single_search_appearance_01-help-0-
footerglimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-help-0-footerglimmer-null-5kegzu~lbs01mnn~m-
null-null&amp;eid=5kegzu-lbs01mnn-m" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration:
none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;">Help</a> </td>
</tr> <tr> <td class="pb-1" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-
adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-bottom: 8px;"> <a href="https://www.linkedin.com/comm/feed/?
lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B23ylNuN8SqyLXExNQoTxgg%3D
%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=37R5PkkvGx1WA1&amp;trk=eml-
email_notification_single_search_appearance_01-footer-0-logoGlimmer&amp;trkEmail=eml-
email_notification_single_search_appearance_01-footer-0-logoGlimmer-null-5kegzu~lbs01mnn~m-null-null&amp;eid=5kegzu-
lbs01mnn-m" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-
adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img src="https://static.licdn.com/aero-
v1/sc/h/9ehe6n39fa07dc5edzv0rla4e"
 alt="LinkedIn" class="block h-[14px] w-[56px] image-rendering-crisp" style="outline: none; text-decoration: none; image-rendering: -
moz-crisp-edges; image-rendering: -o-crisp-edges; image-rendering: -webkit-optimize-contrast; image-rendering: crisp-edges; -ms-
interpolation-mode: nearest-neighbor; display: block; height: 14px; width: 56px;" width="56" height="14"> </a> </td> </tr> <tr> <td
data-test-copyright-text style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust:
100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> © 2022 LinkedIn Corporation, 1&zwnj;000 West Maude Avenue, Sunnyvale, CA
94085. <span data-test-trademarks-text> LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn. </span> </td> </tr>
</tbody> </table> </td> </tr> </tbody> </table> <img alt role="presentation"
src="https://www.linkedin.com/emimp/ip_Tld0bFozcDFMV3hpY3pBeGJXNXVMVzA9OlpXMWhhV3hmYm05MGFXWnBZMkYwY
Vc5dVgzTnBibWRrzWlY5elpXRnlZMmhhmWVhCd1pXRnlZVzVqWlY4d01RPT06.gif" style="outline: none; text-decoration: none; -
ms-interpolation-mode: bicubic; width: 1px; height: 1px;" width="1" height="1"> </body> </html>

Exhibit C | Index 30 | p. 172

## 12/17/2022 – LinkedIn Automated Email – PGP EMAIL HEADER

Return-Path: <s-2nzvseyfm3e5gb83yx91fj8seplfh7nwh1h6yb9qdo4pas03uj77hroh@bounce.linkedin.com>
X-Original-To: MattGuertin@Protonmail.com
Delivered-To: MattGuertin@protonmail.com
Authentication-Results: mailin035.protonmail.ch; dkim=pass (Good 2048
  bit rsa-sha256 signature) header.d=linkedin.com header.a=rsa-sha256;
  dkim=pass (Good 1024 bit rsa-sha256 signature)
  header.d=maile.linkedin.com header.a=rsa-sha256
Authentication-Results: mailin035.protonmail.ch; arc=none smtp.remote-ip=108.174.6.202
Authentication-Results: mailin035.protonmail.ch; dkim=pass (2048-bit key)
 header.d=linkedin.com header.i=@linkedin.com header.b="GSjKeJAS"; dkim=pass (1024-bit
 key) header.d=maile.linkedin.com header.i=@maile.linkedin.com header.b="zIY3NWSu"
Authentication-Results: mailin035.protonmail.ch; spf=pass
 smtp.mailfrom=bounce.linkedin.com
Authentication-Results: mailin035.protonmail.ch; dmarc=pass (p=reject dis=none)
 header.from=linkedin.com
Received: from maile-db.linkedin.com (maile-db.linkedin.com [108.174.6.202]) (using
 TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits)) (No client certificate
 requested) by mailin035.protonmail.ch (Postfix) with ESMTPS id 4NZ6qg04jLz9vNQF for
 <MattGuertin@Protonmail.com>; Sat, 17 Dec 2022 13:53:02 +0000 (UTC)
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=linkedin.com; s=d2048-201806-01;
 t=1671285181; bh=FamGnzfw3JyyabyO9T4qJo4Qen76FzuGH2wUAEzIkDo=;
 h=From:Subject:MIME-Version:Content-Type:To:Date:X-LinkedIn-Class:
  X-LinkedIn-Template:X-LinkedIn-fbl;
 b=GSjKeJASJKnSEA0qlie/8Jr/CqyWFCEl6g5BZc6782VjtSG70zFLlI6xooHKEWFyH
  yR2K4EZSM671pEyC1LjPPHpr4SZoQWpHrNfmjnS0Sjn97njoG6H8XnI8pW51OrNUgr
  +RypCotpg6s1SkIoXWlA93UYYKZ2UNuw1n4rd2Byq92ig76y78GHdZOkpSzWlUj/v/
  N8dWX61LyjmRxQa7yhLLPBam9vveIObXxvftMeMOlH9PpONHDraeS3RSmzLres+2Ap
  IQFDbrU3jrxON1sMGlaKTGqHKreb1RWZV8GVF6Jp3qD27IRwASwFN0oo6qsh+dZpAU
  PGIb620RwOJ+w==
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=maile.linkedin.com;
 s=proddkim1024; t=1671285181; bh=FamGnzfw3JyyabyO9T4qJo4Qen76FzuGH2wUAEzIkDo=;
 h=From:Subject:MIME-Version:Content-Type:To:Date:X-LinkedIn-Class:
  X-LinkedIn-Template:X-LinkedIn-fbl;
 b=zIY3NWSuR0QWEY30Vgi7FW6gSWG5V2FAHI4xoI7A2mRbFLDlE+bv7CmfSC5OoIwkj
  zWTzt5p6PiaefIJV1OS9LJJI6ijZGiLfesj2llTFOqj3qQVZElBOp5Op7A/2OCxZle
  bCkpTNcGIfHGuMLHFIbmVC66p+a2haP6kesBIJgQ=
From: LinkedIn <notifications-noreply@linkedin.com>
Message-Id: <506750115.4133120.1671285181229@lor1-app91942.prod.linkedin.com>
Subject: You appeared in 9 searches this week
Mime-Version: 1.0
Content-Type: text/html
To: Matt Guertin <MattGuertin@Protonmail.com>
Date: Sat, 17 Dec 2022 13:53:01 +0000 (UTC)
X-Linkedin-Class: EMAIL-DEFAULT
X-Linkedin-Template: email_notification_single_search_appearance_01
X-Linkedin-Fbl: m2-
aszpkk2zucuhthiahqqzfhxakk550hy7tmq4nbt3ug0uqx15445lwgtjuz56a5095ep2wtk0a8s7x3darb2wte49j6gc7zclgi7ucy
X-Linkedin-Id: 5kegzu-lbs01mnn-m
List-Unsubscribe: <https://www.linkedin.com/comm/psettings/email-unsubscribe?lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3B23ylNuN8SqyLXExNQoTxgg%3D%3D&midToken=AQHC-
TETmN460w&midSig=37R5PkkvGx1WA1&trk=eml-email_notification_single_search_appearance_01-unsub-0-unsub&trkEmail=eml-
email_notification_single_search_appearance_01-unsub-0-unsub-null-5kegzu~lbs01mnn~m-null-null&eid=5kegzu-lbs01mnn-
m&loid=AQECaV3PyzmmcAAAAYUgXAmaz6axBhgj1tq4hQBVStu40PxveKY7SINt-A2bHwWrlItOVhSDFrja7Tj-
S__TROKITkHjYEPrM38J2e1VOT88_aKI0vQx>
Require-Recipient-Valid-Since: MattGuertin@Protonmail.com; Tue, 24 Nov 2020 23:03:31 +0000
X-Rspamd-Queue-Id: 4NZ6qg04jLz9vNQF
X-Spamd-Result: default: False [-13.87 / 25.00];
 WHITELIST_DMARC(-7.00)[linkedin.com:D:+];

Exhibit C | Index 30 | p. 173

WHITELIST_SPF_DKIM(-3.00)[linkedin.com:d:+,linkedin.com:s:+]; BAYES_HAM(-2.96)[99.81%];
DMARC_POLICY_ALLOW(-0.50)[linkedin.com,reject];
R_DKIM_ALLOW(-0.20)[linkedin.com:s=d2048-201806-01,maile.linkedin.com:s=proddkim1024];
R_SPF_ALLOW(-0.20)[+ip4:108.174.6.0/24:c];
MIME_GOOD(-0.10)[multipart/alternative,text/plain]; MANY_INVISIBLE_PARTS(0.10)[2];
HAS_LIST_UNSUB(-0.01)[]; RCVD_COUNT_ZERO(0.00)[0]; ASN(0.00)[asn:40793,
ipnet:108.174.6.0/24, country:US]; NEURAL_HAM(-0.00)[-1.000];
MIME_TRACE(0.00)[0:+,1:+,2:~]; TO_DN_ALL(0.00)[];
FROM_NEQ_ENVFROM(0.00)[notifications-noreply@linkedin.com,s-
2nzvseyfm3e5gb83yx91fj8seplfh7nwh1h6yb9qdo4pas03uj77hroh@bounce.linkedin.com];
FROM_HAS_DN(0.00)[]; DKIM_TRACE(0.00)[linkedin.com:+,maile.linkedin.com:+];
TO_MATCH_ENVRCPT_ALL(0.00)[]; MID_RHS_MATCH_FROMTLD(0.00)[]; RCPT_COUNT_ONE(0.00)[1];
ARC_NA(0.00)[]
X-Rspamd-Server: cp5-mailin-035.plabs.ch

X-Pm-Spam: 0yezJI6cihyJeYR3pi42biOpJJvbmsCIeI1msjN3X3blJp7IjBlNIIojty4CMCLSJ
I6UyzTELLgj3QJCLkUE9otIjsjAMIBlSfR0TFUFJlDREPElVTIi6iwCM2XlRVnYnu2lXZ8miisnO
FUPJI6RCwyJeXN3wi0WYjOuAAwMD3TAOOEDwzYDNTM0Ak3MziSwMb9WkfxWZWa4RowIj9X1fLJCz
klmcjIioM5Nj5GMZYAzx5IjYjM2UQ4MmkGZOZNWls0nInIhNp7IjzmlIXN3wi0WYjOsANjInl3Jb
IojwzJCL2Yy9QiZWwi0OLIjslJnIGcy9I6dCSyJeQZ1EOl0X0XT1lLUEIV9RMIi6w0yWjLsAEwIj
xC4ONQzuy4iNDMgIlzbGkGVdIlGusdHImLh1xzaWrGlcZ5SuiQXZSXiwBGU1B1BXUM1itslOCMw4
wiXSG1BUXh0Ff9ETEUTFI6Uywy0WLBjdIJCLEVM11FX0B1NURU0iwslOjLdBJELCN0lSXN1JF50R
CR6IAuWzsV0MIRkLf1USkVMFRfSUiVUQOsltx4CMSXiwtJREWV9TQxUJF9FRiR6I0wWydjFLLJCE
Nl0S1XBZlETEbjpILATu91VMfX0=
X-Pm-Origin: external
X-Pm-Transfer-Encryption: TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits)
X-Pm-Content-Encryption: on-delivery
X-Pm-Spamscore: 0
X-Pm-Spam-Action: inbox

Exhibit C | Index 30 | p. 174

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

# You appeared in 6 searches this week



| | |
|---|---|
| From | LinkedIn <notifications-noreply@linkedin.com> |
| To | mattguertin<MattGuertin@Protonmail.com> |
| Date | Saturday, January 21st, 2023 at 3:52 PM |





## You appeared in 6 searches this week



You were found by people from these companies



## Never miss an update with the LinkedIn app

 

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

Linked**in**

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Exhibit C | Index 30 | p. 175

## 01/21/2023 – LinkedIn Automated Email - HTML

## Indicates a search was condcted for Matthew D Guertin's 'MattGuertin612' LinkedIn profile by:
## 'Forcepoint' & '3Gimbals'

<html xmlns="http://www.w3.org/1999/xhtml" lang="en" xml:lang="en"> <head> <meta http-equiv="Content-Type" content="text/html;charset=utf-8"> <meta name="HandheldFriendly" content="true"> <meta name="viewport" content="width=device-width; initial-scale=0.666667; user-scalable=0"> <meta name="viewport" content="width=device-width"> <title></title> <style>
    @media (max-width: 512px) { .mercado-container { width: 100% !important; } }
  </style> <style>
    .full-width-button, .full-width-button table { display: none; } @media (max-width: 320px) { .inline-button, .inline-button table { display: none !important; } .full-width-button, .full-width-button table { display: table !important; } }
  </style>

<!--[if mso]><style type="text/css"> </style><![endif]--> <!--[if IE]><style type="text/css"> </style><![endif]--> <style>
***CSS STYLE TAGS ARE OMMITTED***
</style></head>

<body dir="ltr" class="font-sans bg-color-background-canvas w-full m-0 p-0 pt-1" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; margin: 0px; width: 100%; background-color: #f3f2f0; padding: 0px; padding-top: 8px; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <div class="h-0 opacity-0 text-transparent invisible overflow-hidden w-0 max-h-[0]" style="visibility: hidden; height: 0px; max-height: 0; width: 0px; overflow: hidden; opacity: 0; mso-hide: all;" data-email-preheader="true">You appeared in 6 searches this week</div> <div class="h-0 opacity-0 text-transparent invisible overflow-hidden w-0 max-h-[0]" style="visibility: hidden; height: 0px; max-height: 0; width: 0px; overflow: hidden; opacity: 0; mso-hide: all;">

container w-[512px] max-w-[512px] mx-auto my-0 p-0 bg-color-background-container" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="512" align="center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin-left: auto; margin-right: auto; margin-top: 0px; margin-bottom: 0px; width: 512px; max-width: 512px; background-color: #ffffff; padding: 0px; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td class="text-center p-3" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding: 24px; text-align: center;"> <table class="font-sans min-w-full" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; min-width: 100%; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td align="left" valign="middle" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <a href="https://www.linkedin.com/comm/feed/?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B5ravs%2FDJSm26rlUbSgZZXw%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1939VSTrlwPGA1&amp;trk=eml-email_notification_single_search_appearance_01-header-0-home_glimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-header-0-home_glimmer-null-5kegzu~ld6hlnlz~10-null-null&amp;eid=5kegzu-ld6hlnlz-10" target="_blank" class="w-[84px]" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; width: 84px;"> <img class="block" alt="LinkedIn" src="https://www.linkedin.com/comm/dms/logo?badgeTheme=mercado&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B5ravs%2FDJSm26rlUbSgZZXw%3D%3D&amp;midSig=1939VSTrlwPGA1&amp;midToken=AQHC-TETmN460w&amp;trkEmail=eml-email_notification_single_search_appearance_01-null-0-comms%7Ebadging%7Edynamic%7Eglimmer-null-5kegzu%7Eld6hlnlz%7E10-null-null&amp;trk=eml-email_notification_single_search_appearance_01-null-0-comms%7Ebadging%7Edynamic%7Eglimmer&amp;_sig=21Kx7uWHBwPGA1" data-test-header-dynamic-badging-img style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; display: block;"> </a> </td> <td valign="middle" align="right" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <table class="font-sans" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" data-test-header-profile style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-

Exhibit C | Index 30 | p. 176

lspace: 0pt; mso-table-rspace: 0pt; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td align="right" valign="middle" class="w-[32px]" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-rspace: 0pt; width: 32px;" width="32"> <a href="https://www.linkedin.com/comm/in/mattguertin612?lipi=urn%3Ali%3Apage %3Aemail_email_notification_single_search_appearance_01%3B5ravs%2FDJSm26rlUbSgZZXw%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1939VSTrlwPGA1&amp;trk=eml-email_notification_single_search_appearance_01-header-0-profile_glimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-header-0-profile_glimmer-null-5kegzu~ld6hlnlz~10-null-null&amp;eid=5kegzu-ld6hlnlz-10" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img alt="Matt Guertin" src="https://media.licdn.com/dms/image/C4D03AQFuztpWL3dv8Q/profile-displayphoto-shrink_200_200/0/1606245239068?e=1679529600&amp;v=beta&amp;t=hdtczjPJykbeHWN_FnC8syeKFRhtGdfMK3CfEMBDX1Q" class="rounded-[100%] w-[32px] h-[32px]" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; height: 32px; width: 32px; border-radius: 100%;" width="32" height="32"> </a> </td> </tr> </tbody> </table> </td> </tr> </tbody> </table> </td> </tr> <tr> <td class="px-3 pb-3" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-left: 24px; padding-right: 24px; padding-bottom: 24px;"> <div> <table class="font-sans" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <h1 class="text-display-sm font-semibold leading-regular text-system-gray-90 text-center" style="margin: 0; text-align: center; font-size: 24px; font-weight: 600; line-height: 1.25; color: #282828;"> You appeared in 6 searches this week </h1> </td> </tr> <tr> <td class="pt-3" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-top: 24px;"> <table class="font-sans" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td class="text-center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; text-align: center;"> <table class="font-sans" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="auto" align="center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td class=" w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width: 48px;" width="48"> <a href="https://www.linkedin.com/comm/company/arcbest? lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B5ravs%2FDJSm26rlUbSgZZXw%3D %3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1939VSTrlwPGA1&amp;trk=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~ld6hlnlz~10-null-null&amp;eid=5kegzu-ld6hlnlz-10" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/C4E0BAQHEeXuLuBc-Iw/company-logo_100_100/0/1531516917522? e=2147483647&amp;v=beta&amp;t=4gOIpOIhdrGVfaSJ-T7BlyXhiwK9zVGrjaiJriTuBpo" alt="ArcBest" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width: 48px; padding-left: 8px;" width="48"> <a href="**https://www.linkedin.com/comm/company/forcepoint**?lipi=urn%3Ali%3Apage %3Aemail_email_notification_single_search_appearance_01%3B5ravs%2FDJSm26rlUbSgZZXw%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1939VSTrlwPGA1&amp;trk=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~ld6hlnlz~10-null-null&amp;eid=5kegzu-ld6hlnlz-10" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/C4E0BAQF5cblwopViuQ/company-logo_100_100/0/1578841978415?

