# Exhibit D

**EXHIBIT D**

'Affidavit of Fact' prepared by Matthew Guertin and filed pro se into his Hennepin County District Court Criminal Case 27-CR-23-1886. The index number cited matches the courts official case record. [1]

---

**Index 38** | 05/06/24, Affidavit of Fact and Email Evidence

---

1   Make use of the bookmarks for easy navigation of this exhibit.

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

**STATE OF MINNESOTA**                     **DISTRICT COURT**

**COUNTY OF HENNEPIN**               **FOURTH JUDICIAL DISTRICT**

---

State of Minnesota,                            Court File No.: 27-CR-23-1886

      Plaintiff,

vs.                                                    **DEFENDANT'S**

                      **AFFIDAVIT OF FACT**

Matthew David Guertin,

      Defendant.

---

TO:    THE HONORABLE JULIA DAYTON KLEIN, JUDGE OF THE DISTRICT

      COURT; THE CLERK OF THE FOURTH JUDICIAL DISTRICT COURT; MS.

      JACQUELINE PEREZ, ASSISTANT HENNEPIN COUNTY ATTORNEY; AND

      THE OFFICE OF THE HENNEPIN COUNTY ATTORNEY.


### AFFIDAVIT OF FACT

   I, MATTHEW DAVID GUERTIN, residing at 1075 Traditions Court, City of Chaska, County of Carver, State of Minnesota, being duly sworn, hereby depose and state under penalty of perjury:


### INTRODUCTION

I am filing this 'Affidavit of Fact' for the purpose of making sure all of the additional and highly relevant FACTS that are relative to my case are officially submitted into the record, and taken into account in all future matters and rulings concerning my case. This Affidavit of Fact contains all of the additional email exchanges that I have recently come across that I think are an important part of the much larger 'issue' curently taking place regarding my current court proceedings within the Hennepin County 4ᵗʰ Judicial District Court and the 'bigger picture' related to the alleged patent fraud, which both my criminal and civil proceedings revolve around.

Exhibit D | Index 38 | p. 1

## EXHIBIT SUMMARY

Below is a summary of the many exhibits accompanying this affidavit.

**Exhibit A:**

**Bruce Rivers Email 01: Sent by defendant on Nov 11, 2022 seeking advice from his friend Bruce Rivers about his just discovered patent situation involving Netflix, Inc.** An email to Bruce Rivers prior to the defendant hiring him as defense counsel in which he is reaching out to him for advice/guidance after his discovery of the Netflix patent application less than a week prior. The email includes a Dropbox link in which the defendant is sharing multiple files related to the patent situation he has suddenly found himself in.

**Exhibit Aa:**

**Dropbox Link Overview: of link included in the Nov 11, 2022 email to Bruce Rivers seeking patent guidance** An overview of the contents of the Dropbox link that is included as a hyperlink applied to "Here you go" as shared in the above email presented in (*Exhibit A*) of this affidavit.

**Exhibit Ab:**

**A detailed list of all files shared in the Dropbox link folder** As included in the email to Bruce Rivers on November 11, 2022 (*Exhibit A*)

**Exhibit Ac:**

**Dropbox File Detail: A detailed list of all files shared in the Dropbox link folder** A page the defendant saved from the Nevada Secretary of State website which details the original filing and formation of Stephan Trojansky's 'Eyeline Studios' in its home state of Nevada.

Exhibit D | Index 38 | p. 2

**Exhibit Ad:**

### Dropbox File Detail: Eyeline Studios Hiring Pages

A 3 page document consisting of the Eyeline Studios LinkedIn page, a hiring website Eyeline Studios posted on, and the EyelineStudios.com contact page previously shared (*April 3, 2024 'Motion for Judicial Notice' Exhibit V p.43*)

This particualr exhibit is very telling due to the key statements that the Defendant highlighted which very clearly indicate that Eyeline Studios is working on something brand new and substantial in nature. The actual highlighted statements are

- "as we look to reinvent the traditional methods of filmmaking."
- "for what we believe to be the future of virtual production"
- "where you can not only be a part of some cutting edge technology"
- "We have a desire to expand our global footprint"
- "Claire Bee – Head of Volumetric Capture"
- "Lukas Lepicovsky – Virtual Production Supervisor"
- "Jonathan Reynolds – Unreal Generalist"
- "Gaby Rios – Virtual Production Department Manager"
- "Quin Saule – Virtual Production Department Manager"
- "Samuel Price – Virtual Production – Stage Operator"
- "Andrea Jamiel – Volume Capture Post-Processing TD"
- "Lucio Salt – Volume Capture Technical Director, Motion Capture"
- "John Millward – Unreal Technical Director"
- "Redmyn Lee – Volume Capture Junior Technical Director"

These highlighted statements and job titles are all very revealing, due to the fact that they directly align with the terminology and language that is used in the Defendant's granted US Patent 11,577,177 (*April 3, 2024 'Motion for Judicial Notice' Exhibit Oa p.89*) as well as various text messages and conversations the defendant has shared (*April 9, 2024 'Affidavit of Fact' Exhibit H p.81(Text 14), p.82(Text 21), Exhibit J p.87(W-07), p.88(W-*

Exhibit D | Index 38 | p. 3

*09,W-13))* in which he is directly discussing Unreal Engine. These highlighted statements become much more revealing when you realize that it is also all of the common language which appears to be intentionally excluded from ever being used a single time in the Trojansky / Netflix patent application

(*April 3, 2024 'Motion for Judicial Notice' Exhibit S p.40*) and the subsequently granted US Patent 11,810,254 (*April 3, 2024 'Motion for Judicial Notice' Exhibit Jb p.224*) which includes the defendant's last name and patent at the very top of the document as an officially submitted, and reviewed 3rd Party Prior Art submission to the USPTO.  The defendant believes that it is not even necessary for one to require a vast technical understanding of 'what' exactly the specific technology contained within both his as well as the Netflix patent actually achieves in order to be able to arrive at the conclusion that the very same statements included above that refer to:

- "reinventing the fututre of film making"
- "the future of virtual production"
- "cutting edge technology"

are all statements which apply to his patented technology simply by association, which includes not only the defendan't name and patent included as part of the officially granted Netflix patent, but also the analysis the defendant generated using chatGPT (*April 9, 2024 'Affidavit of Fact' Exhibit K p.94)* after the defendant input both his as well as the Netflix patent, provided some background information, and then requested that he be provided with a completely unbiased, and fact based legal analysis consisting of arguments the defendant should make to the USPTO based on his belief that the Netflix patent shouldn't have ever been granted in the first place. Regardless of the fact that this is something that would need to be decided in an 'official/legal' capacity to be considered a 'fact' isn't necessary due to the fact that all of the similarities produced outlined in the resulting analysis are all 'facts' which cannot be disputed or discredited.

Exhibit D | Index 38 | p. 4

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

**Exhibit Ae:**

**Dropbox File Detail: Screenshot of the demo video showing the defendants patented technology produced especially for Bruce Rivers**

A screenshot of the defendant's demo video which showcases the core functionality of his inventions technology, and which contains a custom, animated watermark atop it consisting of moving text that includes

- 'CONFIDENTIAL VIDEO for Bruce Rivers'
- 'PATENT PENDING – CONFIDENTIAL'
- 'INVENTED BY MattGuertin@ProtonMail.com'

Defendant placed custom watermarks atop all videos he shared with others that included personal information about the people it was sent to for the purpose of discouraging sharing with additional people, due to the fact that if it ended up being shared publicly it would be their name scrolling across the video.

**Exhibit Af:**

**Dropbox File Detail: Defendants initial background research into the attorney of record for the Netflix patent applcation, after he initially discovered it**

A 13 page document the defendant prepared which could be considered 'basic background research' into the attorney of record, Robert Hulse, and the very large, and well known lawfirm 'Fenwick and West' that he works for. The defendant first sourced this information upon his November 6, 2022 initial discovery (*April 9, 2024 'Affidavit of Fact' p.8)* of the Trojansky/Netflix patent application (*April 3, 2024 'Motion for Judicial Notice' Exhibit S p.40*) Besides Fenwick and West's significant clients (which include Google, Amazon, and Facebook among others), it is worth pointing out their technology related areas of focus as included in the document which include: "We assist clients with disruptive technologies, including: Artificial Intelligence (AI), Augmented Reality/Virtual Reality (AR/VR), …., Interactive entertainment, with a focus on games, …."

Exhibit D | Index 38 | p. 5

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

**Exhibit Ag:**

**Dropbox File Detail: Post Magazine article 'Virtual production becomes a reality'**

A 9 page online article the defendant printed out from Post Magazine titled 'Virtual production becomes a reality' which is a very informative article providing a background and overview of virtual production technology, and its uses. The statements that the defendant highlighted on the fourth page of the article detail a conversation with 'Carlos Fueyo' who is employed by Eyeline Studios, and whose position is 'VAD art director/virtual production supervisor'. In this article he makes the statement

"Eyeline is really set to redefine the way in which productions are made. They're really setup to reinvent or change the future of filmmaking. That's very clear."

A very clear statement, which once again serves to very clearly indicate the disruptive nature of the technology that Eyeline Studio's is engaged in. Carlos also mentions a

"big announcement in the months to come."

further implying the covert/secretive nature of the disruptive technology he is gloating about in the article in regards to his employer, Eyeline Studios.

**Exhibit Ah:**

**Dropbox File Detail:  ScanlineVFX Website print outs**

A 3 page document produced by the defendant consisting of pages he printed to a PDF from the 'Scanline VFX' website located online at  www.ScanlineVfx.com - This document was produced by the defendant for the purpose of providing additional background information related to the Trojansky / Netflix patent application he had discovered less than one week before sending this email to his longtime friend, and attorney Bruce Rivers in hopes of seeking advice or guidance about the situation he suddenly realized he was now in that involved himself, and well known, very large companies operating within the entertainment and visual fx fields.

Exhibit D | Index 38 | p. 6

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

**Exhibit Ai:**

**Dropbox File Detail: Two emails to defendant from his patent attorney following his initial discovery of the Trojansky / Netflix application**

These two replies, that the defendant included in his email to Bruce Rivers, are part of the intitial email chain in which defendant initially emailed his patent attorney after becoming increasingly concerned about the 'PhotoRobot Virtual Catwalk' he had been pointed to by the CEO of Mark Roberts Motion Control 'Assaff Rawner' in his October 31, 2022 email reply to the defendant (*April 9, 2024 'Affidavit of Fact' Exhibit L p.96*) only to end up inadvertently stumbling upon the Trojansky / Netflix patent application after he began searching the USPTO patent database to see if PhotoRobot had any patents or patent applications filed for their supposed 'Virtual Catwalk' product.

The two emails detailed in this exhibit are rather significant due to the direct relavance and implications realted to the defendant's criminal, as well as civil proceedings with the court. The fact that the defendant's patent attorney is directly confirming the defendants initial views and opinion of the Trojansky / Netflix patent application upon first discovering it, and it can now be substantiated that both the defendant and his patent attorney were in fact both correct in their initial analysis, and legal opinions regarding the substantial similarities between the two patent applications (due to the defendant's name being an official part of the now granted Netflix patent) serves to add substantial credibility to the defendant's many additional claims, which in turn substantially discredits the defendant's supposed 'incompetency' as determined in the March 10, 2023 Rule 20.01 exam that was supposedly submitted to the court by Dr. Jill Rogstad. This is due to the fact the entire basis of the report and its ultimate conclusion of the defendant being 'incompetent to stand trial' with a diagnosis of 'Unspecified Schizophrenia Spectrum and Other Psychotic Disorder (primary)' all relies upon the defendant's 'perceived achievement's' and 'unusual beliefs' about having invented a 'revolutionary technology' that would result in very large financial stakes at play involving companies like 'Netflix and Microsoft' being used as the main evidence to support the diagnosis itself.

It is in fact, this very same 'evidence' which the defendant stated "would speak for itself" if considered by courtroom principles, that was then used in both the exam report as well as the July 13, 2023 court order (*April 3, 2024 'Motion for Judicial Notice' Exhibit Bb p.175*), not as a very clear example of the defendant being actively engaged in, and attempting to 'aid in his own defense', but instead as further supporting evidence of his supposed 'incompetency' even though both the exam report as well as the court order both contain multiple statements that directly attest to the defendants very clear, and coherent understanding of not just 'the nature of the charges against him' but also to many additional, more 'nuanced' legal concepts related to his proceedings as whole – BUT – even though the defendant is able to understand everything going on he is still 'incompetent' due to the 'delusional' and 'incompetent' evidence itself that he believes he has 'collected' – Evidence which, by its sheer existence and mention, serves to very clearly show that the defendant is, and has been actively engaged in defending himself ever since he first entered into the March 1, 2023 meeting with Dr. Jill Rogstad with

"a large stock of documents, organized into sections, which he provided for my review and stated supported his assertions."

- as is directly quoted from Dr. Jill Rogstad's March 10, 2023, Rule 20.01 report (*April 3, 2024 'Motion for Judicial Notice' Exhibit Sa p.120*)

Another significant revelation lies in the highly technical manner in which the Trojansky / Netflix patent application was written, which indirectly serves to prove that not only is the defendant 'competent', but highly competent, due to the fact that he had to read through the application multiple times upon first discovering it before he was even able to realize that it was for the exact same technology as his patent. The fact that he arrived at this conclusion, had it confirmed by his patent attorney, and his name is now at the top of the granted Netflix patent might cause a logical and impartial person to ask themselves a question such as "If it has now been proven that a substantial amount of the defendant's claims, initially determined to be 'delusional' and indicative of an underlying

Exhibit D | Index 38 | p. 8

'Unspecified Schizophrenia Spectrum and Other Psychotic Disorder (primary)' are in fact all true then what other claims made by the defendant might also actually be based in reality?"

A rather telling juxtaposition to the issues surrounding the highly technological concepts, reading comprehension, and the high level of competency and understanding necessary for one to be able to accurately navigate the many complexities, which the defendant very clearly has, would be the following verbatim excerpt from Dr. Jill Rogstad's report, which is part of the paragraph that directly follows her 'official' clinical diagnosis of the defendant:

> "On this point, the limits of my expertise in relation to technology matters must be acknowledged, as I lack the specialized training in this field to analyze the defendant's reported invention, patent, or any existing technology it resembles. I tried to consult without success with Mr. Guertin's patent attorney to verify any realistic factors underpinning his assertions. Nevertheless, even if the technological aspects of the defendant's statements prove true (i.e., that he has a viable technology that was introduced by others after he received his patent), his views remain consistent with delusions."

> (*April 3, 2024 'Motion for Judicial Notice' Exhibit Sa p.122*)

**Exhibit Aj:**

**Dropbox File Detail:  Granted Patent Claims**

A single page document detailing the granted patent claims in defendant's now granted US Patent 11,577,177

(*April 3, 2024 'Motion for Judicial Notice' Exhibit Oa p.89*)

Exhibit D | Index 38 | p. 9

**Exhibit Ak:**

**Dropbox File Detail:  NFOA Reply Draft**

A draft document prepared for the defendant by his patent attorney, which serves as a potential repsonse to the patent examiners 'non-final office action' issued for the defendant's initial US Patent Application 17/843,960

(*April 3, 2024 'Motion for Judicial Notice' Exhibit Oa p.89*)

**Exhibit Al:**

**Bruce Rivers Email 02: Follow-up email**

A follow up email sent to Bruce Rivers by defendant just 2 minutes after sending the initial email which simply states:

> "My provisional application was filed on March 19th, 2021     Trojansky/Netflix was filed on March 31st, 2021     I win"

**Exhibit Am:**

**Bruce Rivers Email 03: Follow-up email**

A follow up email sent to Bruce Rivers by defendant just 6 minutes after sending the initial email which simply states:

> "Here is my portfolio website with all the projects I've worked on spanning 2008 – Current        www.MattGuertin.com"

(*April 3, 2024 'Motion for Judicial Notice' Exhibit O p.36*)

**Exhibit B:**

**Bruce Rivers Email 04: January 13, 2023 email to Bruce Rivers asking for help regarding defendants patent fraud discovery**

This is an email, sent to Bruce Rivers by the defendant, just 8 days before the incident resulting in the current criminal charges and his subsequent reatinment of Bruce Rivers as his criminal defense counsel. In this email, with a subject line of

"Bruce. You gotta help me get a bunch of eyes on this"

the defendant makes the following statements:

- "This is happening in real-time right now. It is nuts. They are just editing the internet archive pages like it's the website for their family business."
- "It discredits the entire archive. Any cases which involved the archive get reexamined."
- "Do you know any federal investigators or anyone that would be interested in investigating this? I am trying to figure out what to do"

In addition the defendant includes a Dropbox link which is 4.6gb in size, and indicated to contain "all of the supporting files." as well as "one of the data analysis spreadsheets I created" which is attached to the email a file named

"DATA_ANALYSIS_ALL_WEB_FILES_tutorials_how-to-film-models.xlsx"

**Exhibit Ba:**

**Attached file: Screenshot images of a spreadsheet the defendant created highlight date anomalies he indentified**

Screenshots of the "DATA_ANALYSIS_ALL_WEB_FILES_tutorials_how-to-film-models.xlsx" attached to the defendants January 13, 2023 email to Bruce Rivers. This spreadsheet was created by the defendant, and contains data that the defendant personally gathered, and parsed on his own, as part of his investigative efforts into the alleged patent fraud he uncovered.

The spreadsheet details the file contents of the full html 'PhotoRobot' website pages that the defendant had been downloading since December 9, 2022 prior to sending this email. The data reveals a pattern in which specific javascript and css files appear to correlate to the specific internet archive save dates, which the defendant believes are fraudulent. This

Exhibit D | Index 38 | p. 11

particular spreadsheet presentation, is just one small piece of the much 'bigger picture' as it relates to the alleged patent fraud at the center of the defendant's current criminal charges (*27-CR-23-1886*), as well as his resulting 'stayed order of civil commitment' (*27-MH-PR-23-815*)

**Exhibit Bb:**

**Dropbox File Detail Overview: The contents of the Dropbox link included in the January 13, 2023 email to Bruce Rivers seeking help with alleged patent fraud**

This exhibit includes a multitude of screen-captured images beginning with the actual Dropbox page the link opens up, followed by screen-shot images of the actual folder contents as contained in the local (original) file that the defendant maintains. What this exhibit serves to prove is that the defendant was in fact engaged in a significant, personal investigative effort, in which he personally took on the role of a 'digital forensics investigator' as part of his efforts to protect his intellectual property in light of the alleged fraud he had uncovered, and began to heavily investigate, beginning on December 9, 2022. Regardless of the 'alleged' nature of the larger patent fraud issue, this exhibit makes it very clear that the defendant was personally involved in a significant, thorough, and very organized collection of digital forensic evidence, that resulted in a massive amount of well organized data. This sevres as just one more clear example of the defendants overall competency related abilities.

**Exhibit Bc:**

**Dropbox 'File Tree' Ai Analysis**

An Ai analysis conducted by the defendant, in which he input the 'file tree' data of one of the folders and inquired as to whether or not the data presented, insofar as the file naming and structures were indicative of an automated, or potentially ai generated/assisted process being involved in their creation.

The resulting analysis serves to support the defendants presented hypothesis presented, with the analysis portion containing the following text highlighted by the defendant

"If the analysis reveals inconsistencies in file timestamps that do not align with the purported timeline of content evolution, this could be a red flag for artificially backdated files."

- something which the defendant highlighted due to its direct correlation to the spreadsheet the defendant attached to the January 13, 2023 email in which the entire spreadsheet, is in fact pertaining to 'timestamp discrepancies' that the defendant had identified in the 'PhotoRobot' webpages downloaded directly from the Internet Archive (*Exhibit Ba*). This exhibit also contains an excerpt of the actual 'file tree' - which is included for the purpose of better explaining what a 'file tree' is and providing a simplified overview of the data the defendant used to produce the resulting analysis.

**Exhibit Bd:**

**Details of a text file contained in the Dropbox link folder**

The text of a file named 'NOTES_AND_BACKGROUND.txt' which has a 'last modified time / date' of January 11, 2023 at 5:26am. This exhibit serves to present a 'historical snapshot' of the defendants activities prior to his arrest on January 21, 2023 as the text in this exhibit is copied and pasted from a text file that the defendant created, and included in the Dropbox folder (*Exhibit Bb*) as a way of providing basic background information about 'what' the data contained in the folders pertaines to, and 'why' it was collected, etc. This text file was initially created by the defendant for the purpose of informing the digital forensic investigators he hoped would be conducting a more detailed, and professional investigation into the data he collected.

**Exhibit C:**

**Defendants January 30, 2023 email to Minnetonka PD Detective Samantha Johnson, detailing many of the defendants claims**

A very detailed email sent to the Minnetonka Police Department detective assigned to the defendants criminal case following his January 21, 2023 arrest. The email addresses

Exhibit D | Index 38 | p. 13

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

various issues related to his criminal charges, but also goes into great detail about the previous police report he filed with the same department just nine days prior to his arrest, and criminal charges.

**Exhibit D:**

**Email to Bruce Rivers 05: An email detailing the 'CIA' and military background of defendants welder and images showing 'special ops gear' sitting atop defendants prototype as it was being welded**

An email sent to Bruce Rivers on February 7, 2023 instead of to its originally intended recipient, Detective Samantha Johnson of the Minnetonka PD. This email is a key exhibit due to the fact that Bruce Rivers had now been officially retained by the defendant, who is sharing a key piece of evidence with him in this email, in the form of the two attached images as well as the defendants discussion of the military and intelligence connections of his welder. Bruce Rivers then replied to the defendants email, and confirmed receipt of this evidence pertaining to his case. This particular evidence which directly 'proves' the defendants claims about surveillance technology, the CIA, and 'special ops gear related to his invention' would end up becoming just one, of the many factual events discussed by the defendant in his meeting with Dr. Jill Rogstad, which would end up being used by Dr. Jill Rogstad as evidence to support her outlandish conclusions.

The fact that the defendant and Bruce Rivers would then end up attending an in person hearing on July 7, 2023 in which the defendant was fighting to have his initial determination of being 'incompetent to stand trial' overturned and only present the defendants granted patent as the sole exhibit submitted into the record raises obvious questions to why he not only wouldn't make mention of and present evidence which served to irrefutably discredit key points made in Jill Rogstads exam report, but then also advise the defendant not to present or share any of the additional exhibits he personally spent the time to prepare, and print prior to his court hearing is very odd, and unusual. This is especially true in light of the defendants long standing relationship spanning over

twenty years knowing Bruce Rivers, which has provided the defendant with a very clear, and knowledgeable 'baseline' of Bruce Rivers abilities and skills in a court room.

**Exhibit Da:**

**The two images included in the email which actually show the 'special ops gear' atop the defendants prototype**

(*April 9, 2024 'Affidavit of Fact' Exhibit B p.60*)

**Exhibit Db:**

**Email reply from Bruce Rivers confirming receipt of the 'special ops gear' evidence**

Bruce Rivers replies to the defendant with "Good I'll take a look at it if I think it needs to be sent and I will send it." assuring him that this key piece of evidence will be reviewed by himself and appropriately handled, and considered, relative to his criminal proceedings.

**Exhibit E:**

**Email to Bruce Rivers 06: Sent on February9, 2023**

An email which includes no body text, and a single, attached PDF file, details the defendants upcoming Rule 20.01 Exam Hearing, which is scheduled by and taking place with Dr. Jill Rogstad.

**Exhibit Ea:**

**File attachment detail: PSYCHOLOGICAL SERVICES**

The attached PDF file sent to the defendant by Dr. Jill Rogstad, detailing the defendants upcoming Rule 20.01 Exam Hearing with her.

**Exhibit F:**

**Email to Bruce Rivers 07: Police looked through my phone without a warrant**

An email sent by defendant on February 10, 2023 in which he is simply relaying concerns he has after discovering that multiple settings and menus have been changed in his cell

phone. In addition the defendant goes into great detail about a YouTube playlist appearing at the top of his YouTube page titled 'shooting' which not only had videos about guns that the defendant believes he likely didn't create, but included with the two 'shooting' related videos was one with a title mentioning the 'FBI and CIA' as if seemingly implying that the defendant focused on the two particular topics in way that would correlate the two, completely different topics.

This email notably has a subject line of "Police looked through my phone without a warrant"

## Exhibit Fa:

**Email to Bruce Rivers 08: Police looked through my phone without a warrant follow up**

An email sent by defendant just 25 minutes after sending his first email in which he attaches screenshots of his YouTube playlist. The entirety of this short follow-up email is:

> " It doesn't make any sense why a video platlylist titled 'shooting' would be at the top of 'most recently added' because I didn't just add any videos about shooting. It doesn't make any sense.... the order of the 'most recent' filter. It is not accurate. ~Matt "

## Exhibit Fb:

**An exhibit showing the 3 image attachments that detail defendants YouTube playlist**

An email sent by defendant at 5:00 pm on Feb 10 , 2023 - just 25 minutes after sending his first email - in which he attaches screenshots of his YouTube playlist. Notably there is also a a playlist titled 'ChatGTP' which the defendant is also 'unsure of' in general as the only reason he intially mispelled, and referred to it as 'GTP' instead of 'GPT' in the text he wrote on his walls prior to firing the gun to summon police, was due to the defendant legitimately having no clue at all 'what' exactly 'chatGPT' was. This can actually be verified by the fact that it was the defendants 'CIA' and military connected welder who

Exhibit D | Index 38 | p. 16

was the first to point defendant in the general direction of 'Ai' iinitially. The defendants reply to this 'hint' provided to him very clearly serves to demonstrate that the defendant was not even aware of what it actually 'does' or accomplishes, as otherwise the defendant would've certainly made the connection right away after it was text to him.

(*April 9, 2024 'Affidavit of Fact' Exhibit C p.65(welder-13))*

**Exhibit Fc:**

**Email to Bruce Rivers 09: Follow-up sent on Feb 10, 2023 at 5:03pm**

An email sent by defendant which includes the following statement

> "I'm busy trying to find the playlist I created about neural radiance fields which is the technology Netflix is referencing in their patent I believe. That's the whole reason I've even noticed any of this stuff."

**Exhibit Fd:**

**Email to Bruce Rivers 10: Follow-up sent on Feb 10, 2023 at 5:08pm**

This final email concerning the YouTube playlist topic simply states

> "My playlist for neural radiance fields is missing"

**Exhibit G:**

**Email to Dr. Jill Rogstad 01 with Bruce Rivers CC'd: Sent April 26, 2023**

A random and rather sarcastically toned email the defendant fired off to Dr. Jill Rogstad which, regardless of its sarcastic tone, shares a substantial amount of direct source references that serve to substantially discredit her exam report about the defendant in which she actually used the defendants mention of being an "unlicensed engineer" as well as the the defendants various mentions of the substantial projects he's been involved with as evidence to support his supposed 'delusions' and her ultimate diagnosis. The fact that this was emailed to her prior to the defendants July 7, 2023 court hearing in which she stated that her initial opinion had not changed at all since the exam meeting took place is

somewhat telling in the defendants opinion. Notably the attachments to this email also include the same 'special ops gear' related to the defedants invention that was previously shared with Bruce Rivers by the defendant.

## Exhibit Ga:

**Three of the image attachments included in defendants email to Dr. Jill Rogstad**

A text message exchange which is redacted in this exhibit, but which originally backed up the comment pertaining to the defendants invention "it should revolutionize the industry" with the established, and highly credentialed person making the comment. This statement about "revolutionizing the industry" was again a true, and factual statement made by the defendant, which would end up being used by Dr. Jill Rogstad to actually support her diagnosis of the defendant by classifying all of it as mere 'delusions' and even going so far to refer to the defendants substantial achievements, which he actually shared with her in the very first email he ever sent to her (*April 3, 2024 'Motion for Judicial Notice' Exhibit Sa p.105*), as his 'perceived achievements' which the defendant believes is not a simple oversight or mistake but an intentional deception on her part. She didn't 'mistakingly' overlook or omit important facts the defendant provided her with, but instead actually went so far as to take the many factual, and relevant conversation topics relayed to her by the defendant and turn them around into outright fabrications that were then included in her report for the purpose of actually supporting her diagnosis of the defendant, and recommendation that he be committed to a mental institution and placed on powerful anti-psychotic drugs (*April 3, 2024 'Motion for Judicial Notice' Exhibit Sa p.124-125*)

## Exhibit Gb:

**Email to Dr. Jill Rogstad 02 with Bruce Rivers CC'd: A second follow-up email sent shortly after the initial email**

This email includes attachments which very clearly prove that the defendant is directly involved with patent dealings that involve Netflix, Inc as the defendant included attachments that contained the certified mailer images, the accepted third party prior art

submission to the USPTO, and a screen capture image that was originally captured by defendants patent attorney showing that the defendants USPTO submission was in fact officially entered into the official USPTO file of the Netflix patent application. (*April 3, 2024 'Motion for Judicial Notice' Exhibit Ta p.130, Exhibit Va p.134* )

The email begins with the statement:

> "Do you think the executives at Netflix thought these certified mailers which contained my patent were even real when they received them?"

**Exhibit H:**

**Email to Bruce Rivers 11: Sent on May 27, 2023 at 6:43pm**

An email in which the defendant is discussing his scheduled, and upcoming June 14, 2023 @ 9:00am court hearing in which the defendant states:

> " Bruce,
> I'm counting on your ability then to ensure that my June 14th hearing @ 9am is going to for sure happen this time and be in person (as opposed to over zoom..) "

This email may seem insignificant, but it is actually a key piece of the bigger 'puzzle' concerning the many procedural anomalies in the handling, as well as the MCRO timeline of the defendants criminal case. The reason that this seemingly insignificant email is important is that it serves to irrefutably establish the intitially scehduled court hearing on June 14, 2023 which was subsequently cancelled once again, being relayed to the defendant once again mere hours before the scheduled court hearing by his defense counsel. This last minute recheduling was followed by a court order signed by Judge Julia Dayton Klein, in which she states "On June 13, 2023, Mr. Rivers requested a continuance in the matter due to scheduling conflicts" even though there is no officially submitted 'Motion for Continuance' submitted into the defendants criminal case (*27-CR-23-1886*) timeline as shown on the MCRO website. Furthermore this court order granting the

continuance was officially submitted into the record at 2:34pm on June 14, 2023 and included as index #16 which is oddly followed by her submission into the record of 'Taken Under Advisement' as Index #17 – After the index of the ruling. This is notable as the hearing was originally scheduled for 9:00am in the morning, which would logically imply that a ruling a would normally be required, or at least expected prior to the scheduled hearing if it were following normal procedure. The other significantly strange discovery is that the cancelled 9:00am court hearing is indicated as having took place anyways following its last minute cancellation, only it is officially listed as having been "Held Off the Record" for some reason even though it was supposedly cancelled via an order granting continuance that references a non-existent 'Motion for Continuance' that one would expect to be filed as part of the normal/standard procedure, with the last 'Motion for Continuance' submitted into the record by the defendants defense counsel having occurred on April 4, 2023.

**Exhibit I:**

**Email to Bruce Rivers 12: Sent on June 9, 2023 at 12:39pm**

An email with a subject line of 'The 6th Amendment' in which the defendant simply states:

> " How can a zoom hearing satisfy the 'public trial' clause of the 6th amendment?
> Zoom is inherently 'non-public' due to the fact that you need a special code or invite in order to gain access.
> Being forced to attend my hearing over Zoom violates my 6th amendment rights."

This email serves to once again show a very clear understanding of broader legal nuances and legal understanding by the supposedly 'incompetent' defendant.

**Exhibit Ia:**

**Email reply from Bruce Rivers: Sent on June 9, 2023 at 1:50pm**

"I'll request an in person appearance"

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

**Exhibit Ib:**

**Email to Bruce Rivers 13: Sent on June 9, 2023 at 2:03pm**

A jokingly toned email sent by the defendant in which he states:

> "The last thing I need is some fake ass, PhotoRobot, AI generated Judge presiding
> over my case.....
> Sheeeeeeit"

Even though this was a completely random and 'off the cuff' reply in which the defendant
was not being serious, it does in fact contain an underlying element of truth to it in
regards to the entire 'Ai' mention which causes the defendants mind to begin pondering
the bigger questions, resulting in the subsequent email sent to Bruce Rivers by the
defendant the following morning.

**Exhibit Ic:**

**Email to Bruce Rivers 14: Sent on June 10, 2023 at 5:13am**

An email in which the defendant makes a substantial amount of direct references to the
'powerful people' that Bruce Rivers told him were 'keeping an eye on him' during the
defendants brief phone call with him on May 22, 2023 at 3:13pm only to subsequently
deny to the defendant that he ever said that to him.
(*April 9, 2024 'Affidavit of Fact' p.22*)

In this email the defendant repeatedly indicates that he never asked to be involved in any
of the stuff he perceives himself currently dealing with all as a result of his patent. He
makes it very clear that he simply refuses to stand by as his intellectual property is stolen
from him. The defendant once again directly supports his claim of Bruce Rivers comment
over the phone about 'powerful people keeping an eye on the defendant' by making the
statement:

Exhibit D | Index 38 | p. 21

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

"If you're able to oversee or somehow pass this message along to the people that
are apparently very interested in acquiring InfiniSet, Inc. feel free to do so"

**Exhibit J:**

**Email to Bruce Rivers 15: Sent on January 10, 2024 at 4:59pm**

The initial email that begins the 'Matt Guertin / LinkedIn Search Graph' email chain
spanning January 10, 2024 – January 26, 2024 (*Exhibit J, Ja, Jb, Jc, Jd, Je, Jf, Jg, Jh, and
Ji of this 'Affidavit of Fact'*) in which the defendant covers some of the key points he has
recently discovered following his creation of the detailed 'LinkedIn Search Graph' he
created  (*April 9, 2024 'Affidavit of Fact' Exhibit A, p.53*), following his initial discovery
of the SIGGRAPH 2023 video featuring Paul Debevec  (*April 9, 2024 'Affidavit of Fact',
p.27*) which caused him to realize that the LinkedIn searches that the defendant had
previously noticed and thought were positive were actually being conducted by entities
that the defendant was now able to directly connect to Netflix via the video he just found
in which Paul Debevec was speaking on behalf of Netflix and Eyeline Studios (*April 9,
2024 'Affidavit of Fact' Exhibit A, p.57*).  The email also includes the statement:

"Take note of the fact that I had Forcepoint and 3Gimbals conduct a search
sometime during the week leading up to January 21st, 2023"
(*April 9, 2024 'Affidavit of Fact' Exhibit Ba, p.175-180*)

which is highly relevant as the defendant took the time to thoroughly research the
background of many of the entities searching for him, which resulted in him discovering
that Forcepoint and 3Gimbals provide technology based operational capabilities to
government and law enforcement which aids in carrying out 'missions' related to
'statecraft'. In addition 3Gimbals, advertises their specialty in 'overmatch' and
'disruptive capabilites' – all of which is directly related to electronic and technological
capabilites and means. Ultimately, these two companies appear to the defendant to be
exactly who would be called to help 'resolve' the situation created by the defendant,
where he not only realized the sophisticated fraud that was taking place, but then

Exhibit D | Index 38 | p. 22

dedicated all of his time following the discovery of said fraud, to doing nothing but investigating, and collecting a massive amount of digital forensic evidence that would serve to protect his intellectual property by proving what was taking place.

The detailed graph created by the defendant, in which he included the search count as well as personal events related to business dealings as well as events taking place in his current court dealings within the Hennepin County Court system (*April 9, 2024 'Affidavit of Fact' Exhibit A p.58, Exhibit Ea p.198-203*) , all serves as a rather compelling piece of evidence insofar as what is presented being rather strong 'circumstantial evidence' supporting his claims about covert surveillance, his devices being hacked into, artificial intelligence being used, and external influence being involved in his court proceedings, as was previously stated to him over the phone by his defense counsel, Bruce Rivers, on May 22, 2023 (*April 9, 2024 'Affidavit of Fact' p.22*). Essentially what you have is a graph that was assembled by the defendant more than nine months after the event that resuled in his criminal charges, created solely on data the defendant obtained from automated LinkedIn emails in his inbox, which ends up providing a visual graph that just so happens to correlate perfectly with all of the events taking place in the defendants personal life and business endeavors.

The defendant never expected that the graph he decided to assemble would reveal anything interesting at all, muchless end up corresponding perfectly with events dating all the way back to the initial filing of his provisional patent application. This particular email to Bruce Rivers, was also around the same time that the defendant finally came to the realization that maybe the entire reason that those involved in the theft of his patent, have never simply approached the defendant and offered to pay him is because they have always been in the process of stealing his patent from the moment it was first filed as a provisional patent application with the USPTO on March 19, 2021 (*April 3, 2024 'Motion for Judicial Notice' Exhibit R, p.39*) – Meaning that the defendant finally came to a rather sudden realization that the provisional patent application filed by Stephan Trojansky just 12 days after he filed his (*April 3, 2024 'Motion for Judicial Notice' Exhibit S, p.40*) was

more than likely not a 'random fluke' as the defendant had thought the entire time up until this point, but was instead a sophisticated heist of the defendants own patent, carried out by a very quick filing of an appliaction for the exact same technology as the defendants just 12 days later, via an application that is intentionally written in a way that attempts to distance itself as 'far away' as possible from the content of the defendants patent through the use of intentionally confusing, highly technical, and redundant language – Something that the defnedant covers in great detail in the 45 minute 'Matthew David vs. Goliath' video he produced for the purpose of trying to present everything in a clear and concise manner (*April 9, 2024 'Affidavit of Fact' p.41-43*).

The most significant 'piece of the puzzle' which serves to prove the fraud taking place in a rather substantial, and irrefutable way would be the rather brief, and unexplained exhbits that the defendant shared in his April 3, 2024 'Motion for Judicial Notice' which pertain to 'MOVA Contour facial motion capture technology', 'Digital Domain', the inventor of the MOVA Contour technology 'Steve Perlman', and the court case '3:17-cv-04006' that was filed in the 'United States District Court, Northern District of California' on July 17, 2017 (*April 3, 2024 'Motion for Judicial Notice' Exhibit D, p.25*), which revolves entirely around the same companies and entities whom the defendant believes are all involved in the theft of his own intellectual property, being sued for their theft of the original 'MOVA Contour' facial scanning technology, by 'Rearden LLC' and 'Rearden MOVA LLC' which are companies both owned by the inventor of the MOVA Contour technology, Steve Perlman.

In addition, the Hollywood Reporter article explicitly makes mention of the 'Department of Defense' in the article -

> "But Perlman seemed to feel there was [Department of Defense] interest into what MOVA was and what he was doing and couldn't talk about it when I asked him."
> (*April 3, 2024 'Motion for Judicial Notice' Exhibit C, p.24*)

which corresponds with the defendants claims about the US Army being directly involved in the theft of his intellectual property (*April 3, 2024 'Motion for Judicial Notice' Exhibit Gb p.199, 201, 205, 207, 213, Exhibit Hb p.216*) as well as the many additional military connected companies and governmental entities (*April 9, 2024 'Affidavit of Fact' Exhibit D p.67*) who have all been searching for the defendants non-promoted, and never completed LinkedIn profile page. It is in fact the same 'MOVA Contour' facial scanning technology that is covered in great detail in this court case filing which has now been fruaudulently 're-created' through the distributuion of a MASSIVE amount of content being produced, and then 'back-dated' into the past via the assistance of YouTube, Google, PBS, CBS, CNN, and many others which all serve to make it appear that it is in fact Paul Debevec who was the inventor of the MOVA Contour facial scanning technology.

