# Exhibit E

**EXHIBIT E**

'Affidavit of Fact' prepared by Matthew Guertin and filed pro se, into his Hennepin County District Court Criminal case 27-CR-23-1886. This exhibit contains a chronologically ordered presentation of over 250 images which all originated from Guertin's cell phone SD memory card. These images are ordered based on image creation dates contained in the metadata of the images themselves. This presentation serves to provide a comprehensive overview of Guertin's substantial business related endeavors, in addition to providing very clear evidence, and examples of his competence. The index number cited matches the courts official case record. [1]

**Index 39** | 05/06/24, Affidavit and Cell Phone Photo Timeline

---

[1]   Make use of the bookmarks for easy navigation of this exhibit.

**STATE OF MINNESOTA**                                    **DISTRICT COURT**

**COUNTY OF HENNEPIN**                          **FOURTH JUDICIAL DISTRICT**

---

State of Minnesota,                                   Court File No.: 27-CR-23-1886

                Plaintiff,

vs.

                                 **DEFENDANT'S**

Matthew David Guertin,                              **AFFIDAVIT OF FACT**

                Defendant.

---

TO:      THE HONORABLE JULIA DAYTON KLEIN, JUDGE OF THE DISTRICT
            COURT; THE CLERK OF THE FOURTH JUDICIAL DISTRICT COURT; MS.
            JACQUELINE PEREZ, ASSISTANT HENNEPIN COUNTY ATTORNEY; AND
            THE OFFICE OF THE HENNEPIN COUNTY ATTORNEY.


### AFFIDAVIT OF FACT

I, MATTHEW DAVID GUERTIN, residing at 1075 Traditions Court, City of Chaska,
County of Carver, State of Minnesota, being duly sworn, hereby depose and state under penalty
of perjury:


### INTRODUCTION

This Affidavit of Fact contains images which were obtained solely from my cell phone. Meaning
that they are a mixture of camera images, screen captures, and pretty much anything that
randomly got turned into an image through one way or another, and then saved to my phone at
the specific time and date that is included above each image – meaning that all of the dates and
times listed for each image included is in fact the date and time as indicated in the metadata /
image properties of the image itself. I feel it is important and highly relevant to my current legal
proceedings taking place within the Hennepin County Court to share these images due to the
sequential timeline format of the images, which provide a very detailed look at my life and
personal activites both prior to the incident on January 21, 2023 resulting in my current criminal
charges, and also what my activities, and undertakings were following the incident on January

Exhibit E | Index 39 | p. 1

Filed in District Court
State of Minnesota
5/6/2024 2:48 PM

21, 2023. I am of the belief that these images paint a very clear picture of my rather ambitious, and technical, yet still rather 'normal' life and business related activities. These timeline images essentially serve to 'tell a story' – one which I am of the opinion, has been completely skewed by those involved in certain aspects of my court matters, in what I believe is an intentionally deceptive portrayal of who I am as a person, as well as the vast technical undertaking surrounding my business endeavors that I have been working on, which all relate directly to my patent, US 11,577,177.

## EXHIBIT SUMMARY

**Exhibit A:**

An 'image timeline' that I created to provide a very clear presentation of my activities

## CONCLUSION

I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 6th day of May, 2024.

Date: <u>May 6, 2024</u>

Respectfully submitted,

By: <u>/s/ Matthew Guertin</u>
Matthew David Guertin
Is Currently Without Effective Counsel
1075 Traditions Ct
Chaska, MN   55318
Telephone: 763-221-4540
Email: MattGuertin@Protonmail.com

