# Exhibit I

**EXHIBIT I**

This exhibit contains the sixth and seventh, of ten total addenda for Guertin's pro se, Minnesota Court of Appeals case, A24-0780. These were filed as part of his initial filing on May 10, 2024. [1]

**Index 09**  |  05/10/24,  ADDENDUM-06: Communications 01

**Index 10**  |  05/10/24,  ADDENDUM-07: Communications 02

---

1   Make use of the bookmarks for easy navigation of this exhibit.

**A24-_____**
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

Matthew David Guertin,

        Petitioner,

vs.

State of Minnesota,

        Respondent.

District Court Case: 27-CR-23-1886

Court Order Date: April 12, 2024

**PETITIONER'S ADDENDUM - 6**

---

**PETITIONERS ADDENDUM - 6**

---

<u>Contents</u>                                                                                     <u>Page</u>

May 6, 2024, Pro Se Affidavit of Fact, Exhibit A -
**Netflix patent advice is sought**, p. 36, Index 38.………………………………….……… 1

May 6, 2024, Pro Se Affidavit of Fact, Exhibit Ai -
**Petitioner and IP attorney discussing Netflix patent discovery**, pp. 66-67, Index 38……… 2

May 6, 2024, Pro Se Affidavit of Fact, **Expounding upon the relevance
of Petitioners conversation with patent attorney**, pp. 7-9, Index 38………….………... 4

May 6, 2024, Pro Se Affidavit of Fact, Exhibit Al, **Follow-up email
to Bruce Rivers**, p. 74, Index 38……………………………………………...…… 7

May 6, 2024, Pro Se Affidavit of Fact, Exhibit Am, **Final email
sharing portfolio site**, p. 75, Index 38…………………………………….………… 8

May 6, 2024, Pro Se Affidavit of Fact, Exhibit B, **Requesting help
resolving patent fraud**, pp. 76-77, Index 38……………………………………… 9

May 6, 2024, Pro Se Affidavit of Fact, Exhibit Ba, **Spreadsheet data analysis**,
pp. 78-84, Index 38…………………………………………………………...… 11

i

Exhibit I | Index 09 | i

27-CR-23-1886

Filed in District Court
State of Minnesota
5/10/2024 4:59 PM

May 6, 2024, Pro Se Affidavit of Fact, Exhibit Bd -
**Notes from Jan 2023 Text File**, pp. 92-93, Index 38.………………………..…………... 18

May 6, 2024, Pro Se Affidavit of Fact, Exhibit D -
**Special Ops Gear and CIA**, pp. 99-101, Index 38…………………………………………… 20

May 6, 2024, Pro Se Affidavit of Fact, Exhibit Da -
**Special Ops Gear and CIA**, p. 102, Index 38.………..……………………………..………. 23

May 6, 2024, Pro Se Affidavit of Fact, Exhibit Db -
**Special Ops Gear and CIA**, pp. 103-105, Index 38…………………………………….... 24

May 6, 2024, Pro Se Affidavit of Fact, Exhibit H -
**Email to Bruce Rivers asking about June 14, 2023 hearing**, p. 121, Index 38…………….. 27

May 6, 2024, Pro Se Affidavit of Fact, Exhibit I -
**Zoom Violates 6th Amendment**, p. 122, Index 38…………………………………….…… 28

May 6, 2024, Pro Se Affidavit of Fact, Exhibit Ia -
**Bruce will request in person**, pp. 123-124, Index 38……………………………….…... 29

May 6, 2024, Pro Se Affidavit of Fact, Exhibit Ib -
**Non-serious email about ai judge over Zoom**, p. 125, Index 38…………………....….. 31

May 6, 2024, Pro Se Affidavit of Fact, Exhibit Ic -
**the 'Poweful People' are mentioned many times**, pp. 126-129, Index 38………..…..... 32

May 6, 2024, Pro Se Affidavit of Fact, Exhibit Jb -
**InfiniSet Investor Pitch emailed to Bruce**, p. 134, Index 38……………….…………… 36

May 6, 2024, Pro Se Affidavit of Fact, Exhibit Jc -
**InfiniSet Investor Pitch Attachment**, p. 135, Index 38…………………………...……… 37

May 6, 2024, Pro Se Affidavit of Fact, Exhibit Jf -
**email to Bruce Rivers requesting discovery**, p. 140, Index 38…………………….…….. 38

May 6, 2024, Pro Se Affidavit of Fact, Exhibit Jg -
**email-01 asking about Jan 16 court date**, p. 141, Index 38……………………………... 39

Exhibit I | Index 09 | ii

Filed in District Court
State of Minnesota
5/10/2024 4:59 PM

May 6, 2024, Pro Se Affidavit of Fact, Exhibit Jh -
**email-02 asking about Jan 16 court date**, p. 142, Index 38.………………...……..……… 40

May 6, 2024, Pro Se Affidavit of Fact, Exhibit Ji -
**email to Bruce Rivers requesting January 3, 2024 exam report**, p. 143, Index 38……..... 41

May 6, 2024, Pro Se Affidavit of Fact, Exhibit K -
**email dismissing Bruce Rivers as my defense counsel**, p. 144, Index 38……….……...… 42

May 6, 2024, Pro Se Affidavit of Fact, Exhibit Ka -
**Bruce Rivers replies 'Call me'**, pp. 145-147, Index 38……………………………......…… 43

May 6, 2024, Pro Se Affidavit of Fact, Exhibit L -
**text dismissing Bruce Rivers, he replies 'Call me'**, p. 148, Index 38…………………… 46

Exhibit I | Index 09 | iii

## Matt Guertin Patent / Netflix Patent

From   mattguertin <MattGuertin@protonmail.com>

To     Bruce Rivers<riverslawyers@aol.com>

Date   Friday, November 11th, 2022 at 7:51 AM

```
┌─────────┐
│ EXHIBIT │
│    A    │
│   ___   │
└─────────┘
```

Bruce,

Here you go  (dropbox automatic download - 288mb)

All packaged up nice and neat with a little bow on top.


~Matt Guertin

763-221-4540


Sent with Proton Mail secure email.

## EMAIL HEADER -

X-Pm-Content-Encryption: on-compose
X-Pm-Origin: internal
Subject: Matt Guertin Patent / Netflix Patent
To: riverslawyers@aol.com <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 11 Nov 2022 13:51:45 +0000
Mime-Version: 1.0
Content-Type: text/html
Message-Id: <yqLl2xdNp0Mrua-UDPF2YVUlgDyy5zDDNcaP8PMxwxP-
Wwx0HcnZM1id2dS25yXLhLK6rp2YyEPrLt9VHF_hDi7dRQO2wvEDEgpjjISN-3A=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Fri, 11 Nov 2022 13:51:25 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

'Here you go' =
https://www.dropbox.com/sh/eyt2brdy1dt2qhk/AABr2Y5Wt8CKLNVdwRH0WDFua?dl=1

Exhibit I | Index 09 | p. 1          Page 33 of 148          Add. 1

Filed in District Court
State of Minnesota
5/6/2024 2:59 PM

## Re: Please tell me it is going to be okay.....



From Amanda Prose <aprose@wck.com>

To      mattguertin <MattGuertin@protonmail.com>

CC      Megan Neumann<mneumann@wck.com>

Date   Tuesday, November 8th, 2022 at 8:58 AM

Hi Matt,

I did some research on the Trojansky/Eyeline/Netflix patent application. I note there is also a PCT application that was just recently published. The PCT application had a search report that denied patentability to all 39 claims, but again, take that with a grain of salt. That is not uncommon. Further, the search was conducted back in July, which was before your PCT application and US applications published (which was in September) so your patent application was not searchable and thus not cited by the Korean examiner conducting the prior art search for the PCT application.

1) I also checked the status of the US application (publication no. US 2022/0319115): the application has not  been examined yet, and it will likely be a while before it is examined. They have not  submitted any prior art to the Patent Office either.
2) The videos you sent us that pre-date your filing date will need to be submitted to the patent office in a prior art disclosure. This is a requirement of your duty of candor to the Patent Office. We will do this ASAP. I do not expect this to affect the allowance of the system claims or the patent itself since we have deleted the apparatus claims.

3) Your next decision relates to how to make Netflix aware of your prior filed patent application. We can A) make sure that Netflix is aware of your prior pending patent application by either a third party submission of prior art or by sending the art to both Mr. Trojansky and his patent attorneys, as once they have become aware of the art they also have a duty to disclose to the Patent Office; or B) do nothing and hope the US examiner finds your patent application and cites it.

In general, we have the opportunity to submit prior art in another party's pending patent application until 6 months from the date of publication. This gives us until April  6, 2023 to file your patent application as a prior art submission in the Trojansky/Netflix application. I suggest we consider this route, but waiting until the patent has issued if we can. It is much harder for them to make a stink when your patent is granted and also your duty to submit prior art references ends when the patent is granted. At this rate, you should have a patent granted soon so I think waiting will be OK.

Let me know if you have other questions.

Best regards,

Amanda

Exhibit I | Index 09 | p. 2          Page 66 of 148                    Add. 2

## Re: Please tell me it is going to be okay.....

From Amanda Prose <aprose@wck.com>

To      mattguertin <MattGuertin@protonmail.com>

CC      Megan Neumann<mneumann@wck.com>

Date Tuesday, November 8th, 2022 at 2:43 PM

Matt,

Great, we are monitoring the status of the Trojansky/Netflix patent application. We have gone ahead and submitted the PhotoRobot material to the Patent Office in your current application. As of yesterday, your patent application was indicated as having undergone the allowance pre-check, meaning it is allowed but no notice of allowance has been mailed yet. Hopefully the Examiner will review the PhotoRobot materials, acknowledge them, and continue with the Notice of Allowance mailing efficiently so that the Notice of Allowance still follows shortly.

Once we have that, we should go ahead and pay the Issue Fee. The patent would then, with a little bit of luck, grant before the end of 2022 (but more likely grant sometime in January 2023). After that, it should be safe to go ahead and file the third party submission of prior art in the Trojansky/Netflix application.

We will also want to think about - given the Trojansky/Netflix patent application - whether to file a Continuation Application or a Continuation in Part application. If we add new material to the disclosure we should be mindful of what is in the Trojansky disclosure as that will be prior art to the new material added. Thus, it might be best to start with the filing of a continuation application first as there is then no question as to your priority rights.

Regarding assignment of the patent application - we can do that at any time. Recordal is quick and can take effect in days. If you want InfiniSet, Inc. to be listed as the owner of the patent on the face of the patent that issues, we should go ahead and assign the patent application. We can determine the best time to file, but if you can confirm that we should prepare the assignment documents for your execution, we will get those sent over to you. You can assign the patent any time - its up to you. The only urgency now would be if you want to have the InfiniSet, Inc. name on the face of the patent.

Have you incorporated and registered your entity yet? In Minnesota? That will be the first step before we assign the patent application/patent. I did not see an InfiniSet, Inc. registered in the MN secretary of state's office. However, let me know if you need assistance here with registering if you have not already and whether or not you have thought about registering as an LLC instead (as this can be a bit easier for a single member company and also eliminates the need for formal articles of incorporation etc.).

Best regards,

Amanda

Exhibit I | Index 09 | p. 3          Page 67 of 148                    Add. 3

**Exhibit Ai:**

> **Dropbox File Detail: Two emails to defendant from his patent attorney following his**
> **initial discovery of the Trojansky / Netflix application**
>
> These two replies, that the defendant included in his email to Bruce Rivers, are part of the
> intitial email chain in which defendant initially emailed his patent attorney after
> becoming increasingly concerned about the 'PhotoRobot Virtual Catwalk' he had been
> pointed to by the CEO of Mark Roberts Motion Control 'Assaff Rawner' in his October
> 31, 2022 email reply to the defendant (*April 9, 2024 'Affidavit of Fact'  Exhibit L p.96*)
> only to end up inadvertently stumbling upon the Trojansky / Netflix patent application
> after he began searching the USPTO patent database to see if PhotoRobot had any patents
> or patent applications filed for their supposed 'Virtual Catwalk' product.
>
> The two emails detailed in this exhibit are rather significant due to the direct relavance
> and implications realted to the defendant's criminal, as well as civil proceedings with the
> court. The fact that the defendant's patent attorney is directly confirming the defendants
> initial views and opinion of the Trojansky / Netflix patent application upon first
> discovering it, and it can now be substantiated that both the defendant and his patent
> attorney were in fact both correct in their initial analysis, and legal opinions regarding the
> substantial similarities between the two patent applications (due to the defendant's name
> being an official part of the now granted Netflix patent) serves to add substantial
> credibility to the defendant's many additional claims, which in turn substantially
> discredits the defendant's supposed 'incompetency' as determined in the March 10, 2023
> Rule 20.01 exam that was supposedly submitted to the court by Dr. Jill Rogstad. This is
> due to the fact the entire basis of the report and its ultimate conclusion of the defendant
> being 'incompetent to stand trial' with a diagnosis of 'Unspecified Schizophrenia
> Spectrum and Other Psychotic Disorder (primary)' all relies upon the defendant's
> 'perceived achievement's' and 'unusual beliefs' about having invented a 'revolutionary
> technology' that would result in very large financial stakes at play involving companies
> like 'Netflix and Microsoft' being used as the main evidence to support the diagnosis
> itself.

Exhibit I | Index 09 | p. 4          Page 7 of 148          Add. 4

It is in fact, this very same 'evidence' which the defendant stated "would speak for itself" if considered by courtroom principles, that was then used in both the exam report as well as the July 13, 2023 court order (*April 3, 2024 'Motion for Judicial Notice' Exhibit Bb p.175*), not as a very clear example of the defendant being actively engaged in, and attempting to 'aid in his own defense', but instead as further supporting evidence of his supposed 'incompetency' even though both the exam report as well as the court order both contain multiple statements that directly attest to the defendants very clear, and coherent understanding of not just 'the nature of the charges against him' but also to many additional, more 'nuanced' legal concepts related to his proceedings as whole – BUT – even though the defendant is able to understand everything going on he is still 'incompetent' due to the 'delusional' and 'incompetent' evidence itself that he believes he has 'collected' – Evidence which, by its sheer existence and mention, serves to very clearly show that the defendant is, and has been actively engaged in defending himself ever since he first entered into the March 1, 2023 meeting with Dr. Jill Rogstad with

"a large stock of documents, organized into sections, which he provided for my review and stated supported his assertions."

- as is directly quoted from Dr. Jill Rogstad's March 10, 2023, Rule 20.01 report (*April 3, 2024 'Motion for Judicial Notice' Exhibit Sa p.120*)

Another significant revelation lies in the highly technical manner in which the Trojansky / Netflix patent application was written, which indirectly serves to prove that not only is the defendant 'competent', but highly competent, due to the fact that he had to read through the application multiple times upon first discovering it before he was even able to realize that it was for the exact same technology as his patent. The fact that he arrived at this conclusion, had it confirmed by his patent attorney, and his name is now at the top of the granted Netflix patent might cause a logical and impartial person to ask themselves a question such as "If it has now been proven that a substantial amount of the defendant's claims, initially determined to be 'delusional' and indicative of an underlying

Exhibit I | Index 09 | p. 5          Page 8 of 148          Add. 5

'Unspecified Schizophrenia Spectrum and Other Psychotic Disorder (primary)' are in fact all true then what other claims made by the defendant might also actually be based in reality?"

A rather telling juxtaposition to the issues surrounding the highly technological concepts, reading comprehension, and the high level of competency and understanding necessary for one to be able to accurately navigate the many complexities, which the defendant very clearly has, would be the following verbatim excerpt from Dr. Jill Rogstad's report, which is part of the paragraph that directly follows her 'official' clinical diagnosis of the defendant:

> "On this point, the limits of my expertise in relation to technology matters must be acknowledged, as I lack the specialized training in this field to analyze the defendant's reported invention, patent, or any existing technology it resembles. I tried to consult without success with Mr. Guertin's patent attorney to verify any realistic factors underpinning his assertions. Nevertheless, even if the technological aspects of the defendant's statements prove true (i.e., that he has a viable technology that was introduced by others after he received his patent), his views remain consistent with delusions."

> (*April 3, 2024 'Motion for Judicial Notice' Exhibit Sa p.122*)

**Exhibit Aj:**

**Dropbox File Detail:  Granted Patent Claims**

A single page document detailing the granted patent claims in defendant's now granted US Patent 11,577,177

(*April 3, 2024 'Motion for Judicial Notice' Exhibit Oa p.89*)

Exhibit I | Index 09 | p. 6          Page 9 of 148          Add. 6

# Re: Matt Guertin Patent / Netflix Patent



From mattguertin <MattGuertin@protonmail.com>

To      Bruce Rivers<riverslawyers@aol.com>

Date    Friday, November 11th, 2022 at 7:53 AM

My provisional application was filed on March 19th, 2021
Trojansky/Netflix was filed on March 31st, 2021

I win

Sent with Proton Mail secure email.

## EMAIL HEADER -

In-Reply-To: <yqLl2xdNp0Mrua-UDPF2YVUlgDyy5zDDNcaP8PMxwxP-Wwx0HcnZM1id2dS25yXLhL
K6rp2YyEPrLt9VHF_hDi7dRQO2wvEDEgpjjISN-3A=@protonmail.com>
References: <yqLl2xdNp0Mrua-UDPF2YVUlgDyy5zDDNcaP8PMxwxP-Wwx0HcnZM1id2dS25yXLhL
K6rp2YyEPrLt9VHF_hDi7dRQO2wvEDEgpjjISN-3A=@protonmail.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Matt Guertin Patent / Netflix Patent
To: riverslawyers@aol.com <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 11 Nov 2022 13:53:23 +0000
Mime-Version: 1.0
Content-Type: text/html
Message-Id: <←gyGuVOu4GS94byAlb3wxujO-0ByYtvetj7ppazaWhPODu9iyncXpQh0B4DEvMIMKM6sj
DWSIfSSH-A5fgiU_QocPUMnLThA7P8TUhm1vUY=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Fri, 11 Nov 2022 13:53:03 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit I | Index 09 | p. 7        Page 74 of 148        Add. 7

# Re: Matt Guertin Patent / Netflix Patent

From mattguertin <MattGuertin@protonmail.com>

To       Bruce Rivers<riverslawyers@aol.com>

Date    Friday, November 11th, 2022 at 7:57 AM

EXHIBIT
Am

Here is my portfolio website with all the projects I've worked on spanning 2008 - Current

www.MattGuertin.com

Sent with Proton Mail secure email.

## EMAIL HEADER -

In-Reply-To: <-gyGuVOu4GS94byAlb3wxujO-0ByYtvetj7ppazaWhPOdu9iyncXpQh0B4DEvMIMKM6sjDWSIfSSH-A5fgi
U_QocPUMnLThA7P8TUhm1vUY=@protonmail.com>
References: <yqLl2xdNp0Mrua-UDPF2YVUlgDyy5zDDNcaP8PMxwxP-Wwx0HcnZM1id2dS25yXLhLK6rp2YyEPrLt9VH
F_hDi7dRQO2wvEDEgpjjISN-3A=@protonmail.com>
  ←gyGuVOu4GS94byAlb3wxujO-0ByYtvetj7ppazaWhPOdu9iyncXpQh0B4DEvMIMKM6sjDWSIfSSH-A5fgiU_QocPUM
nLThA7P8TUhm1vUY=@protonmail.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Matt Guertin Patent / Netflix Patent
To: riverslawyers@aol.com <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 11 Nov 2022 13:57:40 +0000
Mime-Version: 1.0
Content-Type: text/html
Message-Id: <H7DXyic072clx559r96x1QSyW25u_zE0Fb4ShCPFItc8UnfBV3lpoWhZqky3s60svMQzLvppvr6wtCJ7gD2k
LWpbEi-O5lrnT9fyzfWU_iA=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Fri, 11 Nov 2022 13:57:27 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit I | Index 09 | p. 8          Page 75 of 148          Add. 8

## Bruce. You gotta help me get a bunch of eyes on this



From  mattguertin <MattGuertin@protonmail.com>

To     Bruce Rivers<riverslawyers@aol.com>

Date   Friday, January 13th, 2023 at 5:14 PM

Bruce,

This is happening in real-time right now. It is nuts. They are just editing the internet archive pages like it's the website for their family business.

It discredits the entire archive. Any cases which involved the archive get reexamined. This is not the first time this has been done. There is obviously an system in place to do what is being done here.

Here is a link to all of the supporting files. It is 4.6gb - https://www.dropbox.com/s/6hqj7r8m7cdi9in /Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up.zip?dl=0

And I attached one of the data analysis spreadsheets I created - there are more in the download file. All you gotta do is open the spreadsheet. it is clear as day. Anyone understands it...even my mom.

Do you know any federal investigators or anyone that would be interested in investigating this? I am trying to figure out what to do

Thanks,

~Matt Guertin

Sent with Proton Mail secure email.

---

111.24 KB    1 file attached

DATA_ANALYSIS_ALL_WEB_FILES_tutorials_how-to-film-models.xlsx          111.24 KB

Exhibit I | Index 09 | p. 9          Page 76 of 148          Add. 9

## EMAIL PGP HEADER -

X-Pm-Content-Encryption: on-compose
X-Pm-Origin: internal
Subject: Bruce. You gotta help me get a bunch of eyes on this
To: riverslawyers@aol.com <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 13 Jan 2023 23:14:45 +0000
Mime-Version: 1.0
Content-Type: text/html
X-Attached: DATA_ANALYSIS_ALL_WEB_FILES_tutorials_how-to-film-models.xlsx
Message-Id: <zjR1giVrNJ8z_6CTUs3hKxDPHaOPtWfPQkv3EYgvkqCdaLNfi1bfCvjRadYBtfZB4-yeqHW0cgyJyfGV-rbM8BYjocpMk4eMYcJmNBgIvHE=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Fri, 13 Jan 2023 23:14:28 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit I | Index 09 | p. 10          Page 77 of 148          Add. 10

'DATA_ANALYSIS_ALL_WEB_FILES_tutorials_how-to-film-models.xlsx'
screen captures of the spreadsheet attached to Jan 13, 2023 Bruce Rivers email



Exhibit I | Index 09 | p. 11          Page 78 of 148          Add. 11



| Folder Download Link | Claimed Archive Date | Internal Archive Date | Collection Date | File that generated 'Internal Archive Date' footer | File Path / Wayback URL / Download Link |
|---|---|---|---|---|---|
| | **12/6/2022** | 2/18/2018 18:41 | 1/11/2023 13:09 | iMAWebCookie.js.download | **\FULL WEB PAGE COLLECTIONS\2023-01-11__Some_More_Groups\tutorials_how-to-film-models\20221206165254_files** https://web.archive.org/web/20221206165254/https://www.photorobot.com/tutorials/how-to-film-models |
| | 12/6/2022 16:52 | 9/5/2018 23:19 | 1/11/2023 13:09 | gtm.js.download | |
| | 12/6/2022 16:52 | 9/5/2018 23:19 | 1/11/2023 13:09 | analytics.js.download | |
| | 12/6/2022 16:52 | 9/5/2018 23:19 | 1/11/2023 13:09 | f.txt | |
| | 12/6/2022 16:52 | 9/5/2018 23:21 | 1/11/2023 13:09 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download | |
| Once we get to December and beyond the dates are no longer mismatched because this is where all of the other pages are being copied from as we can see by the internally reported dates - EXCEPT - there are still instances where new Wayback snapshots of a page made in Dec/Jan are referencing a date either in the past or future by a small amount. This means that when someone saves a new 'archive' of a page they are not actually viewing a snapshot of PhotoRobot.com but instead are just being served a pre-determined duplicate whose public facing archive date is updated to make it appear authentic. | 12/6/2022 16:52 | 12/6/2022 4:56 | 1/11/2023 13:10 | init.4b711a99674eb3bacba2.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 11:30 | 1/11/2023 13:10 | recorder.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 12:47 | 1/11/2023 13:11 | embed.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 12:59 | 1/11/2023 13:08 | ad_status.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 13:25 | 1/11/2023 13:10 | cast_sender.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 14:30 | 1/11/2023 13:11 | remote.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:09 | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-player.css | |
| | 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-embed-player.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:10 | base.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:10 | fetch-polyfill.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | photorobot.24bac4972.css | |
| | 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:07 | photorobot(1).css | |
| | 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | photorobot.f8c71148f.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | jquery-3.5.1.min.dc5e7f18c8.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | css | |
| | 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | places.js@1.16.4 | |
| | 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:07 | photorobot.css | |
| | 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | lg-menu.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | photorobot.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 16:39 | 1/11/2023 13:08 | webfont.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 16:43 | 1/11/2023 13:10 | recaptcha__en.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 16:44 | 1/11/2023 13:08 | api.js.download | |
| | 12/6/2022 16:52 | 12/6/2022 17:03 | 1/11/2023 13:08 | swiper-bundle.min.js.download | |
| | 12/6/2022 16:52 | **12/26/2022** | 1/11/2023 13:10 | **cast_sender.js(1).download** | |

**WebArchive / PhotoRobot FRAUD Analysis Shared Folder -** https://drive.proton.me/urls/9TQT4QA0F4#xsXFDjyKKYBw

| Folder Download Link | Claimed Archive Date | Internal Archive Date | Collection Date | File that generated 'Internal Archive Date' footer | File Path / Wayback URL / Download Link |
|---|---|---|---|---|---|
| | **12/14/2022** | 2/18/2018 18:41 | 1/11/2023 13:09 | iMAWebCookie.js.download | **\FULL WEB PAGE COLLECTIONS\2023-01-11__Some_More_Groups\tutorials_how-to-film-models\20221214172805_files** https://web.archive.org/web/20221214172805/https://www.photorobot.com/tutorials/how-to-film-models |
| | 12/14/2022 17:28 | 9/5/2018 23:19 | 1/11/2023 13:09 | gtm.js.download | |
| | 12/14/2022 17:28 | 9/5/2018 23:19 | 1/11/2023 13:09 | analytics.js.download | |
| | 12/14/2022 17:28 | 9/5/2018 23:19 | 1/11/2023 13:09 | f.txt | |
| | 12/14/2022 17:28 | 9/5/2018 23:21 | 1/11/2023 13:09 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download | |
| For this particular page group it appears that the closer we get to the current day the more correct matches we get for the date. The fact that this same pattern happens for every group of Wayback page saves proves it is an intentional manipulation. If it was a programming error of some sort one would expect it to also happen to current pages as well instead of only pages saved before December, 2022. Compared to other archived webpages on Wayback (ones which I made sure were also created with 'Webflow' software like PhotoRobot is) - PHOTOROBOT IS THE ONLY ARCHIVED PAGES WHICH HAVE MISMATCHED DATES THAT ARE IN THE FUTURE | 12/14/2022 17:28 | 12/14/2022 9:24 | 1/11/2023 12:50 | init.7ace25de36e7962a068d.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:23 | 1/11/2023 13:08 | webfont.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:09 | swiper-bundle.min.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot.f8c71148f.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot.a7dbde8db.css | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot(1).css | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | lg-menu.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:09 | jquery-3.5.1.min.dc5e7f18c8.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | css | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | places.js@1.16.4 | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot.css | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:10 | recorder.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:10 | init.5bdedbe88a440799f79e.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:09 | recaptcha__en.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:08 | www-player.css | |
| | 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:08 | base.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:09 | remote.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:09 | cast_sender.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:09 | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:08 | api.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:08 | fetch-polyfill.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:09 | ad_status.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:08 | www-embed-player.js.download | |
| | 12/14/2022 17:28 | 12/14/2022 18:53 | 1/11/2023 13:09 | embed.js.download | |
| | 12/14/2022 17:28 | **12/26/2022** | 1/11/2023 13:10 | **cast_sender.js(1).download** | |

| Folder Download Link | Claimed Archive Date | Internal Archive Date | Collection Date | File that generated 'Internal Archive Date' footer | File Path / Wayback URL / Download Link |
|---|---|---|---|---|---|
| | **12/30/2022** | 2/18/2018 18:41 | 1/11/2023 13:09 | iMAWebCookie.js.download | **\FULL WEB PAGE COLLECTIONS\2023-01-11__Some_More_Groups\tutorials_how-to-film-models\20221230121110_files** https://web.archive.org/web/20221230121110/https://www.photorobot.com/tutorials/how-to-film-models |
| | 12/30/2022 12:11 | 9/5/2018 23:19 | 1/11/2023 13:09 | gtm.js.download | |
| | 12/30/2022 12:11 | 9/5/2018 23:19 | 1/11/2023 13:09 | analytics.js.download | |
| | 12/30/2022 12:11 | 9/5/2018 23:19 | 1/11/2023 13:09 | f.txt | |
| | 12/30/2022 12:11 | 9/5/2018 23:21 | 1/11/2023 13:09 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download | |
| | 12/30/2022 12:11 | **12/26/2022** | 1/11/2023 13:10 | **cast_sender.js(1).download** | |
| | 12/30/2022 12:11 | 12/30/2022 8:38 | 1/11/2023 13:08 | photorobot.css | |
| | 12/30/2022 12:11 | 12/30/2022 8:38 | 1/11/2023 13:08 | jquery-3.5.1.min.dc5e7f18c8.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 8:38 | 1/11/2023 13:08 | photorobot.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 8:38 | 1/11/2023 13:08 | photorobot.f8c71148f.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 11:17 | 1/11/2023 13:08 | photorobot(1).css | |
| | 12/30/2022 12:11 | 12/30/2022 11:17 | 1/11/2023 13:08 | css | |
| | 12/30/2022 12:11 | 12/30/2022 11:17 | 1/11/2023 13:08 | places.js@1.16.4 | |
| | 12/30/2022 12:11 | 12/30/2022 11:17 | 1/11/2023 13:08 | lg-menu.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 11:35 | 1/11/2023 13:11 | recorder.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 11:49 | 1/11/2023 13:08 | photorobot.add9f40f2.css | |
| | 12/30/2022 12:11 | 12/30/2022 12:09 | 1/11/2023 13:08 | base.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:09 | 1/11/2023 13:08 | www-player.css | |
| | 12/30/2022 12:11 | 12/30/2022 12:09 | 1/11/2023 13:08 | www-embed-player.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:09 | 1/11/2023 13:08 | fetch-polyfill.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:11 | 1/11/2023 13:09 | ad_status.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:14 | 1/11/2023 13:10 | recaptcha__en.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:14 | 1/11/2023 13:08 | api.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:14 | 1/11/2023 13:09 | ayf-ZXn06Q-bf2kvL7HvZn-6GmgIdMcaNWCzb_-s5mI.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:15 | 1/11/2023 13:08 | webfont.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:32 | 1/11/2023 13:08 | swiper-bundle.min.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:48 | 1/11/2023 13:09 | remote.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 12:48 | 1/11/2023 13:09 | cast_sender.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 13:23 | 1/11/2023 12:51 | init.c022d6610d58297d7c5a.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 13:23 | 1/11/2023 13:11 | init.7171b9a4c8e511f032f0.js.download | |
| | 12/30/2022 12:11 | 12/30/2022 15:17 | 1/11/2023 13:09 | embed.js.download | |

