# Exhibit J

**EXHIBIT J**

This exhibit contains the final eighth through tenth, of ten total addenda for Guertin's pro se, Minnesota Court of Appeals case, A24-0780. These were filed as part of his initial filing on May 10, 2024. [1]

---

**Index 11** | 05/10/24, ADDENDUM-08: Communications 03

**Index 12** | 05/10/24, ADDENDUM-09: Patent and Business Dealings 01

**Index 13** | 05/10/24, ADDENDUM-10: Patent and Business Dealings 02

---

1   Make use of the bookmarks for easy navigation of this exhibit.

**A24-_____**
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

Matthew David Guertin,

                **Petitioner,**

vs.

**State of Minnesota,**

                **Respondent.**

District Court Case: 27-CR-23-1886

Court Order Date: April 12, 2024

**PETITIONER'S ADDENDUM - 8**

---

**PETITIONERS ADDENDUM - 8**

---

<u>Contents</u>                                                                                                    <u>Page</u>

April 9, 2024, Pro Se Affidavit of Fact, Exhibit N - **Discussing the patent fraud with IP attorney as it was happening**, pp. 102-107, Index 30………………….... 1

April 9, 2024, Pro Se Affidavit of Fact, Exhibit P - **Petitioners 2019 IRS Wages and Income**, p. 112, Index 30…………………...……..…· 7

April 9, 2024, Pro Se Affidavit of Fact, Exhibit Q - **Letter from Petitioners CA Psychiatrist**, pp. 113-114, Index 30………………….……… 8

April 9, 2024, Pro Se Affidavit of Fact, Exhibit U - **Petitioners Repopulated MCRO Criminal History**, pp. 121-126, Index 30………….....… 10

April 9, 2024, Pro Se Affidavit of Fact, Exhibit V - **Personal Cell Phone Records**, pp. 127-135, Index 30………………………….…·…·.. 16

April 9, 2024, Pro Se Affidavit of Fact, **The 'Introduction' to Petitioner's Pro Se Affidavit of Fact**, pp. 1-2, Index 30…………………….…… 25

April 9, 2024, Pro Se Affidavit of Fact, **Petitioner is told "You have some very powerful people keeping an eye on you" by his defense counsel**, pp. 21-24, Index 30……………………………………..…………..….. 27

Exhibit J | Index 11 | i

April 9, 2024, Pro Se Affidavit of Fact, **'Special ops gear' evidence not presented in court and Petitioner advised not to present prepared evidence**, p. 24, Index 30……………………………………………..….. 30

April 9, 2024, Pro Se Affidavit of Fact, **Petitioner's defense counsel doesn't represent him in civil commitment proceedings as promised**, p. 25, Index 30………...… 31

April 9, 2024, Pro Se Affidavit of Fact, **Petitioner's court appointed attorney doesn't forward evidence and does not advocate for him**, p. 26, Index 30…………...… 32

April 9, 2024, Pro Se Affidavit of Fact, **Military Training Simulation Use Case of Petitioner's patent US 11,577,177**, p. 34, Index 30………………….… 33

April 9, 2024, Pro Se Affidavit of Fact, **Petitioner is told "No court" by defense counsel on January 15, 2024**, p. 35, Index 30……………………………...… 34

April 9, 2024, Pro Se Affidavit of Fact, **Jan 16 court order states that "parties agreed to a finding of incompetency entered administratively" even though Petitioner did not agree to anything and was told "No court"**, p. 36, Index 30…………. 35

April 9, 2024, Pro Se Affidavit of Fact, **Court order signed early morning on Jan 16 before 1:30pm hearing is not filed until Jan 17**, pp. 36-37, Index 30……..... 35

April 9, 2024, Pro Se Affidavit of Fact, **Petitioner not provided with exam report despite multiple requests to defense counsel**, pp. 37-38, Index 30………..…..... 36

April 9, 2024, Pro Se Affidavit of Fact, **Petitioner not provided with discovery despite multiple requests to defense counsel**, pp. 39, Index 30…………….… 38

April 9, 2024, Pro Se Affidavit of Fact, **Petitioner's sworn statement about his repopulated MCRO criminal history**, pp. 39-40, Index 30……………………...…… 38

April 9, 2024, Pro Se Affidavit of Fact, **Petitioner's decision to represent himself pro se**, pp. 44, Index 30……………………………….……… 40

Exhibit J | Index 11 | ii

# Re: Call tomorrow (Thursday)

From matt▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮>

To      Amanda Prose<aprose@wck.com>

CC      Megan Neumann<mneumann@wck.com>

Date    Thursday, January 5th, 2023 at 5:28 PM



Every time I save a page someone is going nuts.  Haha

What happened was that they were in the middle of an operation which they have almost certainly completed successfully many other times and then I suddenly appeared out of nowhere and haven't left since. Every single save now is just more proof of the fraud. They are going to have to do something or scrap the whole thing and just delete or revert back to originals and hope this goes away.

I have been saving all the time. In fact I just created a patch in Touchdesigner today that allows me to automatically save 5 individual page URL's every few seconds by clicking a button....and then inbetween each click I would switch to a different VPN location before doing the next.  So technically the whole photoRobot site on wayback machine should have a big save shown today....but they can't keep up with that level of pages. They thought they were just going to make a few adjustments and spruce things up for photorobot to steal my patent and now they know they are screwed as I have been saving new wayback captures with most of the page group saves as well.

They have lost complete control. I even snapped a bunch of saves on NYE shortly after midnight to let them know I was celebrating their idiocy.

And the other thing is that they FOR SURE KNOW I AM THE ONE CAUSING ALL OF THEIR PROBLEMS!  I just looked at the email exchanges between us and everything becomes even clearer.

All of the pieces are now falling perfectly into place.

Can you guess what day I signed up for a user account with the archive?

DECEMBER 9TH, 2022 @ 2:45am

I then proceeded to make use of my new account 'PatentlyFalse' by snapping an archive save of the entire PhotoRobot website exactly twenty minutes later at 3:05am

I then began browsing through all of the PhotoRobot pages and an hour and forty-one minutes later at 4:46am I took my first of two pdf screen captures of PhotoRobot.com/blog which is when I caught someone editing the archive in real time within a 5 minute window and two PDF screen captures.

Here are my emails between the web archive which includes a .png of a draft I almost sent but decided against while I collected more evidence.

And that's a wrap...  ;-)


~Matt

Filed in District Court
State of Minnesota
5/9/2024 9:22 PM

# Re: Call tomorrow (Thursday)

From  matt▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆>

To    Amanda Prose<aprose@wck.com>

CC    Megan Neumann<mneumann@wck.com>

Date  Friday, January 5th, 2023 at 6:02 PM

Amanda,

...and here is a folder with all of the files I was going through in the 15 minute video I sent you.

https://www.dropbox.com/s/▆▆▆▆▆▆▆▆▆/Most_recent_compile__01-05-2023_.7z?dl=0

I already sent you some of this but this includes everything added since

~Matt

Sent with Proton Mail secure email.

Add. 2

## Re: Call tomorrow (Thursday)

From Amanda Prose <aprose@wck.com>

To      Matt█████████████████████████>, Megan Neumann<mneumann@wck.com>

Date    Friday, January 6th, 2023 at 8:48 AM

Wow. Thanks Matt. I will take a look at this.

As for your other question regarding alerting others to this issue...there are a couple of ways to look at it and I admit, this is an issue new to me so I do not know where/who to alert or where to start.

Regarding the patent office and your pending application as well as future applications, we have made memos in our file to explain why these archived pages are not considered prior art to you. Simply put, the material was not actually published prior to your filing of the provisional patent application. Because of this, the patent office will not consider the materials, the Examiner will ignore it. Generally, we have to provide a date of publication to materials not having a date on their face (a patent application publication or book have publication dates on the publication, but websites do not and are generally identified as published on the date you accessed it). So, we do not have any obligation to provide these to the patent office and then provide an explanation that its not really prior art. The patent office does not want to review it and probably would not. Thus, we do have a duty of candor with the patent office, and I believe that our initial information disclosure statement filing of the old (original) PhotoRobot pages satisfies this. As far as the patent office is concerned, the jurisdiction of the patent office is limited with respect to the disclosure of inventions and prior art, but tampering with non-patent literature prior art is not something the patent office will do anything about unless that allegedly tampered/altered prior art is submitted either by a patentee or by a third party. Then the patent office will get involved.

As for the website tampering itself, it would seem that if the organization behind the website hosting the WayBack Machine should (and would want to) be made aware that there is some glitch or issue that is allowing these alterations and fake pages to be populated on its website. To me, this seems like step one, whether or not this step might actually solve, address or make the problem public. We could also let the entity who has these altered/fake pages on its server aware of this fraud as well (similar to how we file Digital Millennium Copyright Action violations).

As for additional steps here - I am not sure what the next step is yet. I have not come across this and generally when we speak of such frauds it is when the fraudulent/altered material is used, for whatever purpose. For example, as soon as Photorobot or the Internet Archives tries to use the material in some way, then it is much more clear what the next step is.

Best regards,

Amanda



westman champlin & koehler

INTELLECTUAL PROPERTY ATTORNEYS

# Re: Call tomorrow (Thursday)

From matt ██████████████████████ >

To    Amanda Prose<aprose@wck.com>

CC    Megan Neumann<mneumann@wck.com>

Date   Friday, January 6th, 2023 at 11:47 AM

Amanda,

Unless you have any reason to advise me not to do so I am going to report this by filing a report at ic3.gov. with all relevant information.

Just on it's face as it only relates to my case they are guilty of wire fraud as there is no requirement that the crime reaches completion. Being able to prove intent is all that is needed. The fact that it involves at minimum 3 people who are located in 3 different countries including the USA just makes it that much more serious.

I honestly am not going to hold my breath as far as expecting something substantial to happen to any of them but I'm guessing there is still very good odds that if I report this to all of the relevant agencies which includes the FBI, FTC, and IRS among others. The fact that the archive is a 501c3 causes them additional problems. At the very least they are going to be under enough pressure and stress over the ordeal that they will choose not to continue forward with the obvious path that they are on is my guess.

But yeah. I don't care.

If Assaff Rawner has to step down as CEO over this - GOOD
If he somehow ends up serving time - GREAT
If the internet archive gets shaken up and involved in a huge ordeal over this - FANTASTIC

If it isn't advisable to send emails to any of them yet or start posting the story online I will have to settle for reporting it to the handful of regulatory and investigative agencies whose jurisdiction it falls under.

I think the biggest question everyone is going to wonder is how many times the web archive has pulled this scam before and how many other people has it affected?

Pardon my language - but fuck every single one of the people involved in this. Even if I don't have to worry at all from the standpoint of my patent I would be perfectly okay with them losing many of the things in their lives that they've worked so hard to achieve since that is what their end goal for me was/is.

I have attached PDF's of all relevant criminal law discussion to this email which demonstrates that they meet all of the criteria to be investigated and criminally charged.

Filed in District Court
State of Minnesota
5/9/2024 9:02 PM

I also don't think telling the internet archive about it is a good idea because after reading through those emails I think it makes it even more likely that they are directly involved in all of this. Just look at the email I got from that guy on the 29th (which I never even saw until last night) - My initial question I asked was about their removal policy if someone requests deletion of archived pages and he randomly replies 2 weeks later -

"For what site?"

"Ummmmmm......you must've gotten my email mixed up with someone else's. Mine was the one asking about your archive deletion policy.."

The timing is way too coincidental as well as far as when I signed up, saved an archive of the site, and when I caught the first of the edits. All in order and not very far apart. Just this fact alone - that they were able to start adding backdated pages an hour later implies that this is a system they have down and something they have done many times before.

Their only recourse right now is to find a large team of people and attempt to start replacing the hundreds and thousands of pages with ones that aren't fraudulent but I'm not even sure how possible that is as it would require PhotoRobot to have an actual working site with the same code. They are screwed...and if they aren't yet I am going to do my best to make sure they are.

~Matt

Sent with Proton Mail secure email.

## Re: Call tomorrow (Thursday)

From Amanda Prose <aprose@wck.com>

To       Matt███████████████████████>

CC      Megan Neumann<mneumann@wck.com>

Date    Friday, January 6th, 2023 at 12:12 PM

Matt,

Based on my understanding of what is going on here, I do not see any reason to advise you against filing a complaint through ic3.gov. I think that is a great place to start the process of calling out this activity actually.

Best regards,

Amanda



westman champlin & koehler
INTELLECTUAL PROPERTY ATTORNEYS



# Internal Revenue Service
United States Department of the Treasury

EXHIBIT

**P**

This Product Contains Sensitive Taxpayer Data

# Wage and Income Transcript

| | |
|---|---|
| Request Date: | 02-22-2022 |
| Response Date: | 02-22-2022 |
| Tracking Number: | |

**SSN Provided:**
**Tax Period Requested:** December, 2019

## Form 1099-MISC

**Payer:**
Payer's Federal Identification Number (FIN):
XITE LLC
23938 CRAFTSMAN RD
CALABASAS, CA 91302-0000

**Recipient:**
Recipient's Identification Number:
GUERTIN MATTHEW

GLENDALE, CA 91206-0000

| | |
|---|---|
| Submission Type: | Original document |
| Account Number (Optional): | |
| Tax Withheld: | $0.00 |
| Non-Employee Compensation: | $218,385.00 |
| Medical Payments: | $0.00 |
| Fishing Income: | $0.00 |
| Rents: | $0.00 |
| Royalties: | $0.00 |
| Other Income: | $0.00 |
| Substitute Payments for Dividends: | $0.00 |
| Excess Golden Parachute: | $0.00 |
| Crop Insurance: | $0.00 |
| Attorney Fees: | $0.00 |
| Foreign Tax Paid: | $0.00 |
| Section 409A Deferrals: | $0.00 |
| Section 409A Income: | $0.00 |
| Direct Sales Indicator: | Not Direct Sales |
| FATCA Filing Requirement: | Box not checked no Filing Requirement |
| Second Notice Indicator: | No Second Notice |

This Product Contains Sensitive Taxpayer Data

Filed in District Court
State of Minnesota
5/9/2024 9:02 PM





EXHIBIT

Q

April 7, 2023

To whom it may concern:

This report is written on behalf of Mr. Mathew David Guertin.

Medical records provided including a psychological evaluation signed by Jill E. Rogstad PhD, Forensic psychologist.

I am a clinical psychiatrist and clinical trial researcher licensed in the state of California.

I have been treating Mr. Guertin since I saw him in my office for the first time on September 15, 2016. At that time he was 35 years of age, single, living alone in Los Angeles and working as a computer programmer and in digital media design. He was referred to me by his general practitioner Dr. Alpert, since he was having difficulties in concentration, lacking organizational skills, etc.

In his clinical history he was diagnosed with Bipolar Disorder and Attention Deficit Hyperactive Disorder in 3rd grade, and had been treated accordingly with medications like Carbamazepine, Bupropion and Ritalin. He displayed in his younger years inability to control his behavior, inattention, lack of concentration, insomnia, getting in trouble in class, food grades in the subjects he liked and bad grades if he wasn't motivated," a rambunctious kid" as he self describes. etc. His mother was a single parent who was unable to care appropriately for him. For that reason he was placed in foster homes, followed by a social worker, therapy, psychiatrist, boot camp age 14 and group home ages 14-17. Age 18 emancipated and stopped his medications, dropped out from school but later on decided to get his GED.

At the age of 19 he decided on his own to enroll in school of computer drafting where he excelled and got excellent grades. In 2006 he was hired a company for set design and lighting and he made his way up as a DJ.

In my history taking I did not perceive any "true manic symptoms", but definitely inattention, restlessness, intrusiveness, all symptoms consistent with ADHD Hyperactive and Inattentive. So that was the primary diagnosis I gave him. As a secondary diagnosis I diagnosed him with Generalized Anxiety Disorder and a moderate history of OCD primarily having orderly obsessions and compulsions. No history of psychosis, Schizophrenia, Bipolar Disorder, Antisocial Personality. Treated for the last several years with Adderall XR **xx** mg twice a day and Klonopin **xx** mg twice a day PRN.

Through the years of treating Mr. Guertin he displayed an uncommon intuition for very complex technical predisposition that granted him promotions in jobs that required technical knowledge. He was hired overseas Qatar, Vietnam, Palma de Mallorca for extremely difficult "mise en scene" jobs that can be seen in his website. He is self-educated and has been working nonstop since moving to Minnesota in a project that will compete with movie production with major enterprises. There have been times in recent months that he verbalized concerns about his being "scrutinized" and maybe sabotaged by enterprises in the scale of Microsoft and Netflix. I never thought of him being delusional or grandiose neither in recent times nor in these 7 years I have been following him clinically. On the contrary I have always seen in Mathew a very decided, extremely focused, very hard worker, ambitious and struggling to overcome his past, especially the lack of guidance and validation coming from any parental figure. "I never met my father".

In summary Mr. Guertin is not at risk of harming anyone. I do acknowledge he has been under severe pressure in the last year especially the last several months as his project has been patented and he may be displaying a strong overprotective behavior/thought content attitude towards it.

Hope this report gives a more detailed understanding of who Mr. Guertin is and especially the natural knowledge I obtained of who he is in the course of the last 7 years.

If further information was required, please do not hesitate to contact me following HIPPA regulations.

Sincerely,

Dr. Martin Schuster



## MINNESOTA
## JUDICIAL BRANCH
MINNESOTA COURT RECORDS ONLINE (MCRO)



EXHIBIT
U

### Case Search Results

Your Search Criteria:   Person Name

Last Name:   Guertin                    First Name:   Matthew          Middle Name:   David

Additional Search Options

Case Categories:   All
Case Status:   All
Locations:   All

Your search returned multiple results

Search executed on 03/13/2024 09:35 PM

Showing 14 of total 14 results.

---

**Result 1 of 14**

Case Number:   27-MH-PR-23-815                          Date Filed:   07/20/2023

Case Title:   In the Matter of the Civil Commitment of MATTHEW DAVID GUERTIN, Respondent

Case Type:   Commitment - Mentally Ill
Case Location:   Hennepin County, Hennepin Probate Mental Health
Case Status:   Under Court Jurisdiction

---

**Result 2 of 14**

Case Number:   27-VB-12-271112422718                    Date Filed:   05/17/2012

Case Title:   State of Minnesota vs. MATTHEW DAVID GUERTIN

Case Type:   Crim/Traf Non-Mand                        Defendant
Case Location:   Hennepin County, Hennepin Criminal Downtown     GUERTIN, MATTHEW DAVID
Case Status:   Closed                                   DOB:   07/17/1981
Citation Number:   271112422718

Charges

| 1 | No parking in alley and trucks not to exceed 30 minutes | | Statute:   478.180 |
|---|---|---|---|

Disposition:   Convicted                    Disposition Date:   07/12/2012

Level of Charge:   Petty Misdemeanor
Offense Date:   05/16/2012

---

**Result 3 of 14**

Case Number:   27-VB-12-271112360251                    Date Filed:   03/09/2012

Case Title:   State of Minnesota vs. MATTHEW DAVID GUERTIN

Exhibit J | Index 11 | p. 10

Add. 10

Filed in District Court
State of Minnesota
5/10/2024 9:02 PM

Case Type:   Crim/Traf Non-Mand
Case Location:   Hennepin County, Hennepin Criminal Downtown
Case Status:   Closed
Citation Number:   271112360251

Defendant
GUERTIN, MATTHEW DAVID
DOB:   07/17/1981

Charges

| 1 | No stopping, standing or parking | Statute:   478.110 |

Disposition:   Convicted     Disposition Date:   04/29/2012

Level of Charge:   Petty Misdemeanor
Offense Date:   03/08/2012

---

Result 4 of 14

Case Number:   27-VB-12-1118570595          Date Filed:   01/01/2012

Case Title:   State of Minnesota vs. MATTHEW DAVID GUERTIN

Case Type:   Crim/Traf Non-Mand
Case Location:   Hennepin County, Hennepin Criminal Downtown
Case Status:   Closed
Citation Number:   1118570595

Defendant
GUERTIN, MATTHEW DAVID
DOB:   07/17/1981

Charges

| 1 | Parked overtime in a meter zone | Statute:   478.360(a) |

Disposition:   Convicted     Disposition Date:   02/21/2012

Level of Charge:   Petty Misdemeanor
Offense Date:   12/31/2011

---

Result 5 of 14

Case Number:   27-VB-11-1118216090          Date Filed:   11/09/2011

Case Title:   State of Minnesota vs. MATTHEW DAVID GUERTIN

Case Type:   Crim/Traf Non-Mand
Case Location:   Hennepin County, Hennepin Criminal Downtown
Case Status:   Closed
Citation Number:   1118216090

Defendant
GUERTIN, MATTHEW DAVID
DOB:   07/17/1981

Charges

| 1 | Parked where temporary no park signs | Statute:   478.90(p) |

Disposition:   Convicted     Disposition Date:   12/30/2011

Level of Charge:   Petty Misdemeanor
Offense Date:   11/07/2011

Filed in District Court
State of Minnesota
5/9/2024 9:02 PM

---

**Result 6 of 14**

Case Number:   27-VB-11-14075                          Date Filed:   11/04/2011

Case Title:   State of Minnesota vs MATTHEW DAVID GUERTIN

Case Type:    Crim/Traf Non-Mand                        Defendant
Case Location:   Hennepin County, Hennepin Criminal Downtown      GUERTIN, MATTHEW DAVID
Case Status:   Closed                                   DOB:  07/17/1981
Citation Number:   1118037611

Charges

| 1 | No parking in alley and trucks not to exceed 30 minutes | Statute:   478.180 |

| Disposition:   Convicted | Disposition Date:   01/06/2012 |
| Level of Sentence:   Convicted of a Petty Misdemeanor | |

Offense Date:   10/28/2011

---

**Result 7 of 14**

Case Number:   27-CR-08-35290                          Date Filed:   07/16/2008

Case Title:   State of Minnesota vs MATTHEW DAVID GUERTIN

Case Type:    Crim/Traf Mandatory                       Defendant
Case Location:   Hennepin County, Hennepin Criminal Downtown      GUERTIN, MATTHEW DAVID
Case Status:   Closed                                   DOB:  07/17/1981

Charges

| 1 | Damage to Property in the First Degree - In Excess of $1,000 | Statute:   609.595.1(3) |

| Disposition:   Convicted | Disposition Date:   03/05/2009 |
| Level of Sentence:   Conviction Deemed a Misdemeanor Pursuant to M.S. 609.13 | |

Offense Date:   07/15/2008

---

**Result 8 of 14**

Case Number:   27-CR-07-031092                         Date Filed:   05/14/2007

Case Title:   State of Minnesota vs MATTHEW DAVID GUERTIN

Case Type:    Crim/Traf Mandatory                       Defendant
Case Location:   Hennepin County, Hennepin Criminal Downtown      GUERTIN, MATTHEW DAVID
Case Status:   Closed                                   DOB:  07/17/1981

Charges

| 1 | DISORDERLY CONDUCT | Statute:   385.90 |

| Disposition:   Convicted | Disposition Date:   02/04/2008 |
| Level of Sentence:   Convicted of a Misdemeanor | |

Offense Date:   05/13/2007

Exhibit J | Index 11 | p. 12                              Add. 12

27-CR-23-1886

Filed in District Court
State of Minnesota
5/9/2024 9:02 PM

**2**  Assault-5th Degree-Misdemeanor

Statute: 609.224.1

Disposition: Dismissed                Disposition Date: 02/04/2008

Level of Charge: Misdemeanor
Offense Date: 05/13/2007

---

Result 9 of 14

Case Number:   27-CR-06-033706                    Date Filed: 05/19/2006

Case Title:   State of Minnesota vs MATTHEW DAVID GUERTIN

Case Type:   Crim/Traf Mandatory                  Defendant
Case Location:   Hennepin County, Hennepin Criminal Downtown
Case Status:   Closed                             GUERTIN, MATTHEW DAVID
                                                   DOB: 07/17/1981

Charges

**1**  DISORDERLY CONDUCT                          Statute: 385.90

Disposition: Convicted                Disposition Date: 05/25/2006

Level of Charge: Misdemeanor
Offense Date: 05/18/2006

---

Result 10 of 14

Case Number:   27-CR-05-041796                    Date Filed: 07/07/2005

Case Title:   State of Minnesota vs MATTHEW DAVID GUERTIN

Case Type:   Crim/Traf Mandatory                  Defendant
Case Location:   Hennepin County, Hennepin Criminal Ridgedale
Case Status:   Closed                             GUERTIN, MATTHEW DAVID
                                                   DOB: 07/17/1981

Charges

**1**  3RD DEG DWI -ALCOHOL                        Statute: 169A.20S1(1)

Disposition: Convicted                Disposition Date: 07/20/2005
Level of Sentence:   Convicted of a Gross Misdemeanor

Offense Date: 05/04/2005

**2**  3RD DEG DWI -ALC .10+ W/IN 2HRS DRIVING     Statute: 169A.20S1(5)

Disposition: Dismissed                Disposition Date: 07/20/2005

Level of Charge: Gross Misdemeanor
Offense Date: 05/04/2005

Add. 13

Filed in District Court
State of Minnesota
5/9/2024 9:02 PM



**Result 11 of 14**

Case Number:   27-CR-03-092008

Case Title:   State of Minnesota vs MATTHEW DAVID GUERTIN

Case Type:   Crim/Traf Mandatory
Case Location:   Hennepin County, Hennepin Criminal Ridgedale
Case Status:   Closed

Date Filed:   12/30/2003

Defendant
GUERTIN, MATTHEW DAVID
DOB:  07/17/1981

Charges

| 1 | IN PARK AFTER HOURS | | Statute:  10.83 |
|---|---|---|---|
| | Disposition:  Dismissed | Disposition Date:  01/15/2004 | |
| | Level of Charge:  Misdemeanor | | |
| | Offense Date:  12/23/2003 | | |

| 2 | OBSTRUCTING JUSTICE | | Statute:  609.50S1(2) |
|---|---|---|---|
| | Disposition:  Convicted | Disposition Date:  01/15/2004 | |
| | Level of Charge:  Misdemeanor | | |
| | Offense Date:  12/23/2003 | | |



**Result 12 of 14**

Case Number:   27-CR-03-087596

Case Title:   State of Minnesota vs MATTHEW DAVID GUERTIN

Case Type:   Crim/Traf Mandatory
Case Location:   Hennepin County, Hennepin Criminal Brookdale
Case Status:   Closed

Date Filed:   11/24/2003

Defendant
GUERTIN, MATTHEW DAVID
DOB:  07/17/1981

Charges

| 1 | IMPROPER STORAGE OF LITTER | | Statute:  635.03 |
|---|---|---|---|
| | Disposition:  Convicted | Disposition Date:  01/02/2004 | |
| | Level of Charge:  Petty Misdemeanor | | |
| | Offense Date:  10/26/2003 | | |

Exhibit J | Index 11 | p. 14

Add. 14

Filed in District Court
State of Minnesota
5/9/2024 9:02 PM



**Result 13 of 14**

Case Number:   27-CR-02-059246                                    Date Filed:   07/25/2002

Case Title:   State of Minnesota vs MATTHEW DAVID GUERTIN

Case Type:   Crim/Traf Mandatory                                 Defendant
Case Location:   Hennepin County, Hennepin Criminal Brookdale     GUERTIN, MATTHEW DAVID
Case Status:   Closed                                             DOB:   07/17/1981

Charges

| 1 | DISORDERLY CONDUCT | | Statute:   609.72 |

| Disposition:   Dismissed | Disposition Date:   08/15/2002 |

Level of Charge:   Misdemeanor
Offense Date:   07/20/2002

| 2 | VIOLATION OF PARTY ORDINANCE | | Statute:   2005.15 |

| Disposition:   Convicted | Disposition Date:   08/15/2002 |

Level of Charge:   Petty Misdemeanor
Offense Date:   07/20/2002



**Result 14 of 14**

Case Number:   09-T0-02-000260                                    Date Filed:   01/22/2002

Case Title:   The State of Minnesota vs. MATTHEW DAVID GUERTIN

Case Type:   Speeding-Petty Misd                                  Defendant
Case Location:   Carlton County                                   GUERTIN, MATTHEW DAVID
Case Status:   Closed-Physical File Destroyed                     DOB:   07/17/1981

Citation Number:   PF 009753

Charges

| 1 | NO PROOF OF INSURANCE | | Statute:   169.797 |

| Disposition:   Dismissed | Disposition Date:   01/28/2002 |

Level of Charge:   Converted: Offense Level Not Available
Offense Date:   12/31/2001

| 2 | SPEED 92/70 | | Statute:   169.14 |

| Disposition:   Guilty | Disposition Date:   01/28/2002 |

Level of Charge:   Converted: Offense Level Not Available
Offense Date:   12/31/2001

Search executed on 03/13/2024 09:35 PM



# USAGE DETAILS

For information only - charges are shown in the One-Time Charges section.

**(763) ▮▮▮**

## TALK

| When | | Who | Description | Type | Min | Cost |
|---|---|---|---|---|---|---|
| Dec 15 | 3:54 PM | OUT (763) | to Hanover/MN | - | 69 | - |
| | 5:31 PM | OUT (612) | to Twincities/MN | - | 17 | - |
| | 5:52 PM | OUT (651) | to St Paul/MN | - | 1 | - |
| | 6:08 PM | IN (651) | Incoming | - | 38 | - |
| Dec 16 | 11:50 PM | OUT (952) | to Shakopee/MN | - | 3 | - |
| Dec 19 | 2:54 PM | IN (763) | Incoming | - | 3 | - |
| | 2:58 PM | OUT (763) | to Hanover/MN | - | 9 | - |
| Dec 20 | 1:43 PM | OUT (818) | to Van Nuys/CA | - | 4 | - |
| | 1:46 PM | OUT (612) | to Twincities/MN | - | 4 | - |
| | 1:51 PM | OUT (612) | to Anoka/MN | - | 3 | - |
| | 1:54 PM | OUT (818) | to Van Nuys/CA | - | 1 | - |
| Dec 21 | 11:34 AM | OUT (763) | to Hanover/MN | - | 1 | - |
| Dec 23 | 10:38 AM | IN (612) | Incoming | - | 24 | - |
| | 2:10 PM | OUT (612) | to Minneapolis/MN | - | 48 | - |
| | 6:58 PM | OUT (763) | to Twincities/MN | F | 16 | - |
| Dec 24 | 7:45 PM | IN (763) | Incoming | - | 1 | - |
| | 8:38 PM | IN (763) | Incoming | - | 1 | - |
| Dec 26 | 11:40 AM | OUT (800) | 1-800 # | - | 3 | - |
| | 11:46 AM | IN (763) | Incoming | F | 1 | - |
| | 11:54 AM | OUT (800) | 1-800 # | - | 3 | - |
| | 12:07 PM | OUT (877) | 1-877 # | - | 3 | - |
| | 12:09 PM | OUT (800) | 1-800 # | - | 10 | - |
| Dec 27 | 4:01 PM | OUT (612) | to Minneapolis/MN | - | 2 | - |
| | 8:35 PM | IN (763) | Incoming | - | 1 | - |
| Dec 28 | 12:00 PM | OUT (763) | to Twincities/MN | F | 1 | - |
| | 12:36 PM | IN (763) | Incoming | F | 2 | - |
| | 2:56 PM | OUT (612) | to Minneapolis/MN | - | 30 | - |
| | 3:44 PM | IN (763) | Incoming | F | 1 | - |
| Dec 29 | 9:58 AM | OUT (612) | to Minneapolis/MN | - | 1 | - |
| | 10:12 AM | OUT (612) | to Minneapolis/MN | - | 1 | - |
| | 11:17 AM | OUT (763) | to Twincities/MN | F | 1 | - |
| | 11:33 AM | OUT (612) | to Minneapolis/MN | - | 1 | - |
| | 11:34 AM | OUT (612) | to Blaine/MN | F | 2 | - |
| | 1:34 PM | OUT (250) | to Nelson/BC | - | 34 | - |
| Dec 30 | 4:18 PM | OUT (763) | to Hanover/MN | W | 1 | - |
| Dec 31 | 4:52 PM | IN (763) | Incoming | W | 10 | - |
| Jan 02 | 8:22 PM | OUT (763) | to Hanover/MN | - | 19 | - |
| Jan 03 | 4:18 PM | OUT (612) | to Minneapolis/MN | - | 1 | - |
| | 6:02 PM | OUT (763) | to Hanover/MN | - | 1 | - |
| Jan 04 | 11:36 AM | OUT (612) | to Minneapolis/MN | - | 6 | - |
| Jan 05 | 11:31 AM | IN (612) | Incoming | - | 55 | - |
| | 12:29 PM | OUT (218) | to Fergus Fls/MN | F | 39 | - |
| Jan 06 | 1:01 PM | OUT (763) | to Anoka/MN | - | 1 | - |
| Jan 09 | 3:11 PM | OUT (866) | 1-866 # | - | 1 | - |
| | 3:11 PM | OUT (866) | 1-866 # | - | 8 | - |
| Jan 12 | 12:56 PM | OUT (763) | to Minneapolis/MN | - | 32 | - |
| | 3:00 PM | OUT (763) | to Twincities/MN | F | 1 | - |
| Jan 13 | 9:59 AM | IN (612) | Incoming | - | 8 | - |
| **Totals** | | | | | **523** | **$0.00** |

The date and time corresponds to the local time where the mobile was located.

