## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin, | Court File No. 24-cv-02646 (JRT/DLM) |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| Hennepin County, a municipal entity, et al., | **OF BENJAMIN HARRINGA** |
| Defendants. | |

TO: The Administrator of the Above-Named Court, and Plaintiff *Pro se*, Matthew Guertin, 1075 Traditions Court, Chaska, Minnesota, 55318.

PLEASE TAKE NOTICE that the undersigned, Assistant Attorney General Benjamin Harringa will appear as counsel for defendants Minnesota Attorney General Keith Ellison, in his official capacity; Judge Julia Dayton-Klein, in her individual capacity; Referee George F. Borer, in his individual capacity; Referee Danielle C. Mercurio, in her individual capacity; Dr. Jill Rogstad, in her official capacity; and Dr. Adam Milz, in his official capacity (hereinafter "State Defendants").

*Signature on following page*

Dated:  July 26, 2024

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


/s/ Benjamin Harringa
BENJAMIN HARRINGA
Assistant Attorney General
Atty. Reg. No. 0399254

445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131
(651) 583-6731 (Voice)
(651) 282-5832 (Fax)
Benjamin.Harringa@ag.state.mn.us

ATTORNEY FOR STATE DEFENDANTS