UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Matthew D. Guertin, | Case No. 24-cv-2645 (JRT/DLM) |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE |
| Hennepin County, Keith Ellison, Mary Moriarty, Chela Guzman-Weigart, Julia Dayton-Klein, George F. Borer, Danielle C. Mercurio, Dr. Jill Rogstad, Dr. Adam Milz, Jacqueline Perez, and Bruce M. Rivers, | |
| Defendants. | |

The undersigned attorney hereby notifies the Court and Counsel that Jamil M.F. Masroujeh, Assistant Hennepin County Attorney, shall appear as counsel of record for Hennepin County, Mary Moriarty, Chela Guzman-Weigart and Jacqueline Perez, in this matter.

                                            MARY F. MORIARTY
                                            Hennepin County Attorney

Dated: July 29, 2024             By:  <u>*s/ Jamil M. F. Masroujeh*</u>
                                                 Jamil M. F. Masroujeh (0400895)
                                                 Assistant County Attorney
                                                 2000A Government Center, MC200
                                                 300 South Sixth Street
                                                 Minneapolis, MN 55487
                                                 Telephone: (612) 596-0683
                                                 FAX No: (612) 348-8299
                                                 Jamil.Masroujeh@hennepin.us