# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin, | Civil No. 24-2646 (JRT/DLM) |
| Plaintiff, | |
| vs. | **STATE DEFENDANTS' MOTION TO DISMISS** |
| Hennepin County, a municipal entity, et al., | |
| Defendants. | |

State Defendants move the Court to dismiss all claims brought against them by Plaintiff's Complaint (Docket No. 1). This motion is made pursuant to Fed. R. Civ. P. 12(b)(6) and is based upon the files, records, and proceedings herein, including the memorandum of law filed and served herewith.

Dated: August 1, 2024

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

/s/ Benjamin Harringa
BENJAMIN HARRINGA
Assistant Attorney General
Atty. Reg. No. 0399254

445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131
(651) 583-6731 (Voice)
(651) 282-5832 (Fax)
Benjamin.Harringa@ag.state.mn.us

ATTORNEY FOR STATE DEFENDANTS