UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin, | Civil No. 24-2646 (JRT/DLM) |
| Plaintiff, | |
| vs. | NOTICE OF HEARING ON STATE DEFENDANTS' MOTION TO DISMISS |
| Hennepin County, a municipal entity, et al., | |
| Defendants. | |

TO: The Administrator of the Above-Named Court, and Plaintiff Pro se, Matthew Guertin, 1075 Traditions Court, Chaska, Minnesota, 55318.

PLEASE TAKE NOTICE that State Defendants' Motion to Dismiss will be heard on a date and time to be determined before the Honorable John R. Tunheim, United States District Court Judge, in Courtroom 14E at the Diana E. Murphy United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415.

*Signature on following page*

Dated: August 1, 2024                    Respectfully submitted,

                                              KEITH ELLISON
                                              Attorney General
                                              State of Minnesota

                                              /s/ Benjamin Harringa
                                              BENJAMIN HARRINGA
                                              Assistant Attorney General
                                              Atty. Reg. No. 0399254

                                              445 Minnesota Street, Suite 1400
                                              St. Paul, MN 55101-2131
                                              (651) 583-6731 (Voice)
                                              (651) 282-5832 (Fax)
                                              Benjamin.Harringa@ag.state.mn.us

                                              ATTORNEY FOR STATE DEFENDANTS