UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin,<br><br>   Plaintiff,<br>vs.<br><br>Hennepin County, a municipal entity, et al.,<br><br>   Defendants. | Civil No. 24-2646 (JRT/DLM)<br><br>**STATE DEFENDANTS' MEET AND CONFER STATEMENT** |

I hereby certify that the parties met and conferred via email beginning on July 26, 2024. Parties were unable to reach a resolution. Therefore, this matter is properly before the Court on State Defendants' Motion to Dismiss.

Dated: August 1, 2024

Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota

/s/ Benjamin Harringa
BENJAMIN HARRINGA
Assistant Attorney General
Atty. Reg. No. 0399254

445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131
(651) 583-6731 (Voice)
(651) 282-5832 (Fax)
Benjamin.Harringa@ag.state.mn.us

ATTORNEY FOR STATE DEFENDANTS