UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin, | Civil No. 24-2646 (JRT/DLM) |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER** |
| Hennepin County, a municipal entity, et al., | |
| Defendants. | |

The above-entitled matter came before the Court pursuant to Motion to Dismiss brought by State Defendants.

Based upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

1. State Defendants' Motion to Dismiss (Docket No. __) is **GRANTED**;

2. State Defendants are **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

BY THE COURT:

Dated: _____, 2024       _____
at Minneapolis, Minnesota.                    JOHN R. TUNHEIM
                                              United States District Judge