# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin,<br><br>Plaintiff,<br><br>vs.<br><br>Hennepin County, Keith Ellison, Mary Moriarty, Chela Guzman-Weigart, Julia Dayton-Klein, George F. Borer, Danielle C. Mercurio, Dr. Jill Rogstad, Dr. Adam Milz, Jacqueline Perez, and Bruce M. Rivers,<br><br>Defendants. | Case No. 24-cv-2646 (JRT/DLM)<br><br>**DEFENDANTS HENNEPIN COUNTY, MARY MORIARTY, CHELA GUZMAN-WEIGART, AND JACQUELINE PEREZ'S MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that Defendants Hennepin County, Mary Moriarty, Chela Guzman-Weigart, and Jacqueline Perez move to dismiss all claims against them pursuant to Rule 12(b)(1), (5)-(6) of the Federal Rules of Civil Procedure. This motion is based on the records and file of this case, including the memorandum of law filed in support of this motion and any argument that may be made at a hearing on this motion.

|  |  |
|---|---|
| | MARY F. MORIARTY<br>Hennepin County Attorney |
| Dated: August 2, 2024 | By: *s/ Jamil M. F. Masroujeh*<br>Jamil M. F. Masroujeh (0400895)<br>Assistant County Attorney<br>2000A Government Center, MC200<br>300 South Sixth Street<br>Minneapolis, MN 55487<br>Telephone: (612) 596-0683<br>FAX No: (612) 348-8299<br>Jamil.Masroujeh@hennepin.us |

*Attorney for Defendants Hennepin County, Mary Moriarty, Chela Guzman-Weigart, and Jacqueline Perez*