UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Matthew D. Guertin,<br><br>Plaintiff,<br><br>vs.<br><br>Hennepin County, Keith Ellison, Mary Moriarty, Chela Guzman-Weigart, Julia Dayton-Klein, George F. Borer, Danielle C. Mercurio, Dr. Jill Rogstad, Dr. Adam Milz, Jacqueline Perez, and Bruce M. Rivers,<br><br>Defendants. | Case No. 24-cv-2646 (JRT/DLM)<br><br>**NOTICE OF HEARING ON DEFENDANTS HENNEPIN COUNTY, MARY MORIARTY, CHELA GUZMAN-WEIGART, AND JACQUELINE PEREZ'S MOTION TO DISMISS** |

---

TO: The Clerk of the United States District Court for the District of Minnesota, United States Courthouse, 300 South Fourth Street, Minneapolis, MN 55415; and Matthew D. Guertin, 1075 Traditions Court, Chaska, MN 55318.

**PLEASE TAKE NOTICE** that Defendants Hennepin County, Mary Moriarty, Chela Guzman-Weigart, and Jacqueline Perez's motion to dismiss will be heard on a date and time to be determined before the Honorable John R. Tunheim, Judge of the United States District Court, in Courtroom 14E at 300 South Fourth Street, Minneapolis, MN 55415.

MARY F. MORIARTY
Hennepin County Attorney

Date: August 2, 2024	By: *s/ Jamil M. F. Masroujeh*
	Jamil M. F. Masroujeh (0400895)
	Assistant County Attorney
	2000A Government Center, MC200
	300 South Sixth Street
	Minneapolis, MN 55487
	Telephone: (612) 596-0683
	FAX No: (612) 348-8299
	Jamil.Masroujeh@hennepin.us

*Attorney for Defendants Hennepin County, Mary Moriarty, Chela Guzman-Weigart, and Jacqueline Perez*

2