# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin, | Case No. 24-cv-2646 (JRT/DLM) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF COMPLIANCE** |
| Hennepin County, Keith Ellison, Mary Moriarty, Chela Guzman-Weigart, Julia Dayton-Klein, George F. Borer, Danielle C. Mercurio, Dr. Jill Rogstad, Dr. Adam Milz, Jacqueline Perez, and Bruce M. Rivers, | |
| Defendants. | |

I, Jamil M. F. Masroujeh, certify that the document titled "Defendants Hennepin County, Mary Moriarty, Chela Guzman-Weigart, and Jacqueline Perez's Memorandum of Law in Support of Motion to Dismiss" complies with Local Rule 7.1(f).

I further certify that, in preparation of this document, I used Microsoft Word for Office 365 MSO and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains the following number of words: 5,005.

                                                    MARY F. MORIARTY
                                                  Hennepin County Attorney

Dated: August 2, 2024          By:  *s/ Jamil M. F. Masroujeh*
                                                   Jamil M. F. Masroujeh (0400895)
                                                   Assistant County Attorney
                                                   2000A Government Center, MC200
                                                   300 South Sixth Street

Minneapolis, MN 55487
Telephone: (612) 596-0683
FAX No: (612) 348-8299
Jamil.Masroujeh@hennepin.us

*Attorney for Defendants Hennepin County, Mary Moriarty, Chela Guzman-Weigart, and Jacqueline Perez*

2