**MINNESOTA JUDICIAL BRANCH**

MINNESOTA COURT RECORDS ONLINE (MCRO)

## Case Details (Register of Actions)

Search executed on 07/26/2024 04:03 PM

**Upcoming Hearing:**
Hearing on **10/01/2024** at **1:30 PM**

### Case Information
- **Case Number:** 27-CR-23-1886
- **Case Title:** State of Minnesota vs MATTHEW DAVID GUERTIN
- **Case Type:** Crim/Traf Mandatory
- **Date Filed:** 01/24/2023
- **Case Location:** Hennepin County, Hennepin Criminal Downtown
- **Judicial Officer:** Quam, Jay
- **Case Status:** Dormant

### Related Cases
27-MH-PR-23-815

### Party Information

**Jurisdiction**
State of Minnesota

**Attorneys Active**
- PEREZ, JACQUELINE - Lead Attorney
- ARNESON, THOMAS STUART
- MURPHY, ELIZABETH DORENE
- PROCHAZKA, THOMAS JAMES

**Attorneys Inactive**
- COLE, JUDITH L

**Defendant**
GUERTIN, MATTHEW DAVID
DOB: 07/17/1981
Chaska, MN 55318

**Attorneys Active**
- RIVERS, BRUCE MICHAEL - Lead Attorney

### Charges

**1** Dangerous Weapons-Reckless Discharge of Firearm Within a Municipality

**Statute:** 609.66.1a(a)(3)

**Additional Statute:** Dangerous Weapons-Other Offenses (609.66.1a(b)(2))

**Level of Charge:** Felony

**Offense Date:** 01/21/2023

**Community Of Offense:** Minnetonka

**Law Enforcement Agency:** Minnetonka Police Department

**Prosecuting Agency:** Hennepin County Attorney

**2** Firearm-Serial Number-Receive/Possess With No Serial Number

**Statute:** 609.667(3)

**Additional Statute:** Firearms-Removal or Alteration of Serial Number (609.667)

**Level of Charge:** Felony

**Offense Date:** 01/21/2023

**Community Of Offense:**   Minnetonka

**Law Enforcement Agency:**   Minnetonka Police Department

**Prosecuting Agency:**   Hennepin County Attorney

3   Firearm-Serial Number-Receive/Possess With No Serial Number   **Statute:**   609.667(3)

**Additional Statute:**   Firearms-Removal or Alteration of Serial Number (609.667)

**Level of Charge:**   Felony

**Offense Date:**   01/21/2023

**Community Of Offense:**   Minnetonka

**Law Enforcement Agency:**   Minnetonka Police Department

**Prosecuting Agency:**   Hennepin County Attorney

4   Firearm-Serial Number-Receive/Possess With No Serial Number   **Statute:**   609.667(3)

**Additional Statute:**   Firearms-Removal or Alteration of Serial Number (609.667)

**Level of Charge:**   Felony

**Offense Date:**   01/21/2023

**Community Of Offense:**   Minnetonka

**Law Enforcement Agency:**   Minnetonka Police Department

**Prosecuting Agency:**   Hennepin County Attorney

## Interim Conditions

01/25/2023   **Interim conditions for GUERTIN, MATTHEW DAVID**
Judicial Officer:   Norris, Lyonel

- Post Bail or Bond with Conditions
  $50,000.00
- No alcohol/controlled substance use
- Make all future court appearances
- Remain law-abiding
- No use or possession of firearms or dangerous weapons

01/24/2023   Interim conditions for GUERTIN, MATTHEW DAVID
Judicial Officer:   Wahl, Edward Thomas
Expiration Date:   01/25/2023

- Post Bail or Bond with Conditions
  $50,000.00
- No alcohol/controlled substance use
- Make all future court appearances
- Remain law-abiding
- No use or possession of firearms or dangerous weapons

