**MINNESOTA JUDICIAL BRANCH**

MINNESOTA COURT RECORDS ONLINE (MCRO)

## Case Details (Register of Actions)

Search executed on 07/26/2024 04:01 PM

### Case Information

**Case Number:** 27-MH-PR-23-815
**Case Title:** In the Matter of the Civil Commitment of MATTHEW DAVID GUERTIN, Respondent
**Case Type:** Commitment - Mentally Ill
**Date Filed:** 07/20/2023
**Case Location:** Hennepin County, Hennepin Probate Mental Health
**Case Status:** Under Court Jurisdiction

### Related Cases

27-CR-23-1886

### Party Information

**Petitioner**
HENNEPIN COUNTY ATTORNEY'S OFFICE
Minneapolis, MN 55487

**Attorneys Active**
- DE SOUZA, LEA MARIE - Lead Attorney

**Respondent**
GUERTIN, MATTHEW DAVID
DOB: 07/17/1981
Chaska, MN 55318

**Attorneys Active**
- FISHER, JOEL A - Lead Attorney

**Attorneys Inactive**
- BIGLOW, MICHAEL J
- ENGH-LISKA, MELANIE ANNE

### Case Events

| Date | Event |
|---|---|
| 04/04/2024 | Motion for Production of Medical Records<br>Index #43 |
| 02/16/2024 | Affidavit of No Service<br>Index #42 |
| 02/01/2024 | Order for Continued Commitment<br>Judicial Officer: Borer, George<br>Index #41 |
| 01/31/2024 | Taken Under Advisement<br>Judicial Officer: Borer, George<br>Index #39 |
| 01/31/2024 | Waiver<br>Index #38 |
| 01/30/2024 | Motion for Production of Medical Records<br>Index #37 |
| 01/30/2024 | Request for Continuance Needing Judicial Approval<br>Index #36 |
| 01/25/2024 | Order for Production of Medical Records |

|  |  |
|---|---|
|  | Index #35 |
| 01/25/2024 | Correspondence<br>Index #34 |
| 01/25/2024 | Proposed Order or Document<br>Index #33 |
| 01/25/2024 | Motion for Production of Medical Records<br>Index #32 |
| 01/22/2024 | Affidavit of Service<br>Index #31 |
| 01/22/2024 | Order and Notice of Hearing<br>Index #30 |
| 01/17/2024 | Correspondence<br>Index #29 |
| 01/17/2024 | Other Document<br>Index #28 |
| 01/17/2024 | Notice of Motion and Motion<br>Index #27 |
| 10/30/2023 | Progress Report<br>Index #26 |
| 08/10/2023 | Order of Stayed Commitment<br>Judicial Officer:  Buccicone, Brianne J.<br>Index #25 |
| 08/10/2023 | Taken Under Advisement<br>Judicial Officer:  Skibbie, Lori<br>Index #24 |
| 08/09/2023 | Plan for Services for Stay of Commitment<br>Index #23 |
| 08/09/2023 | Acceptance of Terms of Stay of Commitment<br>Index #22 |
| 08/07/2023 | Examiner's Report<br>Index #21 |
| 08/07/2023 | Examiner's Report Distributed |
| 08/04/2023 | Examiner's Report<br>Index #20 |
| 08/02/2023 | Affidavit of No Service<br>Index #19 |
| 08/02/2023 | Affidavit of No Service<br>Index #18 |
| 08/01/2023 | Scheduling Order<br>Judicial Officer:  Gearin, Kathleen R. |

| | |
|---|---|
| | Index #17 |
| 08/01/2023 | Taken Under Advisement<br>Judicial Officer: Gearin, Kathleen R.<br>Index #16 |
| 07/25/2023 | Affidavit of Service<br>Index #15 |
| 07/25/2023 | Order and Notice of Hearing<br>Index #14 |
| 07/24/2023 | Affidavit of Service<br>Index #13 |
| 07/21/2023 | Order-Other<br>Index #12 |
| 07/21/2023 | Order for Production of Medical Records<br>Index #11 |
| 07/21/2023 | Order and Notice of Hearing<br>Index #10 |
| 07/20/2023 | Rule 20.01 Felony |
| 07/20/2023 | Correspondence<br>Index #9 |
| 07/20/2023 | Proposed Order or Document<br>Index #8 |
| 07/20/2023 | Motion for Production of Medical Records<br>Index #7 |
| 07/20/2023 | Pre-Petition Screening Report<br>Index #6 |
| 07/20/2023 | Law Enforcement Report<br>Index #5 |
| 07/20/2023 | Other Document<br>Index #4 |
| 07/20/2023 | Psychological Evaluation Report<br>Index #3 |
| 07/20/2023 | Other Document<br>Index #2 |
| 07/20/2023 | Petition for Judicial Commitment<br>Index #1 |

**Hearings**

*Previous Hearings*

| | | | |
|---|---|---|---|
| 02/01/2024 | 09:00 AM | Motion Hearing | **Result:** Held Off the Record |

| | | | |
|---|---|---|---|
| | | Judicial Officer: Borer, George | |
| | | Location: GC-C456 | |
| 08/11/2023 | 10:30 AM | Commitment Hearing | |
| | | Judicial Officer: Skibbie, Lori | |
| | | Location: GC-C457 | |
| | | Cancelled; Other | |
| 08/01/2023 | 03:30 PM | Settlement Conference | **Result:** Held Off the Record |
| | | Judicial Officer: Gearin, Kathleen R. | |
| 08/01/2023 | 02:15 PM | Exam Hearing | |

### Dispositions

| | |
|---|---|
| 02/01/2024 | Stay of commitment |
| | **Commitment:** |
| |   Facility: Commissioner of Human Services |
| |   Condition: Follow plan for services |
| |   Report Date: 05/01/2024 |
| 08/10/2023 | Stay of commitment |
| | **Commitment:** |
| |   Facility: Commissioner of Human Services |
| |   Condition: Follow plan for services |
| |   Report Date: 11/08/2023 |

Search executed on 07/26/2024 04:01 PM