# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin, | Case No. 24-cv-2646 (JRT/DLM) |
| Plaintiff, | |
| vs. | **DEFENDANTS HENNEPIN COUNTY, MARY MORIARTY, CHELA GUZMAN-WEIGART, AND JACQUELINE PEREZ'S MEET AND CONFER STATEMENT** |
| Hennepin County, Keith Ellison, Mary Moriarty, Chela Guzman-Weigart, Julia Dayton-Klein, George F. Borer, Danielle C. Mercurio, Dr. Jill Rogstad, Dr. Adam Milz, Jacqueline Perez, and Bruce M. Rivers, | |
| Defendants. | |

Pursuant to Local Rule 7.1(a), I, Jamil M. F. Masroujeh, certify that I attempted to meet and confer with Plaintiff. Specifically, on August 1, 2024, I contacted Plaintiff by telephone and electronic mail concerning Defendants Hennepin County, Mary Moriarty, Chela Guzman-Weigart, and Jacqueline Perez's motion to dismiss. To date, I have not received a response from Plaintiff and there is no resolution on Defendants' motion.

          MARY F. MORIARTY
          Hennepin County Attorney

Dated: August 2, 2024      By:  *s/ Jamil M. F. Masroujeh*
                                        Jamil M. F. Masroujeh (0400895)
                                        Assistant County Attorney
                                        2000A Government Center, MC200
                                        300 South Sixth Street
                                        Minneapolis, MN 55487
                                        Telephone: (612) 596-0683
                                        FAX No: (612) 348-8299
                                        Jamil.Masroujeh@hennepin.us

*Attorney for Defendants Hennepin County, Mary Moriarty, Chela Guzman-Weigart, and Jacqueline Perez*