UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin, | Case No. 24-cv-2646 (JRT/DLM) |
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| Hennepin County, Keith Ellison, Mary Moriarty, Chela Guzman-Weigart, Julia Dayton-Klein, George F. Borer, Danielle C. Mercurio, Dr. Jill Rogstad, Dr. Adam Milz, Jacqueline Perez, and Bruce M. Rivers, | |
| Defendants. | |

This matter came before the Court pursuant to the motion to dismiss filed by Defendants Hennepin County, Mary Moriarty, Chela Guzman-Weigart, and Jacqueline Perez. Plaintiff Matthew D. Guertin was *pro se*. Defendants Hennepin County, Mary Moriarty, Chela Guzman-Weigart, and Jacqueline Perez appeared through counsel Jamil M. F. Masroujeh, Assistant County Attorney. Defendants Keith Ellison, Julia Dayton-Klein, George F. Borer, Danielle C. Mercurio, Jill Rogstad, Adam Milz appeared through counsel Benjamin W. Harringa.  Defendant Bruce M. Rivers was *pro se*.

IT IS HEREBY ORDERED THAT:

1. Defendants Hennepin County, Mary Moriarty, Chela Guzman-Weigart, and Jacqueline Perez's Motion to Dismiss is **GRANTED**.

2

2. All of Plaintiff's claims against Defendants Hennepin County, Mary Moriarty, Chela Guzman-Weigart, and Jacqueline Perez **ARE DISMISSED WITH PREJUDICE**.

Dated: _____      _____
                                                 The Honorable John R. Tunheim
                                                 United States District Court Judge