# Exhibit S

**EXHIBIT S** [1]

Newly obtained evidence as well as additional email communications being submitted to support Guertin's Follow-up motion requesting an in person hearing and preliminary injunction due to now having newly analyzed evidence that substantiates his original claims of fraudulent discovery materials. Additionally, due to Guertin finally being provided with the exam report prepared by Adam Milz in January of 2024 he can prove a substantial risk of irreparable harm due to blatantly deceptive exam reports and the continuing deprivation of his constitutional rights

---

**Index 01**  |  07/25/2024, Email 1 to Bruce Rivers Addressing Discovery Fraud

**Index 02**  |  Presentation of Missing Notebook Photos Addressed In Guertin's Email

**Index 03**  |  07/25/2024, Email 3 to Bruce Rivers – Mathematical Probability of Missing Images

**Index 04**  |  'Rivers-Discovery-Missing-Images.pdf' - as Discussed in Emails 1-3 Listed Above

**Index 05**  |  July 16, 2024, Bruce Rivers Provides Guertin With Fraudulent Discovery Photos

**Index 06**  |  'image_metadata.xlsx' - as mentioned at Id. 14-15 in Email 3 Listed Above

**Index 07**  |  03/14/2022, Guertin's Last Minute System Claims Email to His Patent Attorney

**Index 08**  |  One Week In The Life of Matthew Guertin | Emails Spanning August 4-11th, 2023

**Index 09**  |  Business, Patents, CompForensics.com, Discussing "Powerful People" Comment

**Index 10**  |  Guertin's January 11, 2024 Rule 20.01 Exam Report | Dr. Adam Milz

**Index 11**  |  Symptoms of Psychotic Disorders and Schizophrenia

**Index 12**  |  Antipsychotic Drugs Cause Brain Damage | Research Studies

**Index 13**  |  June 12, 2023, 'Witness Summary Dr. Jill Rogstad' – prepared by Jaqueline Perez

---

1   Make use of the bookmarks for easy navigation of this exhibit.

# Matthew Guertin / Fraudulent Discovery Materials / 27-CR-23-1886

From    mattguertin <MattGuertin@protonmail.com>

To      Bruce Rivers<riverslawyers@aol.com>

Date    Thursday, July 25th, 2024 at 11:28 AM

Hello,

I went through the discovery materials I received from your office on July 16, 2024.

I have attached the PDF I received from Michael Biglow on August 3, 2023 as well as a PDF titled 'Rivers-Discovery-Missing-Images.pdf'

The PDF from Michael Biglow is the materials that I have been claiming are fraudulent the entire time via various pro se filed motions.

The 'Rivers-Discovery-Missing-Images.pdf' is a PDF I just created which proves that almost all of the images I identified as being manipulated (cropped/edited) just so happen to all be missing from the discovery materials I was given by your office.

Now that we are on the same page, and you can verify that there is a rather serious issue concerning discovery - as in the court has obviously provided you with incomplete discovery materials - I would like for this issue to be addressed. I am not sure what that would entail but it is obviously a very serious issue that perhaps warrants a change of venue / a motion filed that addresses it / a motion filed that puts a halt to the 3rd Rule 20.01 exam report that is upcoming and instead requests a neutral third party that is completely separate from the Hennepin County Courts conduct the determination of my competency, etc.

As you can see the second Rule 20.01 exam report from Dr. Adam Milz (the file named 'Rule 20 Evaluation Report.pdf' in the discovery materials you provided me with) actually suggests that I should be put on anti-psychotic drugs specifically because I am claiming that there is fraudulent discovery materials - Meaning the exam report actually uses my claims of fraudulent discovery materials (that I have now proven and can back up with a substantial amount of additional 'irrefutable' evidence) as evidence to support the claim that I am 'psychotic / schizophrenic' - which is obviously VERY concerning, and I believe poses a risk of irreparable harm to me and my personal and mental well-being for obvious reasons. This is especially true when you consider the fact that I have never been on 'anti-psychotics' in my entire life due to the fact that I am not 'psychotic' or 'schizophrenic', and have never been determined to be so prior to my recent

interactions with the Hennepin County Courts.

To have the court falsely determine that I am in fact 'psychotic' based on manipulated exam reports and fraudulent discovery materials, which could result in me being forced to take powerful drugs that I have never before taken in my life is something that is causing me an extreme amount of anxiety and concern for obvious reasons. This is especially true when you realize that the exam report from Dr. Adam Milz contains a litany of false statements in it as well. Some example of these false statements would be the following:

> *"Records indicated the defendant has a history of problematic use of several substances, including alcohol, marijuana,methamphetamine, crack cocaine, dimethyltryptamine (DMT), and lysergic acid diethylamide (LSD)."*

> *"Mr. Guertin has a history of threatening to harm himself, which elevates his long-term risk of similar behavior."*

> *"These impairments are directly related to his psychotic disorder and suggest an inability to rationally assist defense counsel during defense-planning and legal proceedings, make informed and rational legal decisions, providerelevant testimony, and manage the demands of legal proceedings and the trial process."*

So as you can see, I am now apparently a recovering crack-head with suicidal tenancies who is unable to rationally consult with defense counsel, yet I have zero history of self harm or threatening to harm myself, and I have zero history at all that involves a problem with 'crack-cocaine' or 'dimethyltryptamine (DMT)' - but rather I simply admitted in the initial interview that I have used 'every drug besides heroin' before during my life. My use of 'crack-cocaine' totals about 20 times or so if I had to put a number on it, and this occurred in my mid-twenties when I had a friend who actually did develop a serious problem with it and I tried it a few times with him but didn't like it - at least not enough that I continued doing it, and had it turn into a problem of any kind whatsoever.

In regards to the entire issue of 'self-harm', my bad acid trip in 2009 never involved me attempting to harm myself at all, which is very clearly evident in the initial exam report, yet somehow this has now also turned into a completely false narrative of me now having a history of being suicidal even though I have never considered or thought about harming myself before in my entire life.

Regardless of all of these blatantly deceptive and false statements, I would have to imagine (as I have previously 'imagined'..) that the court being involved in the introduction of fraudulent discovery materials into my case is in fact a rather serious issue that is very likely to result in my entire criminal case being dismissed if in fact it was addressed properly.

Based on the fact that you have claimed that you 'have my back' I would like for you to prove that this is the case by properly addressing this very serious issue in a meaningful manner.

I hope that you are able to understand this email message insofar as it being presented in a competent, and rational manner devoid of 'delusional' thinking or any other characteristics of the supposed 'psychotic' and 'schizophrenic' mental health issues I am apparently suffering from...

That is all.

Sincerely,

Matthew David Guertin
Inventor / Founder / CEO
InfiniSet, Inc.
US 11,577,177
Minneapolis, MN
763-221-4540

Sent with Proton Mail secure email.

---

20.11 MB   2 files attached

Rivers-Discovery-Missing-Images.pdf  51.29 KB

23-815-Guertin-photos-of-exterior-interior-person_1_21.pdf  20.06 MB

## Re: Matthew Guertin / Fraudulent Discovery Materials / 27-CR-23-1886

| | |
|---|---|
| From | Bruce Rivers <riverslawyers@aol.com> |
| To | mattguertin<mattguertin@protonmail.com> |
| Date | Thursday, July 25th, 2024 at 11:55 AM |

I have reviewed your email.  What exactly is fraudulent.

Bruce Rivers
Rivers Law Firm, P.A.701 Building Suite 300
701 Fourth Avenue South
Minneapolis, MN  55415

## Re: Matthew Guertin / Fraudulent Discovery Materials / 27-CR-23-1886

From    mattguertin <MattGuertin@protonmail.com>

To      Bruce Rivers<riverslawyers@aol.com>

Date    Thursday, July 25th, 2024 at 3:41 PM

1. The first five columns in the graph ('page-img#' 'W-px' 'H-px' 'image-ratio' 'location of photo') are from my original discovery analysis that is listed at Index #29 of my criminal case file 27-CR-23-1886.

2. The sixth column 'Bruce RIvers July 16, 2024 Discovery Images' is the only 'new' column - meaning that I just created it yesterday evening when I finished reviewing the discovery materials you provided me with.

3. All of the green colored and red colored rows in the first five columns are 'original' from the initial analysis - with red colored rows indicating images that were identified as being cropped based upon the aspect ratios not being uniform - and the green colored rows indicating that the images appeared to be the 'standard' 3:2 aspect ratio of the camera (as I correctly identified, and has now been confirmed based upon the provided discovery materials).

4. There is a total of 80 images in the PDF emailed to me by Michael Biglow. The first 32 images are taken outside of my apartment and ALL maintain the uniform aspect ratio of 3:2 - Only the images taken inside of my apartment contain all of the aspect ratio anomalies that prove they've been manually cropped to portray a false narrative - these are the rows that are highlighted in red.

5. NOW - Since you understand 'what' is being presented take a look at the PERFECT matching of all of the missing images in the discovery materials I was provided by your office.

6. All of the missing images just so happen to perfectly align with the images I initially identified as being cropped / manipulated / non-authentic - just take note of the matching colors of 'MISSING' rows in column six, and the non-uniform aspect ratios in the corresponding rows.

7. The fact that there are missing images that are not contained in the discovery materials you provided me with BUT they are contained in the PDF that was sent to me by Michael Biglow on August 3, 2023 serves to irrefutably prove that the discovery materials you provided me with are incomplete - but not just 'incomplete'.....the missing images also just so happen to align with my previous image analysis PERFECTLY insofar as aligning with the non-uniform aspect ratio images.

8. <u>I have attached my original image analysis at index #29 named '29__Pro-Se-Defendants-Motion-to-Compel-Discovery-and-Affidavit-of-Fact__2024-04-04.pdf' for reference.</u>

9. **Where are all of the images in the discovery that you provided me that are labeled as 'MISSING' in column #6?**

10. Furthermore, the images in the discovery materials you sent me first provide a view of the notebook sitting on the kitchen table, next to the computer at image '23-0098_0012_520-TRS_DSC_0179.JPG' with the last image that shows the notebook sitting next to the computer being image '23-0098_0012_520-TRS_DSC_0209.JPG'

11. If you take a look at image '<u>50-74.jpg</u>' (<u>attached</u>) from the PDF that Michael Biglow sent me (page 50 of the PDF, image 74 of 80 = '50-74') you will notice that the notebook is opened to the first page, and is actually positioned on top of the usb cord - and is so close to the computer it is almost touching it.

12. In NONE of the images in the discovery materials you provided me with do we ever see a picture of the first page - only the second page, and the notebook is moved to a completely different position much further away from the computer.

13. I intentionally left the notebook opened up to page one - meaning that would've been its 'original' state upon the police entering my apartment. Also notice that the bullet that is sitting next to the paint brush that says 'SILICONE' on it is sitting upright in all of the photographs of the discovery materials you provided me with, yet in image '50-74' it is laying on its side.

14. Based upon the supposed metadata of the images you sent me (<u>contained in the attached spreadsheet named 'image_metadata.xlsx</u>') and the sequential time that the photographs were supposedly taken one might logically infer that the metadata of the images is not authentic based upon the fact that what it portrays is sequential photographs being taken just seconds apart that serve to portray a continuous set of photographs taken in 'one fell swoop'  - as in the photographer walking from the outside, to the inside of the apartment as they took the photographs, in a sequence meant to portray continuity.

15. **WHERE ARE THE MISSING IMAGES THAT SHOW THE FIRST PAGE OF THE NOTEBOOK? THERE ARE NONE.** THIS IS NOT LOGICAL AT ALL. - Especially when juxtaposed against the metadata timestamps of the images in the discovery you provided me with.

| | | |
|---|---|---|
| 23-0098_0012_520-TRS_DSC_0155 | 2023:01:21 | 14:18:47 |
| 23-0098_0012_520-TRS_DSC_0156 | 2023:01:21 | 14:18:51 |
| 23-0098_0012_520-TRS_DSC_0157 | 2023:01:21 | 14:18:59 |
| 23-0098_0012_520-TRS_DSC_0158 | 2023:01:21 | 14:19:17 |
| 23-0098_0012_520-TRS_DSC_0159 | 2023:01:21 | 14:19:23 |
| 23-0098_0012_520-TRS_DSC_0160 | 2023:01:21 | 14:19:50 |
| 23-0098_0012_520-TRS_DSC_0161 | 2023:01:21 | 14:19:56 |
| 23-0098_0012_520-TRS_DSC_0162 | 2023:01:21 | 14:19:58 |
| 23-0098_0012_520-TRS_DSC_0163 | 2023:01:21 | 14:20:02 |
| 23-0098_0012_520-TRS_DSC_0164 | 2023:01:21 | 14:20:04 |
| 23-0098_0012_520-TRS_DSC_0165 | 2023:01:21 | 14:20:12 |
| 23-0098_0012_520-TRS_DSC_0166 | 2023:01:21 | 14:20:14 |
| 23-0098_0012_520-TRS_DSC_0167 | 2023:01:21 | 14:20:20 |
| 23-0098_0012_520-TRS_DSC_0168 | 2023:01:21 | 14:20:21 |
| 23-0098_0012_520-TRS_DSC_0169 | 2023:01:21 | 14:20:22 |
| 23-0098_0012_520-TRS_DSC_0170 | 2023:01:21 | 14:20:23 |
| 23-0098_0012_520-TRS_DSC_0171 | 2023:01:21 | 14:20:35 |
| 23-0098_0012_520-TRS_DSC_0172 | 2023:01:21 | 14:20:40 |
| 23-0098_0012_520-TRS_DSC_0173 | 2023:01:21 | 14:20:42 |
| 23-0098_0012_520-TRS_DSC_0174 | 2023:01:21 | 14:20:49 |
| 23-0098_0012_520-TRS_DSC_0175 | 2023:01:21 | 14:20:51 |
| 23-0098_0012_520-TRS_DSC_0176 | 2023:01:21 | 14:20:53 |
| 23-0098_0012_520-TRS_DSC_0177 | 2023:01:21 | 14:20:55 |
| 23-0098_0012_520-TRS_DSC_0178 | 2023:01:21 | 14:20:57 |
| 23-0098_0012_520-TRS_DSC_0179 | 2023:01:21 | 14:21:04 |
| 23-0098_0012_520-TRS_DSC_0180 | 2023:01:21 | 14:21:06 |
| 23-0098_0012_520-TRS_DSC_0181 | 2023:01:21 | 14:21:07 |
| 23-0098_0012_520-TRS_DSC_0182 | 2023:01:21 | 14:21:18 |
| 23-0098_0012_520-TRS_DSC_0183 | 2023:01:21 | 14:21:19 |
| 23-0098_0012_520-TRS_DSC_0184 | 2023:01:21 | 14:21:20 |
| 23-0098_0012_520-TRS_DSC_0185 | 2023:01:21 | 14:21:23 |
| 23-0098_0012_520-TRS_DSC_0186 | 2023:01:21 | 14:21:24 |
| 23-0098_0012_520-TRS_DSC_0187 | 2023:01:21 | 14:21:25 |
| 23-0098_0012_520-TRS_DSC_0188 | 2023:01:21 | 14:21:26 |
| 23-0098_0012_520-TRS_DSC_0189 | 2023:01:21 | 14:21:27 |
| 23-0098_0012_520-TRS_DSC_0190 | 2023:01:21 | 14:21:30 |
| 23-0098_0012_520-TRS_DSC_0191 | 2023:01:21 | 14:21:33 |
| 23-0098_0012_520-TRS_DSC_0192 | 2023:01:21 | 14:21:35 |
| 23-0098_0012_520-TRS_DSC_0193 | 2023:01:21 | 14:21:42 |
| 23-0098_0012_520-TRS_DSC_0194 | 2023:01:21 | 14:21:45 |
| 23-0098_0012_520-TRS_DSC_0195 | 2023:01:21 | 14:21:47 |
| 23-0098_0012_520-TRS_DSC_0196 | 2023:01:21 | 14:22:26 |
| 23-0098_0012_520-TRS_DSC_0197 | 2023:01:21 | 14:22:31 |
| 23-0098_0012_520-TRS_DSC_0198 | 2023:01:21 | 14:22:32 |
| 23-0098_0012_520-TRS_DSC_0199 | 2023:01:21 | 14:22:33 |
| 23-0098_0012_520-TRS_DSC_0200 | 2023:01:21 | 14:22:34 |
| 23-0098_0012_520-TRS_DSC_0201 | 2023:01:21 | 14:22:35 |
| 23-0098_0012_520-TRS_DSC_0202 | 2023:01:21 | 14:22:43 |
| 23-0098_0012_520-TRS_DSC_0203 | 2023:01:21 | 14:22:45 |
| 23-0098_0012_520-TRS_DSC_0204 | 2023:01:21 | 14:22:46 |
| 23-0098_0012_520-TRS_DSC_0205 | 2023:01:21 | 14:22:47 |
| 23-0098_0012_520-TRS_DSC_0206 | 2023:01:21 | 14:22:48 |
| 23-0098_0012_520-TRS_DSC_0207 | 2023:01:21 | 14:22:49 |
| 23-0098_0012_520-TRS_DSC_0208 | 2023:01:21 | 14:22:50 |
| 23-0098_0012_520-TRS_DSC_0209 | 2023:01:21 | 14:22:59 |

~Matt

**50-74.jpg**



**23-0098_0012_520-TRS_DSC_0179.JPG**



**23-0098_0012_520-TRS_DSC_0184.JPG**



**23-0098_0012_520-TRS_DSC_0189.JPG**



**23-0098_0012_520-TRS_DSC_0190.JPG**



**23-0098_0012_520-TRS_DSC_0191.JPG**



**23-0098_0012_520-TRS_DSC_0192.JPG**



**23-0098_0012_520-TRS_DSC_0193.JPG**



**23-0098_0012_520-TRS_DSC_0194.JPG**



**23-0098_0012_520-TRS_DSC_0195.JPG**



**23-0098_0012_520-TRS_DSC_0209.JPG**



## Re: Matthew Guertin / Fraudulent Discovery Materials / 27-CR-23-1886

| From | mattguertin <MattGuertin@protonmail.com> |
| --- | --- |
| To | Bruce Rivers<riverslawyers@aol.com> |
| Date | Thursday, July 25th, 2024 at 4:12 PM |

## ME -

original 'group a' - 28 out of 80 total are identified as being 'non-standard' comparison 'group b' - 33 out of 80 total are identified as 'missing' - with the 28 out of the 33 total 'missing' from 'group b' PERFECTLY aligning with the 'group a' 'non-standard', meaning that even though there are a total of 33 'missing' in group b - ALL of them align perfectly with 100% of the 'non-standard' of 'group a'

What is the probability of this happening based solely on chance alone? Meaning a calculation that is able to determine the probability of this occurring randomly / by chance entirely?

```python
from math import comb

# Define the variables
N = 80  # Total number of items
K = 28  # Number of 'non-standard' items in Group A
n = 33  # Number of 'missing' items in Group B
k = 28  # Number of 'non-standard' items from Group A that are 'missing' in Group B

# Calculate the binomial coefficients
binom_28_28 = comb(K, k)
binom_52_5 = comb(N - K, n - k)
binom_80_33 = comb(N, n)

# Calculate the probability
P_X_equals_28 = (binom_28_28 * binom_52_5) / binom_80_33
P_X_equals_28

Result = 8.155021504847775e-17
```

# chatGPT -

To determine the probability of this alignment happening by chance, we need to use combinatorial probability principles. Here's the breakdown of the problem and the steps to calculate the probability:

1. **Define the Sets:**
   - Group A has 80 items, with 28 identified as 'non-standard'.
   - Group B also has 80 items, with 33 identified as 'missing'.

2. **Perfect Alignment Condition:**
   - Out of the 33 'missing' items in Group B, 28 perfectly align with the 28 'non-standard' items in Group A.

3. **Calculate Probability:**
   - The probability calculation involves determining the likelihood that the 28 'non-standard' items in Group A perfectly align with 28 of the 33 'missing' items in Group B.

The problem can be framed as a hypergeometric probability problem, where we are drawing 33 items (missing) from a pool of 80, and we are interested in the event where 28 out of the 28 non-standard items are included in the draw of 33 missing items.

The hypergeometric distribution formula is given by:

$$P(X = k) = \frac{\binom{K}{k}\binom{N-K}{n-k}}{\binom{N}{n}}$$

Where:
- $N$ is the total number of items (80).
- $K$ is the number of 'non-standard' items in Group A (28).
- $n$ is the number of 'missing' items in Group B (33).
- $k$ is the number of 'non-standard' items from Group A that are 'missing' in Group B (28).

We want to find $P(X = 28)$:

$$P(X = 28) = \frac{\binom{28}{28}\binom{52}{5}}{\binom{80}{33}}$$

Let's calculate this step by step.

1. $\binom{28}{28} = 1$ (there is only one way to choose 28 items from 28).
2. $\binom{52}{5}$ is the number of ways to choose 5 items from the remaining 52 items.
3. $\binom{80}{33}$ is the total number of ways to choose 33 items from 80.

Now we calculate these binomial coefficients:

$$\binom{52}{5} = \frac{52!}{5!(52-5)!}$$
$$\binom{80}{33} = \frac{80!}{33!(80-33)!}$$

These calculations involve large factorials, so we'll use a Python script to compute the precise values.

Let me calculate this for you.

The probability of the 28 'non-standard' items in Group A perfectly aligning with 28 of the 33 'missing' items in Group B purely by chance is approximately $8.16 \times 10^{-17}$. This is an extremely small probability, indicating that such a perfect alignment is highly unlikely to occur by chance alone. [≥_≥]

## ME -

great. Now please quantify the following part of your output into an actual number or output in a way that makes it easier to try and grasp in terms of human understanding of quantities and numerical values please

""
The probability of the 28 'non-standard' items in Group A perfectly aligning with 28 of the 33 'missing' items in Group B purely by chance is approximately $8.16 \times 10^{-17}$$8.16 \times 10^{-17}$. This is an extremely small probability, indicating that such a perfect alignment is highly unlikely to occur by chance alone.
""

## chatGPT -

To better grasp the extremely small probability $8.16 \times 10^{-17}$, let's convert it into a more understandable context.

1. **Percentage Form:**
   The probability $8.16 \times 10^{-17}$ can be expressed as a percentage:

   $$8.16 \times 10^{-17} = 0.00000000000000816\%$$

2. **Comparative Context:**
   Imagine comparing this probability to real-world rare events:

   - The probability of winning the lottery (e.g., Mega Millions) is about 1 in 302.6 million, which is approximately $3.3 \times 10^{-9}$. Our probability is much smaller.

   - The odds of being struck by lightning in a given year are roughly 1 in 1.2 million, or approximately $8.3 \times 10^{-7}$. Again, our probability is far smaller.

3. **Contextual Analogy:**
   Think of it this way: If you were to pick a single grain of sand from all the sand on Earth, and you had to pick the exact grain that someone else randomly chose beforehand, the chances of success would still be significantly higher than $8.16 \times 10^{-17}$.

So, the chance of 28 'non-standard' items in Group A aligning perfectly with 28 of the 33 'missing' items in Group B purely by chance is exceedingly rare, to the point where it's virtually impossible to expect such an event to occur randomly.

## ME -

can you please compare this to the probability of crime scene forensic analysis insofar as a hypothetical crime lab taking a blood sample from a crime scene and matching to a suspect based on probability that serves as 'irrefutable proof' in a court room setting - meaning that even though a DNA match is never considered 100% it is still such an unlikely probability that in court it is considered as exactly that - meaning 100% proof beyond a reasonable doubt

## chatGPT -

In a courtroom setting, DNA evidence is often considered as highly reliable and compelling proof due to the incredibly low probability of a coincidental match. Let's compare our probability $8.16 \times 10^{-17}$ with the probabilities typically associated with DNA matches.

**DNA Match Probability:**

- **Probability of a DNA match:**
  The probability of a coincidental DNA match varies depending on the loci used in the analysis, but with modern techniques, it's often quoted as being between 1 in a billion ($1 \times 10^9$) to 1 in several trillion ($1 \times 10^{12}$).

**Comparison:**

1. **Probability of DNA Match:**
   Let's use a conservative estimate of a DNA match probability being 1 in a billion ($1 \times 10^9$).
   - Probability: $1 \times 10^{-9}$
2. **Probability of Perfect Alignment in Group A and Group B:**
   - Probability: $8.16 \times 10^{-17}$

**Numerical Comparison:**

- $8.16 \times 10^{-17}$ is far smaller than $1 \times 10^{-9}$.
- To put this into perspective, the probability of a coincidental DNA match (1 in a billion) is approximately $1.22 \times 10^7$ times more likely than the probability of the perfect alignment occurring by chance.

**Contextualizing the Probability:**

- If a court considers a DNA match with a probability of 1 in a billion as essentially irrefutable proof (100% proof beyond a reasonable doubt), the probability of $8.16 \times 10^{-17}$ is vastly smaller.
- This means that the likelihood of the perfect alignment occurring by chance is astronomically less probable than the already incredibly unlikely event of a random DNA match.

**Summary:**

In the context of crime scene forensic analysis, where a DNA match probability of $1 \times 10^{-9}$ is deemed almost certain and used as irrefutable proof, the probability $8.16 \times 10^{-17}$ of the perfect alignment occurring by chance is even more compellingly remote. It underscores that such an alignment happening purely by chance is far less likely than the highly reliable DNA match probability, thereby reinforcing the notion of its improbability to an almost unimaginable degree.

| page-img# | W-px | H-px | image-ratio | location of photo | Bruce RIvers July 16, 2024 Discovery Images |
|---|---|---|---|---|---|
| 01-01 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0015.JPG |
| 01-02 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0016.JPG |
| 02-03 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0018.JPG |
| 02-04 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0040.JPG |
| 03-05 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0030.JPG |
| 03-06 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0039.JPG |
| 04-07 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0055.JPG |
| 04-08 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0045.JPG |
| 05-09 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0046.JPG |
| 05-10 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0049.JPG |
| 06-11 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0068.JPG |
| 06-12 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0069.JPG |
| 07-13 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0070.JPG |
| 07-14 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0071.JPG |
| 08-15 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0085.JPG |
| 08-16 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0087.JPG |
| 09-17 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0104.JPG |
| 09-18 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0105.JPG |
| 10-19 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0107.JPG |
| 10-20 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0114.JPG |
| 11-21 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0110.JPG |
| 11-22 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0056.JPG |
| 12-23 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0063.JPG |
| 12-24 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0072.JPG |
| 13-25 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0077.JPG |
| 13-26 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0035.JPG |
| 14-27 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0036.JPG |
| 14-28 | 1430 | 953 | 3:2 | outdoors | 23-0098_0012_520-TRS_DSC_0125.JPG |
| 15-29 | 1430 | 953 | 3:2 | inside-building-hallway | 23-0098_0012_520-TRS_DSC_0162.JPG |
| 15-30 | 1430 | 953 | 3:2 | inside-building-hallway | 23-0098_0012_520-TRS_DSC_0163.JPG |
| 16-31 | 1430 | 953 | 3:2 | inside-building-hallway | 23-0098_0012_520-TRS_DSC_0164.JPG |
| 17-32 | 1319 | 1979 | 2:3 | inside-building-hallway | 23-0098_0012_520-TRS_DSC_0160.JPG |
| 18-33 | 1319 | 1979 | 2:3 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0171.JPG |
| 19-34 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0174.JPG |
| 19-35 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0177.JPG |
| 20-36 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0199.JPG |
| 20-37 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0198.JPG |
| 21-38 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0200.JPG |

| page-img# | W-px | H-px | image-ratio | location of photo | Bruce RIvers July 16, 2024 Discovery Images |
|---|---|---|---|---|---|
| 22-39 | 1114 | 1889 | 1:1.696 | inside-Guertin-residence | MISSING |
| 23-40 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0197.JPG |
| 23-41 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0196.JPG |
| 24-42 | 1087 | 1885 | 1:1.734 | inside-Guertin-residence | MISSING |
| 25-43 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0201.JPG |
| 25-44 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0207.JPG |
| 26-45 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0203.JPG |
| 26-46 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0204.JPG |
| 27-47 | 1134 | 1939 | 1:1.710 | inside-Guertin-residence | MISSING |
| 28-48 | 1224 | 2153 | 1:1.759 | inside-Guertin-residence | MISSING |
| 29-49 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0189.JPG |
| 30-50 | 1214 | 1967 | 1:1.620 | inside-Guertin-residence | MISSING |
| 31-51 | 1109 | 1895 | 1:1.709 | inside-Guertin-residence | MISSING |
| 32-52 | 1129 | 1931 | 1:1.710 | inside-Guertin-residence | MISSING |
| 33-53 | 1159 | 1960 | 1:1.691 | inside-Guertin-residence | MISSING |
| 34-54 | 1431 | 805 | 16:9 | inside-Guertin-residence | MISSING |
| 34-55 | 1431 | 805 | 16:9 | inside-Guertin-residence | MISSING |
| 35-56 | 1431 | 805 | 16:9 | inside-Guertin-residence | MISSING |
| 35-57 | 1431 | 805 | 16:9 | inside-Guertin-residence | MISSING |
| 36-58 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0183.JPG |
| 37-59 | 831 | 1375 | 1:1.655 | inside-Guertin-residence | MISSING |
| 38-60 | 1431 | 805 | 16:9 | inside-Guertin-residence | MISSING |
| 38-61 | 1431 | 805 | 16:9 | inside-Guertin-residence | MISSING |
| 39-62 | 1152 | 1976 | 1:1.715 | inside-Guertin-residence | MISSING |
| 40-63 | 1137 | 1912 | 1:1.682 | inside-Guertin-residence | MISSING |
| 41-64 | 1172 | 1851 | 1:1.579 | inside-Guertin-residence | MISSING |
| 42-65 | 1430 | 953 | 3:2 | inside-Guertin-residence | 23-0098_0012_520-TRS_DSC_0323.JPG |
| 43-66 | 1187 | 1962 | 1:1.653 | inside-Guertin-residence | MISSING |
| 44-67 | 1431 | 805 | 16:9 | inside-Guertin-residence | MISSING |
| 44-68 | 1431 | 805 | 16:9 | inside-Guertin-residence | MISSING |

| page-img# | W-px | H-px | image-ratio | location of photo | Bruce RIvers July 16, 2024 Discovery Images |
|---|---|---|---|---|---|
| 45-69 | 1194 | 2066 | 1:1.730 | inside-Guertin-residence | **MISSING** |
| 46-70 | 1209 | 2052 | 1:1.697 | inside-Guertin-residence | **MISSING** |
| 47-71 | 1204 | 1993 | 1:1.655 | inside-Guertin-residence | **MISSING** |
| 48-72 | 1244 | 1961 | 1:1.576 | inside-Guertin-residence | **MISSING** |
| 49-73 | 1254 | 2041 | 1:1.628 | inside-Guertin-residence | **MISSING** |
| 50-74 | 1239 | 2025 | 1:1.634 | inside-Guertin-residence | **MISSING** |
| 51-75 | 1269 | 2020 | 1:1.591 | inside-Guertin-residence | **MISSING** |
| 52-76 | 1431 | 1908 | 3:4 | Minnetonka-Police-Station | **MISSING** |
| 53-77 | 1431 | 1908 | 3:4 | Minnetonka-Police-Station | **MISSING** |
| 54-78 | 1431 | 1908 | 3:4 | Minnetonka-Police-Station | **MISSING** |
| 55-79 | 1435 | 1908 | 3:4 | Minnetonka-Police-Station | **MISSING** |
| 56-80 | 1431 | 1908 | 3:4 | Minnetonka-Police-Station | **MISSING** |

# DISCOVERY PHOTOGRAPHS GIVEN TO MATT GUERTIN BY BRUCE RIVERS ON JULY 16, 2024

**23-0098_0012_520-TRS_DSC_0209.JPG**



23-0098_0012_520-TRS_DSC_0217.JPG



23-0098_0012_520-TRS_DSC_0220.JPG



# Forensic Analysis Report on Laptop Icon Variations in Images

**209-1.JPG**



**209-2.JPG**



**209-3.JPG**



**209-4.JPG**



**209-5.JPG**



**209-6.JPG**



# Forensic Analysis Report on Laptop Icon Variations in Images

**217-1.JPG**



**217-2.JPG**



**217-3.JPG**



**217-4.JPG**



**217-5.JPG**



**217-6.JPG**



# Forensic Analysis Report on Laptop Icon Variations in Images

**220-1.JPG**



**220-2.JPG**



**220-3.JPG**



**220-4.JPG**



**220-5.JPG**



**220-6.JPG**



# Forensic Analysis Report on Laptop Icon Variations in Images

**209-6.JPG**



**209-7.JPG**



**217-6.JPG**



**217-7.JPG**



**220-6.JPG**



**220-7.JPG**



# Forensic Analysis Report on Laptop Icon Variations in Images

**Subject:**
Examination of Laptop Icon Shape Consistency Across Multiple Images

**Prepared by:**
Dr. Alex Mercer | chatGPT Digital Forensic Investigator Extraordinaire

**Date:** July 29, 2024

**Objective:**
The goal of this analysis is to determine if the laptop icons in the images labeled as 209, 217, and 220 exhibit variations in their shapes and sizes, indicating that they may not be the same icon in each image.

**Methodology:**

**Image Collection:**
- Images labeled 209, 217, and 220 were collected for examination.

**Focus Area:**
- The focus of the analysis was on the shape and size of the laptop icons.

**Comparison Criteria:**
- The following aspects were compared:

  - **Overall Shape:** General outline and structure.

  - **Screen Angle:** The tilt of the screen relative to the base.

  - **Base Proportion:** Length and height of the keyboard section relative to the screen.

  - **Tools Used:** High-resolution image zoom and contrast adjustment to enhance visibility of the icons.

**209-8.JPG**



**Shape:** Rectangular screen with a slight backward tilt.
**Screen Angle:** Moderate tilt.
**Base Proportion:** The keyboard section appears proportionate to the screen, with a visible separation line between the screen and base.

**217-8.JPG**



**Shape:** Rectangular screen with a more pronounced backward tilt.
**Screen Angle:** Noticeable tilt, making the screen appear taller and more slanted.
**Base Proportion:** The keyboard section looks shorter in height compared to the screen, giving the screen a larger appearance.

**220-8.JPG**



**Shape:** Rectangular screen with a slight forward tilt.
**Screen Angle:** Lesser tilt, almost appearing upright.
**Base Proportion:** The keyboard section appears longer and more extended compared to the other images, giving the screen a shorter appearance.

209-9.JPG

217-9.JPG

220-9.JPG



## Conclusion

Based on the detailed comparison of the laptop icons in images 209, 217, and 220, it is evident that there are significant variations in the shapes and sizes of the icons. The differences in screen angles, overall shapes, and base proportions suggest that the laptop icons in these images are not identical. These discrepancies indicate that either different icons were used, or the same icon was altered in each image.

# Forensic Analysis Report on Corner Shapes Covering Bose Speaker Icon in Images

**Objective:**
The objective of this analysis is to determine if there are variations in the shapes of the corners of the windows covering the Bose speaker icon in the images labeled as 209, 217, and 220.

**Methodology**

**Image Collection:**
Images labeled 209, 217, and 220 were collected for examination.

**Focus Area:**
The focus of the analysis was on the shape of the corners of the windows covering the Bose speaker icon.

**Comparison Criteria:**
The following aspects were compared:

**Corner Shape:** Whether the corner is rounded or square.

**Tools Used:** High-resolution image zoom and contrast adjustment to enhance visibility of the icons.

**209-8.JPG**



**Corner Shape:** The corner covering the Bose speaker icon appears square with a slight roundness at the very edge.

**217-8.JPG**



**Corner Shape:** The corner covering the Bose speaker icon appears square.

**220-8.JPG**



**Corner Shape:** The corner covering the Bose speaker icon appears rounded.

## Conclusion

Based on the detailed comparison of the corners of the windows covering the Bose speaker icon in images 209, 217, and 220, it is evident that there are significant variations in the shapes of the corners. The discrepancies in the corner shapes indicate inconsistencies in how the windows were displayed or captured in each image.

These variations suggest that either different windows were used, or the same window was altered in each image. The rounded corner in image 220 compared to the square corners in images 209 and 217 indicates a notable inconsistency.

# Forensic Analysis Report: Detailed Examination of Hard Drive Icon Image Discrepancies

## Images Under Examination:

- Image 190 (Highlighted in Purple): File ID - 190-Zoom.JPG
- Image 194 (Highlighted in Green): File ID - 194-Zoom.JPG
- Image 209 (Highlighted in Red): File ID - 209-Zoom.JPG

## Focus Points:

- Shape and proportions of the hard drive icon.
- Color discrepancies of the window and tabs.
- Any other observable inconsistencies.

**23-0098_0012_520-TRS_DSC_0190.JPG**





**23-0098_0012_520-TRS_DSC_0194.JPG**





**23-0098_0012_520-TRS_DSC_209.JPG**





## 1. Shape and Proportions of the Hard Drive Icon

## Image 190 (Purple):

The hard drive icon is significantly narrower and appears taller, suggesting a vertical stretching effect.

The corners of the hard drive icon are rounded, giving it a distinctly different shape compared to the other images.

These proportions are inconsistent with those in Images 194 and 209, indicating a discrepancy that should not exist in authentic, controlled police photographs.



## Image 194 (Green) and Image 209 (Red):

**<u>The hard drive icon between these two images also DO NOT MATCH</u>**

Image 209 (Red) appears to be more of a square shape on its front face when compared to Image 194 (Green) which shows a much more rectangular shaepd front plate. **<u>All of the hard drive icons are different.</u>**

## 2. Color Discrepancies of the Window and Tabs

### Image 190 (Purple):

The tab above the hard drive icon is tan in color, distinctly different from the gray color observed in the other images.
This tan color mismatch is highly unusual for images that should be consistent, suggesting a possible alteration or error.
The window frame and background also exhibit a warmer tone, deviating from the cooler gray tones in Images 194 and 209.



### Image 194 (Green) and Image 209 (Red):

Both images display a consistent gray color for the tabs and window frames.

The gray color matches the expected default color scheme of the operating system, indicating no alterations or display anomalies.




**Conclusion:**

Based on the detailed analysis, Image 190 (Purple) exhibits several discrepancies compared to Images 194 (Green) and 209 (Red). The hard drive icon in Image 190 is significantly different in shape, proportions, and corner curvature. Additionally, the color of the window tab in Image 190 is tan, contrasting sharply with the consistent gray in the other images. These inconsistencies are not acceptable in authentic police photographs presented as evidence, indicating potential fraud or tampering.

This report provides a comprehensive breakdown of the observed discrepancies, focusing on shape, color, and overall image consistency. **The evidence strongly indicates that none of the hard drive icons match each other in terms of their shape and size**, suggesting fraudulent discovery materials submitted into Guertin's court case. The differences are significant enough to warrant further investigation and raise substantial questions about the authenticity of the images, which in turn serves to validate Guertin's initial claim that the discovery photographs submitted into his case were fraudulent.

**This means that Bruce Rivers gave Guertin frauduelnt discovery materials on July 16, 2024**, which he either knew were not authentic, or the court has provided him with fraudulent discovery materials, in which case he should be addressing this rather substantial issue to ensure that the rights of his client are protected.

**There are ZERO photos in the July 16, 2024 Discovery Materials That Show The Entire Notepad Text Shown In Image 51-75 of the Discovery Materials Michael Biglow Sent Me On August 3, 2023**

**Images in August 3, 2023 Discovery Photographs Which Show View of Laptop Screen:**

29-49.jpg

30-50.jpg

51-75.jpg  <~~~ THE ONLY DISCOVERY IMAGE WHICH SHOWS NOTEPAD TEXT

**Images in July 16, 2024 Discovery Photographs Which Show View of Laptop Screen:**

23-0098_0012_520-TRS_DSC_0189.JPG

23-0098_0012_520-TRS_DSC_0190.JPG

23-0098_0012_520-TRS_DSC_0192.JPG

23-0098_0012_520-TRS_DSC_0193.JPG

23-0098_0012_520-TRS_DSC_0194.JPG

23-0098_0012_520-TRS_DSC_0209.JPG

23-0098_0012_520-TRS_DSC_0217.JPG

23-0098_0012_520-TRS_DSC_0220.JPG

23-0098_0012_520-TRS_DSC_0189.JPG



23-0098_0012_520-TRS_DSC_0190.JPG



23-0098_0012_520-TRS_DSC_0192.JPG



23-0098_0012_520-TRS_DSC_0193.JPG



23-0098_0012_520-TRS_DSC_0194.JPG



23-0098_0012_520-TRS_DSC_0209.JPG



23-0098_0012_520-TRS_DSC_0217.JPG   23-0098_0012_520-TRS_DSC_0220.JPG

 

Image 51-75 from Biglow Aug 3, 2023 PDF   23-0098_0012_520-TRS_DSC_0193.JPG



| Image Name | Create Date | Create Time | Focus Distance |
|---|---|---|---|
| 23-0098_0012_520-TRS_DSC_0001 | 2023:01:21 | 13:32:12 | 3.35 m |
| 23-0098_0012_520-TRS_DSC_0002 | 2023:01:21 | 13:32:13 | 2.37 m |
| 23-0098_0012_520-TRS_DSC_0003 | 2023:01:21 | 13:32:14 | 2.51 m |
| 23-0098_0012_520-TRS_DSC_0004 | 2023:01:21 | 13:32:15 | 8.41 m |
| 23-0098_0012_520-TRS_DSC_0005 | 2023:01:21 | 13:32:32 | 3.35 m |
| 23-0098_0012_520-TRS_DSC_0006 | 2023:01:21 | 13:32:33 | 2.66 m |
| 23-0098_0012_520-TRS_DSC_0007 | 2023:01:21 | 13:32:42 | 3.35 m |
| 23-0098_0012_520-TRS_DSC_0008 | 2023:01:21 | 13:32:47 | 3.35 m |
| 23-0098_0012_520-TRS_DSC_0009 | 2023:01:21 | 13:32:55 | 3.35 m |
| 23-0098_0012_520-TRS_DSC_0010 | 2023:01:21 | 13:33:54 | 2.24 m |
| 23-0098_0012_520-TRS_DSC_0011 | 2023:01:21 | 13:33:55 | 2.00 m |
| 23-0098_0012_520-TRS_DSC_0012 | 2023:01:21 | 13:33:56 | 2.00 m |
| 23-0098_0012_520-TRS_DSC_0013 | 2023:01:21 | 13:33:57 | 1.78 m |
| 23-0098_0012_520-TRS_DSC_0014 | 2023:01:21 | 13:34:02 | 2.66 m |
| 23-0098_0012_520-TRS_DSC_0015 | 2023:01:21 | 13:34:06 | 2.66 m |
| 23-0098_0012_520-TRS_DSC_0016 | 2023:01:21 | 13:34:07 | 2.24 m |
| 23-0098_0012_520-TRS_DSC_0017 | 2023:01:21 | 13:34:08 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0018 | 2023:01:21 | 13:34:11 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0019 | 2023:01:21 | 13:34:12 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0020 | 2023:01:21 | 13:34:13 | 2.66 m |
| 23-0098_0012_520-TRS_DSC_0021 | 2023:01:21 | 13:34:14 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0022 | 2023:01:21 | 13:34:20 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0023 | 2023:01:21 | 13:34:21 | 1.78 m |
| 23-0098_0012_520-TRS_DSC_0024 | 2023:01:21 | 13:34:23 | 1.78 m |
| 23-0098_0012_520-TRS_DSC_0025 | 2023:01:21 | 13:34:24 | 2.66 m |
| 23-0098_0012_520-TRS_DSC_0026 | 2023:01:21 | 13:34:25 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0027 | 2023:01:21 | 13:34:27 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0028 | 2023:01:21 | 13:34:30 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0029 | 2023:01:21 | 13:34:32 | 2.99 m |
| 23-0098_0012_520-TRS_DSC_0030 | 2023:01:21 | 13:34:34 | 2.99 m |
| 23-0098_0012_520-TRS_DSC_0031 | 2023:01:21 | 13:34:42 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0032 | 2023:01:21 | 13:34:44 | 1.78 m |
| 23-0098_0012_520-TRS_DSC_0033 | 2023:01:21 | 13:34:45 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0034 | 2023:01:21 | 13:34:46 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0035 | 2023:01:21 | 13:34:46 | 2.00 m |
| 23-0098_0012_520-TRS_DSC_0036 | 2023:01:21 | 13:34:47 | 3.76 m |
| 23-0098_0012_520-TRS_DSC_0037 | 2023:01:21 | 13:34:49 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0038 | 2023:01:21 | 13:34:52 | 0.67 m |
| 23-0098_0012_520-TRS_DSC_0039 | 2023:01:21 | 13:34:53 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0040 | 2023:01:21 | 13:35:04 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0041 | 2023:01:21 | 13:35:05 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0042 | 2023:01:21 | 13:35:06 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0043 | 2023:01:21 | 13:35:06 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0044 | 2023:01:21 | 13:35:08 | 2.37 m |
| 23-0098_0012_520-TRS_DSC_0045 | 2023:01:21 | 13:35:08 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0046 | 2023:01:21 | 13:35:10 | 2.51 m |
| 23-0098_0012_520-TRS_DSC_0047 | 2023:01:21 | 13:35:12 | 3.35 m |

| Image Name | Create Date | Create Time | Focus Distance |
|---|---|---|---|
| 23-0098_0012_520-TRS_DSC_0048 | 2023:01:21 | 13:35:13 | 3.76 m |
| 23-0098_0012_520-TRS_DSC_0049 | 2023:01:21 | 13:35:23 | 1.00 m |
| 23-0098_0012_520-TRS_DSC_0050 | 2023:01:21 | 13:35:24 | 1.00 m |
| 23-0098_0012_520-TRS_DSC_0051 | 2023:01:21 | 13:35:28 | 2.37 m |
| 23-0098_0012_520-TRS_DSC_0052 | 2023:01:21 | 13:36:51 | 1.00 m |
| 23-0098_0012_520-TRS_DSC_0053 | 2023:01:21 | 13:36:57 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0054 | 2023:01:21 | 13:36:58 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0055 | 2023:01:21 | 13:37:03 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0056 | 2023:01:21 | 13:38:23 | 0.47 m |
| 23-0098_0012_520-TRS_DSC_0057 | 2023:01:21 | 13:38:46 | 0.38 m |
| 23-0098_0012_520-TRS_DSC_0058 | 2023:01:21 | 13:38:49 | 0.32 m |
| 23-0098_0012_520-TRS_DSC_0059 | 2023:01:21 | 13:39:01 | 0.47 m |
| 23-0098_0012_520-TRS_DSC_0060 | 2023:01:21 | 13:39:33 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0061 | 2023:01:21 | 13:42:09 | 0.38 m |
| 23-0098_0012_520-TRS_DSC_0062 | 2023:01:21 | 13:42:11 | 0.38 m |
| 23-0098_0012_520-TRS_DSC_0063 | 2023:01:21 | 13:42:37 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0064 | 2023:01:21 | 13:42:45 | 0.32 m |
| 23-0098_0012_520-TRS_DSC_0065 | 2023:01:21 | 13:42:48 | 0.33 m |
| 23-0098_0012_520-TRS_DSC_0066 | 2023:01:21 | 13:44:10 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0067 | 2023:01:21 | 13:44:17 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0068 | 2023:01:21 | 13:44:21 | 0.67 m |
| 23-0098_0012_520-TRS_DSC_0069 | 2023:01:21 | 13:44:30 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0070 | 2023:01:21 | 13:44:35 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0071 | 2023:01:21 | 13:44:54 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0072 | 2023:01:21 | 13:46:46 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0073 | 2023:01:21 | 13:46:51 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0074 | 2023:01:21 | 13:46:57 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0075 | 2023:01:21 | 13:47:01 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0076 | 2023:01:21 | 13:47:04 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0077 | 2023:01:21 | 13:47:09 | 0.33 m |
| 23-0098_0012_520-TRS_DSC_0078 | 2023:01:21 | 13:47:12 | 0.38 m |
| 23-0098_0012_520-TRS_DSC_0079 | 2023:01:21 | 13:47:16 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0080 | 2023:01:21 | 13:47:23 | 0.33 m |
| 23-0098_0012_520-TRS_DSC_0081 | 2023:01:21 | 13:47:24 | 0.38 m |
| 23-0098_0012_520-TRS_DSC_0082 | 2023:01:21 | 13:47:34 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0083 | 2023:01:21 | 13:47:42 | 0.47 m |
| 23-0098_0012_520-TRS_DSC_0084 | 2023:01:21 | 13:47:50 | 0.33 m |
| 23-0098_0012_520-TRS_DSC_0085 | 2023:01:21 | 13:48:17 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0086 | 2023:01:21 | 13:48:20 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0087 | 2023:01:21 | 13:48:23 | 0.33 m |
| 23-0098_0012_520-TRS_DSC_0088 | 2023:01:21 | 13:48:25 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0089 | 2023:01:21 | 13:48:28 | 0.38 m |
| 23-0098_0012_520-TRS_DSC_0090 | 2023:01:21 | 13:48:30 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0091 | 2023:01:21 | 13:48:33 | 0.38 m |
| 23-0098_0012_520-TRS_DSC_0092 | 2023:01:21 | 13:48:36 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0093 | 2023:01:21 | 13:48:38 | 0.33 m |
| 23-0098_0012_520-TRS_DSC_0094 | 2023:01:21 | 13:48:44 | 0.47 m |

| Image Name | Create Date | Create Time | Focus Distance |
|---|---|---|---|
| 23-0098_0012_520-TRS_DSC_0095 | 2023:01:21 | 13:48:46 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0096 | 2023:01:21 | 13:48:47 | 0.47 m |
| 23-0098_0012_520-TRS_DSC_0097 | 2023:01:21 | 13:49:04 | 0.47 m |
| 23-0098_0012_520-TRS_DSC_0098 | 2023:01:21 | 13:49:05 | 0.47 m |
| 23-0098_0012_520-TRS_DSC_0099 | 2023:01:21 | 13:53:43 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0100 | 2023:01:21 | 13:53:46 | 0.28 m |
| 23-0098_0012_520-TRS_DSC_0101 | 2023:01:21 | 13:55:12 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0102 | 2023:01:21 | 13:55:14 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0103 | 2023:01:21 | 13:55:19 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0104 | 2023:01:21 | 13:55:24 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0105 | 2023:01:21 | 13:55:28 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0106 | 2023:01:21 | 13:55:29 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0107 | 2023:01:21 | 13:55:57 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0108 | 2023:01:21 | 13:56:06 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0109 | 2023:01:21 | 13:56:07 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0110 | 2023:01:21 | 13:56:40 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0111 | 2023:01:21 | 13:56:41 | 0.67 m |
| 23-0098_0012_520-TRS_DSC_0112 | 2023:01:21 | 13:56:45 | 0.33 m |
| 23-0098_0012_520-TRS_DSC_0113 | 2023:01:21 | 13:57:37 | 0.32 m |
| 23-0098_0012_520-TRS_DSC_0114 | 2023:01:21 | 13:58:53 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0115 | 2023:01:21 | 13:58:54 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0116 | 2023:01:21 | 13:59:41 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0117 | 2023:01:21 | 13:59:42 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0118 | 2023:01:21 | 13:59:51 | 0.25 m |
| 23-0098_0012_520-TRS_DSC_0119 | 2023:01:21 | 14:02:06 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0120 | 2023:01:21 | 14:02:08 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0121 | 2023:01:21 | 14:02:09 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0122 | 2023:01:21 | 14:02:11 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0123 | 2023:01:21 | 14:02:13 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0124 | 2023:01:21 | 14:02:14 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0125 | 2023:01:21 | 14:02:21 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0126 | 2023:01:21 | 14:02:27 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0127 | 2023:01:21 | 14:02:29 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0128 | 2023:01:21 | 14:02:30 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0129 | 2023:01:21 | 14:02:31 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0130 | 2023:01:21 | 14:02:32 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0131 | 2023:01:21 | 14:06:58 | 2.51 m |
| 23-0098_0012_520-TRS_DSC_0132 | 2023:01:21 | 14:06:59 | 2.66 m |
| 23-0098_0012_520-TRS_DSC_0133 | 2023:01:21 | 14:07:01 | 8.41 m |
| 23-0098_0012_520-TRS_DSC_0134 | 2023:01:21 | 14:07:03 | 4.73 m |
| 23-0098_0012_520-TRS_DSC_0135 | 2023:01:21 | 14:07:04 | 13.34 m |
| 23-0098_0012_520-TRS_DSC_0136 | 2023:01:21 | 14:07:27 | 2.66 m |
| 23-0098_0012_520-TRS_DSC_0137 | 2023:01:21 | 14:07:33 | 2.24 m |
| 23-0098_0012_520-TRS_DSC_0138 | 2023:01:21 | 14:07:35 | 2.51 m |
| 23-0098_0012_520-TRS_DSC_0139 | 2023:01:21 | 14:07:40 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0140 | 2023:01:21 | 14:07:41 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0141 | 2023:01:21 | 14:07:45 | 1.50 m |

| Image Name | Create Date | Create Time | Focus Distance |
|---|---|---|---|
| 23-0098_0012_520-TRS_DSC_0142 | 2023:01:21 | 14:07:51 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0143 | 2023:01:21 | 14:07:52 | 2.99 m |
| 23-0098_0012_520-TRS_DSC_0144 | 2023:01:21 | 14:07:56 | 1.78 m |
| 23-0098_0012_520-TRS_DSC_0145 | 2023:01:21 | 14:07:59 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0146 | 2023:01:21 | 14:08:00 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0147 | 2023:01:21 | 14:08:02 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0148 | 2023:01:21 | 14:08:03 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0149 | 2023:01:21 | 14:08:14 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0150 | 2023:01:21 | 14:16:03 | 5.31 m |
| 23-0098_0012_520-TRS_DSC_0151 | 2023:01:21 | 14:16:12 | 2.66 m |
| 23-0098_0012_520-TRS_DSC_0152 | 2023:01:21 | 14:16:26 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0153 | 2023:01:21 | 14:18:33 | 4.22 m |
| 23-0098_0012_520-TRS_DSC_0154 | 2023:01:21 | 14:18:37 | 5.31 m |
| 23-0098_0012_520-TRS_DSC_0155 | 2023:01:21 | 14:18:47 | 3.35 m |
| 23-0098_0012_520-TRS_DSC_0156 | 2023:01:21 | 14:18:51 | 2.99 m |
| 23-0098_0012_520-TRS_DSC_0157 | 2023:01:21 | 14:18:59 | 2.99 m |
| 23-0098_0012_520-TRS_DSC_0158 | 2023:01:21 | 14:19:17 | 3.76 m |
| 23-0098_0012_520-TRS_DSC_0159 | 2023:01:21 | 14:19:23 | 2.00 m |
| 23-0098_0012_520-TRS_DSC_0160 | 2023:01:21 | 14:19:50 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0161 | 2023:01:21 | 14:19:56 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0162 | 2023:01:21 | 14:19:58 | 2.00 m |
| 23-0098_0012_520-TRS_DSC_0163 | 2023:01:21 | 14:20:02 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0164 | 2023:01:21 | 14:20:04 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0165 | 2023:01:21 | 14:20:12 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0166 | 2023:01:21 | 14:20:14 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0167 | 2023:01:21 | 14:20:20 | 0.47 m |
| 23-0098_0012_520-TRS_DSC_0168 | 2023:01:21 | 14:20:21 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0169 | 2023:01:21 | 14:20:22 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0170 | 2023:01:21 | 14:20:23 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0171 | 2023:01:21 | 14:20:35 | 0.47 m |
| 23-0098_0012_520-TRS_DSC_0172 | 2023:01:21 | 14:20:40 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0173 | 2023:01:21 | 14:20:42 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0174 | 2023:01:21 | 14:20:49 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0175 | 2023:01:21 | 14:20:51 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0176 | 2023:01:21 | 14:20:53 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0177 | 2023:01:21 | 14:20:55 | 1.00 m |
| 23-0098_0012_520-TRS_DSC_0178 | 2023:01:21 | 14:20:57 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0179 | 2023:01:21 | 14:21:04 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0180 | 2023:01:21 | 14:21:06 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0181 | 2023:01:21 | 14:21:07 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0182 | 2023:01:21 | 14:21:18 | 2.00 m |
| 23-0098_0012_520-TRS_DSC_0183 | 2023:01:21 | 14:21:19 | 4.22 m |
| 23-0098_0012_520-TRS_DSC_0184 | 2023:01:21 | 14:21:20 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0185 | 2023:01:21 | 14:21:23 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0186 | 2023:01:21 | 14:21:24 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0187 | 2023:01:21 | 14:21:25 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0188 | 2023:01:21 | 14:21:26 | 1.41 m |

| Image Name | Create Date | Create Time | Focus Distance |
|---|---|---|---|
| 23-0098_0012_520-TRS_DSC_0189 | 2023:01:21 | 14:21:27 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0190 | 2023:01:21 | 14:21:30 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0191 | 2023:01:21 | 14:21:33 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0192 | 2023:01:21 | 14:21:35 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0193 | 2023:01:21 | 14:21:42 | 1.00 m |
| 23-0098_0012_520-TRS_DSC_0194 | 2023:01:21 | 14:21:45 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0195 | 2023:01:21 | 14:21:47 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0196 | 2023:01:21 | 14:22:26 | 1.78 m |
| 23-0098_0012_520-TRS_DSC_0197 | 2023:01:21 | 14:22:31 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0198 | 2023:01:21 | 14:22:32 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0199 | 2023:01:21 | 14:22:33 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0200 | 2023:01:21 | 14:22:34 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0201 | 2023:01:21 | 14:22:35 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0202 | 2023:01:21 | 14:22:43 | 1.00 m |
| 23-0098_0012_520-TRS_DSC_0203 | 2023:01:21 | 14:22:45 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0204 | 2023:01:21 | 14:22:46 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0205 | 2023:01:21 | 14:22:47 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0206 | 2023:01:21 | 14:22:48 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0207 | 2023:01:21 | 14:22:49 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0208 | 2023:01:21 | 14:22:50 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0209 | 2023:01:21 | 14:22:59 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0210 | 2023:01:21 | 14:23:02 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0211 | 2023:01:21 | 14:23:03 | 2.24 m |
| 23-0098_0012_520-TRS_DSC_0212 | 2023:01:21 | 14:23:05 | 2.00 m |
| 23-0098_0012_520-TRS_DSC_0213 | 2023:01:21 | 14:23:06 | 2.00 m |
| 23-0098_0012_520-TRS_DSC_0214 | 2023:01:21 | 14:23:06 | 2.00 m |
| 23-0098_0012_520-TRS_DSC_0215 | 2023:01:21 | 14:23:09 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0216 | 2023:01:21 | 14:23:10 | 1.78 m |
| 23-0098_0012_520-TRS_DSC_0217 | 2023:01:21 | 14:23:12 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0218 | 2023:01:21 | 14:23:12 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0219 | 2023:01:21 | 14:23:14 | 1.78 m |
| 23-0098_0012_520-TRS_DSC_0220 | 2023:01:21 | 14:23:15 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0221 | 2023:01:21 | 14:23:16 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0222 | 2023:01:21 | 14:23:17 | 2.66 m |
| 23-0098_0012_520-TRS_DSC_0223 | 2023:01:21 | 14:23:20 | 2.00 m |
| 23-0098_0012_520-TRS_DSC_0224 | 2023:01:21 | 14:23:28 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0225 | 2023:01:21 | 14:23:30 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0226 | 2023:01:21 | 14:23:31 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0227 | 2023:01:21 | 14:23:33 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0228 | 2023:01:21 | 14:24:01 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0229 | 2023:01:21 | 14:24:05 | 0.67 m |
| 23-0098_0012_520-TRS_DSC_0230 | 2023:01:21 | 14:24:06 | 0.67 m |
| 23-0098_0012_520-TRS_DSC_0231 | 2023:01:21 | 14:24:08 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0232 | 2023:01:21 | 14:24:10 | 0.38 m |
| 23-0098_0012_520-TRS_DSC_0233 | 2023:01:21 | 14:24:15 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0234 | 2023:01:21 | 14:24:27 | 2.37 m |
| 23-0098_0012_520-TRS_DSC_0235 | 2023:01:21 | 14:24:28 | 1.78 m |

| Image Name | Create Date | Create Time | Focus Distance |
|---|---|---|---|
| 23-0098_0012_520-TRS_DSC_0236 | 2023:01:21 | 14:24:29 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0237 | 2023:01:21 | 14:24:30 | 2.24 m |
| 23-0098_0012_520-TRS_DSC_0238 | 2023:01:21 | 14:24:32 | 2.51 m |
| 23-0098_0012_520-TRS_DSC_0239 | 2023:01:21 | 14:25:12 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0240 | 2023:01:21 | 14:25:13 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0241 | 2023:01:21 | 14:25:15 | 2.51 m |
| 23-0098_0012_520-TRS_DSC_0242 | 2023:01:21 | 14:25:16 | 2.51 m |
| 23-0098_0012_520-TRS_DSC_0243 | 2023:01:21 | 14:25:17 | 2.51 m |
| 23-0098_0012_520-TRS_DSC_0244 | 2023:01:21 | 14:25:19 | 1.78 m |
| 23-0098_0012_520-TRS_DSC_0245 | 2023:01:21 | 14:25:20 | 1.78 m |
| 23-0098_0012_520-TRS_DSC_0246 | 2023:01:21 | 14:25:26 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0247 | 2023:01:21 | 14:25:29 | 2.37 m |
| 23-0098_0012_520-TRS_DSC_0248 | 2023:01:21 | 14:25:32 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0249 | 2023:01:21 | 14:25:33 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0250 | 2023:01:21 | 14:25:38 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0251 | 2023:01:21 | 14:25:41 | 1.00 m |
| 23-0098_0012_520-TRS_DSC_0252 | 2023:01:21 | 14:25:42 | 1.00 m |
| 23-0098_0012_520-TRS_DSC_0253 | 2023:01:21 | 14:25:47 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0254 | 2023:01:21 | 14:25:52 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0255 | 2023:01:21 | 14:25:53 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0256 | 2023:01:21 | 14:25:54 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0257 | 2023:01:21 | 14:26:00 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0258 | 2023:01:21 | 14:26:02 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0259 | 2023:01:21 | 14:26:03 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0260 | 2023:01:21 | 14:26:12 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0261 | 2023:01:21 | 14:26:22 | 2.00 m |
| 23-0098_0012_520-TRS_DSC_0262 | 2023:01:21 | 14:26:24 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0263 | 2023:01:21 | 14:26:25 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0264 | 2023:01:21 | 14:26:26 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0265 | 2023:01:21 | 14:27:15 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0266 | 2023:01:21 | 14:27:16 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0267 | 2023:01:21 | 14:27:17 | 2.00 m |
| 23-0098_0012_520-TRS_DSC_0268 | 2023:01:21 | 14:27:35 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0269 | 2023:01:21 | 14:27:36 | 2.00 m |
| 23-0098_0012_520-TRS_DSC_0270 | 2023:01:21 | 14:27:43 | 2.37 m |
| 23-0098_0012_520-TRS_DSC_0271 | 2023:01:21 | 14:27:47 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0272 | 2023:01:21 | 14:27:50 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0273 | 2023:01:21 | 14:27:51 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0274 | 2023:01:21 | 14:27:55 | 1.00 m |
| 23-0098_0012_520-TRS_DSC_0275 | 2023:01:21 | 14:27:58 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0276 | 2023:01:21 | 14:28:05 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0277 | 2023:01:21 | 14:28:06 | 0.47 m |
| 23-0098_0012_520-TRS_DSC_0278 | 2023:01:21 | 14:28:09 | 0.28 m |
| 23-0098_0012_520-TRS_DSC_0279 | 2023:01:21 | 14:28:16 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0280 | 2023:01:21 | 14:28:17 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0281 | 2023:01:21 | 14:28:24 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0282 | 2023:01:21 | 14:29:03 | 1.50 m |

| Image Name | Create Date | Create Time | Focus Distance |
|---|---|---|---|
| 23-0098_0012_520-TRS_DSC_0283 | 2023:01:21 | 14:29:06 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0284 | 2023:01:21 | 14:29:07 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0285 | 2023:01:21 | 14:29:09 | 2.00 m |
| 23-0098_0012_520-TRS_DSC_0286 | 2023:01:21 | 14:29:11 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0287 | 2023:01:21 | 14:29:12 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0288 | 2023:01:21 | 14:29:15 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0289 | 2023:01:21 | 14:29:17 | 2.99 m |
| 23-0098_0012_520-TRS_DSC_0290 | 2023:01:21 | 14:29:23 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0291 | 2023:01:21 | 14:29:25 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0292 | 2023:01:21 | 14:29:39 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0293 | 2023:01:21 | 14:29:42 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0294 | 2023:01:21 | 14:29:43 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0295 | 2023:01:21 | 14:29:52 | 2.51 m |
| 23-0098_0012_520-TRS_DSC_0296 | 2023:01:21 | 14:30:00 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0297 | 2023:01:21 | 14:30:03 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0298 | 2023:01:21 | 14:30:12 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0299 | 2023:01:21 | 14:30:14 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0300 | 2023:01:21 | 14:30:21 | 0.47 m |
| 23-0098_0012_520-TRS_DSC_0301 | 2023:01:21 | 14:30:30 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0302 | 2023:01:21 | 14:30:35 | 2.51 m |
| 23-0098_0012_520-TRS_DSC_0303 | 2023:01:21 | 14:30:37 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0304 | 2023:01:21 | 14:30:38 | 2.00 m |
| 23-0098_0012_520-TRS_DSC_0305 | 2023:01:21 | 14:30:41 | 2.00 m |
| 23-0098_0012_520-TRS_DSC_0306 | 2023:01:21 | 14:30:42 | 1.78 m |
| 23-0098_0012_520-TRS_DSC_0307 | 2023:01:21 | 14:30:44 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0308 | 2023:01:21 | 14:30:48 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0309 | 2023:01:21 | 14:30:50 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0310 | 2023:01:21 | 14:30:51 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0311 | 2023:01:21 | 14:31:07 | 8.41 m |
| 23-0098_0012_520-TRS_DSC_0312 | 2023:01:21 | 14:31:08 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0313 | 2023:01:21 | 14:31:09 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0314 | 2023:01:21 | 14:31:24 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0315 | 2023:01:21 | 14:31:25 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0316 | 2023:01:21 | 14:31:26 | 3.35 m |
| 23-0098_0012_520-TRS_DSC_0317 | 2023:01:21 | 14:31:36 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0318 | 2023:01:21 | 14:31:39 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0319 | 2023:01:21 | 14:31:40 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0320 | 2023:01:21 | 14:31:42 | 1.78 m |
| 23-0098_0012_520-TRS_DSC_0321 | 2023:01:21 | 14:31:43 | 2.99 m |
| 23-0098_0012_520-TRS_DSC_0322 | 2023:01:21 | 14:31:49 | 2.24 m |
| 23-0098_0012_520-TRS_DSC_0323 | 2023:01:21 | 14:31:50 | 2.24 m |
| 23-0098_0012_520-TRS_DSC_0324 | 2023:01:21 | 14:31:51 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0325 | 2023:01:21 | 14:32:00 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0326 | 2023:01:21 | 14:32:02 | 1.00 m |
| 23-0098_0012_520-TRS_DSC_0327 | 2023:01:21 | 14:32:03 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0328 | 2023:01:21 | 14:32:06 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0329 | 2023:01:21 | 14:32:24 | 1.26 m |

| Image Name | Create Date | Create Time | Focus Distance |
|---|---|---|---|
| 23-0098_0012_520-TRS_DSC_0330 | 2023:01:21 | 14:32:26 | 1.00 m |
| 23-0098_0012_520-TRS_DSC_0331 | 2023:01:21 | 14:32:27 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0332 | 2023:01:21 | 14:32:29 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0333 | 2023:01:21 | 14:32:43 | 4.22 m |
| 23-0098_0012_520-TRS_DSC_0334 | 2023:01:21 | 14:32:44 | 1.78 m |
| 23-0098_0012_520-TRS_DSC_0335 | 2023:01:21 | 14:32:45 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0336 | 2023:01:21 | 14:32:46 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0337 | 2023:01:21 | 14:32:48 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0338 | 2023:01:21 | 14:32:50 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0339 | 2023:01:21 | 14:32:51 | 0.67 m |
| 23-0098_0012_520-TRS_DSC_0340 | 2023:01:21 | 14:32:53 | 2.37 m |
| 23-0098_0012_520-TRS_DSC_0341 | 2023:01:21 | 14:32:57 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0342 | 2023:01:21 | 14:32:59 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0343 | 2023:01:21 | 14:33:01 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0344 | 2023:01:21 | 14:33:02 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0345 | 2023:01:21 | 14:33:06 | 1.00 m |
| 23-0098_0012_520-TRS_DSC_0346 | 2023:01:21 | 14:33:08 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0347 | 2023:01:21 | 14:33:15 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0348 | 2023:01:21 | 14:33:23 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0349 | 2023:01:21 | 14:33:24 | 0.47 m |
| 23-0098_0012_520-TRS_DSC_0350 | 2023:01:21 | 14:33:27 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0351 | 2023:01:21 | 14:33:33 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0352 | 2023:01:21 | 14:33:39 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0353 | 2023:01:21 | 14:33:40 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0354 | 2023:01:21 | 14:33:46 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0355 | 2023:01:21 | 14:33:48 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0356 | 2023:01:21 | 14:36:00 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0357 | 2023:01:21 | 14:36:01 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0358 | 2023:01:21 | 14:36:03 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0359 | 2023:01:21 | 14:36:04 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0360 | 2023:01:21 | 14:36:18 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0361 | 2023:01:21 | 14:36:19 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0362 | 2023:01:21 | 14:36:20 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0363 | 2023:01:21 | 14:36:23 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0364 | 2023:01:21 | 14:36:26 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0365 | 2023:01:21 | 14:36:27 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0366 | 2023:01:21 | 14:36:34 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0367 | 2023:01:21 | 14:36:35 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0368 | 2023:01:21 | 14:36:38 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0369 | 2023:01:21 | 14:36:56 | 0.25 m |
| 23-0098_0012_520-TRS_DSC_0370 | 2023:01:21 | 14:37:36 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0371 | 2023:01:21 | 14:37:38 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0372 | 2023:01:21 | 14:37:39 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0373 | 2023:01:21 | 14:37:56 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0374 | 2023:01:21 | 14:37:57 | 1.00 m |
| 23-0098_0012_520-TRS_DSC_0375 | 2023:01:21 | 14:38:19 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0376 | 2023:01:21 | 14:38:20 | 1.41 m |

| Image Name | Create Date | Create Time | Focus Distance |
|---|---|---|---|
| 23-0098_0012_520-TRS_DSC_0377 | 2023:01:21 | 14:38:24 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0378 | 2023:01:21 | 14:38:26 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0379 | 2023:01:21 | 14:38:28 | 0.67 m |
| 23-0098_0012_520-TRS_DSC_0380 | 2023:01:21 | 14:38:52 | 0.28 m |
| 23-0098_0012_520-TRS_DSC_0381 | 2023:01:21 | 14:39:08 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0382 | 2023:01:21 | 14:39:11 | 0.67 m |
| 23-0098_0012_520-TRS_DSC_0383 | 2023:01:21 | 14:39:20 | 0.25 m |
| 23-0098_0012_520-TRS_DSC_0384 | 2023:01:21 | 14:39:44 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0385 | 2023:01:21 | 14:39:46 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0386 | 2023:01:21 | 14:39:54 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0387 | 2023:01:21 | 14:39:55 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0388 | 2023:01:21 | 14:39:59 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0389 | 2023:01:21 | 14:40:33 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0390 | 2023:01:21 | 14:40:34 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0391 | 2023:01:21 | 14:40:35 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0392 | 2023:01:21 | 14:40:38 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0393 | 2023:01:21 | 14:40:42 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0394 | 2023:01:21 | 14:40:43 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0395 | 2023:01:21 | 14:40:45 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0396 | 2023:01:21 | 14:40:51 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0397 | 2023:01:21 | 14:40:54 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0398 | 2023:01:21 | 14:40:57 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0399 | 2023:01:21 | 14:40:58 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0400 | 2023:01:21 | 14:41:03 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0401 | 2023:01:21 | 14:41:05 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0402 | 2023:01:21 | 14:41:08 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0403 | 2023:01:21 | 14:41:31 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0404 | 2023:01:21 | 14:41:33 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0405 | 2023:01:21 | 14:41:42 | 0.25 m |
| 23-0098_0012_520-TRS_DSC_0406 | 2023:01:21 | 14:41:58 | 0.25 m |
| 23-0098_0012_520-TRS_DSC_0407 | 2023:01:21 | 14:42:28 | 8.41 m |
| 23-0098_0012_520-TRS_DSC_0408 | 2023:01:21 | 14:42:31 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0409 | 2023:01:21 | 14:42:35 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0410 | 2023:01:21 | 14:42:55 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0411 | 2023:01:21 | 14:42:57 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0412 | 2023:01:21 | 14:43:08 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0413 | 2023:01:21 | 14:43:20 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0414 | 2023:01:21 | 14:43:23 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0415 | 2023:01:21 | 14:43:27 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0416 | 2023:01:21 | 14:43:45 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0417 | 2023:01:21 | 14:43:48 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0418 | 2023:01:21 | 14:43:54 | 0.67 m |
| 23-0098_0012_520-TRS_DSC_0419 | 2023:01:21 | 14:44:15 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0420 | 2023:01:21 | 14:44:20 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0421 | 2023:01:21 | 14:45:08 | 3.35 m |
| 23-0098_0012_520-TRS_DSC_0422 | 2023:01:21 | 14:45:09 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0423 | 2023:01:21 | 14:45:13 | 0.89 m |

| Image Name | Create Date | Create Time | Focus Distance |
|---|---|---|---|
| 23-0098_0012_520-TRS_DSC_0424 | 2023:01:21 | 14:45:15 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0425 | 2023:01:21 | 14:45:21 | 0.32 m |
| 23-0098_0012_520-TRS_DSC_0426 | 2023:01:21 | 14:46:15 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0427 | 2023:01:21 | 14:46:19 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0428 | 2023:01:21 | 14:46:21 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0429 | 2023:01:21 | 14:46:22 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0430 | 2023:01:21 | 14:46:28 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0431 | 2023:01:21 | 14:46:30 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0432 | 2023:01:21 | 14:46:44 | 0.38 m |
| 23-0098_0012_520-TRS_DSC_0433 | 2023:01:21 | 14:47:16 | 0.38 m |
| 23-0098_0012_520-TRS_DSC_0434 | 2023:01:21 | 14:47:35 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0435 | 2023:01:21 | 14:47:36 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0436 | 2023:01:21 | 14:47:48 | 0.32 m |
| 23-0098_0012_520-TRS_DSC_0437 | 2023:01:21 | 14:48:23 | 2.99 m |
| 23-0098_0012_520-TRS_DSC_0438 | 2023:01:21 | 14:48:24 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0439 | 2023:01:21 | 14:48:29 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0440 | 2023:01:21 | 14:48:33 | 0.32 m |
| 23-0098_0012_520-TRS_DSC_0441 | 2023:01:21 | 14:48:35 | 0.32 m |
| 23-0098_0012_520-TRS_DSC_0442 | 2023:01:21 | 14:48:42 | 0.32 m |
| 23-0098_0012_520-TRS_DSC_0443 | 2023:01:21 | 14:48:46 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0444 | 2023:01:21 | 14:48:48 | 0.38 m |
| 23-0098_0012_520-TRS_DSC_0445 | 2023:01:21 | 14:48:51 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0446 | 2023:01:21 | 14:48:53 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0447 | 2023:01:21 | 14:48:58 | 0.38 m |
| 23-0098_0012_520-TRS_DSC_0448 | 2023:01:21 | 14:49:03 | 0.38 m |
| 23-0098_0012_520-TRS_DSC_0449 | 2023:01:21 | 14:49:08 | 0.67 m |
| 23-0098_0012_520-TRS_DSC_0450 | 2023:01:21 | 14:49:13 | 0.47 m |
| 23-0098_0012_520-TRS_DSC_0451 | 2023:01:21 | 14:49:14 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0452 | 2023:01:21 | 14:49:19 | 0.38 m |
| 23-0098_0012_520-TRS_DSC_0453 | 2023:01:21 | 14:49:22 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0454 | 2023:01:21 | 14:49:24 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0455 | 2023:01:21 | 14:49:25 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0456 | 2023:01:21 | 14:49:27 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0457 | 2023:01:21 | 14:49:33 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0458 | 2023:01:21 | 14:51:14 | 2.51 m |
| 23-0098_0012_520-TRS_DSC_0459 | 2023:01:21 | 14:51:17 | 1.78 m |
| 23-0098_0012_520-TRS_DSC_0460 | 2023:01:21 | 14:51:19 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0461 | 2023:01:21 | 14:51:34 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0462 | 2023:01:21 | 14:51:36 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0463 | 2023:01:21 | 14:51:37 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0464 | 2023:01:21 | 14:51:42 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0465 | 2023:01:21 | 14:51:50 | 1.00 m |
| 23-0098_0012_520-TRS_DSC_0466 | 2023:01:21 | 14:51:55 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0467 | 2023:01:21 | 14:52:09 | 13.34 m |
| 23-0098_0012_520-TRS_DSC_0468 | 2023:01:21 | 14:52:12 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0469 | 2023:01:21 | 14:52:19 | 1.00 m |
| 23-0098_0012_520-TRS_DSC_0470 | 2023:01:21 | 14:53:07 | 0.56 m |

| Image Name | Create Date | Create Time | Focus Distance |
|---|---|---|---|
| 23-0098_0012_520-TRS_DSC_0471 | 2023:01:21 | 14:53:12 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0472 | 2023:01:21 | 14:54:02 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0473 | 2023:01:21 | 14:54:07 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0474 | 2023:01:21 | 14:54:13 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0475 | 2023:01:21 | 14:54:14 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0476 | 2023:01:21 | 14:54:18 | 0.47 m |
| 23-0098_0012_520-TRS_DSC_0477 | 2023:01:21 | 14:54:23 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0478 | 2023:01:21 | 14:54:26 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0479 | 2023:01:21 | 14:54:28 | 0.56 m |
| 23-0098_0012_520-TRS_DSC_0480 | 2023:01:21 | 14:54:31 | 0.38 m |
| 23-0098_0012_520-TRS_DSC_0481 | 2023:01:21 | 14:54:35 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0482 | 2023:01:21 | 14:54:36 | 0.60 m |
| 23-0098_0012_520-TRS_DSC_0483 | 2023:01:21 | 14:54:37 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0484 | 2023:01:21 | 14:54:39 | 0.67 m |
| 23-0098_0012_520-TRS_DSC_0485 | 2023:01:21 | 14:54:43 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0486 | 2023:01:21 | 14:54:46 | 0.67 m |
| 23-0098_0012_520-TRS_DSC_0487 | 2023:01:21 | 14:54:49 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0488 | 2023:01:21 | 14:55:18 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0489 | 2023:01:21 | 14:55:22 | 0.67 m |
| 23-0098_0012_520-TRS_DSC_0490 | 2023:01:21 | 14:55:27 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0491 | 2023:01:21 | 14:55:57 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0492 | 2023:01:21 | 14:55:58 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0493 | 2023:01:21 | 14:56:03 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0494 | 2023:01:21 | 14:56:05 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0495 | 2023:01:21 | 14:56:07 | 1.00 m |
| 23-0098_0012_520-TRS_DSC_0496 | 2023:01:21 | 14:56:21 | 0.84 m |
| 23-0098_0012_520-TRS_DSC_0497 | 2023:01:21 | 14:56:35 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0498 | 2023:01:21 | 14:56:37 | 1.41 m |
| 23-0098_0012_520-TRS_DSC_0499 | 2023:01:21 | 14:56:40 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0500 | 2023:01:21 | 14:56:42 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0501 | 2023:01:21 | 14:56:57 | 0.32 m |
| 23-0098_0012_520-TRS_DSC_0502 | 2023:01:21 | 14:57:22 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0503 | 2023:01:21 | 14:57:24 | 1.50 m |
| 23-0098_0012_520-TRS_DSC_0504 | 2023:01:21 | 14:57:25 | 1.68 m |
| 23-0098_0012_520-TRS_DSC_0505 | 2023:01:21 | 14:57:29 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0506 | 2023:01:21 | 14:57:30 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0507 | 2023:01:21 | 14:57:31 | 1.00 m |
| 23-0098_0012_520-TRS_DSC_0508 | 2023:01:21 | 14:57:40 | 1.00 m |
| 23-0098_0012_520-TRS_DSC_0509 | 2023:01:21 | 14:57:41 | 1.12 m |
| 23-0098_0012_520-TRS_DSC_0510 | 2023:01:21 | 14:57:42 | 1.26 m |
| 23-0098_0012_520-TRS_DSC_0511 | 2023:01:21 | 14:57:52 | 1.00 m |
| 23-0098_0012_520-TRS_DSC_0512 | 2023:01:21 | 14:57:54 | 0.89 m |
| 23-0098_0012_520-TRS_DSC_0513 | 2023:01:21 | 14:57:58 | 0.75 m |
| 23-0098_0012_520-TRS_DSC_0514 | 2023:01:21 | 14:58:08 | 0.50 m |
| 23-0098_0012_520-TRS_DSC_0515 | 2023:01:21 | 14:58:16 | 0.33 m |
| 23-0098_0012_520-TRS_DSC_0516 | 2023:01:21 | 14:58:23 | 0.42 m |
| 23-0098_0012_520-TRS_DSC_0517 | 2023:01:21 | 14:58:32 | 0.42 m |

| Image Name | Create Date | Create Time | Focus Distance |
|---|---|---|---|
| 23-0098_0012_520-TRS_DSC_0518 | 2023:01:21 | 15:26:21 | 1.12 m |

## Re: Draft Non-Provisional Patent Application (G185.0001US1 / G185.0001W01)

| | |
|---|---|
| From | mattguertin<MattGuertin@protonmail.com> |
| To | Amanda Prose<aprose@wck.com> |
| CC | Megan Neumann<mneumann@wck.com> |
| Date | Monday, March 14th, 2022 at 9:13 AM |

Amanda,

Let me know if you are able to make sense of this and what if any of the things I listed at the end under the 'unfinished' header you still think might be worth going into detail about a little more. I'm guessing I may have included a lot of unnecessary information but I worked on this all night to try and finish I am considering myself to be out of time so I at least wanted to get what I have to you asap.

-------------------------------------------------------------------------------------------------------------------------
Animation Timeline
-------------------------------------------------------------------------------------------------------------------------

- The custom animation timeline and cue sequencing system can be considered the 'top level system controller' as it's the source of all control/movement/functionality/operation of my invention whenever it is being used for its main intended purpose (i.e. isolating user(s) from background to be digitally inserted into a rendered 3d virtual scene or a pre-filmed real-world environment for the purpose of being filmed as they are able to 'travel' through the environment along the 2d ground plane an infinite distance in any direction

- I envision that timeline programming and cue sequencing of my system will take place on the internal animation timeline of the exisiting media server or render engine being utilized. System could be implemented in the form of a plug-in based topology custom programmed for each of the different systems
- If this isn't possible or ends up not being feasible for whatever reason it would also be possible to have it run on its own dedicated hardware/software system

- All high end media servers I am familiar with make it very easy to control their system playback functionality as a 'slave' system - this means that the custom animation timeline and cue sequencing application used to program and control my invention could run on its own dedicated system while still maintaining 'master control' of the media server or render engine's animation timeline (e.g. start, stop, speed, playhead position, current time, etc) This could be easily accomplished using SMPTE timecode protocol or similar to synchronize the two systems. Another option would be to set my system as the 'slave' so that its timeline and sequencing playback is synchronized to and controlled by the media server as the 'master'

controller (saying it becomes the 'master clock' is probably a more accurate description)

- The dedicated hardware and software solution for my programming system could actually be ran on the same computer that comprises the proprietary 'custom hardware server' as shown in the control system flowchart (the one you are creating Amanda).

- 'Environment' can be a pre-filmed real-world scene that was filmed with a special camera whose position, orientation, and inertia data (9Dof + GPS) is recorded at the same time as any video footage was - this tracking data can be recorded and/or imported/streamed into my system where it could be positioned on the animation timeline as a locked, pre-animated parameter block that is still capable of maintaining its tight synchronization with the associated video content which comprises the 'pre filmed real-world environment' user is inserted into

- Main purpose of the animation timeline is to establish the users 'travel path' and/or 'camera path' through the virtual or pre-filmed environment that the user(s) are inserted into

- Animation timeline/cue sequencing system provides option of different 'user modes' to control the system (i.e. fixed speed, self paced, and remote user cuing)

- 'User modes' only affect the animation timeline's playback functionality but otherwise rely on the same animated parameter values to determine things like the 'travel path' and 'camera path'

- The 'travel path' is the *calculated or animated* path that the user(s) will follow as they are filmed 'traveling' (i.e. walking/jogging/running) through the virtual or real-world environment they have been digitally inserted into

- The 'camera path' is the *calculated or animated* path the camera follows through the scene as it films the 'traveling' user(s) and environment

- 'camera path' includes translation and rotation parameters + additional camera specific parameters (e.g. field of view, look at object) - All of which can be animated on the timeline using keyframes

- Animation timeline will include the ability to generate a curve path (i.e. spline; beizer curve) from an exisiting 'travel path' or 'camera path' which could then be manipulated in the 3d scene of the animation timeline as needed (which would update keyframed parameters to match)

- Animation timeline will also include the ability to create, layout, and edit a new curve path (i.e. spline; beizer curve) which can be assigned as the 'travel path' and/or 'camera path' for the current cue

---
VIRTUAL USER (VU)

---

- The custom animation timeline and cue sequencing system for my invention will provide programmer the ability to add an animated 'virtual user' (VU) into the environment to help with programming

- There will be a few different choices of generic 3D sketch-style figures that can be selected as the VU's identity/appearance

- Option to include advanced generative character library that provides a much larger choice of rigged VU characters to choose from. Every little detail about VU's appearance could be selected and adjusted (e.g. Gender, ethnicity, hair type, clothing style, etc) - Very good looking characters that would be perfect for rendering and recording a scene for the purpose of setting up a shot or sharing

- VU will have static 'height' and 'stride' parameters that can be set to match those of the human user ('stride' parameter is the average distance in cm that real-world user averages per each step)

- Being able to match VU's height and stride distance to that of the human user will ensure that the real-world film shot appears nearly identical to what is seen when a cue is played back with a VU instead of a human user

- VU is a rigged 3d character whose skeleton is linked as a kinematic chain.

- VU does nothing except 'automatic walk', 'automatic jog' , or 'automatic run' along the 'travel path' of the cue being played back - 'automatic walk', 'automatic jog', or 'automatic run' is selected as the seamless kinematic loop data to play back based on the VU's 'speed'

- 'VU speed' == 'treadmill speed' <~~ both of these values are always equal

'human user speed' == 'treadmill speed' <~~ both of these values are also always equal

These values are always equal because they are all based on real world speed and should all be synchronized

- When a cue is played back that changes VU's position the VU will 'automatically walk' along the *calculated or animated* 'travel path' at a speed/rate that is calculated based on VU's 'stride' parameter whose value was set to match the distance/cm of one average footstep of human user - One seamless loop of kinematic walking data results in one full gait cycle which is exactly two steps -

- 'VU walking rate is calculated using the following math in which I assume that the 'master speed' value for the system is 3kph and 'stride' is 58cm:
(58cm*2) == 116cm == 1.16m

One full Gait cycle == 1.16m distance traveled
3kph == 0.833333ms
1.16m/0.833333 = 1.392s
Playback one gait cycle animation loop every 1.392s | 30fps*1.392 = one gait cycle loop every 42 frames @ 30fps == 3kph

- VU is able to be viewed as 1st person, 3rd person, or a 'Custom View' by the system programmer while walking along 'travel path'

- One way the timeline programmer/animator can create a new 'travel path' is by animating the tx, ty, tz, rx, ry, and rz parameters of VU to create a new 'travel path' through the scene.

- 3D-VU could be represented in system as a 3d modeled character that is inserted into the 3d virtual space via the real-time render engine or the media server 3d space - 3D-VU would be affected by things like lighting, shadows, and object occlusion that are part of the 3d scene

- System will provide the ability to overlay a 2D rendered composite image of the 3D VU character which will match orientation, position, and scale - This would still be an acceptable solution for a 3d virtual environment while  being the only possible method to display the VU in a pre-filmed real-world environment

----------------------------------------------------------------------------------------------------------------------
 User Control Modes
----------------------------------------------------------------------------------------------------------------------

----------------------------
 Fixed Speed Mode
----------------------------

- treadmill start, stop, speed, and rotation is controlled directly (precisely) from the media server.

- It is up to the user(s) to be able to match the speed of the treadmill perfectly

- User(s) able to anticipate start, stop, rotation, speed, and any other actions of the treadmill that relate to movement through the 'user cue system'.

----------------------------
Self Paced Mode

----------------------------

- User is tracked by an as of yet undetermined combination of tracking hardware whose data is able to be processed by algorithms and/or machine learning resulting in a user being able to control start / stop / speed of treadmill simply by beginning to walk. Some of the research papers I've read have formulated a control algorithm that updates the treadmill speed between every single step of the user being tracked instead of continuously which has many benefits so I would probably try to implement this same approach to my system.

Here is a folder filled with research papers that relate to this if you find yourself in search of any technical terms and whatnot as you write stuff.

- Tracking system obtains data about users position from sensors. Data is processed by a custom algorithm that adjusts the speed of the treadmill in real-time and is able to keep the user in approximately the same position at all times (i.e. the center of the treadmill - algorithm does it best to keep user from running off the front or rear of the belt) . Ideal for my design since it is a shorter treadmill belt than normal exercise treadmill - Added challenge of user not being able to look down at treadmill while using.

- The resulting walking speed value (determined by the self pace algorithm) will be filtered/smoothed then used to synchronize the playback speed of the animated timeline parameters used to create the 'travel path' with the users self paced walking speed - The users speed value (as calculated by the self pace algorithm) is divided by the timeline's animated speed value every frame/sample - result is used to control playback speed (e.g. If the animated timeline parameters used to calculate/solve the 'travel path' resulted in a user speed value of 3.00mph at the current frame/sample and the users self pace walking speed is is currently 2.57mph the formula would be: 2.57/3 = 0.856.
Final timeline playback speed could be determined using the following:  ( 0.856 * normal playback speed(1) = updated playback speed(0.856) )

- Any rotation of the user/turntable that results from the cues animated travel path (i.e. animated camera parameters and/or animated user parameters) would still occur as normal but would now also be synchronized to the users chosen walking speed and scaled in the same way. This means that if the user was walking faster than the animation speed the rotation of the turntable would now be faster than it was initially programmed to be and vice versa

- Any of the various cue signals feed to the user by the 'user cue system' (e.g. video to cue monitor screen, haptic vibration under treadmill belt or on user wearables, audio to in ear device) would still occur as normal but would now also be synchronized to the users chosen walking speed and scaled in the same way. This means that if the user's walking speed value at the current frame/sample is greater than faster than the animation speed the rotation of the turntable would now be faster than it was initially programmed to be and vice versa

- Potential user tracking method is using these brand new laser distance sensors which would be laid out in a linear array alongside the treadmill belt on at least one side (probably both) and also on the front and back edge of belt. This would have to be custom constructed and programmed by someone with a much higher electronics skill level than me but I believe this configuration would be feasible but I am not 100% sure to be honest.

- Could place a pressure pad under the treadmill belt from Zebris. It would have to be a custom sized version of their FDM-T product that was cost effective

  Kinect v2 could be used with an additional sensor such as a wearable inertial measurement unit sensor (IMU) but there are also ways to estimate speed pretty accurately with as few as just one wearable 6Dof IMU sensor by using machine learning algorithms which are able to be trained to recognize what the incoming data patterns 'look like' across a range of precisely measured speeds and then determine an accurate estimation of speed based on the data it was trained with. Wearable IMU sensors are an easy to implement solution which also has the advantage of multiple placement options on the users body as it could consist of one 6Dof sensor in the right and left shoe sole of the user OR just one 6Dof IMU sensor on users hip OR just one 6Dof IMU sensor around calve/ankle around calve/ankle

- 'Self paced mode' would only work with one user under most scenarios I can think of. It is technically possible however to track an individual person and pick them out of a small crowd of people. This could make sense for a very large studio size version of my invention that is so large that a small crowd of people actually would all be able to walk through an environment together. A giant green treadmill belt so large it essentially creates a giant moving floor surface that 30 people could walk on and it is mounted to an equally large turntable so that it has the exact same functionality as my current unit. A single person could be tracked and they would assume the role of 'master pace controller'. This would obviously involve quite a bit of coordination and it might make more sense under these circumstances to use 'fixed speed mode' instead but doesn't hurt to mention.

- Is there any benefit in including the description of a much larger version of my invention like I described above in my filing?

- It may be possible to control the rotation of the turntable (i.e. the direction / heading of user travel) by tracking the left to right rotation of user's head as I have seen mentioned a few times in VR focused patents. Although this is not part of my original or current intention it could be a possible solution for controlling my invention if used for a VR experience. (if not infringing on any existing patents)

----------------------------
  Remote User Cuing
----------------------------

- Similar to a PowerPoint presentation

  - A ceo filming a corporate presentation could control the triggering of cues with a small remote
  control allowing them to progress through the cues at their own pace

  - ran out of time to expand upon this as well


--------------------------------------------------------------------------------------------------------------
  Controlling Treadmill - Notes of unfinished and yet to do ***
--------------------------------------------------------------------------------------------------------------


- User cue system to now include audio cues which can be wirelessly transmitted to in ear listening devices.
Audio cues would be very valuable for my system. Could also cue user for stuff not related to operation of
my invention - Perhaps a short countdown to the part where a user needs to suddenly turn their head to the
right for the scene to appear authentic - Audio cues could end up being a great addition in terms of helping
the user to stay centered and properly placed as they are filmed traveling through the scene - An audible yet
subtle sound that beeps in users right ear each time their right foot crosses the center point of treadmill belt
- It then repeats the same beep in users left ear each time their left foot crosses the center point of treadmill
belt. This would allow users to accurately visualize their position on treadmill by sort of using sound to see

- List all parameters

- System will provide ability to animate a specific parameters and then solve for the rest using some
combination of velocity kinematic formulas (I am not a math wizard but I have been studying a little bit
and I have a pretty good idea how stuff needs to function but I don't have complex mathematical formulas
figured out yet)

- As an example: If 'travel path' was created by directly animating parameters then the 'camera path' would
be solved for | If camera path was created by directly animating parameters and there was a large focus on
the the larger environment instead of only the human user (perhaps it is a shot where the camera is going to
pull out and then attempt some complicated pan back the other way) someone could spend a bunch of time
animating every parameter - In this case the 'travel path' would be solved for which would most likely
make use of kinematic formulas as part of the formula it uses to determine the proper speed and heading for
the

human user that would match their velocity to match the cameras

- Ability for the system to record parameters being solved in real-time into editable keyframes on the animation timeline for playback or further processing

- System communication and control of and with various camera systems including tracked camera systems such as Stype in addition to robotic arm cameras. Will implement 3d models as well as pre assembled parameter control schemes for a variety of camera types as part of my custom control system

- I still haven't touched on camera tracking at all in terms of controlling and synching - Here is an informative 22 page user manual I came across for a Unity tool someone created if it is of any value

Below are some copied and pasted parts from this manual about camera functionality which are describing what I would consider basic/standardized program functionality when it comes to 3d camera controls and methodology

"There are two main ways the camera can be set up in: Fixed mode and Bezier Follow Mode
The Fixed mode is the simplest mode that uses a fixed point in the world and a predetermined angle.

In the Fixed mode the Camera can be completely fixed to the position and orientation of the point, and can be set to rotate towards the subject and have a custom FOV value.

The Bezier Follow mode follows the player/object on a bezier curve in realtime by determining the best location on the curve to keep the player centered. It can follow the orientation of its points exactly or freely rotate the camera on any point on the curve and it can animate the cameras FOV as it moves over the curve. Additionally instead of tracking a subject it can track another linear path allowing for more control in certain scenarios."

- I wanted to better explain the relationship between the 'travel path' and 'camera path' in terms of being synchronized based on velocity calculations, coordinate space, using look at's, etc

- I'm now using a more standardized and familiar character and object animation method to control and program my invention as opposed to the 4 parameters I mentioned in my provisional filing. Makes much more sense overall

- A goal is for my system to be able to accurately calculate the position of a camera (each frame) that was used to film a real world scene which was not orignally intended for use with my invention and therefore does not have any camera tracking data included with it

Sent with ProtonMail secure email.

## Settlement Documents

| | |
|---|---|
| From | Michael Biglow <michael@biglowlaw.com> |
| To | mattguertin<MattGuertin@protonmail.com> |
| CC | Michael Biglow<Michael@biglowlaw.com> |
| Date | Friday, August 4th, 2023 at 4:42 PM |

Hi Matt,

Nadia sent a note that she had a long conversation with you and you are willing to cooperate with case management services. If that is true, I have attached two documents for your review and signature. You would be waiving a trial and agreeing to a Stayed Commitment Order that would be dismissed in 6 months if you follow the conditions contained in the agreement. If you violate any of the terms, this agreement could be revoked and a commitment order entered. If the agreement is not revoked but you do poorly over the next 6 months, the petitioner could ask for additional court supervision up to 12 months.

If you approve, please sign both documents and return them to me and I will file them with the court and the trial on 8-11-2023 will be cancelled. If you have any questions, please contact me at 612-XXX-XXXX.

Thank you,

Mike

--

Michael J. Biglow, Esq

Attorney at Law

Biglow Law Offices

895 Tri Tech Office Center

331 Second Ave South

Minneapolis, MN 55401

---

274.52 KB    2 files attached

| Stayed Commitment Agreement 8.4.23.pdf  139.01 KB | Plan for Services.pdf 135.51 KB |
|---|---|



Matt OneUp <xxxxxxx@gmail.com>

---

## Assessment of Business Opportunity: Key Questions
8 messages

---

XXXXXXXXXX@gmail.com <XXXXXXXXXX@gmail.com>                    Sat, Aug 5, 2023 at 12:41 AM
To: Matt OneUp <xxxxxxx@gmail.com>

Matt,


Following our recent exchange, I really have an interest in the business opportunity you described. I am optimistic about a potential collaboration, I do have specific questions and concerns that need addressing to clarify the details of the business opportunity.


Company Specifics:

  • What does the company do? Please provide a concise and clear description.
  • Who are the company's key competitors, if any?
  • Who comprises the management team, if applicable?
  • What is the company's growth strategy? Is there a clear and outlined plan?


Financial Analysis:

  • Could you provide a detailed report on the company's financial status?


Industry Analysis:

  • What are the overall trends and dynamics within the industry?
  • What distinguishes your technology and makes it unique?


Risk Assessment:

  • What are the company's primary risks?
  • Are there any existing or potential legal issues?


Investment Specifics:

  • What is the current valuation of the company?
  • What are your investment needs for the next 12 to 24 months?
  • How will this investment align with your overall business strategy?
  • Could you provide a detailed breakdown of how the investment will be allocated? This could include areas such as research and development, product development, marketing, expansion, or other key aspects.

Other Considerations:

- Can you provide a clear explanation of what transpired during the patent application in regard to Netflix?
- Could you clarify what happened with the client who mentioned that something similar already existed on the market?

On a Personal Note:

Matt, you know I see you as a mad genius, and I admire that about you. But I have to ask about recent incidents. As they say, genius borders on madness, and while that's part of your charm, I need to understand what happened, how it's being handled, and if anything is pending that could throw a wrench into our plans.

Please take your time to respond, and let's catch up as soon as you done.

Cheers!

XXXXXXX

## Re: Settlement Documents

| | |
|---|---|
| From | mattguertin <MattGuertin@protonmail.com> |
| To | Michael Biglow<michael@biglowlaw.com> |
| CC | Michael Biglow<Michael@biglowlaw.com> |
| Date | Saturday, August 5th, 2023 at 2:42 AM |

Mike,

I plan on signing these but I have a some rather new questions now -

1 - Will I be able to travel out of the country if I need to during the initial 6 months mentioned?

2 - Is there anyone that's able to tell me what my 'actual' legal status is during the first six months?

Or what about after the first six months?.. if I satisfy the requirements of case?

'Legal status' in this context would be referring to the generalized question of "What is going to pop up on the monitor after a foreign country (Vietnam) does a search to clear me for a visa?

Is there still felony charges pending during the initial 6 months? After? (Again assuming I satisfy the requirements..)

My investors are based in Vietnam. I will almost certainly need to be flying to Vietnam and spending time there during the initial 6 month phase of this agreement (if I'm able to obviously..) as it is my plan to go over there and establish a production line for my product - and if not an actual 'production line' at the very least a supply chain for the main components of my product with ultimate assembly possibly taking place in the USA...local most likely... so it wouldn't necessarily be delusional for me to make the claim that if I end up staying put in Minneapolis/MN as my home base for all of this that I may very well end up creating jobs for people.. and tax revenue for the state ...

The ultimate goal right now is to produce 20 or so units as quickly as possible so that I am able to get them into film studios as quickly as possible as it is this along with inking a bunch of licensing agreements that's going to end up raising the value of my company the fastest - This is based on a couple meetings I've had with ~~Xxxxxx Xxx~~ Financial.

If you have any insight into this in general it would be much appreciated. If it's easier to just hop on a quick call sometime Monday that would work as well. Whatever you prefer sir.

Thank you very much,

~Matt Guertin

Sent from ProtonMail mobile


Matt OneUp <Xxxxxxx@gmail.com>

---

Assessment of Business Opportunity: Key Questions

---

Matt OneUp <Xxxxxxxx@gmail.com>                         Sat, Aug 5, 2023 at 4:45 PM
To: Xxxxxxxxxx@gmail.com

Received.
You have a decent size list of questions to respond to here so give me a sec.
Will respond soon.

~Matt

 Matt OneUp <Xxxxxxxxx@gmail.com>

---

Assessment of Business Opportunity: Key Questions

---

Xxxxxxxx Xxxxxxxx <xxxxxxxxxxx@gmail.com>                    Sat, Aug 5, 2023 at 7:08 PM
To: Matt OneUp <Xxxxxxxxx@gmail.com>

Take your time.

Xxxxxxxxx



Matt OneUp <Xxxxxxxx@gmail.com>

---

## Assessment of Business Opportunity: Key Questions

---

Matt OneUp <Xxxxxxxx@gmail.com>                                           Sun, Aug 6, 2023 at 6:30 AM
To: xxxxxxxxxxx@gmail.com

Instead of directly answering your questions I just came to the realization that what I should start off with before anything is a preface of sorts.

This 'preface of sorts' I speak of became a realization after I just spent the last four hours or so paging through www.MattGuertin.com

"I CANNOT FUCKING BELIEVE I EVEN MADE THIS WEBSITE...MUCHLESS ACTUALLY CREATED ALL OF THE AMAZING STUFF CONTAINED WITHIN IT"

I watch the Katy Perry 'Roar' video from the Hollywood Bowl show and I get tears in my eyes as the experience of actually being there rushes back into my mind. I think about my mom and aunt sitting in the vip section and that being something they will never forget....along with Vello's mom...Greg's wife and children......20,000 people.....holy shit....and then I think about all of the things that 'could've' and the some that probably 'should've' went wrong....BUT DIDN'T.  But of course they didn't...because that's not how the story is supposed to end...at least not my story anyways.

I had never before in my life experienced what it meant to 'cry from happiness'.  As far as I was concerned that was made up stuff that only existed in fairy tail movies. This remained true all the way up until the point I was 33 years of age and was experiencing what was only my 4th or 5th day of ever stepping foot into the city of Los Angeles.

I had flown down in early April of 2014 for the purpose of nothing more than saying hi and introducing myself to Vello Virkhaus - The guy who created the Amon Tobin show I had become obsessed with ever since my friend Britta Puppe sent it to me as a text message in 2011.....one I received just as I was walking back into the light booth at Epic Nightclub after adjusting something on the stage.

" Check this out! - https://www.youtube.com/watch?v=WWai4UZ0OqI "

And that was it.

This was the whole reason I was now in LA.

That single text message is what marks the beginning of the whole adventure and was the reason I was now standing beside the Ford Mustang convertible I had rented with tears streaming down my face as I stared out at the ocean just as the sun was setting. Ironically I had ended up here completely unplanned after driving down 'Sunset Blvd' and following it all the way until it suddenly ended. The only way to go was left or right - instead of doing what I was supposed to however I instead drove straight....straight into the valet parking lot where a guy motioned for me to get out of the car so he could park it and I could go inside and eat at whatever fancy restaurant this parking lot was for.

I don't remember wtf I said to the guy exactly but it must've been very obvious to him just by the look on my face that I wasn't lying when I told him I just wanted to park for a second and look at the ocean because I was allowed to drive my car into the valet lot on my own without having to pay any money at all. I somehow managed to find the only empty spot up against the rocks/ beach. I pulled the car in,

got out, shut the door, and then walked up to the stone ledge and stopped......HOLY FUCK.....IS THIS REALLY HAPPENING?.....And then out of nowhere and what seemed like no reason at all tears just started running down my cheeks....what?....I am crying.....but I'm not sad....I'm actually crying because I am completely overwhelmed....with astonishment.....disbelief....HAPPINESS. Omg...I am so happy I am crying.

I couldn't even believe it so I had to take a selfie of myself to send to the girl X̶x̶x̶x̶x̶ I was dating at the time

> "I'm looking out at the ocean right now and tears just started running down my cheeks. I am so happy that I started crying....I'm crying from happiness"

And that moment would mark the first of many times I would wipe away tears from my eyes not from sadness or loss but rather amazement......disbelief.....beauty....gratefulness.....overwhelment....and any of the other many synonyms you could insert here.

I can remember the way things felt. Certain things bring me back to specific moments in time and it's like I am able to relive those experiences again. Not so much the experiences actually but rather exactly how I was feeling at the time they happened.

I remember sitting in Blue Moon as I was about to leave in the car back to HoChiMinh to fly back to LA after my first visit and saying "don't cry...don't cry...you're not gonna cry...."
FUCK...I started crying. It wasn't because I was sad though...it was because I was in complete disbelief still about what had just happened.

I remember so much of it with such vividness and clarity.

The last time I ever see you and X̶x̶x̶x̶x̶ you guys were sitting at your favorite table in the bar/ restaurant of the hotel - the first table to your right just as you walk past the little skylight viewing room that opens up to the roof on your right and then through the door (glass I believe..) from the hotel lobby and into the actual restaurant. Your silver Mercedes was parked out front. It wasn't busy at all and I am pretty sure you guys were the only ones in the restaurant. It was afternoon.....as in AFTER Noon...like 13:30...14:00 I'd guess. I had just met with you guys and ate some food but now I was going back to the club and you guys were leaving me alone to finish the project as you had to go somewhere and do something else as well. I remember stopping out front and looking through the glass at you guys sitting there at the table and thinking "I wonder if I will ever see them again?" You guys were busy discussing something and didn't notice any of what I am describing,,,which was fine as it wasn't even a big deal. I had a job to do...you guys had to go do some other stuff as well. I do remember knowing though for some reason that at the very least it was going to be a very long time if ever before I ever saw you guys in person again....and it was for this reason that I stopped and looked at you guys and remembered all of this in the first place.

All of these thoughts and the experience which I can type a whole story about were in fact nothing more than a split second in time...a 'moment'.....but apparently that is all that is needed for a feeling....a memory....to be forever etched into one's mind...at least mine anyways.

And what exactly was it that caused me to realize that instead of simply responding to the business related questions you sent that I should instead start out by writing you a bunch of random shit about crying from happiness and whatnot?

The reason is because I look up that Amon Tobin youtube video that I linked above - which has 1.6 million views - and then I think to myself "that has to be one of Ninja Tunes most popular YouTube videos" ('Ninja Tune' is Amon Tobins record label)

So I sort their videos by 'Most Popular' and found out I was wrong....not just wrong but VERY

WRONG....1.6 million views.....that is nothing...ONE HUNDRED MILLION VIEWS

And I was left in disbelief as I actually recognized this song with one hundred million views.It is a song that has very special meaning to me and which I have only heard a few times before but never actually knew who it was by or what the name of the song even was as the only other times I ever heard it was when it was played on a piano by someone else.

The most popular song I talk about is this one - https://www.youtube.com/watch?v=oUFJJNQGwhk

Watch it on your big screen TV.

And then after you watch it for the first time you play this Vietnamese version for ~~Xxxxx~~  :-)
https://www.youtube.com/watch?v=5LVWLT3OIp4

How crazy that it is on the same page as this.......and this......and this  (which was the first time I ever hang out with Travis as we go to San Francisco to see this show - we were standing in the front of house/ control booth during this)

The song and video perfectly shows what you were trying to convey to me ~~Xxxxxxx~~ as you worry about me 'working too hard' and try to explain to me what is actually important in life as we message each other back and forth on Facebook the other night.

We do not see each other for a long time and do not talk very much and so you worry about me and assume some things......what you do not realize though is not only how much I actually do understand when it comes to 'what really matters in life' but how much of an impact you guys have on my life when I leave the USA for the first time ever and arrive on your doorstep....with all of my big Pelican cases, computer gear, and complete amazement at seeing a new part of the world for the first time ever.

I am writing this 'preface of sorts' because instead of just focusing on money and business I chose to instead spend the night catching up with myself and remembering how and why I have arrived at this current point in time and my life. It is so crazy and it all seems like a dream...even still....so I spend time once again looking through all of my own work in complete disbelief to make sure it is real.  It is not the first time I ever do this and will not be the last I am sure.

It is because I know without any doubt that when I answer all of the questions you asked of me that we will be moving forward and in turn coming to the realization of what that actually means and how big of a moment 'right now' actually is.

I guess it just felt right to start with this instead.....and now that I have gotten 'this' out of the way I will begin my actual reply to the questions you ask of me - which I will have back to you soon.

~Matt

## Re: Settlement Documents

| | |
|---|---|
| From | mattguertin <MattGuertin@protonmail.com> |
| To | Michael Biglow<michael@biglowlaw.com> |
| Date | Sunday, August 6th, 2023 at 8:01 AM |

Mike,

Not sure if it matters or not at this point but I just realized I never shared this and so I figured it wouldn't hurt -

"special ops gear" as mentioned in my initial report by Dr. Rogstad that is "related to my invention" (sitting on top of it)

Thanks,

~Matt


Sent with Proton Mail secure email.

---

16.38 MB    7 files attached

| | |
|---|---|
| Inked20220108_1659422.jpg 238.38 KB | ODF_Optronics.jpg 295.89 KB |

| | | |
|---|---|---|
| ODF_Company.jpg 464.39 KB | 20220108_162218.jpg 2.46 MB | 20220108_165950.jpg 3.05 MB |

| | |
|---|---|
| Inked20220108_165942.jpg 3.47 MB | 20220108_165942.jpg 6.42 MB |



Matt OneUp <Xxxxxxx@gmail.com>

---

## Assessment of Business Opportunity: Key Questions

---

xxxxxxxxx@gmail.com <xxxxxxxxxx@gmail.com>                    Mon, Aug 7, 2023 at 8:47 PM
To: Matt OneUp <Xxxxxxxxx@gmail.com>

Hey Matt,


Thanks for getting back to me. Super glad our lives crossed paths. Xxxxxx and I seriously see you like a little bro. If we'd met when we were younger, no doubt we'd have been good buddies!


I know you've got what it takes to make it in life, no doubt about it. You're at this point where you need to pick up some new skills to keep moving. The questions I sent are to get a feel for where your head's at and how we can back you up.


Can't wait to hear back from you on those questions. Super excited to read you.


Cheers!


Xxxxxxxx

# Vietnam

| | |
|---|---|
| From | mattguertin <MattGuertin@protonmail.com> |
| To | Michael Biglow<michael@biglowlaw.com> |
| Date | Tuesday, August 8th, 2023 at 1:01 AM |

Michael,

It's actually happening.

As in my investors/ friends have just directly asked me what I preemptively addressed in my other email to you regarding travel.

They want me to fly over there.

I'm going to be receiving what amounts to millions of dollars in guaranteed investment (once we finalize an official agreement)

My friends are going to be able to privately finance the entire venture as what I'm essentially lining up as part of the agreement is the backing of the country of Vietnam itself as they are very well connected and it will bring many benefits to the country as a whole.

When I went over there the first time in 2015 my visa was 10 days expired when I arrived at the airport to fly back to Los Angeles (i spent 40 days instead of 30)

My friends made a phone call and suddenly an airport worker runs up, grabs my passport, and then I proceed to see a few different people running back and forth through the airport with my passport. 20 minutes later I have my visa updated and I still have time to enjoy some food in the business lounge before my flight boarded. I also attended a casual dinner with a chief of police and I met many high level people during the 70 total days I have spent there during my life - so this really is 100% what is taking place.

I just opened up my InfiniSet, Inc. corporate bank account this afternoon with US Bank at their Robbinsdale branch.

My patent attorney Amanda Prose at WCK is putting together my total account expenditures thus far, current accounts payable, cost projections for all of the international patent filings, continuation in part, additional trademark filings, etc. The filing deadline officially is September 19th, Amanda wants me to have everything together by August 19th for her firm to begin the filing process.

My corporate attorney ~~Xxxxx Xxxxxxx~~ at Hellmuth & Johnson has been notified of impending deals which will need to be discussed and negotiated. Shareholder agreements, stock assignments, etc. which will need be to be drafted and reviewed.

The only unknown / loose end right now would be my current legal situation as it relates to my stayed order of commitment and the agreements I've been sent to sign.

If I were to hypothetically not sign the agreement and instead 'take it to trial' (the one which I am currently agreeing to waive when I sign these documents) I would have to imagine it would be somewhat difficult to paint me as being 'mentally ill and incompetent' if I was able to provide basic evidence / proof of everything I am claiming in regards to Vietnam, investment, etc. (even with the details of my crimal case included)

At the end of the day though I'm of the opinion (I'm assuming..) that it is preferable for everyone involved to avoid a trial as it is time which could be better well spent on all of our parts, including yours as well as the courts.

With that said.... and with you being the person I am supposed to say it to, I would be interested in knowing if there is anything that can be negotiated/ figured out on my behalf which would ensure that I am able to travel to Vietnam (for an as of now unspecified amount of time) and be as unimpeded as possible in terms of any restrictions/requirements placed on me by the courts so that I am able to continue forward along the path I am currently on.

The estimated total cost/ investment needed just for filing all of the international patents alone will almost certainly end up being 150-200k + based on my understanding. This is revenue that I'm going to be generating for local, Minneapolis/Hennepin County based businesses. This doesn't include the long list of other things I still have to do as far as intellectual property is concerned or the many lawsuits which are sure to arise as the result of bringing something 'revolutionary' to market.

It is my belief that it's obvious at this current point in time (now..) that I'm in an extremely unique situation and set of circumstances which I believe are deserving of special consideration by everyone who would be involved in determining my current legal status (what appears on the monitor when I am searched to be cleared for a visa) as well as what I'm able to do, and where I'm able to go.

I'm currently in the process of reaching and attaining a level of success I never could've even imagined. It's a success so large that it will have clear benefits not just for me and my company but the local and state economy as well. This is especially true should I choose to establish my corporate hq/studio locally and remain in the state I've called 'home' my entire life.

It's hard even for me to accept that this is all real and actually happening so I can see how easy it would be for someone who doesn't know me at all to think I'm 'grandiose' 'delusional' etc, etc. This would be especially true when also provided with the details of the events that took place on January 21st of this year at my apartment and the pictures that go along with said event.

I am not in any disagreement that everything currently taking place in that which I call my 'life' is in fact very unbelievable and 'crazy'. That would not only include the whole gun incident but this email itself.

I'm shaking my head right now as I type this as I'm truly in a state of disbelief. So much so that I'll end it here instead of trying to continue to explain what all of this feels like as it's not even possible to put into words.

Thanks,

~Matt Guertin


Ps - I'd also be fine with any 'special considerations' or adjusted terms being dependent upon me being able to provide verification and proof of all of this as it begins to 'officially' happen..




Sent from ProtonMail mobile

## Re: Vietnam

| | |
|---|---|
| From | Michael Biglow <michael@biglowlaw.com> |
| To | mattguertin<MattGuertin@protonmail.com> |
| CC | Michael Biglow<Michael@biglowlaw.com> |
| Date | Tuesday, August 8th, 2023 at 7:51 AM |

Good Morning Matt,
I think we should have a phone conference about all of this...
I am open after 10:00 a.m. and this afternoon.
Mike

--
Michael J. Biglow, Esq

Attorney at Law

Biglow Law Offices

895 Tri Tech Office Center

331 Second Ave South

Minneapolis, MN 55401

## Stay Conditions

| | |
|---|---|
| From | Michael Biglow <michael@biglowlaw.com> |
| To | mattguertin<MattGuertin@protonmail.com> |
| CC | Michael Biglow<Michael@biglowlaw.com> |
| Date | Tuesday, August 8th, 2023 at 10:14 AM |

Matt,

I sent an email to the county attorney regarding your general concerns about the conditions of the stay agreement.

She wants to know what specific conditions that you are concerned about and that any conditions would not prevent you from traveling or running your business.

Please advise.

Mike

--

Michael J. Biglow, Esq

Attorney at Law

Biglow Law Offices

895 Tri Tech Office Center

331 Second Ave South

Minneapolis, MN 55401

Re: Stay Conditions

---

From   mattguertin <MattGuertin@protonmail.com>

To      Michael Biglow<michael@biglowlaw.com>

CC     Michael Biglow<Michael@biglowlaw.com>

Date   Tuesday, August 8th, 2023 at 12:43 PM

---

Mike,

I've attached revised versions of the two agreements and also initialed and signed them - but ultimately there are a few questions I am also wondering about in the notes I added as well as the court/county attorney needing to look over the documents since I changed stuff to make sure they are not opposed to anything I change/adjust/add before it is 'officially' entered into the record as being agreed upon by all parties - The salmon colored highlight is specifically highlighting travel related terms I adjusted/added/created.

In addition to sharing all of my business details and information with my friends in Vietnam I also have to provide them with a general overview of what exactly is going on with my case as they obviously would like to be assured that there isn't going to be something surrounding my case which suddenly and unexpectedly interrupts our plans to move forward (and in turn would negatively impacts their investment..)

This is part of the reason I felt it appropriate to replace the word 'committed' with 'assigned'

They know me well enough to not worry at all about the overall incident itself. They know I am very competent - enough that they trust investing (risking..) a large amount of money into my business ...which is essentially investing in 'me' being that it is a startup.

What they will do however is analyze the specific language of the actual agreements I am signing as it relates to the 'stay of commitment' and whatnot for the purpose of making sure there isn't some crazy catch or clause being overlooked. In addition these documents will be translated to Vietnamese which could turn into a huge mess if I leave the lined through text as it was.  I'd rather have that stuff gone vs. lined through as my investors will see all that stuff about being forced to take pyschiatric drugs, inpatient treatment, etc, etc and wonder why it was there in the first place. They will read that I am still being 'committed' and it may not be entirely clear what exactly is going on after google translate is finished with it.

As far as the question asked about "What exactly would affect my ability to travel as far as the restrictions placed on me by the courts"

1. If I were to 'travel' to Vietnam and then not come back for the entire 6 month period covered in the stay would that affect my agreement and possibly cause a revocation at all?  So not just 'traveling' to Vietnam....but relocating....for an extended period of time. two or three months minimum I would guess. So I basically disappear from Minnesota...?

2. Is there any additional information that you are able to source in regards to what my current 'legal status' is as far as being searched for a visa clearance/approval? Once again I have no doubt that my friends can make a visa happen no matter what but I worry about what - if anything will now suddenly pop up when they search me that is related to my case. Do I still have a pending felony for a certain amount of time? etc?

And also just wondering in general if I should just sign this stuff vs. the risk involved and the outcome if I were to take it to trial instead? It is my belief that it is obvious I am not 'incompetent'...but I am well aware that this is my personal opinion. I ultimately just want to do what is safest and I would be lying if I said I wasn't grateful that I have somehow ended up with an outcome as good as that which I have currently ended up with and so I wouldn't want to test my luck or take any unnecessary risks. I guess I still don't really like the fact that I have been deemed incompetent for the simple fact that I know I am not incompetent. But perhaps I should just use this as a chance to practice the art of 'acceptance' and not let it bother me  :-)

So perhaps a call is still in order as well as now I start addressing the other emails again and go in a circle.

~Matt

---

1.08 MB   2 files attached

Plan for Services___matts_revised_version.pdf  244.92 KB

Stayed Commitment Agreement 8.8.23___matts_revised_version.pdf  862.64 KB

Re: Stay Conditions

| | |
|---|---|
| From | mattguertin <MattGuertin@protonmail.com> |
| To | Michael Biglow<michael@biglowlaw.com> |
| CC | Michael Biglow<Michael@biglowlaw.com> |
| Date | Tuesday, August 8th, 2023 at 1:11 PM |

And some other questions I randomly wonder -

- Am I still 'out on bail'  as of right now?

- What if anything changes as far as a public criminal/background check search when I sign these agreements and everything is 'official' as far the 'stay of commitment' agreement?

- There exists the possibility that I go to Vietnam and then end up flying to another country for a little bit.

I think you are seeing the pattern of what I am worried about so I will stop asking what probably seems like the same question over and over and give you a chance to reply.

I am available to hop on a call whenever that would workout best for you. I am free rest of the day and will make sure my ringer is turned on so I do not miss the call.


~Matt
763-221-4540


Sent with Proton Mail secure email.

## Settlement Documents

| | |
|---|---|
| From | Michael Biglow <michael@biglowlaw.com> |
| To | mattguertin<MattGuertin@protonmail.com> |
| CC | Michael Biglow<Michael@biglowlaw.com> |
| Date | Tuesday, August 8th, 2023 at 1:57 PM |

Please review attached and if you agree, please sign and return to me. I will then sign and file with the court.
Mike

--

Michael J. Biglow, Esq

Attorney at Law

Biglow Law Offices

895 Tri Tech Office Center

331 Second Ave South

Minneapolis, MN 55401

331.22 KB    2 files attached

| Stayed Commitment Agreement 8.4.23.pdf  195.66 KB | Plan for Services.pdf  135.56 KB |
|---|---|

## Re: Your InfiniSet, Inc Signed Documents

From  matt <Matt@infiniset.com>

To  ~~Xxxxx@Xxxxxxxx~~.io

CC  ~~Xxxx Xxxxx<Xxxx.Xxxx~~@outlook.com>

Date  Tuesday, August 8th, 2023 at 4:57 PM

You haven't seen any InfiniSet duplicates yet at SIGGRAPH have you ~~Xxxxxx~~?

Sent with Proton Mail secure email.

## Re: Your InfiniSet, Inc Signed Documents

From matt <Matt@infiniset.com>

To      ~~Xxxxx@xxxxxxx~~.io

CC      ~~Xxxx Xxxxx~~<~~Xxxx.Xxxxx~~@outlook.com>

Date    Tuesday, August 8th, 2023 at 5:00 PM

NETFLIX / EYELINE STUDIOS - around 3:00 mark

https://www.youtube.com/watch?v=tMpg29Vc0bU

Sent with Proton Mail secure email.

## Re: Your InfiniSet, Inc Signed Documents

| | |
|---|---|
| From | matt <Matt@infiniset.com> |
| To | xxxxx@xxxxxxxxxx.io |
| CC | Xxxx Xxxxxxx<Xxxxx.Xxxxx@outlook.com> |
| Date | Tuesday, August 8th, 2023 at 5:38 PM |

https://www.youtube.com/watch?v=tMpg29Vc0bU

58:53

BULL SHIT   lol

Dude....This guy works at Eyeline Studios. The company that was formed and founded based around Stephan Trojanskies patent - but now they are trying to act like the same shit was already taking place in 2006!

They are probably behind the PhotoRobot bullshit for all I know.

The dude isn't even real that is on the treadmill and yet they show multiple avatar/digital twin copies of a fake person that obviously isn't real and try to claim it is from 2006 even though the CEO and founder of their company filed a patent for the exact same thing 12 days after me and then had his company acquired for 100 million dollars 8 months later - and now there is a dude working for that same company who is showing off a rotating treadmill along with avatars and claiming it is from 2006.

It is the most illogical shit ever - the plan must be for them to get their own patent application invalidated due to fake AI generated prior art that they produced themselves. Apparently they have a fake bullshit paper to go along with it.

2006. That is the claim.

wow.

the rabbit hole continues....

Sent with Proton Mail secure email.

 Matt OneUp <Xxxxxxxx@gmail.com>

---

Assessment of Business Opportunity: Key Questions

---

Matt OneUp <Xxxxxxxx@gmail.com>                           Wed, Aug 9, 2023 at 6:16 AM
To: Xxxxxxxxxxx@gmail.com

https://drive.proton.me/urls/PHDXXXXX34C#nXXXmzyWxxX5

## Trial 8-11-2023 at 10:30 a.m./Settlement?

| | |
|---|---|
| From | Michael Biglow <michael@biglowlaw.com> |
| To | mattguertin<MattGuertin@protonmail.com> |
| CC | Michael Biglow<Michael@biglowlaw.com> |
| Date | Wednesday, August 9th, 2023 at 11:02 AM |

Hi Matt,

I will be getting fairly busy here in the next two days.

Should we prepare for trial or will you be sending the signed documents?

Please advise.

If I do not hear from you today, I will assume you want the trial and I will then let the Petitioner know.

Thank you,

Mike

--

Michael J. Biglow, Esq

Attorney at Law

Biglow Law Offices

895 Tri Tech Office Center

331 Second Ave South

Minneapolis, MN 55401

# Emergency

| | |
|---|---|
| From | mattguertin <MattGuertin@protonmail.com> |
| To | Amanda Prose<aprose@wck.com> |
| CC | Megan Neumann<mneumann@wck.com> |
| Date | Wednesday, August 9th, 2023 at 3:29 PM |

Amanda,

If you are available to talk on the phone for a second I have a rather new and serious fraud problem I need to get a basic opinion on asap.

It involves Netflix.

Thanks,

~Matt
763-221-4540


Sent from ProtonMail mobile

## Re: Trial 8-11-2023 at 10:30 a.m./Settlement?

| | |
|---|---|
| From | mattguertin <MattGuertin@protonmail.com> |
| To | Michael Biglow<michael@biglowlaw.com> |
| CC | Michael Biglow<Michael@biglowlaw.com> |
| Date | Wednesday, August 9th, 2023 at 3:40 PM |

Mike,

I will have them over shortly.


Sent from ProtonMail mobile

## Re: Trial 8-11-2023 at 10:30 a.m./Settlement?

| | |
|---|---|
| From | mattguertin <MattGuertin@protonmail.com> |
| To | Michael Biglow<michael@biglowlaw.com> |
| CC | Michael Biglow<Michael@biglowlaw.com> |
| Date | Wednesday, August 9th, 2023 at 3:40 PM |

Just woke up


Sent from ProtonMail mobile

Re: Trial 8-11-2023 at 10:30 a.m./Settlement?

| | |
|---|---|
| From | Michael Biglow <michael@biglowlaw.com> |
| To | mattguertin<MattGuertin@protonmail.com> |
| CC | Michael Biglow<Michael@biglowlaw.com> |
| Date | Wednesday, August 9th, 2023 at 4:21 PM |

Just in case you misplaced the documents.
They are are attached here.
Mike

---

331.22 KB    2 files attached

Stayed Commitment Agreement 8.4.23.pdf  195.66 KB    Plan for Services.pdf 135.56 KB

## Re: Trial 8-11-2023 at 10:30 a.m./Settlement?

From   mattguertin <MattGuertin@protonmail.com>

To     Michael Biglow<michael@biglowlaw.com>

CC     Michael Biglow<Michael@biglowlaw.com>

Date   Wednesday, August 9th, 2023 at 5:03 PM

Mike,

Attached.

Thanks,

~Matt

Sent with Proton Mail secure email.

---

957.55 KB   2 files attached

| Plan for Services.pdf 202.37 KB | Stayed_Commitment_Agreement.pdf 755.18 KB |

Vietnam video

---

From    mattguertin <MattGuertin@protonmail.com>

To      mattguertin<mattguertin@protonmail.com>

Date    Wednesday, August 9th, 2023 at 5:04 PM

---

https://m.facebook.com/bluemoonclubvt/posts/1876595359220227/?vh=e&extid=MSG-UNK-UNK-UNK-IOS_GK0T-GK1C&wtsid=rdr_0Ct1AgzNE3b0ClSvd

Sent from ProtonMail mobile

## Re: Vietnam video

From    mattguertin <MattGuertin@protonmail.com>

To      mattguertin<mattguertin@protonmail.com>

Date    Wednesday, August 9th, 2023 at 5:06 PM

https://www.dropbox.com/scl/fi/8tfr7xvycvgk3xctdi7xp/welcome-to-Vietnam.mp4?rlkey=e2b30mocp466vkgvz9bjzwy87&dl=0

Sent from ProtonMail mobile

# Need an in person meeting at WCK asap

From    matt <Matt@infiniset.com>

To      dbrush@wck.com, jchamplin@wck.com, lfarrell@wck.com, hfinucane@wck.com, vgoswitz@wck.com, thaney@wck.com, pims@wck.com, bkaul@wck.com, skoehler@wck.com, jveldhuis-kroeze@wck.com, mlauer@wck.com, tmagee@wck.com, dpolglaze@wck.com, Amanda Prose<aprose@wck.com>, arego@wck.com, psawicki@wck.com, jyoung@wck.com, azuege@wck.com

Date    Thursday, August 10th, 2023 at 12:40 PM

Hello everyone,

I am Amanda Proses client Matthew Guertin.

I am sending this to everyone at WCK not because I am unhappy with her at all but because I just made a very large and significant discovery of fraud which will have a serious impact on the international filings I am currently lining up investment and finance for.

Everything is now on a very tight deadline as Amanda would like to have everything figured out by August 19th with September 19th being the official deadline to file internationally.

The reason I decided to send to everyone listed at WCK is because the closer I get to this extremely important deadline the more I begin to have legitimate concerns of my digital communication being tampered with/ filtered/ blocked/ etc / etc. While this would've sounded crazy even less than a year ago I think it is fair to say we have officially entered a new era as far as all of the AI which has very quickly become a large part of everyone's life whether they want it or not.

I am of the opinion that if there is any purposeful and nefarious actions taking place in regards to my communication in general that it would be most likely to happen as I near an important deadline and need to be able to rely on all of my communication the most in order to successfully cross the finish line - that being investment and filing of international patents.

By blanket sending to the entire WCK team I am very easily able to deal with this issue I am worried about and ensure that I very quickly either get a whole lot of peoples attention or a very large and obvious signal that lets me know  that instead of trusting email or even the phone that I need to appear in person at your firms office downtown and knock on the door.

In the interest of getting to the point what I need is to get an in person meeting setup at WCK asap to discuss a very serious issue which involves what I believe is a very obvious fraud attempt - but

while even though it is obvious it is also carried out to a level that results in it being a serious issue no matter what.

Obviously I would like to have a meeting with Amanda Prose but I would also like for others to attend as well. Perhaps the main founders of WCK? Or perhaps anyone who receives this email and feels like attending once they finish reading what I am going to paste as the main body and 'issue' I just discovered. Any input, thoughts, ideas anyone has that are helpful to my issue are also benefitting your firm as well so yeah... In addition I will follow up with a few additional emails or however many are needed to make sure all of the PDF's of mine are also included and come through. and then provide additional links to source content once I upload everything

With that said this a very serious problem which I believe is one all of you are going to start running into and having to deal with more and more - So if anyone that receives this has any helpful thoughts/ideas/input or even would just like to attend the meeting I am trying to schedule asap feel free to reply and say hello, attend the meeting, etc.

I need to very quickly develop at least some kind of plan to address this and also need provide my investors with the results of the in person meeting and what all needs to be done to still file international patents while knowing that this problem exists but being confident enough in the strategy and overall plan to deal with this that they are not worried too much about it and feel safe investing a large amount of money into something very cool but which now automatically comes with  what I would consider to be a rather large additional risk which could cause big problems down the line...or sooner...but regardless there will without doubt be many problems/lawsuits/etc.

My phone number is 763-221-4540

My emails addresses are:
Matt@InfiniSet.com
MattGuertin@Protonmail.com
Xxxxxxx@gmail.com
Xxxxxxxx.Xxxxxxxx.Xx@gmail.com

I look forward to hearing from Amanda (hopefully) or anyone else at WCK who is in an executive or higher level position and is able to facilitate the meeting I am after asap and help me get this figured out and feel confident I am not talking to AI on the phone or through emails. Again - my main reason for having a renewed concern about all of this is because of the deadline fast approaching combined with the fact that I just happened to randomly discover this new issue a couple days ago and it is not crazy to assume with complex fraud like this taking place at such high levels that my communications at the very least are almost certainly being monitored.

I've 100% caused Netflix and Trojansky some very big headaches and worries. They have

probably invested around a HALF BILLION dollars by now - They paid Trojansky 100 million at least for his company based on the Q12022 Netflix Investors report I am guessing. For that much money it would be foolish to assume they do not pull out all of the stops and use every single tool and technology available to them to know what I am up to or to simply try and prevent me from successfully pulling off that which I have been working nonstop on for the last 30 + months in order to arrive at this point. This is especially true when you also consider the fact that there are large and respected tech companies allowing them to publish fraudulent, backdated content. If that can be established (which I have been able to 100% do with the other fraudulent stuff I discovered in regards to the whole PhotoRobot dot com adventure I became a part of at the beginning of this year) then it can also be assumed that these same companies would also help aid in ensuring the fraud they helped facilitate is successful or at the very least remains undetected.

Thank you very much,

and now please enjoy the feature presentation.....

-------------------------------------------------------------------------------------------------------------

SIGGRAPH 2023 San Francisco - The Full Spectrum of Virtual Production - Paul Debevec with Eyeline Studios

https://www.youtube.com/watch?v=tMpg29Vc0bU

If you go to the 58m48s mark in this Siggraph presentation and hit play you will see a motorized rotatable treadmill which rather casually gets discussed by Mr. Debevec as it comes into view. This is apparently called 'The Light Stage'

At the same time 'The Light Stage' appears in the frame so too does the name of a paper which claims to be from 2006 - It's title being 'Einarsson et al. Relighting Human Locomotion. EGSR 2006'

Between the image used in the actual paper itself and the video being presented in Mr. Debevecs presentation one can very easily come to the conclusion that the video of this rotating treadmill along with the guy walking on it had to have taken place sometime in 2006 at the very latest as it obviously would've needed to be sometime BEFORE the paper was published due to the fact that it is the exact same guy/same clothing articles & color/same scene/same gear setup/same camera view/ etc, etc which appears in both the paper as well as the duplicate video that appears of it in Mr. Debevecs presentation.

Based on just viewing the video normally and not doing any analyzing using color filter and other standard compositing tools available in Adobe AE & PS I am of the opinon that the man walking on the treadmill and shown many times appears to not be a real person at all - that meaning he appears to be a CGI/AI generated 3D character as opposed to a 3d charcter that was generated

from an actual person as it's input data / starting point.

The claimed 2006 paper, Paul Debevec, 'The Light Stage' research/setup/construction, the rotating treadmill, and pretty much anything else associated with all of this fraudulent stuff supposedly originates and took place at USC Cinematic Arts - https://cinema.usc.edu/

Paul Debevec is supposedly a professor and award winning film maker with many acclaims according to the little bit of research I have done.

The CEO of Eyeline Studios is Stephan Trojansky

Eyeline Studios was formed as an agreement/partnership between Netflix, Inc and Stephan Trojansky

The sole reason for this formation between them was to focus on that which was contained within the provisional patent application filed around 8 months prior by Trojansky - that date specifically being March 31st, 2021 - which is 12 days AFTER the March 19th, 2021 date on which Amanda Prose filed my provisional patent application for the exact same thing which is titled 'Motorized Rotatable Treadmill and System for Creating The Illusion Of Movement'

I chose to use TrackOne filing and as a result my patent - US11577177B2 - was officially issued on Feb 14th, 2023. Three days later on Feb 17th, 2023 my granted patent was filed as a 3rd party prior art claim against the Netflix/Trojansky patent application. On Feb 20th I received an email from Amanda confirming that the filing had been reviewed and accepted by the USPTO as relevant prior art and would be included and reviewed by an examiner once the examination process begins.

Instead of simply trusting the electronically filed 3rd party art claim I additionally sent out 11 certified mail packets to multiple executives at Netflix as well as Robert Hulse at Fenwick & West (ip attorney for trojansky/netflix), Eyeline's registered agent, Scanline VFX business addresses, and Eyeline Studios business address.

On May 15th, 2023 I went through a very large amount of the automated emails that LinkedIn sends you letting you know 'WHO SEARCHED FOR YOU' and screencapped all of the LinkedIn hyperlinks which were generated from only the four or so images that are displayed within the body of the actual email itself. What this means is that I did not acquire any of these LinkedIn search results and subsequent screencaps by paying for the additional LinkedIn options or by even logging into LinkedIn. All results are generated entirely and only from data contained within the automated emails themselves.

USC Cinema - The same place where Paul Debevec and everything else is claimed to originate

out of is included in my LinkedIn screencaps as they searched me on two separate occasions that I was able to find in the automated LinkedIn emails anyways. One search occurred on Dec 17th, 2022 and the other on Feb 5th, 2023. All of these are included as PDF's and I additionally downloaded the email HTML as well as the message headers for both of these searches made by them.

I have serious investors lined up right now who are based in Vietnam. My friends are very well connected. Ultimately what I will end up with in terms of financial backing/investment into my company is the full backing of the entire country/government of Vietnam itself once I am able to officially lock in the deal.
Once this happens Amanda / WCK will begin the process of filing the many international applications which need to be filed. Amanda requested I have countries picked and everything figured out by August 19th.....with the official cutoff date for international filing being September 19th, 2023.

Things are down to the wire...but I am used to this. My main concern now is this obviously fraudulent scholarly paper which has been posted and republished in enough places and with enough citations and suppposed references upon first glance to end up being a rather large problem I am guessing in terms of my international filings.

On the other hand I believe there also exists a rather obvious issue for Netflix / Trojansky / Eyeline Studios due to the fact that it is very obvious that the claimed 'Light Stage' along with the rotating treadmill, and the paper are nearly identical to that which is contained within Trojansky's pending application.

How exactly does Eyeline end up with a guy working for them who is now doing interviews in which he claims to have already and developed and researched the exact same technology / process that is the entire basis of the patent application, and around which the entire company was formed in the first place?

How many problems currently exist just based on the fact that this is very obvious I believe due to the fact that Trojansky is listed as the sole inventor yet if we are to believe that this paper and the videos are in fact legitimate it would mean that even though a very large amount of money, time, and research was put into drafting and assembling a very technical disclosure by one of the biggest lawfirms in Silicon Valley and which had the financial backing of 'unlimited money' essentially once Netflix became a part of it - THAT EVEN WITH ALL OF THIS NO ONE WAS ABLE TO FIND THIS PRIOR ART PRIOR TO THE OFFICIAL APPLICATION BEING FILED?

Correct me if I am wrong but is there not a clear and easy to identify issue just based on the 'Duty of Candor' requirement if this prior art is going to be taken at face value?

How can Trojansky file a patent application for the exact same thing which one of his employees/partners already researched and developed 15 years prior and then have that same guy go out and concuct interviews representing his company in which he talks about research and work he did 15 years prior which would almost certainly be grounds for the comapny he is representing not receiving a patent grant due his claimed research?

Based on the fact that my invention is based in the world of visual effects, illusions, and Artificial Intellignece it isn't too crazy to believe that those same exact things could also very easily be used to create the illusion of existing prior art via creation and publishing of a very large and convincing 'digital footprint' and history across many different sites and mediums.

I could keep going but I will leave it here for now as I believe I have done a decent job of at least establishing that there is a rather obvious and large issue that currently exists that needs to be discussed and figured out at an in person meeting asap at WCK offices downtown.

With that said I personally have what I believe is a solid plan which involves a few different angles which can be used to address this fraud as far as being able to compile large amounts of existing research papers as well as patents and applications in relevant/similar subjects and areas of study for the purpose of being able to clearly identify what no doubt will be a huge amount of documents and studies which are not fraudulent, dated before mine or Trojansky's application were filed, and after the claimed 2006 origination of this fraudulent paper and video - I am of the belief that there will be a huge hole no matter what as even though they have been able to distribute this and link additional citations and references which make it appear authentic no matter what there will still exist a huge amount of pdf documents in the form of research papers and patents, applications, etc which will not ever mention or reference this fraudulent paper at all because it didn't actually exist (even though the articles/papers/applications /patents/etc are all addressing the same subject matter over and over and over somehow nearly all of them overlooked what obviously would've been a rather large and noticeable accomplishment - especially in 2006 - The animation and 3d content they are showing wasn't even possible in 2006 in my opinion and believe many other people versed in digital media and/or film)

If you look at the Light Stage 6 video that was supposedly made in 2006 as part of the fraudulent paper they are showing what can clearly only be a 3d model of a human person as the camera angle appears to move position/angle every single frame while viewing the person yet that would've been a massive breakthrough had it actually taken place in 2006. They may have been able to get their fraud distributed but that does not mean it is even believable in my opinion - especially once it is combined with the many additional facts I cover in this email.

Sent with Proton Mail secure email.

---

20.61 MB    8 files attached

Light Stage 6 Video_claimed_as_2006___SCREENCAPS.pdf  12.49 MB

USCCINEMA_Searched_2_times_for_me.txt  213 bytes

LinkedIn_USC_Cinema_Search__Dec_17th_2022.pdf  216.89 KB

LinkedIn_USC_Cinema_Search__Feb_5th_2023.pdf  210.32 KB

NETFLIX_PATENT_APPLICATION_US20220319115A1.pdf  2.90 MB

NETFLIX_PATENT_APPLICATION_WO2022212761A1.pdf  3.08 MB

INFINISET_PATENT_HIGHLIGHTS_US11577177B2.pdf  73.42 KB

INFINISET_PATENT_US11577177B2.pdf  1.66 MB

## Re: Need an in person meeting at WCK asap

From   matt <Matt@infiniset.com>

To   dbrush@wck.com, jchamplin@wck.com, lfarrell@wck.com, hfinucane@wck.com,
vgoswitz@wck.com, thaney@wck.com, pims@wck.com, bkaul@wck.com,
skoehler@wck.com, jveldhuis-kroeze@wck.com, mlauer@wck.com, tmagee@wck.com,
dpolglaze@wck.com, Amanda Prose<aprose@wck.com>, arego@wck.com,
psawicki@wck.com, jyoung@wck.com, azuege@wck.com

Date   Thursday, August 10th, 2023 at 12:42 PM

email 2 -

Sent with Proton Mail secure email.

8.69 MB   2 files attached

SIGGRAPH_2023_Debevec_Screencaps.pdf  3.42 MB

NETFLIX_Acquires_SCANLINE_VFX.pdf  5.26 MB

## Re: Need an in person meeting at WCK asap

| | |
|---|---|
| From | Amanda Prose <aprose@wck.com> |
| To | matt<Matt@infiniset.com> |
| CC | arego@wck.com, azuege@wck.com, bkaul@wck.com, dbrush@wck.com, dpolglaze@wck.com, hfinucane@wck.com, jchamplin@wck.com, jveldhuis-kroeze@wck.com, jyoung@wck.com, lfarrell@wck.com, mlauer@wck.com, pims@wck.com, psawicki@wck.com, skoehler@wck.com, thaney@wck.com, tmagee@wck.com, vgoswitz@wck.com |
| Date | Thursday, August 10th, 2023 at 12:44 PM |

Hi Matt,

Safely received.

I will reply to you separately.

Best regards,

Amanda

## Re: Need an in person meeting at WCK asap

From    Amanda Prose <aprose@wck.com>

To      matt<Matt@infiniset.com>

Date    Thursday, August 10th, 2023 at 12:48 PM

Hi Matt,

Safely received.

I am not available for an in person meeting until Tuesday. Let me know if that works for you.


Best regards,

Amanda

## Re: Need an in person meeting at WCK asap

| | |
|---|---|
| From | psawicki@wck.com <psawicki@wck.com> |
| To | matt<Matt@infiniset.com> |
| CC | dbrush@wck.com, jchamplin@wck.com, lfarrell@wck.com, hfinucane@wck.com, vgoswitz@wck.com, thaney@wck.com, pims@wck.com, bkaul@wck.com, skoehler@wck.com, jveldhuis-kroeze@wck.com, mlauer@wck.com, tmagee@wck.com, dpolglaze@wck.com, Amanda Prose<aprose@wck.com>, arego@wck.com, jyoung@wck.com, azuege@wck.com |
| Date | Thursday, August 10th, 2023 at 4:12 PM |

Dear Mr.Guertin,

This is in reply to your emails. I am a shareholder in Westman, Champlin and Koehler.
I am not going to go into the details of your emails.

However, the firm of Westman, Champlin and Koehler has come to a decision that we no longer will be representing you. We will be filing petitions to withdraw from your pending patent applications and from your trademark applications. you should seek the counsel of another patent/ trademark attorney.

As far as your PCT application, I believe you have engaged the services of another company to file the national phases due in September of 2023. You will no longer receive any further communications from us on its due date.

For your information, Amanda Prose no longer offices at our downtown Minneapolis office. Your emails to her will no longer reach her, our system has been modified to do that.

We wish you luck in your future endeavors.


Best Regards,

Z. Peter Sawicki

Westman, Champlin and Koehler, P.A.
Suite 1100
121 South Eighth Street
Minneapolis, MN 55402

## Re: Need an in person meeting at WCK asap

From    matt <Matt@infiniset.com>

To      Amanda Prose<aprose@wck.com>

Date    Thursday, August 10th, 2023 at 5:47 PM

Amanda,

Would you be able to setup a meeting on Tuesday with other people that would be able to assist?

Not 'assist' meaning "my attorney Amanda requires assistance and aid more often than not when I ask her simple questions"

rather 'assist' as in assembly of a small group/team of people who compliment one another in general...perhaps someone you've worked with before or do often?...or maybe one of the shareholders/founders/ etc. or whoever else has a significant influence on the direction and decisions made at your firm?

My reason for now envisioning additional people sitting at the conference table in addition to yourself is because that would be the correct move on you and your firms part if it were to operate in any fashion similar to most design/ marketing /animation/ production operations insofar as going after and landing big accounts/ clients/ gigs by pooling together additional resources and people at the company who are all focused on working together towards the same goal - to 'wow' and impress a new potential client for the purpose of 'getting the gig'...'landing the account'...etc...

I'm in need a lot of 'stuff' right now in terms of information which has either been requested specifically or which I want to make sure I'm able to provide to my friends in Vietnam.

I need a comprehensive plan to deal with this new fraud as well as the photorobot stuff in terms of getting analyzed, etc

I need country list for international filings and then associated costs (can be estimated but need something)

An ordered list of the additional filings and whatnot I've mentioned to you such as continuation in part, all additional countries for trademark completion internationally, associated costs, etc.

A complete list/spreadsheet of my total account expenditures with your firm, what I owe your firm still, the services which are associated with said costs.

I need to sit down and assemble a plan for all of this in terms of the massive amount of stuff that needs to get figured out as soon as possible.... all of this is in addition to the fraud stuff that they are now asking me to update them on.

I can try to sit down and better organize all of this as well but for the short amount of time left I feel like there a gigantic list to figure out with you... hence my request for assistance and help to make it happen. This is now even more true when combined with my new find.

Is there anyone else at your firm that I could meet with tomorrow afternoon possibly that would at least be able to provide an opinion as to the possible ramifications of what I have found in addition to helping me understand possible remedies/ angles of attack to deal with it?

I'm getting a bunch of stuff together as a reply to questions the all of me related to the business in general but this additional detail that just appeared is a very big issue in my mind that needs immediate attention as it child detail the entire thing if not addressed right away. Even if it's just a written overview and suggestions for moving the international filings forward while also being able to simultaneously deal with this issue?

Thanks,
~Matt


Sent from ProtonMail mobile

## Re: Need an in person meeting at WCK asap

| | |
|---|---|
| From | matt <Matt@infiniset.com> |
| To | psawicki@wck.com |
| CC | dbrush@wck.com, jchamplin@wck.com, lfarrell@wck.com, hfinucane@wck.com, vgoswitz@wck.com, thaney@wck.com, pims@wck.com, bkaul@wck.com, skoehler@wck.com, jveldhuis-kroeze@wck.com, mlauer@wck.com, tmagee@wck.com, dpolglaze@wck.com, Amanda Prose<aprose@wck.com>, arego@wck.com, jyoung@wck.com, azuege@wck.com |
| Date | Thursday, August 10th, 2023 at 6:39 PM |

This is rather unexpected...wow.

Could I please have a meeting to discuss what I've just read please?

I have serious investment lined up from my friends in Vietnam.

See this - https://www.dropbox.com/scl/fi/8tfr7xvycvgk3xctdi7xp/welcome-to-Vietnam.mp4?rlkey=e2b30mocp466vkgvz9bjzwy87&dl=0

This - https://mattguertin.com/portfolio/bluemoon2015/

This - https://mattguertin.com/portfolio/bluemoon2016/

And this please - https://mattguertin.com/portfolio/bluemoon3d/

I am very aware that sending an email to everyone is not normal etiquette but that is why I did it. You are apparently one of the people I was ultimately hoping to have a meeting with as I have everything currently ready to move forward including my corporate bank account that I just opened at Us Bank in Robbinsdale.

I've been doing nothing but moving everything forward but I need help to compile my account data as well as to be able to provide opinions to my investors about the other issues I shared with you.

https://www.dropbox.com/scl/fi/5kr9vmpqybdzxl8911hbj/20230810_181414.jpg?rlkey=jlhvxer7pi4rgfbvq0qrlvdn7&dl=0

https://www.dropbox.com/scl/fi/yw5e2avptovv42rf1t1cj
/20230810_181327.jpg?rlkey=fdpohxh35avbl09kxdtx4entn&dl=0


Everything is at a crucial point in the project I've worked on nonstop to get to right now and this is not at all how I get across the finish line finally right as I'm just about to run through it shortly.

Below is a very clear demonstration of how the technology contained within the patent granted to me actually works in terms of the camera system and the entire concept as originally envisioned and my exact reason for calling your firm and talking to Amanda very excitedly back in February of 2021.

https://www.dropbox.com/s/s7q8mhpavz4fwzs/2023-06-18%2009-07-26.mov?dl=0

Here is my current studio setup as well as the very rough demos we just filmed. The final is being filmed on a professional cinema camera rented and will be rendered frame by frame with perfect synchronization.

https://www.dropbox.com/scl/fi/w9o71zn5k27obfufmdgwh
/20230803_204212.mp4?rlkey=2jxnkw7j0izkhsyt7etxyk64h&dl=0

https://www.dropbox.com/scl/fi/489vvcii4uh7phnbf5lv8
/20230803_203042.mp4?rlkey=nscwn65lpk6txx1ntm0k51rtb&dl=0

https://www.dropbox.com/scl/fi/njer4bsbm55jb8c8ky4t1
/UnrealEditor_GtWVshxccV.mp4?rlkey=peqnp6szaxaliv6apalyc0unj&dl=0

https://www.dropbox.com/scl/fi/50fxw1u8gw27y7kxka7m1
/UnrealEditor_NdGr5z42Vp.mp4?rlkey=67sophf8ggtf07hn7duafmpif&dl=0

https://www.dropbox.com/s/fjlmrbcgyaote6e/Brand_Guidelines_v3.pdf?dl=0

https://www.dropbox.com/s/i32d75fpkmbq5ob/GS_Test2.mp4?dl=0


I did not put in all of this work, time, effort, money, sweat, and tears (among many other contributions..) to get all the way to the finish line only to have Tanya Harding jump out and bash me in the leg. That is literally what this feels like. My mom is counting on me right now and so is my aunt who have both helped and supported me immensely so that I could make all of this

happen and get this far.

. This is the first and only patent I have ever filed in my life. I have designed, engineered, fabricated, and programmed the treadmill you see in my demos. It is the same exact one I wore in my patent except for the half inch of height I had to end up adding.

Everything has been very stressful but I assure you I am perfectly on track right now and very serious about advancing everything across the finish line.

All I ask is that you please give me one fair chance to discuss this with you first as this is the most important time of my entire life right now. That is not an understatement.

I again ask that you please reconsider the decision you've made or at the very least provide me with a short opportunity to prove that there is a misunderstanding taking place right now regarding all of this and I am not at all who you have apparently been lead to believe I am for whatever reason.


That is all. Thank you.

~Matt

www.MattGuertin.com
763-221-4540



Sent from ProtonMail mobile

## Re: Need an in person meeting at WCK asap

| | |
|---|---|
| From | matt <Matt@infiniset.com> |
| To | psawicki@wck.com |
| CC | dbrush@wck.com, jchamplin@wck.com, lfarrell@wck.com, hfinucane@wck.com, vgoswitz@wck.com, thaney@wck.com, pims@wck.com, bkaul@wck.com, skoehler@wck.com, jveldhuis-kroeze@wck.com, mlauer@wck.com, tmagee@wck.com, dpolglaze@wck.com, Amanda Prose<aprose@wck.com>, arego@wck.com, jyoung@wck.com, azuege@wck.com |
| Date | Friday, August 10th, 2023 at 7:11 PM |

And you are not correct about me hiring another company to file internationally.

All I did was forward marketing mail i get to Amanda and asked her if the prices I was looking at were a fair ballpark estimation of what the same services would cost through your firm to get an idea on prices overall as the investment banker that I met with in November 22 gave me grossly overinflated estimates about how much it costs to file patents internationally. I told her this because I figured she might think that was why but really I just had no clue about the costs and it ended up being much lower than I thought which was a reason for happiness after she replied regarding it.

I have literally been doing nothing except working on getting everything together so that I could move everything to the next level with Amanda's help. I have been very happy with what she and your firm have provided me with overall.

Before I had a better understanding of patents in general I was worried about certain elements of how she assembled and worded certain things but this was just me having anxiety while also not understanding patents very much.

Slowly as I learned more about patents and the language which forms them I realized more and more that the stuff I was worried about at first is in fact brilliant in how simple and broad it truly is when you read the claims she crafted for me.

I recognize how smart it is that she doesn't try to classify what kind of camera I'm referring to (virtual vs real world .) and instead covers even more by not mentioning either of them which is again something I was worried was wrong at first but now once again I realize is brilliant.

I promise you I'm not as crazy as I may come across when rattling of a random email but I promise you I am a good person and if you met me in person I have no doubt you would realize that you

really are making an error in your decision. I have been called 'eccentric' 'odd' , etc. I'll give you that. I'm aware.

This however is in no way deserving of the decision you've made.

I don't make stuff up.

I am a very straightforward person who has overcome many obstacles in my life.

That is the reason I am trusted to do a show for the king of Saudi Arabia....or to design bad bunny's mainstage iconic logo design for Coachella in 2019, and a huge laundry list of other impressive accomplishments which would include many local ones such as my 3d scan of Wyman building downtown-

https://mattguertin.com/portfolio/wyman/

Or my only other 'invention ' which we determined was not patentable when we made the first one back in late 2007 but we took it to market and it is still operating off of 24th and Hennepin today across from Kowalskis in uptown.

https://mattguertin.com/portfolio/styleflip/

I work many years and dedicate a huge portion of my life to be able to have the knowledge necessary to arrive at this current point in time and I was really counting on your help right now.

I'm sorry for whatever it is that upset you so much.

That was not at all my intention in any way whatsoever.

If I don't get any reply or opportunity to change your mind by tomorrow I will not bother you anymore and try to figure out where I can get the help I need right now. I do not know what it means when I have a lawfirm I hired petition to get rid of me. I don't know if that will cause problems for finding and retaining a new firm.

This is unbelievable.

Sent from ProtonMail mobile

## Re: Need an in person meeting at WCK asap

| | |
|---|---|
| From | psawicki@wck.com <psawicki@wck.com> |
| To | matt<Matt@infiniset.com> |
| CC | dbrush@wck.com, jchamplin@wck.com, lfarrell@wck.com, hfinucane@wck.com, vgoswitz@wck.com, thaney@wck.com, pims@wck.com, bkaul@wck.com, skoehler@wck.com, jveldhuis-kroeze@wck.com, mlauer@wck.com, tmagee@wck.com, dpolglaze@wck.com, Amanda Prose<aprose@wck.com>, arego@wck.com, jyoung@wck.com, azuege@wck.com |
| Date | Friday, August 10th, 2023 at 8:36 PM |

If I did not make it clear before, let me be perfectly clear now. The relationship between you and Westman, Champlin & Koehler is at an end. We will not answer any further emails.

Best Regards,

Z. Peter Sawicki

Westman, Champlin and Koehler, P.A.
Suite 1100
121 South Eighth Street
Minneapolis, MN 55402



 Matt OneUp <Xxxxxxxx@gmail.com>

---

Overview and Collaboration Inquiry for Our Upcoming Club Project
1 message

---

Xxxxxxxxx@gmail.com <Xxxxxxxxxxxx@gmail.com>          Thu, Aug 10, 2023 at 10:20 PM
To: Matt OneUp <Xxxxxxxxx@gmail.com>

Matt,


I'm pleased to hear that Max is interested to look at our project. To ensure both of you are aligned with our perspective, here's a brief overview:


Over the past 20 years, our club designs have typically had a life cycle of 4 years. However, due to the impact of COVID, this life cycle has been extended, putting us behind our regular schedule. Our approach has always been to avoid heavy investment in designs meant to last only this short span. This strategy has proven effective for us.


Interestingly, construction costs in Vietnam are relatively low, which permits us to allocate a significant portion of our budget towards equipment. For context, our last two projects had an all-inclusive cost of about 200,000 USD. We aim for a similar investment scale for our upcoming project.


Our objective is to incorporate innovative, industry-leading designs while also repurposing existing elements. Given Max's expertise and your recommendation, we're eager to collaborate. Would it be possible to arrange a conference call to kick-start our discussions?


Regarding Max's experience: could you provide us with his portfolio showcasing his past projects?


A side note: You currently have the 3D mapping of our facility. Please note there have been alterations in the front as a temporary measure to refresh the club.


Looking forward to discussing a possible collaboration.


Cheers!


Xxxxxxxxx

                                    Matt OneUp <Xxxxxxxx@gmail.com>

---

Fwd:

---

Xxxxxxxx Xxxxxxx <Xxxxxxxx@gmail.com>                Fri, Aug 11, 2023 at 11:39 AM
To: Matt OneUp <Xxxxxxxx@gmail.com>

Get Outlook for Android

---

From: Xxxxxxx Xxxxxxx <Xxxxxxxxx@gmail.com>
Sent: Friday, August 11, 2023 8:52:47 p.m.
To: Xxxxxxx Xxxxxxx <Xxxxxxxxxx@gmail.com>
Subject:

If someone in the United States has a patent and then it is discovered that
someone else created something similar years before the patent, it is possible that
the earlier creation could be considered prior art. Prior art is any information that
has been made available to the public in any form before a given date that might
be relevant to a patent's claims of originality. If an invention has been described in
prior art, a patent on that invention is not valid[1] .

In the United States, prior art is defined by Title 35, United States Code, Section
102. This section sets out the conditions for patentability and states that a person
shall be entitled to a patent unless the invention was already known or used by
others in the United States, or patented or described in a printed publication
anywhere in the world before the invention by the applicant for a patent[2] .

If it can be shown that the earlier creation meets the criteria for prior art, it could
potentially invalidate the patent. However, this can be a complex legal issue and
would likely require the assistance of a patent attorney to determine if the earlier
creation qualifies as prior art and if it would affect the validity of the patent. It's
important to note that not all earlier creations will qualify as prior art, and there are
specific requirements that must be met for something to be considered prior
art. For example, prior art must have been publicly available before the effective
filing date of the patent application[1] .

## Matt, you appeared in 18 searches this week

From  LinkedIn <notifications-noreply@linkedin.com>

To      mattguertin<MattGuertin@Protonmail.com>

Date   Friday, August 11th, 2023 at 12:53 PM

# You appeared in 18 searches this week

    

You were found by people from these companies

See all searches

## Never miss an update with the LinkedIn app

 

This email was intended for Matt Guertin (Creative Technologist)

Learn why we included this.

You are receiving LinkedIn notification emails.

Unsubscribe · Help

LinkedIn

© 2023 LinkedIn Corporation, 1000 West Maude Avenue, Sunnyvale, CA 94085.
LinkedIn and the LinkedIn logo are registered trademarks of LinkedIn.

# Update

| From | Amanda Prose <aprose@wck.com> |
|------|-------------------------------|
| To | mattguertin<MattGuertin@protonmail.com>, Megan Neumann<mneumann@wck.com> |
| Date | Wednesday, May 24th, 2023 at 2:47 PM |

Hi Matt,

I received the materials you dropped off today, thanks.

Thank you also for remitting payment! We will apply the payment to any outstanding balance and reserve the rest for the forensic analysis of the hard drive.

I also want to confirm for the Infinitset Logo that you want to proceed with the Madrid Protocol Application designating these countries to start (your V3):

Canada
China
Germany
EU
UK
Japan
South Korea
Vietnam

As for the tag lines you emailed earlier, are you interested in registering the trademark in the US? I will do a quick search and see if we can expect any issues with respect to the IMMERSIVE REDEFINED or IMMERSIVE MEDIA REDEFINED.


Best regards,

Amanda

## Re: Update

| | |
|---|---|
| From | mattguertin <MattGuertin@protonmail.com> |
| To | Amanda Prose<aprose@wck.com> |
| CC | Megan Neumann<mneumann@wck.com> |
| Date | Saturday, May 27th, 2023 at 5:42 AM |

Amanda,

If the forensic analysis services were to hypothetically not work out or be ideal for some reason (meaning that I would no longer be incurring any financial obligations related to such...) then I would like to move forward as originally planned with the trademark filings I selected in my v3 version of the Madrid pdf I sent.

Apparently there are "powerful people keeping an eye on me" but that is literally all that I was told and so I have no idea if I should be more or less worried as a result of this revelation.

I'm of the opinion that pretty soon I'm either going to be very dead or very rich. I'm leaning more towards the latter but if I'm going to be completely honest then I must admit that there definitely exists an inherent bias on my part.


I hope you are doing well.


Thanks,

~Matt

## Re: Update

| | |
|---|---|
| From | mattguertin <MattGuertin@protonmail.com> |
| To | Amanda Prose<aprose@wck.com> |
| CC | Megan Neumann<mneumann@wck.com> |
| Date | Wednesday, May 30th, 2023 at 8:27 PM |

Amanda,

I'd recommend that when you have the time available you go talk to my criminal defense attorney IN PERSON asap.

I have no idea what exactly is going on but it's not good if he's afraid to talk on the phone to me about it. He is the one that told me there are "very powerful people keeping an eye on me"

Keep in mind that he's a well known attorney who works in the federal court system. You'd think he knows plenty of "powerful people"

I'm afraid I'm going to be disappeared or killed.

It also doesn't make any sense that there wouldn't be any money leftover from that check I gave you unless there's a complete misunderstanding on my part or something is messed up on your end. I knew there were a few outstanding balances but nothing nearing the whole check.

Nothing makes sense right now....

~Matt


Sent from ProtonMail mobile

## Re: Update

| | |
|---|---|
| From | mattguertin <MattGuertin@protonmail.com> |
| To | Amanda Prose<aprose@wck.com> |
| CC | Megan Neumann<mneumann@wck.com> |
| Date | Wednesday, May 31st, 2023 at 7:34 AM |

Amanda,

The money I gave you was specifically for filling of my trademark via the Madrid protocol and I was of the belief that there would be enough leftover to conduct the forensic analysis.

I think it's clear from our email correspondence that this was what I at least believed to be the case.

So I'm not saying that you are or aren't correct in whatever outstanding balance was paid via the check I gave you. Rather all I am saying is that I had to do a lot to get that money and to not have it go towards anything I thought it was going towards is what you'd call a shock.

It seems to be in line though with everything else currently going on though in that I'm not really sure about anything anymore. All I know is that I'm currently scared to leave my house because I'm being surveilled and monitored by "powerful people" who I'm guessing do not have my best interests in mind so at this point I'm not sure whether they are interfering with my communication, whether or not my emails and web traffic are being filtered by an AI system, etc, etc.

It's obvious just based on all of the stuff I uncovered in their downright stupid attempt at stealing my patent that "they" posses technology much beyond that which the general public is aware of and so at this point pretty much anything is possible as far as I'm concerned.

The world is screwed though if these "powerful people" are allowed to win. This is the one thing I am 100% sure of.

~Matt


Sent from ProtonMail mobile

## Re: Update

---

| | |
|---|---|
| From | Amanda Prose <aprose@wck.com> |
| To | mattguertin<MattGuertin@protonmail.com> |
| CC | Megan Neumann<mneumann@wck.com> |
| Date | Wednesday, May 31st, 2023 at 8:47 AM |

---

Hi Matt,

I apologize for any confusion. Our firm generally requires that past balances be addressed, especially those that are more than 30 days past due. I believe this is addressed in the engagement letter we had you sign before we started working with you. I can discuss the Madrid Protocol application with accounting and see if we can get that filed for you without the complete upfront payment.

As for the forensic analysis, I will get back to you on that.

As for searching the INFINISET mark on Google, I have not done that recently. I did a quick search and note that most of my search results are either trademark sites referring to your trademark application or otherwise for that Google LaMDA 2 dataset that is called 'Infiniset'? I do not know how long Google has been using the name Infiniset for that data. However, weird this situation is with this mark, strictly speaking under the US trademark laws, I do not think there is a likelihood of confusion between the dataset and your Infiniset system. It's not uncommon for different goods and services to be used in connection with the same or similar trademarks. Think of Delta faucets and Delta airlines - they are unrelated to one another. I assume this is the use of INFINISET you were referring to? I also suspect that the name for the dataset may have been selected to refer to the "infinite" "set" of data points?


Best regards,

Amanda

## Re: Update

| | |
|---|---|
| From | Amanda Prose <aprose@wck.com> |
| To | mattguertin<MattGuertin@protonmail.com> |
| CC | Megan Neumann<mneumann@wck.com> |
| Date | Thursday, June 1st, 2023 at 3:02 PM |

Hi Matt,

I spoke with Mark Lanterman at Computer Forensics today. He mentioned they frequently work with clients through their attorneys in order to preserve any work product privilege that could arise. He is sending over Computer Forensics' standard engagement letter. He indicated that their standard operating procedure is to work with you, through us as the client, but that the requester (you) is the party responsible for the invoice and all billing will be directed to you. I am going to review their engagement letter and I will have to pass by our firm's Board for review since the engagement letter retains our firm as a client.

After that, if our firm approves working with Computer Forensics, we would then schedule a call between you and Mr. Lanterman (I would listen in for purposes of privilege), to discuss what you need him to do with the harddrive and provide him background. He did not recall your previous conversation, so he would need a refresher.

Best regards,

Amanda



## Re: Update

| | |
|---|---|
| From | mattguertin <MattGuertin@protonmail.com> |
| To | Amanda Prose<aprose@wck.com> |
| CC | Megan Neumann<mneumann@wck.com> |
| Date | Friday, June 9th, 2023 at 7:28 AM |

Amanda,

Thanks for pulling whatever strings needed to be pulled to make this stuff happen.

The video is all ready to be filmed. I've completed a professional system framework that will work in any studio setting for the prototype. It runs at a constant 60fps as I spent a ton of time to ensure that I have what amounts to a 'Swiss Army Knife' in terms of software as im able to record all video and data in real time and then convert to keyframes to be able to edit in an animation timeline. All video in and out of the custom touchdesigner system I've programmed is ran over Spout which is zero latency and it allows playback and recording of all video sources which is all precisely frame syncd...meaning that if I set the timeline to 7200 frames (2 minutes @ 60fps) I'm left with video and data files that are exactly 7200 frames.

This initial prototype system is capable of being used and implemented in any professional studio workflow due to the fact that I was able to program in a way that maintains the constant 60fps framerate meaning it's capable of recording camera tracking data as part of the package.

This whole touchdesigner system is tightly integrated with Unreal Engine 5.1.1 in that the transformation matrices for character, plane cam, and scene cam (the three elements we've determined constitute a standard scene) can be applied in real time, played back, edited, etc.

The easiest way of understanding the advantages of what I've programmed is to say that even though the initial demo is using a static real world camera it already has the ability to complete virtual camera pull in's/outs.

Plane cam = the static camera real world position

Scene cam = the static camera distance of the plane cam × 'distance multiplier' which defaults at one and then scales the distance anywhere beyond the static 'plane cam distance' which always keeps as much of the person in the frame as possible as it is this full quality rendering that ultimately displays the 2d 'Virtual slice' of the character (person) as it currently stands anyways for the purposes of filming an initial demo in my mom's living room ;-)

After this the next step right away is to reverse the recorded data so that it can be ran back into the system from the opposite direction while still being able to produce accurate acceleration and speed data either by calculating it in Touchdesigner or (as we have yet to determine..) the data Unreal Engine generates may already be suitable as is. Either way there will be a very quick move to fully implement the opposite direction as well as camera tracking so that it can be deployed to professional studios asap after I've determined I've achieved an 'adequate' initial demo release - one which will have to balance my ocd tendencies when it comes to quality and presentation vs. the clock that is silently ticking away in the background - the one which keeps me motivated just as much as all of the other bullshit I've had the pleasure of dealing with so far as I've arrived at the at the current position I'm now in.... which I'd consider to be really good - while at the same time containing much uncertainty about where all of this will end up.

Ultimately I'm very well aware that the only 'correct' path is that which continues forward in front of me.

I've also been keeping in contact with various people including Ian Bearce, who is the new 'Head of Studio' @ Best Buy corporate and he pointed me to this local led volume that is just launching which gives me a good excuse to save on shipping costs, etc initially as I'll be able to complete some professional, Studio quality demos locally.

https://www.dnstudios.tv/

I'm of the opinion that if people want to see it badly enough or discuss opportunities they will have no problem flying to me instead. I'm the one with the prototype, patent, and company after all right?

As far as the forensic investigation is concerned I'd be interested to know if you have any updates on that front?

I'd also be willing to just go meet with him in person if that were to work out...or perhaps an initial call and then I could go meet with him in person? I'm not exactly sure what the whole attorney client privilege thing all means or what the requirements are to make it contractually binding/ valid.

After all that's been going on regarding the Netflix discovery as well as Microsoft, PhotoScamBot, etc. I'm not sure if you have any advice on what exactly the 'right' move is in regards to moving forward while also making sure that I'm being smart in terms of making sure I'm protecting myself

as well as the intellectual property of InfiniSet. I have all of the data I've collected, and then there's the AI videos I've analyzed since then (which I'd assume have all been fixed by now) but the only reason I even bring it up is to make you aware that besides the little bit I've done I'm staying as far away from that rabbit hole as possible. I already collected and distributed all of the stuff the really matters anyways (that being the fact that I was lucky enough to capture the initial fraud unfolding in real- time) and at this point I'd have to imagine they've continued forward with the initial plan as far as their fraud is concerned and I'm of the opinion that although I may present a very big problem it's not one that's so big as to stop whatever wheels were almost certainly put into motion very quickly at the same time the fraud was conceived (these hypothetical 'wheels' referring to large amounts of investment into producing their own prototypes, research, etc. At this point I'd be more than happy to just outright sell all of it / cash out and be done with all of this and call it a day - which could very well be the intended plan of multiple large corporations right now - which would almost certainly include Microsoft and Netflix among possible others. Although this is complete speculation I'm of the opinion it's not unwarranted due to the revelation that I have "powerful people keeping an eye on me"

It was never my plan or intention to suddenly be dropped into all of this chaos and I'd have to imagine that it would be a much more 'sure thing' to just offer me a large amount of money - which perhaps may or may not involve signing an nda or some sort of carefully crafted documents which would prevent me from ever mentioning or pursuing any further legal action/litigation as far as all of the fraud I uncovered is concerned. There's so many interesting parts to the story - one of which is the fact that the IP attorney with Fenwick - Robert Hulse, has represented/represents both Netflix and Microsoft as clients which must be presenting some very uncomfortable conversations and decisions behind the scenes - this of course assumes that everything is actually as it appears in regards to my initial email communication with Assaff Rawner that kicked all of this off.

Well anyways that's all I got for now as far as my random update (sometimes I get in a good flow and so I just roll with it... this would be one of those occurrences.)

Supposedly I'm finally going to appear in court next Wednesday for my 'competency hearing' Apparently it was initially scheduled to be held over Zoom which I instanrly objected to - so as of right now I'm if the belief it is going to happen in person like I personally requested to Bruce.

I look forward to your reply regarding the few things that require or warrant a follow up.

Thanks again....for everything. :-)


~Matt Guertin

## Re: Update

---

| | |
|---|---|
| From | mattguertin <MattGuertin@protonmail.com> |
| To | Amanda Prose<aprose@wck.com> |
| CC | Megan Neumann<mneumann@wck.com> |
| Date | Friday, June 9th, 2023 at 7:50 AM |

---

So in other words - your firm doesn't have to be concerned with the outstanding balance I currently owe as everything is in a good place as far as 'getting this out there' and moving everything forward and getting all of the international patents filed figured out and filed by the deadline which is quickly approaching...

The other thing I didn't mention is the whole estimated costs of international filings. I just scanned in a mailer I received for services offering to file internationally and I'm wondering if this is a pretty general 'ballpark' / 'guesstimate' of where your firms costs would end up as far as filing in those same countries?

Regardless it's still much less than I was initially lead to believe which is good.

(Pdf attached)

Thanks again,

~Matt


Sent from ProtonMail mobile

## Re: Update

| | |
|---|---|
| From | Amanda Prose <aprose@wck.com> |
| To | mattguertin<MattGuertin@protonmail.com> |
| CC | Megan Neumann<mneumann@wck.com> |
| Date | Friday, June 9th, 2023 at 8:20 AM |

Hi Matt,

You are good to get this out there, and from your other email today (which I have only briefly read, and will respond to in more detail later) it sounds like you are moving forward well!

A normal invoice will follow eventually for your trademark filings, and as far as the international filings go - we can discuss costs/payment as that date gets closer. Taking a look at that mailed you sent, those estimates are close to what would be charged by us and our foreign associates as relates to filing in those respective countries. So that is ballpark, a pretty accurate estimate for filing. There are lots of costs not mentioned in that mailer that occur after filing (e.g., many of those countries include a separate request for examination that occurs a year or so after filing and annuities etc. that also begin to accrue the year after filing in some of these countries). In short, we do of course suggest that if you proceed with a company for filing that you are aware of the risks in doing so as many of these companies have "unique" fees for "services" that are not always needed etc.

Best regards,

Amanda



westman champlin & koehler
INTELLECTUAL PROPERTY ATTORNEYS

## Re: Update

From   mattguertin <MattGuertin@protonmail.com>

To     Amanda Prose<aprose@wck.com>

CC     Megan Neumann<mneumann@wck.com>

Date   Friday, June 9th, 2023 at 8:38 AM

Amanda,

Thanks.

I wasn't sending that mailer because I planned on trying to get you to match their price, etc. I assumed that there is all sorts of fine print, etc, etc and wouldn't have any reason to not have you and your firm handle everything. I literally am just curious about approximate price due to the fact that I've always been under the impression that it cost a lot more.

So whether or not it ends up costing an additional 10k+ to actually complete the filings in those countries for example isn't of any concern vs. making sure it's all done correctly.

Trust me when I say that at this point the last thing I'd consider a 'good idea' after the adventure I've been on would be to trust the services of a random mailer advertising international patent filing services for a discount rate.

~Matt

Sent from ProtonMail mobile

Filed in District Court
State of Minnesota
1/11/2024 2:05 PM

**MINNESOTA JUDICIAL BRANCH**

FOURTH JUDICIAL DISTRICT • HENNEPIN COUNTY

## PSYCHOLOGICAL SERVICES
**300 S. 6ᵗʰ Street, Suite C-509, Minneapolis MN 55487-0351 • (612) 348-3723 • FAX (612) 348-3452**

### CONFIDENTIAL
### FORENSIC EVALUATION REPORT (RULE 20.01)

January 11, 2024

The Honorable Presiding Judge
Fourth Judicial District
Hennepin County District Court

| | |
|---|---|
| Name: | Guertin, Matthew David |
| DOB: | 07/17/1981 |
| Court File Number: | 27-CR-23-1886 |

**IDENTIFICATION AND REFERRAL SOURCE:**
Matthew David Guertin is a 42-year-old man who is presently charged with Dangerous Weapons-Reckless Discharge of Firearm Within a Municipality and three counts of Firearm-Serial Number-Receive/Possess With No Serial Number for acts that allegedly occurred in Minnetonka, Hennepin County, Minnesota, on January 21, 2023. The Honorable Julia Dayton Klein ordered an examination of the defendant's competency to proceed pursuant to *Rule 20.01* of the *Minnesota Rules of Criminal Procedure* on November 15, 2023.

**PURPOSE AND NON-CONFIDENTIALITY:**
I explained the nature and purpose of the evaluation to Mr. Guertin prior to beginning the interview, and informed him of my roles and responsibilities as a licensed psychologist and court-appointed evaluator. I notified him that information obtained during the evaluation was non-confidential in nature and could be included in the forensic report that would be submitted to the referring Court and subsequently distributed to the prosecuting attorney and defense counsel, and I could not compel his participation in the evaluation. I also informed the defendant that this report and obtained collateral information would be accessible to those with legal authority. I explained that this information could not be used as evidence against him in the guilt phase of a trial relative to the current charges. Mr. Guertin reported understanding these conditions and agreed to participate in the evaluation.

**INFORMATION SOURCES:**
I interviewed Mr. Guertin (who was located at his residence in Plymouth, Minnesota) via court-approved videoconferencing technology for approximately two hours on January 03, 2024. In addition to information gathered during the interview, the following sources of information were reviewed and considered in the preparation of this report:

Collateral Information: [1]
1. Approximately 8-minute telephone consultation with Bruce Rivers, Esq. (attorney for the defendant), on January 08, 2024;
2. Email correspondence received from the defendant on January 03, 2024;

Medical/Mental Health/Chemical Dependency Records:[2]
3. Vail Place, dated August 10, 2023, to December 29, 2023;

---

[1] My attempt to reach Becky Schmidt (case manager at Vail Place) for consultation was unsuccessful.
[2] Records requested from Schuster Medical Research Institute were not received as of the writing of this report.

Filed in District Court
State of Minnesota
1/11/2024 2:05 PM

Guertin, Matthew
David 27-CR-23-1886

Legal Data:
4. Order to Fourth Judicial District Court Psychological Services, issued by Judge Dayton Klein on November 15, 2023;
5. Records pursuant to court file number 27-MH-PR-23-815;
6. Forensic Evaluation Report pursuant to court file number 27-CR-23-1886, authored by Jill E. Rogstad, PhD, LP, ABPP, dated March JO, 2023;
7. Hennepin County Complaint and Order of Detention for Dangerous Weapons-Reckless Discharge of Firearm Within a Municipality and Firearm-Serial Number-Receive/Possess With No Serial Number (three counts) pursuant to court file number 27-CR-23-1886, issued on January 24, 2023;
8. MNCIS case records; and
9. Prosecution discovery materials.

**RELEVANT BACKGROUND INFORMATION:**
*The defendant's background was outlined in the previous report submitted to the Court and will not be reiterated herein. The following is a summary of the defendant's medical, substance use, and mental health histories with updated information as noted. To the degree this account is based on the defendant's self-report, it is potentially limited by the credibility of the defendant.*

Medical History:
The defendant reported no seizures, surgeries, serious medical complications, or head injuries since the most recent *Rule 20* evaluation in March 2023. No significant medical concerns were noted for Mr. Guertin in the available records.

Substance Use History:
Mr. Guertin reported possibly consuming alcohol since March 2023 but noted no problematic use of this substance since 2018. He noted no use of any other illicit or mood-altering substances since March 2023. Records indicated the defendant has a history of problematic use of several substances, including alcohol, marijuana, methamphetamine, crack cocaine, dimethyltryptamine (DMT), and lysergic acid diethylamide (LSD). He also has a history of taking additional doses of Adderall (psychostimulant) than what was prescribed. It also appears he received substance use treatment as an adolescent.

Mental Health History:
The defendant stated he has been diagnosed with attention-deficit/hyperactivity disorder (ADHD) and generalized anxiety disorder. He noted no symptoms of mental illness or inpatient mental health treatment since March 2023, adding that he has been in the "best, clearest, most focused state of mind in my life." He stated he "grew up in the system" and was prescribed numerous psychiatric medications in the past, and is disappointed he is back "in the system" following the prior *Rule 20* evaluation and civil commitment proceedings. He reported being under a stayed order of commitment and is presently receiving Adderall and Klonopin (antianxiety; prescribed on an as needed basis) from Dr. Schuster (his outpatient psychiatric provider in California). He described these medications as effective but stated he is "very particular" about what he puts in his body and does not like being on medications. He noted no misuse of his medications. He reported no suicidal thinking, self-injurious behavior, or suicide attempts since March 2023.

According to records, Mr. Guertin exhibited attentional issues in childhood and was diagnosed with ADHD. He reported during the previous *Rule 20* evaluation he was also diagnosed with bipolar disorder during his youth, and a history of symptoms consistent with mania (e.g., decreased need for sleep, elevated energy, pressured speech, grandiosity) was noted. Records indicated brief periods of inpatient mental health treatment in the past, including an admission in 2009 prompted by paranoia and threatening to harm himself in the context of alcohol and LSD use.

Guertin, Matthew
David 27-CR-23-1886

Mr. Guertin exhibited significant delusional thinking (i.e., fixed false beliefs that are inconsistent with external reality and are sustained despite evidence to the contrary) during the course of the previous *Rule 20* evaluation. Please refer to Dr. Rogstad's report for a full description of these beliefs although in summary the defendant reported that large corporations discovered his patented invention of a technological device worth $250,000,000 and were trying to harm or kill him and steal the technology. He stated these entities hacked into his computer and other electronic devices, and discovery material for the present legal matter indicated he wrapped his electronic devices in tinfoil, covered windows and walls in his residence with "space blanket material," and wrote on the walls of his residence that he was being framed and targeted for assassination.

The defendant endorsed delusion beliefs and presented with impaired thought processes during the interview with Dr. Rogstad in March 2023. These symptoms compromised his ability to discuss his legal situation and his delusional thinking impacted his perceptions of the evidence relevant to his case. Dr. Rogstad provided a diagnosis of unspecified schizophrenia spectrum and other psychotic disorder, and opined Mr. Guertin's competency related abilities were impaired. He was subsequently found incompetent to proceed by this Court on July 13, 2023. He was then placed under a stayed order of civil commitment as a person who poses a risk of harm due to a mental illness (MI) by the Hennepin County District Court on August 10, 2023.

A 60/90 Day Report dated October 30, 2023, indicated the defendant was compliant with attending outpatient appointments with his psychiatrist and taking his prescribed medications, although the specific medications were not listed. Vail Place records indicated he has continued to demonstrate symptoms of his mental illness, including impaired thought processes and delusional thinking. He has demonstrated rumination about the previous *Rule 20* evaluation and reported that his invention was stolen by corporate entities. He also indicated corporations and government and international entities have searched for his name and invention, and he reported believing that the alleged instant offense occurred because his life was in danger. He has also expressed concern that someone within the Hennepin County District Court altered discovery material related to the present case.

**CURRENT MENTAL STATUS:**
Mr. Guertin was casually dressed and presented with appropriate grooming. His movements appeared controlled and purposeful and his speech was verbose but normal in rate, tone, and volume. No expressive or receptive language deficits were noted. He was alert and cooperative and maintained appropriate eye-contact throughout the interview. No overt impairments in attention, concentration, or memory were noted, and he endorsed having taken a dose of Adderall prior to the interview. He reported no present thoughts, plans, or intent to harm himself, commit suicide, or harm others.

At no time did Mr. Guertin appear to experience hallucinations (i.e., perceptual or sensory experiences that occur in the absence of external stimuli) during the interview. His thought content was positive for delusional beliefs consistent with the previous evaluation. He reported he is being stalked by numerous entities that include government agencies (e.g., CIA, State Department, Army, Air Force, Defense Intelligence Agency, DARPA, Indo-Pacific Command) and corporations (e.g., Lockheed Martin, Fox Corporation, Forcepoint). He stated the stalking stems from an "insanely valuable patent" he has for a "motorized and rotating treadmill to create the illusion of movement," and he became of aware of it when he received unsolicited emails from Linkedin notifying him that companies had conducted searches of his profile. He reported Netflix engaged in fraud by purchasing an invention similar to his that was based on "fake academic papers" and patented 12 days after his invention. He stated he reported this fraud to local and federal law enforcement agencies, which declined to investigate his claims and he is therefore attempting to expose the criminal activity. He reported that his phone calls have been monitored and intercepted, his computer has been hacked, and artificial intelligence (AI) and Bluetooth technology have been used to surveille him. He also stated on numerous occasions that a welder he hired to

Guertin, Matthew
David 27-CR-23-1886

Page 4 of 6

complete work at his apartment was ex-military and a former CIA agent. He reported he has not left his residence since August 2023 due to being stalked by these entities. Mr. Guertin also reported discovery material in the present case has been altered and "outside pressure is being applied to the courts" by federal government agencies. These beliefs are consistent with statements contained in email correspondence he sent me prior to the present interview. For instance, he wrote, "Based on everything that I have now uncovered, the obvious as well as confirmed involvement of outside forces applying pressure to the courts and directly monitoring my case... along with the additional discovery I've made of someone within the Hennepin County Court system itself involved in what I would assume is a 'criminal' act by producing an alternate (fraudulent..) version of discovery materials related to my case which was not only missing 24 images but which also contains very clear signs of image manipulation it is fair to say that I do not trust anyone at all." He also forwarded me a lengthy email containing similar themes that he composed and sent to Minnetonka Police Department officers, a staffer for U.S. Senator Amy Klobuchar, his civil commitment case managers, and an Assistant Hennepin County Attorney from his civil commitment case on December 30, 2023.

The defendant's thought processes were significantly perseverative (i.e., the repetition of an idea beyond a typical amount of time) regarding the themes of his delusional thinking, which he extensively discussed throughout the interview, as well as complaints about Dr. Rogstad's report. His thinking was also tangential (i.e., jumping from topic to topic during the course of discussion) and circumstantial (i.e., including unessential details during discussion). His delusional thinking and impaired thought processes compromised his abilities to effectively communicate with me and rationally engage in the evaluation.

**DIAGNOSTIC FORMULATION:**
In accordance with the criteria in the *Diagnostic and Statistical Manual of Mental Disorders-Fifth Edition-Text Revision (DSM-5-TR),* a diagnosis of unspecified schizophrenia spectrum and other psychotic disorder is presently offered.

According to the available information, the defendant has a history of psychosis characterized by prominent delusional thinking as well as impaired thought processes. He is presently under a stayed order of civil commitment although it is unclear if he is receiving treatment designed to specifically address psychotic symptoms (e.g., antipsychotic medications). He demonstrated these symptoms during the current interview, which compromised his abilities to rationally engage in the evaluation and effectively communicate with me. Although his current presentation is consistent with a diagnosis of delusional disorder, he also has a history of symptoms consistent with mania as well as a history of consuming illicit and mood-altering substances that can result in, or exacerbate, psychotic symptoms. A diagnosis of unspecified schizophrenia spectrum and other psychotic disorder applies when psychotic symptoms are present and additional information is necessary to confirm a specific disorder (e.g., delusional disorder, schizoaffective disorder, substance-induced psychotic disorder).

**INFORMATION AND OPINION REGARDING COMPETENCY TO PROCEED - RULE 20.01:**
**Legal Standard:**
The defendant's competency to proceed was evaluated according to *Rule 20.01, Subd. 2* of the *Minnesota Rules of Criminal Procedure,* which states:

    A defendant is incompetent and must not plead, be tried, or be sentenced if the defendant due to
    mental illness or cognitive impairment lacks ability to:

        (a) Rationally consult with counsel; or
        (b) Understand the proceedings or participate in the defense.

Guertin, Matthew
David 27-CR-23-1886

Page 5 of 6

**Competency Assessment:**

Information related to competency was obtained during the interview with the defendant and from the collateral sources noted above. The evaluation assessed several domains of competency-related functioning, including his understanding of the charges and penalties, factual understanding of legal proceedings (i.e., the degree to which an individual possesses a basic factual understanding of the purpose of the legal system and the adjudicative process), rational understanding of legal proceedings (i.e., an individual's ability to apply factual understanding of the legal process to the specifics of his/her own legal predicament, motivation to further his/her defense, and reasoning ability with regard to legal decision-making), and rational ability to consult with and assist counsel.

Mr. Guertin's ability to rationally engage in the assessment of his court-related knowledge was compromised by his delusional beliefs and impaired thought processes, and questions assessing his understanding of factual legal concepts were not asked. He correctly identified the present charges along with their levels and associated maximum sentences. He then made tangential and circumstantial statements about his case that also included self incriminating information. He identified his attorney as "Bruce Rivers" but also stated he is representing himself in this matter because his defense counsel is a "big YouTube star," which represents a conflict of interest because of the companies that are stalking him. He also stated Mr. Rivers cryptically confirmed to him during a prior consultation that his phone calls were being monitored.

Mr. Guertin's ability to discuss the details of his case and potential defense strategies was also compromised by his delusional thinking and impaired thought processes. He initially stated his charges should be dismissed because he has proof of being stalked. He later indicated he is considering different defense options that would require a trial process, and discussed potential trial strategies that were based on his delusional thinking. He identified evidence he would present on his behalf, such as his computer being hacked, he was stalked and monitored via AI and Bluetooth technology, and the presence of the ex-military and ex-CIA agent welder in his residence. He stated he can prove Netflix committed fraud and that someone in the court system is creating fraudulent copies of his discovery material, and that he wants to proceed to trial because he does not trust the criminal court system. He said a jury would believe his version of events because the evidence he has proving the fraud and stalking "are digitally verified" by the unsolicited emails he received from LinkedIn. He also reported he continues to be monitored by the various government and corporate entities and noted concern these entities will interfere with his court case so that he will be incarcerated.

**Summary and Opinion:**

As noted above, Mr. Guertin is presently diagnosed with unspecified schizophrenia spectrum and other psychotic disorder. Based upon the available information, including his presentation during the present evaluation, it is my opinion the defendant's competency-related abilities remain impaired. He exhibited delusional thinking (including paranoid beliefs about the evidence in this matter case and potential outcomes of his case) and impaired thought processes that compromised his ability to rationally engage in the evaluation process. His symptoms precluded his abilities to rationally consider his case, process and comprehend relevant information, and reasonably consider alternatives, and he was unable to outline potential defense strategies in a rational manner. These impairments are directly related to his psychotic disorder and suggest an inability to rationally assist defense counsel during defense-planning and legal proceedings, make informed and rational legal decisions, provide relevant testimony, and manage the demands of legal proceedings and the trial process. It is also my opinion that Mr. Guertin's competency-related abilities are impaired to a degree that accommodations cannot be reasonably and effectively implemented by the Court or his attorney at this time.

Therefore, in light of the totality of the data, **it is my opinion that due to mental illness Mr. Guertin lacks the ability to rationally consult with counsel, understand the proceedings, or participate in his defense.**

Guertin, Matthew
David 27-CR-23-1886

Page 6 of 6

**PROGNOSIS REGARDING COMPETENCY:**

Although psychotic disorders are typically chronic and relapsing conditions that require long-term treatment, such disorders often respond positively to psychiatric medications. Mr. Guertin has no known history of treatment for a psychotic disorder and he reported presently receiving psychostimulant and antianxiety medications. Records requested from his psychiatric provider were not received as of the writing of this report in order to corroborate his current treatment regimen. His competency-related abilities remain impaired due to symptoms of his mental illness, which suggests any treatment he is receiving is not effectively stabilizing his mental status. The prognosis for his psychotic symptoms remitting on their own is poor and adjustments to his treatment regimen to better target his symptomatology along with consistent compliance with such treatment will be necessary for him to achieve psychiatric stability and restore his competency-related abilities. The prognosis he will attain the requisite legal capacities in the foreseeable future (i.e., within six months) with the aid of appropriate treatment is presently positive although continued monitoring of his response to treatment will inform this prognosis over time.

**IMMINENT RISK/NEED FOR EMERGENCY INTERVENTION:**

Mr. Guertin has a history of threatening to harm himself, which elevates his long-term risk of similar behavior. No recent indication of self-harm was noted and he reported no specific thoughts, plans, or intent to harm himself or commit suicide during the current interview. No history of assaultive behavior was noted although the present allegations include accusations of behavior that could have resulted in harm to others, which if proven to be true would elevate his long-term risk of harming others. No more recent indication of harmful behavior was noted and he reported no specific thoughts, plans, or intent to harm others during the present interview. It is my opinion the defendant does not appear to present an imminent risk of serious danger to another person, does not appear to be imminently suicidal, and does not require emergency intervention at this time.

**ADDITIONAL CONSIDERATIONS:**

Records indicated Mr. Guertin remains under a stayed order of civil commitment as MI until February 10, 2024, and additional considerations regarding his suitability for commitment are not offered at present. It is my opinion he requires psychiatric treatment in order to stabilize his mental status although it is not apparent from the available information he is in need of immediate hospitalization.

My evaluation of Mr. Guertin's competency to proceed is complete with the submission of this report. Please do not hesitate to contact me if you have any questions pertaining to this report or if you require my presence during upcoming court proceedings.

Respectfully submitted,

*[signature]* , PhD, LP, ABPP

Adam A. Milz, PhD, LP, ABPP
Supervising Forensic Psychologist
Fourth Judicial District Psychological Services

Board Certified in Forensic Psychology
American Board of Professional Psychology

# Symptoms of Psychotic Disorders and Schizophrenia

Understanding the severity of symptoms that warrant the use of powerful antipsychotic medications is crucial for both clinicians and patients. Antipsychotic drugs are typically prescribed when the benefits of symptom control outweigh the potential risks of adverse effects, such as brain damage.

Individuals diagnosed with psychotic disorders, including schizophrenia, can experience a range of severe symptoms that significantly impair their daily functioning. These symptoms can be categorized into positive, negative, and cognitive symptoms:

**1. Positive Symptoms:**

- **Hallucinations:** Perceiving things that are not present, such as hearing voices or seeing things that others do not see.
- **Delusions:** Strongly held false beliefs that are not based in reality, such as believing one has special powers or is being persecuted.
- **Disorganized Thinking:** Incoherent speech and thought processes, making it difficult to communicate effectively.

**2. Negative Symptoms:**

- **Affective Flattening:** Reduced expression of emotions through facial expression, voice tone, or gestures.
- **Anhedonia:** Inability to experience pleasure from activities usually found enjoyable.
- **Avolition:** Lack of motivation to initiate and sustain purposeful activities, leading to neglect of daily activities such as personal hygiene.

**3. Cognitive Symptoms:**

- **Poor Executive Function:** Difficulty with planning, organizing, and completing tasks.
- **Attention Deficits:** Trouble focusing or paying attention.
- **Memory Issues:** Problems with short-term memory, affecting the ability to learn new information.

**Daily Functioning Without Treatment**

A hypothetical patient with untreated psychotic disorder or schizophrenia would likely face profound challenges in their daily life:

**1. Personal Life:**
- **Basic Self-Care:** Neglect of personal hygiene, poor grooming, and lack of proper nutrition due to avolition.
- **Social Isolation:** Withdrawal from family, friends, and social activities due to paranoid delusions or social anxiety.
- **Safety Risks:** Potential for harm to self or others due to hallucinations or delusions, such as acting on a false belief that someone is trying to harm them.

**2. Professional Life:**
- **Job Performance:** Severe difficulties in maintaining a job, particularly one that requires organizational skills and complex task management. Disorganized thinking and cognitive impairments would lead to frequent errors and inability to complete tasks.
- **Interpersonal Relationships:** Struggles in interacting with colleagues or supervisors due to paranoia or social withdrawal, leading to misunderstandings and conflicts.
- **Consistency:** Inconsistent attendance and performance due to fluctuating symptoms, making it hard to sustain employment.

**When Antipsychotic Drugs are Necessary**

Antipsychotic medications are typically prescribed when these severe symptoms cannot be managed through less invasive means and significantly impair the individual's ability to function. Key indicators for the necessity of antipsychotic drugs include:
- **Persistent Psychosis:** Continuous or recurrent hallucinations and delusions that do not respond to other treatments, such as psychotherapy.
- **Severe Functional Impairment:** Inability to perform basic self-care or maintain employment due to the severity of symptoms.

- **Risk of Harm:** Potential danger to self or others, such as suicidal ideation or aggressive behavior stemming from delusions or hallucinations.

## Conclusion

While antipsychotic medications carry significant risks, they are often essential for individuals experiencing severe symptoms of psychotic disorders and schizophrenia. These drugs can help manage symptoms, improve quality of life, and enhance the ability to function in daily activities and professional settings. The decision to use these medications involves careful consideration of the potential benefits and risks, with a focus on improving the patient's overall well-being and safety.

For further reading on the impact of untreated schizophrenia and the role of antipsychotic medications, consider exploring resources from the National Institute of Mental Health (NIMH), the American Psychiatric Association (APA), and peer-reviewed journals such as *Psychological Medicine* and *The BMJ*.

Research

**JAMA Psychiatry** | Original Investigation

# Effects of Antipsychotic Medication on Brain Structure in Patients With Major Depressive Disorder and Psychotic Features
## Neuroimaging Findings in the Context of a Randomized Placebo-Controlled Clinical Trial

Aristotle N. Voineskos, MD, PhD; Benoit H. Mulsant, MD, MS; Erin W. Dickie, PhD; Nicholas H. Neufeld, MD, MSc; Anthony J. Rothschild, MD; Ellen M. Whyte, MD; Barnett S. Meyers, MD; George S. Alexopoulos, MD; Matthew J. Hoptman, PhD; Jason P. Lerch, PhD; Alastair J. Flint, MD

➕ Supplemental content

**IMPORTANCE** Prescriptions for antipsychotic medications continue to increase across many brain disorders, including off-label use in children and elderly individuals. Concerning animal and uncontrolled human data suggest antipsychotics are associated with change in brain structure, but to our knowledge, there are no controlled human studies that have yet addressed this question.

**OBJECTIVE** To assess the effects of antipsychotics on brain structure in humans.

**DESIGN, SETTING, AND PARTICIPANTS** Prespecified secondary analysis of a double-blind, randomized, placebo-controlled trial over a 36-week period at 5 academic centers. All participants, aged 18 to 85 years, were recruited from the multicenter Study of the Pharmacotherapy of Psychotic Depression II (STOP-PD II). All participants had major depressive disorder with psychotic features (psychotic depression) and were prescribed olanzapine and sertraline for a period of 12 to 20 weeks, which included 8 weeks of remission of psychosis and remission/near remission of depression. Participants were then randomized to continue receiving this regimen or to be switched to placebo and sertraline for a subsequent 36-week period. Data were analyzed between October 2018 and February 2019.

**INTERVENTIONS** Those who consented to the imaging study completed a magnetic resonance imaging (MRI) scan at the time of randomization and a second MRI scan at the end of the 36-week period or at time of relapse.

**MAIN OUTCOMES AND MEASURES** The primary outcome measure was cortical thickness in gray matter and the secondary outcome measure was microstructural integrity of white matter.

**RESULTS** Eighty-eight participants (age range, 18-85 years) completed a baseline scan; 75 completed a follow-up scan, of which 72 (32 men and 40 women) were useable for final analyses. There was a significant treatment-group by time interaction in cortical thickness (left, $t = 3.3$; $P = .001$; right, $t = 3.6$; $P < .001$) but not surface area. No significant interaction was found for fractional anisotropy, but one for mean diffusivity of the white matter skeleton was present ($t = -2.6$, $P = .01$). When the analysis was restricted to those who sustained remission, exposure to olanzapine compared with placebo was associated with significant decreases in cortical thickness in the left hemisphere (β [SE], 0.04 [0.009]; $t_{34.4} = 4.7$; $P < .001$), and the right hemisphere (β [SE], 0.03 [0.009]; $t_{35.1} = 3.6$; $P < .001$). Post hoc analyses showed that those who relapsed receiving placebo experienced decreases in cortical thickness compared with those who sustained remission.

**CONCLUSIONS AND RELEVANCE** In this secondary analysis of a randomized clinical trial, antipsychotic medication was shown to change brain structure. This information is important for prescribing in psychiatric conditions where alternatives are present. However, adverse effects of relapse on brain structure support antipsychotic treatment during active illness.

**TRIAL REGISTRATION** ClinicalTrials.gov Identifier: NCT01427608

*JAMA Psychiatry.* doi:10.1001/jamapsychiatry.2020.0036
Published online February 26, 2020.

**Author Affiliations:** Author affiliations are listed at the end of this article.

**Corresponding Author:** Aristotle N. Voineskos, MD, PhD, Centre for Addiction and Mental Health, 250 College St, 7th Floor, Toronto, ON M5T 1R8, Canada (aristotle.voineskos @camh.ca).

© 2020 American Medical Association. All rights reserved.

E1

Downloaded From: https://jamanetwork.com/ by a La Trobe University User on 02/26/2020

Exhibit S | Index 12 | p. 1

In their first few decades of use, antipsychotic medications were primarily administered to individuals with schizophrenia. With the introduction of atypical antipsychotics in the 1990s, evidence of efficacy led to the US Food and Drug Administration approval for use in mood disorders, including major depression, an illness with a lifetime prevalence of 10% to 15%.[1] Antipsychotics are also increasingly prescribed off label across the lifespan in a range of pediatric, adult, and geriatric disorders. For example, among all drug classes, antipsychotic medications are the ones most commonly prescribed in children with autism,[2] with nearly 20% receiving antipsychotic medication and rising.[3] Antipsychotics are also associated with sudden death,[4] with risk of unexpected death substantially higher in both children[5] and elderly individuals.[6]

With their increasing use, a better understanding of the risks and benefits of antipsychotics is important for prescribers, patients, and families. Focus has been on weighing the risk of metabolic adverse effects with the benefit of effectiveness in symptom management. Despite their risk, antipsychotics remain the foundation of treatment for schizophrenia, in part because it is believed that antipsychotics protect against the harmful effects of untreated psychosis on the brain.[7] However, data suggest that both older and newer antipsychotic medications may be associated with changes in gray matter[8,9] and white matter structure.[8,10] These uncontrolled human data are consistent with animal imaging data. In nonhuman primates, pathological postmortem cellular changes may explain cortical volume reductions from in vivo imaging data owing to antipsychotic medication.[11-14] These newer data conflict with earlier work demonstrating potential protective effects, particularly of atypical antipsychotics, such as olanzapine.[15]

Uncontrolled human studies are confounded by the fact that patients with the greatest symptom burden often require the highest antipsychotic doses, experience the greatest brain volume changes, and are more likely to misuse substances that can affect brain structure.[16,17] A placebo-controlled trial can more definitively answer the question of the effects of antipsychotic medications on brain structure. To our knowledge, no such study has yet been published.

We conducted a neuroimaging study in the context of a multicenter double-blind randomized placebo-controlled clinical trial (NCT01427608) in patients with psychotic depression, comparing olanzapine plus sertraline with placebo plus sertraline. All patients who entered the neuroimaging study had remission of psychosis and remission or near-remission of depression and were first scanned at the time of randomization, and again 36 weeks following randomization, or at the time of relapse or discontinuation for other reasons (0-36 weeks following randomization).

The primary objective of the imaging study was to compare the effects of olanzapine vs placebo on gray matter structure (cortical and subcortical). We hypothesized that patients in the olanzapine group would demonstrate cortical thinning throughout all lobes but would demonstrate little or no change in surface area or subcortical volume, with the exception of striatal volume increase (given prior work showing effects of antipsychotics on striatal volume[18]). The secondary objective of the study was to compare the effects of olanzapine vs placebo on white matter microstructure. We hypothesized that patients in the olanzapine group would experience decrease in fractional anisotropy and increase in mean diffusivity of white matter compared with those in the placebo group. Our exploratory objective was to assess effects of active illness (ie, relapse) on brain structure.

## Methods

### Design

The study was conducted at 5 academic centers: the University of Massachusetts Medical School; the University of Pittsburgh Medical Center, Pittsburgh, Pennsylvania; the University of Toronto (the Centre for Addiction and Mental Health and the University Health Network), Toronto, Ontario, Canada; and the Weill Medical College of Cornell University, New York, New York (scanning occurred at the Nathan Kline Institute for Psychiatric Research). The study was approved by the institutional review board/research ethics board at each site. Following written consent to the clinical trial protocol (Study of the Pharmacotherapy of Psychotic Depression II [STOP-PD II]),[19] participants were offered participation in the neuroimaging study. The STOP-PD II was divided into 3 consecutive phases: first, up to 12 weeks of short-term open-label treatment with with sertraline (target dose: 150-200 mg/d) and olanzapine (target dose: 15-20 mg/d) to attain remission; second, an 8-week stabilization phase to ensure that remission is sustained; and third, a 36 week randomized clinical trial (RCT) comparing the efficacy of sertraline plus olanzapine and sertraline plus placebo in preventing relapse of psychotic depression.[20] The RCT showed that people with remitted psychotic depression receiving sertraline olanzapine were less likely to relapse than those receiving sertraline plus placebo. Magnetic resonance imaging (MRI) scanning occurred at the time of randomization, and again either at the end of the 36-week RCT or at the time of relapse (or discontinuation). Study investigators and staff of the neuroimaging study were blind to the randomization throughout. The formal trial protocols can be found in Supplement 1.

**Key Points**

**Question**  Using a double-blind, randomized, placebo-controlled design, what is the association of olanzapine vs placebo with change in brain structure in humans?

**Findings**  In this prespecified secondary analysis imaging study embedded in a clinical trial in people with remitted psychotic depression, olanzapine exposure vs placebo was associated with decline in cortical thickness. However, illness relapse while receiving placebo was potentially associated with a decline in cortical thickness.

**Meaning**  Our findings could support a reconsideration of the risks and benefits of antipsychotics and support differential effects on brain structure in those who stay well receiving placebo vs those who relapse.

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a La Trobe University User  on 02/26/2020

Exhibit S | Index 12 | p. 2

## Participants

The STOP-PD II participants were aged 18 to 85 years and met diagnostic criteria for nonbipolar major depressive disorder with psychotic features based on the Structured Clinical Interview for *DSM-IV-TR* Axis I Disorders administered by a trained research associate. As previously described,[19] the study's exclusion criteria included current or lifetime *DSM-IV-TR* criteria for any other psychotic disorder, bipolar disorder, or intellectual disability; *DSM-IV-TR* criteria for body dysmorphic disorder or obsessive-compulsive disorder; *DSM-IV-TR*-defined dementia preceding the index episode of depression or a 26-item Informant Questionnaire on Cognitive Decline in the Elderly[21] mean score of at least 4 at acute-phase baseline; *DSM-IV-TR*-defined substance abuse or dependence within the preceding 3 months; type 1 diabetes mellitus; neurologic disease that might affect neuromuscular function; and unstable physical illness, although many of the study participants had stable chronic physical problems.

At the end of the stabilization phase, to be eligible for randomization into the RCT (and thus for the neuroimaging study), participants had to be in remission (defined as the resolution of psychotic symptoms and no or minimal depressive symptoms) or near remission (defined as the resolution of psychotic symptoms and a marked decrease in depressive symptoms) and have a Mini-Mental State Examination[22] score of at least 24.[19] Participants with standard contraindications for MRI (eg, metal implants) or an acute/unstable nonmental illness were not eligible for the neuroimaging study.

## Scanning and Analysis of MRI Data

All participants who completed two 3-T MRI scans on the same scanner using the same acquisition parameters were included in the final analyses. Scanner models varied by site; however, prior to study start, efforts were made to harmonize acquisition protocols on key parameters (eTables 1 and 2 in Supplement 2). Gray matter structure (cortical thickness, surface area, and subcortical volumes) was assessed from the high-resolution T1-weighted data. In the cortex, volume is the product of cortical thickness and surface area. We selected, a priori, cortical thickness as our primary outcome measure. Most studies to date have examined antipsychotic effects on volume. However, cortical thickness and surface area are under different genetic, cellular, and environmental control (cortical thickness is under less genetic and more environmental control in relation to surface area and thus may be more susceptible to change).[23] Similarly, most imaging studies of antipsychotics have examined white matter volume. Diffusion tensor imaging (DTI) is an MRI technique that allows for inference of white matter microstructure (ie, organization and integrity of axonal membranes and myelin) based on water molecule diffusion and directionality.[24] Here, we calculated fractional anisotropy (FA) and mean diffusivity (MD), with FA as our a priori secondary outcome measure.

Following processing and quality control of T1-weighted data, mean hemispheric cortical thickness, surface area, and subcortical volumes were obtained using FreeSurfer, version 6.0 longitudinal (Martinos Center for Biomedical Imaging), a within-participant template estimation for unbiased longitudinal analysis.[25] Cortical regions were then segmented for post hoc analyses of regions of interest (ROIs) using the Desikan-Killiany atlas. Segmentation quality for each participant was visually inspected using ENIGMA protocol guidelines (http://enigma.ini.usc.edu/protocols/imaging-protocols).[26] For DTI data, following eddy current correction and tensor fitting, white matter microstructure (indexed as fractional anisotropy and mean diffusivity) was then measured from the DTI skeleton and quality inspected following the ENIGMA-DTI protocol[27] (http://enigma.ini.usc.edu/ongoing/dti-working-group/). Mean FA and MD from the white matter skeleton were extracted. Fractional anisotropy and MD were also extracted from 25 white matter ROIs (using the ENIGMA template ROIs of the Johns Hopkins University white matter atlas[28]) for post hoc analyses.

## Statistical Analysis

Mixed-model regression was used (lme4 package in R [the R Foundation]) in the primary and secondary analyses. The primary analysis associated with change in gray matter structure (cortical thickness, surface area, subcortical volumes of thalamus, striatum, and hippocampus) and the secondary analysis change in white matter structure (FA and MD). Time was measured (interval between scans, in days), and a treatment-group by time interaction was modeled, with sex and age as covariates. A fixed intercept was included, along with a random intercept to account for within-participant variability and one to account for site variability. Scan site is included in the error term rather than as a covariate, because as a covariate it would be modeled to an arbitrary reference site. Treatment group is a binary categorical variable (olanzapine or placebo arm). For subcortical volume analysis, total brain volume was also included as a covariate in the model. A sensitivity analysis was also conducted excluding the 5 participants who were scanned at the time of discontinuation off protocol, which is the term used for participants who elected to stop 1 or both randomized study medications but continued to attend for research assessments. Participants who discontinued the RCT prematurely but who remained receiving study medication up until their last assessment were considered on protocol. We ran our primary and secondary analyses 2 times. For our primary outcome measure, a Bonferroni-corrected $P$ = .0035 was considered significant in gray matter (7 tests × 2 runs: left and right cortical thickness, left and right surface area, thalamic, striatal, and hippocampal volumes). For our secondary outcome measure, a Bonferroni-corrected $P$ = .0125 was used in white matter (2 tests × 2 runs: mean skeleton FA and MD). All $P$ values were 2-sided. The second run of the analysis was done to fully control for effects of illness and time, ie, only in those who sustained remission, such that all participant scans were approximately 36 weeks apart with change in brain structure as the dependent variable.

In an exploratory analysis, we directly compared brain structure of those who relapsed receiving placebo with those who relapsed receiving olanzapine and also compared those who relapsed receiving placebo with those who sustained remission receiving placebo. We also explored whether the results of the primary and secondary analyses remained similar in older participants (ie, older than 50 years).

**JAMA Psychiatry** Published online February 26, 2020    **E3**

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a La Trobe University User on 02/26/2020

Exhibit S | Index 12 | p. 3

**Figure 1. CONSORT Chart**



This chart provides numbers regarding enrollment, allocation, follow-up, and analysis of participants initially assessed for eligibility for the neuroimaging study after consenting to the clinical trial.

For the treatment by time interactions, we considered modeling nonlinear effects of time. However, this would have created a stronger contributing effect of those who sustained remission.

## Results

### Participants and Randomization

The first participant entered the RCT phase of STOP-PD II study in March 2012; the final participant exited the RCT in June 2017. Eighty-eight of 126 STOP-PD II participants were eligible and consented to the neuroimaging study; of these, all 88 completed a baseline scan; 75 completed either the 36-week (ie, sustained remission) scan, a scan at relapse, or a scan at treatment protocol discontinuation. Following quality control, 72 of these 75 end scans could be used in the analyses (**Figure 1**). Forty were performed at the 36-week point, and 32 were performed within 36 weeks following the baseline scan. Baseline characteristics of participants in the olanzapine and placebo groups are available in the **Table**.

### Outcome Measures

#### Primary Analysis

There was a significant treatment-group by time interaction for cortical thickness (left, $t$ = 3.3; $P$ = .001; right, $t$ = 3.6; $P$ < .001), but not surface area (**Figure** 2A and B). No such

interaction was present for hippocampus, striatum, or thalamus after multiple-comparison correction (eFigure 1 in Supplement 2). The sensitivity analysis revealed the same significant interactions (eg, cortical thickness, left, $t$ = 3.6; $P$ < .001). When the analyses were restricted to those who sustained remission, olanzapine exposure was associated with a significant reduction compared with placebo exposure for cortical thickness across the 36-week period in the left hemisphere (β [SE], 0.04 [0.009]; $t_{34.4}$ = 4.7; $P$ < .001), and the right hemisphere (β [SE], 0.03 [0.009]; $t_{35.1}$ = 3.6; $P$ < .001 ) (Figure 2C). For surface area, olanzapine exposure was not associated with a significant reduction in the left hemisphere (β [SE], 477.8 [163.9]; $t_{36.0}$ = 2.0; $P$ = .006) or right hemisphere (β [SE],143.1 [192.4]; $t_{36.0}$ = 0.7; $P$ = .50) (Figure 2D) compared with placebo. No significant change was found with olanzapine vs placebo exposure in subcortical volumes (eFigure 1 in Supplement 2).

#### Secondary Analysis

There was no significant treatment-group by time interaction for white matter FA, but there was for MD ($t$ = −2.6; $P$ = .01) (**Figure** 3A and B). The sensitivity analysis revealed the same interaction for MD ($t$ = −2.7; $P$ = .01). When the analyses were restricted to those who sustained remission, the olanzapine group experienced no decrease in FA (β [SE], 0.002 [0.002]; $t_{36.0}$ = 0.7; $P$ = .50) compared with the placebo group, nor was there any increase in MD (β [SE], −2.0 × $10^{-5}$ [1.0 × $10^{-5}$]; $t_{36.0}$ = −2.3; $P$ = .03), compared with the placebo group (Figure 3C and D) given the multiple comparison correction threshold.

### Effects in Older Participants

When the analyses were restricted to those older than 50 years, the main treatment-group by time findings on cortical thickness (eg, left hemisphere $t$ = 2.8; $P$ = .007) and reductions in the olanzapine vs placebo group (eg, left hemisphere β [SE], 0.039 [0.0072]; $t_{15.5}$ = 5.449; $P$ < .001) in those who sustained remission demonstrated larger effect sizes. In MD of white matter, effects were also more prominent in the older group (treatment-group by time interaction $t$ = −3.4; $P$ = .002; increase in the olanzapine group vs placebo group [β (SE), −4.7 × $10^{-5}$ (1.4 × $10^{-5}$); $t_{18.0}$ = −3.3; $P$ = .004]).

### Exploratory Analysis

Follow-up exploratory analyses restricted to participants who experienced a relapse showed that those receiving placebo had a significant decrease in cortical thickness compared with those receiving olanzapine. Also, among participants receiving placebo, those who experienced a relapse had a significant decrease in cortical thickness compared with those who sustained remission. Finally, those receiving olanzapine who sustained remission had a significant decrease in cortical thickness compared with those who relapsed receiving olanzapine.

### Post Hoc Analysis of Regional Effects

The literature suggests widespread effects (ie, across cortex) of antipsychotic medications on brain structure. Nevertheless, we conducted post hoc analyses (eFigure 2 and eTable 3

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a La Trobe University User on 02/26/2020

Exhibit S | Index 12 | p. 4

Effects of Antipsychotic Medication on Brain Structure    Original Investigation **Research**

Table. Sociodemographic, Clinical, and Metabolic Characteristics of Participants at the Time of Randomization to Sertraline and Olanzapine or Sertraline and Placebo

| Characteristics | No. Missing | Group, Mean (SD) | | Test Statistic | df | P Value |
|---|---|---|---|---|---|---|
| | | Sertraline and Olanzapine (n = 38) | Sertraline and Placebo (n = 34) | | | |
| Age, y | 0 | 54.4 (15.5) | 56.1 (15.5) | t = 0.473 | 70 | .64 |
| Sex, No. (%) | | | | | | |
| Male | 0 | 17 (44.7) | 15 (44.1) | χ² = 0 | 1 | >.99 |
| Female | | 21 (55.3) | 19 (55.9) | | | |
| Race, No. (%) | | | | | | |
| White | 1 | 32 (84.2) | 26 (78.8) | Fisher exact test | NA | .65 |
| Black | | 3 (7.9) | 5 (15.2) | | | |
| Other | | 3 (7.9) | 2 (6.1) | | | |
| Ethnicity, No. (%) | | | | | | |
| Non-Hispanic | 0 | 34 (89.5) | 28 (82.4) | Fisher exact test | NA | .50 |
| Hispanic | | 4 (10.5) | 6 (17.6) | | | |
| Education | 0 | 14.4 (3.5) | 13.2 (3.5) | t = −1.493 | 70 | .14 |
| Study site, No. (%) | | | | χ² = 1.772 | 3 | .62 |
| Cornell | 0 | 6 (15.8) | 7 (20.6) | NA | NA | NA |
| University of Massachusetts | | 8 (21.1) | 10 (29.4) | | | |
| Pittsburgh | | 6 (15.8) | 6 (17.6) | | | |
| Toronto | | 18 (47.4) | 11 (32.4) | | | |
| No. of lifetime depressive episodes, No. (%) | | | | χ² = 0 | 1 | >.99 |
| 1 | 0 | 9 (23.7) | 9 (26.5) | NA | NA | NA |
| ≥2 | | 29 (76.3) | 25 (73.5) | | | |
| Duration of current episode of depression, median (IQR), mo | 2 | 5.5 (4-11) | 6.5 (2-15.2) | H = 0.033 | 1 | .86 |
| Age at onset of first major depressive episode, y | 3 | 37.7 (17.1) | 37.4 (20.5) | t = −0.067 | 67 | .95 |
| Lifetime suicide attempt, No. (%) | | | | χ² = 0.133 | 1 | .72 |
| Yes | 0 | 13 (34.2) | 14 (41.2) | NA | NA | NA |
| No | | 25 (65.8) | 20 (58.8) | | | |
| Treatment resistance in current episode, No. (%)ᵃ | | | | | | |
| No | 0 | 36 (94.7) | 31 (91.2) | Fisher exact test | NA | .66 |
| Yes | | 2 (5.3) | 3 (8.8) | | | |
| Diagnosis of hyperlipidemia, No. (%) | | | | χ² = 0 | 1 | >.99 |
| Yes | 0 | 15 (39.5) | 14 (41.2) | Fisher exact test | NA | .66 |
| No | | 23 (60.5) | 20 (58.8) | | | |
| Diagnosis of hypertension, No. (%) | | | | | | |
| Yes | 0 | 10 (26.3) | 13 (38.2) | χ² = 0.689 | 1 | .41 |
| No | | 28 (73.7) | 21 (61.8) | | | |
| Diagnosis of diabetes, No. (%) | | | | | | |
| Yes | 0 | 7 (18.4) | 8 (23.5) | χ² = 0.059 | 1 | .81 |
| No | | 31 (81.6) | 26 (76.5) | | | |
| HAM-D 17 total score | 0 | 5.1 (3.2) | 6.4 (4.1) | t = 1.507 | 70 | .14 |
| SADSᵇ | | | | | | |
| Delusion score | 0 | 1 (0) | 1 (0) | NA | NA | NA |
| Hallucination score | 0 | 1 (0) | 1 (0) | NA | NA | NA |
| CGI Severity Score, median (IQR) | 0 | 1.0 (1.0-1.0) | 1.0 (1.0-2.0) | H = 0.155 | 1 | .69 |
| HADS Anxiety Score | 1 | 5.7 (3.9) | 4.8 (4.2) | t = 0.95 | 69 | .34 |
| CIRS-G total score | 0 | 3.5 (3.5) | 3.8 (3.2) | t = 0.36 | 70 | .72 |
| MMSE | 0 | 28.2 (2.1) | 27.8 (2.2) | t = −0.83 | 70 | .41 |
| Barnes Akathisia Rating Scale Global Score, median (IQR) | 0 | 0 (0) | 0 (0) | NA | NA | NA |
| AIMS Overall Severity Score (tardive dyskinesia) | 0 | 0 (0) | 0 (0) | NA | NA | NA |
| Simpson Angus Scale total score (parkinsonism), median (IQR)ᶜ | 0 | 0.0 (0.0-2.0) | 1.0 (0.0-2.0) | H = 0.824 | 1 | .36 |
| Weight, kg | 0 | 81.74 (16.51) | 83.71 (19.28) | t = 0.48 | 70 | .63 |
| Waist circumference, cm | 1 | 96.52 (11.68) | 100.84 (14.99) | t = 1.41 | 69 | .16 |
| Total cholesterol, mg/dL | 1 | 210.2 (52.8) | 216.7 (49.6) | t = 0.53 | 69 | .60 |

*(continued)*

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a La Trobe University User on 02/26/2020

Exhibit S | Index 12 | p. 5

Table. Sociodemographic, Clinical, and Metabolic Characteristics of Participants at the Time of Randomization to Sertraline and Olanzapine or Sertraline and Placebo (continued)

| Characteristics | No. Missing | Group, Mean (SD) | | Test Statistic | df | P Value |
|---|---|---|---|---|---|---|
| | | Sertraline and Olanzapine (n = 38) | Sertraline and Placebo (n = 34) | | | |
| Cholesterol, mg/dL | | | | | | |
| LDL | 1 | 131.7 (41.1) | 135.6 (42.0) | t = 0.39 | 69 | .69 |
| HDL | 1 | 54.3 (21.5) | 55.2 (17.5) | t = 0.19 | 69 | .85 |
| Triglycerides, median (IQR), mg/dL | 1 | 140.6 (98.8-201.0) | 121.3 (88.2-166.3) | H = 0.946 | 1 | .33 |
| Glucose, median (IQR), mg/dL | 1 | 90.0 (84.6-97.0) | 93.0 (86.1-100.5) | H = 0.358 | 1 | .55 |
| Insulin, median (IQR), uiU/mL | 1 | 8.5 (4.4-13.0) | 7.4 (4.9-13.0) | H = 0 | 1 | >.99 |
| HbA$_{1c}$, % | 1 | 5.8 (1.1) | 5.9 (0.8) | t = 0.66 | 69 | .51 |
| Sertraline dosage, mg/d | 0 | 163.8 (33.7) | 163.2 (34.9) | t = 0.07 | 70 | .94 |
| Olanzapine dosage, mg/d | 0 | 14.8 (4.5) | 14.8 (3.8) | t = 0.02 | 70 | .98 |
| Cortical thickness, mm | | | | | | |
| Left | 0 | 2.41 (0.09) | 2.41 (0.11) | t = 0.09 | 63.2 | .93 |
| Right | 0 | 2.42 (0.08) | 2.40 (0.11) | t = 0.75 | 61.5 | .46 |
| Surface area, mm² | | | | | | |
| Left | 0 | 83 584.98 (9259.48) | 81 101.75 (10 210.53) | t = 1.08 | 67.1 | .29 |
| Right | 0 | 83 263.46 (9340.81) | 81 436.34 (10 146.92) | t = 0.79 | 67.4 | .43 |
| Fractional anisotropy skeleton | 0[d] | 0.39 (0.03) | 0.38 (0.03) | t = 1.54 | 68.8 | .13 |
| Mean diffusivity skeleton | 0[d] | 0.00142 (0.00017) | 0.00136 (0.00019) | t = 1.40 | 67.4 | .17 |
| Hippocampal volume, mm³ | 0 | 7538.32 (871.37) | 7390.00 (1099.58) | t = 0.63 | 62.8 | .53 |
| Striatal volume, mm³ | 0 | 16 931.60 (1825.84) | 16 610.18 (2077.11) | t = 0.69 | 66.2 | .49 |
| Thalamic volume, mm³ | 0 | 13 326.38 (1834.30) | 12 989.71 (1916.03) | t = 0.76 | 68.0 | .45 |

Abbreviations: AIMS, Abnormal Involuntary Movement Scale; CGI, Clinical Global Rating Scale; CIRS-G, Cumulative Illness Rating Scale for Geriatrics; DKEFS, Delis-Kaplan Executive Function Scale; HADS, Hospital Anxiety and Depression Scale; HAM-D 17, 17-Item Hamilton Depression Rating Scale; HbA$_{1c}$, hemoglobin A$_{1c}$; HDL, high-density lipoprotein; IQR, interquartile range; LDL, low-density lipoprotein; MMSE, Mini Mental State Examination; NA, not applicable; SADS, Schedule for Affective Disorders and Schizophrenia.

SI conversion factor: To convert cholesterol to millimoles per liter, multiply by 0.0259; glucose to millimoles per liter, multiply by 0.0555; hemoglobin A$_{1c}$ to proportion of total hemoglobin, multiply by 0.01; insulin to picomoles per liter, multiply by 6.945; triglycerides to millimoles per liter, multiply by 0.0113.

[a] Treatment resistance defined as an antidepressant plus antipsychotic combination rating score of 3 or higher on the Antidepressant Treatment

History Form and/or 7 or more treatments of electroconvulsive therapy during the current episode of psychotic depression.[29]

[b] Unable to perform statistical tests because SADS delusion and hallucination items = 1 for all participants.

[c] Total score of the Simpson Angus Scale excluded the head dropping item.

[d] Diffusion imaging data from all 72 participants with high-quality T1-weighted scan 1 and scan 2 were available; however, 71 of 72 participants with analyzable T1-weighted data had analyzable diffusion-weighted data (37 participants treated with sertraline and olanzapine and 34 participants treated with sertraline and placebo). Because these data are part of the secondary outcome measure, this information is not in the CONSORT chart.

in Supplement 2) using 5% false discovery rate correction, which revealed widespread effects of thickness changes across the cortex consistent with the primary analysis (31 of 68 regions survived correction); however, the largest effect sizes were in frontal and temporal cortex. Four white matter tracts survived false discovery rate correction in MD analyses, predominantly frontotemporal connections.

## Discussion

Across all participants who completed both a baseline and follow-up scan with useable neuroimaging data, we found a significant treatment-group × time interaction in relation to cortical thickness. This finding suggests differential effects of olanzapine vs placebo on brain structure in those who sustain remission vs those who relapse. When the analyses were restricted to those who sustained remission (without the confound of active illness) we found a significant decrease in cortical thickness compared with placebo across a 36-week period. Olanzapine exposure was not associated with signifi-

cant changes in subcortical volumes. In white matter, there was no effect on FA, but there was an interaction effect with MD. Older participants appeared to be even more susceptible to the effects of medication on brain structure, based on larger effect sizes from the same analyses. Exploratory analyses showed that among those who relapsed, the placebo group experienced a decrease in cortical thickness compared with the olanzapine group; those receiving placebo who relapsed also experienced a decrease in relation to those receiving placebo who sustained remission. When taken together, both olanzapine and illness relapse have an effect on brain structure.

Unlike uncontrolled studies, our randomized double-blind placebo-controlled clinical trial design provides potential evidence for causation: olanzapine administration may cause a decrease in cortical thickness in humans. This randomized study in humans controls for confounders present in previous observational studies such as illness severity or other factors associated with illness that influence brain structure (eg, socioeconomic status, stress, and substance use).[30] We found that the mean reduction in cortical thickness caused by 36 weeks of exposure to olanzapine is equivalent to loss of

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a La Trobe University User on 02/26/2020

Exhibit S | Index 12 | p. 6

Effects of Antipsychotic Medication on Brain Structure

**Figure 2. Change in Cortical Gray Matter Structure in the Olanzapine and Placebo Groups**



Panels A and B demonstrate cortical thickness and surface area at baseline and at the time of the second scan for each participant, which occurred either at remission, relapse, or discontinuation. A significant treatment-group × time interaction for cortical thickness was found, suggesting that there was a different effect of olanzapine vs placebo if a participant sustained remission vs if there was relapse. No such effect was found for surface area. In panels C and D, the data show significant change in cortical thickness but not surface area in participants who sustained remission. These participants were scanned first at randomization and then again at approximately 36 weeks following their baseline scan. These figures show a significant decrease in cortical thickness (left and right) but not surface area in participants exposed to olanzapine over a 36-week period compared with those receiving placebo. MRI indicates magnetic resonance imaging.

approximately 1.2% of a person's cortex. For context, mean annual change in cortical thickness across the adult life span is 0.35%[31] and 0.59% in normal aging individuals aged 60 to 91 years.[32]

Our findings are consistent with placebo-controlled clinical studies in animals, where long-term exposure was typically studied over the extrapolated equivalent of several human years. In rodents, long-term exposure to antipsychotic medication causes approximately a 10% decrease in frontal cerebral cortex volume.[12] Similarly, in macaque monkeys, such exposure to antipsychotics causes approximately a 10% decrease in brain volume, again driven by change in cortical

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a La Trobe University User  on 02/26/2020

Exhibit S | Index 12 | p. 7

**Figure 3. Change in White Matter Microstructure in the Olanzapine and Placebo Groups**



Panels A and B demonstrate white matter fractional anisotropy and mean diffusivity at baseline and at the time of the second scan for each participant, respectively, which occurred either at remission, relapse, or discontinuation. A significant treatment-group by time interaction for mean diffusivity was found (but not fractional anisotropy). Panel C demonstrates no change in fractional anisotropy of the white matter skeleton, while panel D compares mean diffusivity in the white matter skeleton in the olanzapine vs placebo group over a 36-week period, which was not significant following multiple comparison correction. MRI indicates magnetic resonance imaging.

structure.[13] Postmortem examination shows that such exposure is associated with decreased cell number, which appears to be caused predominantly by decrease in astrocyte (rather than oligodendrocyte) cell number.[14] Our findings are also consistent with the predominantly cortical effects noted in these animal studies.

Given that reductions in cortical thickness are typically interpreted in psychiatric and neurologic disorders as nondesirable, our findings could support a reconsideration of the risks and benefits of antipsychotics. Such reconsideration might make sense when alternatives are present (eg, antidepressants for major depression without psychosis or mood stabilizers for the maintenance treatment of bipolar disorder) or in

off-label use when controlled data do not support their use (eg, for the treatment of anxiety or insomnia). Our data show that such caution may be even more important toward the end of the life span (and we speculate this may also be true early in the life span) when brain change is most dynamic, with heightened vulnerability.[33]

**Limitations**

Our findings should be interpreted with some additional considerations. First, we were unable to address any potential effects of sertraline on brain structure given that both groups received this medication. To date, the literature suggests that antidepressants are likely protective for brain structure,[34]

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a La Trobe University User on 02/26/2020

Exhibit S | Index 12 | p. 8

supported by molecular and animal findings[35] as well as indirect evidence owing to association with less cognitive decline in late life.[36] Although scanner models were different across sites, randomization occurred within sites, and the longitudinal design of the scanning and analytical plan meant changes in brain structure were calculated at the individual level within-scanner. Had we used tractography in our diffusion data, we could have examined tract-specific effects of medication and relapse. Finally, while there are definitive cellular changes in rodents and nonhuman primates exposed to antipsychotics, it remains theoretically possible that the MRI changes detected here represent an epiphenomenon[30] rather than actual brain change. Short-term administration of antipsychotics (eg, 24 hours) shows reversible change in cerebral blood flow but less consistent change in brain structure.[37,38] The 36-week (252-day) exposure in this study, coupled with our focus on brain structure, renders the epiphenomenon interpretation unlikely but not impossible. Finally, our data were obtained with 1 specific antipsychotic, olanzapine, and it is possible they do not apply to other antipsychotics. However, based on the wealth of data demonstrating equivalent efficacy among antipsychotics and similar effects of different antipsychotics on brain structure in both animal and human studies, we speculate that our findings are likely to apply across all medications in this class.

## Conclusions

In psychotic disorders, and when psychosis is present in nonpsychotic disorders, antipsychotics remain an essential treatment. While our data show that antipsychotics may cause adverse changes to brain structure, they also demonstrate that illness relapse may cause similar effects. When psychosis is present, the life-threatening effects of untreated illness[39] outweigh any adverse effects on brain structure in clinical decision-making. Given that nearly half of patients in the STOP-PD II trial sustained remission after being switched from olanzapine to placebo, future studies could provide a predictive model of which patients require long-term treatment with antipsychotics and which patients can safely discontinue them.

ARTICLE INFORMATION

Accepted for Publication: January 3, 2020.

Published Online: February 26, 2020.
doi:10.1001/jamapsychiatry.2020.0036

Author Affiliations: Kimel Family Translational Imaging-Genetics Laboratory, Campbell Family Mental Health Research Institute, Centre for Addiction and Mental Health, Toronto, Ontario, Canada (Voineskos, Dickie, Neufeld); Centre for Addiction and Mental Health, Department of Psychiatry, University of Toronto, Toronto, Ontario, Canada (Voineskos, Mulsant, Dickie, Neufeld); UMass Memorial Health Care, University of Massachusetts Medical School, Worcester (Rothschild); University of Pittsburgh, Pittsburgh, Pennsylvania (Whyte); Weill Cornell Medical College, New York, New York (Meyers, Alexopoulos); Nathan Kline Institute for Psychiatric Research, Orangeburg, New York (Hoptman); Department of Psychiatry, New York University School of Medicine, New York (Hoptman); Mouse Imaging Centre, The Hospital for Sick Children, Department of Medical Biophysics, University of Toronto, Toronto, Ontario, Canada (Lerch); Wellcome Centre for Integrative Neuroimaging, FMRIB, Nuffield Department of Clinical Neurosciences, University of Oxford, Oxford, England (Lerch); University Health Network, Department of Psychiatry, University of Toronto, Toronto, Ontario, Canada (Flint).

Author Contributions: Dr Voineskos had full access to all of the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis. Drs Voineskos and Mulsant contributed equally to this article.
Concept and design: Voineskos, Mulsant, Neufeld, Rothschild, Whyte, Meyers, Alexopoulos, Lerch, Flint.
Acquisition, analysis, or interpretation of data: All authors.
Drafting of the manuscript: Voineskos, Mulsant, Neufeld, Rothschild, Meyers, Alexopoulos.
Critical revision of the manuscript for important intellectual content: All authors.

Statistical analysis: Voineskos, Dickie, Neufeld, Lerch.
Obtained funding: Voineskos, Mulsant, Rothschild, Whyte, Meyers, Alexopoulos, Flint.
Administrative, technical, or material support: Voineskos, Dickie, Neufeld, Rothschild, Meyers, Hoptman, Flint.
Supervision: Voineskos, Mulsant, Rothschild, Alexopoulos, Hoptman, Flint.

Conflict of Interest Disclosures: Dr Voineskos receives funding from the National Institute of Mental Health (NIMH), Canadian Institutes of Health Research, Canada Foundation for Innovation, Centre for Addiction and Mental Health (CAMH) Foundation, and the University of Toronto. Dr Mulsant has received research funding from Brain Canada, the CAMH Foundation, the Canadian Institutes of Health Research, and the US National Institutes of Health (NIH); research support from Bristol-Myers Squibb (medications for an NIH-funded clinical trial), Eli-Lilly (medications for an NIH-funded clinical trial), Pfizer (medications for an NIH-funded clinical trial), Capital Solution Design LLC (software used in a study funded by CAMH Foundation), and HAPPYneuron (software used in a study funded by Brain Canada). He directly owns stocks of General Electric (less than $5000). Dr Dickie receives grant support from the Brain and Behavior Research Foundation. Dr Neufeld receives grant support from the Canadian Institutes of Health Research, Physicians' Services Incorporated Foundation, and the University of Toronto. Dr Rothschild has received grant or research support from Allergan, Janssen, the National Institute of Mental Health, Takeda, Eli-Lilly (medications for a NIH-funded clinical trial), Pfizer (medications for a NIH-funded clinical trial), and the Irving S. and Betty Brudnick Endowed Chair in Psychiatry; is a consultant to Alkermes, GlaxoSmithKline, Sage Therapeutics, and Sanofi-Aventis; and has received royalties for the Rothschild Scale for Antidepressant Tachyphylaxis; Clinical Manual for the Diagnosis and Treatment of Psychotic Depression, American Psychiatric Press,

2009; The Evidence-Based Guide to Antipsychotic Medications, American Psychiatric Press, 2010; The Evidence-Based Guide to Antidepressant Medications, American Psychiatric Press, 2012; and UpToDate. Dr Whyte receives grant support from the NIMH and Health Resources and Services Administration. Dr Meyers received research support from the NIMH at the time this work was done. Dr Alexopoulos has received NIMH grants and has served in the speakers bureau of Takeda, Lundbeck, Otsuka, Alergan, Astra/Zeneca, and Sunovion. Dr Hoptman has received NIMH grants during the conduct of this study. Dr Lerch receives grant support from Canadian Institutes of Health Research and the Ontario Brain Institute. Dr Flint has received grant support from the US National Institutes of Health, the Patient-Centered Outcomes Research Institute, the Canadian Institutes of Health Research, Brain Canada, the Ontario Brain Institute, and Alzheimer's Association.

Funding/Support: This study was funded by the National Institute of Mental Health (NIMH) R01MH099167 grant. The STOP-PD II clinical trial from which participants were recruited was funded by US Public Health Service grants MH 62446, MH 62518, MH 62565, and MH 62624 from the NIMH. In that trial, Eli Lilly provided olanzapine and matching placebo pills and Pfizer provided sertraline; neither company provided funding for the study.

Role of the Funder/Sponsor: The NIMH did not participate in the design of the study; the collection, management, management, analysis, and interpretation of the manuscript; and decision to submit the manuscript for publication. Neither Eli Lilly nor Pfizer, which provided the study medication in STOP-PD II, participated in the design and conduct of the study; collection, management, analysis, or interpretation of the data; preparation, review, or approval of the manuscript; or decision to submit the manuscript for publication.

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a La Trobe University User  on 02/26/2020

Exhibit S | Index 12 | p. 9

**Additional Contributions:** We thank the members of the STOP-PD II group for their contributions, as well as Patricia Marino, PhD, and Cristina Pollari, MPH, for their help with data management, Samprit Banerjee, PhD, and Yiyuan Wu, MSc, for statistical support, Matthew Rudorfer, MD, who represented the NIMH on the STOP-PD II trial, Navona Calarco, BA, for her help with preparation of some aspects of the imaging data prior to analysis, and Judy Kwan, BSc, for her help with participant recruitment and assessment. We also thank all of the study participants.

## REFERENCES

**1.** Alexander GC, Gallagher SA, Mascola A, Moloney RM, Stafford RS. Increasing off-label use of antipsychotic medications in the United States, 1995-2008. *Pharmacoepidemiol Drug Saf.* 2011;20 (2):177-184. doi:10.1002/pds.2082

**2.** Jobski K, Höfer J, Hoffmann F, Bachmann C. Use of psychotropic drugs in patients with autism spectrum disorders: a systematic review. *Acta Psychiatr Scand.* 2017;135(1):8-28. doi:10.1111/acps.12644

**3.** Park SY, Cervesi C, Galling B, et al. Antipsychotic use trends in youth with autism spectrum disorder and/or intellectual disability: a meta-analysis. *J Am Acad Child Adolesc Psychiatry.* 2016;55(6):456-468.e4.

**4.** Ray WA, Chung CP, Murray KT, Hall K, Stein CM. Atypical antipsychotic drugs and the risk of sudden cardiac death. *N Engl J Med.* 2009;360(3):225-235. doi:10.1056/NEJMoa0806994

**5.** Ray WA, Stein CM, Murray KT, et al. Association of antipsychotic treatment with risk of unexpected death among children and youths. *JAMA Psychiatry.* 2019;76(2):162-171. doi:10.1001/jamapsychiatry.2018.3421

**6.** Schneider LS, Dagerman KS, Insel P. Risk of death with atypical antipsychotic drug treatment for dementia: meta-analysis of randomized placebo-controlled trials. *JAMA.* 2005;294(15):1934-1943. doi:10.1001/jama.294.15.1934

**7.** Thompson PM, Bartzokis G, Hayashi KM, et al; HGDH Study Group. Time-lapse mapping of cortical changes in schizophrenia with different treatments. *Cereb Cortex.* 2009;19(5):1107-1123. doi:10.1093/cercor/bhn152

**8.** Ho BC, Andreasen NC, Ziebell S, Pierson R, Magnotta V. Long-term antipsychotic treatment and brain volumes: a longitudinal study of first-episode schizophrenia. *Arch Gen Psychiatry.* 2011;68(2):128-137. doi:10.1001/archgenpsychiatry.2010.199

**9.** Lesh TA, Tanase C, Geib BR, et al. A multimodal analysis of antipsychotic effects on brain structure and function in first-episode schizophrenia. *JAMA Psychiatry.* 2015;72(3):226-234. doi:10.1001/jamapsychiatry.2014.2178

**10.** Szeszko PR, Robinson DG, Ikuta T, et al. White matter changes associated with antipsychotic treatment in first-episode psychosis. *Neuropsychopharmacology.* 2014;39(6):1324-1331. doi:10.1038/npp.2013.288

**11.** Vernon AC, Crum WR, Lerch JP, et al. Reduced cortical volume and elevated astrocyte density in rats chronically treated with antipsychotic drugs-linking magnetic resonance imaging findings to cellular pathology. *Biol Psychiatry.* 2014;75(12):982-990. doi:10.1016/j.biopsych.2013.09.012

**12.** Vernon AC, Natesan S, Modo M, Kapur S. Effect of chronic antipsychotic treatment on brain structure: a serial magnetic resonance imaging study with ex vivo and postmortem confirmation. *Biol Psychiatry.* 2011;69(10):936-944. doi:10.1016/j.biopsych.2010.11.010

**13.** Konopaske GT, Dorph-Petersen KA, Pierri JN, Wu Q, Sampson AR, Lewis DA. Effect of chronic exposure to antipsychotic medication on cell numbers in the parietal cortex of macaque monkeys. *Neuropsychopharmacology.* 2007;32(6):1216-1223. doi:10.1038/sj.npp.1301233

**14.** Konopaske GT, Dorph-Petersen KA, Sweet RA, et al. Effect of chronic antipsychotic exposure on astrocyte and oligodendrocyte numbers in macaque monkeys. *Biol Psychiatry.* 2008;63(8):759-765. doi:10.1016/j.biopsych.2007.08.018

**15.** Lieberman JA, Tollefson GD, Charles C, et al; HGDH Study Group. Antipsychotic drug effects on brain morphology in first-episode psychosis. *Arch Gen Psychiatry.* 2005;62(4):361-370. doi:10.1001/archpsyc.62.4.361

**16.** Pfefferbaum A, Sullivan EV, Hedehus M, Adalsteinsson E, Lim KO, Moseley M. In vivo detection and functional correlates of white matter microstructural disruption in chronic alcoholism. *Alcohol Clin Exp Res.* 2000;24(8):1214-1221.

**17.** Cousijn J, Wiers RW, Ridderinkhof KR, van den Brink W, Veltman DJ, Goudriaan AE. Grey matter alterations associated with cannabis use: results of a VBM study in heavy cannabis users and healthy controls. *Neuroimage.* 2012;59(4):3845-3851. doi:10.1016/j.neuroimage.2011.09.046

**18.** Lang DJ, Kopala LC, Vandorpe RA, et al. An MRI study of basal ganglia volumes in first-episode schizophrenia patients treated with risperidone. *Am J Psychiatry.* 2001;158(4):625-631. doi:10.1176/appi.ajp.158.4.625

**19.** Flint AJ, Meyers BS, Rothschild AJ, et al; STOP-PD II Study Group. Sustaining remission of psychotic depression: rationale, design and methodology of STOP-PD II. *BMC Psychiatry.* 2013;13:38. doi:10.1186/1471-244X-13-38

**20.** Flint AJ, Meyers BS, Rothschild AJ, et al; STOP-PD II Study Group. Effect of continuing olanzapine vs placebo on relapse among patients with psychotic depression in remission: the STOP-PD II randomized clinical trial. *JAMA.* 2019; 322(7):622-631. doi:10.1001/jama.2019.10517

**21.** Jorm AF. The Informant Questionnaire on cognitive decline in the elderly (IQCODE): a review. *Int Psychogeriatr.* 2004;16(3):275-293. doi:10.1017/S1041610204000390

**22.** Folstein MF, Folstein SE, McHugh PR. "Mini-mental state": a practical method for grading the cognitive state of patients for the clinician. *J Psychiatr Res.* 1975;12(3):189-198. doi:10.1016/0022-3956(75)90026-6

**23.** Raznahan A, Shaw P, Lalonde F, et al. How does your cortex grow? *J Neurosci.* 2011;31(19):7174-7177. doi:10.1523/JNEUROSCI.0054-11.2011

**24.** Jones DK. Studying connections in the living human brain with diffusion MRI. *Cortex.* 2008;44 (8):936-952. doi:10.1016/j.cortex.2008.05.002

**25.** Reuter M, Schmansky NJ, Rosas HD, Fischl B. Within-subject template estimation for unbiased longitudinal image analysis. *Neuroimage.* 2012;61 (4):1402-1418. doi:10.1016/j.neuroimage.2012.02.084

**26.** Hibar DP, Stein JL, Renteria ME, et al; Alzheimer's Disease Neuroimaging Initiative; CHARGE Consortium; EPIGEN; IMAGEN; SYS. Common genetic variants influence human subcortical brain structures. *Nature.* 2015;520 (7546):224-229. doi:10.1038/nature14101

**27.** Kelly S, Jahanshad N, Zalesky A, et al. Widespread white matter microstructural differences in schizophrenia across 4322 individuals: results from the ENIGMA Schizophrenia DTI Working Group. *Mol Psychiatry.* 2018;23(5): 1261-1269. doi:10.1038/mp.2017.170

**28.** Hua K, Zhang J, Wakana S, et al. Tract probability maps in stereotaxic spaces: analyses of white matter anatomy and tract-specific quantification. *Neuroimage.* 2008;39(1):336-347. doi:10.1016/j.neuroimage.2007.07.053

**29.** Oquendo MA, Baca-Garcia E, Kartachov A, et al. A computer algorithm for calculating the adequacy of antidepressant treatment in unipolar and bipolar depression. *J Clin Psychiatry.* 2003;64 (7):825-833. doi:10.4088/JCP.v64n0714

**30.** Weinberger DR, Radulescu E. Finding the elusive psychiatric "lesion" with 21st-century neuroanatomy: a note of caution. *Am J Psychiatry.* 2016;173(1):27-33. doi:10.1176/appi.ajp.2015.15060753

**31.** Storsve AB, Fjell AM, Tamnes CK, et al. Differential longitudinal changes in cortical thickness, surface area and volume across the adult life span: regions of accelerating and decelerating change. *J Neurosci.* 2014;34(25):8488-8498. doi:10.1523/JNEUROSCI.0391-14.2014

**32.** Fjell AM, Grydeland H, Krogsrud SK, et al. Development and aging of cortical thickness correspond to genetic organization patterns. *Proc Natl Acad Sci U S A.* 2015;112(50):15462-15467. doi:10.1073/pnas.1508831112

**33.** Walhovd KB, Krogsrud SK, Amlien IK, et al. Neurodevelopmental origins of lifespan changes in brain and cognition. *Proc Natl Acad Sci U S A.* 2016;113(33):9357-9362. doi:10.1073/pnas.1524259113

**34.** Manji HK, Duman RS. Impairments of neuroplasticity and cellular resilience in severe mood disorders: implications for the development of novel therapeutics. *Psychopharmacol Bull.* 2001; 35(2):5-49.

**35.** Maya Vetencourt JF, Sale A, Viegi A, et al. The antidepressant fluoxetine restores plasticity in the adult visual cortex. *Science.* 2008;320(5874):385-388. doi:10.1126/science.1150516

**36.** Bartels C, Wagner M, Wolfsgruber S, Ehrenreich H, Schneider A; Alzheimer's Disease Neuroimaging Initiative. Impact of SSRI therapy on risk of conversion from mild cognitive impairment to Alzheimer's dementia in individuals with previous depression. *Am J Psychiatry.* 2018;175(3): 232-241. doi:10.1176/appi.ajp.2017.17040404

**37.** Hawkins PCT, Wood TC, Vernon AC, et al. An investigation of regional cerebral blood flow and tissue structure changes after acute administration of antipsychotics in healthy male volunteers. *Hum Brain Mapp.* 2018;39(1):319-331. doi:10.1002/hbm.23844

**38.** Tost H, Braus DF, Hakimi S, et al. Acute D2 receptor blockade induces rapid, reversible remodeling in human cortical-striatal circuits. *Nat Neurosci.* 2010;13(8):920-922. doi:10.1038/nn.2572

**39.** Yates K, Lång U, Cederlöf M, et al. Association of psychotic experiences with subsequent risk of suicidal ideation, suicide attempts, and suicide deaths: a systematic review and meta-analysis of longitudinal population studies. *JAMA Psychiatry.* 2019;76(2):180-189. doi:10.1001/jamapsychiatry.2018.3514

© 2020 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ by a La Trobe University User  on 02/26/2020

Exhibit S | Index 12 | p. 10

Neuropsychopharmacology (2005) 30, 1649–1661
© 2005 Nature Publishing Group   All rights reserved 0893-133X/05 $30.00
www.neuropsychopharmacology.org



# The Influence of Chronic Exposure to Antipsychotic Medications on Brain Size before and after Tissue Fixation: A Comparison of Haloperidol and Olanzapine in Macaque Monkeys

**Karl-Anton Dorph-Petersen[1], Joseph N Pierri[1], James M Perel[1,2], Zhuoxin Sun[3], Allan R Sampson[3] and David A Lewis*,[1,4]**

[1]Department of Psychiatry, University of Pittsburgh, Pittsburgh, PA, USA; [2]Department of Clinical Pharmacology, University of Pittsburgh, Pittsburgh, PA, USA; [3]Department of Statistics, University of Pittsburgh, Pittsburgh, PA, USA; [4]Department of Neuroscience, University of Pittsburgh, Pittsburgh, PA, USA

It is unclear to what degree antipsychotic therapy confounds longitudinal imaging studies and post-mortem studies of subjects with schizophrenia. To investigate this problem, we developed a non-human primate model of chronic antipsychotic exposure. Three groups of six macaque monkeys each were exposed to oral haloperidol, olanzapine or sham for a 17–27 month period. The resulting plasma drug levels were comparable to those seen in subjects with schizophrenia treated with these medications. After the exposure, we observed an 8–11% reduction in mean fresh brain weights as well as left cerebrum fresh weights and volumes in both drug-treated groups compared to sham animals. The differences were observed across all major brain regions (frontal, parietal, temporal, occipital, and cerebellum), but appeared most robust in the frontal and parietal regions. Stereological analysis of the parietal region using Cavalieri's principle revealed similar volume reductions in both gray and white matter. In addition, we assessed the subsequent tissue shrinkage due to standard histological processing and found no evidence of differential shrinkage due to drug exposure. However, we observed a pronounced general shrinkage effect of ~20% and a highly significant variation in shrinkage across brain regions. In conclusion, chronic exposure of non-human primates to antipsychotics was associated with reduced brain volume. Antipsychotic medication may confound post-mortem studies and longitudinal imaging studies of subjects with schizophrenia that depend upon volumetric measures.
*Neuropsychopharmacology* (2005) **30**, 1649–1661. doi:10.1038/sj.npp.1300710; published online 9 March 2005

**Keywords:** macaque monkeys; haloperidol; olanzapine; schizophrenia; shrinkage; stereology

## INTRODUCTION

Investigations of the structure of the human brain, both via *in vivo* imaging (Shenton *et al*, 2001; Niznikiewicz *et al*, 2003) and post-mortem studies (Harrison, 1999; Harrison and Lewis, 2003), are essential for understanding the neurobiology of schizophrenia. However, use of antipsychotic medications as treatment for schizophrenia represents a potential confounding factor in many of these studies. For example, MRI studies of structural brain changes across time are limited by the fact that—due to

obvious ethical reasons—neither untreated subjects with schizophrenia nor control subjects exposed to antipsychotic medications can be used as comparison groups. Similarly, in post-mortem studies almost all subjects with schizophrenia have been treated with antipsychotic medications, whereas normal comparison subjects were not exposed to such medications.

We have advocated a three-fold strategy to address the problem of confounding due to chronic antipsychotic drug treatment in post-mortem studies of schizophrenia (Lewis, 2002). This strategy includes (1) the comparison of subjects with schizophrenia who were on or off medication at the time of death, (2) the comparison of subjects with other psychiatric disorders (eg major depression with psychosis) who were on or off antipsychotic medication at the time of death, and (3) the use of non-human primates exposed chronically to antipsychotic medications in a manner that mimics clinical practice. Although each of these approaches has its own intrinsic limitations, a convergence of findings

*Correspondence: Dr DA Lewis, Department of Psychiatry, University of Pittsburgh, 3811 O'Hara Street, W1651 BST, Pittsburgh, PA 15213, USA, Tel: +1 412 624 3934, Fax: +1 412 624 9910,
E-mail: lewisda@msx.upmc.edu
Received 13 September 2004; revised 11 January 2005; accepted 18 January 2005
Online publication: 31 January 2005 at http://www.acnp.org/citations/NPP01310504422/default.pdf



1650

across studies provides compelling evidence that antipsychotics do or do not account for the finding of interest. The third arm of this triad is particularly important because it is the only approach that permits fully controlled experimental conditions. In this regard, the non-human primate model may be informative not only for human post-mortem studies but also for interpreting the outcome of longitudinal *in vivo* imaging studies of subjects with schizophrenia. For example, such studies have found evidence of brain volume changes evolving with time (Thompson *et al*, 2001; Ho *et al*, 2003; Pantelis *et al*, 2003; Sporn *et al*, 2003) that are potentially related to disease progression, but that might also reflect an effect of treatment.

In addition to their effects on the brain *in vivo* (eg drug-induced changes in cell number in a given brain region), antipsychotic drugs might also induce changes in brain structure or composition that affect post-mortem tissue behavior. For example, knowing whether antipsychotic drug exposure *in vivo* causes differential tissue shrinkage during histological processing is essential for interpreting post-mortem volumetric studies.

Consequently, in this study, we developed a non-human primate model of oral antipsychotic treatment by chronically exposing groups of macaque monkeys to either haloperidol (a conventional antipsychotic), olanzapine (a second-generation antipsychotic) or sham (placebo). Using this model, we addressed the following questions: (1) Do antipsychotic medications induce changes in total or regional brain weight or volume? (2) Do antipsychotic medications affect the tissue shrinkage that occurs during post-mortem processing? (3) Do these effects differ as a function of type of antipsychotic drug?

## METHODS

### Animals and Training

Eighteen experimentally naïve male macaque monkeys (*Macaca fascicularis*), 4.5–5.3 years of age, were obtained from LABS of Virginia (Yemassee, SC). All animals were housed in single cages grouped together in the same room at the University of Pittsburgh Primate Research Laboratory. Six animals were randomly selected to form a group, with the remaining animals divided into two groups so that average body weights were approximately balanced across the three exposure groups (haloperidol, olanzapine, or sham). All studies were carried out in accordance with the NIH Guide for the Care and Use of Laboratory Animals and were approved by the University of Pittsburgh Institutional Animal Care and Use Committee.

All animals were trained to self-administer fruit punch-flavored sucrose pellets. Self-administration of the pellets was reinforced with raisins and was followed by drinking 60 ml of orange drink from a syringe. The orange drink was administrated in order to have an alternate vehicle for drug administration, should an animal become unreliable in ingesting the pellets. When animals achieved 100% compliance, sucrose pellets containing drug were introduced to the haloperidol group. Owing to delays in obtaining olanzapine, the animals in this group received sham pellets for the first ~10 months. Two monkeys initially allocated to the sham group were switched with two

initially allocated to the olanzapine group immediately before the initiation of the olanzapine treatment (see Animal Health section below).

### Drug Preparation and Administration

Sucrose pellets (190 mg) containing haloperidol sulfate (Spectrum Chemicals and Laboratory Products, Gardena, CA), olanzapine (Eli Lilly, Indianapolis, IN), or no drug (sham pellets) were custom made (Research Diets Inc., New Brunswick, NJ). Two dosage levels per pellet were ordered for each drug. Quality control assays determined the content of haloperidol to be 1.0 or 2.0 mg/pellet and the content of olanzapine to be 0.55 or 1.1 mg/pellet. Methods for quality control were identical to those used for drug plasma level analysis (see Blood Sampling section below).

All medication and sham treatments were administered orally twice daily (between 08:30 and 09:30, and between 15:30–16:30), 5 days a week for the first ~5 months and all 7 days a week for the rest of the study (~22 months). Each monkey could receive the drug in one of three ways: (1) by ingesting intact pellets; (2) by ingesting the dissolved drug (haloperidol) or pulverized pellets in orange drink; and (3) by ingesting pellets pulverized in treats consisting of fresh or dehydrated fruit, or mixed with peanut butter or jelly. All monkeys were always given orange drink containing quinine sulfate as a taste mask to prevent the animals from knowing whether or not drug was present. During the study, animals in the haloperidol and the olanzapine groups required increasingly greater effort to maintain compliance with the dosing regimen. The animals seemed to develop an aversion to the taste and/or the subjective effects of the medication. Thus, dosing vehicles were adapted to ensure that the animals complied with drug ingestion.

Drug doses were increased over time based upon the monitored drug plasma levels. The goal was to achieve and maintain plasma concentrations of each drug that approximated those associated with a therapeutic response in humans. In a previous study (Akil *et al*, 1999; Pierri *et al*, 1999), we exposed monkeys to doses of haloperidol decanoate, resulting in mean (SD) trough haloperidol plasma levels of $4.3 \pm 1.1$ ng/ml, which are similar to the mean (SD) plasma level of $4.9 \pm 2.9$ ng/ml (total + reduced haloperidol) observed in humans treated according to the model of 'neuroleptic threshold dosing' (McEvoy *et al*, 1986, 1991). Consistent with this strategy, we observed notable extrapyramidal side effects in these animals. However, more recent imaging studies of dopamine $D_2$ receptor occupancy suggest that antipsychotic efficacy, without pronounced extrapyramidal symptoms or hyperprolactinemia, occurs when 65–72% of striatal dopamine $D_2$ receptor are occupied (Farde *et al*, 1992; Nordström *et al*, 1993; Kapur *et al*, 1998, 2000; Kapur and Seeman, 2001). In humans, this level of occupancy is associated with haloperidol plasma levels of ~1–1.5 ng/ml (Nyberg *et al*, 1995; Kapur *et al*, 1997) or olanzapine plasma levels of ~10–25 ng/ml (Kapur *et al*, 1998, 1999). Furthermore, clinical trials have documented that antipsychotic dosages corresponding to these plasma levels are associated with the desired antipsychotic effect (Perry *et al*, 1997, 2001; Apiquian *et al*, 2003; Keefe *et al*, 2004; Oosthuizen *et al*, 2004). Consequently, in this study, we sought to obtain plasma levels of 1–1.5 ng/ml for



haloperidol and of 10–25 ng/ml for olanzapine. We chose to use oral administration of both drugs in order to mimic more closely the most common mode of drug administration in humans and because a depot form of olanzapine was not available.

## Blood Sampling

Prior to the study, all animals were trained to enter a transfer box and then a restraining chute so that blood samples could be obtained without sedation, thus minimizing the exposure of animals to ketamine, an NMDA-receptor antagonist that in humans can induce clinical features reminiscent of schizophrenia. All samples were drawn from the femoral vein approximately 7–8 h after the morning dose in order to obtain trough plasma levels. Assays for haloperidol and olanzapine were performed using high-performance liquid chromatography, with the haloperidol assay based upon electrochemical detection (Gupta *et al*, 1995) and the olanzapine assay based upon ultraviolet detection (Olesen and Linnet, 1998). Interassay coefficients of variation, as estimated from the results of quality control samples, were 8.9% for haloperidol and 5.3% for olanzapine. The lower limit of quantitation for haloperidol was 0.25 ng/ml and the corresponding value for olanzapine was 2 ng/ml.

## Animal Health and Behavior

No quantitative measures of behavior were obtained during the study, other than those associated with compliance with the drug exposure regimen. Qualitatively, animals in both the haloperidol and olanzapine groups showed signs of mild bradykinesia and sedation that appeared to worsen with increasing dose, and some animals seemed to become more aggressive with time. This aggressive behavior was noted to develop in four of the olanzapine-exposed animals and in two of the haloperidol-exposed animals.

Animals had free access to water, and were fed in the evening after receiving the afternoon dose of drugs to increase the likelihood that they would consume drug-containing food or drink. All animals were given between 20 and 30 monkey food pellets (Purina Monkey Chow) per day, which was standard for the population of macaque monkeys at the University of Pittsburgh Primate Research Laboratory. Throughout the study, all animals were provided access to other forms of enrichment including seeds for foraging, toys, and fruit and other food treats. Thus, although the animals were not given unlimited access to food, they were not food restricted.

Throughout the study, all animals were regularly monitored by the University of Pittsburgh Veterinary Staff. Over more than 2 years of study, only two animals—both in the olanzapine group—exhibited medical complications: One animal (2846) experienced recurrent episodes of diarrhea, which resolved with bowel rest or metronidazole, and which did not interfere with the animal's drug compliance. The other animal (2836) engaged in self-injurious behavior prior to starting drug treatment. This animal recurrently cut his hands and feet with the canines, and on several occasions required stitches to close wounds. During the study, this monkey also received NSAIDs and pain medication

(buprenorphine) on several occasions. The monkey was initially in the sham group, but was switched into the olanzapine group (resulting in a shuffle of four monkeys total in order to keep the means of the body weights matched across groups), immediately before the initiation of olanzapine treatment, on the rationale that the olanzapine might decrease the frequency of self-injurious behavior. However, no olanzapine-related change in this behavior was seen. To address these behavioral problems, the animal was provided with increased human contact, doubling of cage space, and enhanced enrichment, and the cage was moved to an area of decreased stimulation. Under these circumstances, the animal's behavior stabilized. It should be noted that excluding the data from this animal did only change the results marginally and did not alter any conclusion.

## Brain Removal and Measurements

Matched by terminal body weight, monkeys were euthanized in triads—one from each group. All three monkeys of each triad were euthanized on the same day, with the six triads euthanized over a period of 74 days. Each monkey was euthanized by an overdose of pentobarbital (50 mg/kg) and removal of the fresh brain was completed within approximately 25 min. The weight of the fresh, whole brain was obtained on a calibrated lab scale (PJ3600 DeltaRange, Mettler-Toledo, OH) with a precision of 0.01 g. The same scale was used for all subsequent measures (described in detail below). The cerebellum and brainstem were then separated from the cerebrum by a cut through the mesencephalon at the level of the superior colliculi. The cerebrum was split by a sagittal cut through the corpus callosum and the cerebellum and brainstem were similarly bisected. The right half of each brain was cut into slabs (∼5 mm) and frozen fresh in isopentane on dry ice and subsequently stored at −80°C. The left cerebellum/brainstem and the cerebrum were immediately placed in ice-cold 0.1 M phosphate buffer, pH = 7.3.

After 5 min in the buffer, the left cerebrum was dissected into four pieces following the gyration pattern: (1) The frontal piece was removed by cutting (locally perpendicular to the pial surface) through the superior frontal gyrus and the anterior cingulate gyrus at the level of the central sulcus, within the corpus callosum along its dorsal and rostral edge, at the bottom of the central sulcus, along the rostral part of the circular sulcus of the insula, and around the temporal pole. During this procedure, the striatum was split. (2) The occipital piece was removed by a planar cut through the bottom of the lunate sulcus and extending to the medial surface of the hemisphere. (3) The parietal piece was separated from the remainder of the brain by cutting through the corpus callosum along its dorsal edge, at the bottom of the lateral fissure, and through the angular gyrus. (4) The remaining piece consisted of the temporal lobe, insula, and most of the basal ganglia, including the entire thalamus.

When the dissection was complete, the five pieces from the left hemisphere were individually blotted dry and weighed, and their volumes determined by Archimedes' principle of fluid displacement. We used a high-precision approach (Figure 1), in which the weight of the displaced

1652



$$W = 7.72 \text{ g} \qquad V = \frac{W_d}{\rho_d} = \frac{7.68 \text{ g}}{1.14 \text{ g/cm}^3} = 6.74 \text{ cm}^3$$

**Figure 1** Measurement of tissue weight and volume. Left: The tissue piece is weighed at the scale. Right: The principle of Archimedes *ad modum* Scherle (1970). A beaker containing a fluid is placed on the scale, the tissue supporter is inserted into the fluid to a mark on the handle, and the scale is reset to zero, preventing the volume of the supporter from biasing the measure. Then, the tissue piece on the supporter is lowered into the fluid to the mark, and the readout of the scale indicates the weight of the displaced fluid. The volume of the displaced fluid (ie the volume of the tissue piece) is then calculated using the density of the fluid. $W$ and $V$ are weight and volume of the tissue piece, and $W_d$ and $\rho_d$ are weight and density of the displaced fluid (storing solution in this example).

fluid is measured (Scherle, 1970; Weibel, 1979). The pieces were then placed in ice-cold 4% paraformaldehyde in 0.1 M phosphate buffer (pH 7.4) for 48 h, washed in a graded series of sucrose solutions (12, 16, and 18%), and stored in an antifreeze solution (30 vol% ethylene glycol and 30 vol% glycerin in 0.024 M phosphate buffer) at −30°C. The post-mortem interval (PMI, time from death to immersion into fixative) for the left hemisphere pieces was kept at approximately 72 min for all 18 brains.

To assess the tissue deformation (predominantly shrinkage) introduced by these tissue-processing procedures, the weight and volume of each piece were determined, using the approach described above, at every major step in the tissue processing (ie fresh, after 48 h of fixation, after ∼12 days in sucrose solutions, after ∼11 days in storing solution at 4°C, and finally after approximately 1 year in storing solution at −30°C). Storing solution was used for the fluid displacement in the final measure, while all the previous measures were made in 0.1 M phosphate buffer.

### Stereological Assessment of Parietal Piece Volumes

The volumes of gray and white matter in the parietal pieces were estimated using Cavalieri's principle (Gundersen and Jensen, 1987; Howard and Reed, 1998). The parietal pieces (equilibrated in storing solution) were embedded in agar — 7% low-melt agarose (SeaPlaque Agarose, Cambrex, Rockland, ME) in storing solution — and cut into 2.5-mm thick slabs perpendicular to the intraparietal sulcus. The slicing procedure ensured that all cuts had a systematic, uniformly random position within each tissue piece. The slabs were returned to storing solution and coded as to subject number and group. The resulting cut surfaces of the slabs (12–15 slabs per brain) were observed using a Nikon SMZ1500 Stereoscopic Zoom Microscope, mounted on a Nikon C-DSDF diascopic stand F, illuminated from above by fiber optic light from a 150 W Tungsten Halogen Light Source

(Schott-Fostec, Auburn, NY), and equipped with a 0.5 × HR Plan Apo Nikon objective, a Nikon DN100 Digital Net Camera (1280 × 960 pixels), and a Triniton Multiscan G420 color monitor. Each cut generates two cut surfaces, which obviously are mirror images of each other. Owing to the overall spindle shape of the parietal pieces, most slabs had a conical appearance where one cut surface was bigger than the other. It turned out to be very difficult to tell the exact outer boundary of the smaller cut surface due to over-projection of the larger cut surface through the transparent agar matrix. Therefore, the caudal surfaces of the rostral slabs were observed until the maximum total area was reached; the slab with maximal area was ignored; and the rostral surfaces of the caudal slabs were observed. In this way, each cut was observed using the cut surfaces that were the larger on its slab and therefore not biased by overprojection. All slabs were observed by one investigator (blind to exposure status) at a final magnification of 9 × at the monitor. A square point grid printed on a transparency was superimposed uniformly random over the monitor image of each cut surface. The areas of gray and white matter observed at each cut surface were estimated from the number of points hitting the gray or white matter, respectively. From these counts, the gray and white matter volumes for each parietal piece were estimated as:

$$V := T \sum A_i$$
$$= Ta \sum P_i$$

where $T = 2.5$ mm is the mean slab thickness, $a = 2.29$ mm$^2$ is the area per point of the point grid (corrected for magnification), $A_i$ is the gray or white matter area of the $i$th cut surface, and $P_i$ is the respective number of points hitting gray or white matter. For each parietal piece, on average a total of 430 points were counted over gray matter and 215 over white matter. The corresponding mean coefficients of error, CE, were estimated to be 0.02 for the gray matter volumes, 0.03 for the white matter volumes, and 0.01 for the combined total volume using the methods of Gundersen *et al* (1987, 1999).

### Precision and Accuracy of the Archimedean Approach

In order to assess the precision of the weight and Archimedean measurements, we performed two sets of measurements for the 15 pieces from one triad of monkeys. The measurements were obtained by the same person, morning and afternoon of the same day, using samples from the same batch of storing solution for displacement. However, the tissue pieces were returned to the freezer, the scale recalibrated, and the glassware changed between the measurements. The concordance of the remeasured weights and volumes (Figure 2) indicated a very high level of precision corresponding to a CE ≈ 0.004 for both weights and volumes.

In order to assess the accuracy of the Archimedean measurements, we measured the volume of all 18 parietal pieces immediately before embedding in agar. In this way, we could compare the total volume measures obtained by the Archimedes' principle to corresponding volume estimates obtained by Cavalieri's principle. To measure the inter-rater reliability of the Archimedean measurements,

Exhibit S | Index 12 | p. 14

Exposure to antipsychotics and brain size
K-A Dorph-Petersen *et al*



1653



**Figure 2** Precision of the Archimedean volume measures as demonstrated by 15 pairs of observations. Filled circles indicate sham; thin open circles, haloperidol; and thick open circles, olanzapine. Line is the identity line.

two observers measured the same 15 tissue pieces at the same time, but blind to each other. The intraclass correlation coefficient of 0.9998 (95% confidence interval, 0.9993–0.9999) illustrated that our Archimedean measurements are as reliable as weighing the tissue. The weight and the Archimedean measures were performed by several observers who were not formally blind to the exposure status. Owing to the very high inter-rater reliability, precision, and accuracy of the methods, we judged there were virtually no room for any observer bias and no need for blinding at this initial stage.

### Statistics

To examine the difference in initial body weight and age of the animals at the time of euthanasia among exposure groups (sham, haloperidol, and olanzapine), one-way analysis of variance (ANOVA) models were used, with the exposure group as the main effect. To explore the differences in terminal body weight among the three groups, an analysis of covariance (ANCOVA) model was used, with group as the main effect and initial body weight as a covariate.

One-way ANOVA models with the exposure group as the main effect were performed to examine the differences among the three groups for each primary response variable. For the multiple comparisons procedure, which compared both drug exposed groups with the sham group, we used Dunnett's procedure (Hochberg and Tamhane, 1987). To examine the robustness of the ANOVA conclusions, the Kruskal–Wallis test, a nonparametric alternative to the one-way ANOVA, was carried out to test the group effect for each response variable. As a nonparametric analogue of the Dunnett's multiple comparisons procedure in one-way

ANOVA, Steel's procedure (Hochberg and Tamhane, 1987) was used to confirm results of the comparisons of the drug-exposed groups with the sham group.

A two-way ANOVA model was employed to analyze the main group effect and the triad blocking effect on the change in the left brain volume as a result of tissue processing. Multiple comparisons among triads used Tukey's procedure (Neter *et al*, 1996). To examine the difference in shrinkage among the five regions of the brain, the multivariate analysis of variance (MANOVA) model based on repeated measures with a compound symmetric covariance structure (Littell *et al*, 1996) was used with exposure group as the main effect, triad as a blocking effect, and region as a within-subject effect. Regions were compared using the Bonferroni multiple comparisons procedure.

Analyses were implemented in SAS PROC GLM (SAS Institute Inc., 1990), SAS PROC MIXED (Littell *et al*, 1996), and SAS PROC NPAR1WAY (SAS Institute Inc., 1990). F-tests for the effect of diagnostic group are based on type III sum of squares. An alpha level of 0.05 was selected as indicator of significance for all tests and multiple comparisons.

### RESULTS

#### Monkey Model of Chronic Antipsychotic Drug Exposure

The doses of haloperidol and olanzapine were gradually increased (Figure 3, top), until the monkeys were receiving 24–28 mg of haloperidol or 11.0–13.2 mg of olanzapine per day. The final trough drug plasma levels were ~1.5 ng/ml for haloperidol and ~15 ng/ml for olanzapine (Figure 3, bottom). Neither the initial (by design) nor the terminal mean body weight of the monkeys differed significantly across the groups. Mean (coefficient of variation $CV = SD/mean$) initial body weights were 4.40 (0.21) kg, 4.12 (0.14) kg, and 4.12 (0.29) kg for the sham, haloperidol, and olanzapine groups, respectively. The corresponding mean (CV) terminal body weights were 6.05 (0.20) kg, 6.13 (0.20) kg, and 6.05 (0.12) kg. Most animals did increase substantially in weight during the experimental period (Figure 4), consistent with the expected growth of male animals of this species and age. The mean (CV) age of the animals at time of euthanasia did not differ ($F_{2,15} = 0.48$, $p = 0.63$) and were 84.0 (0.03) months, 85.2 (0.05) months, and 83.1 (0.04) months for the sham, haloperidol, and olanzapine groups, respectively.

#### Fresh Brain Weight and Volume

The mean fresh brain weights differed significantly among the three exposure groups ($F_{2,15} = 3.99$, $p = 0.041$), with those of the haloperidol (H) and olanzapine (O) groups 8.1% and 9.6%, respectively, lower than that of the sham (S) group (Figure 5). The fresh weight and volume of the left cerebrum were calculated for each brain as the sum of the respective measures of the four cerebral tissue pieces, as this was the most anatomically well-defined unit in the study. Mean fresh left cerebral weights differed significantly ($F_{2,15} = 4.85$, $p = 0.024$) among the groups; weights of the

**Exposure to antipsychotics and brain size**
K-A Dorph-Petersen *et al*

1654



**Figure 3**  Top: Administrated daily drug dose as a function of time for each monkey in the haloperidol- (left) and olanzapine- (right) exposed groups. Numbers within each plot indicate how many monkeys received that drug dose. For example, at day 651, two monkeys were raised to a final haloperidol dosage of 28 mg/day, and 23 days later, additional three animals were raised to that level. The punctuated line and the light gray area at the beginning of the haloperidol graph indicate the initial period with drug administration limited to 5 days a week. Bottom: Mean trough plasma levels of the respective drug for the six monkeys in each group. The error bars indicate the standard error of the mean for each group at each time point. The plots at the bottom terminate earlier than the plots at the top because the monkeys were euthanized (in triads) over a 74-day period.



**Figure 4**  Increase in mean body weights for each group (S, sham; H, haloperidol; O, olanzapine) across the course of the study. Vertical lines indicate the time points when each of the two drugs was introduced. The mean (CV) percentage gain in weight for each group was: sham, 38% (0.37); haloperidol, 53% (0.79); olanzapine, 53% (0.53).



**Figure 5**  Fresh brain weights for the sham- (S), haloperidol- (H) and olanzapine- (O) exposed monkeys. The horizontal bars indicate group means.

H and O groups were 8.9% and 10.9% lower, respectively, than the S group (Table 1). The corresponding mean fresh left cerebral volumes showed virtually the same pattern: H

*vs* S decreased by 8.8% and O *vs* S decreased by 10.5% ($F_{2,15} = 4.70$, $p = 0.026$).

Comparison of mean fresh weights of individual tissue pieces suggested that the differences were more robust in the frontal and parietal regions (Figure 6). Specifically, the mean weight of the frontal piece was significantly ($F_{2,15} = 4.55$, $p = 0.029$) lower by 10.1% and 10.4% in the

Exhibit S | Index 12 | p. 16

H and O groups, respectively, relative to S; for the parietal piece, H was decreased by 11.2% and O was decreased by 13.6% ($F_{2,15} = 5.20$, $p = 0.019$) relative to S. The other three regions followed the same general pattern, but the differences did not achieve statistical significance: temporal, H *vs* S decreased by 6.9% and O *vs* S decreased by 10.5% ($F_{2,15} = 2.31$, $p = 0.13$); occipital, H *vs* S decreased by 9.7% and O *vs* S decreased by 9.8% ($F_{2,15} = 0.60$, $p = 0.56$); and cerebellum and brainstem, H *vs* S decreased by 8.7% and O *vs* S decreased by 8.5% ($F_{2,15} = 0.92$, $p = 0.42$). The pattern for the corresponding volumes was virtually identical, indicating only minor variability in the tissue density within the same brain region across the monkeys. Results of the multiple comparisons procedure are shown for all significant ANOVAs in Figure 7.

## Changes in Brain Weight and Volume during Tissue Processing

During the first four phases of tissue processing, brain weight and volume decreased in an identical manner across the three exposure groups (Figure 8). Over time in storing solution, brain weight and volume partially returned to initial values. The mean final tissue shrinkage due to tissue processing was 20.5% (CV = 0.13) and was virtually identical ($F_{2,10} = 1.02$, $p = 0.39$) across the three groups of animals (Table 2). However, we observed a significant difference in final shrinkage across the six triads ($F_{5,10} = 13.31$, $p = 0.0004$), with the brains from the monkeys of the first triad shrinking significantly less than the five other triads, even though the experimental protocol did not differ across triads. Additionally, a marked difference in shrinkage pattern was observed across the five tissue regions ($F_{4,68} = 71.31$, $p < 0.0001$). Pair-wise comparisons indicated significant differences in the amount of shrinkage



**Figure 7** The 95% confidence intervals for the relative difference of each exposure group (haloperidol, H; olanzapine, O) *vs* sham group (S) calculated using Dunnett's method for each variable that reached significance in the main ANOVAs. For those intervals that cross the origin, the difference between groups did not reach the 0.05 significance level.



1 - Fresh
2 - 48 hours paraformaldehyde
3 - 12 days sucrose solution
4 - 11 days storing solution
5 - 1 year in freezer

S ‑ ‑ ‑
H ———
O ·······

**Figure 8** Plots of the mean weight (left) and volume (right) of the entire left hemisphere at specific stages in tissue processing for the sham- (S), haloperidol- (H) and olanzapine- (O) exposed monkeys.

**Table 1** Mean (CV) Fresh Weight and Volume of the Left Cerebrum for Each Group of Animals

| | Weight (g) | Volume (cm³) |
|---|---|---|
| Sham | 30.53 (0.03) | 29.37 (0.03) |
| Haloperidol | 27.80 (0.10) | 26.79 (0.09) |
| Olanzapine | 27.20 (0.07) | 26.28 (0.07) |



**Figure 6** Fresh weights of the individual tissue pieces from the left brain of the monkeys of the sham- (filled circles), haloperidol- (thin open circles) and olanzapine- (thick open circles) exposed groups. The horizontal bars indicate group means.

Exhibit S | Index 12 | p. 17

1656

**Table 2** Mean (CV) Final Shrinkage of Brain Regions and of the Whole Left Brain for Each Group

| Region | Sham | Haloperidol | Olanzapine |
|---|---|---|---|
| Temporal–basal ganglia | 25.1% (0.15) | 23.5% (0.13) | 23.6% (0.11) |
| Frontal | 21.7% (0.15) | 21.8% (0.17) | 21.0% (0.17) |
| Cerebellum–brainstem | 18.9% (0.19) | 17.8% (0.17) | 16.6% (0.13) |
| Parietal | 16.7% (0.14) | 17.1% (0.08) | 16.8% (0.11) |
| Occipital | 15.3% (0.18) | 15.3% (0.13) | 15.2% (0.09) |
| Whole left brain | 21.0% (0.15) | 20.5% (0.14) | 20.0% (0.12) |



**Figure 9** Gray and white matter volume in the parietal pieces determined by Cavalieri's principle for each of the sham- (S), haloperidol- (H) and olanzapine- (O) exposed monkeys. The horizontal bars indicate group means. Lettering at the top indicates the results of Dunnett's procedure; regions not sharing the same letter are significantly different at $p < 0.05$.



**Figure 10** Comparison of the volume measures of the parietal pieces obtained by Archimedes' principle and Cavalieri's principle for each of the 18 animals. Filled circles indicate sham; thin open circles, haloperidol; and thick open circles, olanzapine. Line is the identity line.

across regions, with the greatest shrinkage occurring in the temporal–basal ganglia piece and the least in the occipital region (Table 2).

### Gray and White Matter Volume of the Parietal Region

In order to determine whether the reductions in brain volume observed in the H and O animals reflected changes in gray and/or white matter volumes, we estimated the volumes of these compartments in the stored parietal pieces (Figure 9). The mean gray matter volume was significantly ($F_{2,15} = 6.12$, $p = 0.011$) reduced in the H (11.8%) and O (15.2%) compared to S, while similar decreases in mean white matter volume (H, 13.3%; O, 12.7%) almost reached significance ($F_{2,15} = 3.03$, $p = 0.079$).

### Accuracy of the Archimedean Approach

In order to verify the accuracy of the Archimedean volume measurement, we assessed the volumes of the parietal pieces using two different methods (Archimedes' *vs* Cavalieri's

principle). The comparison of Cavalieri estimates and Archimedean measures of total parietal volume indicated a high degree of concordance with a small systematic difference; the Archimedean measures were larger by an average of 2.9% (Figure 10), without a systematic difference in bias across the exposure groups.

### DISCUSSION

### Effects of Haloperidol and Olanzapine on Brain Weight and Volume

In the present study, we observed smaller brain weights and volumes in male macaque monkeys after 1.5–2.3 years of exposure to haloperidol or olanzapine at plasma drug levels comparable to those in treated humans. Exposure to either of the drugs was associated with a similar reduction in mean fresh brain weight, as well as mean fresh weight and volume of the left cerebrum, compared to matched, placebo-exposed animals. For both drugs, the magnitude of these effects was in the range of 8–11%. The reduction seemed to be global (ie including all brain regions), but was most robust in the frontal and parietal lobes. In addition, both gray and white matter volumes appeared to be reduced to a similar degree.

Several factors must be considered when interpreting the results. First, although macaque monkeys provide a more relevant brain model for human studies than do rodents, they metabolize antipsychotic drugs differently than humans. For example, approximately 55% of an oral dose of olanzapine is absorbed in monkeys *vs* at least 65% in humans; the terminal elimination half-life is ~3 h in monkeys *vs* ~27 h in humans; and due to different metabolic pathways, the plasma levels of the various

Exhibit S | Index 12 | p. 18



metabolites of unknown bioactivity are quite likely very different (Kassahun *et al*, 1997; Mattiuz *et al*, 1997). Likewise, haloperidol is metabolized markedly faster by monkeys than humans (JM Perel and L Roizin, personal communication). Consistent with these differences in metabolism, the doses (in mg/kg) required in reaching comparable drug plasma levels were substantially higher in monkeys than those used in humans.

Second, it is not clear how an apparent drug effect on the brain of monkeys translates to humans with schizophrenia or other brain disorders. Specifically, we cannot conclude that normal human brains would show the same changes in weight and volume as monkeys, and if they do, whether the effect would be of the same, greater, or smaller magnitude in individuals with brain disorders. Finally, we cannot infer from this study whether such changes represent a beneficial, unwanted, or incidental effect.

To our knowledge, previous structural studies of primates exposed to antipsychotic medication has not assessed either total fresh or fixed volumes or weights (Akil *et al*, 1999; Pierri *et al*, 1999; Selemon *et al*, 1999), although all assume, based on cortical thickness measures, that no cortical volume loss occurred. However, a volume loss of ~10% as seen here corresponds to a linear change of ~3%, the detection of which requires more accurate and precise measurements than previously used. In this context, it should be mentioned that each of these previous studies based their structural analyses on density measures, which are known to be very sensitive to volume changes (Mendis-Handagama and Ewing, 1990). For example, both the increased 2-D densities of GAT-1-immunoreactive cartridges reported by Pierri *et al* (1999), and the increased glial 3-D densities reported by Selemon *et al* (1999) associated with antipsychotics, are very difficult to interpret unambiguously without measures of total cartridge or glia number and the corresponding reference volume. In light of our findings, the increased densities reported by these two studies could be a result of a reduction in the reference volume.

## Potential Sources of the Observed Reductions in Brain Volume

What happened to the brain volume in our monkeys? Regions enriched in dopamine $D_2$ receptors might be hypothesized to be preferentially affected. However, due to the tissue-blocking procedure (see next section), it is not possible from our data to determine whether regions enriched in dopamine $D_2$ receptors were predominantly affected. As both the gray and white matter appeared to be reduced to a similar degree in the parietal piece, the most parsimonious explanation of the findings would be a change in a structural element common to both compartments, that is, involving neurons and their processes (axons and dendrites), glia cells, and/or the vascular bed. Owing to the limited number of non-human primate studies, the following discussion is to a large degree based upon what we know from human studies.

The observed differences could be due to a decrease in the number or size of one or several types of neurons. Modern stereological studies of total neuron number in a range of brain regions have not found evidence of a deficit in

neuronal number in subjects with schizophrenia (most of whom had been treated with antipsychotics) (Heckers *et al*, 1991; Pakkenberg, 1993; Thune *et al*, 2001; Andersen and Pakkenberg, 2003). Even the seemingly robust findings of reduced neuronal number in the mediodorsal thalamic nucleus previously reported by several groups have recently been questioned (Cullen *et al*, 2003; Dorph-Petersen *et al*, 2004; Young *et al*, 2004). On the other hand, studies of various brain regions in (predominantly medically treated) subjects with schizophrenia have reported decreased somal cell volumes (Benes *et al*, 1991; Arnold *et al*, 1995; Rajkowska *et al*, 1998; Pierri *et al*, 2001; Sweet *et al*, 2003, 2004), suggesting that a treatment-related reduction in neuronal size (with associated reductions in dendritic and axonal arbors) may be present. However, although consistent, these neuronal somal size studies should be interpreted with some care as none of these studies fully applied unbiased stereological methods of sampling and measurement. In addition, a recent stereological study of brains from males chronically treated with antipsychotics did not find reductions in the total length or diameter of myelinated nerve fibers in prefrontal or global white matter (Marner and Pakkenberg, 2003). However, as unmyelinated fibers were not investigated, a change in these could not be ruled out.

Alternatively, the observed volume reduction could be due to changes in glia cells. Interestingly, several psychiatric disorders have been reported to have decreased glia cell number or density (Cotter *et al*, 2001, 2002; Rajkowska *et al*, 2001; Hof *et al*, 2003; Stark *et al*, 2004). However, additional studies are needed to determine whether these observed glial changes are specific to the respective diseases or related to treatment with antipsychotic drugs. A growing body of literature describes abnormalities in myelination in schizophrenia (Davis *et al*, 2003), although again it is not clear to what degree these findings reflect treatment with antipsychotics.

Another candidate for structural changes in both white and gray matter may be the vascular bed. However, as studies of different brain regions in different species have consistently found that the vascular bed comprises less than 5% of the total brain volume (Haug, 1986; Weis *et al*, 1996; Løkkegaard *et al*, 2001), a reduction in the vascular bed could contribute to, but not fully account for, the observed volume reductions.

## Implication for Studies of Schizophrenia

The results of this study raise the possibility that reported findings of progressive reductions in the volume of certain brain regions in individuals with schizophrenia may be confounded by a treatment effect. A recent meta-analysis of post-mortem studies found a small (2%) but significant decrease in brain weight in schizophrenia (Harrison *et al*, 2003). Correspondingly, only 11 out of 50 imaging studies found reduced whole brain volume in schizophrenia (Shenton *et al*, 2001); however, all 11 of the positive studies were based upon chronic patients, while 10 of the negative studies were based upon subjects in their first episode of schizophrenia. In addition, it is not clear to what degree the inconsistency of the MRI findings reflects methodological limitations; assessments of accuracy of MRI-based volume

1658

estimates suggest that significant biases may be present (Gadeberg *et al*, 1999, 2002; Garcia-Fiñana *et al*, 2003). Assuming it exists, this small difference could to some degree be caused by medication effects like the one observed in this study; however, it appears that a medication-induced difference in whole brain size of a magnitude comparable to the ~10% seen in our study does not occur, in general, in individuals with schizophrenia treated with antipsychotic drugs. It should also be noted, though, that a medication effect could be diluted by heterogeneities in subject populations as well as in treatment regimens. In addition, potential drug effects may show a more regional pattern in the human brain, compared to the monkey, again diluting the overall effects. Indeed, longitudinal imaging studies typically have reported progressive changes localized to specific brain regions such as reduced volume of middle temporal lobe (Okubo *et al*, 2001; Shenton *et al*, 2001; Niznikiewicz *et al*, 2003). Interestingly, a recent post-mortem schizophrenia study found a selective and significant 12% reduction in frontal gray matter volume and a 6% reduction in frontal white matter (Selemon *et al*, 2002), findings in the same range as those found in the current study.

Longitudinal imaging studies have reported increased volume of the caudate nucleus in humans treated with typical antipsychotics (Chakos *et al*, 1994; Keshavan *et al*, 1994; Doraiswamy *et al*, 1995), whereas reduced or unchanged caudate volume has been seen in subjects treated with atypical antipsychotics (Chakos *et al*, 1995; Gur *et al*, 1998; Corson *et al*, 1999; Scheepers *et al*, 2001). This pattern has been replicated in a recent stereological study of rats, where haloperidol exposure was associated with an increased volume of striatum and olanzapine exposure with a reduction (Andersson *et al*, 2002). Interestingly, a recent study of subjects with schizophrenia treated with low dosage haloperidol or atypical antipsychotics and normal comparison subjects found similar decrease in volumes of the caudate nucleus in all three groups after a 5-year follow-up (Tauscher-Wisniewski *et al*, 2002). Unfortunately, in our study, we have not been able to illuminate these findings. The caudate nucleus was divided into several pieces by the initial, cortex-focused dissection, and the largest part of the caudate was contained within the temporal piece. Furthermore, as the caudate comprised only a minor part of this piece and the reported caudate volume changes in humans were of limited magnitude (within ±15%), we do not have the necessary resolution to observe a potential drug-related caudate effect.

### Tissue Shrinkage

Our findings also clearly illustrate how a standard histological protocol for cryoprotection and storage of brain tissue induces a significant shrinkage of ~20%. This shrinkage occurs despite the gradual stepwise increment in sucrose concentration and the relative moderate final concentration of 18% sucrose; a single step of immersion in 30% sucrose as used by some laboratories may very well induce a greater degree of tissue shrinkage. The observed shrinkage in the current study was the same across all three groups of animals; we did not see any evidence of either global or regional differences in shrinkage due to drug

exposure. It should be kept in mind, however, that our findings cannot rule out a distinct difference in post-mortem shrinkage of any minor subcompartment of the tissue (eg of a certain cell type), as such an effect—although pronounced—could be miniscule compared to the total volume and below the resolution of our study. The observation of similar post-mortem shrinkage across all three groups of animals is of importance when interpreting size or density data from human post-mortem studies of subjects treated with antipsychotics. For example, the finding of reduced global or regional brain volumes in subjects with schizophrenia (Pakkenberg, 1987; Selemon *et al*, 2002) has been discussed under the implicit assumption that the tissue volume was reduced *in vivo*, without considering the possibility that the brains from subjects with schizophrenia shrunk more during tissue processing. Finally, we observed that different brain regions shrunk differently. This might very well be due to regional differences in structure (such as white and gray matter content), volume, shape, and total external surface (natural and/or cut)—characteristics that are all of obvious importance for the exchange of fluids (predominantly water) that is likely the main cause of the processing-induced shrinkage. This indicates that the use of a global (whole brain) shrinkage correction factor for studies of a particular brain region should be avoided or only implemented and interpreted with very great care.

### Precision and Accuracy of the Quantitative Approach

In the present study, we have documented that the implementation of Archimedes' principle is both precise and accurate. Although both Archimedes' and Cavalieri's methods for volume determination are unbiased in principle, they are of course potentially biased in implementation. The Archimedean approach was expected to have a small positive bias due to fluid or small air bubbles trapped in sulci at the surface of the tissue pieces, whereas the results based upon Cavalieri's principle in the present implementation could have a small negative bias due to under projection. The fact that potential biases of the two methods were of opposite directions is crucial for the comparison of the Archimedean results to those based upon Cavalieri's principle. Consistent with our expectations, we found that the combination of the systematic biases of the two methods is below 3%, indicating that both methods are very accurate. Furthermore, Figure 10 illustrates (as expected) that we did not register any observer biases across exposure groups due to lack of blinding during the last set of Archimedean measures.

The reported Cavalieri volumes of gray and white matter are influenced to an unknown (but limited) degree by over and under projections at the boundary between white/gray matter (eg a thin layer of white matter over gray matter may go unnoticed and *vice versa*). We sought to limit this bias as much as possible by cutting the parietal slabs perpendicular to the intraparietal sulcus, thereby minimizing the amount of cuts oblique to the pial surface. Perpendicular cuts are less prone to over- and underprojection problems due to better visualization of the white/gray matter boundary.

Exposure to antipsychotics and brain size
K-A Dorph-Petersen *et al*



1659

## Conclusion

In summary, we found that chronic exposure of monkeys to haloperidol or olanzapine in a manner that mimics clinical use is associated with a significant reduction in brain volume that affects both gray and white matter. In contrast, although substantial and regionally specific reductions in tissue volume occur with histological processing, pre-mortem exposure to antipsychotics does not appear to affect this process.

Further studies are needed to confirm these observations of antipsychotic-related reductions in brain volume, to identify the affected neural elements, and to determine the mechanisms that produce these changes.

## ACKNOWLEDGEMENTS

We thank Lisa Nieman-Vento, Clara Reiter, Stephan Eggan, and Dustin Hammers for technical assistance, Qiang Wu for assisting with the statistical analysis, Mary Brady for help with graphics, Professor Hans Jørgen G Gundersen for suggestions on the post-mortem experimental design, and Dr Robert A Sweet for helpful comments to this paper. The study received support from The Danish Medical Research Council, USPHS Grants MH45156 and MH43784, and an investigator-initiated grant from Eli Lilly. Dr Allan R Sampson is a statistical consultant for Johnson & Johnson Pharmaceutical Research & Development, LLC.

## REFERENCES

Akil M, Pierri JN, Whitehead RE, Edgar CL, Mohila C, Sampson AR *et al* (1999). Lamina-specific alterations in the dopamine innervation of the prefrontal cortex in schizophrenic subjects. *Am J Psychiatry* **156**: 1580–1589.

Andersen BB, Pakkenberg B (2003). Stereological quantitation in cerebella from people with schizophrenia. *Br J Psychiatry* **182**: 354–361.

Andersson C, Hamer RM, Lawler CP, Mailman RB, Lieberman JA (2002). Striatal volume changes in the rat following long-term administration of typical and atypical antipsychotic drugs. *Neuropsychopharmacology* **27**: 143–151.

Apiquian R, Fresán A, Herrera K, Ulloa RE, Lóyzaga C, Fuente-Sandoval C *et al* (2003). Minimum effective doses of haloperidol for the treatment of first psychotic episode: a comparative study with risperidone and olanzapine. *Int J Neuropsychopharmacol* **6**: 403–408.

Arnold SE, Franz BR, Gur RC, Gur RE, Shapiro RM, Moberg PJ *et al* (1995). Smaller neuron size in schizophrenia in hippocampal subfields that mediate cortical-hippocampal interactions. *Am J Psychiatry* **152**: 738–748.

Benes FM, Sorensen I, Bird ED (1991). Reduced neuronal size in posterior hippocampus of schizophrenic patients. *Schizophr Bull* **17**: 597–608.

Chakos MH, Lieberman JA, Alvir J, Bilder R, Ashtari M (1995). Caudate nuclei volumes in schizophrenic patients treated with typical antipsychotics or clozapine. *Lancet* **345**: 456–457.

Chakos MH, Lieberman JA, Bilder RM, Borenstein M, Lerner G, Bogerts B *et al* (1994). Increase in caudate nuclei volumes of first-episode schizophrenic patients taking antipsychotic drugs. *Am J Psychiatry* **151**: 1430–1436.

Corson PW, Nopoulos P, Miller DD, Arndt S, Andreasen NC (1999). Change in basal ganglia volume over 2 years in patients with schizophrenia: typical versus atypical neuroleptics. *Am J Psychiatry* **156**: 1200–1204.

Cotter D, Mackay D, Chana G, Beasley C, Landau S, Everall IP (2002). Reduced neuronal size and glial cell density in area 9 of the dorsolateral prefrontal cortex in subjects with major depressive disorder. *Cereb Cortex* **12**: 386–394.

Cotter D, Mackay D, Landau S, Kerwin R, Everall I (2001). Reduced glial cell density and neuronal size in anterior cingulate cortex in major depressive disorder. *Arch Gen Psychiatry* **58**: 545–553.

Cullen TJ, Walker MA, Parkinson N, Craven R, Crow TJ, Esiri MM *et al* (2003). A postmortem study of the mediodorsal nucleus of the thalamus in schizophrenia. *Schizophr Res* **60**: 157–166.

Davis KL, Stewart DG, Friedman JI, Buchsbaum M, Harvey PD, Hof PR *et al* (2003). White matter changes in schizophrenia: evidence for myelin-related dysfunction. *Arch Gen Psychiatry* **60**: 443–456.

Doraiswamy PM, Tupler LA, Krishnan KRR (1995). Neuroleptic treatment and caudate plasticity. *Lancet* **345**: 734–735.

Dorph-Petersen KA, Pierri JN, Sun Z, Sampson AR, Lewis DA (2004). Stereological analysis of the mediodorsal thalamic nucleus in schizophrenia: volume, neuron number, and cell types. *J Comp Neurol* **472**: 449–462.

Farde L, Nordström AL, Wiesel FA, Pauli S, Halldin C, Sedvall G (1992). Positron emission tomographic analysis of central $D_1$ and $D_2$ dopamine receptor occupancy in patients treated with classical neuroleptics and clozapine. Relation to extrapyramidal side effects. *Arch Gen Psychiatry* **49**: 538–544.

Gadeberg P, Gundersen HJG, Tågehøj F (1999). How accurate are measurements on MRI? A study on multiple sclerosis using reliable 3D stereological methods. *J Magn Reson Imaging* **10**: 72–79.

Gadeberg P, Gundersen HJG, Taagehøj F, Jakobsen J (2002). MRI volume measurements of hypointense objects. A phantom study using stereological methods. *J Neurosci Methods* **114**: 149–157.

Garcia-Fiñana M, Cruz-Orive LM, Mackay CE, Pakkenberg B, Roberts N (2003). Comparison of MR imaging against physical sectioning to estimate the volume of human cerebral compartments. *Neuroimage* **18**: 505–516.

Gundersen HJG, Jensen EB (1987). The efficiency of systematic sampling in stereology and its prediction. *J Microsc* **147**: 229–263.

Gundersen HJG, Jensen EBV, Kiêu K, Nielsen J (1999). The efficiency of systematic sampling in stereology—reconsidered. *J Microsc* **193**: 199–211.

Gupta SK, Kunka RL, Metz A, Lloyd T, Rudolph G, Perel JM (1995). Effect of alosetron (a new 5-HT$_3$ receptor antagonist) on the pharmacokinetics of haloperidol in schizophrenic patients. *J Clin Pharmacol* **35**: 202–207.

Gur RE, Maany V, Mozley PD, Swanson C, Bilker W, Gur RC (1998). Subcortical MRI volumes in neuroleptic-naive and treated patients with schizophrenia. *Am J Psychiatry* **155**: 1711–1717.

Harrison PJ (1999). The neuropathology of schizophrenia: a critical review of the data and their interpretation. *Brain* **122**: 593–624.

Harrison PJ, Lewis DA (2003). Neuropathology of schizophrenia. In: Hirsch S and Weinberger DR (eds). *Schizophrenia*, 2nd edn. Blackwell Science Ltd.: Oxford. pp 310–325.

Harrison PJ, Freemantle N, Geddes JR (2003). Meta-analysis of brain weight in schizophrenia. *Schizophr Res* **64**: 25–34.

Haug H (1986). History of neuromorphometry. *J Neurosci Methods* **18**: 1–17.

Heckers S, Heinsen H, Geiger B, Beckmann H (1991). Hippocampal neuron number in schizophrenia. A stereological study. *Arch Gen Psychiatry* **48**: 1002–1008.

Ho BC, Andreasen NC, Nopoulos P, Arndt S, Magnotta V, Flaum M (2003). Progressive structural brain abnormalities and their relationship to clinical outcome: a longitudinal magnetic resonance imaging study early in schizophrenia. *Arch Gen Psychiatry* **60**: 585–594.

Exhibit S | Index 12 | p. 21

**Exposure to antipsychotics and brain size**
K-A Dorph-Petersen et al

1660

Hochberg Y, Tamhane AC (1987). *Multiple Comparison Procedures*. Wiley: New York.

Hof PR, Haroutunian V, Friedrich Jr VL, Byne W, Buitron C, Perl DP *et al* (2003). Loss and altered spatial distribution of oligodendrocytes in the superior frontal gyrus in schizophrenia. *Biol Psychiatry* 53: 1075–1085.

Howard CV, Reed MG (1998). *Unbiased Stereology. Three-Dimensional Measurement in Microscopy*. Bios Scientific Publishers Ltd: Oxford.

Kapur S, Seeman P (2001). Does fast dissociation from the dopamine $D_2$ receptor explain the action of atypical antipsychotics? A new hypothesis. *Am J Psychiatry* 158: 360–369.

Kapur S, Zipursky R, Jones C, Remington G, Houle S (2000). Relationship between dopamine $D_2$ occupancy, clinical response, and side effects: a double-blind PET study of first-episode schizophrenia. *Am J Psychiatry* 157: 514–520.

Kapur S, Zipursky R, Roy P, Jones C, Remington G, Reed K *et al* (1997). The relationship between $D_2$ receptor occupancy and plasma levels on low dose oral haloperidol: a PET study. *Psychopharmacology (Berl)* 131: 148–152.

Kapur S, Zipursky RB, Remington G (1999). Clinical and theoretical implications of 5-$HT_2$ and $D_2$ receptor occupancy of clozapine, risperidone, and olanzapine in schizophrenia. *Am J Psychiatry* 156: 286–293.

Kapur S, Zipursky RB, Remington G, Jones C, DaSilva J, WIlson AA *et al* (1998). 5-$HT_2$ and $D_2$ receptor occupancy of olanzapine in schizophrenia: a PET investigation. *Am J Psychiatry* 155: 921–928.

Kassahun K, Mattiuz E, Nyhart Jr E, Obermeyer B, Gillespie T, Murphy A *et al* (1997). Disposition and biotransformation of the antipsychotic agent olanzapine in humans. *Drug Metab Dispos* 25: 81–93.

Keefe RSE, Seidman LJ, Christensen BK, Hamer RM, Sharma T, Sitskoorn MM *et al* (2004). Comparative effect of atypical and conventional antipsychotic drugs on neurocognition in first-episode psychosis: a randomized, double-blind trial of olanzapine versus low doses of haloperidol. *Am J Psychiatry* 161: 985–995.

Keshavan MS, Bagwell WW, Haas GL, Sweeney JA, Schooler NR, Pettegrew JW (1994). Changes in caudate volume with neuroleptic treatment. *Lancet* 344: 1434.

Lewis DA (2002). The human brain revisited: opportunities and challenges in postmortem studies of psychiatric disorders. *Neuropsychopharmacology* 26: 143–154.

Littell RC, Milliken GA, Stroup WW, Wolfinger RD (1996). *SAS System for Mixed Models*. SAS Institute Inc.: Cary, NC.

Løkkegaard A, Nyengaard JR, West MJ (2001). Stereological estimates of number and length of capillaries in subdivisions of the human hippocampal region. *Hippocampus* 11: 726–740.

Marner L, Pakkenberg B (2003). Total length of nerve fibers in prefrontal and global white matter of chronic schizophrenics. *J Psychiatr Res* 37: 539–547.

Mattiuz E, Franklin R, Gillespie T, Murphy A, Bernstein J, Chiu A *et al* (1997). Disposition and metabolism of olanzapine in mice, dogs, and rhesus monkeys. *Drug Metab Dispos* 25: 573–583.

McEvoy JP, Hogarty GE, Steingard S (1991). Optimal dose of neuroleptic in acute schizophrenia. A controlled study of the neuroleptic threshold and higher haloperidol dose. *Arch Gen Psychiatry* 48: 739–745.

McEvoy JP, Stiller RL, Farr R (1986). Plasma haloperidol levels drawn at neuroleptic threshold doses: a pilot study. *J Clin Psychopharmacol* 6: 133–138.

Mendis-Handagama SMLC, Ewing LL (1990). Sources of error in the estimation of Leydig cell numbers in control and atrophied mammalian testes. *J Microsc* 159: 73–82.

Neter J, Kutner MH, Nachtsheim CJ, Wasserman W (1996). *Applied Linear Statistical Models*, 4th edn. McGraw-Hill: Boston.

Niznikiewicz MA, Kubicki M, Shenton ME (2003). Recent structural and functional imaging findings in schizophrenia. *Curr Opin Psychiatry* 16: 123–147.

Nordström AL, Farde L, Wiesel FA, Forslund K, Pauli S, Halldin C *et al* (1993). Central D2-dopamine receptor occupancy in relation to antipsychotic drug effects: a double-blind PET study of schizophrenic patients. *Biol Psychiatry* 33: 227–235.

Nyberg S, Farde L, Halldin C, Dahl ML, Bertilsson L (1995). $D_2$ dopamine receptor occupancy during low-dose treatment with haloperidol decanoate. *Am J Psychiatry* 152: 173–178.

Okubo Y, Saijo T, Oda K (2001). A review of MRI studies of progressive brain changes in schizophrenia. *J Med Dent Sci* 48: 61–67.

Olesen OV, Linnet K (1998). Determination of olanzapine in serum by high-performance liquid chromatography using ultraviolet detection considering the easy oxidability of the compound and the presence of other psychotropic drugs. *J Chromatogr B Biomed Sci Appl* 714: 309–315.

Oosthuizen P, Emsley R, Jadri TH, Keyter N (2004). A randomized, controlled comparison of the efficacy and tolerability of low and high doses of haloperidol in the treatment of first-episode psychosis. *Int J Neuropsychopharmacol* 7: 125–131.

Pakkenberg B (1987). Post-mortem study of chronic schizophrenic brains. *Br J Psychiatry* 151: 744–752.

Pakkenberg B (1993). Total nerve cell number in neocortex in chronic schizophrenics and controls estimated using optical disectors. *Biol Psychiatry* 34: 768–772.

Pantelis C, Velakoulis D, McGorry PD, Wood SJ, Suckling J, Phillips LJ *et al* (2003). Neuroanatomical abnormalities before and after onset of psychosis: a cross-sectional and longitudinal MRI comparison. *Lancet* 361: 281–288.

Perry PJ, Lund BC, Sanger T, Beasley C (2001). Olanzapine plasma concentrations and clinical response: acute phase results of the North American Olanzapine Trial. *J Clin Psychopharmacol* 21: 14–20.

Perry PJ, Sanger T, Beasley C (1997). Olanzapine plasma concentrations and clinical response in acutely ill schizophrenic patients. *J Clin Psychopharmacol* 17: 472–477.

Pierri JN, Chaudry AS, Woo T-UW, Lewis DA (1999). Alterations in chandelier neuron axon terminals in the prefrontal cortex of schizophrenic subjects. *Am J Psychiatry* 156: 1709–1719.

Pierri JN, Volk CLE, Auh S, Sampson A, Lewis DA (2001). Decreased somal size of deep layer 3 pyramidal neurons in the prefrontal cortex of subjects with schizophrenia. *Arch Gen Psychiatry* 58: 466–473.

Rajkowska G, Halaris A, Selemon LD (2001). Reductions in neuronal and glial density characterize the dorsolateral prefrontal cortex in bipolar disorder. *Biol Psychiatry* 49: 741–752.

Rajkowska G, Selemon LD, Goldman-Rakic PS (1998). Neuronal and glial somal size in the prefrontal cortex: a postmortem morphometric study of schizophrenia and Huntington disease. *Arch Gen Psychiatry* 55: 215–224.

SAS Institute Inc. (1990). *SAS/STAT User's Guide*, Version 6, 4th edn, Vol 2, SAS Publishing: Cary, NC.

Scheepers FE, Gispen de Wied CC, Hulshoff Pol HE, van der Flier W, van der Linden JA, Kahn RS (2001). The effect of clozapine on caudate nucleus volume in schizophrenic patients previously treated with typical antipsychotics. *Neuropsychopharmacology* 24: 47–54.

Scherle W (1970). A simple method for volumetry of organs in quantitative stereology. *Mikroskopie* 26: 57–60.

Selemon LD, Kleinman JE, Herman MM, Goldman-Rakic PS (2002). Smaller frontal gray matter volume in postmortem schizophrenic brains. *Am J Psychiatry* 159: 1983–1991.

Selemon LD, Lidow MS, Goldman-Rakic PS (1999). Increased volume and glial density in primate prefrontal cortex associated with chronic antipsychotic drug exposure. *Biol Psychiatry* 46: 161–172.


Shenton ME, Dickey CC, Frumin M, McCarley RW (2001). A review of MRI findings in schizophrenia. *Schizophr Res* **49**: 1–52.

Sporn AL, Greenstein DK, Gogtay N, Jeffries NO, Lenane M, Gochman P *et al* (2003). Progressive brain volume loss during adolescence in childhood-onset schizophrenia. *Am J Psychiatry* **160**: 2181–2189.

Stark AK, Uylings HBM, Sanz-Arigita E, Pakkenberg B (2004). Glial cell loss in the anterior cingulate cortex, a subregion of the prefrontal cortex, in subjects with schizophrenia. *Am J Psychiatry* **161**: 882–888.

Sweet RA, Bergen SE, Sun Z, Sampson AR, Pierri JN, Lewis DA (2004). Pyramidal cell size reduction in schizophrenia: evidence for involvement of auditory feedforward circuits. *Biol Psychiatry* **55**: 1128–1137.

Sweet RA, Pierri JN, Auh S, Sampson AR, Lewis DA (2003). Reduced pyramidal cell somal volume in auditory association cortex of subjects with schizophrenia. *Neuropsychopharmacology* **28**: 599–609.

Tauscher-Wisniewski S, Tauscher J, Logan J, Christensen BK, Mikulis DJ, Zipursky RB (2002). Caudate volume changes in first episode psychosis parallel the effects of normal aging: a 5-year follow-up study. *Schizophr Res* **58**: 185–188.

Thompson PM, Vidal C, Giedd JN, Gochman P, Blumenthal J, Nicolson R *et al* (2001). Mapping adolescent brain change reveals dynamic wave of accelerated gray matter loss in very early-onset schizophrenia. *Proc Natl Acad Sci USA* **98**: 11650–11655.

Thune JJ, Uylings HBM, Pakkenberg B (2001). No deficit in total number of neurons in the prefrontal cortex in schizophrenics. *J Psychiatr Res* **35**: 15–21.

Weibel ER (1979). *Stereological Methods. Volume 1: Practical Methods for Biological Morphometry*. Academic Press: London.

Weis S, Haug H, Budka H (1996). Vascular changes in the cerebral cortex in HIV-1 infection: I. A morphometric investigation by light and electron microscopy. *Clin Neuropathol* **15**: 361–366.

Young KA, Holcomb LA, Yazdani U, Hicks PB, German DC (2004). Elevated neuron number in the limbic thalamus in major depression. *Am J Psychiatry* **161**: 1270–1277.

 **MentalHealthDaily**

mentalhealthdaily.com/2015/07/03/antipsychotics-and-brain-damage-shrinkage-volume-loss/

# Antipsychotics and Brain Damage: Shrinkage & Volume Loss

Antipsychotics are drugs that alleviate symptoms of schizophrenia and psychotic episodes.  These medications are considered highly effective interventions for mitigating "positive symptoms" such as hallucinations (e.g. hearing voices) and various types of delusions (e.g. assuming others are plotting against you).  Approved uses for antipsychotics include treating individuals diagnosed with schizophrenia, bipolar disorder, and cases of drug-induced psychosis.

Most antipsychotics primarily function by acting as dopamine receptor (D2) antagonists.  This means they bind to the dopamine receptors and prevent stimulation from misfiring or abnormally high dopamine concentrations.  By inhibiting excess dopaminergic stimulation, the hallucinations and delusions that once plagued the individual begin to subside.

Despite the fact that psychotic symptoms are controlled by antipsychotics, those undergoing treatment often experience an array of damning side effects, including: severe weight gain, sexual dysfunction, hormonal imbalances, and in some cases diabetes.  To make things worse, there is evidence that using antipsychotics may cause brain damage, especially when used over a long-term.

# Antipsychotics and Brain Damage: Shrinkage & Volume Loss

The only people that should be taking antipsychotics are individuals diagnosed with conditions that provoke psychotic symptoms.  However, drug companies have brilliantly marketed antipsychotics for a variety of off-label conditions such as: depression, anxiety, insomnia, and autism.  Now, many doctors serve as mere puppets for the pharmaceutical heavyweights, unknowingly prescribing antipsychotics that cause long-term brain damage

These are the most dangerous psychiatric drugs on the market. In the past it was long assumed that schizophrenia was a neurodegenerative condition and that brain volume loss was associated with the pathophysiology of the illness.  Some researchers even hypothesized that antipsychotics acted as neuroprotective agents – slowing neurodegeneration among individuals with schizophrenia.

It took awhile before researchers considered the fact that maybe the brain volume loss among those with schizophrenia may actually be a result of their antipsychotic treatment.  New evidence based on neuroimaging studies confirmed the fact that antipsychotic drugs were actually causing brain damage in the form of volume loss and shrinkage.  Unfortunately, many practitioners remain oblivious to this fact and continue dispensing these highly potent drugs for off-label conditions.

## How Antipsychotics Cause Brain Damage

There are several ways in which antipsychotics are thought to

cause brain damage.  The brain damage associated with antipsychotic usage may directly influence the severity of cognitive symptoms of schizophrenia.  Many users of antipsychotics experience cognitive deficits that are thought to be solely from their illness, when in reality they may be a result of the meds.

Prefrontal connectivity reductions: There is evidence derived from resting fMRI studies suggesting that connections in the prefrontal region of the brain are reduced as a result of antipsychotic treatment.  A reduced number of connections may translate to reductions in complex thinking, planning, attention, emotional regulation, and memory.

Global brain volume loss: Studies have noted that antipsychotics reduce global brain volume. This means that a person's brain with schizophrenia who has undergone years of antipsychotic treatment (especially at high doses), may display signs of neurodegeneration.  Reductions in global brain volume means that nearly every aspect of brain functioning has potential to become impaired.

Grey matter volume loss: Grey matter is known to include various regions of the brain responsible for sensory perception, emotions, self-control, speech, decision making, and muscle control.  Individuals taking antipsychotics experience reductions in grey matter volume, making it tougher to perform certain functions.

White matter volume loss: White matter is tissue that allows your brain to communicate with the central nervous system.  It is comprised of myelin and axons, both of which facilitate chemical messages within the brain.  Since those taking antipsychotics

experience reductions in white matter, the communication system within their brain becomes impaired.

- Source: http://ajp.psychiatryonline.org/doi/full/10.1176/appi.ajp.2013.13030413

# The Research (Timeline): Antipsychotics Impact Brain Volume

Below are studies suggesting that antipsychotics have an impact on brain volume.  While some research suggests that the illness itself (schizophrenia) and symptomatic relapse may contribute to volumetric brain shrinkage, most evidence points to antipsychotics as the primary causative factor; particularly the duration of treatment and dosage.

2005: Initially, researchers analyzed the effects of antipsychotics on non-human primate models.  This study involved three different groups of 6 macaque monkeys that were given Haldol, Zyprexa, or a placebo for a period of 17 to 27 months.  It was determined that they had the same plasma drug levels as humans taking antipsychotics for schizophrenia.

It was noted that the monkeys taking Haldol and Zyprexa experienced an 8% to 11% reduction in brain weight and volume compared to those receiving the placebo.  The brain volume loss was considered global in that it affected all regions including: frontal, parietal, temporal, occipital, and the cerebellum.  The loss was most pronounced in the prefrontal and parietal lobes.

It was later noted that both grey and white matter had decreased in the treatment group.  A general shrinkage in the brains of

those treated with antipsychotics was an estimated 20%.  This study suggested that humans may endure similar volume reductions as these monkeys.

- Source: http://www.ncbi.nlm.nih.gov/pubmed/15756305

2005: In the early 2000s, researchers hypothesized that treating patients with Zyprexa (olanzapine) would experience less changes brain volume compared to those treated with Haldol (haloperidol).  They designed a study that tested the effect of an atypical antipsychotic and compared it with that of a typical antipsychotic to determine differences.  The study was considered longitudinal, randomized, double-blind, and controlled.

All individuals being treated for first-episode psychosis were analyzed over the course of 104 weeks and MRI assessments were conducted at baseline, week 12, week 24, week 52, and week 104.  Results indicated that individuals being treated with Haldol had significantly less grey matter than those being treated with Zyprexa.  It was suggested that newer generation drugs may be safer and less toxic than older ones.

- Source: http://www.ncbi.nlm.nih.gov/pubmed/15809403

2009: In a report published in 2009, researchers attempted to determine whether antipsychotic medications may change regional brain volumes in humans.  They also wanted to investigate whether these changes occurred more often with certain antipsychotics compared to others.  They conducted a systematic review of all studies incorporating structural MRI scans among those using antipsychotics.

They compared those that had been utilizing antipsychotics for a long-term with healthy controls not taking any psychiatric medications.  The researchers incorporated 33 studies that met their specific criteria of inclusion.  Evidence from this study indicated that antipsychotics induced regional changes in the brain rather than widespread, global alterations.

It was noted that there were differences between atypical antipsychotics (newer) and typical antipsychotics (older) in regards to their effect on the basal ganglia.  Typical antipsychotics increased basal ganglia volume, whereas atypical antipsychotics did not.  Researchers hypothesize different effects on the thalamus.

Oddly enough, they didn't suggest that brain volume decreased from antipsychotic usage.  They noted differing effects based on the type of antipsychotic administered (atypical vs. typical).  This research suggested that sizing of certain regions may actually increase with treatment.  No evidence from this early research suggested that brain volume decreased as a result of treatment.

- Source: http://www.ncbi.nlm.nih.gov/pubmed/19338710

2010:  A report published in 2010 analyzed a total of 26 longitudinal studies of individuals being treated for schizophrenia.  It was noted that a 14 of the 26 studies demonstrated significant reductions in global brain volume, grey matter volume, or increases in levels of cerebrospinal fluid (CSF).  These changes were thought to result from being treated with an antipsychotic medication.

Authors noted that the frontal lobe of the brain endured the most changes.  They highlighted the fact that one study showed

varying degrees of volume loss with a variety of antipsychotics, whereas another study determined that volume changes were associated with taking any antipsychotic compared to lack of treatment (e.g. no medication).  Evidence from this publication suggests that antipsychotics likely contribute to brain volume loss and increases in cerebrospinal fluid (CSF).

• Source: http://www.ncbi.nlm.nih.gov/pubmed/20085668

2011: Perhaps the most evidence for brain volume loss as a result of antipsychotic treatment is derived from a study published in 2011.  Researchers noted that brain volume changes associated with schizophrenia were speculated to be a result of the disease.  However, they couldn't ignore the fact that animal studies involving administration of antipsychotics demonstrated decreases in brain tissue volume.

Based on the findings from animal studies, researchers hypothesized that antipsychotics may also be contributing to brain volume loss in humans, especially when used over a long-term.  For the study, researchers evaluated the influence of 4 factors on brain volume including: duration of illness, antipsychotic treatment, severity of illness, and substance abuse.  The study involved a total of 211 patients with schizophrenia.

They had undergoing neuroimaging with high-resolution MRI scans upon onset of their illness.  Each individual diagnosed with schizophrenia was noted as having a total of between 2 and 5 scans to determine brain volume changes over the course of approximately 7 years.  Researchers discovered that the duration of treatment and dosage of the antipsychotic was associated with reductions in brain volume and increased cerebrospinal fluid

volume.

Even after controlling for illness duration, severity, and substance abuse – antipsychotics appeared to decrease brain tissue volume.  Specifically, the antipsychotics reduced both gray matter and white matter.  Oddly enough, illicit drug abuse had no significant correlation with brain volume loss.

Results suggested that the most influential factor on brain volume among those with schizophrenia was the antipsychotic treatment. The authors of the study suggest conducting careful risk-benefit analyses when prescribing these drugs; especially for "off-label" conditions.  Unfortunately, not many patients nor doctors are aware of the risks highlighted in this report.

- Source: http://www.ncbi.nlm.nih.gov/pubmed/21300943

2013: More research was conducted in attempt to analyze the effect of antipsychotics treatment compared to the illness in regards to brain structural changes associated with schizophrenia.  Researchers conducted a review utilizing all electronic database records up to April 2012 involving MRI scans among those being treated with antipsychotics.  For the review, researchers were able to incorporate 30 longitudinal studies.

This research involved a total of 1046 individuals diagnosed with schizophrenia and 780 healthy controls.  At baseline it was noted that those with schizophrenia had significant reductions in brain volume and increases in volume of the lateral ventricle (LV) region compared to controls.  Initially, there were no significant decreases in grey matter, white matter, or cerebrospinal fluid.

The study revealed that over time, those with schizophrenia had

significant reductions in grey matter volume.  The reductions in grey matter were associated with cumulative antipsychotic treatment.  Authors noted that the duration of the illness and severity were not associated with changes in brain volume.

Researchers noted that schizophrenia may alter brain volume and increase volume of the lateral ventricle (LV).  However, it appears as though brain volume reductions, particularly of grey matter, are directly associated with cumulative antipsychotic treatment.  This provides more evidence to suggest that antipsychotics contribute to brain volume loss.

• Source: http://www.ncbi.nlm.nih.gov/pubmed/23769814

2013: Another study analyzed the influences of antipsychotic treatment and "relapse" on brain volume among those with schizophrenia.  For the study, they analyzed 202 patients who had undergone MRI scans over an average of 7 years.  The researchers pointed out that the greater the intensity of antipsychotic treatment, the smaller the brain volume of those being treated.

They noted that the longer an individual had been treated and the higher the dose of the medication, the greater the volume loss associated with the medication.  They also highlighted the fact that duration of symptomatic relapse was associated with decreases in total cerebral volume.  The number of relapses a person had didn't affect brain volume.

If symptomatic relapse affects brain volume, but the number of relapses don't affect brain volume, couldn't this be chalked completely up to the treatment.  Over time, it is known that people become tolerant to their antipsychotics and their brain

changes as a result of treatment.  Could it not be that the antipsychotics are solely to blame for relapse and ultimately a majority of the brain volume loss?

- Source: http://www.ncbi.nlm.nih.gov/pubmed/23558429

# Factors that may influence brain damage from antipsychotics

Below is a list of factors to consider that may influence brain damage, shrinkage, or volume loss associated with antipsychotic treatment.

- Dosage: The greater the dosage, the more likely a person is to experience brain volume loss.  High doses are associated with expedited brain volume reductions compared to lower doses.  For this reason, it is important to consider taking the minimal effective dose during treatment.
- Duration of treatment: It is well established that duration of treatment with antipsychotics dictates brain volume loss.  The longer a person has been treated, the more severe the reductions in brain volume.  An individual treated for 20 years will experience more damage than someone treated for 5 years with the same medication and dosage.
- Genetics / epigenetics: Perhaps some individuals have favorable genetics or epigentic influences that decrease their likelihood of brain damage.  Certain genetics may help offset antipsychotic-induced brain damage and/or reduce the need for a high dose.  Some researchers believe that genetics should be considered in regards to brain volume loss.

- The specific antipsychotic: It is important to consider the differences in mechanisms of action associated with antipsychotics.  Atypical antipsychotics are known to produce different regional changes and may be safer compared to typical antipsychotics.  There may also be significant variation in regards to brain volume loss when comparing 2 different atypical agents.  Since comparative studies haven't been conducted, it is unknown whether certain formulations result in less damage than others.
- Onset of illness: Someone with late-onset schizophrenia may have less brain damage than someone with early-onset of the disease.  Later onset will be associated with a shorter-term of treatment.  Additionally, those with later-onset schizophrenia may have less baseline abnormalities compared to those with early-onset of the disease.

## Potential synergistic factors

- Illness severity: The underlying severity of the illness may dictate the degree to which someone experiences brain volume loss from medication.  Those with more severe illnesses may have greater brain atrophy at a baseline, and a medication may synergistically promote decline.
- Relapse severity: The number of relapses doesn't seem to have an effect on whether a person experiences additional brain damage.  However, the symptomatic severity seems to play a role.  Those with more severe forms of relapse are thought to experience greater brain volume loss.
- Subtype of illness: The specific type of schizophrenia that a person has may influence whether they experience more or less brain damage as a result of antipsychotic

treatment.  New evidence suggests that schizophrenia is 8 different diseases characterized by specific genetic abnormalities.  It should be thought that the subtype of the illness may influence the degree of cortical atrophy.

## The Catch-22: Managing Symptoms of Schizophrenia vs. Antipsychotic-Induced Damage

Antipsychotics are considered a first-line, effective treatment for those diagnosed with schizophrenia.  While many have tested natural remedies for schizophrenia, most of these options lack evidence to suggest efficacy.  If you're a person who has been diagnosed with schizophrenia, should you take drugs that are known to reduce brain volume?

It's certainly difficult to knowingly expose yourself to a substance that decreases cortical volume.  That said, failure to treat the schizophrenia is likely to result in significant functional impairment and reduced quality of life.  Therefore it is always recommended to treat the illness, but actively acknowledge the potential risk of brain volume loss.

Fortunately, preliminary evidence suggests that volumetric decreases are more severe among rodents and non-human primates than in human populations.  Still, medical professionals should work with patients to come up with harm reduction strategies.

# How to Reduce Brain Volume Loss from Antipsychotics

There are some potential strategies that can be implemented to

reduce brain volume loss associated with antipsychotics. Suggested strategies include: taking the smallest effective dose, only taking antipsychotics if necessary, considering the specific antipsychotic (some may contribute to greater volume loss than others), and actively work to improve your brain health.

# 1. Use the "Minimal Effective Dose"

Researchers are starting to recognize the importance of taking a "minimal effective dose" rather than titrating up to a specific therapeutic threshold dosage.  Every person is different, and one person with less severe schizophrenia may respond well to medication prescribed at a lower dose than another individual.  Despite the fact that symptoms need to be controlled, they can often be managed with a much lower dose than is suggested.

Studies indicate that there is a direct relationship between the dosage (strength) and degree of brain volume loss experienced as a result of antipsychotic treatment.  Individuals with more volume loss had been on higher doses than those without as much loss.  Therefore you should work with your psychiatrist to take the smallest amount that provides therapeutic benefit.

# 2. Only take if necessary

Antipsychotics are medications that should only be taken by individuals with conditions warranting them.  In other words, you should have experienced schizophrenia and/or a psychotic break.  While they are approved for bipolar disorder, there are generally safer mood stabilizers (e.g. lithium) that can be utilized over a long-term without any significant brain volume loss.

Unfortunately many people are taking antipsychotics as treatments for conditions that do not warrant their usage.  As an

example, some individuals are prescribed Seroquel for insomnia. Do you think it's worth risking brain volume to help you fall asleep?  Probably not.

Antipsychotics are also commonly utilized as antidepressant augmentation strategies.  They are thought to "enhance the effect" of a person's antidepressant.  Unfortunately most users are unaware of the fact that they are putting their brain at risk for potential damage over the long-term.

## 3. Consider the specific antipsychotic

Each antipsychotic will have unique effects in terms of how your body interacts with it.  You may want to consider GeneSight – genetic testing to determine which medication is best suited for your body.  In addition, you may want to consider whether the drug you're taking is considered a "typical" (older) or "atypical" (newer) antipsychotic.

The older typical antipsychotics produce different regional changes compared to the newer atypical ones.  Also keep in mind that certain atypical antipsychotics may be safer and more targeted than others, allowing you to take a lower dose.  It may take some experimentation to determine the optimal antipsychotic for long-term brain health.

## 4. Attempt to improve brain health

Since you know you'll be taking an antipsychotic, you may want to take extra steps to potentially mitigate volumetric loss associated with treatment.  This may mean exercising on a daily basis, particularly cardio which is known to increase BDNF levels and ultimately contribute to neurogenesis or synaptogenesis. There is also evidence that dietary intake can influence brain

functioning and ultimately brain health – so make sure you're eating an optimal diet for mental health.

There are also many supplements that you could consider to help offset antipsychotic-induced brain damage.  Obviously you'll want to talk to your doctor before supplementing anything along with an antipsychotic medication due to potentially unwanted contraindications.  There are many neuroprotective agents and nootropics, some of which may combat volume loss stemming from your medication.

Another activity that has been documented as increasing brain volume, particularly activation of the prefrontal cortex and grey matter is meditation.  Those that become adept at meditation may find that the increased grey matter derived from consistent practice may improve brain health and ultimately mitigate some of the volume reduction.

# Can you determine brain volume loss from antipsychotic treatment?

Yes.  In an article I wrote called "How to Improve Psychiatric Treatment Outcomes," I recommended getting brain scans to determine how you are responding to treatment.  Certain scans such as an fMRI should help you determine brain volume changes throughout treatment.  Other brain scans may show blood flow (e.g. SPECT) and tools like a QEEG can determine how brain waves may be changing over time.

Assuming you wanted to track brain volume changes to yourself over time, you could get a baseline "pre-treatment" brain scan followed by another every 6 months, every year, or even every couple years.  This will help you gauge the medication-induced

changes that occur over an extended duration.  Additionally, a neurologist will be able to compare your baseline brain scans with those that you get during treatment to determine specific areas that may be experiencing decline.

# Should the fact that antipsychotics cause brain damage scare you?

Those that need to take antipsychotics may be alarmed by evidence suggesting that they cause brain damage over time.  Unfortunately, antipsychotics are generally considered the only effective treatment option for individuals with schizophrenia and psychosis.  Long-term prognoses for those who adhere to treatment are considerably better than those who stop taking their medications.

The benefits associated with taking antipsychotics for those with schizophrenia are thought to considerably outweigh drawbacks – including volumetric reductions.  These medications allow people to function in society and ultimately improve quality of life.  The upside is that brain volume reductions as a result of treatment aren't generally regarded as severe.

Furthermore, they can be minimized by taking the minimal effective amount.  In the coming years, it is hoped that a newer generation of more targeted medications help reduce symptoms of schizophrenia with fewer side effects and no brain volume loss.  Doctors should responsibly inform patients taking antipsychotics for "off-label" conditions that brain damage may stem from their usage.

• Source: http://www.ncbi.nlm.nih.gov/pubmed/23172002

*Psychological Medicine*

cambridge.org/psm

# Antipsychotic treatment effects and structural MRI brain changes in schizophrenia

Robin Emsley[1] [ORCID], Stefan du Plessis[1], Lebogang Phahladira[1], Hilmar K. Luckhoff[1], Frederika Scheffler[1], Sanja Kilian[1], Retha Smit[1], Chanelle Buckle[1], Bonginkosi Chiliza[2] and Laila Asmal[1]

[1]Department of Psychiatry, Stellenbosch University, Tygerberg Campus, Cape Town, South Africa and [2]Department of Psychiatry, Nelson R Mandela School of Medicine, University of Kwazulu-Natal, Durban, South Africa

## Original Article

**Cite this article:** Emsley R *et al* (2023). Antipsychotic treatment effects and structural MRI brain changes in schizophrenia. *Psychological Medicine* 53, 2050–2059. https://doi.org/10.1017/S0033291721003809

Received: 12 January 2021
Revised: 21 July 2021
Accepted: 1 September 2021
First published online: 23 September 2021

**Key words:**
Antipsychotic; brain structure; MRI; schizophrenia; white matter; basal ganglia; cortical thickness

**Author for correspondence:**
Robin Emsley,
E-mail: rae@sun.ac.za

## Abstract

**Background.** Progressive brain structural MRI changes are described in schizophrenia and have been ascribed to both illness progression and antipsychotic treatment. We investigated treatment effects, in terms of total cumulative antipsychotic dose, efficacy and tolerability, on brain structural changes over the first 24 months of treatment in schizophrenia.

**Methods.** A prospective, 24-month, single-site cohort study in 99 minimally treated patients with first-episode schizophrenia, schizophreniform and schizoaffective disorder, and 98 matched healthy controls. We treated the patients according to a fixed protocol with flupenthixol decanoate, a long-acting injectable antipsychotic. We assessed psychopathology, cognition, extrapyramidal symptoms and BMI, and acquired MRI scans at months 0, 12 and 24. We selected global cortical thickness, white matter volume and basal ganglia volume as the regions of interest.

**Results.** The only significant group × time interaction was for basal ganglia volumes. However, patients, but not controls, displayed cortical thickness reductions and increases in white matter and basal ganglia volumes. Cortical thickness reductions were unrelated to treatment. White matter volume increases were associated with lower cumulative antipsychotic dose, greater improvements in psychopathology and cognition, and more extrapyramidal symptoms. Basal ganglia volume increases were associated with greater improvements in psychopathology, greater increases in BMI and more extrapyramidal symptoms.

**Conclusions.** We provide evidence for plasticity in white matter and basal ganglia associated with antipsychotic treatment in schizophrenia, most likely linked to the dopamine blocking actions of these agents. Cortical changes may be more closely related to the neurodevelopmental, non-dopaminergic aspects of the illness.

## Introduction

Antipsychotics have been the mainstay of treatment for schizophrenia since the 1950s, and their beneficial effects are well documented (Leucht et al., 2012). Earlier studies suggested that antipsychotics protect against the 'toxic' effects of unmitigated illness (Wyatt, 1991), although more recently, attention has shifted to a possible 'neurotoxic' effect of antipsychotics. Greater antipsychotic exposure has been linked to poorer outcome (Wunderink, Nieboer, Wiersma, Sytema, & Nienhuis, 2013) and brain volume reductions (Ho, Andreasen, Ziebell, Pierson, & Magnotta, 2011) leading some to question the need for the routine long-term use of antipsychotic medication (Murray et al., 2016).

Differences in brain structure have been extensively described in schizophrenia compared to healthy controls, including widespread, albeit subtle, reductions in cortical grey matter (van Erp et al., 2018) and both reductions and increases in subcortical (van Erp et al., 2016) and white matter volumes (Makris et al., 2010). While some differences are evident prior to (Cannon et al., 2015), and at the onset of, first psychotic symptoms (Vita, De, Silenzi, & Dieci, 2006), further progressive changes have been described, especially in the early years of illness (Olabi et al., 2011). The role of antipsychotic medication in either mitigating or contributing to these changes is not clear. On the one hand, a relationship between brain volume reductions and poorer treatment outcomes suggests a neurodegenerative component to the illness, and that antipsychotics are 'neuroprotective' (Lieberman et al., 2005). On the other hand, considerable evidence suggests that antipsychotics themselves cause brain volume changes. A study in primates reported brain volume reductions with therapeutic doses of both haloperidol and olanzapine (Dorph-Petersen et al., 2005). Also, longitudinal studies in patients with schizophrenia have reported brain volume reductions that were associated with the estimated exposure to antipsychotic medication (Guo et al., 2015; Ho et al., 2011). First- and second-

© The Author(s), 2021. Published by Cambridge University Press. This is an Open Access article, distributed under the terms of the Creative Commons Attribution licence (http://creativecommons.org/licenses/by/4.0/), which permits unrestricted re-use, distribution and reproduction in any medium, provided the original article is properly cited.

CAMBRIDGE
UNIVERSITY PRESS

Exhibit S | Index 12 | p. 40

CrossMark

generation antipsychotics have been reported to affect brain volumes differentially, with larger global reductions and greater basal ganglia increases being associated with first generation antipsychotics (van Haaren, Cahn, Hulshoff Pol, & Kahn, 2013). Finally, systematic reviews of retrospective data report an association between antipsychotic exposure and grey and white matter volume reductions (Haijma et al., 2013; Huhtaniska et al., 2017; Vita, De, Deste, Barlati, & Sacchetti, 2015), and basal ganglia volume increases (Navari & Dazzan, 2009), although most did not find a linear relationship between the degree of antipsychotic exposure and progressive brain changes (Roiz-Santiañez, Suarez-Pinilla, & Crespo-Facorro, 2015).

Interpretation of the results of studies to date is made difficult by several methodological considerations (Guo et al., 2015). These studies seldom focused primarily on the relationship between antipsychotic medication and brain volume changes, and most were either cross-sectional or naturalistic. Treatment was mostly not standardised, antipsychotic exposure being estimated retrospectively and adherence not objectively assessed. Furthermore, imaging methodology varied across studies, often with non-uniform time-points, multiple scan sites with different protocols, and different brain regions selected.

In this study, designed specifically to examine brain structural MRI changes in relation to antipsychotic treatment, we addressed several of the above methodological issues. Our goal was to characterise the contributions of different aspects of antipsychotic treatment to structural MRI brain changes in schizophrenia. We investigated treatment effects in terms of cumulative antipsychotic dose, efficacy (changes in psychopathology and cognition) and adverse effects (weight gain and extrapyramidal symptoms). We hypothesised that, compared with healthy controls, the patients would experience reductions in cortical thickness and white matter volumes and increases in basal ganglia volumes, and that these changes would be differentially associated with antipsychotic dose, efficacy and adverse effects.

## Methods

### Study design and ethical approval

This was a prospective, longitudinal, single-site cohort study, conducted between 2011 and 2017. We obtained ethical approval from the Health Research Ethics Committee at the Faculty of Medicine and Health Sciences, Stellenbosch University (N06/08/148). Patients and/or their legal guardians provided written, informed consent.

### Participants

We recruited in- and out-patients from first contacts at psychiatric hospitals and community clinics within a well-defined catchment area in Cape Town and surrounding districts. Inclusion criteria were age 16–45 years, diagnosis of schizophrenia, schizoaffective or schizophreniform disorder according to the Diagnostic and Statistical Manual of Mental Diseases, Fourth Edition (DSM-IV). Exclusion criteria were a lifetime exposure to antipsychotics of more than 4 weeks; previous treatment with a long-acting injectable antipsychotic; a serious or unstable medical condition; educational level <grade 7; or current diagnosis of substance abuse or dependence, or substance induced psychotic disorder (DSM-IV). Healthy controls were from the same catchment area, with similar socioeconomic circumstances to the

patients. They were recruited by neighbourhood contacts of the families of the patients, as well as from advertisements placed in community centres. Controls were matched for age, sex and ethnicity. They were excluded if they had a first-degree relative with a psychotic disorder or if they had a DSM-IV axis I or II disorder. Patients and controls were assessed with the Structured Clinical Interview for DSM-IV (SCID) (First, Spitzer, & Williams, 1994). Participants were compensated for transport costs incurred during their participation in the study but did not receive any other financial reward.

The study was conducted in a research unit based in an academic psychiatric hospital. Patients were seen at 2-weekly intervals by the study nurses throughout the study, for administration of the study medication. Psychoeducation was provided to all patients and carers. Family therapy and substance-use interventions were offered where appropriate. Clinical assessments were conducted at five time-points during the initial 3 months, and every 3 months after that. Cognitive assessments were conducted at 6 monthly intervals, and MRI scans were obtained at 0, 12 and 24 months.

### Clinical and cognitive assessments

Psychopathology was assessed by physicians using the Positive and Negative Syndrome Scale (PANSS) (Kay, Fiszbein, & Opler, 1987), and training and inter-rater reliability testing was periodically conducted (intra-class correlation 0.7 or higher). We calculated PANSS factor analysis-derived positive, negative and disorganised domain scores as previously described (Emsley et al., 2003). The Extrapyramidal Symptom Rating Scale (ESRS) (Chouinard & Margolese, 2005) was used to measure treatment-related movement disorders. Cognitive performance was assessed by the MATRICS Cognitive Consensus Battery (MCCB), administered by trained psychologists. Age and sex-corrected norms were used according to the manual guidelines, and we used the MCCB Composite score as our measure of global cognition (Nuechterlein & Green, 2006). We determined cannabis use by patient and carer report, together with repeated urine toxicology testing at months 0, 3, 6, 12, 18 and 24. To quantify the degree of persistent cannabis use, we summed the number of positive urine tests, as a discrete variable. For body mass measurements, patients removed all surplus clothing and were weighed on an electronic scale that was regularly calibrated. Height was measured with a prefixed, wall-mounted measuring tape.

### Study treatment

Patients were treated according to a fixed protocol with flupenthixol decanoate, a long-acting injectable antipsychotic. Flupenthixol antagonises dopamine at D1, D2, D3 receptors, as well as 5-HT2A and 5-HT2C and $\alpha$1-adrenergic receptors. Its pharmacological profile has similarities to several newer generation antipsychotics (Mahapatra, Quraishi, David, Sampson, & Adams, 2014). There was a week lead-in with oral flupenthixol 1–3 mg/day followed by flupenthixol decanoate intramuscular injections 2-weekly for the study duration. Initiation dose was 10 mg 2-weekly, with 6-weekly increments of 10 mg if necessary, to a maximum of 30 mg 2-weekly. We followed a low-dosing strategy, initiating antipsychotic treatment at the lowest possible dose, treating initial agitation with a benzodiazepine rather than increasing the antipsychotic dose, and gradual upward titration of the antipsychotic dose only when necessary, until optimal

https://doi.org/10.1017/S0033291721003809 Published online by Cambridge University Press

response was obtained. Permitted concomitant medications included lorazepam, anticholinergics, propranolol, antidepressants and medications for general medical conditions. No benzodiazepines, propranolol or anticholinergics were allowed in the 12 h prior to the clinical, cognitive and MRI assessments. Prohibited medications included other antipsychotics, mood stabilisers and psychostimulants. Six participants were treated with long-acting risperidone injection for the first 12 weeks of the study, before being switched to flupenthixol decanoate. For these patients, there was a week load-in of oral risperidone, continued for 3 weeks. The starting dose for long-acting risperidone was 25 mg IMI 2-weekly.

We were able to calculate the total antipsychotic load received by each patient with precision. We recorded the date and dose of each injection and each oral tablet prescribed. Doses were converted to oral flupenthixol milligram equivalents, according to consensus-derived guidelines for dose equivalencies (Gardner, Murphy, O'Donnell, Centorrino, & Baldessarini 2010), and summed to provide the total cumulative antipsychotic dose.

### Imaging methods

Patients underwent baseline scans before receiving any study antipsychotic medication. We acquired high-resolution T1-weighted data on a research-dedicated 3 T Siemens Allegra MRI scanner (Erlangen, Germany) with the following acquisition parameters: MPRAGE sequence, 2080 ms repetition time, 4.88 ms echo-time, field of view: 230 mm, 176 slices, 0.9 mm × 0.9 mm × 1 mm voxel size. We screened all scans for intracranial pathology and motion artefacts. Scans were processed using FreeSurfer version 6 (http://surfer.nmr.mgh.harvard.edu/). Slices were resampled to a three-dimensional image with 1 mm isotropic voxels. Non-uniform intensity normalisation was performed and images registered to the Montreal Neurological Institute space. A second normalisation step was performed with control points automatically identified and normalised to a standard intensity value, followed by an automated skull strip procedure. Gross brain anatomy was delineated into cortical and subcortical labels. Reconstructions were performed with custom batching scripts, on the Centre for High Performance Computing, Cape Town, Sun Intel Lengau cluster (http://www.chpc.ac.za/). All of the data were visually inspected for errors in Talairach transformation, skull strip, final segmentations and within-subject registrations. Errors were corrected manually and re-inspected. Detailed quality assessment was conducted according to the ENIGMA consortium QC protocol (www.enigma.ini.usc.edu). Scans that did not meet the threshold for reasonable quality or could not be processed successfully were excluded from all analyses.

### Measures of brain morphology

We selected, *a priori*, three brain regions that we considered most important in relation to treatment: (1) *Global cortical thickness:* We averaged the cortical thickness measures for the left and right hemispheres and used the surface area of each hemisphere as a weighting factor, as recommended (https://surfer.nmr.mgh.harvard.edu/fswiki/UserContributions/FAQ). We selected a global measure rather than specific cortical regions, as antipsychotic dose was reported to affect grey matter globally rather than selectively (Torres et al., 2016). (2) *White matter volume:* This was the sum of the left and right cerebral white matter volume measures. (3) *Basal ganglia volume:* We selected the caudate, putamen and

pallidum (Chand et al., 2020; Ebdrup, Norbak, Borgwardt, & Glenthoj, 2013; Okada et al., 2016; van Erp et al., 2016), creating a single measure by summing their left and right volumes. White matter and basal ganglia volumetric measures were corrected for intracranial volumes and expressed as a percentage of the estimated total intracranial volume (%eTIV) and cortical thickness expressed as mm (https://surfer.nmr.mgh.harvard.edu/fswiki/eTIV).

### Data analysis

Our analyses were conducted on the intent to treat population comprising all the entered participants with baseline clinical data and at least one MRI scan. We conducted statistical analyses with Statistica version 13.0 (Dell, 2015). Differences in demographic and clinical characteristics between patients and controls were compared by two-sample *t* tests and $\chi^2$ tests for continuous and categorical variables, respectively. All tests were two-tailed. We used mixed model repeated measures analysis of variance (MMRM) in two sets of *a priori* analyses, with restricted maximum likelihood estimation for fitting the linear mixed models. (1) In the first set, we compared the brain changes over time in the patients *v.* controls. We entered the brain regions separately, as dependent variables, modelled as repeated measures. As a random effect, we specified intercepts for participants. Time was a grouping variable, group × time interaction was a fixed effect. Level of education was the only demographic variable to differ between patients and controls and therefore was entered as a time invariant covariate. (2) In the second set of analyses, we sought relationships between brain changes and treatment effects in the patient group only. Total cumulative antipsychotic dose was entered into our model as a time-invariant fixed effect. PANSS total score and BMI were time-dependent predictors. Extrapyramidal symptoms were generally mild and transient, and ESRS Total scores did not change significantly over the course of treatment ( $p = 0.1431$ ). We therefore calculated an ESRS Total change to maximum score, as the change from baseline to the highest score attained at any time-point. This was entered as a time-invariant fixed effect. Covariates were age, gender, level of education, number of cannabis-positive tests and the baseline value for the dependent variable. We assessed the cognitive effects on brain morphology in a separate analysis, as cognitive data were not available for all the participants (see below). The MCCB Composite score was added as a time-dependent fixed effect to the above model. For all of the MMRM analyses we used Fisher's Least Significant Difference (LSD) test for within-analysis post-hoc comparisons and applied Benjamini and Hochberg false discovery rate (FDR) corrections with a *q* value of 0.05 for multiple comparisons (Genovese, Lazar, & Nichols, 2002). We established directionality of the significant fixed effects by partial correlational analyses.

Finally, to test the robustness of our findings, we conducted two sets of sensitivity analyses. The first was a completer analysis, including only the participants who completed 2 years follow-up and had a M24 MRI scan. In the second, we re-ran the MMRM for white matter volume using raw values uncorrected for eTIV, as the primary analysis delivered unanticipated findings.

### Results

Of 126 patients entered, 99 had baseline data and at least one MRI scan and were included in the analysis. Reasons for exclusion were

**Table 1.** Baseline demographic, cognitive and brain MRI characteristics of the patients and healthy controls, and baseline clinical and treatment characteristics for the patients

| Characteristic | Patients (N = 99) | | Controls (N = 98) | | t | p |
|---|---|---|---|---|---|---|
| | N | % | N | % | | |
| Sex, male | 74 | 75 | 61 | 62 | 3.57 | 0.0589 |
| Ethnicity | | | | | 0.001 | 0.9993 |
| Mixed | 77 | 78 | 76 | 78 | | |
| Black | 15 | 15 | 15 | 15 | | |
| White | 7 | 7 | 7 | 7 | | |
| Cannabis test positive | 34 | 34 | | | | |
| DSM-IV diagnosis | | | | | | |
| Schizophrenia | 69 | 70 | | | | |
| Schizophreniform | 29 | 29 | | | | |
| Schizoaffective | 1 | 1 | | | | |
| | Mean | s.d. | Mean | s.d. | $\chi^2$ | p |
| Age (years) | 24.35 | 6.66 | 25.94 | 7.38 | −1.59 | 0.1138 |
| Highest school grade passed | 9.89 | 2.09 | 10.47 | 1.51 | −2.21 | 0.0281 |
| Global cortical thickness (mm) | 2.4233 | 0.1322 | 2.4662 | 0.1443 | −2.14 | 0.0335 |
| White matter volume (%eTIV) | 319 515 | 3.0811 | 31.8330 | 3.9587 | 0.23 | 0.8177 |
| Basal ganglia (%eTIV) | 1.3861 | 0.1373 | 1.3891 | 0.1562 | −0.14 | 0.8882 |
| DUP (weeks) | 35,98 | 45.81 | | | | |
| Time in the study (weeks) | 66,73 | 40.33 | | | | |
| Modal flupenthixol decanoate dose (mg 2-weekly) | 11,92 | 3.89 | | | | |
| % Adherence | 98,62 | 3.48 | | | | |
| Cumulative antipsychotic dose (flupenthixol mg equiv.) | 146 617 | 985.69 | | | | |
| PANSS Total score | 93,43 | 15.15 | | | | |
| PANSS Positive factor | 17,53 | 3.30 | | | | |
| PANSS Negative factor | 19,40 | 5.43 | | | | |
| PANSS Disorganised factor | 11,89 | 3.08 | | | | |
| MCCB Composite score | 21.68 | 13.23 | | | | |
| ESRS Total score baseline | 1,03 | 2.78 | | | | |
| ESRS Total score change baseline to maximum score | 3,38 | 5.18 | | | | |
| BMI (kg/m) | 21,79 | 3.98 | | | | |

DUP, duration of untreated psychosis; PANSS, Positive and Negative Syndrome Scale; MCCB, MATRICS Consensus Cognitive Battery; ESRS, Extrapyramidal Symptom Rating Scale; BMI, body mass index.

scanner unavailability (*n* = 20), poor scan quality (*n* = 2), scans lost on the server (*n* = 2), patient refused scan (*n* = 2) and protocol violation (*n* = 1). Of the 99 patients included, 53 completed the 24 months of treatment. Reasons for dropout were absconded (*n* = 19), consent withdrawal (*n* = 9), lack of treatment efficacy (*n* = 8), relocated (*n* = 4), no longer met inclusion criteria (*n* = 2), substance abuse (*n* = 1), incarceration (*n* = 1), severe side effects (*n* = 1) and death (*n* = 1). The treatment response was generally favourable, with 79 (80%) achieving operationally defined remission criteria (Andreasen et al., 2005) at endpoint. The control group comprised 98 matched, healthy volunteers. The number of suitable scans at each time-point for patients and controls respectively, was M0: 95 and 97; M12: 45 and 58; M24: 48 and 35. (For the MCCB cognitive data, the numbers for patients and controls

respectively, were M0: 76 and 95; M12: 46 and 59; M24 39 and 40.) We provide the baseline demographic, cognitive and MRI characteristics for the patients and controls in Table 1. The patients had lower educational levels and MCCB Composite scores (*p* = 0.0003) and thinner global cortical thickness (*p* = 0.0335). Table 1 also provides baseline clinical and treatment characteristics for the patients.

### Brain MRI changes for the patients v. healthy controls

Figure 1 shows the brain structural MRI changes for the patients *v*. controls, as visit-wise least square means and 95% confidence intervals (95% CI) from baseline to month 24, from the MMRM models. Table 2 details the changes (LSD means and

Exhibit S | Index 12 | p. 43







**Fig. 1.** Brain structural MRI changes for the patients *v.* controls, as visit-wise least square means and 95% confidence intervals from baseline to month 24, from the MMRM models.

95% CI) for the three MRI brain regions from baseline to M24 for patients and controls and the fixed effects of group, time and group × time interaction, adjusted for level of education and baseline MRI value. After FDR correction (significance level 0.0241),

basal ganglia volume was the only brain region that showed a significant group × time interaction effect ($p = 0.0007$). Post hoc testing (LSD corrected) indicated significant reductions in the patients from baseline to M24 for global cortical thickness ($p = 0.0001$) and increases for white matter volume ($p = 0.0001$) and basal ganglia volume ($p = 0.0007$), and no significant changes in the controls.

*Antipsychotic treatment effects on brain MRI changes*

Table 3 provides the results of the MMRM for the treatment-related effects on brain MRI changes. After FDR correction, higher cumulative antipsychotic dose predicted lesser increase in white matter volume ($p = 0.0120$); greater reduction in PANSS Total scores predicted larger increases in white matter ($p = 0.0194$) and basal ganglia ($p = 0.0187$) volumes; greater improvements in MCCB Composite scores predicted greater increases in white matter volume ($F = 8.72$, $p = 0.006$); greater increase in BMI predicted greater increase in basal ganglia volume ($p = 0.0001$); and greater baseline to maximum ESRS Total scores predicted greater increase in white matter ($p = 0.0012$) and basal ganglia volumes ($p = 0.0001$). Partial correlations controlling for age, sex and education indicated that the cumulative antipsychotic dose was significantly negatively correlated with the PANSS Total score ($r = -0.2540$, $p < 0.0001$), and significantly positively correlated with BMI ($r = 0.1371$, $p = 0.03$), but not with ESRS Total scores ($r = 0.0325$, $p = 0.595$) or MCCB Composite scores ($r = -0.0498$, $p = 0.529$).

*Sensitivity analyses*

Results of the first set of sensitivity analyses including completers only were largely similar to those of the primary analyses. The group × time interaction effects for cortical thickness changes ($F = 1.0856$, $p = 0.3408$) and white matter volume changes ($F = 2.4787$, $p = 0.0878$) were not significant, while for basal ganglia volume changes they were ($F = 4.0895$, $p = 0.01893$). Post hoc LSD testing indicated significant reductions in the patients from baseline to M24 for global cortical thickness ($p = 0.0006$), increases for white matter volume ($p = 0.001$) and basal ganglia volume ($p = 0.0182$), and no significant changes in the controls. For the treatment-related fixed effects on the brain regions in the patients, most of the results were similar to the primary analyses. Higher cumulative antipsychotic dose predicted less increase in white matter volume (although only at the uncorrected significance level) ($F = 0.265$; $p = 0.0265$); greater reduction in PANSS Total scores predicted, at uncorrected significance levels, larger increases in white matter ($F = 0.63$, $p = 0.0352$) and basal ganglia ($F = 4.00$, $p = 0.0498$) volumes; increases in BMI predicted greater increase in basal ganglia volume ($F = 12.35$, $p = 0.0008$), and greater baseline to maximum ESRS Total change scores predicted greater increase in white matter ($F = 12.88$, $p = 0.0007$) and basal ganglia volumes ($F = 37.29$, $p = 0.0001$). The only substantial differences from the primary analyses were that greater reduction in PANSS Total scores significantly predicted less reduction in global cortical thickness ($F = 9.15$; $p = 0.0036$) and MCCB Composite scores no longer predicted white matter volume changes ($F = 0.26$, $p = 0.6117$).

For the second sensitivity analysis using raw values for white matter volumes, results again followed a similar pattern to those of the primary analysis. The group × time effect was only significant at the uncorrected level ($F = 3.33$, $p = 0.0383$) and LSD testing indicated significant increases from baseline to M24 for

Exhibit S | Index 12 | p. 44

*Psychological Medicine* 2055

**Table 2.** Changes from baseline to M24 for patients and controls, and fixed effects of group, time and group × time interaction for the four MRI brain regions, adjusted for level of education and baseline MRI value

| | Change from baseline to M24[a] | | | Fixed effect test | | |
|---|---|---|---|---|---|---|
| | Mean | 95% CI | p Value | | F | p Value |
| Global cortical thickness (mm) | | | | | | |
| Patients | −0.0477 | −0.0703 to −0.0250 | 0.0001 | Group | 1.88 | 0.1727 |
| Controls | −0.0233 | −0.0478 to 0.0012 | 0.0626 | Time | 12.88 | 0.0001 |
| | | | | Group × time | 1.08 | 0.3421 |
| White matter volume (%eTIV) | | | | | | |
| Patients | 1.0627 | 0.5471 to 1.5783 | 0.0001 | Group | 1.67 | 0.1982 |
| Controls | 0.0913 | −0.4779 to 0.6604 | 0.7519 | Time | 8.43 | 0.0003 |
| | | | | Group × time | 3.18 | 0.0441 |
| Basal ganglia volume (%eTIV) | | | | | | |
| Patients | 0.0388 | 0.0165 to 0.0610 | 0.0007 | Group | 9.92 | 0.0019 |
| Controls | −0.0207 | −0.0453 to 0.0039 | 0.0979 | Time | 1.15 | 0.3198 |
| | | | | Group × time | 7.61 | 0.0007 |

CI, confidence interval; %eTIV, percentage of estimated total intracranial volume.
[a]Fisher's least significant difference test.

**Table 3.** Fixed effects for cumulative antipsychotic dose, PANSS Total score, BMI and ESRS Total change to maximum score on the brain MRI regions

| Fixed effect | Global cortical thickness | | White matter volume | | | Basal ganglia | | |
|---|---|---|---|---|---|---|---|---|
| | F | p | F | p | Direction[a] | F | p | Direction[a] |
| Total cumulative antipsychotic dose | 1.23 | 0.2705 | 6.66 | 0.0120 | − | 0.86 | 0.3566 | |
| PANSS Total score | 3.58 | 0.0627 | 5.73 | 0.0194 | | 5.79 | 0.0187 | − |
| MCCB Composite score | 0.71 | 0.4065 | 8.72 | 0.006 | + | 1.01 | 0.3225 | |
| BMI | 0.04 | 0.8437 | 3.16 | 0.0799 | | 20.92 | <0.0001 | + |
| ESRS Total change score | 1.04 | 0.3118 | 11.33 | 0.0012 | + | 30.77 | <0.0001 | + |

PANSS, Positive and Negative Syndrome Scale; MCCB, MATRICS Cognitive Consensus Battery; BMI, body mass index; ESRS, Extrapyramidal Symptom Rating Scale.
[a]Direction of significant associations, determined by partial correlations.

patients ($p < 0.0001$) but not controls ($p = 0.8500$). In the patients only there were significant main effects for PANSS Total ($F = 16.18$, $p = 0001$) and ESRS Total change scores ($F = 26.95$, $p < 0.0001$), but not for MCCB Composite score ($F = 2.93$, $p = 0.0901$), BMI ($F = 2.97$, $p = 0.0892$) or cumulative antipsychotic dose ($F = 1.94$, $p = 0.1685$).

### Cannabis use and brain MRI changes

We entered the number of positive cannabis urine tests over the study duration as a covariate into the MMRM models investigating the treatment effects. More frequent positive tests were associated with lesser reductions in cortical thickness ($F = 8.92$, $p = 0.0039$) and lesser increases in white matter volumes ($F = 18.65$, $p = 0.0001$), but not with basal ganglia volume changes ($F = 0.72$, $p = 0.3975$).

### Secondary analyses

To investigate whether the significant effects that we found for PANSS Total scores and MCCB Composite scores were domain-specific, we conducted secondary analyses with the MMRM models constructed as in the main analyses, but in this case with the PANSS domain scores and the MCCB domain scores entered as time-dependent fixed effects. In these analyses, we did not correct for multiple comparisons and the findings are exploratory only. For the PANSS domains, we found a significant effect for positive symptoms for both white matter volume and basal ganglia volume changes, respectively ($F = 12.02$, $p = 0.0009$ and $F = 8.74$, $p = 0.004$), but not for negative ($F = 0.51$, $p = 0.4774$ and $F = 0.001$, $p = 0.9752$) or disorganised ($F = 1.27$, $p = 0.2634$ and $F = 0.25$, $p = 0.6194$) symptoms. We found no significant effects for any of the MCCB domains on white matter volume ($p > 0.05$). Finally, we assessed the effects of hospitalisation or relapse during the study on brain structural changes. There were no significant associations for hospitalisation, duration of hospitalisation or relapse, respectively, on cortical thickness ($F = 0.46$, $p = 0.4907$; $F = 0.13$, $p = 0.7241$; $F = 0.00$, $p = 0.9969$) white matter volume ($F = 0.49$, $p = 0.4866$; $F = 0.43$, $p = 0.5170$; $F = 0.03$, $p = 0.8684$) or basal ganglia volume ($F = 3.88$, $p = 0.0525$; $F = 1.54$, $p = 0.2237$; $F = 0.61$, $p = 0.4361$) changes, respectively.

Exhibit S | Index 12 | p. 45

## Discussion

In this study, we found reductions in global cortical thickness and increases in white matter and basal ganglia volumes over time in patients, but not in controls, although basal ganglia volumes were the only region to show a significant group × time interaction. We also found differential treatment effects in the three brain regions in the patients.

### Global cortical thickness

While the group × time interaction did not differ significantly between individuals with schizophrenia and healthy controls, we found several significant differences in global cortical thickness in the post-hoc tests. At baseline, patients had thinner global cortical thickness measures, and further small, but significant, reductions occurred over 24 months in patients, but not in controls. These findings are consistent with a meta-analysis of longitudinal studies reporting progressive loss in cortical grey matter volume, with the most significant reductions occurring in the early stages of the disease (Vita, De, Deste, & Sacchetti, 2012). The literature is mixed however, with some reporting no progressive changes (Haukvik et al., 2016), and even a reversal of baseline deficits (Schaufelberger et al., 2011).

The reductions in global cortical thickness were independent of treatment effects, insofar as they were not associated with cumulative antipsychotic dose, efficacy or adverse effects. This differs from the findings of the ENIGMA consortium meta-analysis reporting widespread cortical thinning in schizophrenia that was associated with higher medication dose, higher positive symptom scores in some regions and higher negative symptom scores in other regions (van Erp et al., 2018). (In this regard, it should be noted that we did find an association between greater reductions in PANSS Total scores and lesser reductions in cortical thickness in the completers analysis.) Our failure to find an association between cortical thickness changes and treatment effects in our primary analysis also differs from the findings of a meta-analysis of longitudinal studies that showed greater grey matter volume reductions in patients that were related to cumulative antipsychotic intake, but not to symptom severity (Vita et al., 2015). While the differences between our findings and the above meta-analyses could be due to the greater statistical power of those studies, they could also be due to the distinct characteristics of our sample and study methodology. Thus, results of studies conducted in chronic samples and in naturalistic settings could be confounded by factors such as treatment non-adherence, previous treatment and illness chronicity. Our findings suggest that, in the early years of treatment of schizophrenia, in patients with assured treatment and a favourable response, subtle reductions in cortical thickness occur that are not related to the degree of exposure, efficacy or lack thereof, or adverse effects of antipsychotic treatment. Our results are also consistent with a recent study using machine learning on MRI data that identified two distinct neuroanatomical subtypes in schizophrenia. The first, including widespread grey matter volume reductions, is proposed to be related to the non-dopaminergic neurodevelopmental abnormalities in schizophrenia, and less responsive to dopamine-blocking antipsychotics (Chand et al., 2020).

### White matter volumes

While the group × time interaction effect did not meet our adjusted significance level, we again found significant differences between individuals with schizophrenia and healthy controls in the post-hoc tests. The increase that we observed in white matter volumes over the course of treatment was unanticipated, given the reports of smaller white matter volumes in both unmedicated and medicated patients with schizophrenia (Haijma et al., 2013), and a meta-analysis of longitudinal studies reporting progressive reductions in white matter volumes (Olabi et al., 2011). However, not all longitudinal studies found white matter volume reductions (Lieberman et al., 2005), and a cross-sectional study found both increases and decreases in patients with schizophrenia compared to healthy controls, with larger white matter volumes being associated with positive symptoms and smaller volumes with negative symptoms (Makris et al., 2010). It could be argued that the increases that we observed in our patients could be explained by normal aging, as white matter volume is reported to increase with age until approximately the fifth decade of life in healthy individuals (Bartzokis et al., 2001). However, counting against this is that our healthy controls did not show similar increases over the 2-year study period.

Our finding of improvements in psychopathology and cognition being related to greater increases in white matter volumes suggests a link between antipsychotic efficacy and white matter changes (although the association with cognition was no longer significant in the sensitivity analyses). Such a relationship is further supported by the inverse association that we found in the primary analysis between cumulative antipsychotic dose and white matter volume increase, as higher doses are more likely to be prescribed in patients responding less well to treatment. This provides a possible explanation for the results of a long-term study reporting progressive decrement in white matter volume that was most evident among patients who received more antipsychotic treatment (Ho et al., 2011), and in the same cohort, that greater white matter reductions occurred in patients who spent more time in relapse (Andreasen, Liu, Ziebell, Vora, & Ho, 2013). Thus, with assured antipsychotic treatment via a long-acting injectable formulation, a favourable treatment response appears to be accompanied by increases in white matter volume, while in the longer term, white matter volume reductions may be linked to periods of suboptimal adherence, illness recurrence and emergent refractoriness. Further support for this possibility is forthcoming from reported differential effects for long-acting injectable v. oral antipsychotics on white matter volume in schizophrenia. A small randomised, controlled trial conducted over 6 months found that white matter volumes remained stable in patients receiving risperidone long-acting injection ($n = 11$), whereas those treated with oral risperidone ($n = 13$) showed volume reductions. Those authors proposed that antipsychotics stabilise white matter via a promyelination effect, and that long-acting injectable antipsychotics may have an advantage over their oral counterparts in achieving this effect via improved adherence (Bartzokis et al., 2011). A problem with this hypothesis, however, is that our patients did not have smaller white matter volumes at baseline, and volumes increased beyond those of controls during treatment, suggesting excessive white matter increases rather than normalisation.

### Basal ganglia

This study provides compelling evidence for basal ganglia volume increases in schizophrenia that are related to antipsychotic treatment rather than to the underlying illness. The similar basal ganglia volumes in patients and controls at baseline are consistent

*Psychological Medicine* 2057

with previous reports in first episode, including treatment-naïve samples (Brandt & Bonelli, 2008), suggesting no pre-treatment structural MRI differences. The volume increases that we found with treatment are consistent with the reports of basal ganglia enlargement in chronic, treated samples (Ebdrup et al., 2013; van Erp et al., 2016). Longitudinal studies to date have, however, reported inconsistent findings. Earlier studies suggested a differential effect for antipsychotic class, with increased basal ganglia volume being associated with treatment with first-generation antipsychotics, but not second-generation antipsychotics (Navari & Dazzan, 2009). Later systematic reviews reported both increases and decreases in basal ganglia volumes, and not specific to any antipsychotic class (Ebdrup et al., 2013; Huhtaniska et al., 2017).

The increases that we found in basal ganglia volume were linked to both the efficacy and adverse effects of antipsychotic treatment, pointing to a shared underlying mechanistic pathway, and most likely involving dopamine. Dorsal striatal dopamine dysfunction underlies the symptoms of psychosis (McCutcheon, Beck, Jauhar, & Howes, 2018), and the efficacy of antipsychotics is related to their antagonistic effects at the dopamine D2 receptor (Miyamoto, Miyake, Jarskog, Fleischhacker, & Lieberman, 2012). Extrapyramidal symptoms are mediated by blockade of D2 receptors in the nigrostriatal system (Sykes et al., 2017), and antipsychotic-induced weight gain has been linked, at least in part, to its D2 and D3 antagonistic effects (Dayabandara et al., 2017). Therefore, our findings are consistent with the basal ganglia being related to the hyperdopaminergic component of the illness, as proposed by Chand et al. (2020). In their machine learning-derived identification of neuroanatomical subtypes for schizophrenia, Subtype 2 was characterised by increased volume in the basal ganglia, together with some white matter, especially in the internal capsule.

While our study design allowed us to address several methodological shortcomings of previous studies, some limitations need to be considered. First, there is a risk of misinterpreting the meaning of the observed brain changes. MRI data are not a direct measure of brain structure, and are potentially confounded by epiphenomena and artefacts, and differences between patients *v.* controls are not necessarily evidence of structural abnormalities, or potentially deleterious effects of treatment (Weinberger & Radulescu, 2020). Second, the sample size is limited, and may not have had sufficient power to detect small effect sizes. However, for a single-site study, the sample is relatively large, and power limitations are countered by the advantages of homogeneity of the sample and standardised treatment and assessments, including using a single scanner. Third, as with most longitudinal studies in psychosis, participant attrition was considerable, introducing the possibility of measurement error associated with missing values. Although our use of MMRM models offers a powerful approach to dealing with missing values, the assumption of missingness at random when predicting missing values may introduce error. Nevertheless, our completers-only sensitivity analyses produced largely similar results, indicating that our findings were not an artefact of the intent to treat population. Another potential limitation of the high attrition rate that may have biased our findings is that the retained patients may not be representative of the entire sample, particularly as several participants directly, and likely indirectly, withdrew for treatment-related reasons. Subsequently, this study does not permit inferences regarding illness progression, and results can only be considered in the context of patients generally responding favourably to treatment. Fourth, it is entirely plausible that the brain regions we selected do not optimally

identify treatment effects on brain structure, and that further regional specificity might apply. We also did not assess possible laterality effects. Fifth, volumetric analysis of brain structures is confounded by inter-individual variability in brain morphology and total head size. In the primary analyses, we corrected our volumetric measures for eTIV, as described by the developers of FreeSurfer (https://surfer.nmr.mgh.harvard.edu/fswiki/eTIV). eTIV is consistent over time and correcting regional volumes by eTIV is considered important to estimate the extent of change from a premorbid state (Voevodskaya et al., 2014). In any event, our similar findings with the uncorrected raw white matter volumes further support the validity of the results of the primary analysis.

Sixth, the study duration of 2 years does not address the longer-term effects of antipsychotics on brain structure. Finally, while the use of a single antipsychotic removed the effects of treatment heterogeneity, it also limits the generalisability of findings to patients treated with other antipsychotics. Thus, while distinctions between first- and second-generation antipsychotics have led to confusion and calls for the classification to be abandoned, individual antipsychotics differ substantially in pharmacological and side-effect profiles (Leucht & Davis, 2011) and may have differential effects on brain structure.

In conclusion, we provide evidence for brain plasticity associated with antipsychotic treatment in schizophrenia. Cortical thickness reductions were unrelated to treatment, while white matter and basal ganglia volume increases were linked to both efficacy and adverse effects. Volume reductions related to illness progression may be more apparent in non-adherent, treatment refractory, chronic samples.

**Financial support.** Supported by New Partnership for Africa's Development (NEPAD) through the Department of Science and Technology of South Africa grant UID 65174, the South African Medical Research Council grant MRC-RFA-IFSP-01-2013 and the Sarah Turoff Trust (Drs Emsley and du Plessis). Medication was supplied by Lundbeck International.

**Conflict of interest.** Robin Emsley has participated in speakers/advisory boards and received honoraria from Janssen, Lundbeck, Servier and Otsuka. Bonga Chiliza has received speakers fees from Cipla, Lundbeck and Sanofi. The other authors report no financial relationships with commercial interests.

## References

Andreasen, N. C., Carpenter, Jr., W. T., Kane, J. M., Lasser, R. A., Marder, S. R., & Weinberger, D. R. (2005). Remission in schizophrenia: Proposed criteria and rationale for consensus. *American Journal of Psychiatry, 162*(3), 441–449. https://doi.org/10.1176/appi.ajp.162.3.441.

Andreasen, N. C., Liu, D., Ziebell, S., Vora, A., & Ho, B. C. (2013). Relapse duration, treatment intensity, and brain tissue loss in schizophrenia: A prospective longitudinal MRI study. *American Journal of Psychiatry 170*(6), 609–615. https://doi.org/10.1176/appi.2013.12050674.

Bartzokis, G., Beckson, M., Lu, P.H., Nuechterlein, K.H., Edwards, N., & Mintz, J. (2001). Age-related changes in frontal and temporal lobe volumes in men: A magnetic resonance imaging study. *Archives of General Psychiatry 58*:461–465. doi: 10.1001/archpsyc.58.5.461

Bartzokis, G., Lu, P. H., Amar, C. P., Raven, E. P., Detore, N. R., Altshuler, L. L., … Nuechterlein, K. H. (2011). Long acting injection versus oral risperidone in first-episode schizophrenia: Differential impact on white matter myelination trajectory. *Schizophrenia Research 132*(1), 35–41. doi: 10.1016/j.schres.2011.06.029

Brandt, G. N., & Bonelli, R. M. (2008). Structural neuroimaging of the basal ganglia in schizophrenic patients: A review. *Wiener* Medizinische *Wochenschrift. 158*(3–4), 84–90. https://doi.org/10.1007/s10354-007-0478-7.

Exhibit S | Index 12 | p. 47

Cannon, T. D., Chung, Y., He, G., Sun, D., Jacobson, A., van Erp, T. G., … Heinssen, R. (2015). Progressive reduction in cortical thickness as psychosis develops: A multisite longitudinal neuroimaging study of youth at elevated clinical risk. *Biological Psychiatry*, 77(2), 147–157. https://doi.org/10.1016/j.biopsych.2014.05.023.

Chand, G. B., Dwyer, D. B., Erus, G., Sotiras, A., Varol, E., Srinivasan, D., … Davatzikos, C. (2020). Two distinct neuroanatomical subtypes of schizophrenia revealed using machine learning. *Brain*, 143(3), 1027–1038. https://doi.org/10.1093/brain/awaa025.

Chouinard, G., & Margolese, H. C. (2005). Manual for the extrapyramidal symptom rating scale (ESRS). *Schizophrenia Research*, 76(2-3), 247–265. https://doi.org/10.1016/j.schres.2005.02.013.

Dayabandara, M., Hanwella, R., Ratnatunga, S., Seneviratne, S., Suraweera, C., & de Silva, V. A. (2017). Antipsychotic-associated weight gain: Management strategies and impact on treatment adherence. *Neuropsychiatric Disease and Treatment*, 13, 2231–2241. https://doi.org/10.2147/NDT.S113099.

Dorph-Petersen, K. A., Pierri, J. N., Perel, J. M., Sun, Z., Sampson, A. R., & Lewis, D. A. (2005). The influence of chronic exposure to antipsychotic medications on brain size before and after tissue fixation: A comparison of haloperidol and olanzapine in macaque monkeys. *Neuropsychopharmacology*, 30(9), 1649–1661. https://doi.org/10.1038/sj.npp.1300710.

Ebdrup, B. H., Norbak, H., Borgwardt, S. & Glenthoj, B. (2013). Volumetric changes in the basal ganglia after antipsychotic monotherapy: A systematic review. *Current Medical Chemistry*, 20(3), 438–447. https://doi.org/10.2174/0929867311320030015.

Emsley, R., Rabinowitz, J., Torreman, M., Schooler, N., Kapala, L., Davidson, M., & McGory, P. (2003). The factor structure for the Positive and Negative Syndrome Scale (PANSS) in recent-onset psychosis. *Schizophrenia Research*, 61(1), 47–57. https://doi.org/10.1016/S0920-9964(02)00302-X.

First, M. B., Spitzer, M. R. L. G., & Williams, L. B. W. (1994). *Structured clinical interview for DSM-IV axis I disorders, patient edition (SCID-P)*. New York: New York State Psychiatric Institute, Biometrics Research.

Gardner, D. M., Murphy, A. L., O'Donnell, H., Centorrino, F., & Baldessarini, R. J. (2010). International consensus study of antipsychotic dosing. *American Journal of Psychiatry*, 167(6), 686–693. https://doi.org/10.1176/appi.ajp.2009.09060802.

Genovese, C. R., Lazar, N. A., & Nichols, T. (2002). Thresholding of statistical maps in functional neuroimaging using the false discovery rate. *Neuroimage*, 15(4), 870–878. https://doi.org/10.1006/nimg.2001.1037.

Guo, J. Y., Huhtaniska, S., Miettunen, J., Jaaskelainen, E., Kiviniemi, V., Nikkinen, J., … Murray, G. K. (2015). Longitudinal regional brain volume loss in schizophrenia: Relationship to antipsychotic medication and change in social function. *Schizophrenia Research*, 168(1–2), 297–304. https://doi.org/10.1016/j.schres.2015.06.016.

Haijma, S., Van Haren, N., Cahn, W., Koolschijn, P. C., Hulshoff Pol, H. E., & Kahn, R. S. (2013). Brain volumes in schizophrenia: A meta-analysis in over 18 000 subjects. *Schizophrenia Bulletin*, 39(5), 1129–1138. https://doi.org/10.1093/schbul/sbs118.

Haukvik, U. K., Hartberg, C. B., Nerland, S., Jorgensen, K. N., Lange, E. H., Simonsen, C., … Agartz, I. (2016). No progressive brain changes during a 1-year follow-up of patients with first-episode psychosis. *Psychological Medicine*, 46(3), 589–598. https://doi.org/10.1017/S003329171500210X.

Ho, B. C., Andreasen, N. C., Ziebell, S., Pierson, R., & Magnotta, V. (2011). Long-term antipsychotic treatment and brain volumes: A longitudinal study of first-episode schizophrenia. *Archives of General Psychiatry*, 68(2), 128–137. https://doi.org/10.1001/archgenpsychiatry.2010.199.

Huhtaniska, S., Jaaskelainen, E., Hirvonen, N., Remes, J., Murray, G. K., Veijola, J., … Miettunen, J. (2017). Long-term antipsychotic use and brain changes in schizophrenia - a systematic review and meta-analysis. *Human Psychopharmacology*, 32(2), e2574. https://doi.org/10.1002/hup.2574.

Kay, S. R., Fiszbein, A., & Opler, L. A. (1987). The positive and negative syndrome scale (PANSS) for schizophrenia. *Schizophrenia Bulletin*, 13(2), 261–276. https://doi.org/10.1093/schbul/13.2.261.

Leucht, S & Davis, J. M. (2011). Are all antipsychotics the same? *The British Journal of Psychiatry*, 199(4), 269–2271. https://doi.org/10.1192/bjp.bp.111.095323.

Leucht, S., Tardy, M., Komossa, K., Heres, S., Kissling, W., & Davis, J. M. (2012). Maintenance treatment with antipsychotic drugs for schizophrenia.

*The Cochrane Database of Systematic Reviews*, 5, CD008016. https://doi.org/10.1002/14651858.CD008016.pub2.

Lieberman, J. A., Tollefson, G. D., Charles, C., Zipursky, R., Sharma, T., Kahn, R. S., & …Tohen, M. (2005). Antipsychotic drug effects on brain morphology in first-episode psychosis. *Archives of General Psychiatry*, 62(4), 361–370. https://doi.org/10.1001/archpsyc.62.4.361.

Mahapatra, J., Quraishi, S. N., David, A., Sampson, S., & Adams, C. E. (2014). Flupenthixol decanoate (depot) for schizophrenia or other similar psychotic disorders. *The Cochrane Database of Systematic Reviews*, 6, CD001470. https://doi.org/10.1002/14651858.CD001470.pub2.

Makris, N., Seidman, L. J., Ahern, T., Kennedy, D. N., Caviness, V. S., Tsuang, M. T., & Goldstein, J. M. (2010). White matter volume abnormalities and associations with symptomatology in schizophrenia. *Psychiatry Research*, 183(1), 21–29. https://doi.org/10.1016/j.pscychresns.2010.04.016.

McCutcheon, R., Beck, K., Jauhar, S., & Howes, O. D. (2018). Defining the locus of dopaminergic dysfunction in schizophrenia: A meta-analysis and test of the mesolimbic hypothesis. *Schizophrenia Bulletin*, 44(6), 1301–1311. https://doi.org/10.1093/schbul/sbx180.

Miyamoto, S., Miyake, N., Jarskog, L. F., Fleischhacker, W. W., & Lieberman, J. A. (2012). Pharmacological treatment of schizophrenia: A critical review of the pharmacology and clinical effects of current and future therapeutic agents. *Molecular Psychiatry*, 17(12), 1206–1227. https://doi.org/10.1038/mp.2012.47.

Murray, R. M., Quattrone, D., Natesan, S., van Os, J., Nordentoft, M., Howes, O., … Taylor, D. (2016). Should psychiatrists be more cautious about the long-term prophylactic use of antipsychotics? *British Journal of Psychiatry*, 209(5), 361–365. https://doi.org/10.1192/bjp.bp.116.182683.

Navari, S., & Dazzan, P. (2009). Do antipsychotic drugs affect brain structure? A systematic and critical review of MRI findings. *Psychological Medicine*, 39(11), 1763–1777. https://doi.org/10.1017/S0033291709005315.

Nuechterlein, K. H., & Green, M. F. (2006). *MATRICS consensus battery manual*. Los Angeles: MATRICS Assessment Inc.

Okada, N., Fukunaga, M., Yamashita, F., Koshiyama, D., Yamamori, H., Ohi, K., … Hashimoto, R. (2016). Abnormal asymmetries in subcortical brain volume in schizophrenia. *Molecular Psychiatry*, 21(10), 1460–1466. https://doi.org/10.1038/mp.2015.209.

Olabi, B., Ellison-Wright, I., McIntosh, A. M., Wood, S. J., Bullmore, E., & Lawrie, S. M. (2011). Are there progressive brain changes in schizophrenia? A meta-analysis of structural magnetic resonance imaging studies. *Biological Psychiatry*, 70(1), 88–96. https://doi.org/10.1016/j.biopsych.2011.032.

Roiz-Santianez, R., Suarez-Pinilla, P., & Crespo-Facorro, B. (2015). Brain structural effects of antipsychotic treatment in schizophrenia: A systematic review. *Current Neuropharmacology*, 13(4), 422–434. https://doi.org/10.2174/1570159X13666150420902536.

Schaufelberger, M. S., Lappin, J. M., Duran, F. L., Rosa, P. G., Uchida, R. R., Santos, L. C., … Busatto, G. F. (2011). Lack of progression of brain abnormalities in first-episode psychosis: A longitudinal magnetic resonance imaging study. *Psychological Medicine*, 41(8), 1677–1689. https://doi.org/10.1017/S0033291710002163.

Sykes, D. A., Moore, H., Stott, L., Holliday, N., Javitch, J. A., Lane, J. R., & Charlton, S. J. (2017). Extrapyramidal side effects of antipsychotics are linked to their association kinetics at dopamine D2 receptors. *Nature Communications*, 8(1), 763. https://doi.org/10.1038/s41467-017-00716-z.

Torres, U. S., Duran, F. L., Schaufelberger, M. S., Crippa, J. A., Louza, M. R., Sallet, P. C., … Busatto, G. F. (2016). Patterns of regional gray matter loss at different stages of schizophrenia: A multisite, cross-sectional VBM study in first-episode and chronic illness. *Neuroimage. Clinical*, 12, 1–15. https://doi.org/10.1016/j.nicl.2016.06.002.

van Erp, T. G., Hibar, D. P., Rasmussen, J. M., Glahn, D. C., Pearlson, G. D., Andreassen, O. A., … Turner, J. A. (2016). Subcortical brain volume abnormalities in 2028 individuals with schizophrenia and 2540 healthy controls via the ENIGMA consortium. *Molecular Psychiatry*, 21(4), 547–553. https://doi.org/10.1038/mp.2015.63.

van Erp, T. G. M., Walton, E., Hibar, D. P., Schmaal, L., Jiang, W., Glahn, D. C., … Turner, J. A. (2018). Cortical brain abnormalities in 4474 individuals with schizophrenia and 5098 control subjects via the Enhancing Neuro Imaging Genetics Through Meta Analysis (ENIGMA) consortium.

Exhibit S | Index 12 | p. 48

*Biological Psychiatry*, *84*(9), 644–654. https://doi.org/10.1016/j.biopsych.2018.04.023.

van Haaren, N. E., Cahn, W., Hulshoff Pol, H. E., & Kahn, R. S. (2013). Confounders of excessive brain volume loss in schizophrenia. *Neuroscience and Biobehavioral Reviews*, *37*, 2418–2423. https://doi:10.1016/j.neubiorev.2012.09.006.

Vita, A., De, P. L., Deste, G., Barlati, S., & Sacchetti, E. (2015). The effect of antipsychotic treatment on cortical gray matter changes in schizophrenia: Does the class matter? A meta-analysis and meta-regression of longitudinal magnetic resonance imaging studies. *Biological Psychiatry*, *78*(6), 403–412. https://doi.org/10.1016/j.biopsych.2015.02.008.

Vita, A., De, P. L., Deste, G., & Sacchetti, E. (2012). Progressive loss of cortical gray matter in schizophrenia: A meta-analysis and meta-regression of longitudinal MRI studies. *Translational Psychiatry*, *2*, e190. https://doi.org/10.1038/tp.2012.116.

Vita, A., De, P. L., Silenzi, C., & Dieci, M. (2006). Brain morphology in first-episode schizophrenia: A meta-analysis of quantitative magnetic resonance imaging studies. *Schizophrenia Research*, *82*(1), 75–88. https://doi.org/10.1016/j.schres.2005.11.004.

Voevodskaya, O., Simmons, A., Nordenskjöld, R., Kullberg, J., Ahlström, H., Lind, L., … Westman, E. (2014). The effects of intracranial volume adjustment approaches on multiple regional MRI volumes in healthy aging and Alzheimer's disease. Alzheimer's disease neuroimaging initiative. *Frontiers in Aging Neuroscience*, *6*, 264. doi: 10.3389/fnagi.2014.00264

Weinberger, D. R., & Radulescu, E. (2020). Structural magnetic resonance imaging all over again. *JAMA Psychiatry*, *78*(1), 11–12. https://doi.org/10.1001/jamapsychiatry.2020.1941.

Wunderink, L., Nieboer, R. M., Wiersma, D., Sytema, S., & Nienhuis, F. J. (2013). Recovery in remitted first-episode psychosis at 7 years of follow-up of an early dose reduction/discontinuation or maintenance treatment strategy: Long-term follow-up of a 2-year randomized clinical trial. *JAMA Psychiatry*, *70*(9), 913–920. https://doi.org/10.1001/jamapsychiatry.2013.19.

Wyatt, R. J. (1991). Neuroleptics and the natural course of schizophrenia. *Schizophrenia Bulletin*, *17*(2), 325–351. https://doi.org/10.1093/schbul/17.2.325.

**ORIGINAL ARTICLE**

# Long-term Antipsychotic Treatment and Brain Volumes

## A Longitudinal Study of First-Episode Schizophrenia

Beng-Choon Ho, MRCPsych; Nancy C. Andreasen, MD, PhD; Steven Ziebell, BS;
Ronald Pierson, MS; Vincent Magnotta, PhD

**Context:** Progressive brain volume changes in schizophrenia are thought to be due principally to the disease. However, recent animal studies indicate that antipsychotics, the mainstay of treatment for schizophrenia patients, may also contribute to brain tissue volume decrement. Because antipsychotics are prescribed for long periods for schizophrenia patients and have increasingly widespread use in other psychiatric disorders, it is imperative to determine their long-term effects on the human brain.

**Objective:** To evaluate relative contributions of 4 potential predictors (illness duration, antipsychotic treatment, illness severity, and substance abuse) of brain volume change.

**Design:** Predictors of brain volume changes were assessed prospectively based on multiple informants.

**Setting:** Data from the Iowa Longitudinal Study.

**Patients:** Two hundred eleven patients with schizophrenia who underwent repeated neuroimaging beginning soon after illness onset, yielding a total of 674 high-resolution magnetic resonance scans. On average, each patient had 3 scans ($\geq$2 and as many as 5) over 7.2 years (up to 14 years).

**Main Outcome Measure:** Brain volumes.

**Results:** During longitudinal follow-up, antipsychotic treatment reflected national prescribing practices in 1991 through 2009. Longer follow-up correlated with smaller brain tissue volumes and larger cerebrospinal fluid volumes. Greater intensity of antipsychotic treatment was associated with indicators of generalized and specific brain tissue reduction after controlling for effects of the other 3 predictors. More antipsychotic treatment was associated with smaller gray matter volumes. Progressive decrement in white matter volume was most evident among patients who received more antipsychotic treatment. Illness severity had relatively modest correlations with tissue volume reduction, and alcohol/illicit drug misuse had no significant associations when effects of the other variables were adjusted.

**Conclusions:** Viewed together with data from animal studies, our study suggests that antipsychotics have a subtle but measurable influence on brain tissue loss over time, suggesting the importance of careful risk-benefit review of dosage and duration of treatment as well as their off-label use.

*Arch Gen Psychiatry. 2011;68(2):128-137*

S CHIZOPHRENIA, A COMMON mental illness affecting 1% of the worldwide population, remains a leading cause of chronic disability among young adults.[1] Antipsychotic medications are the mainstay of treatment because there is strong empirical evidence that

*For editorial comment see page 126*

these drugs reduce psychotic symptoms and relapse rates in schizophrenia patients.[2] Even though the majority of patients receive antipsychotics and benefit from reduction in psychotic symptoms, many patients continue to have negative symptoms, cognitive impairments, and progressive brain tissue loss.[3-13] The causes underlying these brain abnormalities are unclear and have been a focus of much debate[14,15] and many literature reviews.[16,17]

In a previous study comprising 119 schizophrenia patients,[18] we found that brain volume reductions on magnetic resonance imaging (MRI) were related to a common genetic variant within the brain-derived neurotrophic factor gene and to antipsychotic treatment, such that more antipsychotic treatment correlated with greater frontal gray matter (GM) volume reductions. When viewed in conjunction with controlled antipsychotic treatment studies in animals,[19-21] our previous findings suggest that antipsychotic treatment may contribute to brain tissue volume loss.

Author Affiliations:
Departments of Psychiatry (Drs Ho and Andreasen and Messrs Ziebell and Pierson) and Radiology (Dr Magnotta), University of Iowa Carver College of Medicine, Iowa City.

Downloaded from www.archgenpsychiatry.com at Florida International University, on February 8, 2011
©2011 American Medical Association. All rights reserved.

Exhibit S | Index 12 | p. 50

More recent literature reviews have highlighted the potential role of antipsychotics in influencing brain volume deficits in schizophrenia and its implications.[22-26]

The goal of the current study was to comprehensively evaluate the contributions of 4 potential causative factors that may mediate progressive brain volume decrement in schizophrenia: illness duration, long-term antipsychotic treatment, illness severity, and substance abuse. Extending our previous work,[18] the present study has the largest available cohort of schizophrenia patients who have undergone longitudinal MRI assessments. We examined 211 patients and collected 674 high-resolution MRI brain scans (averaging 3 scans per patient; at least 2 and up to 5 per patient) over an extended period (mean, 7 years; up to 14 years). Furthermore, multiple within-patient MRI scans coupled with an extensive clinical database provide for more robust estimates of brain volume trajectories.

Understanding the long-term effects of antipsychotics on the brain has wider clinical ramifications beyond treatment of patients with schizophrenia. Given the sharp rise in antipsychotic utilization,[27] especially among pediatric and geriatric populations,[27-30] examining the possibility of antipsychotic-associated brain tissue loss has important implications for assessing the risk-benefit ratio in a large number of psychiatric patients.

## METHODS

Study participants were obtained through the Iowa Longitudinal Study (ILS).[31] To be eligible, participants must have met *DSM-III* or *DSM-IV* criteria for schizophrenia-spectrum disorders and have been presenting for treatment of their first psychotic episode. At intake, patients underwent an extensive evaluation, including standardized clinical rating scales (Scale for Assessment of Negative Symptoms,[32] Scale for Assessment of Positive Symptoms,[33] Comprehensive Assessment of Symptoms and History,[34] and Psychiatric Symptoms You Currently Have [PSYCH][35]) and MRI. After intake, patients were examined at 6-month intervals by means of longitudinal follow-up versions of the Comprehensive Assessment of Symptoms and History and PSYCH, which included illness severity measures, alcohol and illicit drug use, and detailed information regarding antipsychotic treatment. Follow-up assessments were completed by experienced research personnel who have undergone interrater and test-retest reliability training.[36] At follow-up assessments after 2, 5, and 9 years and every 3 years thereafter, MRI was repeated. Participant retention in the ILS is 63%. Sociodemographic and illness characteristics of patients who remained in the study are comparable to those of patients who dropped out.[37]

### PATIENTS

The 211 patients (152 men and 59 women) in this report were selected from the larger ILS sample on the basis of having (1) a *DSM-IV* diagnosis of schizophrenia (n=192) or schizoaffective disorder (n=19) (verified at follow-up by psychiatrists' consensus), and (2) undergone 2 or more MRI brain scans. There were 674 MRI scans (211 patients each had 2 scans, 139 had 3, 82 had 4, and 31 had 5) covering a mean follow-up period of 7.2 years (SD, 3.9 years; range, 1.9-14.0 years), and interscan intervals were approximately 3 years. At the initial MRI, mean (SD) age was 26.3 (7.6) years, and most patients had received minimal antipsychotic treatment (as detailed later).

## MRI ACQUISITION AND ANALYSIS

High-resolution brain anatomic MRI data were collected by means of 1 of 2 imaging protocols on two 1.5-T MR scanners (General Electric Medical Systems, Milwaukee, Wisconsin). The type of imaging protocol was dependent on when the patient first enrolled in the ILS. For patients who entered the study before calendar year 2000, their initial and follow-up MRI scans were collected with the first imaging protocol (termed *MR5*). In patients who were enrolled in 2000 or later, all MRI scans were obtained with the second imaging protocol (termed *MR6*; see the supplementary "Methods" section and eTable 1 [http://www.archgenpsychiatry.com] regarding imaging parameters, data processing, and comparability). Of the 674 MRI brain scans, 570 were MR5 scans derived from 168 patients. Patients in the MR5 group had been followed up longer (mean, 8.05 years vs 4.06 years for the 43 patients in the MR6 group). Otherwise, there were no significant differences between the MR5 and MR6 groups on sociodemographics or illness characteristics ($t \le 1.27$, $P \ge .21$).

In this study, we examined the following regions of interest: total cerebral tissue volume, total GM and white matter (WM), and GM:WM subdivided by Talairach atlas–based cerebral lobes (frontal, temporal, and parietal), lateral ventricles, sulcal cerebrospinal fluid (CSF), caudate, putamen, thalamus, and cerebellum (see the supplementary "Methods" section regarding region of interest measurements and the eFigure showing schematic representation of regions of interest).

## ANTIPSYCHOTIC TREATMENT, ILLNESS SEVERITY, AND SUBSTANCE MISUSE

At each 6-month follow-up assessment, detailed information during the preceding 6 months was obtained from all available informants (ie, patient, family members, significant others, and medical records) and summarized in a timeline that records specific antipsychotic dose, treatment duration and medication adherence, illness severity, and alcohol/illicit drug misuse.

Antipsychotic treatment is naturalistic given that the long-term nature of the study precludes a random assignment design. Patients received "treatment as usual" in the community. Antipsychotic choice and dosages were left to the patient and his or her treating psychiatrist. Although it can be difficult to make precise measurements of lifetime antipsychotic exposure by using retrospective methods, our assessments every 6 months combining multiple information sources provide the most accurate treatment data possible in a long-term, large-sample naturalistic study. In this report, we use lifetime antipsychotic treatment up until the time of each MRI scan (expressed as mean daily antipsychotic dose [chlorpromazine (CPZ) milligram equivalents per day]) to assess relationships between antipsychotic treatment and brain volumes. To derive mean daily (total) antipsychotic dose, each antipsychotic was first converted to CPZ milligram equivalent units,[38,39] and then all antipsychotic doses were summed and divided by the number of treatment days (see eTable 2 for CPZ equivalencies of individual antipsychotics).

Because intensity of treatment may be closely related to symptom severity and because we wished to examine its potential effect on brain change independently, we also examined the impact of illness severity on brain change. Since there is no single measure that comprehensively captures illness severity in schizophrenia, we explored multiple alternative approaches (eTables 3 and 4): Global Assessment Scale (GAS),[40] symptom severity (mean of psychotic, negative, and disorganized symptoms [global ratings on the Scale for Assessment of Negative Symptoms and Scale for Assessment of Positive Symptoms] or as 3 separate symptom domains), global psychosocial functioning (rating scale within

Downloaded from www.archgenpsychiatry.com at Florida International University, on February 8, 2011
©2011 American Medical Association. All rights reserved.

Exhibit S | Index 12 | p. 51

**Table 1. APS Treatment Before Initial MRI Scan and Interval Preceding Each Follow-up Scan**

| | Initial Scan (N=211) | 1st Follow-up (n=211) | 2nd Follow-up (n=139) | 3rd Follow-up (n=82) | 4th Follow-up (n=31) |
|---|---|---|---|---|---|
| Interscan interval, mean (SD), y[a] | NA | 3.07 (1.57) | 3.31 (0.92) | 3.89 (1.21) | 3.00 (0.36) |
| No treatment, No. (%) | 31 (14.7) | 8 (3.8) | 8 (5.8) | 6 (7.3) | 2 (6.5) |
| Clozapine treatment, No. (%) | 15 (7.1) | 37 (17.5) | 34 (24.5) | 23 (28.0) | 10 (32.3) |
| APS dose, mean (SD), CPZ mg equivalents/d | 245.3 (350.9) | 348.9 (323.3) | 438.9 (333.6) | 519.9 (320.5) | 579.9 (336.3) |
| Type of APS treatment, mean (SD) % of total CPZ dose-years[b] | | | | | |
| Typical APSs | 58.2 (45.6) | 31.9 (39.3) | 19.3 (30.4) | 16.4 (30.0) | 16.5 (31.7) |
| Nonclozapine atypical APSs | 38.8 (46.1) | 57.4 (41.7) | 62.2 (40.6) | 60.9 (43.2) | 60.7 (44.9) |
| Clozapine | 3.0 (13.7) | 10.7 (26.9) | 18.5 (36.0) | 22.7 (39.3) | 22.8 (39.0) |

Abbreviations: APS, antipsychotic; CPZ, chlorpromazine; MRI, magnetic resonance imaging; NA, not applicable.
[a] First follow-up is the time interval between the initial and first follow-up images; second follow-up, the time interval between the first and second follow-up images; etc.
[b] One CPZ dose-year=100 mg of CPZ per day for 1 year.

PSYCH), mean daily clozapine dose, and a composite score derived from the 4 preceding illness severity measures (weighted sum based on principal component analysis eigenvalues). Only results using GAS scores (mean score during follow-up period; lower score means greater illness severity) are presented herein. The GAS score is widely used in clinical studies, provides anchors to enhance interrater reliability, and has good psychometric properties. Mean GAS scores, negative/positive symptom ratings, and global psychosocial functioning scores were highly intercorrelated with one another (Pearson |r| ≥ 0.82). Mean daily clozapine dose was less strongly correlated with the other 3 measures of illness severity (Pearson |r| ≤ 0.14). Furthermore, regardless of which individual illness severity measure or the weighted sum composite score was used, results (eg, eTable 4) were similar to those using mean GAS score. Research personnel assessing GAS scores showed good agreement and reliability on their ratings (interrater and test-retest intraclass correlation coefficients, 0.79 and 0.62, respectively).

Substance abuse is another potential confounder for the study of change in brain measures. At follow-up assessments every 6 months, severity of alcohol use and severity of illicit drug use were each assessed by a 6-point ordinal scale: 0, no use; 1, occasional use (weekend binges) without social or occupational impairment; 2, occasional heavy use without impairment; 3, frequent use (≥3 times per week) with mild impairment; 4, daily use with moderate impairment; and 5, daily use with severe impairment leading to inability to function in social or occupational roles. Severity of alcohol/illicit drug misuse was derived by averaging both scores.

### STATISTICAL ANALYSIS

Analyses were performed with SAS statistical software (version 9.2; SAS Institute, Inc, Cary, North Carolina). Random regression coefficient mixed models were used to evaluate the relationships between MRI brain volume changes and the 4 predictor variables: follow-up duration (time between MRI scan and initial scan), antipsychotic treatment (mean daily antipsychotic dose), illness severity (mean GAS score), and alcohol/illicit drug misuse (mean severity score). For each region of interest, within-patient repeated measures of brain volumes were the dependent variables in each mixed model. Follow-up duration and an intercept term were specified as random effects to model within-patient correlations in brain volumes across time. The 4 predictor variables were entered concurrently as fixed effects, allowing us to examine the influence of one predictor variable on brain volume changes independent of the other 3 predictors. An antipsychotic treatment × follow-up duration interaction term was also included in the statistical mod-

els to further assess the effects of antipsychotic treatment on within-patient changes in brain volumes over time. Mean daily antipsychotic dose was mildly to moderately correlated with mean GAS score and with follow-up duration (Spearman $r = -0.21$ and 0.42, respectively; $P < .001$). Otherwise, there were weak intercorrelations between these predictor variables (Spearman $r \le |0.12|$). Furthermore, there was no evidence that these 4 predictor variables were highly collinear in the mixed models (tolerance values ≥0.74). Intracranial volume at initial MRI scan, sex, imaging protocol (MR5 vs MR6), and age at initial MRI scan were included as covariates. A 2-sided $P < .05$ was used to determine statistical significance.

### RESULTS

#### ANTIPSYCHOTIC TREATMENT BEFORE AND DURING LONGITUDINAL FOLLOW-UP

The sample had minimal antipsychotic treatment before study enrollment (**Table 1**); there were 31 antipsychotic-naive patients, and median treatment duration was 0.43 year. The types of antipsychotics patients received reflect prevailing medication prescribing patterns in the United States at the time (initial MRI scan, 1991-2006; last scan, 1995-2009). Typical antipsychotics were the predominant treatment before the initial MRI scan. Nonclozapine atypical antipsychotics became the main choice (in approximately two-thirds of the sample) during subsequent interscan intervals. About 25% of patients received clozapine treatment. Patients received adequate antipsychotic dosages, and treatment adherence was good (mean [SD] of 1.90 [0.82] on a 5-point clinical rating scale in which 1 is excellent; 2, good [ie, patient takes all psychiatric medications as prescribed; rarely, if ever, forgets or chooses not to take medications]; 3, fair; 4, poor; and 5, nonadherent).

#### INDEPENDENT EFFECTS OF FOLLOW-UP DURATION AND ANTIPSYCHOTIC TREATMENT ON BRAIN VOLUMES

Follow-up duration provides an indication of whether progressive brain changes occur over time. It had significant main effects on all brain volumes (**Table 2**; $F \ge 5.39$, $P \le .02$) except for total cerebral WM, frontal

Downloaded from www.archgenpsychiatry.com at Florida International University, on February 8, 2011
©2011 American Medical Association. All rights reserved.

Exhibit S | Index 12 | p. 52

**Table 2. Random Regression Coefficient Mixed Models: Fixed Effects of Follow-up Duration, APS Treatment, Illness Severity, and Substance Misuse on MRI Brain Volumes in 211 Schizophrenia Patients[a]**

| Regions of Interest | Follow-up Duration[b] | | APS Treatment[c] | | Illness Severity[d] | | Substance Misuse[e] | | APS × Time[f] | |
|---|---|---|---|---|---|---|---|---|---|---|
| | b[g] (SE) | F(P) | b (SE) | F(P) | b (SE) | F(P) | b (SE) | F(P) | b (SE) | F(P) |
| Total cerebral tissue | -1.62 (0.37) | 18.80 (<.001) | -0.11 (0.07) | 2.39 (.12) | 0.49 (0.26) | 3.65 (.06) | 4.81 (4.67) | 1.06 (.30) | -0.03 (0.01) | 4.29 (.04) |
| Total cerebral GM | -1.80 (0.26) | 46.61 (<.001) | -0.15 (0.05) | 8.11 (.005) | 0.39 (0.18) | 4.38 (.04) | 1.56 (3.32) | 0.22 (.64) | 0.008 (0.01) | 0.74 (.39) |
| Frontal GM | -1.04 (0.13) | 62.44 (<.001) | -0.07 (0.03) | 6.67 (.01) | 0.27 (0.10) | 6.94 (.01) | 0.99 (1.83) | 0.29 (.59) | 0.0005 (0.005) | 0.01 (.93) |
| Temporal GM | -0.15 (0.06) | 6.43 (.01) | -0.03 (0.01) | 4.33 (.04) | 0.07 (0.05) | 1.86 (.17) | -1.00 (0.88) | 1.29 (.26) | 0.001 (0.002) | 0.18 (.67) |
| Parietal GM | -0.47 (0.07) | 45.48 (<.001) | -0.03 (0.01) | 4.75 (.03) | 0.09 (0.06) | 2.20 (.14) | 0.56 (1.07) | 0.27 (.60) | 0.003 (0.003) | 1.17 (.28) |
| Total cerebral WM | 0.16 (0.32) | 0.27 (.61) | 0.05 (0.06) | 0.66 (.42) | 0.19 (0.24) | 0.68 (.41) | 2.98 (4.27) | 0.49 (.49) | -0.04 (0.01) | 10.34 (.001) |
| Frontal WM | -0.18 (0.13) | 2.03 (.16) | 0.01 (0.03) | 0.13 (.72) | 0.07 (0.11) | 0.37 (.54) | 1.16 (1.97) | 0.34 (.56) | -0.01 (0.003) | 6.11 (.01) |
| Temporal WM | 0.05 (0.05) | 1.17 (.28) | 0.01 (0.01) | 1.50 (.22) | 0.02 (0.04) | 0.30 (.58) | -0.16 (0.76) | 0.05 (.83) | -0.006 (0.002) | 8.08 (.005) |
| Parietal WM | 0.18 (0.08) | 5.39 (.02) | 0.03 (0.02) | 3.19 (.08) | 0.06 (0.07) | 0.65 (.42) | 0.71 (1.31) | 1.67 (.20) | -0.01 (0.003) | 13.40 (<.001) |
| Lateral ventricles | 0.27 (0.06) | 24.27 (<.001) | -0.01 (0.01) | 0.68 (.41) | 0.00 (0.06) | 0.01 (.94) | 2.44 (1.03) | 5.60 (.02) | 0.003 (0.002) | 3.79 (.05) |
| Sulcal CSF | 2.01 (0.23) | 78.78 (<.001) | -0.02 (0.04) | 0.27 (.61) | -0.16 (0.21) | 0.56 (.45) | 0.06 (1.77) | 0.00 (.97) | 0.003 (0.001) | 6.95 (.01) |
| Caudate | -0.01 (0.00) | 8.92 (.003) | 0.00 (0.00) | 0.47 (.49) | 0.00 (0.00) | 0.69 (.41) | 0.03 (0.07) | 0.17 (.68) | -0.0008 (0.0004) | 4.27 (.04) |
| Putamen | -0.03 (0.01) | 7.73 (.01) | 0.01 (0.00) | 21.32 (<.001) | 0.01 (0.01) | 0.70 (.40) | 0.06 (0.14) | 0.20 (.66) | 0.0008 (0.0004) | 5.63 (.02) |
| Thalamus | -0.05 (0.01) | 30.86 (<.001) | 0.00 (0.00) | 0.44 (.51) | 0.00 (0.01) | 0.14 (.71) | 0.13 (0.12) | 1.08 (.30) | -0.0006 (0.0003) | 3.67 (.06) |
| Cerebellum | 0.00 (0.04) | 0.00 (.95) | 0.01 (0.01) | 0.31 (.58) | -0.10 (0.08) | 1.54 (.22) | -3.25 (1.39) | 5.48 (.02) | -0.0053 (0.0017) | 9.28 (.002) |

Abbreviations: APS, antipsychotic; CSF, cerebrospinal fluid; GM, gray matter; MRI, magnetic resonance imaging; WM, white matter.
[a] Covariates: intracranial volume at intake scan, sex, imaging protocol, and age at intake scan; random effects: follow-up duration and an intercept term to model within-patient correlations in brain volumes across time (unstructured covariance structure).
[b] Interscan interval since initial MRI brain scan (days).
[c] Lifetime APS treatment up to the time of MRI scan acquisition (mean daily APS treatment; chlorpromazine milligram equivalents per day).
[d] Mean Global Assessment Scale score during follow-up period.
[e] Mean severity of alcohol and illicit substance misuse during follow-up period (6-point rating scale: 0, none; 1, occasional use; 2, occasional heavy use; 3, mild impairment; 4, moderate impairment; and 5, severe impairment).
[f] Antipsychotic treatment × follow-up duration interaction term.
[g] Estimate of regression coefficient or slope.

WM, temporal WM, and cerebellum ($F \leq 2.03$, $P \geq .16$). Longer duration of follow-up was significantly associated with total cerebral tissue, GM, and subcortical brain tissue volume reductions (Table 2; $b \leq -0.01$ cm³/y), and with parietal WM, lateral ventricles, and sulcal CSF volume enlargements ($\geq 0.18$ cm³/y).

Because they may be confounders, we adjusted our analysis of treatment effects by statistically correcting for the effects of follow-up duration, illness severity, and substance misuse. Antipsychotic treatment still had significant main effects on total cerebral and lobar GM and putamen volumes (Table 2; $F \geq 4.33$, $P \leq .04$). Higher antipsychotic dose was associated with smaller GM volumes ($b \leq -0.03$) and larger putamen ($b = 0.01$). Antipsychotic treatment effects on GM volumes were independent of follow-up duration (Table 2; antipsychotic treatment × follow-up duration interaction term $F \leq 1.17$, $P \geq .28$). On the other hand, there were statistically significant treatment × time interaction effects on total cerebral tissue, total cerebral and lobar WM, lateral ventricles, and sulcal CSF, caudate, putamen, and cerebellar volumes (Table 2; $F \geq 3.79$, $P \leq .05$). Higher doses of antipsychotic treatment were associated with greater reductions in WM, caudate, and cerebellar volumes over time ($b \leq -0.0003$), and with greater CSF volume and putamen enlargements ($b \geq 0.0008$).

To further illustrate how brain volume trajectories may differ according to the amount of antipsychotic treatment, patients were grouped into tertiles of mean daily antipsychotic dose: most treatment (70 patients; mean dose, 929.4 CPZ mg equivalents/d), intermediate treatment (70 patients; mean dose, 391.7 CPZ mg equivalents/d), and least treatment (71 patients; mean dose, 111.5 CPZ mg equivalents/d). The **Figure** shows individual subject brain volume trajectories and treatment tertile group mean brain volume trajectories for total cerebral WM, lateral ventricles, and frontal GM volumes. We then conducted an extreme group comparison to contrast brain volume changes between the most and least treatment groups. Random regression coefficient mixed model analyses were duplicated replacing antipsychotic dose with tertile group membership (most vs least treatment) and included a tertile group × follow-up duration interaction term.

For total cerebral WM and lateral ventricles, there were statistically significant main effects of tertile group × time interaction (Figure, A and B; $t \geq 2.28$, $P \leq .02$), indicating that brain volume trajectories differed significantly across tertile groups of antipsychotic treatment. The least-treatment group showed increased total cerebral WM over time in contrast to WM volume reductions among patients in the most-treatment group (mean regression slopes, 1.30 vs -0.64, respectively). Similarly, patients in the most-treatment group had greater enlargement of lateral ventricles than those in the least-treatment group (Figure, B; mean regression slopes, 0.39 and 0.16, respectively). Consistent with the previous random coefficient regression mixed-model analyses where antipsychotic treatment was entered as a continuous measure, extreme tertile group contrast found significant main effects of tertile grouping on frontal GM volumes ($t = 2.19$, $P = .03$). Patients who received the most antipsychotic treatment had smaller frontal GM volumes, and this difference was independent of follow-up duration (group × time interaction, $t = 1.32$, $P = .18$).

Patients who received the most antipsychotic treatment had smaller baseline total cerebral tissue and larger lateral ventricles than the other 2 tertile subgroups

Downloaded from www.archgenpsychiatry.com at Florida International University, on February 8, 2011
©2011 American Medical Association. All rights reserved.

Exhibit S | Index 12 | p. 53



**Figure.** Comparison of magnetic resonance imaging brain volume trajectories between tertiles of antipsychotic treatment. Tertiles were categorized as those who received the most treatment (70 patients; mean [SD] dose, 929.4 [47.7] chlorpromazine [CPZ] mg equivalents/d), intermediate treatment (70 patients; mean [SD] dose, 391.7 [77.2] CPZ mg equivalents/d), and the least treatment (71 patients; mean [SD] dose, 111.5 [87.7] CPZ mg equivalents/d). Individual patient brain volume trajectories (thin lines) and treatment tertile group mean brain volume trajectories (thick lines) are shown for total cerebral white matter (A), lateral ventricles (B), and frontal gray matter volumes (C).

Downloaded from www.archgenpsychiatry.com at Florida International University, on February 8, 2011
©2011 American Medical Association. All rights reserved.

Exhibit S | Index 12 | p. 54

Table 3. Random Regression Coefficient Mixed Models: Fixed Effects of Typical APSs, Nonclozapine Atypical APSs, and Clozapine on MRI Brain Volumes in 211 Schizophrenia Patients[a]

| Regions of Interest | Typical APSs[b] | | Nonclozapine Atypicals[c] | | Clozapine[d] | |
|---|---|---|---|---|---|---|
| | $b$[e] (SE) | $F(P)$ | $b$ (SE) | $F(P)$ | $b$ (SE) | $F(P)$ |
| Total cerebral tissue | −0.09 (0.07) | 1.51 (.22) | −0.31 (0.28) | 1.28 (.26) | −1.34 (0.35) | 14.83 (<.001) |
| Total cerebral GM | −0.15 (0.05) | 7.89 (.01) | −0.26 (0.20) | 1.61 (.21) | −1.13 (0.25) | 19.87 (<.001) |
|   Frontal GM | −0.06 (0.03) | 4.82 (.03) | −0.26 (0.10) | 7.13 (.01) | −0.57 (0.12) | 21.82 (<.001) |
|   Temporal GM | −0.02 (0.01) | 2.74 (.10) | −0.07 (0.05) | 1.87 (.17) | −0.29 (0.06) | 20.98 (<.001) |
|   Parietal GM | −0.03 (0.01) | 3.11 (.08) | −0.14 (0.06) | 6.74 (.01) | −0.24 (0.07) | 10.90 (.001) |
| Total cerebral WM | 0.07 (0.07) | 1.09 (.30) | −0.07 (0.25) | 0.07 (.79) | −0.20 (0.32) | 0.39 (.53) |
|   Frontal WM | 0.02 (0.03) | 0.46 (.50) | −0.07 (0.10) | 0.40 (.53) | −0.14 (0.13) | 1.14 (.29) |
|   Temporal WM | 0.01 (0.01) | 1.17 (.28) | 0.06 (0.04) | 1.80 (.18) | 0.03 (0.05) | 0.28 (.60) |
|   Parietal WM | 0.02 (0.02) | 2.03 (.16) | 0.13 (0.06) | 4.34 (.04) | 0.01 (0.08) | 0.01 (.92) |
| Lateral ventricles | −0.01 (0.01) | 0.89 (.35) | 0.03 (0.03) | 1.01 (.32) | 0.06 (0.04) | 1.90 (.17) |
| Sulcal CSF | −0.01 (0.04) | 0.12 (.73) | −0.13 (0.16) | 0.73 (.39) | 0.45 (0.20) | 5.07 (.03) |
| Caudate | 0.000 (0.000) | 0.07 (.79) | 0.01 (0.003) | 17.08 (<.001) | −0.01 (0.003) | 12.00 (<.001) |
| Putamen | 0.01 (0.002) | 9.46 (.002) | 0.06 (0.01) | 71.95 (<.001) | −0.03 (0.01) | 8.00 (.01) |
| Thalamus | 0.001 (0.002) | 0.23 (.63) | −0.002 (0.01) | 0.07 (.80) | −0.02 (0.01) | 4.70 (.03) |
| Cerebellum | 0.002 (0.01) | 0.03 (.86) | 0.06 (0.04) | 1.75 (.19) | −0.01 (0.05) | 0.06 (.81) |

Abbreviations: APSs, antipsychotics; CSF, cerebrospinal fluid; GM, gray matter; MRI, magnetic resonance imaging; WM, white matter.
[a] Covariates: intracranial volume at intake scan, sex, imaging protocol, age at intake scan, follow-up duration, illness severity (mean Global Assessment Scale score), and substance misuse; random effects: follow-up duration and an intercept term to model within-patient correlations in brain volumes across time (unstructured covariance structure).
[b] Lifetime typical antipsychotic treatment up to the time of MRI scan (mean daily APS treatment; chlorpromazine milligram equivalents per day).
[c] Lifetime nonclozapine atypical APS treatment up to the time of MRI scan (mean daily APS treatment; chlorpromazine milligram equivalents per day).
[d] Lifetime clozapine treatment up to the time of MRI scan (mean daily APS treatment; chlorpromazine milligram equivalents per day).
[e] Estimate of regression coefficient or slope.

($F \geq 5.30$, $P \leq .006$). There were no statistically significant differences between the treatment tertile groups regarding the other baseline brain volumes ($F \leq 2.95$, $P \geq .06$).

## INDEPENDENT EFFECTS OF ILLNESS SEVERITY AND SUBSTANCE ABUSE ON BRAIN VOLUMES

After controlling for the other 3 predictors, mean GAS score had significant main effects on total cerebral GM and frontal GM volumes (Table 2) ($F \geq 4.38$, $P \leq .04$). Less illness severity was associated with increased brain tissue volumes ($b \geq 0.27$). There were no statistically significant main effects of mean GAS score on the other brain volumes ($F \leq 3.65$, $P \geq .06$).

The majority of the sample (68.3%) did not meet criteria for alcohol abuse/dependence or illicit drug abuse/dependence. Seven patients had alcohol abuse/dependence only, 13 marijuana abuse/dependence only, 8 alcohol and marijuana abuse/dependence only, 19 alcohol abuse/dependence and nonmarijuana illicit drug abuse/dependence, and 30 nonmarijuana illicit drug abuse/dependence only. Severity of alcohol/illicit substance misuse had no significant main effects on brain volumes (Table 2) ($F \leq 1.69$, $P \geq .20$) except on lateral ventricles ($F=5.60$, $P=.02$; $b=2.44$) and on cerebellar volumes ($F=5.48$, $P=.02$; $b=−3.25$).

## INDEPENDENT EFFECTS OF ANTIPSYCHOTIC CLASS ON BRAIN VOLUMES

To explore whether typical antipsychotics, nonclozapine atypical antipsychotics, and clozapine may have differential effects on brain volumes in schizophrenia, we

repeated the mixed-models analyses in Table 2 by replacing mean daily (total) antipsychotic dose with lifetime mean daily doses of typical antipsychotics, nonclozapine atypical antipsychotics, and clozapine up until the time of each MRI scan (covariates: initial intracranial volume, sex, imaging protocol, and age at initial scan; other fixed effects: follow-up duration, mean GAS score, and substance misuse severity; and random effects: follow-up duration and intercept term).

There were significant main effects of typical antipsychotic dose, nonclozapine atypical antipsychotic dose, and clozapine dose on GM brain volumes (**Table 3**). Higher typical antipsychotic doses were associated with smaller total cerebral GM and frontal GM volumes ($F \geq 4.82$, $P \leq .03$). Higher doses of nonclozapine atypical antipsychotics were associated with lower frontal and parietal GM volumes ($F \geq 6.74$, $P=.01$), and higher clozapine doses were associated with smaller total cerebral and lobar GM volumes ($F \geq 10.90$, $P \leq .001$). For WM volumes, higher nonclozapine atypical antipsychotic doses were significantly associated with larger parietal WM volumes ($F=4.34$, $P=.04$). There were no statistically significant main effects of typical antipsychotic class or nonclozapine atypical antipsychotic class on the remaining WM brain volume measures or on lateral ventricles. Higher clozapine doses were associated with larger sulcal CSF volumes and smaller caudate, putamen, and thalamic volumes ($F \geq 4.70$, $P \leq .03$). Enlarged putamen was associated with higher doses of both typical and nonclozapine atypical antipsychotics. Treatment with higher doses of nonclozapine atypical antipsychotics was also associated with caudate volume enlargement.

Downloaded from www.archgenpsychiatry.com at Florida International University, on February 8, 2011
©2011 American Medical Association. All rights reserved.

Exhibit S | Index 12 | p. 55

## COMMENT

In this large longitudinal cohort of patients with schizophrenia (211 patients with 674 MRI scans) who were in their first episode and had received minimal treatment at the time of entry into the study, we examined the independent effects of 4 variables on progressive brain change during an extended period: illness duration, antipsychotic treatment, illness severity, and substance misuse. We found that longer follow-up was associated with a greater decrease in brain tissue volumes. Antipsychotic treatment also had a significant influence on brain volumes even after accounting for the potential confounds of the other 3 variables. More antipsychotic treatment was associated both with generalized tissue volume reduction involving multiple subregions and with a specific increase in putamen. The other 2 variables, severity of illness and substance abuse, had minimal or no effects. Progressive brain volume changes during the lifelong course of schizophrenia, including GM and WM volume reductions, CSF volume expansions, and basal ganglia volume enlargements, appeared in part to be related to antipsychotics. These findings may potentially have clinical implications for the use of long-term antipsychotic treatment.

The plausibility of long-term antipsychotic treatment leading to global brain volume reductions is further supported by recent controlled studies in macaque monkeys.[19-21] Animal studies provide an additional perspective on possible causative links because they permit postmortem neuropathological examination of the brain. Dorph-Petersen et al[19] administered haloperidol, olanzapine, or sham medication to macaque monkeys in doses that produced plasma levels equivalent to those observed in treatment of schizophrenia patients. After 17 to 27 months of treatment, both haloperidol- and olanzapine-treated monkeys had an equivalent and highly significant 8% to 11% decrease in fresh brain weight and volume when compared with the sham group. These decreases affected all major brain regions but were most robust in frontal and parietal lobes. The neuropathological manifestations of antipsychotic-related frontoparietal volume reductions in macaque monkeys involves decreased astrocyte numbers, decreased dendritic arborization, decreased dendritic spine density, and increased neuronal density with no neuronal loss.[20,21] Although there have been some conflicting findings in the nonhuman primate literature (eg, studies by Lidow et al[41] and Sweet et al[42]), these neuropathological changes are strikingly similar to those described in the schizophrenia postmortem literature (eg, studies by Pakkenberg[43] and Selemon et al[44]).

These findings are also consistent with previous MRI studies suggesting that antipsychotics produce changes in the human brain that are measurable by in vivo neuroimaging techniques. The earliest work with morphometric MRI found increased basal ganglia size in schizophrenia patients, typically in the putamen.[45,46] Subsequent studies have shown that this may be a medication effect and that typical antipsychotics in particular play a causal role in basal ganglia enlargement.[47-51] Positron emission tomography studies measure cerebral blood flow and, by inference, cellular metabolism. Previous positron emission tomography studies conducted by our group[52-54] confirm that both typical and atypical antipsychotics increase putamen cerebral blood flow. In addition, antipsychotics reduce frontal cerebral blood flow, suggesting that chronic frontal hypoperfusion could be a mechanism underlying smaller brain tissue volumes. However, the available studies that have used morphometric MRI to examine the effects of antipsychotics on cortical GM have yielded ambiguous results,[10,55-57] possibly due to small sample sizes, differing duration of treatment assessment, variation in brain regions measured, and discrepant measurement techniques.

In the present study, WM but not GM volumes showed significant time × antipsychotic treatment interaction effects. Although higher antipsychotic doses were associated with a decrease in GM volumes, this relationship did not appear to change during the course of longitudinal follow-up in our study. A change in WM volume trajectories, on the other hand, was associated with antipsychotic treatment. As illustrated by the extreme tertile treatment group comparisons, patients in the most-treatment group had longitudinal WM volume reductions. As a group, patients with the least treatment showed WM volume increases over time that would be expected of individuals during their third and fourth decades of life.[58] Bartzokis and colleagues[59] previously found that patients with schizophrenia do not show the normal age-related WM volume expansion during early to mid-adulthood. Thus, the treatment × time interaction effects in the present study suggest that WM volume deficits in schizophrenia may, in part, be related to antipsychotic treatment. Our study found that all 3 classes of antipsychotics (ie, typical, nonclozapine atypical, and clozapine) were associated with decreases in GM brain volumes. The only differential effects on brain volumes between typical and nonclozapine atypical antipsychotics were in parietal WM and caudate measures. These typical-atypical differential effects on brain volumes in our study differ somewhat from a recent randomized treatment study.[10] Lieberman and colleagues found that haloperidol treatment was associated with progressive GM volume reductions during the 2-year study. In contrast, olanzapine-treated patients did not show GM volume decrement. This raises concerns regarding the possibility of typical antipsychotic-associated neurotoxic effects. Our study suggests that atypical antipsychotic treatment may mitigate parietal WM volume loss in patients with schizophrenia; this finding needs to be interpreted with caution and will require support from additional well-designed clinical trials in first-episode patients.

Our results must be interpreted in the context of additional limitations. Identifying an association does not necessarily indicate a causal relationship. Furthermore, observational studies involving long durations such as ours inevitably preclude use of the "gold standard": a random-assignment controlled trial. The current study could have been strengthened by having control groups, eg, schizophrenia patients assigned to deferred or no antipsychotic treatment or healthy volunteers treated with antipsychotics for comparable periods. However, ethical standards in human subject research prohibit such

Downloaded from www.archgenpsychiatry.com at Florida International University, on February 8, 2011
©2011 American Medical Association. All rights reserved.

Exhibit S | Index 12 | p. 56

comparison groups. The small number of schizophrenia patients in our sample who received no antipsychotic treatment did not allow for meaningful statistical analyses. Illness severity and antipsychotic dosages were modestly correlated (Spearman $r = -0.21$), and patients who received the most treatment had smaller baseline cerebral tissue volumes. Associations between smaller brain tissue volumes and more antipsychotic treatment may still be moderated via illness severity despite our inclusion of illness severity as a covariate and obtaining similar results from different measures of illness severity. Even with the most sophisticated statistical methods, we may not be able to fully distinguish the potential confounding influences that illness severity or other sources of unmeasured variance could still have on the relationships between progressive brain volume reductions and antipsychotic treatment. Last, although our Talairach atlas–based lobar measures have well-established reliability and validity, these cerebral brain volumes lack precision to delineate abnormalities within smaller subregions implicated in schizophrenia (eg, superior temporal gyrus and prefrontal cortex).

Findings from the present study raise several clinical questions. Are antipsychotic-associated GM and WM volume reductions "bad" for patients? The implicit assumption is that brain volume reductions are probably undesirable because patients with schizophrenia already have diffuse brain volume deficits at the time of illness onset. Schizophrenia patients with poor outcomes are also more likely to have smaller brain volumes. However, the neurobiological changes that underlie MRI measurements of antipsychotic-associated brain volume decrement remain poorly understood. Some studies indicate that antipsychotic-induced changes mimic the neuropathological changes of schizophrenia,[20,21] while others suggest otherwise.[41,42] If antipsychotics do indeed result in deleterious brain tissue volume reductions, how does this influence the risk-benefit ratio of antipsychotic treatment? Given that these medications have substantially improved the long-term prognosis of schizophrenia and that schizophrenia is a disease with significant morbidity, continued use of antipsychotics is clearly still necessary. However, our findings point toward the importance of prescribing the lowest doses necessary to control symptoms. They also imply the need for rethinking the underlying pathological processes in schizophrenia,[47,48] the target at which treatment is aimed, and the possibility that antipsychotic treatment may improve psychotic symptoms but also contribute to progressive brain tissue volume deficits. Antipsychotics were designed for the purpose indicated by their name, ie, to arrest psychosis. Not only is it probable that antipsychotics do not treat the fundamental pathophysiologic mechanism of schizophrenia (ie, the brain disease), but we perhaps must also entertain the possibility that they might have potentially undesirable effects of brain tissue volume reductions. In conjunction with neuroscientists and clinical investigators, pharmaceutical companies must continue the vigorous search for agents that are genuinely neuroprotective.

The second-generation antipsychotics are also now widely used for people who do not have schizophrenia, including children, the elderly, and patients with bipolar disorder or depressive disorders.[27-30] They are also used in adolescents who have been identified to be at high risk for schizophrenia. Our findings may lead to heightened concerns regarding potential brain volume changes associated with the sharp rise in atypical antipsychotic use in nonschizophrenia psychiatric disorders. Even though no studies have assessed the long-term effects of antipsychotics on brain volumes in nonschizophrenia patients, our results suggest that antipsychotics should still be used with caution in these patient groups after careful risk-benefit assessment. Because typical antipsychotics are off patent and less expensive than atypical ones, there is also a growing trend to prescribe them preferentially for patients with schizophrenia. Given that these older medications carry a greater risk of producing extrapyramidal adverse effects and tardive dyskinesia, such a shift in clinical practice may produce deleterious effects on the primary diseased organ in schizophrenia: the brain.

## CONCLUSIONS

Antipsychotics are effective medications for reducing some of the target clinical symptoms of schizophrenia: psychotic symptoms. In medicine we are aware of many instances in which improving target symptoms worsens other symptoms. Hormone therapy relieves menopausal symptoms but increases stroke risk. Nonsteroidal anti-inflammatory drugs relieve pain but increase the likelihood of duodenal ulcers and gastrointestinal tract bleeding. It is possible that, although antipsychotics relieve psychosis and its attendant suffering, these drugs may not arrest the pathophysiologic processes underlying schizophrenia and may even aggravate progressive brain tissue volume reductions.

**Submitted for Publication:** March 5, 2010; final revision received September 14, 2010; accepted September 15, 2010.

**Correspondence:** Beng-Choon Ho, MRCPsych, Department of Psychiatry, W278 GH, University of Iowa Carver College of Medicine, 200 Hawkins Dr, Iowa City, IA 52242.

**Author Contributions:** Drs Ho and Andreasen had full access to all the data in the study and take responsibility for the integrity of the data and the accuracy of the data analysis.

**Financial Disclosure:** Dr Ho receives grant support from Ortho-McNeil Janssen Scientific Affairs. Dr Andreasen has served on the Ortho-McNeil Janssen Advisory Board and receives grant support from Ortho-McNeil Janssen Scientific Affairs.

**Funding/Support:** This research was supported in part by grants MH68380, MH31593, MH40856, and MH43271 from the National Institute of Mental Health.

**Role of the Sponsor:** The National Institute of Mental Health financially supported the design and conduct of the study; the collection, management, analysis, and interpretation of the data; and the preparation of the manuscript, but was not involved in manuscript review or approval.

Downloaded from www.archgenpsychiatry.com at Florida International University, on February 8, 2011
©2011 American Medical Association. All rights reserved.

Exhibit S | Index 12 | p. 57

**Online-Only Material:** The supplementary Methods and References and the eFigure and eTables are available at http://www.archgenpsychiatry.com.

**Additional Contributions:** Dawei Liu, PhD, provided valuable advice and assistance in statistical analysis.

## REFERENCES

1. Murray CJL, Lopez AD, eds. *The Global Burden of Disease: A Comprehensive Assessment of Mortality and Disability From Diseases, Injuries, and Risk Factors in 1990 and Projected to 2020.* Cambridge, MA: Harvard University Press; 1996.

2. Gilbert PL, Harris MJ, McAdams LA, Jeste DV. Neuroleptic withdrawal in schizophrenic patients: a review of the literature. *Arch Gen Psychiatry.* 1995;52(3):173-188.

3. DeLisi LE, Sakuma M, Tew W, Kushner M, Hoff AL, Grimson R. Schizophrenia as a chronic active brain process: a study of progressive brain structural change subsequent to the onset of schizophrenia. *Psychiatry Res.* 1997;74(3):129-140.

4. Gur RE, Cowell P, Turetsky BI, Gallacher F, Cannon T, Bilker W, Gur RC. A follow-up magnetic resonance imaging study of schizophrenia: relationship of neuroanatomical changes to clinical and neurobehavioral measures. *Arch Gen Psychiatry.* 1998;55(2):145-152.

5. Lieberman J, Chakos M, Wu H, Alvir J, Hoffman E, Robinson D, Bilder R. Longitudinal study of brain morphology in first episode schizophrenia. *Biol Psychiatry.* 2001;49(6):487-499.

6. Mathalon DH, Sullivan EV, Lim KO, Pfefferbaum A. Progressive brain volume changes and the clinical course of schizophrenia in men: a longitudinal magnetic resonance imaging study. *Arch Gen Psychiatry.* 2001;58(2):148-157.

7. Cahn W, Hulshoff Pol HE, Lems EB, van Haren NE, Schnack HG, van der Linden JA, Schothorst PF, van Engeland H, Kahn RS. Brain volume changes in first-episode schizophrenia: a 1-year follow-up study. *Arch Gen Psychiatry.* 2002;59(11):1002-1010.

8. Ho BC, Andreasen NC, Nopoulos P, Arndt S, Flaum M. Progressive structural brain abnormalities and their relationship to clinical outcome: a longitudinal magnetic resonance imaging study early in schizophrenia. *Arch Gen Psychiatry.* 2003;60(6):585-594.

9. Kasai K, Shenton ME, Salisbury DF, Hirayasu Y, Onitsuka T, Spencer MH, Yurgelun-Todd DA, Kikinis R, Jolesz FA, McCarley RW. Progressive decrease of left Heschl gyrus and planum temporale gray matter volume in first-episode schizophrenia: a longitudinal magnetic resonance imaging study. *Arch Gen Psychiatry.* 2003;60(8):766-775.

10. Lieberman JA, Tollefson GD, Charles C, Zipursky R, Sharma T, Kahn RS, Keefe RS, Green AI, Gur RE, McEvoy J, Perkins D, Hamer RM, Gu H, Tohen M; HGDH Study Group. Antipsychotic drug effects on brain morphology in first-episode psychosis. *Arch Gen Psychiatry.* 2005;62(4):361-370.

11. Kasai K, Shenton ME, Salisbury DF, Hirayasu Y, Lee CU, Ciszewski AA, Yurgelun-Todd D, Kikinis R, Jolesz FA, McCarley RW. Progressive decrease of left superior temporal gyrus gray matter volume in patients with first-episode schizophrenia. *Am J Psychiatry.* 2003;160(1):156-164.

12. van Haren NE, Hulshoff Pol HE, Schnack HG, Cahn W, Mandl RC, Collins DL, Evans AC, Kahn RS. Focal gray matter changes in schizophrenia across the course of the illness: a 5-year follow-up study. *Neuropsychopharmacology.* 2007;32(10):2057-2066.

13. Cahn W, Rais M, Stigter FP, van Haren NE, Caspers E, Hulshoff Pol HE, Xu Z, Schnack HG, Kahn RS. Psychosis and brain volume changes during the first five years of schizophrenia. *Eur Neuropsychopharmacol.* 2009;19(2):147-151.

14. Mathalon DH, Rapoport JL, Davis KL, Krystal JH. Neurotoxicity, neuroplasticity, and magnetic resonance imaging morphometry [letter]. *Arch Gen Psychiatry.* 2003;60(8):846-848.

15. Weinberger DR, McClure RK. Neurotoxicity, neuroplasticity, and magnetic resonance imaging morphometry [reply]. *Arch Gen Psychiatry.* 2003;60(8):848-849.

16. Hulshoff Pol HE, Kahn RS. What happens after the first episode? a review of progressive brain changes in chronically ill patients with schizophrenia. *Schizophr Bull.* 2008;34(2):354-366.

17. Pantelis C, Yücel M, Wood SJ, Velakoulis D, Sun D, Berger G, Stuart GW, Yung A, Phillips L, McGorry PD. Structural brain imaging evidence for multiple pathological processes at different stages of brain development in schizophrenia. *Schizophr Bull.* 2005;31(3):672-696.

18. Ho BC, Andreasen NC, Dawson JD, Wassink TH. Association between brain-derived neurotrophic factor Val66Met gene polymorphism and progressive brain volume changes in schizophrenia. *Am J Psychiatry.* 2007;164(12):1890-1899.

19. Dorph-Petersen KA, Pierri JN, Perel JM, Sun Z, Sampson AR, Lewis DA. The in-

fluence of chronic exposure to antipsychotic medications on brain size before and after tissue fixation: a comparison of haloperidol and olanzapine in macaque monkeys. *Neuropsychopharmacology.* 2005;30(9):1649-1661.

20. Konopaske GT, Dorph-Petersen KA, Pierri JN, Wu Q, Sampson AR, Lewis DA. Effect of chronic exposure to antipsychotic medication on cell numbers in the parietal cortex of macaque monkeys. *Neuropsychopharmacology.* 2007;32(6):1216-1223.

21. Konopaske GT, Dorph-Petersen K-A, Sweet RA, Pierri JN, Zhang W, Sampson AR, Lewis DA. Effect of chronic antipsychotic exposure on astrocyte and oligodendrocyte numbers in macaque monkeys. *Biol Psychiatry.* 2008;63(8):759-765.

22. Navari S, Dazzan P. Do antipsychotic drugs affect brain structure? a systematic and critical review of MRI findings. *Psychol Med.* 2009;39(11):1763-1777.

23. Smieskova R, Fusar-Poli P, Allen P, Bendfeldt K, Stieglitz RD, Drewe J, Radue EW, McGuire PK, Riecher-Rössler A, Borgwardt SJ. The effects of antipsychotics on the brain: what have we learnt from structural imaging of schizophrenia? a systematic review. *Curr Pharm Des.* 2009;15(22):2535-2549.

24. Borgwardt SJ, Smieskova R, Fusar-Poli P, Bendfeldt K, Riecher-Rössler A. The effects of antipsychotics on brain structure: what have we learnt from structural imaging of schizophrenia? *Psychol Med.* 2009;39(11):1781-1782.

25. Lewis DA. Brain volume changes in schizophrenia: how do they arise? what do they mean? *Psychol Med.* 2009;39(11):1779-1780.

26. Vita A, De Peri L. The effects of antipsychotic treatment on cerebral structure and function in schizophrenia. *Int Rev Psychiatry.* 2007;19(4):429-436.

27. Domino ME, Swartz MS. Who are the new users of antipsychotic medications? *Psychiatr Serv.* 2008;59(5):507-514.

28. Olfson M, Blanco C, Liu L, Moreno C, Laje G. National trends in the outpatient treatment of children and adolescents with antipsychotic drugs. *Arch Gen Psychiatry.* 2006;63(6):679-685.

29. Castle NG, Hanlon JT, Handler SM. Results of a longitudinal analysis of national data to examine relationships between organizational and market characteristics and changes in antipsychotic prescribing in US nursing homes from 1996 through 2006. *Am J Geriatr Pharmacother.* 2009;7(3):143-150.

30. Governale L, Mehta H. Outpatient use of atypical antipsychotic agents in the pediatric population: years 2004-2008. US Food and Drug Administration Web site. http://www.fda.gov/downloads/AdvisoryCommittees/CommitteesMeetingMaterials/PediatricAdvisoryCommittee/UCM193204.pdf. Published December 8, 2009. Accessed January 28, 2010.

31. Flaum MA, Andreasen NC, Arndt S. The Iowa prospective longitudinal study of recent-onset psychoses. *Schizophr Bull.* 1992;18(3):481-490.

32. Andreasen NC. *The Scale for Assessment of Negative Symptoms (SANS).* Iowa City: University of Iowa; 1983.

33. Andreasen NC. *The Scale for Assessment of Positive Symptoms (SAPS).* Iowa City: University of Iowa; 1984.

34. Andreasen NC, Flaum M, Arndt S. The Comprehensive Assessment of Symptoms and History (CASH): an instrument for assessing diagnosis and psychopathology. *Arch Gen Psychiatry.* 1992;49(8):615-623.

35. Andreasen NC. *PSYCH-BASE.* Iowa City: University of Iowa; 1989.

36. Ho BC, Flaum M, Hubbard W, Arndt S, Andreasen NC. Validity of symptom assessment in psychotic disorders: information variance across different sources of history. *Schizophr Res.* 2004;68(2-3):299-307.

37. Andreasen NC, Nopoulos P, Magnotta V, Pierson R, Ziebell S, Ho BC. Progressive neural change in schizophrenia: a prospective longitudinal study of first episode schizophrenia. *Biol Psychiatry.* In press.

38. Davis JM. Dose equivalence of the antipsychotic drugs. *J Psychiatr Res.* 1974;11:65-69.

39. Andreasen NC, Pressler M, Nopoulos P, Miller D, Ho BC. Antipsychotic dose equivalents and dose-years: a standardized method for comparing exposure to different drugs. *Biol Psychiatry.* 2010;67(3):255-262.

40. Endicott J, Spitzer RL, Fleiss JL, Cohen J. The Global Assessment Scale: a procedure for measuring overall severity of psychiatric disturbance. *Arch Gen Psychiatry.* 1976;33(6):766-771.

41. Lidow MS, Song Z-M, Castner SA, Allen PB, Greengard P, Goldman-Rakic PS. Antipsychotic treatment induces alterations in dendrite- and spine-associated proteins in dopamine-rich areas of the primate cerebral cortex. *Biol Psychiatry.* 2001;49(1):1-12.

42. Sweet RA, Henteleff RA, Zhang W, Sampson AR, Lewis DA. Reduced dendritic spine density in auditory cortex of subjects with schizophrenia. *Neuropsychopharmacology.* 2009;34(2):374-389.

43. Pakkenberg B. Total nerve cell number in neocortex in chronic schizophrenics and controls estimated using optical disectors. *Biol Psychiatry.* 1993;34(11):768-772.

44. Selemon LD, Rajkowska G, Goldman-Rakic PS. Abnormally high neuronal density in the schizophrenic cortex: a morphometric analysis of prefrontal area 9 and occipital area 17. *Arch Gen Psychiatry.* 1995;52(10):805-818.

Downloaded from www.archgenpsychiatry.com at Florida International University, on February 8, 2011
©2011 American Medical Association. All rights reserved.

Exhibit S | Index 12 | p. 58

45. Jernigan TL, Zisook S, Heaton RK, Moranville JT, Hesselink JR, Braff DL. Magnetic resonance imaging abnormalities in lenticular nuclei and cerebral cortex in schizophrenia. *Arch Gen Psychiatry.* 1991;48(10):881-890.

46. Swayze VW II, Andreasen NC, Alliger RJ, Yuh WT, Ehrhardt JC. Subcortical and temporal structures in affective disorder and schizophrenia: a magnetic resonance imaging study. *Biol Psychiatry.* 1992;31(3):221-240.

47. Chakos MH, Lieberman JA, Alvir J, Bilder R, Ashtari M. Caudate nuclei volumes in schizophrenic patients treated with typical antipsychotics or clozapine. *Lancet.* 1995;345(8947):456-457.

48. Corson PW, Nopoulos P, Miller DD, Arndt S, Andreasen NC. Change in basal ganglia volume over 2 years in patients with schizophrenia: typical versus atypical neuroleptics. *Am J Psychiatry.* 1999;156(8):1200-1204.

49. Frazier JA, Giedd JN, Kaysen D, Albus K, Hamburger S, Alaghband-Rad J, Lenane MC, McKenna K, Breier A, Rapoport JL. Childhood-onset schizophrenia: brain MRI rescan after 2 years of clozapine maintenance treatment. *Am J Psychiatry.* 1996;153(4):564-566.

50. Gur RE, Maany V, Mozley PD, Swanson C, Bilker W, Gur RC. Subcortical MRI volumes in neuroleptic-naive and treated patients with schizophrenia. *Am J Psychiatry.* 1998;155(12):1711-1717.

51. Keshavan MS, Rosenberg D, Sweeney JA, Pettegrew JW. Decreased caudate volume in neuroleptic-naive psychotic patients. *Am J Psychiatry.* 1998;155(6):774-778.

52. Miller DD, Andreasen NC, O'Leary DS, Watkins GL, Boles Ponto LL, Hichwa RD. Comparison of the effects of risperidone and haloperidol on regional cerebral blood flow in schizophrenia. *Biol Psychiatry.* 2001;49(8):704-715.

53. Miller DD, Andreasen NC, O'Leary DS, Rezai K, Watkins GL, Ponto LL, Hichwa RD. Effect of antipsychotics on regional cerebral blood flow measured with positron emission tomography. *Neuropsychopharmacology.* 1997;17(4):230-240.

54. Corson PW, O'Leary DS, Miller DD, Andreasen NC. The effects of neuroleptic medications on basal ganglia blood flow in schizophreniform disorders: a comparison between the neuroleptic-naïve and medicated states. *Biol Psychiatry.* 2002;52(9):855-862.

55. Crespo-Facorro B, Kim J-J, Chemerinski E, Magnotta V, Andreasen NC, Nopoulos P. Morphometry of the superior temporal plane in schizophrenia: relationship to clinical correlates. *J Neuropsychiatry Clin Neurosci.* 2004;16(3):284-294.

56. McCormick L, Decker L, Nopoulos P, Ho BC, Andreasen N. Effects of atypical and typical neuroleptics on anterior cingulate volume in schizophrenia. *Schizophr Res.* 2005;80(1):73-84.

57. Pressler M, Nopoulos P, Ho BC, Andreasen NC. Insular cortex abnormalities in schizophrenia: relationship to symptoms and typical neuroleptic exposure. *Biol Psychiatry.* 2005;57(4):394-398.

58. Sowell ER, Peterson BS, Thompson PM, Welcome SE, Henkenius AL, Toga AW. Mapping cortical change across the human life span. *Nat Neurosci.* 2003;6(3):309-315.

59. Bartzokis G, Nuechterlein KH, Lu PH, Gitlin M, Rogers S, Mintz J. Dysregulated brain development in adult men with schizophrenia: a magnetic resonance imaging study. *Biol Psychiatry.* 2003;53(5):412-421.

Downloaded from www.archgenpsychiatry.com at Florida International University, on February 8, 2011
©2011 American Medical Association. All rights reserved.

Exhibit S | Index 12 | p. 59

**State v. Matthew Guertin**

27-CR-23-2118

Witness Summary – Dr. Jill Rogstad

On June 12, 2023, I met with Dr. Jill Rogstad in preparation for upcoming testimony. Below is a non-verbatim summary of our conversation to the best of my recollection:

- Has been working at the 4th Judicial district as a senior clinical forensic psychologist since Sept 2014
- Prior experience is in CV.
- Primary job responsibility is conducting forensic evals
- Has been board certified in forensic psychology since 2020. Part of her duties are to review practice samples and approve/disapprove people applying for work certifications
- Has conducted hundreds of forensic interviews – cannot recall specific number
- Rule 20.01 is an evaluation to address whether a person is competent to proceed with criminal proceedings, consult rationally with counsel, competency and evals are guided by case law. Evaluations looks at whether examinee has the ability to participate in the decision making with an intact ability to understand implications of those decisions. Can examinee provide coherent information to counsel in a way that is not affected by mental health or cognitive impairment issues.
- Conducts interviews by meeting with examinee, reviewing records, getting input from collateral sources, and incorporating multiple resources of data.
- Report contains examinees history, current mental health status, clinical presentation, observations of examinee, diagnosis section, analysis of competency related prognosis, forensic opinion, and list of collateral contacts.
- Conducted evaluation on Matthew Guertin on March 1, 2023 with Dr. Casey Boland. Interview was about 2 hours
- Mr. Guertin said he is prescribed Adderall and anti-anxiety medication Klonopin. She was unable to verify why he was prescribed this medication from collateral resources.
- Mr. Guertin gave contradictory information as to whether he was taking medication as prescribed. First he said he was then he said he sometimes takes additional Adderall dosages due to working so he can stay focused while he works.
- Dr. Rogstad aware that Mr. Guertin was previously petitioned to be civilly committed but not entirely sure what happened with that process and why he was not committed.
- Mr. Guertin acknowledges he has been hospitalized in the past for substance use and suicide attempts. However, during current interview Mr. Guertin said the threats were real and he has evidence of this belief.
- Mr. Guertin believes Netflix and Microsoft stole information from one of his patents and covered up their tracks by making it seems like they had gotten it first. That progressed into them accessing his devices in his home. That lead to a cover up and then stealing his technology.
- Delusions are in the extreme end of the psychotic spectrum. This is what Mr. Guertin is experiencing. People can have persecutory beliefs. For example, some people in the US believe

they are being followed by CIA. This is persecutory delusion, someone following them. It can also be themes of jealousy; a partner is being unfaithful when there is no evidence. Grandiosity – they can hear God, they are implausible, can tend to be bizarre. Typically they do not consider more realistic evidence.

- Here, Mr. Guertin is experiencing mainly persecutory themes – very adamant that these large corporations would try to harm him and kill him. When explaining why, he led into referential thinking. He talked about cars following him. He spoke to officers after this incident and expressed fear that cars were following him. Officers gave him another plausible explanation. Mr. Guertin did not agree. Mr. Guertin expressed symbology on the September 11 attacks. Dr. Rogstad considered a grandiose delusion diagnosis, did not diagnose him with this because she was unable to verify the patents.
- Diagnosis is unspecified schizophrenia and other psychotic disorder
- Stimulants can endorse symptoms that mimic psychotic symptoms, that could be contributed to his delusions. Other attributions could be primary mood disorder.
- There was not a lot of collateral information provided. Mr. Guertin was self aggrandizing and how analytical he was. He also tended to get distracted by his own thoughts and did not complete them. He reported ADHD so that could be a factor in his way of talking. Delusions were very prominent.
- Delusions could be a possibility of not taking ADHD as prescribed.
- First course to o address this diagnosis is anti-psychotic medications
- Delusions are very linked to alleged offense. He understood what he was charged with. When talking about evidence he talked about introducing evidence in criminal trial that he brought to rule 20 interview to let evidence speak for itself.
- She discussed consequences of pleas and how that applies to his case. Mr. Guertin spoke about delusions and how that applies to his case. He talked about data related to delusions.
- Based on review of documents and interview of Mr. Guertin, she opined he was not competent.
- Even if he did have patents approved, this would not change her mind about her ultimate opinion as opinion is based on delusional beliefs and not the patents themselves.