Exhibit C | Index 30 | p. 177

e=2147483647&amp;v=beta&amp;t=jDbvPFjkTrpy0VSYpBINPOYryUGX1AsZi_NNQ6OrckI" alt=**"Forcepoint"** style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width: 48px; padding-left: 8px;" width="48"> <a href="https://www.linkedin.com/comm/company/fox-corporation?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B5ravs%2FDJSm26rlUbSgZZXw%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1939VSTrlwPGA1&amp;trk=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~ld6hlnlz~10-null-null&amp;eid=5kegzu-ld6hlnlz-10" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/C4D0BAQGOh0NK_f3phg/company-logo_100_100/0/1553113738349?e=2147483647&amp;v=beta&amp;t=0DGmbW6ulQYUfmWIx19bNWolyGvvNQxvSPp072yvTpI" alt="Fox Corporation" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width: 48px; padding-left: 8px;" width="48"> <a href=**"https://www.linkedin.com/comm/company/3gimbals**?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B5ravs%2FDJSm26rlUbSgZZXw%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1939VSTrlwPGA1&amp;trk=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~ld6hlnlz~10-null-null&amp;eid=5kegzu-ld6hlnlz-10" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/C4D0BAQHVY9bC1pkzRg/company-logo_100_100/0/1635715256264?e=2147483647&amp;v=beta&amp;t=23S28f35upNMGGWtjo-zwJtQbVMs5dnRxtUOUfvcFF0" alt=**"3GIMBALS"** style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> </tr> </tbody> </table> </td> </tr> <tr> <td class="pt-2 text-md leading-regular text-center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-top: 16px; text-align: center; font-size: 16px; line-height: 1.25;"> You were found by people from these companies </td> </tr> <tr> <td class="pt-2 text-center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-top: 16px; text-align: center;"> <table class="font-sans" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" data-test-id="email-button" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td valign="middle" align="middle" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <a href="https://www.linkedin.com/comm/me/search-appearances/?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B5ravs%2FDJSm26rlUbSgZZXw%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1939VSTrlwPGA1&amp;trk=eml-email_notification_single_search_appearance_01-search~appearance~card-0-see~all~searches~button&amp;trkEmail=eml-email_notification_single_search_appearance_01-search~appearance~card-0-see~all~searches~button-null-5kegzu~ld6hlnlz~10-null-null&amp;eid=5kegzu-ld6hlnlz-10" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <table class="font-sans border-separate" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="auto" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; border-collapse: separate; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td class="btn-md btn-primary border-color-brand button-link leading-regular !min-h-[auto] font-sans !shadow-none border-1 border-solid" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; height: min-content; border-radius: 24px; padding-top: 12px; padding-bottom: 12px; padding-left: 24px; padding-right: 24px; text-align: center; font-size: 16px; font-weight: 600; cursor: pointer; text-decoration-line: none; background-color: #0a66c2; color: #ffffff; border-width: 1px; border-style: solid; border-color: #0a66c2; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif; line-height: 1.25; min-height: auto !important; box-shadow: 0 0 #0000, 0 0 #0000, 0 0 #0000

Exhibit C | Index 30 | p. 178

!important;"> <a href="https://www.linkedin.com/comm/me/search-appearances/?lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3B5ravs%2FDJSm26rlUbSgZZXw%3D%3D&amp;midToken=AQHC-
TETmN460w&amp;midSig=1939VSTrlwPGA1&amp;trk=eml-email_notification_single_search_appearance_01-
search~appearance~card-0-see~all~searches~button&amp;trkEmail=eml-email_notification_single_search_appearance_01-
search~appearance~card-0-see~all~searches~button-null-5kegzu~ld6hlnlz~10-null-null&amp;eid=5kegzu-ld6hlnlz-10"
 target="_blank" tabindex="-1" aria-hidden="true" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -
webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <span class="no-
underline text-white" style="color: #ffffff; text-decoration-line: none;"> See all searches </span> </a> </td> </tr> </tbody> </table> </a>
</td> </tr> </tbody> </table> </td> </tr> </tbody> </table> </td> </tr> </tbody> </table> </div> </td> </tr> <tr> <td class="bg-color-
background-canvas p-3" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust:
100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; background-color: #f3f2f0; padding: 24px;"> <table class="font-sans"
role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -
ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-
family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen
Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica,
Arial, sans-serif;"> <tbody> <tr> <td class="text-center pb-2" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-
text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-bottom: 16px; text-align: center;">
<h2 class="text-lg" style="margin: 0; font-weight: 500; font-size: 20px;">Never miss an update with the LinkedIn app</h2> </td> </tr>
<tr> <td class="text-center" data-test-id="footer-app-store-icon" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -
moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; text-align: center;"> <a
href="https://itunes.apple.com/us/app/linkedin/id288429040?pt=10746&amp;ct=st_appsite_flagship&amp;mt=8" style="color: #0a66c2;
cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-
adjust: 100%; text-size-adjust: 100%;"> <img alt="Download on the App Store"
src="https://static.licdn.com/aero-v1/sc/h/76yzkd0h5kiv27lrd4yaenylk" class="h-[40px] w-[120px] pr-1" style="outline: none; text-
decoration: none; -ms-interpolation-mode: bicubic; height: 40px; width: 120px; padding-right: 8px;" width="120" height="40"> </a><a
href="https://play.google.com/store/apps/details?id=com.linkedin.android&amp;referrer=st_appsite_flagship" style="color: #0a66c2;
cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-
adjust: 100%; text-size-adjust: 100%;"> <img alt="Get it on Google Play"
src="https://static.licdn.com/aero-v1/sc/h/142qudwblp58zwmc9vkqfplug" class="h-[40px] w-[134px]" style="outline: none; text-
decoration: none; -ms-interpolation-mode: bicubic; height: 40px; width: 134px;" width="134" height="40"> </a> </td> </tr> <tr> <td
class="py-2" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;
mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-top: 16px; padding-bottom: 16px;"><hr class="border-none bg-[#e0dfdd] h-[1px]"
style="height: 1px; border-style: none; background-color: #e0dfdd;"></td> </tr> </tbody> </table> <table class="font-sans text-xs"
role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -
ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-
family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen
Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica,
Arial, sans-serif; font-size: 12px;"> <tbody> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust:
100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom:
8px;"> This email was intended for Matt Guertin (Creative Technologist) </td> </tr> <tr> <td class="pb-1 m-0" style="-webkit-text-size-
adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace:
0pt; margin: 0px; padding-bottom: 8px;"> <a href="https://www.linkedin.com/help/linkedin/answer/4788?lang=en&amp;lipi=urn%3Ali
%3Apage%3Aemail_email_notification_single_search_appearance_01%3B5ravs%2FDJSm26rlUbSgZZXw%3D
%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1939VSTrlwPGA1&amp;trk=eml-
email_notification_single_search_appearance_01-SecurityHelp-0-footerglimmer&amp;trkEmail=eml-
email_notification_single_search_appearance_01-SecurityHelp-0-footerglimmer-null-5kegzu~ld6hlnlz~10-null-null&amp;eid=5kegzu-
ld6hlnlz-10" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust:
100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;">Learn why we included this.</a> </td> </tr>
<tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust:
100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;">You are receiving LinkedIn notification
emails.</td> </tr> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust:
100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;"> <a
href="https://www.linkedin.com/comm/psettings/email-unsubscribe?lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3B5ravs%2FDJSm26rlUbSgZZXw%3D%3D&amp;midToken=AQHC-
TETmN460w&amp;midSig=1939VSTrlwPGA1&amp;trk=eml_email_notification_single_search_appearance_01-unsubscribe-0-
footerGlimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-unsubscribe-0-footerGlimmer-null-
5kegzu~ld6hlnlz~10-null-null&amp;eid=5kegzu-ld6hlnlz-
10&amp;loid=AQF6N2L9DHZpIwAAAYXWUgXvxsIo5cI8FD7RHpxN8Yu3swKxgk-
ZURhsLhCpwTXrRzFTgFLgTeUqmSwPprJFQeVX591LUCOBEyaprJfvxIxcEJPod120" target="_blank" style="color: #0a66c2; cursor:

Exhibit C | Index 30 | p. 179

pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;">Unsubscribe</a>  ·  <a href="https://www.linkedin.com/help/linkedin/answer/67?lang=en&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B5ravs%2FDJSm26rlUbSgZZXw%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1939VSTrlwPGA1&amp;trk=eml-email_notification_single_search_appearance_01-help-0-footerglimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-help-0-footerglimmer-null-5kegzu~ld6hlnlz~10-null-null&amp;eid=5kegzu-ld6hlnlz-10" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;">Help</a> </td> </tr> <tr> <td class="pb-1" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-bottom: 8px;"> <a href="https://www.linkedin.com/comm/feed/?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B5ravs%2FDJSm26rlUbSgZZXw%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1939VSTrlwPGA1&amp;trk=eml-email_notification_single_search_appearance_01-footer-0-logoGlimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-footer-0-logoGlimmer-null-5kegzu~ld6hlnlz~10-null-null&amp;eid=5kegzu-ld6hlnlz-10" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img src="https://static.licdn.com/aero-v1/sc/h/9ehe6n39fa07dc5edzv0rla4e" alt="LinkedIn" class="block h-[14px] w-[56px] image-rendering-crisp" style="outline: none; text-decoration: none; image-rendering: -moz-crisp-edges; image-rendering: -o-crisp-edges; image-rendering: -webkit-optimize-contrast; image-rendering: crisp-edges; -ms-interpolation-mode: nearest-neighbor; display: block; height: 14px; width: 56px;" width="56" height="14"> </a> </td> </tr> <tr> <td data-test-copyright-text style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> © 2023 LinkedIn Corporation, 1&zwnj;000 West Maude Avenue, Sunnyvale, CA 94085. <span data-test-trademarks-text> LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn. </span> </td> </tr> </tbody> </table> </td> </tr> </tbody> </table> <img alt role="presentation" src="https://www.linkedin.com/emimp/ip_Tld0bFozcDFMV3hrTm1oc2JteDZMVEV3OlpXMWhhV3hmYm05MGFXWnBZMkYwYVVc5dVgzTnBibWRzWlY5elpXRnlZMmhmWVhCd1pXRnlZVzVqVqWlY4d01RPT06.gif" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; width: 1px; height: 1px;" width="1" height="1"> </body> </html>

Exhibit C | Index 30 | p. 180

## 01/21/2023 – LinkedIn Automated Email – PGP EMAIL HEADER

Return-Path: <s-2izl703d4flb0xss8tgzgq8vdvpnpdbvbhjw65w165hqpcuov78935m8@bounce.linkedin.com>
X-Original-To: MattGuertin@Protonmail.com
Delivered-To: MattGuertin@protonmail.com
Authentication-Results: mailin035.protonmail.ch; dkim=pass (Good 2048
  bit rsa-sha256 signature) header.d=linkedin.com header.a=rsa-sha256;
  dkim=pass (Good 1024 bit rsa-sha256 signature)
  header.d=maile.linkedin.com header.a=rsa-sha256
Authentication-Results: mailin035.protonmail.ch; arc=none smtp.remote-ip=108.174.6.202
Authentication-Results: mailin035.protonmail.ch; dkim=pass (2048-bit key)
  header.d=linkedin.com header.i=@linkedin.com header.b="QoYIOGq+"; dkim=pass (1024-bit
  key) header.d=maile.linkedin.com header.i=@maile.linkedin.com header.b="GoTaQ3Ad"
Authentication-Results: mailin035.protonmail.ch; spf=pass
  smtp.mailfrom=bounce.linkedin.com
Authentication-Results: mailin035.protonmail.ch; dmarc=pass (p=reject dis=none)
  header.from=linkedin.com
Received: from maile-db.linkedin.com (maile-db.linkedin.com [108.174.6.202]) (using
  TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits)) (No client certificate
  requested) by mailin035.protonmail.ch (Postfix) with ESMTPS id 4NzqqG5FX2z9vNQB for
  <MattGuertin@Protonmail.com>; Sat, 21 Jan 2023 21:52:58 +0000 (UTC)
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=linkedin.com; s=d2048-201806-01;
  t=1674337978; bh=e/4C+YTRKHGxRxo2sQZbcL1AV3L5rJQ6urzc4sOgVak=;
  h=From:Subject:MIME-Version:Content-Type:To:Date:X-LinkedIn-Class:
  X-LinkedIn-Template:X-LinkedIn-fbl;
  b=QoYIOGq+TMiH1ngKdcvQAflP8ZWhZ/FGQiPAdSqG/059IhH9G5wtg40zNfDsy15+J
  ETKEUrhuMDCct0SqgXpruYmrldm7nFl9xx0KVJkQ65rp+z9lzkNW2htcumtlCR6Vnc
  QdnV91K798dSNQZWhdEMvGu+T5KuLntQu5KZAq9dxPSa3K1XEwAObdqmYuaEktlraw
  N2LJE6Q9HJogNmB3wTHdKrTXdG7U+SBXpj28EquYFLS8Y2OGQKhIJZAKAST15K/ipi
  sQKVG0exR9ow6p9fcPYCgCrdqZZDHQbn5ZASpzL5j1Brdfr+6xgWEPfli9//yxrK9C
  Kiy5O8SHpqS9Q==
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=maile.linkedin.com;
  s=proddkim1024; t=1674337978; bh=e/4C+YTRKHGxRxo2sQZbcL1AV3L5rJQ6urzc4sOgVak=;
  h=From:Subject:MIME-Version:Content-Type:To:Date:X-LinkedIn-Class:
  X-LinkedIn-Template:X-LinkedIn-fbl;
  b=GoTaQ3AdSp3fafM8uWuLw3oTuB2tgagVFFgfaTT2eibCVkOHFkGpL0nfgF7RqX8mZ
  B59XpoQc4D7JnITJ6iTWbDiWeQoY4OT6DlTcb+F+560Pa5L3Yx3p9FYW6UBerTFTj6
  P9UGtY1zMx2p6ngyFSF/byeveAjL7sAwyudUUm6o=
From: LinkedIn <notifications-noreply@linkedin.com>
Message-Id: <443218742.17624331.1674337978184@lor1-app43740.prod.linkedin.com>
Subject: You appeared in 6 searches this week
Mime-Version: 1.0
Content-Type: text/html
To: Matt Guertin <MattGuertin@Protonmail.com>
Date: Sat, 21 Jan 2023 21:52:58 +0000 (UTC)
X-Linkedin-Class: EMAIL-DEFAULT
X-Linkedin-Template: email_notification_single_search_appearance_01
X-Linkedin-Fbl: m2-
aszzrduhzr4p4h20e2p1itv26w5xmo45aghyir7o2okwv7vr0snds0mjtgpmluq5sap9itg49w0tps23h4ksf69eeg0dr7c506n0c2
X-Linkedin-Id: 5kegzu-ld6hlnlz-10
List-Unsubscribe: <https://www.linkedin.com/comm/psettings/email-unsubscribe?lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3B5ravs%2FDJSm26rlUbSgZZXw%3D%3D&midToken=AQHC-
TETmN460w&midSig=1939VSTrlwPGA1&trk=eml-email_notification_single_search_appearance_01-unsub-0-unsub&trkEmail=eml-
email_notification_single_search_appearance_01-unsub-0-unsub-null-5kegzu~ld6hlnlz~10-null-null&eid=5kegzu-ld6hlnlz-
10&loid=AQF6N2L9DHZpIwAAAYXWUgXvxsIo5cI8FD7RHpxN8Yu3swKxgk-
ZURhsLhCpwTXrRzFTgFLgTeUqmSwPprJFQeVX591LUCOBEyaprJfvxIxcEJPod120>
Require-Recipient-Valid-Since: MattGuertin@Protonmail.com; Tue, 24 Nov 2020 23:03:31 +0000
X-Rspamd-Queue-Id: 4NzqqG5FX2z9vNQB
X-Spamd-Result: default: False [-13.91 / 25.00];
 WHITELIST_DMARC(-7.00)[linkedin.com:D:+];

Exhibit C | Index 30 | p. 181

WHITELIST_SPF_DKIM(-3.00)[**linkedin**.com:d:+,**linkedin**.com:s:+]; BAYES_HAM(-3.00)[99.99%];
DMARC_POLICY_ALLOW(-0.50)[**linkedin**.com,reject];
R_DKIM_ALLOW(-0.20)[**linkedin**.com:s=d2048-201806-01,maile.**linkedin**.com:s=proddkim1024];
R_SPF_ALLOW(-0.20)[+ip4:108.174.6.0/24:c];
MIME_GOOD(-0.10)[multipart/alternative,text/plain]; MANY_INVISIBLE_PARTS(0.10)[2];
HAS_LIST_UNSUB(-0.01)[]; RCVD_COUNT_ZERO(0.00)[0]; ASN(0.00)[asn:40793,
ipnet:108.174.6.0/24, country:US]; NEURAL_HAM(-0.00)[-1.000];
MIME_TRACE(0.00)[0:+,1:+,2:~]; TO_DN_ALL(0.00)[];
FROM_NEQ_ENVFROM(0.00)[notifications-noreply@**linkedin**.com,s-
2izl703d4flb0xss8tgzgq8vdvpnpdbvbhjw65w165hqpcuov78935m8@bounce.**linkedin**.com];
FROM_HAS_DN(0.00)[]; DKIM_TRACE(0.00)[**linkedin**.com:+,maile.**linkedin**.com:+];
TO_MATCH_ENVRCPT_ALL(0.00)[]; MID_RHS_MATCH_FROMTLD(0.00)[]; RCPT_COUNT_ONE(0.00)[1];
ARC_NA(0.00)[]
X-Rspamd-Server: cp5-mailin-035.plabs.ch

X-Pm-Spam: 0yezJI6cihyJeYR3pi42biOpJJvbmsCIeI1msjN3X3blJp7IjBlNIIojtx4CMCLSJ
I6UyzTELLkjxQJCLkUE9otIjsjAMIBlSfR0TFUFJlDREPElVTIi6iwCM2XlRVnYnu2lXZ8miisnO
FUPJI6RCwyJeXN3wi0WYjOuAAxMDwDYMNkT5xYDNTM3kUzODtCJLbR2lp9FbHZigB9OjsX0fINny
iQWaiO2INjM2iWVNYJ2mygjZzM5QJlZW0zAMOQDiiwSf2ciEsiOnfXNacB3h6ISbCMiwNvc2imUc
OAjsjNnI3blJI6ZCuTALMwSiwVmc3b0Jp7IjDlJIVRkff5USVTQNtFSUy0gXIpjbuATLCMiwA4MT
3jELN4C2wIjLiMsBN0aXgWQZa4Wguw2dWbpFNwbHlWtaL5mldJCdCLGJxfU0MEVST91Of50TlREF
8xTlbjpIM4CwiwSX1UGBBBX1i1MUOsltw4CMSXiwRNSFNF9TRNVTFdUQjIBp4wMCiSwXRtEJW9VT
UQJx9BRF6SIVW0ywdFjLCLEJlNS0B1ZXTlEEbpjITLuA0sMVLkRIS1UfHI0UkTEVpbIjxC4MXwSi
JtERVTW9xJQUFF9RRIi6w0yWjLdFJILCPUxRX50PPR0XUTJFI6TiuzAWM1V9fX0=
X-Pm-Origin: external
X-Pm-Transfer-Encryption: TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits)
X-Pm-Content-Encryption: on-delivery
X-Pm-Spamscore: 0
X-Pm-Spam-Action: inbox

Exhibit C | Index 30 | p. 182

# You appeared in 6 searches this week

From LinkedIn <notifications-noreply@linkedin.com>

To        mattguertin<MattGuertin@Protonmail.com>

Date     Sunday, February 5th, 2023 at 7:52 AM





## You appeared in 6 **searches** this week



   

You were found by people from these companies

See all **search**es

## Never miss an update with the LinkedIn app

 

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

Linked**in**

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Exhibit C | Index 30 | p. 183

**02/05/2023 – LinkedIn Automated Email - HTML**

**Indicates a search was condcted for Matthew D Guertin's 'MattGuertin612' LinkedIn profile by:**
**'USC School of Cinematic Arts'**

<html xmlns="http://www.w3.org/1999/xhtml" lang="en" xml:lang="en"> <head> <meta http-equiv="Content-Type" content="text/html;charset=utf-8"> <meta name="HandheldFriendly" content="true"> <meta name="viewport" content="width=device-width; initial-scale=0.666667; user-scalable=0"> <meta name="viewport" content="width=device-width"> <title></title> <style>
    @media (max-width: 512px) { .mercado-container { width: 100% !important; } }
    </style> <style>
    .full-width-button, .full-width-button table { display: none; } @media (max-width: 320px) { .inline-button,
    .inline-button table { display: none !important; } .full-width-button, .full-width-button table { display:
    table !important; } }
    </style>

<!--[if mso]><style type="text/css"> </style><![endif]--> <!--[if IE]><style type="text/css"> </style><![endif]--> <style>
**\*\*\*CSS STYLE TAGS ARE OMMITTED\*\*\***
</style></head>