This can easily be established by the fact that Paul Debevec is now being the one credited with the many motion picture achievements, that were in fact all achieved using the MOVA Contour technology and NOT Paul Debevc's claimed 'Light Stage' facial scanning technology as is being portrayed. These motion pictures include 'The Curious Case of Benjamin Button' among many others which are all now being credited to Paul Debevec instead of the actual inventor, Steve Perlman. This is further substantiated, and covered in much greater detail on the defendants Substack page where he assembled the following two posts solely dedicated to this topic:

> COLLISION OBJECT DETECTED - MOVA Contour != Light Stage
> https://MattGuertin.substack.com/p/mova-contour-facial-capture and
>
> "You will own nothing and be happy" includes all of your intellectual property as well. https://MattGuertin.substack.com/p/you-will-own-nothing-and-be-happy

Two additional posts on the defendants Substack page which serve as 'supporting evidence' of the fraud as it directly relates to this are:

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

How Benjamin Button got his face

https://MattGuertin.substack.com/p/how-benjamin-button-got-his-face

Debevec - DATA DUMP

https://MattGuertin.substack.com/p/debevec-data-dump

This January 10, 2024 email to Bruce Rivers from the defendant also includes a mention of the fraud the defendant has discovered taking place within the courts itself in which fruaudulent discovery materials were injected into his case via the following excerpts:

"There is also an issue of criminal corruption internally at the Hennepin County Courts I have uncovered"

"This same ALTERED discovery evidence was also the same material emailed to Michael Robertson who conducted my second mental health exam - meaning he was basing his report on FRAUDULENT discovery material sent to him by someone from within the Hennepin County Courts."

which is addressed in great detail with many irrefutable exhibits that serve to prove the fraud beyond any 'reasonable doubt' in the defendants (*April 4, 2024 'Motion to Compel Discovery and Affidavit of Fact'*) in which he is once again attempting to obtain the original, and authentic discovery materials as well as the defendants recently filed May 5, 2024 'Follow-up Correspondence' submitted into his criminal case ('*27-CR-23-1886*') in which he is addressing the refusal of the court to rule on or acknowledge his motions related to obtaining discovery as well as his own Rule 20.01 exam report from his six month review conducted on January 3, 2024. The defendant is of the opinion that the fraud he has discovered taking place within the court itself is directly related to, and ultimately an extension of the same patent fraud that resulted in him receiving the criminal charges that landed him in court to begin with – meaning that it appears to the defendant that the Hennepin County court is essentially participating in the larger patent

Exhibit D | Index 38 | p. 26

fraud operation that the defendants entire case revolves around. This puts the defendant in an unprecedented situation where the court itself is now highly incentivized to make sure that the defendants case never has the opportunity to return to criminal court due to the fact that the defendant would finally have the chance to present his side of the story, including the fraud he has uncovered that directly involves the court itself. This means that the court would directly benefit from the defendants commitment to a mental institution due to the fact that a case of 'fraud on the court' by the court itself is also completely unprecedented and would result in profound ramifications if it were properly addressed and investigated like it should be.

**Exhibit Ja:**

**Email to Bruce Rivers 16: Sent on January 10, 2024 at 5:03pm**
A follow-up email sent to Bruce Rivers just 4 minutes after the initial email is sent in which the defendant simply states

"And who exactly is incompetent....me? I don't think so."

which is the defendant simply highlighting the fact that the entire situation he is currently in is ultimately due to the very same "powerful people keeping an eye on him" not being competent enough to pull off their theft of the defendants patented technology without him being able to realize what was taking place. This same topic was addressed in the defendants communication with Senator Amy Klobuchars office, via his October 16, 2023 email to Hanna Welch (*April 3, 2024 'Motion for Judicial Notice' Exhibit Gb, p.213-214*) in which he states:

"the other thing I still cannot wrap my head around at all is why I was able to figure any of this stuff out in the first place?"

"If they were going to carry out such a large 'operation' against me why didn't they at least execute it successfully so that I at least never knew it existed in the first

place instead of being so careless that I have instead been essentially forced into either having to call it out- regardless of the massive implications involved - or simply stand by and allow the theft of my intellectual property to take place because I'm too scared and fearful to act due to the implications involved?"

**Exhibit Jb:**

**Email to Bruce Rivers 17: Sent on January 10, 2024 at 5:12pm**

An email to Bruce Rivers from the defendant in which he shares his "brief investor pitch" and how it corresponds to his life being "turned into a crazy movie script." The email also states:

"I was never on LinkedIn by the way. I have never even finished completing my profile and so I was not in any way actively promoting myself which just adds to the complete absurdity of the entire graph."

which is a direct reference to the 'LinkedIn Search Graph' the defendant sent to Bruce Rivers in the initial email (*April 9, 2024 'Affidavit of Fact' Exhibit A p.53*)

**Exhibit Jc:**

**'Business Pitch' attachment to January 12, 2024 @ 5:12pm email**

A page which shares the single page InfiniSet, Inc. 'Investor Pitch' that is mentioned and attached.

**Exhibit Jd:**

**Email to Bruce Rivers 18: Sent on January 12, 2024 at 2:16pm**

An email to Bruce Rivers from the defendant highlighting the extreme stress that the current situation has placed upon the defendant's life. In this email the defendant provides an overview of the desperate situation he is in, his belief that his life is in great danger, and makes mention of all of the various government agencies and representatives he has reached out to for help, only to receive none at all. The defendant also makes mention of

his patent being stolen, the involvement of the US government in the theft, and details how the excitement of filing his first ever patent, and working hard to build his business has ended up turning his life into a "waking nightmare" This email also includes the following verbatim statement:

> "They stole my invention, conducted illegal intelligence operations on me, hacked into my computers, and scared the living shit out of me and all I was doing was literally MINDING MY OWN BUSINESS - and then they all look on and basically stalk me the entire time obviously tracking my court case in the hopes that I get thrown into a mental institution."

**Exhibit Je:**

**Email Reply from Bruce Rivers: Sent on January 12, 2024 at 3:04pm**

Email reply to defendant from Bruce Rivers in which he simply says "Call me"

Defendant did call Bruce shortly after seeing this email but used his mom's cell phone instead of his own as it is not shown on the defendants call records (*April 9, 2024 'Affidavit of Fact' Exhibit I p.85,  Exhibit V p.128*)

Towards the end of this brief call, the defendant made mention of the fact that he was working on launching a GiveSendGo campaign to which Bruce Rivers reply was "Be careful…" - Which was said in the same tone that a mother would use when telling her unruly kid, who keeps poking his hand through the fence to tease the neighbors dog"He's going to bite you" to let the kid know he is essentially asking to get bit. This reply by Bruce Rivers following an email that outlines claims that many might very well perceive as 'outrageous' or 'implausible' was not responded to by Bruce Rivers telling the defendant that he should seek mental help...that he was losing his grip on reality…..that he was suffering from delusions and /or schizophrenia...NO – Instead Bruce Rivers advised the defendant to "Be careful"

**Exhibit Jf:**

**Email to Bruce Rivers 19: Sent on January 12, 2024 at 3:37pm**

Email to Bruce Rivers following the brief phone call with him, in which the defendant once again asks for the discovery materials of his criminal case to be sent to him. This request was once again never fulfilled or acknowledged by Bruce Rivers.

**Exhibit Jg:**

**Email to Bruce Rivers 20: Sent on January 14, 2024 @ 12:00pm**

Email to Bruce Rivers from defendant enquiring about his January 16, 2024 court date and whether or not the hearing can be over Zoom – The email simply asks:

"Can my court date on Tuesday be over Zoom then?"

This email was never replied to. Defendant finally ended up getting ahold of Bruce Rivers regarding his January 16, 2024 court date at 6:26pm via text on January 15, the night before the scheduled court date (*April 9, 2024 'Affidavit of Fact' Exhibit H, p.83*)

**Exhibit Jh:**

**Email to Bruce Rivers 21: Sent on January 15, 2024 at 3:02pm**

A second email to Bruce Rivers from defendant enquiring about his January 16, 2024 court date in which he simply says "YO"

**Exhibit Ji:**

**Email to Bruce Rivers 22: Sent on January 26, 2024 at 4:38pm**

Email to Bruce Rivers from defendant requesting the Rule 20.01 Exam Report produced by Dr. Adam Milz as a result of the defendants January 3, 2024 '6 Month Review' meeting that took place over Zoom. Defendant is requesting this exam report upon his sudden discovery of the Civil Commitment hearing taking place on February 1, 2024 which was a complete surprise. Bruce Rivers never provides defendant with the exam

Exhibit D | Index 38 | p. 30

report, and still has not. Nor has the court despite two separte motions submitted by the defendant into his civil case (*'27-MH-PR-23-815'*)

**Exhibit K:**

**Email to Bruce Rivers 23: Sent on April 3, 2024 at 7:07am**

Defendants email to his defense counsel, Bruce Rivers, advising him that he would like to dismiss him as his defense counsel and represent himself.

**Exhibit Ka:**

**Email Reply from Bruce Rivers: Sent on April 3, 2024 at 7:38am**

Bruce Rivers email reply to defendant simply stating "Call me"

**Exhibit L:**

**Text message to Bruce Rivers and Reply: Sent on April 18, 2024 at 7:27am**

Defendants text message to Bruce Rivers advising him that he would like him to withdrawal from his criminal case as defense counsel, so that he can obtain a new attorney and Bruces reply once again simply stating "Call me"

In addition to the defendants request for withdrawal there is also mentions made of him being advised by multiple people actively involved in his case, which includes not only his mental health case worker, but also his current, court appointed attorney representing him in his civil commitment proceedings (*'27-MH-PR-23-815'*) who all made their advisements based simply on the defendant explaining what is all currently taking place, as well as not taking place, as well as the discussion of the fraudulent discovery materials, among other things that are all part of the defendants serious concerns regarding the fair and impartial handling of both his criminal and civil court cases.

## CONCLUSION

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 6th day of May, 2024.

Respectfully submitted,

Date: <u>May 6, 2024</u>

By: <u>/s/ Matthew Guertin</u>
Matthew David Guertin
Is Currently Without Effective Counsel
1075 Traditions Ct
Chaska, MN   55318
Telephone: 763-221-4540
Email: MattGuertin@Protonmail.com

## Matt Guertin Patent / Netflix Patent



From mattguertin <MattGuertin@protonmail.com>

To     Bruce Rivers<riverslawyers@aol.com>

Date   Friday, November 11th, 2022 at 7:51 AM

Bruce,

Here you go   (dropbox automatic download - 288mb)

All packaged up nice and neat with a little bow on top.

~Matt Guertin

763-221-4540

Sent with Proton Mail secure email.

## EMAIL HEADER -

X-Pm-Content-Encryption: on-compose
X-Pm-Origin: internal
Subject: Matt Guertin Patent / Netflix Patent
To: riverslawyers@aol.com <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 11 Nov 2022 13:51:45 +0000
Mime-Version: 1.0
Content-Type: text/html
Message-Id: <yqLI2xdNp0Mrua-UDPF2YVUlgDyy5zDDNcaP8PMxwxP-
Wwx0HcnZM1id2dS25yXLhLK6rp2YyEPrLt9VHF_hDi7dRQO2wvEDEgpjjISN-3A=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Fri, 11 Nov 2022 13:51:25 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

'Here you go' =
https://www.dropbox.com/sh/eyt2brdy1dt2qhk/AABr2Y5Wt8CKLNVdwRH0WDFua?dl=1

Exhibit D | Index 38 | p. 33

# Dropbox Link - 'Bruce_Rivers_Packet' Folder Contents







https://www.dropbox.com/sh/eyt2brdy1dt2qhk/AABr2Y5Wt8CKLNVdwRH0WDFua?dl=1

Exhibit D | Index 38 | p. 34

# 'Bruce_Rivers_Packet' - Dropbox File Detail List

**Acquisition_Press.pdf**
*(Exhibit 'W' – page 44 of April 3, 2024 'Motion for Judicial Notice')* – along with some additional
online press which is citing the press release as the story source

**CA_registration.png**
(*Exhibit 'U' – page 42 of April 3, 2024 'Motion for Judicial Notice')* -
the png image file sent to Bruce Rivers is a 'consolidated' and less detailed version

**EXHIBIT Ab**

**EyeLine_Nevada_SOS.pdf**
*(Exhibit 'Ac' - as attached to this affidavit)*

**Eyeline_Studios.pdf**
*(Exhibit 'Ad' - as attached to this affidavit)*

**My_Invention_Demo___Bruce_Rivers.mp4**
*(Exhibit 'Ae' - as attached to this affidavit)*

**Netflix_2022Q1_Shareholders_Letter.pdf**
*(Exhibit 'Ca' – page 51 of April 3, 2024 'Motion for Judicial Notice')*

**Netflix_Lawfirm_and_Attorney.pdf**
*(Exhibit 'Af' - as attached to this affidavit)*

**Post Magazine - Virtual production becomes a reality.pdf**
*(Exhibit 'Ag' - as attached to this affidavit)*

**Scanline_VFX.pdf**
*(Exhibit 'Ah' - as attached to this affidavit)*

**Patent Applications/GUERTIN_Current_Patent_Status_attorney_emails.pdf**
*(Exhibit 'Ai' - as attached to this affidavit)*

**Patent Applications/GUERTIN__Granted claims from initial office action.pdf**
*(Exhibit 'Aj' - as attached to this affidavit)*

**Patent Applications/GUERTIN__Option B Draft Amendment.pdf**
*(Exhibit 'Ak' - as attached to this affidavit)*

**Patent Applications/WO2022198028A1__GUERTIN.pdf**
*(Exhibit 'Ha' – page 71 of April 3, 2024 'Motion for Judicial Notice')*

**Patent Applications/WO2022212761A1__TROJANSKY_NETFLIX.pdf**
*(Exhibit 'Ba' – page 50 of April 3, 2024 'Motion for Judicial Notice')*

## ENTITY INFORMATION

### ENTITY INFORMATION

**EXHIBIT Ac**

| | | | |
|---|---|---|---|
| **Entity Name:** | EYELINE STUDIOS, INC. | **Entity Number:** | E6491832020-9 |
| **Entity Type:** | Domestic Corporation (78) | **Entity Status:** | Active |
| **Formation Date:** | 05/07/2020 | **NV Business ID:** | NV20201774438 |
| **Termination Date:** | Perpetual | **Annual Report Due Date:** | 5/31/2023 |

### REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| **Name of Individual or Legal Entity:** | CT Corporation System | **Status:** | Active |
| **CRA Agent Entity Type:** | | **Registered Agent Type:** | Commercial Registered Agent |
| **NV Business ID:** | | **Office or Position:** | |
| **Jurisdiction:** | | | |
| **Street Address:** | 701 S Carson St Ste 200, Carson City, NV, 89701, USA | | |
| **Mailing Address:** | | | |
| **Individual with Authority to Act:** | | | |
| **Fictitious Website or Domain Name:** | | | |

### OFFICER INFORMATION

☐ **VIEW HISTORICAL DATA**

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | Stephan Trojansky | 5808 W. Sunset Blvd., 12th Floor,, Suite E-191, Los Angeles, CA, 90028, USA | 05/25/2022 | Active |
| Director | Stephan Trojansky | 5808 W. Sunset Blvd., 12th Floor Suite E-191, Los Angeles, CA, 90028, USA | 05/25/2022 | Active |
| Other/ | Reg Thompson | 5808 W. Sunset Blvd., 12th Floor Suite E-191,, Los Angeles, CA, 90028, USA | 05/25/2022 | Active |
| Other/ | Stephen Zager | 5808 W. Sunset Blvd., 12th Floor, Suite E-191, Los Angeles, CA, 90028, USA | 05/25/2022 | Active |

**Page 1 of 1, records 1 to 4 of 4**

### CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
| | Common | 1,000,000 | 0.00001 |

**Page 1 of 1, records 1 to 1 of 1**

Number of No Par Value Shares: **0**

Total Authorized Capital: **1,000**

Filing History   Name History   Mergers/Conversions

Return to Search   Return to Results

Exhibit D | Index 38 | p. 36

Linked**in**    Jobs ▾    Eyeline Studios          Worldwide              🔍      Join now    **Sign In**

EXHIBIT
**Ad**



**Eyeline Studios**
Movies, Videos, and Sound
Rethinking the future.

View all 27 employees

( Follow )

## About us

Join our global community of talented creative and world-class innovators as we look to reinvent the traditional methods of filmmaking. We have a desire to expand our global footprint in the industry, and we welcome you to help us pave the path for what we believe to be the future of virtual production by applying to any of our open positions. We are an equal opportunity employer that offers competitive salaries, benefits and the ability to work remotely, regardless of where you are.

At Eyeline Studios, we want to provide you with a solid foundation where you can be a part of an innovative team of brilliant researchers, developers and virtual storytellers. We pride ourselves in creating a collaborative environment where you can not only be a part of some cutting edge technology, but you will be encouraged to help create and reinvent the next chapter. All here, under one roof, globally.

Join us to work on tomorrow, today.

| | |
|---|---|
| Website | http://www.eyelinestudios.com/ ↗ |
| Industries | Movies, Videos, and Sound |
| Company size | 201-500 employees |
| Type | Public Company |
| Founded | 2020 |

## Employees at Eyeline Studios

 **Nigel Denton-Howes**
Vice President, Eyeline Studios

 **Daniel Rivas Perpén**
Computer Vision Technologist

 **Shawn Bohonos**
Data Processing Lead at Eyeline Studios

 **Sammy Clark**
Director Of Operations at Eyeline Studios

Exhibit D | Index 38 | p. 37



Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

SignalHire | Pricing | API | Companies | Profiles | Browser Extension | Sign in | Start free trial

# Eyeline Studios Overview

Join our global community of talented creative and world-class innovators as we look to reinvent the traditional methods of filmmaking. We have a desire to expand our global footprint in the industry,... Show more

| | |
|---|---|
| Organization Website | eyelinestudios.com |
| Eyeline Studios industries | Filmmaking |
| Eyeline Studios Employees Size | 200-500 employees |
| Founded | 2020 |

Eyeline Studios is in the sectors of: Filmmaking. To connect with Eyeline Studios's employee register on Signalhire

Email & Phone Finder >> Companies directory >> Eyeline Studios

Get the email address format for anyone with our FREE extension

Add Extension Now

Contact top employees from Eyeline Studios

- C — Claire Bee - Head of Volumetric Capture — View email & phone
- E — Emma Selinski - Senior Virtual Production Coordinator — View email & phone
- S — Shawn Bohonos - Data Processing Lead — View email & phone
- L — Lukas Lepicovsky - Virtual Production Supervisor — View email & phone
- K — Kyler Friol - Assistant Stage Manager — View email & phone
- C — Carlos Fueyo - Virtual Production Art Director / VAD Supervisor — View email & phone
- J — Jonathan Reynolds - Unreal Generalist — View email & phone
- S — Scott Miller - Chief Operating Officer — View email & phone
- G — Gaby Rios - Virtual Production Department Manager — View email & phone
- Q — Quin Saule - Virtual Production Dept Manager — View email & phone
- S — Samuel Price - Virtual Production - Stage Operator — View email & phone
- R — Rafe Sacks - Director of Workflow and Integration — View email & phone
- A — Andrea Jamiel - Volume Capture Post-Processing TD — View email & phone
- L — Lucio Salt - Volume Capture Technical Director, Motion Capture — View email & phone
- S — Sammy Clark - Director Of Operations — View email & phone
- E — Eddie Hoyle - Frameworks & Integration Developer — View email & phone
- J — John Millward - Unreal Technical Director — View email & phone
- R — Redmyn Lee - Volume Capture Junior Technical Director — View email & phone

MINNESOTA JUDICIAL BRANCH

≡

**INQUIRIES**

contact(at)eyelinestudios.com

**STEPHAN TROJANSKY**

PRESIDENT

stephan.trojansky(at)eyelinestudios.com

**PERRY KAIN**

EXECUTIVE PRODUCER

perry.kain(at)eyelinestudios.com

**SCOTT MILLER**

CHIEF OPERATING OFFICER

scott.miller(at)eyelinestudios.com

NORTH AMERICA | ASIA | EUROPE

Exhibit D | Index 38 | p. 39

# My_Invention_Demo___Bruce_Rivers.mp4
## image screen capture from video





Filed in District Court
State of Minnesota
5/6/2024 2:45 PM



# Fenwick's History



**Related Insights**

News

In Memory of William A. "Bill" Fenwick, Firm Founder and Visionary Leader

October 7, 2021

An Original Silicon Valley Startup Founded to Help Visionary Technology Companies Succeed

Fenwick was founded in 1972 in Palo Alto in the dawning days of Silicon Valley by four visionary lawyers who left a top-tier New York law firm to pursue their shared belief that technology would revolutionize the business world and to pioneer the legal work for those technological innovations.

In order to be most effective, they decided they needed to move to a location close to primary research and technology development. These four attorneys opened their first office in downtown Palo Alto, and Fenwick became one of the first technology law firms in the world.

From that moment, Fenwick has been inextricably entwined with the history and growth of technology. We incorporated Apple, took Oracle and eBay public and over the years have represented many leading

Exhibit D | Index 38 | p. 41

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

technology companies and their underwriters In numerous high-profile IPOs and M&A transactions. Our intellectual property practice has continuously been on the cutting edge of legal issues arising from emerging technologies, from the pioneering of shrinkwrap license agreements in the 1970s, to the creation of software development clean rooms in the 1980s, to being one of the first firms to advise and litigate numerous internet related IP issues that arose in the 1990s, including privacy, digital copyright, software patent and domain name issues.

**Fenwick's uninterrupted history of handling landmark transactions, disputes and legal innovations includes the following:**

> Incorporated Apple Computer in 1976

> Pioneered the first shrink-wrap license agreement in **1976**

> Negotiated one of the first software license agreements with then 19-year-old entrepreneur Bill Gates

> Created the first software "clean room" protocols-for Wang Laboratories-which later became the industry standard for developing software to withstand IP infringement claims

> Secured the first copyright registration for a graphic interface

> Registered one of the first business method patents for software

> Took Oracle public in 1986, took eBay public in 1998 and completed more than 180 IPOs since then, including Electronic Arts, Symantec (now Nortonlifelock), Intuit, Facebook and Peloton

> Handled some of the earliest, watershed software IP infringement battles, including *Lotus v. Borland, Adobe v. Macromedia, Brown Bag Software v. Symantec, Amazon.com v. Barnesandnoble.com, Righthaven v. Democratic Underground*

> Successfully defended Amazon.corn's 1-Click® patent just in time for the 1999 holiday shopping season

> Successfully defended Elan Pharmaceuticals' patents on transgenic mice

> Handled many of the largest and most significant M&A transactions in the history of the technoloav

Exhibit D | Index 38 | p. 42

industry, including VeriSign's $21 billion acquisition of Network Solutions, Symantec's $13 billion acquisition of VERITAS, Cisco Systems' $6.9 billion acquisition of Scientific-Atlanta and WhatsApp in its $19 billion acquisition by Facebook.

> Handled one of the largest collection of data and records in a civil case, which ultimately led to one of the largest IP litigation settlements in history, a $400 million recovery for our client Compuware

> Developed innovative due diligence technologies, post-closing integration processes and alternative billing arrangements for serial acquirers upon our selection as Cisco Systems' primary outside corporate counsel

## Fenwick Today

With more than 400 attorneys and 1,000 employees firmwide, we have nationally ranked practices in complex financial and commercial transactions, intellectual property protection and licensing, mergers and acquisitions, "bet-the-company" litigation, domestic and international tax planning and tax controversies. And because technology companies were some of the first to tackle globalization, Fenwick has handled international outsourcing, IP prosecution and enforcement, foreign investment, acquisitions and international tax issues for our clients continuously since the 1980s.

Perhaps our greatest legacy and the reason for our continued success is the quality of our people and the culture on which Fenwick was built. Our lawyers possess a deep understanding of the technology and science behind our clients' businesses and, as a firm, we have always been committed to delivering the highest level of service in the most efficient, effective way possible, while maintaining a collegial and collaborative environment based on mutual respect.

Exhibit D | Index 38 | p. 43

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM



# Robert Hulse

**415-875-2444**

rhulse@fenwick.com

Partner
Intellectual Property

**Office**

Silicon Valley

Bob builds strategic patent portfolios in a wide range of technical fields, including computer software, electronics, electromechanical and medical devices, digital healthcare and electronic media. Bob's extensive intellectual property diligence experience on both sides of M&A and financing transactions has strengthened his ability to build effective patent portfolios that provide maximum value to his clients. His practice also involves counseling on IP matters, evaluating risks from third-party patents and assisting in efforts to design around those patents. Bob represents leading and established technology companies as well as startups that are on the path toward success.

"Peers call him 'the oracle of patent law,' while clients laud him as 'hands

Exhibit D | Index 38 | p. 44

down the most innovative, reliable and smartest patent prosecutor.'"

IAM Patent 1000

2016 Edition

## Representative Clients

> App Annie

> Athas

> Delphix

> DocuSign

> Facebook

> Flipboard

> Focal Systems

> Humana

> Instacart

> Kount

> Light Field Lab

> Netflix

> Onriva

> PerceptiMed

> Promethium

Exhibit D | Index 38 | p. 45

> ResMed

> thredUP

> Tricella

> WaveOne

## Publications

> "Inside the Minds: Emerging Trends in Business Method Patents," author of Ch. 5, Forming a Coherent Patent Strategy to Protect Your Business Method Innovations, *Thomson Reuters West/aw,* 2012

> "Taking Advantage of the First Action Interview Pilot Program,"   *San Francisco Daily Journal,* September 9, 2010

> "Section 102 and the MPEP," *Prior Art & Obviousness 2009, Practising Law Institute,* No. G- 975, 2009 (co-author with Puneet Sarna and Rajendra Panwar)

> "Making Sense of the Revived Machine-or-Transformation Test in  *In  re Bilski," Intellectual Property & Technology Law Journal,* Vol. 21, No. 2, February  2009 (co-author  with Robert Sachs)

> *"In   re Swanson:* Ex Parte Reexamination in the Patent Office Provides Second Chance to Invalidate Patent," *San Francisco  Daily Journal,* December  5, 2008

> *"On   Sha!sy  Ground: The (Near) Future of Patents After Bilski," The Intellectual Property Strategist,* Vol. 15, No. 3, December  2008 (co-author  with Robert Sachs)

> "Building a Patent Portfolio in View of the New Patent Rules," *The Intellectual Property Strategist,* Vol. 14, No. 1, October 2007

> "New Patent Rules Looming: What Do They Mean for Your Portfolio?" *San Francisco Daily Journal,* July 11, 2007

Exhibit D | Index 38 | p. 46

> "A Strategic Look at the Final Rejection," Advanced Patent Prosecution Workshop, *Practising Law Institute,* No. G0-1OAS, 2003-2005 (co-author with Rajiv Patel and Daniel Brownstone)

> "Understanding After Final and After Allowance Patent Practice Fundamentals  of Patent Prosecution," *Practising Law Institute,* No. G0-01EV, 2003-2005 (co-author with Rajiv Patel and Daniel Brownstone)

> "Correct Inventorship Prevents Patent Application Headaches," *San Francisco Daily Journal,* October 8, 2004

> "Federal Circuit Applies On-Sale Bar in Case Involving Software," *San Francisco Daily Journal,* September 15, 2003

> "Patentability of Computer Software After State Street  Bank & Trust Co. v. Signature Financial Groug, Inc.: Evisceration  of the Subject Matter Requirement,"  33 *UC.  Davis. L. Rev.* 491 Note (2000)

## Presentations

> "Promoting Progress in Social Media: Patentability and Copyrightability Issues," 29th Annual (ABA) Intellectual Property Law Conference, Arlington, VA, April 4, 2014

> "How *Bilski* Has Impacted Method Patents," Ivy Associates 2010 All Hands Meeting, Santa Clara, CA, December 2010

> "Cutting Through IP Strategies for Medical Devices," Dalhousie University, Halifax, Nova Scotia, September 2009

> "Prior Art & Obviousness 2009: The PTO and CAFC Perspective on Patent Law Sections 102 & 103," Practising Law Institute, San Francisco, September  2009

> "Intellectual Property Primer," Technology Transfer Workshop, Universiti Sains Malaysia, Penang, Malaysia, August 2009

Exhibit D | Index 38 | p. 47

> "Technology  Assessment  and Patent Protection," Technology Commercialization and Development Programme, National University of Singapore Extension, National University of Singapore, Singapore, August 2009

> ".Advanced Patent Prosecution Workshop 2008: Claim Drafting & Amendment Writing," Practising Law Institute, San Francisco, August 2008

> "Preparing for the New Patent Rules," Utah State Bar, Salt Lake City, Utah, December 10, **2007**

> "Patent Law 2006: The Year Past and the Year Ahead," Fenwick & West, January 19, 2006

> "Patent Law 2004: Year in Review," Fenwick & West, January 13, 2005

> "What Any Entrepreneur Should Know About IP, Contracts, and Other Legal Issues," Harvey Mudd College Entrepreneurial Network Biannual Entrepreneur's Conference, April 6, 2002

## Practices

> Public Companies

## Industries

> Healthtech

> Games

> Autonomous Transportation & Robotics

## Education & Admissions

> J.D., University of California, Davis, School of Law
   Senior Articles Editor of the *U.C. Davis Law Review*

Exhibit D | Index 38 | p. 48

> M.S., Engineering
  Harvey Mudd College
  Harvey Mudd Fellowship Award

> B.S., with High Distinction, Engineering and Economics
  Harvey Mudd College
  Economics major completed at Claremont-McKenna College
  Tau Beta Pi

> Admitted to practice in California

> Registered to practice before the U.S. Patent and Trademark Office

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

# Digital Media

# &

# Entertainment



Advising Companies Navigating the Convergence of Tech, Advertising, Media, E-commerce and Entertainment

As one of the world's first technology-focused law firms, Fenwick has been involved with advertising, media, entertainment and gaming companies and their challenges since the genesis of the digital revolution. Our teams are well positioned to guide clients as they

*Chambers USA* recognizes Fenwick's ability to help new ideas become successful business ventures by consistently ranking our startup and emerging company practice as Band 1 and consistently recognizes our technology transactions practice as Band 1 for

Exhibit D | Index 38 | p. 50

navigate new technologies and new business models. From promising stealth startups to established multinational giants, our clients rely on us to protect their intellectual property, guide them through transformative deals across the content creation and distribution chain, avoid and resolve industry disputes, and navigate evolving legal and regulatory requirements.

Some of the most compelling early disruptors-such as Byte, Tastemade, 100 Thieves, Jam City and Gfycat-as well as the biggest technology and content businesses in the world-including Google, Amazon, Fitbit, GoPro, Applovin, BuzzFeed, Facebook, Pandora, Roku, Reddit, Netflix, Spotify, AMC Networks, Tencent and Twitch-turn to us for forward-looking, practical and actionable advice.

**Why Fenwick?**

Working at the leading edge of development in everything from gaming platforms and mobile applications to augmented and virtual reality, celebrity talent and influencer engagements, Fenwick's diverse teams of lawyers collaborate closely across disciplines and offices to provide tailored, practical and strategic guidance.

our work guiding companies through pivotal transactions and deals.

We assist clients with disruptive technologies, including:

> Artificial Intelligence (AI)

> Augmented RealityNirtual Reality (ARNR)

> Blockchain and Distributed Ledger Technology **(DLT)**

> Chatbots

> Connected devices (toys, televisions, appliances)

> Content streaming, live streaming

> Digital assistants

> Interactive entertainment, with a focus on games

> Virtual influencers

Exhibit D | Index 38 | p. 51

## Our Services

> Advertising, media, and sponsorship agreements

> Capital markets

> Celebrity and endorsement agreements

> Co-marketing agreements

> Communications Decency Act (CDA) guidance

> Content creation, development and distribution agreements

> Co-production agreements

> Copyright counseling and registration

> Digital Millennium Copyright Act (DMCA) guidance

> Gaming development and publishing agreements

> Influencer marketing agreements

> Intellectual property counseling and litigation

> Joint Ventures

> Loot boxes and in-game currency

> Media planning and buying agreements (including programmatic and ad-tech agreements)

> Mergers and acquisitions

Exhibit D | Index 38 | p. 52

> Music licensing and distribution agreements

> Native advertising guidance

> Over-the-top (OTT) distribution and platform agreements

> Podcast agreements

> Privacy and cybersecurity issues

> Regulatory advice

> Rights of publicity

> Social media advice

> Strategic alliances

> Subscription  and auto-renewal law compliance

> Sweepstakes,  contests and promotions

> Terms of Use and other consumer-facing agreements

> Text campaigns and Telephone Consumer Protection Act (TCPA) guidance

> Ticketing and live event agreements

> Trademark and brand counseling and enforcement

> User Generated Content (UGC)

> Vendor agreements for interactive technology  and services

Exhibit D | Index 38 | p. 53





## Virtual production becomes a reality

The term 'virtual production' means different things to different people. In fact, the Visual Effects Society (VES) and the American Society of Cinematographers (ASC) recently partnered to create a new resource that's designed to help establish a common vocabulary for professionals working in the virtual production space. VPGlossary.com defines virtual production as using "technology to join the digital world with the physical world in realtime. It enables filmmakers to interact with the digital process in the same ways they interact with live-action production."

Photo (top): Dimension

Nie Hatch, the CEO of Ncam (www.ncam-tech.com), and a former CG artist for MPC and Mill Film, says, without question, that 2022 will be the year of virtual production. The company's Ncam Reality, which is designed specifically for realtime camera tracking, complements studios' existing motion capture setups, making it well suited for in-camera VFX (ICVFX), where shots are finished in realtime. He details the pros and cons of ICVFX in an article (Publications/Post Magazine/2022/January-February-2022/How-camera-tracking-in-camera-VFX-fit-into-VP-wo.aspx) on postmagazine.com.

Sony (pro.sony) has also been working on virtual production solutions and is pairing its Venice and Venice 2 cameras with the company's Crystal LED wall technology to create cinematic images while reducing the need for additional post production.  Head of new media sales and business development  Kevin O'Connor shares his thoughts on the Post website (Publications/Post-Magazine/2022/January-February-2022/Sony-pairs-camera-display-technology-to-create-v.aspx), including insight into tests Sony conducted with Epic Games to fine tune its ICVFX toolsets.

Exhibit D | Index 38 | p. 54

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

Here, Post talks with Steve Jelley of Dimension in the UK about their move into the virtual production business, and with Carlos Fueyo, who recently joined Eyeline Studio as their virtual art department's art director/virtual production supervisor, following his own success creating the animated sci-fi short Replica, which received an Epic MegaGrant. And later in this feature, Ian Milham, who serves as virtual production supervisor at ILM, talks about his role at the studio and how their Stagecraft virtual production stages are enabling a new way of creating high-end content, including The Mandalorian and The Book of Baba Fett.

Embracing the possibilities

Dimension, with studios in London and Newcastle, UK, considers itself a new breed of production studio - one that creates content using a combination of volumetric capture and realtime engines.

Steve Jelley (pictured), the studio's co-founder and joint managing director, says Dimension has more than seven years of experience with leading edge virtual production techniques, having gotten its start in immersive content production using Unreal Engine.

"We've built what you would now call a 'virtual art department,' though we didn't know that's what we were going to call it," he explains. "We were an early pioneer of volumetric capture array-based photography and virtual humans/avatars. We also have a lot of skill set in terms of large-scale production, so we own and operate our own studios."

The company's move into virtual production was led, in part, by sustainability, he notes, and how they could do things more efficiently by reducing the need to fly large crews around the world for shoots.



"We started ..doing some internal tests. And then when the pandemic happened, we found ourselves in the position of being able to do it at scale in the UK. We've been in continuous production for the last couple of years on virtual production jobs."

While many of their current projects are still in production or for clients whose programming hasn't aired yet, the studio has several examples of its capabilities on its website (www.dimensionstudio.co ). In fact, Dimension partnered with Sky, Dneg and director Paul Franklin to showcase what's possible using these latest techniques via a series of proof of concept videos. The examples call attention to a number of benefits for using virtual production, one being 'instant locations,' which play into the initial idea of being more efficient with travel, etc.

'Durability of the day' is another concept that is illustrated on the Dimension site. Rather than having to schedule shoots during the golden hour, which has limitations due to both timing, duration and the unpredictability of weather, using an LED volume can provide productions with an unlimited window in which to shoot at a optimum state. In addition, the acting talent has a more interactive experience, which tends to improve performances.

"Every shoot I've ever done, the actors are such fans of doing it this way, because they can see what they're doing," he explains.

"Our model is one of an end-to-end engagement in making a film or TV show, or an hour-long drama," Jelley continues. "We will get involved right at the conceptual stage, when people will be thinking about, 'What does this look like.'"

This includes meeting with the production designer, director and visual effects supervisor.

"We'll be concepting what things might look like, whilst at the same time going through a previs process," he explains. "We will also run a techvis process, which is really just about: What does it look like in real life? How big are the LED screens? What kind of lenses am I going to use? Can I actually do a wide shot using 35mm lens?"

The ultimate goal, says Jelley, it to capture as much in-camera visual effects as possible.

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM



"If you're shooting final pixel - you're

photographing it - that's your image. You might do some things, like wire removal or something ..but you're not relying on VFX putting the majority of the image into the frame. So that is the goal: in-camera visual effects. But virtual production is wider than that."

In his time working with LED volumes, Jelley says he has come to a number of conclusions:  "They are better at some things than others. Environments, vehicles, those kinds of things [are phenomenal]. But water? Not so much."

Dimension has a small stage of their own and will help configure larger stages when needed, based on the production. In fact, most of their work is produced on major soundstages throughout the world.



"You tend to need large stages," he notes. "Once you put the range of lenses you want to on it, you end up needing quite a big (LED) wall, so we tend to follow production decisions. We will build a stage to suit each production generally

build out the soundstage wherever they shoot - and we do that globally. We've done productions in UK, North America and Eastern Europe."

Exhibit D | Index 38 | p. 56

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

Partnerships, note Jelley, are important in furthering the use of virtual production processes, and played a large role in the demonstration videos it features on its website. Dimension has been working with Microsoft on many levels, particularly volumetric capture. They've also had a long-standing relationship with Dneg as a visual effects partner. Sky is a long standing client and is looking to explore virtual production as an option for its content.

"I think there is a myth that only the very large scale Hollywood productions can use this," says Jelley of the technology. 'That's one of the reasons we did that shoot, because we wanted to prove that that wasn't the case."

Right now, Jelley feel virtual production exists in its 1.0 iteration, and that both growth and opportunity are on the horizon.

"The technology works. It's complicated, but it definitely works. Innovation? That's going to continue in this space. Where the real innovation is going to come is when people start writing for this technology. They started writing scripts. So if I'm sitting down, writing my series and I wanted to set it on a space station, but I never thought I could, now I can! I can do it all in an LED volume. Just as people wrote great westerns for the western sets they had in the '40s, you'll find people writing scripts for LED stages and writing around them, and writing content that's actually (for) what this technology can do best. That's going to be the biggest change. And that's already happening. I can see that in scripts that I'm reading now."