Exhibit E | Index 39 | p. 2

# Matthew D. Guertin – Cell Phone Photo Timeline
## July 2nd, 2022 - May 28th, 2023

EXHIBIT
A

**July 2nd, 2022     10:40pm CST**



**July 3rd, 2022     7:16am CST**



**July 4th, 2022     5:04am CST**



**July 5th, 2022     8:38am CST**



**July 8th, 2022     8:23pm CST**



**July 8th, 2022     9:19pm CST**



Exhibit E | Index 39 | p. 3

**July 11th, 2022    6:44pm CST**



**July 17th, 2022    5:20pm CST  (birthday)**



**July 18th, 2022    5:30am CST**



**July 22nd, 2022    7:56pm CST
(actually taken July 2019 - my Grandma :)**



**July 22nd, 2022    9:17pm CST**



**July 22nd, 2022    9:18pm CST**



Exhibit E | Index 39 | p. 4

Filed in District Court
State of Minnesota
5/6/2024 2:48 PM

**July 22nd, 2022    9:18pm CST**



**July 25th, 2022    6:59pm CST**



**July 28th, 2022    6:35pm CST**



**July 28th, 2022    6:35pm CST**



**July 28th, 2022    6:40pm CST**



**July 28th, 2022    6:40pm CST**



Exhibit E | Index 39 | p. 5

Filed in District Court
State of Minnesota
5/6/2024 2:48 PM

**July 29th, 2022    6:48pm CST**



**July 29th, 2022    6:49pm CST**



**July 29th, 2022    6:49pm CST**



**July 30th, 2022    11:49am CST**



**July 30th, 2022    11:50am CST**



**July 30th, 2022    1:26pm CST**



Exhibit E | Index 39 | p. 6

Filed in District Court
State of Minnesota
5/6/2024 2:48 PM

**July 31st, 2022   1:33pm CST**



**July 31st, 2022   5:11pm CST**



**August 1st, 2022   12:01am CST**



**August 1st, 2022   12:24am CST**



**August 1st, 2022   12:24am CST**



**August 1st, 2022   7:46pm CST**

Exhibit E | Index 39 | p. 7

Filed in District Court
State of Minnesota
5/6/2024 2:48 PM

**August 1st, 2022   7:47pm CST**



**August 2nd, 2022   8:52pm CST**



**August 2nd, 2022   9:38pm CST**



**August 2nd, 2022   10:06pm CST**



**August 2nd, 2022   10:07pm CST**



**August 2nd, 2022   10:07pm CST**



Exhibit E | Index 39 | p. 8

**August 6th, 2022    9:08pm CST**



**August 7th, 2022    7:43am CST**



**August 14th, 2022    11:57pm CST**



**August 14th, 2022    11:57pm CST**



**August 16th, 2022    9:41am CST**



**August 16th, 2022    9:41am CST**




Exhibit E | Index 39 | p. 9

**August 18th, 2022    7:16pm CST**



**August 18th, 2022    7:16pm CST**



**August 18th, 2022    7:16pm CST**



**August 18th, 2022    7:36pm CST**



**August 21st, 2022    7:12am CST**



**August 21st, 2022    7:20am CST**



Exhibit E | Index 39 | p. 10

**August 21st, 2022    7:20am CST**



**August 25th, 2022    4:31pm CST**



**August 25th, 2022    4:32pm CST**



**August 26th, 2022    8:20am CST**



**August 30th, 2022    5:28pm CST**



**August 30th, 2022    5:29pm CST**



Exhibit E | Index 39 | p. 11

**September 4th, 2022    3:43pm CST**



**September 4th, 2022    4:48pm CST**



**September 4th, 2022    4:57pm CST**



**September 8th, 2022    10:36am CST**



**September 8th, 2022    2:54pm CST**



**September 15th, 2022    4:24pm CST**



Exhibit E | Index 39 | p. 12

Filed in District Court
State of Minnesota
5/6/2024 2:48 PM

**September 24th, 2022   4:39pm CST**



**September 24th, 2022   4:41pm CST**



**September 24th, 2022   4:41pm CST**



**September 25th, 2022   11:18am CST**



**September 25th, 2022   11:20am CST**



**September 25th, 2022   11:21am CST**



Exhibit E | Index 39 | p. 13

**September 25th, 2022    11:22am CST**



**September 25th, 2022    11:26am CST**



**September 25th, 2022    11:27am CST**



**September 25th, 2022    11:27am CST**



**September 25th, 2022    11:29am CST**



**September 25th, 2022    12:58pm CST**



Exhibit E | Index 39 | p. 14

**September 30th, 2022   3:28pm CST**



**September 30th, 2022   5:28pm CST**



**September 30th, 2022   5:28pm CST**



**September 30th, 2022   5:29pm CST**



**October 10th, 2022   3:33pm CST**



**October 10th, 2022   3:33pm CST**



Exhibit E | Index 39 | p. 15

Filed in District Court
State of Minnesota
5/6/2024 2:48 PM

**October 12th, 2022   12:31pm CST**



**October 12th, 2022   12:47pm CST**



**October 13th, 2022   7:45pm CST**



**October 16th, 2022   2:27am CST**



**October 16th, 2022   2:28am CST**



**October 16th, 2022   7:45pm CST**



Exhibit E | Index 39 | p. 16