Filed in District Court
State of Minnesota
5/10/2024 2:59 PM

**WebArchive / PhotoRobot FRAUD Analysis Shared Folder -** https://drive.proton.me/urls/9TQT4QA0F4#xsXFDjyKKYBw

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|

https://web.archive.org/web/20220122020654/https://www.photorobot.com/tutorials/how-to-film-models

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|
| 1/11/2023 13:09 | **1/22/2022** | 2/18/2018 18:41 | iMAWebCookie.js.download |
| 1/11/2023 13:09 | 1/22/2022 2:06 | 9/5/2018 23:19 | analytics.js.download |
| 1/11/2023 13:09 | 1/22/2022 2:06 | 9/5/2018 23:19 | gtm.js.download |
| 1/11/2023 13:09 | 1/22/2022 2:06 | 9/5/2018 23:19 | f.txt |
| 1/11/2023 13:09 | 1/22/2022 2:06 | 9/5/2018 23:21 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 1/11/2023 13:07 | 1/22/2022 2:06 | 12/29/2021 16:40 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 1/11/2023 13:07 | 1/22/2022 2:06 | 1/12/2022 18:33 | photorobot.css |
| 1/11/2023 13:07 | 1/22/2022 2:06 | 1/20/2022 21:46 | places.js@1.16.4 |
| 1/11/2023 13:07 | 1/22/2022 2:06 | 1/22/2022 2:07 | webfont.js.download |
| 1/11/2023 13:09 | 1/22/2022 2:06 | 1/22/2022 2:49 | recorder.js.download |
| 1/11/2023 13:07 | 1/22/2022 2:06 | 2/1/2022 9:25 | lg-menu.js.download |
| 1/11/2023 13:07 | 1/22/2022 2:06 | 2/22/2022 11:14 | css |
| 1/11/2023 13:11 | 1/22/2022 2:06 | **12/6/2022 12:47** | embed.js.download |
| 1/11/2023 13:08 | 1/22/2022 2:06 | **12/6/2022 12:59** | ad_status.js.download |
| 1/11/2023 13:10 | 1/22/2022 2:06 | **12/6/2022 13:25** | cast_sender.js.download |
| 1/11/2023 13:11 | 1/22/2022 2:06 | **12/6/2022 14:30** | remote.js.download |
| 1/11/2023 13:11 | 1/22/2022 2:06 | 12/6/2022 14:36 | q4EVMIlCb0o.html |
| 1/11/2023 13:09 | 1/22/2022 2:06 | **12/6/2022 14:38** | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 1/11/2023 13:10 | 1/22/2022 2:06 | **12/6/2022 14:38** | www-player.css |
| 1/11/2023 13:10 | 1/22/2022 2:06 | **12/6/2022 14:38** | www-embed-player.js.download |
| 1/11/2023 13:10 | 1/22/2022 2:06 | **12/6/2022 14:38** | base.js.download |
| 1/11/2023 13:10 | 1/22/2022 2:06 | **12/6/2022 14:38** | fetch-polyfill.js.download |
| 1/11/2023 13:07 | 1/22/2022 2:06 | 12/9/2022 4:46 | photorobot.558b6c12f.css |

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|

https://web.archive.org/web/20220811050912/https://www.photorobot.com/tutorials/how-to-film-models

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|
| 1/11/2023 13:09 | **8/11/2022** | 2/18/2018 18:41 | iMAWebCookie.js.download |
| 1/11/2023 13:09 | 8/11/2022 5:09 | 9/5/2018 23:19 | analytics.js.download |
| 1/11/2023 13:09 | 8/11/2022 5:09 | 9/5/2018 23:19 | gtm.js.download |
| 1/11/2023 13:09 | 8/11/2022 5:09 | 9/5/2018 23:19 | f.txt |
| 1/11/2023 13:09 | 8/11/2022 5:09 | 9/5/2018 23:21 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 1/11/2023 13:07 | 8/11/2022 5:09 | 6/15/2022 12:03 | css |
| 1/11/2023 13:07 | 8/11/2022 5:09 | 7/6/2022 21:08 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 1/11/2023 13:07 | 8/11/2022 5:09 | 7/6/2022 21:08 | photorobot(1).css |
| 1/11/2023 13:08 | 8/11/2022 5:09 | 7/6/2022 21:08 | photorobot.js.download |
| 1/11/2023 13:10 | 8/11/2022 5:09 | 8/11/2022 0:52 | main-20220808093649.js.download |
| 1/11/2023 13:08 | 8/11/2022 5:09 | 8/11/2022 1:26 | places.js@1.16.4 |
| 1/11/2023 13:10 | 8/11/2022 5:09 | 8/11/2022 4:26 | recorder.js.download |
| 1/11/2023 13:09 | 8/11/2022 5:09 | 8/11/2022 5:09 | recaptcha__en.js.download |
| 1/11/2023 13:07 | 8/11/2022 5:09 | 8/11/2022 5:09 | api.js.download |
| 1/11/2023 13:07 | 8/11/2022 5:09 | 8/11/2022 5:15 | webfont.js.download |
| 1/11/2023 13:08 | 8/11/2022 5:09 | 9/9/2022 0:25 | lg-menu.js.download |
| 1/11/2023 13:11 | 8/11/2022 5:09 | **12/6/2022 12:47** | embed.js.download |
| 1/11/2023 13:08 | 8/11/2022 5:09 | **12/6/2022 12:59** | ad_status.js.download |
| 1/11/2023 13:10 | 8/11/2022 5:09 | **12/6/2022 13:25** | cast_sender.js.download |
| 1/11/2023 13:11 | 8/11/2022 5:09 | **12/6/2022 14:30** | remote.js.download |
| 1/11/2023 13:09 | 8/11/2022 5:09 | **12/6/2022 14:38** | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 1/11/2023 13:10 | 8/11/2022 5:09 | **12/6/2022 14:38** | www-player.css |
| 1/11/2023 13:10 | 8/11/2022 5:09 | **12/6/2022 14:38** | www-embed-player.js.download |
| 1/11/2023 13:10 | 8/11/2022 5:09 | **12/6/2022 14:38** | base.js.download |
| 1/11/2023 13:10 | 8/11/2022 5:09 | **12/6/2022 14:38** | fetch-polyfill.js.download |
| 1/11/2023 13:07 | 8/11/2022 5:09 | 12/8/2022 12:58 | photorobot.143c9dbd5.css |
| 1/11/2023 13:07 | 8/11/2022 5:09 | **12/8/2022** | **photorobot.d9b0dabce.js.download** |
| 1/11/2023 13:07 | 8/11/2022 5:09 | 12/9/2022 4:51 | photorobot.css |
| 1/11/2023 13:10 | 8/11/2022 5:09 | 12/26/2022 9:27 | cast_sender.js(1).download |

**d9b0dabce - It appears a different ID is required for each date when fraudulent**

https://web.archive.org/web/20221130101247/https://www.photorobot.com/tutorials/how-to-film-models

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|
| 1/11/2023 13:09 | **11/30/2022** | 2/18/2018 18:41 | iMAWebCookie.js.download |
| 1/11/2023 13:09 | 11/30/2022 10:12 | 9/5/2018 23:19 | analytics.js.download |
| 1/11/2023 13:09 | 11/30/2022 10:12 | 9/5/2018 23:19 | gtm.js.download |
| 1/11/2023 13:09 | 11/30/2022 10:12 | 9/5/2018 23:19 | f.txt |
| 1/11/2023 13:09 | 11/30/2022 10:12 | 9/5/2018 23:21 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 1/11/2023 13:10 | 11/30/2022 10:12 | 11/30/2022 6:08 | init.462db28866d53d1d25a1.js.download |
| 1/11/2023 13:09 | 11/30/2022 10:12 | 11/30/2022 8:21 | recaptcha__en.js.download |
| 1/11/2023 13:08 | 11/30/2022 10:12 | 11/30/2022 9:07 | places.js@1.16.4 |
| 1/11/2023 13:08 | 11/30/2022 10:12 | 11/30/2022 9:55 | swiper-bundle.min.js.download |
| 1/11/2023 13:07 | 11/30/2022 10:12 | 11/30/2022 10:14 | api.js.download |
| 1/11/2023 13:07 | 11/30/2022 10:12 | 11/30/2022 10:14 | webfont.js.download |
| 1/11/2023 13:10 | 11/30/2022 10:12 | 11/30/2022 10:24 | recorder.js.download |
| 1/11/2023 13:13 | 11/30/2022 10:12 | 11/30/2022 20:05 | init.5dabd06018ee84294200.js.download |
| 1/11/2023 13:11 | 11/30/2022 10:12 | **12/6/2022 12:47** | embed.js.download |
| 1/11/2023 13:08 | 11/30/2022 10:12 | **12/6/2022 12:59** | ad_status.js.download |
| 1/11/2023 13:10 | 11/30/2022 10:12 | **12/6/2022 13:25** | cast_sender.js.download |
| 1/11/2023 13:11 | 11/30/2022 10:12 | **12/6/2022 14:30** | remote.js.download |
| 1/11/2023 13:09 | 11/30/2022 10:12 | **12/6/2022 14:38** | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 1/11/2023 13:10 | 11/30/2022 10:12 | **12/6/2022 14:38** | www-player.css |
| 1/11/2023 13:10 | 11/30/2022 10:12 | **12/6/2022 14:38** | www-embed-player.js.download |
| 1/11/2023 13:10 | 11/30/2022 10:12 | **12/6/2022 14:38** | base.js.download |
| 1/11/2023 13:10 | 11/30/2022 10:12 | **12/6/2022 14:38** | fetch-polyfill.js.download |
| 1/11/2023 13:07 | 11/30/2022 10:12 | 12/6/2022 15:04 | photorobot(1).css |
| 1/11/2023 13:08 | 11/30/2022 10:12 | 12/6/2022 15:04 | css |
| 1/11/2023 13:08 | 11/30/2022 10:12 | 12/6/2022 15:04 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 1/11/2023 13:08 | 11/30/2022 10:12 | 12/6/2022 15:04 | lg-menu.js.download |
| 1/11/2023 13:07 | 11/30/2022 10:12 | 12/6/2022 15:04 | photorobot.css |
| 1/11/2023 13:08 | 11/30/2022 10:12 | 12/6/2022 15:04 | photorobot.js.download |
| 1/11/2023 13:10 | 11/30/2022 10:12 | 12/26/2022 9:27 | cast_sender.js(1).download |
| 1/11/2023 13:07 | 11/30/2022 10:12 | 1/9/2023 16:52 | photorobot.fbedc2a48.css |
| 1/11/2023 13:08 | 11/30/2022 10:12 | **1/9/2023** | **photorobot.08e9e9993.js.download** |

**08e9e9993 - It appears a different ID is required for each date when fraudulent**

MINNESOTA JUDICIAL BRANCH



Filed in District Court
State of Minnesota
5/16/2024 2:59 PM

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|

https://web.archive.org/web/20221206165254/https://www.photorobot.com/tutorials/how-to-film-models

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|
| 1/11/2023 13:09 | **12/6/2022** | 2/18/2018 18:41 | iMAWebCookie.js.download |
| 1/11/2023 13:09 | 12/6/2022 16:52 | 9/5/2018 23:19 | analytics.js.download |
| 1/11/2023 13:09 | 12/6/2022 16:52 | 9/5/2018 23:19 | gtm.js.download |
| 1/11/2023 13:09 | 12/6/2022 16:52 | 9/5/2018 23:19 | f.txt |
| 1/11/2023 13:09 | 12/6/2022 16:52 | 9/5/2018 23:21 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 1/11/2023 13:10 | 12/6/2022 16:52 | 12/6/2022 4:56 | init.4b711a99674eb3bacba2.js.download |
| 1/11/2023 13:10 | 12/6/2022 16:52 | 12/6/2022 11:30 | recorder.js.download |
| 1/11/2023 13:11 | 12/6/2022 16:52 | **12/6/2022 12:47** | embed.js.download |
| 1/11/2023 13:08 | 12/6/2022 16:52 | **12/6/2022 12:59** | ad_status.js.download |
| 1/11/2023 13:10 | 12/6/2022 16:52 | **12/6/2022 13:25** | cast_sender.js.download |
| 1/11/2023 13:11 | 12/6/2022 16:52 | **12/6/2022 14:30** | remote.js.download |
| 1/11/2023 13:09 | 12/6/2022 16:52 | **12/6/2022 14:38** | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 1/11/2023 13:10 | 12/6/2022 16:52 | **12/6/2022 14:38** | www-player.css |
| 1/11/2023 13:10 | 12/6/2022 16:52 | **12/6/2022 14:38** | www-embed-player.js.download |
| 1/11/2023 13:10 | 12/6/2022 16:52 | **12/6/2022 14:38** | base.js.download |
| 1/11/2023 13:10 | 12/6/2022 16:52 | **12/6/2022 14:38** | fetch-polyfill.js.download |
| 1/11/2023 13:07 | 12/6/2022 16:52 | 12/6/2022 15:04 | photorobot(1).css |
| 1/11/2023 13:08 | 12/6/2022 16:52 | 12/6/2022 15:04 | photorobot.24bac4972.css |
| 1/11/2023 13:08 | 12/6/2022 16:52 | 12/6/2022 15:04 | css |
| 1/11/2023 13:08 | 12/6/2022 16:52 | 12/6/2022 15:04 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 1/11/2023 13:08 | 12/6/2022 | 12/6/2022 | **photorobot.f8c71148f.js.download** |
| 1/11/2023 13:08 | 12/6/2022 16:52 | 12/6/2022 15:04 | lg-menu.js.download |
| 1/11/2023 13:07 | 12/6/2022 16:52 | 12/6/2022 15:04 | photorobot.css |
| 1/11/2023 13:08 | 12/6/2022 16:52 | 12/6/2022 15:04 | places.js@1.16.4 |
| 1/11/2023 13:08 | 12/6/2022 16:52 | 12/6/2022 15:04 | photorobot.js.download |
| 1/11/2023 13:08 | 12/6/2022 16:52 | 12/6/2022 16:39 | webfont.js.download |
| 1/11/2023 13:10 | 12/6/2022 16:52 | 12/6/2022 16:43 | recaptcha__en.js.download |
| 1/11/2023 13:08 | 12/6/2022 16:52 | 12/6/2022 16:44 | api.js.download |

**f8c71148f - it appears the same ID can be used for different dates when legitimate**

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|

https://web.archive.org/web/20221214172805/https://www.photorobot.com/tutorials/how-to-film-models

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|
| 1/11/2023 13:09 | **12/14/2022** | 2/18/2018 18:41 | iMAWebCookie.js.download |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 9/5/2018 23:19 | analytics.js.download |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 9/5/2018 23:19 | gtm.js.download |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 9/5/2018 23:19 | f.txt |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 9/5/2018 23:21 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 1/11/2023 12:50 | 12/14/2022 17:28 | 12/14/2022 9:24 | init.7ace25de36e7962a068d.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:23 | webfont.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:27 | css |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 12/14/2022 17:27 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:27 | lg-menu.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:27 | photorobot(1).css |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:27 | photorobot.a7dbde8db.css |
| 1/11/2023 13:08 | 12/14/2022 | 12/14/2022 | **photorobot.f8c71148f.js.download** |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 12/14/2022 17:27 | swiper-bundle.min.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:27 | photorobot.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:27 | places.js@1.16.4 |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:27 | photorobot.css |
| 1/11/2023 13:10 | 12/14/2022 17:28 | 12/14/2022 17:27 | recorder.js.download |
| 1/11/2023 13:10 | 12/14/2022 17:28 | 12/14/2022 17:27 | init.5bdedbe88a440799f79e.js.download |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 12/14/2022 17:27 | recaptcha__en.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:28 | base.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:28 | www-player.css |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 12/14/2022 17:28 | remote.js.download |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 12/14/2022 17:28 | cast_sender.js.download |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 12/14/2022 17:28 | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:28 | api.js.download |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 12/14/2022 17:28 | ad_status.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:28 | fetch-polyfill.js.download |
| 1/11/2023 13:08 | 12/14/2022 17:28 | 12/14/2022 17:28 | www-embed-player.js.download |
| 1/11/2023 13:09 | 12/14/2022 17:28 | 12/14/2022 18:53 | embed.js.download |
| 1/11/2023 13:10 | 12/14/2022 17:28 | 12/26/2022 9:27 | cast_sender.js(1).download |

https://web.archive.org/web/20221230121110/https://www.photorobot.com/tutorials/how-to-film-models

| Collection Date | Claimed Archive Date | Internal Archive Date | File that contains 'Internal Archive Date' footer |
|---|---|---|---|
| 1/11/2023 13:09 | **12/30/2022** | 2/18/2018 18:41 | iMAWebCookie.js.download |
| 1/11/2023 13:09 | 12/30/2022 12:11 | 9/5/2018 23:19 | analytics.js.download |
| 1/11/2023 13:09 | 12/30/2022 12:11 | 9/5/2018 23:19 | gtm.js.download |
| 1/11/2023 13:09 | 12/30/2022 12:11 | 9/5/2018 23:19 | f.txt |
| 1/11/2023 13:09 | 12/30/2022 12:11 | 9/5/2018 23:21 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 1/11/2023 13:10 | 12/30/2022 12:11 | 12/26/2022 9:27 | cast_sender.js(1).download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 8:38 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 8:38 | photorobot.css |
| 1/11/2023 13:08 | 12/30/2022 | 12/30/2022 | **photorobot.f8c71148f.js.download** |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 8:38 | photorobot.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 11:17 | css |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 11:17 | photorobot(1).css |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 11:17 | lg-menu.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 11:17 | places.js@1.16.4 |
| 1/11/2023 13:11 | 12/30/2022 12:11 | 12/30/2022 11:35 | recorder.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 11:49 | photorobot.add9f40f2.css |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 12:09 | base.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 12:09 | fetch-polyfill.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 12:09 | www-embed-player.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 12:09 | www-player.css |
| 1/11/2023 13:09 | 12/30/2022 12:11 | 12/30/2022 12:11 | ad_status.js.download |
| 1/11/2023 13:10 | 12/30/2022 12:11 | 12/30/2022 12:14 | recaptcha__en.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 12:14 | api.js.download |
| 1/11/2023 13:09 | 12/30/2022 12:11 | 12/30/2022 12:14 | ayf-ZXn06Q-bf2kvL7HvZn-6GmgIdMcaNWCzb_-s5mI.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 12:15 | webfont.js.download |
| 1/11/2023 13:08 | 12/30/2022 12:11 | 12/30/2022 12:32 | swiper-bundle.min.js.download |
| 1/11/2023 13:09 | 12/30/2022 12:11 | 12/30/2022 12:48 | remote.js.download |
| 1/11/2023 13:09 | 12/30/2022 12:11 | 12/30/2022 12:48 | cast_sender.js.download |
| 1/11/2023 13:11 | 12/30/2022 12:11 | 12/30/2022 13:23 | init.7171b9a4c8e511f032f0.js.download |
| 1/11/2023 12:51 | 12/30/2022 12:11 | 12/30/2022 13:23 | init.c022d6610d58297d7c5a.js.download |
| 1/11/2023 13:09 | 12/30/2022 12:11 | 12/30/2022 15:17 | embed.js.download |

| Claimed Archive Date | Internal Archive Date | Collection Date | File that generated 'Internal Archive Date' |
|---|---|---|---|
| 1/22/2022 2:06 | 2/18/2018 18:41 | 1/11/2023 13:09 | iMAWebCookie.js.download |
| 1/22/2022 2:06 | 9/5/2018 23:19 | 1/11/2023 13:09 | gtm.js.download |
| 1/22/2022 2:06 | 9/5/2018 23:19 | 1/11/2023 13:09 | analytics.js.download |
| 1/22/2022 2:06 | 9/5/2018 23:19 | 1/11/2023 13:09 | f.txt |
| 1/22/2022 2:06 | 9/5/2018 23:21 | 1/11/2023 13:09 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 1/22/2022 2:06 | 12/29/2021 16:40 | 1/11/2023 13:07 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 1/22/2022 2:06 | 1/12/2022 18:33 | 1/11/2023 13:07 | photorobot.css |
| 1/22/2022 2:06 | 1/20/2022 21:46 | 1/11/2023 13:07 | places.js@1.16.4 |
| 1/22/2022 2:06 | 1/22/2022 2:07 | 1/11/2023 13:07 | webfont.js.download |
| 1/22/2022 2:06 | 1/22/2022 2:49 | 1/11/2023 13:09 | recorder.js.download |
| 1/22/2022 2:06 | 2/1/2022 9:25 | 1/11/2023 13:07 | lg-menu.js.download |
| 1/22/2022 2:06 | 2/22/2022 11:14 | 1/11/2023 13:07 | css |
| 1/22/2022 2:06 | 12/6/2022 12:47 | 1/11/2023 13:11 | embed.js.download |
| 1/22/2022 2:06 | 12/6/2022 12:59 | 1/11/2023 13:08 | ad_status.js.download |
| 1/22/2022 2:06 | 12/6/2022 13:25 | 1/11/2023 13:10 | cast_sender.js.download |
| 1/22/2022 2:06 | 12/6/2022 14:30 | 1/11/2023 13:11 | remote.js.download |
| 1/22/2022 2:06 | 12/6/2022 14:36 | | q4EVMIlCb0o.html |
| 1/22/2022 2:06 | 12/6/2022 14:38 | 1/11/2023 13:09 | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 1/22/2022 2:06 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-player.css |
| 1/22/2022 2:06 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-embed-player.js.download |
| 1/22/2022 2:06 | 12/6/2022 14:38 | 1/11/2023 13:10 | base.js.download |
| 1/22/2022 2:06 | 12/6/2022 14:38 | 1/11/2023 13:10 | fetch-polyfill.js.download |
| 1/22/2022 2:06 | 12/9/2022 4:46 | 1/11/2023 13:07 | photorobot.558b6c12f.css |
| 1/22/2022 2:06 | 12/9/2022 4:46 | 1/11/2023 13:07 | photorobot.7fa317b45.js.download |
| 1/22/2022 2:06 | 12/26/2022 9:27 | 1/11/2023 13:10 | cast_sender.js(1).download |

| Claimed Archive Date | Internal Archive Date | Collection Date | File that generated 'Internal Archive Date' |
|---|---|---|---|
| 8/11/2022 5:09 | 2/18/2018 18:41 | 1/11/2023 13:09 | iMAWebCookie.js.download |
| 8/11/2022 5:09 | 9/5/2018 23:19 | 1/11/2023 13:09 | analytics.js.download |
| 8/11/2022 5:09 | 9/5/2018 23:19 | 1/11/2023 13:09 | gtm.js.download |
| 8/11/2022 5:09 | 9/5/2018 23:19 | 1/11/2023 13:09 | f.txt |
| 8/11/2022 5:09 | 9/5/2018 23:21 | 1/11/2023 13:09 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 8/11/2022 5:09 | 6/15/2022 12:03 | 1/11/2023 13:07 | css |
| 8/11/2022 5:09 | 7/6/2022 21:08 | 1/11/2023 13:07 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 8/11/2022 5:09 | 7/6/2022 21:08 | 1/11/2023 13:07 | photorobot(1).css |
| 8/11/2022 5:09 | 7/6/2022 21:08 | 1/11/2023 13:08 | photorobot.js.download |
| 8/11/2022 5:09 | 8/11/2022 0:52 | 1/11/2023 13:10 | main-20220808093649.js.download |
| 8/11/2022 5:09 | 8/11/2022 1:26 | 1/11/2023 13:08 | places.js@1.16.4 |
| 8/11/2022 5:09 | 8/11/2022 4:26 | 1/11/2023 13:10 | recorder.js.download |
| 8/11/2022 5:09 | 8/11/2022 5:09 | 1/11/2023 13:09 | recaptcha__en.js.download |
| 8/11/2022 5:09 | 8/11/2022 5:09 | 1/11/2023 13:07 | api.js.download |
| 8/11/2022 5:09 | 8/11/2022 5:15 | 1/11/2023 13:07 | webfont.js.download |
| 8/11/2022 5:09 | 9/9/2022 0:25 | 1/11/2023 13:08 | lg-menu.js.download |
| 8/11/2022 5:09 | 12/6/2022 12:47 | 1/11/2023 13:11 | embed.js.download |
| 8/11/2022 5:09 | 12/6/2022 12:59 | 1/11/2023 13:08 | ad_status.js.download |
| 8/11/2022 5:09 | 12/6/2022 13:25 | 1/11/2023 13:10 | cast_sender.js.download |
| 8/11/2022 5:09 | 12/6/2022 14:30 | 1/11/2023 13:11 | remote.js.download |
| 8/11/2022 5:09 | 12/6/2022 14:38 | 1/11/2023 13:09 | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 8/11/2022 5:09 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-player.css |
| 8/11/2022 5:09 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-embed-player.js.download |
| 8/11/2022 5:09 | 12/6/2022 14:38 | 1/11/2023 13:10 | base.js.download |
| 8/11/2022 5:09 | 12/6/2022 14:38 | 1/11/2023 13:10 | fetch-polyfill.js.download |
| 8/11/2022 5:09 | 12/8/2022 12:58 | 1/11/2023 13:07 | photorobot.143c9dbd5.css |
| 8/11/2022 5:09 | 12/8/2022 12:58 | 1/11/2023 13:07 | photorobot.d9b0dabce.js.download |
| 8/11/2022 5:09 | 12/9/2022 4:51 | 1/11/2023 13:07 | photorobot.css |
| 8/11/2022 5:09 | 12/26/2022 9:27 | 1/11/2023 13:10 | cast_sender.js(1).download |