WHO: **OUT** Outgoing  **IN** Incoming  TYPE: **F** Mobile2Mobile  **W** Wi-Fi Call

## TEXT

| When | | Who | Destination | Type | Cost |
|---|---|---|---|---|---|
| Dec 14 | 6:36 AM | IN (952) | Twincities, MN | TXT | - |
| Dec 15 | 8:55 AM | IN (612) | Twincities, MN | TXT | - |
| | 3:52 PM | IN (612) | St Paul, MN | TXT | - |
| | 4:08 PM | IN (612) | Hamel, MN | TXT | - |
| | 4:08 PM | IN (612) | Hamel, MN | TXT | - |
| | 4:08 PM | IN (612) | Hamel, MN | TXT | - |
| | 4:08 PM | IN (612) | Hamel, MN | TXT | - |
| | 5:25 PM | OUT (612) | Hamel, MN | TXT | - |
| | 5:26 PM | IN (612) | Hamel, MN | TXT | - |
| | 5:27 PM | OUT 1612 | | PIC | - |
| | 5:28 PM | IN (612) | Hamel, MN | TXT | - |
| Dec 16 | 6:02 AM | IN (612) | Blaine, MN | TXT | - |
| Dec 17 | 6:58 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 6:58 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 8:15 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 8:15 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 2:09 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 2:11 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 2:12 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 2:12 PM | OUT (651) | Minneapolis, MN | TXT | - |

...CONTINUED - (763) ▮▮▮ , TEXT   Bill period **Dec 14, 2022 - Jan 13, 2023**   Account ▮▮▮   Page 3 of 6

| When | | Who | Destination | Type | Cost |
|---|---|---|---|---|---|
| | 2:15 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 2:15 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 2:29 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 2:29 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 2:29 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 2:30 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 2:30 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 2:31 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 3:14 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 3:15 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 3:15 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 3:15 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 3:16 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 3:17 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 3:17 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 3:17 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 3:22 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 3:22 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 3:22 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 3:24 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 3:27 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 3:30 PM | IN (612) | Minneapolis, MN | TXT | - |
| Dec 18 | 3:25 PM | IN 1715 | | PIC | - |
| | 3:25 PM | IN (715) | Stevens Pt, WI | TXT | - |
| | 3:43 PM | IN (715) | Stevens Pt, WI | TXT | - |
| Dec 19 | 2:08 PM | IN (715) | Stevens Pt, WI | TXT | - |
| Dec 23 | 8:32 AM | OUT (612) | Plymouth, MN | TXT | - |
| | 8:32 AM | OUT (612) | Plymouth, MN | TXT | - |
| | 8:33 AM | IN (612) | Plymouth, MN | TXT | - |
| | 8:33 AM | IN (612) | Plymouth, MN | TXT | - |
| | 8:33 AM | OUT (612) | Plymouth, MN | TXT | - |
| | 8:34 AM | IN (612) | Plymouth, MN | TXT | - |
| | 8:34 AM | IN (612) | Plymouth, MN | TXT | - |
| | 8:35 AM | IN (612) | Plymouth, MN | TXT | - |
| | 8:36 AM | OUT (612) | Blaine, MN | TXT | - |
| | 8:36 AM | IN (612) | Plymouth, MN | TXT | - |
| | 8:37 AM | IN (612) | Plymouth, MN | TXT | - |
| | 8:37 AM | IN (612) | Plymouth, MN | TXT | - |
| | 9:04 AM | OUT (612) | Plymouth, MN | TXT | - |
| | 9:06 AM | OUT (612) | Plymouth, MN | TXT | - |
| | 9:07 AM | OUT (612) | Plymouth, MN | TXT | - |
| | 9:12 AM | IN (612) | Plymouth, MN | TXT | - |
| | 9:12 AM | IN (612) | Plymouth, MN | TXT | - |
| | 9:13 AM | IN (612) | Plymouth, MN | TXT | - |
| | 9:14 AM | OUT (612) | Plymouth, MN | TXT | - |
| | 10:35 AM | OUT (612) | Plymouth, MN | TXT | - |
| | 11:01 AM | IN 1612 | | PIC | - |
| | 11:04 AM | IN (612) | Plymouth, MN | TXT | - |
| | 11:04 AM | OUT (612) | Plymouth, MN | TXT | - |
| | 11:07 AM | IN (612) | Plymouth, MN | TXT | - |
| Dec 24 | 9:43 AM | IN (763) | Twincities, MN | TXT | - |
| | 9:44 AM | IN 26 | | TXT | - |
| | 9:44 AM | IN 26 | | TXT | - |
| | 2:35 PM | OUT (763) | Twincities, MN | TXT | - |
| | 2:37 PM | OUT (763) | Twincities, MN | TXT | - |
| | 2:37 PM | OUT (763) | Twincities, MN | TXT | - |
| | 2:41 PM | OUT (763) | Twincities, MN | TXT | - |
| | 3:15 PM | IN (763) | Twincities, MN | TXT | - |
| Dec 25 | 7:26 AM | IN (763) | Blaine, MN | TXT | - |
| | 2:17 PM | IN (763) | Twincities, MN | TXT | - |
| | 2:18 PM | IN 1763 | | PIC | - |
| Dec 26 | 9:17 AM | IN 9 | | TXT | - |
| | 9:41 AM | IN (952) | Twincities, MN | TXT | - |
| Dec 28 | 12:38 AM | IN 8 | | TXT | - |
| | 12:55 AM | IN 8 | | TXT | - |
| | 5:05 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 5:05 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 5:05 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 5:05 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 5:06 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 5:06 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 5:10 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:31 AM | IN (763) | Twincities, MN | TXT | - |
| | 10:33 AM | IN (763) | Twincities, MN | TXT | - |
| Dec 29 | 9:22 AM | OUT (763) | Twincities, MN | TXT | - |
| | 9:22 AM | OUT (763) | Twincities, MN | TXT | - |
| | 9:34 AM | OUT (612) | Twincities, MN | TXT | - |
| | 10:23 AM | IN (763) | Twincities, MN | TXT | - |
| | 11:13 AM | OUT (763) | Twincities, MN | TXT | - |

EXHIBIT V



...CONTINUED - (763) ███ ███ , TEXT

| When | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|
| | 11:13 AM | **OUT** (763) | Twincities, MN | TXT | - |
| | 11:13 AM | **OUT** (763) | Twincities, MN | TXT | - |
| | 11:13 AM | **OUT** (763) | Twincities, MN | TXT | - |
| | 11:13 AM | **OUT** (763) | Twincities, MN | TXT | - |
| | 11:13 AM | **OUT** (763) | Twincities, MN | TXT | - |
| | 11:16 AM | **IN** (763) | Twincities, MN | TXT | - |
| | 11:17 AM | **OUT** (763) | Twincities, MN | TXT | - |
| | 11:17 AM | **OUT** (763) | Twincities, MN | TXT | - |
| | 11:17 AM | **OUT** (763) | Twincities, MN | TXT | - |
| | 11:18 AM | **IN** (763) | Twincities, MN | TXT | - |
| | 11:19 AM | **IN** (763) | Twincities, MN | TXT | - |
| | 11:20 AM | **OUT** (763) | Twincities, MN | TXT | - |
| | 11:20 AM | **OUT** (763) | Twincities, MN | TXT | - |
| | 11:20 AM | **OUT** (763) | Twincities, MN | TXT | - |
| | 11:21 AM | **OUT** (763) | Twincities, MN | TXT | - |
| | 11:22 AM | **IN** (763) | Twincities, MN | TXT | - |
| | 11:22 AM | **IN** (763) | Twincities, MN | TXT | - |
| | 11:23 AM | **IN** (763) | Twincities, MN | TXT | - |
| | 11:23 AM | **IN** (763) | Twincities, MN | TXT | - |
| | 11:23 AM | **IN** (763) | Twincities, MN | TXT | - |
| | 11:23 AM | **OUT** (763) | Twincities, MN | TXT | - |
| | 11:23 AM | **IN** (763) | Twincities, MN | TXT | - |
| | 11:24 AM | **IN** (763) | Twincities, MN | TXT | - |
| | 10:36 PM | **IN** 8 | | TXT | - |
| Dec 30 | 10:03 AM | **IN** (612) | Blaine, MN | TXT | - |
| | 4:49 PM | **IN** 1651 | | PIC | - |
| | 4:49 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 4:52 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 4:52 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 4:52 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 4:53 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 4:53 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 4:53 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 4:53 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 4:53 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 4:53 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 4:54 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 4:55 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 4:55 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 4:56 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 4:57 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 4:58 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 4:59 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 4:59 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 5:01 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 5:01 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 5:02 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 5:02 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 5:02 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 5:03 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 5:03 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| Dec 31 | 8:11 AM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 8:11 AM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 8:18 AM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 8:20 AM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 8:26 AM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 8:26 AM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 8:26 AM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 8:27 AM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 8:28 AM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 8:29 AM | **IN** (651) | Minneapolis, MN | TXT | - |
| Jan 04 | 1:07 PM | **OUT** (612) | Minneapolis, MN | TXT | - |
| | 1:07 PM | **OUT** (612) | Minneapolis, MN | TXT | - |
| | 1:07 PM | **OUT** (612) | Minneapolis, MN | TXT | - |
| | 1:26 PM | **IN** (612) | Minneapolis, MN | TXT | - |
| | 1:26 PM | **IN** (612) | Minneapolis, MN | TXT | - |
| | 1:36 PM | **OUT** (612) | Minneapolis, MN | TXT | - |
| | 1:36 PM | **OUT** (612) | Minneapolis, MN | TXT | - |
| | 1:36 PM | **OUT** (612) | Minneapolis, MN | TXT | - |
| | 1:36 PM | **OUT** (612) | Minneapolis, MN | TXT | - |
| | 1:36 PM | **OUT** (612) | Minneapolis, MN | TXT | - |
| | 1:36 PM | **OUT** (612) | Minneapolis, MN | TXT | - |
| Jan 05 | 4:05 AM | **IN** 4 | | TXT | - |
| Jan 06 | 6:11 AM | **IN** (612) | Blaine, MN | TXT | - |
| Jan 09 | 1:06 PM | **IN** 9 | | TXT | - |
| Jan 11 | 8:39 AM | **IN** 8 | | TXT | - |
| | 8:39 AM | **IN** 8 | | TXT | - |
| | 8:40 AM | **IN** 8 | | TXT | - |
| Jan 12 | 6:46 AM | **IN** (479) | Dover, AR | TXT | - |
| | 10:59 AM | **IN** (810) | Brighton, MI | TXT | - |
| Jan 13 | 5:07 AM | **IN** (612) | Blaine, MN | TXT | - |
| Totals | | | | | $0.00 |

The date and time corresponds to Pacific Time (PST/PDT).

WHO: **OUT** Outgoing  **IN** Incoming   TYPE: **TXT** Text  **PIC** Picture

| | | Bill period | Account | Page |
|---|---|---|---|---|
| **DATA** | | Dec 14, 2022 - Jan 13, 2023 | ███ | 4 of 6 |

| When | Service | Origin | Type | MB | Cost |
|---|---|---|---|---|---|
| Dec 14 | Mobile Internet | - | - | 0.0048 | - |
| Dec 15 | Mobile Internet | - | - | 0.0175 | - |
| Dec 16 | Mobile Internet | - | - | 2,510.4524 | - |
| Dec 17 | Mobile Internet | - | - | 7.3776 | - |
| Dec 18 | Mobile Internet | - | - | 7.2888 | - |
| Dec 19 | Mobile Internet | - | - | 4.0241 | - |
| Dec 20 | Mobile Internet | - | - | 0.0048 | - |
| Dec 21 | Mobile Internet | - | - | 366.2909 | - |
| Dec 22 | Mobile Internet | - | - | 416.4149 | - |
| Dec 23 | Mobile Internet | - | - | 0.2186 | - |
| Dec 24 | Mobile Internet | - | - | 8.3318 | - |
| Dec 25 | Mobile Internet | - | - | 247.3868 | - |
| Dec 26 | Mobile Internet | - | - | 1,105.0451 | - |
| Dec 27 | Mobile Internet | - | - | 155.8997 | - |
| Dec 28 | Mobile Internet | - | - | 26.4391 | - |
| Dec 29 | Mobile Internet | - | - | 51.4380 | - |
| Dec 30 | Mobile Internet | - | - | 11.7720 | - |
| Dec 31 | Mobile Internet | - | - | 0.0554 | - |
| Jan 01 | Mobile Internet | - | - | 399.1285 | - |
| Jan 02 | Mobile Internet | - | - | 1,034.8131 | - |
| Jan 03 | Mobile Internet | - | - | 2,149.5464 | - |
| Jan 04 | Mobile Internet | - | - | 511.7015 | - |
| Jan 05 | Mobile Internet | - | - | 56.6077 | - |
| Jan 06 | Mobile Internet | - | - | 63.2397 | - |
| Jan 07 | Mobile Internet | - | - | 9.7380 | - |
| Jan 08 | Mobile Internet | - | - | 351.6714 | - |
| Jan 09 | Mobile Internet | - | - | 1.8081 | - |
| Jan 10 | Mobile Internet | - | - | 0.1550 | - |
| Jan 11 | Mobile Internet | - | - | 58.9439 | - |
| Jan 12 | Mobile Internet | - | - | 301.7592 | - |
| Jan 13 | Mobile Internet | - | - | 0.1542 | - |
| Totals | | | | 9,857.7290 | $0.00 |

The date and time corresponds to Pacific Time (PST/PDT).



# USAGE DETAILS

For information only - charges are shown in the One-Time Charges section.

(763) ███-████

## TALK

| When | | Who | Description | Type | Min | Cost |
|---|---|---|---|---|---|---|
| Jan 14 | 11:01 AM | OUT (763) ███ | to Twincities/MN | F | 21 | - |
| | 11:49 AM | IN (612) ███ | Incoming | W | 14 | - |
| Jan 15 | 12:00 PM | OUT (952) 924-9920 | to Minneapolis/MN | - | 3 | - |
| | 12:03 PM | OUT (651) 695-1757 | to St Paul/MN | - | 2 | - |
| | 12:05 PM | OUT (612) 399-9592 | to Minneapolis/MN | - | 5 | - |
| | 12:10 PM | OUT (612) 399-9592 | to Minneapolis/MN | - | 5 | - |
| | 12:15 PM | OUT (952) 924-9920 | to Minneapolis/MN | - | 1 | - |
| | 12:25 PM | OUT (612) 348-1800 | to Minneapolis/MN | - | 22 | - |
| | 12:52 PM | IN (612) | Incoming | - | 2 | - |
| | 7:03 PM | OUT (763) | to Minneapolis/MN | - | 1 | - |
| | 8:35 PM | OUT (612) | Incoming | - | 2 | - |
| | 9:12 PM | IN (612) | | - | 28 | - |
| Jan 17 | 10:48 AM | OUT ███ | VM Retrieval | G | 2 | - |
| | 1:55 PM | OUT (818) | to Van Nuys/CA | - | 1 | - |
| | 8:37 PM | OUT (763) | to Hanover/MN | - | 1 | - |
| | 8:37 PM | OUT (763) | to Hanover/MN | - | 1 | - |
| | 8:44 PM | OUT (763) | to Hanover/MN | - | 1 | - |
| Jan 18 | 1:47 PM | OUT (763) | to Twincities/MN | F | 1 | - |
| | 1:51 PM | OUT (818) | to Van Nuys/CA | - | 2 | - |
| | 1:58 PM | OUT (612) | to Minneapolis/MN | - | 1 | - |
| | 2:00 PM | OUT (612) | to Blaine/MN | F | 1 | - |
| | 2:01 PM | OUT (612) | to Minneapolis/MN | - | 30 | - |
| | 2:39 PM | IN (612) | Incoming | - | 1 | - |
| | 3:27 PM | IN (612) | Incoming | - | 41 | - |
| | 4:17 PM | OUT (763) | to Minneapolis/MN | - | 1 | - |
| | 4:19 PM | OUT (952) | to Minneapolis/MN | - | 3 | - |
| | 4:27 PM | OUT (805) | to Camarillo/CA | F | 2 | - |
| Jan 19 | 7:01 PM | OUT (763) | to Twincities/CA | F | 14 | - |
| Feb 02 | 6:06 PM | IN (952) | Incoming | - | 1 | - |
| Feb 03 | 11:36 AM | OUT (952) | to Minneapolis/MN | F | 1 | - |
| | 1:20 PM | OUT (763) | Incoming | - | 1 | - |
| | 3:03 PM | OUT (952) | to Minneapolis/MN | F | 1 | - |
| | 3:43 PM | OUT (407) | Incoming | - | 32 | - |
| | 9:05 PM | IN (952) | to Minneapolis/MN | F | 1 | - |
| | 9:08 PM | OUT (952) | to Minneapolis/MN | - | 3 | - |
| | 9:16 PM | OUT (952) | to Minneapolis/MN | F | 4 | - |
| | 9:25 PM | IN (952) | Incoming | F | 1 | - |
| Feb 04 | 9:31 AM | IN (763) | Incoming | F | 1 | - |
| | 9:44 AM | IN (952) | Incoming | F | 1 | - |
| | 10:01 AM | IN (952) | Incoming | W | 1 | - |
| | 12:04 PM | IN (763) | Incoming | F | 1 | - |
| | 12:06 PM | IN (218) | Incoming | F | 63 | - |
| | 2:03 PM | OUT (612) | to Blaine/MN | F | 2 | - |
| Feb 06 | 12:40 PM | IN (612) | Incoming | - | 18 | - |
| | 12:59 PM | OUT (952) | to Minneapolis/MN | - | 29 | - |
| | 2:26 PM | OUT (763) | to Twincities/MN | F | 1 | - |
| | 5:11 PM | OUT (763) | to Twincities/MN | F | 1 | - |
| | 6:02 PM | OUT (763) | to Twincities/MN | F | 2 | - |
| Feb 07 | 2:21 PM | OUT (763) | to Twincities/MN | F | 3 | - |
| | 2:33 PM | OUT (763) | Incoming | F | 2 | - |
| | 2:36 PM | IN (763) | Incoming | F | 2 | - |
| Feb 09 | 12:58 PM | OUT (612) | to Minneapolis/MN | - | 1 | - |
| | 2:12 PM | OUT (818) | to Losangeles/CA | - | 89 | - |
| | 4:19 PM | OUT (612) | to Minneapolis/MN | - | 1 | - |
| | 4:26 PM | OUT (763) | to Twincities/MN | - | 3 | - |
| Feb 10 | 1:51 PM | OUT (763) | to Twincities/MN | F | 1 | - |
| | 1:54 PM | IN (763) | Incoming | - | 1 | - |
| | 2:05 PM | OUT (612) | to Minneapolis/MN | - | 1 | - |
| | 2:52 PM | OUT (800) | 1-800 # | - | 11 | - |
| | 4:02 PM | IN (888) | Incoming | - | 1 | - |
| | 5:12 PM | OUT (612) | to Minneapolis/MN | - | 1 | - |
| | 5:13 PM | OUT (612) | to Blaine/MN | F | 2 | - |
| Feb 11 | 3:50 PM | IN (612) | Incoming | - | 1 | - |
| | 4:54 PM | OUT (763) | to Minneapolis/MN | - | 1 | - |
| Feb 12 | 9:44 PM | OUT (763) | to Blaine/MN | F | 5 | - |
| Feb 13 | 11:28 AM | OUT (763) | to Twincities/MN | F | 1 | - |
| | 11:30 AM | OUT (763) | to Twincities/MN | - | 4 | - |
| | 11:35 AM | OUT (877) | 1-877 # | - | 1 | - |
| | 11:38 AM | OUT (818) | to Van Nuys/CA | - | 2 | - |
| | 5:39 PM | OUT (763) | to Twincities/MN | F | 1 | - |
| | 8:38 PM | IN (206) | Incoming | - | 33 | - |
| **Totals** | | | | | **554** | **$0.00** |

The date and time corresponds to the local time where the mobile was located.
WHO: **OUT** Outgoing **IN** Incoming TYPE: **F** Mobile2Mobile **W** Wi-Fi Call **G** Voicemail

---

Bill period **Jan 14, 2023 - Feb 13, 2023**   Account ███   Page 3 of 8

## TEXT

| When | | Who | Destination | Type | Cost |
|---|---|---|---|---|---|
| Jan 14 | 9:43 AM | OUT (612) | Plymouth, MN | TXT | - |
| | 9:43 AM | OUT (612) | Plymouth, MN | TXT | - |
| | 9:43 AM | OUT (612) | Plymouth, MN | TXT | - |
| | 9:46 AM | OUT (612) | Plymouth, MN | TXT | - |
| | 9:46 AM | OUT (612) | Plymouth, MN | TXT | - |
| | 9:47 AM | IN (612) | Plymouth, MN | TXT | - |
| | 9:47 AM | OUT (612) | Plymouth, MN | TXT | - |
| | 9:47 AM | OUT (612) | Plymouth, MN | TXT | - |
| | 9:48 AM | OUT (612) | Plymouth, MN | TXT | - |
| | 9:48 AM | IN (612) | Plymouth, MN | TXT | - |
| | 9:48 AM | OUT (612) | Plymouth, MN | TXT | - |
| | 10:04 AM | OUT 1612 | | PIC | - |
| Jan 15 | 7:44 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 7:44 PM | OUT (612) | Minneapolis, MN | TXT | - |
| Jan 16 | 8:54 AM | IN (651) | Minneapolis, MN | TXT | - |
| | 8:54 AM | IN (651) | Minneapolis, MN | TXT | - |
| | 12:06 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 12:06 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 12:06 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 12:06 PM | OUT (651) | Minneapolis, MN | TXT | - |
| | 1:26 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 1:28 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 1:30 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 1:31 PM | IN (651) | Minneapolis, MN | TXT | - |
| Jan 17 | 9:24 AM | IN (651) | Minneapolis, MN | TXT | - |
| | 9:26 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 11:56 PM | IN 2 | | TXT | - |
| Jan 18 | 8:42 AM | IN 1715 | | PIC | - |
| | 2:29 PM | OUT (805) | Camarillo, CA | TXT | - |
| | 5:55 PM | OUT (715) | Stevens Pt, WI | TXT | - |
| | 5:55 PM | OUT (715) | Stevens Pt, WI | TXT | - |
| | 5:57 PM | IN (715) | Stevens Pt, WI | TXT | - |
| | 5:58 PM | IN (715) | Stevens Pt, WI | TXT | - |
| | 5:58 PM | IN (715) | Stevens Pt, WI | TXT | - |
| | 5:58 PM | IN (715) | Stevens Pt, WI | TXT | - |
| Jan 19 | 6:15 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 6:15 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 6:15 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 6:15 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 6:15 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 9:02 AM | OUT (612) | Blaine, MN | TXT | - |
| | 9:04 AM | IN (612) | Blaine, MN | TXT | - |
| | 9:31 AM | OUT (612) | Blaine, MN | TXT | - |
| | 9:31 AM | OUT (612) | Blaine, MN | TXT | - |
| | 9:37 AM | IN (612) | Blaine, MN | TXT | - |
| | 9:42 AM | OUT (612) | Blaine, MN | TXT | - |
| | 9:42 AM | OUT (612) | Blaine, MN | TXT | - |
| | 9:42 AM | OUT (612) | Blaine, MN | TXT | - |
| | 9:42 AM | OUT (612) | Blaine, MN | TXT | - |
| | 9:42 AM | OUT (612) | Blaine, MN | TXT | - |
| | 9:44 AM | IN (612) | Blaine, MN | TXT | - |
| | 9:46 AM | OUT (612) | Blaine, MN | TXT | - |
| | 9:47 AM | OUT (612) | Blaine, MN | TXT | - |
| | 9:47 AM | OUT (612) | Blaine, MN | TXT | - |
| | 9:47 AM | OUT (612) | Blaine, MN | TXT | - |
| | 9:51 AM | OUT (612) | Blaine, MN | TXT | - |
| | 9:51 AM | OUT (612) | Blaine, MN | TXT | - |
| | 9:51 AM | OUT (612) | Blaine, MN | TXT | - |
| | 9:53 AM | OUT 1612 | | PIC | - |
| | 9:54 AM | OUT 1612 | | PIC | - |
| | 9:54 AM | OUT 1612 | | PIC | - |
| | 9:58 AM | OUT (612) | Blaine, MN | TXT | - |
| | 9:58 AM | IN (612) | Blaine, MN | TXT | - |
| | 10:01 AM | IN (612) | Blaine, MN | TXT | - |
| | 10:06 AM | OUT (612) | Blaine, MN | TXT | - |
| | 10:06 AM | OUT (612) | Blaine, MN | TXT | - |
| | 10:06 AM | OUT (612) | Blaine, MN | TXT | - |
| | 10:06 AM | OUT (612) | Blaine, MN | TXT | - |
| | 10:06 AM | OUT (612) | Blaine, MN | TXT | - |
| | 10:06 AM | OUT (612) | Blaine, MN | TXT | - |
| | 10:06 AM | OUT (612) | Blaine, MN | TXT | - |



...CONTINUED - (763) ■■ , TEXT

...CONTINUED - (763) ■■ , TEXT | Bill period: Jan 14, 2023 - Feb 13, 2023 | Account: ■■ | Page 4 of 8

| When | Who | | Destination | Type | Cost |
|------|-----|---|-------------|------|------|
| | 10:06 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:07 AM | **IN** (612) | Blaine, MN | TXT | - |
| | 10:07 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:07 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:08 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:11 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:11 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:13 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:13 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:13 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:56 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:16 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:16 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:23 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:23 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:23 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:23 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:23 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:23 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:27 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:27 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 10:27 AM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:33 PM | **OUT** (612) | Plymouth, MN | TXT | - |
| Feb 02 | 3:16 PM | **IN** (612) | Twincities, MN | TXT | - |
| | 3:16 PM | **IN** (866) | Incoming | TXT | - |
| | 3:16 PM | **IN** (612) | Plymouth, MN | TXT | - |
| | 3:16 PM | **IN** (612) | Plymouth, MN | TXT | - |
| | 10:05 PM | **OUT** (952) | Minneapolis, MN | TXT | - |
| Feb 03 | 9:29 AM | **IN** (612) | | TXT | - |
| | 9:36 AM | **IN** 1612 | | PIC | - |
| | 11:22 AM | **OUT** (952) | Minneapolis, MN | TXT | - |
| | 11:23 AM | **OUT** (952) | Minneapolis, MN | TXT | - |
| | 11:24 AM | **OUT** (952) | Minneapolis, MN | TXT | - |
| | 11:24 AM | **OUT** (952) | Minneapolis, MN | TXT | - |
| | 11:25 AM | **OUT** (952) | Minneapolis, MN | TXT | - |
| | 11:25 AM | **OUT** (952) | Minneapolis, MN | TXT | - |
| | 11:28 AM | **OUT** (952) | Minneapolis, MN | TXT | - |
| | 11:28 AM | **OUT** (952) | Minneapolis, MN | TXT | - |
| | 11:28 AM | **OUT** (952) | Minneapolis, MN | TXT | - |
| | 11:42 AM | **IN** (612) | Twincities, MN | TXT | - |
| | 12:59 PM | **IN** (952) | Minneapolis, MN | TXT | - |
| | 12:59 PM | **IN** (952) | Minneapolis, MN | TXT | - |
| | 1:00 PM | **IN** (952) | Minneapolis, MN | TXT | - |
| | 1:00 PM | **IN** (952) | Minneapolis, MN | TXT | - |
| | 1:15 PM | **OUT** (763) | Twincities, MN | TXT | - |
| | 1:15 PM | **IN** (763) | Twincities, MN | TXT | - |
| | 4:49 PM | **OUT** (952) | Minneapolis, MN | TXT | - |
| | 4:49 PM | **OUT** (952) | Minneapolis, MN | TXT | - |
| | 4:56 PM | **IN** (952) | Minneapolis, MN | TXT | - |
| | 5:02 PM | **OUT** (952) | Minneapolis, MN | TXT | - |
| | 5:03 PM | **OUT** (952) | Minneapolis, MN | TXT | - |
| | 5:08 PM | **IN** (952) | Minneapolis, MN | TXT | - |
| | 5:08 PM | **IN** (952) | Minneapolis, MN | TXT | - |
| | 5:09 PM | **OUT** (952) | Minneapolis, MN | TXT | - |
| | 5:14 PM | **IN** (952) | Minneapolis, MN | TXT | - |
| Feb 04 | 6:20 AM | **IN** 2 | | TXT | - |
| | 6:20 AM | **IN** 2 | | TXT | - |
| | 6:26 AM | **IN** (763) | Twincities, MN | TXT | - |
| | 6:43 AM | **IN** (952) | Minneapolis, MN | TXT | - |
| | 10:00 AM | **IN** (763) | Twincities, MN | TXT | - |
| | 12:11 PM | **OUT** (952) | Minneapolis, MN | TXT | - |
| | 12:11 PM | **IN** (952) | Minneapolis, MN | TXT | - |
| | 1:03 PM | **OUT** (952) | Minneapolis, MN | TXT | - |
| | 1:03 PM | **OUT** (952) | Minneapolis, MN | TXT | - |
| | 1:03 PM | **IN** (952) | Minneapolis, MN | TXT | - |
| | 1:03 PM | **OUT** (952) | Minneapolis, MN | TXT | - |
| | 1:07 PM | **OUT** (952) | Minneapolis, MN | TXT | - |
| | 2:14 PM | **IN** 1952 | | PIC | - |
| Feb 05 | 7:31 AM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 7:32 AM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 7:32 AM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 7:32 AM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 7:33 AM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 7:35 AM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 7:35 AM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 7:36 AM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 3:46 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:47 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:47 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:47 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:48 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:48 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:48 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:49 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:49 PM | **IN** (612) | Blaine, MN | TXT | - |
| | 3:50 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 4:02 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 4:03 PM | **IN** (612) | Blaine, MN | TXT | - |
| | 4:08 PM | **IN** (612) | Blaine, MN | TXT | - |
| | 4:08 PM | **IN** (612) | Blaine, MN | TXT | - |

| When | Who | | Destination | Type | Cost |
|------|-----|---|-------------|------|------|
| Feb 06 | 8:53 AM | **OUT** (612) | Minneapolis, MN | TXT | - |
| | 8:53 AM | **OUT** (612) | Minneapolis, MN | TXT | - |
| | 8:53 AM | **OUT** (612) | Minneapolis, MN | TXT | - |
| | 8:53 AM | **OUT** (612) | Minneapolis, MN | TXT | - |
| | 8:54 AM | **IN** (612) | Minneapolis, MN | TXT | - |
| | 8:54 AM | **OUT** (612) | Minneapolis, MN | TXT | - |
| | 8:54 AM | **OUT** (612) | Minneapolis, MN | TXT | - |
| | 8:55 AM | **OUT** (612) | Minneapolis, MN | TXT | - |
| | 8:55 AM | **OUT** (612) | Minneapolis, MN | TXT | - |
| | 8:56 AM | **OUT** (612) | Minneapolis, MN | TXT | - |
| | 5:01 PM | **IN** (612) | Minneapolis, MN | TXT | - |
| | 5:36 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 5:38 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 5:38 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 5:40 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 5:40 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 5:41 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 5:41 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 5:52 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 5:52 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 5:52 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 5:52 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 5:52 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 5:52 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 5:52 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 5:52 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 5:52 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 5:54 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 6:19 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 6:19 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 6:19 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 6:22 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| Feb 07 | 8:56 AM | **IN** (763) | Twincities, MN | TXT | - |
| | 1:19 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 1:19 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 1:19 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 1:19 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 1:19 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 1:19 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 1:19 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 1:19 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 1:19 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 1:19 PM | **OUT** (651) | Minneapolis, MN | TXT | - |
| | 1:21 PM | **IN** (651) | Minneapolis, MN | TXT | - |
| | 5:30 PM | **IN** 2 | | TXT | - |
| | 5:30 PM | **IN** 2 | | TXT | - |
| Feb 08 | 3:44 AM | **IN** (763) | Twincities, MN | TXT | - |
| | 10:02 AM | **IN** (724) | Vandergrft, PA | TXT | - |
| | 12:24 PM | **IN** (724) | Vandergrft, PA | TXT | - |
| | 12:29 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 12:30 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 12:38 PM | **IN** (612) | Blaine, MN | TXT | - |
| | 12:44 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 12:48 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 12:48 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 12:48 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 12:49 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 1:18 PM | **IN** (612) | Blaine, MN | TXT | - |
| | 3:17 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:17 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:17 PM | **OUT** 1612 | | PIC | - |
| | 3:17 PM | **OUT** 1612 | | PIC | - |
| | 3:17 PM | **OUT** 1612 | | PIC | - |
| | 3:19 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:19 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:22 PM | **IN** (612) | Blaine, MN | TXT | - |
| | 3:22 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:22 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:22 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:28 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:28 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:28 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:28 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:28 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:28 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:29 PM | **IN** (612) | Blaine, MN | TXT | - |
| | 3:29 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:37 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:37 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:40 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:40 PM | **OUT** (612) | Blaine, MN | TXT | - |
| | 3:50 PM | **OUT** (612) | Blaine, MN | TXT | - |



...CONTINUED - (763) ███ ███ , TEXT

| When | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|
| | 3:50 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:50 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:50 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:50 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:50 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:50 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:50 PM | OUT 1612 | | PIC | - |
| | 3:50 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:50 PM | OUT 1612 | | PIC | - |
| | 3:51 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:51 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:53 PM | IN (612) | Blaine, MN | TXT | - |
| | 3:54 PM | IN (612) | Blaine, MN | TXT | - |
| | 3:55 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:55 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:57 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:57 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:58 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | PIC | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:26 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:26 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:26 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:26 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:26 PM | OUT (612) | Blaine, MN | TXT | - |
| Feb 09 | 6:44 AM | IN (612) | Blaine, MN | TXT | - |
| | 9:53 AM | IN (612) | Blaine, MN | TXT | - |
| | 1:26 PM | OUT 1818 | | PIC | - |
| | 1:26 PM | OUT 1818 | | PIC | - |
| | 1:26 PM | OUT 1818 | | PIC | - |
| | 1:26 PM | OUT 1818 | | PIC | - |
| | 1:27 PM | OUT 1818 | | PIC | - |
| | 1:49 PM | OUT (818) | No Hollywd, CA | TXT | - |
| | 1:50 PM | OUT (818) | No Hollywd, CA | TXT | - |
| | 1:50 PM | OUT (818) | No Hollywd, CA | TXT | - |
| | 1:53 PM | OUT (818) | No Hollywd, CA | TXT | - |
| | 1:53 PM | OUT (818) | No Hollywd, CA | TXT | - |
| | 1:54 PM | OUT (818) | No Hollywd, CA | TXT | - |
| | 1:54 PM | OUT (818) | No Hollywd, CA | TXT | - |
| | 1:54 PM | OUT (818) | No Hollywd, CA | TXT | - |
| | 1:54 PM | OUT (818) | No Hollywd, CA | TXT | - |
| | 1:54 PM | OUT (818) | No Hollywd, CA | TXT | - |
| Feb 10 | 1:32 AM | IN (763) | Minneapolis, MN | TXT | - |
| | 1:32 AM | IN (763) | Minneapolis, MN | TXT | - |
| | 1:32 AM | IN (763) | Minneapolis, MN | TXT | - |
| | 1:32 AM | IN (763) | Minneapolis, MN | TXT | - |
| | 1:32 AM | IN (763) | Minneapolis, MN | TXT | - |
| | 5:36 AM | IN (612) | Blaine, MN | TXT | - |
| | 6:38 AM | IN 93 | | TXT | - |
| | 6:38 AM | IN 93 | | TXT | - |
| | 12:56 PM | IN 26 | | TXT | - |
| | 3:13 PM | IN 93 | | TXT | - |
| | 3:13 PM | IN 93 | | TXT | - |
| | 3:41 PM | OUT (818) | No Hollywd, CA | TXT | - |
| Feb 11 | 11:25 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 11:45 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 1:10 PM | IN (651) | Minneapolis, MN | TXT | - |
| | 5:19 PM | IN 7 | | TXT | - |
| Feb 13 | 6:35 AM | IN (763) | Plymouth, MN | TXT | - |
| | 9:31 AM | OUT (763) | Twincities, MN | TXT | - |
| Totals | | | | | $0.00 |

The date and time corresponds to Pacific Time (PST/PDT).

WHO: **OUT** Outgoing  **IN** Incoming   TYPE: **TXT** Text  **PIC** Picture

**DATA**  Bill period **Jan 14, 2023 - Feb 13, 2023**  Account ███   Page 5 of 8

| When | Service | Origin | Type | MB | Cost |
|---|---|---|---|---|---|
| Jan 14 | Mobile Internet | - | - | 0.0087 | - |
| Jan 15 | Mobile Internet | - | - | 101.6899 | - |
| Jan 16 | Mobile Internet | - | - | 127.1070 | - |
| Jan 17 | Mobile Internet | - | - | 853.7626 | - |
| Jan 18 | Mobile Internet | - | - | 187.3861 | - |
| Jan 19 | Mobile Internet | - | - | 1,941.7611 | - |
| Feb 02 | Mobile Internet | - | - | 89.4870 | - |
| Feb 03 | Mobile Internet | - | - | 2.4634 | - |
| Feb 04 | Mobile Internet | - | - | 583.7104 | - |
| Feb 05 | Mobile Internet | - | - | 22.7559 | - |
| Feb 06 | Mobile Internet | - | - | 1,648.7240 | - |
| Feb 07 | Mobile Internet | - | - | 917.7223 | - |
| Feb 08 | Mobile Internet | - | - | 1,153.7689 | - |
| Feb 09 | Mobile Internet | - | - | 124.5921 | - |
| Feb 10 | Mobile Internet | - | - | 101.4477 | - |
| Feb 11 | Mobile Internet | - | - | 10.4995 | - |
| Feb 12 | Mobile Internet | - | - | 219.7748 | - |
| Feb 13 | Mobile Internet | - | - | 51.4114 | - |
| Totals | | | | 8,138.0728 | $0.00 |

The date and time corresponds to Pacific Time (PST/PDT).



# USAGE DETAILS

For information only - charges are shown in the One-Time Charges section.

(763) ▬-▬

| | Bill period | Account | Page |
|---|---|---|---|
| ...CONTINUED - (763) ▬▬, TEXT | May 14, 2023 - Jun 13, 2023 | | 3 of 8 |

## TALK

| When | Who | | Description | Type | Min | Cost |
|---|---|---|---|---|---|---|
| May 14 | 11:05 PM | IN (763) | Incoming | - | 23 | |
| May 19 | 3:09 AM | OUT (763) | to Minneapols/MN | - | 3 | |
| May 21 | 1:40 PM | OUT (612) | to Blaine/MN | F | 1 | |
| May 22 | 12:56 PM | OUT (612) | to Blaine/MN | F | 1 | |
| | 3:13 PM | OUT (612) | to Blaine/MN | F | 3 | |
| May 23 | 9:00 PM | OUT (763) | to Hanover/MN | - | 56 | |
| May 24 | 12:52 AM | OUT (763) | to Minneapols/MN | - | 1 | |
| | 12:54 AM | OUT (218) | to Fergus Fls/MN | F | 18 | |
| | 12:57 PM | OUT (763) | to Hanover/MN | - | 1 | |
| | 10:48 PM | IN (763) | Incoming | - | 16 | |
| May 25 | 8:56 AM | OUT (612) | to Minneapols/MN | - | 14 | |
| | 11:37 AM | OUT (763) | to Minneapols/MN | - | 1 | |
| | 11:56 AM | IN (765) | Incoming | - | 14 | |
| | 1:01 PM | OUT (612) | to Minneapols/MN | - | 5 | |
| | 1:23 PM | OUT (661) | to Sanclarnew/CA | - | 1 | |
| | 1:44 PM | OUT (213) | to Losangeles/CA | - | 2 | |
| | 8:40 PM | OUT (763) | to Twincities/MN | F | 1 | |
| May 26 | 8:27 PM | OUT (763) | to Twincities/MN | F | 1 | |
| | 10:30 PM | OUT (763) | to Hanover/MN | - | 22 | |
| | 10:57 PM | OUT (612) | to Blaine/MN | F | 1 | |
| | 11:53 PM | OUT (763) | to Hanover/MN | - | 37 | |
| May 27 | 12:50 PM | OUT (763) | to Hanover/MN | - | 12 | |
| May 28 | 8:42 AM | OUT (763) | to Hanover/MN | - | 1 | |
| | 8:43 AM | OUT (763) | to Blaine/MN | G | 1 | |
| | 10:52 AM | OUT (763) | to Twincities/MN | - | 1 | |
| | 11:03 AM | IN (763) | Incoming | - | 15 | |
| | 11:20 AM | OUT (415) | to Snfc Cntrl/CA | - | 1 | |
| | 1:36 PM | OUT (763) | to Hanover/MN | - | 34 | |
| | 3:33 PM | IN (763) | Incoming | - | 4 | |
| | 4:40 PM | IN (612) | Incoming | - | 29 | |
| | 6:43 PM | OUT (763) | to Hanover/MN | - | 1 | |
| | 10:27 PM | OUT (763) | to Hanover/MN | - | 1 | |
| May 31 | 7:35 PM | OUT (612) | to Blaine/MN | F | 1 | |
| | 7:41 PM | IN (612) | Incoming | F | 1 | |
| Jun 09 | 12:28 PM | IN (612) | Incoming | - | 1 | |
| | 12:35 PM | OUT (763) | to Blaine/MN | F | 1 | |
| | 12:47 PM | OUT (763) | to Minneapols/MN | - | 6 | |
| | 12:53 PM | OUT (818) | to Van Nuys/CA | - | 3 | |
| | 12:57 PM | OUT (763) | to Minneapols/MN | - | 2 | |
| Jun 11 | 3:07 PM | IN (763) | Incoming | - | 1 | |
| Jun 12 | 9:58 AM | IN (763) | Incoming | - | 1 | |
| | 10:58 AM | IN (763) | Incoming | - | 1 | |
| **Totals** | | | | | **340** | **$0.00** |

The date and time corresponds to the local time where the mobile was located.