## Case Events

| Date | Event | |
|---|---|---|
| 07/18/2024 | Notice of Remote Hearing with Instructions<br>Index #98 | 2 pages (PDF) |
| 07/16/2024 | Request for Continuance<br>Index #97 | |
| 07/16/2024 | Hearing Held Hybrid | |
| 07/16/2024 | Rule 20 Progress Report | |

| | | | |
|---|---|---|---|
| | | Index #96 | |
| 07/15/2024 | Order to Recuse<br>Judicial Officer: Dayton Klein, Julia<br>Index #95 | | 1 page |
| 07/02/2024 | Appellate Court Order<br>Index #94 | | 5 pages |
| 06/04/2024 | Motion<br>Party: Defendant GUERTIN, MATTHEW DAVID<br>Index #93 | | 14 pages |
| 06/03/2024 | Correspondence<br>Party: Defendant GUERTIN, MATTHEW DAVID<br>Index #92 | | 1 page |
| 06/03/2024 | Motion<br>Party: Defendant GUERTIN, MATTHEW DAVID<br>Index #91 | | 4 pages |
| 06/03/2024 | Notice of Motion and Motion<br>Party: Defendant GUERTIN, MATTHEW DAVID<br>Index #90 | | 5 pages |
| 05/30/2024 | Order Denying Fee Waiver<br>Index #89 | | 1 page |
| 05/30/2024 | Notice of Motion and Motion<br>Index #88 | | 14 pages |
| 05/30/2024 | Taken Under Advisement<br>Judicial Officer: Dayton Klein, Julia<br>Index #87 | | |
| 05/28/2024 | Notice of Motion and Motion<br>Index #86 | | 2 pages |
| 05/28/2024 | Notice of Motion and Motion<br>Index #85 | | 11 pages |
| 05/28/2024 | Notice of Motion and Motion<br>Index #84 | | 34 pages |
| 05/28/2024 | Notice of Motion and Motion<br>Index #83 | | 36 pages |
| 05/28/2024 | Notice of Motion and Motion<br>Party: Defendant GUERTIN, MATTHEW DAVID<br>Index #82 | | 7 pages |
| 05/23/2024 | Order Denying Fee Waiver<br>Judicial Officer: Dayton Klein, Julia<br>Index #81 | | 1 page |
| 05/23/2024 | Affidavit of Service<br>Party: Defendant GUERTIN, MATTHEW DAVID<br>Index #80 | | 7 pages |

| Date | Description | Pages |
|---|---|---|
| 05/23/2024 | Correspondence<br>Party: Defendant GUERTIN, MATTHEW DAVID<br>Index #79 | |
| 05/23/2024 | Motion<br>Party: Defendant GUERTIN, MATTHEW DAVID<br>Index #78 | 11 pages / 16 pages |
| 05/23/2024 | Affidavit to Request Fee Waiver<br>Party: Defendant GUERTIN, MATTHEW DAVID<br>Index #77 | |
| 05/23/2024 | Affidavit of Service<br>Party: Defendant GUERTIN, MATTHEW DAVID<br>Index #76 | 4 pages |
| 05/20/2024 | Exhibit List<br>Index #73 | 1 page |
| 05/17/2024 | Affidavit of Service<br>Index #75 | 1 page |
| 05/17/2024 | Other Document<br>Index #74 | 5 pages |
| 05/16/2024 | Affidavit of Service<br>Index #57 | 7 pages |
| 05/15/2024 | Other Document<br>Index #72 | |
| 05/15/2024 | Other Document<br>Index #71 | 53 pages |
| 05/15/2024 | Other Document<br>Index #70 | 42 pages |
| 05/15/2024 | Other Document<br>Index #69 | 52 pages |
| 05/15/2024 | Other Document<br>Index #68 | 49 pages |
| 05/15/2024 | Other Document<br>Index #67 | 49 pages |
| 05/15/2024 | Other Document<br>Index #66 | 44 pages |
| 05/15/2024 | Other Document<br>Index #65 | 32 pages |
| 05/15/2024 | Other Document<br>Index #64 | 45 pages |
| 05/15/2024 | Other Document<br>Index #63 | |

| Date | Description | Pages |
|---|---|---|
|  |  | 49 pages |
| 05/15/2024 | Other Document<br>Index #62 | 16 pages |
| 05/15/2024 | Other Document<br>Index #61 | 11 pages |
| 05/15/2024 | Other Document<br>Index #60 | 5 pages |
| 05/15/2024 | Other Document<br>Index #59 | 1 page |
| 05/15/2024 | Notice of Appeal<br>Index #58 | 21 pages |
| 05/14/2024 | Other Document<br>Index #56 | 5 pages |
| 05/14/2024 | Other Document<br>Index #55 | 11 pages |
| 05/14/2024 | Other Document<br>Index #54 | 16 pages |
| 05/14/2024 | Other Document<br>Index #52 | 4 pages |
| 05/13/2024 | Appellate Notice of Case Filing<br>Index #51 | 1 page |
| 05/10/2024 | Notice of Appeal<br>Party: Defendant GUERTIN, MATTHEW DAVID<br>Index #53 | 21 pages |
| 05/10/2024 | Other Document<br>Index #50 | 53 pages |
| 05/10/2024 | Other Document<br>Index #49 | 52 pages |
| 05/10/2024 | Other Document<br>Index #48 | 45 pages |
| 05/10/2024 | Other Document<br>Index #47 | 42 pages |
| 05/10/2024 | Other Document<br>Index #46 | 52 pages |
| 05/10/2024 | Other Document<br>Index #45 | 49 pages |