<body dir="ltr" class="font-sans bg-color-background-canvas w-full m-0 p-0 pt-1" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; margin: 0px; width: 100%; background-color: #f3f2f0; padding: 0px; padding-top: 8px; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <div class="h-0 opacity-0 text-transparent invisible overflow-hidden w-0 max-h-[0]" style="visibility: hidden; height: 0px; max-height: 0; width: 0px; overflow: hidden; opacity: 0; mso-hide: all;" data-email-preheader="true">You appeared in 6 searches this week</div> <div class="h-0 opacity-0 text-transparent invisible overflow-hidden w-0 max-h-[0]" style="visibility: hidden; height: 0px; max-height: 0; width: 0px; overflow: hidden; opacity: 0; mso-hide: all;">

container w-[512px] max-w-[512px] mx-auto my-0 p-0 bg-color-background-container" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="512" align="center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin-left: auto; margin-right: auto; margin-top: 0px; margin-bottom: 0px; width: 512px; max-width: 512px; background-color: #ffffff; padding: 0px; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td class="text-center p-3" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding: 24px; text-align: center;"> <table class="font-sans min-w-full" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; min-width: 100%; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td align="left" valign="middle" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <a href="https://www.linkedin.com/comm/feed/?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BOmMNeSVdR0qYykxL%2F4tbRA%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1wBfhPQq7w8aE1&amp;trk=eml-email_notification_single_search_appearance_01-header-0-home_glimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-header-0-home_glimmer-null-5kegzu~ldrg1yp9~ku-null-null&amp;eid=5kegzu-ldrg1yp9-ku" target="_blank" class="w-[84px]" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; width: 84px;"> <img class="block" alt="LinkedIn" src="https://www.linkedin.com/comm/dms/logo?badgeTheme=mercado&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BOmMNeSVdR0qYykxL%2F4tbRA%3D%3D&amp;midSig=1wBfhPQq7w8aE1&amp;midToken=AQHC-TETmN460w&amp;trkEmail=eml-email_notification_single_search_appearance_01-null-0-comms%7Ebadging%7Edynamic%7Ebadging%7Edynamic-null-5kegzu%7Eldrg1yp9%7Eku-null-null&amp;trk=eml-email_notification_single_search_appearance_01-null-0-comms%7Ebadging%7Edynamic%7Eglimmer&amp;_sig=0lWUh6en7w8aE1" data-test-header-dynamic-badging-img style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; display: block;"> </a> </td> <td valign="middle" align="right" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <table class="font-sans" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" data-test-header-profile

Exhibit C | Index 30 | p. 184

style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td align="right" valign="middle" class="w-[32px]" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; width: 32px;" width="32"> <a href="https://www.linkedin.com/comm/in/mattguertin612?lipi=urn%3Ali%3Apage %3Aemail_notification_single_search_appearance_01%3BOmMNeSVdR0qYykxL%2F4tbRA%3D %3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1wBfhPQq7w8aE1&amp;trk=eml-email_notification_single_search_appearance_01-header-0-profile_glimmer&trkEmail=eml-email_notification_single_search_appearance_01-header-0-profile_glimmer-null-5kegzu~ldrg1yp9~ku-null-null&amp;eid=5kegzu-ldrg1yp9-ku" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img alt="Matt Guertin" src="https://media.licdn.com/dms/image/C4D03AQFuztpWL3dv8Q/profile-displayphoto-shrink_200_200/0/1606245239068? e=1681344000&amp;v=beta&amp;t=KLPxAAE2pWLErLSXE9KpDHAaNLfVDNFujWZsNsHCXxA" class="rounded-[100%] w-[32px] h-[32px]" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; height: 32px; width: 32px; border-radius: 100%;" width="32" height="32"> </a> </td> </tr> </tbody> </table> </td> </tr> </tbody> </table> </td> </tr> <tr> <td class="px-3 pb-3" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-left: 24px; padding-right: 24px; padding-bottom: 24px;"> <div> <table class="font-sans" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <h1 class="text-display-sm font-semibold leading-regular text-system-gray-90 text-center" style="margin: 0; text-align: center; font-size: 24px; font-weight: 600; line-height: 1.25; color: #282828;"> You appeared in 6 searches this week </h1> </td> </tr> <tr> <td class="pt-3" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-top: 24px;"> <table class="font-sans" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td class="text-center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; text-align: center;"> <table class="font-sans" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="auto" align="center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td class=" w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt;
 mso-table-rspace: 0pt; display: inline-block; width: 48px;" width="48"> <a href="https://www.linkedin.com/comm/company/wonder-bar?lipi=urn%3Ali%3Apage%3Aemail_notification_single_search_appearance_01%3BOmMNeSVdR0qYykxL%2F4tbRA%3D %3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1wBfhPQq7w8aE1&amp;trk=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~ldrg1yp9~ku-null-null&amp;eid=5kegzu-ldrg1yp9-ku" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block" src="https://static.licdn.com/aero-v1/sc/h/el9pt92rkf0hoaycxvp248194" alt="Wonder Bar" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width: 48px; padding-left: 8px;" width="48"> <a href="https://www.linkedin.com/comm/company/sensimediagroup?lipi=urn%3Ali%3Apage %3Aemail_notification_single_search_appearance_01%3BOmMNeSVdR0qYykxL%2F4tbRA%3D %3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1wBfhPQq7w8aE1&amp;trk=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~ldrg1yp9~ku-null-null&amp;eid=5kegzu-ldrg1yp9-ku" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block"

Exhibit C | Index 30 | p. 185

src="https://media.licdn.com/dms/image/C4E0BAQF--pGHOvmWNA/company-logo_100_100/0/1592669173507?
e=2147483647&amp;v=beta&amp;t=reXiKlINOUG5OWo7DkL618koXYTOhHMZ6T_l_6eiHuQ" alt="Sensi Media Group, LLC"
style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-
color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-webkit-text-
size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-
rspace: 0pt; display: inline-block; width: 48px; padding-left: 8px;" width="48"> <a
href="**https://www.linkedin.com/comm/school/usccinema**/?lipi=urn%3Ali%3Apage
%3Aemail_notification_single_search_appearance_01%3BOmMNeSVdR0qYykxL%2F4tbRA%3D
%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1wBfhPQq7w8aE1&amp;trk=eml-
email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-
email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~ldrg1yp9~ku-null-
null&amp;eid=5kegzu-ldrg1yp9-ku" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none;
-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img class="inline-
block relative bg-color-entity-ghost-background w-6 h-6 !block"
src="https://media.licdn.com/dms/image/C560BAQF4sagssRLCsA/company-logo_100_100/0/1585788778125?
e=2147483647&amp;v=beta&amp;t=GW8v5vdkRkA3GGnIvvMyyq--AyT4XrU7cRr_9Ow8Cys" alt="**USC School of
Cinematic Arts**" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px;
width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-
block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-
table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width: 48px; padding-left: 8px;" width="48"> <a
href="https://www.linkedin.com/comm/company/ukg?lipi=urn%3Ali%3Apage
%3Aemail_notification_single_search_appearance_01%3BOmMNeSVdR0qYykxL%2F4tbRA%3D
%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1wBfhPQq7w8aE1&amp;trk=eml-
email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-
email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~ldrg1yp9~ku-null-
null&amp;eid=5kegzu-ldrg1yp9-ku" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none;
-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img class="inline-
block relative bg-color-entity-ghost-background w-6 h-6 !block"
src="https://media.licdn.com/dms/image/C560BAQHq0ZGV2rlQCQ/company-logo_100_100/0/1654884459053?
e=2147483647&amp;v=beta&amp;t=0k0i7vykdWL4zrL3bkBFqArKJLTEwnMLUnLPns7SZX0" alt="UKG" style="outline: none; text-
decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display:
block !important;" width="48" height="48"> </a> </td> </tr> </tbody> </table> </td> </tr> <tr> <td class="pt-2 text-md leading-regular
text-center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-
table-lspace: 0pt; mso-table-rspace: 0pt; padding-top: 16px; text-align: center; font-size: 16px; line-height: 1.25;"> You were found by
people from these companies </td> </tr> <tr> <td class="pt-2 text-center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust:
100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-top: 16px; text-align:
center;"> <table class="font-sans" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" data-
test-id="email-button" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust:
100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto,
'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI
Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td valign="middle" align="middle" style="-
webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt;
mso-table-rspace: 0pt;"> <a href="https://www.linkedin.com/comm/me/search-appearances/?lipi=urn%3Ali%3Apage
%3Aemail_notification_single_search_appearance_01%3BOmMNeSVdR0qYykxL%2F4tbRA%3D
%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1wBfhPQq7w8aE1&amp;trk=eml-
email_notification_single_search_appearance_01-search~appearance~card-0-see~all~searches~button&amp;trkEmail=eml-
email_notification_single_search_appearance_01-search~appearance~card-0-see~all~searches~button-null-5kegzu~ldrg1yp9~ku-null-
null&amp;eid=5kegzu-ldrg1yp9-ku" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none;
-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <table class="font-
sans border-separate" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="auto" style="-webkit-text-
size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-
rspace: 0pt; border-collapse: separate; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue',
'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI
Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td class="btn-md btn-primary border-color-brand button-link
leading-regular !min-h-[auto] font-sans !shadow-none border-1 border-solid" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust:
100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; height: min-content; border-
radius: 24px; padding-top: 12px; padding-bottom: 12px; padding-left: 24px; padding-right: 24px; text-align: center; font-size: 16px; font-
weight: 600; cursor: pointer; text-decoration-line: none; background-color: #0a66c2; color: #ffffff; border-width: 1px; border-style: solid;

Exhibit C | Index 30 | p. 186

border-color: #0a66c2; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif; line-height: 1.25; min-height: auto !important; box-shadow: 0 0 #0000, 0 0 #0000, 0 0 #0000 !important;"> <a href="https://www.linkedin.com/comm/me/search-appearances/?lipi=urn%3Ali%3Apage %3Aemail_notification_single_search_appearance_01%3BOmMNeSVdR0qYykxL%2F4tbRA%3D %3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1wBfhPQq7w8aE1&amp;trk=eml-email_notification_single_search_appearance_01-search~appearance~card-0-see~all~searches~button&amp;trkEmail=eml-email_notification_single_search_appearance_01-search~appearance~card-0-see~all~searches~button-null-5kegzu~ldrg1yp9~ku-null-null&amp;eid=5kegzu-ldrg1yp9-ku"
 target="_blank" tabindex="-1" aria-hidden="true" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <span class="no-underline text-white" style="color: #ffffff; text-decoration-line: none;">See all searches </span> </a> </td> </tr> </tbody> </table> </a> </td> </tr> </tbody> </table> </td> </tr> </tbody> </table> </div> </td> </tr> <tr> <td class="bg-color-background-canvas p-3" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; background-color: #f3f2f0; padding: 24px;"> <table class="font-sans" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <tbody> <tr> <td class="text-center pb-2" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-bottom: 16px; text-align: center;"> <h2 class="text-lg" style="margin: 0; font-weight: 500; font-size: 20px;">Never miss an update with the LinkedIn app</h2> </td> </tr> <tr> <td class="text-center" data-test-id="footer-app-store-icon" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; text-align: center;"> <a href="https://itunes.apple.com/us/app/linkedin/id288429040?pt=10746&amp;ct=st_appsite_flagship&amp;mt=8" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img alt="Download on the App Store" src="https://static.licdn.com/aero-v1/sc/h/76yzkd0h5kiv27lrd4yaenylk" class="h-[40px] w-[120px] pr-1" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; height: 40px; width: 120px; padding-right: 8px;" width="120" height="40"> </a> <a href="https://play.google.com/store/apps/details?id=com.linkedin.android&amp;referrer=st_appsite_flagship" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img alt="Get it on Google Play" src="https://static.licdn.com/aero-v1/sc/h/142qudwblp58zwmc9vkqfplug" class="h-[40px] w-[134px]" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; height: 40px; width: 134px;" width="134" height="40"> </a> </td> </tr> <tr> <td class="py-2" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-top: 16px; padding-bottom: 16px;"><hr class="border-none bg-[#e0dfdd] h-[1px]" style="height: 1px; border-style: none; background-color: #e0dfdd;"></td> </tr> </tbody> </table> <table class="font-sans text-xs" role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif; font-size: 12px;"> <tbody> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;"> This email was intended for Matt Guertin (Creative Technologist) </td> </tr> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;"> <a href="https://www.linkedin.com/help/linkedin/answer/4788?lang=en&amp;lipi=urn%3Ali %3Apage%3Aemail_notification_single_search_appearance_01%3BOmMNeSVdR0qYykxL%2F4tbRA%3D %3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1wBfhPQq7w8aE1&amp;trk=eml-email_notification_single_search_appearance_01-SecurityHelp-0-footerglimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-SecurityHelp-0-footerglimmer-null-5kegzu~ldrg1yp9~ku-null-null&amp;eid=5kegzu-ldrg1yp9-ku" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;">Learn why we included this.</a> </td> </tr> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;">You are receiving LinkedIn notification emails.</td> </tr> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;"> <a href="https://www.linkedin.com/comm/psettings/email-unsubscribe?lipi=urn%3Ali%3Apage %3Aemail_notification_single_search_appearance_01%3BOmMNeSVdR0qYykxL%2F4tbRA%3D %3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1wBfhPQq7w8aE1&amp;trk=eml-

Exhibit C | Index 30 | p. 187

email_notification_single_search_appearance_01-unsubscribe-0-footerGlimmer&amp;trkEmail=eml-
email_notification_single_search_appearance_01-unsubscribe-0-footerGlimmer-null-5kegzu~ldrg1yp9~ku-null-null&amp;eid=5kegzu-
ldrg1yp9-ku&amp;loid=AQFQ-h7E6wwxCgAAAYYh2dK_zfwuMrg26tdl0NVRr9NGX1kOBjNozPmGA6-
eWkf937cN3BeZpgqeIdf5pt8lq0bBVfNlOAZfmA2IAxgc6KLEg7urcBaV" target="_blank" style="color: #0a66c2; cursor: pointer;
display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%;
text-size-adjust: 100%;">Unsubscribe</a>   ·   <a href="https://www.linkedin.com/help/linkedin/answer/67?lang=en&amp;lipi=urn%3Ali
%3Apage%3Aemail_notification_single_search_appearance_01%3BOmMNeSVdR0qYykxL%2F4tbRA%3D
%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1wBfhPQq7w8aE1&amp;trk=eml-
email_notification_single_search_appearance_01-help-0-footerglimmer&amp;trkEmail=eml-
email_notification_single_search_appearance_01-help-0-footerglimmer-null-5kegzu~ldrg1yp9~ku-null-null&amp;eid=5kegzu-ldrg1yp9-
ku" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -
ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;">Help</a> </td> </tr> <tr> <td class="pb-1" style="-
webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt;
mso-table-rspace: 0pt; padding-bottom: 8px;"> <a href="https://www.linkedin.com/comm/feed/?lipi=urn%3Ali%3Apage
%3Aemail_notification_single_search_appearance_01%3BOmMNeSVdR0qYykxL%2F4tbRA%3D
%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1wBfhPQq7w8aE1&amp;trk=eml-
email_notification_single_search_appearance_01-footer-0-logoGlimmer&amp;trkEmail=eml-
email_notification_single_search_appearance_01-footer-0-logoGlimmer-null-5kegzu~ldrg1yp9~ku-null-null&amp;eid=5kegzu-ldrg1yp9-
ku" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -
ms-text-size-adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%;"> <img
src="https://static.licdn.com/aero-v1/sc/h/9ehe6n39fa07dc5edzv0rla4e" alt="LinkedIn" class="block h-[14px] w-[56px] image-rendering-
crisp" style="outline: none; text-decoration: none; image-rendering: -moz-crisp-edges; image-rendering: -o-crisp-edges; image-rendering:
-webkit-optimize-contrast; image-rendering: crisp-edges; -ms-interpolation-mode: nearest-neighbor; display: block; height: 14px; width:
56px;" width="56" height="14"> </a> </td> </tr> <tr> <td data-test-copyright-text style="-webkit-text-size-adjust: 100%; -ms-text-size-
adjust: 100%; -moz-text-size-adjust: 100%; text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> © 2023 LinkedIn
Corporation, 1&zwnj;000 West Maude Avenue, Sunnyvale, CA 94085. <span data-test-trademarks-text> LinkedIn and the LinkedIn logo
are registered trademarks of LinkedIn. </span> </td> </tr> </tbody> </table> </td> </tr> </tbody> </table> <img alt role="presentation"
src="https://www.linkedin.com/emimp/ip_Tld0bFozcDFMV3hrY21jeGVYQTVMV3QxOlpXMWhhV3hmYm05MGFXWnBZMkYwY
Vc5dVgzTnBibWRzWlY5elpXRnlZMmhmWVhCd1pXRnlZVqWlY4d01RPT06.gif" style="outline: none; text-decoration: none; -
ms-interpolation-mode: bicubic; width: 1px; height: 1px;" width="1" height="1"> </body> </html>

Exhibit C | Index 30 | p. 188

**02/05/2023 – LinkedIn Automated Email – PGP EMAIL HEADER**

Return-Path: <s-2pqttuk5s4tc3i6axbshgvbaedomvwex9c41c2pfb0y5jy3wqq9dsaid@bounce.linkedin.com>
X-Original-To: MattGuertin@Protonmail.com
Delivered-To: MattGuertin@protonmail.com
Authentication-Results: mailin037.protonmail.ch; dkim=pass (Good 2048
  bit rsa-sha256 signature) header.d=linkedin.com header.a=rsa-sha256;
  dkim=pass (Good 1024 bit rsa-sha256 signature)
  header.d=maile.linkedin.com header.a=rsa-sha256
Authentication-Results: mailin037.protonmail.ch; dmarc=pass (p=reject dis=none)
 header.from=linkedin.com
Authentication-Results: mailin037.protonmail.ch; spf=pass
 smtp.mailfrom=bounce.linkedin.com
Authentication-Results: mailin037.protonmail.ch; arc=none smtp.remote-ip=108.174.3.205
Authentication-Results: mailin037.protonmail.ch; dkim=pass (2048-bit key)
 header.d=linkedin.com header.i=@linkedin.com header.b="fGXKR+k3"; dkim=pass (1024-bit
 key) header.d=maile.linkedin.com header.i=@maile.linkedin.com header.b="Ezh8mXv9"
Received: from maile-be.linkedin.com (maile-be.linkedin.com [108.174.3.205]) (using
 TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits)) (No client certificate
 requested) by mailin037.protonmail.ch (Postfix) with ESMTPS id 4P8rSL15tnz9vNPj for
 <MattGuertin@Protonmail.com>; Sun,
 5 Feb 2023 13:52:49 +0000 (UTC)
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=linkedin.com; s=d2048-201806-01;
 t=1675605169; bh=HvBPaS2CdA4Dww5LyEaNTna7Xt/eH+SUe5YMnEvFlsE=;
 h=From:Subject:MIME-Version:Content-Type:To:Date:X-LinkedIn-Class:
  X-LinkedIn-Template:X-LinkedIn-fbl;
 b=fGXKR+k3BhBvHvItlfBobItPbSkHSQJqkwzN8ZKWgzbwG/CdSaippIAJrb79MkjQK
  MDQf7oCR9i++bipbZbxS/hB6+kh3frfIUusDkUQRleMgYRL9OUwCM9n+JTtqT3S9iu
  bn9Fn0n6gOFXYHGSdGW81Mmwnasry4lkh8FvnPN4Jjvs9seLCWXnIsR+ucgH3MEcJ3
  Nn+vI1sLfV1BOGGiPohRg+itPCzzxMyOdTDozApdIeK+HRBP5LBa+UGJbJd3jatyOm
  U1mUpdwMuB4kxZVMZAcgKVVF9+lMIOrXvXz1kVuKHfq9xtSDnESngzPVPVOvNNf6DP
  xWJN7VdixHlgA==
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=maile.linkedin.com;
 s=proddkim1024; t=1675605169; bh=HvBPaS2CdA4Dww5LyEaNTna7Xt/eH+SUe5YMnEvFlsE=;
 h=From:Subject:MIME-Version:Content-Type:To:Date:X-LinkedIn-Class:
  X-LinkedIn-Template:X-LinkedIn-fbl;
 b=Ezh8mXv9c+ctlaRzjmrwHRUfOkVndkRCe5Rc5PMGwmVagGwINmZkAWTKY2l38BUoj
  EkDaee/b3FEOBVDO/lCrbAVRGlkmal4gDIQttNCQGNekaOvU7i5iNJ4n3blU4LICHb
  +Ahnn53TIDHVmJqNlWSxmIyLgIC2OrP53ERTMHNs=
From: LinkedIn <notifications-noreply@linkedin.com>
Message-Id: <1604078708.10800490.1675605169397@lor1-app92452.prod.linkedin.com>
Subject: You appeared in 6 searches this week
Mime-Version: 1.0
Content-Type: text/html
To: Matt Guertin <MattGuertin@Protonmail.com>
Date: Sun, 5 Feb 2023 13:52:49 +0000 (UTC)
X-Linkedin-Class: EMAIL-DEFAULT
X-Linkedin-Template: email_notification_single_search_appearance_01
X-Linkedin-Fbl: m2-
asu6c76h9z9q1r0hmpdy6gspy85upg1f8c9k850271wx8tok6sgfx2c6b4gllvu0oyje1fwuwcqr3lmlhj4hrae0l5z5m9rfeh0mq
X-Linkedin-Id: 5kegzu-ldrg1yp9-ku
List-Unsubscribe: <https://www.linkedin.com/comm/psettings/email-unsubscribe?lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3BOmMNeSVdR0qYykxL%2F4tbRA%3D%3D&midToken=AQHC-
TETmN460w&midSig=1wBfhPQq7w8aE1&trk=eml-email_notification_single_search_appearance_01-unsub-0-unsub&trkEmail=eml-
email_notification_single_search_appearance_01-unsub-0-unsub-null-5kegzu~ldrg1yp9~ku-null-null&eid=5kegzu-ldrg1yp9-
ku&loid=AQFQ-h7E6wwxCgAAAYYh2dK_zfwuMrg26tdl0NVRr9NGX1kOBjNozPmGA6-
eWkf937cN3BeZpgqeIdf5pt8lq0bBVfNlOAZfmA2IAxgc6KLEg7urcBaV>
Require-Recipient-Valid-Since: MattGuertin@Protonmail.com; Tue, 24 Nov 2020 23:03:31 +0000
X-Rspamd-Queue-Id: 4P8rSL15tnz9vNPj
X-Spamd-Result: default: False [-11.90 / 25.00];