A career in virtual production

Carlos Fueyo's path into the world of virtual production was somewhat indirect. He got his start in animation for entertainment back in the early 201 Os, after transitioning from an architectural background. He worked on director Scott Stewart's Priest, and later, director Roland Emmerich's I ndependence Day: Resurgence.  Happy Mushroom then contacted him to work on a Marvel movie, and that's where his virtual production/studio career officially began.

He and his wife Tanya also founded Playard Studios in Miami (www.playardstudios.com), where they created Replica, a sci-ti animated short that was an Epic MegaGrant recipient. Replica, says Fueyo, will, in time, span multiple episodes, showing off the capabilities of Unreal Engine, as well as the tools that helped empower its creation, including releases from Lenovo and Nvidia.

In the meantime, Fueyo is now serving as VAD art director/virtual production supervisor with Eyeline Studio - a part of Scanline VFX. Eyeline, says Fueyo, recognizes the potential that virtual production techniques offer and will be making a big announcement in the months to come.

"Our job is to create these sets for the virtual art department," he says of his latest role. "Eyeline is really set to redefine the way in which productions are made. They're really set up to reinvent or change the future of filmmaking. That's very clear. It's a very, very passionate group of people."

Virtual production, he notes, can have a number of different meanings, whether it's the use of an LED wall, or being able to work with filmmakers in modifying or creating sets so that when the time comes to shoot, potential hurdles have been eliminated.

"For me, 'virtual production' ..it's more of this very broad statement as to anything that can be done in the filmmaking process," he explains. "We can do it in the 'virtual production process,' meaning we can do it digitally, right? We can work with digital sets, but those digital sets are not only live at the beginning, where they're kind of rough, and allowing the creatives to change and do things quickly. They can go all the way to the end to VFX. So to me, virtual production is something that can start at the inception of the project - you're talking to the director and the production designer and the DP, and figuring out everything - and then go all the way to VFX, where you take that set, that environment, all the way to final pixel. That's a huge part - the final pixel!"

Exhibit D | Index 38 | p. 57

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM



Fueyo believes that in the very near future, a percentage of shots that used to go to post for visual effects work, will be finished in what he calls 'pre post.'

"Let's do the post while we're doing the production," he suggests. "Let's have the director be involved in the creation of the shot - and the DP - look at the actors within an environment. Being able to go into the environment in realtime and iterate in realtime, change the lens, the depth of field, the light on the background, do live compositing, do everything that you will otherwise stretch over six months and takes a lot more people. I think, in a way, the vision of the creator gets diluted. Take all of that and just give it back to the creator so that they can do it on the spot."

Fueyo believes part of the challenge of advancing the concept of virtual production is finding talent that is able to look at the concept differently than from traditional production and post workflows.

"It's still something that is related to VFX, right? We're bringing VFX into production, but then we're using a game engine. So then you start thinking, 'Can [it] be a VFX artist, because the VFX artist only knows things in post terms? [Can it] be a game artist, because a game artist typically doesn't have the eye to take things to a final pixel, or to something that looks hyper realistic? They always work within the confines of the game. So you have to always look in the middle .The biggest hurdle that I find on virtual production is being able to make people understand that this is unlike anything else."

Fueyo's role as a 'knight innovator in residence' at Florida International University CARTA's iStar, an immersive studio for altered reality, is meant to help change that. It was at FIU that he initially studied architecture.

"My role is to figure out a way [to] apply all these lessons from virtual production, and bring it into the educational world," he explains. "The one thing that I've been noticing for the past few years is that, a lot of the talent - the lack of talent or finding talent - it has to do with the fact that we might not be looking in the right places? We might be only looking into the VFX world and the production world, when there's architecture or engineering, communication students, people who, until this point, would have never [been] thought of. They could have a career in film, like I did, for example, [going] from architecture to film ..You can start tapping into talent that has a different core of knowledge, and you can start bringing them in. So I think the educational part is a huge part of virtual production."

Exhibit D | Index 38 | p. 58

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM



ILM makes virtual production a reality

Ian Milham is a virtual production supervisor at ILM in San Francisco. The company has three of its Stagecraft virtual production stages in Los Angeles, as well as one in London, and another that's soon to come online in Vancouver. They are also capable of setting up temporary stages for productions on a case-by case scenario.

Milham recently spoke with Post about his role, and how virtual production is changing the way content is being produced.

What is the role of a    virtual production supervisor?



"My job as the virtual production supervisor is to be accountable, and the key, main point of contact and direction for the whole thing. A VFX supervisor is responsible for the whole show and whatever methodology they use to achieve their results. They're in charge of the whole show. And then, if we're using Stagecraft, that becomes my subdomain of their of their domain.

"My job is really concentrating on successful shooting on the day. The virtual art department, where they are developing content and figuring out what are we going to shoot traditionally: what are we going to shoot on the stage, what's going to really be there, what's not going to be there, etc. I'll participate in that to give counsel about how it will work and what we can do. I will be totally involved and there on the day for shooting. And then it'll get handed off to the traditional post pipeline."

ILM has several permanent Stagecraft stages in place?

"Vancouver is coming online. We've got [three] in Los Angeles and one in London. Those are permanent, big volumes. And then we regularly do pop-ups, as a production needs."

Did you have one in Sydney?

"We did. That was a pop-up. And we very well could put one back up. A lot of it is driven by client need. And in that case, we had a big client there for a bit. And then there was this sort of big bump that everybody hit in terms of COVID. If we have another client, we will put it in there again."

Can you talk about the enormous screens that are used on the Stagecraft stages,  such as the one in the production of The Madalorian? Are those LEDs?

"Yeah, it's LED, thousands of them. We can make them any shape. For something like a season of the The Mandalorian, we might do 60 locations virtually, as a portion of the whole show. So for that, you want something that's very flexible in its setup. We've found that sort of 'horseshoe' shape, with a giant ceiling, and then we have got two big fly-out doors that can encompass it and make it a full 360. People tend to think of it as an LED wall. And that's great, but we found that the ceiling is just as much - if not more - of a contributor to the results."

Exhibit D | Index 38 | p. 59

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM



Is the screen hard or flexible?

"No. That's the way we've done that before. Obviously, we've developed this kind of technology (for) this way of working. So in camera visual effects, yes, we would do something that was more of a rear-projection solution. We were doing that as recently as a few years ago. And sometimes, that might still be the way to go. But for these LED volumes, it's a hard-screen product, not that different than the kind of LEDs or giant screens you might see at a concert or a sporting venue, just much, much more pixel dense."

Does ILM build there own walls or are you buying solutions from a manufacturer?

'There are various hardware manufacturers that are making the LEDs themselves. And, depending on the situation, we might work with any of them. There (are) all kinds of partners. It's pretty complicated to pull this off. There are LED manufacturers, who manufacture the individual LEDs, but those are about 18 inches square. And then you can deploy them into a volume, whatever shape you need. Sometimes we do them custom, to complement a film set. Sometimes it's one of these, where it's more agnostic. It might be a manufacturing company that does that, or it might be a company, or us, that will work with a company that is fluent in the sort of engineering necessary to make one of those to stand up, to keep it safe. You need to be able to do all the tracking to know where all the production cameras (are) and what they're doing. So we'll then work with and develop that as well, to make this simultaneously an LED screen volume (and) also a motion-capture volume at the same time."

Talk about the connectivity between the screen and the camera.  It's not just a static backdrop.  There is motion,  based on the camera movement?

"A key thing for this is, production is typically going to be doing a lot of different stuff (in) making their production. Stagecraft will be one part of it - sometimes it's a gigantic part of it, as it might be for one of our Star Wars shows. Other times, it's to solve a specific problem that they have. Our integration needs to be as light as possible, and as unobtrusive as possible, because [it's] their camera operators, their DPs and everything. They have a whole lens kit, and they don't want to change it just for our system. So we have a very light touch when it comes to that integration.

"Actually, all we really work with on the camera side is a small, little optical attachment. It's a little crown that is mounted on the camera. We can mount it a bunch of different places to be able to use our mocap system to track where the camera is looking. Then we do some very complicated wizardry behind the scenes to make the volume complement the camera, not the other way around. We do a lot of color processing, a lot of perspective work, a lot of things to make our technology complement what they bring, without having to make them change anything."

When talking about volumes and screen sizes, what kind of resolutions are you working with?

Exhibit D | Index 38 | p. 60

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

"There's two separate ideas there: there is the hardware capability, which is enormous, but it's depending on the volume. Because we build the volumes differently, the answer might be different. In terms of what we could natively display on there? 24K, something like that. We never really do, because there's not much point in that. So the main deal is we want the wall resolution to exceed the camera resolution. And we dynamically change that all the time. What we do is, we fill the content. .with all the stuff that's designed to provide lighting and reflections. And then, where the camera looks, we do an incredibly high quality sort of magic window. And we could do multiples of those. So we typically run those 8K. We change it as needed for what the camera window is."

What are the advantages of using this type of set up versus a typical greenscreen shoot and traditional post workflow?

"I would say there's two sides to this. I think everybody can imagine the optical benefits of contributing realistic light and a background at the same time, and having all that right there in the moment, as opposed to something later, or adding it later via greenscreen composite. I think everybody can imagine that pretty easily. But we found that maybe even more impactful from having it there (is) the way that it creates collaboration. The problem with a greenscreen type of workflow is, the DP can't see anything. It's a big green sheet back there. So they light it however they're going to light it. They're going to do their best, but they're going to light what's in front of them. The director knows that we're going to add stuff back there. We have cool paintings and artwork of what it's going to be, but they might not see it for weeks later. And it may or may not be exactly what they were thinking of.

'The actors are looking at a tennis ball. They don't know what's necessarily going on. That night, in editorial, when they're (putting) together the dailies, does the scene work? I think so, but it's kind of hard to tell.



"Stagecraft is a big step forward in all of those problems. The lighting is really there. The director can frame up and know what's really going on. The actors can see the entire environment around them. (For) editorial, who may have never even been on-set themselves, or is looking at the footage, it's all really there already. So (it's) the way that helps people work together, as opposed to a more serial process, where the DP then goes on to another movie, and you guys finish it And then the VFX person, who wasn't there on the day, wishes they shot it a different way. This really helps people collaborate at every step of the process and even make some of the steps co-mingle a lot more in a way that leads to a really high quality result."

For shows like The Mandalorian or The Book of Boba Fett, I've been told that virtual production represents as much as 60 percent of the process? You're still using compositing techniques when necessary?

Exhibit D | Index 38 | p. 61

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

"Yes, we continue to believe (in doing) what is best for the result. This is not a silver bullet. I wouldn't advocate doing an entire production this way necessarily. There are aspects where, if it's easier to just go outside, and you get cool results that way, just go outside. Do it that way. I would say it's averaged out, over a couple of seasons of Mandalorian that, half to two thirds, let's call it 60 percent of the show, is shot this way. But, if you just have a quick scene in a small, intimate set that you can build out of wood and paint and everything, just do that, or go outside, just do that. That's fine. So we use the best solution for each thing."

Is there a scale where a project is too small to justify building a stage or volume?

"As a small, technical note, the idea of virtual LEDs and virtual production are not synonymous. They overlap a lot. We do a lot of stuff, either with simulcam or previs, where we are tracking cameras and shooting virtually. Virtual production just means incorporating things that aren't there in your production. Sometimes that can be very light, and doesn't necessarily need to be a whole LED solution, all the way up to something as ambitious as Mandalorian.

"I would say, in general, for something like Mandalorian, where we built this giant volume, if you've just got an intimate space, there's no need to have this giant deployment for that. So something that's physically smaller, we'll do it that way ... What's cool about a permanent volume is that it exists already. So if a production only has one aspect of it that might really benefit from this, or they just need it for a day or two, where a pop up wouldn't make economic sense for them they can just roll up for a day."

Knowing the technology that's available now, how do you see it getting better in the year or years ahead? Where can the improvements be made?



"Well, I would say, of course, optically, it's only going to get better looking. I think the biggest deal would be: it's going to get cheaper, which is great. More people can use it. Right now, the content - the 'world' - is very bespoke. I think that's going to get more developable, where there's going to be more of a digital backlot, and where all the things that we are displaying on the screens are going to get better. And the tools are going to get more democratized, more easy to use and more elegant. We're still at the stage where this is a really difficult magic trick, and our batting average is pretty great, but it [has] been hard earned. And there's been a lot of experience to it.

"The tools, of course, are going to get a lot better. But I think what you're really going to see is the experience of people. People are going to get so many more at bats. Right now, [there are] very few people with the technical experience and the sort of pedigree and batting average to really pull this off. You're going see that grow over time. Just as much as the technology advances, you're also going see the people advance."

YOU MAY ALSO LIKE

Exhibit D | Index 38 | p. 62





# ABOUT

### WHO WE ARE

Scanline VFX is an award-winning, global leader in the visual effects industry with studios in 7 core locations including London, Los Angeles, Montreal, Munich, Seoul, Stuttgart, and Vancouver. From humble beginnings over 30 years ago, we've grown to a team of over 1,400 made up of diverse nationalities from around the world. We believe in the power of storytelling and are committed to helping filmmakers realize their artistic vision. Underpinned by a commitment to innovation, collaboration and long-standing partnerships, we continue to develop innovative tools, techniques and technologies, to offer filmmakers the ultimate in creative freedom. Eyeline Studios, Scanline's virtual production division, is rethinking the future of real-time filmmaking by providing content creators with unmatched flexibility.

### EMPOWERED BY NETFLIX

Netflix's investment in Scanline's pipeline, infrastructure, and workforce allows Scanline to continue to push the boundaries of what is possible in VFX. In addition to working on projects for Netflix, Scanline continues to work with a variety of long-standing and new clients outside of Netflix.

### OUR BEGINNING

Established in 1989 in Munich, Scanline became well-known for our ability to create photorealistic natural phenomena such as fire, smoke and water, having developed our proprietary fluid simulation software, Flowline. Scanline was the sole developer of Flowline and in 2008, and was the recipient of a Scientific and Technical Achievement Academy Award® for the software.

### AWARD-WINNING STUDIO

We take pride in producing award-winning work and are honored to have our work acknowledged by the industry. Scanline has numerous visual effects accolades and awards nominations to its name, including two Visual Effects Society (VES) Awards, the first awarded in 2010 for Outstanding Supporting Visual Effects for Hereafter. In 2014, our work on season four of Game of Thrones was recognized with an Emmy Award for Outstanding Special Visual Effects, as well as a Hollywood Post Alliance (HPA) Award for Outstanding Visual Effects. For the final season of Game of Thrones in 2019, Scanline received its second Emmy and HPA Awards, as well as a VES Award for Outstanding Created Environment.

*Awards*

3 VES Awards

2 Emmy Awards

2 HPA Awards

1 Academy Technical Achievement Award

*Nominations*

24 VES Award nominations

3 Emmy Award nominations

3 Academy Award nominations

2 BAFTA nominations



Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

# SCANLINE VFX

**Scanline VFX Los Angeles**
6087 W Sunset Boulevard - 4th Floor
Los Angeles, California
USA 90028
p. +1 310 827 1555
f. +1 310 827 1999

**Scanline VFX London**
2 Fitzroy Place, Floor 7
8 Mortimer Street
London
W1T3JJ
p. +44 20 7979 5646

**Scanline VFX Vancouver**
580 Granville Street
Vancouver, BC
Canada V6C1W6
f. +1 310 827 1999

**Scanline VFX Munich**
Bavariafilmplatz 7
Gebäude 48
D- 82031 Geiselgasteig
p. +49 895 404 2560
f. +49 895 404 2561

**Scanline VFX Montreal**
Suite C-24 – 1100 Avenue Des
Canadiens de Montreal
Montreal, QC
Canada H3B 2S2
p. +1 514 316 8566
f. +1 310 827 1999

**Scanline VFX Stuttgart**
Remsstrasse 9
D-70806 Kornwestheim
p. +49 715 4157 8695

**Scanline VFX Seoul**
Suite 904
37 Maebongsan-ro,
Sangam-dong, Mapo-gu,
Seoul, Korea
Zip 03909
p. +82 070 4731 5050

# Scanline VFX Studios Complete First Worldwide 100% Remote Work Day 24

TUESDAY, MAR. 24, 2020  



*Stephan Trojansky*

**Vancouver, BC**--(SPW)-- As of Monday, all 650 of Scanline's crew across our Los Angeles, Vancouver, Montreal, London, Munich, Stuttgart and Seoul studios are working successfully from home, transforming Scanline into a completely remote visual effects studio for the time being. From now on, not a single employee needs to set foot into a physical office location, making us independent of local government restrictions and lockdowns while providing a safe and healthy working environment for all crew.

As we move into the weeks and months ahead, we are here to support our clients and the wider VFX community. Shows in the pipeline will continue as normal but we are also open for new projects and can expand our home setup capacity as needed. If you require collaboration on projects or assistance meeting deadlines, please do not hesitate to reach out to us.

The rapid transition to home setups was made possible due to Scanline's extensive decade-long experience with Teradici's PCoIP technology, which forms the infrastructure backbone of all Scanline studios. This technology transfers moving screen pixel data from the employee's workstation in our data center directly to their monitors at home, representing one of the highest security standards in the industry. Employees working from home experience the same performance and playback just as they would in a physical studio setting.

Part of Scanline's business strategy is to enable a global decentralized VFX production workflow, in part due to the ability it gives us to hire the best talent from around the world. Scanline's proprietary "Eyeline Next" video conferencing technology allows this vision to come alive by providing collaborative meetings, training sessions and secure reviews integrated with Shotgun, thereby uniting our teams worldwide, irrespective of their physical location. With 100% of our employees working from home, this technology is taking our vision just one step further.

We are extremely proud of the way our teams have come together and adapted during this challenging time. The feedback we have received from everyone has been overwhelmingly positive as we transition into this new, fully decentralized workflow.

We are sending best wishes to our friends and colleagues worldwide as we navigate these uncertain times together.



www.scanlinevfx.com

**Company Contact**
Stephan Trojansky
President
Scanline VFX worldwide
Contact via email

**Company Contact**
Vanessa Gray
Marketing Manager
+1 44 777 034 5336
Contact via email

**SPW Category:** Visual Effects and Animation

**Tags:** Scanline   visual effects   Stephan Trojansky   COVID 19

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

## Re: Please tell me it is going to be okay.....



From Amanda Prose <aprose@wck.com>

To       mattguertin <MattGuertin@protonmail.com>

CC      Megan Neumann<mneumann@wck.com>

Date   Tuesday, November 8th, 2022 at 8:58 AM

Hi Matt,

I did some research on the Trojansky/Eyeline/Netflix patent application. I note there is also a PCT application that was just recently published. The PCT application had a search report that denied patentability to all 39 claims, but again, take that with a grain of salt. That is not uncommon. Further, the search was conducted back in July, which was before your PCT application and US applications published (which was in September) so your patent application was not searchable and thus not cited by the Korean examiner conducting the prior art search for the PCT application.

1) I also checked the status of the US application (publication no. US 2022/0319115): the application has not  been examined yet, and it will likely be a while before it is examined. They have not  submitted any prior art to the Patent Office either.
2) The videos you sent us that pre-date your filing date will need to be submitted to the patent office in a prior art disclosure. This is a requirement of your duty of candor to the Patent Office. We will do this ASAP. I do not expect this to affect the allowance of the system claims or the patent itself since we have deleted the apparatus claims.

3) Your next decision relates to how to make Netflix aware of your prior filed patent application. We can A) make sure that Netflix is aware of your prior pending patent application by either a third party submission of prior art or by sending the art to both Mr. Trojansky and his patent attorneys, as once they have become aware of the art they also have a duty to disclose it to the Patent Office; or B) do nothing and hope the US examiner finds your patent application and cites it.

In general, we have the opportunity to submit prior art in another party's pending patent application until 6 months from the date of publication. This gives us until April  6, 2023 to file your patent application as a prior art submission in the Trojansky/Netflix application. I suggest we consider this route, but waiting until the patent has issued if we can. It is much harder for them to make a stink when your patent is granted and also your duty to submit prior art references ends when the patent is granted. At this rate, you should have a patent granted soon so I think waiting will be OK.

Let me know if you have other questions.

Best regards,

Amanda

Exhibit D | Index 38 | p. 66

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

# Re: Please tell me it is going to be okay.....

From Amanda Prose <aprose@wck.com>

To        mattguertin <MattGuertin@protonmail.com>

CC       Megan Neumann<mneumann@wck.com>

Date Tuesday, November 8th, 2022 at 2:43 PM

Matt,

Great, we are monitoring the status of the Trojansky/Netflix patent application. We have gone ahead and submitted the PhotoRobot material to the Patent Office in your current application. As of yesterday, your patent application was indicated as having undergone the allowance pre-check, meaning it is allowed but no notice of allowance has been mailed yet. Hopefully the Examiner will review the PhotoRobot materials, acknowledge them, and continue with the Notice of Allowance mailing efficiently so that the Notice of Allowance still   follows shortly.

Once we have that, we should go ahead and pay the Issue Fee. The patent would then, with a little bit of luck, grant before the end of 2022 (but more likely grant sometime in January 2023). After that, it should be safe to go ahead and file the third party submission of prior art in the Trojansky/Netflix application.

We will also want to think about - given the Trojansky/Netflix patent application - whether to file a Continuation Application or a Continuation in Part application. If we add new material   to the disclosure we should be mindful of what is in the Trojansky disclosure as that will be prior art to the new material added. Thus, it might be best to start with the filing of a continuation application first as there is then no question as to your priority rights.

Regarding assignment of the patent application - we can do that at any time. Recordal  is quick and can take effect in days. If you want InfiniSet, Inc. to be listed as the owner of the patent on the face of the patent that issues, we should go ahead and assign the patent application. We can determine the best time to file, but if you can confirm that we should prepare the assignment documents for your execution, we will get those sent over to you. You can assign the patent any time - its up to you. The only urgency now would be if you want to have the InfiniSet, Inc. name on the face of the patent.

Have you incorporated and registered your entity yet? In Minnesota? That will be the first step before we assign the patent application/patent. I did not see an InfiniSet, Inc. registered in the MN secretary of state's office. However, let me know if you need assistance here with registering if you have not already and whether or not you have thought about registering as an LLC instead (as this can be a bit easier for a single member company and also eliminates the need for formal  articles of incorporation etc.).

Best regards,

Amanda

Exhibit D | Index 38 | p. 67



1 4 .    (Original)        A system for creating the illusion of movement of a user, for use in virtually rendered settings, the system comprising:

>    a motorized treadmill base having an endless belt operably supported on a rotatable

>>    turntable such that the treadmill allows for unlimited directional movement of the belt; and

>    a controller configured to synch the movement of the treadmill with a camera in real-

>>    time, and

wherein the treadmill base is configured to support the user thereon and wherein the treadmill base remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created.

15.    (Original)        The system of claim 14, wherein the camera and the user rotate inversely one another.

16.    (Original)        The system of claim 15, wherein the camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user.

17.    (Currently Amended) A method of creating the illusion of movement comprising:

>    providing an endless track on a rotatable turntable and a camera spaced apart from the

>>    turntable and wherein the camera is moveable around the turntable about an axis centered on the

>    endless track;

>    controlling the speed of the endless track;

>    controlling the direction of the endless track by rotating the turntable; and

>    synching movement of the camera with a real-world speed of the endless track and a

>>    distance traveled by the track

18.    (Cancelled)

19.    (Original)        The method of claim 17 and further comprising installing the rotatable turntable in an LED based virtual film set or green screen film set.

20.    (Original)        The method of claim 17 and further comprising:

>    tracking the precise location of the user;

>    providing physical cues to the user through to direct the user's movement to maintain the

>>    user on a location of the endless belt; and

>    if the user deviates from the location on the endless belt, adjusting a location of the

>>    camera and environment to compensate for the deviation.



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| First Named Inventor | : | Matthew Guertin |
|---|---|---|
| Appln. No. | : | 17/698,420 |
| Filed | : | March 18, 2022 |
| For | : | MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT |
| Docket No. | : | G185.0001US1 |

Confirmation No.: 6571

Group Art Unit: 3711

Examiner: Nguyen, Kien T

## AMENDMENT

**DRAFT ONLY – CLIENT CONFIDENTIAL**

Mail Stop Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

I hereby certify that this correspondence is being facsimile transmitted to the USPTO, EFS-Web transmitted to the USPTO, or deposited with the United States Postal Service with sufficient postage in an envelope addressed to "Commissioner for Patents, P.O. Box 1450, Alexandria, VA 22313-1450" [37 CFR 1.8(a)] on, 2022

Signature / /

Printed Name   Amanda M. Prose

Sir:

This is in response to the Office Action dated August 17, 2022. Please amend the above-identified application as follows:

Exhibit D | Index 38 | p. 69

-2-

<u>AMENDMENT TO THE CLAIMS</u>

1-13. (Cancelled)

14.     (Original)     A system for   creating the illusion of     movement  of  a user,   for  use in virtually rendered settings, the system comprising:

> a motorized treadmill base having an endless belt operably supported on a rotatable
> > turntable such that the treadmill allows for unlimited directional movement of the
> > belt; and
> a controller configured to synch the movement of the treadmill with a camera in real-
> > time, and
> wherein the treadmill   base is configured to support     the user   thereon and wherein the

treadmill base remains stationary, and the user movement is confined to a surface area of the belt, and the illusion of unrestricted movement is created.

15.     (Original)     The system of claim 14, wherein the camera and the user rotate inversely to one another.

16.     (Original)     The system of claim 15, wherein the camera movement is synched with a real-world speed and distance traveled by the belt for creating the illusion of unrestricted movement of the user.

17.     (Currently Amended) A method of creating the illusion of movement comprising:

> providing an endless track on a rotatable turntable and a camera spaced apart from the
> > turntable and wherein the camera is moveable around the turntable about an axis
> > centered on the endless track;
> controlling the speed of the endless track;
> controlling the direction of the endless track by rotating the turntable; and
> synching movement of the camera with a real-world speed of the endless track and a
> > distance traveled by the track

Exhibit D | Index 38 | p. 70

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

-3-

18.    (Cancelled)

19.    (Original)     The method of claim 17 and further comprising installing the rotatable
turntable in an LED based virtual film set or green screen film set.

20.    (Original)     The method of claim 17 and further comprising:
        tracking the precise location of the user;
        providing physical cues to the user through to direct the user's movement to maintain the
                user on a location of the endless belt; and
        if the user deviates from the location on the endless belt, adjusting a location of the
                camera and environment to compensate for the deviation.

Exhibit D | Index 38 | p. 71

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

-4-

<u>REMARKS</u>

This is responsive to the outstanding Office Action. With this response, claims 1, 3 and 17 are amended and claims 1-13 and 18 is cancelled.        This application continues with claims 14-17 and 19-20.

The Applicant  thanks the Examiner for the indication of allowance of claims 14-16 and the indication of allowable subject matter in claim 18. Claim 17 has been amended to include the subject matter of claim 18 and claim 18 is cancelled herewith. Claims 1-13 have been cancelled.

It is believed that all of the claims are presently in condition for allowance. Reconsideration and allowance of all of the claims is respectfully requested.

I.        Claim Rejections – 35 USC §102

The Office Action rejected claims 17 and 19-20 under        35 USC 102(a)(1)    as being anticipated by Brodsky (US 2019/0307982). Applicant respectfully disagrees with this contention. However, claim 17 has been amended for clarification.

The subject matter of claim 18 has been included in claims 17 via the amendment made herein. It is respectfully submitted that Brodsky fails to teach each and every element recited in amended claims 17 and 19-20.

It is believed that  claims 17 and 19-20 are in condition for allowance. It is respectfully requested this rejection be withdrawn and the claims allowed.

II.        Claim Rejections – 35 USC §103

The Office Action rejected claims 1-13 under 35 USC 103 as being unpatentable over Brodsky (US 2019/0307982) in view of KR 10-2020-0091594. Applicant respectfully disagrees with this contention. However, claims 1-13 have been cancelled. It is respectfully requested this rejection be withdrawn and the remaining claims allowed.

Reconsideration and allowance of all of the claims is respectfully requested.

The Director is authorized to charge any fee deficiency required by this paper or credit any overpayment to Deposit Account No. 23-1123.

Respectfully submitted,

WESTMAN, CHAMPLIN & KOEHLER, P.A.

By:/ /

Exhibit D | Index 38 | p. 72

-5-

Amanda M. Prose, Reg. No. 72,345
121 South Eighth Street, Suite 1100
Minneapolis, Minnesota 55402
Phone:  (612) 334-3222
Fax:  (612) 334-3312

AMP:man

Exhibit D | Index 38 | p. 73

# Re: Matt Guertin Patent / Netflix Patent



From mattguertin <MattGuertin@protonmail.com>

To      Bruce Rivers<riverslawyers@aol.com>

Date    Friday, November 11th, 2022 at 7:53 AM

My provisional application was filed on March 19th, 2021
Trojansky/Netflix was filed on March 31st, 2021

I win

Sent with Proton Mail secure email.

# EMAIL HEADER -

In-Reply-To: <yqLl2xdNp0Mrua-UDPF2YVUlgDyy5zDDNcaP8PMxwxP-Wwx0HcnZM1id2dS25yXLhL
K6rp2YyEPrLt9VHF_hDi7dRQO2wvEDEgpjjISN-3A=@protonmail.com>
References: <yqLl2xdNp0Mrua-UDPF2YVUlgDyy5zDDNcaP8PMxwxP-Wwx0HcnZM1id2dS25yXLhL
K6rp2YyEPrLt9VHF_hDi7dRQO2wvEDEgpjjISN-3A=@protonmail.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Matt Guertin Patent / Netflix Patent
To: riverslawyers@aol.com <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 11 Nov 2022 13:53:23 +0000
Mime-Version: 1.0
Content-Type: text/html
Message-Id: ←gyGuVOu4GS94byAIb3wxujO-0ByYtvetj7ppazaWhPODu9iyncXpQh0B4DEvMIMKM6sj
DWSIfSSH-A5fgiU_QocPUMnLThA7P8TUhm1vUY=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Fri, 11 Nov 2022 13:53:03 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 74

# Re: Matt Guertin Patent / Netflix Patent

From mattguertin <MattGuertin@protonmail.com>

To      Bruce Rivers<riverslawyers@aol.com>

Date     Friday, November 11th, 2022 at 7:57 AM

EXHIBIT
**Am**

Here is my portfolio website with all the projects I've worked on spanning 2008 - Current

www.MattGuertin.com

Sent with Proton Mail secure email.

## EMAIL HEADER -

In-Reply-To: <-gyGuVOu4GS94byAlb3wxujO-0ByYtvetj7ppazaWhPOdu9iyncXpQh0B4DEvMIMKM6sjDWSIfSSH-A5fgi
U_QocPUMnLThA7P8TUhm1vUY=@protonmail.com>
References: <yqLI2xdNp0Mrua-UDPF2YVUlgDyy5zDDNcaP8PMxwxP-Wwx0HcnZM1id2dS25yXLhLK6rp2YyEPrLt9VH
F_hDi7dRQO2wvEDEgpjjISN-3A=@protonmail.com>
 <-gyGuVOu4GS94byAlb3wxujO-0ByYtvetj7ppazaWhPOdu9iyncXpQh0B4DEvMIMKM6sjDWSIfSSH-A5fgiU_QocPUM
nLThA7P8TUhm1vUY=@protonmail.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Matt Guertin Patent / Netflix Patent
To: riverslawyers@aol.com <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 11 Nov 2022 13:57:40 +0000
Mime-Version: 1.0
Content-Type: text/html
Message-Id: <H7DXyic072clx559r96x1QSyW25u_zE0Fb4ShCPFItc8UnfBV3lpoWhZqky3s60svMQzLvppvr6wtCJ7gD2k
LWpbEi-O5lrnT9fyzfWU_iA=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Fri, 11 Nov 2022 13:57:27 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 75

# Bruce. You gotta help me get a bunch of eyes on this

From mattguertin <MattGuertin@protonmail.com>

To     Bruce Rivers<riverslawyers@aol.com>

Date   Friday, January 13th, 2023 at 5:14 PM



Bruce,

This is happening in real-time right now. It is nuts. They are just editing the internet archive pages like it's the website for their family business.

It discredits the entire archive. Any cases which involved the archive get reexamined. This is not the first time this has been done. There is obviously an system in place to do what is being done here.

Here is a link to all of the supporting files. It is 4.6gb - https://www.dropbox.com/s/6hqj7r8m7cdi9in /Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up.zip?dl=0

And I attached one of the data analysis spreadsheets I created - there are more in the download file. All you gotta do is open the spreadsheet. it is clear as day. Anyone understands it...even my mom.

Do you know any federal investigators or anyone that would be interested in investigating this? I am trying to figure out what to do

Thanks,

~Matt Guertin

Sent with Proton Mail secure email.

---

111.24 KB    1 file attached

| DATA_ANALYSIS_ALL_WEB_FILES_tutorials_how-to-film-models.xlsx | 111.24 KB |

# EMAIL PGP HEADER -

X-Pm-Content-Encryption: on-compose
X-Pm-Origin: internal
Subject: Bruce. You gotta help me get a bunch of eyes on this
To: riverslawyers@aol.com <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 13 Jan 2023 23:14:45 +0000
Mime-Version: 1.0
Content-Type: text/html
X-Attached: DATA_ANALYSIS_ALL_WEB_FILES_tutorials_how-to-film-models.xlsx
Message-Id: <zjR1giVrNJ8z_6CTUs3hKxDPHaOPtWfPQkv3EYgvkqCdaLNfi1bfCvjRadYBtfZB4-
yeqHW0cgyJyfGV-rbM8BYjocpMk4eMYcJmNBgIvHE=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Fri, 13 Jan 2023 23:14:28 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 77

'DATA_ANALYSIS_ALL_WEB_FILES_tutorials_how-to-film-models.xlsx'
screen captures of the spreadsheet attached to Jan 13, 2023 Bruce Rivers email



Exhibit D | Index 38 | p. 78



| Folder Download Link | Claimed Archive Date | Internal Archive Date | Collection Date | File that generated 'Internal Archive Date' footer | File Path / Wayback URL / Download Link |
|---|---|---|---|---|---|
| | **12/6/2022** | 2/18/2018 18:41 | 1/11/2023 13:09 | iMAWebCookie.js.download | **\FULL WEB PAGE COLLECTIONS\2023-01-11__Some_More_Groups\tutorials_how-to-film-models\20221206165254_files** https://web.archive.org/web/20221206165254/https://www.photorobot.com/tutorials/how-to-film-models |
| | 12/6/2022 16:52 | 9/5/2018 23:19 | 1/11/2023 13:09 | gtm.js.download | |
| | 12/6/2022 16:52 | 9/5/2018 23:19 | 1/11/2023 13:09 | analytics.js.download | |
| | 12/6/2022 16:52 | 9/5/2018 23:19 | 1/11/2023 13:09 | f.txt | |
| | 12/6/2022 16:52 | 9/5/2018 23:21 | 1/11/2023 13:09 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download | |
| Once we get to December and beyond the dates are no longer mismatched because this is where all of the other pages are being copied from as we can see by the internally reported dates - EXCEPT - there are still instances where new Wayback snapshots of a page made in Dec/Jan are referencing a date either in the past or future by a small amount. This means that when someone saves a new 'archive' of a page they are not actually viewing a snapshot of PhotoRobot.com but instead are just being served a pre-determined duplicate whose public facing archive date is updated to make it appear authentic. | 12/6/2022 16:52 | 12/6/2022 4:56 | 1/11/2023 13:10 | init.4b711a99674eb3bacba2.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 11:30 | 1/11/2023 13:10 | recorder.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 12:47 | 1/11/2023 13:11 | embed.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 12:59 | 1/11/2023 13:08 | ad_status.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 13:25 | 1/11/2023 13:10 | cast_sender.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 14:30 | 1/11/2023 13:11 | remote.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:09 | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-player.css | |
| | 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-embed-player.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:10 | base.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:10 | fetch-polyfill.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | photorobot.24bac4972.css | |
| | 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:07 | photorobot(1).css | |
| | 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | photorobot.f8c71148f.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | jquery-3.5.1.min.dc5e7f18c8.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | css | |
| | 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | places.js@1.16.4 | |
| | 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:07 | photorobot.css | |
| | 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | lg-menu.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | photorobot.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 16:39 | 1/11/2023 13:08 | webfont.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 16:43 | 1/11/2023 13:10 | recaptcha__en.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 16:44 | 1/11/2023 13:08 | api.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 17:03 | 1/11/2023 13:08 | swiper-bundle.min.js.download | |
| | 12/6/2022 16:52 | **12/26/2022** | 1/11/2023 13:10 | **cast_sender.js(1).download** | |