**October 16th, 2022   7:46pm CST**



**October 17th, 2022   6:32pm CST**



**October 18th, 2022   3:28pm CST**



**October 18th, 2022   3:29pm CST**



**October 18th, 2022   3:30pm CST**



**October 18th, 2022   3:30pm CST**



Exhibit E | Index 39 | p. 17

Filed in District Court
State of Minnesota
5/6/2024 2:48 PM

**October 18th, 2022   3:31pm CST**



**October 19th, 2022   6:53am CST**



**October 19th, 2022   6:53am CST**



**October 19th, 2022   6:55am CST**



**October 19th, 2022   6:56am CST**



**October 21st, 2022   2:24am CST**



Exhibit E | Index 39 | p. 18

**October 21st, 2022   2:25am CST**



**October 21st, 2022   6:52am CST**



**October 21st, 2022   6:52am CST**



**October 21st, 2022   6:53am CST**



**October 22nd, 2022   10:20pm CST**



**October 22nd, 2022   10:20pm CST**



Exhibit E | Index 39 | p. 19

**October 22nd, 2022   10:20pm CST**



**October 22nd, 2022   10:21pm CST**



**October 23rd, 2022   4:11am CST**



**October 23rd, 2022   4:16am CST**



**October 24th, 2022   2:08am CST**



**October 24th, 2022   3:03am CST**



Exhibit E | Index 39 | p. 20

**October 24th, 2022    10:04pm CST**



**October 24th, 2022    10:05pm CST**



**October 24th, 2022    10:05pm CST**



**October 28th, 2022    8:59am CST**



**October 29th, 2022    4:26pm CST**



**October 29th, 2022    4:27pm CST**



Exhibit E | Index 39 | p. 21

**October 29th, 2022    8:08pm CST**



**October 29th, 2022    8:08pm CST**



**October 30th, 2022    3:54pm CST**



**October 30th, 2022    3:54pm CST**



**October 30th, 2022    3:55pm CST**



**October 31st, 2022    1:18am CST**



Exhibit E | Index 39 | p. 22

**October 31st, 2022    4:26am CST**



**October 31st, 2022    10:09pm CST**



**October 31st, 2022    10:10pm CST**



**November 1st, 2022    12:59am CST**



**November 1st, 2022    12:59am CST**



**November 1st, 2022    1:02am CST**



Exhibit E | Index 39 | p. 23

**November 1st, 2022    4:07am CST**



**November 1st, 2022    4:07am CST**



**November 3rd, 2022    8:34pm CST**



**November 4th, 2022    9:03am CST**



**November 4th, 2022    9:03am CST**



**November 4th, 2022    9:04am CST**



Exhibit E | Index 39 | p. 24

**November 14th, 2022    12:18pm CST**



**November 14th, 2022    12:18pm CST**



**November 14th, 2022    12:18pm CST**



**November 14th, 2022    12:18pm CST**



**November 19th, 2022    9:30am CST**



**November 21st, 2022    1:23pm CST**



Exhibit E | Index 39 | p. 25

**November 26th, 2022     4:42pm CST**



**November 26th, 2022     4:42pm CST**



**November 27th, 2022     11:26am CST**



**November 30th, 2022     3:38pm CST**



**November 30th, 2022     3:55pm CST**



**November 30th, 2022     3:56pm CST**



Exhibit E | Index 39 | p. 26

Filed in District Court
State of Minnesota
5/6/2024 2:48 PM

**November 30th, 2022   3:56pm CST**



**November 30th, 2022   3:56pm CST**



**December 2nd, 2022   8:34am CST**



**December 2nd, 2022   12:14pm CST**



**December 3rd, 2022   6:01pm CST**



**December 7th, 2022   3:35pm CST**



Exhibit E | Index 39 | p. 27

**December 31st, 2022    10:16am CST**



**December 31st, 2022    10:27am CST**



**January 2nd, 2023    4:39pm CST**



**January 9th, 2023    2:47pm CST**

TRACK ONE U.S. Non-Provisional Patent
Application
Assignee: INFINISET, INC.
Serial No.: 17/698,420
Filed: March 18, 2022
For: Motorized rotatable treadmill and system
for creating the illusion of movement
Our File: G185.0001US1

Dear Matt:

Please find attached a copy of the Issue Fee
and Comments as filed with the USPTO in the
above-identified application on January 9,
2023.

Also attached is a copy of the recent
Information Disclosure Statement initiated by
the Examiner along with the Supplemental
Notice of Allowability showing the Examiner
has examined all of the art we submitted in
this application.

**January 14th, 2023    4:02pm CST**

Thanks for the update. This does make more
sense.

Unfortunately I'm not surprised at the FBI
reaction, but I do think emailing the patent
attorney for the Netflix application was an
interesting move. Let them see they have a
prior art issue unless they agree it's faked art
and see how they handle it.