Exhibit I | Index 09 | p. 15          Page 82 of 148          Add. 15

| Claimed Archive Date | Internal Archive Date | Collection Date | File that generated 'Internal Archive Date' |
|---|---|---|---|
| 11/30/2022 10:12 | 2/18/2018 18:41 | 1/11/2023 13:09 | iMAWebCookie.js.download |
| 11/30/2022 10:12 | 9/5/2018 23:19 | 1/11/2023 13:09 | gtm.js.download |
| 11/30/2022 10:12 | 9/5/2018 23:19 | 1/11/2023 13:09 | analytics.js.download |
| 11/30/2022 10:12 | 9/5/2018 23:19 | 1/11/2023 13:09 | f.txt |
| 11/30/2022 10:12 | 9/5/2018 23:21 | 1/11/2023 13:09 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 11/30/2022 10:12 | 11/30/2022 6:08 | 1/11/2023 13:10 | init.462db28866d53d1d25a1.js.download |
| 11/30/2022 10:12 | 11/30/2022 8:21 | 1/11/2023 13:10 | recaptcha__en.js.download |
| 11/30/2022 10:12 | 11/30/2022 9:07 | 1/11/2023 13:08 | places.js@1.16.4 |
| 11/30/2022 10:12 | 11/30/2022 9:55 | 1/11/2023 13:08 | swiper-bundle.min.js.download |
| 11/30/2022 10:12 | 11/30/2022 10:14 | 1/11/2023 13:07 | webfont.js.download |
| 11/30/2022 10:12 | 11/30/2022 10:14 | 1/11/2023 13:07 | api.js.download |
| 11/30/2022 10:12 | 11/30/2022 10:24 | 1/11/2023 13:10 | recorder.js.download |
| 11/30/2022 10:12 | 11/30/2022 20:05 | 1/11/2023 13:13 | init.5dabd06018ee84294200.js.download |
| 11/30/2022 10:12 | 12/6/2022 12:47 | 1/11/2023 13:11 | embed.js.download |
| 11/30/2022 10:12 | 12/6/2022 12:59 | 1/11/2023 13:08 | ad_status.js.download |
| 11/30/2022 10:12 | 12/6/2022 13:25 | 1/11/2023 13:10 | cast_sender.js.download |
| 11/30/2022 10:12 | 12/6/2022 14:30 | 1/11/2023 13:11 | remote.js.download |
| 11/30/2022 10:12 | 12/6/2022 14:38 | 1/11/2023 13:09 | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 11/30/2022 10:12 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-player.css |
| 11/30/2022 10:12 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-embed-player.js.download |
| 11/30/2022 10:12 | 12/6/2022 14:38 | 1/11/2023 13:10 | base.js.download |
| 11/30/2022 10:12 | 12/6/2022 14:38 | 1/11/2023 13:10 | fetch-polyfill.js.download |
| 11/30/2022 10:12 | 12/6/2022 15:04 | 1/11/2023 13:07 | photorobot(1).css |
| 11/30/2022 10:12 | 12/6/2022 15:04 | 1/11/2023 13:08 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 11/30/2022 10:12 | 12/6/2022 15:04 | 1/11/2023 13:08 | css |
| 11/30/2022 10:12 | 12/6/2022 15:04 | 1/11/2023 13:07 | photorobot.css |
| 11/30/2022 10:12 | 12/6/2022 15:04 | 1/11/2023 13:08 | lg-menu.js.download |
| 11/30/2022 10:12 | 12/6/2022 15:04 | 1/11/2023 13:08 | photorobot.js.download |
| 11/30/2022 10:12 | 12/26/2022 9:27 | 1/11/2023 13:10 | cast_sender.js(1).download |
| 11/30/2022 10:12 | 1/9/2023 16:52 | 1/11/2023 13:07 | photorobot.fbedc2a48.css |
| 11/30/2022 10:12 | 1/9/2023 16:52 | 1/11/2023 13:08 | photorobot.08e9e9993.js.download |

| Claimed Archive Date | Internal Archive Date | Collection Date | File that generated 'Internal Archive Date' |
|---|---|---|---|
| 12/6/2022 16:52 | 2/18/2018 18:41 | 1/11/2023 13:09 | iMAWebCookie.js.download |
| 12/6/2022 16:52 | 9/5/2018 23:19 | 1/11/2023 13:09 | gtm.js.download |
| 12/6/2022 16:52 | 9/5/2018 23:19 | 1/11/2023 13:09 | analytics.js.download |
| 12/6/2022 16:52 | 9/5/2018 23:19 | 1/11/2023 13:09 | f.txt |
| 12/6/2022 16:52 | 9/5/2018 23:21 | 1/11/2023 13:09 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 12/6/2022 16:52 | 12/6/2022 4:56 | 1/11/2023 13:10 | init.4b711a99674eb3bacba2.js.download |
| 12/6/2022 16:52 | 12/6/2022 11:30 | 1/11/2023 13:10 | recorder.js.download |
| 12/6/2022 16:52 | 12/6/2022 12:47 | 1/11/2023 13:11 | embed.js.download |
| 12/6/2022 16:52 | 12/6/2022 12:59 | 1/11/2023 13:08 | ad_status.js.download |
| 12/6/2022 16:52 | 12/6/2022 13:25 | 1/11/2023 13:10 | cast_sender.js.download |
| 12/6/2022 16:52 | 12/6/2022 14:30 | 1/11/2023 13:11 | remote.js.download |
| 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:09 | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-player.css |
| 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:10 | www-embed-player.js.download |
| 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:10 | base.js.download |
| 12/6/2022 16:52 | 12/6/2022 14:38 | 1/11/2023 13:10 | fetch-polyfill.js.download |
| 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | photorobot.24bac4972.css |
| 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:07 | photorobot(1).css |
| 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | photorobot.f8c71148f.js.download |
| 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | css |
| 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | places.js@1.16.4 |
| 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:07 | photorobot.css |
| 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | lg-menu.js.download |
| 12/6/2022 16:52 | 12/6/2022 15:04 | 1/11/2023 13:08 | photorobot.js.download |
| 12/6/2022 16:52 | 12/6/2022 16:39 | 1/11/2023 13:08 | webfont.js.download |
| 12/6/2022 16:52 | 12/6/2022 16:43 | 1/11/2023 13:10 | recaptcha__en.js.download |
| 12/6/2022 16:52 | 12/6/2022 16:44 | 1/11/2023 13:08 | api.js.download |
| 12/6/2022 16:52 | 12/6/2022 17:03 | 1/11/2023 13:08 | swiper-bundle.min.js.download |
| 12/6/2022 16:52 | 12/26/2022 9:27 | 1/11/2023 13:10 | cast_sender.js(1).download |

Exhibit I | Index 09 | p. 16          Page 83 of 148                    Add. 16

| Claimed Archive Date | Internal Archive Date | Collection Date | File that generated 'Internal Archive Date' |
|---|---|---|---|
| 12/14/2022 17:28 | 2/18/2018 18:41 | 1/11/2023 13:09 | iMAWebCookie.js.download |
| 12/14/2022 17:28 | 9/5/2018 23:19 | 1/11/2023 13:09 | gtm.js.download |
| 12/14/2022 17:28 | 9/5/2018 23:19 | 1/11/2023 13:09 | analytics.js.download |
| 12/14/2022 17:28 | 9/5/2018 23:19 | 1/11/2023 13:09 | f.txt |
| 12/14/2022 17:28 | 9/5/2018 23:21 | 1/11/2023 13:09 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 12/14/2022 17:28 | 12/14/2022 9:24 | 1/11/2023 12:50 | init.7ace25de36e7962a068d.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:23 | 1/11/2023 13:08 | webfont.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:09 | swiper-bundle.min.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot.f8c71148f.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot.a7dbde8db.css |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot(1).css |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | lg-menu.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | css |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | places.js@1.16.4 |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:08 | photorobot.css |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:10 | recorder.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:10 | init.5bdedbe88a440799f79e.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:27 | 1/11/2023 13:09 | recaptcha__en.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:08 | www-player.css |
| 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:08 | base.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:09 | remote.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:08 | cast_sender.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:09 | 98eZ1SvQKncrly_uxRv1pSvbmSGZ50EV24E3eut_s2o.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:08 | api.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:09 | fetch-polyfill.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:09 | ad_status.js.download |
| 12/14/2022 17:28 | 12/14/2022 17:28 | 1/11/2023 13:09 | www-embed-player.js.download |
| 12/14/2022 17:28 | 12/14/2022 18:53 | 1/11/2023 13:09 | embed.js.download |
| 12/14/2022 17:28 | 12/26/2022 9:27 | 1/11/2023 13:10 | cast_sender.js(1).download |

| Claimed Archive Date | Internal Archive Date | Collection Date | File that generated 'Internal Archive Date' |
|---|---|---|---|
| 12/30/2022 12:11 | 2/18/2018 18:41 | 1/11/2023 13:09 | iMAWebCookie.js.download |
| 12/30/2022 12:11 | 9/5/2018 23:19 | 1/11/2023 13:09 | gtm.js.download |
| 12/30/2022 12:11 | 9/5/2018 23:19 | 1/11/2023 13:09 | analytics.js.download |
| 12/30/2022 12:11 | 9/5/2018 23:19 | 1/11/2023 13:09 | f.txt |
| 12/30/2022 12:11 | 9/5/2018 23:21 | 1/11/2023 13:09 | 2bb54a1e-9217-4fa1-9f84-b9fe0a7de960.js.download |
| 12/30/2022 12:11 | 12/26/2022 9:27 | 1/11/2023 13:10 | cast_sender.js(1).download |
| 12/30/2022 12:11 | 12/30/2022 8:38 | 1/11/2023 13:08 | photorobot.css |
| 12/30/2022 12:11 | 12/30/2022 8:38 | 1/11/2023 13:08 | jquery-3.5.1.min.dc5e7f18c8.js.download |
| 12/30/2022 12:11 | 12/30/2022 8:38 | 1/11/2023 13:08 | photorobot.js.download |
| 12/30/2022 12:11 | 12/30/2022 8:38 | 1/11/2023 13:08 | photorobot.f8c71148f.js.download |
| 12/30/2022 12:11 | 12/30/2022 11:17 | 1/11/2023 13:08 | photorobot(1).css |
| 12/30/2022 12:11 | 12/30/2022 11:17 | 1/11/2023 13:08 | css |
| 12/30/2022 12:11 | 12/30/2022 11:17 | 1/11/2023 13:08 | places.js@1.16.4 |
| 12/30/2022 12:11 | 12/30/2022 11:17 | 1/11/2023 13:08 | lg-menu.js.download |
| 12/30/2022 12:11 | 12/30/2022 11:35 | 1/11/2023 13:11 | recorder.js.download |
| 12/30/2022 12:11 | 12/30/2022 11:49 | 1/11/2023 13:08 | photorobot.add9f40f2.css |
| 12/30/2022 12:11 | 12/30/2022 12:09 | 1/11/2023 13:08 | base.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:09 | 1/11/2023 13:08 | www-player.css |
| 12/30/2022 12:11 | 12/30/2022 12:09 | 1/11/2023 13:09 | www-embed-player.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:11 | 1/11/2023 13:09 | fetch-polyfill.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:11 | 1/11/2023 13:09 | ad_status.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:14 | 1/11/2023 13:10 | recaptcha__en.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:14 | 1/11/2023 13:09 | api.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:14 | 1/11/2023 13:09 | ayf-ZXn06Q-bf2kvL7HvZn-6GmgIdMcaNWCzb_-s5mI.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:15 | 1/11/2023 13:08 | webfont.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:32 | 1/11/2023 13:08 | swiper-bundle.min.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:48 | 1/11/2023 13:09 | remote.js.download |
| 12/30/2022 12:11 | 12/30/2022 12:48 | 1/11/2023 13:08 | cast_sender.js.download |
| 12/30/2022 12:11 | 12/30/2022 13:23 | 1/11/2023 12:51 | init.c022d6610d58297d7c5a.js.download |
| 12/30/2022 12:11 | 12/30/2022 13:23 | 1/11/2023 13:11 | init.7171b9a4c8e511f032f0.js.download |
| 12/30/2022 12:11 | 12/30/2022 15:17 | 1/11/2023 13:09 | embed.js.download |

Exhibit I | Index 09 | p. 17          Page 84 of 148          Add. 17

Filed in District Court
State of Minnesota
5/6/2024 2:59 PM

/Data_Analysis_and_Files_Proving_Fraud_at_Internet_Archive_1up/2022-12-15_through_2022-12-20_FIRST_FULL_COLLECT/
# NOTES_AND_BACKGROUND.txt

**Last Modified Time / Date : January 11, 2023 – 5:26am**

**Text below line copied and pasted from 'NOTES_AND_BACKGROUND.txt'**

Original text file and additional fraud analysis documents shared here:
https://drive.proton.me/urls/9TQT4QA0F4#xsXFDjyKKYBw

--------------------------------------------------------------------------------------------------------------------------------

This was my first go at collecting and saving the full HTML for different date periods of the same pages on the wayback machine.

I was focused only on specific dates at this time - those being the pages saved either before or right around the same time that I filed my patent application, the current / most recent pages I had saved on December 9th when I signed up for an account and snapped the entire PhotoRobot website, and the most recent page saves available prior to my December 9th save which was either August 11th, 2022 or May 21st/22nd, 2022 in all cases

So 3 main dates of focus - and then out of nowhere all of the September 2022 saves appeared. I thought it was really odd at first and I was almost certain I did not see any September dates saved and that I would've noticed but I thought to myself that maybe I was just so focused on those other dates that maybe the initial pages I started with were not included with the September saves (as it is not all pages - only specific pages) and I didn't notice once I started the boring task of clicking and saving each page one by one. Even though I could've sworn there was no September dates I figured I better collect them as well - and besides - I noticed that even if they were nefariously added somehow that September 25th/26th was still after my patent application was published and became public knowledge which was on September 22nd, 2022 - but maybe they were aware of this and they were going to argue that 3 days of time would not have been enough to write and create all of those pages?

All of the actual save dates of these can be found in the folders - the main HTML pages have different save dates because I was messing around with a text and replace program I found and which I was using (at first..) for the purpose of getting the websites I was downloading to work offline as they made it intentionally difficult for this to occur by deactivating scrolling among other things. If you double click and open the html pages you will see that I got them working and I was stripping them down to the main elements as I was still mainly focused on language analysis at this point. That is the whole reason I was saving the whole HTML page at all initially is that I wanted to compare the change in language to

Exhibit I | Index 09 | p. 18          Page 92 of 148          Add. 18

determine what words they were adding and what words they were removing as they edited their website pages.

I included the text 'Find/Replace' program I've been using in the folder titled 'TEXT-FIND-REPLACE' and also included a text file which is basically a scratchpad of the various terms I was searching for and altering in any html files which contained any matching terms.

If you look at the dates for the September 25th/26th Wayback saves you will see that those were last and occurred on the 20th after everything else was already saved.

I was using various methods to try and cleanly extract just the text from the html pages. However once I had downloaded the full pages I also began doing folder dsearches for .jpg or .png and realized I also had a lot of additional information I could figure out from all of the image files I now had.

'PhotoRobot.com/blog' and 'PhotoRobot.com/tutorials' are the only pages on their site that include a 'Published On' date. I noticed they were heavily editing pages with a focus being on pages that were published before my provisional patent application filing date which was March 19th, 2021. It seemed to me that they were trying to create a false case of obviousness. I was under the impression that they were probably editing all of this and were going to contact the patent examiner but regardless it has always been my belief since first 'pulling on the string' that I haven't stopped pulling on since that no matter what may be happening their main intention 100% is to move as quickly as possible to bring a duplicate product to market and claim it as their original idea - all of which is based on lies and manipulation of a machine that has similarities to mine but which is now being made to look like it was the same thing all along with the same capabilities - or at least that that is the obvious direction PhotoRobot as a whole was headed all along even though that couldn't be further from the truth.



Exhibit I | Index 09 | p. 19        Page 93 of 148        Add. 19

Filed in District Court
State of Minnesota
5/16/2024 2:59 PM

## I found the other picture / Matthew D Guertin



From mattguertin <MattGuertin@protonmail.com>

To       Bruce Rivers<riverslawyers@aol.com>

Date    Tuesday, February 7th, 2023 at 2:22 AM

Bruce,

I wanted to send this to her so bad but I just wrote it all out and I'm sending to you instead.

This was the other stuff I told the mntka pd investigator Samantha Johnson about which she also chose to ignore....and why she literally doesnt want to talk to me anymore..... my welder showed these to me... the one that claimed he was in the CIA as well as the Marines....which might be entirely true and just an odd coincidence or maybe not. Either way just another small part of my story that sounds crazy - except for the fact that I have proof.

If it wasn't a coincidence and let's say that I was covertly steered towards contacting this person to weld my invention and he was part of all the weirdness and whatnot which caused me to become so scared when I started connecting all of the various dots it would almost certainly imply that he is connected to Netflix and that they knew about me and my patent long before my patent was ever published and before I knew about theirs.

It would also mean he would have a key to my apartment as I left my stuff (backpack with laptop, all of my keys, etc) unattended at times when I was welding stuff with him.

Could be a completely random coincidence though as I mentioned...he seemed cool, was a good welder, and helped me out...but it's still strange...just like everything else that was going on prior to the incident at my apartment.

I also attached the mntka police report I filed on 1/12/23 about a half hour after unsuccessfully attempting to talk to someone at the FBI building in Brooklyn Center.

------------------------------------------------------------------

Samantha,

I just figured I'd share the missing picture with you in regards to the special ops wireless ptz throw cameras I mentioned.

That's the aluminum 'floor base' piece for my "Motorized Rotatable Treadmill and System For Creating The Illusion of Movement" invention that you also see in the pictures - both of which are attached to this email (since my other attempt at sharing a link with you was not executed properly...)

Exhibit I | Index 09 | p. 20            Page 99 of 148            Add. 20

No need to do anything with this information as I know it is beyond your departments abilities to investigate as you previously mentioned but I figured I'd at least complete that which up until now I've considered to be incomplete.

If you or any of your fellow law enforcement officers happen to have any additional information about these though feel free to fill me in if should you see fit.

A question of mine for example might be something similar to the following:

Are these cameras something a civilian is allowed to purchase or possess without needing any sort of special military or government clearance?

That is all.

Hope you are well 🙂

Matthew Guertin
Founder / Inventor /CEO
InfiniSet, Inc.
763-221-4540

Sent from ProtonMail mobile

_____

2.41 MB   5 files attached

20230206_203050.jpg 562.71 KB   20230206_203126.jpg 664.13 KB   20230206_203233.jpg 522.83 KB

signal-2022-01-08-17-01-30-423.jpg 377.68 KB   signal-2022-01-08-17-01-36-314.jpg 337.39 KB

Exhibit I | Index 09 | p. 21          Page 100 of 148          Add. 21

Filed in District Court
State of Minnesota
5/6/2024 2:59 PM

## EMAIL PGP HEADER -

X-Pm-Content-Encryption: on-compose
X-Pm-Origin: internal
Subject: I found the other picture / Matthew D Guertin
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Tue, 07 Feb 2023 08:22:10 +0000
Mime-Version: 1.0
Content-Type: text/html
To: riverslawyers <riverslawyers@aol.com>
Message-Id: <-
ZIWp5pfd0VptlrQ2c0e0sw19hNNyeYR6tlYs0bw4Ky65y0eOq_J0OsJDZiXYVvEhFLX4X7ppepuengw
8LQn5Wha-Qtyafpyg5OAtlL-O8A=@protonmail.com>
X-Attached: 20230206_203050.jpg
X-Attached: 20230206_203126.jpg
X-Attached: 20230206_203233.jpg
X-Attached: signal-2022-01-08-17-01-30-423.jpg
X-Attached: signal-2022-01-08-17-01-36-314.jpg
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit I | Index 09 | p. 22          Page 101 of 148          Add. 22

Two images attached to the Feb 7, 2023 email that
defendant sent to his defense counsel, Bruce Rivers,
showing proof of the "special ops gear" as detailed in
the 3/10/2023 Rule 20.01 Exam Report about defendant



**'signal-2022-01-08-17-01-30-423.jpg' attachment**



**'signal-2022-01-08-17-01-36-314.jpg' attachment**



Exhibit I | Index 09 | p. 23          Page 102 of 148          Add. 23

## Re: I found the other picture / Matthew D Guertin



From   Bruce Rivers <riverslawyers@aol.com>

To     mattguertin<MattGuertin@protonmail.com>

Date   Tuesday, February 7th, 2023 at 6:22 AM

Good I'll take a look at it if I think it needs to be sent and I will send it.

Sent from my iPhone

## EMAIL PGP HEADER -

Return-Path: <riverslawyers@aol.com>
X-Original-To: MattGuertin@protonmail.com
Delivered-To: MattGuertin@protonmail.com
Authentication-Results: mailin036.protonmail.ch; dkim=pass (Good 2048
  bit rsa-sha256 signature) header.d=aol.com header.a=rsa-sha256
Authentication-Results: mailin036.protonmail.ch; dmarc=pass (p=reject dis=none)
 header.from=aol.com
Authentication-Results: mailin036.protonmail.ch; spf=pass smtp.mailfrom=aol.com
Authentication-Results: mailin036.protonmail.ch; arc=none smtp.remote-ip=74.6.131.123
Authentication-Results: mailin036.protonmail.ch; dkim=pass (2048-bit key)
 header.d=aol.com header.i=@aol.com header.b="FG4Pzims"
Received: from sonic311-13.consmr.mail.bf2.yahoo.com
 (sonic311-13.consmr.mail.bf2.yahoo.com [74.6.131.123]) (using TLSv1.3 with cipher
 TLS_AES_256_GCM_SHA384 (256/256 bits)
 key-exchange X25519 server-signature RSA-PSS (4096 bits) server-digest SHA256) (No
 client certificate requested) by mailin036.protonmail.ch (Postfix) with ESMTPS id
 4PB2M52gj8z9vNQc for <MattGuertin@protonmail.com>; Tue,
 7 Feb 2023 12:22:25 +0000 (UTC)
Received: from sonic.gate.mail.ne1.yahoo.com by sonic311.consmr.mail.bf2.yahoo.com with
 HTTP; Tue, 7 Feb 2023 12:22:24 +0000
Received: by hermes--production-ne1-746bc6c6c4-9t6ft (Yahoo Inc. Hermes SMTP Server) with
 ESMTPA ID d35a394643b013f52e4cf944974c76dd;
      Tue, 07 Feb 2023 12:22:21 +0000 (UTC)
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=aol.com; s=a2048; t=1675772544;
 bh=FtRBSzKf0xczPLaSn/X5WS4Dt37EYeooWM+6aGtIQko=;
 h=From:Subject:Date:References:In-Reply-To:To:From:Subject:Reply-To;
 b=FG4PzimsuQ4UCcfuU5iEYt0iDn6FuxOBYWuMYuTjfmokCRqeoTn7AqHqbnhqFvtpKVl6JKnDcEL8
 D6qpNtniFxtQHWyZpyq+Ztf26GUcweju65LtVa6Whj2DMeoQLfpiu8x/ovZsQM4sL6ibElxjqAEiKLEXsw
 Tt9obmgjRSZZdxxbXXdyO0bcEzYWmqnEZIXlGNMmJWFm9mL3auFVfumkJCR1nKC4oigvXjzaWEst
 L91JUFUp5hT4eP/r/z3A8GGJ/SQd33cLUhZZofvlVm+G5gphlbFs/MmpoHztIOPQNmgFDXr5KBfqfVL
 WaQE/gKogknK/+BljhK+i0/BczbeQ==

Exhibit I | Index 09 | p. 24          Page 103 of 148          Add. 24

X-Sonic-Dkim-Sign: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s2048;
 t=1675772544; bh=s5I1Qq8C5ezt9Vup/y2FcB4uLeMG+T6FV/CkncPPn8Q=;
 h=X-Sonic-MF:From:Subject:Date:To:From:Subject;
 b=nLQ+fZxpPN43FaQzMiTv1EXd01JsI5jR6g2fQNSUmyUSeJROsE7AIFw5d/MLGi1pMfZZNAW5RCAuSSnpf
aT4cJnskGR9Tuj400sBZXstasQr7SgQ7oustp7xS5gP3EesQqTWtjt6hznRJsYxoa4mX210WOEkSF7VDaDSLG
Ri61K3SGk5qcKnOvGcaBD99kSX8UAndkHo9Fc9xcahEnZ/Ro7wJspnK5vW47Ux3O/uhVB6kRTnmaY8yNBXJ
kSBf9dCpqVQRAWPyNkqMRVVp73HdYnssEOhpzRuCm7e8tegT2sAL8hsNuR8iWDQjEzkFzsqcEhURe7b3xq
8IuQnufC8qg==
X-Ymail-Osg: FVOxnooVM1nsDQaWfL9oR9w8tp7tdSDt3o5B_62ydMAL8d14cDppLisz5A95uTL
Lcld1R8eIdPzuaqk7Y5vPhcUmFcjP6TMnzV0SN84L5FnUW.0.vintWJqCTIFmk67npU5ig8hxEb6
8XDEgQ3I_fBlH7RJ83iKaXUFsOqy9W9GqMu81UWBDygI7ipeeUmtlk6DHUMKjm_oLMhVtvVPN3LL
xxnyZ4BUX9Fd0ujeqAkfM._jeSiJxZ6w_7FPkVf45IjrB5z8oTLaWQdXGMd__vZ9SJTRjvKt6kb_
PPMy5nd6bQtNQTRxVxnz8hqnaJzoOkDlUWouVce.Ag17a.Siuy_TI4U9XUq.Xd51K1u50kpIBqFe
loxbsOGvbs.pySgqDfAOLIMdCv4jxF0v_nTnvFvxSEJDZdkB9p56JZiDGyTIBv0NW.pZI4isglPm
uTeNX0yzVK5pTvwynPycReCpYFNiAWR31h.IK7wwCHHNIW6FjvQhRWRLpWg4V6W7LDhqiyFDtH3Z
g1keYnRAZBF7ZLFaMqolk_nWh3tjoIXT0ybW7ebkrnojCTbbkplvbouA7LswcrIMK_SUqjwUthVa
WpPJ0Nk.zl66aMyr2SaIlCSwyVe_8oWg23bhPcsnjajM.tha23pAKqCkJ9QOGr.A6UOJg.zHyHyB
0nofzL.zh3cghfNEDrniMMoVEGC3Y7vQ14rwnPfc_bvC0e5.v6l5jrBgxHrp6MD8nx4Djhm277dd
7DrouRPDvtnfjlxdxDSo8GmZoauevzxJmar9UlFj48A_2B8945vBVJpDh2JdhZ2nmleEKO69y.1_
BS_RyD2B9YnrdiPRPFdX5i9I2JxTei83EE30gRANeDYP_0lpZ3oLhxGrSQKTWvk3npQiaMfeskov
gzipA2KVe1KB.S0I3HAXuo_K1U6.HkajwNISlwKjLHkyKJXQoBujDDrAZH7krJgGk5iWZgfVW.Mi
v.RigF_iSpbZR_wVk6krTj9_.APNwCOVsn2atlbYo8Qqi8atkH24Jlw5X4NkI7gbIFoEQxUzTwOu
fGILIyEq10PZiJgixQdsR5D2UV6FDtHM4_yjxYzijKbaGgK3p94CYuPJ1EX.yQ6qflFICAr5mDmb
SaaRVHPHnRU71ISLrtWNTuPkSfcn0c0w6lDFSAYbKDFoVnFZe3ltUjLMm65ZKlB34bvzxGdrIklZ
QMytT2rpJ5cf0Dc012qnVFqDLMPDh2YUXLwIXurQ8rLBymFvx.VaCEBjL658R9l_PvBlFkA39Ojx
cI3lvzbyrjrbN11ZTHn09JuxnKqbRhIKApXl8GvS30Eo79d0ZgMCUlCLPaPlf9HAXD5hl3e6hq5
TPi_we9svusTkBCThzB4g351vHEJqMMB3Fn8.Y5.8R3e3wTNwMipq3eFYe6lUF1NCiQnYlMMtnyW
n8JX2ZBCexhEdjwMpxL6d3rMvPrB3.64FMHmig83OFXXE7oIrW_pji6c0N.nsS4Y5pm.MKI8i85Y
.Cw6Han9TzCesOS5eKO5__7eD6QjWY6E_nnl7xwv.a6cLeNDbIEdpCPKGfTmpakqcPd1QSfG1edp
jO1ogX4OeZGm_Nn9K8EvRd3Y_P66yUtyCMfS1.aorRKjShViVxxe_leg6PApDYhCvAlQSRJNRSmR
lbh603.loSU8Jd6ownMxaSIHvnxq2RVm5vAGrda5WMrs747F0Lagwmjjvzc8teZoR8hx1p9Byt7a
oN_3KhVZ5ns8dh4XKi2G1iCh8uEYqrwGZdaqsxOiLm.9kzU7ZqA.SnYpsYPqq4KY44mzCSC0LGFn
ocsevmzTp_K6lWlulvsyjgp7jBzCt9q6bljnRRwmt2KIRy5DCD58yXuMx_K1nuCtVsIygE3buILr
lNfVewBuezpvgDsoyjGE4Du8KTTeGUOMIfO0l9u_ppiK8GEBNj6ib87Bl9iolkZof4keLrpvwSjt
f0DPT7MEQfLheteKgOcqxNmsNg_vkwgUPZat12qjySgLNwUTmGIzpIGES9HSD81VcuE.asy6fpeT
KNx61P29IQCNt02UmP46et7ntsr4Fd9hYZ64WLz9sMRLFgrBk2nMlN97BO_nSFEFIPHTJkq7iIR7
LvoVUoe7T7L2uqVsu2uJetgSMaPFMC3dR788H._lkxMKpmNaIAmbLd60Y8iZ69HbJDOwKzXyyeli
jxx2XBmm7A8SE1_uOagq3TLCrHj6we.gzFsP9s7lRu6knRLqn.VTFDBjLbSZrOF6_wh4_.EeE_rx
HIdzQAwkLCDaLxmrq7yIKQ7EBOao_8TRAl6ya
X-Sonic-Mf: <riverslawyers@aol.com>
Content-Type: text/plain
Content-Transfer-Encoding: quoted-printable
From: Bruce Rivers <riverslawyers@aol.com>
Mime-Version: 1.0
Subject: Re: I found the other picture / Matthew D Guertin
Date: Tue, 7 Feb 2023 06:22:10 -0600
Message-Id: <90FF25FE-2B5D-4DC3-B1D9-EDA9BCEF3C79@aol.com>
References: <-

Exhibit I | Index 09 | p. 25          Page 104 of 148          Add. 25

ZIWp5pfd0VptlrQ2c0e0sw19hNNyeYR6tlYs0bw4Ky65y0eOq_J0OsJDZiXYVvEhFLX4X7ppepuengw8LQn5W
ha-Qtyafpyg5OAtlL-O8A=@protonmail.com>
In-Reply-To: ←ZIWp5pfd0VptlrQ2c0e0sw19hNNyeYR6tlYs0bw4Ky65y0eOq_J0OsJDZiXYVvEhFLX4X7ppep
uengw8LQn5Wha-Qtyafpyg5OAtlL-O8A=@protonmail.com>
To: Matt Guertin <MattGuertin@protonmail.com>
X-Mailer: iPhone Mail (20C65)
X-Spamd-Result: default: False [-0.76 / 25.00]; MV_CASE(0.50)[];
 DMARC_POLICY_ALLOW(-0.50)[aol.com,reject]; BAYES_HAM(-0.26)[73.74%];
 R_SPF_ALLOW(-0.20)[+ip4:74.6.128.0/21:c]; R_DKIM_ALLOW(-0.20)[aol.com:s=a2048];
 MIME_GOOD(-0.10)[text/plain]; MIME_TRACE(0.00)[0:+]; NEURAL_HAM(-0.00)[-0.541];
 FROM_EQ_ENVFROM(0.00)[]; RCVD_TLS_LAST(0.00)[]; ASN(0.00)[asn:26101,
 ipnet:74.6.128.0/21, country:US]; DKIM_TRACE(0.00)[aol.com:+];
 RCVD_COUNT_THREE(0.00)[3]; MID_RHS_MATCH_FROM(0.00)[]; RCVD_VIA_SMTP_AUTH(0.00)[];
 TO_DN_ALL(0.00)[]; FROM_HAS_DN(0.00)[]; RCPT_COUNT_ONE(0.00)[1];
 TO_MATCH_ENVRCPT_ALL(0.00)[]; ARC_NA(0.00)[]
X-Rspamd-Queue-Id: 4PB2M52gj8z9vNQc
X-Rspamd-Server: cp5-mailin-036.plabs.ch
X-Pm-Spam: 0yezJI6cihyJeYR3pi42biOpJJvbmsCIeI1msjN3X3blJp7IjBlNIIojty4CMCLSJ
 I6UyuTALNYzsSBlI0TiQ0yOiiCwMUJFPQ9FRkUEVNUSUOU9SIojwfJCLGZiVdfdWmW5abIy6QJye
 kUE9p7IjfnBIcB3h6ISbCMw4A2MD5TINMUT35kzMTM5kAzOTtCJLbR2lp9FbHZigB9OjsX0fINny
 iQWaiO2IUyM24DINMkj1zYDNGZ0YA5ZDiTdOYY2iiwSf2ciEsiOnfXNacB3h6ISbCMiwNvc2imUc
 OAjsjNnI3blJI6ZCuTALMwiiwVmc3b0Jp7IjSkZIRVUNMIUQ0XSZ0iT0wIsOLAjspJnImdyVxhc2
 l3ldcNnbdRXYWYs9NvLmdSJbLJCTfZEUEUTFI6Uywy0WLBjdTJCLEUfZVMSEO19TT50FbpjICMw4
 wiXSJEtRT9VWJxUQFRF9I6Riwy0WLFjdEJCL0SNIZBX1EElTIpjbuATLVMs0RLIkfU1SUl0HEVkT
 jIbp4xMCiSwXRtEJW9VTUQJx9BRF6SIVW0ywdFjLXf91
X-Pm-Origin: external
X-Pm-Transfer-Encryption: TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)
X-Pm-Content-Encryption: on-delivery
X-Pm-Spamscore: 0
X-Pm-Spam-Action: inbox

Exhibit I | Index 09 | p. 26          Page 105 of 148                    Add. 26

## June 14th @ 9am



From    mattguertin <MattGuertin@protonmail.com>

To      Bruce Rivers<riverslawyers@aol.com>

Date    Sunday, May 27th, 2023 at 6:43 PM

Bruce,

I'm counting on your ability then to ensure that my June 14th hearing @ 9am is going to for sure happen this time and be in person (as opposed to over zoom..)