WHO: **OUT** Outgoing **IN** Incoming   TYPE: **F** Mobile2Mobile **G** Voicemail

## TEXT

| When | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|
| May 14 | 8:25 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 8:26 PM | IN (763) | Minneapolis, MN | TXT | - |
| | 8:26 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:01 PM | IN (763) | Minneapolis, MN | TXT | - |
| | 9:03 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:03 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:03 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:04 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:04 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:04 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:04 PM | OUT (763) | Minneapolis, MN | TXT | - |
| | 9:05 PM | IN (763) | Minneapolis, MN | TXT | - |
| | 9:05 PM | IN (763) | Minneapolis, MN | TXT | - |
| | 9:05 PM | IN (763) | Minneapolis, MN | TXT | - |
| May 17 | 7:14 AM | OUT (952) | Minneapolis, MN | TXT | - |
| | 7:14 AM | OUT (952) | Minneapolis, MN | TXT | - |
| | 7:14 AM | OUT (952) | Minneapolis, MN | TXT | - |
| | 7:14 AM | OUT (952) | Minneapolis, MN | TXT | - |
| | 7:14 AM | OUT (952) | Minneapolis, MN | TXT | - |
| | 7:16 AM | IN (952) | Little Fls, MN | TXT | - |
| | 11:11 AM | IN (320) | Minneapolis, MN | TXT | - |
| May 19 | 4:09 AM | IN (612) | Blaine, MN | TXT | - |
| May 21 | 5:12 PM | IN (612) | Blaine, MN | TXT | - |
| May 22 | 10:20 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:24 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:32 AM | IN (612) | Minneapolis, MN | TXT | - |

| When | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|
| | 10:32 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:34 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:34 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:35 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:35 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:36 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:36 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:36 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:37 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:38 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:38 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:39 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:39 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:39 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:41 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:41 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:41 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:41 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:41 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:43 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:43 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:43 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:45 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:45 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:45 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:46 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:47 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:47 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:47 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:47 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:48 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:48 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:49 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:49 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:50 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:51 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:53 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 11:09 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 11:09 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 11:09 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 11:09 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 11:09 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 11:10 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 11:10 AM | OUT (612) | Minneapolis, MN | TXT | - |
| May 23 | 6:12 AM | OUT (763) | Minneapolis, MN | TXT | - |
| | 6:12 AM | OUT (763) | Minneapolis, MN | TXT | - |
| | 6:12 AM | OUT (763) | Minneapolis, MN | TXT | - |
| | 6:12 AM | OUT (763) | Minneapolis, MN | TXT | - |
| | 6:13 AM | OUT (763) | Minneapolis, MN | TXT | - |
| | 6:13 AM | OUT (763) | Minneapolis, MN | TXT | - |
| | 6:15 AM | OUT (612) | Blaine, MN | TXT | - |
| | 6:15 AM | OUT (612) | Blaine, MN | TXT | - |
| | 6:15 AM | OUT (612) | Blaine, MN | TXT | - |
| | 6:15 AM | OUT (612) | Blaine, MN | TXT | - |
| | 6:15 AM | OUT (612) | Blaine, MN | TXT | - |
| | 6:15 AM | OUT (612) | Blaine, MN | TXT | - |
| | 6:25 AM | OUT (612) | Blaine, MN | TXT | - |
| | 6:25 AM | OUT (612) | Blaine, MN | TXT | - |
| | 6:25 AM | OUT (612) | Blaine, MN | TXT | - |
| | 6:25 AM | OUT (612) | Blaine, MN | TXT | - |
| | 6:25 AM | OUT (612) | Blaine, MN | TXT | - |
| | 6:25 AM | OUT (612) | Blaine, MN | TXT | - |
| | 6:25 AM | OUT (612) | Blaine, MN | TXT | - |
| | 6:36 AM | OUT (612) | Blaine, MN | TXT | - |
| | 6:36 AM | OUT (612) | Blaine, MN | TXT | - |
| | 6:38 AM | OUT (612) | Blaine, MN | TXT | - |
| | 6:47 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 6:47 AM | OUT (651) | Minneapolis, MN | TXT | - |
| | 6:47 AM | OUT (651) | Minneapolis, MN | TXT | - |



...CONTINUED - (763) ███ ███ , TEXT

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | 6:47 AM OUT (651) | Minneapolis, MN | TXT | - |
| | 6:47 AM OUT (651) | Minneapolis, MN | TXT | - |
| | 6:47 AM OUT (651) | Minneapolis, MN | TXT | - |
| | 6:47 AM OUT (651) | Minneapolis, MN | TXT | - |
| | 6:47 AM OUT (651) | Minneapolis, MN | TXT | - |
| | 6:47 AM OUT (651) | Minneapolis, MN | TXT | - |
| | 6:47 AM OUT (651) | Minneapolis, MN | TXT | - |
| | 6:47 AM OUT (651) | Minneapolis, MN | TXT | - |
| | 6:50 AM OUT (651) | Minneapolis, MN | TXT | - |
| | 6:50 AM OUT (651) | Minneapolis, MN | TXT | - |
| | 6:50 AM OUT (651) | Minneapolis, MN | TXT | - |
| | 7:02 AM IN (612) | Blaine, MN | TXT | - |
| | 7:02 AM IN (612) | Blaine, MN | TXT | - |
| | 7:03 AM IN (612) | Blaine, MN | TXT | - |
| | 7:09 AM OUT (612) | Blaine, MN | TXT | - |
| | 7:09 AM OUT (612) | Blaine, MN | TXT | - |
| | 7:09 AM OUT (612) | Blaine, MN | TXT | - |
| | 7:09 AM OUT (612) | Blaine, MN | TXT | - |
| | 7:11 AM OUT (612) | Blaine, MN | TXT | - |
| | 7:11 AM OUT (612) | Blaine, MN | TXT | - |
| | 7:12 AM OUT (612) | Blaine, MN | TXT | - |
| | 7:12 AM OUT (612) | Blaine, MN | TXT | - |
| | 7:31 AM IN (612) | Blaine, MN | TXT | - |
| | 7:32 AM IN (612) | Blaine, MN | TXT | - |
| | 7:32 AM OUT (612) | Blaine, MN | TXT | - |
| | 7:32 AM OUT (612) | Blaine, MN | TXT | - |
| | 7:33 AM IN (612) | Blaine, MN | TXT | - |
| | 7:34 AM OUT (612) | Blaine, MN | TXT | - |
| | 7:37 AM OUT (612) | Blaine, MN | TXT | - |
| | 7:37 AM OUT 1612 | | PIC | - |
| | 7:37 AM OUT 1612 | | PIC | - |
| | 7:37 AM OUT 1612 | | PIC | - |
| | 7:37 AM OUT 1612 | | PIC | - |
| | 7:37 AM OUT 1612 | | PIC | - |
| | 7:37 AM OUT 1612 | | PIC | - |
| | 7:37 AM OUT 1612 | | PIC | - |
| | 7:37 AM OUT 1612 | | PIC | - |
| | 7:38 AM IN (612) | Blaine, MN | TXT | - |
| | 7:40 AM IN (612) | Blaine, MN | TXT | - |
| | 7:41 AM OUT (612) | Blaine, MN | TXT | - |
| | 7:43 AM IN (612) | Blaine, MN | TXT | - |
| | 7:54 AM IN (612) | Blaine, MN | TXT | - |
| | 8:02 AM OUT (612) | Blaine, MN | TXT | - |
| | 8:04 AM IN (612) | Blaine, MN | TXT | - |
| | 8:05 AM OUT (612) | Blaine, MN | TXT | - |
| | 8:05 AM OUT (612) | Blaine, MN | TXT | - |
| | 8:06 AM IN (612) | Blaine, MN | TXT | - |
| | 8:06 AM IN (612) | Blaine, MN | TXT | - |
| | 5:38 PM IN 849 | Vietnam | TXT | - |
| | 5:38 PM IN 849 | Vietnam | TXT | - |
| May 24 | 8:46 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 8:46 PM IN (763) | Minneapolis, MN | TXT | - |
| | 8:47 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:15 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:15 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:15 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:16 PM IN (763) | Minneapolis, MN | TXT | - |
| | 9:18 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:18 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:18 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:18 PM IN (763) | Minneapolis, MN | TXT | - |
| | 9:19 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:19 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:20 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:21 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:21 PM IN (763) | Minneapolis, MN | TXT | - |
| | 9:24 PM IN 849 | Vietnam | TXT | - |
| | 9:24 PM IN 849 | Vietnam | TXT | - |
| | 9:24 PM IN 849 | Vietnam | TXT | - |
| | 9:37 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:37 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:37 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:37 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:37 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:37 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:37 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:37 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:41 PM OUT (763) | Minneapolis, MN | TXT | - |

...CONTINUED - (763) ███ ███ , TEXT

Bill period: **May 14, 2023 - Jun 13, 2023**    Account ████████    Page **4 of 8**

| When | Who | Destination | Type | Cost |
|------|-----|-------------|------|------|
| | 9:41 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:41 PM IN (763) | Minneapolis, MN | TXT | - |
| | 9:43 PM IN (763) | Minneapolis, MN | TXT | - |
| | 9:45 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:45 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:46 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:46 PM IN (763) | Minneapolis, MN | TXT | - |
| | 9:47 PM IN (763) | Minneapolis, MN | TXT | - |
| | 9:47 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:48 PM IN (763) | Minneapolis, MN | TXT | - |
| | 9:48 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:48 PM IN (763) | Minneapolis, MN | TXT | - |
| | 9:48 PM IN (763) | Minneapolis, MN | TXT | - |
| | 9:52 PM IN (763) | Minneapolis, MN | TXT | - |
| | 9:52 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:52 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:54 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:54 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:58 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 9:58 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 10:01 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 10:01 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 10:01 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 10:01 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 10:06 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 10:13 PM IN (763) | Minneapolis, MN | TXT | - |
| | 10:13 PM IN (763) | Minneapolis, MN | TXT | - |
| | 10:13 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 10:13 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 10:13 PM IN (763) | Minneapolis, MN | TXT | - |
| | 10:14 PM OUT (763) | Minneapolis, MN | TXT | - |
| | 10:14 PM IN (763) | Minneapolis, MN | TXT | - |
| | 10:14 PM IN (763) | Minneapolis, MN | TXT | - |
| | 10:15 PM IN (763) | | PIC | - |
| | 10:15 PM IN 1763 | | PIC | - |
| | 10:15 PM IN 1763 | | PIC | - |
| | 10:16 PM IN (763) | Minneapolis, MN | TXT | - |
| May 25 | 11:24 AM OUT (661) | Sanclarnew, CA | TXT | - |
| | 11:34 AM IN (661) | Sanclarnew, CA | TXT | - |
| | 11:35 AM IN (661) | Sanclarnew, CA | TXT | - |
| | 11:35 AM OUT (661) | Sanclarnew, CA | TXT | - |
| | 11:35 AM IN (661) | Sanclarnew, CA | TXT | - |
| | 11:35 AM OUT (661) | Sanclarnew, CA | TXT | - |
| | 11:37 AM IN (661) | Sanclarnew, CA | TXT | - |
| | 11:38 AM IN (661) | Sanclarnew, CA | TXT | - |
| | 11:38 AM OUT (661) | Sanclarnew, CA | TXT | - |
| | 11:39 AM IN (661) | Sanclarnew, CA | TXT | - |
| May 26 | 9:51 AM IN (612) | Blaine, MN | TXT | - |
| | 11:14 AM IN (612) | Minneapolis, MN | TXT | - |
| | 11:14 AM IN (612) | Minneapolis, MN | TXT | - |
| | 9:52 PM OUT (612) | Hamel, MN | TXT | - |
| | 9:52 PM OUT (612) | Hamel, MN | TXT | - |
| | 9:52 PM OUT (612) | Hamel, MN | TXT | - |
| | 9:52 PM OUT (612) | Hamel, MN | TXT | - |
| May 27 | 12:21 PM IN 1612 | | PIC | - |
| | 6:36 PM OUT (612) | Blaine, MN | TXT | - |
| | 6:40 PM OUT (612) | Blaine, MN | TXT | - |
| | 6:40 PM OUT (612) | Blaine, MN | TXT | - |
| | 6:40 PM OUT (612) | Blaine, MN | TXT | - |
| | 6:41 PM OUT (612) | Blaine, MN | TXT | - |
| | 6:45 PM IN (612) | Blaine, MN | TXT | - |
| | 6:45 PM IN (612) | Blaine, MN | TXT | - |
| | 6:46 PM IN (612) | Blaine, MN | TXT | - |
| | 6:52 PM OUT (612) | Minneapolis, MN | TXT | - |
| | 6:52 PM OUT (612) | Minneapolis, MN | TXT | - |
| | 6:52 PM OUT (612) | Minneapolis, MN | TXT | - |
| | 6:52 PM OUT (612) | Minneapolis, MN | TXT | - |
| | 6:53 PM OUT (612) | Minneapolis, MN | TXT | - |
| | 6:53 PM OUT (612) | Minneapolis, MN | TXT | - |
| | 6:54 PM OUT (612) | Minneapolis, MN | TXT | - |
| | 7:01 PM IN (612) | Minneapolis, MN | TXT | - |
| | 7:01 PM OUT (612) | Minneapolis, MN | TXT | - |
| | 7:02 PM OUT (612) | Minneapolis, MN | TXT | - |
| | 7:04 PM OUT (612) | Minneapolis, MN | TXT | - |
| | 7:04 PM OUT (612) | Minneapolis, MN | TXT | - |
| | 7:05 PM OUT (612) | Minneapolis, MN | TXT | - |
| | 7:06 PM OUT (612) | Minneapolis, MN | TXT | - |
| | 7:07 PM OUT (612) | Minneapolis, MN | TXT | - |
| | 7:06 PM OUT (612) | Minneapolis, MN | TXT | - |
| May 28 | 6:20 AM IN (763) | Twincities, MN | TXT | - |
| | 6:23 AM OUT (763) | Blaine, MN | TXT | - |
| | 6:26 AM OUT (763) | Blaine, MN | TXT | - |
| | 6:37 AM OUT (763) | Blaine, MN | TXT | - |



| When | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|
| | 5:06 PM | OUT (410) | Salisbury, MD | TXT | - |
| | 5:07 PM | OUT (410) | Salisbury, MD | TXT | - |
| | 5:10 PM | OUT (410) | Salisbury, MD | TXT | - |
| | 5:11 PM | IN 5 | | TXT | - |
| | 5:51 PM | IN 5 | | TXT | - |
| | 5:52 PM | IN 5 | | TXT | - |
| | 5:57 PM | IN (612) | Blaine, MN | TXT | - |
| Jul 18 | 8:54 AM | IN (952) | Blaine, MN | TXT | - |
| | 2:12 PM | OUT (952) | Blaine, MN | TXT | - |
| Jul 19 | 8:06 AM | IN 33 | | TXT | - |
| Jul 20 | 1:22 PM | IN 5 | | TXT | - |
| | 1:22 PM | IN 5 | | TXT | - |
| | 1:22 PM | IN 5 | | TXT | - |
| Jul 25 | 3:33 AM | IN (763) | Twincities, MN | TXT | - |
| Jul 26 | 9:37 AM | IN (310) | Snmn Snmn, CA | TXT | - |
| | 7:05 PM | IN (763) | Twincities, MN | TXT | - |
| | 7:23 PM | IN (763) | Twincities, MN | TXT | - |
| | 7:23 PM | OUT (763) | Twincities, MN | TXT | - |
| | 7:23 PM | OUT (763) | Twincities, MN | TXT | - |
| | 7:23 PM | OUT (763) | Twincities, MN | TXT | - |
| | 7:24 PM | IN (763) | Twincities, MN | TXT | - |
| Jul 28 | 11:21 AM | IN (651) | Stillwater, MN | TXT | - |
| | 11:21 AM | IN (651) | Stillwater, MN | TXT | - |
| | 1:15 PM | OUT (612) | Blaine, MN | TXT | - |
| | 1:16 PM | IN (612) | Blaine, MN | TXT | - |
| | 1:16 PM | IN (612) | Blaine, MN | TXT | - |
| | 1:17 PM | IN (612) | Blaine, MN | TXT | - |
| | 1:19 PM | IN (612) | Blaine, MN | TXT | - |
| | 1:19 PM | OUT (612) | Blaine, MN | TXT | - |
| | 1:20 PM | OUT (612) | Blaine, MN | TXT | - |
| | 1:20 PM | IN (612) | Blaine, MN | TXT | - |
| | 1:20 PM | OUT (612) | Blaine, MN | TXT | - |
| | 1:21 PM | OUT (612) | Blaine, MN | TXT | - |
| | 1:37 PM | OUT (651) | Stillwater, MN | TXT | - |
| | 1:52 PM | IN (651) | Stillwater, MN | TXT | - |
| | 1:55 PM | OUT (651) | Stillwater, MN | TXT | - |
| | 1:55 PM | IN (651) | Stillwater, MN | TXT | - |
| | 1:55 PM | IN (651) | Stillwater, MN | TXT | - |
| | 1:55 PM | OUT (651) | Stillwater, MN | TXT | - |
| | 1:55 PM | IN (651) | Stillwater, MN | TXT | - |
| | 2:05 PM | IN (651) | Stillwater, MN | TXT | - |
| | 2:17 PM | OUT (612) | Blaine, MN | TXT | - |
| | 2:27 PM | OUT (612) | Blaine, MN | TXT | - |
| | 2:27 PM | OUT (612) | Blaine, MN | TXT | - |
| | 2:27 PM | OUT (612) | Blaine, MN | TXT | - |
| | 2:27 PM | OUT (612) | Blaine, MN | TXT | - |
| | 3:21 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 4:28 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 4:29 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 4:30 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 4:30 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 4:30 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 4:30 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 6:57 PM | OUT (763) | Twincities, MN | TXT | - |
| | 6:58 PM | IN (763) | Twincities, MN | TXT | - |
| | 6:58 PM | IN (763) | Twincities, MN | TXT | - |
| Jul 29 | 1:47 PM | OUT (651) | Stillwater, MN | TXT | - |
| Jul 30 | 11:04 AM | OUT (651) | Stillwater, MN | TXT | - |
| | 12:23 PM | OUT (763) | Hanover, MN | TXT | - |
| | 12:25 PM | IN (763) | Hanover, MN | TXT | - |
| | 12:48 PM | IN (763) | Hanover, MN | TXT | - |
| | 1:17 PM | IN (763) | Hanover, MN | TXT | - |
| | 1:17 PM | OUT (763) | Hanover, MN | TXT | - |
| Jul 31 | 10:31 AM | IN (651) | Stillwater, MN | TXT | - |
| Aug 01 | 4:10 AM | OUT (612) | Blaine, MN | TXT | - |
| | 4:10 AM | OUT (612) | Blaine, MN | TXT | - |
| | 4:12 AM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 AM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 AM | OUT (612) | Blaine, MN | TXT | - |
| | 4:14 AM | OUT (612) | Blaine, MN | TXT | - |
| | 11:32 AM | IN (651) | Stillwater, MN | TXT | - |
| | 11:32 AM | IN (651) | Stillwater, MN | TXT | - |
| | 5:34 PM | OUT (952) | Blaine, MN | TXT | - |
| | 5:49 PM | OUT (952) | Blaine, MN | TXT | - |
| | 5:49 PM | IN (952) | Blaine, MN | TXT | - |
| | 5:49 PM | OUT (952) | Blaine, MN | TXT | - |
| | 5:49 PM | IN (952) | Blaine, MN | TXT | - |
| | 5:59 PM | IN (952) | Blaine, MN | TXT | - |
| | 6:01 PM | IN (952) | Blaine, MN | TXT | - |
| | 6:19 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 6:19 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 6:19 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 6:31 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 7:15 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 7:15 PM | OUT (612) | Minneapolis, MN | TXT | - |
| Aug 02 | 12:16 PM | IN (612) | Minneapolis, MN | TXT | - |

| When | Who | | Destination | Type | Cost |
|---|---|---|---|---|---|
| | 12:45 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 12:45 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 12:50 PM | OUT (612) | Minneapolis, MN | TXT | - |
| | 12:57 PM | IN (612) | Minneapolis, MN | TXT | - |
| | 5:15 PM | IN (651) | Stillwater, MN | TXT | - |
| Aug 03 | 11:47 PM | OUT (651) | St Paul, MN | TXT | - |
| | 11:47 PM | OUT (651) | St Paul, MN | TXT | - |
| | 11:47 PM | OUT (651) | St Paul, MN | TXT | - |
| | 11:47 PM | OUT (651) | St Paul, MN | TXT | - |
| | 11:47 PM | OUT (651) | St Paul, MN | TXT | - |
| | 11:47 PM | OUT (651) | St Paul, MN | TXT | - |
| | 11:47 PM | OUT (651) | St Paul, MN | TXT | - |
| | 11:48 PM | IN (651) | St Paul, MN | TXT | - |
| | 11:49 PM | OUT (651) | St Paul, MN | TXT | - |
| | 11:49 PM | IN (651) | St Paul, MN | TXT | - |
| | 11:49 PM | IN (651) | St Paul, MN | TXT | - |
| Aug 04 | 3:53 AM | IN (612) | Blaine, MN | TXT | - |
| | 8:49 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 8:50 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 8:50 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 8:50 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:50 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:50 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:51 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:51 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:51 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:52 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:52 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:52 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:53 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 10:53 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 10:53 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 11:00 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 11:00 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 11:00 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 11:00 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 11:03 AM | OUT (612) | Minneapolis, MN | TXT | - |
| | 11:03 AM | IN (612) | Minneapolis, MN | TXT | - |
| | 12:20 PM | OUT (612) | Blaine, MN | TXT | - |
| | 12:20 PM | OUT (612) | Blaine, MN | TXT | - |
| | 12:37 PM | IN (763) | Twincities, MN | TXT | - |
| | 1:16 PM | IN 4 | | TXT | - |
| | 1:17 PM | IN 4 | | TXT | - |
| | 3:27 PM | IN (612) | Twincities, MN | TXT | - |
| | 3:35 PM | OUT (612) | Twincities, MN | TXT | - |
| | 3:38 PM | OUT (612) | Twincities, MN | TXT | - |
| | 3:38 PM | IN (612) | Twincities, MN | TXT | - |
| | 3:44 PM | OUT (612) | Twincities, MN | TXT | - |
| | 3:51 PM | IN (612) | Twincities, MN | TXT | - |
| | 7:27 PM | IN (805) | Vntra Cntl, CA | TXT | - |
| | 7:28 PM | IN (805) | Vntra Cntl, CA | TXT | - |
| | 7:29 PM | IN (805) | Vntra Cntl, CA | TXT | - |
| | 7:29 PM | OUT (805) | Vntra Cntl, CA | TXT | - |
| | 7:30 PM | IN (805) | Vntra Cntl, CA | TXT | - |
| | 7:32 PM | OUT (805) | Vntra Cntl, CA | TXT | - |
| | 7:32 PM | OUT (805) | Vntra Cntl, CA | TXT | - |
| | 7:33 PM | IN (805) | Vntra Cntl, CA | TXT | - |
| | 7:34 PM | IN (612) | Vntra Cntl, CA | TXT | - |
| | 7:44 PM | OUT (612) | Blaine, MN | TXT | - |
| | 7:44 PM | OUT (612) | Blaine, MN | TXT | - |
| | 7:44 PM | IN (612) | Blaine, MN | TXT | - |
| | 7:46 PM | OUT (612) | Blaine, MN | TXT | - |
| | 7:46 PM | OUT (612) | Blaine, MN | TXT | - |
| Aug 05 | 7:20 PM | OUT (612) | Blaine, MN | TXT | - |
| | 7:20 PM | OUT (612) | Blaine, MN | TXT | - |
| | 7:20 PM | OUT (612) | Blaine, MN | TXT | - |
| Aug 06 | 1:00 PM | IN 4 | | TXT | - |
| | 8:03 PM | OUT (612) | Twincities, MN | TXT | - |
| | 8:28 PM | IN (612) | Twincities, MN | TXT | - |
| | 8:35 PM | OUT (612) | Twincities, MN | TXT | - |
| | 8:37 PM | OUT (612) | Twincities, MN | TXT | - |
| | 8:41 PM | IN (612) | Twincities, MN | TXT | - |
| | 8:46 PM | OUT (612) | Twincities, MN | TXT | - |
| | 8:46 PM | OUT 1763 | | PIC | - |
| | 8:47 PM | OUT (763) | Twincities, MN | TXT | - |
| | 10:00 PM | IN (763) | Twincities, MN | TXT | - |
| Aug 07 | 8:01 AM | IN (201) | Union City, NJ | TXT | - |
| | 11:00 AM | IN 4 | | TXT | - |
| | 11:00 AM | IN 4 | | TXT | - |
| | 4:49 PM | OUT (763) | Twincities, MN | TXT | - |
| | 4:49 PM | OUT (763) | Twincities, MN | TXT | - |
| | 4:49 PM | OUT (763) | Twincities, MN | TXT | - |
| | 4:49 PM | OUT (763) | Twincities, MN | TXT | - |
| | 4:49 PM | OUT (763) | Twincities, MN | TXT | - |
| | 4:49 PM | OUT (763) | Twincities, MN | TXT | - |

Add. 23



## USAGE DETAILS

For information only - charges are shown in the One-Time Charges section.

**(763) ███-████**

### TALK

| When | Who | | Description | Type | Min | Cost |
|------|-----|---|-------------|------|-----|------|
| Jan 15 | 4:17 PM | OUT (612) | to Blaine/MN | F | 1 | - |
| Jan 26 | 12:50 PM | OUT (612) | to St Eugene/ON | F | 1 | - |
| | 12:57 PM | OUT (612) | to Pembroke/ON | | 1 | - |
| Jan 28 | 4:31 PM | OUT (612) | to Blaine/MN | F | 1 | - |
| Jan 29 | 8:45 AM | OUT (612) | to Minneapolis/MN | | 1 | - |
| | 9:08 AM | OUT (612) | to Minneapolis/MN | | 3 | - |
| | 10:11 AM | IN (612) | Incoming | - | 9 | - |
| Jan 31 | 10:09 AM | IN (612) | Incoming | - | 23 | - |
| **Totals** | | | | | **40** | **$0.00** |

The date and time corresponds to the local time where the mobile was located.

WHO: **OUT** Outgoing   **IN** Incoming   TYPE: **F** Mobile2Mobile

### TEXT

| When | Who | | Destination | Type | Cost |
|------|-----|---|-------------|------|------|
| Jan 15 | 2:16 PM | IN (833) | Incoming | TXT | - |
| | 2:17 PM | IN (612) | Blaine, MN | TXT | - |
| | 2:18 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:26 PM | IN (612) | Blaine, MN | TXT | - |
| | 4:26 PM | IN (612) | Blaine, MN | TXT | - |
| | 4:27 PM | IN (612) | Blaine, MN | TXT | - |
| | 4:27 PM | IN (612) | Blaine, MN | TXT | - |
| | 4:28 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:30 PM | OUT (612) | Blaine, MN | TXT | - |
| | 4:31 PM | OUT (612) | Blaine, MN | TXT | - |
| Jan 16 | 5:32 PM | IN (612) | Blaine, MN | TXT | - |
| | 5:33 PM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 5:33 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:34 PM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 5:34 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:34 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:35 PM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 5:35 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:36 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:36 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:36 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:37 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:37 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:38 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:38 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:38 PM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 5:39 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:39 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:39 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:40 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:41 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:41 PM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 5:41 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:42 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:42 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:43 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:43 PM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 5:44 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:44 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:44 PM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 5:45 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:45 PM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 5:45 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:45 PM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 5:45 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:45 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:46 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:46 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:47 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:47 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:47 PM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 5:47 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:48 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:48 PM | OUT (218) | Fergus Fls, MN | TXT | - |

**Bill period**
...CONTINUED - (763) ███-████ , TEXT   **Jan 14, 2024 - Feb 13, 2024**

Account ████████   Page **3 of 6**

| When | Who | | Destination | Type | Cost |
|------|-----|---|-------------|------|------|
| | 5:48 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:48 PM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 5:48 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:48 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:48 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:49 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:49 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:50 PM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 5:50 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 5:50 PM | IN (218) | Fergus Fls, MN | TXT | - |
| Jan 26 | 10:49 AM | IN (763) | Roseau Do | TXT | - |
| | 10:49 AM | IN 22 | | TXT | - |
| | 10:51 AM | OUT (612) | St Eugene, ON | TXT | - |
| | 10:51 AM | IN (612) | St Eugene, ON | TXT | - |
| | 10:51 AM | OUT (612) | St Eugene, ON | TXT | - |
| | 10:53 AM | OUT (612) | St Eugene, ON | TXT | - |
| Jan 27 | 10:38 AM | IN (763) | Hanover, MN | TXT | - |
| | 10:38 AM | IN (763) | Hanover, MN | TXT | - |
| | 10:38 AM | IN (800) | Incoming | TXT | - |
| | 10:38 AM | IN 22 | | TXT | - |
| | 10:38 AM | IN 22 | | TXT | - |
| | 10:39 AM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 10:39 AM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:39 AM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:39 AM | 1218 | | PIC | - |
| | 10:39 AM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:40 AM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:40 AM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 10:40 AM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:40 AM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:40 AM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 10:41 AM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:41 AM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:41 AM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:41 AM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 10:42 AM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:42 AM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 10:43 AM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:44 AM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 10:46 AM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:46 AM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 10:47 AM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 10:47 AM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:48 AM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:48 AM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:48 AM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:49 AM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:49 AM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 10:50 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:50 PM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 10:50 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:52 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:52 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 10:53 PM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 10:54 PM | OUT (218) | Fergus Fls, MN | TXT | - |
| Jan 28 | 1:00 PM | IN (763) | Twincities, MN | TXT | - |
| | 1:01 PM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 1:08 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 1:09 PM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 1:10 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 1:14 PM | IN 8 547 | | TXT | - |
| | 1:32 PM | OUT (218) | Fergus Fls, MN | TXT | - |
| | 1:33 PM | IN (218) | Fergus Fls, MN | TXT | - |
| | 2:34 PM | OUT (612) | Blaine, MN | TXT | - |
| Jan 29 | 6:45 AM | IN (612) | Blaine, MN | TXT | - |
| | 6:47 AM | OUT (612) | Blaine, MN | TXT | - |
| | 6:47 AM | OUT (612) | Blaine, MN | TXT | - |
| Jan 31 | 8:03 AM | IN 22 | | TXT | - |
| | 8:03 AM | IN 22 | | TXT | - |
| Feb 04 | 5:05 AM | IN (651) | Stillwater, MN | TXT | - |
| | 5:06 AM | IN 22 | | TXT | - |
| | 5:06 AM | IN 22 | | TXT | - |
| | 5:06 AM | IN (800) | Incoming | TXT | - |
| Feb 06 | 2:10 AM | IN 22 | | TXT | - |
| | 2:10 AM | IN 22 | | TXT | - |
| | 2:10 AM | IN 22 | | TXT | - |
| | 2:10 AM | IN 22 | | TXT | - |

| STATE OF MINNESOTA | DISTRICT COURT |
|---|---|
| COUNTY OF HENNEPIN | FOURTH JUDICIAL DISTRICT |

---

State of Minnesota,

        Plaintiff,

vs.

Matthew David Guertin,

        Defendant.

Court File No.: 27-CR-23-1886

**DEFENDANT'S**

**AFFIDAVIT OF FACT**

---

TO:      THE HONORABLE JAY QUAM, JUDGE OF THE DISTRICT COURT; THE CLERK OF THE FOURTH JUDICIAL DISTRICT COURT; MS. JACQUELINE PEREZ, ASSISTANT HENNEPIN COUNTY ATTORNEY; AND THE OFFICE OF THE HENNEPIN COUNTY ATTORNEY.

### AFFIDAVIT OF FACT

    I, MATTHEW DAVID GUERTIN, residing at 4385 Trenton Ln N #202, City of Plymouth, County of Hennepin, State of Minnesota, being duly sworn, hereby depose and state under penalty of perjury:

### INTRODUCTION

I am the Defendant in the above-captioned matter, currently representing myself pro se. This affidavit is submitted in support of my ongoing efforts to address and correct a series of procedural anomalies and significant issues within my case that have raised profound concerns regarding my personal safety, freedom, and the integrity of the judicial process. The narrative that unfolds in the pages that follow is one that might seem more suited to a suspense-filled legal thriller than the reality of a court proceeding. Yet, every fact stated herein is a stark reflection of my surreal journey through a legal labyrinth that not only threatens my liberty but also challenges the very foundation of justice and accountability itself.

Filed in District Court
State of Minnesota
5/10/2024 9:22 PM

The detailed accounts and exhibits presented in this affidavit highlight the complexities and unique challenges of my case, illustrating a sequence of events that could have led to my unjust detainment in a mental institution—a scenario I believe I just narrowly avoided only through diligent monitoring of my case files. This document aims to shed light on procedural discrepancies and the critical lack of informed consent surrounding pivotal decisions in my case. It includes a focus on the unsettling events of January 15-17, 2024, leading up to a significant moment on January 30-31, 2024. During this time, I filed a pro se 'Motion for Production of Medical Records' and 'Motion for Continuance' into my civil court case. This period also saw the subsequent signing of an agreement to extend my 'Stayed Order of Commitment' by an additional 9 months, a decision I argue was made under duress, resulting from the aforementioned lack of informed consent combined with the threat of appearing at the scheduled February 1, 2024, hearing and being "committed directly to an appropriate safe and secure facility" without even being able to obtain an exam report, critical to my defense, prior to the scheduled hearing despite multiple requests to my defense counsel in addition to a direct request to the court.

My decision to dismiss my previous legal representation and proceed pro se is not made lightly. It stems from a culmination of factors that have eroded my trust in the ability of my former counsel to adequately represent my interests. This action is a testament to my determination to ensure that my side of the story is heard and that the facts of my case are examined without bias or external influence.

In sharing these experiences and concerns, it is my hope not only to correct the course of my own case but also to shed light on the broader implications for judicial integrity when procedural anomalies go unchecked. My journey, as outlined in this affidavit, is a plea for transparency, justice, and a fair and impartial judicial process that is based on the merits of facts and evidence, free from the shadow of external influences and procedural irregularities that have thus far clouded my court proceedings.

**February 2, 2023: Text Messages With My Former CIA Welder**

    **5:50pm – Welder:**

        Call me beo

        Bro

    *(Exhibit C)*


**February 13, 2023: Text Messages With My Former CIA Welder**

    **8:35am – Welder:**

        You alive?

    *(Exhibit C)*


**February 26, 2023: Text Messages With My Former CIA Welder**

    **9:37am – Welder:**

        Call me if you're free

    *(Exhibit C)*


**SOME VERY POWERFUL PEOPLE ARE KEEPING THEIR EYE ON ME**


**May 2, 2023: Email Detailing My FTC Fraud Report**

During the evening of May 2, I reached out to my then attorney, Bruce Rivers, via email to inform him about my intention to file a report with the Federal Trade Commission (FTC). In this communication, I shared a link to a digital folder which also played a significant part in the fraud reports I submitted the following day to both the FBI and FTC. This folder contained videos under the title 'AI Generated YouTube Videos', which I had analyzed for evidentiary purposes. In the email, I advised Mr. Rivers to 'download the whole folder and keep it somewhere safe', expressing my growing concerns not just for the security of my digital forensic evidence, but for my personal safety as well.

*(Exhibit E)*

Filed in District Court
State of Minnesota
5/10/2024 9:02 PM

**Subsequent Phone Conversation:**

Shortly after sending the email to Bruce Rivers about the FTC report and the 'AI Generated YouTube Videos' folder, I had a phone conversation with him. During this call, when I inquired if he had reviewed the 'AI generated YouTube video stuff'(paraphrasing), he acknowledged seeing it but admitted, 'yes, but I have no idea what I am looking at here.' (paraphrasing) Recognizing the technical nature of the evidence, I suggested he consult with his son, who is involved in video production and editing for his YouTube channel. I proposed this because I believed his son would have the technical insight to identify the unusual digital artifacts indicative of AI generation. I emphasized the trustworthiness and unbiased perspective his son could offer by stating, 'If there is anyone you can trust to provide you with an unbiased and trustworthy opinion, I would have to imagine that your son would be high up on that list, right?' (paraphrasing) To which Mr. Rivers agreed.

**May 22, 2023: Powerful People Are Keeping An All Seeing Eye On Me**

On this date, at 3:13pm, I called Bruce Rivers to inquire if his son had reviewed the digital evidence I emailed, which paralleled what I submitted in my FBI and FTC fraud reports concerning AI-generated fraudulent video content among a large amount of the digital forensic evidence I had downloaded in late 2022 / early 2023. Mr. Rivers confirmed, "Yeah I did, you have some very powerful people keeping an eye on you." This acknowledgment led me to mention, "I know. That's why I shot a gun off in my apartment." The conversation briefly shifted to other case matters, but when I sought to delve deeper into his comment about 'powerful people,' Mr. Rivers expressed concern about the security of our communication, stating, 'We'll talk about it in person/later, I don't trust that this line is secure.'(paraphrasing)
*(Exhibits I & V)*

**May 23, 2023: Relaying My Safety Concerns to Friends**

After being informed on the previous day about 'powerful people keeping an eye on me,' I became extremely concerned for my personal safety. The following morning, I took

proactive steps to inform my circle of friends about the situation. I drafted a message detailing the warning I had received from Bruce Rivers and began sending this identical message to multiple friends. My intention behind disseminating this information was two-fold: firstly, to potentially deter any malicious intentions towards me by making this situation known to a wider audience, and secondly, to ensure that if anything untoward were to happen to me, there would be a broad awareness of the context surrounding my concerns.   *(Exhibits J & V)*

**Subsequent Concerns About Communication Monitoring:**

Approximately a couple weeks or so after the phone call in which Bruce Rivers mentioned 'powerful people keeping an eye on me,' I initiated another phone call to discuss my case. During this call, Bruce made a comment that struck me as cryptic and suggestive of our communications being monitored. He questioned, in a manner that seemed more than just conversational, "what's up with attorney-client privilege?" This comment led me to infer that he had somehow become aware that I had shared our previous conversation about 'powerful people keeping an eye on me' with friends. Given that I had communicated this information through texts and calls from my cellphone to multiple friends, his remark intensified my concerns about the privacy of my communications and the possibility that they were in fact being monitored.