| Date | Description | Pages |
|---|---|---|
| 05/10/2024 | Other Document<br>Index #44 | 49 pages |
| 05/10/2024 | Other Document<br>Index #43 | 44 pages |
| 05/10/2024 | Other Document<br>Index #42 | 32 pages |
| 05/10/2024 | Other Document<br>Index #41 | 49 pages |
| 05/09/2024 | Order-Evaluation for Competency to Proceed (Rule 20.01)<br>Judicial Officer: Dayton Klein, Julia<br>Index #40 | 2 pages |
| 05/06/2024 | Other Document<br>Index #39 | 43 pages |
| 05/06/2024 | Other Document<br>Index #38 | 148 pages |
| 05/03/2024 | Affidavit-Other<br>Index #37 | 31 pages |
| 05/03/2024 | Correspondence<br>Index #36 | 3 pages |
| 05/03/2024 | Notice of Change of Address<br>Index #35 | 1 page |
| 04/12/2024 | Correspondence<br>Index #34 | 1 page |
| 04/12/2024 | Order Denying Motion<br>Judicial Officer: Dayton Klein, Julia<br>Index #33 | 2 pages |
| 04/12/2024 | Taken Under Advisement<br>Judicial Officer: Dayton Klein, Julia<br>Index #32 | |
| 04/12/2024 | Correspondence<br>Index #31 | 4 pages |
| 04/09/2024 | Affidavit-Other<br>Index #30 | 213 pages |
| 04/04/2024 | Motion<br>Party: Defendant GUERTIN, MATTHEW DAVID<br>Index #29 | 40 pages |
| 04/03/2024 | Notice of Motion and Motion<br>Index #28 | 271 pages |
| 04/03/2024 | Petition to Proceed as ProSe Counsel | |

| Date | Event | Pages |
|---|---|---|
| | Index #27 | 8 pages |
| 01/17/2024 | Finding of Incompetency and Order<br>Judicial Officer: Mercurio, Danielle<br>Index #25 | 4 pages |
| 01/16/2024 | Notice of Remote Hearing with Instructions<br>Index #26 | 2 pages |
| 01/16/2024 | Found Incompetent<br>Judicial Officer: Mercurio, Danielle | |
| 01/16/2024 | Waiver of Appearance<br>Index #24 | |
| 01/11/2024 | Rule 20 Evaluation Report<br>Index #23 | |
| 01/11/2024 | Rule 20 Report Distributed | |
| 01/05/2024 | Demand or Request for Discovery<br>Index #22 | 1 page |
| 11/15/2023 | Order-Evaluation for Competency to Proceed (Rule 20.01)<br>Judicial Officer: Dayton Klein, Julia<br>Index #21 | 2 pages |
| 07/13/2023 | Order-Other<br>Judicial Officer: Borer, George<br>Index #20 | 7 pages |
| 07/13/2023 | Finding of Incompetency and Order<br>Judicial Officer: Borer, George<br>Index #19 | 7 pages |
| 07/13/2023 | Found Incompetent<br>Judicial Officer: Borer, George | |
| 07/07/2023 | Taken Under Advisement<br>Judicial Officer: Borer, George<br>Index #18 | |
| 07/07/2023 | Hearing Held In-Person | |
| 06/14/2023 | Taken Under Advisement<br>Judicial Officer: Dayton Klein, Julia<br>Index #17 | |
| 06/14/2023 | Order for Continuance<br>Index #16 | 1 page |
| 04/04/2023 | Request for Continuance<br>Index #15 | |
| 03/28/2023 | Request for Continuance<br>Party: Attorney RIVERS, BRUCE MICHAEL<br>Index #14 | |