Exhibit C | Index 30 | p. 189

WHITELIST_DMARC(-7.00)[linkedin.com:D:+];
WHITELIST_SPF_DKIM(-3.00)[linkedin.com:d:+,linkedin.com:s:+]; BAYES_HAM(-0.99)[87.10%];
DMARC_POLICY_ALLOW(-0.50)[linkedin.com,reject];
R_DKIM_ALLOW(-0.20)[linkedin.com:s=d2048-201806-01,maile.linkedin.com:s=proddkim1024];
R_SPF_ALLOW(-0.20)[+ip4:108.174.3.0/24:c];
MIME_GOOD(-0.10)[multipart/alternative,text/plain]; MANY_INVISIBLE_PARTS(0.10)[2];
HAS_LIST_UNSUB(-0.01)[]; RCVD_COUNT_ZERO(0.00)[0]; ASN(0.00)[asn:55163,
ipnet:108.174.3.0/24, country:US]; NEURAL_HAM(-0.00)[-1.000];
MIME_TRACE(0.00)[0:+,1:+,2:~]; TO_DN_ALL(0.00)[];
FROM_NEQ_ENVFROM(0.00)[notifications-noreply@linkedin.com,s-
2pqttuk5s4tc3i6axbshgvbaedomvwex9c41c2pfb0y5jy3wqq9dsaid@bounce.linkedin.com];
FROM_HAS_DN(0.00)[]; DKIM_TRACE(0.00)[linkedin.com:+,maile.linkedin.com:+];
TO_MATCH_ENVRCPT_ALL(0.00)[]; MID_RHS_MATCH_FROMTLD(0.00)[]; RCPT_COUNT_ONE(0.00)[1];
ARC_NA(0.00)[]
X-Rspamd-Server: cp5-mailin-037.plabs.ch
X-Pm-Spam: 0yezJI6cihyJeYR3pi42biOpJJvbmsCIeI1msjN3X3blJp7IjBlNIIojtx4CMCLSJ
I6UyxTELLkjsSBlI0TiQ0yOiiCwMUJFPQ9FRkUEVNUSUOU9SIojwfJCLGZiVdfdWmW5abIy6QJye
kUE9p7IjfnBIcB3h6ISbCMw4ExMDzTIMNAj55IzNTMxEk1MTtCJLbR2lp9FbHZigB9OjsX0fINny
iQWaiO2IRmM2ijRYMRzhxgjYTN1kEwY2iTJONYDiiwSf2ciEsiOnfXNacB3h6ISbCMiwNvc2imUc
OAjsjNnI3blJI6ZCuTALMwSiwVmc3b0Jp7IjDlJIVRkff5USVTQNtFSUy0gXIpjbuATLCMiwA4MT
3jELN4CzwIjLSNsBN0aXgWQZa4Wguw2dWbpFNwbHlWtaL5mldJCdCLGJxfU0MEVST91Of50TlREF
8xTlbjpIM4CwiwSX1UGBBBX1i1MUOsltw4CMSXiwRNSFNF9TRNVTFdUQjIbp4wMCiSwXRtEJW9VT
UQJx9FRF6iIRW0ywdFjLCLEJlNS0B1ZXTlEEbpjITLuA0sMVLkRIS1UfHI0UkTEVpbIjxC4MXwSi
JtERVTW9xJQUBF9RVIS6w0yWjLdFJILCPUxRX50PPR0XUTJFI6TiuzAWM1V9fX0=
X-Pm-Origin: external
X-Pm-Transfer-Encryption: TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits)
X-Pm-Content-Encryption: on-delivery
X-Pm-Spamscore: 0
X-Pm-Spam-Action: inbox

Exhibit C | Index 30 | p. 190

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

# You appeared in 25 searches



From LinkedIn <notifications-noreply@linkedin.com>

To      mattguertin<MattGuertin@Protonmail.com>

Date    Thursday, July 20th, 2023 at 8:53 PM





## You appeared in 25 **search**es this week

  

You were found by people from these companies

See all **search**es

## Never miss an update with the LinkedIn app

 

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

Linked**in**

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Exhibit C | Index 30 | p. 191

**07/20/2023 – LinkedIn Automated Email - HTML**

**Indicates a search was condcted for Matthew D Guertin's 'MattGuertin612' LinkedIn profile by:**
**'State of Rhode Island'**

<html xmlns="http://www.w3.org/1999/xhtml" lang="en" xml:lang="en"> <head> <meta http-equiv="Content-Type" content="text/html;charset=utf-8"> <meta name="HandheldFriendly" content="true"> <meta name="viewport" content="width=device-width; initial-scale=0.666667; user-scalable=0"> <meta name="viewport" content="width=device-width"> <title></title> <style>
    @media (max-width: 512px) { .mercado-container { width: 100% !important; } }
    </style> <style>
    .full-width-button, .full-width-button table { display: none; } @media (max-width: 320px) { .inline-button,
    .inline-button table { display: none !important; } .full-width-button, .full-width-button table { display:
    table !important; } }
    </style> <style>body {font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue',
    'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji',
    'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;}</style>

<!--[if mso]><style type="text/css"> </style><![endif]--> <!--[if IE]><style type="text/css"> </style><![endif]--> <style>
**\*\*\*CSS STYLE TAGS ARE OMMITTED\*\*\***
</style></head>

<body dir="ltr" class="font-sans bg-color-background-canvas w-full m-0 p-0 pt-1" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; margin: 0px; width: 100%; background-color: #f3f2f0; padding: 0px; padding-top: 8px; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <div class="h-0 opacity-0 text-transparent invisible overflow-hidden w-0 max-h-[0]" style="visibility: hidden; height: 0px; max-height: 0; width: 0px; overflow: hidden; opacity: 0; mso-hide: all;" data-email-preheader="true">You appeared in 25 searches this week</div> <div class="h-0 opacity-0 text-transparent invisible overflow-hidden w-0 max-h-[0]" style="visibility: hidden; height: 0px; max-height: 0; width: 0px; overflow: hidden; opacity: 0; mso-hide: all;">

                                    </div> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding align="center" class="mercado-container w-[512px] max-w-[512px] mx-auto my-0 p-0 bg-color-background-container" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin-left: auto; margin-right: auto; margin-top: 0px; margin-bottom: 0px; width: 512px; max-width: 512px; background-color: #ffffff; padding: 0px;"> <tbody> <tr> <td class="text-center p-3" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding: 24px; text-align: center;"> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" class="min-w-full" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; min-width: 100%;"> <tbody> <tr> <td align="left" valign="middle" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <a href="https://www.linkedin.com/comm/feed/?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BX7cJqkUWTFyoFbAYXDpYhg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=0y6swpdIfhMWQ1&amp;trk=eml-email_notification_single_search_appearance_01-header-0-home_glimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-header-0-home_glimmer-null-5kegzu~lkbxg4d1~4o-null-null&amp;eid=5kegzu-lkbxg4d1-4o" target="_blank" class="w-[84px]" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; width: 84px;"> <img class="block" alt="LinkedIn" src="https://www.linkedin.com/comm/dms/logo?badgeTheme=mercado&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BX7cJqkUWTFyoFbAYXDpYhg%3D%3D&amp;midSig=0y6swpdIfhMWQ1&amp;midToken=AQHC-TETmN460w&amp;trkEmail=eml-email_notification_single_search_appearance_01-null-0-comms%7Ebadging%7Edynamic%7Eglimmer-null-5kegzu%7Elkbxg4d1%7E4o-null-null&amp;trk=eml-email_notification_single_search_appearance_01-null-0-comms%7Ebadging%7Edynamic%7Eglimmer&amp;_sig=2svSeWylfhMWQ1" data-test-header-dynamic-badging-img style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; display: block;"> </a> </td> <td valign="middle" align="right" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" data-test-header-profile style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <tbody> <tr> <td align="right" valign="middle" class="w-[32px]" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; width: 32px;" width="32"> <a href="https://www.linkedin.com/comm/in/mattguertin612?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BX7cJqkUWTFyoFbAYXDpYhg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=0y6swpdIfhMWQ1&amp;trk=eml-email_notification_single_search_appearance_01-header-0-profile_glimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-header-0-profile_glimmer-null-

Exhibit C | Index 30 | p. 192

5kegzu~lkbxg4d1~4o-null-null&amp;eid=5kegzu-lkbxg4d1-4o" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img alt="Matt Guertin" src="https://media.licdn.com/dms/image/C4D03AQFuztpWL3dv8Q/profile-displayphoto-shrink_200_200/0/1606245239068? e=1695254400&amp;v=beta&amp;t=ZpUIfFQCKJgvxk68fU7jodDVZrDWTiWjRi_iVY-z_LI" class="rounded-[100%] w-[32px] h-[32px]" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; height: 32px; width: 32px; border-radius: 100%;" width="32" height="32"> </a> </td> </tr> </tbody> </table> </td> </tr> </tbody> </table> </td> </tr> <tr> <td class="px-3 pb-3" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-left: 24px; padding-right: 24px; padding-bottom: 24px;"> <div> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <tbody> <tr> <td class="text-display-sm font-semibold leading-regular text-system-gray-90 text-center" style="margin: 0; text-align: center; font-size: 24px; font-weight: 600; line-height: 1.25; color: #282828;"> You appeared in 25 searches this week </h1> </td> </tr> <tr> <td class="pt-3" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-top: 24px;"> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <tbody> <tr> <td class="text-center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; text-align: center;"> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="auto" align="center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <tbody> <tr> <td class=" w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width: 48px;" width="48"> <a href="https://www.linkedin.com/comm/company/national-association-of-personal-financial-advisors?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BX7cJqkUWTFyoFbAYXDpYhg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=0y6swpdIfhMWQ1&amp;trk=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~lkbxg4d1~4o-null-null&amp;eid=5kegzu-lkbxg4d1-4o" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/C560BAQECyiQ2sfqpMA/company-logo_100_100/0/1658968776025? e=2147483647&amp;v=beta&amp;t=yj1Cgc5uUwUj8h7VTYqGH2rIKZHpaptPbfJ5-U4A4o4" alt="National Association of Personal Financial Advisors" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width: 48px; padding-left: 8px;" width="48"> <a href="**https://www.linkedin.com/comm/company/state-of-rhode-island**?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BX7cJqkUWTFyoFbAYXDpYhg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=0y6swpdIfhMWQ1&amp;trk=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~lkbxg4d1~4o-null-null&amp;eid=5kegzu-lkbxg4d1-4o" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/C4E0BAQH3J3j4YBrWZg/company-logo_100_100/0/1580334092501? e=2147483647&amp;v=beta&amp;t=9RhD6ktqAhR3xnTSygFW1rgmoEFLLqOQ7I_optN5D6Y" alt="**State of Rhode Island**" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width: 48px; padding-left: 8px;" width="48"> <a href="https://www.linkedin.com/comm/company/sales-xceleration?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BX7cJqkUWTFyoFbAYXDpYhg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=0y6swpdIfhMWQ1&amp;trk=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~lkbxg4d1~4o-null-null&amp;eid=5kegzu-lkbxg4d1-4o" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/C4D0BAQH52KSIIvVg9g/company-logo_100_100/0/1519911163027? e=2147483647&amp;v=beta&amp;t=fLxMAH44iFUBAuboEZHByOZHmBZGe-7PpztQdeYKtck" alt="Sales Xceleration®" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width: 48px; padding-left: 8px;" width="48"> <a href="https://www.linkedin.com/comm/company/samsung-ads?lipi=urn%3Ali%3Apage

Exhibit C | Index 30 | p. 193

%3Aemail_email_notification_single_search_appearance_01%3BX7cJqkUWTFyoFbAYXDpYhg%3D%3D&midToken=AQHC-
TETmN460w&midSig=0y6swpdIfhMWQ1&trk=eml-email_notification_single_search_appearance_01-
search_appearance_card-0-organization_logo&trkEmail=eml-email_notification_single_search_appearance_01-
search_appearance_card-0-organization_logo-null-5kegzu~lkbxg4d1~4o-null-null&eid=5kegzu-lkbxg4d1-4o" target="_blank"
style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust:
100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block"
src="https://media.licdn.com/dms/image/C560BAQG-m6P7gwY0Yw/company-logo_100_100/0/1638937979546?
e=2147483647&v=beta&t=XhP0uh4_Sd5laMNVwi8XmnXOEpJA5PcB098XL4Zg0UM" alt="Samsung Ads" style="outline:
none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df;
display: block !important;" width="48" height="48"> </a> </td> </tr> </tbody> </table> </td> </tr> <tr> <td class="pt-2 text-md
leading-regular text-center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace:
0pt; padding-top: 16px; text-align: center; font-size: 16px; line-height: 1.25;"> You were found by people from these companies </td>
</tr> <tr> <td class="pt-2 text-center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-
table-rspace: 0pt; padding-top: 16px; text-align: center;"> <table role="presentation" valign="top" border="0" cellspacing="0"
cellpadding="0" width="100%" data-test-id="email-button" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-
table-lspace: 0pt; mso-table-rspace: 0pt;"> <tbody> <tr> <td valign="middle" align="middle" style="-webkit-text-size-adjust: 100%; -ms-
text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <a href="https://www.linkedin.com/comm/me/search-
appearances/?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BX7cJqkUWTFyoFbAYXDpYhg
%3D%3D&midToken=AQHC-TETmN460w&midSig=0y6swpdIfhMWQ1&trk=eml-
email_notification_single_search_appearance_01-search~appearance~card-0-see~all~searches~button&trkEmail=eml-
email_notification_single_search_appearance_01-search~appearance~card-0-see~all~searches~button-null-5kegzu~lkbxg4d1~4o-null-
null&eid=5kegzu-lkbxg4d1-4o" target="_blank" aria-label="See all searches" style="color: #0a66c2; cursor: pointer; display: inline-
block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <table role="presentation" valign="top"
border="0" cellspacing="0" cellpadding="0" width="auto" class="border-separate" style="-webkit-text-size-adjust: 100%; -ms-text-size-
adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; border-collapse: separate;"> <tbody> <tr> <td class="btn-md btn-primary
border-color-brand button-link leading-regular !min-h-[auto] !shadow-none border-1 border-solid" style="-webkit-text-size-adjust: 100%;
-ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; height: min-content; border-radius: 24px; padding-top: 12px;
padding-bottom: 12px; padding-left: 24px; padding-right: 24px; text-align: center; font-size: 16px; font-weight: 600; cursor: pointer; text-
decoration-line: none; background-color: #0a66c2; color: #ffffff; border-width: 1px; border-style: solid; border-color: #0a66c2; line-
height: 1.25; min-height: auto !important; box-shadow: 0 0 #0000, 0 0 #0000, 0 0 #0000 !important;"> <a
href="https://www.linkedin.com/comm/me/search-appearances/?lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3BX7cJqkUWTFyoFbAYXDpYhg%3D%3D&midToken=AQHC-
TETmN460w&midSig=0y6swpdIfhMWQ1&trk=eml-email_notification_single_search_appearance_01-
search~appearance~card-0-see~all~searches~button&trkEmail=eml-email_notification_single_search_appearance_01-
search~appearance~card-0-see~all~searches~button-null-5kegzu~lkbxg4d1~4o-null-null&eid=5kegzu-lkbxg4d1-4o"
target="_blank" tabindex="-1" aria-hidden="true" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -
webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <span class="no-underline text-white" style="color: #ffffff; text-decoration-
line: none;"> See all searches </span> </a> </td> </tr> </tbody> </table> </a> </td> </tr> </tbody>
</table> </td> </tr> </tbody> </table> </div> </td> </tr> <tr> <td class="bg-color-background-canvas p-3" style="-webkit-text-size-
adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; background-color: #f3f2f0; padding: 24px;">
<table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:
100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <tbody> <tr> <td class="text-center pb-2" style="-
webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-bottom: 16px; text-
align: center;"> <h2 class="text-lg" style="margin: 0; font-weight: 500; font-size: 20px;"> Never miss an update with the LinkedIn app
</h2> </td> </tr> <tr> <td class="text-center" data-test-id="footer-app-store-icon" style="-webkit-text-size-adjust: 100%; -ms-text-size-
adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; text-align: center;"> <a
href="https://itunes.apple.com/us/app/linkedin/id288429040?pt=10746&ct=st_appsite_flagship&mt=8" target="_blank"
rel="noopener noreferrer" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust:
100%; -ms-text-size-adjust: 100%;"> <img alt="Download on the App Store"
src="https://static.licdn.com/aero-v1/sc/h/76yzkd0h5kiv27lrd4yaenylk" class="h-[40px] w-[120px] pr-1" style="outline: none; text-
decoration: none; -ms-interpolation-mode: bicubic; height: 40px; width: 120px; padding-right: 8px;" width="120" height="40"> </a> <a
href="https://play.google.com/store/apps/details?id=com.linkedin.android&referrer=st_appsite_flagship" target="_blank"
rel="noopener noreferrer" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust:
100%; -ms-text-size-adjust: 100%;"> <img alt="Get it on Google Play"
src="https://static.licdn.com/aero-v1/sc/h/142qudwblp58zwmc9vkqfplug" class="h-[40px] w-[134px]" style="outline: none; text-
decoration: none; -ms-interpolation-mode: bicubic; height: 40px; width: 134px;" width="134" height="40"> </a> </td> </tr> <tr> <td
class="py-2" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-
top: 16px; padding-bottom: 16px;"><hr class="border-none bg-[#e0dfdd] h-[1px]" style="height: 1px; border-style: none; background-
color: #e0dfdd;"></td> </tr> </tbody> </table> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0"