**WebArchive / PhotoRobot FRAUD Analysis Shared Folder -** https://drive.proton.me/urls/9TQT4QA0F4#xsXFDjyKKYBw

| Folder Download Link | Claimed Archive Date | Internal Archive Date | Collection Date | File that generated 'Internal Archive Date' footer | File Path / Wayback URL / Download Link |
|---|---|---|---|---|---|
| | **12/14/2022** | 2/18/2018 18:41 | 1/11/2023 13:09 | iMAWebCookie.js.download | **\FULL WEB PAGE COLLECTIONS\2023-01-11__Some_More_Groups\tutorials_how-to-film-models\20221214172805_files** https://web.archive.org/web/20221214172805/https://www.photorobot.com/tutorials/how-to-film-models |
| | 12/14/2022 17:28 | 9/5/2018 23:19 | 1/11/2023 13:09 | gtm.js.download | |
| | 12/14/2022 17:28 | 9/5/2018 23:19 | 1/11/2023 13:09 | analytics.js.download | |
| | 12/14/2022 17:28 | 9/5/2018 23:19 | 1/11/2023 13:09 | f.txt | |
| | 12/14/2022 17:28 | 9/5/2018 23:21 | 1/11/2023 13:09 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download | |
| For this particular page group it appears that the closer we get to the current day the more correct matches we get for the date. The fact that this same pattern happens for every group of Wayback page saves proves it is an intentional manipulation. If it was a programming error of some sort one would expect it to also happen to current pages as well instead of only pages saved before December, 2022. Compared to other archived webpages on Wayback (ones which I made sure were also created with 'Webflow' software like PhotoRobot is) - PHOTOROBOT IS THE ONLY ARCHIVED PAGES WHICH HAVE MISMATCHED DATES THAT ARE IN THE FUTURE | 12/14/2022 17:28 | 12/14/2022 9:24 | 1/11/2023 12:50 | init.7ace25de36e7962a068d.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:23 | 1/11/2023 13:08 | webfont.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:09 | swiper-bundle.min.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot.f8c71148f.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot.a7dbde8db.css | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot(1).css | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | lg-menu.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:09 | jquery-3.5.1.min.dc5e7f18c8.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | css | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | places.js@1.16.4 | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot.css | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:10 | recorder.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:10 | init.5bdedbe88a440799f79e.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:09 | recaptcha__en.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:08 | www-player.css | |
| | 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:08 | base.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:09 | remote.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:09 | cast_sender.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:09 | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:08 | api.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:08 | fetch-polyfill.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:09 | ad_status.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:08 | www-embed-player.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 18:53 | 1/11/2023 13:09 | embed.js.download | |
| | 12/14/2022 17:28 | **12/26/2022** | 1/11/2023 13:10 | **cast_sender.js(1).download** | |

| Folder Download Link | Claimed Archive Date | Internal Archive Date | Collection Date | File that generated 'Internal Archive Date' footer | File Path / Wayback URL / Download Link |
|---|---|---|---|---|---|
| | **12/30/2022** | 2/18/2018 18:41 | 1/11/2023 13:09 | iMAWebCookie.js.download | **\FULL WEB PAGE COLLECTIONS\2023-01-11__Some_More_Groups\tutorials_how-to-film-models\20221230121110_files** https://web.archive.org/web/20221230121110/https://www.photorobot.com/tutorials/how-to-film-models |
| | 12/30/2022 12:11 | 9/5/2018 23:19 | 1/11/2023 13:09 | gtm.js.download | |
| | 12/30/2022 12:11 | 9/5/2018 23:19 | 1/11/2023 13:09 | analytics.js.download | |
| | 12/30/2022 12:11 | 9/5/2018 23:19 | 1/11/2023 13:09 | f.txt | |
| | 12/30/2022 12:11 | 9/5/2018 23:21 | 1/11/2023 13:09 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download | |
| | 12/30/2022 12:11 | **12/26/2022** | 1/11/2023 13:10 | **cast_sender.js(1).download** | |
| | 12/30/2022 12:11 | 12/30/2022 8:38 | 1/11/2023 13:08 | photorobot.css | |
| | 12/30/2022 12:11 | 12/30/2022 8:38 | 1/11/2023 13:08 | jquery-3.5.1.min.dc5e7f18c8.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 8:38 | 1/11/2023 13:08 | photorobot.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 8:38 | 1/11/2023 13:08 | photorobot.f8c71148f.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 11:17 | 1/11/2023 13:08 | photorobot(1).css | |
| | 12/30/2022 12:11 | 12/30/2022 11:17 | 1/11/2023 13:08 | css | |
| | 12/30/2022 12:11 | 12/30/2022 11:17 | 1/11/2023 13:08 | places.js@1.16.4 | |
| | 12/30/2022 12:11 | 12/30/2022 11:17 | 1/11/2023 13:08 | lg-menu.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 11:35 | 1/11/2023 13:11 | recorder.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 11:49 | 1/11/2023 13:08 | photorobot.add9f40f2.css | |
| | 12/30/2022 12:11 | 12/30/2022 12:09 | 1/11/2023 13:08 | base.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:09 | 1/11/2023 13:08 | www-player.css | |
| | 12/30/2022 12:11 | 12/30/2022 12:09 | 1/11/2023 13:08 | www-embed-player.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:09 | 1/11/2023 13:08 | fetch-polyfill.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:11 | 1/11/2023 13:09 | ad_status.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:14 | 1/11/2023 13:10 | recaptcha__en.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:14 | 1/11/2023 13:08 | api.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:14 | 1/11/2023 13:09 | ayf-ZXn06Q-bf2kvL7HvZn-6GmgIdMcaNWCzb_-s5mI.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:15 | 1/11/2023 13:08 | webfont.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:32 | 1/11/2023 13:08 | swiper-bundle.min.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:48 | 1/11/2023 13:09 | remote.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:48 | 1/11/2023 13:09 | cast_sender.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 13:23 | 1/11/2023 12:51 | init.c022d6610d58297d7c5a.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 13:23 | 1/11/2023 13:11 | init.7171b9a4c8e511f032f0.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 15:17 | 1/11/2023 13:09 | embed.js.download | |

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

## WebArchive / PhotoRobot FRAUD Analysis Shared Folder - https://drive.proton.me/urls/9TQT4QA0F4#xsXFDjyKKYBw

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|

https://web.archive.org/web/20220122020654/https://www.photorobot.com/tutorials/how-to-film-models

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|
| 1/11/2023 13:09 | **1/22/2022** | 2/18/2018 18:41 | iMAWebCookie.js.download |
| 1/11/2023 13:09 | 1/22/2022 2:06 | 9/5/2018 23:19 | analytics.js.download |
| 1/11/2023 13:09 | 1/22/2022 2:06 | 9/5/2018 23:19 | gtm.js.download |
| 1/11/2023 13:09 | 1/22/2022 2:06 | 9/5/2018 23:19 | f.txt |
| 1/11/2023 13:09 | 1/22/2022 2:06 | 9/5/2018 23:21 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 1/11/2023 13:07 | 1/22/2022 2:06 | 12/29/2021 16:40 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 1/11/2023 13:07 | 1/22/2022 2:06 | 1/12/2022 18:33 | photorobot.css |
| 1/11/2023 13:07 | 1/22/2022 2:06 | 1/20/2022 21:46 | places.js@1.16.4 |
| 1/11/2023 13:07 | 1/22/2022 2:06 | 1/22/2022 2:07 | webfont.js.download |
| 1/11/2023 13:09 | 1/22/2022 2:06 | 1/22/2022 2:49 | recorder.js.download |
| 1/11/2023 13:07 | 1/22/2022 2:06 | 2/1/2022 9:25 | lg-menu.js.download |
| 1/11/2023 13:07 | 1/22/2022 2:06 | 2/22/2022 11:14 | css |
| 1/11/2023 13:11 | 1/22/2022 2:06 | **12/6/2022 12:47** | embed.js.download |
| 1/11/2023 13:08 | 1/22/2022 2:06 | **12/6/2022 12:59** | ad_status.js.download |
| 1/11/2023 13:10 | 1/22/2022 2:06 | **12/6/2022 13:25** | cast_sender.js.download |
| 1/11/2023 13:11 | 1/22/2022 2:06 | **12/6/2022 14:30** | remote.js.download |
| 1/11/2023 13:11 | 1/22/2022 2:06 | 12/6/2022 14:36 | q4EVMIlCb0o.html |
| 1/11/2023 13:09 | 1/22/2022 2:06 | **12/6/2022 14:38** | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 1/11/2023 13:10 | 1/22/2022 2:06 | **12/6/2022 14:38** | www-player.css |
| 1/11/2023 13:10 | 1/22/2022 2:06 | **12/6/2022 14:38** | www-embed-player.js.download |
| 1/11/2023 13:10 | 1/22/2022 2:06 | **12/6/2022 14:38** | base.js.download |
| 1/11/2023 13:10 | 1/22/2022 2:06 | **12/6/2022 14:38** | fetch-polyfill.js.download |
| 1/11/2023 13:07 | 1/22/2022 2:06 | 12/9/2022 4:46 | photorobot.558b6c12f.css |

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|

https://web.archive.org/web/20220811050912/https://www.photorobot.com/tutorials/how-to-film-models

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|
| 1/11/2023 13:09 | **8/11/2022** | 2/18/2018 18:41 | iMAWebCookie.js.download |
| 1/11/2023 13:09 | 8/11/2022 5:09 | 9/5/2018 23:19 | analytics.js.download |
| 1/11/2023 13:09 | 8/11/2022 5:09 | 9/5/2018 23:19 | gtm.js.download |
| 1/11/2023 13:09 | 8/11/2022 5:09 | 9/5/2018 23:19 | f.txt |
| 1/11/2023 13:09 | 8/11/2022 5:09 | 9/5/2018 23:21 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 1/11/2023 13:07 | 8/11/2022 5:09 | 6/15/2022 12:03 | css |
| 1/11/2023 13:07 | 8/11/2022 5:09 | 7/6/2022 21:08 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 1/11/2023 13:07 | 8/11/2022 5:09 | 7/6/2022 21:08 | photorobot(1).css |
| 1/11/2023 13:08 | 8/11/2022 5:09 | 7/6/2022 21:08 | photorobot.js.download |
| 1/11/2023 13:10 | 8/11/2022 5:09 | 8/11/2022 0:52 | main-20220808093649.js.download |
| 1/11/2023 13:08 | 8/11/2022 5:09 | 8/11/2022 1:26 | places.js@1.16.4 |
| 1/11/2023 13:10 | 8/11/2022 5:09 | 8/11/2022 4:26 | recorder.js.download |
| 1/11/2023 13:09 | 8/11/2022 5:09 | 8/11/2022 5:09 | recaptcha__en.js.download |
| 1/11/2023 13:07 | 8/11/2022 5:09 | 8/11/2022 5:09 | api.js.download |
| 1/11/2023 13:07 | 8/11/2022 5:09 | 8/11/2022 5:15 | webfont.js.download |
| 1/11/2023 13:08 | 8/11/2022 5:09 | 9/9/2022 0:25 | lg-menu.js.download |
| 1/11/2023 13:11 | 8/11/2022 5:09 | **12/6/2022 12:47** | embed.js.download |
| 1/11/2023 13:08 | 8/11/2022 5:09 | **12/6/2022 12:59** | ad_status.js.download |
| 1/11/2023 13:10 | 8/11/2022 5:09 | **12/6/2022 13:25** | cast_sender.js.download |
| 1/11/2023 13:11 | 8/11/2022 5:09 | **12/6/2022 14:30** | remote.js.download |
| 1/11/2023 13:09 | 8/11/2022 5:09 | **12/6/2022 14:38** | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 1/11/2023 13:10 | 8/11/2022 5:09 | **12/6/2022 14:38** | www-player.css |
| 1/11/2023 13:10 | 8/11/2022 5:09 | **12/6/2022 14:38** | www-embed-player.js.download |
| 1/11/2023 13:10 | 8/11/2022 5:09 | **12/6/2022 14:38** | base.js.download |
| 1/11/2023 13:10 | 8/11/2022 5:09 | **12/6/2022 14:38** | fetch-polyfill.js.download |
| 1/11/2023 13:07 | 8/11/2022 5:09 | 12/8/2022 12:58 | photorobot.143c9dbd5.css |
| 1/11/2023 13:07 | 8/11/2022 5:09 | **12/8/2022** | **photorobot.d9b0dabce.js.download** |
| 1/11/2023 13:07 | 8/11/2022 5:09 | 12/9/2022 4:51 | photorobot.css |
| 1/11/2023 13:10 | 8/11/2022 5:09 | 12/26/2022 9:27 | cast_sender.js(1).download |

**d9b0dabce - it appears a different ID is required for each date when fraudulent**

https://web.archive.org/web/20221130101247/https://www.photorobot.com/tutorials/how-to-film-models

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|
| 1/11/2023 13:09 | **11/30/2022** | 2/18/2018 18:41 | iMAWebCookie.js.download |
| 1/11/2023 13:09 | 11/30/2022 10:12 | 9/5/2018 23:19 | analytics.js.download |
| 1/11/2023 13:09 | 11/30/2022 10:12 | 9/5/2018 23:19 | gtm.js.download |
| 1/11/2023 13:09 | 11/30/2022 10:12 | 9/5/2018 23:19 | f.txt |
| 1/11/2023 13:09 | 11/30/2022 10:12 | 9/5/2018 23:21 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 1/11/2023 13:10 | 11/30/2022 10:12 | 11/30/2022 6:08 | init.462db28866d53d1d25a1.js.download |
| 1/11/2023 13:09 | 11/30/2022 10:12 | 11/30/2022 8:21 | recaptcha__en.js.download |
| 1/11/2023 13:08 | 11/30/2022 10:12 | 11/30/2022 9:07 | places.js@1.16.4 |
| 1/11/2023 13:08 | 11/30/2022 10:12 | 11/30/2022 9:55 | swiper-bundle.min.js.download |
| 1/11/2023 13:07 | 11/30/2022 10:12 | 11/30/2022 10:14 | api.js.download |
| 1/11/2023 13:07 | 11/30/2022 10:12 | 11/30/2022 10:14 | webfont.js.download |
| 1/11/2023 13:10 | 11/30/2022 10:12 | 11/30/2022 10:24 | recorder.js.download |
| 1/11/2023 13:13 | 11/30/2022 10:12 | 11/30/2022 20:05 | init.5dabd06018ee84294200.js.download |
| 1/11/2023 13:11 | 11/30/2022 10:12 | **12/6/2022 12:47** | embed.js.download |
| 1/11/2023 13:08 | 11/30/2022 10:12 | **12/6/2022 12:59** | ad_status.js.download |
| 1/11/2023 13:10 | 11/30/2022 10:12 | **12/6/2022 13:25** | cast_sender.js.download |
| 1/11/2023 13:11 | 11/30/2022 10:12 | **12/6/2022 14:30** | remote.js.download |
| 1/11/2023 13:09 | 11/30/2022 10:12 | **12/6/2022 14:38** | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 1/11/2023 13:10 | 11/30/2022 10:12 | **12/6/2022 14:38** | www-player.css |
| 1/11/2023 13:10 | 11/30/2022 10:12 | **12/6/2022 14:38** | www-embed-player.js.download |
| 1/11/2023 13:10 | 11/30/2022 10:12 | **12/6/2022 14:38** | base.js.download |
| 1/11/2023 13:10 | 11/30/2022 10:12 | **12/6/2022 14:38** | fetch-polyfill.js.download |
| 1/11/2023 13:07 | 11/30/2022 10:12 | 12/6/2022 15:04 | photorobot(1).css |
| 1/11/2023 13:08 | 11/30/2022 10:12 | 12/6/2022 15:04 | css |
| 1/11/2023 13:08 | 11/30/2022 10:12 | 12/6/2022 15:04 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 1/11/2023 13:08 | 11/30/2022 10:12 | 12/6/2022 15:04 | lg-menu.js.download |
| 1/11/2023 13:07 | 11/30/2022 10:12 | 12/6/2022 15:04 | photorobot.css |
| 1/11/2023 13:08 | 11/30/2022 10:12 | 12/6/2022 15:04 | photorobot.js.download |
| 1/11/2023 13:10 | 11/30/2022 10:12 | 12/26/2022 9:27 | cast_sender.js(1).download |
| 1/11/2023 13:07 | 11/30/2022 10:12 | 1/9/2023 16:52 | photorobot.fbedc2a48.css |
| 1/11/2023 13:08 | 11/30/2022 10:12 | **1/9/2023** | **photorobot.08e9e9993.js.download** |

**08e9e9993 - it appears a different ID is required for each date when fraudulent**





Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|

https://web.archive.org/web/20221206165254/https://www.photorobot.com/tutorials/how-to-film-models

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|
| 1/11/2023 13:09 | **12/6/2022** | 2/18/2018 18:41 | iMAWebCookie.js.download |
| 1/11/2023 13:09 | 12/6/2022 16:52 | 9/5/2018 23:19 | analytics.js.download |
| 1/11/2023 13:09 | 12/6/2022 16:52 | 9/5/2018 23:19 | gtm.js.download |
| 1/11/2023 13:09 | 12/6/2022 16:52 | 9/5/2018 23:19 | f.txt |
| 1/11/2023 13:09 | 12/6/2022 16:52 | 9/5/2018 23:21 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 1/11/2023 13:10 | 12/6/2022 16:52 | 12/6/2022 4:56 | init.4b711a99674eb3bacba2.js.download |
| 1/11/2023 13:10 | 12/6/2022 16:52 | 12/6/2022 11:30 | recorder.js.download |
| 1/11/2023 13:11 | 12/6/2022 16:52 | **12/6/2022 12:47** | embed.js.download |
| 1/11/2023 13:08 | 12/6/2022 16:52 | **12/6/2022 12:59** | ad_status.js.download |
| 1/11/2023 13:10 | 12/6/2022 16:52 | **12/6/2022 13:25** | cast_sender.js.download |
| 1/11/2023 13:11 | 12/6/2022 16:52 | **12/6/2022 14:30** | remote.js.download |
| 1/11/2023 13:09 | 12/6/2022 16:52 | **12/6/2022 14:38** | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 1/11/2023 13:10 | 12/6/2022 16:52 | **12/6/2022 14:38** | www-player.css |
| 1/11/2023 13:10 | 12/6/2022 16:52 | **12/6/2022 14:38** | www-embed-player.js.download |
| 1/11/2023 13:10 | 12/6/2022 16:52 | **12/6/2022 14:38** | base.js.download |
| 1/11/2023 13:10 | 12/6/2022 16:52 | **12/6/2022 14:38** | fetch-polyfill.js.download |
| 1/11/2023 13:07 | 12/6/2022 16:52 | 12/6/2022 15:04 | photorobot(1).css |
| 1/11/2023 13:08 | 12/6/2022 16:52 | 12/6/2022 15:04 | photorobot.24bac4972.css |
| 1/11/2023 13:08 | 12/6/2022 16:52 | 12/6/2022 15:04 | css |
| 1/11/2023 13:08 | 12/6/2022 16:52 | 12/6/2022 15:04 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 1/11/2023 13:08 | 12/6/2022 | 12/6/2022 | **photorobot.f8c71148f.js.download** |
| 1/11/2023 13:08 | 12/6/2022 16:52 | 12/6/2022 15:04 | lg-menu.js.download |
| 1/11/2023 13:07 | 12/6/2022 16:52 | 12/6/2022 15:04 | photorobot.css |
| 1/11/2023 13:08 | 12/6/2022 16:52 | 12/6/2022 15:04 | places.js@1.16.4 |
| 1/11/2023 13:08 | 12/6/2022 16:52 | 12/6/2022 15:04 | photorobot.js.download |
| 1/11/2023 13:08 | 12/6/2022 16:52 | 12/6/2022 16:39 | webfont.js.download |
| 1/11/2023 13:10 | 12/6/2022 16:52 | 12/6/2022 16:43 | recaptcha__en.js.download |
| 1/11/2023 13:08 | 12/6/2022 16:52 | 12/6/2022 16:44 | api.js.download |

**f8c71148f - it appears the same ID can be used for different dates when legitimate**

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|

https://web.archive.org/web/20221214172805/https://www.photorobot.com/tutorials/how-to-film-models

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|
| 1/11/2023 13:09 | **12/14/2022** | 2/18/2018 18:41 | iMAWebCookie.js.download |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 9/5/2018 23:19 | analytics.js.download |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 9/5/2018 23:19 | gtm.js.download |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 9/5/2018 23:19 | f.txt |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 9/5/2018 23:21 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 1/11/2023 12:50 | 12/14/2022 17:28 | 12/14/2022 9:24 | init.7ace25de36e7962a068d.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:23 | webfont.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:27 | css |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 12/14/2022 17:27 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:27 | lg-menu.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:27 | photorobot(1).css |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:27 | photorobot.a7dbde8db.css |
| 1/11/2023 13:08 | 12/14/2022 | 12/14/2022 | **photorobot.f8c71148f.js.download** |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 12/14/2022 17:27 | swiper-bundle.min.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:27 | photorobot.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:27 | places.js@1.16.4 |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:27 | photorobot.css |
| 1/11/2023 13:10 | 12/14/2022 17:28 | 12/14/2022 17:27 | recorder.js.download |
| 1/11/2023 13:10 | 12/14/2022 17:28 | 12/14/2022 17:27 | init.5bdedbe88a440799f79e.js.download |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 12/14/2022 17:27 | recaptcha__en.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:28 | base.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:28 | www-player.css |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 12/14/2022 17:28 | remote.js.download |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 12/14/2022 17:28 | cast_sender.js.download |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 12/14/2022 17:28 | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:28 | api.js.download |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 12/14/2022 17:28 | ad_status.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:28 | fetch-polyfill.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:28 | www-embed-player.js.download |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 12/14/2022 18:53 | embed.js.download |
| 1/11/2023 13:10 | 12/14/2022 17:28 | 12/26/2022 9:27 | cast_sender.js(1).download |

https://web.archive.org/web/20221230121110/https://www.photorobot.com/tutorials/how-to-film-models

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|
| 1/11/2023 13:09 | **12/30/2022** | 2/18/2018 18:41 | iMAWebCookie.js.download |
| 1/11/2023 13:09 | 12/30/2022 12:11 | 9/5/2018 23:19 | analytics.js.download |
| 1/11/2023 13:09 | 12/30/2022 12:11 | 9/5/2018 23:19 | gtm.js.download |
| 1/11/2023 13:09 | 12/30/2022 12:11 | 9/5/2018 23:19 | f.txt |
| 1/11/2023 13:09 | 12/30/2022 12:11 | 9/5/2018 23:21 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 1/11/2023 13:10 | 12/30/2022 12:11 | 12/26/2022 9:27 | cast_sender.js(1).download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 8:38 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 8:38 | photorobot.css |
| 1/11/2023 13:08 | 12/30/2022 | 12/30/2022 | **photorobot.f8c71148f.js.download** |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 8:38 | photorobot.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 11:17 | css |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 11:17 | photorobot(1).css |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 11:17 | lg-menu.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 11:17 | places.js@1.16.4 |
| 1/11/2023 13:11 | 12/30/2022 12:11 | 12/30/2022 11:35 | recorder.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 11:49 | photorobot.add9f40f2.css |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 12:09 | base.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 12:09 | fetch-polyfill.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 12:09 | www-embed-player.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 12:09 | www-player.css |
| 1/11/2023 13:09 | 12/30/2022 12:11 | 12/30/2022 12:11 | ad_status.js.download |
| 1/11/2023 13:10 | 12/30/2022 12:11 | 12/30/2022 12:14 | recaptcha__en.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 12:14 | api.js.download |
| 1/11/2023 13:09 | 12/30/2022 12:11 | 12/30/2022 12:14 | ayf-ZXn06Q-bf2kvL7HvZn-6GmgIdMcaNWCzb_-s5mI.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 12:15 | webfont.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 12:32 | swiper-bundle.min.js.download |
| 1/11/2023 13:09 | 12/30/2022 12:11 | 12/30/2022 12:48 | remote.js.download |
| 1/11/2023 13:09 | 12/30/2022 12:11 | 12/30/2022 12:48 | cast_sender.js.download |
| 1/11/2023 13:11 | 12/30/2022 12:11 | 12/30/2022 13:23 | init.7171b9a4c8e511f032f0.js.download |
| 1/11/2023 12:51 | 12/30/2022 12:11 | 12/30/2022 13:23 | init.c022d6610d58297d7c5a.js.download |
| 1/11/2023 13:09 | 12/30/2022 12:11 | 12/30/2022 15:17 | embed.js.download |

| Claimed Archive Date | Internal Archive Date | Collection Date | File that generated 'Internal Archive Date' |
|---|---|---|---|
| 1/22/2022 2:06 | 2/18/2018 18:41 | 1/11/2023 13:09 | iMAWebCookie.js.download |
| 1/22/2022 2:06 | 9/5/2018 23:19 | 1/11/2023 13:09 | gtm.js.download |
| 1/22/2022 2:06 | 9/5/2018 23:19 | 1/11/2023 13:09 | analytics.js.download |
| 1/22/2022 2:06 | 9/5/2018 23:19 | 1/11/2023 13:09 | f.txt |
| 1/22/2022 2:06 | 9/5/2018 23:21 | 1/11/2023 13:09 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 1/22/2022 2:06 | 12/29/2021 16:40 | 1/11/2023 13:07 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 1/22/2022 2:06 | 1/12/2022 18:33 | 1/11/2023 13:07 | photorobot.css |
| 1/22/2022 2:06 | 1/20/2022 21:46 | 1/11/2023 13:07 | places.js@1.16.4 |
| 1/22/2022 2:06 | 1/22/2022 2:07 | 1/11/2023 13:07 | webfont.js.download |
| 1/22/2022 2:06 | 1/22/2022 2:49 | 1/11/2023 13:07 | recorder.js.download |
| 1/22/2022 2:06 | 2/1/2022 9:25 | 1/11/2023 13:07 | lg-menu.js.download |
| 1/22/2022 2:06 | 2/22/2022 11:14 | 1/11/2023 13:07 | css |
| 1/22/2022 2:06 | 12/6/2022 12:47 | 1/11/2023 13:11 | embed.js.download |
| 1/22/2022 2:06 | 12/6/2022 12:59 | 1/11/2023 13:08 | ad_status.js.download |
| 1/22/2022 2:06 | 12/6/2022 13:10 | 1/11/2023 13:10 | cast_sender.js.download |
| 1/22/2022 2:06 | 12/6/2022 14:30 | 1/11/2023 13:11 | remote.js.download |
| 1/22/2022 2:06 | 12/6/2022 14:36 | | q4EVMIICb0o.html |
| 1/22/2022 2:06 | 12/6/2022 14:38 | 1/11/2023 13:09 | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 1/22/2022 2:06 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-player.css |
| 1/22/2022 2:06 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-embed-player.js.download |
| 1/22/2022 2:06 | 12/6/2022 14:38 | 1/11/2023 13:10 | base.js.download |
| 1/22/2022 2:06 | 12/6/2022 14:38 | 1/11/2023 13:10 | fetch-polyfill.js.download |
| 1/22/2022 2:06 | 12/9/2022 4:46 | 1/11/2023 13:07 | photorobot.558b6c12f.css |
| 1/22/2022 2:06 | 12/9/2022 4:46 | 1/11/2023 13:07 | photorobot.7fa317b45.js.download |
| 1/22/2022 2:06 | 12/26/2022 9:27 | 1/11/2023 13:10 | cast_sender.js(1).download |

| Claimed Archive Date | Internal Archive Date | Collection Date | File that generated 'Internal Archive Date' |
|---|---|---|---|
| 8/11/2022 5:09 | 2/18/2018 18:41 | 1/11/2023 13:09 | iMAWebCookie.js.download |
| 8/11/2022 5:09 | 9/5/2018 23:19 | 1/11/2023 13:09 | analytics.js.download |
| 8/11/2022 5:09 | 9/5/2018 23:19 | 1/11/2023 13:09 | gtm.js.download |
| 8/11/2022 5:09 | 9/5/2018 23:19 | 1/11/2023 13:09 | f.txt |
| 8/11/2022 5:09 | 9/5/2018 23:21 | 1/11/2023 13:09 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 8/11/2022 5:09 | 6/15/2022 12:03 | 1/11/2023 13:07 | css |
| 8/11/2022 5:09 | 7/6/2022 21:08 | 1/11/2023 13:07 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 8/11/2022 5:09 | 7/6/2022 21:08 | 1/11/2023 13:07 | photorobot(1).css |
| 8/11/2022 5:09 | 7/6/2022 21:08 | 1/11/2023 13:08 | photorobot.js.download |
| 8/11/2022 5:09 | 8/11/2022 0:52 | 1/11/2023 13:10 | main-20220808093649.js.download |
| 8/11/2022 5:09 | 8/11/2022 1:26 | 1/11/2023 13:08 | places.js@1.16.4 |
| 8/11/2022 5:09 | 8/11/2022 4:26 | 1/11/2023 13:10 | recorder.js.download |
| 8/11/2022 5:09 | 8/11/2022 5:09 | 1/11/2023 13:09 | recaptcha__en.js.download |
| 8/11/2022 5:09 | 8/11/2022 5:09 | 1/11/2023 13:07 | api.js.download |
| 8/11/2022 5:09 | 8/11/2022 5:15 | 1/11/2023 13:07 | webfont.js.download |
| 8/11/2022 5:09 | 9/9/2022 0:25 | 1/11/2023 13:08 | lg-menu.js.download |
| 8/11/2022 5:09 | 12/6/2022 12:47 | 1/11/2023 13:11 | embed.js.download |
| 8/11/2022 5:09 | 12/6/2022 12:59 | 1/11/2023 13:08 | ad_status.js.download |
| 8/11/2022 5:09 | 12/6/2022 13:25 | 1/11/2023 13:10 | cast_sender.js.download |
| 8/11/2022 5:09 | 12/6/2022 14:30 | 1/11/2023 13:11 | remote.js.download |
| 8/11/2022 5:09 | 12/6/2022 14:38 | 1/11/2023 13:09 | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 8/11/2022 5:09 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-player.css |
| 8/11/2022 5:09 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-embed-player.js.download |
| 8/11/2022 5:09 | 12/6/2022 14:38 | 1/11/2023 13:10 | base.js.download |
| 8/11/2022 5:09 | 12/6/2022 14:38 | 1/11/2023 13:10 | fetch-polyfill.js.download |
| 8/11/2022 5:09 | 12/8/2022 12:58 | 1/11/2023 13:07 | photorobot.143c9dbd5.css |
| 8/11/2022 5:09 | 12/8/2022 12:58 | 1/11/2023 13:07 | photorobot.d9b0dabce.js.download |
| 8/11/2022 5:09 | 12/9/2022 4:51 | 1/11/2023 13:07 | photorobot.css |
| 8/11/2022 5:09 | 12/26/2022 9:27 | 1/11/2023 13:10 | cast_sender.js(1).download |

Exhibit D | Index 38 | p. 82

| Claimed Archive Date | Internal Archive Date | Collection Date | File that generated 'Internal Archive Date' |
|---|---|---|---|
| 11/30/2022 10:12 | 2/18/2018 18:41 | 1/11/2023 13:09 | iMAWebCookie.js.download |
| 11/30/2022 10:12 | 9/5/2018 23:19 | 1/11/2023 13:09 | gtm.js.download |
| 11/30/2022 10:12 | 9/5/2018 23:19 | 1/11/2023 13:09 | analytics.js.download |
| 11/30/2022 10:12 | 9/5/2018 23:19 | 1/11/2023 13:09 | f.txt |
| 11/30/2022 10:12 | 9/5/2018 23:21 | 1/11/2023 13:09 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 11/30/2022 10:12 | 11/30/2022 6:08 | 1/11/2023 13:10 | init.462db28866d53d1d25a1.js.download |
| 11/30/2022 10:12 | 11/30/2022 8:21 | 1/11/2023 13:09 | recaptcha__en.js.download |
| 11/30/2022 10:12 | 11/30/2022 9:07 | 1/11/2023 13:08 | places.js@1.16.4 |
| 11/30/2022 10:12 | 11/30/2022 9:55 | 1/11/2023 13:08 | swiper-bundle.min.js.download |
| 11/30/2022 10:12 | 11/30/2022 10:14 | 1/11/2023 13:07 | webfont.js.download |
| 11/30/2022 10:12 | 11/30/2022 10:14 | 1/11/2023 13:07 | api.js.download |
| 11/30/2022 10:12 | 11/30/2022 10:24 | 1/11/2023 13:10 | recorder.js.download |
| 11/30/2022 10:12 | 11/30/2022 20:05 | 1/11/2023 13:13 | init.5dabd06018ee84294200.js.download |
| 11/30/2022 10:12 | 12/6/2022 12:47 | 1/11/2023 13:11 | embed.js.download |
| 11/30/2022 10:12 | 12/6/2022 12:59 | 1/11/2023 13:08 | ad_status.js.download |
| 11/30/2022 10:12 | 12/6/2022 13:25 | 1/11/2023 13:10 | cast_sender.js.download |
| 11/30/2022 10:12 | 12/6/2022 14:30 | 1/11/2023 13:11 | remote.js.download |
| 11/30/2022 10:12 | 12/6/2022 14:38 | 1/11/2023 13:09 | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 11/30/2022 10:12 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-player.css |
| 11/30/2022 10:12 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-embed-player.js.download |
| 11/30/2022 10:12 | 12/6/2022 14:38 | 1/11/2023 13:10 | base.js.download |
| 11/30/2022 10:12 | 12/6/2022 14:38 | 1/11/2023 13:10 | fetch-polyfill.js.download |
| 11/30/2022 10:12 | 12/6/2022 15:04 | 1/11/2023 13:07 | photorobot(1).css |
| 11/30/2022 10:12 | 12/6/2022 15:04 | 1/11/2023 13:08 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 11/30/2022 10:12 | 12/6/2022 15:04 | 1/11/2023 13:08 | css |
| 11/30/2022 10:12 | 12/6/2022 15:04 | 1/11/2023 13:07 | photorobot.css |
| 11/30/2022 10:12 | 12/6/2022 15:04 | 1/11/2023 13:08 | lg-menu.js.download |
| 11/30/2022 10:12 | 12/6/2022 15:04 | 1/11/2023 13:08 | photorobot.js.download |
| 11/30/2022 10:12 | 12/26/2022 9:27 | 1/11/2023 13:10 | cast_sender.js(1).download |
| 11/30/2022 10:12 | 1/9/2023 16:52 | 1/11/2023 13:07 | photorobot.fbedc2a48.css |
| 11/30/2022 10:12 | 1/9/2023 16:52 | 1/11/2023 13:08 | photorobot.08e9e9993.js.download |

| Claimed Archive Date | Internal Archive Date | Collection Date | File that generated 'Internal Archive Date' |
|---|---|---|---|
| 12/6/2022 16:52 | 2/18/2018 18:41 | 1/11/2023 13:09 | iMAWebCookie.js.download |
| 12/6/2022 16:52 | 9/5/2018 23:19 | 1/11/2023 13:09 | gtm.js.download |
| 12/6/2022 16:52 | 9/5/2018 23:19 | 1/11/2023 13:09 | analytics.js.download |
| 12/6/2022 16:52 | 9/5/2018 23:19 | 1/11/2023 13:09 | f.txt |
| 12/6/2022 16:52 | 9/5/2018 23:21 | 1/11/2023 13:09 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 12/6/2022 16:52 | 12/6/2022 4:56 | 1/11/2023 13:10 | init.4b711a99674eb3bacba2.js.download |
| 12/6/2022 16:52 | 12/6/2022 11:30 | 1/11/2023 13:10 | recorder.js.download |
| 12/6/2022 16:52 | 12/6/2022 12:47 | 1/11/2023 13:11 | embed.js.download |
| 12/6/2022 16:52 | 12/6/2022 12:59 | 1/11/2023 13:08 | ad_status.js.download |
| 12/6/2022 16:52 | 12/6/2022 13:25 | 1/11/2023 13:10 | cast_sender.js.download |
| 12/6/2022 16:52 | 12/6/2022 14:30 | 1/11/2023 13:11 | remote.js.download |
| 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:09 | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-player.css |
| 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-embed-player.js.download |
| 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:10 | base.js.download |
| 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:10 | fetch-polyfill.js.download |
| 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | photorobot.24bac4972.css |
| 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:07 | photorobot(1).css |
| 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | photorobot.f8c71148f.js.download |
| 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | css |
| 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | places.js@1.16.4 |
| 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:07 | photorobot.css |
| 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | lg-menu.js.download |
| 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | photorobot.js.download |
| 12/6/2022 16:52 | 12/6/2022 16:39 | 1/11/2023 13:07 | webfont.js.download |
| 12/6/2022 16:52 | 12/6/2022 16:43 | 1/11/2023 13:10 | recaptcha__en.js.download |
| 12/6/2022 16:52 | 12/6/2022 16:44 | 1/11/2023 13:08 | api.js.download |
| 12/6/2022 16:52 | 12/6/2022 17:03 | 1/11/2023 13:08 | swiper-bundle.min.js.download |
| 12/6/2022 16:52 | 12/26/2022 9:27 | 1/11/2023 13:10 | cast_sender.js(1).download |

Exhibit D | Index 38 | p. 83

| Claimed Archive Date | Internal Archive Date | Collection Date | File that generated 'Internal Archive Date' |
|---|---|---|---|
| 12/14/2022 17:28 | 2/18/2018 18:41 | 1/11/2023 13:09 | iMAWebCookie.js.download |
| 12/14/2022 17:28 | 9/5/2018 23:19 | 1/11/2023 13:09 | gtm.js.download |
| 12/14/2022 17:28 | 9/5/2018 23:19 | 1/11/2023 13:09 | analytics.js.download |
| 12/14/2022 17:28 | 9/5/2018 23:19 | 1/11/2023 13:09 | f.txt |
| 12/14/2022 17:28 | 9/5/2018 23:21 | 1/11/2023 13:09 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 12/14/2022 17:28 | 12/14/2022 9:24 | 1/11/2023 12:50 | init.7ace25de36e7962a068d.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:23 | 1/11/2023 13:08 | webfont.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:09 | swiper-bundle.min.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot.f8c71148f.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot.a7dbde8db.css |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot(1).css |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | lg-menu.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | css |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | places.js@1.16.4 |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot.css |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:10 | recorder.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:10 | init.5bdedbe88a440799f79e.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:09 | recaptcha__en.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:08 | www-player.css |
| 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:08 | base.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:09 | remote.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:09 | cast_sender.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:08 | 98eZ1SvQKncrIy_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:08 | api.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:09 | fetch-polyfill.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:08 | ad_status.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:09 | www-embed-player.js.download |
| 12/14/2022 17:28 | 12/14/2022 18:53 | 1/11/2023 13:09 | embed.js.download |
| 12/14/2022 17:28 | 12/26/2022 9:27 | 1/11/2023 13:10 | cast_sender.js(1).download |

| Claimed Archive Date | Internal Archive Date | Collection Date | File that generated 'Internal Archive Date' |
|---|---|---|---|
| 12/30/2022 12:11 | 2/18/2018 18:41 | 1/11/2023 13:09 | iMAWebCookie.js.download |
| 12/30/2022 12:11 | 9/5/2018 23:19 | 1/11/2023 13:09 | gtm.js.download |
| 12/30/2022 12:11 | 9/5/2018 23:19 | 1/11/2023 13:09 | analytics.js.download |
| 12/30/2022 12:11 | 9/5/2018 23:19 | 1/11/2023 13:09 | f.txt |
| 12/30/2022 12:11 | 9/5/2018 23:21 | 1/11/2023 13:09 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 12/30/2022 12:11 | 12/26/2022 9:27 | 1/11/2023 13:10 | cast_sender.js(1).download |
| 12/30/2022 12:11 | 12/30/2022 8:38 | 1/11/2023 13:08 | photorobot.css |
| 12/30/2022 12:11 | 12/30/2022 8:38 | 1/11/2023 13:08 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 12/30/2022 12:11 | 12/30/2022 8:38 | 1/11/2023 13:08 | photorobot.js.download |
| 12/30/2022 12:11 | 12/30/2022 8:38 | 1/11/2023 13:08 | photorobot.f8c71148f.js.download |
| 12/30/2022 12:11 | 12/30/2022 11:17 | 1/11/2023 13:08 | photorobot(1).css |
| 12/30/2022 12:11 | 12/30/2022 11:17 | 1/11/2023 13:08 | css |
| 12/30/2022 12:11 | 12/30/2022 11:17 | 1/11/2023 13:08 | places.js@1.16.4 |
| 12/30/2022 12:11 | 12/30/2022 11:17 | 1/11/2023 13:08 | lg-menu.js.download |
| 12/30/2022 12:11 | 12/30/2022 11:35 | 1/11/2023 13:11 | recorder.js.download |
| 12/30/2022 12:11 | 12/30/2022 11:49 | 1/11/2023 13:08 | photorobot.add9f40f2.css |
| 12/30/2022 12:11 | 12/30/2022 12:09 | 1/11/2023 13:08 | base.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:09 | 1/11/2023 13:08 | www-player.css |
| 12/30/2022 12:11 | 12/30/2022 12:09 | 1/11/2023 13:08 | www-embed-player.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:09 | 1/11/2023 13:09 | fetch-polyfill.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:11 | 1/11/2023 13:09 | ad_status.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:14 | 1/11/2023 13:10 | recaptcha__en.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:14 | 1/11/2023 13:09 | api.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:14 | 1/11/2023 13:09 | ayf-ZXn06Q-bf2kvL7HvZn-6GmgIdMcaNWCzb_-s5mI.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:15 | 1/11/2023 13:08 | webfont.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:32 | 1/11/2023 13:08 | swiper-bundle.min.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:48 | 1/11/2023 13:09 | remote.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:48 | 1/11/2023 13:09 | cast_sender.js.download |
| 12/30/2022 12:11 | 12/30/2022 13:23 | 1/11/2023 12:51 | init.c022d6610d58297d7c5a.js.download |
| 12/30/2022 12:11 | 12/30/2022 13:23 | 1/11/2023 13:11 | init.7171b9a4c8e511f032f0.js.download |
| 12/30/2022 12:11 | 12/30/2022 15:17 | 1/11/2023 13:09 | embed.js.download |