**January 19th, 2023    4:57am CST**



Exhibit E | Index 39 | p. 28

**January 19th, 2023    5:03am CST**



**February 3rd, 2023    10:02pm CST**



**February 3rd, 2023    10:03pm CST**



**February 3rd, 2023    10:03pm CST**



**February 3rd, 2023    10:03pm CST**



**February 3rd, 2023    10:03pm CST**



Exhibit E | Index 39 | p. 29

**February 3rd, 2023    10:05pm CST**



**February 3rd, 2023    10:05pm CST**



**February 3rd, 2023    10:05pm CST**



**February 3rd, 2023    10:06pm CST**



**February 5th, 2023    2:03am CST**



**February 5th, 2023    2:04am CST**



Exhibit E | Index 39 | p. 30

**February 5th, 2023    2:04am CST**



**February 5th, 2023    2:05am CST**



**February 5th, 2023    7:47pm CST**



**February 5th, 2023    7:48pm CST**



**February 5th, 2023    10:08pm CST**



**February 5th, 2023    10:08pm CST**



Exhibit E | Index 39 | p. 31

Filed in District Court
State of Minnesota
5/6/2024 2:48 PM

**February 5th, 2023    10:08pm CST**



**February 5th, 2023    10:09pm CST**



**February 5th, 2023    10:10pm CST**



**February 5th, 2023    10:10pm CST**



**February 5th, 2023    10:10pm CST**



**February 5th, 2023    10:10pm CST**



Exhibit E | Index 39 | p. 32

**February 6th, 2023    8:17pm CST**



**February 6th, 2023    8:18pm CST**



**February 6th, 2023    8:32pm CST**



**February 12th, 2023    8:45pm CST**



**February 13th, 2023    1:42pm CST**



**February 16th, 2023    3:48pm CST**



Exhibit E | Index 39 | p. 33

**February 16th, 2023    3:53pm CST**



**February 17th, 2023    3:33am CST**



**February 17th, 2023    3:34am CST**



**February 17th, 2023    9:52am CST**

Hi Matt,

Attached is a receipt for the confirmation of the third party submission of your patent, US 11,577,177 as relevant to the claims of the Trojansky/Netflix application, Serial No. 17/709,126. We have also asked to be notified when the submission is reviewed and entered.

The submission will populate in the record for the pending application in a few hours and at that time, we can save a copy of the actual submission itself for your records.

Have a great weekend!

Best regards,

Amanda

**February 17th, 2023    10:45am CST**



**February 17th, 2023    10:46am CST**



Exhibit E | Index 39 | p. 34

**February 17th, 2023    10:46am CST**



**February 17th, 2023    5:48pm CST**



**February 17th, 2023    5:50pm CST**



**February 18th, 2023    4:10pm CST**





**February 18th, 2023    10:37pm CST**



**February 19th, 2023    10:53am CST**



Exhibit E | Index 39 | p. 35

**February 20th, 2023    4:06pm CST**



**February 20th, 2023    4:07pm CST**



**February 26th, 2023    11:48am CST**



**February 26th, 2023    11:50am CST**



**February 27th, 2023    3:02pm CST**



**March 8th, 2023    1:20am CST**



Exhibit E | Index 39 | p. 36

**March 8th, 2023**  **1:20am CST**



**March 8th, 2023**  **1:20am CST**



**March 8th, 2023**  **1:20am CST**



**March 8th, 2023**  **1:20am CST**



**March 8th, 2023**  **1:20am CST**



**March 8th, 2023**  **1:21am CST**



**March 8th, 2023    7:16am CST**



**March 11th, 2023    5:05am CST**



**March 11th, 2023    5:05am CST**



**March 11th, 2023    5:05am CST**



**March 11th, 2023    5:05am CST**



**March 11th, 2023    5:05am CST**



Exhibit E | Index 39 | p. 38

**March 8th, 2023   7:16am CST**



**March 11th, 2023   5:05am CST**



**March 11th, 2023   5:05am CST**



**March 11th, 2023   5:05am CST**



**March 11th, 2023   5:05am CST**



**March 11th, 2023   5:05am CST**



Exhibit E | Index 39 | p. 39

## March 11th, 2023   6:04am CST



## March 13th, 2023   11:21pm CST





## March 24th, 2023   9:24pm CST

right to participate as a party in any proceedings concerning proposed changes in the defendant's civil commitment or status.

**Subd. 8. Dismissal of Criminal Charge.**

(1) Felonies. Except when the defendant is charged with murder, the criminal charges must be dismissed three years after the date of finding the defendant incompetent to proceed unless the prosecutor, before the expiration of the three-year period, files a written notice of intent to prosecute when the defendant regains competency.