I'm turning it into an event and inviting all of my friends and whatnot for moral support.

Thanks,
~Matt

Sent from [ProtonMail](#) mobile

## EMAIL PGP HEADER -

X-Pm-Content-Encryption: on-compose
X-Pm-Origin: internal
Subject: June 14th @ 9am
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Sun, 28 May 2023 00:43:37 +0000
Mime-Version: 1.0
Content-Type: text/html
To: Bruce Rivers <riverslawyers@aol.com>
Message-Id:
<H5uVDPwqnahLVx4IQl6jzdEtBaGd22rSX_pU4zRIP4e7uvRfnWYd9Npecl1ifzaglRlaBmjxVPIc70
pp_bRyqho5RYVSqVfKrQhFOzsQCVE=@protonmail.com>
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit I | Index 09 | p. 27          Page 121 of 148                    Add. 27

## The 6th Amendment

From    mattguertin <MattGuertin@protonmail.com>

To    Bruce Rivers<riverslawyers@aol.com>

Date    Friday, June 9th, 2023 at 12:39 PM


EXHIBIT
I

How can a zoom hearing satisfy the 'public trial' clause of the 6th amendment?

Zoom is inherently 'non-public' due to the fact that you need a special code or invite in order to gain access.

Being forced to attend my hearing over Zoom violates my 6th amendment rights.

Sent from ProtonMail mobile

## EMAIL PGP HEADER -

X-Pm-Content-Encryption: on-compose
X-Pm-Origin: internal
Subject: The 6th Amendment
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 09 Jun 2023 18:39:27 +0000
Mime-Version: 1.0
Content-Type: text/html
To: Bruce Rivers <riverslawyers@aol.com>
Message-Id: <PnwM_voNXaHGPGCtPkLWHTc6DzKYGXl09ueefnc8d9Tr09EaFalU982PNa5DB_c5
ugwJB-4d1Liysi0QqLoQ4vg1ZHubf2UjHNyrphWQA8U=@protonmail.com>
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit I | Index 09 | p. 28    Page 122 of 148    Add. 28

## Re: The 6th Amendment

| | |
|---|---|
| From | Bruce Rivers <riverslawyers@aol.com> |
| To | mattguertin<MattGuertin@protonmail.com> |
| Date | Friday, June 9th, 2023 at 1:50 PM |

**EXHIBIT**

**Ia**

I'll request an in person appearance

Sent from my iPhone

## EMAIL PGP HEADER -

Return-Path: <riverslawyers@aol.com>
X-Original-To: MattGuertin@protonmail.com
Delivered-To: MattGuertin@protonmail.com
Authentication-Results: mailin036.protonmail.ch; dkim=pass (Good 2048
 bit rsa-sha256 signature) header.d=aol.com header.a=rsa-sha256
Authentication-Results: mailin036.protonmail.ch; dmarc=pass (p=reject dis=none)
 header.from=aol.com
Authentication-Results: mailin036.protonmail.ch; spf=pass smtp.mailfrom=aol.com
Authentication-Results: mailin036.protonmail.ch; arc=none smtp.remote-ip=74.6.129.81
Authentication-Results: mailin036.protonmail.ch; dkim=pass (2048-bit key)
 header.d=aol.com header.i=@aol.com header.b="ekQAVvKE"
Received: from sonic317-26.consmr.mail.bf2.yahoo.com
 (sonic317-26.consmr.mail.bf2.yahoo.com [74.6.129.81]) (using TLSv1.3 with cipher
 TLS_AES_256_GCM_SHA384 (256/256 bits)
 key-exchange X25519 server-signature RSA-PSS (4096 bits) server-digest SHA256) (No
 client certificate requested) by mailin036.protonmail.ch (Postfix) with ESMTPS id
 4Qd9CD03Fmz9vNPk for <MattGuertin@protonmail.com>; Fri,
 9 Jun 2023 18:51:03 +0000 (UTC)
Received: from sonic.gate.mail.ne1.yahoo.com by sonic317.consmr.mail.bf2.yahoo.com with
 HTTP; Fri, 9 Jun 2023 18:51:02 +0000
Received: by hermes--production-ne1-574d4b7954-wtfnl (Yahoo Inc. Hermes SMTP Server) with
 ESMTPA ID 355360e4fd5ca334f3945109a6cd071b;
    Fri, 09 Jun 2023 18:50:58 +0000 (UTC)
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=aol.com; s=a2048; t=1686336662;
 bh=rEfiKfmWZjkLEYmjWq/1vRARIjLxA/0xgK5Jzp/Qg7w=;
 h=From:Subject:Date:References:In-Reply-To:To:From:Subject:Reply-To;
 b=ekQAVvKEN6+T3ukiA5YuNpuCwY3wl/XbgjF8liQl4NPYLdvXDcpN8lSjqulqOnFs2lNMzb/UI0DLeSuM0MvrwAYvGY
 9e8NsFdnapq5zvdC3YXENyxsd1UCvF90lwno0ldDO0NCxF6M04lL9EtF36D9nQuuSCkXUnA9wSAqVy4Qbk4r7bxg/kro
 NW3Rr70cV/1cfpleFFK99fHURMpVhAf7m/zeVk9dHmqElGMbEowpHlytfZTIhJ9STau23v0Bi8lLNo4WUClwQZ29u/tmQ
 fdW+OpRBR/qozMpMlETlZrRvY4oZx53Dn39y0yunQilEvGbl+DjPMgCbqxdjNfJpkeQ==
X-Sonic-Dkim-Sign: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s2048;
 t=1686336662; bh=xMbX3Bwxop0oV0G7tD6+6f2omkaUtJKKGe5YBmVwX10=;
 h=X-Sonic-MF:From:Subject:Date:To:From:Subject;
 b=BGl4jUJPCQdMoDZxZ2KRxl8Nsv9nTZ3w7ima2C7AUrKNw/ouCx3JWTWu+J3NOFsl7YqQsWqkuDL/uT/jli1uIV/v3b
 2fY/8i7SuarAKyim/YvOEauwav39PN5DwPKqqOjxlpqH6m6gQ+4/ovqUWSgzuF+Ebov6nQNrPX5pmGBS0vGSoBCvl0N
 dnS6GvI896l1SBwn4sefeSqbZj+AcH/P6OwQtG1/151FCUzlYPYDZngAAEPuWzC5bDhMjosRwxbE5rU66BOl8Gz38h9
 cUtJXfHBSnZsxHHiYsEYp904mJIKt5YHYmaBaH5M/wqBfXC3c5EzE2J6pFvDpGh9LeNSYQ==

Exhibit I | Index 09 | p. 29        Page 123 of 148        Add. 29

X-Ymail-Osg: 7J5NMkoVM1kO9MBepMPgxuhqjwG4a0abtcBOeB7ZR2IOQui0Hsyl6gigV1.NPtV
ClavRa4AtWMpT2UW8e2tGXtYW30TrhC8n0LH4Ba_j1mT69VZyMfEluFNyp96VQYPi6h6hn.tO.zi
4yKnk9.aJ8DPJDBgRL_vcLEYx0RI1LuQwnGn4IKzxJy7jAk_Qe4TQqfsEfJqiCBgDIJESjYW1SeS
hFh6INLPGhGs8dTyi4CSlEUhsfCYNB0CiWf3.i57JEbNr5Y7e1yvgS9Jybh1cXMavS0WlqfYZqCD
Yaa5NZbnjG2pLigOK3ayPx2P0JZAunjrMenfouwGupUaxT_clx409BDwYKgIdjG9QcTJAtge3E1N
m9gNERr5oUVfo.Ym4QaNk1iUfEH_d8QM1PvWPIFB.hutsdGd8OQYI18m1BuelZrAjNPK4aNnnhc1
tg5KFMNVJ91LhyV4jm9Lk8Izv12t9j0xf08w3f5j29Gh2VumbBcVc0pkdzLMlw6PXtG7U_1VerjW
6GtWnjNtPUYSp8dSmqtRKstXjwGLjVrMlaI0fu51N.kZr_APgRG0hdgfQIetz7z91BIK7GthUoWl
VL8uAt_yACzRkBwPUbCYZaVzVM.lZKQ2q2yTtWoyUYqlbJ2a5hDwDxPI1pMNWzBdOR7SPlTWAk7X
mE1p9V_xyGHfpt3cKd7QsRbHbNtvJbE1G3tjwmDwSsSZAFP3cCFEJGaudwOcxZDjbXHf6TwyizmF
su0IyZ7w_TcUdVa_FiVNKCfILsJLTCj8aVwqQA6LlB8B7hBdEN0vzw_ohMpBkT3eoRO21EMpyA_w
gVNe5hivkaYrQzlWNKK7DfEAqpz9FkNHtnIOlmS3EwtXdtGsZhSPQ2hno5JhsMCl.D72yf3I4SPW
I_PUYxSiBFX62cpODkWdpuz1Z335jcv3XM3DCB0gTGokRnKjD5mxs80vs4RyBjEdASUuc5zoMnRh
nHPRHwsb7pz78rFJMi2Sf8mLj7lvxYMld_bm2vumMYJxloepWvkvRJ1pRMUObps0u_prgxzsBDcM
1LJLHB3YrYAICwlTpZ8WXYq5p6gWe69tAYgzyt6GoBZVt4DWX50plDPR4mQPRMalt_H9hDWrBR.i
jxADPMyN7ySaAMex7lssoxaDQ3J4B9xp4XAmAoN3BjKqV21A7ejvpR4rnnUogFUHikEmQJe1x.q3
ylgk7Z7aYJwuOBspn6lu4n1ipl7UkrbbbFkZv1q4FcHv20DCn0DkVZiyjXgOuev7QbtVsR1_3gY6
zTV7oXoViCAsY54VBS7ieBz3aCrsH2baU74UULzO2DBF03tAhoKJ.rtCevUyllvLFbv69dTGB5In
M.xRpxdRvlsJrNnudpuO1zc_JKO7vsvSTihPDcobflGspKYCbLJxP.LY6GDaGeVkqN6JEQeYjuFe
OlWRhbsZ50NFDig5ZYRIB77MiGEC1N_QWtOkVY3H_oufy1FwSU98AJyHNiB_J4cai2VbWcmAJ
0HNYmmMX5ZDNbV6tJq4X.gGcz6x.cvqV3KIA8SdjOn6LVP47l5h3PEHZOwAijVrrMPm7_K2VXYRq
k76cFqbuTwGQz7jJtpO83pNkZU6SpcWe_9C9IE_bV7m.Hc9dlkEZGrrN.0iCpX.ilF5vi1irF0gI
umTO0eFYNML09kOiIo9T949LhbGETTiOXZRU_hGIe.KwJPWwZFPg6oqD9DDxBcGog4OQMPaidn9A
GlyEy2p22GOPdPXJQwdOrxd2yz73N1pbh6tKtTsq9NigIOHko2rEvoVUu.XqagCbEN7CZL4DM
6LF8n2N73qcxSjlSgVlkCQ8pBekx5HF7Nh4XIpNYYeBaZgV5UD4uabliiCdeyyWuB8RXgKm5beoN
oV5PbxrmG9wd40wiw9IdO2Qv7n5g91_ueXm4qYDPLhhMpbGm8wngfo45oYUqz8ArxwB2dgJTE6ID
10mEBGbWj3JKCEE.TKhnX.I2Sq3v3CguGBA0skKInVggJ48Ib9vC1f66Dgg0f1mopR7PzjIdeXEe
m_XCzufPe4cJ4RrmssxvY0opWxBnMBDeTojxKjKA9tD6aaLpMuKIQzoTJDFwSrONr0yVbN8xrSQ1
_vQpmT9XXAWPeeXM3rx0OPLElpsI.gIA_6b65RI91CDvDQwPQM_ICqkGqasSkTZm_3ajUjRPJU_c
gg8Groq.kWFgnQGp05mEkOWgYn1pXzwF_yu1JqFAf8KlJQvT6U1nhxJ_FijvWoTNRTyZnne55Ve_
hP5epO.nE9WcTaM3irNk-
X-Sonic-Mf: <riverslawyers@aol.com>
X-Sonic-Id: 0a09db48-a26d-4175-9897-fdc0a28e701f
Content-Type: text/plain
Content-Transfer-Encoding: quoted-printable
From: Bruce Rivers <riverslawyers@aol.com>
Mime-Version: 1.0
Subject: Re: The 6th Amendment
Date: Fri, 9 Jun 2023 12:50:46 -0600
Message-Id: <42EECDB2-B64A-43A9-9ABF-0BD10D66BDD7@aol.com>
References: <PnwM_voNXaHGPGCtPkLWHTc6DzKYGXl09ueefnc8d9Tr09EaFalU982PNa5DB_c5ugwJB-4d1Liysi0QqL
oQ4vg1ZHubf2UjHNyrphWQA8U=@protonmail.com>
In-Reply-To: <PnwM_voNXaHGPGCtPkLWHTc6DzKYGXl09ueefnc8d9Tr09EaFalU982PNa5DB_c5ugwJB-4d1Liysi0QqL
oQ4vg1ZHubf2UjHNyrphWQA8U=@protonmail.com>
To: Matt Guertin <MattGuertin@protonmail.com>
X-Mailer: iPhone Mail (20F66)
X-Rspamd-Server: cp5-mailin-036.plabs.ch
X-Spamd-Result: default: False [-2.76 / 25.00]; BAYES_HAM(-2.26)[96.52%];
DMARC_POLICY_ALLOW(-0.50)[aol.com,reject]; MV_CASE(0.50)[];
R_SPF_ALLOW(-0.20)[+ip4:74.6.128.0/21]; R_DKIM_ALLOW(-0.20)[aol.com:s=a2048];
MIME_GOOD(-0.10)[text/plain]; NEURAL_HAM(-0.00)[-0.264]; FROM_EQ_ENVFROM(0.00)[];
RCVD_TLS_LAST(0.00)[]; ASN(0.00)[asn:26101, ipnet:74.6.128.0/21, country:US];
MIME_TRACE(0.00)[0:+]; DKIM_TRACE(0.00)[aol.com:+]; RCVD_COUNT_THREE(0.00)[3];
MID_RHS_MATCH_FROM(0.00)[]; ARC_NA(0.00)[]; TO_DN_ALL(0.00)[]; FROM_HAS_DN(0.00)[];
RCPT_COUNT_ONE(0.00)[1]; TO_MATCH_ENVRCPT_ALL(0.00)[]; RCVD_VIA_SMTP_AUTH(0.00)[]
X-Rspamd-Queue-Id: 4Qd9CD03Fmz9vNPk
X-Pm-Spam: 0yezJI6cihyJeYR3pi42biOpJJvbmsCleI1msjN3X3blJp7IjBlNIIojwsMjLIITJ
otlj3i4MNwiiPJFUCR6lI1LTQCJLU9kESB1XURJRRJQ1i04TOAjsk9IiWZ1J9pZ1vmZblpj7SBII
0TiQsiOnzF9ccFGtwojIjLwAg3Nj2jMNNgDx4kTNDM5EwiNihW1aZV2ftFmbSZ6IhzImjGFda91t
0xWdVam99vc1InNYcZnIy8FZDMzIIwMDsiIMIJn1u9IbWYI1oiIjsWxYLZWI1RYmczVdhLXoGNd
blGzsICdmIh1xfaW02FYZdWvflncmbtFI6ZSSIBIT10PPIEVlTiMJtLCsWIYXN2hnVGd3b5JByX3
i2IbOAju1ETNTN2c19fXzCJLclmkiojIjN4Qc0Mz1TgOZgT01YjMDOhVZkM2iDhZI0nshNnIjI7p
Izlmw3NXY0WisAjOnIjNJIb3wjoILJCzy92YWZiQAuOjiywMcVmw0J3bjI7pJBIkTUVWXIzwbpjI
CM14JzLCy29YZoTgw4CMTNwM0sIIDIJIVRkff5USVTQNtFSUy0gXIpjbuATLCMiwQuNzxi4NMkju
gEDOGbzIVkdGuGIIIdHsh1mLWazxIrcGuS5ZZQXiiwSX1UGBhFX0fE9TT9kO6ISRzWuA0sMFSkZI
RVUNMIUQ0XSZ0iT0wIsOLAjspJnImdyVxhc2l3IdcNnbdRXYWYs9NvLmdSJbLZITZEUEUTFI6Uy
wy0WLBjdEJCL0SNIZBX1EEITXV0GbpjITLuA0sMVLkRIS1UfMFkVUSiQstOlxC4MXwSiJtERVTT9
dOSUiUQROslwdFjLCLEJINS0B1ZXTIEEVF0XjIbpAuLTsV0MIRIfDN0U0XPJlfRFYEVVV9FMF5US
jIbpAuLT9F1MfX0=
X-Pm-Origin: external
X-Pm-Transfer-Encryption: TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)
X-Pm-Content-Encryption: on-delivery
X-Pm-Spamscore: 0
X-Pm-Spam-Action: inbox

Exhibit I | Index 09 | p. 30          Page 124 of 148                    Add. 30

# Re: The 6th Amendment



| | |
|---|---|
| From | mattguertin <MattGuertin@protonmail.com> |
| To | Bruce Rivers<riverslawyers@aol.com> |
| Date | Friday, June 9th, 2023 at 2:03 PM |

The last thing I need is some fake ass, PhotoRobot, AI generated Judge presiding over my case.....

Sheeeeeeit

Sent from <u>ProtonMail</u> mobile



## EMAIL PGP HEADER -

In-Reply-To: <42EECDB2-B64A-43A9-9ABF-0BD10D66BDD7@aol.com>
References: <PnwM_voNXaHGPGCtPkLWHTc6DzKYGXl09ueefnc8d9Tr09EaFalU982PNa5DB_c5
ugwJB-4d1Liysi0QqLoQ4vg1ZHubf2UjHNyrphWQA8U=@protonmail.com>
 <42EECDB2-B64A-43A9-9ABF-0BD10D66BDD7@aol.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: The 6th Amendment
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 09 Jun 2023 19:03:13 +0000
Mime-Version: 1.0
Content-Type: text/html
To: riverslawyers@aol.com
Message-Id: <E-LSuEtKJQI0SEEddicysQda_JQTa6QL_xI5Lc46n_yoSm1Irw1DJex9W2mmYUOsq
poQF1yQWxOKaZ6NUjRJKtFJAqrYkUvEq4f-4tCJAN4=@protonmail.com>
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit I | Index 09 | p. 31          Page 125 of 148                    Add. 31

## Re: The 6th Amendment

From   mattguertin <MattGuertin@protonmail.com>

To   Bruce Rivers<riverslawyers@aol.com>

Date   Saturday, June 10th, 2023 at 5:13 AM



EXHIBIT

**Ic**

Also on a random side note-

I'm pretty sure my phone has been cloned. I got an email from ebay saying I logged in on a new device even though it's the same phone I've owned since 2019. I also get weird notifications from my email server saying I've logged in on a new device but then when I go to check for the actual email it's not there.

That's the thing with sudden emergence of all this AI shit is that where it ultimately ends up is with ==**powerful people**== (simply the man behind the curtain in the wizard of Oz..) having the ability to filter all of your communications. I'm not saying 100% that this is going on yet or that I believe it's happened to me at all - rather all I am saying is that everything that is needed to make that a reality currently exists and is 'in place'.

My basic take on everything is that if I can think of it there's obviously a whole lot of other people who've already thought about it as well.

I literally caught the very tail end of having the patent office send you a hard copy when you're granted a patent. In April they converted it to a fully digital system. ==They are obviously trying to establish court hearings and appearances over Zoom as a new 'norm' which obviously presents a whole range of legal questions (or it should anyways...especially now that it's openly being advertised that anything and everything can be faked).==

You're a smart guy Mr. Rivers. Surely you must've realized the fact that on January 21st when I shot off a gun and wrote that shit all over my walls it would be completely reasonable why people would question my mental health - yet in the 5+ months since then it's literally all been confirmed simply by people's TV sets and internet connections alone - nevermind the fact that I was actually able to analyze their fraudulently produced videos and complete my own 'investigation' to such a successful degree that I was able to single handedly flip over the entire game board ==**(proven by the fact I have apparently become deserving of a whole lot of attention all of a sudden..)**==

My take on the whole situation is a rather simple one ultimately -

I DON'T WANT MY SHIT STOLEN

It's not my fault that the stupid ceo was so dumb and overly confident that he couldn't help but to point me to what was obviously an 'in progress' / 'unfinished' fraud operation being carried out against me. I didn't even start looking at the web archive until over a month later - WHY THE HELL WOULD HE POINT ME DIRECTLY TO THE FAKE PHOTOROBOT WEBSITE? it's retarded. If he hadn't done that I never would've even known and their fraud almost certainly would've been successful.

Exhibit I | Index 09 | p. 32         Page 126 of 148         Add. 32

At the end of the day I was literally minding my own fucking business and suddenly realized someone was trying to steal what I've been working on nonstop over the past 28 months at this current point. I've literally put my whole life into this which doesn't even include all of the hard work and long nights spent alone over many years on the computer honing my craft so that I am able to not only come up with an insanely valuable idea but also design, engineer, fabricate, and program a working prototype of that which originated as nothing more than an idea....a simple 'thought' initially.

It would be the same as if you looked out your window and saw someone trying to break into your hypothetical shed for the purpose of stealing your entire career in criminal defense including all of the time and effort you personally put forth in order to arrive at this current point in your life....you wouldn't just stand by and do absolutely nothing. It's simple logic.

If there's 'powerful people' keeping an 'eye' on me (at least 5 of them if I had to guess a number..) then what they should do is talk to their 'powerful' friends and secure the funds to simply acquire InfiniSet, Inc. along with IP and then everyone is happy. Fucking pay me and be done with it. We both go our separate ways and I agree to an nda or whatever crafty shit their unlimited team of top notch lawyers can concoct and in return I'm left alone to live my life in peace.

The cutoff date for international filing is September 19th I believe. I have a continuation filed, I have the InfiniSet trademark filed in 8 countries and it won't be a problem for me to find the funding needed for InfiniSet, Inc to file patents in all of the countries that matter by the deadline if it isn't purchased before that time. (This of course assumes my communication and internet isn't intentionally filtered by AI or I'm inhibited in some other nefarious, bullshit way)

Basically I want nothing more at this point than to just sell everything outright for a very large sum of money and call it a day. 'Powerful People' have unlimited money. Tell them I want some of it and in return not only can they have what they obviously want badly enough to commit a bunch of fraud but I'll pretend like none of this ever happened and never talk about it again. I'm over this shit.

PAY ME AND THEN LEAVE ME THE FUCK ALONE. that's all I'm after.

They also need to get my case completely dismissed and the whole incident wiped from my record so that it never happened. My guns are returned to me and I'm still able to legally purchase a firearm (if I don't feel like building one on my own instead)

If you're able to oversee or somehow pass this message along to the people that are apparently very interested in acquiring InfiniSet, Inc. feel free to do so - otherwise I've been operating off of the assumption that they are already well aware of my intentions at this point regardless... so whatever.

Fuck this shit.

All I want is to be left alone and not stolen from.

Exhibit I | Index 09 | p. 33          Page 127 of 148          Add. 33

They can continue on with their their fraudulent, ai bullshit and I will use my money to finally be able to own my own house/piece of land, find a hot wife, move to another country most likely, and grow as old as one can possibly be before the whole either falls apart or the criminals currently in the process of attempting to take it over end up inadvertently destroying themselves by way of their own technology.

(Even with all of **their perceived 'power'** and control they seem to be rather short sighted and clueless about certain aspects of human nature as it relates to their current attempt to reshape society in such an inorganic, obtuse, and completely obvious fashion)

I'm of the belief that it's blatantly obvious at this point to anyone and everyone (regardless of their position on the chess board, 3 letter 'affiliations', etc) that I'm obviously very smart and talented and not the actual 'bad guy' at all in any of the current 'matters' taking place.

I'm very well aware of what's possible if the decision was made at some very high level to make me into a 'bad guy' but I am the opinion that **if I've been able to single handedly 'stir' shit up this much to the point that I've caught the attention of 'powerful people' (in whatever form/agency/group they exist in or associate with)** then it goes without saying that whether they are 'unhappy' or 'happy' with me currently they all have an inherent amount of respect and admiration for what I've been able to achieve as just a dude sitting in his living room working hard on his patent who never asked or agreed to be wrapped up in any of this bullshit at all.

I was forced to play a game.....so I played it.

I believe my performance thus far is deserving of a mutually agreed upon 'out' in which all parties end up happy and everyone is able to walk away with what they want and none of this ever happened.

The only way everyone can't end up happy is if **the 'powerful people'** who have access to unlimited money (literally...) are such big pieces of shit that they're willing to destroy or end my life instead of simply giving me some of the little paper rectangles they print at will in exchange for a simple, straight forward, and flawless transaction in which they would receive complete ownership and exclusive rights for the next twenty years to the insanely valuable technology I patented which will no doubt allow them to profit many billions of dollars over said period.

That's not an exaggeration...you know it, I know they know it, I know they know that I know they know it, and they know that I definitely know it.

And that concludes my random rant.


~Matt


Sent from ProtonMail mobile

Exhibit I | Index 09 | p. 34         Page 128 of 148         Add. 34

## EMAIL PGP HEADER -

In-Reply-To: <42EECDB2-B64A-43A9-9ABF-0BD10D66BDD7@aol.com>
References: <PnwM_voNXaHGPGCtPkLWHTc6DzKYGXl09ueefnc8d9Tr09EaFalU982PNa5DB_c5ugwJB-4
 <42EECDB2-B64A-43A9-9ABF-0BD10D66BDD7@aol.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: The 6th Amendment
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Sat, 10 Jun 2023 10:13:51 +0000
Mime-Version: 1.0
Content-Type: text/html
To: riverslawyers@aol.com
Message-Id: <VZW_2w_LxUuDOJ5Fs2K_j_nayZPdefSQoPHupXGIOmKiz8KkTFwaKBH2QLZseLsP1IiHakjZ
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit I | Index 09 | p. 35        Page 129 of 148        Add. 35

## Re: Matt Guertin / LinkedIn Search Graph

From mattguertin <MattGuertin@protonmail.com>

To      Bruce Rivers<riverslawyers@aol.com>

Date    Wednesday, January 10th, 2024 at 5:12 PM



And last thing -

I attached my brief investor pitch for the technology contained within my patent which helps to very quickly describe WHAT all of this revolves around and why my life has been turned into a crazy movie script.

It also helps to make a lot more sense out of all of the LinkedIn searches in terms of the many different business sectors.

I was never on LinkedIn by the way.

I have never even finished completing my profile and so I was not in any way actively promoting myself which just adds to the complete absurdity of the entire graph.

~Matt

Sent with Proton Mail secure email.