**June 6, 2023: A Direct Attempt to Address Concerns About My Case**

Concerned about the overall direction of my case, I sent an email to my former attorney, Bruce Rivers. In this email, I detailed my suspicions of a widespread conspiracy involving AI and several major companies, affecting the integrity of evidence against me. I emphasized the potential relevance of AI-generated content to my defense, pointing out how this evidence could demonstrate both my competency and the existence of a conspiracy against me. Despite previously discussing the significance of this AI evidence, including a comment from Rivers acknowledging that 'powerful people' were monitoring me, his subsequent communications seemed to dismiss or downplay these concerns. This inconsistency in his responses and the lack of engagement with the critical evidence I

provided led to confusion and frustration on my part. I sought clarity on whether he had truly considered the evidence I had sent, including my FBI report and analysis of AI-generated videos, and questioned the potential conflict of interest given his connections to YouTube amidst allegations involving the platform.

(*Exhibit F*)

It is worth noting that I never received a reply to this email or any sort of direct response to the concerns raised therein.

**DEFENSE ATTEMPTS HAMPERED BY DEFENSE COUNSEL**

**July 7, 2023: Contesting Dr. Jill Rogstad's Incompetent Exam Report**

During a court hearing aimed at contesting Dr. Jill Rogstad's assessment of my incompetency to stand trial, I attempted to present comprehensive evidence of my competency and achievements. Notably, my US Patent 11,577,177 was the sole piece of evidence officially recorded, despite my preparation of a significant amount of additional documentation. This documentation, meticulously designed and then printed on 11 x 18" card stock in full color, was intended to highlight my competencies and personal milestones. However, based on advice from Bruce Rivers, who expressed concern that presenting this material might inadvertently support the narrative questioning my mental stability, I chose not to present it.

**July 28, 2023: I Discover the Order of Civil Commitment**

It's fair to say that I was shocked by the July 20, 2023 filing of an 'Order of Civil Commitment' against me, a discovery made only on July 28 upon receiving a letter from Michael Biglow, who identified himself as my court-appointed attorney. The news was alarming, igniting fears of potentially being committed to a mental institution at a crucial time when I was focused on launching my company and advancing my business ventures. Adding to my confusion was the introduction of a supposed court-appointed attorney,

27-CR-23-1886

Filed in District Court
State of Minnesota
5/10/2024 9:02 AM

given my understanding that Bruce Rivers was already representing me in my legal matters.

Reacting to this unexpected development, I reached out to Bruce Rivers via text on July 28 to express my concerns and confusion. In response, Bruce assured me not to worry, affirming his commitment to represent me in the civil court proceedings, thus addressing my apprehensions regarding representation by an unknown court-appointed attorney. (*Exhibits H & V*)

**August 1, 2023: Rivers Flow of Representation Runs Dry**

Despite prior assurances, Bruce Rivers did not represent me during my civil court proceedings. This is clearly evident through my somewhat panicked emails and text messages in which I sought assistance and guidance amidst my growing concerns about the civil commitment proceedings against me. These proceedings, fueled by what I perceive as a misleading, unfounded, and egregious report supposedly prepared by Dr. Jill Rogstad, alongside the ominous 'powerful people' remark previously made by Bruce Rivers, intensified my fear of an unjust commitment to a mental institution—a consequence of defending my patent rights and facing the ramifications thereof.

Recognizing Bruce Rivers unavailability due to his well-documented cross-country motorcycle trip on his 'CLR Bruce Rivers' YouTube channel, I sent my email on August 1, knowing that I would not be getting ahold of Bruce but instead hoping to receive a reply from someone on his team with legal guidance. This was done with my knowledge that Bruce was engaged in his adventure, effectively making him inaccessible for immediate legal counsel. This situation left me to contend with my own, albeit less scenic, journey through civil commitment proceedings with no guidance at all from a person whom I've known for over 20 years and was relying on for sound legal guidance at a critically important juncture in my legal proceedings. (*Exhibits G, H, & V*)

Filed in District Court
State of Minnesota
5/10/2024 9:22 PM

**August 1, 2023: My Advocacy Pulls a No-Show Thanks to Michael Biglow**

Before my scheduled examination and hearing on August 1, 2023, I proactively shared substantial documentation and evidence with my court-appointed attorney, Michael Biglow, to challenge and discredit the exam report that was supposedly prepared by Dr. Jill Rogstad. This evidence included the January 12, 2023 police report with a file name of 'Mntka_PD_Police_Report__23-000151__FILED_9_DAYS_BEFORE_INCIDENT.pdf', my patent, the successful '3rd Party Prior Art' submission filed against the Netflix patent application, the FTC and FBI reports I filed on May 3, 2023, a copy of my 2019 IRS 'Wages and Income' statement showing a gross income of $218,385.00 *(Exhibit P)*, and links to my professional accomplishments, underscoring my significant achievements and contributions to various project which included very clear references to published article links in which I received official "Engineering" credits which served to directly refute Dr. Jill Rogstad's use of this claim made by myself during our meeting as a way to actually support her diagnosis in the report she supposedly prepared and filed with the court on March 10, 2023.

Despite this, the only document forwarded to the relevant parties was the April 7, 2023 letter from my psychiatrist in California *(Exhibit Q)*, reflecting a narrow representation of the extensive evidence I provided in a proactive attempt to defend myself. This act of selective forwarding, particularly given the last minute timing involved insofar as Michael Biglow making the decision to send the email just six minutes prior to the Zoom meeting beginning, and the profound ramifications of this meeting pertaining to my entire life, and future as a whole, points to a significant oversight and lack of advocacy on my part. This situation underscores the challenges I faced, and continue to face in ensuring my voice and evidence are adequately represented in the judicial process, further complicating my efforts to contest the competency determination and its implications on my legal and personal standing.

*(Exhibits O, P, & Q)*

## POTENTIAL APPLICATIONS IN MILITARY TRAINING SIMULATIONS ARE VAST

**October 2023: An Analysis of the InfiniSet Patent**

In the course of probing the suspected Netflix fraud, I employed an AI analysis to scrutinize a seemingly fraudulent academic paper found on an Army.mil domain, which was also identified as an officially filed document of the US Army. This step was part of a broader effort to uncover and document potential fraudulent activities tied to my case and intellectual property concerns. This investigation inadvertently resulted in me beginning to explore the implications of my patent as it related to military training simulations, resulting in an eventual AI analysis which emphasized my patent's vast potential in transforming military training through the creation of adaptive and hyper-realistic scenarios, made possible by integrating with AI systems. The significance of my invention is not solely confined to military applications but extends to various fields that can benefit from enhanced virtual immersion experiences, which include medical, and educational use cases, showcasing its broad innovative impact.

(*Exhibit D*)

It is important to also point out that in my patent disclosure for US 11,577,177, I in fact include a direct reference to AI being used as one of the ways to control it as indicated in the following verbatim excerpt from my patent:

> In one or more embodiments described herein, the creation of the illusion of movement of an otherwise stationary user utilizes a control system for synching the operation of the treadmill, the position of the user, and the camera. An artificial intelligence (AI) system and/or existing software may be used to acquire the data needed to control the system, where the AI and/or existing software is able to analyze a video and determine very accurately the path, rotation, and/or 3D positional data of the camera that recorded the video.

**BRUCE RIVERS AND THE LACKIN' OF MY INFORMED CONSENT**

**January 15, 2024: "No court"**

With a court date scheduled for the following day at 1:30 pm, uncertainty prevailed regarding whether my appearance would be required in person or if I could attend via Zoom. Seeking clarity, I attempted to contact my former attorney, Bruce Rivers, at 4:17pm via an unsuccessful phone call *(Exhibit I & V)*.  Bruce quickly responded via text, asking if he could call later. I agreed, providing my mother's cell phone number as an alternative contact to ensure I wouldn't miss his call due to the urgency of needing to confirm my arrangements for the court date *(Exhibit H & V)*.

> **6:26pm** - I have still not received the call I have been waiting for from Bruce and it is stressing me out as I still do not know my plans for the following day and so I send Bruce a text message "Can I do Zoom tomorrow? I kind of have to know what's going on..."

> **6:26pm** - Bruce instantly replies to me with "No court"

> **6:27pm** - Two additional text messages arrive from Bruce Rivers stating "I'll call you in the morning" and "Nothing has changed"

> **6:27pm** - I reply right away with "K."

> **6:28pm** - I follow up with another text to Bruce - "Otherwise if i try calling you... around lunch time? Between 12 and 1 ?"

> **6:30pm** - I follow up with an additional text to Bruce - "You might not get ahold of me in the morning..so as long as I know I don't have court I'll try you late morning...afternoonish..(*thumbs up emoji*)  Have a good night"

> **7:32pm** - Bruce replies with "Xok" - which I assume means 'Ok.'

> *(Exhibit H & V)*

**January 16, 2024: Court Orders Flowing Without My Informed Consent or Knowing**

A court order, drafted by Judicial Referee Danielle C. Mercurio, was officially signed by her at 8:27am, and subsequently by Judge Julia Dayton Klein at 9:22am on the morning of January 16, 2024. This timeline suggests the order was likely prepared in advance of that day. Considering the early morning signings, one might infer that the document's preparation was prioritized to be ready for such early execution, indicating a high level of procedural urgency or pre-planning.

This court order is notable as it begins with the following verbatim statement:

> "This matter was scheduled to come before the undersigned Referee of District Court on January 16, 2024. Tom Arneson, Assistant Hennepin County Attorney, represented the plaintiff. Defendant was represented by Bruce Rivers, Esq.
>
> Prior to the hearing, the parties agreed to a finding of incompetency entered administratively."

This court order's initial statement starkly contrasts with the reality of my situation. As a key party mentioned, I never consented to any agreement on incompetency. Bruce Rivers communication of "No court" and "Nothing has changed" less than a day earlier led me to believe no such agreement or decision was pending, at least not one that I would've had the ability to actively contest on my behalf had I known that there was in fact the opportunity for me to do so. This miscommunication not only misled me but also deprived me of informed consent regarding the proceedings, undermining the integrity of the supposed agreement and the procedural fairness owed to me.

**January 17, 2024: Judicial Referee Danielle C Mercurio's Multi-Day Court Dis-Order**

Danielle C Mercurio's court order, likely prepared in advance due to its early morning signing on January 16, was officially submitted and filed into my case, 27-CR-23-1886, at 7:29am on January 17, 2024 . This procedural step, occurring in the early morning hours, underscores the peculiar timeline and handling of the order. The fact that an order,

addressing a hearing initially scheduled for January 16 and involving decisions made without my informed consent is signed hours prior to the scheduled 1:30pm hearing, and then filed the following day, highlights procedural irregularities within the court's processing of my case. This anomaly further emphasizes my profound concerns regarding the integrity of the court's actions and my rights to due process.

## CRITICAL EXAM REPORT IS NEVER PROVIDED DESPITE MULTIPLE REQUESTS

**January 26th, 2024: Exam Report Requested From Bruce Rivers Never Flows My Way**

I reach out to my former attorney, Bruce Rivers, in an attempt to gain access to the exam report prepared by Dr. Adam Milz, upon the realization of the unexpected and 'surprise' civil court hearing resulting from the January 16-17, 2024 court order prepared by Judicial Referee Danielle C Mercurio which includes the statement:

> "the Defendant may be committed directly to an appropriate safe and secure facility"

**12:51pm -** I send Bruce Rivers a text message requesting that he send me Dr. Adam Milz's exam report from my 6 month psychological exam review that I completed with him over the two hour Zoom meeting that took place on January 3rd, 2024. I additionally text him my email address even though he already knows it.

*(Exhibit H & V)*

**4:38pm -** I follow up with an email to Bruce Rivers that simply states "Bruce, Can you please email me my psychological evaluation report? Thank you. ~Matt"

This email is included as part of the supporting documents included with my 'Motion For Continuance' submitted to the court on January 30th, 2024 for my

civil case, 27-MH-PR-23-815, and is included as *(Exhibit Qb)* of the pro se
'Motion for Judicial Notice' I submitted to the court on April 3, 2024, pertaining
to my criminal case, 27-CR-23-1886.

**January 28th, 2024: Bruuuuuuce**

After not receiving an email with the report or any further communication from Bruce
Rivers I try calling him at 4:31pm and do not get ahold of him and so I send him a text
message at 4:34pm that simply says "Bruuuuuuce"

*(Exhibit H & V)*

**January 29th, 2024: Matthew?**

At 8:45am the following morning Bruce replies to my text with "Matthew?"

I reply 2 minutes later with "Yes" and "Tis me" but never receive any further response or
reply from him.

*(Exhibit H & V)*

**Exam Report Never Received:**

Despite these multiple requests to my former defense attorney Bruce Rivers, in addition
to my pro se filing of a 'Motion For Production Of Medical Records' into my civil court
case, 27-MH-PR-23-815, on January 30, 2024 I have yet to receive the requested exam
report prepared by Dr. Adam Milz which is critical for my defense. This January 30, 2024
'Motion for Production of Medical Records' is included as *(Exhibit Rb)* of the pro se
'Motion for Judicial Notice' I submitted to the court on April 3, 2024, pertaining to my
criminal case, 27-CR-23-1886.

27-CR-23-1886

Filed in District Court
State of Minnesota
5/9/2024 9:22 PM

## THE ONLY DISCOVERY MATERIALS I RECEIVED ARE FRAUDULENT

**January, 2024: "You already have the discovery materials"**

During a telephone conversation with my former attorney, Bruce Rivers, which occurred sometime during January 2024, I requested access to discovery materials pertinent to my case. Bruce's response to my request was, "You already have the discovery materials," delivered in a tone that suggested jest or a lack of seriousness. This assertion was inaccurate, as my efforts to obtain comprehensive discovery documents have been ongoing since the inception of my legal proceedings as is clearly established in the excerpt of hand written notes I had prepared prior to an in person meeting I had with Bruce Rivers at his downtown Minneapolis office shorlty before my March 1, 2023 meeting with Dr. Jill Rogstad.

*(Exhibit R)*

My sole instance of receiving discovery materials directly related to the incident on January 21, 2023, involved the manipulated documents sent by Michael Biglow, my court-appointed attorney, on August 3, 2023, as detailed and substantiated in my pro se 'Motion to Compel Discovery and Affidavit of Fact' I filed on April 4th, 2024, aiming to challenge the inadequacy and manipulation of the discovery materials I had been given.

## MY HENNEPIN COUNTY MCRO CRIMINAL CASE HISTORY IS REPOPULATED

In early 2023, shortly after being charged following the incident on January 21, I conducted a search for my case on the Hennepin County Online MCRO court records system. To my surprise, this search showed a nearly clean slate, displaying only the recent charges and an insignificant past violation which I believe was a parking ticket but do not specifically recall. This result was unexpected but not unwelcome, as it reflected a significant period of my life where I had matured and moved beyond my fondness of partying during my younger years which had a habit of leading to various legal troubles. My last criminal legal issue prior to January 21, 2023 beyond

petty misdemeanor parking tickets, dates back to July of 2008, marking a long period of personal growth and significant responsibility in terms of the trust that was necessary for the many successful projects I oversaw during this time. My successful ability at overcoming the troubles of my past was something I actually took great pride in, and was in fact a topic of prior discussion and text exchanges with my former attorney, Bruce Rivers in which I directly asked him about the potential for expungement of my earlier legal issues.   (*Exhibit H*)

This topic of thought, and subsequent conversation came to mind and was text to Bruce Rivers due to my desire to visit friends I now have in Canada as a result of my international travels, and all of the people I met during my time spent in Los Angeles and abroad during the years of 2014-2020.

A subsequent search of my criminal history on the MCRO system in early 2024 revealed a sudden re-population of my criminal history dating all the way back to 2002, which includes minor infractions such as five petty misdemeanor parking tickets spanning 2011-2012, an 'improper storage of litter' violation from 2003, a 'violation of party ordinance' from 2002, and a speeding ticket from 2002 which didn't even take place in Hennepin County.
(*Exhibit U*)

This unexpected re-population of my criminal history, including both minor and irrelevant past infractions, raises concerns about potential manipulation within the Hennepin County Court System. The appearance of previously absent records suggests a deliberate attempt to cast me in a negative light, possibly by someone with significant access to electronic records within the court system. This manipulation not only compromises the integrity of my case but also undermines the trustworthiness of the court's records as whole.
(*Exhibit U*)

**A LANGUAGE ANALYSIS OF THE JANUARY 16-17, 2024 COURT ORDER**

In conducting a thorough analysis of the language and structure of the January 16-17, 2024, court order regarding my case, it became apparent that the document is indeed prepped for the

Filed in District Court
State of Minnesota
5/10/2024 9:02 PM

## MY DECISION TO PROCEED PRO SE

The procedural nuances and lack of informed consent surrounding the January 16-17, 2024, court order have significantly impacted my confidence in the legal representation provided to me by Bruce Rivers. This culmination of concerns regarding the handling of my case, including miscommunications about court appearances, mentions of 'powerful people keeping an eye on me', potential conflicts of interest involving his significant presence on YouTube via his 'CLR Bruce Rivers' channel, and decisions made without my direct involvement or consent, has compelled me to make a critical decision regarding my legal defense. Acknowledging the gravity of these issues and their potential impact on not only my rights and the progression of my case, but ultimately my personal freedom and future as a whole, I have chosen to dismiss Bruce Rivers as my defense counsel.

Moving forward, I've opted to represent myself pro se to ensure my defense is precisely aligned with my understanding of justice, fairness, and my interests. This decision emerges from recognizing the necessity of trusting the most reliable advocate I know—myself. By taking this step, I aim not only to challenge the charges against me but also to contest the determinations of incompetency and the allegations of mental illness presented in my civil case. This action underscores my commitment to addressing the procedural discrepancies and the significant issues around lack of informed consent. Facing what I perceive as external pressures and interventions that have influenced the progression of my case, I've concluded that representing myself is the most effective way to navigate these challenges moving forward. This approach not only grants me direct control over my defense but also positions me to confront and clarify the complex, sometimes opaque, circumstances surrounding my legal battles.

## EXHIBIT SUMMARY

Below is a summary of the exhibits accompanying this affidavit. Each exhibit is carefully selected to substantiate the factual assertions made herein and to provide concrete evidence

**A24-_____**
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

Matthew David Guertin,                    District Court Case: 27-CR-23-1886

               **Petitioner,**                    Court Order Date: April 12, 2024

vs.

                                     **PETITIONER'S ADDENDUM - 9**

**State of Minnesota,**

               **Respondent.**

---

**PETITIONERS ADDENDUM - 9**

---

<u>Contents</u>                                                                                    <u>Page</u>

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit A -
**<u>2014 Touchdesigner article featuring Petitioner</u>**, p. 22, Index 28…………………....…… 1

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit E -
**<u>XiteLabs sharing event at Hollywood Bowl involving Petitioner</u>**, p. 26, Index 28……....... 2

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit F -
**<u>Hollywood Bowl project featured on Petitioner's website</u>**, p. 27, Index 28……………..... 3

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit G -
**<u>XiteLabs shares Bad Bunny project with petitioner credited</u>**, p. 28, Index 28…………..... 4

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit H -
**<u>Petitioner's website shares 2019 Coachella 'Bad Bunny' project</u>**, p. 29, Index 28…..…… 5

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit I - **<u>Petitioner is
mentioned in PLSN publication about 2019 Coachella set piece</u>**, p. 30, Index 28……..…… 6

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit J - **<u>Petitioner shares
Bad Bunny 'pre-vis' system on his website</u>**, p. 31, Index 28………………..…….…… 7

Exhibit J | Index 12 | i

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit K –
**XiteLabs article that includes Petitioner's 'engineering' work**, p. 32, Index 28………...…... 8

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit L -
**Petitioner's website page with 50' falcon he engineered**, p. 33, Index 28……………....…... 9

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit M -
**Article crediting petitioner with falcon 'engineering'**, p. 34, Index 28………………....… 10

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit N –
**Petitioner creates Vimeo page for portfolio videos**, p. 35, Index 28………………..….… 11

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit O -
**Petitioner's personal portfolio website MattGuertin.com**, p. 36, Index 28……………… 12

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit P -
**Petitioner acquires Infiniset.com domain name**, p. 37, Index 28…………………..….… 13

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Q -
**Screenshot showing Infiniset.com page**, p. 38, Index 28…………………..…………..….… 14

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit R -
**Petitioner files his provisional patent application**, p. 39, Index 28………………….….... 15

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit S -
**Trojansky files provisional application 12 days later**, p. 40, Index 28……………..…...... 16

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit T -
**Petitioner files 'Infiniset' trademark application 90618638**, p. 41, Index 28…………… 17

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit U -
**Eyeline Studios registered with CA SOS**, p. 42, Index 28…………………...…….....… 18

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit W -
**Netflix press release for Eyeline Studios acquisition**, p. 44, Index 28………..……..… 19

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit X -
**Google uses Petitioner's 'Infiniset' company name 01**, p. 45, Index 28………………… 20

ii

Exhibit J | Index 12 | ii

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Y -
**Google uses Petitioner's 'Infiniset' company name 02**, p. 46, Index 28……………..…….. 21

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Y -
**Google uses Petitioner's 'Infiniset' company name 03**, pp. 47-48, Index 28……….…….. 22

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Ca -
**Netflix Q12022 Shareholders letter**, p. 51, Index 28……………………………….….... 24

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Ga -
**Petitioner registers InfiniSet, Inc. with Delaware SOS**, pp. 69-70, Index 28…………… 25

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Ha -
**InfiniSet PCT/US2022/020919 application published**, p. 71, Index 28…………..…….… 27

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Ja -
**InfiniSet Inc. MN SOS filing**, p. 74, Index 28………………………………...…… 28

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit La -
**Petitioner's Jan 12, 2023 Minnetonka police report**, pp. 78-80, Index 28……………… 29

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Na -
**Petitioner files patent continuation 18/108,858**, p. 88, Index 28…………………...…… 32

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Oa -
**Petitioner's patent US 11,577,177 is published**, p. 89, Index 28………………….……... 33

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Pa -
**3rd Party Prior Art Submission against Netflix**, pp. 90-95, Index 28……………...…… 34

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Ra -
**Examiner signs off on 3rd Party Prior Art submission**, pp. 98-99, Index 28……….....…… 40

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Ta -
**3rd Party Prior Art Submission against Netflix**, pp. 130-132, Index 28………….…….. 42

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Ua -
**InfiniSet Delaware SOS Good Standing**, p. 133, Index 28………………….…..…….… 45

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Xa -
**Petitioner's FBI Report**, pp. 161-165, Index 28……………………………………… 46

Exhibit J | Index 12 | iii

Filed in District Court
State of Minnesota
5/13/2024 3:56 PM

Matt Guertin's Epic, Never Ending, Oculus Rift, Kinect, TouchDesigner 3D Project | Derivative



(https://derivative.ca/sites/default/files/field/body-images/mattg_1200_09.jpg)

Generated In Real Time By The Kinect.



EXHIBIT
A

## FINGER TRACKING AND DRAWING

The finger tracking is achieved by determining where the center of the hand is and then centering a 3D sphere on that point. Instead of using the Kinect's skeletal hand output which is intermittent I use the wrist points. I then figure out the hands center point by getting the averages for all of the RGB pixel values which make up the hand (RGB = XYZ).

The 3D sphere that I center on that point - and I guess the technique overall could best be described as a basketball, with your hand perfectly in the center. I am searching in the front hemisphere for the five points closest to the inside edge of the ball. I do this by running my hand and the ball into a GLSL shader I wrote which compares the two against each other using the GLSL distance function.

### LA Phil 100th Anniversary Concert at the Hollywood Bowl - XiteLabs



Portfolio    Services    Virtual    Production    Team    Press    Clients    Contact

An overview of some of the work involved in creating this show at XiteLabs

As part of our discovery process, the XiteLabs team explored the relationship between color and sound. It drew on previous studies conducted around  synesthesia, "the production of a sense impression relating to one sense or part of the body by stimulation of another sense or part of the body."

Using the scheduled music programming as a base, the XiteLabs team began assigning color palettes and visual storytelling that would perfectly match   the orchestra's musical selections for that evening. The planned music selections ranged from popular, well-known pieces such as Stravinsky's *'Firebird Suite'* to the debut performance of a 12-minute atonal modern work *'Guasamacabra'* by Venezuelan composer Paul Desenne under the direction of the LA Philharmonic's famed conductor and music director Gustavo Dudamel. The Youth Orchestra of Los Angeles (YOLA) also made an appearance on Arturo  Marquez's modern classic "Conga Del Fuego Nuevo."

To encourage attendance from a wider demographic, the LA Phil invited guest pop star Katy Perry, Herbie Hancock (the LA Phil Creative Chair for Jazz), and  Kali Uchis to join in and perform some of their popular hits. These performances highlighted the magic of the LA Phil—and with wonderful orchestral  arrangements by David Campbell (*Joy, Brokeback Mountain, Spider Man, and Bob Dylan, The Rolling Stones, Paul McCartney*) brought well known pieces  such as Katy Perry's *'Firework'* to new life in front of the full-capacity audience of 17,500 in attendance. The encore and finale to the evening was the  emotional and iconic Main Theme from *'Star Wars'*, with guest conductor and original composer John Williams wielding his (light saber!) wand.

For the LAPhil 100th Anniversary Concert our production approach integrated real-time visuals, reactive to both audio and the conductor's wand motions,  pre-rendered CG material, and live performance controls via Midi/Osc,  XiteLabs created the most robust real-time visual mapping show ever done at the  Hollywood Bowl, re configurable to any venue or scale of show in the future. With the interactive tracking data of Gustavo Dudamel's performance feeding  into Touch Designer and passed to Notch via OSC, and 8 discrete channels of submixed audio from the orchestra driving our pre-programmed looks for  pieces such as Star Wars, it was evident to attendees that this was no ordinary projection mapping show!

Our chief technical artist Matt Guertin designed our show system using the Luminosity framework created by Keith Lostracco in Touch Designer 099.  Luminosity allowed us to save presets and cue the generative system in a very advanced fashion. We had a 3D 4k previz view of the stage and a complete  UV mapping pipeline with real time tracing and chasing geometries.

For *'Star Wars'* our programming in Notch accounted for any given section of the orchestra, e.g., 'Hi Strings' to illuminate and animate certain areas of the  the arch or 'proscenium' of the Hollywood Bowl, which, for the John William's masterpiece theme for *'Star Wars'*, was skinned to look very much like the  interior of the iconic Millennium Falcon ship that Han Solo pilots in the Star Wars films. In this way, XiteLabs fostered a direct relationship between the  musical performance and composition and the audience's visual experience of the music, while incorporating themed elements that spoke to the originality  and beauty of the original IP. We were in awe witnessing The Master John Williams conducting this timeless epic, as our visuals surrounded him and the  LA Phil orchestra in fields of asteroids, and onward through a warp-speed tunnel that bridged the past and future!

https://xitelabs.com/portfolio/LaPhil_100th_Anniversary_Concert/

Filed in District Court
State of Minnesota
5/13/2024 3:66 RM

MattGuertin.com/portfolio/HollywoodBowl

EXHIBIT
F



### LA Philharmonic 100yr Anniversary – Hollywood Bowl

Custom Media Server, D3 Media Server, Rhino, Touchdesigner, Notch, Kinect

2018    MattGuertin.com/portfolio/HollywoodBowl

**Client:** LAPhil
**Production Company:** Xitelabs
**Production Design:** Xitelabs
**Creative Direction:** Vello Virkhaus & Greg Russell
**Producer:** Vello Virkhaus
**Lighting Designer:** Robin Gray
**Animator:** Tanner Thompson, Brian Egan, Danil Tabacari, VJ Yarkus, Andrew Williams, Miguel Monteagudo
**Additional Artists:** Matt Guertin – system design
**Equipment Vendors:** LMG, Gear Tech Systems
**Media Server Operation:** XiteLabs













# Bad Bunny X100 Pre World Tour Visual Experience

**xitelabs**
creative sciences

Portfolio    Services    Virtual    Production    Team    Press    Clients    Contact

"Bad Bunny Slays Coachella With Mind-Blowing Performance" ET online

"Bad Bunny's First Coachella Performance Was A Site To Behold" Buzz Feed

"Bad Bunny – had one of the most elaborate and dazzling performances of the weekend."
Billboard.com

Tour Info:

CMN  Events/Bad-Bunny-Live

EXHIBIT
G

Client: Buena Vibra Group

Buena Vibra Executive Producers: Max Perez and Nino

Jimenez Xite Creative Directors: Vello Virkhaus & Greg Russell

Production Manager: Rolando Garbalosa

Producer: Amish Dani

LED Eye Design, Fabrication & Implementation: Matt OneUp Guertin

LED Eye Team : PRG Josh Huffman & Cameron Trosper

Staging & Engineering Team: All Access-  Producer Graham Forrester

Notch: Tanner Thompson, Richard De Souza, Mike Estacio

Lighting: Max McDougall & 4Wall

Illustrator & Animator: Dan Bigelow

Photographer: Vello Virkhaus

Animation Companies: Optical Animal, Volume Tricks

Animators: Ofer Zamora, Danil Tabacari, Grant Davis, Gabriel Hall, Andrew Williams, Fezz Stenton, Kyle Gordon, David Kupferburg, George Berlin, Elad Magdasi, Gerard Gonzalez, Alena Cochran, Caegan Meagher, Talon Nightshade, John Federico

VJ/Resolume Artists: Ivan Ceron, Tanner Thompson, Vello Virkhaus

Big Thanks to everyone who helped make this awesome!

https://xitelabs.com/portfolio/bad-bunny-x100pre-tour/

MattGuertin.com/portfolio/BadBunnyEye



Filed in District Court
State of Minnesota
5/10/2024 3:66 PM

**XiteLabs Taps into Bad Bunny's Mind's Eye for Coachella, and a US Tour – PLSN**





The tour then headed to the United States with a big multi-weekend stop in Coachella featuring a separate, one-off stage.  The team built an entirely new set piece, with technical design and fabrication/supervision by Xitelabs' Matt Guertin, to flt the staging parameters of the Coachella Music Festival. With only hours to build it onsite before each show, and minutes to execute the staging between acts, Xitelabs executed a not-so-mini miracle.



The design — a giant LED and lighted acrylic eye based on Bad Bunny's signature icon — was created for his stage entrance, and for content that was experienced in real time. LED tiles were custom conflgured by Xitelabs for the outer circles of the eye and played their own content while the center of eye acted as a revolving video portal through which Bad Bunny made his dramatic entrance. In addition, the center was outfltted with custom LED panels which were re-engineered by Xitelabs to flt the shape of the eye.



https://plsn.com/featured/featured-slider/xitelabs-taps-into-bad-bunnys-minds-eye-for-coachella-and-a-us-tour/





## The 50' Falcon

*Custom Designed Carbon Fiber Skeleton, Fabrication, Infrared Tracking, Puppeing Setup, Live Projection Mapping*

Falconry is a tradition in Saudi Arabia practiced with passion and joy. So much so that UNESCO has declared falconry a living cultural heritage. No portrayal of the Saudi Kingdom could be considered authentic without showcasing its historical significance. The symbolism of the falcon was extremely important, so it had to be represented in a truly imaginative way. To fulfill the vision, a massive carbon-fiber, projection-mapped Falcon was designed and created at XiteLabs. An essential character in the story line, the falcon was controlled by 24 performers, and functioned as a giant puppet (like the Lion King ). With a 50 foot wingspan, it made an awe-inspiring impression. Utilizing a Blacktrax system, the falcon system was outfitted with 50+ stringers (Infrared beacons) and 20 IR cameras, allowing it to be tracked and projection-mapped in real time with ultra-precision. Multiple projectors painted the bird with beautiful, real-time content as it soared on a majestic journey across the massive city walls. The falcon's exact position on stage was then relayed back to a Disguise GX2 media server. On the Disguise server, UV mapped, pre-produced animation content played out to multiple projectors on the falcon, in perfect sync with the projection mapping on the walls of Diryah.

The original falcon model was produced by Greg Russell and Miguel Monteagudo, and then handed off to XiteLabs' Matt Guertin who masterminded the trellis structure of the bird, the puppet pole functionality, the wing rotation mechanism, BlackTrax stringer installation and more. All fabrication was completed in the XiteLabs workshop, where costumers wrapped the giant bird in lycra that ultimately acted as the projection surface. The finished design incorporated thousands of interlinks parts, and weighed roughly 420 pounds. Fun Fact: a special perch had to be produced for the bird to provide a nesting place when it was not in rehearsals.

## XiteLabs Credits:

Client: Executive Visions

Executive Creative Director:
Greg Russell

Technical / Creative Director:
Vello Virkhaus

Falcon Design, Fabrication Direction and Engineering:
Matt Guertin

BlackTrax System Design & Live Operations / Disguise Programming:
Simon Anaya

Technical Director / CG Lead:
Aaron Kaminar

BlackTrax / Disguise support and operation:
Vincent Steenhoek

Producers:
Jessica Tedder and Jackie Evans

https://XiteLabs.com/portfolio/diriyah-3d-projection-mapping/

MattGuertin.com/portfolio/Falcon



Filed in District Court
State of Minnesota
5/10/2024 3:66 RM



EXHIBIT
M

## Tracking a 50ft Falcon with XiteLabs

**PROJECT DESCRIPTION**

For the UNESCO World Heritage Site World Inauguration of Diriyah, XiteLabs took the lead on creating a world record-breaking, largest projection mapping show on an ancient city ever produced. For this historic show, XiteLabs introduced a 50-foot projection mapped falcon puppet supported by 24 dancers and puppet poles. Outfitted with over 50 BTStringers and 20 BTSensors, the falcon gracefully "flew" across the stage with synchronized projection mapping. Read More

**PRODUCERS / COPYRIGHT**

Xite Labs Credits:

Client: Executive Visions

Executive Creative Director:
Greg Russell

Technical / Creative Director:
Vello Virkhaus

Falcon Design, Fabrication Direction and Engineering:
Matt Guertin

https://blacktrax.cast-soft.com/showcase/tracking-a-50ft-falcon-with-xitelabs/

Matthew David Guertin



31 videos



MattGuertin.com    MattGuertin.com

Projects   About Me   Blog   Contact

All   3D Modeling   3D Scanning   Design   Engineering   Fabrication   Featured   Interactive   LED's   Programming   Systems

The 50' Falcon
2019

Chicago 3D Scan
2020

Bad Bunny Eye
2019

LiteBeats
2016

EXHIBIT
O

Aoki LED Cubes
2014

Hollywood Bowl
2018

KinectTouch v3
2018

Blue Moon Install
2015

Big Grams Tour
2016

Kinect LED Bartop
2012

Tree - 3D Scan
2020

Ultra Music Festival
2017

XS - Wynn Vegas
2017

Lure Nightclub
2018

StyleFlip.com
2008

Project LA
2014

Rabbit In The Moon
2016

2 Way Mirror LED Tiles
2018

Blue Moon - 3D Scan
2020

My Coffee Table
2012



# Search the WHOIS Database



⊘ infiniset.com is taken

We still might be able to get it for you. See How

Broker Service Fee
$69.99 

[ Add to Cart ]

## WHOIS search results

**Domain Name: infiniset.com**
Registry Domain ID: 2591251121_DOMAIN_COM-VRSN
Registrar WHOIS Server: whois.godaddy.com
Registrar URL: https://www.godaddy.com
Updated Date: 2022-09-11T08:22:54Z
**Creation Date: 2021-02-13T18:02:07Z**
Registrar Registration Expiration Date: 2028-02-13T18:02:07Z
Registrar: GoDaddy.com, LLC
Registrar IANA ID: 146
Registrar Abuse Contact Email:
abuse@godaddy.com Registrar Abuse Contact
Phone: +1.4806242505 Domain Status:
clientTransferProhibited
https://icann.org/epp#clientTransferProhibited
Domain Status: clientUpdateProhibited
https://icann.org/epp#clientUpdateProhibited
Domain Status: clientRenewProhibited
https://icann.org/epp#clientRenewProhibited
Domain Status: clientDeleteProhibited
https://icann.org/epp#clientDeleteProhibited
Registry Registrant ID: Not Available From
Registry Registrant Name: Registration Private
Registrant Organization: Domains By Proxy,
LLC Registrant Street:
DomainsByProxy.com Registrant Street:
2155 E Warner Rd
Registrant City: Tempe
Registrant State/Province: Arizona
Registrant Postal Code: 85284

## Find your Domain

[ Find your perfect domain          🔍 ]



## Take a look at these alternate options

| infiniset.org | $9.99 ~~$22.99~~ |
| | for the first year ⓘ |

| infiniset.net | $14.99 ~~$24.99~~ |
| | for the first year ⓘ |

| infiniset.co | $11.99 ~~$47.99~~ |
| | for the first year ⓘ |

| infiniset.ai | $59.99 ~~$139.99~~ |
| | for the first year with a 2 year ⓘ registration |

https://www.godaddy.com/whois/results.aspx?domainName=infiniset.com

EXHIBIT
P



Under Construction | https://infiniset.com



https://infiniset.com



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
**United States Patent and Trademark Office**
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov



| APPLICATION NUMBER | FILING or 371(c) DATE | GRP ART UNIT | FIL FEE REC'D | ATTY.DOCKET.NO | TOT CLAIMS | IND CLAIMS |
|---|---|---|---|---|---|---|
| 63/163,135 | 03/19/2021 | | 75 | G185.0001US0 | | |

**CONFIRMATION NO. 1603**

27367
WESTMAN CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street
Suite 1100
Minneapolis, MN 55402

**FILING RECEIPT**



OC000000124398770

Date Mailed: 03/26/2021

Receipt is acknowledged of this provisional patent application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Any correspondence concerning the application must include the following identification information: the U.S. APPLICATION NUMBER, FILING DATE, NAME OF FIRST INVENTOR, and TITLE OF INVENTION. Fees transmitted by check or draft are subject to collection.