| Date | Description | Pages |
|---|---|---|
| 03/28/2023 | Hearing Held Remote | |
| 03/27/2023 | Request for Continuance Needing Judicial Approval<br>Index #13 | 1 page |
| 03/10/2023 | Rule 20 Report Distributed | |
| 03/10/2023 | Rule 20 Evaluation Report<br>Index #12 | |
| 02/20/2023 | Request for Continuance Needing Judicial Approval<br>Index #11 | 1 page |
| 02/20/2023 | Demand or Request for Discovery<br>Index #10 | 1 page |
| 02/20/2023 | Certificate of Representation<br>Index #9 | 1 page |
| 01/26/2023 | Pre-Plea Worksheet<br>Index #8 | |
| 01/26/2023 | Notice of Hearing<br>Index #7 | 1 page |
| 01/25/2023 | Law Enforcement Notice of Release and Appearance<br>Index #6 | 1 page |
| 01/25/2023 | Non-Cash Bond Posted<br>Index #5 | 2 pages |
| 01/25/2023 | Probable Cause Found | |
| 01/25/2023 | Order-Evaluation for Competency to Proceed (Rule 20.01)<br>Judicial Officer: Norris, Lyonel<br>Index #4 | 2 pages |
| 01/25/2023 | Statement of Rights<br>Index #3 | |
| 01/25/2023 | Hearing Held In-Person | |
| 01/25/2023 | Identity Verified | |
| 01/24/2023 | Pretrial Release Evaluation Form<br>Index #2 | |
| 01/24/2023 | E-filed Comp-Order for Detention<br>Index #1 | Unknown pages |

# Hearings

**Upcoming Hearings**

10/01/2024   01:30 PM           Hearing
                                Judicial Officer: Koch, William H.

| | | | |
|---|---|---|---|
| | | Location: GC-C459 | |
| | | Date Updated: 07/16/2024 | |
| | | Reset by Court to 10/01/2024 01:30 PM - By agreement | |
| | | Original Hearing Date: 09/24/2024 01:30 PM | |

**Previous Hearings**

| | | | |
|---|---|---|---|
| 07/16/2024 | 01:30 PM | Review Hearing<br>Judicial Officer: Koch, William H.<br>Location: GC-C457 | **Result:** Held On the Record |
| | | Date Updated: 07/16/2024 | |
| | | Reset by Court to 07/16/2024 01:30 PM - Judge Recusal | |
| | | Original Hearing Date: 07/16/2024 01:30 PM | |
| 01/16/2024 | 01:30 PM | Review Hearing<br>Judicial Officer: Mercurio, Danielle<br>Location: GC-C556<br>Cancelled; Other | |
| 07/07/2023 | 10:30 AM | Evidentiary Hearing<br>Judicial Officer: Borer, George<br>Location: GC-C456 | **Result:** Held On the Record |
| 06/14/2023 | 09:00 AM | Evidentiary Hearing<br>Judicial Officer: Dayton Klein, Julia<br>Location: GC-C559 | **Result:** Held Off the Record |
| 04/11/2023 | 01:30 PM | Review Hearing<br>Judicial Officer: Dayton Klein, Julia<br>Location: GC-C559<br>Cancelled; Other | |
| | | Date Updated: 04/04/2023 | |
| | | Reset by Court to 04/11/2023 01:30 PM - By agreement | |
| | | Original Hearing Date: 04/04/2023 01:30 PM | |
| 04/04/2023 | 11:00 AM | Omnibus Hearing<br>Judicial Officer: Quam, Jay<br>Location: GC-C1459<br>Cancelled; Other | |
| | | Date Updated: 02/21/2023 | |
| | | Reset by Court to 04/04/2023 11:00 AM - Session/Hearing Moved Same Date/Time - Not Rescheduled | |
| | | Original Hearing Date: 02/22/2023 01:30 PM | |
| 03/28/2023 | 01:30 PM | Hearing<br>Judicial Officer: Mercurio, Danielle<br>Location: GC-C556 | **Result:** Held On the Record |
| 01/25/2023 | 01:30 PM | First Appearance<br>Judicial Officer: Norris, Lyonel<br>Location: PSF 141 | **Result:** Held On the Record |

**Bond/Bail Activity**

**Appearance Bond**
GUERTIN, MATTHEW DAVID
01/25/2023          Status: Posted
                    $50,000.00

Search executed on 07/26/2024 04:03 PM