Exhibit C | Index 30 | p. 194

width="100%" class="text-xs" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-size: 12px;"> <tbody> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;"> This email was intended for Matt Guertin (Creative Technologist) </td> </tr> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;"> <a href="https://www.linkedin.com/help/linkedin/answer/4788? lang=en&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BX7cJqkUWTFyoFbAYXDpYhg %3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=0y6swpdIfhMWQ1&amp;trk=eml-email_notification_single_search_appearance_01-SecurityHelp-0-footerglimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-SecurityHelp-0-footerglimmer-null-5kegzu~lkbxg4d1~4o-null-null&amp;eid=5kegzu-lkbxg4d1-4o" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust:
 100%;">Learn why we included this.</a> </td> </tr> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;">You are receiving LinkedIn notification emails.</td> </tr> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;"> <a href="https://www.linkedin.com/psettings/email-unsubscribe? lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3BX7cJqkUWTFyoFbAYXDpYhg%3D %3D&amp;midToken=AQHC-TETmN460w&amp;midSig=0y6swpdIfhMWQ1&amp;trk=eml-email_notification_single_search_appearance_01-unsubscribe-0-footerGlimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-unsubscribe-0-footerGlimmer-null-5kegzu~lkbxg4d1~4o-null-null&amp;eid=5kegzu-lkbxg4d1-4o&amp;loid=AQEan_WvBOdscQAAAYl2JtGOQ5nYhdXdcRYZF6HqDAe__kGNbL4zIJtLR4mMMn2rdHh2p3SxuKkugp2PW0rs5EU fonRs2-UlUdSOcqAn1xYe2xHzt1Sx" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;">Unsubscribe</a>  ·  <a href="https://www.linkedin.com/help/linkedin/answer/67?lang=en&amp;lipi=urn%3Ali%3Apage %3Aemail_email_notification_single_search_appearance_01%3BX7cJqkUWTFyoFbAYXDpYhg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=0y6swpdIfhMWQ1&amp;trk=eml-email_notification_single_search_appearance_01-help-0-footerglimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-help-0-footerglimmer-null-5kegzu~lkbxg4d1~4o-null-null&amp;eid=5kegzu-lkbxg4d1-4o" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;">Help</a> </td> </tr> <tr> <td class="pb-1" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-bottom: 8px;"> <a href="https://www.linkedin.com/comm/feed/?lipi=urn%3Ali%3Apage %3Aemail_email_notification_single_search_appearance_01%3BX7cJqkUWTFyoFbAYXDpYhg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=0y6swpdIfhMWQ1&amp;trk=eml-email_notification_single_search_appearance_01-footer-0-logoGlimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-footer-0-logoGlimmer-null-5kegzu~lkbxg4d1~4o-null-null&amp;eid=5kegzu-lkbxg4d1-4o" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img src="https://static.licdn.com/aero-v1/sc/h/9ehe6n39fa07dc5edzv0rla4e" alt="LinkedIn" class="block h-[14px] w-[56px] image-rendering-crisp" style="outline: none; text-decoration: none; image-rendering: -moz-crisp-edges; image-rendering: -o-crisp-edges; image-rendering: -webkit-optimize-contrast; image-rendering: crisp-edges; -ms-interpolation-mode: nearest-neighbor; display: block; height: 14px; width: 56px;" width="56" height="14"> </a> </td> </tr> <tr> <td data-test-copyright-text style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> © 2023 LinkedIn Corporation, 1&zwnj;000 West Maude Avenue, Sunnyvale, CA 94085. <span data-test-trademarks-text> LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn. </span> </td> </tr> </tbody> </table> </td> </tr> </tbody> </table> <img alt role="presentation" src="https://www.linkedin.com/emimp/ip_Tld0bFozcDFMV3hyWW5obk5HUXhMVFJ2OlpXMWhhV3hmYm05MGFXWnBZMkYwY Vc5dVgzTnBibWRzWlY5elpXRnlZMmhmWVhCd1pXRnlZVzVqWlY4d01RPT06.gif" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; width: 1px; height: 1px;" width="1" height="1"> </body> </html>

Exhibit C | Index 30 | p. 195

**07/20/2023 – LinkedIn Automated Email – PGP EMAIL HEADER**

Return-Path: <s-2q1j927sxz60m5auiukpy0eer2f53bctt5b4v5ytqa7hctc5qfag8v35@bounce.linkedin.com>
X-Original-To: MattGuertin@Protonmail.com
Delivered-To: MattGuertin@protonmail.com
Authentication-Results: mailin035.protonmail.ch; dkim=pass (Good 2048
  bit rsa-sha256 signature) header.d=linkedin.com header.a=rsa-sha256;
  dkim=pass (Good 1024 bit rsa-sha256 signature)
  header.d=maile.linkedin.com header.a=rsa-sha256
Authentication-Results: mailin035.protonmail.ch; dmarc=pass (p=reject dis=none)
 header.from=linkedin.com
Authentication-Results: mailin035.protonmail.ch; spf=pass
 smtp.mailfrom=bounce.linkedin.com
Authentication-Results: mailin035.protonmail.ch; arc=none smtp.remote-ip=108.174.0.203
Authentication-Results: mailin035.protonmail.ch; dkim=pass (2048-bit key)
 header.d=linkedin.com header.i=@linkedin.com header.b="VaHx/lKM"; dkim=pass (1024-bit
 key) header.d=maile.linkedin.com header.i=@maile.linkedin.com header.b="NEbslqrG"
Received: from maile-hc.linkedin.com (maile-hc.linkedin.com [108.174.0.203]) (using
 TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits)) (No client certificate
 requested) by mailin035.protonmail.ch (Postfix) with ESMTPS id 4R6Xdc6gXsz9vNPy for
 <MattGuertin@Protonmail.com>; Fri, 21 Jul 2023 01:53:24 +0000 (UTC)
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=linkedin.com; s=d2048-201806-01;
 t=1689904403; bh=VcViPWRqbBooW6SfJE71e3LpT/Bf7td6vZXaGv2/PA0=;
 h=From:Subject:MIME-Version:Content-Type:To:Date:X-LinkedIn-Class:
  X-LinkedIn-Template:X-LinkedIn-fbl;
 b=VaHx/lKMGehHOsqebT0FaeTjt5H06vNzLi2Tp/AwnYWL806PQKIF11w/MRnD+WUzV
  UPdjPRU8Z3c1MAoNMm9ijPYNbzCN87X1XMPZoJJiBGsTxePGsRgX7Eo+nNV1B+Ny9n
  S1raUvMhF4WxS+blYG6omuubDfibmggzisbPIIrcJl9lFm2o5wIt8O8dt5sDymn+dk
  05YSAgqTOnM/Oc1IVEayYTiHeELbAkuLFGzAV+GjpLuOZnJ+uUEqs+lxMUdz4fSNrK
  zUKdEGQRScaTUdsAf7rPEt9hPlWkn7YPwMDawpmbxP9M3cSrbd8xn0abgyDNm99Vbv
  hIWl792+FkJ9A==
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=maile.linkedin.com;
 s=proddkim1024; t=1689904403; bh=VcViPWRqbBooW6SfJE71e3LpT/Bf7td6vZXaGv2/PA0=;
 h=From:Subject:MIME-Version:Content-Type:To:Date:X-LinkedIn-Class:
  X-LinkedIn-Template:X-LinkedIn-fbl;
 b=NEbslqrGB0MWZxQhJiEHa0lvhDnG0gRSPgXE3/22OYxe4UL3copuZj1CROpopmieE
  p/Ad2pKHnX+pZLe+vtKu45yc6ubDwCHRC5DUdHCoLyS1PvzRNNNcIVCRqRuMmFp4Te
  WwTYmsqSWLmB4+PNCt5iaM8onZ21N9odm7TIX7YQ=
From: LinkedIn <notifications-noreply@linkedin.com>
Message-Id: <1943638557.13902845.1689904403157@lor1-app52825.prod.linkedin.com>
Subject: You appeared in 25 searches
Mime-Version: 1.0
Content-Type: text/html
To: Matt Guertin <MattGuertin@Protonmail.com>
Date: Fri, 21 Jul 2023 01:53:23 +0000 (UTC)
X-Linkedin-Class: EMAIL-DEFAULT
X-Linkedin-Template: email_notification_single_search_appearance_01
X-Linkedin-Fbl: m2-at00k16lle9iguaempkmehi3xvucqjxglkrhrjal81mjwo24ol1ewdwff8kc4yx80blrwgi6evrg9z2yxjti28par0kcq4sb34hc36
X-Linkedin-Id: 5kegzu-lkbxg4d1-4o
List-Unsubscribe: <https://www.linkedin.com/comm/psettings/email-unsubscribe?lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3BX7cJqkUWTFyoFbAYXDpYhg%3D%3D&midToken=AQHC-
TETmN460w&midSig=0y6swpdIfhMWQ1&trk=eml-email_notification_single_search_appearance_01-unsub-0-unsub&trkEmail=eml-
email_notification_single_search_appearance_01-unsub-0-unsub-null-5kegzu~lkbxg4d1~4o-null-null&eid=5kegzu-lkbxg4d1-
4o&loid=AQEan_WvBOdscQAAAYl2JtGOQ5nYhdXdcRYZF6HqDKe__kGNbL4zIJtLR4mMMn2rdHh2p3SxuKkugp2PW0rs5EUfonRs
2-UlUdSOcqAn1xYe2xHzt1Sx>
Require-Recipient-Valid-Since: MattGuertin@Protonmail.com; Tue, 24 Nov 2020 23:03:31 +0000
X-Rspamd-Queue-Id: 4R6Xdc6gXsz9vNPy
X-Rspamd-Server: cp5-mailin-035.plabs.ch
X-Spamd-Result: default: False [-13.91 / 25.00];
 WHITELIST_DMARC(-7.00)[linkedin.com:D:+];

Exhibit C | Index 30 | p. 196

WHITELIST_SPF_DKIM(-3.00)[linkedin.com:d:+,linkedin.com:s:+]; BAYES_HAM(-3.00)[99.99%];
DMARC_POLICY_ALLOW(-0.50)[linkedin.com,reject];
R_DKIM_ALLOW(-0.20)[linkedin.com:s=d2048-201806-01,maile.linkedin.com:s=proddkim1024];
R_SPF_ALLOW(-0.20)[+ip4:108.174.0.0/24:c];
MIME_GOOD(-0.10)[multipart/alternative,text/plain]; MANY_INVISIBLE_PARTS(0.10)[2];
HAS_LIST_UNSUB(-0.01)[]; RCVD_COUNT_ZERO(0.00)[0]; ASN(0.00)[asn:14413,
ipnet:108.174.0.0/24, country:US]; NEURAL_HAM(-0.00)[-1.000];
MIME_TRACE(0.00)[0:+,1:+,2:~]; TO_DN_ALL(0.00)[];
FROM_NEQ_ENVFROM(0.00)[notifications-noreply@linkedin.com,s-
2q1j927sxz60m5auiukpy0eer2f53bctt5b4v5ytqa7hctc5qfag8v35@bounce.linkedin.com];
FROM_HAS_DN(0.00)[]; DKIM_TRACE(0.00)[linkedin.com:+,maile.linkedin.com:+];
TO_MATCH_ENVRCPT_ALL(0.00)[]; MID_RHS_MATCH_FROMTLD(0.00)[]; RCPT_COUNT_ONE(0.00)[1];
ARC_NA(0.00)[]
X-Rspamd-Action: no action
X-Pm-Spam: 0yezJI6cihyJeYR3pi42biOpJJvbmsCIeI1msjN3X3blJp7IjBlNIIojty4CMCLSJ
I6UyzTELLkjxQJCLkUE9otIjszAMIBlSfR0TFUFJlDREPElVTIi6iwCM2XlRVnYnu2lXZ8miisnO
FUPJI6RCwyJeXN3wi0WYjOuAA1MD4TANMgT51UTNjM3UU5NTpCJLbFWnu9VZWYl1oiIj0HNaYNWr
lN3XWbflJzb22XJZZRWfyAjMzM2AUiMTyCJLd5WftFmbSZ6IFsImmC1bZFW0lJXdycsI1hImfWxa
YF20vdWZncflFtbm6SIZINlPBl0QCTsI1hImfWxaYF20vdWZncflJvcH6iIYM4C50czNzM9l0sfX
ynNIaQWi2IiOGN5IUxZT0jMNYImwlNGNjM0cI5OWiWQZfwSiiE2cnOisNfaXh3BcbIS6iwCM2cvN
UicmsjAOINnjlJ3bCZ6IAuLTiiwMcVmw0J3bjI7pJDIlfkRVS5UfQNVTUSFtg1X0bjpIM4CwxICL
DMugc0MTujALMAjzpxGI3clRBpZC3iBbb5CtslWY3cpBUua20mVbI0lsQNIllRQ9NTQVbjpILATu
s0FMllQN9IRlPUxRXB1BiM1UlOts4wMCiSwXSRFNN9FTVRTNdFQUbjpIM4CwiwSXERJt9WTVJUxQ
RIC6w0yWjLdFJELCN0lSXN1JF50RCR6IAuWzsV0MIRkLf1USkVMFRfSUiUYROsltx4CMSXiwtJRE
WV9TQxUJB9FRSV6I0wWydjFLLJCSEZ1Q0XOl1TX0LElUR9VX6ICTzWuA0sMFflRIUN0DPJ0XFRfl
VYVEMF9VS5UFbpjITLuA19MFfX0=
X-Pm-Origin: external
X-Pm-Transfer-Encryption: TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits)
X-Pm-Content-Encryption: on-delivery
X-Pm-Spamscore: 0
X-Pm-Spam-Action: inbox

Exhibit C | Index 30 | p. 197

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

## You appeared in 7 searches

From LinkedIn <notifications-noreply@linkedin.com>

To        mattguertin<MattGuertin@Protonmail.com>

Date      Thursday, August 3rd, 2023 at 8:53 PM







## You appeared in 7 **searches** this week

    

You were found by people from these companies

See all **searches**

## Never miss an update with the LinkedIn app

 

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

**Linked**in

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Exhibit C | Index 30 | p. 198

**08/03/2023 – LinkedIn Automated Email - HTML**

**Indicates a search was condcted for Matthew D Guertin's 'MattGuertin612' LinkedIn profile by:**
**'Defense Advanced Research Projects Agency (DARPA)'**
**'Defense Intelligence Agency'**
**'U.S. Indo-Pacific Command'**

<html xmlns="http://www.w3.org/1999/xhtml" lang="en" xml:lang="en"> <head> <meta http-equiv="Content-Type" content="text/html;charset=utf-8"> <meta name="HandheldFriendly" content="true"> <meta name="viewport" content="width=device-width; initial-scale=0.666667; user-scalable=0"> <meta name="viewport" content="width=device-width"> <title></title> <style>
    @media (max-width: 512px) { .mercado-container { width: 100% !important; } }
    </style> <style>
    .full-width-button, .full-width-button table { display: none; } @media (max-width: 320px) { .inline-button,
    .inline-button table { display: none !important; } .full-width-button, .full-width-button table { display:
    table !important; } }
    </style> <style>body {font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue',
    'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji',
    'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;}</style>

<!--[if mso]><style type="text/css"> </style><![endif]--> <!--[if IE]><style type="text/css"> </style><![endif]--> <style>
**\*\*\*CSS STYLE TAGS ARE OMMITTED\*\*\***
**</style></head>**

</style></head> <body dir="ltr" class="font-sans bg-color-background-canvas w-full m-0 p-0 pt-1" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; margin: 0px; width: 100%; background-color: #f3f2f0; padding: 0px; padding-top: 8px; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <div class="h-0 opacity-0 text-transparent invisible overflow-hidden w-0 max-h-[0]" style="visibility: hidden; height: 0px; max-height: 0; width: 0px; overflow: hidden; opacity: 0; mso-hide: all;" data-email-preheader="true">You appeared in 7 searches this week</div> <div class="h-0 opacity-0 text-transparent invisible overflow-hidden w-0 max-h-[0]" style="visibility: hidden; height: 0px; max-height: 0; width: 0px; overflow: hidden; opacity: 0; mso-hide: all;">
                                        </div> <table role="presentation" valign="top" border="0" width="512" align="center" class="mercado-container w-[512px] max-w-[512px] mx-auto my-0 p-0 bg-color-background-container" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin-left: auto; margin-right: auto; margin-top: 0px; margin-bottom: 0px; width: 512px; max-width: 512px; background-color: #ffffff; padding: 0px;"> <tbody> <tr> <td class="text-center p-3" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding: 24px; text-align: center;"> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" class="min-w-full" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; min-width: 100%;"> <tbody> <tr> <td align="left" valign="middle" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <a href="https://www.linkedin.com/comm/feed/?lipi=urn %3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3Bu3yZaBM3QPKkv%2FaoKO8cXA%3D 3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1qDblHiEih4GU1&amp;trk=eml-email_notification_single_search_appearance_01-header-0-home_glimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-header-0-home_glimmer-null-5kegzu~lkvxm1ol~n1-null-null&amp;eid=5kegzu-lkvxm1ol-n1" target="_blank" class="w-[84px]" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; width: 84px;"> <img class="block" alt="LinkedIn" src="https://www.linkedin.com/comm/dms/logo?badgeTheme=mercado&amp;lipi=urn%3Ali%3Apage %3Aemail_email_notification_single_search_appearance_01%3Bu3yZaBM3QPKkv%2FaoKO8cXA%3D 3D&amp;midSig=1qDblHiEih4GU1&amp;midToken=AQHC-TETmN460w&amp;trkEmail=eml-email_notification_single_search_appearance_01-null-0-comms%7Ebadging%7Edynamic%7Eglimmer-null-5kegzu%7Elkvxm1ol %7En1-null-null&amp;trk=eml-email_notification_single_search_appearance_01-null-0-comms%7Ebadging%7Edynamic %7Eglimmer&amp;_sig=3Cy2Mhnkmh4GU1" data-test-header-dynamic-badging-img style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; display: block;"> </a> </td> <td valign="middle" align="right" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" data-test-header-profile style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <tbody> <tr> <td align="right" valign="middle" class="w-[32px]" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; width: 32px;" width="32"> <a href="https://www.linkedin.com/comm/in/mattguertin612?lipi=urn%3Ali%3Apage