Exhibit D | Index 38 | p. 84

# Dropbox Directory - FILE VIEW



EXHIBIT
Bb

https://www.dropbox.com/s/6hqj7r8m7cdi9in/Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up.zip?dl=0



**MAIN DIRECTORY  -  Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up**



**FOLDER  -  / 05-2022-12-15_through_2022-12-20_FIRST_FULL_COLLECT /**



Exhibit D | Index 38 | p. 85

**FOLDER  -  / ......FIRST_FULL_COLLECT / REPORT**



**FOLDER  -  / tutorials_how-to-film-models /**



**FOLDER  -  / tutorials_how-to-film-models / REPORT**

**FOLDER  -  / 02-2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE /**



Exhibit D | Index 38 | p. 86

## FOLDER - / .......EVERY_WAYBACK_SAVE_PER_PAGE / REPORT

Home / Data_Analysis_a... net_Archive_1up / 2023-01-01_thro... SAVE_PER_PAGE / REPORT

| Name | Size | Location | Modified | Modified — Time |
|---|---|---|---|---|
| blog.txt | 7.1 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_2d-3d-product-configuration-software.txt | 2.8 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_3d-ecommerce.txt | 1.2 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_3d-product-photography-ecommerce.txt | 3.1 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_7-advantages-360-product-viewers-for-websites.txt | 3.7 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_7-components-to-capture-the-perfect-product-photo.txt | 4.9 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_360-and-3d-imagery.txt | 2.5 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_360-degree-photography-3d-models-for-e-commerce.txt | 5.5 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_360-degree-product-photography-amazon.txt | 4.2 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_360-degree-product-photos.txt | 3.0 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_360-photo-studio-manufacturers.txt | 2.4 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_360-product-photography.txt | 701 bytes | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_360-spin-photography-bicycles.txt | 2.7 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_about-photorobot-packaging-and-distribution.txt | 4.7 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_ar-shopping-apps-2020.txt | 3.8 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_augmented-reality-for-online-retail-and-e-commerce.txt | 4.5 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_augmented-reality-in-digital-marketing.txt | 4.9 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_auto-centering-360-product-photography.txt | 3.5 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_boost-conversion-rates-in-e-commerce.txt | 4.5 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_carousel-5000-360-photography-cars.txt | 3.5 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_carousel-5000-at-stellantis.txt | 2.0 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_catwalk-for-apparel-photography-and-online-fashion-shows.txt | 2.7 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_challenges-ar-shopping-apps.txt | 4.0 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_consistency-in-visual-content.txt | 4.0 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_dslr-vs-mirrorless-cameras-in-2020-comparison-and-review.txt | 5.0 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_emersya-product-experiences-in-3d-ar-and-vr.txt | 5.1 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_equipment-for-360-and-3d-product-photography.txt | 1.1 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_flexible-tools-for-e-commerce-product-photography.txt | 4.5 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_ghost-mannequin-effect.txt | 3.2 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_grocery-product-photography.txt | 3.0 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_guide-to-360-product-photography-for-e-commerce.txt | 4.4 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_guide-to-attaining-the-perfect-lighting-for-360-product-photography.txt | 6.1 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_high-quality-photos-advanced-image-processing.txt | 5.1 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_how-to-improve-workflow-in-a-product-photography-studio.txt | 5.8 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_how-to-photograph-furniture.txt | 1.7 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_image-capture-control-tools.txt | 2.3 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_introducing-photorobots-multicam.txt | 3.8 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_light-and-fast-online-360deg-image-viewer-for-free.txt | 5.3 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_mastering-product-photography-apparel-and-clothing.txt | 4.9 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_mastering-product-photography-shoes-and-footwear.txt | 4.8 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_motorized-turntables-for-360-product-photography.txt | 3.7 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_next-gen-motorized-turntable-photography.txt | 3.9 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_optical-character-recognition.txt | 4.0 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_packshot-photography.txt | 1.3 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_photo-editing-tools.txt | 1.3 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_photorobot-360-product-photography-studio.txt | 2.5 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_photorobot-introducing-the-cube.txt | 4.4 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_photorobot-photography-creativity-and-robotic-process-automation.txt | 4.1 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_photorobots-centerless-table.txt | 4.3 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_platforms-3d-product-photography.txt | 4.1 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_product-photography-sunglasses.txt | 2.7 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_product-photoshoots-case-850.txt | 1.7 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_product-viewers-for-e-commerce-businesses.txt | 4.0 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_robotic-arm-360-object-photography.txt | 2.8 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_robots-for-quick-and-easy-assembly.txt | 2.8 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_statistics-ar-apps-online-retail-2020.txt | 4.6 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_studio-automation-solutions-for-ecommerce.txt | 5.0 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_tips-360-degree-motorized-turntable-photography.txt | 4.1 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_turning-platform-360-product-photography.txt | 3.9 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_turntable-for-360deg-photography-and-heavy-objects.txt | 4.1 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_use-cases-augmented-reality-marketing.txt | 3.5 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| blog_which-businesses-need-360-product-viewers.txt | 4.3 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 8:50 AM |
| DATA_ANALYSIS_Every_Wayback_Save_Per_Page.xlsx | 305.3 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 12 Jan 2023 | 12 Jan 2023 7:50 AM |
| DATA_ANALYSIS_Every_Wayback_Save_Per_Page_combined.xlsx | 59.3 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 10:32 AM |
| Everything_Combined_As_Rows.txt | 229.4 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE/RE | 10 Jan 2023 | 10 Jan 2023 10:16 AM |

## FOLDER - / 07-2023-01-13__tutorials_how-to-film-models__2nd_download

Home / Data_Analysis... _Archive_1up / 2023-01-13__tutorials_ho... m-models__2nd_download

| Name | Size | Location | Modified | Modified — Time |
|---|---|---|---|---|
| 20220122020654_files | 49 items | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-13__tutorials_how-to-film-models__2nd_download | 13 Jan 2023 | 13 Jan 2023 12:33 PM |
| 20220811050912_files | 76 items | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-13__tutorials_how-to-film-models__2nd_download | 13 Jan 2023 | 13 Jan 2023 12:36 PM |
| 20220122020654.html | 107.2 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-13__tutorials_how-to-film-models__2nd_download | 13 Jan 2023 | 13 Jan 2023 12:33 PM |
| 20220122020654-tutorials-how-to-film-models__DOES_NOT_SHOW_JANUARY_NO... | 454.9 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-13__tutorials_how-to-film-models__2nd_download | 13 Jan 2023 | 13 Jan 2023 12:31 PM |
| 20220811050912.html | 124.4 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-13__tutorials_how-to-film-models__2nd_download | 13 Jan 2023 | 13 Jan 2023 12:36 PM |
| 20220811050912-tutorials-how-to-film-models.pdf | 434.5 kB | Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2023-01-13__tutorials_how-to-film-models__2nd_download | 13 Jan 2023 | 13 Jan 2023 12:35 PM |

**FOLDER - / .......EVERY_WAYBACK_SAVE_PER_PAGE / BLOG**



Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

**Ai analysis into potential automated and/or Ai content generation for PhotoRobot Web Archive pages based on inputting a file data tree for: '2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE'**



The examination of the directory structure and file naming patterns, as provided in the uploaded document, offers several clues that may indicate the use of automated or AI-driven tools in the creation of the website's content. Here are some insights based on the forensic analysis approach you requested:

# Indicators of Automated or AI-driven Content Creation

### Consistent Naming Conventions:

The presence of systematically named files, such as those with long alphanumeric codes or formatted timestamps (e.g., 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download), suggests the use of automated scripts or content management systems that generate and store files programmatically.

### Repeated File Patterns Across Directories:

The replication of similar files across multiple directories (e.g., identical JavaScript, CSS files, or images reused across different folder timestamps) could indicate a templating system or a bulk generation process. This is often seen in environments where content needs to be rapidly deployed or updated across multiple pages or sections simultaneously.

### Standardized File Structures:

The uniform structure of directories, where each folder contains similar types of files (scripts, stylesheets, images) and subfolders, points to a content generation framework or a CMS (Content Management System) that automates the creation and update of web pages.

### Multiple Versions of Similar Files:

The occurrence of files with names indicating versions or revisions (like analytics.js(1).download, analytics.js(2).download) suggests an environment where files are automatically updated or modified, which is common in dynamically generated websites.

### Presence of Minified and Versioned Files:

Minified files (e.g., jquery-3.5.1.min.dc5e7f18c8.js.download) and files with hash values in their names are indicative of a build process involving web development tools that prepare assets for production, often used in automated deployment pipelines.

# Hypothetical Scenario Analysis

**Given the hypothetical scenario that all content was created to appear authentic over a standard time progression but was instead generated in a short period:**

**Timestamp Discrepancies:**

If the analysis reveals inconsistencies in file timestamps that do not align with the purported timeline of content evolution, this could be a red flag for artificially backdated files.

**Metadata Uniformity:**

Examining the metadata of files for creation or modification dates that cluster around specific, narrow periods could indicate batch processing rather than organic growth.

**Script and Automation Traces:**

Scripts like wombat.js.download or polyfill.min.js.download might be part of frameworks or libraries used in automated environments, which could be further analyzed for clues about their deployment.

# Conclusion

While these observations can strongly suggest the use of automated tools or AI in content creation, definitive proof would require a deeper forensic analysis that includes examining file metadata, script contents, and possibly server logs (if available). Such an analysis would look for evidence of scripting automation, rapid file generation, and patterns inconsistent with normal human-driven content development.

For a more concrete determination, further technical analysis would be required, focusing on the specifics of how these files interact, the detailed examination of scripts, and an audit of the backend processes that manage these files.

**[01;34m / Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up /**

**2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE[0m**

```
├── [01;34mblog[0m
│   ├── [01;34m20200809073555_files[0m
│   │   ├── 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download
│   │   ├── [01;35mc1272d67ed061568ff875b2_YT_ikona.svg[0m
│   │   ├── [01;35mc6ac7fe80da2a7a356ef61d_znak.svg[0m
│   │   ├── [01;35mc6acf43d8c227171a4a94a4_FB_ikona.svg[0m
│   │   ├── [01;35mc6ad36246b367cec2f645df_PR_logo_pos_horiz_color.svg[0m
│   │   ├── [01;35mc8655c9af626267aa13904e_carousel_5000.png[0m
│   │   ├── [01;35mc8655c9af626627fbb13904a_cube.png[0m
│   │   ├── [01;35mc8655c9af6262b73a139052_turntable.png[0m
│   │   ├── [01;35mc8655c9af6262bbb6139044_turning_platform.png[0m
│   │   ├── [01;35mc8655c9af6262d26e139040_robotic_arm.png[0m
│   │   ├── [01;35mc8655c9af6262d43213904c_case.png[0m
│   │   ├── [01;35mc8655c9af6262dd50139042_vario.png[0m
│   │   ├── [01;35mc8655c9af6262e1ed139054_overview icon.svg[0m
│   │   ├── [01;35mc8655c9af6262e4d6139048_multicam.png[0m
│   │   ├── [01;35mc8655c9af6262e5c7139046_catwalk.png[0m
│   │   ├── [01;35mc8655c9af6262f421139050_centerless.png[0m
│   │   ├── [01;35mc8662538e684a065cffcb8a_sipka.svg[0m
│   │   ├── [01;35me3c41b07654dd39927c73f2_krizek_Kreslící plátno 1.svg[0m
│   │   ├── [01;35med607882e00bf003f793430_frame.png[0m
│   │   ├── analytics.js(1).download
│   │   ├── analytics.js(2).download
│   │   ├── analytics.js.download
│   │   ├── app.js.download
│   │   ├── banner.css
│   │   ├── banner-styles.css
│   │   ├── bundle-playback.js.download
│   │   ├── chevron.css
│   │   ├── [01;35mclose-circle-dark.svg[0m
│   │   ├── [01;35mclose-circle-white.svg[0m
│   │   ├── css
│   │   ├── donation-banner.min.js.download
│   │   ├── es2015-polyfills.js.download
│   │   ├── [01;35mevent.jpeg[0m
│   │   ├── f.txt
│   │   ├── gtm.js.download
│   │   ├── iconochive.css
│   │   ├── iMAWebCookie.js.download
│   │   ├── jquery-1.10.2.min.js.download
│   │   ├── jquery-3.4.1.min.220afd743d.js.download
│   │   ├── main.js.download
│   │   ├── [01;35mopen-globe.svg[0m
│   │   ├── photorobot.2b8fb786e.js.download
│   │   ├── photorobot.620b94709.min.css
│   │   ├── photorobot.css
│   │   ├── places.js@1.16.4
│   │   ├── polyfill.min.js(1).download
│   │   ├── polyfill.min.js.download
│   │   ├── polyfills.js.download
│   │   ├── recorder.js.download
│   │   ├── runtime.js.download
│   │   ├── styles.css
│   │   ├── webfont.js.download
│   │   ├── weglot.min.css
│   │   ├── weglot.min.js.download
│   │   ├── wombat.js.download
│   ├── 20200809073555.html
│   ├── 20200809073555.pdf
│   ├── [01;34m20200927154512[0m
│   │   ├── 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download
│   │   ├── [01;35mc1272d67ed061568ff875b2_YT_ikona.svg[0m
│   │   ├── [01;35mc6ac7fe80da2a7a356ef61d_znak.svg[0m
│   │   ├── [01;35mc6acf43d8c227171a4a94a4_FB_ikona.svg[0m
│   │   ├── [01;35mc6ad36246b367cec2f645df_PR_logo_pos_horiz_color.svg[0m
│   │   ├── [01;35mc8655c9af626267aa13904e_carousel_5000.png[0m
│   │   ├── [01;35mc8655c9af626627fbb13904a_cube.png[0m
│   │   ├── [01;35mc8655c9af6262b73a139052_turntable.png[0m
│   │   ├── [01;35mc8655c9af6262bbb6139044_turning_platform.png[0m
│   │   ├── [01;35mc8655c9af6262d26e139040_robotic_arm.png[0m
│   │   ├── [01;35mc8655c9af6262d43213904c_case.png[0m
│   │   ├── [01;35mc8655c9af6262dd50139042_vario.png[0m
│   │   ├── [01;35mc8655c9af6262e1ed139054_overview icon.svg[0m
│   │   ├── [01;35mc8655c9af6262e4d6139048_multicam.png[0m
│   │   ├── [01;35mc8655c9af6262e5c7139046_catwalk.png[0m
│   │   ├── [01;35mc8655c9af6262f421139050_centerless.png[0m
│   │   ├── [01;35mc8662538e684a065cffcb8a_sipka.svg[0m
│   │   ├── [01;35me3c41b07654dd39927c73f2_krizek_Kreslící plátno 1.svg[0m
│   │   ├── [01;35med607882e00bf003f793430_frame.png[0m
│   │   ├── analytics.js(1).download
│   │   ├── analytics.js(2).download
```

Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up  <~~ **Root**

**the 'main/root' directory contains**

**1,330 directories with 78,226 files total**

Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up /

**2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE**

**the 'EVERY_WAYBACK_SAVE_PER_PAGE'**
**directory contains 781 directories with**
**41,522 total files**

<~~~  The tree on this page (rows on left side)
only shows one full directory and part
of a second one for reference.

**'EVERY_WAYBACK_SAVE_PER_PAGE'**
**is the directory 'file tree' that was used**
**to conduct the analysis detailed in the**
**two pages preceding this one**

Exhibit D | Index 38 | p. 91

/Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2022-12-15_through_2022-12-20_FIRST_FULL_COLLECT/

# NOTES_AND_BACKGROUND.txt

EXHIBIT

## Bd

**Last Modified Time / Date :  January 11, 2023 – 5:26am**

Text below line copied and pasted from 'NOTES_AND_BACKGROUND.txt'

Original text file and additional fraud analysis documents shared here:
https://drive.proton.me/urls/9TQT4QA0F4#xsXFDjyKKYBw

---------------------------------------------------------------------------------------------------------------------

This was my first go at collecting and saving the full HTML for different date periods of the same pages on the wayback machine.

I was focused only on specific dates at this time - those being the pages saved either before or right around the same time that I filed my patent application, the current / most recent pages I had saved on December 9th when I signed up for an account and snapped the entire PhotoRobot website, and the most recent page saves available prior to my December 9th save which was either August 11th, 2022 or May 21st/22nd, 2022 in all cases

So 3 main dates of focus - and then out of nowhere all of the September 2022 saves appeared. I thought it was really odd at first and I was almost certain I did not see any September dates saved and that I would've noticed but I thought to myself that maybe I was just so focused on those other dates that maybe the initial pages I started with were not included with the September saves (as it is not all pages - only specific pages) and I didn't notice once I started the boring task of clicking and saving each page one by one. Even though I could've sworn there was no September dates I figured I better collect them as well - and besides - I noticed that even if they were nefariously added somehow that September 25th/26th was still after my patent application was published and became public knowledge which was on September 22nd, 2022 - but maybe they were aware of this and they were going to argue that 3 days of time would not have been enough to write and create all of those pages?

All of the actual save dates of these can be found in the folders - the main HTML pages have different save dates because I was messing around with a text and replace program I found and which I was using (at first..) for the purpose of getting the websites I was downloading to work offline as they made it intentionally difficult for this to occur by deactivating scrolling among other things. If you double click and open the html pages you will see that I got them working and I was stripping them down to the main elements as I was still mainly focused on language analysis at this point. That is the whole reason I was saving the whole HTML page at all initially is that I wanted to compare the change in language to

determine what words they were adding and what words they were removing as they edited their website pages.

I included the text 'Find/Replace' program I've been using in the folder titled 'TEXT-FIND-REPLACE' and also included a text file which is basically a scratchpad of the various terms I was searching for and altering in any html files which contained any matching terms.

If you look at the dates for the September 25th/26th Wayback saves you will see that those were last and occurred on the 20th after everything else was already saved.

I was using various methods to try and cleanly extract just the text from the html pages. However once I had downloaded the full pages I also began doing folder dsearches for .jpg or .png and realized I also had a lot of additional information I could figure out from all of the image files I now had.

'PhotoRobot.com/blog' and 'PhotoRobot.com/tutorials' are the only pages on their site that include a 'Published On' date. I noticed they were heavily editing pages with a focus being on pages that were published before my provisional patent application filing date which was March 19th, 2021. It seemed to me that they were trying to create a false case of obviousness. I was under the impression that they were probably editing all of this and were going to contact the patent examiner but regardless it has always been my belief since first 'pulling on the string' that I haven't stopped pulling on since that no matter what may be happening their main intention 100% is to move as quickly as possible to bring a duplicate product to market and claim it as their original idea - all of which is based on lies and manipulation of a machine that has similarities to mine but which is now being made to look like it was the same thing all along with the same capabilities - or at least that that is the obvious direction PhotoRobot as a whole was headed all along even though that couldn't be further from the truth.

Exhibit D | Index 38 | p. 93

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

# Matthew Guertin / Case # 23-000151

From mattguertin <MattGuertin@protonmail.com>

To       sjohnson@minnetonkamn.gov

CC      Bruce Rivers<riverslawyers@aol.com>

Date    Monday, January 30th, 2023 at 4:46 PM



Samantha,

It was nice to meet you the other day.

I am writing a short and quick email right now in regards to case # 23-000151 but I plan on following up with a much more detailed and complete account of the whole series of events and whatnot as far as it relates to the wirefraud and conspiracy involved with the Wayback Machine/ Internet archive, PhotoRobot.com, 1worldsync.com, etc that I sat down and discussed with officer Harris on 1/12/2022 at the Minnetonka PD office.

In the interest of being efficient and using my time wisely I figured it made sense to also copy my attorney Bruce Rivers in this email correspondence as he isn't entirely aware of all of the other circumstances surrounding my original complaint either. In fact no one really is besides me which is the reason for this email and the subsequent one which will follow and lay everything out very concisely.

As we discussed in person at the Mntka PD office on Friday I am aware that there are two different cases currently with my name on them - My original case regarding the fraud and then the case involving the incident at 10233 W 34th Street #304.

Even though I was told that these two cases are completely separate for all intents and purposes I'm sure you understand why I might have some concerns about one of them receiving more attention and focus from your department than the other one. I am worried that yourself and your fellow officers at the Minnetonka PD are going to be so overly focused and wrapped up in investigating my original complaint to officer Harris regarding wirefraud and conspiracy that no one will be dedicating any time or energy into investigating the criminal case against me that is inextricably tied to case # 23-000151 and took place two weeks or so after my initial complaint.

Actually I just realized I am a little backwards with what I wrote above. What I meant is the other way around actually. Swap the two cases basically - that is what I actually meant. My apologies.

So anyways....the other night I was thinking about everything and finally searched the internet for a 'Portable adapter network' which is what I had mentioned to officers on my third visit to Minnetonka PD (my 2nd visit was when I attempted to stop by after 5pm but the public reception area was already closed) in which I arrived in the back of a police cruiser instead of my own cruiser. It turns out that I was not using the correct terminology as it is actually a 'Personal Area Network' adapter that was installed on my computer somehow that was using Bluetooth to communicate. This explains why once I finally noticed it, disabled it, and unscrewed the built in mobo WiFi antennas from the back of my computer all of the various log files and whatnot started reporting errors and not being able to connect to whatever it was they were trying to connect to. It is pretty

Exhibit D | Index 38 | p. 94

crazy to realize that a personal area bluetooth network has a very limited range of about 33' and requires a straight line of site - meaning someone on the first floor of my building at the opposite end would have a very difficult time accessing my computer (at least this is my general understanding of it anyways based on my extremely limited mechanical, technological, reading, and comprehension abilities).

I am well aware that this may still come across as me being 'paranoid' / 'mentally unstable' / or 'conspiratorial' but I would simply like to point out that the original case I filed with officer Harris involves the crime of 'conspiracy' as it is legally defined and so I don't think it would be unreasonable for me to come across as 'conspiratorial' when describing stuff related to the original case....and since there is in fact a conspiracy taking place - one which I have been able to prove 100% beyond any reasonable doubt at all based simply on the statistical probability of the mismatched dates I uncovered in the Internet Archive JS files all pointing to the same general December, 2022 date range whenever the pages were supposedly archived prior to December 2022 and then the anomaly correcting itself in EVERY SINGLE INSTANCE for any archived pages being reported as archived in December 2022 or January 2023.

As I mentioned previously I have limited knowledge as I am not a digital forensic expert nor am I a certified 'investigator' of any sort. I do not have any credentials, certifications, etc that would give my word any credibility as far as any legal testimony is concerned. I didn't even graduate High School - I dropped out and got my GED and then proceeded to drop out of my two year technical college course halfway through as well. Based on the current standards in which our society measures a persons educational achievements and 'success' I am an uneducated high school dropout. HOWEVER - I have been able to achieve a massive amount of success spanning many different career fields ranging from computer programming, mechanical engineering, machining, design, and fabrication among many other things as is clearly evident based on my portfolio website www.MattGuertin.com   I actually believe that I am better off for having learned everything on my own based on my own personal interests as I believe there are a lot of 'experts' who have spent so much time studying and learning about one specific area of focus that they are essentially stuck inside a box. Sure - they may be very proficient and knowledgable in a specific subject but they are functionally retarded when it comes to anything else as they are only able to view things through the narrow lens of their college education - which I would argue involves a fairly large amount of propaganda and brainwashing in our current era. In fact I believe that is why I was able to come up with my invention that is at the heart of all of this before anyone else. I am and always have been way outside the box in many different ways which I consider a huge advantage.

So with that said let me get back on track in regards to statistical probability and mathematics as it relates to the data discrepancies I was discussing. I personally spent the time to collect every single archived page from the internet archive for EACH blog page. This is what is contained in the folder titled '2023-01-01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE' which your department has multiple copies of as it is saved on a multitude of usb and external storage drives which you obtained from my residence at 10233 W 34th street.

I saved a total of 62 individual blog pages from the internet archive which were supposedly archived from www.PhotoRobot.com/blog. From these 62 individual pages I saved I have a total of 780 individual folders (web pages) which comes out to an average of 12.58 archived pages per each individual web page url. When I say that I have irrefutable proof of a 'conspiracy' taking place this would be just one of many (MANY..) pieces of evidence that I personally gathered and analyzed which proves my 'crazy' conspiracy 'theory' based on simple logic and mathematical probability. If there wasn't a conspiracy taking place how else would someone be able to logically explain 780 individual web pages saved that all have the exact same pattern of inconsistencies when arranged in the spreadsheets I was able to put together? I am genuinely curious/interested to

Exhibit D | Index 38 | p. 95

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

know what the actual mathematical statistical probability is as far as the odds of this randomly occurring are if you happen to have any mathematical wizards working with you that are proficient at statistics and calculating stuff like this cause I would have to imagine that it almost as unlikely as someones odds of winning the lottery and would be so highly unlikely that it would be considered irrefutable 'proof' in a courtroom - much the same way DNA evidence is never technically considered to be 100% proof but is so close to 100% that it can be used to send someone to jail for the rest of their life or even to their death in some cases.

With that said I will now attempt to wrap up this email as it already much longer than I intended - and this is just my preliminary 'quick' email as I mentioned. Just wait until I am able to really sit down and lay it all out so clearly that anyone will be able to clearly see the 'operation' being waged against me regardless of their technical or computer literacy skills.

And yes - I am aware that describing it as an 'operation' is very bold language - so bold that perhaps it could be used in court to help further the idea that I am mentally unstable and need to see psychiatrist, etc. The fact that I am well aware of this though yet I am still choosing to use it as the descriptor must mean that I am quite confident in my ability to lay all of it out so clearly that it will be obvious to everyone regardless of what 'side' they are on ultimately.

When I first met you and your fellow officers last Friday in regards to retrieving my personal property so that I am able to function one of the first questions I was asked was "Have you been able to get any help?" (paraphrasing and I don't think it was you that asked me that even) I have since realized the irony of being asked this question as well as what it implies on behalf of your department - It implies the same exact thing that was implied by the prosecutor during my hearing at court and the reason I am being required to complete a Rule 20 to establish my mental state - that being that I am mentally unstable which in turn implies that the incident that took place at my residence was based entirely on me being mentally unstable which in turn implies (I believe..) that there is no attention, focus, or effort being put into investigating the original case I filed with your department. Perhaps I am incorrect? If I am I guess it is up to you and your team to prove me wrong. I just have a hard time believing that there is not going to be a heavy bias involved which could cause whoever is supposedly investigating case # 23-000151 to intentionally or even unintentionally ignore or minimize the massive amount of digital evidence I spent a month investigating and collecting on my own prior to the incident at my apartment. I hope that is not the case and I hope I am incorrect in my assumptions.

And to be clear I am not at all saying that there is so much evidence and everything is so 'obvious' , etc. regarding case # 23-000151 that it is going to negate the fact that it is illegal to shoot guns off from inside of my apartment. I do believe however without any doubt at all that I will be able to prove why I was so scared and in fear of my life that my actions seemed completely logical to me when the incident occurred. Just consider how freaked out I would've been once I realized that whatever was going on with my computer was being carried out over a Personal Area Network that has an extremely limited range? It is the same as whatever old horror movie that was where they suddenly realize "The phone call is coming from inside the house!"

It scared the shit out of me and the whole situation still freaks me out as I am still unsure what the eventual outcome was supposed to be or where all of it was or is still going to lead. All I know is that there was/is without a doubt a massive amount of time, money, and effort being put into everything happening as far as the fraud and the 'operation'. All of that combined with the fact that I've watched many crime documentaries on TV where someone can hire a hit man for 10k and meanwhile I am dealing with a multi-billion dollar company like Netflix among many other very powerful people and companies who I have severely impacted by simply doing nothing but filing a patent for a good idea I had obviously is a little scary and unnerving

Exhibit D | Index 38 | p. 96

and is not something at all that has an instruction manual or a guide on how to go about dealing with it.

For example - I will put the following statement 'on the record':
"I currently still am unable to discern what is real and what is fake and it feels like I am living in a movie"

I must be crazy and mentally unstable...right?

BUT - Wouldn't that be completely logical for me to feel and think when you consider just the title of my invention alone and the people and companies I am involved with because of it. The title of my invention and the whole purpose of it is to create an illusion. The actual inventor behind the Netflix patent is one of the leading Visual FX guys in Hollywood. His whole job is to create illusions. The whole purpose of of my invention and his is to create the ultimate illusion - that being someone able to walk around in a world that doesn't even exist as they are ultimately just running or walking in place on a treadmill. Now combine that with the fact that both Trojansky and Assaff Rawner are both either Oscar or Academy award winning/nominated for their achievements in the television and film industry and suddenly my above statement seems much less 'crazy'.....does it not?

So I will end with what should've been my reply when you guys asked me if I have received the help I need -

NO. I haven't

I did try however but I still have not received any response or follow-up from your department regarding case # 23-000151 and also have not ever had any follow-up calls or contact from the Secret Service at all after supposedly talking to an agent in Chicago for at least 25 minutes in which I gave him the case # I filed with your department.

And this concludes my short, preliminary email.

As I mentioned I will follow up with a complete overview of everything and how it all connects. Trust me when I say that I will do a very good job of making it clear as day as I am sure it will involve visual references to help make all of it even clearer.

I would also like for you to be aware that I made sure to stash additional copies of all of the data I collected regarding everything going on to make sure that I am able to properly explain everything as well as defend myself in the unlikely event that any of the data you guys retrieved from my place becomes corrupted for whatever reason. For example here is the video of the fake AI generated people which also had me really freaked out - I have never seen anything like this before and it isn't supposed to exist. What this video implies is that some powerful group of people/companies have the ability to not only generate completely fake video but also the ability to synthesize realistic human voices. (Pay close attention to the guy on the bottom left and the lady on the top right as far as very strange glitches and mannerisms are concerned)

Am I crazy? Or is it actually what I am currently wrapped up in due to my patent that is issuing on Valentines Day that is crazy?

I would argue it's the latter...

Exhibit D | Index 38 | p. 97

I look forward to hopefully receiving a phone call at 8am tomorrow morning so that I can retrieve my property from your department.

I will have the full overview over to you regarding case # 23-000151 as soon as I am able to sit down and organize all of it.

Thank you for your time.

Sincerely,

Matthew Guertin
CEO / Founder
InfiniSet, Inc.


 (otherwise I wouldn't be sending you this email which my criminal defense attorney Bruce Rivers will be receiving at the same exact time as you without me discussing it at all with him..)


I am very much looking forward to the retrieval of my property so that I am able to function and move things forward with my life in general. It is a little difficult to operate and be productive when I cannot even access my email account with all of my contacts due to not having my phone for 2FA

Sent with Proton Mail secure email.


# EMAIL PGP HEADER -

X-Pm-Content-Encryption: on-compose
X-Pm-Origin: internal
Subject: Matthew Guertin / Case # 23-000151
To: sjohnson@minnetonkamn.gov <sjohnson@minnetonkamn.gov>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Mon, 30 Jan 2023 22:46:45 +0000
Mime-Version: 1.0
Content-Type: text/html
Cc: riverslawyers@aol.com <riverslawyers@aol.com>
Message-Id:
<AuRvAczDJWrOGwBzObw62gnGJVKgQCWkThv0JKEeuJ19BSTafyYXyAdlBqkfG_E300oicxuHm
5s1STeiBWgkMP4gRU2fCoDKwnEIIlQTs8w=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Mon, 30 Jan 2023 22:46:23 +0000
X-Pm-Recipient-Authentication: sjohnson%40minnetonkamn.gov=none;
 riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: sjohnson%40minnetonkamn.gov=none; riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 98

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

# I found the other picture / Matthew D Guertin



From mattguertin <MattGuertin@protonmail.com>

To      Bruce Rivers<riverslawyers@aol.com>

Date    Tuesday, February 7th, 2023 at 2:22 AM

Bruce,

I wanted to send this to her so bad but I just wrote it all out and I'm sending to you instead.

This was the other stuff I told the mntka pd investigator Samantha Johnson about which she also chose to ignore....and why she literally doesnt want to talk to me anymore.....my welder showed these to me... the one that claimed he was in the CIA as well as the Marines....which might be entirely true and just an odd coincidence or maybe not. Either way just another small part of my story that sounds crazy - except for the fact that I have proof.

If it wasn't a coincidence and let's say that I was covertly steered towards contacting this person to weld my invention and he was part of all the weirdness and whatnot which caused me to become so scared when I started connecting all of the various dots it would almost certainly imply that he is connected to Netflix and that they knew about me and my patent long before my patent was ever published and before I knew about theirs.

It would also mean he would have a key to my apartment as I left my stuff (backpack with laptop, all of my keys, etc) unattended at times when I was welding stuff with him.

Could be a completely random coincidence though as I mentioned...he seemed cool, was a good welder, and helped me out...but it's still strange...just like everything else that was going on prior to the incident at my apartment.

I also attached the mntka police report I filed on 1/12/23 about a half hour after unsuccessfully attempting to talk to someone at the FBI building in Brooklyn Center.

------------------------------------------------------------------

Samantha,

I just figured I'd share the missing picture with you in regards to the special ops wireless ptz throw cameras I mentioned.

That's the aluminum 'floor base' piece for my "Motorized Rotatable Treadmill and System For Creating The Illusion of Movement" invention that you also see in the pictures - both of which are attached to this email (since my other attempt at sharing a link with you was not executed properly...)

No need to do anything with this information as I know it is beyond your departments abilities to investigate as you previously mentioned but I figured I'd at least complete that which up until now I've considered to be incomplete.

If you or any of your fellow law enforcement officers happen to have any additional information about these though feel free to fill me if should you see fit.

A question of mine for example might be something similar to the following:

Are these cameras something a civilian is allowed to purchase or possess without needing any sort of special military or government clearance?

That is all.

Hope you are well  🙂

Matthew Guertin
Founder / Inventor /CEO
InfiniSet, Inc.
763-221-4540

Sent from  mobile

_____

2.41 MB   5 files attached

| 20230206_203050.jpg 562.71 KB | 20230206_203126.jpg 664.13 KB | 20230206_203233.jpg 522.83 KB |

| signal-2022-01-08-17-01-30-423.jpg 377.68 KB | signal-2022-01-08-17-01-36-314.jpg 337.39 KB |

Exhibit D | Index 38 | p. 100

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

## EMAIL PGP HEADER -

X-Pm-Content-Encryption: on-compose
X-Pm-Origin: internal
Subject: I found the other picture / Matthew D Guertin
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Tue, 07 Feb 2023 08:22:10 +0000
Mime-Version: 1.0
Content-Type: text/html
To: riverslawyers <riverslawyers@aol.com>
Message-Id: <-
ZIWp5pfd0VptlrQ2c0e0sw19hNNyeYR6tlYs0bw4Ky65y0eOq_J0OsJDZiXYVvEhFLX4X7ppepuengw
8LQn5Wha-Qtyafpyg5OAtIL-O8A=@protonmail.com>
X-Attached: 20230206_203050.jpg
X-Attached: 20230206_203126.jpg
X-Attached: 20230206_203233.jpg
X-Attached: signal-2022-01-08-17-01-30-423.jpg
X-Attached: signal-2022-01-08-17-01-36-314.jpg
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 101

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

Two images attached to the Feb 7, 2023 email that
defendant sent to his defense counsel, Bruce Rivers,
showing proof of the "special ops gear" as detailed in
the 3/10/2023 Rule 20.01 Exam Report about defendant



EXHIBIT
Da

**'signal-2022-01-08-17-01-30-423.jpg' attachment**



**'signal-2022-01-08-17-01-36-314.jpg' attachment**



Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

## Re: I found the other picture / Matthew D Guertin

From    Bruce Rivers <riverslawyers@aol.com>

To       mattguertin<MattGuertin@protonmail.com>

Date    Tuesday, February 7th, 2023 at 6:22 AM



Good I'll take a look at it if I think it needs to be sent and I will send it.