(2) Gross Misdemeanors. The criminal charges must be dismissed 30 days after the date of finding the defendant incompetent to proceed unless before that date the prosecutor files a written notice of intent to prosecute when the defendant regains competency. If a notice has been filed, the charges must be dismissed when the defendant would be entitled under these rules to custody credit of at least one year if convicted.

## April 23rd, 2023   7:32pm CST

remarks often impressed as grandiose in nature. For instance, he spoke of being "an engineer," describing a recent technological invention in glowing terms and characterizing it as somewhat revolutionary.

Mr. Guertin espoused perceptual disturbances consistent with delusions (i.e., fixed beliefs that deviate markedly from objective reality and are held despite contradictory evidence). He spoke at length about his prowess with technology, including an invention he patented related to visual effects and photography technology. While some elements of his assertions referenced real technological subjects (e.g., neural radiance fields[1]), the defendant's views in relation to these matters were also consistent with the phenomenology of delusions. In particular, he asserted that large corporations (e.g., Netflix and Microsoft) discovered this technology, realized the financial incentives at stake, and began to target the defendant for nefarious purposes. For instance, he expressed views that these agencies accused his patented technology through his personal devices, fraudulently implemented it as if created by them, and went to great lengths to cover up the theft. Mr. Guertin further insisted the entities in question intended to harm or kill him, referring to the situation as a "conspiracy" "at a bigger level" in which he perceived his "safety to be at risk," citing "weird coincidences" (e.g., the presence of "two cars behind [him]" at one time[2]) to support his conclusions. His remarks and reasoning in these domains referenced unclear, irrational reasoning and implausible events. On this point, the defendant produced a large volume of documentation, which was reviewed for this examination, that he stated supported his conclusions. However, the links between some of these data and his inferences were not clear. Rather, they showed that his patent had the potential to be lucrative if it was as innovative as others he used as examples. The documentation he identified as most critical[3] did not support his assertions, instead suggesting Mr. Guertin was prone to inferring nefarious intent from benign stimuli.

## April 23rd, 2023   7:36pm CST



BTStringers and 20 BTSensors, the falcon gracefully "flew" across the stage with synchronized projection mapping. **Read More**

PRODUCERS / COPYRIGHT

**Xite Labs Credits:**

Client: Executive Visions

Executive Creative Director:
Greg Russell

Technical / Creative Director:
Vello Virkhaus

Falcon Design, Fabrication Direction and Engineering:
Matt Guertin

BlackTrax System Design & Live Operations / Disguise Programming:
Simon Anaya

Technical Director / CG Lead:
Aaron Kaminar

BlackTrax / Disguise support and operation:
Vincent Steenhoek

Producers:

## April 26th, 2023   9:51am CST



Bad Bunny Eye at Coachella

Designed in sketch form by Virkhaus, with notch programming by XiteLabs' Tanner Thompson, and Resolume operation by Ivan Ceron, the set piece was engineered and built in-house at XiteLabs studio by creative technologist Matt Guertin. LED tiles from PRG were dismantled into smaller component modules, custom configured and re-wired by Guertin at XiteLabs to create smaller radius circular elements to create the smooth edges of the eye. Guertin designed and engineered 420 metal parts cut out of eight different types of material, as well as 268 individual acrylic pieces from six different materials. The estimated total number of soldering points was in the 2,000 range.

"A couple things on Bad Bunny were new and interesting," points out Virkhaus referring to their

Exhibit E | Index 39 | p. 40

**April 26th, 2023    10:13am CST**



**April 26th, 2023    10:13am CST**



**April 26th, 2023    10:13am CST**



**May 23rd, 2023    9:17am CST**



**May 23rd, 2023    9:18am CST**



**May 23rd, 2023    9:18am CST**



Exhibit E | Index 39 | p. 41

**May 23rd, 2023**    **9:18am CST**



**May 23rd, 2023**    **9:18am CST**



**May 23rd, 2023**    **9:18am CST**



**May 23rd, 2023**    **9:18am CST**



**May 23rd, 2023**    **9:18am CST**



**May 23rd, 2023**    **9:18am CST**



Exhibit E | Index 39 | p. 42

**May 23rd, 2023**    **9:18am CST**



**May 23rd, 2023**    **9:18am CST**



**May 25th, 2023**    **7:45am CST**



**May 25th, 2023**    **7:45am CST**











**May 28th, 2023**    **8:28am CST**



**May 28th, 2023**    **8:29am CST**



Exhibit E | Index 39 | p. 43