---

26.81 KB    1 file attached

Introducing_InfiniSet.pdf  26.81 KB

## EMAIL PGP HEADER -

In-Reply-To: <b5w9tvqmRs0j9JYtVowqbfngLJFjt8oZw6SlwQ7PMMujxLlatpQgrQGKY_ArHFFut-KIgWE8crxn1WZaOigcEgvz1kXP_dmbgAtI_-mqelM=@protonmail.com>
References: <b5w9tvqmRs0j9JYtVowqbfngLJFjt8oZw6SlwQ7PMMujxLlatpQgrQGKY_ArHFFut-KIgWE8crxn1WZaOigcEgvz1kXP_dmbgAtI_-mqelM=@protonmail.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Matt Guertin / LinkedIn Search Graph
To: Bruce Rivers <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Wed, 10 Jan 2024 23:12:45 +0000
Mime-Version: 1.0
Content-Type: text/html
X-Attached: Introducing_InfiniSet.pdf
Message-Id:
<Heb5XWfqE52XOEjIBEkiuzDg_REahlnT2Dr2hEJhYhYSpq0UvOveVYThZ3V9Wk9MrxlCourS8x
YT2mzWIVx65TS6MmtsQlp6f0IB0tZqFNU=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Wed, 10 Jan 2024 23:12:18 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit I | Index 09 | p. 36        Page 134 of 148        Add. 36

Filed in District Court
State of Minnesota
5/6/2024 2:59 PM

# Defendants 'investor pitch' attached to January 10, 2024 5:03pm email to Bruce Rivers (Exhibit Jb)



EXHIBIT
Jc

Introducing InfiniSet

A revolutionary and literal leap into immersive motion technology. Our patented virtual positioning system isn't just groundbreaking, but is in fact a complete paradigm shift in how we will perceive and interact with virtual realms moving forward.

Our innovation's foundation lies in the realm of virtual production and filmmaking. Imagine a world where every step, every turn, is tracked and integrated seamlessly into a digitally rendered environment, completely transforming the filming process. Our state-of-the-art technology responds in real-time to the user's movement on our advanced treadmill assembly, allowing for an endless journey in any direction on a virtual 2D ground plane. Paired with our synchronized camera system, the user and film camera remain static in the real-world, while creating the breathtaking illusion of boundless movement through any virtual or pre-filmed environment. Furthermore, our proprietary animation timeline and system controller enable users, or their avatars, to be seamlessly integrated into immersive virtual environments. This includes the ability to create a lifelike digital twin that interacts in real-time, fully rendered with accurate lighting, shadows, and occlusions.

Venture deeper, and you'll find applications expanding into the gaming universe. No longer are players limited to button presses. Now, they can sprint through expansive virtual landscapes, facing adversaries head-on in first-person scenarios. The experience is further elevated by our real-time user tracking technology, ensuring each step on the treadmill is fluid and responsive. And it doesn't stop at VR/AR headsets—our systems incorporate LED screens that adjust dynamically, allowing players to engage with virtual doppelgangers of real-world players, or even embody any desired virtual persona.

But InfiniSet's reach goes far beyond entertainment. We're charting new territories in healthcare, rehabilitation, and training simulations. The adaptability of our platform provides essential feedback, unlocking unprecedented opportunities in these sectors.

As we look to the future, we see more than just a technological evolution; we envision a world where the boundaries between the real and virtual continue to blur, and InfiniSet remains at the helm, defining what's possible in this extraordinary fusion of technology, creativity, and human motion.

The potential? Think Apple in 1980, Amazon in 1997, or Bitcoin in 2010. You're on the verge of witnessing and being a part of the next colossal shift in the intertwining of the digital and physical worlds.

Exhibit I | Index 09 | p. 37          Page 135 of 148                    Add. 37

# Re: Matt Guertin / LinkedIn Search Graph



From   mattguertin <MattGuertin@protonmail.com>

To     Bruce Rivers<riverslawyers@aol.com>

Date   Friday, January 12th, 2024 at 3:37 PM

==can you email the discovery then please?==

Sent with Proton Mail secure email.

## EMAIL PGP HEADER -

In-Reply-To: <C32A709E-490B-43CB-BD83-CC04315B2387@aol.com>
References: <8w-oYM6ycEgJfcA8uwtsIHiAHwlntlbZXVOFnU0FDPyhzGxD-
2ZL2qn7PgasJKTplhxII21xTaGCbiLz0bVWsSTPVmyyb66tp7yDxFtYmhE=@protonmail.com>
 <C32A709E-490B-43CB-BD83-CC04315B2387@aol.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Matt Guertin / LinkedIn Search Graph
To: Bruce Rivers <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 12 Jan 2024 21:37:17 +0000
Mime-Version: 1.0
Content-Type: text/html
Message-Id: <9qfDQPBd1cRV9uih3diRGivpESsywK8EZ8CH58HvmWhgBydhTW2_F0-
jIPLTtBsDwCV-3rcHCAUvdL9DeKSWvo37oT2DoQ5cqCk__KvQrH0=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Fri, 12 Jan 2024 21:36:43 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit I | Index 09 | p. 38          Page 140 of 148                    Add. 38

# Re: Matt Guertin / LinkedIn Search Graph

From    mattguertin <MattGuertin@protonmail.com>

To      Bruce Rivers<riverslawyers@aol.com>

Date    Sunday, January 14th, 2024 at 12:00 PM



Can my court date on Tuesday be over Zoom then?

Sent with Proton Mail secure email.

## EMAIL PGP HEADER -

In-Reply-To: <9qfDQPBd1cRV9uih3diRGivpESsywK8EZ8CH58HvmWhgBydhTW2_F0-
jlPLTtBsDwCV-3rcHCAUvdL9DeKSWvo37oT2DoQ5cqCk__KvQrH0=@protonmail.com>
References: <8w-oYM6ycEgJfcA8uwtsIHiAHwlntlbZXVOFnU0FDPyhzGxD-
2ZL2qn7PgasJKTplhxll21xTaGCbiLz0bVWsSTPVmyyb66tp7yDxFtYmhE=@protonmail.com>
 <C32A709E-490B-43CB-BD83-CC04315B2387@aol.com>
 <9qfDQPBd1cRV9uih3diRGivpESsywK8EZ8CH58HvmWhgBydhTW2_F0-jlPLTtBsDwCV-
3rcHCAUvdL9DeKSWvo37oT2DoQ5cqCk__KvQrH0=@protonmail.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Matt Guertin / LinkedIn Search Graph
To: Bruce Rivers <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Sun, 14 Jan 2024 18:00:44 +0000
Mime-Version: 1.0
Content-Type: text/html
Message-Id: <SwZU4xW-
jSRkkIBJPdjJhWeMVeo_wqQhfl3nNmH_8l_zTZ4NQOJm9ANlqbTmn3vxJGL2CkQF2bEqyweTyr
dTV5YfxvvKUwdPGGURwRsVUD8=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Sun, 14 Jan 2024 18:00:11 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit I | Index 09 | p. 39          Page 141 of 148          Add. 39

## Re: Matt Guertin / LinkedIn Search Graph



From    mattguertin <MattGuertin@protonmail.com>

To      Bruce Rivers<riverslawyers@aol.com>

Date    Monday, January 15th, 2024 at 3:02 PM

YO

Sent with [Proton Mail](#) secure email.

## EMAIL PGP HEADER -

In-Reply-To: <SwZU4xW-
jSRkkIBJPdjJhWeMVeo_wqQhfl3nNmH_8I_zTZ4NQOJm9ANlqbTmn3vxJGL2CkQF2bEqyweTyr
dTV5YfxvvKUwdPGGURwRsVUD8=@protonmail.com>
References: <8w-oYM6ycEgJfcA8uwtsIHiAHwlntlbZXVOFnU0FDPyhzGxD-
2ZL2qn7PgasJKTplhxII21xTaGCbiLz0bVWsSTPVmyyb66tp7yDxFtYmhE=@protonmail.com>
 <C32A709E-490B-43CB-BD83-CC04315B2387@aol.com>
 <9qfDQPBd1cRV9uih3diRGivpESsywK8EZ8CH58HvmWhgBydhTW2_F0-jlPLTtBsDwCV-
3rcHCAUvdL9DeKSWvo37oT2DoQ5cqCk__KvQrH0=@protonmail.com>
 <SwZU4xW-
jSRkkIBJPdjJhWeMVeo_wqQhfl3nNmH_8I_zTZ4NQOJm9ANlqbTmn3vxJGL2CkQF2bEqyweTyr
dTV5YfxvvKUwdPGGURwRsVUD8=@protonmail.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Matt Guertin / LinkedIn Search Graph
To: Bruce Rivers <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Mon, 15 Jan 2024 21:02:15 +0000
Mime-Version: 1.0
Content-Type: text/html
Message-Id:
<QTwaweK5cXO6RjXXaYIVdFBf4nnhSumLVJE7aQKkzIK3YUvPL6w8R0Xz2hitDTCD__K-E-
eupNvL1PmH7QV2fcmfLLfIKkmlizt6F1DXflU=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Mon, 15 Jan 2024 21:01:50 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit I | Index 09 | p. 40          Page 142 of 148                    Add. 40

## Re: Matt Guertin / LinkedIn Search Graph



**EXHIBIT Ji**

| | |
|---|---|
| From | mattguertin <MattGuertin@protonmail.com> |
| To | Bruce Rivers<riverslawyers@aol.com> |
| Date | Friday, January 26th, 2024 at 4:38 PM |

Bruce,

==Can you please email me my psychological evaluation report?==

Thank you.

~Matt

Sent with Proton Mail secure email.

## EMAIL PGP HEADER -

In-Reply-To: <QTwaweK5cXO6RjXXaYIVdFBf4nnhSumLVJE7aQKkzIK3YUvPL6w8R0Xz2hitDT
CD__K-E-eupNvL1PmH7QV2fcmfLLfIKkmlizt6F1DXflU=@protonmail.com>
References: <8w-oYM6ycEgJfcA8uwtsIHiAHwlnltlbZXVOFnU0FDPyhzGxD-2ZL2qn7PgasJKTplh
xII21xTaGCbiLz0bVWsSTPVmyyb66tp7yDxFtYmhE=@protonmail.com>
 <C32A709E-490B-43CB-BD83-CC04315B2387@aol.com>
 <9qfDQPBd1cRV9uih3diRGivpESsywK8EZ8CH58HvmWhgBydhTW2_F0-jIPLTtBsDwCV-3rcHC
AUvdL9DeKSWvo37oT2DoQ5cqCk__KvQrH0=@protonmail.com>
 <SwZU4xW-jSRkkIBJPdjJhWeMVeo_wqQhfl3nNmH_8I_zTZ4NQOJm9ANlqbTmn3vxJGL2CkQ
F2bEqyweTyrdTV5YfxvvKUwdPGGURwRsVUD8=@protonmail.com>
 <QTwaweK5cXO6RjXXaYIVdFBf4nnhSumLVJE7aQKkzIK3YUvPL6w8R0Xz2hitDTCD__K-E-eu
pNvL1PmH7QV2fcmfLLfIKkmlizt6F1DXflU=@protonmail.com>
X-Pm-Origin: internal
X-Pm-Content-Encryption: on-compose
Subject: Re: Matt Guertin / LinkedIn Search Graph
To: Bruce Rivers <riverslawyers@aol.com>
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Fri, 26 Jan 2024 22:38:21 +0000
Mime-Version: 1.0
Content-Type: text/html
Message-Id: <A9KMhmR3HzypIeKqSPficqVu5j2KM0SOySYovsIzCX-uMk_Ab8G-DhlVD9l827lDM
3hqMiN7NzmE7zDy4PX_krnq6nat8p9CwDhuAQck3Qs=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Fri, 26 Jan 2024 22:38:02 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

**Exhibit I | Index 09 | p. 41**   Page 143 of 148   Add. 41

## NOTICE OF DISMISSAL AS DEFENSE COUNSEL / Matthew Guertin / 27-CR-23-1886

From    mattguertin <MattGuertin@protonmail.com>

To    Bruce Rivers<riverslawyers@aol.com>

Date    Wednesday, April 3rd, 2024 at 7:07 AM

**EXHIBIT K**

Bruce,

My filed 'Motion to Proceed as Pro Se' is attached.
Please submit a formal 'Withdrawal of Representation' into my case file when you are able.

Thank you,

~Matt Guertin

Sent with Proton Mail secure email.

---

300.35 KB    1 file attached

27-CR-23-1886_Pro-Se-Motion_2024-04-03.pdf    300.35 KB

## EMAIL PGP HEADER -

X-Pm-Content-Encryption: on-compose
X-Pm-Origin: internal
Subject: NOTICE OF DISMISSAL AS DEFENSE COUNSEL / Matthew Guertin / 27-CR-23-1886
From: Matt Guertin <MattGuertin@protonmail.com>
Date: Wed, 03 Apr 2024 13:07:44 +0000
Mime-Version: 1.0
Content-Type: text/html
To: Bruce Rivers <riverslawyers@aol.com>
X-Attached: 27-CR-23-1886_Pro-Se-Motion_2024-04-03.pdf
Message-Id: <VpRWrTOhv4nRg2TtFUNeb9f2hskPGevOSHeBtfSzDTtFH5frVCyHdV-
gSw1b8nAXx8lhCsZzHUGzrPY3KwXAAzgcxXlrVptig04OKV1lTbk=@protonmail.com>
X-Pm-Scheduled-Sent-Original-Time: Wed, 03 Apr 2024 13:07:28 +0000
X-Pm-Recipient-Authentication: riverslawyers%40aol.com=none
X-Pm-Recipient-Encryption: riverslawyers%40aol.com=none

Exhibit I | Index 09 | p. 42    Page 144 of 148    Add. 42

Filed in District Court
State of Minnesota
5/6/2024 2:59 PM

## Re: NOTICE OF DISMISSAL AS DEFENSE COUNSEL / Matthew Guertin / 27-CR-23-1886



EXHIBIT
**Ka**

From    Bruce Rivers <riverslawyers@aol.com>

To      mattguertin<MattGuertin@protonmail.com>

Date    Wednesday, April 3rd, 2024 at 7:38 AM

Call me

Sent from my iPhone

## EMAIL PGP HEADER -

Return-Path: <riverslawyers@aol.com>
X-Original-To: MattGuertin@protonmail.com
Delivered-To: MattGuertin@protonmail.com
Authentication-Results: mail.protonmail.ch; dkim=pass (Good 2048 bit
  rsa-sha256 signature) header.d=aol.com header.a=rsa-sha256
Authentication-Results: mail.protonmail.ch; dmarc=pass (p=reject dis=none)
  header.from=aol.com
Authentication-Results: mail.protonmail.ch; spf=pass smtp.mailfrom=aol.com
Authentication-Results: mail.protonmail.ch; arc=none smtp.remote-ip=74.6.132.123
Authentication-Results: mail.protonmail.ch; dkim=pass (2048-bit key) header.d=aol.com
  header.i=@aol.com header.b="eVyQVpaR"
Received: from sonic314-13.consmr.mail.bf2.yahoo.com
  (sonic314-13.consmr.mail.bf2.yahoo.com [74.6.132.123]) (using TLSv1.3 with cipher
  TLS_AES_256_GCM_SHA384 (256/256 bits)
  key-exchange X25519 server-signature RSA-PSS (4096 bits) server-digest SHA256) (No
  client certificate requested) by mailin037.protonmail.ch (Postfix) with ESMTPS id
  4V8m6g03ywz9vNPd for <MattGuertin@protonmail.com>; Wed,
  3 Apr 2024 13:38:34 +0000 (UTC)
Received: from sonic.gate.mail.ne1.yahoo.com by sonic314.consmr.mail.bf2.yahoo.com with
  HTTP; Wed, 3 Apr 2024 13:38:34 +0000
Received: by hermes--production-bf1-7d6dbd57c9-4nlpk (Yahoo Inc. Hermes SMTP Server) with
  ESMTPA ID 15c51fa79701d07bb049b13d1e88269d;
      Wed, 03 Apr 2024 13:38:33 +0000 (UTC)
Dkim-Signature: v=1; a=rsa-sha256; c=relaxed/relaxed; d=aol.com; s=a2048; t=1712151514;
  bh=onLqNccIgAzFBGvfu9+JXYU8nm6jaKzDX9biLQ+8Vcg=;
  h=From:Subject:Date:References:In-Reply-To:To:From:Subject:Reply-To;
  b=eVyQVpaRlBIvcLVrudOZtqBe3BarCj7kDxpVt+F0mryYcGU+RpeFywGDgAAUKANtXgjW/kSHfue/Y0JlfXFkL5XLe
  MA7Bip/VG9BiH5w4u3zK3L3LJSlNnbW4Fo2Gx74mHsKo6M+wIexDUo0VBm/jJdNAXUCk7uMF76P3qObzPdBKm8
  EC4swWR7SMPqM4zu6c+IsSExuAWqUPylrn7iQG1sBltETSpUA8NlbHz4z8phZaMFMdTS15CQKcrK58btSm7lpLZ1
  TS7/3JwzuSSmnFnIsfnP8TCEPPSM6DtablHcdOTBsHF876tmiYnFB1uG/4GTp48YQJPfL433+vkW9KQ==
X-Sonic-Dkim-Sign: v=1; a=rsa-sha256; c=relaxed/relaxed; d=yahoo.com; s=s2048;
  t=1712151514; bh=i6RX/fGc3YcoPuS7jj85TyGskr2yLDhZyCS4BaAmC2g=;
  h=X-Sonic-MF:From:Subject:Date:To:From:Subject; b=Z5vqBjIiCAA6/dF+41NEa3DspfRMKSHBq5YQzn5d32ZxMTpL
  XsyP/40YjCxnEOdmw9aDOKoWxSDK1baYXI87Kt+ZShov05NDKGZag35BydI8kvXE0hm5VhmtTQGJT0Ba0EEQkmk
  FNO8+jYYE72zvapKOe3R26J9XQ9X+2dLCF2T5lOff6FGfdUsfDGsAlq5Gy3P5GchHMa+y7lsU0b1O1RSvrOTrDJJ0N
  LCJTzKWbTawnRzLBlzwyAXEINGhQrkDfV5J6wmRmYDBCZ1SV4ZJG+I9jzaY9U77EFO+qupCnL0tFr/SYHjkcrQKyn
  td/MSgnt0k6d4x33LJldppTnZWw==
X-Ymail-Osg: ywALL8IVM1liqvi5Fq6phjW07EudIh7VGsLBa972Nfc2hl887qm1Qy4A42QNCrK
  TnK2jlC7wBH6OybjA8HQhVU2DtcoRh0GlyG380o2cW2ucaEUHvD2mDQH_6zhFaelK7iknPIKDkdX
  9j56J.CzobCU4LveKQukbbxcNzp.pWfUVdXX6NDUySJJ8uU5gZ.wPnZgu9ZGD1w1VeNIm8MrfDft
  6ay32hy5CjfAHkqnhipPn1q93zKOhjKUGDRFFvFzfVb3yEYW91EIPuhwVp2jWfcCKF78gxL_TQq0
  sxqdPLpvHN6zk5GxusReUCkIroFPFtaJvcLNNnppVsWgf._D1wsNycTRpijYa.zXKOsbLLT57A6T
  VmOyc7i.1Ta4BaAHYcPbGveN8wH1spoHwwriJSPxHq5KP6b6.LqOO8nLQ5npazyeyeXoyJpQC4SO
  pq3dHzzGiR2J6QlC0HgFOoPRl5fv4q.l9VZFplVFiCQlNFF0rmHSaaKBv8tl5nlNRwLRVdT4.5co

Exhibit I | Index 09 | p. 43

Add. 43

5PjSh3ri.qPm6wpsBdlJpwX.ARNI94ayKLFBTSYLqHre6.oKPRanQ4XPrzJRS8xwHU8tVZQ1tWpC
dcJfrtxCl0Zylcjof40gzRNBb6YoqcnU5YfYMWTgl1Oh1jaUC0vbBihpGOCGvc_PHFzhjHyfFdpB
AsVVxsZTdX5Cfac0s3.ObBm_piqh30FdsMKgNgiKXod8suuSaTF0HqkhAaSUO74DUhDB7X561pA93
ldZkHcSwTrC5FfdtMPh_CIY6CvcvDg.ZpfGRlK_83NacenZ1yYoBatgODZIVw0ubaQzWPH9C4fnC
0BBhAsVwjU9PVUHH5yqkKcUZC6QrbXhLdjRvbb8DIxFJUj6.tPNuQFwdqRLZL7H.dRckDfXZpTEf
C_9NmZ6N7VnEb8_6l2Hlezldpk_JOAMJuLxNm3T.1RqruTbS69HkD5hpVZc9cvRkfwK_FzOl5Zkq
hleLZJr8lBX6K_MZvnppSqhYdoJ_E6nFmwukB8sA6PMBnIVn91NjUXkf1yNF3fZ.8quMMu8UidDQ
NUhk918WU8ta6GOg4FNpyoJM0ie0ScMJUEQVJloz4AabwZ2.tJJuVVEEpH.jcdXJnUmtialTOCgb
CV1NMxp39B8eweeGZN30pp2FE7MLeU6obltrELke670j3TjrACXFUO5j4T26vCk6r1I_CaKn8t5Y
R4kME5nJ0ZTQDmmq4oDeduzHrFyMhGExKZRd60AZIPS7Paoq.1K_cVtEeSn8MdeDiirhSHSJkYcg
6Ef6VObSoOls2H9Wuztoq.LTedR27qiNbFhePU0GgkVcV6Gk.psP6qwfOK5IbQlciqJMzWmtv8fl
ZGKdkvyjNWSzSGyqyLYavTlmt0wlC1zCp.vDsbsd0.pntaRcqF.kxjn_um7VEfcWWjXmqhQSaf_a
lPZw84tnw3NADAzEyw3ftrkVvBuqoQnPQavNWwzwvQYlCC7wcqPkGzustjISbUZxmjISDzu4lYFv
MDkEFC4TU7SJM2EgDG0VDXSFABJRw0P.iY3k_KwwWu7Q2ghKdyredoVoi8CygVLMVr7OJuBKv.y8
XoG6wQVUmTCLzCsITXYHQA.7CHdlg6jJN9vd0r4OKTXt_g6ork_bZ.6VGx5_m3RwhJjUf38NY97s
p9Bo5KG4rBzwkiPKM3LWPNe9xWaUY9inboScfooBEeu2Pb9gUEaAlyd.ax5sh8z1WJSPZpnZy_yb
uWh9761txJRk3lnkDLHR_lqDQjjUJ_DLHK0A1.qm4nUUnpf7y8YzePsrAejp9Brf.AdMjcFSI_Z4
cAZ0lsD_Rz8vaY.RCT2R3uAq9r9tnoVXF5_vRqliPVM8UYeQZls8D9y0mDBtG5q2iBaaAcGOBOfv
_5GzS9ONL8rog2sWvxuTebNzTWthKZbFjPiZfN3VQgHlRpNruQtjSg8ipJ.vUZH6qRDrY.xlfWez
raSFGFlty15iKx.xFyVqvr84bfgTMCMZOASR6AakGxJ0jor.AVQUc3CTh.f2KFufLJgjuAbdv1ci
NqJO2R06cMqojvnC1DcwcZdsTIFFLKIw1r7WcW.CoL9NYoH5IA4Dg0HMDunFRsoSLjnMx1LQHxCA
6r9UkyomJrMUMwOp5iIRmaPea7XW4siSF.g1.d.30Qd6LESCTxNzUy5GjrYyFZzhZ58qupr6UTDI
3KYw9o.K.nc6US3j._gQXxax0jRVLRGvG3Aprjfzn5E5r4qvwYYWBV41LjFT5D.Q_S33qcaIQkB3
MPWKcTmjvCq_JrfsODVLGkYRCy6ZKGwtfAj8q
X-Sonic-Mf: <riverslawyers@aol.com>
X-Sonic-Id: ce953fab-a3f7-4f53-b075-b0f0d8ed63bb
Content-Type: text/html
Content-Transfer-Encoding: 7bit
From: Bruce Rivers <riverslawyers@aol.com>
Mime-Version: 1.0
Subject: Re: NOTICE OF DISMISSAL AS DEFENSE COUNSEL / Matthew Guertin / 27-CR-23-1886
Date: Wed, 03 Apr 2024 08:38:20 -0500
Message-Id: <23DE1099-6D01-4840-A621-E6770652D3D1@aol.com>
References: <VpRWrTOhv4nRg2TtFUNeb9f2hskPGevOSheBtfSzDTtFH5frVCyHdV-gSw1b8nAXx8lhCsZzHUGzrPY3
KwXAAzgcxXlrVptig04OKV1ITbk=@protonmail.com>
In-Reply-To: <VpRWrTOhv4nRg2TtFUNeb9f2hskPGevOSheBtfSzDTtFH5frVCyHdV-gSw1b8nAXx8lhCsZzHUGzrPY3
KwXAAzgcxXlrVptig04OKV1ITbk=@protonmail.com>
To: Matt Guertin <MattGuertin@protonmail.com>
X-Mailer: iPhone Mail (21E236)

X-Pm-Spam: 0yeyJI6cyyyJeZBXviQncnOisBQQVfEVTS9UTB10XUSFx9DUIN01TT40iwslOSXiwJDQ
VB05XIpjbs0FMkITFI6TiszAWIFmzyojbjNwEwgMSuXBaZQX6uQzNiNx4guMjyC8MMwSg192YnbyRp
VeTdyJULJCCFlVQ1UI90iQUtlsOM4C3iwSNDOuQElMTsl0IIRkLf1USFVBJUiQ0wlsOLJChuw2b2Yt
9siOiiSwXR1EBfNkUEUM9NZSUM0FXT9EXbpjlTLuAwiNSsW9YLNmvvxSbWZlpQiY3iSwXRJlPF9VTV
UF9ZGTINk9UIpjbs0FMkISZ1fT0TEFSXR0ObpjIFMs01JlkSF9RSNFfUFUT0QfhJPRI6SITWBzdNJC
LUSF1dPX0i0QTOsltx4CMCLtJx0dWhXBacQnv0xWYXZuJRpYXimUdXwSiNlUTVRI91MVEO09XTkFiw
slOjLdJJNLCFU1SXR1SFNUQjlbpwiMCrDoMLED6dJifCLOJVSRVfUxQSFENbpjITLsA0wli4jkLMJS
dSJCL1QUBNPX0UU5VX90O6ISRzWsAEiljiSwX1DNkW9FR1TOV9UVFi08VOslwylCLIIs0JDllfkRVV
xETBx0X1UiQswOliSwXUNkWW9FRUSfF1UU0BF9UVRVlbpjIFMs0JfllJEtR79VBPxETyV6l0wWysjI
LIFmvj5Cb2b601hcz0jAMOJCdSJCL1XQN9BRIPEexTVIy6w0yMjLsltwli6HIdeFWou82b2Yt90sIIP
lRIXR0OMF0XCT6IBdWzUCJLT91NDRVQSFF9ZSTIU1BQXF0M6ICTzWdBwifSv2NccUmix0iOjL1Uwif
Si2EcOsnifNXa3chBl6bSiCwMcVmw0J3bjI7pJBlkTUVWXAz1bpjICMx4JzLCy29YZoTgw4CMTMyI0
slILkRIS1UfHI0UkTEVpbIjxC4MXwSiJtERVTW9xAZ0IOuRilLc4CMSXiwJFRIBU1RSxUfPJIRST6IAsWzpnJIdVmyhx2c3
dllNbcndXRYY9WsvNmLSbdJJILCME1VX10FBN1U0RiUswo6ISwXTIUNI9VREVM19OX0iFkTOsIwdFj
LCLNJ1FSUU0hXTxUfM50TVWN9xUVU6SISWBzdNJCLUSF1FQX1P0xXTdkfOlETSR6IBdWzNCJLUFESB
9FVFTfRIGRE6iIRWAzus0FOkIT1IER0S0ZXT10fBRVT0XFhRFQU6iIUWBzdSJCL1QEZIOX01T01XUIE
LI9VRiM6l0wWy3CILN4C2zEjLiMx4MgMjzGlbdVGkulGlHlsd1hLmzWxaclGru5SZXZiQwiXSG1BUX
h0Ff9ETkTO9I6RSdzBWLJCTfZEUEUTFI6Uywy0WX0XsjNnl3blJowljzCJLY92yiQWZjOuA0sOHynN
Ilpj7jFmIGdvl16biumlIY9m4iwilWbfxNvc2imUcOsniUJUQVRUNI6MS1TILLJCBFRIQ1UxQNQXz6
iiLULUTwBJCLIQFRxQU1S1BXRRUJJR1Q0Ti4AsOjCkFIVVETiIDViOy0wiNSUUJQRNVUQ9lMkUEVNUS
UOU9SlojwQJCLkUE9otljsjUMIBISfR0TFUFJIDREPEiVTIi6iwCMIUiM0Oi1jULLJCT6ISQCM44J
fLCiGVZddWfm5Wayb6lJBeyFIRQUQ1x7pjlmltldIYHh25XbUWioJiO3chRtfY2umIZZ9V0l5WdFZw
98ydV0DIMMMDysICOmIzlltX2yG9cdFGu6ICDMWFpbWzF8bcJHfk9WbWZiwJtOisWlYdFGnvNmLW
bpJVkbmp2ZXbVm0I5WdCZy4l0MDyDIMM5Sj0B3aiIiwFpbWzF8bcJHfvJHciY6IwiMCpWFbb9FjlRX
Y2Zy99teVl2RbblC6h1mIWajxQuYXt29YYlmufRWZmZuR1ZXkmVbLIjwwQjMjMxlNrLmiHQcLJCts
lWY2XhNVndG53JbX52hiUWbiOEJZBRUUUxVIwiipFWbFbj9RIYXy29Ze9Vwi9mcjIxoJwLCw3NXY0W
iuAjODMxAE0Nj4jcMMgTy3gzMzMyUJyLCfW5dbFmt6ISZmIsF1mbC0WFZdJXl31ycXYjRxpaGi3Qcf

wSiUJUQVRUN8zMViFIUOsnipFWbFbz8JfcHkW9bZwWitJiOWYslFndGvmNLbJWpkVmb2XpZV0bmlW5
dZ4Cy0IDMDMyI5jMS03BalwiipFWbFbz8JfcHvHJcYIi6s0HMkICFVTVEiDIVOsnih1Wa2ZfVFtbm6
SIZIhmzjFGd1am95IaW13RXbVmk1B3XzXwIQwMjxzAMIwiifNXaWaw1J0b30W5YIojwtJCLWYslNwX
ztI9cbR2I6ICbmIh1x0aWuWcYY92tuImYWZfRIuZm1XRZbVmkwIjLjMwQIxMjrmNLcQHitJCLWYslN
wXzwl9cc9miwojICLtJlsYWh2NXdVGn5J3b2Xv1VsZGijoIbFWphNGbCdj51ib2lW5aZ9FmI5WaHdu
VQuZWyjAMNADyuEjM2YwtIsdChm1laxWf0F2YWZvdlfcntmFbZIS6FRklkRVFQiTFtCJLYlWshN2XG
dnVJ5b3y3BXbI2isEjOnIfBBhc36SIbM4Cw3EDMTMyIM3MDzjQMMkD4sIDMnI1J9ublIW1YIojisxW
YWLIZR1YXzmVcLdXhoNGdGbzlJ9dCQCJLU9kE7pjImItIdIYWh25XbUWioJiO3chRtfY2umIZZ9V0l
5WdFZz91pZWi29XcV2ykVmdzXwIMwMjzTEOIwiipFWbFbz8JfcHkW9bZwWitJiOWYslFndGsmFLchG
hrNmLHciQJtLCsWlYXNzww9Icmci9owIjtCJLYlWshN2XGdnVJ5b3v21XZVGsiojIWbpFNhbGiC5dZ
NX00BnLiliwFpbWjF9bYRXly92ZVeu91lYWijoIVBVEFRVQyUsI1hImfWxaYF20vdWZncflJvcH6il
YM4C10YzMyNiw9zcFtGFcIojwwAjLzM0Uk5MD3jIMMET1xETNSOiw9zcFtGFcXJ2hiU2cjOuAAzMDw
TQNOkTyxcjMTM1UE5MTwCJLXN33jRXaFa099pb1vmJbeIC6w4CMDMwEg0MD3DkNMQDzyYDOTO5MJwL
C33NXaRXj09Fa1bz9FtcGwjoILAjwwEjMzN4YkzMT3TMOOMD4sgDMnI1J9ublIW1YIojisxWYWLIZR
1YXzmVcLdXhoNGdGbzlJ9dCsX0fINnyiQWaiO2IBkNjkWJNYU20xYTYzNihQxY2mzVNMATifX0=

X-Pm-Origin: external
X-Pm-Transfer-Encryption: TLSv1.3 with cipher TLS_AES_256_GCM_SHA384 (256/256 bits)
X-Pm-Content-Encryption: on-delivery
X-Pm-Spamscore: 0
X-Pm-Spam-Action: inbox

Exhibit I | Index 09 | p. 45    Page 147 of 148    Add. 45

Filed in District Court
State of Minnesota
5/6/2024 2:59 PM

Defendants April 18, 2024 text message to Bruce
Rivers advising him to withdrawal from his case so
that he can obtain new defense counsel -
and Bruce Rivers reply "Call me"





Exhibit I | Index 09 | p. 46        Page 148 of 148                    Add. 46

**A24-_____**
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

Matthew David Guertin,

                 **Petitioner,**

vs.