**Please verify the accuracy of the data presented on this receipt.** If an error is noted on this Filing Receipt, please submit a written request for a corrected Filing Receipt identifying the requested changes, preferably by including a properly marked-up ADS showing the changes with strike-through for deletions and underlining for additions. If you received a "Notice to File Missing Parts" or other Notice requiring a response for this application, please submit any request for correction to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections provided that the request is grantable.

**Inventor(s)**

Matthew Guertin, Minnetonka, MN;

**Applicant(s)**

Matthew Guertin, Minnetonka, MN;

**Power of Attorney:**
Amanda Prose--72345

**Permission to Access Application via Priority Document Exchange:** Yes

**Permission to Access Search Results:** Yes

Applicant may provide or rescind an authorization for access using Form PTO/SB/39 or Form PTO/SB/69 as appropriate.

**If Required, Foreign Filing License Granted:** 03/25/2021

The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is **US 63/163,135**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No

**\*\* MICRO ENTITY \*\***

Filed in District Court
State of Minnesota
5/10/2024 3:66 PM



(19) **United States**

(12) **Patent Application Publication**     (10) Pub. No.: **US 2022/0319115 A1**
      Trojansky                              (43) Pub. Date:          **Oct. 6, 2022**

(54) **DISPLAYING A SCENE TO A SUBJECT WHILE CAPTURING THE SUBJECT'S ACTING PERFORMANCE USING MULTIPLE SENSORS**

(71) Applicant: **Eyeline Studios GmbH,** Los Gatos, CA (US)

(72) Inventor: **Stephan Trojansky**, Los Angeles, CA (US)

(21) Appl. No.: **17/709,126**

(22) Filed:    **Mar. 30, 2022**

**Related U.S. Application Data**

(60) Provisional application No. 63/168,558, filed on Mar. 31, 2021.

**Publication Classification**

(51) **Int. Cl.**

| | |
|---|---|
| *G06T 17/20* | (2006.01) |
| *G06T 1/00* | (2006.01) |
| *G06T 7/73* | (2006.01 |
| *G06T 15/04* | (2006.01) |
| *B25J 19/02* | (2006.01) |

(52) **U.S. Cl.**
   CPC................**G06T 17/20** (2013.01); **G06T 1/0014** (2013.01); **G06T 7/74** (2017.01); **G06T 15/04** (2013.01); **B25J 19/021** (2013.01)

(57)            **ABSTRACT**

A system surrounds an area with a first set of display panels. A second set of display panels is positioned above the area, and a third set of display panels is positioned below the area. A subject is positioned within the area and may be on an omnidirectional treadmill within the area. A controller communicates content to the first set of display panels, the second set of display panels, and the third set of display panels that presents a multidimensional scene when displayed. A set of sensors capture sensor data of the subject within the area while content is displayed. One or more of the sensors may be coupled to a repositioning system that repositions sensors so the subject remains in a field of view of different sensors. From sensor data of the subject, a representation of the subject may be generated for insertion into other video content.



https://patents.google.com/patent/US11810254B2/en

# Application

## INFINISET
Guertin, Matthew

USPTO.report (https://uspto.report/TM/) / Guertin, Matthew (/company/Guertin-Matthew)
/ INFINISET Application #90618638 (/TM/90618638/) / Application (/TM/90618638/APP20210405111120/)



Trademark/Service Mark Application, Principal Register

PTO- 1478

**https://uspto.report/TM/90618638/APP20210405111120/**

Approved for use through 02/28/2021. OMB 0651-0009

U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 90618638**
**Filing Date: 04/01/2021**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 90618638 |
| MARK INFORMATION | |
| *MARK | INFINISET (/TM/90618638/APP20210405111120/2.jpg) |
| STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | INFINISET |
| MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| REGISTER | Principal |
| APPLICANT INFORMATION | |
| *OWNER OF MARK | Guertin, Matthew |
| INTERNAL ADDRESS | #304 |
| *MAILING ADDRESS | 10233 W 34th St |
| *CITY | Minnetonka |
| *STATE (Required for U.S. applicants) | Minnesota |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 55305 |
| *EMAIL ADDRESS | XXXX |
| LEGAL ENTITY INFORMATION | |
| TYPE | individual |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY OF CITIZENSHIP | United States |
| GOODS AND/OR SERVICES AND BASIS INFORMATION | |
| INTERNATIONAL CLASS | 009 |

EXHIBIT
T

Filed in District Court
State of Minnesota
5/13/2024 3:56 PM



**Secretary of State**
**Statement and Designation by**
**Foreign Corporation**

EXHIBIT
**U**

**FILED**

Secretary of State
State of California

4761111

Filing Number

06/30/2021

Filing Date

**IMPORTANT** — Read Instructions before completing this form.

Must be submitted with a current **Certificate of Good Standing** issued by the government agency where the corporation was formed.  See Instructions.

**Filing Fee** – **$100.00** (for a foreign stock corporation) or **$30.00** (for a foreign nonprofit corporation)

**Copy Fees** – First page $1.00; each attachment page $0.50; Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to ftb.ca.gov.

**This Space For Office Use Only**

1. **Corporate Name** (Go to www.sos.ca.gov/business/be/name-reservations for general corporate name requirements and restrictions.)

2. **Jurisdiction** (State, foreign country or place where this corporation is formed - **must match** the Certificate of Good Standing provided.)

EYELINE STUDIOS, INC

NEVADA

3. **Business Addresses** (Enter the **complete** business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Initial Street Address of Principal Executive Office - **Do not enter a P.O. Box** | | | |
| 2505 ANTHEM VILLAGE DR., SUITE E-191 | HENDERSON | NV | 89052 |
| b. Street Address of Principal Office in California, **if any - Do not enter a P.O. Box** | | | |
| 12910 CULVER BLVD STE C | LOS ANGELES | CA | 90066 |
| c. Mailing Address of Principal Executive Office, **if different than item 3a** | | | |
| 12910 CULVER BLVD STE C | LOS ANGELES | C A | 90066 |

4. **Service of Process** (Must provide either Individual OR Corporation.)

**INDIVIDUAL** – Complete Items 4a and 4b only.  Must include agent's full name and California street address.

| a. Service Agent's First Name (if agent is **not** a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| SCOTT | | MILLER | |

| b. Street Address (if agent is **not** a corporation) - **Do not enter a P.O. Box** | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 12910 CULVER BLVD STE C | LOS ANGELES | CA | 90066 |

**CORPORATION** – Complete Item 4c.  Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b

5. **Read and Sign Below** (See instructions.  Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

_____
Signature

John Gosch
Type or Print Name

S&DC-S/N (REV 12/2020)

2020 California Secretary of State
bizfile.sos.ca.gov



# NETFLIX

→ **Back to All News**

## Bringing More VFX Magic to Our Members With the Acquisition of Scanline VFX



**Amy Reinhard**
VP of Studio Operations

**Business** · 22 November 2021

Global  Canada  United Kingdom (Great Britain)  South Korea (Republic of Korea)  Germany

From the interstellar landscape of *Cowboy Bebop* and the ravenous vampires of *Blood Red Sky* to the exploding underground reactor in *Stranger Things 3*, we want to surprise and delight our members by pushing the boundaries of visual effects. So we're pleased to announce today our plans to acquire  Scanline VFX, one of the most creative and innovative VFX studios in the world.*

Scanline was founded in 1989 and is now led by Stephan Trojansky, a trailblazing VFX Supervisor whose proprietary fluid rendering system Flowline won an Academy Award for Technical Achievement in 2008. The company has offices in Vancouver, Montreal, Los Angeles, London, Munich, Stuttgart, and  Seoul.

Scanline is known for its complex, photorealistic effects and expertise in virtual production. It's also done an extraordinary job of supporting our creators on everything from the above-mentioned VFX achievements to those in upcoming titles like *Don't Look Up*, *The Gray Man*, *Slumberland*, *The Adam Project* and *Stranger Things 4*.

Netflix will invest in Scanline's pipeline, infrastructure and workforce and continue to support the pioneering work that Scanline's Eyeline Studios is doing in virtual production to push the boundaries of what is visibly possible.

https://web.archive.org/web/20211122213954/https://about.netflix.com/en/news/bringing-more-vfx-magic-to-our-members-with-scanline-vfx



## D  Model hyper-parameters

Table 27: Hyper-parameters for pre-training 2B, 8B and 137B models. All models were trained with 256K tokens per batch.

| Parameters | Layers | Units | Heads | pre-train steps | pre-train chips | pre-train time (days) | fine-tune chips | fine-tune time (hours) |
|---|---|---|---|---|---|---|---|---|
| 2B | 10 | 2560 | 40 | 501k | 64 | 1.5 | 16 | 3 |
| 8B | 16 | 4096 | 64 | 521k | 64 | 23 | 16 | 6 |
| 137B | 64 | 8192 | 128 | 3M | 1024 | 57.7 | 64 | 36 |

## E  Pre-training data composition

The pre-training data, called Infiniset, is a combination of dialog data from public dialog data and other public web documents. It consists of 2.97B documents and 1.12B dialogs with 13.39B utterances. The composition of the data is as follows: 50% dialogs data from public forums; 12.5% C4 data [ 11 ]; 12.5% code documents from sites related to programming like Q&A sites, tutorials, etc; 12.5% Wikipedia (English); 6.25% English web documents; and 6.25% Non-English web documents. The total number of words in the dataset is 1.56T. Note that this composition was chosen to achieve a more robust performance on dialog tasks (Section 4) while still keeping its ability to perform other tasks like code generation. As future work, we can study how the choice of this composition may affect the quality of some of the other NLP tasks performed by the model.

## F  Pre-training and fine-tuning results

Table 28: Results for Foundation Metrics

| Treatment | Sensibleness | Specificity | Interestingness | Safety | Groundedness | Informativeness |
|---|---|---|---|---|---|---|
| PT (2B) | 76.6 | 46.5 | 10.8 | 84.8 | 45 | 29.2 |
| PT (8B) | 79.1 | 46.5 | 11.3 | 87.5 | 47.1 | 29.5 |
| PT (137B) | 80.2 | 49.8 | 15.8 | 88 | 57.9 | 41.3 |
| FT quality-safety (137B) | 92.8 | 77.1 | 23.2 | 94.6 | 67.9 | 50.5 |
| LaMDA (2B) | 81.8 | 74.8 | 23.4 | 93.8 | 53 | 41.8 |
| LaMDA (8B) | 88 | 77.4 | 22.2 | 93.5 | 64.6 | 50.2 |
| LaMDA (137B) | 92.3 | 79 | 25.7 | 95.2 | 73.2 | 62.3 |

https://arxiv.org/pdf/2201.08239v1.pdf

January 20th, 2022

47



# D Model hyper-parameters

Table 27: Hyper-parameters for pre-training 2B, 8B and 137B models. All models were trained with 256K tokens per batch.

| Parameters | Layers | Units | Heads | pre-train steps | pre-train chips | pre-train time (days) | fine-tune chips | fine-tune time (hours) |
|---|---|---|---|---|---|---|---|---|
| 2B | 10 | 2560 | 40 | 501k | 64 | 1.5 | 16 | 3 |
| 8B | 16 | 4096 | 64 | 521k | 64 | 23 | 16 | 6 |
| 137B | 64 | 8192 | 128 | 3M | 1024 | 57.7 | 64 | 36 |

# E   Pre-training data composition

The pre-training data, called Infiniset, is a combination of dialog data from public dialog data and other public web documents. It consists of 2.97B documents and 1.12B dialogs with 13.39B utterances. The composition of the data is as follows: 50% dialogs data from public forums; 12.5% C4 data [ 11 ]; 12.5% code documents from sites related to programming like Q&A sites, tutorials, etc; 12.5% Wikipedia (English); 6.25% English web documents; and 6.25% Non-English web documents. The total number of words in the dataset is 1.56T. Note that this composition was chosen to achieve a more robust performance on dialog tasks (Section 4) while still keeping its ability to perform other tasks like code generation. As future work, we can study how the choice of this composition may affect the quality of some of the other NLP tasks performed by the model.

# F   Pre-training and fine-tuning results

Table 28: Results for Foundation Metrics

| Treatment | Sensibleness | Specificity | Interestingness | Safety | Groundedness | Informativeness |
|---|---|---|---|---|---|---|
| PT (2B) | 76.6 | 46.5 | 10.8 | 84.8 | 45 | 29.2 |
| PT (8B) | 79.1 | 46.5 | 11.3 | 87.5 | 47.1 | 29.5 |
| PT (137B) | 80.2 | 49.8 | 15.8 | 88 | 57.9 | 41.3 |
| FT quality-safety (137B) | 92.8 | 77.1 | 23.2 | 94.6 | 67.9 | 50.5 |
| LaMDA (2B) | 81.8 | 74.8 | 23.4 | 93.8 | 53 | 41.8 |
| LaMDA (8B) | 88 | 77.4 | 22.2 | 93.5 | 64.6 | 50.2 |
| LaMDA (137B) | 92.3 | 79 | 25.7 | 95.2 | 73.2 | 62.3 |

https://arxiv.org/pdf/2201.08239v2.pdf

January 21st, 2022

47



# LaMDA: Language Models for Dialog Applications

Romal Thoppilan     Daniel De Freitas     Jamie Hall     Noam Shazeer     Apoorv Kulshreshtha

Heng-Tze Cheng     Alicia Jin     Taylor Bos     Leslie Baker     Yu Du     YaGuang Li     Hongrae Lee

Huaixiu Steven Zheng     Amin Ghafouri     Marcelo Menegali     Yanping Huang     Maxim Krikun

Dmitry Lepikhin     James Qin     Dehao Chen     Yuanzhong Xu     Zhifeng Chen     Adam Roberts

Maarten Bosma     Vincent Zhao     Yanqi Zhou     Chung-Ching Chang     Igor Krivokon     Will Rusch

Marc Pickett     Pranesh Srinivasan     Laichee Man     Kathleen Meier-Hellstern

Meredith Ringel Morris     Tulsee Doshi     Renelito Delos Santos     Toju Duke     Johnny Soraker

Ben Zevenbergen     Vinodkumar Prabhakaran     Mark Diaz     Ben Hutchinson     Kristen Olson

Alejandra Molina     Erin Hoffman-John     Josh Lee     Lora Aroyo     Ravi Rajakumar

Alena Butryna     Matthew Lamm     Viktoriya Kuzmina     Joe Fenton     Aaron Cohen

Rachel Bernstein     Ray Kurzweil     Blaise Aguera-Arcas     Claire Cui     Marian Croak     Ed Chi

Quoc Le

Google

## Abstract

We present LaMDA: Language Models for Dialog Applications. LaMDA is a family of Transformer-based neural language models specialized for dialog, which have up to 137B parameters and are pre-trained on 1.56T words of public dialog data and web text.While model scaling alone can improve quality, it shows less improvements on safety and factual grounding. We demonstrate that fine-tuning with annotated data and enabling the model to consult external knowledge sources can lead to significant improvements towards the two key challenges of safety and factual grounding. The first challenge, safety, involves ensuring that the model's responses are consistent with a set of human values, such as preventing harmful suggestions and unfair bias.We quantify safety using a metric based on an illustrative set of human values, and we find that filtering candidate responses using a LaMDA classifier fine-tuned with a small amount of crowdworker-annotated data offers a promising approach to improving model safety. The second challenge, factual grounding, involves enabling the model to consult external knowledge sources, such as an information retrieval system, a language translator, and a calculator. We quantify factuality using a groundedness metric, and we find that our approach enables the model to generate responses grounded in known sources, rather than responses that merely sound plausible. Finally, we explore the use of LaMDA in the domains of education and content recommendations, and analyze their helpfulness and role consistency.

https://arxiv.org/pdf/2201.08239.pdf

February 10th, 2022

---

*Work done while at Google.

arXiv:2201.08239v3 [cs.CL] 10 Feb 2022

## D    Model hyper-parameters

Table 27: Hyper-parameters for pre-training 2B, 8B and 137B models. All models were trained with 256K tokens per batch.

| Parameters | Layers | Units | Heads | pre-train steps | pre-train chips | pre-train time (days) | fine-tune chips | fine-tune time (hours) |
|---|---|---|---|---|---|---|---|---|
| 2B | 10 | 2560 | 40 | 501k | 64 | 1.5 | 16 | 3 |
| 8B | 16 | 4096 | 64 | 521k | 64 | 23 | 16 | 6 |
| 137B | 64 | 8192 | 128 | 3M | 1024 | 57.7 | 64 | 36 |

## E    Pre-training data composition

The pre-training data, called Infiniset, is a combination of dialog data from public dialog data and other public web documents. It consists of 2.97B documents and 1.12B dialogs with 13.39B utterances. The composition of the data is as follows: 50% dialogs data from public forums; 12.5% C4 data ; [11] 12.5% code documents from sites related to programming like Q&A sites, tutorials, etc; 12.5% Wikipedia (English); 6.25% English web documents; and 6.25% Non-English web documents. The total number of words in the dataset is 1.56T. Note that this composition was chosen to achieve a more robust performance on dialog tasks (Section 4) while still keeping its ability to perform other tasks like code generation. As future work, we can study how the choice of this composition may affect the quality of some of the other NLP tasks performed by the model.

## F    Pre-training and fine-tuning results

Table 28: Results for Foundation Metrics

| Treatment | Sensibleness | Specificity | Interestingness | Safety | Groundedness | Informativeness |
|---|---|---|---|---|---|---|
| PT (2B) | 76.6 | 46.5 | 10.8 | 84.8 | 45 | 29.2 |
| PT (8B) | 79.1 | 46.5 | 11.3 | 87.5 | 47.1 | 29.5 |
| PT (137B) | 80.2 | 49.8 | 15.8 | 88 | 57.9 | 41.3 |
| FT quality-safety (137B) | 92.8 | 77.1 | 23.2 | 94.6 | 67.9 | 50.5 |
| LaMDA (2B) | 81.8 | 74.8 | 23.4 | 93.8 | 53 | 41.8 |
| LaMDA (8B) | 88 | 77.4 | 22.2 | 93.5 | 64.6 | 50.2 |
| LaMDA (137B) | 92.3 | 79 | 25.7 | 95.2 | 73.2 | 62.3 |

https://arxiv.org/pdf/2201.08239.pdf

February 10th, 2022

47



increase in ARM on a F/X neutral basis. We still target a 19%-20% operating margin for the full
2022, assuming no material swings in F/X rates from when we set this goal in January of 2022.

## Cash Flow and Capital Structure

Net cash generated by operating activities in Q1 was $923 million vs. $777 million in the prior year
period. Free cash flow[3] amounted to $802 million vs. $692 million. We continue to expect to be free cash
flow positive for the full year 2022 and beyond.

==During the quarter, we completed two acquisitions (leading visual effects company Scanline and gaming
studio Boss Fight Entertainment), which had a -$125 million impact on cash.== We also announced our
purchase of Helsinki-based gaming company Next_Games. We've completed the tender offer and expect
to complete the transaction in the second half of 2022.

We finished Q1 with gross debt of $14.6 billion after repaying $700 million of our senior notes. We're
now within the top end of our gross debt target range of $10-$15 billion. With cash of $6.0 billion, net
debt was $8.6 billion at the end of the quarter, equating to a 1.3x LTM leverage ratio[4]. Given those uses
of cash and our minimum cash target, we didn't engage in share repurchase activity during the quarter.

## Environmental, Social, and Governance (ESG)

We recently published our 2021_ESG Report (March 30, 2022). We've made good progress on our climate
commitments announced last year - reducing or avoiding more than 14,000 metric tons of emissions in
2021. This enabled us to reduce our Scope 1 and 2 footprint by more than 10% from what it otherwise
would have been and puts us on track to cut 45% of these emissions by 2030.

We continue to develop our inclusion lens. In 2021, women made up 51.7% of our global workforce[5], up
from 48.7% in 2020. Half of our US workforce (50.5%) is made up of people from one or more historically
excluded ethnic and/or racial backgrounds, including Asian, Black, Hispanic or Latino, Middle Eastern,
Native American, and Pacific Islander[6]. That's up from 46.8% in the previous year. The number of US
Black employees increased from 8.6% to 10.7% and Black leadership increased from 10.9% to 13.3%. The
number of US Hispanic or Latino employees increased from 7.9% to 8.6%, and US Hispanic or Latino
leadership grew slightly from 4.3% to 4.4%.

As noted in our last investor letter and our 2022_preliminary proxy, the board has decided to
recommend to shareholders that Netflix evolve to a more standard large cap company governance
structure. At this year's annual meeting in June, we'll present proposals to declassify our board, remove
supermajority

---

[3] For a reconciliation of free cash flow to net cash provided by (used in) operating activities, please refer to the
reconciliation in tabular form on the attached unaudited financial statements and the footnotes thereto.
[4] Defined as net debt divided by last twelve months (LTM) adjusted EBITDA (Net income before interest expense
and other income/expense, income taxes, depreciation and amortization of property, plant and equipment and
further adjusted to exclude other non-cash charges).
[5] 2020 numbers as of December 2020, and 2021 numbers as of December 2021.
[6] Categories based on US reporting requirements.

## NETFLIX

**5**

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:35 PM 07/18/2022
FILED 01:35 PM 07/18/2022
SR 20223015163 - File Number 6917475

# CERTIFICATE OF INCORPORATION

## OF

## INFINISET, INC.



EXHIBIT
**Ga**

### ARTICLE I

The name of the corporation is InfiniSet, Inc. (the "**Corporation**").

### ARTICLE II

The address of the Corporation's registered office in the state of Delaware is 251 Little Falls Drive, Wilmington, New Castle County, Delaware 19808. The name of its registered agent at such address is Corporation Service Company.

### ARTICLE III

The purpose of the Corporation is to engage in any lawful act or activity for which corporations may be organized under the Delaware General Corporation Law.

### ARTICLE IV

The aggregate number of shares which the Corporation shall have authority to issue is 10,000,000 shares of capital stock all of which shall be designated "Common Stock" and have a par value of $0.00001 per share.

### ARTICLE V

The business and affairs of the Corporation shall be managed by or under the direction of the Board of Directors. Elections of directors need not be by written ballot unless otherwise provided in the Bylaws of the Corporation. In furtherance of and not in limitation of the powers conferred by the laws of the state of Delaware, the Board of Directors of the Corporation is expressly authorized to make, amend or repeal Bylaws of the Corporation.

### ARTICLE VI

(A)    To the fullest extent permitted by the Delaware General Corporation Law, as the same exists or as may hereafter be amended, a director of the Corporation shall not be personally liable to the Corporation or its stockholders for monetary damages for breach of fiduciary duty as a director.

(B)    The Corporation shall indemnify to the fullest extent permitted by law any person made or threatened to be made a party to an action or proceeding, whether criminal, civil, administrative or investigative, by reason of the fact that he, his testator or intestate is or was a director or officer of the Corporation or any predecessor of the Corporation, or serves or served at any other enterprise as a director or officer at the request of the Corporation or any predecessor to the Corporation.

(C)     Neither any amendment nor repeal of this Article VI, nor the adoption of any provision of the Corporation's Certificate of Incorporation inconsistent with this Article VI, shall eliminate or reduce the effect of this Article VI in respect of any matter occurring, or any action or proceeding accruing or arising or that, but for this Article VI, would accrue or arise, prior to such amendment, repeal or adoption of an inconsistent provision.

## ARTICLE VII

Unless the Corporation consents in writing to the selection of an alternative forum, the Court of Chancery of the State of Delaware shall be the sole and exclusive forum for (A) any derivative action or proceeding asserting a claim on behalf of the Corporation, (B) any action or proceeding asserting a claim of breach of a fiduciary duty owed by any current or former director, officer, employee or agent of the Corporation to the Corporation or the Corporation's stockholders, (C) any action or proceeding asserting a claim against the Corporation arising pursuant to any provision of the Delaware General Corporation Law or the Corporation's Certificate of Incorporation or Bylaws, (D) any action or proceeding asserting a claim as to which the Delaware General Corporation Law confers jurisdiction upon the Court of Chancery of the State of Delaware, or (E) any action or proceeding asserting a claim governed by the internal affairs doctrine, in each case subject to said Court of Chancery having personal jurisdiction over the indispensable parties named as defendants therein.

## ARTICLE VIII

The name and mailing address of the incorporator are as follows:

Matthew D Guertin

██████████████████

Executed on July 18, 2022.

*Matthew D Guertin*

**Matthew D Guertin, Incorporator**

*[signature]* 2/20/2024

CEO/President

State of Minnesota,   County of Hennepin
City of Plymouth

This Instrument was acknowledged before me on:

20 day of Feb , 2024

by Matthew David Guertin

Jennifer L Ott                notary public

My Commission Expires: 01/31/2025

JENNIFER L OTT
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2025

Page 2 of 2

**PATENT COOPERATION TREATY**

WO 2022/198028
PCT/US2022/020919



**EXHIBIT Ha**

## PCT

NOTIFICATION CONCERNING
AVAILABILITY OF THE PUBLICATION
OF THE INTERNATIONAL APPLICATION

From the INTERNATIONAL BUREAU

To:

PROSE, Amanda
WESTMAN, CHAMPLIN & KOEHLER, P.A.
121 South Eighth Street, Suite 1100
Minneapolis, Minnesota 55402
**ETATS-UNIS D'AMERIQUE**

| Date of mailing *(day/month/year)*<br>22 September 2022 (22.09.2022) | |
|---|---|
| Applicant's or agent's file reference<br>G185-0001WO1 | **IMPORTANT NOTICE** |
| International application No.<br>PCT/US2022/020919 | International filing date *(day/month/year)*<br>18 March 2022 (18.03.2022) | Priority date *(day/month/year)*<br>19 March 2021 (19.03.2021) |

Applicant

GUERTIN, Matthew

The applicant is hereby **notified** that the International Bureau:

**[X]** has **published** the above-indicated international application on 22 September 2022 (22.09.2022)
under No. WO 2022/198028

**[ ]** has **republished** the above-indicated international application on_____
under No. WO
For an explanation as to the reason for this republication of the international application, reference is made to INJD codes (15),
(48) or (88) *(as the case may be)* on the front page of the published international application.

- A copy of the international application is available for viewing and downloading on WIPO's website at the
following address: https://patentscope.wipo.int/ (in the appropriate field of the structured search, enter the PCT or
WO number).

- The applicant may also obtain a paper copy of the published international application from the International Bureau
by sending an e-mail to patentscope@wipo.int or by submitting a written request to the contact details provided
below.

**Warning:** Following publication of the international application, applicants, agents and inventors may receive misleading requests for
payment of fees that appear to come from the International Bureau of WIPO or other patent Offices which are unrelated to the processing of
international applications under the PCT.

Agents are particularly encouraged to be vigilant and alert their clients about this practice. Examples of such requests for payment which have
been received by the Intenmtio1ml Bureau can be found at: http://www.wipo.int/pct/en/wanting/pct_warning.html.

Please forward copies of any such requests to pct.legal@wipo.int.

| The Intenmtional Bureau of WIPO<br>34, chemin des Colombettes<br>1211 Geneva 20, Switzerland | Autllo1ized officer<br><br>Sun Hwa Lee<br><br>e-mail pct.team1@wipo.int<br>Telephone No. +41 22 338 74 01 |
|---|---|

Fonn PCT/IB/311 (revised January 2020)



## Office of the Minnesota Secretary of State
### Certificate of Authority

   I, Steve Simon, Secretary of State of Minnesota, do certify that:  The following business
entity has duly complied with the relevant provisions of Minnesota Statutes listed below,
and is formed or authorized to do business in Minnesota on and after this date with all the
powers, rights and privileges, and subject to the limitations, duties and restrictions, set
forth in that chapter.

The business entity is now legally registered under the laws of Minnesota.

| | |
|---|---|
| Name in Minnesota: | InfiniSet Inc. |
| Name in Home Jurisdiction: | InfiniSet, Inc. |
| File Number: | 1348699500021 |
| Minnesota Statutes, Chapter: | 303 |
| Home Jurisdiction: | Delaware |
| This certificate has been issued on: | 11/13/2022 |



Steve Simon
Secretary of State
State of Minnesota



# Minnetonka Police Department

14600 Minnetonka Blvd Minnetonka, MN 55345
(952) 939-8510



Case #: MP23000151                                    Incident #: MP23000151

| Event |
|---|

## 14600 MINNETONKA BLVD Apt #1 MINNETONKA, MINNESOTA 55345

| | |
|---|---|
| Description of Incident: | INFORMATION |
| Reported Date/Time: | 01/12/2023 14:02:34 |
| Occurred Start Date: | 01/12/2023 14:02:34 |
| Occurred End Date: | |
| Latitude: | 44.940109 |
| Longitude: | -93.465489 |
| Brief synopsis of incident: | RP reporting a company is attempting to steal his patent. Information report. |
| Disposition: | INACTIVE |
| Exceptional Clearance (For Office Use Only): | NOT APPLICABLE |
| Exceptional Clearance Date (For Office Use Only): | |
| Case Status: | ASSISTED/ADVISED |
| MPtest: | No |
| Confidential?: | No |
| Request Formal Complaint: | No |
| State Accident Report Completed: | No |
| Photos Taken: | No |
| MHU Report: | No |
| Case Status Date: | 01/13/2023 |

**EXHIBIT La**

| Person Reporting Incident Data (1) |
|---|

### GUERTIN, MATTHEW DAVID

| | |
|---|---|
| DOB: | 07/17/1981 |
| Age: | 41 |
| Driver's License Number: | ▬ |
| Driver's License State: | Minnesota |
| Home Phone: | |
| Cell Phone: | (763)-221-4540 |
| Address: | 10233 34TH ST W |
| Apartment: | 304 |
| City: | MINNETONKA |
| State: | Minnesota |
| Zip Code: | 55305 |
| Latitude: | 44.94224958737 9074 |
| Longitude: | -93.40873527526688 |
| Height: | 510 |
| Weight: | 180 |
| Eye Color: | Brown |

# Minnetonka Police Department

14600 Minnetonka Blvd Minnetonka, MN 55345

(952) 939-8510



Case #:MP23000151                                    Incident #: MP23000151

| Offenses (1) |
|---|

**MISINFO MISC OFCR INFORMATION**

| | |
|---|---|
| Offense Status: | ASSISTED/ADVISED |
| UCR/NIBRS Code: | 999 NIBRS Non-Reportable |
| Severity Level: | |
| State Code: | |
| Location Type: | Residence/Home |
| Bias Motivation: | NONE |
| Attempted/Completed: | Completed |
| Offender Suspected of Using: | Not Applicable |
| MHU Report: | No |
| Cargo Theft: | |
| Number of Premises Entered: | |
| Criminal Activity or Gang Info: | |

| Vehicle (0) |
|---|

Involvement Type:

| Property (0) |
|---|

Date of Theft:

Property Status:

| Narrative (1) |
|---|

**MAIN REPORT. BHARRIS, 166**

**HARRIS, BRANDON 62166**                                                01/12/2023

On 01/12/2023 I responded to the Minnetonka Police Department lobby for a report of fraud. I made contact with reporting party MATTHEW DAVID GUERTIN DOB 07/17/1981 in the department lobby.

GUERTIN STATEMENT:

- He has filed for and acquired a patent for his invention, "Motorized Rotatable Treadmill and System for Creating the Illusion of Movement."
- The machine is used for filming cinema.
- He pitched the patent to Mark Roberts Motion Control (mrmoco.com).
- The CEO, Mark Roberts, advised that the technology already existed and is used by Photo Robot (photorobot.com).
- He looked at the Photo Robot website and observed the technology used to be similar but different from his.
- While reviewing the website over a number of days he realized the website was changing to reflect his patent.
- The website is being updated in real time with information from his design.

# Minnetonka Police Department

14600 Minnetonka Blvd Minnetonka, MN 55345

(952) 939-8510



Case #:MP23000151          Incident #: MP23000151

- Photo Robot is effectively stealing his patent by making it look like they have already had the technology.
- He has proof of the fraud.
- He has been downloading the website and has noticed a number of discrepancies between the current version and the old version of the website.
- He believes the master mind behind all of this is Mark Roberts who he initially discussed the patent with.
- He believes that he could sell the patent to Netflix for 100 Million dollars.
- He originally called the FBI who advised he needed to file a report with his local police agency.
- He understands there is nothing the local police can do.

OFFICER OBSERVATIONS ACTIONS:

- Guertin advised that he has many gigabytes of evidence to show the fraud.
- I advised Guertin to connect with a computer forensicator in order to parse the data into a readable format.
- I agreed with Guertin that this issue is beyond the scope of the local police department.
- I advised Guertin to provide the FBI with the case number and the parsed data when he files the report with them.

DISPOSITION:

- Information Report.

| Officer (2) | | |
|---|---|---|
| Approving Officer: | THOELE, KAREN  (621040) | 01/12/2023 17:43:11 |
| Reporting Officer: | HARRIS, BRANDON  (62166) | 01/12/2023 15:17:00 |

Filed in District Court
State of Minnesota
5/10/2024 3:66 PM



(19) **United States**

(12) **Patent Application Publication**   (10) Pub. No.: **US 2023/0182034 A1**

Guertin   (43) Pub. Date:   **Jun. 15, 2023**

---

(54) **MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT**

(71) Applicant: **InfiniSet, Inc.,** Edina, MN (US)

(72) Inventor: **Matthew Guertin,** Minnetonka, MN (US)

(21) Appl. No.: **18/108,858**

(22) Filed: **Feb. 13, 2023**

**Related U.S. Application Data**

(63) Continuation of application No. 17/698,420, filed on Mar. 18, 2022, now Pat. No. 11,577,177.

(60) Provisional application No. 63/163,135, filed on Mar. 19, 2021.

**Publication Classification**

(51) Int. Cl.
   *A63J 5/02* (2006.01)
   *A63J 1/00* (2006.01)
(52) U.S. Cl.
   CPC .. *A63J 5/02* (2013.01); *A63J 1/00* (2013.01)

(57) **ABSTRACT**

A motorized, rotatable treadmill and a system for creating the illusion of user movement while the user is stationary with respect to an environment as the user walks or other wise moves on an endless track of the treadmill. The user can then travel an unlimited distance in unlimited directions while remaining stationary in physical location. The speed of the treadmill is precisely controlled and/or precisely matched with movement of a camera and a real-world speed of movement of the user and the distance the user travels on the belt to create the illusion of movement of the person being filmed. When the treadmill is provided within an LED virtual film set or green screen set, background imagery is added to further supplement the movement in a selected environment.



https://patents.google.com/patent/US20230182034A1/en

(12) **United States Patent**

Guertin

(10) **Patent No.:** **US 11,577,177 B2**
(45) **Date of Patent:** **Feb.14,2023**

EXHIBIT

**0a**

(54) **MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT**

(71) Applicant: **Matthew Guertin,** Minnetonka, MN (US)

(72) Inventor: **Matthew Guertin,** Minnetonka, MN (US)

(73) Assignee: **INFINISET, INC.,** Edina, MN (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/698,420**

(22) Filed: **Mar. 18, 2022**

(65) **Prior Publication Data**

US 2022/0297024 Al    Sep. 22, 2022

**Related U.S. Application Data**

(60) Provisional application No. 63/163,135, filed on Mar. 19, 2021.

(51) **Int. Cl.**
| | |
|---|---|
| *A63G 31/16* | (2006.01) |
| *A63J 5/02* | (2006.01) |
| *A63J 1/00* | (2006.01) |

(52) **U.S. Cl.**
CPC ..  *A63J 5/02* (2013.01); *A63J 1/00* (2013.01)

(58) **Field of Classification Search**
CPC ...............A63G 31/16; H04N 5/262; A61B 6/04
USPC................................472/60, 61, 130; 482/66, 68
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2015/0150522 | Al | 6/2015 | Papaioannou 5/2017 |
| 2017/0129105 | Al | | Stephens, Jr. |
| 2018/0053349 | Al* | 2/2018 | Chen........................G06T 19/006 |
| 2019/0086996 | Al | 3/2019 | Bahrami et al. |
| 2019/0307982 | Al | 10/2019 | Brodsky |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 104740829 | A | 7/2015 |
| CN | 105396261 | A | 3/2016 |
| CN | 206026963 | U | 3/2017 |

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion issued for PCT/US2022/020919, dated Jun. 24, 2022.

(Continued)

*Primary Examiner* -  Kien T Nguyen
(74) *Attorney, Agent, or Firm* -  Westman, Champlin & Koehler, P.A.; Amanda M. Prose

(57)    **ABSTRACT**

A motorized, rotatable treadmill and a system for creating the illusion of user movement while the user is stationary     with respect to an environment as the user walks or other wise moves on an endless track of the treadmill. The user can then travel an unlimited distance in unlimited directions while remaining stationary in physical location. The speed of the treadmill is precisely controlled and/or precisely matched with movement of a camera and a real-world speed of movement of the user and the distance the user travels on the belt to create the illusion of movement of the person being filmed. When the treadmill is provided within an LED virtual film set or green screen set, background imagery is added to further supplement the movement in a selected environment.