Exhibit C | Index 30 | p. 199

%3Aemail_email_notification_single_search_appearance_01%3Bu3yZaBM3QPKkv%2FaoKO8cXA%3D
%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1qDblHiEih4GU1&amp;trk=eml-
email_notification_single_search_appearance_01-header-0-profile_glimmer&amp;trkEmail=eml-
email_notification_single_search_appearance_01-header-0-profile_glimmer-null-5kegzu~lkvxm1ol~n1-null-null&amp;eid=5kegzu-
lkvxm1ol-n1" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-
adjust: 100%; -ms-text-size-adjust: 100%;"> <img alt="Matt Guertin"
src="https://media.licdn.com/dms/image/C4D03AQFuztpWL3dv8Q/profile-displayphoto-shrink_200_200/0/1606245239068?
e=1696464000&amp;v=beta&amp;t=O8QFjTaxMyOsva5qLITWcKfjf98SEIlXVMilbrfLGyI" class="rounded-[100%] w-[32px] h-
[32px]" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; height: 32px; width: 32px; border-radius: 100%;"
width="32" height="32"> </a> </td> </tr> </tbody> </table> </td> </tr> </tbody> </table> </td> </tr> <tr> <td class="px-3 pb-3"
style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-left: 24px;
padding-right: 24px; padding-bottom: 24px;"> <div> <table role="presentation" valign="top" border="0" cellspacing="0"
cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-
rspace: 0pt;"> <tbody> <tr> <td style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-
rspace: 0pt;"> <h1 class="text-display-sm font-semibold leading-regular text-system-gray-90 text-center" style="margin: 0; text-align:
center; font-size: 24px; font-weight: 600; line-height: 1.25; color: #282828;"> You appeared in 7 searches this week </h1> </td> </tr>
<tr> <td class="pt-3" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;
padding-top: 24px;"> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-
webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <tbody> <tr> <td class="text-
center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; text-align:
center;"> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="auto" align="center" style="-
webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <tbody> <tr> <td class="w-6
inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display:
inline-block; width: 48px;" width="48"> <a href="**https://www.linkedin.com/comm/company/darpa**?lipi=urn
%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3Bu3yZaBM3QPKkv%2FaoKO8cXA%3D
%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1qDblHiEih4GU1&amp;trk=eml-
email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-
email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~lkvxm1ol~n1-null-
null&amp;eid=5kegzu-lkvxm1ol-n1" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none;
-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-
6 !block" src="https://media.licdn.com/dms/image/C510BAQEMj6rQTBUU9Q/company-logo_100_100/0/1519856978407?
e=2147483647&amp;v=beta&amp;t=E3JACP2yC7EmcMmBpfHa4Jy79cgK8m1VIgb7MH66ac4" alt="**Defense Advanced
Research Projects Agency (DARPA)"**style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic;
position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td>
<td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-
rspace: 0pt; display: inline-block; width: 48px; padding-left: 8px;" width="48"> <a
href="https://www.linkedin.com/comm/company/best-buy?lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3Bu3yZaBM3QPKkv%2FaoKO8cXA%3D
%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1qDblHiEih4GU1&amp;trk=eml-
email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-
email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~lkvxm1ol~n1-null-
null&amp;eid=5kegzu-lkvxm1ol-n1" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none;
-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-
6 !block" src="https://media.licdn.com/dms/image/C560BAQGS-yyEDG9UaA/company-logo_100_100/0/1652109428206?
e=2147483647&amp;v=beta&amp;t=e37-bMDCqh_VUXicpn7TtnlKD8v1f2D_Re6Y9YwZhB4" alt="Best Buy" style="outline: none;
text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display:
block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-
text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width:

 48px; padding-left: 8px;" width="48"> <a href="**https://www.linkedin.com/comm/company/defense-
intelligence-agency**?lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3Bu3yZaBM3QPKkv%2FaoKO8cXA%3D
%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1qDblHiEih4GU1&amp;trk=eml-
email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-
email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~lkvxm1ol~n1-null-
null&amp;eid=5kegzu-lkvxm1ol-n1" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none;
-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-
6 !block" src="https://media.licdn.com/dms/image/C4E0BAQHjHHK-CnOnxg/company-logo_100_100/0/1657799449757?

Exhibit C | Index 30 | p. 200

e=2147483647&amp;v=beta&amp;t=QWxwReAVXrTem8SC7TvF_BRF6m6IU1V_XYqYd_WPlNA" alt=**"Defense Intelligence Agency"** style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width: 48px; padding-left: 8px;" width="48"> <a href="https://www.linkedin.com/company/marimed-inc?lipi=urn %3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3Bu3yZaBM3QPKkv%2FaoKO8cXA%3D %3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1qDblHiEih4GU1&amp;trk=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~lkvxm1ol~n1-null-null&amp;eid=5kegzu-lkvxm1ol-n1" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/D4E0BAQGMae1cdJtgYw/company-logo_100_100/0/1688138642245? e=2147483647&amp;v=beta&amp;t=YgqjFclXlvrrxSBs35utd82TJWTnsUeLddGag9qw4H0" alt="MariMed, Inc." style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width: 48px; padding-left: 8px;" width="48"> <a href=**"https://www.linkedin.com/comm/company/indopacom"**?lipi=urn%3Ali%3Apage %3Aemail_email_notification_single_search_appearance_01%3Bu3yZaBM3QPKkv%2FaoKO8cXA%3D %3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1qDblHiEih4GU1&amp;trk=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~lkvxm1ol~n1-null-null&amp;eid=5kegzu-lkvxm1ol-n1" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/C560BAQEdVmPyDrYr2A/company-logo_100_100/0/1617914187449? e=2147483647&amp;v=beta&amp;t=8lLwBl0WZZoUIz9ZJBAf53hn1owMdlm7bUzjzE3S5q4" alt=**"U.S. Indo-Pacific Command"** style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> </tr> </tbody> </table> </td> </tr> <tr> <td class="pt-2 text-md leading-regular text-center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-top: 16px; text-align: center; font-size: 16px; line-height: 1.25;"> You were found by people from these companies </td> </tr> <tr> <td class="pt-2 text-center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-top: 16px; text-align: center;"> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" data-test-id="email-button" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <tbody> <tr> <td valign="middle" align="middle" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <a href="https://www.linkedin.com/comm/me/search-appearances/?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3Bu3yZaBM3QPKkv %2FaoKO8cXA%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1qDblHiEih4GU1&amp;trk=eml-email_notification_single_search_appearance_01-search~appearance~card-0-see~all~searches~button&amp;trkEmail=eml-email_notification_single_search_appearance_01-search~appearance~card-0-see~all~searches~button-null-5kegzu~lkvxm1ol~n1-null-null&amp;eid=5kegzu-lkvxm1ol-n1" target="_blank" aria-label="See all searches" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="auto" class="border-separate" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; border-collapse: separate;"> <tbody> <tr> <td class="btn-md btn-primary border-color-brand button-link leading-regular !min-h-[auto] !shadow-none border-1 border-solid" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; height: min-content; border-radius: 24px; padding-top: 12px; padding-bottom: 12px; padding-left: 24px; padding-right: 24px; text-align: center; font-size: 16px; font-weight: 600; cursor: pointer; text-decoration-line: none; background-color: #0a66c2; color: #ffffff; border-width: 1px; border-style: solid; border-color: #0a66c2; line-height: 1.25; min-height: auto !important; box-shadow: 0 0 #0000, 0 0 #0000, 0 0 #0000 0 0 #0000 !important;"> <a href="https://www.linkedin.com/comm/me/search-appearances/?lipi=urn%3Ali%3Apage %3Aemail_email_notification_single_search_appearance_01%3Bu3yZaBM3QPKkv%2FaoKO8cXA%3D %3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1qDblHiEih4GU1&amp;trk=eml-email_notification_single_search_appearance_01-search~appearance~card-0-see~all~searches~button&amp;trkEmail=eml-email_notification_single_search_appearance_01-search~appearance~card-0-see~all~searches~button-null-5kegzu~lkvxm1ol~n1-null-null&amp;eid=5kegzu-lkvxm1ol-n1" target="_blank" tabindex="-1" aria-hidden="true" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <span class="no-underline text-white" style="color: #ffffff; text-decoration-line: none;"> See all searches </span> </a> </td> </tr> </tbody> </table> </a> </td> </tr> </tbody> </table> </td> </tr> </tbody> </table> </div> </td> </tr> <tr> <td class="bg-color-background-canvas p-3" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; background-color:

**Exhibit C | Index 30 | p. 201**

```
#f3f2f0; padding: 24px;"> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-
webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <tbody> <tr> <td class="text-
center pb-2" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-
bottom: 16px; text-align: center;"> <h2 class="text-lg" style="margin: 0; font-weight: 500; font-size: 20px;"> Never miss an update with
the LinkedIn app </h2> </td> </tr> <tr> <td class="text-center" data-test-id="footer-app-store-icon" style="-webkit-text-size-adjust:
100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; text-align: center;"> <a
href="https://itunes.apple.com/us/app/linkedin/id288429040?pt=10746&amp;ct=st_appsite_flagship&amp;mt=8" target="_blank"
rel="noopener noreferrer" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust:
100%; -ms-text-size-adjust: 100%;"> <img alt="Download on the App Store"
src="https://static.licdn.com/aero-v1/sc/h/76yzkd0h5kiv27lrd4yaenylk" class="h-[40px] w-[120px] pr-1" style="outline: none; text-
decoration: none; -ms-interpolation-mode: bicubic; height: 40px; width: 120px; padding-right: 8px;" width="120" height="40"> </a> <a
href="https://play.google.com/store/apps/details?id=com.linkedin.android&amp;referrer=st_appsite_flagship" target="_blank"
rel="noopener noreferrer" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust:
100%; -ms-text-size-adjust: 100%;"> <img alt="Get it on Google Play"
src="https://static.licdn.com/aero-v1/sc/h/142qudwblp58zwmc9vkqfplug" class="h-[40px] w-[134px]" style="outline: none; text-
decoration: none; -ms-interpolation-mode: bicubic; height: 40px; width: 134px;" width="134" height="40"> </a> </td> </tr> <tr> <td
class="py-2" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-
top: 16px; padding-bottom: 16px;"><hr class="border-none bg-[#e0dfdd] h-[1px]" style="height: 1px; border-style: none; background-
color:
 #e0dfdd;"></td> </tr> </tbody> </table> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0"
width="100%" class="text-xs" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-
rspace: 0pt; font-size: 12px;"> <tbody> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;
mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;"> This email was intended for Matt Guertin (Creative
Technologist) </td> </tr> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace:
0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;"> <a href="https://www.linkedin.com/help/linkedin/answer/4788?
lang=en&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3Bu3yZaBM3QPKkv
%2FaoKO8cXA%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1qDblHiEih4GU1&amp;trk=eml-
email_notification_single_search_appearance_01-SecurityHelp-0-footerglimmer&amp;trkEmail=eml-
email_notification_single_search_appearance_01-SecurityHelp-0-footerglimmer-null-5kegzu~lkvxm1ol~n1-null-null&amp;eid=5kegzu-
lkvxm1ol-n1" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-
adjust: 100%; -ms-text-size-adjust: 100%;">Learn why we included this.</a> </td> </tr> <tr> <td class="pb-1 m-0" style="-webkit-text-
size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;">You are
receiving LinkedIn notification emails.</td> </tr> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust:
100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;"> <a
href="https://www.linkedin.com/comm/psettings/email-unsubscribe?lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3Bu3yZaBM3QPKkv%2FaoKO8cXA%3D
%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1qDblHiEih4GU1&amp;trk=eml-
email_notification_single_search_appearance_01-unsubscribe-0-footerGlimmer&amp;trkEmail=eml-
email_notification_single_search_appearance_01-unsubscribe-0-footerGlimmer-null-5kegzu~lkvxm1ol~n1-null-null&amp;eid=5kegzu-
lkvxm1ol-n1&amp;loid=AQFcVc6Ol4__7gAAAYm-P9mOwGyGjCftLOpKAG5Ph38_a2vLSK2ZPM-swQD5jYVE-
kpdKS4xcMSvPzjh_aTowJKB1b3oPJf8HI8bO2axW6hnBoW3NPW0" target="_blank" style="color: #0a66c2; cursor: pointer; display:
inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;">Unsubscribe</a>   ·   <a
href="https://www.linkedin.com/help/linkedin/answer/67?lang=en&amp;lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3Bu3yZaBM3QPKkv%2FaoKO8cXA%3D
%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1qDblHiEih4GU1&amp;trk=eml-
email_notification_single_search_appearance_01-help-0-footerglimmer&amp;trkEmail=eml-
email_notification_single_search_appearance_01-help-0-footerglimmer-null-5kegzu~lkvxm1ol~n1-null-null&amp;eid=5kegzu-
lkvxm1ol-n1" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-
adjust: 100%; -ms-text-size-adjust: 100%;">Help</a> </td> </tr> <tr> <td class="pb-1" style="-webkit-text-size-adjust: 100%; -ms-text-
size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-bottom: 8px;"> <a
href="https://www.linkedin.com/comm/feed/?lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3Bu3yZaBM3QPKkv%2FaoKO8cXA%3D
%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=1qDblHiEih4GU1&amp;trk=eml-
email_notification_single_search_appearance_01-footer-0-logoGlimmer&amp;trkEmail=eml-
email_notification_single_search_appearance_01-footer-0-logoGlimmer-null-5kegzu~lkvxm1ol~n1-null-null&amp;eid=5kegzu-
lkvxm1ol-n1" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-
adjust: 100%; -ms-text-size-adjust: 100%;"> <img src="https://static.licdn.com/aero-v1/sc/h/9ehe6n39fa07dc5edzv0rla4e" alt="LinkedIn"
class="block h-[14px] w-[56px] image-rendering-crisp" style="outline: none; text-decoration: none; image-rendering: -moz-crisp-edges;
image-rendering: -o-crisp-edges; image-rendering: -webkit-optimize-contrast; image-rendering: crisp-edges; -ms-interpolation-mode:
```

Exhibit C | Index 30 | p. 202

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

nearest-neighbor; display: block; height: 14px; width: 56px;" width="56" height="14"> </a> </td> </tr> <tr> <td data-test-copyright-text style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> © 2023 LinkedIn Corporation, 1&zwnj;000 West Maude Avenue, Sunnyvale, CA 94085. <span data-test-trademarks-text> LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn. </span> </td> </tr> </tbody> </table> </td> </tr> </tbody> </table> <img alt role="presentation" src="https://www.linkedin.com/emimp/ip_Tld0bFozcDFMV3hyZG5odE1XOXNMVzR4OlpXMWhhV3hmYm05MGFXWnBZMkYwYVc5dVgzTnBibWRzWlY5elpXRnlZMmhmWVhCd1pXRnlZVzVqWWllY4d01RPT06.gif" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; width: 1px; height: 1px;" width="1" height="1"> </body> </html>



Exhibit C | Index 30 | p. 203

## 08/03/2023 – LinkedIn Automated Email – PGP EMAIL HEADER

Return-Path: <s-2rhb7lsvu0mrhfdsnyq5gmj5xypwsv9iahxtofoxcvv4kqywnbmdu7u8@bounce.linkedin.com>
X-Original-To: MattGuertin@Protonmail.com
Delivered-To: MattGuertin@protonmail.com
Authentication-Results: mailin033.protonmail.ch; dkim=pass (Good 2048
  bit rsa-sha256 signature) header.d=linkedin.com header.a=rsa-sha256;
  dkim=pass (Good 1024 bit rsa-sha256 signature)
  header.d=maile.linkedin.com header.a=rsa-sha256
Authentication-Results: mailin033.protonmail.ch; dmarc=pass (p=reject dis=none)
 header.from=linkedin.com
Authentication-Results: mailin033.protonmail.ch; spf=pass
 smtp.mailfrom=bounce.linkedin.com
Authentication-Results: mailin033.protonmail.ch; arc=none smtp.remote-ip=108.174.6.198
Authentication-Results: mailin033.protonmail.ch; dkim=pass (2048-bit key)
 header.d=linkedin.com header.i=@linkedin.com header.b="ebjA+hUs"; dkim=pass (1024-bit
 key) header.d=maile.linkedin.com header.i=@maile.linkedin.com header.b="NOvfi14J"
Received: from maile-cf.linkedin.com (maile-cf.linkedin.com [108.174.6.198]) (using
 TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits)) (No client certificate
 requested) by mailin033.protonmail.ch (Postfix) with ESMTPS id 4RH7z86y5xz9vNPx for
 <MattGuertin@Protonmail.com>; Fri,
 4 Aug 2023 01:53:24 +0000 (UTC)
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=linkedin.com; s=d2048-201806-01;
 t=1691114003; bh=m5wQ1z/MFg/KE1EaGgKABZ9z4TJm/Xa/vLuOsYhqKVs=;
 h=From:Subject:MIME-Version:Content-Type:To:Date:X-LinkedIn-Class:
  X-LinkedIn-Template:X-LinkedIn-fbl;
 b=ebjA+hUsMFCsSueBzuWuv9dTyiXh1MOpBKH0XidOgontAx8V/PVljrF/Wsn5Uoidn
  ZRL4wozA7CGtS7pfw4cYLsxJV1C3oI27bN3Z4k82lZhXLJdRylxXg/AYybFRwTUrDs
  Mi8lGEzRjHtZXrsfD7/1My2meefGmp3ZJ3bxGfofjnWxNON0YnRjuZ2lf5iDxDz3v9
  FGClm+nYkUY4E992qpQn5d4yn3biawnfwL2TmXG1Af8jCfrEsKbUl3JSdVJH+Pv7Fi
  5xWqknC9QTdiIi0oTqLVepIn4gQE7GsJDXfdzuBf8kgbf9+TYEONT63yfODjz2z+PL
  5RRxgqFhcVdhQ==
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=maile.linkedin.com;
 s=proddkim1024; t=1691114003; bh=m5wQ1z/MFg/KE1EaGgKABZ9z4TJm/Xa/vLuOsYhqKVs=;
 h=From:Subject:MIME-Version:Content-Type:To:Date:X-LinkedIn-Class:
  X-LinkedIn-Template:X-LinkedIn-fbl;
 b=NOvfi14JXo1wNkaDK3D9RrYXRvMpTXRHTHVuUBR4Db6Mt0WtMGzuMJpLWVgMXg2Mq
  YjInnG7iplU8Q6Uch1cQ828kM7f5rQqxNscwG7YszFwgjOB5hvPDdaYWrOTG+TQrml
  BRD2l19Up1/aR+EqAl7lqdH8JiOIwrclEwJ5Axj0=
From: LinkedIn <notifications-noreply@linkedin.com>
Message-Id: <1187445806.1000925.1691114003164@lor1-app90272.prod.linkedin.com>
Subject: You appeared in 7 searches
Mime-Version: 1.0
Content-Type: text/html
To: Matt Guertin <MattGuertin@Protonmail.com>
Date: Fri, 4 Aug 2023 01:53:23 +0000 (UTC)
X-Linkedin-Class: EMAIL-DEFAULT
X-Linkedin-Template: email_notification_single_search_appearance_01
X-Linkedin-Fbl: m2-asztiyxhwup1tx1543cih3p6qh2wi1lrc2fmp8ol21zq5w908xdlgvginorx29k9prcoswsv3jajyh3htro7pid1j1ebcfiafdn982
X-Linkedin-Id: 5kegzu-lkvxm1ol-n1
List-Unsubscribe: <https://www.linkedin.com/comm/psettings/email-unsubscribe?lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3Bu3yZaBM3QPKkv%2FaoKO8cXA%3D%3D&midToken=AQHC-
TETrnN460w&midSig=1qDblHiEih4GU1&trk=eml-email_notification_single_search_appearance_01-unsub-0-unsub&trkEmail=eml-
email_notification_single_search_appearance_01-unsub-0-unsub-null-5kegzu~lkvxm1ol~n1-null-null&eid=5kegzu-lkvxm1ol-
n1&loid=AQFcVc6Ol4__7gAAAYm-P9mOwGyGjCftLOpKAG5Ph38_a2vLSK2ZPM-swQD5jYVE-
kpdKS4xcMSvPzjh_aTowJKB1b3oPJf8Hl8bO2axW6hnBoW3NPW0>
Require-Recipient-Valid-Since: MattGuertin@Protonmail.com; Tue, 24 Nov 2020 23:03:31 +0000
X-Rspamd-Queue-Id: 4RH7z86y5xz9vNPx
X-Rspamd-Server: cp5-mailin-033.plabs.ch
X-Spamd-Result: default: False [-13.91 / 25.00];