Sent from my iPhone


## EMAIL PGP HEADER -

Return-Path: <riverslawyers@aol.com>
X-Original-To: MattGuertin@protonmail.com
Delivered-To: MattGuertin@protonmail.com
Authentication-Results: mailin036.protonmail.ch; dkim=pass (Good 2048
  bit rsa-sha256 signature) header.d=aol.com header.a=rsa-sha256
Authentication-Results: mailin036.protonmail.ch; dmarc=pass (p=reject dis=none)
 header.from=aol.com
Authentication-Results: mailin036.protonmail.ch; spf=pass smtp.mailfrom=aol.com
Authentication-Results: mailin036.protonmail.ch; arc=none smtp.remote-ip=74.6.131.123
Authentication-Results: mailin036.protonmail.ch; dkim=pass (2048-bit key)
 header.d=aol.com header.i=@aol.com header.b="FG4Pzims"
Received: from sonic311-13.consmr.mail.bf2.yahoo.com
 (sonic311-13.consmr.mail.bf2.yahoo.com [74.6.131.123]) (using TLSv1.3 with cipher
 TLS_AES_256_GCM_SHA384 (256/256 bits)
 key-exchange X25519 server-signature RSA-PSS (4096 bits) server-digest SHA256) (No
 client certificate requested) by mailin036.protonmail.ch (Postfix) with ESMTPS id
 4PB2M52gj8z9vNQc for <MattGuertin@protonmail.com>; Tue,
 7 Feb 2023 12:22:25 +0000 (UTC)
Received: from sonic.gate.mail.ne1.yahoo.com by sonic311.consmr.mail.bf2.yahoo.com with
 HTTP; Tue, 7 Feb 2023 12:22:24 +0000
Received: by hermes--production-ne1-746bc6c6c4-9t6ft (Yahoo Inc. Hermes SMTP Server) with
 ESMTPA ID d35a394643b013f52e4cf944974c76dd;
       Tue, 07 Feb 2023 12:22:21 +0000 (UTC)
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=aol.com; s=a2048; t=1675772544;
 bh=FtRBSzKf0xczPLaSn/X5WS4Dt37EYeooWM+6aGtIQko=;
 h=From:Subject:Date:References:In-Reply-To:To:From:Subject:Reply-To;
 b=FG4PzimsuQ4UCcfuU5iEYt0iDn6FuxOBYWuMYuTjfmokCRqeoTn7AqHqbnhqFvtpKVl6JKnDcEL8
 D6qpNtniFxtQHWyZpyq+Ztf26GUcweju65LtVa6Whj2DMeoQLfpiu8x/ovZsQM4sL6ibElxjqAEiKLEXsw
 Tt9obmgjRSZZdxxbXXdyO0bcEzYWmqnEZIXlGNMmJWFm9mL3auFVfumkJCR1nKC4oigvXjzaWEst
 L91JUFUp5hT4eP/r/z3A8GGJ/SQd33cLUhZZofvlVm+G5gphlbFs/MmpoHztIOPQNmgFDXr5KBfqfVL
 WaQE/gKogknK/+BljhK+i0/BczbeQ==

Exhibit D | Index 38 | p. 103

X-Sonic-Dkim-Sign: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s2048;
 t=1675772544; bh=s5I1Qq8C5ezt9Vup/y2FcB4uLeMG+T6FV/CkncPPn8Q=;
 h=X-Sonic-MF:From:Subject:Date:To:From:Subject;
 b=nLQ+fZxpPN43FaQzMiTv1EXd01JsI5jR6g2fQNSUmyUSeJROsE7AIFw5d/MLGi1pMfZZNAW5RCAuSSnpf
 aT4cJnskGR9Tuj400sBZXstasQr7SgQ7oustp7xS5gP3EesQqTWtjt6hznRJsYxoa4mX210WOEkSF7VDaDSLG
 Ri61K3SGk5qcKnOvGcaBD99kSX8UAndkHo9Fc9xcahEnZ/Ro7wJspnK5vW47Ux3O/uhVB6kRTnmaY8yNBXJ
 kSBf9dCpqVQRAWPyNkqMRVVp73HdYnssEOhpzRuCm7e8tegT2sAL8hsNuR8iWDQjEzkFzsqcEhURe7b3xq
 8IuQnufC8qg==
X-Ymail-Osg: FVOxnooVM1nsDQaWfL9oR9w8tp7tdSDt3o5B_62ydMAL8d14cDppLisz5A95uTL
 Lcld1R8eIdPzuaqk7Y5vPhcUmFcjP6TMnzV0SN84L5FnUW.0.vintWJqCTIFmk67npU5ig8hxEb6
 8XDEgQ3I_fBIH7RJ83iKaXUFsOqy9W9GqMu81UWBDygI7ipeeUmtlk6DHUMKjm_oLMhVtvVPN3LL
 xxnyZ4BUX9Fd0ujeqAkfM._jeSiJxZ6w_7FPkVf45IjrB5z8oTLaWQdXGMd__vZ9SJTRjvKt6kb_
 PPMy5nd6bQtNQTRxVxnz8hqnaJzoOkDlUWouVce.Ag17a.Siuy_TI4U9XUq.Xd51K1u50kpIBqFe
 loxbsOGvbs.pySgqDfAOLIMdCv4jxF0v_nTnvFvxSEJDZdkB9p56JZiDGyTIBv0NW.pZI4isglPm
 uTeNX0yzVK5pTvwynPycReCpYFNiAWR31h.IK7wwCHHNIW6FjvQhRWRLpWg4V6W7LDhqiyFDtH3Z
 g1keYnRAZBF7ZLFaMqolk_nWh3tjoIXT0ybW7ebkrnojCTbbkplvbouA7LswcrlMK_SUqjwUthVa
 WpPJ0Nk.zl66aMyr2SalICSwyVe_8oWg23bhPcsnjajM.tha23pAKqCkJ9QOGr.A6UOJg.zHyHyB
 0nofzL.zh3cghfNEDrniMMoVEGC3Y7vQ14rwnPfc_bvC0e5.v6l5jrBgxHrp6MD8nx4Djhm277dd
 7DrouRPDvtnfjlxdxDSo8GmZoauevzxJmar9UlFj48A_2B8945vBVJpDh2JdhZ2nmleEKO69y.1_
 BS_RyD2B9YnrdiPRPFdX5i9I2JxTei83EE30gRANeDYP_0lpZ3oLhxGrSQKTWvk3npQiaMfeskov
 gzipA2KVe1KB.S0I3HAXuo_K1U6.HkajwNISIwKjLHkyKJXQoBujDDrAZH7krJgGk5iWZgfVW.Mi
 v.RigF_iSpbZR_wVk6krTj9_.APNwCOVsn2atlbYo8Qqi8atkH24Jlw5X4NkI7gblFoEQxUzTwOu
 fGILIyEq10PZiJgixQdsR5D2UV6FDtHM4_yjxYzijKbaGgK3p94CYuPJ1EX.yQ6qflFICAr5mDmb
 SaaRVHPHnRU71ISLrtWNTuPkSfcn0c0w6lDFSAYbKDFoVnFZe3ltUjLMm65ZKIB34bvzxGdrIklZ
 QMytT2rpJ5cf0Dc012qnVFqDLMPDh2YUXLwIXurQ8rLBymFvx.VaCEBjL658R9I_PvBlFkA39Ojx
 cI3lvzbyrjrbN11IZTHn09JuxnKqbRhIKApXI8GvS30Eo79d0ZgMCUICLPaPIf9HAXD5hI3e6hq5
 TPi_we9svusTkBCThzB4g351vHEJqMMB3Fn8.Y5.8R3e3wTNwMipq3eFYe6lUF1NCiQnYlMMtnyW
 n8JX2ZBCexhEdjwMpxL6d3rMvPrB3.64FMHmig83OFXXE7olrW_pji6c0N.nsS4Y5pm.MKI8i85Y
 .Cw6Han9TzCesOS5eKO5__7eD6QjWY6E_nnl7xwv.a6cLeNDblEdpCPKGfTmpakqcPd1QSfG1edp
 jO1ogX4OeZGm_Nn9K8EvRd3Y_P66yUtyCMfS1.aorRKjShViVxxe_leg6PApDYhCvAlQSRJNRSmR
 lbh603.loSU8Jd6ownMxaSIHvnxq2RVm5vAGrda5WMrs747F0Lagwmjjvzc8teZoR8hx1p9Byt7a
 oN_3KhVZ5ns8dh4XKi2G1iCh8uEYqrwGZdaqsxOiLm.9kzU7ZqA.SnYpsYPqq4KY44mzCSC0LGFn
 ocsevmzTp_K6lWlulvsyjgp7jBzCt9q6bIjnRRwmt2KIRy5DCD58yXuMx_K1nuCtVsIygE3buILr
 lNfVewBuezpvgDsoyjGE4Du8KTTeGUOMIfO0I9u_ppiK8GEBNj6ib87BI9iolkZof4keLrpvwSjt
 f0DPT7MEQfLheteKgOcqxNmsNg_vkwgUPZat12qjySgLNwUTmGlzplGES9HSD81VcuE.asy6fpeT
 KNx61P29IQCNt02UmP46et7ntsr4Fd9hYZ64WLz9sMRLFgrBk2nMlN97BO_nSFEFIPHTJkq7ilR7
 LvoVUoe7T7L2uqVsu2uJetgSMaPFMC3dR788H._lkxMKpmNaIAmbLd60Y8iZ69HbJDOwKzXyyeli
 jxx2XBmm7A8SE1_uOaqg3TLCrHj6we.gzFsP9s7IRu6knRLqn.VTFDBjLbSZrOF6_wh4_.EeE_rx
 HIdzQAwkLCDaLxmrq7yIKQ7EBOao_8TRAl6ya
X-Sonic-Mf: <riverslawyers@aol.com>
Content-Type: text/plain
Content-Transfer-Encoding: quoted-printable
From: Bruce Rivers <riverslawyers@aol.com>
Mime-Version: 1.0
Subject: Re: I found the other picture / Matthew D Guertin
Date: Tue, 7 Feb 2023 06:22:10 -0600
Message-Id: <90FF25FE-2B5D-4DC3-B1D9-EDA9BCEF3C79@aol.com>
References: <-

ZlWp5pfd0VptlrQ2c0e0sw19hNNyeYR6tlYs0bw4Ky65y0eOq_J0OsJDZiXYVvEhFLX4X7ppepuengw8LQn5W
ha-Qtyafpyg5OAtlL-O8A=@protonmail.com>
In-Reply-To: ←ZlWp5pfd0VptlrQ2c0e0sw19hNNyeYR6tlYs0bw4Ky65y0eOq_J0OsJDZiXYVvEhFLX4X7ppep
uengw8LQn5Wha-Qtyafpyg5OAtlL-O8A=@protonmail.com>
To: Matt Guertin <MattGuertin@protonmail.com>
X-Mailer: iPhone Mail (20C65)
X-Spamd-Result: default: False [-0.76 / 25.00]; MV_CASE(0.50)[];
 DMARC_POLICY_ALLOW(-0.50)[aol.com,reject]; BAYES_HAM(-0.26)[73.74%];
 R_SPF_ALLOW(-0.20)[+ip4:74.6.128.0/21:c]; R_DKIM_ALLOW(-0.20)[aol.com:s=a2048];
 MIME_GOOD(-0.10)[text/plain]; MIME_TRACE(0.00)[0:+]; NEURAL_HAM(-0.00)[-0.541];
 FROM_EQ_ENVFROM(0.00)[]; RCVD_TLS_LAST(0.00)[]; ASN(0.00)[asn:26101,
 ipnet:74.6.128.0/21, country:US]; DKIM_TRACE(0.00)[aol.com:+];
 RCVD_COUNT_THREE(0.00)[3]; MID_RHS_MATCH_FROM(0.00)[]; RCVD_VIA_SMTP_AUTH(0.00)[];
 TO_DN_ALL(0.00)[]; FROM_HAS_DN(0.00)[]; RCPT_COUNT_ONE(0.00)[1];
 TO_MATCH_ENVRCPT_ALL(0.00)[]; ARC_NA(0.00)[]
X-Rspamd-Queue-Id: 4PB2M52gj8z9vNQc
X-Rspamd-Server: cp5-mailin-036.plabs.ch
X-Pm-Spam: 0yezJI6cihyJeYR3pi42biOpJJvbmsCIeI1msjN3X3blJp7IjBlNIIojty4CMCLSJ
 I6UyuTALNYzsSBll0TiQ0yOiiCwMUJFPQ9FRkUEVNUSUOU9SIojwfJCLGZiVdfdWmW5abIy6QJye
 kUE9p7IjfnBIcB3h6ISbCMw4A2MD5TINMUT35kzMTM5kAzOTtCJLbR2lp9FbHZigB9OjsX0fINny
 iQWaiO2IUyM24DINMkj1zYDNGZ0YA5ZDiTdOYY2iiwSf2ciEsiOnfXNacB3h6ISbCMiwNvc2imUc
 OAjsjNnI3blJI6ZCuTALMwiiwVmc3b0Jp7IjSkZIRVUNMlUQ0XSZ0iT0wlsOLAjspJnImdyVxhc2
 l3ldcNnbdRXYWYs9NvLmdSJbLJCTfZEUEUTFI6Uywy0WLBjdTJCLEUfZVMSEO19TT50FbpjICMw4
 wiXSJEtRT9VWJxUQFRF9I6Riwy0WLFjdEJCL0SNlZBX1EElTIpjbuATLVMs0RLIkfU1SUl0HEVkT
 jlbp4xMCiSwXRtEJW9VTUQJx9BRF6SlVW0ywdFjLXf91
X-Pm-Origin: external
X-Pm-Transfer-Encryption: TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)
X-Pm-Content-Encryption: on-delivery
X-Pm-Spamscore: 0
X-Pm-Spam-Action: inbox

Exhibit D | Index 38 | p. 105

## Matt Guertin- "J0427-Psych-Services"

From mattguertin <MattGuertin@protonmail.com>

To      Bruce Rivers<riverslawyers@aol.com>

Date    Thursday, February 9th, 2023 at 11:57 AM



Sent from [ProtonMail](#) mobile


-------- Original Message --------
On Feb 9, 2023, 9:05 AM, < 4thpsychservicesmedrecords@courts.state.mn.us> wrote:

> This E-mail was sent from "J0427-Psych-Services" (MP 5054).
>
> Scan Date: 02.09.2023 09:05:53 (-0600)
> Queries to: 4thpsychservicesmedrecords@courts.state.mn.us

---

45.39 KB    1 file attached

☐ 20230209090554498.pdf  45.39 KB

## EMAIL PGP HEADER -

X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Matt Guertin- "J0427-Psych-Services"
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Thu, 09 Feb 2023 17:57:39 +0000
Mime-Version: 1.0
Content-Type: text/html
X-Attached: 20230209090554498.pdf
To: Bruce Rivers <riverslawyers@aol.com>
Message-Id: <qpFOF1ktMbTYeGcCdnhDZxVeIWO-orNQ3nl-
VWLFdzjTfZuP6jZRMP1pFOyEHdQ86kpfwSt-DwXlOSV-
SqhHsLHx5rUFfVoWSeUIRFnsZeg=@protonmail.com>
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 106

# PDF file attached to Feb 9, 2023 email sent to Bruce Rivers by defendant



EXHIBIT
**Ea**



### PSYCHOLOGICAL SERVICES
**300 S. 6th Street, Suite C-509, Minneapolis MN 55487-0351**

February 9, 2023

Matthew David Guertin
10233 W 34th Street
Minnetonka, MN 55305

The Court ordered you to participate in a psychological evaluation. Please call me by February 21, 2023 to schedule this appointment. **I will need to hear from you as soon as you receive this letter, to schedule an appointment in order to avoid any delays in your case.**

The time needed to complete the interview varies by person, but please plan to be at Psychological Services for at least two hours on the day of your appointment.

The appointment will occur at the Hennepin County Government Center in Minneapolis. Psychological Services is taking extra steps to promote safety during the coronavirus/COVID-19 pandemic. I will complete your interview in a way that enhances safety and social distancing. Our staff will ask you questions about your health to reduce the chance of spreading the virus. Information about related symptoms can be found at https://www.cdc.gov/coronavirus/2019-ncov/index.html .

Sincerely,

Dr. Jill Rogstad, PsyD, LP
Senior Clinical Forensic Psychologist
Fourth Judicial District and Regional Psychological Services
612-394-0937
Jill.Rogstad@courts.state.mn.us

# Police looked through my phone without a warrant



From mattguertin <MattGuertin@protonmail.com>

To       Bruce Rivers<riverslawyers@aol.com>

Date    Friday, February 10th, 2023 at 4:35 PM

Bruce,

I'm noticing a lot of the lists in my phone are out of order. For example my YouTube Playlist is reordered to most recently added as were the notes in my Samsung notes app. They were reordered differently then how they were meaning that the cops looked through my phone even though they claimed to me that they didn't have a warrant for it.

Or at the very least someone was looking through my phone and fucking with stuff

Sent from ProtonMail mobile

# EMAIL PGP HEADER -

X-Pm-Content-Encryption: on-compose
X-Pm-Origin: internal
Subject: Police looked through my phone without a warrant
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 10 Feb 2023 22:35:44 +0000
Mime-Version: 1.0
Content-Type: text/html
To: Bruce Rivers <riverslawyers@aol.com>
Message-Id:
<h2Y5kXU4w1bBpwZ5NejabAV7k4NHo78pNfvCPEaueeRIgwe0wOCa34O171GWj7vxGi5AxaYx
FHJCrPCM0qIx0r_2ulxSBW8u4N_2U7n_Gb8=@protonmail.com>
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 108

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

# Re: Police looked through my phone without a warrant

From mattguertin <MattGuertin@protonmail.com>

To      Bruce Rivers<riverslawyers@aol.com>

Date    Friday, February 10th, 2023 at 5:00 PM



EXHIBIT
**Fa**

It doesn't make any sense why a video platylist titled 'shooting' would be at the top of 'most recently added' because I didn't just add any videos about shooting.

It doesn't make any sense.... the order of the 'most recent' filter. It is not accurate.

~Matt

Sent from [ProtonMail](#) mobile

___

1.03 MB   3 files attached

| Screenshot_20230210-165740_YouTube.jpg  293.83 KB | Screenshot_20230210-165751_YouTube.jpg  339.51 KB |

| Screenshot_20230210-165813_YouTube.jpg  417.65 KB |

# EMAIL PGP HEADER -

In-Reply-To: <MlcrK-kv5iGTzYs_0ZgpsHCEsS98bCWzxYUSQTakDVDUNxweNeRsqD8keKzTli3R5lB_ECSq7
D4VOi7xrK8IfzrykrZuBZdecPNUWxxZLXI=@protonmail.com>
References: <h2Y5kXU4w1bBpwZ5NejabAV7k4NHo78pNfvCPEaueeRIgwe0wOCa34O171GWj7vxGi5AxaYx
FHJCrPCM0qIx0r_2uIxSBW8u4N_2U7n_Gb8=@protonmail.com>
 <MlcrK-kv5iGTzYs_0ZgpsHCEsS98bCWzxYUSQTakDVDUNxweNeRsqD8keKzTli3R5lB_ECSq7D4VOi7xr
K8IfzrykrZuBZdecPNUWxxZLXI=@protonmail.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Police looked through my phone without a warrant
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 10 Feb 2023 23:00:46 +0000
Mime-Version: 1.0
Content-Type: text/html
To: riverslawyers@aol.com
Message-Id: <MLJbF26_LqpnLQopTzDhEBmttoFIVg7kiQgPNppHY_A2jOFLUNe07apexO9Q9-cXDzNgfG0PF
P9cGAte-3lZT_BjRIMaqgfZk5LOmAnjzds=@protonmail.com>
X-Attached: Screenshot_20230210-165740_YouTube.jpg
X-Attached: Screenshot_20230210-165751_YouTube.jpg
X-Attached: Screenshot_20230210-165813_YouTube.jpg
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 109

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

Three images attached to the Feb 10, 2023 email that defendant sent to his defense counsel, Bruce Rivers, detailing a newly created YouTube playlist in defendants YouTube account



EXHIBIT
Fb

**Screenshot_20230210-165740_YouTube.jpg**



**Screenshot_20230210-165751_YouTube.jpg**



**Screenshot_20230210-165813_YouTube.jpg**



## Re: Police looked through my phone without a warrant

From mattguertin <MattGuertin@protonmail.com>

To      Bruce Rivers<riverslawyers@aol.com>

Date    Friday, February 10th, 2023 at 5:03 PM



The last thing I would be adding to my YouTube right now is videos about shooting!

I mean wtf. It's clown level shit

I'm busy trying to find the playlist I created about neural radiance fields which is the technology Netflix is referencing in their patent I believe.

That's the whole reason I've even noticed any of this stuff.

~Matt

Sent from ProtonMail mobile

## EMAIL PGP HEADER -

In-Reply-To: <MLJbF26_LqpnLQopTzDhEBmttoFIVg7kiQgPNppHY_A2jOFLUNe07apexO9Q9-cXDzNgfG0PFP9cGAte-3lZT_BjRlMaqgfZk5LOmAnjzds=@protonmail.com>
References:
<h2Y5kXU4w1bBpwZ5NejabAV7k4NHo78pNfvCPEaueeRIgwe0wOCa34O171GWj7vxGi5AxaYx
FHJCrPCM0qIx0r_2ulxSBW8u4N_2U7n_Gb8=@protonmail.com>
 <MLcrK-
kv5iGTzYs_0ZgpsHCEsS98bCWzxYUSQTakDVDUNxweNeRsqD8keKzTli3R5lB_ECSq7D4VOi7
xrK8IfzrykrZuBZdecPNUWxxZLXI=@protonmail.com>
 <MLJbF26_LqpnLQopTzDhEBmttoFIVg7kiQgPNppHY_A2jOFLUNe07apexO9Q9-
cXDzNgfG0PFP9cGAte-3lZT_BjRlMaqgfZk5LOmAnjzds=@protonmail.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Police looked through my phone without a warrant
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 10 Feb 2023 23:03:08 +0000
Mime-Version: 1.0
Content-Type: text/html
To: riverslawyers@aol.com
Message-Id: <bBL7EJV-hnMq696lW-
k9AFcHpF_9IqrTjFcCumUPN4DYkzgTHBopvfQcjNp_DCCxzmhFcQkTNjofBHp_vT5eZ9X0jnxRD
1QEcOyn-HAMfYY=@protonmail.com>
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 111

# Re: Police looked through my phone without a warrant

From mattguertin <MattGuertin@protonmail.com>

To      Bruce Rivers<riverslawyers@aol.com>

Date    Friday, February 10th, 2023 at 5:08 PM



My playlist for neural radiance fields is missing

Sent from ProtonMail mobile

## EMAIL PGP HEADER -

In-Reply-To: <bBL7EJV-hnMq696lW-
k9AFcHpF_9IqrTjFcCumUPN4DYkzgTHBopvfQcjNp_DCCxzmhFcQkTNjofBHp_vT5eZ9X0jnxRD
1QEcOyn-HAMfYY=@protonmail.com>
References:
<h2Y5kXU4w1bBpwZ5NejabAV7k4NHo78pNfvCPEaueeRIgwe0wOCa34O171GWj7vxGi5AxaYx
FHJCrPCM0qIx0r_2ulxSBW8u4N_2U7n_Gb8=@protonmail.com>
 <MLcrK-
kv5iGTzYs_0ZgpsHCEsS98bCWzxYUSQTakDVDUNxweNeRsqD8keKzTli3R5lB_ECSq7D4VOi7
xrK8IfzrykrZuBZdecPNUWxxZLXI=@protonmail.com>
 <MLJbF26_LqpnLQopTzDhEBmttoFlVg7kiQgPNppHY_A2jOFLUNe07apexO9Q9-
cXDzNgfG0PFP9cGAte-3lZT_BjRlMaqgfZk5LOmAnjzds=@protonmail.com>
 <bBL7EJV-hnMq696lW-
k9AFcHpF_9IqrTjFcCumUPN4DYkzgTHBopvfQcjNp_DCCxzmhFcQkTNjofBHp_vT5eZ9X0jnxRD
1QEcOyn-HAMfYY=@protonmail.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Police looked through my phone without a warrant
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 10 Feb 2023 23:08:40 +0000
Mime-Version: 1.0
Content-Type: text/html
To: riverslawyers@aol.com
Message-Id: <dCPJuIXHPf9xdRdj59Ct8naX7q6-Rw8T-
NahjA2T_RhLoxGGUZjTnIKRgyjNu27EFJuQvlqRDGX7a1NiGYPbUwvnJnCFq9jFiSm1IGm6ywU
=@protonmail.com>
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

# Need help overcoming these very realistic "psychotic delusions" I still seem to be experiencing...

From   mattguertin <MattGuertin@protonmail.com>

To   jill.rogstad@courts.state.mn.us

CC   Bruce Rivers<riverslawyers@aol.com>

Date   Wednesday, April 26th, 2023 at 1:37 PM



EXHIBIT
G

Dr. Rogstad,

Good afternoon

It would appear as though one or more of the potential mental disorders you diagnosed me as possibly having is starting to affect other people now as well.

https://youtu.be/V6_jCGzR020

Is the whole world going mad now?

I've also been struggling quite a bit since our meeting as I attempt to better understand and come to grips with the fact that you convinced me beyond any reasonable doubt that I'm absolutely not "an engineer" and that the many "perceived" achievements I mentioned to you in our meeting (as a way of providing you with better context) were in fact just very realistic distortions of reality caused by one or more of the many mental deficiencies you were able to so quickly identify me as potentially suffering from. (thanks again for really taking the time and putting in the effort to get to know me so well)

The reason for my 'struggles' however isn't because I'm in any disagreement with you or what you are saying - I know how highly educated you are Dr. Rogstad.... so that is why I'm wondering if you might be able to help me at least identify what it is called when a formerly schizophrenic and delusional person like myself is finally able to turn the corner and become more reality based, truthful, introspective, and accepting of my true and actual reality while at the same time being tempted to return to my old ways due to the fact that I am constantly surrounded by a plethora of evidence which causes me to view my 'delusions' as instead being factual, reality based events that seemed like they were 100% real and actually happened?

For example I just came across this online article in which the following is stated:

> "the set piece was engineered and built in-house at XiteLabs studio by creative technologist Matt Guertin . LED tiles from PRG were dismantled into smaller component modules, custom configured and re-wired by Guertin at XiteLabs to create smaller radius circular elements to create the smooth edges of the eye. Guertin designed and engineered 420 metal parts cut out of eight

Exhibit D | Index 38 | p. 113

different types of material, as well as 268 individual acrylic pieces from six different materials. The estimated total number of soldering points was in the 2,000 range."

https://plsn.com/articles/video-trends/xitelabs-steps-up-and-out/

As another example of the conflicted version of reality I currently reside in - here is another one which appears to be some kind of technology based company in which I'm actually credited as some sort of "engineer" again.....   I just don't get it. It seems so crazy and unlikely that someone as mentally ill as I am who is completely detached from reality in such a profound way keeps getting mistakenly put into magazines and online publications as a way of showcasing just some of my many 'perceived' achievments - All of them being ones which are so realistic they seem to have persisted ever since I remember imagining them happening?  It is very strange.

"Falcon Design, Fabrication Direction and   Engineering:
Matt Guertin"

https://blacktrax.cast-soft.com/showcase/tracking-a-50ft-falcon-with-xitelabs/

And then there's this one which also appears to be more weird computer stuff of some kind but maybe it just looks technical on purpose so they can charge more money? ? Either way it's way over my head and I have no clue who is doing this or what their reasoning would be for continuing to fraudulently post articles about me in an attempt to make me look good and trick people into believing I actually might be as intelligent as I claimed during our meeting.

"Matt Guertin - Touch Designer  system design   "

https://www.disguise.one/en/insights/case-studies/la-philharmonic/

One of these weird technical/software websites even put me on the front page of their website in 2014 supposedly..? How the heck can that be true?? It just sounds so crazy...delusional even

"It is with great enthusiasm that we publish Matt Guertin's chronicle  on the building of his ever-expanding project which will not be finished for some time if our last email exchange concerning the release of Oculus Rift's second developer kit is an indicator of things to come."

https://derivative.ca/community-post/ matt-guertins-epic-never-ending-oculus-rift-kinect-touchdesigner-3d-project /60736

Exhibit D | Index 38 | p. 114

Apparently this weird 'Touchdesigner' software was created by and still ran by Greg Hermanovick who also created SideFX Software and its flagship 'Houdini' software which is one of the most used and successful visual fx softwares for the film and entertainment industry (used by the likes of Netflix, Disney, Universal Studios, etc. )

Are you starting to see how I might still have some lingering confusion and uncertainty even as I work on fixing myself?

..to make matters even more confounding I even had ████████████████████████████ ███████████████████████████████████████ reply with the following message when she first learned of my patent via fbook messenger.

> "extremely impressive and practical product. it should REVOLUTIONIZE THE INDUSTRY." Images are linked here - also attached

And that's the problem Dr. Rogstad.

I know that none of this stuff is real.. .you told me so yourself and I know you're one of the best forensic psychologists ever...I mean I knew that right away just based on our first email interaction.... So all I'm left with is what I would describe as very pronounced and persistent distortions of reality which are so vivid and clear that I'm 99.999% sure that they are memories as opposed to delusions... that's what it feels like anyways...but then again I am also entirely aware that nobody actually knows me better than you do - hence my reason for seeking your advice

One of the main substantiating points for your belief that I am 'Schizophrenic and/or possibly Psychotic" and should be committed to a psychiatric ward and placed on powerful antipsychotic drugs until I'm "well" and "competent" (at least enough so that I'm able to understand the charges against me and aid in my own defense...since I am obviously not capable of doing that at all....) was that I have these 'persecutory' delusional beliefs of having invented something so big that it's going to "revolutionize" the industry....and which I somehow believe is so big that companies like Microsoft and Netflix would actually know my name and who I am (obviously crazy...I know this because you told me so)....I like to pretend I know how to build things.....I tell people I'm an "unlicensed engineer" just to make myself feel better about how little I've actually accomplished in my life, etc, etc - and then to really top it all off you still got this website of mine www.MattGuertin.com in which I went so far as to actually organize my delusional experiences into many different pages due to the false perception that I actually accomplished something that real people based in reality would actually care about and want to look at. I mean how crazy is that? Right?

If you have any advice which could help me to better deal with and overcome the struggle I'm experiencing as I

attempt to connect to a more subdued and authentic version of 'reality' which better aligns with yours it would be very appreciated.

What do I have to do exactly to pretend that none of the real and factual evidence I have even exists at all so I can just go along to get along and not be so abrasive?

If I were to be placed on enough powerful antipsychotic drugs for a long enough time period is there a possibility at some point that I just won't even remember any of this so it won't matter anyways?

Or am I just overthinking this and the powerful 'anti-psychotics' you recommended will make me feel so good that I will not care about anything at all as long as I can have an extra graham cracker and juicebox during afternoon group?

You are the BEST Dr. Rogstad !

Thank you again!

Sincerely,
Matthew Guertin

PS - I also attached proof of the  "special ops gear" which I spoke of in our meeting -  here is a link for that as well - Apparently it is manufactured by this company in Israel that manufactures .....wait for it..........SPECIAL OPS GEAR !   whowouldvethought !?

Sent from ProtonMail mobile

_____

19.33 MB    12 files attached

| InkedScreenshot_20230426-101243_Messenger.jpg 402.25 KB | Inked20220108_1659422.jpg 238.38 KB |

| ODF_Optronics.jpg 295.89 KB | ODF_Company.jpg 464.39 KB | 20220108_162218.jpg 2.46 MB |

| 20220108_165950.jpg 3.05 MB | Inked20220108_165942.jpg 3.47 MB | 20220108_165942.jpg 6.42 MB |

| Screenshot_20230423-193622_Brave.jpg 230.46 KB | 20220602_070235.jpg 1.71 MB |

| Screenshot_20230426-101247_Messenger.jpg 148.98 KB |

| Screenshot_20230426-101358_Messenger.jpg 481.81 KB |

## EMAIL PGP HEADER -

X-Pm-Content-Encryption: on-compose
X-Pm-Origin: internal
Subject: Need help overcoming these very realistic "psychotic delusions" I still seem to
 be experiencing...
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Wed, 26 Apr 2023 18:37:17 +0000
Mime-Version: 1.0
Content-Type: text/html
To: jill.rogstad@courts.state.mn.us <jill.rogstad@courts.state.mn.us>
X-Attached: InkedScreenshot_20230426-101243_Messenger.jpg
X-Attached: Inked20220108_1659422.jpg
X-Attached: ODF_Optronics.jpg
X-Attached: ODF_Company.jpg
X-Attached: 20220108_162218.jpg
X-Attached: 20220108_165950.jpg
X-Attached: Inked20220108_165942.jpg
X-Attached: 20220108_165942.jpg
X-Attached: Screenshot_20230423-193622_Brave.jpg
X-Attached: 20220602_070235.jpg
X-Attached: Screenshot_20230426-101247_Messenger.jpg
X-Attached: Screenshot_20230426-101358_Messenger.jpg
Cc: Bruce Rivers <riverslawyers@aol.com>
Message-Id: <hWhXIoRHzK8ArxOckjy8kpPBDVv5NqguF25zsg4DYCB47rd7sArpkMr3lE8j-
7oXZDMxZzYiGwPMOFeqAHq1pnjhJFB0RcDR7MlDm1ybQgY=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Wed, 26 Apr 2023 18:36:56 +0000
X-Pm-Recipient-Authentication: jill.rogstad%40courts.state.mn.us=none;
 riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: jill.rogstad%40courts.state.mn.us=none;
 riverslawyers%40aol.com=none



Exhibit D | Index 38 | p. 117

Three of the images attached to the April 26, 2023 email that defendant sent to Dr. Jill Rogstad, which provides irrefutable evidence discrediting key points made in her March 10, 2023 Rule 20.01 Exam Report about the defendant. Defendants defense counsel, Bruce Rivers, was CC'd on this email


EXHIBIT
Ga

**InkedScreenshot_20230426 -101243_Messenger.jpg**



**Screenshot_20230426- 101358_Messenger.jpg**



**Screenshot_20230423- 193622_Brave.jpg**



## Re: Need help overcoming these very realistic "psychotic delusions" I still seem to be experiencing...

| | |
|---|---|
| From | mattguertin <MattGuertin@protonmail.com> |
| To | jill.rogstad@courts.state.mn.us |
| CC | Bruce Rivers<riverslawyers@aol.com> |
| Date | Wednesday, April 26th, 2023 at 1:56 PM |



EXHIBIT
**Gb**

Do you think the executives at Netflix thought these certified mailers which contained my patent were even real when they received them?

WAIT!

Why I am sending certified mailers to anyone at Netflix?

I don't have anything to do with them and to even mention that I do is obviously delusional....

That is all. Good day!

Sent with Proton Mail secure email.

---

17.79 MB    3 files attached

Certified_Mailer_Images_3.pdf  17.23 MB

Netflix_3rd_Party_Filing_Form_ACCEPTED_BY_USPTO__.PDF  135.56 KB

Screencap_from_USPTO_EFS_Web__.pdf  445.47 KB

# EMAIL PGP HEADER -

In-Reply-To: <hWhXIoRHzK8ArxOckjy8kpPBDVv5NqguF25zsg4DYCB47rd7sArpkMr3lE8j-
7oXZDMxZzYiGwPMOFeqAHq1pnjhJFB0RcDR7MlDm1ybQgY=@protonmail.com>
References: <hWhXIoRHzK8ArxOckjy8kpPBDVv5NqguF25zsg4DYCB47rd7sArpkMr3lE8j-
7oXZDMxZzYiGwPMOFeqAHq1pnjhJFB0RcDR7MlDm1ybQgY=@protonmail.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Need help overcoming these very realistic "psychotic delusions" I still seem
 to be experiencing...
To: jill.rogstad@courts.state.mn.us <jill.rogstad@courts.state.mn.us>
Cc: Bruce Rivers <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Wed, 26 Apr 2023 18:56:01 +0000
Mime-Version: 1.0
Content-Type: text/html
X-Attached: Certified_Mailer_Images_3.pdf
X-Attached: Netflix_3rd_Party_Filing_Form_ACCEPTED_BY_USPTO__.PDF
X-Attached: Screencap_from_USPTO_EFS_Web___.pdf
Message-Id: <JjK0rR9fx0IMzgAL-IACLM4_oJ3U3MHnZSCcly5X93h90FW-
v0oOfj4VvyIZcD4WmcOyDUk-Mk7tQYRnwxeLpAmlbpehrxH8wM5IQaB_Eqs=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Wed, 26 Apr 2023 18:55:41 +0000
X-Pm-Recipient-Authentication: jill.rogstad%40courts.state.mn.us=none;
 riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: jill.rogstad%40courts.state.mn.us=none;
 riverslawyers%40aol.com=none



Exhibit D | Index 38 | p. 120

## June 14th @ 9am



EXHIBIT
**H**

| From | mattguertin <MattGuertin@protonmail.com> |
|------|------|
| To | Bruce Rivers<riverslawyers@aol.com> |
| Date | Sunday, May 27th, 2023 at 6:43 PM |

Bruce,

I'm counting on your ability then to ensure that my June 14th hearing @ 9am is going to for sure happen this time and be in person (as opposed to over zoom..)

I'm turning it into an event and inviting all of my friends and whatnot for moral support.

Thanks,
~Matt


Sent from ProtonMail mobile


## EMAIL PGP HEADER -

X-Pm-Content-Encryption: on-compose
X-Pm-Origin: internal
Subject: June 14th @ 9am
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Sun, 28 May 2023 00:43:37 +0000
Mime-Version: 1.0
Content-Type: text/html
To: Bruce Rivers <riverslawyers@aol.com>
Message-Id:
<H5uVDPwqnahLVx4IQl6jzdEtBaGd22rSX_pU4zRIP4e7uvRfnWYd9Npecl1ifzaglRlaBmjxVPIc70
pp_bRyqho5RYVSqVfKrQhFOzsQCVE=@protonmail.com>
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 121

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

# The 6th Amendment

From   mattguertin <MattGuertin@protonmail.com>

To   Bruce Rivers<riverslawyers@aol.com>

Date   Friday, June 9th, 2023 at 12:39 PM



EXHIBIT

I

How can a zoom hearing satisfy the 'public trial' clause of the 6th amendment?

Zoom is inherently 'non-public' due to the fact that you need a special code or invite in order to gain access.

Being forced to attend my hearing over Zoom violates my 6th amendment rights.