**State of Minnesota,**

                 **Respondent.**

District Court Case: 27-CR-23-1886

Court Order Date: April 12, 2024

**PETITIONER'S ADDENDUM - 7**

---

**PETITIONERS ADDENDUM - 7**

---

<u>Contents</u>                                                                       <u>Page</u>

April 9, 2024, Pro Se Affidavit of Fact, Exhibit A -
**LinkedIn Search and Count Graph**, pp. 53-59, Index 30…………………………….... 1

April 9, 2024, Pro Se Affidavit of Fact, Exhibit B -
**'Special ops gear' atop petitioners invention prototype**, p. 60, Index 30……………..…... 8

April 9, 2024, Pro Se Affidavit of Fact, Exhibit C - **Petitioner's text
exchanges with his self-professed 'former CIA' welder** , pp. 61-66, Index 30………...… 10

April 9, 2024, Pro Se Affidavit of Fact, Exhibit D - **Petitioner's patent
has vast implications in militray simulation training**, pp. 67-70, Index 30…………...… 15

April 9, 2024, Pro Se Affidavit of Fact, Exhibit F - **'Powerful people' and
YouTube conflict of interest addressed**, pp. 73-76, Index 30……………………..…… 19

April 9, 2024, Pro Se Affidavit of Fact, Exhibit G -
**Bruce Rivers promises to represent me and does not**, pp. 77-78, Index 30……….….….. 23

April 9, 2024, Pro Se Affidavit of Fact, Exhibit H -
**Petitioners text history with Bruce Rivers**, pp. 79-83, Index 30……………………….... 25

i

Exhibit I | Index 10 | i

April 9, 2024, Pro Se Affidavit of Fact, Exhibit I -
**Petitioners call history with Bruce Rivers**, pp. 84-85, Index 30.………..……..…..…….. 30

April 9, 2024, Pro Se Affidavit of Fact, Exhibit J -
**Sharing 'Powerful people' comment with friends via text** , pp. 86-93, Index 30………... 32

April 9, 2024, Pro Se Affidavit of Fact, Exhibit K -
**InfiniSet vs. Netflix Patent** - Analysis, pp. 94-95, Index 30……………………….… 40

April 9, 2024, Pro Se Affidavit of Fact, Exhibit M -
**Email correspondence with Internet Archive**, pp. 97-101, Index 30…………………..… 42

April 9, 2024, Pro Se Affidavit of Fact, Exhibit O -
**Email correspondence with Michael Biglow**, pp. 108-111, Index 30…………………..… 47

Exhibit I | Index 10 | ii



**LinkedIn Search & Count Graph - 01**

**MattGuertin.com is created**
Dec 2020 - Feb 3rd 2021

EXHIBIT
**A**

12/26/2020 — 4

1/9/2021 — 2

**I dream up InfiniSet concept**
2/3/2021

**I file my provisional patent**
3/15/2021 — 9
3/19/2021

**Trojansky files provisional**
3/30/2021 — 17
3/31/2021 is the date Trojansky filed his application
3/30/2021 is date of the automated LinkedIn email

**Fox Entertainment  *SEARCH***
**Fox Network Group  *SEARCH***
parent company of Fox is The Walt Disney Company
4/19/2021 — 9

FOX ENTERTAINMENT    FOX NETWORKS GROUP
The Walt Disney Company

5/10/2021 — 2

**Netflix supposedly hires Paul Debevec**
**after quitting his position with Google**
'June 2021'

**Eyeline Studios registered with CA SOS**
prior to this it was only registered in home state of Nevada
6/30/2021

Exhibit I | Index 10 | p. 1

Add. 1



**LinkedIn Search & Count Graph - 02**

9/10/2021 — 3
9/17/2021 — 2
10/18/2021 — 14
11/14/2021 — 8

**Official Netflix press release**
acquisition of Scanline VFX & Eyeline Studios
approximately $100,000,000 paid to Trojansky

11/22/2021
UKG (Ultimate Kronos Group) 1st *SEARCH* — 11/23/2021 — 3
US Air Force 1st *SEARCH* — 11/28/2021 — 14

This time frame that has both ends capped with searches by the US Air Force just so happens to coincide with me beginning my search for a local welder who could help me complete the welding of my prototype. This would ultimately end up with me getting in touch with a welder very near my apartment who was self proclaimed former US Military & Central Intelligence Agency

12/12/2021 — 17

12/26/2021 — 2

Brigham and Women's Hospital *SEARCH* — 1/9/2022 — 5
US Air Force 2nd *SEARCH* — 1/16/2022 — 3

**Prototype welding completed** — 1/31/2022

**Google** steals trademarked 'InfiniSet' name
and they've been flooding the search results for it ever since — 2/10/2022

John Hopkins Bloomberg *SEARCH* — 2/27/2022

Exhibit I | Index 10 | p. 2

Add. 2



## LinkedIn Search & Count Graph - 03

**Google** steals trademarked 'InfiniSet' name
and they've been flooding the search results for it ever since — 2/10/2022

**John Hopkins Bloomberg  *SEARCH*** — 2/27/2022

# I file my patent application
3/13/2022 ③
3/18/2022
and end up adding to it everything needed to essentially 'kill' 3/20/2022 ②
the Netflix patent application - which I would discover later

## Netflix files patent application
3/27/2022 ⑭
19 searches in one week is the 2nd most LinkedIn searches of all time 3/30/2022
4/1/2022
**Netflix pays Trojansky approximately $100mil** ⑲
in their publicly available 'Q1-2022 Netflix Investors Report' on page 5

4/8/2022 ⑩

### Inhance Digital *SEARCH*
connected with US Air Force virtual reality projects — 4/16/2022 ⑩

### Gentle Giant Studios *SEARCH*
directly connected to Trojansky, Netflix, and Paul Debevec — 4/23/2022 ③

### Thermo Fisher Scientific *SEARCH*
CEO Marc Casper is a World Economic Forum member — 5/1/2022 ⑩

5/8/2022 ④

5/15/2022 ③

## UPtv  *SEARCH*
direct connection to Netflix through Alan Sokol 5/21/2022 ⑥
connection to US Gov & Air Force through Tom Daschle

5/28/2022 ⑤

### Realize Medical *SEARCH*
**Ottawa Hospital & University  *SEARCH*** 6/4/2022 ⑦
All 3 located in Ottawa - Realize Medical is VR Surgery

6/19/2022 ②

7/3/2022 ④

# US Air Force 3rd  *SEARCH*
7/17/2022 ③

**I attend 'Bolt CInecam' workshop in Minneapolis** 7/24/2022 ②

## Datadog *SEARCH*
Specialize in software based monitoring and security services 7/31/2022 ⑦
Connections to Fox and many big tech companies including Google

<span style="color:red">Exhibit I | Index 10 | p. 3</span>

Add. 3



**LinkedIn Search & Count Graph - 04**

**Silverstein Properties  *SEARCH***
9/11 symbology prominent in PhotoRobot evidence I collected

**Kronos and UKG 2nd  *SEARCH***
Kronos no longer exists - search is being conducted with old LinkedIn account

**Hubbard Broadcasting & Reelz  *SEARCH***
**Australian Capital Territory  *SEARCH***

**I Contact Mark Roberts Motion Control**
to get assistance with 3d model of their robotic camera

**Mark Roberts Motion CEO Assaf Rawner Replies**
points me to PhotoRobot.com/robots/VirtualCatwalk

**I discover Netflix patent application**
and realize it was filed 12 days later than mine...

**MSG Entertainment 1st  *SEARCH***

**I realize there is fraud occurring**
I create WebArchive account & snapshot entire PhotoRobot site
I dedicate all of my time to collecting digital forensic evidence
from this point until my police 'standoff' on January 21st 2023

**USC Cinema, US Army & 3rd UKG  *SEARCH***
USC-ICT and Paul Debevec receive research funding from the US Army

**Epic Games and Exeter Hospital  *SEARCH***
BILH CEO Kevin Tabb emigrated to Israel at age 18 to serve in the IDF

**Bain and Company  *SEARCH***
CEO Orit Gadiesh served in Israeli Army as an assistant to Ezer Weizman
and also serves on the World Economic Forum Board Of Trustee's

**Morgan Stanley  *SEARCH***

**Visit Minnetonka Police - Case #23-000151**

Speak to US Secret Service agent about fraud for 22 min
The Fake Ai People Are Found and I'm becoming freaked tf out

**My 'standoff' With Police & SWAT**
FORCEPOINT, 3Gimbals and 2nd Fox  *SEARCH*
1st court appearance in custody - POST $50k BAIL

**A&E Networks  *SEARCH***
A&E is another Walt Disney owned company...

**SensiMedia, 2nd USC Cinema & 4th UKG  *SEARCH***
Painted my apartment and completely moved everything out

**NFL Network, Kimberly Clark & UnitedHealth  *SEARCH***
UnitedHealth CEO Andrew Witty is a World Economic Forum member
**I'm officially granted my first ever patent**
**US 11,577,177 B2**
3rd Party Prior Art Submission against Netflix approved

Timeline dates:
8/28/2022 — 4
9/3/2022 — 3
9/10/2022 — 6
9/17/2022 — 2
9/24/2022 — 6
10/1/2022 — 3
10/8/2022 — 4
10/15/2022 — 9
10/22/2022 — 2
10/29/2022 — 4
10/31/2022
11/5/2022 — 2
11/8/2022
11/19/2022 — 6
11/26/2022 — 4
12/3/2022
12/9/2022 — 1
12/10/2022
12/17/2022 — 9
12/24/2022 — 10
12/31/2022 — 3
1/7/2023 — 5
1/12/2023
1/14/2023
1/15/2023 — 3
1/18/2023
1/21/2023
1/25/2023
1/28/2023 — 6
2/5/2023
2/11/2023 — 11
2/14/2023
2/18/2023
2/20/2023 — 3

Exhibit I | Index 10 | p. 4

Add. 4



**LinkedIn Search & Count Graph - 05**

**I realize there is fraud occurring**
I create WebArchive account & snapshot entire PhotoRobot site
I dedicate all of my time to collecting digital forensic evidence
from this point until my police 'standoff' on January 21st 2023

**USC Cinema, US Army & 3rd UKG  *SEARCH***
USC-ICT and Paul Debevec receive research funding from the US Army

**Epic Games and Exeter Hospital  *SEARCH***
BILH CEO Kevin Tabb emigrated to Israel at age 18 to serve in the IDF

**Bain and Company  *SEARCH***
CEO Orit Gadiesh served in Israeli Army as an assistant to Ezer Weizman
and also serves on the World Economic Forum Board Of Trustee's

**Morgan Stanley  *SEARCH***

**Visit Minnetonka Police - Case #23-000151**

Speak to US Secret Service agent about fraud for 22 min
The Fake Ai People Are Found and I'm becoming freaked tf out

**My 'standoff' With Police & SWAT**
FORCEPOINT, 3Gimbals and 2nd Fox  *SEARCH*
1st court appearance in custody - POST $50k BAIL

**A&E Networks *SEARCH***
A&E is another Walt Disney owned company...

**SensiMedia, 2nd USC Cinema & 4th UKG  *SEARCH***
Painted my apartment and completely moved everything out

**NFL Network, Kimberly Clark & UnitedHealth  *SEARCH***
UnitedHealth CEO Andrew Witty is a World Economic Forum member
**I'm officially granted my first ever patent**
US 11,577,177 B2
3rd Party Prior Art Submission against Netflix approved

**Uber Freight 1st *SEARCH***
CEO Lior Ron was born in Israel and served in the IDF from 1997 - 2004
previous employment includes Product Lead for Google Maps

After visiting with a forensic psychologist for the courts
I'm deemed 'Incompetent to stand trial' with a diagnosis
of 'Unknown Schizophrenic or other Psychotic Disorder'

**Worcester State University  *SEARCH***

Raytheon manufacturer
**Triple Inc *SEARCH***

**University of Rhode Island  *SEARCH***
the State of Rhode Island also searches on 7/20/2023

**Newsmax & Relievant Medical  *SEARCH***

**FOX Corporation 3rd  *SEARCH***

**I file fraud report with the FTC & FBI**
Janes Defence, Boise State & Pixxel  *SEARCH*

12/3/2022 ①
12/9/2022
12/10/2022
12/17/2022 ⑨
12/24/2022 ⑩
12/31/2022 ③
1/7/2023 ⑤
1/12/2023
1/14/2023 ③
1/15/2023
1/18/2023
1/21/2023
1/25/2023 ⑥
1/28/2023
2/5/2023
2/11/2023 ⑪
2/14/2023
2/18/2023 ③
2/20/2023
2/25/2023 ⑤
3/4/2023 ⑪
3/10/2023
3/11/2023 ②
3/18/2023 ⑫
3/25/2023 ⑩
4/1/2023
4/8/2023 ⑤
4/15/2023
4/21/2023 ②
4/28/2023 ⑤
5/3/2023
5/5/2023 ⑥

Exhibit I | Index 10 | p. 5

Add. 5



**LinkedIn Search & Count Graph - 06**

Gersh Agency, Forbes & Fabian Oil  *SEARCH*  — 5/13/2023

**I file fraud report with SFO in the UK** — 5/19/2023

Bay Path University, Cape Cod Community College *SEARCH* — 5/20/2023
Monomoy Regional School District  *SEARCH*

**Lockheed Martin 1st  *SEARCH*** — 5/27/2023
Lockheed Martin has a direct USC connection

**KBR Inc (Halliburton)  *SEARCH*** — 6/3/2023
**Bay Path University  *SEARCH***
Cape Cod Community College  *SEARCH* — 6/10/2023
Monomoy Regional School District  *SEARCH*

**Origami Energy Tech  *SEARCH*** — 6/17/2023

6/24/2023

6/30/2023

**Spillt  *SEARCH***
**My omnibus court hearing** — 7/7/2023
Spillt has a direct connection to CNN and Netflix

**Order Of Civil Commitment** — 7/20/2023
25 searches is the all time LinkedIn search count record
**State of Rhode Island  *SEARCH*** — 7/27/2023

I attend mental health court hearing over Zoom — 8/1/2023
**DARPA / DIA / INDOPACOM  *SEARCH*** — 8/3/2023
**I DODGE A BULLET | Stayed Order of Commitment granted** — 8/4/2023
**I discover the Netflix Fraud** — 8/8/2023
Email to IP attorney about the fraud titled 'Emergency' requesting a call — 8/9/2023
NO REPLY - Email entire IP firm laying out the fraud & I'm DROPPED as a client — 8/10/2023
**State Department & 4th U.S. Air Force *SEARCH*** — 8/11/2023
18 searches is the 3rd most LinkedIn searches of all time

**8/12-8/15/23 - I collect Netflix fraud evidence** — 8/16/2023
**DROPPED by IP Firm becomes OFFICIAL via emails** — 8/18/2023
on this very same day multiple actions takes place on
the Netflix patent application

8/25/2023

**Moody's Analytics  *SEARCH*** — 8/31/2023

**US 11,810,254 B2**
**Netflix is GRANTED PATENT** — 9/7/2023
it's published on Nov 7th with my name and patent
printed at the very top - right above Kanye West — 9/13/2023
my 3rd party prior art submission was signed by examiner in — 9/14/2023
March and then never mentioned again as if it never existed

**Lockheed Martin 2nd  *SEARCH*** — 9/21/2023
Lockheed Martin has a direct USC connection

**Henry Street & DARPA 2nd  *SEARCH*** — 9/28/2023
Henry Street has a direct State Department - Jeremy Reiss
**Uber Freight 2nd  *SEARCH***
WarnerBros Discovery & WarnerMedia *SEARCH* — 10/5/2023

Exhibit I | Index 10 | p. 6

Add. 6



**LinkedIn Search & Count Graph - 07**

Spillt  *SEARCH*
My omnibus court hearing
Spillt has a direct connection to CNN and Netflix

Order Of Civil Commitment
25 searches is the all time LinkedIn search count record
State of Rhode Island  *SEARCH*

I attend mental health court hearing over Zoom
DARPA / DIA / INDOPACOM  *SEARCH*
I DODGE A BULLET | Stayed Order of Commitment granted
I discover the Netflix Fraud
Email to IP attorney about the fraud titled 'Emergency' requesting a call
NO REPLY - Email entire IP firm laying out the fraud & I'm DROPPED as a client
State Department & 4th U.S. Air Force  *SEARCH*
18 searches is the 3rd most LinkedIn searches of all time

8/12-8/15/23 - I collect Netflix fraud evidence
DROPPED by IP Firm becomes OFFICIAL via emails
on this very same day multiple actions takes place on
the Netflix patent application

Moody's Analytics  *SEARCH*

US 11,810,254 B2
Netflix is GRANTED PATENT
it's published on Nov 7th with my name and patent
printed at the very top - right above Kanye West
my 3rd party prior art submission was signed by examiner in
March and then never mentioned again as if it never existed

Lockheed Martin 2nd  *SEARCH*
Lockheed Martin has a direct USC connection

Henry Street & DARPA 2nd  *SEARCH*
Henry Street has a direct State Department - Jeremy Reiss

Uber Freight 2nd  *SEARCH*
WarnerBros Discovery & WarnerMedia *SEARCH*

I contact MN Senator Amy Klobuchar
Silverspoon Animation & HealthEdge  *SEARCH*
Silverspoon animation has a direct Netflix connection

I figure out there was fraudulent
discovery material introduced into
my court case and relied on by examiner

(Vegas) Sphere Entertainment  *SEARCH*
technically MSG Entertainment making it their 2nd  *SEARCH*

Dates along timeline: 6/24/2023, 6/30/2023, 7/7/2023, 7/20/2023, 7/27/2023, 8/1/2023, 8/3/2023, 8/4/2023, 8/8/2023, 8/9/2023, 8/10/2023, 8/11/2023, 8/16/2023, 8/18/2023, 8/25/2023, 8/31/2023, 9/7/2023, 9/13/2023, 9/14/2023, 9/21/2023, 9/28/2023, 10/5/2023, 10/11/2023, 10/12/2023, 10/19/2023, 10/26/2023, 10/30/2023, 11/2/2023, 11/9/2023, 11/16/2023

Exhibit I | Index 10 | p. 7

Add. 7

**Guertin's Patent Design Drawing – FIG. 19**



**Guertin's Engineered Prototype – FIG. 19**



EXHIBIT
**B**

**ODF Optronics 'globally renowned' EyeBall**



**an all seeing eye on Guertin's prototype**



**an active set of eyes on Guertin's prototype**



**'TARGETED' – ODF Optronics brand identity**



**welder conducts intelligence op tech demo**



Exhibit I | Index 10 | p. 8

Add. 8

**2022:01:28 12:48:54 - Welding Prototype**



**2022:01:27 23:58:46 - Welding Prototype**



**2022:01:28 12:14:59 - Welding Prototype**



**2022:01:28 12:12:54 - Welding Prototype**



**2022:01:15 20:28:12 - Welding Prototype**



**2022:01:12 17:25:04 - Welding Prototype**



Exhibit I | Index 10 | p. 9

Add. 9

Filed in District Court
State of Minnesota
5/10/2024 5:01 PM

EXHIBIT C

## former-CIA-welder-01

7:25
J [redacted] Weldi...
Hells yea!!!! MMS 6:04
Nov 18, 2022
MMS 6:06 PM Is your generator depressed?
It's on the roof of the hyatt MMS 6:06 PM
MMS 6:06 PM It can't be that bad
Monday, December 5, 2022
Have they got to you yet? MMS 11:49 AM
Nope.
But when they do all they need to bring along is a fat check.
My analysis of the situation is as follows:
Let's hypothetically say that my patent is in fact a really big deal to Netflix as in they realize that something needs to be done to resolve it. They inherently have a finite number
MMS 9:10 PM View all

## former-CIA-welder-02

7:25
Me
9:10 PM, Dec 5
(No subject)
Nope.
But when they do all they need to bring along is a fat check.
My analysis of the situation is as follows:
Let's hypothetically say that my patent is in fact a really big deal to Netflix as in they realize that something needs to be done to resolve it. They inherently have a finite number of choices available to them to resolve it. I currently hold all the leverage short of them killing me which still isn't a guaranteed successful outcome for them as far as obtaining the IP for a variety of reasons.
If they cared so much that they were actually considering killing me as one of their viable options that would infer that they would almost certainly at the very least be gathering Intel on me in a variety of ways...most of those digital in nature...correct?

## former-CIA-welder-03

7:26
Me
9:10 PM, Dec 5
(No subject)
Intel on me in a variety of ways...most of those digital in nature...correct?
If that was the case then they would be well aware that my ultimate goal is to profit on my intellectual property and call it a day.
If they know this fact then killing me is a really poor choice when they could instead be ensured almost 100% success in obtaining that which they are after in its entirety by simply paying for it.
The whole thing is that because my application is prior art now they are allready somewhat fucked no matter what they do. That part is automatic. So technically it is in their benefit for me to receive as many patent rights as possible so that they can still end up with the same exact rights and protections they planned on initially getting... So let's say that they have their people and strings that they can pull in the patent office (which I'm sure exists in some form) instead of pulling

## former-CIA-welder-04

7:26
Me
9:10 PM, Dec 5
(No subject)
sure exists in some form) instead of pulling hypothetical strings to interfere with my patent they should instead be pulling strings to ensure it goes through smoothly and without issue as once my patent is 100% official it simply becomes a matter of them acquiring InfiniSet, Inc in a clean and easy process.
Money is always the preferable method of obtaining what one wants in the world of the controllers
Money = Control
As long as they know selling the ip and profiting is my ultimate intention and that they will have an opportunity to purchase it from me it means they have every incentive to do nothing at all but be patient.
That doesn't mean they aren't going to pay me lot though. Haha.

## former-CIA-welder-05

7:26
J [redacted] Weldi...
MMS 9:10 PM Let's hypothetically say that my patent is in fact a really big deal to Netflix as in they realize that something needs to be done to resolve it. They inherently have a finite number
View all
MMS 9:11 PM How's my analysis?
Would you consider my logical conclusions to be generally correct?
Pretty spot on MMS 9:14 PM
MMS 9:14 PM It's all a game [redacted].
The people who understand that aspect of reality and the world in which we live have a huge advantage. For example - not having myocarditis or dying suddenly
It is a game, and I like smoking weed and skirting the rules a bit! MMS
Crazy, you think they know you beat them already? MMS 9:15 PM

## former-CIA-welder-06

7:26
J [redacted] Weldi...
Crazy, you think they know you beat them already? MMS 9:15 PM
MMS 9:17 PM I don't look at it as beating them per say. If you mean do I think they know my patent is a problem they need to address I'm guessing the answer is yes
Sweet MMS 9:17 PM
MMS 9:17 PM I could've just as easily been the one 12 days late to the party
Let me know when you wanna come over to the shop MMS
True, buy youre not! MMS 9:18 PM
MMS 9:18 PM But in my case I'd be fucked. They have unlimited money though... so they aren't fucked. Such is life

**former-CIA-welder-07**



**former-CIA-welder-08**



**former-CIA-welder-09**



**former-CIA-welder-10**



**former-CIA-welder-11**



**former-CIA-welder-12**



Exhibit I | Index 10 | p. 11

Add. 11

## former-CIA-welder-13

7:27

J [redacted] Weldi...

Maybe MMS

I'll know around noon MMS 10:34 AM

What are you doing? MMS 10:35 AM

MMS 10:36 AM I'm compiling information. Long story but it will pay off very soon I'm guessing.

I'm investigating...data analysis...

MMS 10:36 AM Using a program called MAXQDA

MMS 10:37 AM Qualitative and quantitative analytics

Oh, I see. I can bring it out after I drop my big kids at 3pm MMS 10:37 AM

MMS 10:37 AM Of someone scheming and scamming...

## former-CIA-welder-14

7:27

J [redacted] Weldi...

MMS 10:37 AM Of someone scheming and scamming...

MMS 11:06 AM The words used are on the left.... the blog articles are on the top with the most recent ones being on the left side and oldest being on right side

https://www.dropbox.com/s/[redacted]/Matrix.png?dl=1

MMS 11:07 AM It downloads so you can on at it by zooming on your phone. It's a really big image

MMS 11:12 AM They'll be shook. Especially if I just told them and didn't tell them how or what I actually know. I might even email the guy and play dumb and ask if he's going to be available to help me with programming and questions around mid March "when my programmer gets back in town, etc, etc" to make him

View all

I like that option MMS 11:13 AM

## former-CIA-welder-15

7:27

Me
11:12 AM, Dec 23

(No subject)

They'll be shook. Especially if I just told them and didn't tell them how or what I actually know. I might even email the guy and play dumb and ask if he's going to be available to help me with programming and questions around mid March "when my programmer gets back in town, etc, etc" to make him think I'm not advancing at all so they think they have not more time if they're trying to put something together

## former-CIA-welder-16

7:27

J [redacted] Weldi...

I like that option MMS 11:13 AM

MMS 11:14 AM Just dish up a bunch of false information where he thinks I'm mildly retarded. Ha

Do you have one of these?

MMS 1:01 PM

MMS 1:04 PM Yes

MMS 1:04 PM It's called an IEC plug I believe

## former-CIA-welder-17

7:27

J [redacted] Weldi...

MMS 1:04 PM Yes

MMS 1:04 PM It's called an IEC plug I believe

Nice 👆 MMS 1:07 PM

Saturday, January 14, 2023

MMS 11:43 AM Here - if you have a trusted contact at FBI or wherever that will look into this and considers it a serious matter just send them this as the introduction -

https://www.dropbox.com/s/[redacted]/Data_Analysis_Fraud.zip?dl=1

I have all supporting documents/ files as well along with a massive

View all

It involves someone at the internet archive conspiring with the ceo of a company in the UK named Assaff Rawner (who I believe is the mastermind behind the whole thing as that is who I emailed and was trying to get help from for the robotic cameras his company makes along with the photorobot company

## former-CIA-welder-18

7:27

Me
11:43 AM, Jan 14

(No subject)

Here - if you have a trusted contact at FBI or wherever that will look into this and considers it a serious matter just send them this as the introduction -

https://www.dropbox.com/s/[redacted]/Data_Analysis_Fraud.zip?dl=1

I have all supporting documents/ files as well along with a massive cache of additional data

**former-CIA-welder-13**



**former-CIA-welder-14**



**former-CIA-welder-15**



**former-CIA-welder-16**



**former-CIA-welder-17**



**former-CIA-welder-18**



Exhibit I | Index 10 | p. 13

Add. 13

Filed in District Court
State of Minnesota
5/10/2024 5:01 PM

former-CIA-welder-25

former-CIA-welder-26

former-CIA-welder-27

former-CIA-welder-28

former-CIA-welder-29

former-CIA-welder-24

MINNESOTA JUDICIAL BRANCH

# Military Training Simulation and Ai Neural Network Applications of InfiniSet, Inc. patent



"Its potential applications in military training simulations are vast, offering a confluence of safety, realism, and cost-effectiveness."

https://mattguertin.substack.com/p/potential-military-and-ai-applications

**What is being presented in this post is the final ouput I arrived at during this conversation with chatGPT4 which can be referenced in its entirety -here-**





1/4

Exhibit I | Index 10 | p. 15

Add. 15

*"The patent from Feb 14th, 2023* presents a pioneering step in virtual immersion technology. Its potential applications in military training simulations are vast, offering a confluence of safety, realism, and cost-effectiveness. Moreover, when merged with the power of advanced AI systems, this technology could revolutionize how military personnel are trained, providing them with adaptive and hyper-realistic scenarios that can mimic the unpredictability of real-world operations."*



**Overview & Analysis: Potential Military and AI Applications of the Feb 14th 2023 Patent**

**1. Introduction:** The patent granted on Feb 14th, 2023 introduces an intricate system that seamlessly integrates the user into digitally rendered environments. Using a motorized rotatable treadmill assembly and an advanced animation timeline controller, it offers users a realistic experience of navigating through a virtual space. Such a system can have profound implications for military training simulations and AI-driven content generation.