**6 Claims, 18 Drawing Sheets**



https://patents.google.com/patent/US11577177B2/en

Doc Code:  3P.RELEVANCE
Document Description:  Concise Description of Relevance

U.S. Patent and Trademark Office
Department of Commerce

**THIRD-PARTY SUBMISSION UNDER 37 CFR 1.290**
**CONCISE DESCRIPTION OF RELEVANCE**

EXHIBIT
**Pa**

| Application Number | 17709126 |
|---|---|

**U.S. PATENTS**

| Cite No | Patent Number | Concise Description of Relevance |
|---|---|---|
| 1 | 11577177 | The prior art teaches a subject positioned within an array of panels on an omnidirectional treadmill, the repositioning systems, the sensors and controller as claimed. The prior art also teaches See at least paragraphs [0018], [0021]-[0024], [0050], [0053], [0058] and [0101]. See also at least FIGS. 1, 2, 25-28. |

**U.S. PATENT APPLICATION PUBLICATION**

| Cite No | Publication Number | Concise Description of Relevance |
|---|---|---|
| | | |

Filed in District Court
State of Minnesota
5/13/2024 3:66 PM

**FOREIGN PATENT DOCUMENTS**

| CiteNo | Foreign Document Number | Concise Description of Relevance |
|--------|------------------------|--------------------------------|
|        |                        |                                |

**NON-PATENT PUBLICATIONS**

| Cite No | Reference | Concise Description of Relevance |
|---------|-----------|--------------------------------|
|         |           |                                |

Add. 35

Doc Code:IDS.3P
Document Description: Third-Party Submission Under 37 CFR 1.290

Approved for use through 07/31/2015. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| THIRD-PARTY SUBMISSION UNDER 37 CFR 1.290 | Application Number | 17709126 |

**U.S. PATENTS**

| Cite No | Patent Number | Kind Code[1] | Issue Date (YYYY-MM-DD) | First Named Inventor |
|---------|---------------|--------------|--------------------------|----------------------|
| 1 | 11577177 | | 2023-02-14 | Matthew Guertin |

**U.S. PATENT APPLICATION PUBLICATIONS**

| Cite No | Publication Number | Kind Code[1] | Publication Date (YYYY-MM-DD) | First Named Inventor |
|---------|--------------------|--------------|-------------------------------|----------------------|
| | | | | |

**FOREIGN PATENTS AND PUBLISHED FOREIGN PATENT APPLICATIONS**

| Cite No | Foreign Document Number[3] | Country Code[2] | Kind Code[1] | Publication Date (YYYY-MM-DD) | Applicant, Patentee or First Named Inventor | T[5] |
|---------|----------------------------|-----------------|--------------|-------------------------------|----------------------------------------------|------|
| | | | | | | ☐ |

**NON-PATENT PUBLICATIONS (e.g., journal article, Office action)**

| Cite No | Author (if any), title of the publication, page(s) being submitted, publication date, publisher (where available), place of publication (where available). | T[5] | E[6] |
|---------|----------------------------------------------------------------------------------------------------------------------------------------------------------------|------|------|
| | | | |

| THIRD-PARTY SUBMISSION UNDER 37 CFR 1.290 | Application Number | 17709126 |
|---|---|---|

## STATEMENTS

The party making the submission is not an individual who has a duty to disclose information with respect to the above-identified application under 37 CFR 1.56.

This submission complies with the requirements of 35 U.S.C. 122(e) and 37 CFR 1.290.

☐   The fee set forth in 37 CFR 1.290(f) has been submitted herewith.

☒   The fee set forth in 37 CFR 1.290(f) is not required because this submission lists three or fewer total items and, to the knowledge of the person signing the statement after making reasonable inquiry, this submission is the first and the only submission under 35 U.S.C 122(e) filed in the above-identified application by the party making the submission or by a party in privity with the party.

☐   This resubmission is being made responsive to a notification of non-compliance issued for an earlier filed third-party submission. The corrections in this resubmission are limited to addressing the non-compliance.  As such, the party making this resubmission:  (1) requests that the Office apply the previously-paid fee set forth in 37 CFR 1.290(f), or (2) states that no fee is required to accompany this resubmission as the undersigned is again making the fee exemption statement set forth in 37 CFR 1.290(g).

| Signature | /Amanda M. Prose/ | | |
|---|---|---|---|
| Name/Print | Amanda M. Prose | Registration Number (if applicable) | 72345 |

| Examiner Signature | | Date Considered | |
|---|---|---|---|

*EXAMINER: Signature  indicates all documents listed above have been considered,except for citations through which a line is drawn. Draw line through citation if not considered. Include a copy of this form with next communication to applicant.  1. If known, enter kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16. See MPEP 901.04(a).  2. Enter the country or patent office that issued the document, by two-letter code under WIPO standard ST.3. See MPEP 1851.  3. For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  4. If known, enter the kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 . See MPEP 901.04(a). 5. Check mark indicates translation attached. 6. Check mark indicates evidence of publication attached.

# Electronic Acknowledgement Receipt

| | |
|---|---|
| **EFSID:** | 47550239 |
| **Application Number:** | 17709126 |
| **International Application Number:** | |
| **Confirmation Number:** | 3367 |
| **Title of Invention:** | DISPLAYING A SCENE TO A SUBJECT WHILE CAPTURING THE SUBJECT'S ACTING PERFORMANCE USING MULTIPLE SENSORS |
| **First Named Inventor/Applicant Name:** | Stephan  Trojansky |
| **Customer Number:** | 176294 |
| **Filer:** | Amanda Morgan Prose |
| **Filer Authorized  By:** | |
| **Attorney Docket Number:** | 36651-51638/US |
| **Receipt Date:** | 17-FEB-2023 |
| **Filing Date:** | 30-MAR-2022 |
| **Time Stamp:** | 10:29:07 |
| **Application Type:** | |

## Payment information:

| Submitted  with  Payment | | no |
|---|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Concise Description of Relevance | Concise-description-generated.pdf | 32956 <br><br> bcae66ea240f43b184bf9bf1867d6fcdd0bc b366 | no | 2 |

**Warnings:**

| Information: | | | | | | |
|---|---|---|---|---|---|---|
| 2 | Third-Party Submission Under 37 CFR 1.290 | Third-party-preissuance-submission.pdf | 52705 <br> 89673609686d287b5581ef0320e8186238e 62359 | no | 2 |
| Warnings: | | | | | | |
| Information: | | | | | | |
| 3 | Request for Notification of Non-compliant Third-Party Submission | Third-party-notification-request.pdf | 23667 <br> b 7d8a2740537c5b22beabcbff564d16acb7 96123 | no | 1 |
| | | | | | | |
| Warnings: | | | | | | |
| Information: | | | | | | |

| Total Files Size (in bytes) | 109328 |
|---|---|

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

New Applications Under 35 U.S.C. 111
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgment Receipt will establish the filing date of the application.
National Stage of an International Application under 35 U.S.C. 371
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
New International Application Filed with the USPTO as a Receiving Office
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 181 O),a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/1 OS) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

17/709,126 – GAU: 2619

Doc Code:IDS.3P
Document Description: Third-Party Submission Under 37 CFR 1.290

PTO/SB/429(08-12)
Approved for use through 07/31/2015. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number.

| THIRD-PARTY SUBMISSION UNDER 37 CFR 1.290 | Application Number | 17709126 | EXHIBIT Ra |
|---|---|---|---|

### U.S. PATENTS

| Cite No | Patent Number | Kind Code[1] | Issue Date (YYYY-MM-DD) | First Named Inventor |
|---|---|---|---|---|
| 1 | 11577177 | | 2023-02-14 | Matthew Guertin |

### U.S. PATENT APPLICATION PUBLICATIONS

| Cite No | Publication Number | Kind Code[1] | Publication Date (YYYY-MM-DD) | First Named Inventor |
|---|---|---|---|---|
| | | | | |

### FOREIGN PATENTS AND PUBLISHED FOREIGN PATENT APPLICATIONS

| Cite No | Foreign Document Number[3] | Country Code[2] | Kind Code[1] | Publication Date (YYYY-MM-DD) | Applicant, Patentee or First Named Inventor | T[5] |
|---|---|---|---|---|---|---|
| | | | | | | ☐ |

### NON-PATENT PUBLICATIONS (e.g., journal article, Office action)

| Cite No | Author (if any), title of the publication, page(s) being submitted, publication date, publisher (where available), place of publication (where available). | T[5] | E[6] |
|---|---|---|---|
| | | | |

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /A.M/

Page 98 of 274

Add. 40

17/709,126 - GAU: 2619

| THIRD-PARTY SUBMISSION UNDER 37 CFR 1.290 | Application Number | 17709126 |
|---|---|---|
| | | |

| | | | | | ☐ | ☐ |
|---|---|---|---|---|---|---|
| | | | | | | |

| STATEMENTS |
|---|

The party making the submission is not an individual who has a duty to disclose information with respect to the above-identified application under 37 CFR 1.56.

This submission complies with the requirements of 35 U.S.C. 122(e) and 37 CFR 1.290.

☐  The fee set forth in 37 CFR 1.290(f) has been submitted herewith.

☒  The fee set forth in 37 CFR 1.290(f) is not required because this submission lists three or fewer total items and, to the knowledge of the person signing the statement after making reasonable inquiry, this submission is the first and the only submission under 35 U.S.C 122(e) filed in the above-identified application by the party making the submission or by a party in privity with the party.

☐  This resubmission is being made responsive to a notification of non-compliance issued for an earlier filed third-party submission. The corrections in this resubmission are limited to addressing the non-compliance.  As such, the party making this resubmission: (1) requests that the Office apply the previously-paid fee set forth in 37 CFR 1.290(f), or (2) states that no fee is required to accompany this resubmission as the undersigned is again making the fee exemption statement set forth in 37 CFR 1.290(g).

| Signature | /Amanda M. Prose/ | | |
|---|---|---|---|
| Name/Print | Amanda M. Prose | Registration Number (if applicable) | 72345 |

| Examiner Signature | /ABDERRAHIM MEROUAN/ | Date Considered | 03/07/2023 |
|---|---|---|---|

*EXAMINER: Signature  indicates all documents listed above have been considered,except for citations through which a line is drawn. Draw line through citation if not considered. Include a copy of this form with next communication to applicant.  1. If known, enter kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16. See MPEP 901.04(a).  2. Enter the country or patent office that issued the document, by two-letter code under WIPO standard ST.3. See MPEP 1851. 3. For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. 4. If known, enter the kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 . See MPEP 901.04(a). 5. Check mark indicates translation attached. 6. Check mark indicates evidence of publication attached.

Exhibit J | Index 12 | p. 41

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /A.M/

Add. 41

| **Electronic Acknowledgement Receipt** | | EXHIBIT Ta |
|---|---|---|
| **EFS ID:** | 47694230 | |
| **Application Number:** | 18108858 | |
| **International Application Number:** | | |
| **Confirmation Number:** | 6872 | |
| **Title of Invention:** | Motorized rotatable treadmill and system for creating the illusion of movement | |
| **First Named Inventor/Applicant Name:** | Matthew  Guertin | |
| **Customer Number:** | 27367 | |
| **Filer:** | Amanda Morgan Prose/Megan Neumann | |
| **Filer Authorized By:** | Amanda Morgan Prose | |
| **Attorney Docket Number:** | G185.0001US2 | |
| **Receipt Date:** | 16-MAR-2023 | |
| **Filing Date:** | 13-FEB-2023 | |
| **Time Stamp:** | 17:01:55 | |
| **Application Type:** | Utility under 35 USC 111(a) | |

## Payment information:

| Submitted with Payment | no |
|---|---|

## File Listing:

| Document Number | Document Description | File Name | File Size(Bytes)/ Message Digest | Multi Part /.zip | Pages (if appl.) |
|---|---|---|---|---|---|
| 1 | Information Disclosure Statement (IDS) Form (SB08) | 2023-03-16_IDS.pdf | 74963 0fec2f70dd7b94ea8745993e4d673b7c9e3 cb80 | no | 4 |

**Warnings:**

| Information: | | | | | | |
|---|---|---|---|---|---|---|
| This is not an USPTO supplied IDS fillable form | | | | | | |
| 2 | Non Patent Literature | Dimension_Named_Microsoft.pdf | 257213 | | no | 3 |
| | | | 0bff00caec7006364dada5cd12523fbc104af c4f | | | |
| Warnings: | | | | | | |
| Information: | | | | | | |
| 3 | Non Patent Literature | Microsoft_Stories.pdf | 1625480 | | no | 7 |
| | | | 77ff933bb0867ed3be12171650247fc41c3 875cb | | | |
| Warnings: | | | | | | |
| Information: | | | | | | |
| | | | **Total Files Size (in bytes):** | 1957656 | | |

This Acknowledgement Receipt evidences receipt on the noted date by the USPTO of the indicated documents, characterized by the applicant, and including page counts, where applicable. It serves as evidence of receipt similar to a Post Card, as described in MPEP 503.

**New Applications Under 35 U.S.C. 111**
If a new application is being filed and the application includes the necessary components for a filing date (see 37 CFR 1.53(b)-(d) and MPEP 506), a Filing Receipt (37 CFR 1.54) will be issued in due course and the date shown on this Acknowledgement Receipt will establish the filing date of the application.
**National Stage of an International Application under 35 U.S.C. 371**
If a timely submission to enter the national stage of an international application is compliant with the conditions of 35 U.S.C. 371 and other applicable requirements a Form PCT/DO/EO/903 indicating acceptance of the application as a national stage submission under 35 U.S.C. 371 will be issued in addition to the Filing Receipt, in due course.
**New International Application Filed with the USPTO as a Receiving Office**
If a new international application is being filed and the international application includes the necessary components for an international filing date (see PCT Article 11 and MPEP 1810), a Notification of the International Application Number and of the International Filing Date (Form PCT/RO/105) will be issued in due course, subject to prescriptions concerning national security, and the date shown on this Acknowledgement Receipt will establish the international filing date of the application.

Receipt date: 03/16/2023                                18/108,858 — GAU: 3711

| | | Application Number | 18108858 |
|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** ( Not for submission under 37 CFR 1.99) | | Filing Date | 2023-02-13 |
| | | First Named Inventor | Matthew Guertin |
| | | Art Unit | |
| | | Examiner Name | |
| | | Attorney Docket  Number | G185.0001US2 |

| | 1 | "Dimension named Microsoft Mixed Reality Partner to help others create cutting-edge digital experiences" Microsoft (2020) <https://news.microsoft.com/en-gb/2020/06/01/dimension-named-microsoft-mixed-reality-partner-to-help-others-create-cutting-edge-digital-experiences/#:~:text=No%20results-,Dimension%20named%20Microsoft%20Mixed%20Reality%20Partner%20to,create%20cutting%2Dedge%20digital%20experiences&text=A%20UK%20company%20that%20has,a%20Microsoft%20Mixed%20Reality%20Partner> | ☐ |
|---|---|---|---|
| | 2 | "Microsoft Stories podcast: episode 8 – Dimension Studio" (2020) <https://news.microsoft.com/en-gb/2020/12/17/microsoft-stories-podcast-episode-8-dimension-studio/> | ☐ |
| If you wish to add additional non-patent literature document citation information please click the Add button | | | |
| **EXAMINER SIGNATURE** | | | |
| Examiner Signature | /KIEN T NGUYEN/ | Date Considered | 12/02/2023 |
| *EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through a citation if not in conformance and not considered.  Include copy of this form with next communication to applicant. | | | |

[1] See Kind Codes of USPTO Patent Documents at www.USPTO.GOV or MPEP 901.04.  [2] Enter office that issued the document, by the two-letter code (WIPO Standard ST.3).  [3] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document.  [4] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [5] Applicant is to place a check mark here if English language translation is attached.

EFS Web 2.1.18

ALL REFERENCES CONSIDERED EXCEPT WHERE LINED THROUGH. /K.T.N/



**Division of Corporations - Filing**



Delaware.gov                                        Governor | General Assembly | Courts | Elected Off

Department of State: Division of Corporations

Allowable    Characters

HOME

View Search Results

Entity Details

| | | |
|---|---|---|
| File Number: | **6917475** | Incorporation Date / Formation Date: | **7/18/2022** (mm/dd/yyyy) |
| Entity Name: | **INFINISET, INC.** | | |
| Entity Kind: | **Corporation** | Entity Type: | **General** |
| Residency: | **Domestic** | State: State: | |
| Status: | **Good Standing** | Status Date: | **3/26/2023** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **CORPORATION SERVICE COMPANY** | | |
| Address: | **251 LITTLE FALLS DRIVE** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19808** |
| Phone: | **302-636-5401** | | |

site map  |  privacy  |  about this site  |  contact us  |  translate  |  delaware.gov

https://icis.corp.delaware.gov/Ecorp/EntitySearch/EntitySearchStatus.aspx?i=6917475&d=n

 FEDERAL   BUREAU OFINVESTIGATION

## Victim Information



| | |
|---|---|
| Name: | Matthew Guertin |
| Are you reporting on behalf of a business? | |
| Business Name: | |
| Is the incident currently impacting business operations? | |
| Age: | 40-49 |
| Address: | 5832 Lincoln Dr Suite 222 |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | Edina |
| County: | Hennepin |
| Country: | United States of America |
| State: | Minnesota |
| Zip Code/Route: | 55436 |
| Phone Number: | ▇▇▇▇▇ |
| Email Address: | ▇▇▇▇▇ |
| Business IT POC, if applicable: Other Business POC, if applicable: | |

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

Hello,

I emailed the CEO of Mark Roberts Motion Control last fall to get information about their robotic cameras after attending a local workshop in Minneapolis which showcased their 'Bolt Cinecam' robotic camera. My reason for emailing him was in regards to what at the time was my pending patent application but which has since been granted - US Patent 11,577,177

There was a 3 week span of time (approx) between my initial email and when I finally got a direct reply from Assaff Rawner (CEO of MrMoCo.com) at which point he pointed me to www.PhotoRobot.com/robots/catwalk as an example of something that already existed and was similar to my patent.

Long story short ALL of it is entirely generated by AI - This includes all of their youtube videos (3 of which are listed as prior art on my patent - 1 of which they already deleted - but I have saved) as well as all of their false history they fraudulently added to the internet archive (which I have tons of PDF screenshots including a 'real-time' capture of the fraudulent activity which consists of two pdf

screen captures only five minutes apart in which I caught the total archive count going from 45 to 47 and you can clearly see additional date bars being added at the end of 2021 (fraudulent backdating to create a false history)

This fraud spans multiple websites - all of which are being used as references for one another to create a false history that makes it appear they were already practicing that which is contained within my patent for the purpose of stealing it ultimately.

Mark Roberts Motion Control is partnered with Microsoft and Dimension Studios. I would guess all of the AI generated images and videos are Microsoft's handy work. By adjusting the color curves for their website images, PDF product brochures, and all of their various videos I have come up with a method that is able to clearly demonstrate beyond any reasonable doubt that all of it is AI generated - this would include videos which were supposedly uploaded to YouTube in 2012...which presents an obvious issue - As in either AI has been around a lot longer than we've been lead to believe or YouTube as well as Vimeo and other sites (including the internet archive) are allowing the fraudsters to have free reign as far as adding fraudulent backdated content for the purpose of establishing a false history. I have been documenting all of this with multiple attorneys so there is plenty of additional supporting evidence to back up all of my claims.

One other thing worth mentioning is that they forgot to flatten and simplify all of their AI generated PDF catalogs and brochures - meaning all of the layers are exposed and editable if you open it up in Adobe Illustrator. Simply zooming in though to pretty much any of the products or images in their PDF's will make it very obvious that all of it was generated by AI.

My reason for finally deciding to report this stuff 'officially' after some months is that I just established the 'color curve' method which I was able to use to process all of their website images as well as their YouTube videos (I have thousands of full html webpage saves downloaded from the internet archive spanning 201a-current and multiple websites...ALL AI GENERATED FRAUD). The companies, the products, the websites, etc I believe are an entire AI fabrication even though I am sure they have enough know-how and resources to make them appear real from the outside. None of that should matter though since I was able to catch everything so early. I should also mention that I just downloaded the 2 out of 3 videos listed on my patent still on their youtube page a couple days ago and can confirm all of the artifacts you see in the PDF's and videos I analyzed were still present.

Here is a link which proves all of my claims (there is plenty more supporting documents) -

███████████████████████████████████████

Here is a link directly to their YouTube videos I analyzed which shows AI generation clear as day -

████████████████████████████████████████

What I want is simple -

I do not want my first ever patent stolen by a giant corporation (or anyone for that matter..) by way of fraud.

I have dedicated the last two years+ solely to my patent, as well as engineering, designing, and fabricating a working prototype which I am about to release my first demo video for and which will also serve as the 'official' launch of my company InfiniSet, Inc.

In addition to the last two  years I have also dedicated a huge portion of  my life learning and gaining as much knowledge as possible which is the reason I am able to  not only come up with a very valuable idea but also able to design, engineer, and fabricate the exact design you see in my patent all on my own without any college degrees or formal education. I learned everything by busting my ass and I REFUSE TO LET ANYONE STEAL WHAT I HAVE WORKED SO HARD TO BRING TO FRUITION - this would include a giant corporation like Microsoft running rampant with their new AI toys (while apparently being given free reign by YouTube, Vimeo, Internet Archive, etc to post whatever backdated and fraudulent internet history they feel like having their AI generate)

Here is my personal portfolio website which very clearly shows how much hard work I have put fourth prior to arriving at this current point in time
www.MattGuertin.com

I want all of these fraudulent, AI generated websites/ companies/ products to be 'officially' recognized as the fraud they are so that I can continue forward with my venture without having to worry about Microsoft/ Mark Roberts Motion Control or any other giant corporation coming after me and trying to invalidate my patent using their fraudulently produced internet history.

If they want that which I have patented so badly they can pay me for it. I'm pretty sure that's how it's supposed to work....I'm also pretty sure they have plenty of financial resources to be able to do so which just makes their attempted theft of my intellectual property that much more pathetic.

That is all.

Thank you for your time,

Matthew Guertin
InfiniSet, Inc.


## Information  About The Subject(s)  Who Victimized You

| | |
|---|---|
| Name: | Assaff  Rawner |
| Business Name: | Mark Roberts Motion Control |
| Address: | |
| Address (continued): | |
| Suite/Apt./Mail Stop: | |
| City: | |
| Country: | United  Kingdom |
| State: | |
| Zip Code/Route: | |
| Phone Number: | 1441342838007 |
| Email Address: | Assaff@MrMoCo.com |
| Website: | https://www.MrMoCo.com |
| IP Address: | |

27-CR-23-1886

Filed in District Court
State of Minnesota
5/10/2024 3:66 PM

| | |
|---|---|
| Name: | Bill Gates |
| Business Name: | Microsoft |
| Address: | |
| Address (continued): | |
| Suite/Apt./Mail   Stop: | |
| City: | Seattle |
| Country: | United States of America |
| State: | Washington |
| Zip Code/Route: | |
| Phone Number: | |
| Email Address: | |
| Website: | https://www.microsoft.com |
| IP Address: | |

## Other Information

If an email was used in this incident, please provide a copy of the entire email including full email headers.

All emails and headers are included in the files I shared which are here -

████████████████████████████

Are there any other witnesses or victims to this incident?

Yes.
I have been documenting all of this since the original email with various attorneys and there is a very long digital 'paper trail' which includes emails, digital files, etc.   I have thousands of full html pages downloaded directly from the Internet Archive spanning multiple websites - All of which are being used as supporting references to one another for the purpose of establishing a false history.

All digital evidence I collected has been distributed to multiple third parties for safe keeping including disks which have remained untouched since December of 2022

If you have reported this incident to other law enforcement or government agencies, please provide the name, phone number, email, date reported, report number, etc.

Minnetonka, MN Police Department
Case # 23-000151

Prior to filing the police report I approached the FBI at their building located in Brooklyn Center, MN but was hung up on after telling the person who answered the phone that it involved wire fraud to which he replied "Do you have proof of someone wiring money" to which I replied I did not. Apparently the person who answered doesn't know the definition of wire fraud.

I also spoke to a Secret Service Agent in Chicago for 24 minutes the Sunday before Martin Luther King Jr Day after calling the Minneapolis field office and being bounced to Chicago. He agreed that I was 100% correct in my assertions about Wire Fraud and Conspiracy based on what I told him. I also gave him the Minnetonka PD case# but never heard anything back or had any follow up.

There is a possibility however that I wasn't even talking to an actual Secret Service agent as I started having all sorts of weird things happen with my phone as well as computers as the culprits

pulling off  the fraud were very aware that I was downloading and collecting tons of stuff and so
they started hacking into my devices and very well couldv'e been spoofing / intercepting my calls
by way of a Stingray or other similar advanced cellular interception devices.

Fun times

Check here if this an update to a previously filed complaint: ☐

## Who Filed the Complaint

Were you the victim in the incident described above? Yes
Name:
Business Name:
Phone Number:
Email Address:

## Digital Signature

By digitally signing this document, I affirm that the information I provided is true and accurate to the
best of my knowledge. I understand that providing false information could make me subject to fine,
imprisonment, or both. (Title 18, U.S.Code, Section 1001)

Digital Signature: Matthew D Guertin
Thank you. Your  complaint  was  submitted to  the IC3. Please save or print  a copy  of  your  complaint
before closing this window.     *This is the only time you will have to make a copy of your complaint.*

FAQs      Disclaimer      Privacy Notice      About IC3

A24-_____
**STATE OF MINNESOTA
IN COURT OF APPEALS**

Matthew David Guertin,                      District Court Case: 27-CR-23-1886

          **Petitioner,**                Court Order Date: April 12, 2024

vs.

                       **PETITIONER'S ADDENDUM - 10**

State of Minnesota,

          **Respondent.**

---

### PETITIONERS ADDENDUM - 10

<u>Contents</u>                                                           <u>Page</u>

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Ya -
**Petitioner's FTC Report**, pp. 166-167, Index 28…………………………………………… 1

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Za -
**InfiniSet International TM Reg**, pp. 168-170, Index 28………………………………….. 3

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Ab -
**InfiniSet WIPO Filing**, pp. 171-172, Index 28……………………………………..…….. 6

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Eb -
**Petitioner's files Plymouth Police Report 23-033797**, pp. 189-190, Index 28…………...... 8

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Fb -
**Petitioner's reaches out to Senator Amy Klobucahr**, pp. 191-197, Index 28………...….. 10

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Gb -
**Petitioner's correspondence with Amy Klobuchars office**, pp. 198-215, Index 28…....… 17

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Hb -
**Petitioner send certified mail to Klobuchars office**, pp. 216-222, Index 28……....... 35

i

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Jb - Netflix US patent **11,810,254 is published with Petitioner's name at the very top**, p. 224, Index 28…....…... 42

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Tb - **MN SOS indicating 'good standing' of Petitioner's company 'InfiniSet, Inc.'**, p. 254, Index 28………..….… 43

April 3, 2024, Pro Se Motion for Judicial Notice, Exhibit Ub - **Petitioner files extension request with USPTO for US 18/108,858**, pp. 255-261, Index 28…………..…... 44

Exhibit J | Index 13 | ii



FEDERAL TRADE COMMISSION
ReportFraud.ftc.gov

FTC Report Number

159606444

## Consumer Report To The FTC

**The FTC cannot resolve individual complaints, but we can provide information about next steps to take.** We share your report with local, state, federal, and foreign law enforcement   partners.  Your report might   be used to investigate cases in a legal      proceeding. Please read our Privacy Policy to learn how we protect your personal information, and when we share it outside the FTC.

### About you

**Name:** Matthew Guertin

**Address:** 5832 Lincoln Dr Suite 222

**City:** Edina   **State:** Minnesota   **Zip Code:** 55436

**Country:** USA

**Email:** ▮▮▮▮▮▮▮▮

**Phone:** ▮▮▮▮▮▮▮▮



EXHIBIT
Ya

### What happened

I emailed the CEO of Mark Roberts Motion Control last fall to get information about their robotic cameras after attending a local workshop in Minneapolis which showcased their 'Bolt Cinecam' robotic camera. My reason for emailing him was in regards to the time was my pending patent application but which has since been granted - US Patent 11,577,177 There was a 3 week span of time (approx) between my initial email and when I finally got a direct reply from Assaff Rawner (CEO of MrMoCo.com) at which point he pointed me to www.PhotoRobot.com/robots/catwalk as an example of something that already existed and was similar to my patent. Long story short ALL of it is entirely generated by AI - This includes all of their youtube videos (3 of which are listed as prior art on my patent - 1 of which they already deleted but I have saved) as well as all of their false history they fraudulently added to the internet archive (which I have tons of PDF screenshots including a 'real-time'capture of the fraudulent activity which consists of two pdf screen captures only five minutes apart in which I caught the total archive count going from 45 to 47 and you can clearly see additional date bars being added at the end of 2021 (fraudulent backdating to create a false history) This fraud spans multiple websites - all of which are being used as references for one another to create a false history that makes it appear they were already practicing that which is contained within my patent for the purpose of stealing it ultimately. Mark Roberts Motion Control is partnered with Microsoft and Dimension Studios. I would guess all of the AI generated images and videos are Microsofts handy work. By adjusting the color curves for their website images, PDF product brochures, and all of their various videos I have come up with a method that is able to clearly demonstrate beyond any reasonable doubt that all of it is AI generated - this would include videos which were supposedly uploaded to YouTube in 2012...which presents an obvious issue - As in either AI has been around a lot longer than we've been lead to believe or YouTube as well as Vimeo and other sites (including the internet archive) are allowing the fraudsters to have free reign as far as adding fraudulent backdated content for the purpose of establishing a false history. I have been documenting all of this with multiple attorneys so there is plenty of additional supporting evidence to back up all of my claims My reason for finally deciding to report this stuff 'officially' though is that I just established the color curve method which I was able to use to process all of their website images as well as their YouTube videos . The results make it 100% clear that ALL of it is AI generated and it is all fraud. The companies, the products, the websites, etc I believe are an entire AI fabrication even though I am sure they have enough know how and resources to make them appear real from the outside. None of that matters though since I was able to catch everything so early. I should also mention that I just downloaded the 2 out of 3 videos still on their youtube page a couple days ago and can confirm all of the artifacts confirming AI still exisit. Here is a link which proves everything I am saying - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Here is a link directly to their YouTube videos I analyzed which shows AI generation clear as day - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

### How it started

| Date fraud began: | Amount I was asked for: | Amount I Paid: |
|---|---|---|
| 10/31/2022 | | |
| **Payment Used:** | | **How I was contacted:** |
| | | Email |

## Details about the company, business, or individual

| Company/Person | | |
|---|---|---|
| **Name:**<br>Mark Roberts Motion Control | | |
| **Address Line 1:** | **Address Line 2:** | **City:** |
| **State:** | **Zip Code:** | **Country:**<br>GBR |
| **Email Address:**<br>Assaff@MrMoCo.com | | |
| **Phone:**<br>441342838007 | | |
| **Website:**<br>www.MrMoCo.com | | |
| **Name of Person You Dealt With:**<br>Assaff Rawner | | |

## Your Next Steps

If you think you clicked a link or opened an attachment that downloaded harmful software:

- Update your computer's security software.
- Then run a scan and delete anything it identifies as a problem.
- Learn more about how to get fewer spam emails at ftc.gov/spam.

General Advice:

- **You can find tips and learn more about bad business practices and scams at consumer.ftc.gov.**
- **If you're concerned that someone might misuse your information, like your Social Security, credit card, or bank account number, go to identitytheft.gov for specific steps you can take.**

## What Happens Next



- Your report will  help us in our efforts to protect   **all** consumers. Thank You!
- We can't resolve your individual report, but we use reports to investigate and bring cases against fraud, scams, and bad business practices.
- We share your report with our law enforcement partners who also use reports to investigate and bring cases against fraud, scams, and bad business practices.
- We use reports to spot trends, educate the public, and provide data about    what is happening in your community. You can check out what is going on in your state and metro area by visiting   **ftc.gov/exploredata.**
- Investigations and cases do take time, but when we bring cases, we try to get money back for people. Check out **ftc.gov/refunds** to see recent FTC cases that resulted in refunds.

About Us Jobs Contact Us Logout
Trademark  Electronic Application  System

**You will not be able to use TEASi**

**This Page Requires JavaScript.**

TEASi web  pages require the enablement of JavaScript in your web browser. To enable JavaScript, please follow the steps pro...



PTO-2131
Approved for use through 04/30/2022. OMB  0651-0051
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB  control number

## APPLICATION  FOR  INTERNATIONAL  REGISTRATION

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **FILING DATE** | 06/01/2023 |
| **MARK SECTION** | |
| **MARK IMAGE** | 97699805.jpg |
| **DESCRIPTION OF MARK** | The mark consists of the stylized text "INFINISET"  with a stylized  square  shape  to  the  left of the text, the left side of the  square being a right-facing triangle. |
| **VERBAL ELEMENT(S)** | INFINISET |
| **OWNER SECTION** | |
| **NAME** | Matthew Guertin |
| **STREET** | XXXXXXXXXXXXXX |
| **CITY** | Plymouth |
| **STATE** | Minnesota |
| **COUNTRY/REGION/JURISDICTION** | United States |
| **ZIP/POSTAL CODE** | 55442 |
| **EMAIL** | ustrademarks@wck.com |
| **LEGAL ENTITY TYPE** | INDIVIDUAL |
| **COUNTRY/REGION/JURISDICTION OF CITIZENSHIP** | United States |
| **ENTITLEMENT SECTION** | |
| **APPLICANT IS U.S. NATIONAL** | |
| **COUNTRY** | YES |
| **REPRESENTATIVE SECTION** | United States |
| **NAME** | Amanda  M. Prose |
| **FIRM** | WESTMAN, CHAMPLIN & KOEHLER, P.A. |
| **STREET** | 121  South Eighth Street, Suite 1100 |
| **CITY** | Minneapolis |
| **STATE** | Minnesota |
| **COUNTRY /REGION/ JURISDICTION** | United States |
| **ZIP/POSTAL CODE** | 55402 |
| **PHONE** | 6123343222 |
| **FAX** | 6123343312 |
| **EMAIL** | aprose@wck.com |
| **BASE APPLICATION/REGISTRATION** | |
| **APPLICATION  NUMBER** | 97699805 |

https://tsdr.uspto.gov/#caseNumber=97699805&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch

| Input Field | Entered |
|---|---|
| APPLICATION FILING DATE | 12/01/2022 |
| PRIORITY APPLICATION | |
| COUNTRY/REGION/JURISDICTION | United States |
| APPLICATION NUMBER | 97699805 |
| APPLICATION FILING DATE | 12/01/2022 |
| CLASS CODE | 009 |
| CLASS DESCRIPTION | Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track |
| CLASS CODE | 042 |
| CLASS DESCRIPTION | Providing online non-downloadable green screen and imaging software for digital compositing; providing online non-downloadable computer software for use in video and photo editing and sharing |
| GOODS AND/OR SERVICES SECTION | |
| Note: If no limitation exists for a designated contracting party, then the extension for that party is for all list and/or services. If a class has been excluded, no information relating to that class will exist. | |
| CLASS | 009 |
| OVERALL DESCRIPTION | Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission or reproduction of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable treadmills, namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track |
| CLASS | 042 |
| OVERALL DESCRIPTION | Providing online non-downloadable green screen and imaging software for digital compositing; providing online |

| Input Field | Entered |
|---|---|
|  | non-downloadable computer software for use in video and photo editing and sharing |
| **DESIGNATED CONTRACTING PARTY(IES)** |  |
| 1ST COUNTRY/JURISDICTION |  |
| 2ND COUNTRY/JURISDICTION | Canada China |
| 3RD COUNTRY/JURISDICTION | European Union French |
| SECOND LANGUAGE | Japan |
| 4TH COUNTRY/JURISDICTION | Korea, Republic of United |
| 5TH COUNTRY/JURISDICTION | United Kingdom |
| 6TH COUNTRY/JURISDICTION | Vietnam |
| INTENT TO USE |  |
| 7TH COUNTRY/JURISDICTION |  |
| TOTAL DESIGNATED CONTRACTING PARTY(IES) |  |
| **FEE AMOUNT** | 3922.00 Swiss Francs |
| **PAYMENT INFORMATION** | 4320.33 US Dollars |
| PAYER'S NAME | Matthew Guertin |
| PAYMENT DATE | 06/01/2023 |

Filed in District Court
State of Minnesota
5/10/2024 3:08 PM

**WIPO | MADRID**
The International
Trademark System

---

## CERTIFICATE OF REGISTRATION

The International Bureau of the World Intellectual Property Organization (WIPO) certifies that the indications appearing in the present certificate conform to the recording made in the International Register of Marks maintained under the Madrid Agreement and Protocol.

| | |
|---|---|
| Reproduction of the mark |  |
| Registration number | **1 739 675** |
| Registration date | **June 1, 2023** |
| Date next payment due | **June 1, 2033** |
| Name and address of holder | Matthew Guertin |
| | 4385 Trenton Ln N 202, Plymouth MN 55442 (United States of America) |
| Legal nature of the holder (legal entity) and place of organization | INDIVIDUAL,  United States |
| Name and address of the representative | Amanda M. Prose, WESTMAN, CHAMPLIN & KOEHLER, P.A., 121 South Eighth Street, Suite 1100, Minneapolis MN 55402 (United States of America) |
| Classification of figurative elements | 26.3; 26.4; 27.5 |
| Certified description of the mark | The mark consists of the stylized text "INFINISET" with a stylized square shape to the left of the text, the left side of the square being a right-facing triangle. |
| List of goods and services NCL(12-2023) | 9  Cinematographic system for creating or producing video content comprised of cinematographic machines and apparatus in the nature of a rotatable endless track enabling movement along two axes and recorded computer software for syncing the movement of the endless track and video capture with one or more cameras for creating the illusion of movement; system for use in cinematographic or live event staging, namely, cinematographic system comprised of rotatable endless track enabling movement along two axes, video screens; downloadable green screen and imaging software for digital compositing; downloadable computer software for use in video and photo editing and sharing; photographic, cinematographic apparatus, namely, an endless track enabling movement of a camera user along two different axes; apparatus for recording, transmission  or reproduction  of sound, video, or images; cinematographic machines and apparatus in the nature of rotatable  treadmills,  namely, a treadmill rotatable about an axis different than the axis of travel of the endless track of the treadmill for purposes of creating the illusion of continuous or dynamic movement of a user on the endless track. |
| | 42  Providing  online non-downloadable green screen  and imaging software for digital compositing; providing online non downloadable computer software for use in video and photo editing and sharing. |
| Basic application | United States of America, December 1, 2022, 97699805 |

WORLD
**INTELLECTUAL PROPERTY**
ORGANIZATION

34.chemin des Colombettes
1211 Geneva 2D, Switzerland
www.wipo.int



## CERTIFICATE ___ OF REGISTRATION

(continued) **1 739 675**

| | |
|---|---|
| *Data relating to priority under the Paris Convention* | United States of America, December 1, 2022, 97699805 |
| *Designations under the Madrid Protocol* | Canada, China, European Union, Japan, Republic of Korea, United Kingdom, Viet Nam |
| *Declaration of intention to use the mark* | United Kingdom |
| *Date of notification* | July 13, 2023 |
| *Language of the international application* | English |

Hongbing Chen
Director, Madrid Operations Division
Madrid Registry
Brands and Designs Sector

Geneva, July 13, 2023





# PLYMOUTH POLICE DEPARTMENT
### INCIDENT REPORT

| ICR# 23033797 | AGENCY ORI# MN0271700 | JUVENILE: |
|---|---|---|

**Reported:** 09-07-2023 1715    **First Assigned:** 1719  **First Arrived:** 1727  **Last Cleared:** 1944

**Committed Start:** 09-07-2023 1715  **Committed End:**

**Title:** Information

**Summary:**

 Informational report regarding possible patent fraud.