Exhibit C | Index 30 | p. 204

WHITELIST_DMARC(-7.00)[linkedin.com:D:+];
WHITELIST_SPF_DKIM(-3.00)[linkedin.com:d:+,linkedin.com:s:+]; BAYES_HAM(-3.00)[99.99%];
DMARC_POLICY_ALLOW(-0.50)[linkedin.com,reject];
R_DKIM_ALLOW(-0.20)[linkedin.com:s=d2048-201806-01,maile.linkedin.com:s=proddkim1024];
R_SPF_ALLOW(-0.20)[+ip4:108.174.6.0/24:c];
MIME_GOOD(-0.10)[multipart/alternative,text/plain]; MANY_INVISIBLE_PARTS(0.10)[2];
HAS_LIST_UNSUB(-0.01)[]; RCVD_COUNT_ZERO(0.00)[0]; ASN(0.00)[asn:40793,
ipnet:108.174.6.0/24, country:US]; NEURAL_HAM(-0.00)[-1.000];
MIME_TRACE(0.00)[0:+,1:+,2:~]; TO_DN_ALL(0.00)[];
FROM_NEQ_ENVFROM(0.00)[notifications-noreply@linkedin.com,s-
2rhb7lsvu0mrhfdsnyq5gmj5xypwsv9iahxtofoxcvv4kqywnbmdu7u8@bounce.linkedin.com];
FROM_HAS_DN(0.00)[]; DKIM_TRACE(0.00)[linkedin.com:+,maile.linkedin.com:+];
TO_MATCH_ENVRCPT_ALL(0.00)[]; MID_RHS_MATCH_FROMTLD(0.00)[]; RCPT_COUNT_ONE(0.00)[1];
ARC_NA(0.00)[]
X-Rspamd-Action: no action

X-Pm-Spam: 0yezJI6cihyJeYR3pi42biOpJJvbmsCIeI1msjN3X3blJp7IjBlNIIojty4CMCLSJ
I6UyzTELLkjxQJCLkUE9otIjsjgMIBlSfR0TFUFJlDREPElVTIi6iwCM2XlRVnYnu2lXZ8miisnO
FUPJI6RCwyJeXN3wi0WYjOuAAyMDxTkONADw5UjNDM0gIsMztmlIYdWlh52XWbiUJoOih3RcYt2f
tV2cVav9NlYnlnZcZ8FyzIDMDMwcIsNC1nJIb9lul1WYjIioxsYWlWZLYRX1zVmciIiwFpbWjF9b
YRXly92ZVeu91lYWijoIU90DMFUSiIiwFpbWjF9bYRXly92ZVew99icmwjoILkj3xQDO3N91wifS
p3JcZIC60YjI2Y1ME3YT4TAYMQTwiNzNWYzEcyZj9yJYLJCz6ISYyepJ9zc1tGFcIojwzJCL2Yy9
I6ZSiCwMcN2vkVmcjIto4yMCyCJLZBXviQncnOisNWUkJF9RT9lNJB1U0SfVUiSDwlsOLAjswEjI
COx4QuNzxi4NOgTgzlGbGdkVluIGsHdIL1mhzxWaGcrl5uZSiXQZXwSiGB1U0XFh9fTETEFUUIy6
w0yWjLdBJTLCfEZUUFET6IyUyWw0BdLjICJLV1EMF10X1UBNUiR0wlsOLBjdEJCL0SNlZBX1EElT
XF0VbpjITLuA0sMVLkRIS1UfMFkVUSiQstOlxC4MXwSiJtERVTT9dOSUiUQROslwdFjLCLEJINS0
B1ZXTlEEGV0XjIbpAuLTsV0MIJlDfRkVUSf5NQTVFUtSXd1MbpjICMw4wiXSTF9VQN0fE9kQVWU9
hURVJ0xXTUkitslOCMw419XXfQ==

X-Pm-Origin: external
X-Pm-Transfer-Encryption: TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits)
X-Pm-Content-Encryption: on-delivery
X-Pm-Spamscore: 0
X-Pm-Spam-Action: inbox



Exhibit C | Index 30 | p. 205

Filed in District Court
State of Minnesota
4/9/2024 9:22 AM

# Matt, you appeared in 18 searches this week

From LinkedIn <notifications-noreply@linkedin.com>

To        mattguertin<MattGuertin@Protonmail.com>

Date      Friday, August 11th, 2023 at 12:53 PM







## You appeared in 18 **searches** this week

   

You were found by people from these companies

See all **search**es

### Never miss an update with the LinkedIn app

 

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

Linked**in**

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

Exhibit C | Index 30 | p. 206

**08/11/2023 – LinkedIn Automated Email - HTML**

**Indicates a search was condcted for Matthew D Guertin's 'MattGuertin612' LinkedIn profile by:**
**'United States Air Force'  &  'U.S. Department of State'**

<html xmlns="http://www.w3.org/1999/xhtml" lang="en" xml:lang="en"> <head> <meta http-equiv="Content-Type" content="text/html;charset=utf-8"> <meta name="HandheldFriendly" content="true"> <meta name="viewport" content="width=device-width; initial-scale=0.666667; user-scalable=0"> <meta name="viewport" content="width=device-width"> <title></title> <style>
    @media (max-width: 512px) { .mercado-container { width: 100% !important; } }
    </style> <style>
    .full-width-button, .full-width-button table { display: none; } @media (max-width: 320px) { .inline-button,
    .inline-button table { display: none !important; } .full-width-button, .full-width-button table { display:
    table !important; } }
    </style> <style>body {font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue',
    'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji',
    'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;}</style>

<!--[if mso]><style type="text/css"> </style><![endif]--> <!--[if IE]><style type="text/css"> </style><![endif]--> <style>
**\*\*\*CSS STYLE TAGS ARE OMMITTED\*\*\***
</style></head>

<body dir="ltr" class="font-sans bg-color-background-canvas w-full m-0 p-0 pt-1" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; margin: 0px; width: 100%; background-color: #f3f2f0; padding: 0px; padding-top: 8px; font-family: -apple-system, system-ui, BlinkMacSystemFont, 'Segoe UI', Roboto, 'Helvetica Neue', 'Fira Sans', Ubuntu, Oxygen, 'Oxygen Sans', Cantarell, 'Droid Sans', 'Apple Color Emoji', 'Segoe UI Emoji', 'Segoe UI Emoji', 'Segoe UI Symbol', 'Lucida Grande', Helvetica, Arial, sans-serif;"> <div class="h-0 opacity-0 text-transparent invisible overflow-hidden w-0 max-h-[0]" style="visibility: hidden; height: 0px; max-height: 0; width: 0px; overflow: hidden; opacity: 0; mso-hide: all;" data-email-preheader="true">You appeared in 18 searches this week</div> <div class="h-0 opacity-0 text-transparent invisible overflow-hidden w-0 max-h-[0]" style="visibility: hidden; height: 0px; max-height: 0; width: 0px; overflow: hidden; opacity: 0; mso-hide: all;">

</div> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" align="center" class="mercado-container w-[512px] max-w-[512px] mx-auto my-0 p-0 bg-color-background-container" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin-left: auto; margin-right: auto; margin-top: 0px; margin-bottom: 0px; width: 512px; max-width: 512px; background-color: #ffffff; padding: 0px;"> <tbody> <tr> <td class="text-center p-3" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding: 24px; text-align: center;"> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" class="min-w-full" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; min-width: 100%;"> <tbody> <tr> <td align="left" valign="middle" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <a href="https://www.linkedin.com/comm/feed/?lipi=urn%3Ali%3Apage %3Aemail_email_notification_single_search_appearance_01%3B4cuIkpgOS%2B68r53p0kUXsg%3D%3D&midToken=AQHC-TETmN460w&midSig=0ZVTy4UGuNfqU1&trk=eml-email_notification_single_search_appearance_01-header-0-home_glimmer&trkEmail=eml-email_notification_single_search_appearance_01-header-0-home_glimmer-null-5kegzu~ll6vzlbj~k9-null-null&eid=5kegzu-ll6vzlbj-k9&otpToken=MTEwNjE4ZTUxYjI2Y2RjNWI0MjQwNGVjjNGYxZmUwYjM4OWNhZDA0MDk4YWU4ZDYxNzljljNjAyNjY0Y0YjUyNWRmNWY1ZDVkZjk5NjZmM2UwYzQ0Q0Y2YyZjdkZjg0YmZkNjhllMTYzMjE3N2FlYmtyODM2MmFtFjNTc0NCwxLDE%3D" target="_blank" class="w-[84px]" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; width: 84px;"> <img class="block" alt="LinkedIn" src="https://www.linkedin.com/comm/dms/logo?badgeTheme=mercado&lipi=urn%3Ali%3Apage %3Aemail_email_notification_single_search_appearance_01%3B4cuIkpgOS%2B68r53p0kUXsg%3D%3D&midSig=0ZVTy4UGuNfqU1&midToken=AQHC-TETmN460w&trkEmail=eml-email_notification_single_search_appearance_01-null-0-comms%7Ebadging%7Edynamic%7Eglimmer-null-5kegzu%7Ell6vzlbj%7Ek9-null-null&trk=eml-email_notification_single_search_appearance_01-null-0-comms%7Ebadging%7Edynamic%7Eglimmer&_sig=3jRUiDi12NfqU1" data-test-header-dynamic-badging-img style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; display: block;"> </a> </td> <td valign="middle" align="right" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" data-test-header-profile style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <tbody> <tr> <td align="right" valign="middle" class="w-[32px]" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; width: 32px;" width="32"> <a href="https://www.linkedin.com/comm/in/mattguertin612?lipi=urn%3Ali%3Apage

Exhibit C | Index 30 | p. 207

%3Aemail_notification_single_search_appearance_01%3B4cuIkpgOS%2B68r53p0kUXsg%3D%3D&amp;midToken=AQHC-
TETmN460w&amp;midSig=0ZVTy4UGuNfqU1&amp;trk=eml-email_notification_single_search_appearance_01-header-0-
profile_glimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-header-0-profile_glimmer-null-
5kegzu~ll6vzlbj~k9-null-null&amp;eid=5kegzu-ll6vzlbj-
k9&amp;otpToken=MTEwNjE4ZTUxYjI2Y2RjNWI0MjQwNGVjNGYxZmUwYjM4OWNhZDA0MDk4YWU4ZDYxNzljNjAyNjY0Y0Y
jUyNWRmNWY1ZDVkZjk5NjZmM2UwYzQ0Y2YyYzJdkZjg0YmZkNjhlMTYzMjE3N2FlYjkyODM2MmFjZjNTc0NcwxLDE%3D"
target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-
text-size-adjust: 100%;"> <img alt="Matt Guertin" src="https://media.licdn.com/dms/image/C4D03AQFuztpWL3dv8Q/profile-
displayphoto-shrink_200_200/0/1606245239068?e=1697068800&amp;v=beta&amp;t=vKYKGO-
brxUaKOaCRdLuhT4d6yDLI5JIMV4iX6TYQBE" class="rounded-[100%] w-[32px] h-[32px]" style="outline: none; text-decoration:
none; -ms-interpolation-mode: bicubic; height: 32px; width: 32px; border-radius: 100%;" width="32" height="32"> </a> </td> </tr>
</tbody> </table> </td> </tr> </tbody> </table> </td> </tr> <tr> <td class="px-3 pb-3" style="-webkit-text-size-adjust: 100%; -ms-text-
size-adjust: 100%; mso-table-rspace: 0pt; padding-left: 24px; padding-right: 24px; padding-bottom: 24px;"> <div>
<table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust:
100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <tbody> <tr> <td style="-webkit-text-size-adjust:
100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <h1 class="text-display-sm font-semibold leading-
regular text-system-gray-90 text-center" style="margin: 0; text-align: center; font-size: 24px; font-weight: 600; line-height: 1.25; color:
#282828;"> You appeared in 18 searches this week </h1> </td> </tr> <tr> <td class="pt-3" style="-webkit-text-size-adjust: 100%; -ms-
text-size-adjust: 100%; mso-table-lspace: 0pt; padding-top: 24px;"> <table role="presentation" valign="top" border="0"
cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-
table-lspace: 0pt; mso-table-rspace: 0pt;"> <tbody> <tr> <td class="text-center" style="-webkit-text-size-adjust: 100%; -ms-text-size-
adjust: 100%; mso-table-lspace: 0pt; text-align: center;"> <table role="presentation" valign="top" border="0"
cellspacing="0" cellpadding="0" width="auto" align="center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-
table-lspace: 0pt; mso-table-rspace: 0pt;"> <tbody> <tr> <td class="w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-
size-adjust: 100%; mso-table-lspace: 0pt; display: inline-block; width: 48px;" width="48"> <a
href="**https://www.linkedin.com/comm/company/united-states-air-force**lipi=urn%3Ali%3Apage
%3Aemail_notification_single_search_appearance_01%3B4cuIkpgOS%2B68r53p0kUXsg%3D%3D&amp;midToken=AQHC-
TETmN460w&amp;midSig=0ZVTy4UGuNfqU1&amp;trk=eml-email_notification_single_search_appearance_01-
search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-
search_appearance_card-0-organization_logo-null-5kegzu~ll6vzlbj~k9-null-null&amp;eid=5kegzu-ll6vzlbj-
k9&amp;otpToken=MTEwNjE4ZTUxYjI2Y2RjNWI0MjQwNGVjNGYxZmUwYjM4OWNhZDA0MDk4YWU4ZDYxNzljNjAyNjY0Y0Y
jUyNWRmNWY1ZDVkZjk5NjZmM2UwYzQ0Y2YyYzJdkZjg0YmZkNjhlMTYzMjE3N2FlYjkyODM2MmFjZjNTc0NcwxLDE%3D"
target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-
text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block"
src="https://media.licdn.com/dms/image/C4E0BAQEiOtYxa4RriA/company-logo_100_100/0/1519906599069?
e=2147483647&amp;v=beta&amp;t=rg-TaqMfb7lQFd2cA2Y26SZReUpcMTngO3NUR4CujHc" alt="**United States Air
Force**" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px;
background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-
webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width:
48px; padding-left: 8px;" width="48"> <a href="**https://www.linkedin.com/comm/company/doscareers**lipi=urn
%3Ali%3Apage%3Aemail_notification_single_search_appearance_01%3B4cuIkpgOS%2B68r53p0kUXsg%3D
%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=0ZVTy4UGuNfqU1&amp;trk=eml-
email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-
email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~ll6vzlbj~k9-null-
null&amp;eid=5kegzu-ll6vzlbj-
k9&amp;otpToken=MTEwNjE4ZTUxYjI2Y2RjNWI0MjQwNGVjNGYxZmUwYjM4OWNhZDA0MDk4YWU4ZDYxNzljNjAyNjY0Y0Y
jUyNWRmNWY1ZDVkZjk5NjZmM2UwYzQ0Y2YyYzJdkZjg0YmZkNjhlMTYzMjE3N2FlYjkyODM2MmFjZjNTc0NcwxLDE%3D"
target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust:
100%; -ms-text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block"
src="https://media.licdn.com/dms/image/C4E0BAQHAOAYJQmBlOg/company-logo_100_100/0/1573046021088?
e=2147483647&amp;v=beta&amp;t=Vm3yQQIHd0llXtFc1BjSxiEuiuJvOl_6mrCiaFByvx8" alt="**U.S. Department of
State**" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px;
background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-
webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width:
48px; padding-left: 8px;" width="48"> <a href="https://www.linkedin.com/comm/company/paychex?lipi=urn%3Ali%3Apage
%3Aemail_notification_single_search_appearance_01%3B4cuIkpgOS%2B68r53p0kUXsg%3D%3D&amp;midToken=AQHC-
TETmN460w&amp;midSig=0ZVTy4UGuNfqU1&amp;trk=eml-email_notification_single_search_appearance_01-

Exhibit C | Index 30 | p. 208

search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~ll6vzlbj~k9-null-null&amp;eid=5kegzu-ll6vzlbj-k9&amp;otpToken=MTEwNjE4ZTUxYjI2Y2RjNWI0MjQwNGVjNGYxZmUwYjM4OWNhZDA0MDk4YWU4ZDYxNzljNjAyNjY0Yy0YNWRmNWY1ZDVkZjk5NjZmM2UwYzQ0Y2YyYjk5NjZmM2UwYjk5NjZmM2UwYzQ0Y2YyYjk5NjZmM2UwNGVjdTE" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/C4E0BAQGgCO8be7TBCw/company-logo_100_100/0/1616101057856?e=2147483647&amp;v=beta&amp;t=ZrGtlvXA_QNvB8EWDLHwbZiyDy_s-p1wLjNnO6Mbz20" alt="Paychex" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width: 48px; padding-left: 8px;" width="48"> <a href="https://www.linkedin.com/comm/company/flowerhire?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B4cuIkpgOS%2B68r53p0kUXsg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=0ZVTy4UGuNfqU1&amp;trk=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~ll6vzlbj~k9-null-null&amp;eid=5kegzu-ll6vzlbj-k9&amp;otpToken=MTEwNjE4ZTUxYjI2Y2RjNWI0MjQwNGVjNGYxZmUwYjM4OWNhZDA0MDk4YWU4ZDYxNzljNjAyNjY0Yy0YNWRmNWY1ZDVkZjk5NjZmM2UwYzQ0Y2YyYjk5NjZmM2UwNGVjdTE" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/C4D0BAQFKJKiUSvK8BQ/company-logo_100_100/0/1611705172482?e=2147483647&amp;v=beta&amp;t=zopF5b2qV8NO_7wgDrZ7yY-7WwXSzdW8iwbohmZ1pgc" alt="FlowerHire" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a> </td> <td class="pl-1 w-6 inline-block" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; display: inline-block; width: 48px; padding-left: 8px;" width="48"> <a href="https://www.linkedin.com/comm/company/society-cannabis-co?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B4cuIkpgOS%2B68r53p0kUXsg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=0ZVTy4UGuNfqU1&amp;trk=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo&amp;trkEmail=eml-email_notification_single_search_appearance_01-search_appearance_card-0-organization_logo-null-5kegzu~ll6vzlbj~k9-null-null&amp;eid=5kegzu-ll6vzlbj-k9&amp;otpToken=MTEwNjE4ZTUxYjI2Y2RjNWI0MjQwNGVjNGYxZmUwYjM4OWNhZDA0MDk4YWU4ZDYxNzljNjAyNjY0Yy0YNWRmNWY1ZDVkZjk5NjZmM2UwYzQ0Y2YyYjk5NjZmM2UwNGVjdTE" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img class="inline-block relative bg-color-entity-ghost-background w-6 h-6 !block" src="https://media.licdn.com/dms/image/D4E0BAQHdDSsY-HngcA/company-logo_100_100/0/1680615024704?e=2147483647&amp;v=beta&amp;t=-xTxrfIeEG_bLymOIAp03e7pSJtlWso3CTIcsUogsk4" alt="Society Cannabis Co. " style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; position: relative; height: 48px; width: 48px; background-color: #eae6df; display: block !important;" width="48" height="48"> </a></td> </tr> </tbody> </table> </td> </tr> <tr> <td class="pt-2 text-md leading-regular text-center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-top: 16px; text-align: center; font-size: 16px; line-height: 1.25;"> You were found by people from these companies </td> </tr> <tr> <td class="pt-2 text-center" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-top: 16px; text-align: center;"> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" data-test-id="email-button" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <tbody> <tr> <td valign="middle" align="middle" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <a href="https://www.linkedin.com/comm/me/search-appearances/?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B4cuIkpgOS%2B68r53p0kUXsg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=0ZVTy4UGuNfqU1&amp;trk=eml-email_notification_single_search_appearance_01-search~appearance~card-0-see~all~searches~button&amp;trkEmail=eml-email_notification_single_search_appearance_01-search~appearance~card-0-see~all~searches~button-null-5kegzu~ll6vzlbj~k9-null-null&amp;eid=5kegzu-ll6vzlbj-k9&amp;otpToken=MTEwNjE4ZTUxYjI2Y2RjNWI0MjQwNGVjNGYxZmUwYjM4OWNhZDA0MDk4YWU4ZDYxNzljNjAyNjY0Yy0YNWRmNWY1ZDVkZjk5NjZmM2UwYzQ0Y2YyYjk5NjZmM2UwNGVjdTE" target="_blank" aria-label="See all searches" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="auto" class="border-separate" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; border-collapse: separate;"> <tbody> <tr> <td class="btn-md btn-primary border-color-brand button-link leading-regular !min-h-[auto] !shadow-none border-1 border-solid" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; height: min-content; border-radius: 24px; padding-top: 12px; padding-bottom: 12px; padding-left: 24px; padding-right: 24px; text-align: center; font-size: 16px; font-weight: 600; cursor: pointer; text-decoration-line: none;