Sent from ProtonMail mobile

## EMAIL PGP HEADER -

X-Pm-Content-Encryption: on-compose
X-Pm-Origin: internal
Subject: The 6th Amendment
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 09 Jun 2023 18:39:27 +0000
Mime-Version: 1.0
Content-Type: text/html
To: Bruce Rivers <riverslawyers@aol.com>
Message-Id: <PnwM_voNXaHGPGCtPkLWHTc6DzKYGXl09ueefnc8d9Tr09EaFalU982PNa5DB_c5
ugwJB-4d1Liysi0QqLoQ4vg1ZHubf2UjHNyrphWQA8U=@protonmail.com>
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 122

## Re: The 6th Amendment

| | |
|---|---|
| From | Bruce Rivers <riverslawyers@aol.com> |
| To | mattguertin<MattGuertin@protonmail.com> |
| Date | Friday, June 9th, 2023 at 1:50 PM |

EXHIBIT

**1a**

I'll request an in person appearance

Sent from my iPhone

## EMAIL PGP HEADER -

Return-Path: <riverslawyers@aol.com>
X-Original-To: MattGuertin@protonmail.com
Delivered-To: MattGuertin@protonmail.com
Authentication-Results: mailin036.protonmail.ch; dkim=pass (Good 2048
  bit rsa-sha256 signature) header.d=aol.com header.a=rsa-sha256
Authentication-Results: mailin036.protonmail.ch; dmarc=pass (p=reject dis=none)
 header.from=aol.com
Authentication-Results: mailin036.protonmail.ch; spf=pass smtp.mailfrom=aol.com
Authentication-Results: mailin036.protonmail.ch; arc=none smtp.remote-ip=74.6.129.81
Authentication-Results: mailin036.protonmail.ch; dkim=pass (2048-bit key)
 header.d=aol.com header.i=@aol.com header.b="ekQAVvKE"
Received: from sonic317-26.consmr.mail.bf2.yahoo.com
 (sonic317-26.consmr.mail.bf2.yahoo.com [74.6.129.81]) (using TLSv1.3 with cipher
 TLS_AES_256_GCM_SHA384 (256/256 bits)
 key-exchange X25519 server-signature RSA-PSS (4096 bits) server-digest SHA256) (No
 client certificate requested) by mailin036.protonmail.ch (Postfix) with ESMTPS id
 4Qd9CD03Fmz9vNPk for <MattGuertin@protonmail.com>; Fri,
 9 Jun 2023 18:51:03 +0000 (UTC)
Received: from sonic.gate.mail.ne1.yahoo.com by sonic317.consmr.mail.bf2.yahoo.com with
 HTTP; Fri, 9 Jun 2023 18:51:02 +0000
Received: by hermes--production-ne1-574d4b7954-wtfnl (Yahoo Inc. Hermes SMTP Server) with
 ESMTPA ID 355360e4fd5ca334f3945109a6cd071b;
    Fri, 09 Jun 2023 18:50:58 +0000 (UTC)
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=aol.com; s=a2048; t=1686336662;
 bh=rEfiKfmWZjkLEYmjWq/1vRARIjLxA/0xgK5Jzp/Qg7w=;
 h=From:Subject:Date:References:In-Reply-To:To:From:Subject:Reply-To;
 b=ekQAVvKEN6+T3ukiA5YuNpuCwY3wl/XbgjF8liQI4NPYLdvXDcpN8ISjqulqOnFs2INMzb/UI0DLeSuM0MvrwAYvGY
 9e8NsFdnapq5zvdC3YXENyxsd1UCvF90lwno0ldDO0NCxF6M04IL9EtF36D9nQuuSCkXUnA9wSAqVy4Qbk4r7bxg/kro
 NW3Rr70cV/1cfpleFFK99fHURMpVhAf7m/zeVk9dHmqEIGMbEowpHlytfZTIhJ9STau23v0Bi8ILNo4WUCIwQZ29u/tmQ
 fdW+OpRBR/qozMpMIETIZrRvY4oZx53Dn39y0yunQiIEvGbl+DjPMgCbqxdjNfJpkeQ==
X-Sonic-Dkim-Sign: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s2048;
 t=1686336662; bh=xMbX3Bwxop0oV0G7tD6+6f2omkaUtJKKGe5YBmVwX10=;
 h=X-Sonic-MF:From:Subject:Date:To:From:Subject;
 b=BGl4jUJPCQdMoDZxZ2KRxl8Nsv9nTZ3w7ima2C7AUrKNw/ouCx3JWTWu+J3NOFsI7YqQsWqkuDL/uT/jli1ulV/v3b
 2fY/8i7SuarAKyim/YvOEauwav39PN5DwPKqqOjxIpqH6m6gQ+4/ovqUWSgzuF+Ebov6nQNrPX5pmGBS0vGSoBCvl0N
 dnS6GvI896I1SBwn4sefeSqbZj+AcH/P6OwQtG1/151FCUzIYPYDZngAAEPuWzC5bDhMjosRwxbE5rU66BOI8Gz38h9
 cUtJXfHBSnZsxHHiYsEYp904mJIKt5YHYmaBaH5M/wqBfXC3c5EzE2J6pFvDpGh9LeNSYQ==

Exhibit D | Index 38 | p. 123

X-Ymail-Osg: 7J5NMkoVM1kO9MBepMPgxuhqjwG4a0abtcBOeB7ZR2IOQui0Hsyl6gigV1.NPtV
ClavRa4AtWMpT2UW8e2tGXtYW30TrhC8n0LH4Ba_j1MT69VZyMfEluFNyp96VQYPi6h6hn.tO.zi
4yKnk9.aJ8DPJDBgRL_vcLEYx0RI1LuQwnGn4IKzxJy7jAk_Qe4TQqfsEfJqiCBgDIJESjYW1SeS
hFh6INLPGhGs8dTyi4CSIEUhsfCYNB0CiWf3.i57JEbNr5Y7e1yvgS9Jybh1cXMavS0WIqfYZqCD
Yaa5NZbnjG2pLigOK3ayPx2P0JZAunjrMenfouwGupUaxT_clx409BDwYKgIdjG9QcTJAtge3E1N
m9gNERr5oUVfo.Ym4QaNk1iUfEH_d8QM1PvWPIFB.hutsdGd8OQYI18m1BuelZrAjNPK4aNnnhc1
tg5KFMNVJ91LhyV4jm9Lk8Izv12t9j0xf08w3f5j29Gh2VumbBcVc0pkdzLMlw6PXtG7U_1VerjW
6GtWnjNtPUYSp8dSmqtRKstXjwGLjVrMIal0fu51N.kZr_APgRG0hdgfQIetz7z91BIK7GthUoWl
VL8uAt_yACzRkBwPUbCYZaVzVM.lZKQ2q2yTtWoyUYqIbJ2a5hDwDxPI1pMNWzBdOR7SPITWAk7X
mE1p9V_xyGHfpt3cKd7QsRbHbNtvJbE1G3tjwmDwSsSZAFP3cCFEJGaudwOcxZDjbXHf6TwyizmF
su0IyZ7w_TcUdVa_FiVNKCfILsJLTCj8aVwqQA6LIB8B7hBdEN0vzw_ohMpBkT3eoRO21EMpyA_w
gVNe5hivkaYrQzlWNKK7DfEAqpz9FkNHtnIOlmS3EwtXdtGsZhSPQ2hno5JhsMCl.D72yf3I4SPW
l_PUYxSiBFX62cpODkWdpuz1Z335jcv3XM3DCB0gTGokRnKjD5mxs80vs4RyBjEdASUuc5zoMnRh
nHPRHwsb7pz78rFJMi2Sf8mLj7lvxYMld_bm2vumMYJxIoepWvkvRJ1pRMUObps0u_prgxzsBDcM
1LJLHB3YrYAICwlTpZ8WXYq5p6gWe69tAYgzyt6GoBZVt4DWX50plDPR4mQPRMaIt_H9hDWrBR.i
jxADPMyN7ySaAMex7lssoxaDQ3J4B9xp4XAmAoN3BjKqV21A7ejvpR4rnnUogFUHikEmQJe1x.q3
ylgk7Z7aYJwuOBspn6Iu4n1ipl7UkrbbbFkZv1q4FcHv20DCn0DkVZiyjXgOuev7QbtVsR1_3gY6
zTV7oXoViCAsY54VBS7ieBz3aCrsH2baU74UULzO2QBF03tAhoKJ.rtCevUyllvLFbv69dTGB5In
M.xRpxdRvlsJrNnudpuO1zc_JKO7vsvSTihPDcobflGspKYCblJxP.LY6GDaGeVkqN6JEQeYjuFe
OIWRhbsZ50NFDig5ZYRIB77MiGEC1N_QWt0kVYX3HK_oufy1FwSU98AJyHEl9B_J4cai2VbWcmAJ
0HNYmmMX5ZDNbV6tJq4X.gGcz6x.cvqV3KIA8SdjOn6LVP4Tl5h3PEHZOwAijVrrMPm7_K2VXYRq
k76cFqbuTwGQz7jJtpO83pNkZU6SpcWe_9C9IE_bV7m.Hc9dIkEZGrrN.0iCpX.ilF5vi1irF0jel
umTO0eFYNML09kOiIo9T949LhbGETTiOXZRU_hGIe.KwJPWwZFPg6oqD9DDxBcGog4OQMPaidn9A
GlyEy2p22GOPdPXJQwdOrxd2yz73N1pbh6tKtTsq9NigIOHko2rEvoVUe0Yu.XqagCbEN7CZL4DM
6LF8n2N73qcxSjISgVlkCQ8pBekx5HF7Nh4XIpNYYeBaZgV5UD4uabliiCdeyyWuB8RXgKm5beoN
oV5PbxrmG9wd40wiw9IdO2Qv7n5g91_ueXm4qYDPLhhMpbGm8wngfo45oYUqz8Arxw82dgJTE6ID
10mEBGbWj3JKCEE.TKhnX.I2Sq3v3CguGBA0sKKInVgqJ48Ib9vC1f66Dgg0f1mopR7PzjIdeXEe
m_XCzufPe4cJ4RrmssxvY0opWxBnMBDeTojxKjKAt9Di6aaLpMuKIQzoTJDFwSrONr0yVbN8xrSQ1
_vQpmT9XXAWPeeXM3rx0OPLEIpsI.glA_6b65RI91CDvDQwPQM_ICqkGqasSkTZm_3ajUjRPJU_c
gg8Groq.kWFgnQGp05mEkOWgYn1pXzwF_yu1JqFAf8KlJQvT6U1nhxJ_FijvWoTNRTyZnne55Ve_
hP5epO.nE9WcTaM3irNk-
X-Sonic-Mf: <riverslawyers@aol.com>
X-Sonic-Id: 0a09db48-a26d-4175-9897-fdc0a28e701f
Content-Type: text/plain
Content-Transfer-Encoding: quoted-printable
From: Bruce Rivers <riverslawyers@aol.com>
Mime-Version: 1.0
Subject: Re: The 6th Amendment
Date: Fri, 9 Jun 2023 12:50:46 -0600
Message-Id: <42EECDB2-B64A-43A9-9ABF-0BD10D66BDD7@aol.com>
References: <PnwM_voNXaHGPGCtPkLWHTc6DzKYGXl09ueefnc8d9Tr09EaFalU982PNa5DB_c5ugwJB-4d1Liysi0QqL
oQ4vg1ZHubf2UjHNyrphWQA8U=@protonmail.com>
In-Reply-To: <PnwM_voNXaHGPGCtPkLWHTc6DzKYGXl09ueefnc8d9Tr09EaFalU982PNa5DB_c5ugwJB-4d1Liysi0QqL
oQ4vg1ZHubf2UjHNyrphWQA8U=@protonmail.com>
To: Matt Guertin <MattGuertin@protonmail.com>
X-Mailer: iPhone Mail (20F66)
X-Rspamd-Server: cp5-mailin-036.plabs.ch
X-Spamd-Result: default: False [-2.76 / 25.00]; BAYES_HAM(-2.26)[96.52%];
DMARC_POLICY_ALLOW(-0.50)[aol.com,reject]; MV_CASE(0.50)[];
R_SPF_ALLOW(-0.20)[+ip4:74.6.128.0/21]; R_DKIM_ALLOW(-0.20)[aol.com:s=a2048];
MIME_GOOD(-0.10)[text/plain]; NEURAL_HAM(-0.000)[-0.264]; FROM_EQ_ENVFROM(0.00)[];
RCVD_TLS_LAST(0.00)[]; ASN(0.00)[asn:26101, ipnet:74.6.128.0/21, country:US];
MIME_TRACE(0.00)[0:+]; DKIM_TRACE(0.00)[aol.com:+]; RCVD_COUNT_THREE(0.00)[3];
MID_RHS_MATCH_FROM(0.00)[]; ARC_NA(0.00)[]; TO_DN_ALL(0.00)[]; FROM_HAS_DN(0.00)[];
RCPT_COUNT_ONE(0.00)[1]; TO_MATCH_ENVRCPT_ALL(0.00)[]; RCVD_VIA_SMTP_AUTH(0.00)[]
X-Rspamd-Queue-Id: 4Qd9CD03Fmz9vNPk
X-Pm-Spam: 0yezJI6cihyJeYR3pi42biOpJJvbmsCIeI1msjN3X3blJp7IjBINIIojwsMjLIITJ
otlj3i4MNwiiPJFUCR6lI1LTQCJLU9kESB1XURJRRJQ1i04TOAjsk9IIWZ1.J9pZ1vmZblpj7SBII
0TiQsiOnzF9ccFGtwojjLwAg3Nj2jMNNgDx4kTNDM5EwiNihW1aZV2tfFmbSZ6IhzImjGFda91t
0xWdVam99vc1InNYcZnly8FZDMzIlwMDsiIMlJn1u9lbWYI1oiIjsWxYLZWI1RXYmczVdhLXoGNd
blGzsICdmIh1xfaW02FYZdWvfIncmbtFI6ZSSIBIT10PPIEVITiMJtLCsWIYXN2hnVGd3b5JByX3
i2IbOAju1ETNTN2c19fXzCJLclmkiojIjN4Qc0Mz1TgCgT01YjMDOhVZkM2iDhZI0nshNnIjI7p
Izlmw3NXY0WisAjOnIjNJlb3wjoILJCzy92YWZiQAuOjiywMcVmw0J3bjI7pJBIkTUVWXIzwbpjI
CM14JzLCy29YZoTgw4CMTNwM0sIIDIJIVRkff5USVTQNtFSUy0gXIpjbuATLCMiwQuNzxi4NMkju
gEDOGbzIVkdGuGIIIdHsh1mLWazxIrcGuS5ZZQXiiwSX1UGBhFX0fE9TT9kO6ISRzWuA0sMFSkZI
RVUNMIUQ0XSZ0iT0wIsOLAjspJnImdyVxhc2l3IdcNnbdRXYWYs9NvLmdSJbLJCTIZEUEUTFI6Uy
wy0WLBjdEJCL0SNIZBX1EEITXV0GbpjITLuA0sMVLkRIS1UfMFkVUSiQstOlxC4MXwSiJtERVTT9
dOSUiUQROsIwdFjLCLEJINS0B1ZXTIEEVF0XjIbpAuLTsV0MIRIfDN0U0XPJIfRFYEVVV9FMF5US
jlbpAuLT9F1MfX0=
X-Pm-Origin: external
X-Pm-Transfer-Encryption: TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)
X-Pm-Content-Encryption: on-delivery
X-Pm-Spamscore: 0
X-Pm-Spam-Action: inbox

Exhibit D | Index 38 | p. 124

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

# Re: The 6th Amendment

From    mattguertin <MattGuertin@protonmail.com>

To    Bruce Rivers<riverslawyers@aol.com>

Date   Friday, June 9th, 2023 at 2:03 PM



The last thing I need is some fake ass, PhotoRobot, AI generated Judge presiding over my case.....

Sheeeeeeit

Sent from ProtonMail mobile

## EMAIL PGP HEADER -

In-Reply-To: <42EECDB2-B64A-43A9-9ABF-0BD10D66BDD7@aol.com>
References: <PnwM_voNXaHGPGCtPkLWHTc6DzKYGXl09ueefnc8d9Tr09EaFalU982PNa5DB_c5
ugwJB-4d1Liysi0QqLoQ4vg1ZHubf2UjHNyrphWQA8U=@protonmail.com>
 <42EECDB2-B64A-43A9-9ABF-0BD10D66BDD7@aol.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: The 6th Amendment
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 09 Jun 2023 19:03:13 +0000
Mime-Version: 1.0
Content-Type: text/html
To: riverslawyers@aol.com
Message-Id: <E-LSuEtKJQI0SEEddicysQda_JQTa6QL_xI5Lc46n_yoSm1lrw1DJex9W2mmYUOsq
poQF1yQWxOKaZ6NUjRJKtFJAqrYkUvEq4f-4tCJAN4=@protonmail.com>
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 125

# Re: The 6th Amendment

| From | mattguertin <MattGuertin@protonmail.com> |
| --- | --- |
| To | Bruce Rivers<riverslawyers@aol.com> |
| Date | Saturday, June 10th, 2023 at 5:13 AM |



Also on a random side note-

I'm pretty sure my phone has been cloned. I got an email from ebay saying I logged in on a new device even though it's the same phone I've owned since 2019. I also get weird notifications from my email server saying I've logged in on a new device but then when I go to check for the actual email it's not there.

That's the thing with sudden emergence of all this AI shit is that where it ultimately ends up is with **"powerful people"** (simply the man behind the curtain in the wizard of Oz..) having the ability to filter all of your communications. I'm not saying 100% that this is going on yet or that I believe it's happened to me at all - rather all I am saying is that everything that is needed to make that a reality currently exists and is 'in place'.

My basic take on everything is that if I can think of it there's obviously a whole lot of other people who've already thought about it as well.

I literally caught the very tail end of having the patent office send you a hard copy when you're granted a patent. In April they converted it to a fully digital system. They are obviously trying to establish court hearings and appearances over Zoom as a new 'norm' which obviously presents a whole range of legal questions (or it should anyways...especially now that it's openly being advertised that anything and everything can be faked).

You're a smart guy Mr. Rivers. Surely you must've realized the fact that on January 21st when I shot off a gun and wrote that shit all over my walls it would be completely reasonable why people would question my mental health - yet in the 5+ months since then it's literally all been confirmed simply by people's TV sets and internet connections alone - nevermind the fact that I was actually able to analyze their fraudulently produced videos and complete my own 'investigation' to such a successful degree that I was able to single handedly flip over the entire game board **(proven by the fact I have apparently become deserving of a whole lot of attention all of a sudden..)**

My take on the whole situation is a rather simple one ultimately -

I DON'T WANT MY SHIT STOLEN

It's not my fault that the stupid ceo was so dumb and overly confident that he couldn't help but to point me to what was obviously an 'in progress' / 'unfinished' fraud operation being carried out against me. I didn't even start looking at the web archive until over a month later - WHY THE HELL WOULD HE POINT ME DIRECTLY TO THE FAKE PHOTOROBOT WEBSITE? it's retarded. If he hadn't done that I never would've even known and their fraud almost certainly would've been successful.

At the end of the day I was literally minding my own fucking business and suddenly realized someone was trying to steal what I've been working on nonstop over the past 28 months at this current point. I've literally put my whole life into this which doesn't even include all of the hard work and long nights spent alone over many years on the computer honing my craft so that I am able to not only come up with an insanely valuable idea but also design, engineer, fabricate, and program a working prototype of that which originated as nothing more than an idea....a simple 'thought' initially.

It would be the same as if you looked out your window and saw someone trying to break into your hypothetical shed for the purpose of stealing your entire career in criminal defense including all of the time and effort you personally put forth in order to arrive at this current point in your life....you wouldn't just stand by and do absolutely nothing. It's simple logic.

If there's 'powerful people' keeping an 'eye' on me (at least 5 of them if I had to guess a number..) then what they should do is talk to their 'powerful' friends and secure the funds to simply acquire InfiniSet, Inc. along with IP and then everyone is happy. Fucking pay me and be done with it. We both go our separate ways and I agree to an nda or whatever crafty shit their unlimited team of top notch lawyers can concoct and in return I'm left alone to live my life in peace.

The cutoff date for international filing is September 19th I believe. I have a continuation filed, I have the InfiniSet trademark filed in 8 countries and it won't be a problem for me to find the funding needed for InfiniSet, Inc to file patents in all of the countries that matter by the deadline if it isn't purchased before that time. (This of course assumes my communication and internet isn't intentionally filtered by AI or I'm inhibited in some other nefarious, bullshit way)

Basically I want nothing more at this point than to just sell everything outright for a very large sum of money and call it a day. 'Powerful People' have unlimited money. Tell them I want some of it and in return not only can they have what they obviously want badly enough to commit a bunch of fraud but I'll pretend like none of this ever happened and never talk about it again. I'm over this shit.

PAY ME AND THEN LEAVE ME THE FUCK ALONE. that's all I'm after.

They also need to get my case completely dismissed and the whole incident wiped from my record so that it never happened. My guns are returned to me and I'm still able to legally purchase a firearm (if I don't feel like building one on my own instead)

If you're able to oversee or somehow pass this message along to the people that are apparently very interested in acquiring InfiniSet, Inc. feel free to do so - otherwise I've been operating off of the assumption that they are already well aware of my intentions at this point regardless... so whatever.

Fuck this shit.

All I want is to be left alone and not stolen from.

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

They can continue on with their their fraudulent, ai bullshit and I will use my money to finally be able to own my own house/piece of land, find a hot wife, move to another country most likely, and grow as old as one can possibly be before the whole either falls apart or the criminals currently in the process of attempting to take it over end up inadvertently destroying themselves by way of their own technology.

(Even with all of **their perceived 'power'** and control they seem to be rather short sighted and clueless about certain aspects of human nature as it relates to their current attempt to reshape society in such an inorganic, obtuse, and completely obvious fashion)

I'm of the belief that it's blatantly obvious at this point to anyone and everyone (regardless of their position on the chess board, 3 letter 'affiliations', etc) that I'm obviously very smart and talented and not the actual 'bad guy' at all in any of the current 'matters' taking place.

I'm very well aware of what's possible if the decision was made at some very high level to make me into a 'bad guy' but I am the opinion that **if I've been able to single handedly 'stir' shit up this much to the point that I've caught the attention of 'powerful people' (in whatever form/agency/group they exist in or associate with)** then it goes without saying that whether they are 'unhappy' or 'happy' with me currently they all have an inherent amount of respect and admiration for what I've been able to achieve as just a dude sitting in his living room working hard on his patent who never asked or agreed to be wrapped up in any of this bullshit at all.

I was forced to play a game.....so I played it.

I believe my performance thus far is deserving of a mutually agreed upon 'out' in which all parties end up happy and everyone is able to walk away with what they want and none of this ever happened.

The only way everyone can't end up happy is if **the 'powerful people'** who have access to unlimited money (literally...) are such big pieces of shit that they're willing to destroy or end my life instead of simply giving me some of the little paper rectangles they print at will in exchange for a simple, straight forward, and flawless transaction in which they would receive complete ownership and exclusive rights for the next twenty years to the insanely valuable technology I patented which will no doubt allow them to profit many billions of dollars over said period.

That's not an exaggeration...you know it, I know they know it, I know they know that I know they know it, and they know that I definitely know it.

And that concludes my random rant.


~Matt


Sent from ProtonMail mobile

Exhibit D | Index 38 | p. 128

## EMAIL PGP HEADER -

In-Reply-To: <42EECDB2-B64A-43A9-9ABF-0BD10D66BDD7@aol.com>
References: <PnwM_voNXaHGPGCtPkLWHTc6DzKYGXl09ueefnc8d9Tr09EaFalU982PNa5DB_c5ugwJB-4
 <42EECDB2-B64A-43A9-9ABF-0BD10D66BDD7@aol.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: The 6th Amendment
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Sat, 10 Jun 2023 10:13:51 +0000
Mime-Version: 1.0
Content-Type: text/html
To: riverslawyers@aol.com
Message-Id: <VZW_2w_LxUuDOJ5Fs2K_j_nayZPdefSQoPHupXGIOmKiz8KkTFwaKBH2QLZseLsP1IiHakjZ
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

## Matt Guertin / LinkedIn Search Graph

From    mattguertin <MattGuertin@protonmail.com>

To      Bruce Rivers<riverslawyers@aol.com>

Date    Wednesday, January 10th, 2024 at 4:59 PM



Bruce,

Here is the graph I spoke of on the phone as well as all of the digital forensic 'PROOF' that is needed to validate it in a court of law based on my research. That mainly being the PGP Headers.

Take note of the fact that I had Forcepoint and 3Gimbals conduct a search sometime during the week leading up to January 21st, 2023 with the actual search being delivered to my email on January 21st, 2023 which just so happens to be the exact same day I shot of the gun after becoming convinced I was wrapped up in some sort of 'operation' and surveillance and that my life was in danger.

THERE IS ZERO EXCUSE AS TO THE ABSURDITY OF THIS GRAPH AND WHY I HAVE ALL OF THESE GOVERNMENT AGENCIES SEARCHING FOR ME.

The other key point worth mentioning is that the search conducted by USC Cinema (twice..) and the US Army is significant as USC CInema is where Paul Debevec  is a professor where he receives a majority of his funding from the US Army.

Paul Debevec moved from Google to Netflix where he has now popped up as the main face of the huge criminal fraud operation currently being waged against me and my breakthrough technology patent of which I have ascertained PROOF through my own personal investiigation involves the following entities:
Netflix, USC, The Shoah Foundation, CBS, CNN, **YouTube...**, Google, OTOY/Jules Urbach, and many more.

Paul Debevec appeared in a 2023 SF ACM-SIGGRAPH presentation on behalf of Eyeline Studios / Netflix where he introduces the SAME EXACT technology as mine and the Netflix patent with the main element of BOTH being the ROTATING TREADMILL- which is exactly what he is introducing on behalf of Netflix and Eyeline Studios at the 59 minute mark of the video I came across while at the same time intentionally withholding the fact that he was/is the Vice President of ACM-SIGGRAPH.

I am of the opinion now that the entire thing was stolen from me through corruption at the USPTO internally along with Barack Obama's involvement and connections to Netflix - meaning Stephan Trojansky didn't really just get 'unlucky' as far as the 12 day difference in priority date but rather he was the beneficiary of the MASSIVE criminal fraud operation that is still being carried out. Evidence of this becomes very clear when you look at the graph and the search count spiikes that are very clearly visible

Netflix was granted their patent by the way even though I filed a 3rd Party Prior Art submission against them. My

Exhibit D | Index 38 | p. 130

name and patent are listed at the VERY TOP of their patent - right above Kanye West (crazy...I'm aware...). I've investigated and blown open the entire thing. I do not make a single one of these direct claims without SIGNIFICANT evidence I now have gathered to back ALL of them up.

There is also an issue of criminal corruption internally at the Hennepin County Courts I have uncovered in which I was emailed discovery material which has been intentionally altered and is missing 24 photographs compared to the 104 original photographs contained in discovery as clearly listed in Dr. Jill Rogstad's egregious report she wrote about me. This same ALTERED discovery evidence was also the same material emailed to Michael Robertson who conducted my second mental health exam - meaning he was basing his report on FRAUDULENT discovery material sent to him by someone from within the Hennepin County Courts.

I E-Filed my own 'Demand or Request for Discovery' which shows up when you search my case as it was accepted and made part of my case record. I have attached it to this email as well.

If I am not provided with the ORIGINAL DISCOVERY material as part of a direct attempt I believe to conceal the involvement of the CIA carrying out an illegal intelligence operation against a US Citizen prior to me figuring all of it out and shooting a gun off I believe that is grounds to have my entire case thrown out as the prosecutor will not be meeting the requirements of  Rule 9.01, subd. 1(6)

I have yet to receive any of the material I have requested in my filing...

~Matt Guertin


Sent with Proton Mail secure email.

_____

18.28 MB   5 files attached

LinkedIn-Email-PGP-Headers-PROOF.zip  11.92 MB      LinkedIn_SearchCountGraph_v6_1200w_.png  2.28 MB

GUERTIN_INFINISET_PATENT_US11577177B2.pdf  1.66 MB      US11810254.pdf  2.32 MB

MCRO_27-CR-23-1886_Demand or Request for Discovery_2024-01-05_20240105114832.pdf  107.31 KB

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

## EMAIL PGP HEADER -

X-Pm-Content-Encryption: on-compose
X-Pm-Origin: internal
Subject: Matt Guertin / LinkedIn Search Graph
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Wed, 10 Jan 2024 22:59:51 +0000
Mime-Version: 1.0
Content-Type: text/html
To: Bruce Rivers <riverslawyers@aol.com>
X-Attached: LinkedIn-Email-PGP-Headers-PROOF.zip
X-Attached: LinkedIn_SearchCountGraph_v6_1200w_.png
X-Attached: GUERTIN_INFINISET_PATENT_US11577177B2.pdf
X-Attached: US11810254.pdf
X-Attached: MCRO_27-CR-23-1886_Demand or Request for
 Discovery_2024-01-05_20240105114832.pdf
Message-Id: <b5w9tvqmRs0j9JYtVowqbfngLJFjt8oZw6SlwQ7PMMujxLlatpQgrQGKY_ArHFFut-
KlgWE8crxn1WZaOigcEgvz1kXP_dmbgAtI_-mqeIM=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Wed, 10 Jan 2024 22:59:20 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 132

# Re: Matt Guertin / LinkedIn Search Graph

From mattguertin <MattGuertin@protonmail.com>

To       Bruce Rivers<riverslawyers@aol.com>

Date     Wednesday, January 10th, 2024 at 5:03 PM



And who exactly is incompetent....me?

I don't think so.

Sent with Proton Mail secure email.

## EMAIL PGP HEADER -

In-Reply-To: <b5w9tvqmRs0j9JYtVowqbfngLJFjt8oZw6SlwQ7PMMujxLlatpQgrQGKY_ArHFFut-KIgWE8crxn1WZaOigcEgvz1kXP_dmbgAtI_-mqelM=@protonmail.com>
References: <b5w9tvqmRs0j9JYtVowqbfngLJFjt8oZw6SlwQ7PMMujxLlatpQgrQGKY_ArHFFut-KIgWE8crxn1WZaOigcEgvz1kXP_dmbgAtI_-mqelM=@protonmail.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Matt Guertin / LinkedIn Search Graph
To: Bruce Rivers <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Wed, 10 Jan 2024 23:03:23 +0000
Mime-Version: 1.0
Content-Type: text/html
Message-Id: <A8w0FfPeMVQZIZnFA3FbhuLDRf-f4jgdcmSAbCnEAOsI-8KuTZwPYNLPvdYzhMEBLrKXgZ-ZgbHbGdGW-VbtOUTaUsXY0qCqgp1QgqFFwXc=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Wed, 10 Jan 2024 23:02:50 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 133

# Re: Matt Guertin / LinkedIn Search Graph



From   mattguertin <MattGuertin@protonmail.com>

To     Bruce Rivers<riverslawyers@aol.com>

Date   Wednesday, January 10th, 2024 at 5:12 PM

And last thing -

I attached my brief investor pitch for the technology contained within my patent which helps to very quickly describe WHAT all of this revolves around and why my life has been turned into a crazy movie script.

It also helps to make a lot more sense out of all of the LinkedIn searches in terms of the many different business sectors.

I was never on LinkedIn by the way.

I have never even finished completing my profile and so I was not in any way actively promoting myself which just adds to the complete absurdity of the entire graph.

~Matt

Sent with Proton Mail secure email.

---

26.81 KB   1 file attached

Introducing_InfiniSet.pdf  26.81 KB

## EMAIL PGP HEADER -

In-Reply-To: <b5w9tvqmRs0j9JYtVowqbfngLJFjt8oZw6SlwQ7PMMujxLlatpQgrQGKY_ArHFFut-KIgWE8crxn1WZaOigcEgvz1kXP_dmbgAtI_-mqeIM=@protonmail.com>
References: <b5w9tvqmRs0j9JYtVowqbfngLJFjt8oZw6SlwQ7PMMujxLlatpQgrQGKY_ArHFFut-KIgWE8crxn1WZaOigcEgvz1kXP_dmbgAtI_-mqeIM=@protonmail.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Matt Guertin / LinkedIn Search Graph
To: Bruce Rivers <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Wed, 10 Jan 2024 23:12:45 +0000
Mime-Version: 1.0
Content-Type: text/html
X-Attached: Introducing_InfiniSet.pdf
Message-Id:
<Heb5XWfqE52XOEjIBEkiuzDg_REahlnT2Dr2hEJhYhYSpq0UvOveVYThZ3V9Wk9MrxlCourS8x
YT2mzWIVx65TS6MmtsQlp6f0IB0tZqFNU=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Wed, 10 Jan 2024 23:12:18 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 134

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

# Defendants 'investor pitch' attached to January 10, 2024 5:03pm email to Bruce Rivers (Exhibit Jb)



EXHIBIT
**Jc**

Introducing InfiniSet

A revolutionary and literal leap into immersive motion technology. Our patented virtual positioning system isn't just groundbreaking, but is in fact a complete paradigm shift in how we will perceive and interact with virtual realms moving forward.

Our innovation's foundation lies in the realm of virtual production and filmmaking. Imagine a world where every step, every turn, is tracked and integrated seamlessly into a digitally rendered environment, completely transforming the filming process. Our state-of-the-art technology responds in real-time to the user's movement on our advanced treadmill assembly, allowing for an endless journey in any direction on a virtual 2D ground plane. Paired with our synchronized camera system, the user and film camera remain static in the real-world, while creating the breathtaking illusion of boundless movement through any virtual or pre-filmed environment. Furthermore, our proprietary animation timeline and system controller enable users, or their avatars, to be seamlessly integrated into immersive virtual environments. This includes the ability to create a lifelike digital twin that interacts in real-time, fully rendered with accurate lighting, shadows, and occlusions.

Venture deeper, and you'll find applications expanding into the gaming universe. No longer are players limited to button presses. Now, they can sprint through expansive virtual landscapes, facing adversaries head-on in first-person scenarios. The experience is further elevated by our real-time user tracking technology, ensuring each step on the treadmill is fluid and responsive. And it doesn't stop at VR/AR headsets—our systems incorporate LED screens that adjust dynamically, allowing players to engage with virtual doppelgangers of real-world players, or even embody any desired virtual persona.

But InfiniSet's reach goes far beyond entertainment. We're charting new territories in healthcare, rehabilitation, and training simulations. The adaptability of our platform provides essential feedback, unlocking unprecedented opportunities in these sectors.

As we look to the future, we see more than just a technological evolution; we envision a world where the boundaries between the real and virtual continue to blur, and InfiniSet remains at the helm, defining what's possible in this extraordinary fusion of technology, creativity, and human motion.

The potential? Think Apple in 1980, Amazon in 1997, or Bitcoin in 2010. You're on the verge of witnessing and being a part of the next colossal shift in the intertwining of the digital and physical worlds.

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

## Re: Matt Guertin / LinkedIn Search Graph



| | |
|---|---|
| From | mattguertin <MattGuertin@protonmail.com> |
| To | Bruce Rivers<riverslawyers@aol.com> |
| Date | Friday, January 12th, 2024 at 2:16 PM |

This is so fucked up Bruce.

All I did was invent something and then work hard to start a business and because of that I'm now living in fear for my life from my very own government and no one is doing anything at all about it even though everyone can see very clearly what is going on. Amy Klobuchar knows, the police know, the FBI knows, the FTC knows, EVERYONE KNOWS.

They stole my invention, conducted illegal intelligence operations on me, hacked into my computers, and scared the living shit out of me and all I was doing was literally MINDING MY OWN BUSINESS - and then they all look on and basically stalk me the entire time obviously tracking my court case in the hopes that I get thrown into a mental institution. This is one of the biggest crimes of the century. But no one cares.

My life is being destroyed.

What ultimately should have been the highlight of my entire life - where all of my hard work and perseverance to overcome all the struggles of my past had finally paid off has instead somehow become a waking nightmare and its my very own government that is attacking me. They are probably going to kill me still.

My life is over either way. I don't want it to be but it is at this point. They are evil criminals. All of them. They are making a mockery out of the entire legal system. Criminal law, patent law, corporate law....It's all a joke. There are people who are untouchable apparently.

In a just world I should be set for the rest of my life just off of the lawsuit that can be filed for what they've done to my life without even factoring in the value of the patent. No one will hold these CRIMINALS accountable though. They have freely and without any care in the world DESTROYED my life.

I am about to be homeless come March 1st and all of my finances are about to completely go under an a matter of a couple weeks and not come back up.

Game over.

~Matt

Sent with Proton Mail secure email.

Exhibit D | Index 38 | p. 136

## EMAIL PGP HEADER -

In-Reply-To:
<Heb5XWfqE52XOEjlBEkiuzDg_REahlnT2Dr2hEJhYhYSpq0UvOveVYThZ3V9Wk9MrxlCourS8x
YT2mzWIVx65TS6MmtsQlp6f0IB0tZqFNU=@protonmail.com>
References: <b5w9tvqmRs0j9JYtVowqbfngLJFjt8oZw6SlwQ7PMMujxLlatpQgrQGKY_ArHFFut-
KIgWE8crxn1WZaOigcEgvz1kXP_dmbgAtI_-mqelM=@protonmail.com>

<Heb5XWfqE52XOEjlBEkiuzDg_REahlnT2Dr2hEJhYhYSpq0UvOveVYThZ3V9Wk9MrxlCourS8x
YT2mzWIVx65TS6MmtsQlp6f0IB0tZqFNU=@protonmail.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Matt Guertin / LinkedIn Search Graph
To: Bruce Rivers <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 12 Jan 2024 20:16:46 +0000
Mime-Version: 1.0
Content-Type: text/html
Message-Id: <8w-oYM6ycEgJfcA8uwtsIHiAHwlntlbZXVOFnU0FDPyhzGxD-
2ZL2qn7PgasJKTplhxll21xTaGCbiLz0bVWsSTPVmyyb66tp7yDxFtYmhE=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Fri, 12 Jan 2024 20:16:22 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 137

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

## Re: Matt Guertin / LinkedIn Search Graph

From    Bruce Rivers <riverslawyers@aol.com>

To      mattguertin<MattGuertin@protonmail.com>

Date    Friday, January 12th, 2024 at 3:04 PM



**EXHIBIT**
**Je**

Call me

Sent from my iPhone

## EMAIL PGP HEADER -

Return-Path: <riverslawyers@aol.com>
X-Original-To: MattGuertin@protonmail.com
Delivered-To: MattGuertin@protonmail.com
Authentication-Results: mail.protonmail.ch; dkim=pass (Good 2048 bit
  rsa-sha256 signature) header.d=aol.com header.a=rsa-sha256
Authentication-Results: mail.protonmail.ch; dmarc=pass (p=reject dis=none)
  header.from=aol.com
Authentication-Results: mail.protonmail.ch; spf=pass smtp.mailfrom=aol.com
Authentication-Results: mail.protonmail.ch; arc=none smtp.remote-ip=74.6.131.42
Authentication-Results: mail.protonmail.ch; dkim=pass (2048-bit key) header.d=aol.com
  header.i=@aol.com header.b="tBFF3eCR"
Received: from sonic303-3.consmr.mail.bf2.yahoo.com (sonic303-3.consmr.mail.bf2.yahoo.com
  [74.6.131.42]) (using TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)
  key-exchange X25519 server-signature RSA-PSS (4096 bits) server-digest SHA256) (No
  client certificate requested) by mailin038.protonmail.ch (Postfix) with ESMTPS id
  4TBYvK4GLkz3g for <MattGuertin@protonmail.com>; Fri, 12 Jan 2024 21:04:45 +0000 (UTC)
Received: from sonic.gate.mail.ne1.yahoo.com by sonic303.consmr.mail.bf2.yahoo.com with
  HTTP; Fri, 12 Jan 2024 21:04:44 +0000
Received: by hermes--production-bf1-59b8649b959-mfq6h (Yahoo Inc. Hermes SMTP Server) with
  ESMTPA ID 472fc00118338d0da82fab3aa6822b8a;
    Fri, 12 Jan 2024 21:04:39 +0000 (UTC)
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=aol.com; s=a2048; t=1705093484;
  bh=SxKnD1yzbAGLiEGQqMyJc7NS/rf2+zKLiQtCkinexmE=;
  h=From:Subject:Date:References:In-Reply-To:To:From:Subject:Reply-To;
  b=tBFF3eCRG2bw6PeHLn4dppy1zdeChXJcE4Vo2eLc0EQTojBLedUJv/469G5VXAnXY0m9cB1L5LsDoXevz8OeI/DnrX
  0iaKxXRqZo0hXk7tfmeqmS6t8p6YMZTmlUNFXTG0QWwUB5NtjYy3axbjige/DXj6i3kYH6vPMbKeLgDJ56ldh77p93b
  KI68OwQjW/Zz1fD5jijR67tky4wQ5Ut3edZLfRvfdBDHKDoC4eWFnSFEmptML1aQDLepWfIs8lFZligOoxG7PBkB4No47M
  MJZ1/Ua7lQJN5Nnu0M96jzYjTIg2hUCLHogvsfrwRIpIPP7KvLp+upYci2aqU7Mjisw==
X-Sonic-Dkim-Sign: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s2048;
  t=1705093484; bh=dhzZjxfKVnM1wsWKBd69TMmMnNg39oGfJc1m+sH5ULn=;
  h=X-Sonic-MF:From:Subject:Date:To:From:Subject;
  b=OW8GUcwGWmREGLH1EmyhoVj4gwRRg0Vx8FwfI1KtFFfLVvoK88P2rjMCTYkqgaYxH5r2BRnnMmr7+gXieUk8udb
  eu2sewimqcKQZ3ssvRIVYBbkk7xl/LS6mo5naGP15LTD2OQFWhXdoX2y9tvoQ0itGzyEYGlBZiRA/trNdkFuGQTQmPk6
  vwvlViEO+0wCJ26mdwpfCJ7pB5EewE4CHZYxDUsEORqe4hIP5Tan+EM5qKzCJVVmH41KGcZmXjGFB/1HiJiDmKvTJ
  FqahWcVH9MdZQ6bKMKfR5AczPCOXm7hIqzZ+8YahXHYlLt+knNzcklyAe/o2B1MgQphvLzzr0Q==
X-Ymail-Osg: Ejc5964VM1kynkDytcOrQvuvKDaPyhH.dnBlb0FI_a_b_oWUtnOVeBQaRtLcYyr
  iRm4bUS3NsGN51eZQ5lm8xqY8cKKZiyRne_4c2mm.wZ3zsSXHbOdrzFL3M3IW8m4mvxlOS3Il5cF
  VhM10nJ0_ZDIssncnJyieeGeJGyVeQExeA.cl3.IKfvZyd_1R5gbV.3kTokUzp1IsRI2aesF8roS
  innhaOAOXioTqB2cB0lzFJwhyyl1Km71LYoAfrvnk74wmwSysK3jb2EBPvBlDhx6ACJX2fX_FY9e
  gSiAjeYKlgupXUQ3sAYGqPvCuTPi_oJLn8VEHzR7pTGXIE5J5VG1MSogKLiXv4nqFB5WwjeUtKu5
  kUiff..9fQ3rOWVnOe72lrn3HWkCoXfOhkkNm97sPvjQ4nkmS3XUyQlvmT2m8WCzlNxSgLcBPEtT
  Yum34bDlE9PFcrID8Oo1mibluSxeQ9RlVkp6QCUKqjTaGYiFj6gu_ayQFVPEIYEWGaDE.2ho9dHE
  kDTuXbXzOhZ6HCu2UHQseQGGKQJVZCzrWfvLnKFnuLxKjrrICLpQpe0U8g1ncyEdt9hXBBRWlV.u