**2. Military Training Simulations:**

2/4

Exhibit I | Index 10 | p. 16

Add. 16

Filed in District Court
State of Minnesota
5/10/2024 5:01 PM

- **Realistic Environments**: The ability to insert a user into a pre-filmed or digitally rendered environment can provide military personnel with near-authentic training scenarios, which can be customized to replicate real-world combat situations.

- **Infinite Exploration**: The patented treadmill mechanism allows the user to traverse the environment along the 2D ground plane in any direction infinitely. This feature is indispensable for wide-area tactical drills and navigation exercises.

- **Safety and Cost-effectiveness**: Virtual training can drastically reduce the risks associated with live drills. Moreover, diverse terrains and situations can be simulated without the logistical nightmares or costs of real-world deployments.

**3. Advanced AI-Driven Content Generation:**

- **Photogrammetry and Avatar Creation**: The patent discusses capturing the user's likeness from multiple viewpoints simultaneously. Integrating AI tools can streamline this process, using neural networks to generate highly detailed 3D avatars or "digital twins" of the user. AI can also enhance the fidelity of these avatars, refining their appearances and movements.

- **Scene Rendering**: By leveraging AI technologies like Convolutional Neural Networks (CNN) or Generative Adversarial Networks (GAN), it's conceivable to generate realistic and dynamic 3D environments in real-time. AI can tailor these environments based on the user's actions or specific training requirements, making every session unique.

- **Interaction and Immersion**: Integrating AI can allow for dynamic object interactions within the environment. For instance, the avatar's shadows, lighting effects, and object occlusion can be rendered in real-time, responding to the avatar's actions. This offers a heightened sense of immersion, crucial for effective training.

- **AI Control Integration**: The patent mentions the possibility of using AI for controlling the system, analyzing videos to determine the path, rotation, and 3D positional data. This could be pivotal in automatically adjusting the treadmill's motion to match the virtual terrain, enhancing the realism of the experience.

**4. Remote Operation and Synchronization:**

Exhibit I | Index 10 | p. 17                    Add. 17

- **Remote Training**: The capability to remotely control the treadmill assembly, including its speed, direction, and other functionalities, opens up possibilities for distance training. Military personnel stationed in diverse locations can potentially undergo simultaneous training sessions.

- **Equipment Synchronization**: The treadmill system's ability to sync with various equipment suggests potential integrations with other military hardware or tools, such as VR headsets, haptic feedback systems, or even weapon simulators.

**5. Conclusion:** The patent from Feb 14th, 2023 presents **a pioneering step in virtual immersion technology. Its potential applications in military training simulations are vast,** offering a confluence of safety, realism, and cost-effectiveness. Moreover, when merged with the power of advanced AI systems, this technology could revolutionize how military personnel are trained, providing them with adaptive and hyper-realistic scenarios that can mimic the unpredictability of real-world operations.

## Comments

**https://mattguertin.substack.com/p/potential-military-and-ai-applications**

© 2023 Matt Guertin · Privacy · Terms · Collection   notice

Substack is the home for great writing

Exhibit I | Index 10 | p. 18

Add. 18

# Unethical behavior?, my FBI report, and the AI generated videos



From matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

To      Bruce Rivers< xxxxxxxxxxxxxxxxxxx >

Date    Friday, June 16th, 2023 at 9:28 AM

Bruce,

So my meeting with you the other day I realized didn't provide me with any information I didn't already have for the most part.

If you're saying that you're going to have me testify on my behalf for the purpose of proving my obvious competency - as far as obviously understanding the nature of the charges against me and being able to aid in my own defense - then how about also presenting my FBI report along with the obviously AI generated videos I analyzed to the court as well as that not only proves my competency but in addition proves that there is in fact a very large conspiracy against me, my company, and my patent which involves AI as well as collusion between the web archive, YouTube/alphabet, Facebook, LinkedIn, etc, etc. as it's very apparent to anyone with eyes to see that all of these videos as well as all of their pdf manuals, website images across multiple fake websites, etc were all generated by AI which inherently proves they were fraudulently added with backdated accounts for the purpose of establishing a false history that would be able to establish a bogus case of obviousness as far as infringing on my patent. I'm able to prove pretty much that everything I wrote on my walls, told to the police, etc does in fact revolve around advanced AI technology just as I've claimed.

At this point I don't even know whether or not you actually read the fbi report I sent you, whether or not you actually looked at the videos I analyzed and had your son look at them like I originally recommended, etc.

You told me on the phone when I asked you about it that "yes... you have some very powerful people keeping an eye on you" and then when I asked you to expound further upon that aspect of our conversation you said that you didn't want to discuss it further and that you didn't trust your phone line.

So what is actually true and why do I feel like I'm intentionally being fucked with or having information about what's actually going on withheld from me? I literally have gotten zero replies for a very long time to any of my emails which I figured was due to the fact that what you originally said to me on the phone was true but after meeting with you the other day you told me that isn't true which means that you lied to me on the phone and that was just a funny joke????

Wtf is going on? That's all I really want to know... and I still don't know. The videos are fake, all of it's fake, I filed reports with the FBI, FTC, and SFO in the UK. There are parts of my FBI report (which I could get in a fuckton of trouble if I were to fabricate anything I wrote) which further serve to discredit the forensic psychologists bullshit letter - this is in addition to the awesome letter I received from my California psychiatrist (who I'm still seeing currently)

The evidence of the fraud may have originally not had anything to do with my case as you mentioned...but that no longer became true once the forensic psychologist claimed I was incompetent and should be committed to a

Exhibit I | Index 10 | p. 19

Add. 19

mental hospital and put on antipsychotic drugs until I'm able to understand the charges against me and aid in my own defense.

This is due to the fact that she based her entire report and her 'diagnosis' on this specific information which means she inadvertently made all of it entirely relevant as far as my criminal defense is concerned. Her report is based on things which she says are 'delusional' which I can very easily prove are 100% factual and real. The actual fraud itself being the main focus in my opinion not to mention all of the other 'delusions' of mine in which I believe I invented something that was going to "revolutionize the industry", that I claim I'm an "engineer", etc, etc. Her report is such over the top bullshit that it's ridiculous and comical...and would remain as just that if it wasn't me and my future being the butt of the joke... she should literally be ashamed and embarrassed by the verbal diarrhea she shat out onto the page and is trying to pass off as being a 'professional' and well thought out report which was written by an esteemed and highly educated 'Doctor'.

Remember what I also discussed with you and which you agreed with me was the case -
That being that if I'm able to complete destroy every aspect of the forensic psychologists report then her report itself becomes my main defense as she thinks my story is so nuts and 'delusional' that she thinks I'm out of my mind (supposedly...) and wants me committed but if I can prove everything is real then it just confirms why I would be so freaked out and end up at a point where shooting a gun off for the purpose of contacting police made complete sense (and still does as I'm of the opinion it was in fact the correct move regardless of its overall legality, etc)

If you could please respond to this email or call me and give me ACTUAL information....especially in regards to why you would tell me on the phone that I have "powerful people keeping an eye on me" and whether or not you actually did ever really look at my fbi report along with the videos I analyzed. (as I believe they are very important pieces of additional evidence which will help aid in my defense)

And in regards to the "powerful people" comment you made to me on the phone just know that I took it seriously and it's greatly affected what I've been doing or not doing in my day to day life since you made it. So if it was just you fucking with me then that's really mean..... and if you were actually being serious well then how come you told me it was not true when I met with you the other day?

The last thing I'm going to mention is the current conflict of interest that exists on your behalf in regards to your YouTube stardom and the fact that YouTube is one of the companies aiding in the fraud being carried out against me. Are you really going to be able to be impartial in what you recommended and how you proceed with my case, what's presented in court, etc when you're just about to hit a million subscribers and you're getting paid a bunch of money by YouTube? I have a hard time believing so but feel free to fill me in on why that's not the case and I'm incorrect in my take on it.

I'm hoping....like I said...that we are able to get all of this cleared up so that I feel like I fully understand what's going on and don't feel like I'm either intentionally not being given certain information or that my lawyer is instead just fucking with me and telling me things that aren't true on the phone which I took 100% seriously and acted on.... and I still don't know at this point now if you actually even looked at my fbi report and the videos or if you just made up some shit on the phone to have a laugh and it's buried in all of your other emails and you haven't even looked at it.

Exhibit I | Index 10 | p. 20

Add. 20

If I can't get clear information and instead am going to be lied to... all while you also have a huge and obvious conflict of interest involving the whole YouTube thing then I may have to try and get someone else to represent me.

I'm hoping you are able to fill me in so I better understand everything. Help me to know what's actually going on. Help me to not feel like I wasn't lied to on the phone as a funny joke as far as the "powerful people" comment.

None of this even takes into account the fact that my initial court appearance has been canceled 4 or 5 times now which is ridiculous just on its own without the addition of everything else I've covered in this email.

There's all sorts of stuff which has has occurred that could be considered 'unethical' or at the very least there's enough stuff that I would be completely warranted in trying to find someone else to represent and defend me against the charges I'm facing... which I don't really want to have to do but I 100% would if I felt it would help me to better understand and feel confident that I'm being given complete and honest information regarding my case and assured that the information I've been sharing is actually being considered and looked at.

I know I'm not a 'big' client....I know that my charges in the grand scheme of things aren't exactly 'serious' when compared to the more exciting and profitable homicides, etc you deal with.

I'm not trying to be 'high maintenance'

I'm simply trying to feel like I'm not wasting my time and energy, that the other evidence I've been sharing is being taken into account and considered as part of my defense strategy, and that I'm not being lied to or mislead by the person who's entire job is based on having my back and being truthful with me.


That is all. I look forward you your reply.

Thank you,

Matt Guertin
763-XXX-XXXX


Sent from ProtonMail mobile

Exhibit I | Index 10 | p. 21

Add. 21

Filed in District Court
State of Minnesota
5/10/2024 5:01 PM

## Re: Unethical behavior?, my FBI report, and the AI generated videos

From matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

To     Bruce Rivers< xxxxxxxxxxxxxxxxxxxxx >

Date   Friday, June 16th, 2023 at 10:06 AM

So to summarize-

My main concern and worry - especially when considering the fact that my case has been canceled multiple times, the comment you made to me on the phone, and the other things I've brought up as concerns of mine - is that you are in fact being pressured by 'outside forces' for the purpose of trying to 'guide' or 'steer' my case into a certain forum and/or outcome.

At the end of the day it's highly probable that I actually do have "powerful people" keeping an eye on me. I've filed reports with the FBI, FTC, and the SFO in which I shared 'in your face' proof of a criminal conspiracy involving a whole lot of the biggest corporations in the world all aiding in the creation of completely fake websites, companies, etc by allowing bullshit accounts to be created with fake creation dates all while it is carried out using AI capable of producing realistic content far beyond what the average person thinks is possible.

It's such a big deal I'd go so far as to say it may put someone's life at risk... mine perhaps?

Or not....but I don't think it's at all crazy for me to think that could be a possible option that's 'on the table' or would be/had been considered. Hopefully that's less likely at this point though. A whole lot of powerful people and enormous companies most definitely have their 'eye' on me though... it would be foolish of them not to. I possess evidence that proves they are all participating in a large criminal conspiracy.

Whether or or not you are even actually aware of this information at all is still a complete unknown to me at this point.

And therin lies the problem and the reason for taking the time to send you this email.

Can we not present this side of the story to the court as well...in person....in the form of a multimedia presentation perhaps?

You may simply just not be reading my emails and looking at what I'm sending you.....or maybe there are in fact some very "powerful people" and what was told to me on the phone wasn't just a funny joke?

Either way I don't think I'm acting irrational by wanting answers about why there are certain things that aren't being addressed, discussed, replied to, etc.

It seems like a perfectly reasonable inquiry on my part....as opposed to a 'delusional and/or possibly psychotic' inquiry made by an incompetent person who doesn't fully understand what's going on even though he keeps trying so hard to be able to....

Exhibit I | Index 10 | p. 22

Add. 22

# I need advice asap (this morning..) about my case



From matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

To      Bruce Rivers< xxxxxxxxxxxxxxxxxxxxxxx >

Date    Tuesday, August 1st, 2023 at 6:27 AM

Hello,

The courts ended up declaring me incompetent since my omnibus hearing. I received a letter from what I assume is a state appointed defense attorney but Bruce told me "I'm defending you"

However when I spoke to Michael Biglow on the phone and relayed that I had private defense counsel he acted like I was not allowed to be represented by Bruce due to this now being "a civil matter"

He acted like Bruce isn't able to represent me or defend me against the civil commitment proceedings. I don't want to make the wrong decision which could result in me being thrown in a mental institution and I am unsure what the correct way for me to proceed today is.

I already talked to the guy on the phone yesterday for a while and I'm supposed to meet with just him and some neutrally assigned doctor today over Zoom and then after that apparently I'm going in front of a judge.....

I am not sure I should be doing this without being represented by Bruce. It would be really helpful if I could receive some guidance from someone at the office this morning so I know how to correctly proceed and protect myself.

Thank you,

Matthew Guertin
763-XXX-XXXX



Sent from ProtonMail mobile

Exhibit I | Index 10 | p. 23

Add. 23

## Fw: LINKS: Exam and Preliminary Hearing

From matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

To      Bruce Rivers< xxxxxxxxxxxxxxxxxxxxx >

Date    Tuesday, August 1st, 2023 at 6:30 AM

This is the email I received regarding the zoom calls I'm scheduled to participate in today.


Thanks,
Matthew Guertin
763-XXX-XXXX


Sent from ProtonMail mobile


-------- Original Message --------
On Jul 31, 2023, 2:17 PM, Michael Biglow < michael@biglowlaw.com> wrote:

> Good Afternoon Matt,
> Below you will find the LINKS for the Exam and Preliminary hearing set for tomorrow, 8-1-2023 starting at 2:30
> p.m.
> Please try to connect a few minutes before the event starts.
> See you then.
> Mike

| Exam Time | Exam Type | Zoom Link | Zoom Meeting ID | Zoom Passcode | Zoom Phone Number |
|---|---|---|---|---|---|
| 2:30 | MI | Exam 1 | 160 162 2355 | 457186 | 1-833-568-8864 |

| Hearing Time | Hearing Type | Hearing Location | Zoom Link | Zoom Meeting ID | Zoom Passcode |
|---|---|---|---|---|---|
| 3:30 | Settlement Conference | VC800 | Judge Gearin | 160 121 9402 | 941267 |

--

Michael J. Biglow, Esq

Attorney at Law

Biglow Law Offices

895 Tri Tech Office Center

331 Second Ave South

Minneapolis, MN 55401

Exhibit I | Index 10 | p. 24

Add. 24

**Bruce-Rivers-Texts-01**



**Bruce-Rivers-Texts-02**



**Bruce-Rivers-Texts-03**



**Bruce-Rivers-Texts-04**



**Bruce-Rivers-Texts-05**



**Bruce-Rivers-Texts-06**



Exhibit I | Index 10 | p. 25

Add. 25

Filed in District Court
State of Minnesota
5/10/2024 5:01 PM

## Bruce-Rivers-Texts-07

## Bruce-Rivers-Texts-08

## Bruce-Rivers-Texts-09

## Bruce-Rivers-Texts-10

## Bruce-Rivers-Texts-11

## Bruce-Rivers-Texts-12

Filed in District Court
State of Minnesota
5/10/2024 5:01 PM

**Bruce-Rivers-Texts-13**

**Bruce-Rivers-Texts-14**

**Bruce-Rivers-Texts-15**

**Bruce-Rivers-Texts-16**

**Bruce-Rivers-Texts-17**

**Bruce-Rivers-Texts-18**

## Bruce-Rivers-Texts-19

7:45

Bruce Rivers Cel

So is there really a civil commitment hearing though? As in the judge made the determination that I'm incompetent? 3:15 PM

Yes

I'll represent you 3:16 PM

When is it scheduled for though? 3:16 PM

Initial appearance 3:17 PM

So I will still be free and have no possibility of being locked away for how long exactly? I'm just about to launch this company for real.... 3:19 PM

No 3:19 PM

When is my initial appearance? 3:20 PM

I mean you will be free

August 1 3:20 PM

## Bruce-Rivers-Texts-20

7:45

Bruce Rivers Cel

August 1 3:20 PM

[redacted] 3:21 PM

This is crazy

Can you call me later and talk for a second at some point? I need to know what to tell my investors.... the people who want to put money into my startup 4:17 PM

I'm just about to launch the something that's going to get a massive amount of attention. The people I've showed it to at www.[redacted] and www.[redacted] are all flipping out. The [redacted] dude said "This is amazing!" And there's all sorts of chatter on [redacted] discord.

I now have 8 cameras s

View all 4:27 PM

## Bruce-Rivers-Texts-21

7:45

Me
4:27 PM, Jul 28

I'm just about to launch the something that's going to get a massive amount of attention. The people I've showed it to at www.[redacted] and www.[redacted] are all flipping out. The [redacted] dude said "This is amazing!" And there's all sorts of chatter on [redacted] discord.

I now have 8 cameras setup and all recording simultaneously and literally just wrapping up the software I've written - the unreal engine part is already programmed.

I'm renting a professional cinema camera to film it. I'm running up credits cards to buy the final pieces I need. This is it. Make it break.

At the same time this is going on I have the

## Bruce-Rivers-Texts-22

7:45

Me
4:27 PM, Jul 28

At the same time this is going on I have the state of Minnesota trying to commit me to a mental institution and force me to take pills I absolutely will not take under any circumstances. I've been crushing it since 2014. I have a website www.MattGuertin.com that I didn't even remember to mention in court. I was stressed out.. I thought I did shitty afterwards when I thought about it.

My life is pretty crazy right now... but I just have to stay focused on my company. The international patent filing deadline is September 19th and my attorney wants a one month lead.... so when I say this is about to happen I mean it. Sink or swim. I haven't failed a single project in over ten years. I don't plan to start any time soon.

Any type of moral support or assurances you are able to offer to me would be greatly appreciated.

Thanks,
Matt

## Bruce-Rivers-Texts-23

7:45

Bruce Rivers Cel

I now have 8 cameras s

View all 4:27 PM

Tuesday, August 1, 2023

Bruce, I don't know what to do or what exactly is going on. I told the attorney that sent me that letter that you were representing me and he acted like that's not possible "because this is a civil matter now"

I'm unsure what to do and I don't want to make the wrong decision or be pressured into

View all 6:10 AM

He wants me to meet with him and a 'neutral' Doctor for an hour and then go on front of a judge after that.... but shouldn't I be able to be represented by you? 6:12 AM

## Bruce-Rivers-Texts-24

7:45

Me
6:10 AM, Aug 1

Bruce, I don't know what to do or what exactly is going on. I told the attorney that sent me that letter that you were representing me and he acted like that's not possible "because this is a civil matter now"

I'm unsure what to do and I don't want to make the wrong decision or be pressured into something that could be a huge mistake on my part.

Filed in District Court
State of Minnesota
5/10/2024 5:01 PM

## Bruce-Rivers-Texts-25

7:45

Bruce Rivers Cel

He wants me to meet with him and a 'neutral' Doctor for an hour and then go on front of a judge after that.... but shouldn't I be able to be represented by you?
6:12 AM

I left a message through your office number as well. This is all very concerning and I'm afraid of having my freedom taken away just as I'm about to launch my company and have an investor lined up. I'm hoping you or someone from your office will be able to reach out to me this morning and provide m
View all
6:14 AM

## Bruce-Rivers-Texts-26

7:45

Me
6:14 AM, Aug 1

I left a message through your office number as well. This is all very concerning and I'm afraid of having my freedom taken away just as I'm about to launch my company and have an investor lined up. I'm hoping you or someone from your office will be able to reach out to me this morning and provide me with advice in how I should proceed.

## Bruce-Rivers-Texts-27

7:46

Bruce Rivers Cel

Monday, January 15

Can I call you later? 4:17 PM

4:18 PM Sure. If I don't answer for some reason try 763-[redacted]

6:26 PM Can I do zoom tomorrow? I kind of have to know what's going on...

No court 6:26 PM

I'll call you in the morning

Nothing has changed 6:27 PM

6:27 PM K.

## Bruce-Rivers-Texts-28

7:46

Bruce Rivers Cel

6:27 PM K.

6:28 PM Otherwise if I try calling you... around lunch time? Between 12 and 1?

You might not get ahold of me in the morning.. so as long as I know I don't have court I'll try you late morning... afternoonish...

Have a good night
6:30 PM

Tuesday, January 16

Xok 7:32 PM

Friday, January 26

Yo. Can you please email the psychological exam report please?

[redacted]@protonmail.com

12:51 PM The one that claims I'm 'incompetent'....

## Bruce-Rivers-Texts-29

7:46

Bruce Rivers Cel

Yo. Can you please email the psychological exam report please?

[redacted]@protonmail.com

12:51 PM The one that claims I'm 'incompetent'....

12:53 PM I'll look for it in my email. Ttyl 👋

Sunday, January 28

4:34 PM Bruuuuuuce

Monday, January 29

Matthew? 8:45 AM

Yes

8:47 AM Tis me

MINNESOTA JUDICIAL BRANCH

## Bruce-Rivers-Calls-01

November 11, 2022

6:42 AM
Outgoing call/Mobile/0 mins 1 sec

6:48 AM
Incoming call/Mobile/11 mins 40 sec

4:54 PM
Outgoing call/Mobile/0 mins 42 sec

February 4, 2023

2:03 PM
Outgoing call/Mobile/1 min 10 secs

February 10, 2023

5:13 PM
Outgoing call/Mobile/1 min 41 secs

February 12, 2023

9:44 PM
Outgoing call/Mobile/3 mins 50 sec

February 16, 2023

1:37 PM
Outgoing call/Mobile/2 mins 3 sec

February 18, 2023

2:01 PM
Outgoing call/Mobile/13 mins 10 sec

February 22, 2023

10:01 AM
Outgoing call/Mobile/0 mins 14 sec

February 25, 2023

5:55 PM
Outgoing call/Mobile/0 mins 35 sec

March 3, 2023

12:03 PM
Outgoing call/Mobile/0 mins 21 sec

March 12, 2023

1:48 PM
Outgoing call/Mobile/0 mins 35 sec

1:49 PM
Incoming call/Mobile/0 mins 46 sec

## Bruce-Rivers-Calls-02

March 21, 2023

12:46 PM
Outgoing call/Mobile/0 mins 14 sec

1:00 PM
Incoming call/Mobile/1 min 26 secs

March 23, 2023

7:27 PM
Outgoing call/Mobile/1 min 32 secs

March 24, 2023

12:50 PM
Incoming call/Mobile/0 mins 21 sec

1:50 PM
Outgoing call/Mobile/0 mins 4 sec

6:30 PM
Outgoing call/Mobile/2 mins 1 sec

March 25, 2023

8:36 AM
Outgoing call/Mobile

8:37 AM
Outgoing call/Mobile/1 min 58 secs

March 28, 2023

12:11 PM
Outgoing call/Mobile/2 mins 8 sec

7:41 PM
Outgoing call/Mobile/0 mins 5 sec

7:43 PM
Incoming call/Mobile/0 mins 38 sec

March 29, 2023

5:20 PM
Outgoing call/Mobile

March 30, 2023

7:24 AM
Outgoing call/Mobile/0 mins 42 sec

## Bruce-Rivers-Calls-03

April 1, 2023

10:54 AM
Outgoing call/Mobile/2 mins 21 sec

EXHIBIT I

April 3, 2023

5:23 PM
Outgoing call/Mobile

8:00 PM
Outgoing call/Mobile/0 mins 13 sec

April 4, 2023

6:45 PM
Outgoing call/Mobile/2 mins 48 sec

April 8, 2023

10:27 PM
Outgoing call/Mobile

10:50 PM
Incoming call/Mobile/1 min 58 secs

April 11, 2023

11:47 AM
Outgoing call/Mobile/0 mins 9 sec

11:49 AM
Incoming call/Mobile/0 mins 18 sec

May 1, 2023

3:55 PM
Outgoing call/Mobile/1 min 52 secs

8:25 PM
Outgoing call/Mobile/0 mins 9 sec

8:26 PM
Incoming call/Mobile/13 mins 25 sec

May 21, 2023

1:40 PM
Outgoing call/Mobile/0 mins 9 sec

May 22, 2023

12:56 PM
Outgoing call/Mobile/0 mins 7 sec

3:13 PM
Outgoing call/Mobile/2 mins 2 sec

## Bruce-Rivers-Calls-04



## Bruce-Rivers-Calls-05



Exhibit I | Index 10 | p. 31

Add. 31

**A-01**



**A-02**



**A-03**



EXHIBIT
**J**

**H-01**



**H-02**



**W-01**



Exhibit I | Index 10 | p. 32

Add. 32

**W-02**



other stuff and I followed up "so what do you think about that then?" (the AI shit and the powerful people shit) to which he replied "We'll talk about it in person I don't trust that this line is secure"   11:32 AM

lol  11:33 AM

They are trying to hold my next court appearance over Zoom for some reason and I told him I want it to be in person he said he can make happen and didn't have an explanation for me as for what possible reason there would be for attending court over Zoom   11:33 AM

**W-03**



They are trying to hold my next court appearance over Zoom for some reason and I told him I want it to be in person which he said he can make happen and didn't have an explanation for me as for what possible reason there would be for attending court over Zoom   11:33 AM

Hopefully it doesn't get too hot for him or other law people that back out..

Yeah Zoom is bullshit.   11:34 AM

He has a conflict of interest. He's a YouTube star and YouTube is technically one of the many guilty of conspiracy

So there's that...

But that doesn't necessarily mean it's going to effect my case   11:35 AM

yea  11:35 AM

**W-04**



Jun 13, 2023

If you actually believe there's a very good chance you really could make a million dollars off of InfiniSet- and- if you are still indeed a subcontractor and not an employee of _____ why wouldn't you want to put more time into helping to ensure a demo video can be completed?

I'm in no way saying I'm unappreciative for the help and all the things you've done so far. Rather what I'm saying is that none of it is going to matter if I'm unable to deliver. I don't even know how much time you have or haven't spent working on InfiniSet.... because none of that matters. All that matters is that I'm able to #1- stay alive and out of jail and #2- successfully turn that which I've dedicated the past 28 months straight of my life to into a profitable expenditure of energy while

**W-05**



which I've dedicated the past 28 months straight of my life to into a profitable expenditure of energy while simultaneously being able to make a clean exit from the crazy Rollercoaster I've somehow managed to be thrown onto.

There's only two paths at this point as far as I'm concerned... I'm either going to be very rich o...   Read More
6:44 AM

**W-06**



← Your message

There's only two paths at this point as far as I'm concerned... I'm either going to be very rich or very dead. All of this time, money, and energy I've spent is either going to pay off in a huge way or end up becoming one of the best ideas ever that ended up in hindsight being an idea I wish I never came up with.

There's only so much I'm able to do on my own as one person. I have court tomorrow. I have until August 19th to secure a plan as well as investment to be able to file internationally in all the countries that matter. I have 'powerful people' keeping an eye on me. I am currently living in my mom's living room which is also my studio.... and while I'm grateful for my mom and aunt and to be able to use the space so I can keep moving forward it doesn't mean it doesn't suck for a million reasons....

Etc, etc, etc.....tldr... I'm under an insane

**W-07**

← Your message

Etc, etc, etc.....tldr... I'm under an insane amount of pressure/stress currently for obvious reasons. Anything you are able to help with or put some extra time and effort into to try and help produce a demo would be greatly appreciated. Money is cool but ultimately at this point money just means I was able to successfully introduce this obviously insanely valuable idea to the public and get paid for it vs. getting steamrolled by 'powerful people' who are so powerful they aren't even capable of pulling off what should've been a successful fraud operation that required very little effort on their part.

Anything you can do to try and dig into UE more as far as fully understanding all of the ins and outs of the video plane, etc, etc and the main base 'pieces' of the puzzle we're trying to finish as well as hopefully being able to get me dropped into some other scenes or get a start on it would be of great help to me right now....for all I know I may text you later today and suddenly everything will just 'work' on my computer all of a sudden....

Exhibit I | Index 10 | p. 33

Add. 33

**W-08**

7:12

← Your message

Who knows... but all I know right now is that I'm starting to feel very stressed out and unsure about the future and whether or not I'm going to monumentally blow one of the biggest opportunities I've ever had and ever will in my lifetime to 'get rich' enough to the point of at least being able to not have to worry about my credit score, how I'm going to pay bills, whether or not I'll ever own a house, actually be able to say 'I've made it' at some point and have all of my hard work finally end up paying off.