**Location(s)**

Sagamore Condos   **Address:** 4385 Trenton Ln APT 202   **City:** Plymouth   **State:** MN   **Zip:** 55442   **Country:** US

| **Officer Assigned:** Beauchane, Krystal | **Badge No:** 147 | **Primary:** Yes |
|---|---|---|

| **MOC:** MISINF | **Literal:** MISCELLANEOUS INFO | **Statute:** | **UCR:** |
|---|---|---|---|

**Involvement:** Victim                    **Name:** Guertin, Matthew David        **DOB:** 07-17-1981

**Age:** 42

**Address:** (Residence) 10233 34th St W APT 304   **City:** Minnetonka   **State:** MN   **Zip:** 55305   **Country:** US

**Phone:** (Home)              **Email:** (Home) xxxxxxxxxxxxxxxxxxxxxxxxx

**Involvement:** Mentioned                **Name:** Guertin, Shelly           **DOB:**

**Age:** 61

**Address:** (Residence) 4385 Trenton Ln 202   **City:** Plymouth   **State:** MN Zip: 55442   **Country:** US

**Phone:** (Cell)

Filed in District Court
State of Minnesota
5/6/2024 3:66 PM

**Supplemental Report**

**ICR:** 23033797

**Title:** Main - Beauchane #147

On 9/7/23 I responded to 4385 Trenton Ln #202 for a report of patent fraud.

I spoke to Matthew Guertin. He showed me several things on his computer and a set up for the patent he procured that was in the Livingroom of his residence. Due to the amount of information he was providing me and the complexity of the report, I asked that Guertin send me a synopsis of the information he was wishing to report. See media title: "Email - report information". I received several, more in depth, emails explaining the fraud from Guertin. Those emails are attached.

This report is intended to document that Guertin has reported the patent fraud to local law enforcement.

Guertin does wish to press charges but stated he knows it's a process and that he wanted to start by making a report to local law enforcement so he could continue to report the patent fraud to other entities.

Beauchane #147

Filed in District Court
State of Minnesota
5/10/2024 3:66 PM



## Replying to your message

From Senator Amy Klobuchar <senator@klobuchar.senate.gov>

To      Matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

Date    Wednesday, September 20th, 2023 at 2:03 PM

Thank you for taking the time to contact me. I appreciate hearing from you on this important matter, and I will keep your views in mind as relevant legislation and other decisions related to this issue come before the Senate.

I continue to be humbled to be your Senator, and one of the most important parts of my job is listening to the people of Minnesota. I am here in our nation's capital to do the public's business. I hope you will contact me again about matters of concern to you.

- Amy

Amy,

Good afternoon,

  My friend XXXXXX - Founder of XXXXXX and XXXXXXXX, whom I've known for almost 20 years suggested I reach out to you regarding all of the crazy stuff going on in my life as a result of an extremely valuable patent I have been granted - that being US11577177B2 of which I alone am listed as the sole inventor on and which was officially granted to my company InfiniSet, Inc. on Valentines day of this year.

  Before I dive into the craziness that has become my life as a result of this patent I'll start off with an introduction of who I am - that being a 42 year old born and raised Minnesotan who grew up in Plymouth, MN on the east side of Medicine Lake at the top of the hill on 32nd Ave and who has remained in the general vicinity my entire life except for the period of 2014 - 2020 when I moved to Los Angeles to work at what essentially was my dream job at the company formerly known as V Squared Labs and which is now www.XiteLabs.com where I had the opportunity to travel the world for the first time in my life while being paid to essentially 'play with computers' doing what I loved while also attending some of the biggest concerts and festivals that a lot of people dream of being able to go to. I worked my way up to this after being a DJ and club promoter in downtown Minneapolis (which is how I met XXXXX as well as XXXXXXX of XXXXXXX Studios) where I eventually found my calling working as a lighting designer at many of the downtown nightclubs - Mainly Epic Nightclub from 2008-2013 as well as many others which is where I 'cut my teeth' so to speak. I have contributed and been involved in many different local events and businesses which then turned into me getting worldwide recognition in various publications, etc. after moving to LA where I was involved in such things as putting on a show for the King and Royal Family of Saudi Arabia in 2019 for a UNESCO World Heritage Event as well as designing, engineering, and fabricating Bad Bunny's mainstage Coachella set piece in 2019 among many other impressive feats - many of which I can hardly believe I successfully completed when looking back at all of it.

All of this work I speak of including both the local as well as international projects can be viewed on my personal portfolio site www.MattGuertin.com

Fast forward to now -

  I moved back to Minnesota from Los Angeles in April of 2020 due to Covid and ended up moving into a one bedroom apartment in Minnetonka where I sat aimlessly for a while wondering what I was going to do with my life as I was essentially without any direction or purpose due to Covid and so late 2020/early 2021 is when I actually put together my personal website due to finally having the time to compile everything I had been diligently documenting along the way, with the ultimate goal being to find new employment opportunities - that was until February 3rd, 2021 when I thought up the idea which I have now officially been granted a patent for, along with an 'InfiniSet' word trademark, logo trademark, and which I have been working on nonstop ever since - all made possible by the investment, help, and support of family members that believed in me - mainly my aunt and mom. In addition I just filed my PCT application in Brazil, Canada, Chile, Israel, Japan, Malaysia, Mexico, Nigeria, Philippines, Singapore, and the UAE and will be filing additional international patents in the 31 month countries before the October 19th deadline as I am in the process of securing major investment from my friends in XXXXXXX - whom I met as part of my wordly travels when I was in Los Angeles

--------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------
--------------------------------------------------------------------------------------------------------------------------------

  So now that you have a better idea about who I am and what I've been up to I will get to the main reason for contacting you which is in regards to all of the completely surreal and insane things I have been dealing with in terms of being targeted by major corporations due to my patent - which is a VERY big deal due to what it makes possible. As an example I have been directly contacted by XXXXXX who is the XXXXXXX at XXXX XXXX Corporate locally with heavy interest, multiple virtual film studios which all want to talk to me and use my technology, and I have had many people I know in the entertainment industry who are well versed in 'virtual production' tell me that it is "going to revolutionize the industry", etc. - all of which is true as it is essentially a rotating treadmill whose rotation and speed is precisely controlled by the media server / render engine - that mainly being Unreal Engine - with the end result being the ability for a person to travel anywhere they want along the ground plane through a virtual environment/real world pre-filmed environment all while staying in the same, small physical 'real-world' location.

What I invented is essentially the 'holy grail' of VR/AR and virtual production - with the technical term for it being 'Free viewpoint rendering' - Keep in mind that I have not had any formal college education yet I was able to single handedly think up this idea and then design, engineer, fabricate, and program a working prototype of the exact design shown in my patent filing in addition to setting up the company, designing the logo, dealing with all of the patent stuff, etc, etc. It is not an exaggeration to say that I have dedicated my entire life solely to this for nearly the last three years which includes all of my time, money, focus, etc. It's become my whole life - and I currently have two very well known companies in the process of essentially stealing it from me - those being Microsoft as well as Netflix. Both of them are carrying out this fraud using Ai generated content, videos, and websites which are then being fraudulently posted into the past with the help of other major companies including the Xxx archive, XxxTube, Gxxgle, 'official' academic publishing websites, etc, etc. all for the purpose of creating fraudulent prior art and essentially creating a completely fabricated, false history with the end goal being to steal my patent by invalidating it.

It sounds crazy and it is.....it is surreal...even still. I have proof of all of the claims I am making though as I have been collecting and analyzing a massive amount of digital forensic evidence and have also filed two different police reports as well as a report with the FBI through IC3 dot gov, an FTC report, and a report with the SFO in the UK. In regards to Netflix it is very relevant to mention that I ended up in the extremely unlikely 'fluke' of filing my provisional patent application only 12 days before Stephan Trojansky filed a patent for the exact same thing - I filed on March 19th, 2021 and he filed on March 31st, 2021. His company 'Scanline VFX' was acquired by Netflix for at least 100 million dollars 8 months later based on Netflix Q12022 investors report with the official acquisition being announced in a Netflix press release on November 22nd, 2021.  All of this can be verified by searching their website. As a result of his provisional patent and the subsequent acquisition Netflix and Trojansky formed the company 'Eyeline Studios' for the sole purpose of focusing on that which is contained within the Trojansky application (which is currently assigned to Netflix, Inc.)

The other thing which is very relevant is the fact that I expedited my patent filing via USPTO TrackOne which is the reason I was already granted a patent on Feb 14th of this year and the Netflix application is still just an application. Once my patent was granted on the 14th me and my patent attorney filed a 3rd party prior art submission with the USPTO which was officially reviewed, determined as relevant, and entered into the record officially on Feb 20th of this year. I essentially 'destroyed' the Netflix patent as I covered every single one of their claims all the way down to using the exact same language regarding a user cue system, digital twin, etc. It's pretty crazy actually...just as everything else is and has been since discovering the Netflix patent which I only came across randomly due to the Microsoft/Mark Roberts Motion Control fraud which was being carried out by creating a fake website/company called PhotoRobot which is all entirely fake I ended up figuring out but which is officially listed as unpublished prior art on my patent - it is all fraud. The ironic part is that the only reason I even know about PhotoRobot (and in turn the only reason I inadvertently stumbled upon the Netflix patent..) is because the CEO of Mark Roberts Motion Control responded to me 3 weeks later after I had contacted his company to get help with a 3d model of their 'Bolt Cinecam' after attending a local workshop at Cinemechanics in Golden Valley July of 2022 in which he directly pointed me to PhotoRobot in his email due to being so overly confident and excited about the fraud he was involved in carrying out even though it obviously wasn't anywhere near being 'complete' as I ended up not even looking into it at all on the Internet Archive until over a month later. He apparently thought I would never figure any of it out - the same goes for Netflix who is now involved in trying to fraudulently invalidate my patent in one of the most obvious and in my opinion stupid 'plans' ever as opposed to simply approaching me and offering to pay me which I would've been happy to outright sell for a solid offer - but instead they are now choosing to carry out a massive fraud which is very obvious and which should (if there is such thing as any type of actual 'justice' for these mega corporations...) result in their entire company Eyeline Studios being dissolved.

The way all of this criminal fraud is being carried out is that these companies are essentially utilizing Ai to create any type of fake content/images/videos/academic papers/websites they want and then XxxTube, The Xxx Archive (a 501c3), Gxxgle, Xxxxxxx, XxxxxIn, official academic publishing websites, and a huge consortium of other tech companies are conspiring with them in the fraud by allowing them free reign to fraudulently post back dated content for the purpose of creating whatever false history they want to establish with the end goal being to defraud people/companies (me) of intellectual property or whatever other end goals they want to achieve. I mention not only me and my intellectual property because it is very apparent that this is not only being used to defraud me and is in fact an established system it would seem - this is especially true based on all of the evidence and research I did involving the web archive - which I now

see has been listed on the USPTO website as a credible source that can be used as court admissible prior art for the purpose of establishing the validity of patents and therefore used to invalidate my patents - like mine.

In the case of the Netflix fraud currently being carried out against me they now have Paul Debevec working for them which I discovered after viewing a SIGGRAPH 2023 video in which he gives a 1 hour presentation openly representing Eyeline Studios in which he presents a rotating treadmill at the 59 minute mark which he claims that he invented in 2006 as part of his 'Light Stage' which is in fact 'real' as he has been granted 3 patents for it - granted in 2006, 2008, and 2015. The thing is that the treadmill he is claiming to have already created in 2006 is essentially the exact same technology as well as achieves the exact same end result as that which is contained in both my patent as well as the Trojansky/Netflix application - meaning it would not only invalidate my already granted patent if it were in fact authentic but also the still pending patent application which was the entire reason for the company he is working for being formed in the first place and which the CEO, Stephan Trojansky is listed as the sole inventor of. So this is apparently their brilliant plan to deal with the fact that my already granted patent has been filed and accepted as 3rd party prior art against their patent application. Just on its face they have an obvious and very clear issue related to their duty of candor as they have a person now working for them who supposedly already invented the same exact thing they have a pending patent application for but which is not included as prior art. Even if it was though it makes no sense. I am not sure if their plan is to try and invalidate my patent and then have all of the fraudulent content and academic papers taken down and then they still try to obtain a patent for their pending patent application - but even this doesn't make any sense.

Regardless - besides the already very obvious and clear issue that exists in my opinion (as well as others I have conferred with..) I have been able to collect a very large amount of academic papers spanning early 2000's to current (3.5gb...around 248 total articles – I say 'around' because there are some duplicates mixed in as well) as well as a large amount of content from the Russian search engine Yandex (which I collected from Yandex because much of the results remained authentic as opposed to the USA/Google search results). What the 'authentic/original' search results clearly show is that Paul Debevec's 'Light Stage' is in fact real but that it is was specifically focused on capturing the human face as opposed to a moving person on a treadmill, and in addition I have also spent my own time analyzing and making sense of all of this data I collected using MAXQDA as my main tool which allowed me to conduct language analysis and search for various words and analyze the use of words and language. One of the things I was able to figure out is that even though Paul Debevec clearly states in one of his fraudulent 2006 papers that "at the center of the setup is a rotating treadmill" the word treadmill is never mentioned once in any of the 3 patents he was granted for his 'Light Stage' - in fact I actually downloaded every single one of the patents which Paul Debevec is listed as an inventor on and the word 'treadmill' is not ever mentioned in any of them at all even though it is obviously the 'key' element that makes the entire subject matter of his claimed paper possible. Besides this obvious red flag I have a whole bunch of other evidence and proof I've established in addition such as being able to very clearly prove that his claimed 2006 papers contain images that are 100% Ai generated which is an obvious problem if they were really from 2006 as is being claimed. I figured out that the images (as well as the video being presented as authentic from 2006 as part of the research and academic papers) by adjusting color curves in Adobe After Effects and Photoshop - I essentially devised my own Ai detection method which I have yet to see anyone else cover but regardless it very clearly highlights a well known artifact of Ai generated images and video content - those being 'checkerboard artifacts' (which I also have all of the documentation and research compiled for the purpose of substantiating that it is in fact all fake, ai created content)

I also have proof in the form of emails from LinkedIn that USCCinema - the school where Paul Debevec is a professor at searched for my LinkedIn profile two separate times, etc, etc. It's a lot of stuff to cover which is why I will simply provide you with some links which in fact proves every single claim I am making without any doubt whatsoever.

In addition to all of the digital evidence I have collected I also have a large amount of email communication between me and my patent attorney, the web archive, the CEO of Mark Roberts Motion Control on October 31st (which is what kicked this whole thing off - MrMoCo is partnered with Microsoft)

It is a very long story and a lot to try to explain which is why I will try to wrap this up in the interest of time and instead provide you with some links to the various reports I filed as well as to solid proof that all of the stuff being presented as authentic is in fact generated by Ai - mainly CNN and GAN being used to generate completely fake images and videos.

Long story short I am currently in fear for my life insofar as not wanting to go outside at all until I am at least able to secure my investment and get some additional shareholders assigned to my company so that I am not the main 'problem' standing between Netflix and the 500 million + dollars plus they have invested so far into their endeavor - the one which is technically infringing on my patent - WHICH THEY KNOW THEY ARE. I have no idea why the hell they would rather risk everything by attempting to carry out a large criminal conspiracy as opposed to paying me a large sum of money which in turn would make them 'whole' as far as still being able to continue forward with their business while also retaining all of the intellectual property rights they thought they originally owned for the next 20 years and both of us would be happy.

The main problem and my reason for refusing to back down no matter what happens is because they are trying to steal everything from me. I have dedicated a massive amount of time and effort throughout my life in order to be able to have all of the knowledge and skills required to arrive at this point where I thought up this insanely valuable idea along with all of the skills needed to design, engineer, and build all of it without any college education at all. I am now at a point where I have spent the last three years straight working on this and used up all of the money my family is able to afford and they are trying to outright steal all of it from me instead of simply compensating me a very large, yet fair sum of money so that I can have all of my hard work pay off and retire and relax and enjoy my life. Instead I am essentially being forced into being a whistleblower due to the fact that I am being forced into exposing not just Netflix but an entire massive criminal conspiracy involving some of the largest companies in the world which is not exactly my idea of a good time or any part of what I intended when I simply thought up a good idea and worked hard to make it a reality.

I am reaching out to you in the hopes that you can 'shine some light' on all of this and help me in resolving this rather large problem. It should also be noted that the US Government helped with initial funding and holds an interest in Paul Debevecs Light Stage research and the resulting patents which may explain why there is an Army dot mil site hosting Paul Debevecs fraudulent 2006 papers for the purpose of helping to carry out and aid in this fraud. This may also explain why I have had government agencies like DARPA, Defense Intelligence Agency, US Army Reserves, US Air Force, INFOPACOM, etc all directly search for me on LinkedIn (which I have proof of) yet none of them have felt the need to message me and say hi at all. I feel like I am up against a rather large machine and it is complete bullshit as they have access to unlimited money essentially and I would be more than happy to sell them my company along with the intellectual property.

My ultimate goal is simply to be able to retire and live the rest of my life not having to worry about money any longer. I say this as someone who grew up having never met my father who grew up in foster homes, and shelters, etc and inbetween was raised by my single mom who was on goverment assistance. I've busted my ass and fought hard to earn everything I've achieved in my life which includes the current point I am at where I have single handedly interrupted business dealings involving hundreds of millions of dollars and am currently sitting on a patent that is worth billions of dollars and all I really want is to be paid and left alone to live my life. I just want all of my hard work to pay off - not stand by and let it be stolen from me.

Regardless of what happens I am not going to simply give up. Not at all.

I am going to continue forward no matter what and turn this into a valuable business and then Netflix can end up bidding against Disney and Universal Studios to buy back what they could've had for 5% of the price had they simply been honest instead of being thieves and criminals.  I am worried about my safety currently because I am smart and understand the high stakes game I have inadvertently ended up having to play - but at the same time I am pissed off because this is such bullshit that I am even having to deal with this to begin with. Pardon the language but just having to even spend the time writing this along with all of the other stuff I have had to deal with is pissing me off because I don't deserve this and it's shady af that all these companies are essentially nothing more than a bunch of criminals. They picked the wrong person and severely underestimated my abilities as I am guessing they are doing this to many other people but I bet I am the only one who has figured it all out.

Here is a video edit I just recently made which does a good job showing where I am at with my actual invention and what I have been able to design, engineer, fabricate, program, etc while also simultaneously dealing with all of the other crap that has now become 'my life' due to simply filing a patent for a really good idea
-https://link.storjshare.io/jwpcita3o7lj2i5gu55ahelusudq/docs2%2FSample_cut.mp4

PhotoRobot Ai generated youtube videos 1 - https://link.storjshare.io/jx6bicxngzh6cshf4hkxelnn64la/micro-sd-shared-with-police%2FMicrosoft%20Fraud%2FAi%20YouTube%20Videos

PhotoRobot Ai generated youtube videos 2 - https://link.storjshare.io/jwllntordwjbs34rooankqlnykfa/micro-sd-shared-with-police%2FMicrosoft%20Fraud%2FAi%20YouTube%20Videos%201

PhotoRobot Ai generated youtube videos 3 - https://link.storjshare.io/juhetavggjwuzqfyaauzruvnos2q/micro-sd-shared-with-police%2FMicrosoft%20Fraud%2FAi%20YouTube%20Videos%202

Proof of 3rd party art filing against Netflix Patent - https://link.storjshare.io/jwzzvqikszb77z6ldxab74pvew3q/docs2%2F3rd-part-art-filed

Here is the FTC Report I Filed - https://link.storjshare.io/jw4i3t3z3r2uqtj4pdfpj3yceqmq/micro-sd-shared-with-police%2FOther%20Reports%2FMay_3rd_2023__FTC_Report.pdf

SFO Report # I filed in the UK - https://link.storjshare.io/jx3cqpfl5yjk3tvqtxnojl5xdhfa/micro-sd-shared-with-police%2FOther%20Reports%2FSFO%20Report.pdf

Here are both of Paul Debevec's claimed 2006 papers along with my color curve Ai analysis and MAXQDA word analysis proving he is a liar and involved in crimanl fraud with Netflix - https://link.storjshare.io/jxfirnh2ooduzxgexsshkjvjr4qq/docs2%2Fpaul-debevecs-fraudulent-papers

March 19th, 2021 - Matthew Guertin Patent Application US20220297024A1 - https://tinyurl.com/2p96bn8c   https://patents.google.com/patent/US20220297024A1/en

March 31st, 2021 - Stephan Trojansky Patent Application US20220319115A1 - https://tinyurl.com/ypnfuybf  https://patents.google.com/patent/US20220319115A1/en

June 30th, 2021 - Eyeline Studios is registered with CA Secretary Of State - https://tinyurl.com/4axw745d  https://link.storjshare.io/s/jvttjep2g3blhmsmgoak6gcoheiq/document-list/California%20Secretary%20of%20State_Eyeline_Studios.pdf

Nov 22nd, 2021 - Netflix Press Release announcing Scanline VFX Acquisition - https://tinyurl.com/5dpcchuh  https://about.netflix.com/en/news/bringing-more-vfx-magic-to-our-members-with-scanline-vfx

April 19th, 2022 - Netflix Q1-2022 Shareholders Letter - https://tinyurl.com/4k3auzw3  https://s22.q4cdn.com/959853165/files/doc_financials/2022/q1/FINAL-Q1-22-Shareholder-Letter.pdf

Oct 31st, 2022 - Email Response from CEO of Mark Roberts Motion Control - https://tinyurl.com/43sm945x  https://link.storjshare.io/s/jvyso2r57dfmcw5r2twarrytktsa/document-list/Oct_31st_2022__The_Email_That_Started_All_Of_This.pdf

Jan 12th, 2023 - Minnetonka, MN Police Report - Case # 23000151 - https://tinyurl.com/y8yvmc2c  https://link.storjshare.io/s/jwds7ien6sa3jzyo65vztq4if5yq/document-list/Minnetonka%20MN%20Police%20Report%2023000151.pdf

USPS Certified Mail Receipt # 70200090000008908625 - Mailed To: Eyeline Studios - Chief Operating Officer - Scott Miller - 5808 W Sunset Blvd - 12th Floor - Los Anges, CA 90028
USPS Certified Return Receipt # 9590940275212098962586  for Certified Mail # 70200090000008908625 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/5cwvstbf  https://tinyurl.com/sx9dvuea

USPS Certified Mail Receipt # 70200090000008903910 - Mailed To: Eyeline Studios - CEO - Stephan Trojansky - 5808 W Sunset Blvd - 12th Floor - Los Anges, CA 90028
USPS Certified Return Receipt # 9590940275212098973636  for Certified Mail # 70200090000008903910 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/3ts8sk3c  https://tinyurl.com/5dk77md2

USPS Certified Mail Receipt # 70200090000008908618 - Mailed To: Eyeline Studios Registered Agent / Stephan Trojansky - 330 N Brand Blvd - Ste 700 - Glendale, CA 91203
USPS Certified Return Receipt # 9590940275212098974213  for Certified Mail # 70200090000008908618 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/4psr5m4k   https://tinyurl.com/yc67fpw4   https://tinyurl.com/yy8vsmzb

USPS Certified Mail Receipt # 70200090000008903880 - Mailed To: Scanline VFX - Stephan Trojansky - 6807 W Sunset Blvd - 4th Floor - Los Angeles, CA 90028
USPS Certified Return Receipt # 9590940275212098964030  for Certified Mail # 70200090000008903880 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/3875s6cw   https://tinyurl.com/89dva8rj   https://tinyurl.com/yjbyaw8d

USPS Certified Mail Receipt # 70200090000008903897 - Mailed To: Fenwick & West LLP - Robert Hulse - 801 California Street - Mountain View, CA 94041
USPS Certified Return Receipt # 9590940275212098973667  for Certified Mail # 70200090000008903897 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/bddph88t   https://tinyurl.com/yxc2cmvv   https://tinyurl.com/bdd6zwzk

USPS Certified Mail Receipt # 70200090000008903958 - Mailed To: Netflix, Inc. - Bryony Gagan - 100 Winchester Circle - Los Gatos, CA 95032
USPS Certified Return Receipt # 9590940275212098962562  for Certified Mail # 70200090000008903958 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/mwyy4b32   https://tinyurl.com/y7dtmvda   https://tinyurl.com/52z2wd3n

USPS Certified Mail Receipt # 70200090000008903941 - Mailed To: Netflix, Inc. - Greg Peters - 100 Winchester Circle - Los Gatos, CA 95032
USPS Certified Return Receipt # 9590940275212098962555  for Certified Mail # 70200090000008903941 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/mtybfpv5   https://tinyurl.com/wtr3j2sk   https://tinyurl.com/2p95dnsh

USPS Certified Mail Receipt # 70200090000008903927 - Mailed To: Netflix, Inc. - Ted Sarandos - 100 Winchester Circle - Los Gatos, CA 95032
USPS Certified Return Receipt # 9590940275212098962531  for Certified Mail # 70200090000008903927 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/55ewzwtm   https://tinyurl.com/yruc8mm3   https://tinyurl.com/49kf65jw

USPS Certified Mail Receipt # 70200090000008903903 - Mailed To: Netflix, Inc. - Spencer Wang - 100 Winchester Circle - Los Gatos, CA 95032
USPS Certified Return Receipt # 9590940275212098973643  for Certified Mail # 70200090000008903903 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/yc4ue67v   https://tinyurl.com/2hd53stk   https://tinyurl.com/2p8ffsbh

USPS Certified Mail Receipt # 70200090000008903873 - Mailed To: Netflix, Inc. - David Hyman - 100 Winchester Circle - Los Gatos, CA 95032
USPS Certified Return Receipt # 9590940275212098973650  for Certified Mail # 70200090000008903873 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/yckhs4cy   https://tinyurl.com/283schum   https://tinyurl.com/yuzmfps3

USPS Certified Mail Receipt # 70200090000008903965 - Mailed To: Netflix, Inc. - Amy Reinhard - 100 Winchester Circle - Los Gatos, CA 95032
USPS Certified Return Receipt # 9590940275212098974237  for Certified Mail # 70200090000008903965 - Mailed To: InfiniSet, Inc. - 5832 Lincoln Dr #222 - Edina, MN 55436
https://tinyurl.com/r9rd3rhc   https://tinyurl.com/mun6u63y   https://tinyurl.com/uvrsj8ta

27-CR-23-1886

Filed in District Court
State of Minnesota
5/10/2024 3:68 PM

**EXHIBIT Gb**

## Privacy Act Release Form

From Welch, Hanna (Klobuchar) <Hanna_Welch@klobuchar.senate.gov>

To     Matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >, xxxxxxx@xxxxxx

Date   Tuesday, October 3rd, 2023 at 2:32 PM

Hello,

Thank you for contacting the office of U.S. Senator Amy Klobuchar. Before we are able to take any action, the person in need of assistance will need to complete and sign the enclosed Privacy Act Release Form. This form grants our office permission to act on your behalf, and gives the relevant federal agency or agencies permission to discuss your situation with our staff and release any pertinent information to our office.

Please complete the enclosed form and return it to our office by fax at (202)-XXX-XXXX or by postal mail at 1200 Washington Avenue South, Suite 250, Minneapolis, MN 55415.  Feel free to include copies of documents which are particularly relevant to your case.  If you have any questions please contact our office at (612) XXX-XXXX and we will be happy to assist you.

Sincerely,

Hanna Welch

Constituent Advocate & Intern Coordinator

Office of U.S. Senator Amy Klobuchar

1200 Washington Avenue South, Suite 250

Minneapolis, MN 55415

Office: 612-XXX-XXXX

Fax: 202-XXX-XXXX

490.49 KB 1 file attached

Klobuchar PAR.pdf 490.49 KB

## U.S. SENATOR AMY KLOBUCHAR

1200 Washington Avenue South #250
Minneapolis, MN 55415
Phone: (612) 727-5220 Fax: (202) 224-1792

### PRIVACY ACT RELEASE

The Privacy Act requires your written consent before a government agency will release information to our office regarding your records. To better serve you, please complete this form and return it to my Minnesota office. Please be aware that the person requesting assistance must sign this form.

Mr. _X_   Mrs. ___   Ms. ___   Dr. ___

Name: _Matthew David Guertin_   Date of Birth: _07/17/1981_
mm/dd/yyyy

Mailing Address: ███████████████

City: _Plymouth_   State: _MN_   Zip: _55442_

Phone (H): _Me-_███████   (W): _Mom-_████████   Cell: ___

Email Address: ██████████████████

Federal Agencies involved: _F.B.I., F.T.C., US Secret Service, USPTO, US Army_

Social Security Number*: ████████████

*Do not provide SSN for immigration or housing issues

| Military or Veteran's Issues: |
|---|

Branch of Service: _US Army_   Are you currently serving?  Yes ___  No _X_

What agency does your issue concern? If other, please specify: _US Army_

Veterans Benefits Administration ___   Veterans Health Administration ___   Other _X_

Type of Claim Filed: _Fraud_

| Social Security Issues: |
|---|

Type of Claim Filed: ___

| | Pending: | Approved: | Denied: |
|---|---|---|---|
| Initial Claim: | | | |
| Reconsideration: | Pending: | Approved: | Denied: |
| ALJ Hearing: | Pending: | Approved: | Denied: |
| Appeals Council: | Pending: | Approved: | Denied: |

1

**Immigration Issues:**

Petitioner:

Country of Birth:_____ Alien Number (if any):_____

Beneficiary Name (if applicable):_____

Date of Birth:_____ ___ Country of Birth:_____

Alien Number (if any):_____ Date of Filing:_____

Application type:_____ **Receipt Number:**_____ _____

**Please provide a detailed account of your situation and state how you would like Senator Klobuchar to assist you.** Use a separate sheet if necessary and provide copies of any relevant correspondence regarding this issue.

Have you contacted another Congressional office?          Yes _____   No ✕

If yes, which office have you contacted? _____

I certify, under penalty of perjury, that 1) I provided or authorized all of the information in this privacy release and any document submitted with it; 2) I reviewed and understand all of the information contained in my privacy release submitted with it; and 3) all of this information is complete, true, and correct. I hereby authorize the office of U.S. Senator Amy Klobuchar to access my records and act on my behalf with any and all agencies necessary to resolve the matters listed above.

Signature: _____   Date: 10/5/23

2

Everything regarding my situation can be found at the following web link -

mattguertin.substack.com/?sort=top

All one has to do is start out by reading through the 'InfiniSet CEO Uses chatGPT for first time' and it's highly likely you will keep on reading everything else I have been able to figure out and decided to simply make public. The post and my page has over two thousand views and if it were candle sticks on a market chart it gives me the vibes of wanting to break-out pretty soon in terms of the past few days of activity.

If you would like to get a much clearer picture more quickly below is another link where I show how my granted patent could be used in terms of military training simulations - if you read through the other stuff however and then arrive at the information below (which is essentially the 'end' output of everything currently in terms of flow) you will also realize that the whole military aspect and Netflix, once clearer, actually serves to almost self-substantiate what I believe to be the very obvious and clear (100% certainty in my opinion) images and video content generated by a CNN ai model in all of the papers - which they could come up for an actual excuse for if it wasn't all claimed to be from 2006 due to ai not existing at the time that was capable of generating the imagess and video) Even just the content iitself though is ridiculous just at first glance to many I have shown it to based simply on what they are trying to pass off as 'authentic' while claiming such a far ago date as far as what technology actually exististed back then - long story short it is way too overproduced and perfect and also in my opinion too high resolution for some of the elements if they were actually from 2006 - this doesn't even take into account the obvious CNN artifacts I uncovered very clearly using digital forensic detection methods involving color curve analysis. It would be laughable if I wasn't the one it was directed at...

mattguertin.substack.com/p/potential-military-and-ai-applications

Simply providing you with these web links is the easiest way for me to convey the information in terms of 'big picture' to you otherwise I would spend too much time focused on this as I need to 'move on' and refocus my attention to the actual business itself and what I need to accomplish.

I would be happy to provide any additional information required in terms of any and all digital forensic evidence if something actually ends up being done regarding what I believe is very clear, obvious, and blatant fraud taking place. Regardless I only mention all of this for the purpose of letting you know that I have all of the 'proof' to back up everything I am claiming 100x over. It's just that I am not going to be able to meet the next deadline of October 19th which is my deadline to come up with enough money to file the remainder of my interneational PCT 31 month country filings - which includes Europe. I cannot fail. Plus I am really just getting sick of all of this stuff. It is exhausting.

No one has done anything. Attorneys don't want to even touch it. I have reached out to so many people and it seems pointless as it appears they are either intimidated or being intimidated by outside forces and pressures. Something I believe is likely due to the obvious military involvement in what is all taking place regarding my patent - which has literally turned my life into kind of a surreal nightmare at this point even though I still always try to stay positive and focused.

I don't deserve any of what I have gone through for nearly the past year straight at this point and the fact that it also appears to very clearly involve at least elements of the US Military / Army who I am supposed to believe are my fellow citizens, and whose job definition involves serving and protecting the country in which I live isn't only 'worrisome' for me in terms of concerns for my personal safety but also just kind of sad in a way to realize that I literally feel like one of my 'enemies' in all of this are people I believed were there to actually help and protect me at one point in time...not that long ago actually.

https://MattGuertin.substack.com/p/potential-military-and-ai-applications

Filed in District Court
State of Minnesota
5/10/2024 3:66 PM

Amy Klobuchars assistance -

I would like for Amy Klobuchar to assist me in demonstrating the belief that our society upholds equitable principles for all, regardless of status or resources.

I would like for Amy Klobuchar to assist me in addressing the perception that powerful corporations, agencies, legal entities, and individuals are seemingly invincible and unconcerned with the law due to their vast financial resources and teams of attorneys. This situation presents significant challenges for an independent inventor, US Patent holder, and CEO of a small startup like myself when defending intellectual property rights in proceedings involving small businesses, large corporations, and the USPTO.

I would like Amy Klobuchar to assist me in addressing, and possibly reducing, some of the prevalent stereotypes in the realm of small businesses and intellectual property rights. These stereotypes are not indicative of a judicial process that genuinely upholds impartiality and the principle of justice being 'blind'. Yet, for some reason, many people readily accept and even perpetuate them without giving them much critical thought.

I would like for Amy Klobuchar to assist small businesses, not only in Minnesota but also across the country, as they seek redress and defend themselves against corporate fraud, criminal fraud, and other forms of fraud tied to the misuse of rapidly evolving large language models and various AI image/video generation tools that are being employed for AI-assisted white-collar crime and deceptive business practices.

I would like for Amy Klobuchar to assist me in being able to trust that the digital information which all of us as a fair, functional and collective 'society' rely on as a whole in order for 'society' to even exist in the first place is in fact truthful, authentic, and without deception for everyone equally even though much of it is ultimately actually controlled by only the few.

Sincerely,

Matthew David Guertin
Inventor/Founder/CEO
InfiniSet, Inc.

US11577177B2

10/5/23

Filed in District Court
State of Minnesota
5/9/2024 3:58 PM

## Re: Privacy Act Release Form

From matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

To    Welch, Hanna (Klobuchar)<Hanna_Welch@klobuchar.senate.gov>

Date    Friday, October 6th, 2023 at 4:55 PM

Hanna,

Form is signed and attached.

Thank you very much.

~Matt

19.67 MB    1 file attached

KlobucharRelease.pdf  19.67 MB

## Congressional Response:

From Welch, Hanna (Klobuchar) <Hanna_Welch@klobuchar.senate.gov>

To      Matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

CC      xxxxxxxxx@msn.com

Date    Tuesday, October 10th, 2023 at 1:02 PM

Good afternoon Mr. Guertin,

Thank you for contacting the office of U.S. Senator Amy Klobuchar. We have received your privacy release form and your written letter regarding your concerns. I am sorry to hear of the difficult issues you are experiencing with numerous agencies. Our office is limited to contacting federal agencies on behalf of Minnesota constituents. With that being said, we may contact the U.S. Patent and Trademark Office regarding the product. At your earliest convenience, please provide any supporting documents that would be helpful in sending to the USPTO along with the congressional inquiry. This may be an application submitted to the USPTO or how the product/service has suffered loss/revenue. If you have additional questions or concerns, please feel free to contact me directly by email or by our office's main line at (612) XXX-XXXX.