Exhibit C | Index 30 | p. 209

background-color: #0a66c2; color: #ffffff; border-width: 1px; border-style: solid; border-color: #0a66c2; line-height: 1.25; min-height: auto !important; box-shadow: 0 0 #0000, 0 0 #0000, 0 0 #0000 !important;"> <a href="https://www.linkedin.com/comm/me/search-appearances/?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B4cuIkpgOS%2B68r53p0kUXsg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=0ZVTy4UGuNfqU1&amp;trk=eml-email_notification_single_search_appearance_01-search~appearance~card-0-see~all~searches~button&amp;trkEmail=eml-email_notification_single_search_appearance_01-search~appearance~card-0-see~all~searches~button-null-5kegzu~ll6vzlbj~k9-null-null&amp;eid=5kegzu-ll6vzlbj-k9&amp;otpToken=MTEwNjE4ZTUxYjI2Y2RjNWI0MjQwNGVjNGYxZmUwYjM4OWNhZDA0MDk4YWU4ZDYxNzljNjAyNjY0YY0YjUyNWRmNWY1ZDVkZjk5NjZmM2UwYzQ0Y2YyYjjdkZjg0YmZkNjhlMTYzMjE3N2FlYjkyODM2MmFjkyODM2MmFjNTc0MmFjNTc0NCwxLDE%3D" target="_blank" tabindex="-1" aria-hidden="true" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <span class="no-underline text-white" style="color: #ffffff; text-decoration-line: none;"> See all searches </span> </a> </td> </tr> </tbody> </table> </a> </td> </tr> </tbody> </table> </td> </tr> </tbody> </table> </td> </tr> </tbody> </table> </div> </td> </tr> <tr> <td class="bg-color-background-canvas p-3" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; background-color: #f3f2f0; padding: 24px;"> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> <tbody> <tr> <td class="text-center pb-2" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-bottom: 16px; text-align: center;"> <h2 class="text-lg" style="margin: 0; font-weight: 500; font-size: 20px;"> Never miss an update with the LinkedIn app </h2> </td> </tr> <tr> <td class="text-center" data-test-id="footer-app-store-icon" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; text-align: center;"> <a href="https://itunes.apple.com/us/app/linkedin/id288429040?pt=10746&amp;ct=st_appsite_flagship&amp;mt=8" target="_blank" rel="noopener noreferrer" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img alt="Download on the App Store" src="https://static.licdn.com/aero-v1/sc/h/76yzkd0h5kiv27lrd4yaenylk" class="h-[40px] w-[120px] pr-1" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; height: 40px; width: 120px; padding-right: 8px;" width="120" height="40"> </a> <a href="https://play.google.com/store/apps/details?id=com.linkedin.android&amp;referrer=st_appsite_flagship" target="_blank" rel="noopener noreferrer" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img alt="Get it on Google Play" src="https://static.licdn.com/aero-v1/sc/h/142qudwblp58zwmc9vkqfplug" class="h-[40px] w-[134px]" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; height: 40px; width: 134px;" width="134" height="40"> </a> </td> </tr> <tr> <td class="py-2" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-top: 16px; padding-bottom: 16px;"><hr class="border-none bg-[#e0dfdd] h-[1px]" style="height: 1px; border-style: none; background-color: #e0dfdd;"></td> </tr> </tbody> </table> <table role="presentation" valign="top" border="0" cellspacing="0" cellpadding="0" width="100%" class="text-xs" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; font-size: 12px;"> <tbody> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;"> This email was intended for Matt Guertin (Creative Technologist) </td> </tr> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;"> <a href="https://www.linkedin.com/help/linkedin/answer/4788?lang=en&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B4cuIkpgOS%2B68r53p0kUXsg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=0ZVTy4UGuNfqU1&amp;trk=eml-email_notification_single_search_appearance_01-SecurityHelp-0-footerglimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-SecurityHelp-0-footerglimmer-null-5kegzu~ll6vzlbj~k9-null-null&amp;eid=5kegzu-ll6vzlbj-k9&amp;otpToken=MTEwNjE4ZTUxYjI2Y2RjNWI0MjQwNGVjNGYxZmUwYjM4OWNhZDA0MDk4YWU4ZDYxNzljNjAyNjY0YY0YjUyNWRmNWY1ZDVkZjk5NjZmM2UwYzQ0Y2YyYjjdkZjg0YmZkNjhlMTYzMjE3N2FlYjkyODM2MmFjkyODM2MmFjNTc0NCwxLDE%3D" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;">Learn why we included this.</a> </td> </tr> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;">You are receiving LinkedIn notification emails.</td> </tr> <tr> <td class="pb-1 m-0" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; margin: 0px; padding-bottom: 8px;"> <a href="https://www.linkedin.com/comm/psettings/email-unsubscribe?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B4cuIkpgOS%2B68r53p0kUXsg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=0ZVTy4UGuNfqU1&amp;trk=eml-email_notification_single_search_appearance_01-unsubscribe-0-footerGlimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-unsubscribe-0-footerGlimmer-null-5kegzu~ll6vzlbj~k9-null-null&amp;eid=5kegzu-ll6vzlbj-k9&amp;loid=AQHWkHjgXL6TzAAAAYnluz6-k3bpPZrAuDIhevghBOfxAVSqoUODMm-Cfk8yaF307l4SnPoYd-qpz1i6e3Jb-g8IO88aKcw6X04wknhkLhdxB0ozM-9L" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;">Unsubscribe</a> · <a href="https://www.linkedin.com/help/linkedin/answer/67?lang=en&amp;lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B4cuIkpgOS%2B68r53p0kUXsg%3D%3D&amp;midToken=AQHC-

Exhibit C | Index 30 | p. 210

TETmN460w&amp;midSig=0ZVTy4UGuNfqU1&amp;trk=eml-email_notification_single_search_appearance_01-help-0-footerglimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-help-0-footerglimmer-null-5kegzu~ll6vzlbj~k9-null-null&amp;eid=5kegzu-ll6vzlbj-k9&amp;otpToken=MTEwNjE4ZTUxYjI2Y2RjNWI0MjQwNGVjNGYxZmUwYjM4OWNhZDA0MDk4YWU4ZDYxNzljNjAyNjY0Y0YjUyNWRmNWY1ZDVkZjk5NjZmM2UwYzQ0Y2YyZjdkZjg0YmZkNjhlMTYzMjE3N2FlYjkyODM2MmFjNTc0NCwxLDE%3D" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;">Help</a> </td> </tr> <tr> <td class="pb-1" style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt; padding-bottom: 8px;"> <a href="https://www.linkedin.com/comm/feed/?lipi=urn%3Ali%3Apage%3Aemail_email_notification_single_search_appearance_01%3B4cuIkpgOS%2B68r53p0kUXsg%3D%3D&amp;midToken=AQHC-TETmN460w&amp;midSig=0ZVTy4UGuNfqU1&amp;trk=eml-email_notification_single_search_appearance_01-footer-0-logoGlimmer&amp;trkEmail=eml-email_notification_single_search_appearance_01-footer-0-logoGlimmer-null-5kegzu~ll6vzlbj~k9-null-null&amp;eid=5kegzu-ll6vzlbj-k9&amp;otpToken=MTEwNjE4ZTUxYjI2Y2RjNWI0MjQwNGVjNGYxZmUwYjM4OWNhZDA0MDk4YWU4ZDYxNzljNjAyNjY0Y0YjUyNWRmNWY1ZDVkZjk5NjZmM2UwYzQ0Y2YyZjdkZjg0YmZkNjhlMTYzMjE3N2FlYjkyODM2MmFjNTc0NCwxLDE%3D" target="_blank" style="color: #0a66c2; cursor: pointer; display: inline-block; text-decoration: none; -webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%;"> <img src="https://static.licdn.com/aero-v1/sc/h/9ehe6n39fa07dc5edzv0rla4e" alt="LinkedIn" class="block h-[14px] w-[56px] image-rendering-crisp" style="outline: none; text-decoration: none; image-rendering: -moz-crisp-edges; image-rendering: -o-crisp-edges; image-rendering: -webkit-optimize-contrast; image-rendering: crisp-edges; -ms-interpolation-mode: nearest-neighbor; display: block; height: 14px; width: 56px;" width="56" height="14"> </a> </td> </tr> <tr> <td data-test-copyright-text style="-webkit-text-size-adjust: 100%; -ms-text-size-adjust: 100%; mso-table-lspace: 0pt; mso-table-rspace: 0pt;"> © 2023 LinkedIn Corporation, 1&zwnj;000 West Maude Avenue, Sunnyvale, CA 94085. <span data-test-trademarks-text> LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn. </span> </td> </tr> </tbody> </table> </td> </tr> </tbody> </table> <img alt role="presentation" src="https://www.linkedin.com/emimp/ip_Tld0bFozcDFMV3hzTm5aNmJHSnFMV3M1OlpXMWhhV3hmYm05MGFXWnBZMkYwY_Vc5dVgzTnBibWRzWlY5elpXRnlZMmhhmWVhCd1pXRnlZVzVqWlY4d01RPT06.gif" style="outline: none; text-decoration: none; -ms-interpolation-mode: bicubic; width: 1px; height: 1px;" width="1" height="1"> </body> </html>

Exhibit C | Index 30 | p. 211

## 08/11/2023 – LinkedIn Automated Email – PGP EMAIL HEADER

Return-Path: <s-2kqkuf4kdlibfhvzwrsl1utwd0xozkzb22fdzf8dt7jj5c2uk4bd1a9j@bounce.linkedin.com>
X-Original-To: MattGuertin@Protonmail.com
Delivered-To: MattGuertin@protonmail.com
Authentication-Results: mailin037.protonmail.ch; dkim=pass (Good 2048
  bit rsa-sha256 signature) header.d=linkedin.com header.a=rsa-sha256;
  dkim=pass (Good 1024 bit rsa-sha256 signature)
  header.d=maile.linkedin.com header.a=rsa-sha256
Authentication-Results: mailin037.protonmail.ch; dmarc=pass (p=reject dis=none)
 header.from=linkedin.com
Authentication-Results: mailin037.protonmail.ch; spf=pass
 smtp.mailfrom=bounce.linkedin.com
Authentication-Results: mailin037.protonmail.ch; arc=none smtp.remote-ip=108.174.0.206
Authentication-Results: mailin037.protonmail.ch; dkim=pass (2048-bit key)
 header.d=linkedin.com header.i=@linkedin.com header.b="QihqVzfz"; dkim=pass (1024-bit
 key) header.d=maile.linkedin.com header.i=@maile.linkedin.com header.b="MtkMZwGv"
Received: from maile-hf.linkedin.com (maile-hf.linkedin.com [108.174.0.206]) (using
 TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits)) (No client certificate
 requested) by mailin037.protonmail.ch (Postfix) with ESMTPS id 4RMrxb15czz9vNPv for
 <MattGuertin@Protonmail.com>; Fri, 11 Aug 2023 17:53:22 +0000 (UTC)
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=linkedin.com; s=d2048-201806-01;
 t=1691776401; bh=1j9oTUpZWSHOLgAI3jJuUmlx3rxmUg6TpEPDjPMJKQc=;
 h=From:Subject:MIME-Version:Content-Type:To:Date:X-LinkedIn-Class:
 X-LinkedIn-Template:X-LinkedIn-fbl;
 b=QihqVzfzrJZTVLXxd8LuI/HkGWDWkfe63j/TxUGWeNOt2N1NojBicBU78RsQN09GH
 V342Jbnz+/62kHtZEj7oDKx1Zpv6OI2y7lsxI28FQLCfyCTL/YUVaK+mYSK9tqos91
 DWDg9HUAET7ipg0UGwc/2/7b2Q5Br3oKG1a6c/AP8g2FtxjWbrsW9K9ahfWmXRtQOg
 IU2oL1bdNGhGyoQt1O5AkQU4pKdR1uY5P5GIJZ3UkklYhfVpx+lc/fVv8Ifos0F0gI
 LZsv9RMhNO+9w1ZDymbZ0DH9Vx3bkW1c+ideaioXYUPGzFylNk/JAIUsUop5Gm6jqt
 3HVPe63H+0UWQ==
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=maile.linkedin.com;
 s=proddkim1024; t=1691776401; bh=1j9oTUpZWSHOLgAI3jJuUmlx3rxmUg6TpEPDjPMJKQc=;
 h=From:Subject:MIME-Version:Content-Type:To:Date:X-LinkedIn-Class:
 X-LinkedIn-Template:X-LinkedIn-fbl;
 b=MtkMZwGvEs7KgUFxuUuGaeOT7axUR0G4v5N2uzOc4CIUryWigPyURqr6eXfJ4iMVz
 lXcCTocRdXIOqdFraWR18DBmzz5ipxQhg/kAyYV/doWYtImlV6cEHfwWJNbobwXQ5G
 Z/MbvL1iLXY0ZqFOb9dKD4NzeHZE1WyXomIAWaKc=
From: LinkedIn <notifications-noreply@linkedin.com>
Message-Id: <1639036732.2773335.1691776401609@lor1-app87662.prod.linkedin.com>
Subject: Matt, you appeared in 18 searches this week
Mime-Version: 1.0
Content-Type: text/html
To: Matt Guertin <MattGuertin@Protonmail.com>
Date: Fri, 11 Aug 2023 17:53:21 +0000 (UTC)
X-Linkedin-Class: EMAIL-DEFAULT
X-Linkedin-Template: email_notification_single_search_appearance_01
X-Linkedin-Fbl: m2-
aszymcg8j6bnm8femstqz9jpk9wse9ppt2i38fjdgdnct43d4bjdd503n9dm6h8axnzul7b3z992f30aflcf4tuv3ourcvrwpaaesy
X-Linkedin-Id: 5kegzu-ll6vzlbj-k9
List-Unsubscribe: <https://www.linkedin.com/comm/psettings/email-unsubscribe?lipi=urn%3Ali%3Apage
%3Aemail_email_notification_single_search_appearance_01%3B4cuIkpgOS%2B68r53p0kUXsg%3D%3D&midToken=AQHC-
TETrnN460w&midSig=0ZVTy4UGuNfqU1&trk=eml-email_notification_single_search_appearance_01-unsub-0-unsub&trkEmail=eml-
email_notification_single_search_appearance_01-unsub-0-unsub-null-5kegzu~ll6vzlbj~k9-null-null&eid=5kegzu-ll6vzlbj-
k9&loid=AQHWkHjgXL6TzAAAAYnluz6-k3bpPZrAuDIhevghBOfxAVSqoUODMm-Cfk8yaF307l4SnPoYd-qpz1i6e3Jb-
g8IO88aKcw6X04wknhkLhdxB0ozM-9L>
Require-Recipient-Valid-Since: MattGuertin@Protonmail.com; Tue, 24 Nov 2020 23:03:31 +0000
X-Rspamd-Queue-Id: 4RMrxb15czz9vNPv
X-Rspamd-Server: cp5-mailin-037.plabs.ch
X-Spamd-Result: default: False [-13.91 / 25.00];

Exhibit C | Index 30 | p. 212

WHITELIST_DMARC(-7.00)[linkedin.com:D:+];
WHITELIST_SPF_DKIM(-3.00)[linkedin.com:d:+,linkedin.com:s:+]; BAYES_HAM(-3.00)[99.99%];
DMARC_POLICY_ALLOW(-0.50)[linkedin.com,reject];
R_DKIM_ALLOW(-0.20)[linkedin.com:s=d2048-201806-01,maile.linkedin.com:s=proddkim1024];
R_SPF_ALLOW(-0.20)[+ip4:108.174.0.0/24:c];
MIME_GOOD(-0.10)[multipart/alternative,text/plain]; MANY_INVISIBLE_PARTS(0.10)[2];
HAS_LIST_UNSUB(-0.01)[]; RCVD_COUNT_ZERO(0.00)[0]; ASN(0.00)[asn:14413,
ipnet:108.174.0.0/24, country:US]; NEURAL_HAM(-0.00)[-0.998];
MIME_TRACE(0.00)[0:+,1:+,2:~]; TO_DN_ALL(0.00)[];
FROM_NEQ_ENVFROM(0.00)[notifications-noreply@linkedin.com,s-
2kqkuf4kdlibfhvzwrsl1utwd0xozkzb22fdzf8dt7jj5c2uk4bd1a9j@bounce.linkedin.com];
FROM_HAS_DN(0.00)[]; DKIM_TRACE(0.00)[linkedin.com:+,maile.linkedin.com:+];
TO_MATCH_ENVRCPT_ALL(0.00)[]; MID_RHS_MATCH_FROMTLD(0.00)[]; RCPT_COUNT_ONE(0.00)[1];
ARC_NA(0.00)[]
X-Rspamd-Action: no action
X-Pm-Spam: 0yezJI6cihyJeYR3pi42biOpJJvbmsCIeI1msjN3X3blJp7IjBlNIIojty4CMCLSJ
I6UyzTELLkjxQJCLkUE9otIjsjgMIBlSfR0TFUFJlDREPElVTIi6iwCM2XlRVnYnu2lXZ8miisnO
FUPJI6RCwyJeXN3wi0WYjOuAAyMD1zMMMkz12kDODO3AEzMzpCJLbFWnu9VZWYl1oiIj0HNaYNWr
lN3XWbflJzb22XJZZRWfyAjMzM3AQiMDyCJLd5WftFmbSZ6IFsImmC1bZFW0lJXdycsI1hImfWxa
YF20vdWZncflFtbm6SIZINlPBl0QCTsI1hImfWxaYF20vdWZncflJvcH6iIYM4C54ATOzN9d0sfX
ynNIaQWi2IiOGN2QU5Nz1GYNZNDhiBjYWOyINiZGiDYZfwSiiE2cnOisNfaXh3BcbIS6iwCM2cvN
UicmsjAOINnjlJ3bCZ6IAuLTiiwMcVmw0J3bjI7pJDIIfkRVS5UfQNVTUSFtg1X0bjpIM4CwxICL
DMugc0MTujALMAj2pxGI3clRBpZC3iBbb5CtslWY3cpBUua20mVbI0lsQNllLRI9xPRUB1BXUM1i
tslOCMw4wiXSG1BUXB1BiM1UlOts4wMCiSwXSRFNN9FTVRTNdFQUbjpIM4CwiwSXERJt9WTVJUxQ
R9FB6ISVyWw0FdLjECJLSl0NJN1X0RF5I6RCuzAWM0VsLRkIUSf1FMVkfURSRYUitslOCMx4wiXS
JEtRT9VWJxUQCR6I0wWydjFLLJCSEZ1Q0XOl1TX0LElUR9VX6ICTzWuA19MFfX0=
X-Pm-Origin: external
X-Pm-Transfer-Encryption: TLSv1.2 with cipher ECDHE-RSA-AES256-GCM-SHA384 (256/256 bits)
X-Pm-Content-Encryption: on-delivery
X-Pm-Spamscore: 0
X-Pm-Spam-Action: inbox

Exhibit C | Index 30 | p. 213