Exhibit D | Index 38 | p. 138

xtJRaqKTV7Eqs9.NGZ5Gbmv1iRUH6yl5.mcIm5_LK140haXsTTlCyrbQA9vuDt85N6FjvVFmYVMT
jorOc7WV_aqFZjtFzdlVi1gmyzMfGoJHLc7griZ_gkEgUZbM.ZRZEPZCMM7b7QI_EL17yPr1s_sR
G.6jDek.oUyML2_1zsClO.6ZKjqjA12etZDmB67N4XUxPG8nMdgG9cYqD2P5_QAPIF64yuwxi20m
IwcNFf.TkZcjfBCR_NnaSiGM8WUklbLSSlR7..6Z24v9USizNQT.VYYaUqPS2K9mMl26euc34HzZ
cA3cfRe_VFgOzeLPecs4FUkoicRMUL1Az_h7CFMRB_V3wl5IbrljO9_ELYPLgHLKHWe79rBMn8BK
vnY_MeFeuJDKxqRYVLPR_nhYYbtkWL1QmWuCPXNNpcLugSfRpLQYDCcjPS.ekzpEALpps.NeHas7
_b7m38QZGjddabRKb_KzL_qfITL_L.r7D6vjYDul8cgGbCvBE_MW9WdOWG6umDOT9iGUSGmfLiHp
mCZ4W19_H2O5xm5Oi_9gqlD9KTQdwDqyN_l8.3B6t83MImVsZwA.xKYkjL2.z3ygR5WNo57eOsdr
a9UO9GZhXTjiqqSN_ua4WtRovnRl8M8jLaH9imZ4eYaMEgXvXAZ2jX9WQM61ANvBNiTvmgr3TfHX
76c_wLB3NkgDqLlRIsFEmRXyX2mXCocDWixV9CBhjRPjXt7RnyMLmrRDeP9ARRt2tH1FQKMZdk4G
zKfLGOHb.s2HfOKPR1c4_jpWZzBjwK_GIMInyQ79ySdDLyCj4g.sHvHCoOyFy.AgrFGuKv_0Gbp4
GFxTKeXnsfmPunVj8MT5dv3ibgtUY8eU3H6fSbyXu9D0G_aDii0SDk01w3JKgUfMiohs2bD9RrAu
bcBMENoQNCB35_C.PmqsNbuq1gRPTHifcYGjjNXUFM_CjlpPljy1b0pywXE4K3V3bqZ3s1tCcaU.l
wrBWjGxgl7.KKFyNoMdNVNnOh0C5dE0UL0zxQk8QIWg1r8plIrLdWK6X.j566fWZJWMwN.Amjfm
qlOLA_iQVrcCu5vBENswR.he1daOcX1kHxlPwYYAtRJPC95batrQpvEhrLsAL0lzMmfPXTQLnT.Z
qzMrlwRChnVp5_e5x1bF8bhjMDyvj0RODbHy2o5UT7x2JWn4OER0.KFp9_X3STAIUYL7mNjo_NmX
zjV15gosfgjZgUcycokkVFl8YDKQtj6n9SaW25DE.tdwW7Lv5SCripfuptb3wxoFHH1Gem5f4SXA
UbQ1JLcBxP4A4K12qiQ0j.mPDL.1g_4OSm3xHjLZG869.rdiUvaGLDgev2FpWYVcbSc3n7LUKSeP
u5F3PKqlkZcslLmopJpgMnMPntw5jr_1_2ASFM5v0U52eTek7bBFumDQL5AUZbMBduBzDjE.P8el
LhhBUnTH_b5nRBQsCFXEhcsRsu05_YWnE8i3hzXZdc87mhT9LHDMRuaFNexOID5myHDwbshH_VBa
CQP8S_HSJmGbGHlgce410uhNQqukUoqObznlevCQjVm_Wf.acWTeln3va5xxiG_9TMPKb8GNZu2B
_4hDCYDZKucj5gxt88JRvjd83QGTxOmhUqmkbr8SHcPUkEC_ZFC1j4m7RGFXJlgu0luJ0sSdbip9
v4g16FcXK3W3n6RpXW9g-

X-Sonic-Mf: <riverslawyers@aol.com>
X-Sonic-Id: 0fc39744-8ea6-46a1-987e-9e90b912a61f
Content-Type: text/html
Content-Transfer-Encoding: 7bit
From: Bruce Rivers <riverslawyers@aol.com>
Mime-Version: 1.0
Subject: Re: Matt Guertin / LinkedIn Search Graph
Date: Fri, 12 Jan 2024 15:04:27 -0600
Message-Id: <C32A709E-490B-43CB-BD83-CC04315B2387@aol.com>
References: <8w-oYM6ycEgJfcA8uwtsIHiAHwIntlbZXVOFnU0FDPyhzGxD-2ZL2qn7PgasJKTplhxll21xTaGCbiLz0bVWsS
TPVmyyb66tp7yDxFtYmhE=@protonmail.com>
In-Reply-To: <8w-oYM6ycEgJfcA8uwtsIHiAHwIntlbZXVOFnU0FDPyhzGxD-2ZL2qn7PgasJKTplhxll21xTaGCbiLz0bVWsS
TPVmyyb66tp7yDxFtYmhE=@protonmail.com>
To: Matt Guertin <MattGuertin@protonmail.com>
X-Mailer: iPhone Mail (21B101)

X-Pm-Spam: 0yezJI6cihyJeYR3pi42biOpJJvbmsCIeI1msjN3X3blJp7IjBlNIIojwscjLIITJ
otljzS4MLJCQE9kUjltoUsMjSlBITR0tFJFUERDllPVE6iITMwCiIR2XnYnVluX2im8ZOsniPJFU
CR6IJweyw3NXY0WiuAjODMzAMxND1DUOMMj14QjMDO0AJwLC33NXaRXj09Fa1bz9FtcGwjoILAj2
4kTNDMwcYzMjyDYONEjsfBnI3cpdNodGv3RXXl2u49mYJ1LNxxN7x9wifdzAyr1Wz2Xi9Vyc2kmVdXIzwwMjMTOzEwiIi
unVcX52hiUWbiOhJwtbGhmVZdVHyiMXZCLtJsYWh2NXdVGn5J3b2Xh5UibWQiJOU9kNJR1T0TT5
wilipWFbb9FjlRXY2Zy99weVim9clojw2UjLTN3YwiNipWFbb8FzfJHcHcvJI6YiwC4Mf1X9jJCL
XYlR9yZ26SIeIBISP10TEVPIMiTlzCJLclmkioiJjNhVE5MWwzANYcT4lVDM2NkRNiYmwWYfX2En
hNnIjl7plzImw3NXY0WisAjOnljNJlb36CIZM4C3zJCL2Yy9l6ZS3C4MLJCyvBXZnciQsiOnWkNU
R9FJN9IT1UJBVfS0iDISOsltw4CMCL3I42NCzjELM4S0sBiMXa0NQgZWgW4adw2upFWbHbwNtlaW
Im5LdJCdGJCLkUFVFJTUGF9TU9kNbpjlCMw4JyLCIXZacNns5dXYZzJF0W2vWFXb5Cji02bSXiw
BGU1F0hXT9EfO9sTSR6IAuWzsF0MINlQQ9IHVQTNpbljuTALM0FsJ1klUTfVRNSFPF9TTxkZbpjl
CMx4wiXSBVBTURlfUxUQ0XJRYiRkwlsOLhjdlJCLEVM11FX0B1NURU0iwslOjLdBJNLCFU1SXF1Q
Px0XkTfdlOTE6SlRWAzus0FMkILR1fSUMkFVSQUitslOCMx4wiXSJEtRT9VWJxUQFRB9I6VSwy0W
LFjdEJCL0SNlZBX1EEITXV0GbpjITLuA0sMVJ6NkR1S1UfHI0UkTEVpblijxC4MXwSiNIUTVRI91MVE
O09XTIFfMVVTEVikswOldjBLLJCUDN1X1QC9RZT0F1RXWRFfOlETSR6l0wWydjBLf0XszJnIjI7p
NjlnI3Jblojtz4SMCLyJBvZXinQcOsniZFkQVRfNENSEbjplLMTUiwCMTMwAAwLjdSJJLJCNF1US
0XB11JX0J1NUTdkfYVEVCV6IIuWzsF0MI1kWBN0X0UiUswOldjVLLJCESFUT1QQ9xJT0f1IQQxUM
ic1TlOts41MChCJLbw2ut92YHLIJVjamdCJdLJCSQN1XRB9xPTE6ylVW0ywsJLiIptQ6cDuzQN
N4ixugjMFMvwEiMjiSwXU9IENI0S0XMF9XTEbjplLATuiwiMWYs9NvLmzTpbPEWy4QDMlls01Jlk
fUVTSRFNP9FTkTZxpbljyC4MXwSiNIUTVRH99ET0bjplLATuiwSMXbsVlwdG0XJYX9CfhIRmh5
l2dGdSJZLJCGN9kU0XRVVOX0SkZVT00iwslOjLdBJNLCFU1SXR1SFNUQjlbp4wMCwCILOsis+pTM
IIs0JDllfkRVVxETBx0X1UiQswOldjBLLJCBi40UlOwsAsLjzmFIbojywEjNSMgwBuaX6XQZNQzu
x4iNjMugwvMFsjEMINGv05Wdnc6kMiVViSwXTVkVMFkU0XBhI6TSwy0WLAjsw0iIjL4kJdNiSCJL
QZ1EJZ1XVQT9RQTVV0FXVgEiwsIOjLdBJSLCU1BQXN0PU5UV0XO9I6RSuzAWMwCidJSMCLUJ9ET1
Bl9TTwEiwslOjLdBJBLCfkNUTEkiwslOjLdBJELCN0lSXR1SFNUQjlbp4wMChCJLbw2ut92YiOis
wiXSPIJRT9VIfNVQERi4swOldjBLLJCEEZ1Q0XPN5UVUX1RXTIy6uAzWCMiwJdMiUCJLT91NDRVQ
FSF9ZSTIU1BQXF0M6ICTzWuA0sMFJk1IR9FSfNFSUTUFhfQ0PIJRTIS6uAzWFM91fX0=

X-Pm-Origin: external
X-Pm-Transfer-Encryption: TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)
X-Pm-Content-Encryption: on-delivery
X-Pm-Spamscore: 0
X-Pm-Spam-Action: inbox

Exhibit D | Index 38 | p. 139

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

## Re: Matt Guertin / LinkedIn Search Graph



| | |
|---|---|
| From | mattguertin <MattGuertin@protonmail.com> |
| To | Bruce Rivers<riverslawyers@aol.com> |
| Date | Friday, January 12th, 2024 at 3:37 PM |

<mark>can you email the discovery then please?</mark>

Sent with Proton Mail secure email.

## EMAIL PGP HEADER -

In-Reply-To: <C32A709E-490B-43CB-BD83-CC04315B2387@aol.com>
References: <8w-oYM6ycEgJfcA8uwtsIHiAHwlntlbZXVOFnU0FDPyhzGxD-
2ZL2qn7PgasJKTplhxII21xTaGCbiLz0bVWsSTPVmyyb66tp7yDxFtYmhE=@protonmail.com>
 <C32A709E-490B-43CB-BD83-CC04315B2387@aol.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Matt Guertin / LinkedIn Search Graph
To: Bruce Rivers <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 12 Jan 2024 21:37:17 +0000
Mime-Version: 1.0
Content-Type: text/html
Message-Id: <9qfDQPBd1cRV9uih3diRGivpESsywK8EZ8CH58HvmWhgBydhTW2_F0-
jIPLTtBsDwCV-3rcHCAUvdL9DeKSWvo37oT2DoQ5cqCk__KvQrH0=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Fri, 12 Jan 2024 21:36:43 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 140

# Re: Matt Guertin / LinkedIn Search Graph



EXHIBIT
**Jg**

| From | mattguertin <MattGuertin@protonmail.com> |
| To | Bruce Rivers<riverslawyers@aol.com> |
| Date | Sunday, January 14th, 2024 at 12:00 PM |

Can my court date on Tuesday be over Zoom then?

Sent with [Proton Mail](#) secure email.

## EMAIL PGP HEADER -

In-Reply-To: <9qfDQPBd1cRV9uih3diRGivpESsywK8EZ8CH58HvmWhgBydhTW2_F0-
jIPLTtBsDwCV-3rcHCAUvdL9DeKSWvo37oT2DoQ5cqCk__KvQrH0=@protonmail.com>
References: <8w-oYM6ycEgJfcA8uwtsIHiAHwlntlbZXVOFnU0FDPyhzGxD-
2ZL2qn7PgasJKTplhxII21xTaGCbiLz0bVWsSTPVmyyb66tp7yDxFtYmhE=@protonmail.com>
 <C32A709E-490B-43CB-BD83-CC04315B2387@aol.com>
 <9qfDQPBd1cRV9uih3diRGivpESsywK8EZ8CH58HvmWhgBydhTW2_F0-jIPLTtBsDwCV-
3rcHCAUvdL9DeKSWvo37oT2DoQ5cqCk__KvQrH0=@protonmail.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Matt Guertin / LinkedIn Search Graph
To: Bruce Rivers <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Sun, 14 Jan 2024 18:00:44 +0000
Mime-Version: 1.0
Content-Type: text/html
Message-Id: <SwZU4xW-
jSRkkIBJPdjJhWeMVeo_wqQhfl3nNmH_8I_zTZ4NQOJm9ANlqbTmn3vxJGL2CkQF2bEqyweTyr
dTV5YfxvvKUwdPGGURwRsVUD8=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Sun, 14 Jan 2024 18:00:11 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 141

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

# Re: Matt Guertin / LinkedIn Search Graph



| | |
|---|---|
| From | mattguertin <MattGuertin@protonmail.com> |
| To | Bruce Rivers<riverslawyers@aol.com> |
| Date | Monday, January 15th, 2024 at 3:02 PM |

YO

Sent with Proton Mail secure email.

## EMAIL PGP HEADER -

In-Reply-To: <SwZU4xW-
jSRkkIBJPdjJhWeMVeo_wqQhfl3nNmH_8l_zTZ4NQOJm9ANlqbTmn3vxJGL2CkQF2bEqyweTyr
dTV5YfxvvKUwdPGGURwRsVUD8=@protonmail.com>
References: <8w-oYM6ycEgJfcA8uwtsIHiAHwlntlbZXVOFnU0FDPyhzGxD-
2ZL2qn7PgasJKTplhxIl21xTaGCbiLz0bVWsSTPVmyyb66tp7yDxFtYmhE=@protonmail.com>
 <C32A709E-490B-43CB-BD83-CC04315B2387@aol.com>
 <9qfDQPBd1cRV9uih3diRGivpESsywK8EZ8CH58HvmWhgBydhTW2_F0-jlPLTtBsDwCV-
3rcHCAUvdL9DeKSWvo37oT2DoQ5cqCk__KvQrH0=@protonmail.com>
 <SwZU4xW-
jSRkkIBJPdjJhWeMVeo_wqQhfl3nNmH_8l_zTZ4NQOJm9ANlqbTmn3vxJGL2CkQF2bEqyweTyr
dTV5YfxvvKUwdPGGURwRsVUD8=@protonmail.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Matt Guertin / LinkedIn Search Graph
To: Bruce Rivers <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Mon, 15 Jan 2024 21:02:15 +0000
Mime-Version: 1.0
Content-Type: text/html
Message-Id:
<QTwaweK5cXO6RjXXaYIVdFBf4nnhSumLVJE7aQKkzIK3YUvPL6w8R0Xz2hitDTCD__K-E-
eupNvL1PmH7QV2fcmfLLfIKkmlizt6F1DXflU=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Mon, 15 Jan 2024 21:01:50 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 142

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

## Re: Matt Guertin / LinkedIn Search Graph

| | | |
|---|---|---|
| From | mattguertin <MattGuertin@protonmail.com> | |
| To | Bruce Rivers<riverslawyers@aol.com> | |
| Date | Friday, January 26th, 2024 at 4:38 PM | |



EXHIBIT

**Ji**

Bruce,

==Can you please email me my psychological evaluation report?==

Thank you.

~Matt

Sent with Proton Mail secure email.


## EMAIL PGP HEADER -

In-Reply-To: <QTwaweK5cXO6RjXXaYIVdFBf4nnhSumLVJE7aQKkzIK3YUvPL6w8R0Xz2hitDT
CD__K-E-eupNvL1PmH7QV2fcmfLLfIKkmlizt6F1DXflU=@protonmail.com>
References: <8w-oYM6ycEgJfcA8uwtsIHiAHwlntlbZXVOFnU0FDPyhzGxD-2ZL2qn7PgasJKTplh
xlI21xTaGCbiLz0bVWsSTPVmyyb66tp7yDxFtYmhE=@protonmail.com>
 <C32A709E-490B-43CB-BD83-CC04315B2387@aol.com>
 <9qfDQPBd1cRV9uih3diRGivpESsywK8EZ8CH58HvmWhgBydhTW2_F0-jIPLTtBsDwCV-3rcHC
AUvdL9DeKSWvo37oT2DoQ5cqCk__KvQrH0=@protonmail.com>
 <SwZU4xW-jSRkklBJPdjJhWeMVeo_wqQhfl3nNmH_8I_zTZ4NQOJm9ANlqbTmn3vxJGL2CkQ
F2bEqyweTyrdTV5YfxvvKUwdPGGURwRsVUD8=@protonmail.com>
 <QTwaweK5cXO6RjXXaYIVdFBf4nnhSumLVJE7aQKkzIK3YUvPL6w8R0Xz2hitDTCD__K-E-eu
pNvL1PmH7QV2fcmfLLfIKkmlizt6F1DXflU=@protonmail.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Matt Guertin / LinkedIn Search Graph
To: Bruce Rivers <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 26 Jan 2024 22:38:21 +0000
Mime-Version: 1.0
Content-Type: text/html
Message-Id: <A9KMhmR3HzypIeKqSPficqVu5j2KM0SOySYovsIzCX-uMk_Ab8G-DhlVD9l827lDM
3hqMiN7NzmE7zDy4PX_krnq6nat8p9CwDhuAQck3Qs=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Fri, 26 Jan 2024 22:38:02 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit D | Index 38 | p. 143

## NOTICE OF DISMISSAL AS DEFENSE COUNSEL / Matthew Guertin / 27-CR-23-1886

**EXHIBIT K**

From   mattguertin <MattGuertin@protonmail.com>

To      Bruce Rivers<riverslawyers@aol.com>

Date   Wednesday, April 3rd, 2024 at 7:07 AM

Bruce,

My filed 'Motion to Proceed as Pro Se' is attached.
Please submit a formal 'Withdrawal of Representation' into my case file when you are able.

Thank you,

~Matt Guertin

Sent with Proton Mail secure email.

---

300.35 KB    1 file attached

27-CR-23-1886_Pro-Se-Motion_2024-04-03.pdf   300.35 KB

## EMAIL PGP HEADER -

X-Pm-Content-Encryption: on-compose
X-Pm-Origin: internal
Subject: NOTICE OF DISMISSAL AS DEFENSE COUNSEL / Matthew Guertin / 27-CR-23-1886
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Wed, 03 Apr 2024 13:07:44 +0000
Mime-Version: 1.0
Content-Type: text/html
To: Bruce Rivers <riverslawyers@aol.com>
X-Attached: 27-CR-23-1886_Pro-Se-Motion_2024-04-03.pdf
Message-Id: <VpRWrTOhv4nRg2TtFUNeb9f2hskPGevOSHeBtfSzDTtFH5frVCyHdV-
gSw1b8nAXx8lhCsZzHUGzrPY3KwXAAzgcxXlrVptig04OKV1lTbk=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Wed, 03 Apr 2024 13:07:28 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

## Re: NOTICE OF DISMISSAL AS DEFENSE COUNSEL / Matthew Guertin / 27-CR-23-1886



EXHIBIT
**Ka**

From    Bruce Rivers <riverslawyers@aol.com>

To      mattguertin<MattGuertin@protonmail.com>

Date    Wednesday, April 3rd, 2024 at 7:38 AM

Call me

Sent from my iPhone

## EMAIL PGP HEADER -

Return-Path: <riverslawyers@aol.com>
X-Original-To: MattGuertin@protonmail.com
Delivered-To: MattGuertin@protonmail.com
Authentication-Results: mail.protonmail.ch; dkim=pass (Good 2048 bit
  rsa-sha256 signature) header.d=aol.com header.a=rsa-sha256
Authentication-Results: mail.protonmail.ch; dmarc=pass (p=reject dis=none)
 header.from=aol.com
Authentication-Results: mail.protonmail.ch; spf=pass smtp.mailfrom=aol.com
Authentication-Results: mail.protonmail.ch; arc=none smtp.remote-ip=74.6.132.123
Authentication-Results: mail.protonmail.ch; dkim=pass (2048-bit key) header.d=aol.com
  header.i=@aol.com header.b="eVyQVpaR"
Received: from sonic314-13.consmr.mail.bf2.yahoo.com
  (sonic314-13.consmr.mail.bf2.yahoo.com [74.6.132.123]) (using TLSv1.3 with cipher
  TLS_AES_256_GCM_SHA384 (256/256 bits)
  key-exchange X25519 server-signature RSA-PSS (4096 bits) server-digest SHA256) (No
  client certificate requested) by mailin037.protonmail.ch (Postfix) with ESMTPS id
  4V8m6g03ywz9vNPd for <MattGuertin@protonmail.com>; Wed,
  3 Apr 2024 13:38:34 +0000 (UTC)
Received: from sonic.gate.mail.ne1.yahoo.com by sonic314.consmr.mail.bf2.yahoo.com with
  HTTP; Wed, 3 Apr 2024 13:38:34 +0000
Received: by hermes--production-bf1-7d6dbd57c9-4nlpk (Yahoo Inc. Hermes SMTP Server) with
  ESMTPA ID 15c51fa79701d07bb049b13d1e88269d;
        Wed, 03 Apr 2024 13:38:33 +0000 (UTC)
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=aol.com; s=a2048; t=1712151514;
  bh=onLqNccIgAzFBGvfu9+JXYU8nm6jaKzDX9biLQ+8Vcg=;
  h=From:Subject:Date:References:In-Reply-To:To:From:Subject:Reply-To;
  b=eVyQVpaRlBIvcLVrudOZtqBe3BarCj7kDxpVt+F0mryYcGU+RpeFywGDgAAUKANtXgjW/kSHfue/Y0JlfXFkL5XLe
  MA7Bip/VG9BiH5w4u3zK3L3LJSlNnbW4Fo2Gx74mHsKo6M+wlexDUo0VBm/jJdNAXUCk7uMF76P3qObzPdBKm8
  EC4swWR7SMPqM4zu6c+IsSExuAWqUPylrn7iQG1sBltETSpUA8NlbHz4z8phZaMFMdTS15CQKcrK58btSm7lpLZ1
  TS7/3JwzuSSmnFnIsfnP8TCEPPSM6DtablHcdOTBsHF876tmiYnFB1uG/4GTp48YQJPfL433+vkW9KQ==
X-Sonic-Dkim-Sign: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s2048;
  t=1712151514; bh=i6RX/fGc3YcoPuS7jj85TyGskr2yLDhZyCS4BaAmC2g=;
  h=X-Sonic-MF:From:Subject:Date:To:From:Subject; b=Z5vqBjIiCAA6/dF+41NEa3DspfRMKSHBq5YQzn5d32ZxMTpL
  XsyP/40YjCxnEOdmw9aDOKoWxSDK1baYXI87Kt+ZShov05NDKGZag35BydI8kvXE0hm5VhmtTQGJT0Ba0EEQkmk
  FNO8+jYYE72zvapKOe3R26J9XQ9X+2dLCF2T5lOf6FGfdUsfDGsAlq5Gy3P5GchHMa+y7lsU0b1O1RSvrOTrDJJ0N
  LCJTzKWbTawnRzLBlzwyAXEINGhQrkDfV5J6wmRmYDBCZ1SV4ZJG+I9jzaY9U77EFO+qupCnL0tFr/SYHjkcrQKyn
  td/MSgnt0k6d4x33LJldppTnZWw==
X-Ymail-Osg: ywALL8IVM1liqvi5Fq6phjW07Eudlh7VGsLBa972Nfc2hI887qm1Qy4A42QNCrK
  TnK2jIC7wBH6OybjA8HQhVU2DtcoRh0GlyG380o2cW2ucaEUHvD2mDQH_6zhFaelK7iknPIKDkdX
  9j56J.CzobCU4LveKQukbbxcNzp.pWfUVdXX6NDUySJJ8uU5gZ.wPnZgu9ZGD1w1VeNlm8MrfDft
  6ay32hy5CjfAHkqnhipPn1q93zKOhjKUGDRFFvFzfVb3yEYW91ElPuhwVp2jWfcCKF78gxL_TQq0
  sxqdPLpvHN6zk5GxusReUCkIroFPFtaJvcLNNnppVsWgf._D1wsNycTRpijYa.zXKOsbLLT57A6T
  VmOyc7i.1Ta4BaAHYcPbGveN8wH1spoHwwriJSPxHq5KP6b6.LqOO8hLQ5npazyeyeXoyJpQC4SO
  pq3dHzzGiR2J6QlC0HgFOoPRl5fv4q.l9VZFpIVFiCQlNFF0rmHSaaKBv8tl5nlNRwLRVdT4.5co

Exhibit D | Index 38 | p. 145

5PjSh3ri.qPm6wpsBdlJpwX.ARNI94ayKLFBTSYLqHre6.oKPRanQ4XPrzJRS8xwHU8tVZQ1tWpC
dcJfrtxCl0Zylcjof40gzRNBb6YoqcnU5YfYMWTgl1Oh1jaUC0vbBihpGOCGvc_PHFzhjHyFFdpB
AsVVxsZTdX5Cfac0s3.ObBm_piqh30FdsMKgNgiKXod8suuSaTF0HqkhAaSUO7AUhDB7X561pA93
ldZkHcSwTrC5FfdtMPh_CIY6CvcvDg.ZpfGRlK_83NacenZ1yYoBatgODZIVw0ubaQzWPH9C4fnC
0BBhAsVwjU9PVUHH5yqkKcUZC6QrbXhLdjRvbb8ZnFUj6.tPNuQFwdqRLZL7H.dRckDfXZpTEfF
C_9NmZ6N7VnEb8_6l2Hlezldpk_JOAMJuLxNm3T.1RqruTbS69HkD5hpVZc9cvRkfwK_FzOl5Zkq
hleLZJr8lBX6K_MZvnppSqhYdoJ_E6nFmwukB8sA6PMBnIVn91NjUXkf1yNF3fZ.8quMMu8UidDQ
NUhk918WU8ta6GOg4FNpyoJM0ie0ScMJUEQVJloz4AabwZ2.tJJuVVEEpH.jcdXJnUmtialTOCgb
CV1NMxp39B8eweeGZN30pp2FE7MLeU6obltrELkee670j3TjrACXFUO5j4T26vCk6r1I_CaKn8t5Y
R4kME5nJ0ZTQDmmq4oDeduzHrFyMhGExKZRd60AZIPS7Paoq.1K_cVtEeSn8MdeDiirhSHSJkYcg
6Ef6VObSoOls2H9Wuztoq.LTedR27qiNbFhePU0GgkVcV6Gk.psP6qwfOK5IdjQciqJMzWmtv8fl
ZGKdkvyjNWSzSGyqyLYavTlmt0wlC1zCp.vDsbsd0.pntaRcqF.kxjn_um7VEfcWWjXmqhQSaf_a
IPZw84tnw3NADAzEyw3ftrkVvBuqoQnPQavNWwzwvQYICC7wcqPkGzustjISbUZxmjISDzu4lYFv
MDkEFC4TU7SJM2EgDG0VDXSFABJRw0P.iY3k_KwwWu7Q2ghKdyredoVoi8CygVLMVr7OJuBKv.y8
XoG6wQVUmTCLzCsITXYHQA.7CHdlg6jJN9vd0r4OKTXt_g6ork_bZ.6VGx5_m3RwhJjUf38NY97s
p9Bo5KG4rBzwkiPKM3LWPNe9xWaUY9inboScfooBEeu2Pb9gUEaAlyd.ax5sh8z1WJSPZpnZy_yb
uWh9761txJRk3lnkDLHR_lqDQjjUJ_DLHK0A1.qm4nUUnpf7y8YzePsrAejp9Brf.AdMjcFSl_Z4
cAZ0IsD_Rz8vaY.RCT2R3uAq9r9tnoVXF5_vRqliPVM8UYeQZls8D9y0mDBtG5q2iBaaAcGOBOfv
_5GzS9ONL8rog2sWvxuTebNzTWthKZbFjPiZfN3VQgHIRpNruQtjSg8ipJ.vUZH6qRDrY.xlfWez
raSFGFlty15iKx.xFyVqvr84bfgTMCMZOASR6AakGxJ0jor.AVQUc3CTh.f2KFufLJgjuAbdv1ci
NqJO2R06cMqojvnC1DcwcZdsTIFFLKlw1r7WcW.CoL9NYoH5lA4Dg0HMDohFRsoSLjnMx1LQHxCA
6r9UkyomJrMUMwOp5ilRmaPea7XW4siSF.g1.d.30Qd6LESCTxNzUy5GjrYyFZzhZ58qupr6UTDl
3KYw9o.K.nc6US3j._gQXxax0jRVLRGvG3AprjfzN5E5r4qvwYYWBV41LjFT5D.Q_S33qcaIQkB3
MPWKcTmjvCq_JrfsODVLGkYRCy6ZKGwtfAj8q
X-Sonic-Mf: <riverslawyers@aol.com>
X-Sonic-Id: ce953fab-a3f7-4f53-b075-b0f0d8ed63bb
Content-Type: text/html
Content-Transfer-Encoding: 7bit
From: Bruce Rivers <riverslawyers@aol.com>
Mime-Version: 1.0
Subject: Re: NOTICE OF DISMISSAL AS DEFENSE COUNSEL / Matthew Guertin / 27-CR-23-1886
Date: Wed, 03 Apr 2024 08:38:20 -0500
Message-Id: <23DE1099-6D01-4840-A621-E6770652D3D1@aol.com>
References: <VpRWrTOhv4nRg2TtFUNeb9f2hskPGevOSHeBtfSzDTtFH5frVCyHdV-gSw1b8nAXx8lhCsZzHUGzrPY3
KwXAAzgcxXlrVptig04OKV1lTbk=@protonmail.com>
In-Reply-To: <VpRWrTOhv4nRg2TtFUNeb9f2hskPGevOSHeBtfSzDTtFH5frVCyHdV-gSw1b8nAXx8lhCsZzHUGzrPY3
KwXAAzgcxXlrVptig04OKV1lTbk=@protonmail.com>
To: Matt Guertin <MattGuertin@protonmail.com>
X-Mailer: iPhone Mail (21E236)
X-Pm-Spam: 0yeyJI6cyyyJeZBXviQncnOisBQQVfEVTS9UTB10XUSFx9DUIN01TT40iwslOSXiwJDQ
VB05Xlpjbs0FMklTFl6TiszAWlFmzyojbjNwEwgMSuXBaZQX6uQzNiNx4guMjyC8MMwSg192YnbyRp
VeTdyJULJCCFlVQ1UI90iQUtlsOM4C3iwSNDOuQEIMTslOIIRkLf1USFVBJUiQ0wlsOLJChuw2b2Yt
9siOiiSwXR1EBfNkUEUM9NZSUM0FXT9EXbpjITLuAwiNSsW9YLNmvxxSbWZlpQiY3iSwXRJlPF9VTV
UF9ZGTlNk9UIpjbs0FMklSZ1fT0TEFSXR0ObpjIFMs01JIkSF9RSNFfUFUT0QfhJPRI6SlTWBzdNJC
LUSF1dPX0i0QTOsltx4CMCLtJx0dWhXBacQnv0xWYXZuJRpYXimUdXwSiNIUTVRI91MVEO09XTkFiw
slOjLdJJNLCFU1SXR1SFNUQjlbpwiMCrDoMLED6dJifCLOJVSRVfUxQSFENbpjITLsA0wli4jkLMJS
dSJCL1QUBNPX0U0SVX9O0OO6lSRzWsAEiljiSwXUNkWD9FR1TOV9UVFi08VOslwylCLIls0JDlfkRVV
xETBx0X1UiQswOliSwXUNkWW9FRUSfF1UU0BF9UVRVlbpjIFMs0JflIJEtRT9VBPxETyV6I0wWysjI
LlFmvj5Cb2b601hcz0jAMOJCdSJCL1XQN9BRlPExTVly6w0yWjLsltwli6HldeFWou82b2Yt90slP
lRlXR0OMF0XCT6lBdWzUCJLT91NDRVQFSF9ZSTlU1BQXF0M6ICTzWdBwifSv2NccUmix0iOjL1Uwif
Si2EcOsnifNXa3chBl6bSiCwMcVmw0J3bjl7pJBlkTUVWXAz1bpjlCMx4JzLCy29YZoTgw4CMTMyI0
slILkRIS1UfHl0UkTEVpbljxC4MXwSiJtERVTW9xJQU6ClRW0ywdFjLCLEJlNS0B1ZXTIEEVF0XJlb
pAuLTsV0MlRkLf1USkVMFRfSUiUYROsltx4CMSXiwJFRlBU1RSxUfPJIRST6IAsWzpnJldVmyhx2c3
dllNbcndXRYY9WsvNmLSbdJJILCME1VX10FBN1U0RiUsw0liSwXTlUNI9VREVM19OX0iFkTOslwdFj
LCLNJ1FSUU0hXTxUfM50TVWN9xUVU6SISWBzdNJCLUSF1FQX1P0xXTdkfOlETSR6lBdWzNCJLUFESB
9FVFTfRlGRE6ilRWAzus0FOklT1lER0S0ZXT10fBRVT0xFHRFQU6ilUWBzdSJCL1QEZlOX0T01XUiE
Ll9VRiM6l0wWy3CILN4C2zEjLiMx4MgMjzGlbdVGkulGIHlsd1hLmzWxaclGru5SZXZiQwiXSG1BUX
h0Ff9ETkTO9l6RSdzBWLJCTfZEUEUTFl6Uywy0WX0XsjNnI3blJowIjzCJLY92yiQWZjOuA0sOHynN
Ilpj7jFmlGdvll6biumllY9m4iwilWbfxNvc2imUcOsniUJUQVRUNI6MS1TILLJCBFRIQ1UxQNQXz6
ilULUTwBJCLIQFRQxU1S1BXRRUJJR1Q0Ti4AsOjCkFIVVETiIDViOy0wiNSUUJQRNVUQ9IMkUEVNUS
UOU9SlojwQJCLkUE9otljsjUMIBlSfR0TfUFJIDREPEVTIli6iwCMIUiM0Kv0xiJULLJCT6lSQZ6Ah4J
fLCiGVZddWfm5Wayb6lJBeyFlRQUQ1x7pjlmltldlYWh25XbUWioJiO3chRtfY2umlZZ9V0l5WdFZw
98ydV0DIMMMDyslCOmlzlltX2yG9cdFGu6lCdCMwFpbWzF8bcJHfk9WbWZiwJtOisWlYdFGnvNmLW
bpJVkbmp2ZXbVm0l5WdCZy4l0MDyDIMM5Sj0B3ailiwFpbWzF8bcJHfvJHciY6IwiMCpWFbb9FjlRX
Y2Zy99teVl2RbblC6h1mlWajxQuYXt29YYlmufRWZmZulR1ZXkmVbLljwwQjMjMxINrLmiHQcLJCts
IWY2XhNVndG53JbX52hiUWbiOEJZBRUUUxVlwiipFWbFbj9RlYXy29Ze9Vwi9mcjlxoJwLCw3NXY0W
iuAjODMxAE0Nj4jcMMgTy3gzMzMyUJyLCfW5dbFmt6lSZmlsF1mbC0WFZdJXl31ycXYjRxpaGi3Qcf

Exhibit D | Index 38 | p. 146

wSiUJUQVRUN8zMViFIUOsnipFWbFbz8JfcHkW9bZwWitJiOWYslFndGvmNLbJWpkVmb2XpZV0bmlW5
dZ4Cy0lDMDMyI5jMS03BaIwiipFWbFbz8JfcHvHJcYli6s0HMklCFVTVEiDIVOsnih1Wa2ZfVFtbm6
SlZlhmzjFGd1am95IaW13RXbVmk1B3XzXwIQwMjxzAMIwiifNXaWaw1J0b30W5YlojwtJCLWYslNwX
ztl9cbR2l6lCbmIh1x0aWuWcYY92tulmYWZfRluZm1XRZbVmkwljLjMwQIxMjrmNLcQHitJCLWYslN
wXzwl9cc9miwojICLtJlsYWh2NXdVGn5J3b2Xv1VsZGijoIbFWphNGbCdj51ib2lW5aZ9Fml5WaHdu
VQuZWyjAMNADyuEjM2YwtIsdChm1IaxWf0F2YWZvdIfcntmFbZIS6FRkIkRVFQiTFtCJLYlWshN2XG
dnVJ5b3y3BXbl2isEjOnlfBBhc36SlbM4Cw3EDMTMyIM3MDzjQMMkD4slDMnI1J9ubllW1YlojisxW
YWLlZR1YXzmVcLdXhoNGdGbzlJ9dCQCJLU9kE7pjImItIdlYWh25XbUWioJiO3chRtfY2umlZZ9V0l
5WdFZz91pZWi29XcV2ykVmdzXwIMwMjzTEOIwiipFWbFbz8JfcHkW9bZwWitJiOWYslFndGsmFLchG
hrNmLHciQJtLCsWlYXNzww9lcmci9owljtCJLYlWshN2XGdnVJ5b3v21XZVGsiojlWbpFNhbGiC5dZ
NX00BnLiliwFpbWjF9bYRXly92ZVeu91lYWijoIVBVEFRVQyUsI1hImfWxaYF20vdWZncflJvcH6iI
YM4C10YzMyNiw9zcFtGFcIojwwAjLzM0Uk5MD3jIMMET1xETNSOiw9zcFtGFcXJ2hiU2cjOuAAzMDw
TQNOkTyxcjMTM1UE5MTwCJLXN33jRXaFa099pb1vmJbeIC6w4CMDMwEg0MD3DkNMQDzyYDOTO5MJwL
C33NXaRXj09Fa1bz9FtcGwjolLAjwwEjMzN4YkzMT3TMOOMD4sgDMnI1J9ublIW1YlojisxWYWLlZR
1YXzmVcLdXhoNGdGbzlJ9dCsX0fINnyiQWaiO2IBkNjkWJNYU20xYTYzNihQxY2mzVNMATifX0=

X-Pm-Origin: external
X-Pm-Transfer-Encryption: TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)
X-Pm-Content-Encryption: on-delivery
X-Pm-Spamscore: 0
X-Pm-Spam-Action: inbox

Exhibit D | Index 38 | p. 147

Filed in District Court
State of Minnesota
5/6/2024 2:45 PM

Defendants April 18, 2024 text message to Bruce Rivers advising him to withdrawal from his case so that he can obtain new defense counsel - and Bruce Rivers reply "Call me"



EXHIBIT
L