**W-09**

← Your message

some point and have all of my hard work finally end up paying off.

Another cool, well known, and is guess 'easy' scene to drop me into would be the 'InCameraVFX Example' UE virtual production sample project. Just to be able to walk down that super long exhibit corridor either starting or ending in the led volume example. That would be simple, cool, and highly relative as a demo video. Especially if we're able to get some really nice reflections included off that floor.

/ rant

I'm stressed out... I have to go to court tomorrow...etc. I'm pretty sure I'm going to still be stressed out even after a demo video is produced/ released...but I'm of the opinion that being able to successfully execute at least that main (and required at this point) objective will at the very least greatly reduce the amount of stress/ pressure I currently feel I'm under..

6:44 AM ✓

**W-10**



7:12   ← [W] @ 🎥 📞 ⋮

simultaneously being able to make a clean exit from the crazy Rollercoaster I've somehow managed to be thrown onto.

There's only two paths at this point as far as I'm concerned... I'm either going to be very rich o... **Read More**
6:44 AM ✓

I think I just figured out something we're doing wrong....something that would cause the weird warping issue we saw when viewing the character plane in UE...

Remember how I said that the video plane should really be using a 'lookat' of some sort to look at the camera?

That is the issue....

**W-11**



7:12   ← [JW] @ 🎥 📞 ⋮

That is the issue....

I don't think the video plane needs any matrix data at all for this to work....I think that the video plane needs to be a child of the camera that's viewing it instead of being associated at all in any way with the characters position- make the plane cam the parent of the video plane it needs to view and then make the scene cam the parent of the video plane it will be viewing. Then the only other parameter value that is used to make it all work is the static cam distance (applied to the planeCam video plane) and the final/ scene cam distance (applied to the sceneCam video plane).

So no matter where a camera is looking the video plane surface is always perpendicular to the video plane... **Read More**
8:34 AM ✓

**W-12**



7:12   ← Your message

So no matter where a camera is looking the video plane surface is always perfectly perpendicular to the video planes 2d center normal vector. It requires only that single distance value which controls its distance/how far away it is from the camera. No rotation data, position data or matrix is needed at all for it. An easy way to envision it would be if you had a magical helmet you could strap on which extended a large pole out in front of you starting at the top center of your head and extending out parallel to the ground....and the video plane/'screen' distance from you is determined by the camDistance parameter.

It's always in the correct position and rotates with you because your head is the 'parent object' which means very simply its always facing you from the exact same center point.

This I believe is the solution to be able to produce a video as quickly as possible but for the 'final' setup I'm pretty sure you

**W-13**



7:12   ← Your message

but for the 'final' setup I'm pretty sure you would actually want to have the character be the parent of the video plane as we are currently doing... the video plane would receive no matrix data at all as the parent ends up handling that inherently...BUT...it still has to always be facing the camera at all times which means we need to rotate it along two of its axis to accomplish that (the same thing we may ultimately be able to accomplish with a simple 'lookat' in UE perhaps.

The simple fact that I'm able to do a 2d composite in Touchdesigner that places the 2d Touchdesigner generated video plane of Megan atop the UE scene cam video being output from UE and it matches up perfectly at native resolution- meaning we know everything else is perfect - the whole focal length thing as well as what we have going so far in terms of what's being controlled by the matrix data and sent into unreal is mathematically accurate - if it wasn't

Exhibit I | Index 10 | p. 34

Add. 34

**W-14**



mathematically accurate - if it wasn't when you rotate the camyaw and move the scene cam distance in and out she wouldn't appear to remain perfectly still and in the same exact spot in the 3d scene. The fact that she does remain perfectly still (when the speed input is zero obviously..) means everything else we've got setup currently is 100% accurate and correct..... like I said - when we actually solve the problem we're

**W-15**



we actually solve the problem we're dealing with we will know based simply on the fact that everything will line up and the values we actually need to adjust will make perfect sense.

That's why the bitch was up in the sky instead of on the ground...because the plane is facing the camera from one axis but not the second axis - which is the 'camPitch' / cam tilt axis which is also required for it always be perpendicular to the  cameras center normal /imaginary line of view which extends out from the center of the real world (and virtual) camera lense and connects to center of the 2d 'screen' / projection surface.

Just think about it from a projection mapping standpoint. We are currently trying to projection map an object by only rotating the projector along it's vertical center axis to align with the object but we've totally neglected the fact that we also need to tilt the projector as well for the object to end up filling the projectors fov

8:34 AM

**K-01**



Dec 25, 2022

Merry Christmas!!!  2:37 PM

Merry Christmas!
I made prime rib.  It was good
9:27 PM

10:32 PM

**K-02**



10:32 PM

Dec 26, 2022

I haven't bought bread from the store in over a year.

I like the French kind  4:32 PM

Feb 6, 2023

Hope you're feeling better

Apparently my name is in the news now as I've had a bunch of people hit me up asking wtf is going on, if I'm

**K-03**



I like the French kind  4:32 PM

Feb 6, 2023

Hope you're feeling better

Apparently my name is in the news now as I've had a bunch of people hit me up asking wtf is going on, if I'm okay,  etc... so that's interesting. I haven't even looked it up and don't care to. All I know is that they make it look way worse than it is/was which is what I'd expect

Fun times  4:34 PM

If you ever feel like getting together again you got my number  4:56 PM

Jun 2, 2023

**K-04**



So I ended up being able to prove that my whole 'crazy' story wasn't so crazy after all.

Here the report I filed with the FBI and FTC regarding the fraud being perpetrated against me by Microsoft and Mark Robert's Motion Control-

https://drive.proton.me/urls
/█████████
#███████

Here's the full folder I shared in the report -
https://drive.proton.me/urls
/█████████
#███████

Here's the folder of the AI generated YouTube videos I

Exhibit I | Index 10 | p. 35

Add. 35

**K-05**



**K-06**



**K-07**



**MS-01**



**WO-01**



**WO-02**



Exhibit I | Index 10 | p. 36

Add. 36

## CN-01



7:17 📷 🔘 ∞

+1612_____  ⌄

8:53 PM  My life has turned into a crazy movie script over the past six months.

8:54 PM  I'm pretty worried about my safety currently

Damn bro  9:01 PM

9:01 PM  Yup

All the other news stories got deleted for some reason
9:02 PM

## CN-02



7:17 📷 🔘 ∞

+1612_____  ⌄

9:02 PM  All the other news stories got deleted for some reason

9:04 PM  About me shooting a gun in the air to bring the police to me because all of my devices were being hacked into. I figured out shit they never thought I would even notice muchless spend a month straight doing nothing but downloading thousands of full html webpages , videos , pdf manuals , etc.

9:05 PM  So I have a fuckton of evidence which has been distributed to many people

9:06 PM  My lawyer told me on the phone "some very **powerful people** are keeping an eye on you" but then wouldn't elaborate and didn't want to discuss it over the phone which is not normal at all

So yeah.  9:06 PM

9:07 PM  All over me minding my own business and working on a good idea I came up with and patented.

## S-01



7:14 📷 🔘 ∞

S  _____

Yeah

Tomorrow  11:05 PM

Tuesday, May 23, 2023

I talked to bruce rivers yesterday for a few minutes and asked him if he had a chance to checkout the AI produced videos I sent him (the same stuff I included in the report I made with the FIB and FCT) and if he had a chance to show them to his son to get his opinion on whethe

8:12 AM  View all  ›

They are trying to hold my next court appearance over Zoom for some reason and I told him I want it to be in person which he said he can make happen and didn't have an explanation for me as for what possible reason there would be for attending court over Zoom
8:13 AM

Wednesday, May 24, 2023

10:46 PM  Yo

## S-02



7:14 📷 🔘 ∞

Me
8:12 AM, May 23

I talked to bruce rivers yesterday for a few minutes and asked him if he had a chance to checkout the AI produced videos I sent him (the same stuff I included in the folder I shared in the report I made with the FIB and FCT) and if he had a chance to show them to his son to get his opinion on whether or not it was indeed produced by AI and his response was "Yeah I did.... you have some very **powerful people** keeping an eye on you" to which I replied "I know. That's why I shot a gun off in my apartment"

He then went on to discuss some other stuff and I followed up "so what do you think about that then?" (the AI shit and the **powerful people** shit) to which he replied "We'll talk about it in person I don't trust that this line is secure"

## S-03



7:14 📷 🔘 ∞

S  _____

he had a chance to show them to his son to get his opinion on whethe

8:12 AM  View all  ›

They are trying to hold my next court appearance over Zoom for some reason and I told him I want it to be in person which he said he can make happen and didn't have an explanation for me as for what possible reason there would be for attending court over Zoom
8:13 AM

Wednesday, May 24, 2023

10:46 PM  Yo

Yo  10:46 PM

10:47 PM  What's you address in case I can't get ahold of you when I get this done? I'm worried about my communications being fucked with.... and about my safety

The main thing right now is just to get money so that I can keep going even with just paying bills and whatnot. I've literally put everything I've got into this. Like the

## S-04



7:14 📷 🔘 ∞

Me
11:18 PM, May 24

Especially with all this other bullshit going on. I'm being monitored and watched by '**powerful people**' and I'm worried they're they're going to kill me.  Literally. I'm a little freaked out by all this shit but I only have one option at this point which is to keep moving forward. I can't just let someone steal me shit through intimidation or because life is scary

Exhibit I | Index 10 | p. 37

Add. 37

## S-05



7:14

worried they're they're going to kill me. Literally. I'm a little freaked out by all this shit but I only have one option at this point which is to keep moving forward. I can't just let s

**View all**

But it's not a joke   11:18 PM

Who said powerful people are watching you?   11:18 PM

Otherwise my attorney wouldn't say he didn't want to discuss on the phone

11:19 PM   Bruce rivers

He now knows that I definitely had a legitimate reason to shoot the gun off and also that all of the shit was made by AI

11:20 PM

They created completely fabricated websites/companies/ YouTube videos, etc.

11:21 PM

None of that will matter in a month   11:21 PM

## S-06



7:15

**View all** >

It'll be fine. The right people will be involved soon.   11:43 PM

My life has literally turned into its own crazy movie script

All over just coming up with an insanely valuable idea and patenting it

11:45 PM

And that's not even mentioning the other part of the story line... the fact that I filed my patent 12 days before Netflix

11:46 PM

I know you're worried, but don't be. You have an amazing product. You'll be incredibly wealthy soon.

Don't worry about Netflix

They're on their way out. Viewership is way down   11:47 PM

They're movies are awful   11:48 PM

Which might be working to my

## S-07



7:15

< **Me**
11:41 PM, May 24

So I not only need help as far as getting the company and business moving forward but I need people to be aware of what's all going on. I need protection and help.

Like I've told other people all I want to do is just be left alone. I never asked to get wrapped up in all of this shit. Like if they just paid me a fat sum of money I would be willing to just let all of it be but otherwise what other options do I have?  It's like I've been forced into having to pursue it for my own protection

## S-08



7:15

They're on their way out. Viewership is way down   11:47 PM

They're movies are awful   11:48 PM

Which might be working to my advantage since the fraud technically affects Netflix as well as I'm sure they're aware of it

11:48 PM

Stand up comedy is all that has kept them afloat

Chapelle being one of them   11:48 PM

It's easy to say everything is going to be fine but that doesn't guarantee that's the case. People involved in shit at the level I've suddenly been exposed to and targeted by are wrapped up in blackmail and all sorts of shit that ensures they follow orders when they receive them. There's shady cop

**View all** >

Just ask ▇▇▇ about all of it and see what he says

11:52 PM

## S-09



7:15

< **Me**
11:52 PM, May 24

It's easy to say everything is going to be fine but that doesn't guarantee that's the case.  People involved in shit at the level I've suddenly been exposed to and targeted by are wrapped up in blackmail and all sorts of shit that ensures they follow orders when they receive them.  There's shady cops, people in the courts, etc.  that are part of the 'club'

## S-10



7:15

Just ask ▇▇▇ about all of it and see what he says   11:52 PM

I'm playing a crazy and very dangerous game right now that I don't want to play and never agreed to play but I have no other options available except to play it

11:54 PM

The only way I win is if they let me

And the main thing I have working to my advantage is that I was able to figure it all out and expose it so I'm hoping that these 'powerful people' leave me alone because of that and just pay me for it instead.  It's not like they don't have access to unlimited money

11:58 PM

Thursday, May 25, 2023

And it's not like I wanted to be involved with this shit at all.  I was literally just minding my own business. It's not my fault that there are dumb people in their stupid club.  If the dumbfuck ceo of the company never told me about the shit in the first place I never would've even known about any

**View all** >

12:01 AM

Exhibit I | Index 10 | p. 38

Add. 38

**S-11**



Me
12:01 AM, May 25

And it's not like I wanted to be involved with this shit at all. I was literally just minding my own business. It's not my fault that there are dumb people in their stupid club. If the dumbfuck ceo of the company never told me about the shit in the first place I never would've even known about any of it and they would've been guaranteed 100% success in their fraudulent theft.

**S-12**



known about any
View all

12:01 AM

They still have a set of rules they abide by is my understanding.

12:02 AM

At the end of the day though we all gotta die sometime right? So there's no point in living in fear

12:06 AM

I wouldn't worry about it.

You have Instagram

12:13 AM

?

Instagram is the answer

12:13 AM    Haha

12:14 AM    To life?

These are some of my best friends

**J-01**



+1612

MMS
4:48 PM    Pretty fucking crazy...

MMS
4:48 PM    Welcome to out Ai future

Tuesday, May 23, 2023

I talked to my criminal defense attorney today for a few minutes and asked him if he had a chance to checkout the AI produced videos I sent him (the same stuff I included in the folder I shared in the report I made with the FIB and FCT) and if he had a chance to show them to his son to get his opini

View all

They are trying to hold my next court appearance over Zoom for some reason and I told him I want it to be in person which he said he can make happen and didn't have an explanation for me as for what possible reason there would be for attending court over Zoom

8:15 AM

**J-02**



+1612

an explanation for me as for what possible reason there would be for attending court over Zoom

8:15 AM

Hello Matthew I've been meaning to check in with you, so what's the latest on your product?
are you able to start commercializing it now?

9:02 AM

Filming on Wed

9:02 AM

I don't fully understand the AI stuff but it seems like we are entering a new era for sure

9:02 AM

I'm going to        to visit my sister this weekend and an gonna stop by          house, should I say hi from you

9:03 AM

Basically it's capable of stuff way beyond what the general public is being told. It was able to create completely realistic YouTube videos that do not appear at all to be synthetic without having to use software to analyze them. Just go look at the YouTube page for photorobot although I'm guessin

9:09 AM

View all

**J-03**



Me
9:09 AM, May 23

Basically it's capable of stuff way beyond what the general public is being told. It was able to create completely realistic YouTube videos that do not appear at all to be synthetic without having to use software to analyze them. Just go look at the YouTube page for photorobot although I'm guessing they'll just have the AI create new duplicates without the artifacts and AI tells I was able to uncover.

They already reposted one of the 3 videos listed on my patent as prior art that was deleted just a few weeks ago - supposedly uploaded to YouTube many years ago.

I even downloaded the actual html page of the 'no longer available' deleted video directly from YouTube as well as took a screen capture of it just a few weeks ago.... and now it's back up so I'd assume it no longer has the artifacts I uncovered

**J-04**



Me
9:11 AM, May 23

So in other words they created entirely fake websites of entirely fake companies and then YouTube and the internet archive (among others...) conspired with them by letting them upload the shit to also make backdated accounts. It's safe to assume if they're putting that much effort into it that they'll be able to also make the companies appear authentic by colluding with crooked SOS and whatnot.

Exhibit I | Index 10 | p. 39

Add. 39

# ChatGPT suggests InfiniSet patent arguments to USPTO against the granted Netflix patent . . . .

EXHIBIT
K

## Description of LED Panel Arrangement:

**InfiniSet Patent:**
Describes a system that includes a motorized treadmill assembly within a green screen or LED virtual film set. The system facilitates the illusion of movement in a virtually rendered setting using an LED floor tile system and a green screen studio environment.

**Netflix Patent:**
Focuses on a set of display panels surrounding an area, specifically mentioning a first, second, and third set of display panels, which essentially constitute the horizontal and vertical LED screens in a virtual environment.

## Treadmill Technology:

**InfiniSet Patent:**
Discusses a motorized treadmill assembly with an endless belt on a rotatable turntable, enabling unlimited directional movement and synchronization with camera movements for realistic filming.

**Netflix Patent:**
Refers to an 'omnidirectional treadmill' and implies its rotation and directional capabilities, aligning closely with the 'rotating treadmill' concept of the InfiniSet patent.

## Integration into Filming Environment:

**InfiniSet Patent:**
Emphasizes the integration of the treadmill with real-time camera synchronization to create unrestricted  movement illusions in a virtual environment.

**Netflix Patent:**
Describes a similar integration of the  treadmill and display panels to capture and render acting performances, aligning closely with InfiniSet's approach.

Exhibit I | Index 10 | p. 40

Add. 40

## Reference to InfiniSet Patent in Netflix Patent:

**The InfiniSet patent is cited at the top of the Netflix patent as a third-party prior art submission, indicating its relevance and potential influence on the Netflix patent.**

## Arguments for USPTO Consideration:

### Substantial Similarity in Technology:
Both patents describe a system that integrates LED panel setups with a specialized treadmill for creating realistic virtual filming environments. The Netflix patent appears to be a more technical and segmented description of essentially the same technology covered in the InfiniSet patent.

### Prior Art Consideration:
Given that the InfiniSet patent is acknowledged in the Netflix patent, it suggests that the Netflix patent may not meet the novelty requirement due to the prior existence of similar technology.

### Obfuscation in Patent Writing:
The Netflix patent's detailed focus on panel arrangements and the omnidirectional treadmill seems to obfuscate the core technology, which is fundamentally similar to the InfiniSet patent's simpler and more direct description.

### Overlap in Filming Technology Applications:
Both patents aim to achieve the same outcome - allowing free movement and realistic filming within a confined virtual set, utilizing a combination of physical and digital elements.

## Conclusion:

**Given these points, it is arguable that the Netflix patent does not sufficiently differentiate itself from the InfiniSet patent in terms of innovation and application. The similarities in the core technology and intended use of the system suggest that the Netflix patent may not meet the criteria of novelty and non-obviousness required for a valid patent grant. Therefore, it's recommended to challenge the Netflix patent's validity based on these grounds.**

Exhibit I | Index 10 | p. 41

Add. 41

# Please verify your email address



From  Internet Archive <noreply@archive.org>

To    Matt ████████████████████ >

Date   Friday, December 9th, 2022 at 2:45 AM

Greetings!

Thanks for creating a new account on Internet Archive, and welcome.

The final step to create your account is to verify your email address. You can do this by clicking the link below:

https://archive.org/account/verify.php?t=9e60b0debe61665e51d650d58af628df

(If that doesn't work, please try copying and pasting the link into your browser address bar.)

Once that's done, you're all set.

Regards,
Internet Archive
https://archive.org



Exhibit I | Index 10 | p. 42

Add. 42

# Welcome to the Internet Archive

From  Internet Archive <noreply@archive.org>

To  Matt ███████████████████ >

Date  Friday, December 9th, 2022 at 2:46 AM

Dear PatentlyFalse,

Welcome to the Internet Archive, one of the largest digital libraries in the world and home of the history of the Web!

We're so glad you've decided to join our community of digital archivers from around the world. With your free account you can enjoy:

- 4.6 million books
- 6 million videos
- 14 million audio items (including 220,000 live music concerts)
- 580,000 software titles

You also have the ability to leave reviews, connect with other patrons, and even upload your own material to the collections. Want to jump right in? Here's a quick guide to using your account!

Right now, you aren't signed up for any email notifications. If you'd like to receive interesting highlights from our collections or occasional news updates, you can log in and sign up here.

As a 501c3 nonprofit dedicated to sustaining our digital history and culture for generations to come, we make all of our collections available for free. Your support is essential to helping the Archive survive, thrive, and grow—so if you find our resources useful, please chip in to help us ensure Universal Access to All Knowledge.

Thanks for joining us, and enjoy the archive!

The Internet Archive Team
www.archive.org

Exhibit I | Index 10 | p. 43

Add. 43

# Removal Policy Information

| | |
|---|---|
| From | matt████████████████████████> |
| To | info@archive.org |
| Date | Thursday, December 15th, 2022 at 12:04 AM |

Hello,

I just stopped writing my initial email, donated $25 + fees to Wayback Machine, and now I am back.

My question is a simple one -

What is your criteria for someone being able to contact you and request that their information be removed from the web archive?  I'm guessing that normally requests come from individuals as opposed to businesses?

My only reason for asking is because I am relying on your site as my main piece of evidence against a company who is very stealthily editing, re-wording, and re-linking a bunch of stuff on their website in an effort to establish a history which isn't true for the purpose of trying to steal something of significant value from me.

What I would like to do is personally, or through an attorney very kindly contact them and let them know that I can very clearly see what they are doing in an effort to try and get them to correct their course early on so I don't have to worry about it - or at the very least they will have to contend with the fact that I have solid evidence that could get them convicted of fraud and decide whether or not that is a risk they are willing to take.

My main worry however is that they could just contact your company and get everything deleted and so that has been bothering me somewhat and has been a pretty large factor in my decision making.

Any insight or knowledge about this topic would be greatly appreciated.

Thank you,

Matt Guertin

Sent with Proton Mail secure email.

Exhibit I | Index 10 | p. 44

Add. 44

# [Internet Archive] Re: Removal Policy Information

From Patron Services Yellow (Internet Archive) <support@archivesupport.zendesk.com>

To     Matt ███████████████████████ >

Date   Thursday, December 29th, 2022 at 2:24 PM

##- Please type your reply above this line -##

Your request (748958) has been updated. To add additional comments, reply to this email.

 **Patron Services Yellow (Internet Archive)**

Dec 29, 2022, 12:24 PST

Hi Matt,

What site are you interested in?

> • Mark Graham, Director, the Wayback Machine at the Internet Archive

 Matt Guertin

Dec 14, 2022, 22:05 PST

Hello,

I just stopped writing my initial email, donated $25 + fees to Wayback Machine, and now I am back.

My question is a simple one -

What is your criteria for someone being able to contact you and request that their information be removed from the web archive?  I'm guessing that normally requests come from individuals as opposed to businesses?

My only reason for asking is because I am relying on your site as my main piece of evidence against a company who is very stealthly editing, re-wording, and re-linking a bunch of stuff on their website in an effort to establish a history which isn't true for the purpose of trying to steal something of significant value from me.

What I would like to do is personally, or through an attorney very kindly contact them and let them

Exhibit I | Index 10 | p. 45

Add. 45

know that I can very clearly see what they are doing in an effort to try and get them to correct their course early on so I don't have to worry about it - or at the very least they will have to contend with the fact that I have solid evidence that could get them convicted of fraud and decide whether or not that is a risk they are willing to take.

My main worry however is that they could just contact your company and get everything deleted and so that has been bothering me somewhat and has been a pretty large factor in my decision making.

Any insight or knowledge about this topic would be greatly appreciated.

Thank you,

Matt Guertin

Sent with Proton Mail secure email.

---

This email is a service from Internet Archive. Delivered by Zendesk

[K2V28D-OXMPR]

Exhibit I | Index 10 | p. 46

Add. 46

## Re: LINKS: Exam and Preliminary Hearing



From matt▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>

To      Michael Biglow<michael@biglowlaw.com>

Date    Tuesday, August 1st, 2023 at 10:14 AM

Michael,

Good morning. Hope you are well.

I figured it wouldn't hurt to provide some supporting documents prior to our meeting this afternoon which I believe support many of my "grandiose" claims about my many "perceived achievements". In addition I am of the opinion that these documents just on their own serve to completely discredit the assertions made by Dr. Rogstad in the report she wrote about me after our meeting.

I attached a bunch of PDF's to this email including a letter from the psychiatrist I have been seeing in CA for the past 7+ years addressing the report Dr. Rogstad wrote as well as his personal opinions about who I actually am as a person (being that he's known me for 7 years and witnessed many of my successes while I was still in CA.

In addition below are some links to articles I have received official credits in - this would include the credit of "Engineering"

I'm looking forward to our Zoom call this afternoon.

See you then,

Matthew Guertin
Inventor / Founder / CEO
InfiniSet, Inc.

▮▮▮▮▮▮▮▮▮▮▮▮

www.InfiniSet.com
www.MattGuertin.com

"the set piece was engineered and built in-house at XiteLabs studio by creative technologist Matt Guertin. LED tiles from PRG were dismantled into smaller component modules, custom configured and re-wired by Guertin at XiteLabs to create smaller radius circular elements to create the smooth edges of the eye. Guertin designed and engineered 420 metal parts cut out of eight different types of material, as well as 268 individual acrylic pieces from six different materials. The estimated total number of soldering points was in the 2,000 range."

https://plsn.com/articles/video-trends/xitelabs-steps-up-and-out/

"Falcon Design, Fabrication Direction and Engineering: Matt Guertin"

https://blacktrax.cast-soft.com/showcase/tracking-a-50ft-falcon-with-xitelabs/

"Matt Guertin - Touch Designer system design"
https://www.disguise.one/en/insights/case-studies/la-philharmonic/

Exhibit I | Index 10 | p. 47

Add. 47

"It is with great enthusiasm that we publish Matt Guertin's chronicle on the building of his ever-expanding project which will not be finished for some time if our last email exchange concerning the release of Oculus Rift's second developer kit is an indicator of things to come."

https://derivative.ca/community-post/matt-guertins-epic-never-ending-oculus-rift-kinect-touchdesigner-3d-project/60736

Sent with Proton Mail secure email.

**9.08 MB**   **16 files attached**

US11577177B2__My_Officially_Granted_Patent__STRIPPED_VERSION.pdf
73.42 KB

IC3_dot_gov_Report__Filed_May_3rd_2023.pdf
42.70 KB

MICROSOFT_DIMENSION_MRMOCO___2023-03-16_IDS.pdf
73.26 KB

FTC_Report_May_3rd_2023.pdf
373.82 KB

Mntka_PD_Police_Report__23-000151__FILED_9_DAYS_BEFORE_INCIDENT.pdf
477.32 KB

Letter_From_My_CA_Psychiatrist_███████.pdf
400.43 KB

Email_correspondence_with_IP_attorney_discussing_fraud.pdf
860.45 KB

US11577177B2__My_Officially_Granted_Patent.pdf
1.66 MB

████████_Corporate_Introduction.pdf
262.40 KB

NETFLIX__3rd_Pty_Submission_Receipt.pdf
58.82 KB

NETFLIX__3rd_Party_Filing_Form_ACCEPTED_BY_USPTO__.PDF
135.56 KB

NETFLIX__USPS_CertifiedMailerReceipt_scan.pdf
268.19 KB

NETFLIX__Screencap_from_USPTO_EFS_Web__.pdf
445.47 KB

NETFLIX___Certified_Mail_Scans.pdf
1.72 MB

NETFLIX__TROJANSKY_PATENT_APPLICATION__3_31_2021_US20220319115A1.pdf
2.31 MB

IRS_2019__Wages_And_Income__Matthew Guertin.pdf
7.37 KB

Exhibit I | Index 10 | p. 48

Add. 48

## Re: LINKS: Exam and Preliminary Hearing

| | |
|---|---|
| From matt ███████████████████> | |
| To | Michael Biglow <michael@biglowlaw.com> |
| Date | Tuesday, August 1st, 2023 at 10:25 AM |

Michael,

I feel it should also be noted that many of these PDF's I attached to the previous email I also provided Dr. Rogstad with either prior to our meeting, at our meeting, or post meeting.

She had plenty of relevant information which at the very least supports the fact that there was a whole series of events (very stressful ones..) and other things which took place prior to me arriving at a point in which shooting a gun off in order to contact the police (as opposed to calling them...) seemed like my best option at the time.

I was trying to get help through multiple avenues which would include the attached Minnetonka Police report filed 9 days before the incident (which she chose to gloss over in her report even though it is obviously relevant to the situation)

That is all.

See you soon,

Matthew Guertin
Inventor / Founder / CEO
InfiniSet, Inc.
███████████
www.InfiniSet.com
www.MattGuertin.com

Sent with Proton Mail secure email.



Exhibit I | Index 10 | p. 49

Add. 49

## Dr Schuster Report

From Michael Biglow <michael@biglowlaw.com>

To    michael@countrypsychology.com, Lea.DeSouza@hennepin.us

CC    Michael Biglow<Michael@biglowlaw.com>, Matt█████████████████>

Date  Tuesday, August 1st, 2023 at 2:24 PM

Attached.
Mike

--

**Michael J. Biglow, Esq**

Attorney at Law

Biglow Law Offices

895 Tri Tech Office Center

331 Second Ave South

Minneapolis, MN 55401

Direct: 612-238-4782

Fax: 612-333-3201

**\*\*Please note NEW email address: _michael@biglowlaw.com_**

*This message and any attachments are intended only for the named recipient(s), and may contain information that is confidential, privileged, attorney work product, or exempt or protected from disclosure under applicable laws and rules. If you are not the intended recipient(s), you are notified that the dissemination, distribution, or copying of this message and any attachments is strictly prohibited. If you receive this message in error, or are not the named recipient(s), please notify the sender at either the email address or the telephone number included herein and delete this message and any of its attachments from your computer and/or network. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege, protection, or doctrine. Thank you.*

**This message and any attachments are covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521**

400.48 KB    **1 file attached**

Letter_From_My_CA_Psychiatrist_Dr_Schuster.pdf
400.48 KB

Exhibit I | Index 10 | p. 50

Add. 50