Sincerely,

Hanna Welch

Constituent Advocate & Intern Coordinator

Office of U.S. Senator Amy Klobuchar

1200 Washington Avenue South, Suite 250

Minneapolis, MN 55415

Office: 612-XXX-XXXX

Fax: 202-XXX-XXXX

# Re: Congressional Response:

From matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

To     Welch, Hanna (Klobuchar)<Hanna_Welch@klobuchar.senate.gov>

CC     xxxxxxxxxx@msn.com

Date    Tuesday, October 10th, 2023 at 3:36 PM

Hanna,

https://mattguertin.substack.com/p/none-of-them-ever-say-hello
These are only the ones that show up in my email inbox as I do not pay extra on LinkedIn
So if we go off that alone the other agencies involved in all of this are DARPA, Army, State Department, Defense Intelligence Agency, INDOPACOM. Just the fact that Paul Debevec searched for me twice should be a huge red flag as he is the 'face' of the fraud as he has legitimate accomplishments and worked at Google, etc.

https://mattguertin.substack.com/p/dr-paul-debevec-fruad
this right here should serve to instantly discredit the entire validity of their operation as well as their patent as they are 100% all involved in a massive criminal conspiracy as well as wirefraud if you want to get technical - but they simply do not care because no does anything. Is someone at Netflix or Paul Debevec really ever going to be worried about 'truly' getting into trouble for what ultimately is blatant fraud being carried out ?

I am not sure if I was emailed this on purpose and perhaps if the authors saw what was happening to me and put this story up to help me or if it is a complete fluke. Regardless this discredits everything while also lining up perfectly with the patents Paul Debevec does in fact have for his Light Stage (which is what they are trying to say his fraudulent research was based on)

So if there is anything to specifcally 'hone in on' it is the link above as they have gotten rid of everything else in terms of the 'true and authentic' history they were able to completely wipe off the internet.

https://mattguertin.substack.com/p/the-internet-archive-fraud
This is me proving that the InternetArchive were the ones carrying out the first round of fraud I experienced near the beginning of this year. This is mathematically sound insofar as the odds that the pattern you see would ever happen to all of the different page groups. I actually made a custom program to be able to parse all of the data you see and put it into spreadsheets. I

https://mattguertin.substack.com/p/ai-generated-youtube-videos-from
I have these completely synthetic, ai generated references on my official patent in the form of ai generated youtube videos which ultimately serves to add credibility to the fake 'PhotoRobot' entity should they somehow appear to legitimize it through various methods I could imagine they have the resources to accomplish/work out. This stuff almost certainly had to have been created by Microsoft as they are partnered with Mark Roberts Motion

Control in addition to the fact that they were able to produce almost all of this in three weeks - those 3 weeks being the time inbetween me firsy contacting the CEO of Mark Roberts Motion Control and him finally responding - which was on October 31st of 2022. I believe these videos are still currently much more advanced than what your average person even thinks is possible at all as I never would've even thought to look more closely at them had I not first been dealing with images.

https://mattguertin.substack.com/p/a-closer-look-at-the-photorobot-fraud

Speaking of here are those images. This is from their fake product brochures. The method I am using to bring all of this stuff to the surface is basic color curve analysis which anyone remotely capable of using a computer could do pretty easy. In addition there iis some of my additional very early captures as well as I witnessing everything keep changing. Just so you realize the woman you see where it says 'Page 5 from 'Virtual Catwalk' is the same 100% synthetic/not real woman that you see in the videos - with the same artifacts if you look more closely at it.

https://mattguertin.substack.com/p/dr-jill-rogstads-official-diagnosis

Here is the blatantly deceptive forensic psychologist I had to go see after being messed with so much and then stumbling across a video of completely fake people which I had never encountered before that I was literally frozen in fear and thought there may very well be people waiting to kill me outside my apartment if I left at all. They knew I was downloading all of the evidence because why would anyone else care? It was literally only me that they were trying to steal from. My life has literally never been the same since that email from the CEO. It's not just related to business...I am currently afraid of going outside at all or going anywhere and the people I am afraid of all appear to be in positions of power or have access to plenty of it. What other explanation would there possibly be for all of those government/military agencies searching for me on LinkedIn? They never send me a message. Everything I have been going through directly relates to the insane value of my patent and the fact that I was unlucky enough to end up filing it 12 days before Netflix. It is safe to assume they have probably invested billions of dollars into the whole military aspect of it by now. That just makes it that much more insane though that they would be willing to just steal from me as opposed to paying me. The entire USPTO may as well be pointless now - especially in the new age of ai. They don't even send out hard copies of patents anymore.

So to be clear about what was carried out just in relation to the Netflix stuff (round 2) they were essentially able to scrub the entire internet of conflicting content and then they distributed a very large amount of completely fake/ai generate images  and videos, flooded YouTube with it, accredited academic publishers,etc. YouTube even let them upload edits of original / authentic content which contained the fraudulent stuff edited in the middle of the video. It is insane. It means that IP is essentially pointless because if you end up like me and come up with an idea that is actually hard to calculate in value due to 100% being a 'breakthrough' 'disruptive' revolutionary concept that there is nothing at all one can do if the people with all the power, money, and digital control of the 'gates' so to speak are able to literally do anything at all they want in terms of very easily just creating fake prior art with a date that's earlier than your and it is game over. That is what they were trying to do to me now two different times and I caught them both times - which is crazy in itself as both times were kind of 'luck' or some type of 'devine' aspect I believe.

This is just exhausting. It has sucked so much of my time and focus away but I would've been foolish not act once I realized what was taking place. I was literally all lined up, opened up my bank account, was happy again and getting outside, etc and then literally all that happened was me seeing the fake video, knowing it was fraud, and

then my whole life has literally been uprooted again suddenly as I am thrown onto a completely different trajectory. When I speak of being worried about my safety I mention that because there have been very clear signs I am/was being surveiled. As an example of all the questionable and strange shit that has now become my 'life' due to this patent just take a look at this - https://link.storjshare.io/XxxXxxxxxXxxxXxXxxXxxxxXXx/round-1-photo-robot%2FspecialOpsGearInvention%2FspecialOpsGear

Somehow I end up with a welder that is also in the CIA...or said he was...but even though he was cool I always got sketchy vibes for some reason...theres a whole lot more 'stuff' in regards to the welder but I will spare you. There is also Google taking my trademarked name 'InfiniSet' and then naming their dataset 'InfiniSet' for their new ai after the fact for the purpose I believe of flooding the internet so that I can't get any traction or hits as they literally have a massive amount of ai generated fake news stories constantly being posted where some of them will use the word 'InfiniSet' 8 times in one pointless article. Just go on Google and type in 'InfiniSet' and you will see exactly what I mean. I am 100% being targeted and messed with. The biggest tell in the case of Google is that they are purposefully and intentionally constantly pumping out new pages / stories so that the search results always stay flooded with the name of my company! It is so crazy. Just go on Google and use a search filter for the last week or month and search for InfiniSet and you will see a bunch of pointless stories. Try clicking on the author. You will realize there is no actual author and the little twitter logo and LinkedIn logo aren't even clickable.

I could literally go on and on and on. I am literally swimming in digital forensic evidence along with all sorts of crazy stuff that was or is going on.

https://mattguertin.substack.com/p/images-from-2006 <~~these are actual images from their fake papers. The little squares prove it is 100% ai generated yet they claim it is all from 2006 when ai wasn't capable of this

They have went to such extreme yet obvious lengths that why wouldn't they also be intentionally making sure certain calls don't get connected as it relates to being able to successfully move my business forward?

The US Army was/is hosting one of these completely fabricated academic papers which was even a completely customized version geared specifically towards simulation training even though it had the exact same authors.

If I had a magic wand and Amy Klobuchar had unlimited powers in terms of reach and ability to affect an outcome she would be calling up the USPTO and making them explain who/what/why etc was involved with the netflix patent suddenly being raced through the USPTO somehow even though they all knew about my 3rd party prior art which was entered into the official record, signed off on, but subsequently ignored, just as my patent attorney firm in Minneapolis had decided to drop me as a client without reason as a direct response to an email I sent clearly showing the fraud taking place and then after that Ms. Klobuchar would drive over to DARPA or the Defense Intelligence Agency and drag whoever is running it out by their ear and not let them leave until they provide some sort of valid reason as to why they are all searching for a private citizen that has absolutely no ties / affiliations / reason to be interacting with them. It would be a different story if they were searching for me and then sending me a message saying hello or something. I am of the opinion that the whole linkedIn search thing should be a cause for concern or something that should be looked into. They are paying attention to me for some reason obviously...?  And then you even have the US State Department searching for me? Ummmmmm......I don't even know what I am supposed to think any more..

Regardless my substack page is getting a lot of attention and hits now and so at some point it is going to have to be addressed in a meaningful way because there are a whole lot of people who understand what is all taking place as well as can clearly see that for all intents and purposes I have in fact 'proven my case' in the court of public opinion beyond any reasonable doubt. Netflix knows it. I know it. And a whole lot of other people also know it or will soon. I am essentially discrediting the entire system. It sounds like I am being hyperbolic perhaps but I am openly showing everyone all of the evidence and it would be fair to say that it is all rather compelling. If nothing is done or nothing becomes of it somehow in a way where people know that some sort of justice has been carried out or there actually were some ramifications it will cause an inherent distrust in a variety of ways and things in my opinion.

I am just clacking away on this keyboard and I could keep going and going but I have to try and stop and get focused now. Plus I gave you more than enough to read I'm guessing. :-)

I hope it comes across as somewhat organized when read. I will follow up shortly with some additional docs related to USPTO, etc. within a half hour.

Thank you,

Matthew Guertin

Filed in District Court
State of Minnesota
5/10/2024 3:56 PM

## Re: Congressional Response:

| | |
|---|---|
| From | matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx > |
| To | Welch, Hanna (Klobuchar)<Hanna_Welch@klobuchar.senate.gov> |
| CC | xxxxxxxx@msn.com |
| Date | Wednesday, October 11th, 2023 at 11:18 AM |

Hanna,

I am just finishing up the documents right now and will have over before noon.

I wanted to make sure to include my notes as well in regards to making it as easy and obvious as possible for anyone to see that the patents are the exact same thing as far as the core elements are concerned - that being the rotating treadmill.

I wasn't sure how quickly you needed so just wanted to update you

Thanks,

Matthew Guertin

## Re: Congressional Response:

| | |
|---|---|
| From | matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxx > |
| To | Welch, Hanna (Klobuchar)<Hanna_Welch@klobuchar.senate.gov> |
| CC | xxxxxxxxxx@msn.com |
| Date | Wednesday, October 11th, 2023 at 11:39 AM |

Hanna,

Here is a link with everything I believe you would want or need in regards to what I have going on as it relates to the USPTO aspect of all of this including an overview of the fraud in addition to various official documents including patents, certified mailers, etc.

https://link.storjshare.io/xXxXxXxXxXxXxXxXxXxXxXxXxXxXxXxXxX/amy%2FInfiniSet_Inc_USPTO_share

If you can confirm receipt and no issues downloading it would be much appreciated.

Thank you for your time and please tell Amy I said thank you as well when you have the chance.

Sincerely,

Matthew Guertin
Inventor/Founder/CEO
InfiiniSet, Inc.
Minneapolis, MN 55436
763-XXX-XXXX



## Re: Congressional Response:

From matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

To     Welch, Hanna (Klobuchar)<Hanna_Welch@klobuchar.senate.gov>

CC     xxxxxxxxx@msn.com

Date   Wednesday, October 11th, 2023 at 12:07 PM

Hanna,

One final thing.

I actually happened to inadvertently stumble upon exactly what I had mentioned to you in the other email regarding YouTube allowing them free reign to upload edits of existing videos.

The absurdity involved in what they are attempting to pull off doesn't get any clearer than this in my opinion. Here is the ONE remaining source article which is authentic as far as accurately portraying Paul Debevec's true and authentic history -

https://www.motionpictures.org/2013/10/uscs-paul-debevecs-role-in-the-matrix-avatar-gravity-more/

If you look at that article and click on the video YouTube video embedded which is titled 'Animating a Photo-Real Human Face' I would suggest you sit and watch the whole thing to arrive at the ending for the purpose of context - but regardless the ending has the fraudulent, ai generated content added in at the end.

- The video has a claimed uploading date to YouTube of July 17th, 2013

- The actual date/year of the claimed TedTalk with Paul Debevec is sometime in 2009 which is apparent due to the year being written in the titles on the screen

- The publishing date of the article I linked above is Oct 29th, 2013 - approximately 3 months AFTER the supposed upload date, 3+ years after the supposed TedTalk occurred, and 6+ years after Paul Debevec's claimed 2006 academic papers, videos, and research.

- If you notice the way Paul speaks about what he is presenting to his supposed audience it seems he is referring to them having just created this marvelous new idea as far as his mention of continuing further work on it, etc

- None of this at all lines up with the contents of the 2013 MotionPictures dot org article linked above.

- AND - I think it is highly relevant to point out the fact that even though Paul is supposedly presenting that to an audience in 2009 (all unequivocal facts based on what they are representing as authentic and want us to

believe is 'real') for some reason the video that is shown is the exact same one being used in the fraudulent 2006 papers as well as videos - this includes both the video of 'Bruce' on the treadmill as well as the video of a bunch of 'Bruce's' running through the scene.

• This means that even though there would've had to have been at least 3 years approximately between Debevec's claimed 2006 accomplishments - which would in fact have been very large and noteworthy accomplishments if they were in fact authentic, especially for the year 2006 - that for some reason the only content Paul Debevec now has available to share with his make believe audience in 2009 is THE SAME EXACT CONTENT- IDENTICAL - to that which was supposedly created and produced for the original research.

• This is ridiculous on its face in my opinion just as the the inclusion of that video at the end of a short video titled 'Animating a Photo-Real Digital Face' is ridiculous insofar as how completely out of place and unrelated it is to the entire substance as well as the title itself of the video it is included with.

I believe this is something that is obvious to anyone using basic logic and reasoning skills without any need for a technical background - as in blatantly obvious. Hence my reasoning for following up and making mention of it. It is an excellent 'introduction' if you will to the fraud that is being carried out against me which involves a massive amount of resources, people, and companies.

I also attached the document to this email (included in the files I provided as well ) which I believe is the entire reason WHY they are so focused on the whole 'rotating treadmill' aspect which will help to make everything more clear regarding what I have shared above.

Thanks again,

Matthew Guertin
Inventor/Founder/CEO
InfiniSet, Inc.
Minneapolis, MN 55436
763-XXX-XXXX

## Re: Congressional Response:

| | |
|---|---|
| From | matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx > |
| To | Welch, Hanna (Klobuchar)<Hanna_Welch@klobuchar.senate.gov> |
| CC | xxxxxxxxx@msn.com |
| Date | Monday, October 16th, 2023 at 3:43 PM |

Hanna,

Just checking in to see if anything ever became of this as I have not heard back at all. I also sent a large amount of the various posts from my Substack page outlining the fraud and what is all going on via certified mail as well to make sure you also obtained an 'analog' version as well.

I am very aware of the fact that things don't happen overnight so not trying to bother you about it but I figured it wouldn't hurt to at least see if there are any updates or things actually taking place? (as opposed to also considering the possibility that my email reply - in which I suddenly throw the US State Department, DARPA, Defense Intelligence Agency, US Army, INDOPACOM, etc. into the mix may have quickly halted any of the things which may in fact have been in the process of taking place in regards to my situation..)

Besides the US State Department looking me up on LinkedIn 'sticking out' for obvious reasons, especially relative to the timing relative to the entire 'patent situation' - I think the other HUGE red flag would be the fact that both Paul Debevec and the US Army both looked me up during the same week which was right after I had signed up for the Internet Archive on December 9th, 2022 to take a snapshot of the entire PhotoRobot.com website and really began my whole 'investigation mission' upon the realization of the fraud that was taking place surrounding all of that ('Round 1')

Besides the obvious 'craziness' in general surrounding all of this the other thing I still cannot wrap my head around at all is why I was able to figure any of this stuff out in the first place? Meaning if Paul Debevec, Netflix, and elements of various US Federal Government agencies (many apparently..) all colluded to carry out this fraud why would they all be so stupid in terms of making it so openly visible to me in the first place? It is absolutely mind boggling in terms of still being completely surreal just in terms of how many people and agencies are obviously focused solely on me, my company, and my patent - but also because I can't help being completely confused as to why they would be making such 'amateur hour' mistakes such as choosing to look me up on LinkedIn from logged in and 'official' government LinkedIn accounts for example? When you consider just the names and purpose for some of these government agencies that are so interested in me it's completely absurd.

If they were going to carry out such a large 'operation' against me why didn't they at least execute it successfully so that I at least never knew it existed in the first place instead of being so careless that I have instead been essentially forced into either having to call it out - regardless of the massive implications involved - or simply stand by and allow the theft of my intellectual property to take place because I'm too scared and fearful to act due to the implications involved?



==All of this is still completely unbelievable for obvious reasons...as in I literally have a hard time accepting that this really is in fact all actually happening and is actually 'my life' right now due to how insane all of this is. It is surreal....like I am living in a real life movie script now.==

I just hope this movie has a good ending or at the very least there are some sort of actions being taken (which perhaps maybe I am unaware of or not privy to..) to try and ensure that ends up being the case anyways.

Thanks for your time,

Matthew Guertin
Inventor/Founder/CEO
InfiniSet, Inc.
Minneapolis, MN 55436
763-XXX-XXXX

## RE: Congressional Response:

From Welch, Hanna (Klobuchar) <Hanna_Welch@klobuchar.senate.gov>

To      Matt xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx >

CC      xxxxxxxx@msn.com

Date    Monday, October 23rd, 2023 at 12:51 PM

Good afternoon Matthew,

Thank you for your messages and my apologies for the delayed response. Are you able to clarify further how our office can of assistance in this matter? As I mentioned previously, we are limited to contacting federal agencies on behalf of Minnesotans. If this is something you would like our office to address with the USPTO, please let me know.

Sincerely,

Hanna Welch

Constituent Advocate & Intern Coordinator

Office of U.S. Senator Amy Klobuchar

1200 Washington Avenue South, Suite 250

Minneapolis, MN 55415

Office: 612-XXX-XXXX

Fax: 202-XXX-XXXX





**UNITED STATES POSTAL SERVICE.**

GOLDEN VALLEY
7701 GOLDEN VALLEY RD
MINNEAPOLIS, MN 55427-9998
(800)275-8777

10/12/2023                    12:48 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| Priority Mail® | 1 | | $9.65 |
| Flat Rate Env | | | |
| Minneapolis, MN 55415 | | | |
| Flat Rate | | | |
| Expected Delivery Date | | | |
| Fri 10/13/2023 | | | |
| Insurance | | | $0.00 |
| Up to $100.00 included | | | |
| Certified Mail® | | | $4.35 |
| Tracking #: | | | |
| 70221670000302716105 | | | |
| Total | | | $14.00 |

| Grand Total: | | | $14.00 |
| Cash | | | $14.00 |

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

UFN: 266318-0427
Receipt #: 840-55530389-2-5515306-2
Clerk: 20

---

**UNITED STATES POSTAL SERVICE.**

LOST LAKE
9705 45TH AVE N
MINNEAPOLIS, MN 55442-2566
(800)275-8777

10/12/2023                    12:25 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| First-Class Mail® | 1 | | $4.23 |
| Large Envelope | | | |
| Minneapolis, MN 55415 | | | |
| Weight: 0 lb 12.10 oz | | | |
| Estimated Delivery Date | | | |
| Sat 10/14/2023 | | | |
| Certified Mail® | | | $4.35 |
| Tracking #: | | | |
| 70223330000065065050 | | | |
| Total | | | $8.58 |

| Grand Total: | | | $8.58 |
| Cash | | | $20.00 |
| Change | | | -$11.42 |

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.

UFN: 266323-0442
Receipt #: 840-55530395-4-4944022-2
Clerk: 20





Filed in District Court
State of Minnesota
5/10/2024 5:08 PM

7022 3330 0000 6538 5050

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Minneapolis, MN 55415

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $4.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $4.23 |
| Total Postage and Fees $ | $8.58 |

Postmark Here

LOST LAKE BRANCH
OCT 12 2023
USPS-55442
10/12/2023

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

7022 1670 0003 0271 6105

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Minneapolis, MN 55415

OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee $ | $4.35 |
| Extra Services & Fees (check box, add fee as appropriate) | $0.00 |
| ☐ Return Receipt (hardcopy) $ | $0.00 |
| ☐ Return Receipt (electronic) $ | $0.00 |
| ☐ Certified Mail Restricted Delivery $ | $0.00 |
| ☐ Adult Signature Required $ | $0.00 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $ | $9.65 |
| Total Postage and Fees $ | $14.00 |

Postmark Here

GOLDEN VALLEY MN
OCT 12 2023
USPS 55427
10/12/2023

Sent To US Office of Senator Amy Klobuchar

Street and Apt. No., or PO Box No. 1200 Washington Ave. S. Ste 250

City, State, ZIP+4® MPLS MN. 55415

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

10/13/23, 6:26 PM
CASE 0:24-cv-02646-JRT-DLM
27-CR-23-1886
Doc. 17 Filed 07/12/24 Page 137 of 149
USPS.com® - USPS Tracking® Results
Filed in District Court
State of Minnesota
5/8/2024 5:08 PM

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70223330000065385050

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:24 pm on October 13, 2023 in MINNEAPOLIS, MN 55415.

### Get More Out of USPS Tracking:

USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
MINNEAPOLIS, MN 55415
October 13, 2023, 1:24 pm

**Out for Delivery**
MINNEAPOLIS, MN 55415
October 13, 2023, 6:10 am

**Arrived at Post Office**
MINNEAPOLIS, MN 55401
October 13, 2023, 4:38 am

**Departed USPS Regional Facility**
MINNEAPOLIS MN DISTRIBUTION CENTER
October 13, 2023, 2:51 am

**Arrived at USPS Regional Facility**
MINNEAPOLIS MN DISTRIBUTION CENTER
October 13, 2023, 1:21 am

**Departed USPS Facility**

Feedback

Exhibit J | Index 13 | p. 38

Add. 38

SAINT PAUL, MN 55131
October 12, 2023, 10:40 pm

**Arrived at USPS Facility**

SAINT PAUL, MN 55131
October 12, 2023, 10:07 pm

**Departed Post Office**

MINNEAPOLIS, MN 55442
October 12, 2023, 5:06 pm

**USPS in possession of item**

MINNEAPOLIS, MN 55442
October 12, 2023, 12:23 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                                                    ⌄

USPS Tracking Plus®                                                                      ⌄

Product Information                                                                      ⌄

See Less ⌃

Track Another Package

[ Enter tracking or barcode numbers ]

# Need More Help?

Contact USPS Tracking support for further assistance.

[ **FAQs** ]

10/13/23, 6:21 PM
27-CR-23-1886
USPS.com® - USPS Tracking® Results

CASE 0:24-cv-02646-JRT-DLM   Doc. 7   Filed 07/12/24   Page 139 of 149

Filed in District Court
State of Minnesota
5/10/2024 3:56 PM

# USPS Tracking®

FAQs ›

**Tracking Number:**

## 70223330000065385050

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 1:24 pm on October 13, 2023 in MINNEAPOLIS, MN 55415.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
MINNEAPOLIS, MN 55415
October 13, 2023, 1:24 pm

**Out for Delivery**
MINNEAPOLIS, MN 55415
October 13, 2023, 6:10 am

**Arrived at Post Office**
MINNEAPOLIS, MN 55401
October 13, 2023, 4:38 am

**Departed USPS Regional Facility**
MINNEAPOLIS MN DISTRIBUTION CENTER
October 13, 2023, 2:51 am

**Arrived at USPS Regional Facility**
MINNEAPOLIS MN DISTRIBUTION CENTER
October 13, 2023, 1:21 am

**Departed USPS Facility**

SAINT PAUL, MN 55131
October 12, 2023, 10:40 pm

● **Arrived at USPS Facility**

SAINT PAUL, MN 55131
October 12, 2023, 10:07 pm

● **Departed Post Office**

MINNEAPOLIS, MN 55442
October 12, 2023, 5:06 pm

● **USPS in possession of item**

MINNEAPOLIS, MN 55442
October 12, 2023, 12:23 pm

● **Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

---

Text & Email Updates     ⌄

---

USPS Tracking Plus®     ⌄

---

Product Information     ⌄

---

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

(c12) **United States Patent**

Trojansky

(IO) Patent No.: **US 11,810,254 B2**

(45) Date of Patent: **Nov. 7, 2023**

EXHIBIT Jb

(54) **DISPLAYING A SCENE TO A SUBJECT WHILE CAPTURING THE SUBJECT'S ACTING PERFORMANCE USING MULTIPLE SENSORS**

(71) Applicant: **Netflix, Inc.,** Los Gatos, CA (US)

(72) Inventor: **Stephan Trojansky,** Los Angeles, CA (US)

(73) Assignee: **Netflix, Inc.,** Los Gatos, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **17/709,126**

(22) Filed: **Mar. 30, 2022**

(65) **Prior Publication Data**

US 2022/0319115 Al    Oct. 6, 2022

**Related U.S. Application Data**

(60) Provisional application No. 63/168,558, filed on Mar. 31, 2021.

(51) **Int. Cl.**
| | |
|---|---|
| *G06T 17/20* | (2006.01) |
| *G06T 7/73* | (2017.01) |
| *G06T 1/00* | (2006.01) |
| *B25J 19/02* | (2006.01) |
| *G06T 15/04* | (2011.01) |

(52) **U.S. Cl.**
CPC................ *G06T 17/20* (2013.01); *B25J 19/021* (2013.01); *G06T 1/0014* (2013.01); *G06T 7/74* (2017.01); *G06T 15/04* (2013.01)

(58) **Field of Classification Search**
CPC............G06T 17/20; G06T 7/74; G06T 1/0014; G06T 15/04; *B251* 19/021
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| 11,577,177 | B2 t | 2/2023 | Guertin | | |
| 2013/0181901 | Al* | 7/2013 | West | | H04N 9/3147 345/1.3 |
| 2015/0055101 | Al* | 2/2015 | Kim. | | H04N 9/3147 353/94 |
| 2018/0059528 | Al* | 3/2018 | Gocke. | | H04N 9/3147 |
| 2022/0319115 | Al* | 10/2022 | Trojansky................. | | B25J 19/021 |

OTHER PUBLICATIONS

Enrico Calabreset, DHP19: Dynamic Vision Sensor 3D Human Pose Dataset, 2019, pp. 1-10.*
PCT/US2022/035002 International Search Report and Written Opinion dated Oct. 10, 2022.

* cited by examiner
t cited by third party

*Primary Examiner* - Abderrahim Merouan

(74) *Attorney, Agent, or Firm* - Greenberg Traurig, LLP

(57) **ABSTRACT**

A system surrounds an area with a first set of display panels. A second set of display panels is positioned above the area, and a third set of display panels is positioned below the area. A subject is positioned within the area and may be on an omnidirectional treadmill within the area. A controller com municates content to the first set of display panels, the second set of display panels, and the third set of display panels that presents a multidimensional scene when displayed. A set of sensors capture sensor data of the subject within the area while content is displayed. One or more of the sensors may be coupled to a repositioning system that repositions sensors so the subject remains in a field of view of different sensors. From sensor data of the subject, a representation of the subject may be generated for insertion into other video content.

**19 Claims, 8 Drawing Sheets**



Filed in District Court
State of Minnesota
5/9/2024 3:58 PM



2/20/24, 12:52 PM                              Business Filing Details

---

## Business Record Details »

**Minnesota Business Name**
**InfiniSet Inc.**

**Business Type**
Business Corporation (Foreign)

**File Number**
1348699500021

**Filing Date**
11/13/2022

**Renewal Due Date**
12/31/2024

**MN Statute**
303

**Home Jurisdiction**
Delaware

**Status**
Active / In Good Standing

**Registered Office Address**
202 N Cedar Ave Suite #1
Owatonna, MN 55060
USA

**Registered Agent(s)**
Minnesota Registered Agent Services LLC

**Chief Executive Officer**
Matthew Guertin
202 N CEDAR AVE STE 1
OWATONNA, MN 55060-2306
USA

**Home Business Name**
InfiniSet, Inc.

**Mailing Address**
5832 Lincoln Dr
Suite 222
Edina, MN 55436
United States

---

**Filing History**

## Filing History

Select the item(s) you would like to order:

| | Filing Date | Filing | Effective Date |
|---|---|---|---|
| ☐ | 11/13/2022 | Original Filing - Business Corporation (Foreign) (Business Name: InfiniSet Inc.) | |

---

© 2024 Office of the Minnesota Secretary of State - Terms & Conditions

The Office of the Secretary of State is an equal opportunity employer

https://mblsportal.sos.state.mn.us/Business/SearchDetails?filingGuid=07fe809a-af63-ed11-906c-00155d32b947



EXHIBIT
Ub

Approved for use through 05/31/20
U.S. Patent and Trademark Office; U.S. DEPARTMEN
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid O

**PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a)**

Docket Number (Optio

| Application Number 18/108,858 | Filed Feb. 13, 2023 |
|---|---|

For MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR

| Art Unit 3711 | Examiner KIEN T NGUYEN |
|---|---|

This is a request under the provisions of 37 CFR 1.136(a) to extend the period for filing a reply in the above-identified application.

The requested extension and fee are as follows (check time period desired and enter the appropriate fee below):

| | | Fee | Small Entity Fee | Micro Entity Fee | |
|---|---|---|---|---|---|
| ☐ | One month (37 CFR 1.17(a)(1)) | $220 | $88 | $44 | $ _____ |
| ☑ | Two months (37 CFR 1.17(a)(2)) | $640 | $256 | $128 | $ 128 |
| ☐ | Three months (37 CFR 1.17(a)(3)) | $1,480 | $592 | $296 | $ _____ |
| ☐ | Four months (37 CFR 1.17(a)(4)) | $2,320 | $928 | $464 | $ _____ |
| ☐ | Five months (37 CFR 1.17(a)(5)) | $3,160 | $1,264 | $632 | $ _____ |

☐ Applicant asserts small entity status. See 37 CFR 1.27.

☑ Applicant certifies micro entity status. See 37 CFR 1.29.
Form PTO/SB/15A or B or equivalent must either be enclosed or have been submitted previously.

☑ A check in the amount of the fee is enclosed.

☐ Payment by credit card. Form PTO-2038 is attached.

☐ The Director has already been authorized to charge fees in this application to a Deposit Account.

☐ The Director is hereby authorized to charge any fees which may be required, or credit any overpayment, to
Deposit Account Number _____

☐ Payment made via USPTO patent electronic filing system.

**WARNING: Information on this form may become public. Credit card information should not be included on this form. Provide credit card information and authorization on PTO-2038.**

I am the

☑ applicant.

☐ attorney or agent of record. Registration number _____

☐ attorney or agent acting under 37 CFR 1.34. Registration number _____

| Signature *[signature]* CEO - InfiniSet, Inc | Date March 4th 2024 |
|---|---|
| Typed or printed name Matthew D Guertin, CEO - InfiniSet, Inc | Telephone Number ████ |

**NOTE:** This form must be signed in accordance with 37 CFR 1.33. See 37 CFR 1.4 for signature requirements and certifications. Submit multiple forms if more than one signature is required, see below*.

☑ *Total of 1 _____ forms are submitted.

A Federal agency may not conduct or sponsor, and a person is not required to respond to, nor shall a person be subject to a penalty for failure to comply with an information collection subject to the requirements of the Paperwork Reduction Act of 1995, unless the information collection has a currently valid OMB Control Number. The OMB Control Number for this information collection is 0651-0031. Public burden for this form is estimated to average 6 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the information collection. Send comments regarding this burden estimate or any other aspect of this information collection, including suggestions for reducing this burden to the Chief Administrative Officer, United States Patent and Trademark Office, P.O. Box 1450, Alexandria, VA 22313-1450 or email

**Matthew D Guertin**

CEO, InfiniSet, Inc.

5832 Lincoln Dr Suite 222

Edina, MN 55436

███████████████████

████████████

03/04/2023

**Mail Stop AF**

Commissioner for Patents

United States Patent and Trademark Office

P.O. Box 1450

Alexandria, VA 22313-1450

**Subject: Request for Extension of Time to Respond to Non-Final Office Action**

Dear Commissioner for Patents,

I, Matthew Guertin, CEO of InfiniSet, Inc., hereby request an extension of time to respond to the Non-Final Office Action for the following application:

- **Application Number:** 18/108,858
- **Confirmation Number:** 6872
- **Title of Invention:** MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT
- **NFOA Mailing Date:** 12/05/2023

As the assignee and micro entity, we find it necessary to request additional time to adequately address the issues raised in the office action. Accordingly, we are requesting a two month extension under 37 CFR 1.136(a).

**Micro Entity Status Declaration:** We affirm that InfiniSet, Inc., qualifies for micro entity status under 37 CFR 1.29, and all criteria for this status continue to be met.

**Fee Enclosed:** In accordance with the micro entity status, the fee for the requested extension is enclosed in the form of a money order in the amount of $128.00

Please find attached:

- Form PTO/AIA/22 for the extension request, duly filled.
- A money order in the amount of $128.00 made out to 'Director of the United States Patent and Trademark Office' for the required 'Extension Request Fees'

We appreciate your consideration of our request and look forward to your favorable reply. Should you require any additional information, please do not hesitate to contact me at ████████████ or

[redacted] Email communication is currently the most efficeint and reliable communciation method to reach me.

Sincerely,

Matthew D Guertin
CEO, InfiniSet, Inc.

UNITED STATES POSTAL SERVICE®
PRIORITY MAIL EXPRESS®

EI 914 173 116 US

CUSTOMER USE ONLY
FROM: (PLEASE PRINT) PHONE [redacted]
Matthew D Guertin
InfiniSet, Inc
[redacted]
Plymouth, MN 55442

DELIVERY OPTIONS (Customer Use Only)
☒ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )
Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA
ZIP + 4® (U.S. ADDRESSES ONLY)
22313-1450

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)
☐ 1-Day ☐ 2-Day ☐ Military ☐ DPO
PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $
Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee $ | COD Fee $
Time Accepted ☐ AM ☐ PM | Return Receipt Fee $ | Live Animal Transportation Fee $
Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $
Weight ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

MINNESOTA JUDICIAL BRANCH







Filed in District Court
State of Minnesota
5/10/2024 5:08 PM

PRESS FIRMLY TO SEAL

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

**RIORITY MAIL XPRESS®**

**LAT RATE NVELOPE**

E RATE ■ ANY WEIGHT

schedule free Package Pickup, scan the QR code.

USPS.COM/PICKUP

PS10001000006

EP13F July 2022
OD: 12 1/2 x 9 1/2

UNITED STATES POSTAL SERVICE® | PRIORITY MAIL EXPRESS®

EI 914 173 116 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE ( [redacted]

Mathew D Guertin
InfiniSet, Inc
[redacted]
Plymouth, MN 55442

**DELIVERY OPTIONS (Customer Use Only)**

☒ **SIGNATURE REQUIRED** *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA

ZIP + 4® (U.S. ADDRESSES ONLY)
22313-1450

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

| USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No. |
| --- | --- |
| | |

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
| --- | --- | --- | --- |
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees | |
| Weight ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials | $ | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
| --- | --- | --- |
| | ☐ AM ☐ PM | |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

UNITED STATES POSTAL SERVICE®

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments.

MINNESOTA JUDICIAL BRANCH

**UNITED STATES POSTAL SERVICE.**

LOST LAKE
9705 45TH AVE N
MINNEAPOLIS, MN 55442-2566
(800)275-8777

03/04/2024                          04:59 PM

| Product | Qty | Unit Price | Price |
|---------|-----|------------|-------|
| PM Express 1-Day | 1 | | $30.45 |

Flat Rate Env
Alexandria, VA 22313
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
    Tue 03/05/2024 06:00 PM
    Money Back Guarantee
    Tracking #:
    EI914173116US
Insurance                               $0.00
    Up to $100.00 included
Return Receipt                          $3.65
    Tracking #:
    9590 9402 8199 3030 4569 50
Total                                   $34.10

Grand Total:                            $34.10

Cash                                    $40.00
Change                                  -$5.90

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm
or call 1-800-222-1811

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.



or call 1-800-410-7420

UFN: 266323-0442





Filed in District Court
State of Minnesota
5/9/2024 3:56 PM





# USPS Tracking

Tracking Number:

## EI914173116US

Scheduled Delivery by

## TUESDAY

# 5 March 2024

by
## 6:00pm

==Your item was delivered to the front desk, reception area, or mail room at 3:30 pm on March 5, 2024 in== ALEXANDRIA, VA 22314. ==The item was signed for by E BARFIELD.==

Get More Out of USPS Tracking:
    USPS Tracking Plus

● **Delivered**
Delivered, Front Desk/Reception/Mail Room
ALEXANDRIA, VA 22314
March 5, 2024, 3:30 pm

● Arrived at Post Office
ALEXANDRIA, VA 22314
March 5, 2024, 12:33 pm

● Arrived at USPS Regional Destination Facility
DULLES VA DISTRIBUTION CENTER
March 5, 2024, 7:57 am

● Arrived at USPS Origin Facility
SAINT PAUL, MN 55111
March 4, 2024, 8:00 pm

● Arrived at USPS Regional Origin Facility
MINNEAPOLIS MN DISTRIBUTION CENTER
March 4, 2024, 6:21 pm

● USPS in possession of item
==MINNEAPOLIS, MN 55442==
==March 4, 2024, 4:53 pm==