# Exhibit W

**EXHIBIT W** [1]

Documentation and metadata details of the July 16, 2024 Discovery Materials that were provided to Matthew Guertin by Bruce Rivers following his July 16, 2024 1:30pm court appearance.

The most notable fact revealed through this examination of the various files and their associated metadata is that there are a large amount of files that indicate that they were very recently accessed – with many of the files revealing access on July 14 and July 15, 2024.

Additionally the ISO file that Guertin was provided with that contains all of the police photographs purported to be authentic actually shows that it was created the morning of July 16, 2024 – mere hours before the materials would be provided to Guertin by Bruce Rivers.

At Court Bruce Rivers once again directly lied to Guertin by telling him "you already have the discovery materials"  "I already gave them to you"  (paraphrasing)

The fact that the metadata reveals a significant amount of activity and file access taking place just days, and in some cases just hours prior to Bruce River's finally providing Guertin with what he claimed were the authentic discovery materials serves to completely discredit this claim by Rivers.

**Index 01**  |  File, Directory, and metadata details of the July 16, 2024 Discovery

**Index 02**  |  Estimated Value of Guertin's US Patemt 11,577,177 Over 20 Years

**Index 03**  |  Bruce Rivers Comment to Guertin About "Powerful People"

**Index 04**  |  Text Messages Between Guertin and His Self Professed Former CIA Welder

**Index 05**  |  Guertins Repeated Attempts to Defend Himself Are Always Thwarted

**Index 06**  |  Guertin Sets Aside $5,000 for Digital Forensic Analysis of Drives and Data

**Index 07**  |  Chronological Continuity of Competence, Understanding, and Rationality

**Index 08**  |  Guertin's Accomplishments Since Being Prescribed Adderall in 2016

---

1    Make use of the bookmarks for easy navigation of this exhibit.

**BRUCE RIVERS JULY 16, 2024 DISCOVERY MATERIALS DATA**

**A.  FILE TREE OF ENTIRE USB DIRECTORY**

```
.
├── Continuance Request_27-CR-23-1886.pdf
├── Discovery
│   ├── 23-0098-0001.pdf
│   ├── 23-0098-0002.pdf
│   └── Guertin - HCSO CLU - Photos #23-0098.iso
├── Guertin.Matthew Complaint 27-CR-23-1886.pdf
├── Guertin.Matthew FEL OOC Order 27-CR-23-1886.pdf
├── Guertin.Matthew R20 Contact Information Form.pdf
├── Guertin.Matthew Rule 20.01 Report 27-CR-23-1886.pdf
├── Matthew Guertin R2001 3-10-23.pdf
├── MCRO_27-CR-22-24911_E-filed Comp-Summons_2022-12-14_20230323143906.pdf
├── MCRO_27-CR-22-7718_Briefs_2022-07-20_20230323145335.pdf
├── MCRO_27-CR-23-1886_Affidavit of Service_2024-05-16_20240711091325.pdf
├── MCRO_27-CR-23-1886_Affidavit of Service_2024-05-17_20240711091321.pdf
├── MCRO_27-CR-23-1886_Affidavit of Service_2024-05-23_20240711091307.pdf
├── MCRO_27-CR-23-1886_Affidavit of Service_2024-05-23_20240711091318.pdf
├── MCRO_27-CR-23-1886_Appellate Court Order_2024-07-02_20240711091224.pdf
├── MCRO_27-CR-23-1886_Appellate Court Order_2024-07-02_20240712154424.pdf
├── MCRO_27-CR-23-1886_Correspondence_2024-06-03_20240711091227.pdf
├── MCRO_27-CR-23-1886_E-filed Comp-Order for Detention_2023-01-24_20230220140555.pdf
├── MCRO_27-CR-23-1886_Exhibit List_2024-05-20_20240711091319.pdf
├── MCRO_27-CR-23-1886_Law Enforcement Notice of Release and Appearance_2023-01-25_20230220140550.pdf
├── MCRO_27-CR-23-1886_Motion_2024-05-23_20240711091311.pdf
├── MCRO_27-CR-23-1886_Motion_2024-05-23_20240711091313.pdf
├── MCRO_27-CR-23-1886_Motion_2024-06-03_20240711091228.pdf
├── MCRO_27-CR-23-1886_Motion_2024-06-04_20240711091226.pdf
├── MCRO_27-CR-23-1886_Non-Cash Bond Posted_2023-01-25_20230220140552.pdf
├── MCRO_27-CR-23-1886_Notice of Hearing_2023-01-26_20230220140557.pdf
├── MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091243.pdf
├── MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091251.pdf
├── MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091254.pdf
├── MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091259.pdf
├── MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091303.pdf
├── MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-30_20240711091238.pdf
├── MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-06-03_20240711091230.pdf
├── MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-06-03_20240711091233.pdf
├── MCRO_27-CR-23-1886_Order Denying Fee Waiver_2024-05-23_20240711091305.pdf
├── MCRO_27-CR-23-1886_Order Denying Fee Waiver_2024-05-30_20240711091236.pdf
```

```
├── MCRO_27-CR-23-1886_Order-Evaluation for Competency to Proceed (Rule 20.01)_2023-
│   01-25_20230220140554.pdf
├── MCRO_27-CR-23-1886_Order-Evaluation for Competency to Proceed (Rule 20.01)_2024-
│   05-09_20240711091352.pdf
├── MCRO_27-CR-23-1886_Order for Continuance_2023-06-14_20230622095325 (1).pdf
├── MCRO_27-CR-23-1886_Other Document_2024-05-15_20240711091331.pdf
├── MCRO_27-CR-23-1886_Other Document_2024-05-15_20240711091338.pdf
├── MCRO_27-CR-23-1886_Other Document_2024-05-17_20240711091323.pdf
├── Order-Other-1886.pdf
├── Order-Other (3).pdf
├── Rule 20 Evaluation Report.pdf
├── System Volume Information
│   ├── IndexerVolumeGuid
│   └── WPSettings.dat
└── Witness Summary - Dr. Rogstad.pdf

2 directories, 49 files
```

## B.  MAIN DIRECTORY – FILE TIME META-DATA ONLY

Metadata for 'Order-Other (3).pdf':
File Name                : Order-Other (3).pdf
File Modification Date/Time   : 2023:07:14 05:10:06-05:00
File Inode Change Date/Time   : 2023:07:14 05:10:06-05:00
--------------------------------------------------------------------------------------------------
Metadata for 'Guertin.Matthew Rule 20.01 Report 27-CR-23-1886.pdf':
File Name                : Guertin.Matthew Rule 20.01 Report 27-CR-23-1886.pdf
File Modification Date/Time   : 2023:07:14 03:44:44-05:00
File Inode Change Date/Time   : 2023:07:14 03:44:44-05:00
--------------------------------------------------------------------------------------------------
Metadata for 'Guertin.Matthew FEL OOC Order 27-CR-23-1886.pdf':
File Name                : Guertin.Matthew FEL OOC Order 27-CR-23-1886.pdf
File Modification Date/Time   : 2023:07:14 03:44:42-05:00
File Inode Change Date/Time   : 2023:07:14 03:44:42-05:00
--------------------------------------------------------------------------------------------------
Metadata for 'Guertin.Matthew Complaint 27-CR-23-1886.pdf':
File Name                : Guertin.Matthew Complaint 27-CR-23-1886.pdf
File Modification Date/Time   : 2023:07:14 03:44:40-05:00
File Inode Change Date/Time   : 2023:07:14 03:44:40-05:00
--------------------------------------------------------------------------------------------------
Metadata for 'Guertin.Matthew R20 Contact Information Form.pdf':
File Name                : Guertin.Matthew R20 Contact Information Form.pdf
File Modification Date/Time   : 2023:07:14 03:44:40-05:00
File Inode Change Date/Time   : 2023:07:14 03:44:40-05:00
--------------------------------------------------------------------------------------------------
Metadata for 'Order-Other-1886.pdf':
File Name                : Order-Other-1886.pdf
File Modification Date/Time   : 2023:07:14 03:40:54-05:00
File Inode Change Date/Time   : 2023:07:14 03:40:54-05:00
--------------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Order for Continuance_2023-06-14_20230622095325 (1).pdf':
File Name                : MCRO_27-CR-23-1886_Order for Continuance_2023-06-14_20230622095325 (1).pdf
File Modification Date/Time   : 2023:06:22 04:54:36-05:00
File Inode Change Date/Time   : 2023:06:22 04:54:36-05:00
--------------------------------------------------------------------------------------------------
Metadata for 'Witness Summary - Dr. Rogstad.pdf':
File Name                : Witness Summary - Dr. Rogstad.pdf
File Modification Date/Time   : 2023:06:19 07:26:32-05:00
File Inode Change Date/Time   : 2023:06:19 07:26:32-05:00
--------------------------------------------------------------------------------------------------

Metadata for 'MCRO_27-CR-22-7718_Briefs_2022-07-20_20230323145335.pdf':
File Name                 : MCRO_27-CR-22-7718_Briefs_2022-07-20_20230323145335.pdf
File Modification Date/Time    : 2023:03:23 09:53:56-05:00
File Inode Change Date/Time    : 2023:03:23 09:53:56-05:00

---------------------------------------------------------------------------------------------

Metadata        for        'MCRO_27-CR-22-24911_E-filed        Comp-Summons_2022-12-
14_20230323143906.pdf':
File Name                 : MCRO_27-CR-22-24911_E-filed Comp-Summons_2022-12-
14_20230323143906.pdf
File Modification Date/Time    : 2023:03:23 09:40:02-05:00
File Inode Change Date/Time    : 2023:03:23 09:40:02-05:00

---------------------------------------------------------------------------------------------

Metadata for 'Matthew Guertin R2001 3-10-23.pdf':
File Name                 : Matthew Guertin R2001 3-10-23.pdf
File Modification Date/Time    : 2023:03:20 03:29:52-05:00
File Inode Change Date/Time    : 2023:03:20 03:29:52-05:00

---------------------------------------------------------------------------------------------

Metadata for 'MCRO_27-CR-23-1886_Notice of Hearing_2023-01-26_20230220140557.pdf':
File Name                 : MCRO_27-CR-23-1886_Notice of Hearing_2023-01-
26_20230220140557.pdf
File Modification Date/Time    : 2023:02:20 09:05:58-06:00
File Inode Change Date/Time    : 2023:02:20 09:05:58-06:00

---------------------------------------------------------------------------------------------

Metadata   for   'MCRO_27-CR-23-1886_E-filed   Comp-Order   for   Detention_2023-01-
24_20230220140555.pdf':
File Name                 : MCRO_27-CR-23-1886_E-filed Comp-Order for Detention_2023-01-
24_20230220140555.pdf
File Modification Date/Time    : 2023:02:20 09:05:56-06:00
File Inode Change Date/Time    : 2023:02:20 09:05:56-06:00

---------------------------------------------------------------------------------------------

Metadata for 'MCRO_27-CR-23-1886_Order-Evaluation for Competency to Proceed (Rule
20.01)_2023-01-25_20230220140554.pdf':
File Name                 : MCRO_27-CR-23-1886_Order-Evaluation for Competency to Proceed
(Rule 20.01)_2023-01-25_20230220140554.pdf
File Modification Date/Time    : 2023:02:20 09:05:54-06:00
File Inode Change Date/Time    : 2023:02:20 09:05:54-06:00

---------------------------------------------------------------------------------------------

Metadata      for      'MCRO_27-CR-23-1886_Non-Cash      Bond      Posted_2023-01-
25_20230220140552.pdf':
File Name                 : MCRO_27-CR-23-1886_Non-Cash Bond Posted_2023-01-
25_20230220140552.pdf
File Modification Date/Time    : 2023:02:20 09:05:54-06:00
File Inode Change Date/Time    : 2023:02:20 09:05:54-06:00

---------------------------------------------------------------------------------------------

Metadata for 'MCRO_27-CR-23-1886_Law Enforcement Notice of Release and Appearance_2023-01-25_20230220140550.pdf':
File Name                        : MCRO_27-CR-23-1886_Law Enforcement Notice of Release and Appearance_2023-01-25_20230220140550.pdf
File Modification Date/Time       : 2023:02:20 09:05:52-06:00
File Inode Change Date/Time       : 2023:02:20 09:05:52-06:00
------------------------------------------------------------------------------------
Metadata for 'Continuance Request_27-CR-23-1886.pdf':
File Name                        : Continuance Request_27-CR-23-1886.pdf
File Modification Date/Time       : 2023:02:20 08:27:08-06:00
File Inode Change Date/Time       : 2023:02:20 08:27:08-06:00
------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Order-Evaluation for Competency to Proceed (Rule 20.01)_2024-05-09_20240711091352.pdf':
File Name                        : MCRO_27-CR-23-1886_Order-Evaluation for Competency to Proceed (Rule 20.01)_2024-05-09_20240711091352.pdf
File Modification Date/Time       : 2024:07:11 04:13:54-05:00
File Inode Change Date/Time       : 2024:07:11 04:13:54-05:00
------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Other Document_2024-05-15_20240711091338.pdf':
File Name                        : MCRO_27-CR-23-1886_Other Document_2024-05-15_20240711091338.pdf
File Modification Date/Time       : 2024:07:11 04:13:44-05:00
File Inode Change Date/Time       : 2024:07:11 04:13:44-05:00
------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Other Document_2024-05-15_20240711091331.pdf':
File Name                        : MCRO_27-CR-23-1886_Other Document_2024-05-15_20240711091331.pdf
File Modification Date/Time       : 2024:07:11 04:13:42-05:00
File Inode Change Date/Time       : 2024:07:11 04:13:42-05:00
------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Affidavit of Service_2024-05-16_20240711091325.pdf':
File Name                        : MCRO_27-CR-23-1886_Affidavit of Service_2024-05-16_20240711091325.pdf
File Modification Date/Time       : 2024:07:11 04:13:26-05:00
File Inode Change Date/Time       : 2024:07:11 04:13:26-05:00
------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Other Document_2024-05-17_20240711091323.pdf':
File Name                        : MCRO_27-CR-23-1886_Other Document_2024-05-17_20240711091323.pdf
File Modification Date/Time       : 2024:07:11 04:13:24-05:00
File Inode Change Date/Time       : 2024:07:11 04:13:24-05:00
------------------------------------------------------------------------------------

Metadata for 'MCRO_27-CR-23-1886_Affidavit of Service_2024-05-17_20240711091321.pdf':
File Name                                    : MCRO_27-CR-23-1886_Affidavit of Service_2024-05-17_20240711091321.pdf
File Modification Date/Time      : 2024:07:11 04:13:22-05:00
File Inode Change Date/Time     : 2024:07:11 04:13:22-05:00

-------------------------------------------------------------------------------------------------

Metadata for 'MCRO_27-CR-23-1886_Exhibit List_2024-05-20_20240711091319.pdf':
File Name                                    : MCRO_27-CR-23-1886_Exhibit List_2024-05-20_20240711091319.pdf
File Modification Date/Time      : 2024:07:11 04:13:22-05:00
File Inode Change Date/Time     : 2024:07:11 04:13:22-05:00

-------------------------------------------------------------------------------------------------

Metadata for 'MCRO_27-CR-23-1886_Affidavit of Service_2024-05-23_20240711091318.pdf':
File Name                                    : MCRO_27-CR-23-1886_Affidavit of Service_2024-05-23_20240711091318.pdf
File Modification Date/Time      : 2024:07:11 04:13:18-05:00
File Inode Change Date/Time     : 2024:07:11 04:13:18-05:00

-------------------------------------------------------------------------------------------------

Metadata for 'MCRO_27-CR-23-1886_Motion_2024-05-23_20240711091313.pdf':
File Name                   : MCRO_27-CR-23-1886_Motion_2024-05-23_20240711091313.pdf
File Modification Date/Time      : 2024:07:11 04:13:14-05:00
File Inode Change Date/Time     : 2024:07:11 04:13:14-05:00

-------------------------------------------------------------------------------------------------

Metadata for 'MCRO_27-CR-23-1886_Motion_2024-05-23_20240711091311.pdf':
File Name                   : MCRO_27-CR-23-1886_Motion_2024-05-23_20240711091311.pdf
File Modification Date/Time      : 2024:07:11 04:13:12-05:00
File Inode Change Date/Time     : 2024:07:11 04:13:12-05:00

-------------------------------------------------------------------------------------------------

Metadata for 'MCRO_27-CR-23-1886_Affidavit of Service_2024-05-23_20240711091307.pdf':
File Name                                    : MCRO_27-CR-23-1886_Affidavit of Service_2024-05-23_20240711091307.pdf
File Modification Date/Time      : 2024:07:11 04:13:08-05:00
File Inode Change Date/Time     : 2024:07:11 04:13:08-05:00

-------------------------------------------------------------------------------------------------

Metadata      for      'MCRO_27-CR-23-1886_Order      Denying      Fee      Waiver_2024-05-23_20240711091305.pdf':
File Name                   : MCRO_27-CR-23-1886_Order Denying Fee Waiver_2024-05-23_20240711091305.pdf
File Modification Date/Time      : 2024:07:11 04:13:06-05:00
File Inode Change Date/Time     : 2024:07:11 04:13:06-05:00

-------------------------------------------------------------------------------------------------

Metadata for 'MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091303.pdf':
File Name                           : MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091303.pdf
File Modification Date/Time          : 2024:07:11 04:13:04-05:00
File Inode Change Date/Time          : 2024:07:11 04:13:04-05:00
----------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091259.pdf':
File Name                           : MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091259.pdf
File Modification Date/Time          : 2024:07:11 04:13:02-05:00
File Inode Change Date/Time          : 2024:07:11 04:13:02-05:00
----------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091251.pdf':
File Name                           : MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091251.pdf
File Modification Date/Time          : 2024:07:11 04:13:00-05:00
File Inode Change Date/Time          : 2024:07:11 04:13:00-05:00
----------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091254.pdf':
File Name                           : MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091254.pdf
File Modification Date/Time          : 2024:07:11 04:12:58-05:00
File Inode Change Date/Time          : 2024:07:11 04:12:58-05:00
----------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091243.pdf':
File Name                           : MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091243.pdf
File Modification Date/Time          : 2024:07:11 04:12:44-05:00
File Inode Change Date/Time          : 2024:07:11 04:12:44-05:00
----------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-30_20240711091238.pdf':
File Name                           : MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-30_20240711091238.pdf
File Modification Date/Time          : 2024:07:11 04:12:40-05:00
File Inode Change Date/Time          : 2024:07:11 04:12:40-05:00
----------------------------------------------------------------------------------------

Metadata for 'MCRO_27-CR-23-1886_Order Denying Fee Waiver_2024-05-30_20240711091236.pdf':
File Name                          : MCRO_27-CR-23-1886_Order Denying Fee Waiver_2024-05-30_20240711091236.pdf
File Modification Date/Time     : 2024:07:11 04:12:38-05:00
File Inode Change Date/Time      : 2024:07:11 04:12:38-05:00
--------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-06-03_20240711091233.pdf':
File Name                          : MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-06-03_20240711091233.pdf
File Modification Date/Time     : 2024:07:11 04:12:34-05:00
File Inode Change Date/Time      : 2024:07:11 04:12:34-05:00
--------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-06-03_20240711091230.pdf':
File Name                          : MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-06-03_20240711091230.pdf
File Modification Date/Time     : 2024:07:11 04:12:32-05:00
File Inode Change Date/Time      : 2024:07:11 04:12:32-05:00
--------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Motion_2024-06-03_20240711091228.pdf':
File Name                          : MCRO_27-CR-23-1886_Motion_2024-06-03_20240711091228.pdf
File Modification Date/Time     : 2024:07:11 04:12:30-05:00
File Inode Change Date/Time      : 2024:07:11 04:12:30-05:00
--------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Correspondence_2024-06-03_20240711091227.pdf':
File Name                          : MCRO_27-CR-23-1886_Correspondence_2024-06-03_20240711091227.pdf
File Modification Date/Time     : 2024:07:11 04:12:28-05:00
File Inode Change Date/Time      : 2024:07:11 04:12:28-05:00
--------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Motion_2024-06-04_20240711091226.pdf':
File Name                          : MCRO_27-CR-23-1886_Motion_2024-06-04_20240711091226.pdf
File Modification Date/Time     : 2024:07:11 04:12:28-05:00
File Inode Change Date/Time      : 2024:07:11 04:12:28-05:00
--------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Appellate Court Order_2024-07-02_20240711091224.pdf':
File Name                          : MCRO_27-CR-23-1886_Appellate Court Order_2024-07-02_20240711091224.pdf
File Modification Date/Time     : 2024:07:11 04:12:26-05:00
File Inode Change Date/Time      : 2024:07:11 04:12:26-05:00
--------------------------------------------------------------------------------------------

Metadata for 'Rule 20 Evaluation Report.pdf':
File Name                    : Rule 20 Evaluation Report.pdf
File Modification Date/Time    : 2024:01:11 10:57:22-06:00
File Inode Change Date/Time    : 2024:01:11 10:57:22-06:00
--------------------------------------------------------------------------------------------------------
Metadata      for       'MCRO_27-CR-23-1886_Appellate       Court       Order_2024-07-
02_20240712154424.pdf':
File  Name                          : MCRO_27-CR-23-1886_Appellate  Court  Order_2024-07-
02_20240712154424.pdf
File Modification Date/Time    : 2024:07:12 10:44:26-05:00
File Inode Change Date/Time    : 2024:07:12 10:44:26-05:00
--------------------------------------------------------------------------------------------------------

**B. MAIN DIRECTORY – ALL FILE META-DATA**

Metadata for 'Order-Other (3).pdf':
ExifTool Version Number        : 12.40
File Name                      : Order-Other (3).pdf
File Size                      : 905 KiB
File Modification Date/Time    : 2023:07:14 05:10:06-05:00
File Access Date/Time          : 2024:07:30 19:00:00-05:00
File Inode Change Date/Time    : 2023:07:14 05:10:06-05:00
File Permissions               : -rw-r--r--
File Type                      : PDF
File Type Extension            : pdf
MIME Type                      : application/pdf
Linearized                     : No
Author                         : Danielle C. Mercurio
Company                        : Hewlett-Packard Company
Content    Type    Id                                        : 0x0101007059A136461CEB43877A5C39FE5E524A0600427DD0490E6BDB42A8C0B1D35D BB53E2
Create Date                    : 2023:07:13 10:58:23-05:00
Modify Date                    : 2023:07:13 16:47:53-05:00
Source Modified                : D:20230713155733
Subject                        :
Has XFA                        : No
Language                       : EN-US
Tagged PDF                     : Yes
XMP Toolkit                    : Adobe XMP Core 9.1-c001 79.2a0d8d9, 2023/03/14-11:19:46
Metadata Date                  : 2023:07:13 16:47:53-05:00
Creator Tool                   : Acrobat PDFMaker 23 for Word
Document ID                    : uuid:af03a228-aeb1-4472-bcad-86c4b1c16418
Instance ID                    : uuid:fcf6903f-c5c9-4e16-b870-c14bbd931e06
Format                         : application/pdf
Title                          : Conservator (All Powers; Unlimited Duration)
Description                    :
Creator                        : Danielle C. Mercurio
Producer                       : Adobe PDF Library 23.1.175; modified using iTextSharp™ 5.4.3 ©2000-2013 1T3XT BVBA (AGPL-version)
Keywords                       :
Page Layout                    : OneColumn
Page Count                     : 7
PDF Version                    : 1.7
--------------------------------------------------------------------------------------------------------------
Metadata for 'Guertin.Matthew Rule 20.01 Report 27-CR-23-1886.pdf':
ExifTool Version Number        : 12.40
<mark>File Name                      : Guertin.Matthew Rule 20.01 Report 27-CR-23-1886.pdf</mark>
File Size                      : 891 KiB

File Modification Date/Time     : 2023:07:14 03:44:44-05:00
File Access Date/Time           : 2024:07:30 19:00:00-05:00
File Inode Change Date/Time     : 2023:07:14 03:44:44-05:00
File Permissions                : -rw-r--r--
File Type                       : PDF
File Type Extension             : pdf
MIME Type                       : application/pdf
PDF Version                     : 1.6
Linearized                      : No
Author                          : GuzmanC
Create Date                     : 2023:03:10 16:25:34-06:00
Modify Date                     : 2023:03:10 16:38:55-06:00
XMP Toolkit                     : Adobe XMP Core 5.6-c015 81.159809, 2016/11/11-01:42:16
Format                          : application/pdf
Creator                         : GuzmanC
Title                           : Guertin Report.pdf
Creator Tool                    : PScript5.dll Version 5.2.2
Metadata Date                   : 2023:03:10 16:38:55-06:00
Producer     : Acrobat Distiller 22.0 (Windows)      <~~~ *NO ' iText® 7.1.16' E-File Metadata*
Document ID                     : uuid:48d04826-12b3-4202-9923-fcd82ead2fd0
Instance ID                     : uuid:872b4605-d7b3-4b88-9ed8-79683aab9005
Page Count                      : 10
-----------------------------------------------------------------------------------------------
Metadata for 'Guertin.Matthew FEL OOC Order 27-CR-23-1886.pdf':
ExifTool Version Number         : 12.40
File Name                       : Guertin.Matthew FEL OOC Order 27-CR-23-1886.pdf
File Size                       : 323 KiB
File Modification Date/Time     : 2023:07:14 03:44:42-05:00
File Access Date/Time           : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time     : 2023:07:14 03:44:42-05:00
File Permissions                : -rw-r--r--
File Type                       : PDF
File Type Extension             : pdf
MIME Type                       : application/pdf
PDF Version                     : 1.6
Linearized                      : No
Language                        : EN-US
Tagged PDF                      : Yes
XMP Toolkit                     : Adobe XMP Core 9.1-c001 79.2a0d8d9, 2023/03/14-11:19:46
Modify Date                     : 2023:07:13 14:57:12-05:00
Create Date                     : 2023:07:13 10:58:23-05:00
Metadata Date                   : 2023:07:13 14:57:12-05:00
Creator Tool                    : Acrobat PDFMaker 23 for Word
Document ID                     : uuid:af03a228-aeb1-4472-bcad-86c4b1c16418
Instance ID                     : uuid:2b6de574-6a50-4c21-b1c2-48ae7df3bdc7
Subject                         : 8

```
Format                  : application/pdf
Title                   : Conservator (All Powers; Unlimited Duration)
Description             :
Creator                 : Danielle C. Mercurio
Producer                : Adobe PDF Library 23.1.175; modified using iTextSharp™ 5.4.3
©2000-2013 1T3XT BVBA (AGPL-version)
Keywords               :
Source Modified         : D:20230713155733
Company                 : Hewlett-Packard Company
Content    Type    Id                                                    :
0x0101007059A136461CEB43877A5C39FE5E524A0600427DD0490E6BDB42A8C0B1D35D
BB53E2
Page Layout            : OneColumn
Page Count             : 7
Has XFA                : No
Author                 : Danielle C. Mercurio
```
--------------------------------------------------------------------------------
```
Metadata for 'Guertin.Matthew Complaint 27-CR-23-1886.pdf':
ExifTool Version Number        : 12.40
File Name               : Guertin.Matthew Complaint 27-CR-23-1886.pdf
File Size               : 301 KiB
File Modification Date/Time     : 2023:07:14 03:44:40-05:00
File Access Date/Time           : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time     : 2023:07:14 03:44:40-05:00
File Permissions        : -rw-r--r--
File Type               : PDF
File Type Extension            : pdf
MIME Type               : application/pdf
PDF Version             : 1.4
Linearized             : No
Modify Date             : 2023:01:24 11:54:37-06:00
Producer                : Winnovative HTML to PDF Converter 15.0; modified using iText®
7.1.16 ©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Page Mode               : UseNone
Page Count             : 7
Page Layout            : OneColumn
Has XFA                : No
```
--------------------------------------------------------------------------------
```
Metadata for 'Guertin.Matthew R20 Contact Information Form.pdf':
ExifTool Version Number        : 12.40
File Name               : Guertin.Matthew R20 Contact Information Form.pdf
File Size               : 101 KiB
File Modification Date/Time     : 2023:07:14 03:44:40-05:00
File Access Date/Time           : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time     : 2023:07:14 03:44:40-05:00
File Permissions        : -rw-r--r--
```

File Type                 : PDF
File Type Extension        : pdf
MIME Type                  : application/pdf
PDF Version                : 1.6
Linearized                 : Yes
Create Date                : 2020:07:10 07:43:38-03:30
Creator                    : RICOH Aficio MP 301
Modify Date                : 2023:07:13 16:21:46-05:00
XMP Toolkit                : Adobe XMP Core 9.1-c001 79.2a0d8d9, 2023/03/14-11:19:46
Creator Tool               : RICOH Aficio MP 301
Metadata Date              : 2023:07:13 16:21:46-05:00
Producer                   : RICOH Aficio MP 301
Format                     : application/pdf
Document ID                : uuid:b774902d-0928-42c4-9f43-2008e4495659
Instance ID                : uuid:7d29d849-b49e-4808-a27a-6b6c73739cd3
History Action             : editedScannedDoc, editedScannedDoc, editedScannedDoc, editedScannedDoc
History When               : 2022:03:15 11:04:44-05:00, 2022:03:15 11:06:16-05:00, 2022:10:28 11:27:59-05:00, 2023:07:13 16:21:46-05:00
History Parameters         : Page:1, Page:1, Page:1, Page:1
Page Count                 : 1
-------------------------------------------------------------------------------------------------------
Metadata for 'Order-Other-1886.pdf':
ExifTool Version Number    : 12.40
File Name                  : Order-Other-1886.pdf
File Size                  : 905 KiB
File Modification Date/Time : 2023:07:14 03:40:54-05:00
File Access Date/Time      : 2024:07:30 19:00:00-05:00
File Inode Change Date/Time : 2023:07:14 03:40:54-05:00
File Permissions           : -rw-r--r--
File Type                  : PDF
File Type Extension        : pdf
MIME Type                  : application/pdf
Linearized                 : No
Author                     : Danielle C. Mercurio
Company                    : Hewlett-Packard Company
Content   Type   Id        : 0x0101007059A136461CEB43877A5C39FE5E524A0600427DD0490E6BDB42A8C0B1D35DBB53E2
Create Date                : 2023:07:13 10:58:23-05:00
Modify Date                : 2023:07:13 16:47:53-05:00
Source Modified            : D:20230713155733
Subject                    :
Has XFA                    : No
Language                   : EN-US
Tagged PDF                 : Yes

XMP Toolkit                       : Adobe XMP Core 9.1-c001 79.2a0d8d9, 2023/03/14-11:19:46
Metadata Date                  : 2023:07:13 16:47:53-05:00
Creator Tool               : Acrobat PDFMaker 23 for Word
Document ID               : uuid:af03a228-aeb1-4472-bcad-86c4b1c16418
Instance ID                 : uuid:fcf6903f-c5c9-4e16-b870-c14bbd931e06
Format                    : application/pdf
Title                    : Conservator (All Powers; Unlimited Duration)
Description                :
Creator                   : Danielle C. Mercurio
Producer                        : Adobe PDF Library 23.1.175; modified using iTextSharp™ 5.4.3
©2000-2013 1T3XT BVBA (AGPL-version)
Keywords                   :
Page Layout                : OneColumn
Page Count                 : 7
PDF Version                : 1.7
--------------------------------------------------------------------------------------------------------------
Metadata  for  'MCRO_27-CR-23-1886_Order  for  Continuance_2023-06-14_20230622095325
(1).pdf':
ExifTool Version Number        : 12.40
File Name                          : MCRO_27-CR-23-1886_Order  for  Continuance_2023-06-
14_20230622095325 (1).pdf
File Size                  : 238 KiB
File Modification Date/Time     : 2023:06:22 04:54:36-05:00
File Access Date/Time        : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time    : 2023:06:22 04:54:36-05:00
File Permissions            : -rw-r--r--
File Type                 : PDF
File Type Extension          : pdf
MIME Type                 : application/pdf
PDF Version                : 1.6
Linearized                : No
Author                   : Nehring, Alisha
Comments                  :
Company                   : MN Judicial Branch
Content    Type    Id                                 :
0x0101007059A136461CEB43877A5C39FE5E524A0700127D6044742B8049970528DA170B
1E16
Create Date               : 2023:06:14 14:22:45-05:00
Modify Date               : 2023:06:22 09:53:24-05:00
Source Modified             : D:20230614192231
Subject                   :
Has XFA                  : No
Language                  : EN-US
Tagged PDF                : Yes
XMP Toolkit                : Adobe XMP Core 5.1.0-jc003
Metadata Date              : 2023:06:15 08:48:11-05:00

Creator Tool                : Acrobat PDFMaker 23 for Word
Document ID                 : uuid:5605f81b-c13f-4220-b107-889543f1a8de
Instance ID                 : uuid:c1f06b89-fa17-4a07-97bf-3fc9e2e9f0e8
Format                      : application/pdf
Producer                    : Adobe PDF Library 23.1.175; modified using iText® 7.1.16 ©2000-
2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Keywords                    :
Title                       : Contested Competency for Adrian Wesley (incompetent) (doctors
disagree)
Description                 :
Creator                     : Nehring, Alisha, Nehring, Alisha
Page Layout                 : OneColumn
Page Count                  : 1
--------------------------------------------------------------------------------------------------------------
Metadata for 'Witness Summary - Dr. Rogstad.pdf':
ExifTool Version Number     : 12.40
File Name                   : Witness Summary - Dr. Rogstad.pdf
File Size                   : 144 KiB
File Modification Date/Time : 2023:06:19 07:26:32-05:00
File Access Date/Time       : 2024:07:30 19:00:00-05:00
File Inode Change Date/Time : 2023:06:19 07:26:32-05:00
File Permissions            : -rw-r--r--
File Type                   : PDF
File Type Extension         : pdf
MIME Type                   : application/pdf
PDF Version                 : 1.6
Linearized                  : Yes
Author                      : Jacqueline Perez
Comments                    :
Company                     :
Create Date                 : 2023:06:12 12:26:25-05:00
Modify Date                 : 2023:06:12 12:26:27-05:00
Source Modified             : D:20230612172546
Subject                     :
Language                    : EN-US
Tagged PDF                  : Yes
XMP Toolkit                 : Adobe XMP Core 9.1-c001 79.2a0d8d9, 2023/03/14-11:19:46
Metadata Date               : 2023:06:12 12:26:27-05:00
Creator Tool                : Acrobat PDFMaker 23 for Word
Document ID                 : uuid:54c54000-704d-4248-9af8-5eb842b63d4c
Instance ID                 : uuid:302fdb8d-b584-494a-b92e-a4d87d5f2cd2
Format                      : application/pdf
Title                       :
Description                 :
Creator                     : Jacqueline Perez
Producer                    : Adobe PDF Library 23.1.206

```
Keywords                :
Page Layout             : OneColumn
Page Count              : 2
```
-------------------------------------------------------------------------------------------
```
Metadata for 'MCRO_27-CR-22-7718_Briefs_2022-07-20_20230323145335.pdf':
ExifData Version Number     : 12.40
File Name               : MCRO_27-CR-22-7718_Briefs_2022-07-20_20230323145335.pdf
File Size               : 8.4 MiB
File Modification Date/Time   : 2023:03:23 09:53:56-05:00
```
<mark>File Access Date/Time        : 2024:07:15 19:00:00-05:00</mark>
```
File Inode Change Date/Time   : 2023:03:23 09:53:56-05:00
File Permissions            : -rw-r--r--
File Type               : PDF
File Type Extension         : pdf
MIME Type               : application/pdf
PDF Version             : 1.7
Linearized              : No
Create Date             : 2022:07:20 14:11:34Z
Creator                 : PDFium
Modify Date             : 2023:03:23 14:53:32-05:00
XMP Toolkit             : Adobe XMP Core 5.1.0-jc003
Creator Tool            : PDFium
Metadata Date           : 2022:07:20 14:23:45-05:00
Producer                : PDFium; modified using iText® 7.1.16 ©2000-2021 iText Group NV
(Minnesota Judicial Branch; licensed version)
Document ID             : uuid:924c9e35-1426-4f9a-8a34-0c7449567a3c
Instance ID             : uuid:88e2cc2e-09aa-49a4-8299-ed6cf88191e2
Format                  : application/pdf
Page Count              : 88
Has XFA                 : No
```
-------------------------------------------------------------------------------------------
```
Metadata        for        'MCRO_27-CR-22-24911_E-filed        Comp-Summons_2022-12-
14_20230323143906.pdf':
ExifTool Version Number     : 12.40
File  Name                      : MCRO_27-CR-22-24911_E-filed Comp-Summons_2022-12-
14_20230323143906.pdf
File Size               : 493 KiB
File Modification Date/Time   : 2023:03:23 09:40:02-05:00
```
<mark>File Access Date/Time        : 2024:07:15 19:00:00-05:00</mark>
```
File Inode Change Date/Time   : 2023:03:23 09:40:02-05:00
File Permissions            : -rw-r--r--
File Type               : PDF
File Type Extension         : pdf
MIME Type               : application/pdf
PDF Version             : 1.4
Linearized              : No
```

Modify Date                         : 2023:03:23 14:39:06-05:00
Producer                            : Winnovative HTML to PDF Converter 11.4; modified using iText®
7.1.16 ©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Page Mode                           : UseNone
Page Count                          : 7
Page Layout                         : OneColumn
Has XFA                             : No
--------------------------------------------------------------------------------------------------------
Metadata for 'Matthew Guertin R2001 3-10-23.pdf':
ExifTool Version Number             : 12.40
File Name                           : Matthew Guertin R2001 3-10-23.pdf
File Size                           : 887 KiB
File Modification Date/Time         : 2023:03:20 03:29:52-05:00
File Access Date/Time               : 2024:07:30 19:00:00-05:00
File Inode Change Date/Time         : 2023:03:20 03:29:52-05:00
File Permissions                    : -rw-r--r--
File Type                           : PDF
File Type Extension                 : pdf
MIME Type                           : application/pdf
PDF Version                         : 1.6
Linearized                          : Yes
Author                              : GuzmanC
Create Date                         : 2023:03:10 16:25:34-06:00
Modify Date                         : 2023:03:13 07:48:26-05:00
XMP Toolkit                         : Adobe XMP Core 9.0-c000 79.cca54b0, 2022/11/26-09:29:55
Format                              : application/pdf
Creator                             : GuzmanC
Title                               : Guertin Report.pdf
Creator Tool                        : PScript5.dll Version 5.2.2
Metadata Date                       : 2023:03:13 07:48:26-05:00
Producer   : Acrobat Distiller 22.0 (Windows)        <~~~ *NO ' iText® 7.1.16' E-File Metadata*
Document ID                         : uuid:48d04826-12b3-4202-9923-fcd82ead2fd0
Instance ID                         : uuid:2de55ffb-cd9d-4215-b314-2483d45b7393
Page Count                          : 10
--------------------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Notice of Hearing_2023-01-26_20230220140557.pdf':
ExifTool Version Number             : 12.40
File  Name                          :  MCRO_27-CR-23-1886_Notice  of  Hearing_2023-01-
26_20230220140557.pdf
File Size                           : 97 KiB
File Modification Date/Time         : 2023:02:20 09:05:58-06:00
File Access Date/Time               : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time         : 2023:02:20 09:05:58-06:00
File Permissions                    : -rw-r--r--
File Type                           : PDF
File Type Extension                 : pdf

MIME Type                  : application/pdf
PDF Version                : 1.7
Linearized                 : No
Author                     :
Create Date                : 2023:01:26 10:35:14-06:00
Modify Date                : 2023:02:20 14:05:56-06:00
Page Count                 : 1
Tagged PDF                 : Yes
XMP Toolkit                : Adobe XMP Core 5.1.0-jc003
Format                     : application/pdf
Metadata Date              : 2023:01:26 10:35:14-06:00
Creator Tool               : GdPicture.NET
Keywords                   :
Producer                   : GdPicture.NET; modified using iText® 7.1.16 ©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Document ID                : uuid: 5BC3D1CE99E2C8D83052FBCE6C769FBE
Instance ID                : uuid: 5BC3D1CE99E2C8D83052FBCE6C769FBE
Part                       : 3
Conformance                : A
Creator                    :
Title                      :
Description                :
Subject                    :
Schemas Namespace URI      : http://ns.adobe.com/pdf/1.3/
Schemas Prefix             : pdf
Schemas Schema             : Adobe PDF Schema
Schemas Value Type         :
Schemas Property Category  : internal
Schemas Property Description : A name object indicating whether the document has been modified to include trapping information
Schemas Property Name       : Trapped
Schemas Property Value Type : Text
Has XFA                    : No
--------------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_E-filed Comp-Order for Detention_2023-01-24_20230220140555.pdf':
ExifTool Version Number    : 12.40
File Name                  : MCRO_27-CR-23-1886_E-filed Comp-Order for Detention_2023-01-24_20230220140555.pdf
File Size                  : 489 KiB
File Modification Date/Time : 2023:02:20 09:05:56-06:00
File Access Date/Time       : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time : 2023:02:20 09:05:56-06:00
File Permissions           : -rw-r--r--
File Type                  : PDF
File Type Extension        : pdf

```
MIME Type                  : application/pdf
PDF Version                : 1.4
Linearized                 : No
Modify Date                : 2023:02:20 14:05:55-06:00
Producer                   : Winnovative HTML to PDF Converter 15.0; modified using iText®
7.1.16 ©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Page Mode                  : UseNone
Page Count                 : 7
Page Layout                : OneColumn
Has XFA                    : No
```
--------------------------------------------------------------------------------------------------
```
Metadata for 'MCRO_27-CR-23-1886_Order-Evaluation for Competency to Proceed (Rule
20.01)_2023-01-25_20230220140554.pdf':
ExifTool Version Number    : 12.40
File Name                  : MCRO_27-CR-23-1886_Order-Evaluation for Competency to Proceed
(Rule 20.01)_2023-01-25_20230220140554.pdf
File Size                  : 134 KiB
File Modification Date/Time : 2023:02:20 09:05:54-06:00
```
<mark>File Access Date/Time      : 2024:07:15 19:00:00-05:00</mark>
```
File Inode Change Date/Time : 2023:02:20 09:05:54-06:00
File Permissions           : -rw-r--r--
File Type                  : PDF
File Type Extension        : pdf
MIME Type                  : application/pdf
PDF Version                : 1.7
Linearized                 : No
Author                     :
Create Date                : 2023:01:25 15:29:43-06:00
Modify Date                : 2023:02:20 14:05:53-06:00
Page Count                 : 2
Tagged PDF                 : Yes
XMP Toolkit                : Adobe XMP Core 5.1.0-jc003
Format                     : application/pdf
Metadata Date              : 2023:01:25 15:29:43-06:00
Creator Tool               : GdPicture.NET
Keywords                   :
Producer                   : GdPicture.NET; modified using iText® 7.1.16 ©2000-2021 iText
Group NV (Minnesota Judicial Branch; licensed version)
Document ID                : uuid: 84A717470A352999D3B60D304AA7B8E0
Instance ID                : uuid: 84A717470A352999D3B60D304AA7B8E0
Part                       : 3
Conformance                : A
Creator                    :
Title                      :
Description                :
Subject                    :
```

Schemas Namespace URI         : http://ns.adobe.com/pdf/1.3/
Schemas Prefix              : pdf
Schemas Schema             : Adobe PDF Schema
Schemas Value Type           :
Schemas Property Category      : internal
Schemas Property Description    : A name object indicating whether the document has been modified to include trapping information
Schemas Property Name         : Trapped
Schemas Property Value Type    : Text
Has XFA              : No
--------------------------------------------------------------------------------------------------------------
Metadata     for     'MCRO_27-CR-23-1886_Non-Cash     Bond     Posted_2023-01-25_20230220140552.pdf':
ExifTool Version Number       : 12.40
File Name              : MCRO_27-CR-23-1886_Non-Cash Bond Posted_2023-01-25_20230220140552.pdf
File Size             : 193 KiB
File Modification Date/Time    : 2023:02:20 09:05:54-06:00
File Access Date/Time        : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time    : 2023:02:20 09:05:54-06:00
File Permissions          : -rw-r--r--
File Type             : PDF
File Type Extension        : pdf
MIME Type             : application/pdf
PDF Version            : 1.7
Linearized             : No
Author               :
Create Date            : 2023:01:26 10:30:38-06:00
Modify Date            : 2023:02:20 14:05:52-06:00
Page Count             : 2
Tagged PDF             : Yes
XMP Toolkit            : Adobe XMP Core 5.1.0-jc003
Format               : application/pdf
Metadata Date           : 2023:01:26 10:30:38-06:00
Creator Tool            : GdPicture.NET
Keywords              :
Producer              : GdPicture.NET; modified using iText® 7.1.16 ©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Document ID            : uuid: E13C317F80F41C8FE91B8EFFDB5360BC
Instance ID            : uuid: E13C317F80F41C8FE91B8EFFDB5360BC
Part                : 3
Conformance            : A
Creator              :
Title               :
Description            :
Subject              :

Schemas Namespace URI          : http://ns.adobe.com/pdf/1.3/
Schemas Prefix               : pdf
Schemas Schema               : Adobe PDF Schema
Schemas Value Type            :
Schemas Property Category      : internal
Schemas Property Description    : A name object indicating whether the document has been modified to include trapping information
Schemas Property Name         : Trapped
Schemas Property Value Type    : Text
Has XFA                    : No
--------------------------------------------------------------------------------------------------------------
Metadata   for   'MCRO_27-CR-23-1886_Law   Enforcement   Notice   of   Release   and Appearance_2023-01-25_20230220140550.pdf':
ExifTool Version Number       : 12.40
File Name                : MCRO_27-CR-23-1886_Law Enforcement Notice of Release and Appearance_2023-01-25_20230220140550.pdf
File Size               : 102 KiB
File Modification Date/Time    : 2023:02:20 09:05:52-06:00
File Access Date/Time        : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time    : 2023:02:20 09:05:52-06:00
File Permissions            : -rw-r--r--
File Type               : PDF
File Type Extension          : pdf
MIME Type                : application/pdf
PDF Version               : 1.7
Linearized                : No
Author                  :
Create Date               : 2023:01:26 10:30:54-06:00
Modify Date               : 2023:02:20 14:05:50-06:00
Page Count                : 1
Tagged PDF                : Yes
XMP Toolkit               : Adobe XMP Core 5.1.0-jc003
Format                  : application/pdf
Metadata Date             : 2023:01:26 10:30:54-06:00
Creator Tool              : GdPicture.NET
Keywords                 :
Producer                 : GdPicture.NET; modified using iText® 7.1.16 ©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Document ID               : uuid: 57F1251F8A9A0C31AB9BEF3C941596FC
Instance ID               : uuid: 57F1251F8A9A0C31AB9BEF3C941596FC
Part                   : 3
Conformance               : A
Creator                 :
Title                   :
Description               :
Subject                  :

Schemas Namespace URI        : http://ns.adobe.com/pdf/1.3/
Schemas Prefix               : pdf
Schemas Schema               : Adobe PDF Schema
Schemas Value Type           :
Schemas Property Category     : internal
Schemas Property Description   : A name object indicating whether the document has been modified to include trapping information
Schemas Property Name         : Trapped
Schemas Property Value Type    : Text
Has XFA                       : No
--------------------------------------------------------------------------------
Metadata for 'Continuance Request_27-CR-23-1886.pdf':
ExifTool Version Number       : 12.40
File Name                    : Continuance Request_27-CR-23-1886.pdf
File Size                    : 65 KiB
File Modification Date/Time   : 2023:02:20 08:27:08-06:00
File Access Date/Time         : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time   : 2023:02:20 08:27:08-06:00
File Permissions             : -rw-r--r--
File Type                    : PDF
File Type Extension          : pdf
MIME Type                    : application/pdf
PDF Version                  : 1.4
Linearized                   : Yes
Create Date                  : 2023:02:20 19:27:06Z
Modify Date                  : 2023:02:20 19:27:06Z
Creator Tool                 : PrintServer210
Metadata Date                : 2023:02:20 19:27:06Z
Format                       : application/pdf
Title                        :
Producer   : Corel PDF Engine Version 21.0.0.194     <~~~ *NO ' iText® 7.1.16' E-File Metadata*
Part                         : 1
Page Count                   : 1
Creator                      : PrintServer210
--------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Order-Evaluation for Competency to Proceed (Rule 20.01)_2024-05-09_20240711091352.pdf':
ExifTool Version Number       : 12.40
File Name                    : MCRO_27-CR-23-1886_Order-Evaluation for Competency to Proceed (Rule 20.01)_2024-05-09_20240711091352.pdf
File Size                    : 247 KiB
File Modification Date/Time   : 2024:07:11 04:13:54-05:00
File Access Date/Time         : 2024:07:24 19:00:00-05:00
File Inode Change Date/Time   : 2024:07:11 04:13:54-05:00
File Permissions             : -rw-r--r--
File Type                    : PDF

File Type Extension        : pdf
MIME Type               : application/pdf
PDF Version             : 1.6
Linearized              : No
Author                  : HernandezKE
Create Date             : 2024:05:09 11:59:10-05:00
Modify Date             : 2024:07:11 09:13:52-05:00
Has XFA                 : No
XMP Toolkit             : Adobe XMP Core 5.1.0-jc003
Creator Tool            : PScript5.dll Version 5.2.2
Metadata Date           : 2024:05:08 20:22:17-05:00
Producer                : Acrobat Distiller 23.0 (Windows); modified using iText® 7.1.16
©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Format                  : application/pdf
Document ID             : uuid:b8fef487-c90a-4471-b4ea-dfcbbefc2547
Instance ID             : uuid:cc9b5875-fc8c-4341-abd9-5ea650ab3ea8
Title                   : Microsoft Word - Document in Unnamed
Creator                 : HernandezKE
Page Count              : 2
---------------------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Other Document_2024-05-15_20240711091338.pdf':
ExifTool Version Number      : 12.40
File Name               : MCRO_27-CR-23-1886_Other  Document_2024-05-
15_20240711091338.pdf
File Size               : 6.0 MiB
File Modification Date/Time   : 2024:07:11 04:13:44-05:00
File Access Date/Time        : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time   : 2024:07:11 04:13:44-05:00
File Permissions         : -rw-r--r--
File Type               : PDF
File Type Extension        : pdf
MIME Type               : application/pdf
PDF Version             : 1.3
Linearized              : No
Create Date             : 2024:05:10 07:43:59-05:00
Creator                 : Draw
Modify Date             : 2024:07:11 09:13:37-05:00
Has XFA                 : No
XMP Toolkit             : Adobe XMP Core 5.1.0-jc003
Producer                : PyPDF2; modified using iText® 7.1.16 ©2000-2021 iText Group NV
(Minnesota Judicial Branch; licensed version)
Creator Tool            : Draw
Metadata Date           : 2024:05:16 15:57:14Z
Document ID             : uuid:5c678bf2-d0cc-4d8f-a343-edb2272cd516
Instance ID             : uuid:032dc602-125e-4753-a7ba-48d52a9983f2
Format                  : application/pdf

Page Count                      : 42

---

Metadata for 'MCRO_27-CR-23-1886_Other Document_2024-05-15_20240711091331.pdf':
ExifTool Version Number         : 12.40
File  Name                                : MCRO_27-CR-23-1886_Other  Document_2024-05-15_20240711091331.pdf
File Size                       : 9.7 MiB
File Modification Date/Time     : 2024:07:11 04:13:42-05:00
File Access Date/Time           : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time     : 2024:07:11 04:13:42-05:00
File Permissions                : -rw-r--r--
File Type                       : PDF
File Type Extension             : pdf
MIME Type                       : application/pdf
PDF Version                     : 1.5
Linearized                      : No
Create Date                     : 2024:05:10 07:54:22-05:00
Creator                         : Draw
Modify Date                     : 2024:07:11 09:13:29-05:00
Has XFA                         : No
XMP Toolkit                     : Adobe XMP Core 5.1.0-jc003
Metadata Date                   : 2024:05:16 15:57:18Z
Creator Tool                    : Draw
Document ID                     : uuid:e0eaabe4-b69a-44fe-863d-ea2ec5fa1f3c
Instance ID                     : uuid:6e6ea058-423e-4f9b-b3f8-3e21369e18c0
Format                          : application/pdf
Producer                        : PyPDF2; modified using iText® 7.1.16 ©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Annotated Pages                 :
Page Count                      : 53

---

Metadata for 'MCRO_27-CR-23-1886_Affidavit of Service_2024-05-16_20240711091325.pdf':
ExifTool Version Number         : 12.40
File  Name                                : MCRO_27-CR-23-1886_Affidavit  of  Service_2024-05-16_20240711091325.pdf
File Size                       : 428 KiB
File Modification Date/Time     : 2024:07:11 04:13:26-05:00
File Access Date/Time           : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time     : 2024:07:11 04:13:26-05:00
File Permissions                : -rw-r--r--
File Type                       : PDF
File Type Extension             : pdf
MIME Type                       : application/pdf
PDF Version                     : 1.6
Linearized                      : No
Create Date                     : 2024:05:16 15:35:46Z

Modify Date                    : 2024:07:11 09:13:25-05:00
Has XFA                        : No
XMP Toolkit                    : Adobe XMP Core 5.1.0-jc003
Metadata Date                  : 2024:05:16 15:35:46Z
Document ID                    : uuid:11673579-79c9-4618-b26e-7bc95c73eab5
Instance ID                    : uuid:80c76474-ac45-49bc-8289-c251986f487c
Format                         : application/pdf
Producer                       : PyPDF2; modified using iText® 7.1.16 ©2000-2021 iText Group NV
(Minnesota Judicial Branch; licensed version)
Annotated Pages                :
Page Count                     : 7
--------------------------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Other Document_2024-05-17_20240711091323.pdf':
ExifTool Version Number        : 12.40
File  Name                     : MCRO_27-CR-23-1886_Other  Document_2024-05-
17_20240711091323.pdf
File Size                      : 263 KiB
File Modification Date/Time    : 2024:07:11 04:13:24-05:00
File Access Date/Time          : 2024:07:25 19:00:00-05:00
File Inode Change Date/Time    : 2024:07:11 04:13:24-05:00
File Permissions               : -rw-r--r--
File Type                      : PDF
File Type Extension            : pdf
MIME Type                      : application/pdf
PDF Version                    : 1.6
Linearized                     : No
Author                         : Linda Jenny
Comments                       :
Company                        : Hennepin County
Create Date                    : 2024:05:17 09:18:39-05:00
Modify Date                    : 2024:07:11 09:13:23-05:00
Source Modified                : D:20240517141826
Subject                        :
Has XFA                        : No
Language                       : EN-US
Tagged PDF                     : Yes
XMP Toolkit                    : Adobe XMP Core 5.1.0-jc003
Metadata Date                  : 2024:05:20 19:53:58Z
Creator Tool                   : Acrobat PDFMaker 24 for Word
Document ID                    : uuid:cda35ac1-f071-476f-ae5d-d0e27edfe41b
Instance ID                    : uuid:5a40cb48-2a82-45e7-9e5c-f6b0a470090b
Format                         : application/pdf
Producer                       : Adobe PDF Library 24.1.163; modified using iText® 7.1.16 ©2000-
2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Keywords                       :
Title                          : UNITED STATES DISTRICT COURT

Description              :
Creator                  : Linda Jenny
Page Layout              : OneColumn
Page Count               : 5
--------------------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Affidavit of Service_2024-05-17_20240711091321.pdf':
ExifTool Version Number       : 12.40
File  Name                     :  MCRO_27-CR-23-1886_Affidavit  of  Service_2024-05-17_20240711091321.pdf
File Size                : 181 KiB
File Modification Date/Time    : 2024:07:11 04:13:22-05:00
File Access Date/Time     : 2024:07:31 19:00:00-05:00
File Inode Change Date/Time    : 2024:07:11 04:13:22-05:00
File Permissions          : -rw-r--r--
File Type                 : PDF
File Type Extension        : pdf
MIME Type                 : application/pdf
PDF Version               : 1.6
Linearized                : No
Author                    : Sandy Colbert
Comments                  :
Company                   :
Create Date               : 2024:05:17 10:23:43-05:00
Modify Date               : 2024:07:11 09:13:21-05:00
Source Modified           : D:20240517152314
Subject                   :
Has XFA                   : No
Language                  : EN-US
Tagged PDF                : Yes
XMP Toolkit               : Adobe XMP Core 5.1.0-jc003
Metadata Date             : 2024:05:20 19:54Z
Creator Tool              : Acrobat PDFMaker 24 for Word
Document ID               : uuid:e42311df-199e-4e32-84c9-b4cd4ecefa2c
Instance ID               : uuid:aea8ae3f-e8c2-43bf-8b3d-3c4539ab5fbc
Format                    : application/pdf
Producer                  : Adobe PDF Library 24.1.163; modified using iText® 7.1.16 ©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Keywords                  :
Title                     :
Description               :
Creator                   : Sandy Colbert
Page Layout               : OneColumn
Page Count                : 1
--------------------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Exhibit List_2024-05-20_20240711091319.pdf':
ExifTool Version Number       : 12.40

File  Name                                    :  MCRO_27-CR-23-1886_Exhibit  List_2024-05-20_20240711091319.pdf
File Size                : 501 KiB
File Modification Date/Time    : 2024:07:11 04:13:22-05:00
File Access Date/Time        : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time    : 2024:07:11 04:13:22-05:00
File Permissions             : -rw-r--r--
File Type                : PDF
File Type Extension          : pdf
MIME Type                : application/pdf
PDF Version              : 1.7
Linearized               : No
Author                  :
Create Date              : 2024:05:20 12:50:15-05:00
Modify Date              : 2024:07:11 09:13:19-05:00
Has XFA                   : No
Tagged PDF                : Yes
XMP Toolkit                : Adobe XMP Core 5.1.0-jc003
Format                  : application/pdf
Metadata Date               : 2024:05:20 12:50:15-05:00
Creator Tool               : GdPicture.NET
Keywords                  :
Producer                     : GdPicture.NET; modified using iText® 7.1.16 ©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Document ID              : uuid: A17748E6E6339BDF726365A19A24CAD3
Instance ID               : uuid: A17748E6E6339BDF726365A19A24CAD3
Part                  : 3
Conformance               : A
Creator                  :
Title                  :
Description                :
Subject                  :
Schemas Namespace URI        : http://ns.adobe.com/pdf/1.3/
Schemas Prefix             : pdf
Schemas Schema             : Adobe PDF Schema
Schemas Value Type           :
Schemas Property Category      : internal
Schemas  Property  Description     : A  name  object  indicating  whether  the  document  has  been modified to include trapping information
Schemas Property Name          : Trapped
Schemas Property Value Type     : Text
Page Count                : 1
---------------------------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Affidavit of Service_2024-05-23_20240711091318.pdf':
ExifTool Version Number         : 12.40

File Name                         : MCRO_27-CR-23-1886_Affidavit of Service_2024-05-23_20240711091318.pdf
File Size                 : 251 KiB
File Modification Date/Time    : 2024:07:11 04:13:18-05:00
File Access Date/Time         : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time    : 2024:07:11 04:13:18-05:00
File Permissions              : -rw-r--r--
File Type             : PDF
File Type Extension         : pdf
MIME Type               : application/pdf
PDF Version             : 1.7
Linearized              : No
Author                :
Create Date           : 2024:05:28 09:29:44-05:00
Modify Date           : 2024:07:11 09:13:18-05:00
Has XFA               : No
Tagged PDF            : Yes
XMP Toolkit           : Adobe XMP Core 5.1.0-jc003
Format              : application/pdf
Metadata Date         : 2024:05:28 09:29:44-05:00
Creator Tool          : GdPicture.NET
Keywords              :
Producer              : GdPicture.NET; modified using iText® 7.1.16 ©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Document ID           : uuid: 21665CAC7AC6DFFC9DC9F70069972D04
Instance ID           : uuid: 21665CAC7AC6DFFC9DC9F70069972D04
Part                : 3
Conformance           : A
Creator             :
Title               :
Description             :
Subject               :
Schemas Namespace URI     : http://ns.adobe.com/pdf/1.3/
Schemas Prefix          : pdf
Schemas Schema          : Adobe PDF Schema
Schemas Value Type       :
Schemas Property Category    : internal
Schemas Property Description   : A name object indicating whether the document has been modified to include trapping information
Schemas Property Name       : Trapped
Schemas Property Value Type    : Text
Page Count            : 4
--------------------------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Motion_2024-05-23_20240711091313.pdf':
ExifTool Version Number     : 12.40
File Name               : MCRO_27-CR-23-1886_Motion_2024-05-23_20240711091313.pdf

File Size                    : 721 KiB
File Modification Date/Time   : 2024:07:11 04:13:14-05:00
File Access Date/Time         : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time   : 2024:07:11 04:13:14-05:00
File Permissions             : -rw-r--r--
File Type                    : PDF
File Type Extension           : pdf
MIME Type                    : application/pdf
PDF Version                  : 1.7
Linearized                   : No
Author                       :
Create Date                  : 2024:05:28 09:57:35-05:00
Modify Date                  : 2024:07:11 09:13:13-05:00
Has XFA                      : No
Tagged PDF                   : Yes
XMP Toolkit                  : Adobe XMP Core 5.1.0-jc003
Format                       : application/pdf
Metadata Date                : 2024:05:28 09:57:35-05:00
Creator Tool                 : GdPicture.NET
Keywords                     :
Producer                     : GdPicture.NET; modified using iText® 7.1.16 ©2000-2021 iText
Group NV (Minnesota Judicial Branch; licensed version)
Document ID                  : uuid: 28699028CB237A6F71AD52E3BCD276D0
Instance ID                  : uuid: 28699028CB237A6F71AD52E3BCD276D0
Part                         : 3
Conformance                  : A
Creator                      :
Title                        :
Description                  :
Subject                      :
Schemas Namespace URI        : http://ns.adobe.com/pdf/1.3/
Schemas Prefix               : pdf
Schemas Schema               : Adobe PDF Schema
Schemas Value Type           :
Schemas Property Category     : internal
Schemas Property Description  : A name object indicating whether the document has been
modified to include trapping information
Schemas Property Name        : Trapped
Schemas Property Value Type   : Text
Page Count                   : 16
-------------------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Motion_2024-05-23_20240711091311.pdf':
ExifTool Version Number       : 12.40
File Name                    : MCRO_27-CR-23-1886_Motion_2024-05-23_20240711091311.pdf
File Size                    : 417 KiB
File Modification Date/Time   : 2024:07:11 04:13:12-05:00

File Access Date/Time         : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time    : 2024:07:11 04:13:12-05:00
File Permissions             : -rw-r--r--
File Type              : PDF
File Type Extension          : pdf
MIME Type                : application/pdf
PDF Version              : 1.7
Linearized              : No
Author                :
Create Date              : 2024:05:28 09:39:31-05:00
Modify Date              : 2024:07:11 09:13:11-05:00
Has XFA              : No
Tagged PDF              : Yes
XMP Toolkit              : Adobe XMP Core 5.1.0-jc003
Format              : application/pdf
Metadata Date              : 2024:05:28 09:39:31-05:00
Creator Tool              : GdPicture.NET
Keywords                :
Producer                : GdPicture.NET; modified using iText® 7.1.16 ©2000-2021 iText
Group NV (Minnesota Judicial Branch; licensed version)
Document ID              : uuid: 281BF31464D5653897EDDDE7A50E8D67
Instance ID              : uuid: 281BF31464D5653897EDDDE7A50E8D67
Part              : 3
Conformance              : A
Creator              :
Title              :
Description              :
Subject              :
Schemas Namespace URI        : http://ns.adobe.com/pdf/1.3/
Schemas Prefix            : pdf
Schemas Schema            : Adobe PDF Schema
Schemas Value Type            :
Schemas Property Category      : internal
Schemas Property Description    : A name object indicating whether the document has been
modified to include trapping information
Schemas Property Name          : Trapped
Schemas Property Value Type      : Text
Page Count              : 11
-----------------------------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Affidavit of Service_2024-05-23_20240711091307.pdf':
ExifTool Version Number        : 12.40
File  Name              : MCRO_27-CR-23-1886_Affidavit of Service_2024-05-
23_20240711091307.pdf
File Size              : 330 KiB
File Modification Date/Time    : 2024:07:11 04:13:08-05:00
File Access Date/Time          : 2024:07:15 19:00:00-05:00

File Inode Change Date/Time      : 2024:07:11 04:13:08-05:00
File Permissions                 : -rw-r--r--
File Type                        : PDF
File Type Extension              : pdf
MIME Type                        : application/pdf
PDF Version                      : 1.7
Linearized                       : No
Author                           :
Create Date                      : 2024:05:28 10:00:29-05:00
Modify Date                      : 2024:07:11 09:13:07-05:00
Has XFA                          : No
Tagged PDF                       : Yes
XMP Toolkit                      : Adobe XMP Core 5.1.0-jc003
Format                           : application/pdf
Metadata Date                    : 2024:05:28 10:00:29-05:00
Creator Tool                     : GdPicture.NET
Keywords                         :
Producer                         : GdPicture.NET; modified using iText® 7.1.16 ©2000-2021 iText
Group NV (Minnesota Judicial Branch; licensed version)
Document ID                      : uuid: 9F42FBF71D3A3A2BE516DE46EAC5B904
Instance ID                      : uuid: 9F42FBF71D3A3A2BE516DE46EAC5B904
Part                             : 3
Conformance                      : A
Creator                          :
Title                            :
Description                      :
Subject                          :
Schemas Namespace URI            : http://ns.adobe.com/pdf/1.3/
Schemas Prefix                   : pdf
Schemas Schema                   : Adobe PDF Schema
Schemas Value Type               :
Schemas Property Category        : internal
Schemas Property Description     : A name object indicating whether the document has been
modified to include trapping information
Schemas Property Name            : Trapped
Schemas Property Value Type      : Text
Page Count                       : 7
-----------------------------------------------------------------------------------------------------------------
Metadata   for   'MCRO_27-CR-23-1886_Order    Denying    Fee    Waiver_2024-05-
23_20240711091305.pdf':
ExifTool Version Number          : 12.40
File Name                        : MCRO_27-CR-23-1886_Order Denying Fee Waiver_2024-05-
23_20240711091305.pdf
File Size                        : 301 KiB
File Modification Date/Time      : 2024:07:11 04:13:06-05:00
File Access Date/Time            : 2024:07:15 19:00:00-05:00

File Inode Change Date/Time    : 2024:07:11 04:13:06-05:00
File Permissions             : -rw-r--r--
File Type                    : PDF
File Type Extension          : pdf
MIME Type                    : application/pdf
PDF Version                  : 1.6
Linearized                   : No
Author                       : Kuberski, Virginia; Kuberski; Virginia
Comments                     :
Company                      : Minnesota Judicial Branch
Content Type Id              : 0x010100889C4243981AD34B93379BCFBDB1088D
Create Date                  : 2024:05:23 08:53:01-05:00
Modify Date                  : 2024:07:11 09:13:05-05:00
Source Modified              : D:20240523135215
Subject                      :
Dlc Doc Id Item Guid         : 92b7365f-e15d-4880-9e42-73a2037a12cd
Has XFA                      : No
Language                     : EN-US
Tagged PDF                   : Yes
XMP Toolkit                  : Adobe XMP Core 5.1.0-jc003
Metadata Date                : 2024:05:29 14:10:24+00:00
Creator Tool                 : Acrobat PDFMaker 23 for Word
Document ID                  : uuid:0b518bd1-01cd-479a-9b0b-265dc089e890
Instance ID                  : uuid:681fd44a-665e-4998-aaeb-80829a2674b8
Format                       : application/pdf
Producer                     : Adobe PDF Library 23.8.53; modified using iText® 7.1.16 ©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Keywords                     :
Tag dlc Doc Id Item Guid     : 92b7365f-e15d-4880-9e42-73a2037a12cd
Title                        : Order Regarding Fee Waiver Request (In Forma Pauperis)
Description                  :
Creator                      : Kuberski, Virginia, Kuberski, Virginia
Page Layout                  : OneColumn
Page Count                   : 1
-------------------------------------------------------------------------------------------------------
Metadata   for   'MCRO_27-CR-23-1886_Notice   of   Motion   and   Motion_2024-05-28_20240711091303.pdf':
ExifTool Version Number      : 12.40
File Name                    : MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091303.pdf
File Size                    : 381 KiB
File Modification Date/Time   : 2024:07:11 04:13:04-05:00
File Access Date/Time         : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time   : 2024:07:11 04:13:04-05:00
File Permissions             : -rw-r--r--
File Type                    : PDF

```
File Type Extension        : pdf
MIME Type                  : application/pdf
PDF Version                : 1.3
Linearized                 : No
Create Date                : 2024:05:29 19:49:40Z
```
<mark>Modify Date                : 2024:07:11 09:13:03-05:00</mark>
```
Has XFA                    : No
XMP Toolkit                : Adobe XMP Core 5.1.0-jc003
Producer                   : PyPDF2; modified using iText® 7.1.16 ©2000-2021 iText Group NV
(Minnesota Judicial Branch; licensed version)
Metadata Date              : 2024:05:29 19:49:40Z
Document ID                : uuid:7703702b-d95e-4ae9-a996-42afe7582f2b
Instance ID                : uuid:237ce329-3431-47f7-b707-8c6d074882d7
Format                     : application/pdf
Page Count                 : 7
```
-------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_<mark>20240711091259</mark>.pdf':
```
ExifTool Version Number    : 12.40
File Name                  : MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-
28_20240711091259.pdf
File Size                  : 1403 KiB
```
<mark>File Modification Date/Time : 2024:07:11 04:13:02-05:00</mark>
<mark>File Access Date/Time       : 2024:07:15 19:00:00-05:00</mark>
<mark>File Inode Change Date/Time : 2024:07:11 04:13:02-05:00</mark>
```
File Permissions           : -rw-r--r--
File Type                  : PDF
File Type Extension        : pdf
MIME Type                  : application/pdf
PDF Version                : 1.3
Linearized                 : No
Create Date                : 2024:05:29 19:49:53Z
```
<mark>Modify Date                : 2024:07:11 09:12:59-05:00</mark>
```
Has XFA                    : No
XMP Toolkit                : Adobe XMP Core 5.1.0-jc003
Producer                   : PyPDF2; modified using iText® 7.1.16 ©2000-2021 iText Group NV
(Minnesota Judicial Branch; licensed version)
Metadata Date              : 2024:05:29 19:49:53Z
Document ID                : uuid:4211cc5c-c08f-4917-a37e-3f2f93ab8163
Instance ID                : uuid:4b0128ad-0797-4817-ada2-19f62ad7eafd
Format                     : application/pdf
Page Count                 : 36
```
-------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_<mark>20240711091251</mark>.pdf':
```
ExifTool Version Number    : 12.40
```

File Name                          : MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091251.pdf
File Size                          : 12 MiB
File Modification Date/Time        : 2024:07:11 04:13:00-05:00
File Access Date/Time              : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time        : 2024:07:11 04:13:00-05:00
File Permissions                   : -rw-r--r--
File Type                          : PDF
File Type Extension                : pdf
MIME Type                          : application/pdf
PDF Version                        : 1.5
Linearized                         : No
Create Date                        : 2024:05:29 19:50:21Z
Modify Date                        : 2024:07:11 09:12:49-05:00
Has XFA                            : No
XMP Toolkit                        : Adobe XMP Core 5.1.0-jc003
Metadata Date                      : 2024:05:29 19:50:21Z
Document ID                        : uuid:4b686a78-f3d4-473d-a772-65f401c4e8c6
Instance ID                        : uuid:966c4a56-04a5-4375-a944-b20dbb6d5e26
Format                             : application/pdf
Producer                           : PyPDF2; modified using iText® 7.1.16 ©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Annotated Pages                    :
Page Count                         : 11
----------------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091254.pdf':
ExifTool Version Number            : 12.40
File Name                          : MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091254.pdf
File Size                          : 1473 KiB
File Modification Date/Time        : 2024:07:11 04:12:58-05:00
File Access Date/Time              : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time        : 2024:07:11 04:12:58-05:00
File Permissions                   : -rw-r--r--
File Type                          : PDF
File Type Extension                : pdf
MIME Type                          : application/pdf
PDF Version                        : 1.3
Linearized                         : No
Create Date                        : 2024:05:29 19:50:33Z
Modify Date                        : 2024:07:11 09:12:54-05:00
Has XFA                            : No
XMP Toolkit                        : Adobe XMP Core 5.1.0-jc003
Producer                           : PyPDF2; modified using iText® 7.1.16 ©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)

Metadata Date              : 2024:05:29 19:50:33Z
Document ID            : uuid:463cfc72-eb32-4dbb-9e20-802c4e32e97d
Instance ID             : uuid:49ac9846-0113-468e-9105-5e403bdef37b
Format               : application/pdf
Page Count              : 34

---------------------------------------------------------------------------------------------------------------

Metadata for 'MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091243.pdf':
ExifTool Version Number     : 12.40
File Name              : MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-28_20240711091243.pdf
File Size              : 178 KiB
File Modification Date/Time    : 2024:07:11 04:12:44-05:00
File Access Date/Time       : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time    : 2024:07:11 04:12:44-05:00
File Permissions           : -rw-r--r--
File Type              : PDF
File Type Extension        : pdf
MIME Type              : application/pdf
PDF Version             : 1.3
Linearized              : No
Create Date             : 2024:05:29 14:50:42-05:00
Modify Date             : 2024:07:11 09:12:43-05:00
Has XFA              : No
XMP Toolkit            : Adobe XMP Core 5.1.0-jc003
Producer               : PyPDF2; modified using iText® 7.1.16 ©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Metadata Date           : 2024:05:29 14:50:42-05:00
Document ID            : uuid:273351b5-05c1-465a-aae5-8d9354d6a2ae
Instance ID             : uuid:15b62473-c97f-4f4a-af6e-ca3c537fc13d
Format               : application/pdf
Page Count              : 2

Metadata for 'MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-30_20240711091238.pdf':
ExifTool Version Number     : 12.40
File Name              : MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-05-30_20240711091238.pdf
File Size              : 856 KiB
File Modification Date/Time    : 2024:07:11 04:12:40-05:00
File Access Date/Time       : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time    : 2024:07:11 04:12:40-05:00
File Permissions            : -rw-r--r--
File Type              : PDF
File Type Extension        : pdf
MIME Type              : application/pdf

PDF Version              : 1.3
Linearized              : No
Create Date             : 2024:05:30 21:06:10Z
Modify Date             : 2024:07:11 09:12:38-05:00
Has XFA                 : No
XMP Toolkit             : Adobe XMP Core 5.1.0-jc003
Producer                : PyPDF2; modified using iText® 7.1.16 ©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Metadata Date           : 2024:05:30 21:06:10Z
Document ID             : uuid:123530a4-bc37-47bb-8dc1-02938f1af30d
Instance ID             : uuid:5146b0fe-4cc8-4646-aed6-97c405d23438
Format                  : application/pdf
Page Count              : 14

---------------------------------------------------------------------------------------------------
Metadata     for     'MCRO_27-CR-23-1886_Order     Denying     Fee     Waiver_2024-05-30_20240711091236.pdf':
ExifTool Version Number : 12.40
File Name               : MCRO_27-CR-23-1886_Order Denying Fee Waiver_2024-05-30_20240711091236.pdf
File Size               : 367 KiB
File Modification Date/Time   : 2024:07:11 04:12:38-05:00
File Access Date/Time         : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time   : 2024:07:11 04:12:38-05:00
File Permissions        : -rw-r--r--
File Type               : PDF
File Type Extension     : pdf
MIME Type               : application/pdf
PDF Version             : 1.6
Linearized              : No
Author                  : Kuberski, Virginia; Kuberski; Virginia
Comments                :
Company                 : Minnesota Judicial Branch
Content Type Id         : 0x010100889C4243981AD34B93379BCFBDB1088D
Created                 : D:20240522
Create Date             : 2024:05:30 14:59:21-05:00
Last Saved              : D:20240529
Modify Date             : 2024:07:11 09:12:36-05:00
Source Modified         : D:20240523135215
Dlc Doc Id Item Guid    : 92b7365f-e15d-4880-9e42-73a2037a12cd
Has XFA                 : No
Language                : EN-US
Tagged PDF              : Yes
XMP Toolkit             : Adobe XMP Core 5.1.0-jc003
Metadata Date           : 2024:05:30 16:10:39-05:00
Creator Tool            : Acrobat PDFMaker 24 for Word
Document ID             : uuid:00500f37-ab47-4bd7-84c1-4609f96e60ab

Instance ID                : uuid:757ca80c-241e-43e3-9c6b-e46459509ab6
Format              : application/pdf
Producer                : Adobe PDF Library 24.2.23; modified using iText® 7.1.16 ©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Tag dlc Doc Id Item Guid       : 92b7365f-e15d-4880-9e42-73a2037a12cd
Subject              : 2
Title                : Order Regarding Fee Waiver Request (In Forma Pauperis)
Creator              : Kuberski, Virginia, Kuberski, Virginia
Page Layout              : OneColumn
Page Count              : 1
--------------------------------------------------------------------------------------------------------------
Metadata   for   'MCRO_27-CR-23-1886_Notice   of   Motion   and   Motion_2024-06-03_20240711091233.pdf':
ExifTool Version Number       : 12.40
File Name                : MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-06-03_20240711091233.pdf
File Size            : 337 KiB
File Modification Date/Time     : 2024:07:11 04:12:34-05:00
File Access Date/Time       : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time    : 2024:07:11 04:12:34-05:00
File Permissions         : -rw-r--r--
File Type            : PDF
File Type Extension          : pdf
MIME Type            : application/pdf
PDF Version          : 1.3
Linearized          : No
Create Date          : 2024:06:03 14:16:03Z
Modify Date            : 2024:07:11 09:12:33-05:00
Has XFA              : No
XMP Toolkit            : Adobe XMP Core 5.1.0-jc003
Producer                : PyPDF2; modified using iText® 7.1.16 ©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Metadata Date            : 2024:06:03 14:16:03Z
Document ID            : uuid:7acc8590-0732-4409-ba21-eb6484f9816c
Instance ID            : uuid:76686ddd-839e-42fa-8868-02150ef87131
Format              : application/pdf
Page Count            : 5
--------------------------------------------------------------------------------------------------------------
Metadata   for   'MCRO_27-CR-23-1886_Notice   of   Motion   and   Motion_2024-06-03_20240711091230.pdf':
ExifTool Version Number       : 12.40
File Name            : MCRO_27-CR-23-1886_Notice of Motion and Motion_2024-06-03_20240711091230.pdf
File Size            : 337 KiB
File Modification Date/Time    : 2024:07:11 04:12:32-05:00
File Access Date/Time        : 2024:07:15 19:00:00-05:00

File Inode Change Date/Time     : 2024:07:11 04:12:32-05:00
File Permissions                : -rw-r--r--
File Type                       : PDF
File Type Extension             : pdf
MIME Type                       : application/pdf
PDF Version                     : 1.3
Linearized                      : No
Create Date                     : 2024:06:03 14:16:03Z
Modify Date                     : 2024:07:11 09:12:30-05:00
Has XFA                         : No
XMP Toolkit                     : Adobe XMP Core 5.1.0-jc003
Producer                        : PyPDF2; modified using iText® 7.1.16 ©2000-2021 iText Group NV
(Minnesota Judicial Branch; licensed version)
Metadata Date                   : 2024:06:03 14:16:03Z
Document ID                     : uuid:7acc8590-0732-4409-ba21-eb6484f9816c
Instance ID                     : uuid:76686ddd-839e-42fa-8868-02150ef87131
Format                          : application/pdf
Page Count                      : 5
------------------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Motion_2024-06-03_20240711091228.pdf':
ExifTool Version Number         : 12.40
File Name                       : MCRO_27-CR-23-1886_Motion_2024-06-03_20240711091228.pdf
File Size                       : 309 KiB
File Modification Date/Time     : 2024:07:11 04:12:30-05:00
File Access Date/Time           : 2024:07:31 19:00:00-05:00
File Inode Change Date/Time     : 2024:07:11 04:12:30-05:00
File Permissions                : -rw-r--r--
File Type                       : PDF
File Type Extension             : pdf
MIME Type                       : application/pdf
PDF Version                     : 1.3
Linearized                      : No
Create Date                     : 2024:06:03 14:17:02Z
Modify Date                     : 2024:07:11 09:12:28-05:00
Has XFA                         : No
XMP Toolkit                     : Adobe XMP Core 5.1.0-jc003
Producer                        : PyPDF2; modified using iText® 7.1.16 ©2000-2021 iText Group NV
(Minnesota Judicial Branch; licensed version)
Metadata Date                   : 2024:06:03 14:17:02Z
Document ID                     : uuid:fc726bb9-60e3-4dc0-ba99-58f1c1a07849
Instance ID                     : uuid:f1864125-7058-45f0-8a46-c7ce5f74251f
Format                          : application/pdf
Page Count                      : 4
------------------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Correspondence_2024-06-03_20240711091227.pdf':
ExifTool Version Number         : 12.40

File  Name                              :  MCRO_27-CR-23-1886_Correspondence_2024-06-
03_20240711091227.pdf
File Size                :  91 KiB
File Modification Date/Time     : 2024:07:11 04:12:28-05:00
File Access Date/Time          : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time     : 2024:07:11 04:12:28-05:00
File Permissions             : -rw-r--r--
File Type              : PDF
File Type Extension         : pdf
MIME Type              : application/pdf
PDF Version             : 1.6
Linearized              : No
Create Date              : 2024:06:03 07:22:15-05:00
Creator               : Writer
Modify Date               : 2024:07:11 09:12:27-05:00
Has XFA                : No
Language                : en-US
XMP Toolkit             : Adobe XMP Core 5.1.0-jc003
Creator Tool             : Writer
Metadata Date              : 2024:06:04 15:42:29Z
Producer                  : LibreOffice 7.3; modified using iText® 7.1.16 ©2000-2021 iText
Group NV (Minnesota Judicial Branch; licensed version)
Document ID              : uuid:8cd004c5-4c3d-4b11-920e-96c0653b4441
Instance ID              : uuid:7b7447a7-3066-47ed-aae9-766e93507526
Format               : application/pdf
Page Count             : 1
-----------------------------------------------------------------------------------------------------
Metadata for 'MCRO_27-CR-23-1886_Motion_2024-06-04_20240711091226.pdf':
ExifTool Version Number      : 12.40
File Name              : MCRO_27-CR-23-1886_Motion_2024-06-04_20240711091226.pdf
File Size              : 540 KiB
File Modification Date/Time     : 2024:07:11 04:12:28-05:00
File Access Date/Time          : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time     : 2024:07:11 04:12:28-05:00
File Permissions             : -rw-r--r--
File Type              : PDF
File Type Extension          : pdf
MIME Type               : application/pdf
PDF Version             : 1.7
Linearized              : No
Author                :
Create Date              : 2024:06:06 08:28:48-05:00
Modify Date               : 2024:07:11 09:12:25-05:00
Has XFA                : No
Tagged PDF              : Yes
XMP Toolkit             : Adobe XMP Core 5.1.0-jc003

```
Format                        : application/pdf
Metadata Date                 : 2024:06:06 08:28:48-05:00
Creator Tool                  : GdPicture.NET
Keywords                      :
Producer                      : GdPicture.NET; modified using iText® 7.1.16 ©2000-2021 iText
Group NV (Minnesota Judicial Branch; licensed version)
Document ID                   : uuid: 01F67D73B803533E8BF6C2E11C79CF58
Instance ID                   : uuid: 01F67D73B803533E8BF6C2E11C79CF58
Part                          : 3
Conformance                   : A
Creator                       :
Title                         :
Description                   :
Subject                       :
Schemas Namespace URI         : http://ns.adobe.com/pdf/1.3/
Schemas Prefix                : pdf
Schemas Schema                : Adobe PDF Schema
Schemas Value Type            :
Schemas Property Category     : internal
Schemas Property Description  : A name object indicating whether the document has been
modified to include trapping information
Schemas Property Name         : Trapped
Schemas Property Value Type   : Text
Page Count                    : 14
```

---

```
Metadata       for       'MCRO_27-CR-23-1886_Appellate       Court       Order_2024-07-
02_20240711091224.pdf':
ExifTool Version Number       : 12.40
File Name                     : MCRO_27-CR-23-1886_Appellate Court Order_2024-07-
02_20240711091224.pdf
File Size                     : 432 KiB
File Modification Date/Time   : 2024:07:11 04:12:26-05:00
File Access Date/Time         : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time   : 2024:07:11 04:12:26-05:00
File Permissions              : -rw-r--r--
File Type                     : PDF
File Type Extension           : pdf
MIME Type                     : application/pdf
PDF Version                   : 1.6
Linearized                    : No
Author                        : Olson, Julie
Comments                      :
Company                       :
Create Date                   : 2024:07:02 15:31:30-05:00
Creator                       : Acrobat PDFMaker 24 for Word
Modify Date                   : 2024:07:11 09:12:24-05:00
```

Producer                          : adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified
using iText® 7.1.16 ©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Source Modified              : D:20240702170016
Subject                  :
Title                    :
Has XFA                  : No
Language                 : EN-US
Tagged PDF               : Yes
Warning                  : XMP format error (no closing tag for S)
Page Layout              : OneColumn
Page Count               : 5
------------------------------------------------------------------------------------------------------
==Metadata for 'Rule 20 Evaluation Report.pdf':==
ExifTool Version Number     : 12.40
==File Name                     : Rule 20 Evaluation Report.pdf==
File Size                : 16 MiB
File Modification Date/Time   : 2024:01:11 10:57:22-06:00
File Access Date/Time       : 2024:07:30 19:00:00-05:00
File Inode Change Date/Time   : 2024:01:11 10:57:22-06:00
File Permissions              : -rw-r--r--
File Type                : PDF
File Type Extension        : pdf
MIME Type                : application/pdf
PDF Version              : 1.7
Linearized               : Yes
Page Count               : 6
XMP Toolkit              : Adobe XMP Core 5.6-c142 87.162696, 2018 / 09 / 16 - 15 : 11 : 55
Format                   : application/pdf
Metadata Date              : 2024:01:11 15:11:17-06:00
Document ID                : uuid:944c6a11-372f-4ee7-b32e-319f9b37477f
Instance ID                : uuid:37e43797-0e26-4062-b116-0a96c24117d7
Creator                  : Hines, Anne
Title                    : Guertin, Matthew 20.01 1-11-24.pdf
Producer                 : Microsoft: Print To PDF      *<~~~ NO ' iText® 7.1.16' E-File Metadata*
Create Date                : 2024:01:11 13:59:29-06:00
Modify Date                : 2024:01:11 15:11:17-06:00
Annotated Pages             :
Author                   : Hines, Anne
------------------------------------------------------------------------------------------------------
Metadata       for       'MCRO_27-CR-23-1886_Appellate      Court      Order_2024-07-
02_==20240712154424==.pdf':
ExifTool Version Number     : 12.40
File  Name                       : MCRO_27-CR-23-1886_Appellate  Court  Order_2024-07-
02_==20240712154424==.pdf
File Size                : 432 KiB
==File Modification Date/Time     : 2024:07:12 10:44:26-05:00==

File Access Date/Time          : 2024:07:15 19:00:00-05:00
File Inode Change Date/Time    : 2024:07:12 10:44:26-05:00
File Permissions               : -rw-r--r--
File Type                      : PDF
File Type Extension            : pdf
MIME Type                      : application/pdf
PDF Version                    : 1.6
Linearized                     : No
Author                         : Olson, Julie
Comments                       :
Company                        :
Create Date                    : 2024:07:02 15:31:30-05:00
Creator                        : Acrobat PDFMaker 24 for Word
Modify Date                    : 2024:07:12 15:44:24-05:00
Producer                       : adlibsoftware.com: Adlib PDF 6.5.1:PdfProcessing 6.5.1.0; modified
using iText® 7.1.16 ©2000-2021 iText Group NV (Minnesota Judicial Branch; licensed version)
Source Modified                : D:20240702170016
Subject                        :
Title                          :
Has XFA                        : No
Language                       : EN-US
Tagged PDF                     : Yes
Warning                        : XMP format error (no closing tag for S)
Page Layout                    : OneColumn
Page Count                     : 5
----------------------------------------------------------------------------------------------------

## C.  SCREEN-CAPTURE IMAGES OF DISCOVERY MATERIALS FOLDERS / FILES

## ESTIMATED VALUE OF GUERTIN'S PATENT OVER 20 YEARS

(12) **United States Patent**
Guertin

(10) Patent No.: **US 11,577,177 B2**
(45) Date of Patent: **Feb. 14, 2023**

(54) **MOTORIZED ROTATABLE TREADMILL AND SYSTEM FOR CREATING THE ILLUSION OF MOVEMENT**

(71) Applicant: **Matthew Guertin**, Minnetonka, MN (US)

(72) Inventor: **Matthew Guertin**, Minnetonka, MN (US)

(73) Assignee: **INFINISET, INC.**, Edina, MN (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: 17/698,420

(22) Filed: **Mar. 18, 2022**

(65) **Prior Publication Data**
US 2022/0297024 A1    Sep. 22, 2022

**Related U.S. Application Data**

(60) Provisional application No. 63/163,135, filed on Mar. 19, 2021.

(51) Int. Cl.
*A63G 31/16*      (2006.01)
*A63J 5/02*       (2006.01)
*A63J 1/00*       (2006.01)

(52) U.S. Cl.
CPC .. *A63J 5/02* (2013.01); *A63J 1/00* (2013.01)

(58) Field of Classification Search
CPC ........... A63G 31/16; H04N 5/262; A61B 6/04
USPC .......................... 472/60, 61, 130; 482/66, 68
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2015/0150522 A1 | 6/2015 | Papaioannou | |
| 2017/0129105 A1 | 5/2017 | Stephens, Jr. | |
| 2018/0053349 A1 * | 2/2018 | Chen | G06T 19/006 |
| 2019/0086996 A1 | 3/2019 | Bahrami et al. | |
| 2019/0307982 A1 | 10/2019 | Brodsky | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 104740829 A | 7/2015 |
| CN | 105396261 A | 3/2016 |
| CN | 206026963 U | 3/2017 |

(Continued)

OTHER PUBLICATIONS

International Search Report and Written Opinion issued for PCT/US2022/020919, dated Jun. 24, 2022.

(Continued)

*Primary Examiner* — Kien T Nguyen
(74) *Attorney, Agent, or Firm* — Westman, Champlin & Koehler, P.A.; Amanda M. Prose

(57) **ABSTRACT**

A motorized, rotatable treadmill and a system for creating the illusion of user movement while the user is stationary with respect to an environment as the user walks or otherwise moves on an endless track of the treadmill. The user can then travel an unlimited distance in unlimited directions while remaining stationary in physical location. The speed of the treadmill is precisely controlled and/or precisely matched with movement of a camera and a real-world speed of movement of the user and the distance the user travels on the belt to create the illusion of movement of the person being filmed. When the treadmill is provided within an LED virtual film set or green screen set, background imagery is added to further supplement the movement in a selected environment.

Guertin's US Patent 11,577,177 describes a motorized, rotatable treadmill designed to create the illusion of user movement while remaining stationary. This technology combines a motorized treadmill belt with a rotatable turntable, allowing users to travel in any direction without physically moving from their location. The system includes precise control mechanisms for both the treadmill speed and turntable rotation, making it suitable for various applications such as military training simulations, gaming, film production, VR/AR environments, and the broader metaverse.



## KEY FEATURES AND USE CASES

**Omnidirectional Movement:**

Users can move in any direction while the treadmill and turntable simulate travel, making it ideal for virtual reality environments and gaming.

**Film and Virtual Production:**

The treadmill can be integrated with LED virtual film sets or green screens to create realistic background imagery, enhancing film production and virtual set creation.

**Military and Training Simulations:**

Provides realistic movement simulation for training purposes without needing large physical spaces.

**Entertainment and Metaverse Applications:**

Enables immersive experiences in the metaverse, allowing users to explore virtual worlds more naturally.



FIG. 3



FIG. 2

## USER CONTROL MODES

**Fixed Speed Mode:**

The treadmill's speed and rotation are controlled by external signals, matching the user's pace.

**Self-Paced Mode:**

The system responds to the user's movements in real-time, adjusting the treadmill and turntable accordingly.

**Remote User Cuing Mode:**

Users can control the treadmill's functions via remote cues, facilitating a customized experience.

## ECONOMIC VALUATION

To estimate the economic value of this technology over its 20-year patent life, consider its broad applicability across multiple industries:

### Gaming Industry

With VR gaming growing rapidly, integrating such a treadmill could enhance user experiences, potentially generating significant revenue through hardware sales and software licensing.

The global gaming industry was valued at approximately $200 billion in 2023 and is expected to grow to $300 billion by 2030.

- **VR/AR Gaming Segment:**

  - This segment is projected to grow from $7 billion in 2023 to $50 billion by 2030.

- **Adoption Rate:**

  - Assuming a conservative adoption rate of **2%** of the VR/AR gaming market.

  - Annual Revenue = $50 billion × 0.02 = $1 billion / year

**Film Industry**

This technology can streamline virtual production processes, reducing costs and improving the quality of special effects, making it a valuable tool for studios.

The global film and video production market was valued at $275 billion in 2022 and is expected to reach $400 billion by 2030.

- **Virtual Production Segment:**
  - Estimated to grow to $10 billion by 2030.
- **Adoption Rate:**
  - Assuming a conservative adoption rate of **1%** of the virtual production market.
  - Annual Revenue = $10 billion × 0.01 = $100 million / year

**Military and Training Simulations**

Governments and defense contractors might invest heavily in such systems for realistic training environments, representing a substantial market segment.

The global military simulation and training market was valued at $12 billion in 2023 and is projected to grow to $20 billion by 2030.

- **Adoption Rate:**
  - Assuming a conservative adoption rate of **5%.**
  - Annual Revenue = $20 billion × 0.05 = $1 billion / year

**Metaverse and VR/AR**

As these technologies expand, the demand for immersive hardware will increase, positioning this treadmill as a critical component.

The global metaverse market is projected to grow from $65 billion in 2022 to $800 billion by 2030.

- **Adoption Rate:**
  - Assuming a conservative adoption rate of **1%** of the metaverse market.
  - Annual Revenue = $800 billion × 0.01 = $8 billion / year

**ANNUAL REVENUE ESTIMATE:**

- $1 billion (gaming) + $100 million (film) + $1 billion (military) + $8 billion (metaverse) =  $10.1 billion / year

- Total Revenue Over 20 Years = $10.1 billion / year × 20 years

  =  $202 billion

**CONSERVATIVE BALLPARK FIGURE:**

Considering a conservative estimation and potential market fluctuations, we can round this down to provide a conservative ballpark figure:

*Conservative Estimate = $150 billion over 20 years*

The technology covered by US Patent 11,577,177 could potentially generate a conservative revenue of around $150 billion over its 20-year patent life, factoring in its broad application across various high-growth industries.

**<u>BRUCE RIVERS COMMENT TO GUERTIN ABOUT 'POWERFUL PEOPLE'</u>**

May 22, 2023 at 3:13pm:

Bruce Rivers tells me over the phone "you have some very powerful people keeping an eye on you."

(Exh. C, Index 30, p. 22)

Image screen-captures of Guertin's personal call log records of all calls between himself and Bruce Rivers which shows the May 22, 2023 call at 3:13 pm during which the 'powerful people' comment was made to him by Rivers.

(Exh. C, Index 30, p. 84, [Bruce-Rivers-Calls-03'])

Guertin's personal T-Mobile cell phone billing and call records showing the May 22, 2023 call that occurred at 3:13pm as claimed.

(Exh. C, Index 30, p. 132)

May 23, 2023:

Guertin begins sending a duplicate text message to friends about concerns for his personal safety following Bruce Rivers remarks about 'powerful people keeping an eye' on him

(Exh. C, Index 30, p. 86-93)

Guertin's personal T-Mobile cell phone billing and call records showing the many text messages Guertin began sending to his friends on May 23, 2023 about Bruce Rivers comment the previous day.

(Exh. C, Index 30, p. 132-133)

May 27, 2023 at 5:42 AM:

Guertin sends an email to his patent attorney in which he makes a direct mention of the 'powerful people' comment made to him by Bruce Rivers, and also realys his personal safety concerns as a result of this comment.

(Exh. S, Index 09, p. 2)

May 30, 2023 at 8:27 PM:

Guertin sends another email to his patent attorney in which he is obviously much more concerned and worried about the comment and further actions of Bruce Rivers. He recommends that his patent attorney go talk to Bruce Rivers in person. This email contains the following two statements as part of it:

- " I have no idea what exactly is going on but it's not good if he's afraid to talk on the phone to me about it. He is the one that told me there are "very powerful people keeping an eye on me" "

- " I'm afraid I'm going to be disappeared or killed. "

(Exh. S, Index 09, p. 3)

May 31, 2023 at 7:34 AM:

Guertin send another email to his patent attorney in which he addresses the 'powerful people' comment made by Rivers. This email contains the following two statements as part of it:

- " All I know is that I'm currently scared to leave my house because I'm being surveilled and monitored by "powerful people" who I'm guessing do not have my best interests in mind so at this point I'm not sure whether they are interfering with my communication "

- " The world is screwed though if these "powerful people" are allowed to win. This is the one thing I am 100% sure of. "

(Exh. S, Index 09, p. 4)

June 10th, 2023 at 5:13 AM:

An email in which Guertin makes a substantial amount of direct references to the 'powerful people' that Bruce Rivers told him were 'keeping an eye on him'. In this email Guertin repeatedly indicates that he never asked to be involved in any of the stuff he is currently dealing with, and asserts that all of it is the direct resultof his valuable patent.

(Exh. D, Index 38, p. 126-128)

June 16, 2023:

A detailed email to Bruce Rivers conveying Guertin's ongoing concerns about a potential conflict of interest, the 'powerful people' comment, and its continuing effect on his overall mental well-being and case strategy.

(Exh. C, Index 30, p. 73-76)

Beginning in August of 2023, Guertin finally takes notice of the LinkedIn searches that are occurring for his profile following his realization that USC Cinema had searched for him, following his discovery of 'round 2' of the patent fraud involving the SIGGRAPH 2023 video featuring Paul Debevec. As a result of this he now realized that the searches he had previously noticed and considered to be positive were instead more indicative of being nefarious in their nature. As a result Guertin began reviewing all of the searches for his LinkedIn from a new perspective which ultimately resulted in the production of a 'LinkedIn Search and Count Graph' that Guertin officially completed, and made public in late December of 2023. This graph served to validate and confirm the 'powerful people' comment made to Guertin by Bruce Rivers, which Bruce Rivers had actually denied actually occurred in person to Guertin at his office just weeks after he had initially made it.

(Exh. C, Index 30, p. 22)

May 10, 2024:

Guertin files a petition for discretionary review in the Minnesota Court of Appeals in which he directly addresses Bruce Rivers 'powerful people' comment in his petition by addressing the serious concern that external influences are involved in his court proceedings under a heading titled 'INVOLVEMENT OF EXTERNAL ENTITIES IN JUDICIAL PROCEEDINGS'

(Exh. F, Index 01, p. 7)

Guertin submits 10 separate addenda as part of his initial petition filing with the Minnesota Court of Appeals which include direct references and evidence exhibits pertainign to Bruce Rivers comment about 'powerful people'

(Exh. F, Index 16, p. 9-11)

May 28, 2024:

Guertin submits 'Motion for Judicial Notice: A' into his appellate case, which includes multiple reference to Bruce Rivers 'powerful people' comment made to him.

(Exh. F, Index 26, p. 18-19)

May 30, 2024:

Guertin's late response to the State's objection to discretionary review is ordered filed. In this response Guertin once again directly addresses external influences affecting his case and makes a direct mention of Bruce Rivers 'powerful people' comment.

(Exh. F, Index 31, p. 7)

July 8, 2024:

Guertin files his Federal complaint with the MN District Court and makes direct references to Bruce Rivers comment about 'powerful people' keeping an eye on him in the complaint.

(Exh. Q, p. 10, [Id. 31-32], p. 13-14, [Id. 43-45], p. 32-33, [Id. 186-187, 195], p. 40-41, [Id. 243-246], p. 79, [Id. 526], p. 86, [Id. 576])

## GUERTIN'S TEXT MESSAGE EXCHANGES WITH HIS SELF PROFFESSED FORMER CIA AND MILITARY AFFILIATED WELDER

**December 5, 2022:**

<u>11:49am – Welder:</u>

Have they got to you yet?

(Exh. C, Index 30, p. 62, [welder-01])

<u>9:10pm – Me:</u>

Nope.

But when they do all they need to bring along is a fat check.

My analysis of the situation is as follows:

Let's hypothetically say that my patent is in fact a really big deal to Netflix as they realize that something needs to be done to resolve it. They inherently have a finite number of choices available to them to resolve it. I currently hold all the leverage short of them killing me which still isn't a guaranteed successful outcome for them as far as obtaining the IP for a variety of reasons. If they cared so much that they were actually considering killing me as one of their viable options that would infer that they would almost certainly at the very least be gathering Intel on me in a variety of ways...most of those digital in nature...correct?

If that was the case then they would be well aware that my ultimate goal is to profit on my intellectual property and call it a day.

If they know this fact then killing me is a really poor choice when they could instead be ensured almost 100% success in obtaining that which they are after in its entirety by simply paying for it.

The whole thing is that because my application is prior art now they are already

somewhat fucked no matter what they do. That part is automatic. So technically it is in their benefit for me to receive as many patent rights as possible so that they can still end up with the same exact rights and protections they planned on initially getting... So let's say that they have their people and strings that they can pull in the patent office (which I'm sure exists in some form) instead of pulling hypothetical strings to interfere with my patent they should instead be pulling strings to ensure it goes through smoothly and without issue as once my patent is 100% official it simply becomes a matter of them acquiring InfiniSet, Inc in a clean and easy process.

Money is always the preferable method of obtaining what one wants in the world of the controllers

Money = Control

As long as they know selling the ip and profiting is my ultimate intention and that they will have an opportunity to purchase it from me it means they have every incentive to do nothing at all but be patient.

That doesn't mean they aren't going to pay me lot though. Haha.

(Exh. C, Index 30, p. 62, [welder-01-05])

9:11pm – Me:

How's my analysis? Would you consider my logical conclusions to be generally correct?

(Exh. C, Index 30, p. 62, [welder-05])

9:14pm – Welder:

Pretty spot on

(Exh. C, Index 30, p. 62, [welder-05])

9:14pm – Me:

It's all a game XXXXXXX. The people who understand that aspect of reality and the world in which we live have a huge advantage. For example – not having myocarditis or dying suddenly

(Exh. C, Index 30, p. 62, [welder-05])

9:15pm – Welder:

It is a game, and I like smoking weed and skirting the rules a bit!

Crazy, you think they know you beat them already?

(Exh. C, Index 30, p. 62, [welder-05-06])

9:17pm – Me:

I don't look at it as beating them per say. If you mean do I think they know my patent is a problem they need to address I'm guessing the answer is yes

(Exh. C, Index 30, p. 62, [welder-06])

9:17pm – Welder:

Sweet

(Exh. C, Index 30, p. 62, [welder-06])

9:17pm – Me:

I could've just as easily been the one 12 days late to the party

(Exh. C, Index 30, p. 62, [welder-06])

9:18pm – Welder:

Let me know when you wanna come over to the shop

True, buy your not!

(Exh. C, Index 30, p. 62, [welder-06])

9:18pm – Me:

But in my case I'd be fucked. They have unlimited money though... so they aren't

fucked. Such is life

(Exh. C, Index 30, p. 62-63, [welder-06-07])

9:19pm – Me:

I played the game well enough to get a little bit of that money is all

Hopefully

(Exh. C, Index 30, p. 63, [welder-07])

9:19pm – Welder:

Yup, you will

(Exh. C, Index 30, p. 63, [welder-07])

9:20pm – Welder:

If not, we can start making a new billion dollar or bitcoin idea!

(Exh. C, Index 30, p. 63, [welder-07])

9:22pm – Me:

My patent attorney has hardly charged me anything because I prepare my own

stuff...including my responses and completely picking apart and dismantling what

the examiners put forth. I'm currently preparing all of the defenses and

documentation for a few different strategies depending on what happens next. I'm

learning all about patent law and including case law in my responses

(Exh. C, Index 30, p. 63, [welder-07-09])

9:23pm – Me:

It's literally like playing a game

(Exh. C, Index 30, p. 63, [welder-09])

<u>9:24pm – Me:</u>

(Image of prototype with LED light bars turned on)

(Exh. C, Index 30, p. 63, [welder-09])

<u>9:24pm – Welder:</u>

Lol! Crazy and more power to yea

(Exh. C, Index 30, p. 63, [welder-09-10])

<u>9:24pm – Me:</u>

(Image of prototype with LED light bars turned off)

(Exh. C, Index 30, p. 63, [welder-10])

<u>9:25pm – Me:</u>

My programmers are busting ass now to finish that part and I'm about to paint my

ceiling black and turn my living room into a straight up studio

(Exh. C, Index 30, p. 63, [welder-10])

<u>9:25pm – Welder:</u>

Amazing!

Noice

(Exh. C, Index 30, p. 63, [welder-10-11])

<u>9:26pm – Me:</u>

But I still haven't finished... so I still haven't left... no parties. .. haven't even seen my

cousins new baby or my other friends new kid. … not until I cross the finish line

(Exh. C, Index 30, p. 63, [welder-11])

<u>9:27pm – Me:</u>

It's unhealthy. But I'll make up for it later

(Exh. C, Index 30, p. 63, [welder-11])

<u>9:28pm – Welder:</u>

> True, let me know if you need some help

> (Exh. C, Index 30, p. 63, [welder-11])

<u>9:29pm – Me:</u>

> I might need to build travel cases soon

> (Exh. C, Index 30, p. 63, [welder-11])

<u>9:31pm – Welder:</u>

> We can do

> (Exh. C, Index 30, p. 63, [welder-11])

<u>9:32pm – Me:</u>

> I need to research specs for flying cargo

> (Exh. C, Index 30, p. 63, [welder-11-12])

**December 23, 2022:**

<u>10:32am – Me:</u>

> I need my heater. Still

> Like today

> (Exh. C, Index 30, p. 63, [welder-12])

<u>10:33am – Welder:</u>

> Lol!

> It's in my shop, you coming out this way?

> (provides address to shop)

> (Exh. C, Index 30, p. 63, [welder-12])

10:33am – Me:

    Are you driving by my area anytime today?

    (Exh. C, Index 30, p. 63, [welder-12])

10:34am – Welder:

    Maybe

    I'll know around noon

    (Exh. C, Index 30, p. 64, [welder-13])

10:35am – Welder:

    What are you doing?

    (Exh. C, Index 30, p. 64, [welder-13])

10:36am – Me:

    I'm compiling information. Long story but it will pay off very soon I'm guessing.

    I'm investigating...data analysis…

    Using a program called MAXQDA

    (Exh. C, Index 30, p. 64, [welder-13])

10:37am – Me:

    Qualitative and quantitative analytics

    (Exh. C, Index 30, p. 64, [welder-13])

10:37am – Welder:

    Oh, I see. I can bring it out after I drop my big kids at 3pm

    (Exh. C, Index 30, p. 64, [welder-13])

10:37am – Me:

    Of someone scheming and scamming…

    (Exh. C, Index 30, p. 64, [welder-13-14])

11:06am – Me:

The words used are on the left.... the blog articles are on the top with the most

recent ones being on the left side and oldest being on the right side

https://www.dropbox.com/s/XXXXXXX/Matrix.png?dl=1

(Exh. C, Index 30, p. 64, [welder-14])

11:07am – Me:

It downloads so you can on at it by zooming on your phone. It's a really big image

(Exh. C, Index 30, p. 64, [welder-14])

11:12am – Me:

They'll be shook. Especially if I just told them and didn't tell them how or what I actually

know. I might even email the guy and play dumb and ask if he's going to be available to

help me with programming and questions around mid March "when my programmer gets

back in town, etc, etc" to make him think I'm not advancing at all so they think they have

not more time if they're trying to put something together

(Exh. C, Index 30, p. 64, [welder-14-15])

11:13am – Welder:

I like that option

(Exh. C, Index 30, p. 64, [welder-14, 16])

**January 14, 2023:**

11:43am – Me:

Here - if you have a trusted contact at FBI or wherever that will look into this and

considers it a serious matter just send them this as the introduction -

https://www.dropbox.com/s/XXXXXXX/ /Data_Analysis_Fraud.zip?dl=1

I have all supporting documents/ files as well along with a massive cache of

additional data

(Exh. C, Index 30, p. 64, [welder-17-18])

11:46am – Me:

It involves someone at the internet archive conspiring with the ceo of a company in the

UK named Assaff Rawner (who I believe is the mastermind behind the whole thing as

that is who I emailed and was trying to get help from for the robotic cameras his company

makes) along with the photorobot company which is located in the Czech Republic.

(Exh. C, Index 30, p. 64-65, [welder-17, 13-14]

11:47am – Welder:

https://openai.com

(Exh. C, Index 30, p. 65, [welder-13])

11:47am – Me:

What is that?

Yeah. I've heard about this

(Exh. C, Index 30, p. 65, [welder-13])

11:48am – Welder:

What you think?

(Exh. C, Index 30, p. 65, [welder-13])

11:48am – Me:

>But what is that going to do? Solve the case?
>
>I never used it because it requires you to enter your phone number so it's sketchy
>
>(Exh. C, Index 30, p. 65, [welder-13, 15])

**January 19, 2023:**

5:33pm – Me:

>Your text made much more sense a couple days later.
>
>What's the purpose of all of it though?
>
>None of it makes any sense
>
>(Exh. C, Index 30, p. 66, [welder-28-29])

**February 2, 2023:**

5:50pm – Welder:

>Call me beo
>
>Bro
>
>(Exh. C, Index 30, p. 66, [welder-29])

**February 13, 2023:**

8:35am – Welder:

>You alive?
>
>(Exh. C, Index 30, p. 66, [welder-29])

**February 26, 2023:**

<u>9:37am – Welder:</u>

> Call me if you're free

> (Exh. C, Index 30, p. 66, [welder-29])

**GUERTIN'S ATTEMPTS AT ACTIVELY PARTICIPATING IN HIS DEFENSE
HAVE BEEN REPEATEDLY IGNORED AND NEVER ADDRESSED BY HIS
DEFENSE COUNSEL**

January 30th, 2023 at 4:46 PM:

An email to Detective Samantha Johnson with the Minnetonka Police Department with Bruce
Rivers CC'd which contains the following statements within it:

- " I am writing a short and quick email right now in regards to case # 23-000151 but I plan
  on following up with a much more detailed and complete account of the whole series of
  events and whatnot as far as it relates to the wirefraud and conspiracy involved with the
  Wayback Machine/ Internet archive, PhotoRobot.com, 1worldsync.com, etc that I sat
  down and discussed with officer Harris on 1/12/2022 at the Minnetonka PD office. "

- " It turns out that I was not using the correct terminology as it is actually a 'Personal Area
  Network' adapter that was installed on my computer somehow that was using Bluetooth
  to communicate. This explains why once I finally noticed it, disabled it, and unscrewed
  the built in mobo WiFi antennas from the back of my computer all of the various log files
  and whatnot started reporting errors and not being able to connect to whatever it was they
  were trying to connect to. It is pretty crazy to realize that a personal area bluetooth
  network has a very limited range of about 33' and requires a straight line of site - meaning
  someone on the first floor of my building at the opposite end would have a very difficult
  time accessing my computer "

- " I am well aware that this may still come across as me being 'paranoid' / 'mentally
  unstable' / or 'conspiratorial' but I would simply like to point out that the original case I
  filed with officer Harris involves the crime of 'conspiracy' as it is legally defined and so I
  don't think it would be unreasonable for me to come across as 'conspiratorial' when
  describing stuff related to the original case "

- " I personally spent the time to collect every single archived page from the internet
  archive for EACH blog page. This is what is contained in the folder titled '2023-01-
  01_through_2023-01-07_EVERY_WAYBACK_SAVE_PER_PAGE' which your
  department has multiple copies of as it is saved on a multitude of usb and external storage
  drives which you obtained from my residence at 10233 W 34th street. I saved a total of
  62 individual blog pages from the internet archive which were supposedly archived from

www.PhotoRobot.com/blog. From these 62 individual pages I saved I have a total of 780 individual folders (web pages) which comes out to an average of 12.58 archived pages per each individual web page url. When I say that I have irrefutable proof of a 'conspiracy' taking place this would be just one of many (MANY..) pieces of evidence that I personally gathered and analyzed which proves my 'crazy' conspiracy 'theory' based on simple logic and mathematical probability. If there wasn't a conspiracy taking place how else would someone be able to logically explain 780 individual web pages saved that all have the exact same pattern of inconsistencies when arranged in the spreadsheets I was able to put together? "

○ " I do believe however without any doubt at all that I will be able to prove why I was so scared and in fear of my life that my actions seemed completely logical to me when the incident occurred. Just consider how freaked out I would've been once I realized that whatever was going on with my computer was being carried out over a Personal Area Network that has an extremely limited range? It is the same as whatever old horror movie that was where they suddenly realize "The phone call is coming from inside the house!" It scared the shit out of me and the whole situation still freaks me out as I am still unsure what the eventual outcome was supposed to be or where all of it was or is still going to lead. All I know is that there was/is without a doubt a massive amount of time, money, and effort being put into everything happening as far as the fraud and the 'operation'. "

○ " So I will end with what should've been my reply when you guys asked me if I have received the help I need - NO. I haven't. I did try however but I still have not received any response or follow-up from your department regarding case # 23-000151 and also have not ever had any follow-up calls or contact from the Secret Service at all after supposedly talking to an agent in Chicago for at least 25 minutes in which I gave him the case # I filed with your department. "

○ " For example here is the video of the fake AI generated people which also had me really freaked out - I have never seen anything like this before and it isn't supposed to exist. What this video implies is that some powerful group of people/companies have the ability to not only generate completely fake video but also the ability to synthesize realistic human voices. (Pay close attention to the guy on the bottom left and the lady on the top right as far as very strange glitches and mannerisms are concerned) Am I crazy? Or is it

actually what I am currently wrapped up in due to my patent that is issuing on Valentines Day that is crazy? I would argue it's the latter… "

(Exh. D, Index 38, p. 94-98)


February 7th, 2023 at 2:22 AM:

An email Guertin sent to Bruce Rivers detailing the 'CIA' and military background of his welder and images showing 'special ops gear' sitting atop Guertin's prototype as it was being welded. The fact that the defendant and Bruce Rivers would then end up attending an in person hearing on July 7, 2023 in which the defendant was fighting to have his initial determination of being 'incompetent to stand trial' overturned and only present the defendants granted patent as the sole exhibit submitted into the record raises obvious questions to why he not only wouldn't make mention of and present evidence which served to irrefutably discredit key points made in Jill Rogstads exam report, but then also advise the defendant not to present or share any of the additional exhibits he personally spent the time to prepare, and print prior to his court hearing is very odd, and unusual. This is especially true in light of the defendants long standing relationship spanning over twenty years knowing Bruce Rivers, which has provided the defendant with a very clear, and knowledgeable 'baseline' of Bruce Rivers abilities and skills in a court room.

(Exh. D, Index 38, p. 99-101)


February 7th, 2023 at 2:22 AM:

The two images included in the email which actually show the 'special ops gear' atop Guertin's prototype

(Exh. D, Index 38, p. 102)


February 7th, 2023 at 6:22 AM:

Email reply from Bruce Rivers confirming receipt of the 'special ops gear' evidence.

Bruce Rivers replies "Good I'll take a look at it if I think it needs to be sent and I will send it." assuring Guertin that this key piece of evidence will be reviewed and appropriately handled, and considered, relative to his criminal proceedings and defense.

(Exh. D, Index 38, p. 103)

April 26th, 2023 at 1:37 PM:

A random and rather sarcastically toned email to Dr. Jill Rogstad  with Bruce Rivers CC'd in which Guertin shares a substantial amount of direct source references that serve to substantially discredit her exam report about the defendant in which she actually used the defendants mention of being an "unlicensed engineer" as well as the the defendants various mentions of the substantial projects he's been involved with as evidence to support his supposed 'delusions' and her ultimate diagnosis. Notably the attachments to this email also include the same 'special ops gear' related to the defedants invention that was previously shared with Bruce Rivers by the defendant. Notably this email contains the following direct excerpts from online publications in which Guertin is credited and mentioned by name in articles showcasing some of the many high-profile projects he's been directly responsible for successfully executing:

- ○ " the set piece was engineered and built in-house at XiteLabs studio by creative technologist Matt Guertin. LED tiles from PRG were dismantled into smaller component modules, custom configured and re-wired by Guertin at XiteLabs to create smaller radius circular elements to create the smooth edges of the eye. Guertin designed and engineered 420 metal parts cut out of eight different types of material, as well as 268 individual acrylic pieces from six different materials. The estimated total number of soldering points was in the 2,000 range. "

  Plsn.com/articles/video-trends/xitelabs-steps-up-and-out/

- ○ " Falcon Design, Fabrication Direction and Engineering: Matt Guertin "

  Blacktrax.cast-soft.com/showcase/tracking-a-50ft-falcon-with-xitelabs/

- ○ " It is with great enthusiasm that we publish Matt Guertin's chronicle on the building of his ever-expanding project which will not be finished for some time if our last email exchange concerning the release of Oculus Rift's second developer kit is an indicator of things to come. "

  Derivative.ca/community-post/matt-guertins-epic-never-ending-oculus-rift-kinect-touchdesigner-3d-project/60736

- ○ " and then to really top it all off you still got this website of mine www.MattGuertin.com in which I went so far as to actually organize my delusional experiences into many different pages due to the false perception that I actually accomplished something that real people based in reality would actually care about and want to look at. "

[www.MattGuertin.com](www.MattGuertin.com)

○ " PS - I also attached proof of the "special ops gear" which I spoke of in our meeting - here is a link for that as well - Apparently it is manufactured by this company in Israel that manufactures .....wait for it...........SPECIAL OPS GEAR  ! whowouldvethought !? "

(Exh. D, Index 38, p. 113-117)

April 26th, 2023 at 1:37 PM:

Three of the images attached to the April 26, 2023 email that Guertin sent to Dr. Jill Rogstad, which provides irrefutuable evidence discrediting key points made in her March 10, 2023 Rule 20.01 Exam Report about him. One of the images is a Facebook Messenger exchange in which the person Guertin is conversing with reacts to first learning of his patent application and invention he currently working on with the comment "it should revolutionize the industry". This statement about "revolutionizing the industry" was again a true, and factual statement made by the Guertin, which would end up being used by Dr. Jill Rogstad to actually support her diagnosis of Guertin's supposed 'unknown psychotic or other schizophrenic disorder' by stating that Guertin's belief of his patents 'revolutionary' nature is the result of his 'delusions' and mental health issues. Not only did she classify Guertin's factual claims as 'delusions', but she actually went so far as to take the many factual, and relevant conversation topics relayed to her by Guertin, and turn them around into outright fabrications that were then included in her report for the purpose of actually supporting her recommendation that he be committed to a mental institution and placed on powerful anti-psychotic drugs.

(Exh. D, Index 38, p. 118)

April 26th, 2023 at 1:56 PM:

A second follow-up email sent shortly after the initial email to Dr. Jill Rogstad, with Bruce Rivers once again CC'd in which Guertin included attachments which very clearly proved that the he is directly involved with patent dealings with Netflix, Inc. The attachments contained the certified mailer images, the accepted third party prior art submission to the USPTO, and a screen capture image that was originally captured by defendants patent attorney showing that the defendants USPTO submission was in fact officially entered into the official USPTO file of the Netflix patent application. The email begins with the statement: "Do you think the executives at

Netflix thought these certified mailers which contained my patent were even real when they received them?" and contains the following three attachments with it:

- ○ 'Certified_Mailer_Images_3.pdf' - 17.23 MB
- ○ 'Netflix_3rd_Party_Filing_Form_ACCEPTED_BY_USPTO__.PDF' - 135.56 KB
- ○ 'Screencap_from_USPTO_EFS_Web__.pdf' - 445.47 KB

(Exh. D, Index 38, p. 119-120)

January 10th, 2024 at 4:59 PM:

An email sent to Bruce Rivers by Guertin in which he makes him aware of a significant number of newly discovered information and facts that one would expect to result in immediate actions on his behalf to actively defend Guertin by making use of the substantially compelling evidence being relayed to him by Guertin. This email contains the following key statements:

- ○ " Take note of the fact that I had Forcepoint and 3Gimbals conduct a search sometime during the week leading up to January 21st, 2023 with the actual search being delivered to my email on January 21st, 2023 which just so happens to be the exact same day I shot of the gun after becoming convinced I was wrapped up in some sort of 'operation' and surveillance and that my life was in danger. "

- ○ " The other key point worth mentioning is that the search conducted by USC Cinema (twice..) and the US Army is significant as USC CInema is where Paul Debevec is a professor where he receives a majority of his funding from the US Army. "

- ○ " Paul Debevec appeared in a 2023 SF ACM-SIGGRAPH presentation on behalf of Eyeline Studios / Netflix where he introduces the SAME EXACT technology as mine and the Netflix patent with the main element of BOTH being the ROTATING TREADMILL- which is exactly what he is introducing on behalf of Netflix and Eyeline Studios at the 59 minute mark of the video I came across while at the same time intentionally withholding the fact that he was / is the Vice President of ACM-SIGGRAPH. "

- ○ " Netflix was granted their patent by the way even though I filed a 3rd Party Prior Art submission against them. My name and patent are listed at the VERY TOP of their patent "

- ○ " There is also an issue of criminal corruption internally at the Hennepin County Courts I have uncovered in which I was emailed discovery material which has been intentionally altered and is missing 24 photographs compared to the 104 original photographs contained in discovery as clearly listed in Dr. Jill Rogstad's egregious report she wrote about me. This same ALTERED discovery evidence was also the same material emailed to Michael Robertson who conducted my second mental health exam - meaning he was basing his report on FRAUDULENT discovery material sent to him by someone from within the Hennepin County Courts. "

- ○ " I E-Filed my own 'Demand or Request for Discovery' which shows up when you search my case as it was accepted and made part of my case record. I have attached it to this email as well. "

- ○ " If I am not provided with the ORIGINAL DISCOVERY material as part of a direct attempt I believe to conceal the involvement of the CIA carrying out an illegal intelligence operation against a US Citizen prior to me figuring all of it out and shooting a gun off I believe that is grounds to have my entire case thrown out as the prosecutor will not be meeting the requirements of Rule 9.01, subd. 1(6) "

- ○ " I have yet to receive any of the material I have requested in my filing… "

(Exh. D, Index 38, p. 130-132)

January 10th, 2024 at 5:12 PM:

An email sent to Bruce Rivers by Guertin which contains the following statement:

- ○ " I attached my brief investor pitch for the technology contained within my patent which helps to very quickly describe WHAT all of this revolves around and why my life has been turned into a crazy movie script. It also helps to make a lot more sense out of all of the LinkedIn searches in terms of the many different business sectors. I was never on LinkedIn by the way. I have never even finished completing my profile and so I was not in any way actively promoting myself which just adds to the complete absurdity of the entire graph. "

(Exh. D, Index 38, p. 134)

January 10th, 2024 at 5:12 PM:

Defendants 'investor pitch' attached to January 10, 2024 5:03pm email to Bruce Rivers

(Exh. D, Index 38, p. 135)

January 12th, 2024 at 2:16 PM:

Email to Bruce River from Guertin in which he is still trying to come to grips with what is happening to him as a result of his patent. This email highlights the fact that Bruce Rivers does indeed know exactly what is taking place yet refuses to do anything about it for some strange reason as it includes the following statements:

- " This is so fucked up Bruce. All I did was invent something and then work hard to start a business and because of that I'm now living in fear for my life from my very own government and no one is doing anything at all about it even though everyone can see very clearly what is going on. "

- " They stole my invention, conducted illegal intelligence operations on me, hacked into my computers, and scared the living shit out of me and all I was doing was literally MINDING MY OWN BUSINESS - and then they all look on and basically stalk me the entire time obviously tracking my court case in the hopes that I get thrown into a mental institution. This is one of the biggest crimes of the century. But no one cares. "

- " My life is being destroyed. "

- " What ultimately should have been the highlight of my entire life - where all of my hard work and perseverance to overcome all the struggles of my past had finally paid off has instead somehow become a waking nightmare and its my very own government that is attacking me. They are probably going to kill me still. "

- " My life is over either way. I don't want it to be but it is at this point. They are evil criminals. All of them. They are making a mockery out of the entire legal system. Criminal law, patent law, corporate law....It's all a joke. There are people who are untouchable apparently. "

(Exh. D, Index 38, p. 136)

August 1st, 2023 at 10:14 AM:

Before my scheduled examination and hearing on August 1, 2023, I proactively shared substantial documentation and evidence with my court-appointed attorney, Michael Biglow, to challenge and discredit the exam report that was supposedly prepared by Dr. Jill Rogstad. This email contained a total of four links to online publication in which Guertin is credited for his involvement in high profile projects, as well as a total of 16 attached documents detailing proof of his business endeavors and involvement with Netflix that was deemed 'delusional' and used to support his claimed mental health diagnosis and incompetence.  Despite this, the only document forwarded to the relevant parties was the April 7, 2023 letter from my psychiatrist in California, which was sent just minutes before the scheduled meeting began.

(Exh. C, Index 30, p. 26, 109)

August 1st, 2023 at 10:14 AM:

Guertin's 2019 'Wage and Income Transcript' showing a gross income of $218,385.00. This is one of the many attached documents in the email sent to Michael Biglow ahead of the meeting which were never forwarded, and never considered relative to the claim of Guertin's supposed incompetence and 'delusions'

(Exh. C, Index 30, p. 112)

August 1st, 2023 at 10:25 AM:

A follow-up email sent to Michael Biglow which contains the following statements:

- ○ " I feel it should also be noted that many of these PDF's I attached to the previous email I also provided Dr. Rogstad with either prior to our meeting, at our meeting, or post meeting. "
- ○ " I was trying to get help through multiple avenues which would include the attached Minnetonka Police report filed 9 days before the incident (which she chose to gloss over in her report even though it is obviously relevant to the situation) "

(Exh. C, Index 30, p. 110)

August 1st, 2023 at 2:24 PM:

An email where Biglow only forwards the letter from Guertins California psychiatrist just minutes before the meeting was scheduled to begin. This resulted in Guertin not even noticing the oversight until later due to be stressed out about what was occurring.

(Exh. C, Index 30, p. 111)

April 7th, 2023:

Letter from Plaintiff's long-time California Psychiatrist Dr. Martin Schuster challenges Dr. Rogstad's Rule 20.01 report. This letter provides detailed insight into who the Plaintiff truly is, the challenges he has overcome in his life, and states that he is not a danger to anyone. Furthermore, Dr. Schuster directly attests to the 'revolutionary' nature of the Plaintiff's patented technology, and the fact that it will most certainly 'compete' with major corporations. This letter was just one of the many pieces of exculpatory evidence that was never presented as evidence by Bruce Rivers during Guertin's July 7, 2023 court hearing in which he was contesting the determination of incompetency. This letter from Guertin's California psychiatrist contains the following key statements:

- " I have been treating Mr. Guertin since I saw him in my office for the first time on September 15, 2016. At that time he was 35 years of age, single, living alone in Los Angeles and working as a computer programmer and in digital media design. "
- " He displayed in his younger years inability to control his behavior, inattention, lack of concentration, insomnia, getting in trouble in class, good grades in the subjects he liked and bad grades if he wasn't motivated," a rambunctious kid" as he self describes. "
- " His mother was a single parent who was unable to care appropriately for him. For that reason he was placed in foster homes, followed by a social worker, therapy, psychiatrist, boot camp age 14 and group home ages 14-17. Age 18 emancipated and stopped his medications, dropped out from school but later on decided to get his GED. "
- " At the age of 19 he decided on his own to enroll in school of computer drafting where he excelled and got excellent grades. In 2006 he was hired a company for set design and lighting and he made his way up as a DJ. "

○ " In my history taking I did not perceive any "true manic symptoms", but definitely inattention, restlessness, intrusiveness, all symptoms consistent with ADHD Hyperactive and Inattentive. "

○ " No history of psychosis, Schizophrenia, Bipolar Disorder, Antisocial Personality. Treated for the last several years with Adderall XR ✗ mg twice a day and Klonopin ✗ mg twice a day PRN. "

○ " He is self-educated and has been working nonstop since moving to Minnesota in a project that will compete with movie production with major enterprises. "

○ " I never thought of him being delusional or grandiose neither in recent times nor in these 7 years I have been following him clinically. On the contrary I have always seen in Mathew a very decided, extremely focused, very hard worker, ambitious and struggling to overcome his past, especially the lack of guidance and validation coming from any parental figure. "I never met my father". "

○ " In summary Mr. Guertin is not at risk of harming anyone. I do acknowledge he has been under severe pressure in the last year especially the last several months as his project has been patented and he may be displaying a strong overprotective behavior/thought content attitude towards it. "

(Exh. C, Index 30, p. 113-114)

**GUERTINS ACTIONS CONCERNING CLAIMS OF HIS DEVICES BEING
HACKED AND HIS ATTEMPTS TO HAVE A DIGITAL FORENSIC ANALYSIS
OF HIS HARD DRIVES CONDUCTED TO PROVE HIS CLAIMS**

January 6th, 2023 at 12:12 PM:

An email sent to Guertin by his patent attorney following previous email axchanges regarding the patent fraud Guertin has been actively investigating in which she states the following:

" Based on my understanding of what is going on here, I do not see any reason to advise you against filing a complaint through ic3.gov. I think that is a great place to start the process of calling out this activity actually. "

(Exh. C, Index 30, p. 107)

January 12, 2023:

Statements Made By Officer Brandon Harris in Minnetonka Police Report #23-000151 which was filed in person at the Minnetonka Police Station:

- "He has filed for and acquired a patent for his invention, 'Motorized Rotatable Treadmill and System for Creating the Illusion of Movement.' "
- "The machine is used for filming cinema."
- "He pitched the patent to Mark Roberts Motion Control (mrmoco.com)."
- "The CEO, Mark Roberts, advised that the technology already existed and is used by Photo Robot (photorobot.com)."
- "While reviewing the website over a number of days he realized the website was changing to reflect his patent."
- "The website is being updated in real-time with information from his design."
- "He has proof of the fraud."
- "Photo Robot is effectively stealing his patent by making it look like they have already had the technology."
- "He has been downloading the website and has noticed a number of discrepancies between the current version and the old version of the website"
- "Guertin advised that he has many gigabytes of evidence to show the fraud"
- "I advised Guertin to connect with a computer forensicator in order to parse the data into a readable format"

- "He originally called the FBI who advised he needed to file a report with his local police agency."
- "I advised Guertin to provide the FBI with the case number and the parsed data when he files the report with them."

(Exh. B, Index 28, p. 79-80)

Late February of 2023:

Prior to an in person meeting with Bruce Rivers at his office Guertin scribbles down some last minute notes to address in the meeting with Rivers which contain a total of ten separately numbered items.

- Number three: " Computer forensic analysis completed before April 4th –THOUGHTS- "
- Number ten: " If I have solid, expertly analyzed computer forensic data that validates every single thing I've claime(d) – The proof of fraud as well as being able to establish that all of my machines were hacked into by April 4th Can that not be used as Leverage or a 'bluff' that it will be presented in trial? "

(Exh. C, Index 30, p. 115)

May 24th, 2023 at 2:47 PM:

Guertin receives an email reply from his then patent attorney, Amanda Prose which contains the following statement:

- " I received the materials you dropped off today, thanks. Thank you also for remitting payment! We will apply the payment to any outstanding balance and reserve the rest for the forensic analysis of the hard drive. "

(Exh. S, Index 09, p. 1)

May 27th, 2023 at 5:42 AM:

Guertin sends an email to his patent attorney which contains the following statement:

- " If the forensic analysis services were to hypothetically not work out or be ideal for some reason (meaning that I would no longer be incurring any financial obligations related to such...) then I would like to move forward as originally planned with the trademark filings I selected in my v3 version of the Madrid pdf I sent."

(Exh. S, Index 09, p. 2)

May 31st, 2023 at 7:34 AM:

Guertin sends an email to his patent attorney which contains the following statement within it:

- ○ " The money I gave you was specifically for filling of my trademark via the Madrid protocol and I was of the belief that there would be enough leftover to conduct the forensic analysis.

  I think it's clear from our email correspondence that this was what I at least believed to be the case.

  So I'm not saying that you are or aren't correct in whatever outstanding balance was paid via the check I gave you. Rather all I am saying is that I had to do a lot to get that money and to not have it go towards anything I thought it was going towards is what you'd call a shock."

This particular interaction regarding Guertin's determination to have a professional digital forensic analysis conducted of data that directly pertained to the issues and events directly intertwined with the origination of his criminal charges highlights serves as rather compelling due to the fact that Guertin is obviously willing to great lengths to obtain the necessary money necessary to have the analysis conducted, which highlights his obvious belief that having said analysis performed will result in evidence that would be beneficial to both his business endeavor as well as serving as compelling defense evidence in his criminal case.

(Exh. S, Index 09, p. 4)

June 1st, 2023 at 3:02 PM:

Guertin receives a reply from his patent attorney which contains the following statements within it:

- ○ " I spoke with Mark Lanterman at Computer Forensics today. He mentioned they frequently work with clients through their attorneys in order to preserve any work product privilege that could arise. He is sending over Computer Forensics' standard engagement letter. "

- ○ " I am going to review their engagement letter and I will have to pass by our firm's Board for review since the engagement letter retains our firm as a client. "

- ○ " After that, if our firm approves working with Computer Forensics, we would then schedule a call between you and Mr. Lanterman (I would listen in for purposes of

privilege), to discuss what you need him to do with the harddrive and provide him background. "

(Exh. S, Index 09, p. 6)

**<u>CHRONOLOGICAL CONTINUITY OF GUERTIN'S COMPETENCE,</u>**
**<u>UNDERSTANDING, AND RATIONAL COMMUNICATIONS</u>**

9/30/2018:

Plaintiff programs a completely custom media server in Touchdesigner for the '100th Anniversary of the LA Philharmonic Orchestra at the Hollywood Bowl' which included performers such as Katy Perry, along with a surprise appearance by John Williams, who lead the orchestra in a live performance of the 'Star Wars' theme.

https://xitelabs.com/portfolio/LaPhil_100th_Anniversary_Concert/

(Exh. B, Index 28, p. 26)

April of 2019:

Plaintiff is recognized for his contributions to Bad Bunny's 2019 mainstage performance at Coachella Music Festival on the website of Xite Labs, whom the Plaintiff had a close working relationship with during the time he lived in Los Angeles which spanned May of 2014 to April of 2020.

https://xitelabs.com/portfolio/bad-bunny-x100pre-tour/

(Exh. B, Index 28, p. 28)

April of 2019:

Plaintiff is credited in a PLSN publication for his work on the 2019 Bad Bunny Coachella set piece.

Plsn.com/featured/featured-slider/xitelabs-taps-into-bad-bunnys-minds-eye-for-coachella-and-a-us-tour/

(Exh. B, Index 28, p. 30)

August through Novemeber of 2019:

Plaintiff is credited on the website of Xite   Labs as having engineered a 50-foot wide falcon for 'The UNESCO World Heritage Site World Inauguration of Diriyah' – An event which took place in Saudi Arabia and was attended by the Saudi Royal Family, including King Salman bin Abdulaziz and Prince Mohammed bin Salman.

https://XiteLabs.com/portfolio/diriyah-3d-projection-mapping/

(Exh. B, Index 28, p. 32)

Spring of 2020:

Plaintiff participates in video conference discussing creation of the 50-foot Falcon.

https://blacktrax.cast-soft.com/showcase/tracking-a-50ft-falcon-with-xitelabs/

(Exh. B, Index 28, p. 34, )

November of 2020:

Plaintiff sets up a custom Vimeo page to host videos for his personal portfolio website.

https://Vimeo.com/MattGuertin

(Exh. B, Index 28, p. 35)

November of 2020:

Plaintiff begins the creation of his personal portfolio website 'MattGuertin.com' now that he has extra time available due to to COVID-19.

http://MattGuertin.Substack.com/p/create-matt-guertin-dot-com

(Exh. B, Index 28, p. 35-36)

2/13/2021:

Plaintiff secures 'InfiniSet.com' domain name.

https://www.godaddy.com/whois/results.aspx?domainName=infiniset.com

(Exh. B, Index 28, p. 37)

2/3/2021:

Plaintiff thinks up the idea for the InfiniSet concept.

http://MattGuertin.Substack.com/p/infiniset-concept-is-conceived

3/19/2021:

Plaintiff files his provisional patent application.

http://MattGuertin.Substack.com/p/my-provisional-patent-application-is-filed

(Exh. B, Index 28, p. 39)

3/27/2021 at 7:21 PM:

Guertin sends Bruce Rivers the following text message:

- ○ " Hey Bruce. I just filed for my first provisional patent/ patent ever. What I have invented
  is going to be disruptive. It's going to change the whole film industry. I already have a
  global staging company trying to get me to sign away exclusive rental rights to them, etc
  for the finished product. I'm working on finishing up a prototype and it's going to built by
  the end of April. Here is the 17 page pdf I created for my filing -

  https://www.dropbox.com/s/xxxxxxxxxxxxx/Matthew_   Guertin  _patent_pending.pdf?
  dl=1

  Everyone who understands it is blown away. The guy at all access randomly said "this is
  going to kill the scenic industry" I need to get help and find someone who can structure
  the company, any agreements, etc. I don't have a ton of money right now but I have
  nothing but "holy shit!" from everyone in the industry whose seen it. Universal
  agreement that money is going to be thrown at me when I fabricate and film the working
  demo. I need to form a company and not get fucked over in any contracts or negotiations.
  Especially early on. There's a lot of other pieces in motion as well. It's getting intense.
  This is the biggest opportunity for real money I'll probably ever have in my life and I
  don't want to fuck it up "

(Exh. C, Index 30, p. 79, [Texts-04-06])

4/1/2021:

Plaintiff files US trademark application 90618638 for 'INFINISET'

https://uspto.report/TM/90618638

(Exh. B, Index 28, p. 41)

3/14/2022 at 9:13 AM:

Guertin emails his completely last-minute system claims to his patent attorney just days before
his official patent application filing is due to be filed with the USPTO

(Exh. S, Index 07, p. 1)

3/18/2022:

Plaintiff files US Patent application 17/698,420

https://patents.justia.com/patent/11577177#history

(Exh. B, Index 28, p. 29)

3/18/2022:

Plaintiff files PCT Patent application US2022/198028

https://patents.google.com/patent/WO2022198028A1/en

(Exh. B, Index 28, p. 71)

6/24/2022:

A video sharing a detailed tour of the custom machine Guertin has built. He was personally responsible for every single aspect of the design and engineering. This included the sourcing of all required parts, as well as producing all of the manufacturing files, and handing all production and logistics required in order to have the many pieces arrive at his door without any oversights or errors.

Vimeo.com/992160449/9e5670f176

7/2/2022:

A video of the first ever time Guertin powers up the entire unit, which includes all of the power and ethernet data that is being transferred through the rotating slip ring device that provides infinite rotation.

Vimeo.com/992167622/4d6d1af869

7/2/2022 at 10:40 PM:

Guertin takes a picture of his unit after he powers it up for the first time.

(Exh. E, Index 39, p. 3)

7/3/2022 at 7:16 AM:

Guertin takes a picture of his prototype as he is applying sound dampening material to it.

(Exh. E, Index 39, p. 3)

7/4/2022 at 5:04 AM:

Guertin takes a picture of the underside of his prototype treadmill belt deck which shows the grid of vibration motors

(Exh. E, Index 39, p. 3)

7/5/2022 at 8:38 AM:

Guertin takes a picture of his prototype after he finishes applying all of the sound dampening material to it.

(Exh. E, Index 39, p. 3)

7/8/2022 at 8:23 PM:

Guertin takes a picture of his prototype with the rotating treadmill assembly and the base assembly coupled together

(Exh. E, Index 39, p. 3)

7/8/2022 at 9:19 PM:

Guertin takes another picture of his prototype with the rotating treadmill assembly and the base assembly coupled together

(Exh. E, Index 39, p. 3)

7/18/2022:

Plaintiff registers InfiniSet Inc. with Delaware Secretary of State

https://patents.justia.com/assignee/infiniset-inc

(Exh. B, Index 28, p. 69-70)

7/18/2022 at 5:30 AM:

Guertin takes another picture of his prototype with fully assembled with the top plates attached to the rotating turntable surface

(Exh. E, Index 39, p. 4)

7/22/2022 at 9:17 PM:

Guertin takes a picture of the Unreal Australia demo scene

(Exh. E, Index 39, p. 4)

7/22/2022 at 9:18 PM:

Guertin takes a picture of the Unreal Matrix City demo scene

(Exh. E, Index 39, p. 4)

7/25/2022 at 6:59 PM:

Guertin takes a picture of the computer cut masking surface laid on top of his prototype.

(Exh. E, Index 39, p. 5)

7/28/2022 at 6:35 PM:

Guertin takes a picture of his prototype flipped over and sitting atop saw-horses, with white pieces of tape randomly stuck to the floor in order to provide visual reference points that aid in being able to take a bunch of photos from different angles, and align them in order to create a highly precise 3d model of his unit based on photogrammetry methods.

(Exh. E, Index 39, p. 5)

7/29/2022 at 6:48 PM:

Guertin takes a picture of the resulting 3D model he has produced of his prototype which he is using in order to conduct a surface analysis of the outer, circular lip that sits on top of the rollers due to having issues with the rotation maintaining constant, and even roller contact as it rotates.

(Exh. E, Index 39, p. 6)

7/29/2022 at 6:49 PM:

A close up photograph of the resulting 3D model that was created using Reality Capture software

(Exh. E, Index 39, p. 6)

7/30/2022 at 11:49 AM:

A photo showing the 3D model with a perfectly flat geometry plane aligned with the rotational lip which serves to visually reveal the inconsistent surface height at different positions.

(Exh. E, Index 39, p. 6)

7/30/2022 at 11:50 AM:

A photo showing the 3D model with a perfectly flat geometry plane aligned from a wider perspective which reveals the entire unit.

(Exh. E, Index 39, p. 6)

7/30/2022 at 1:26 PM:

A photo showing the 3D surface analysis that uses color gradients to present an easy to understand visual reference identifying the surface inconsistencies present. The surface analysis also includes precise distance data as labels along the surface.

(Exh. E, Index 39, p. 7)

8/1/2022 at 12:01-12:24 AM:

3 photos showing the clamping process employed in order to try and correct the inconsistencies identified in the 3D surface analysis

(Exh. E, Index 39, p. 7)

8/1/2022 at 7:46 PM:

A photo showing a laser level beam being used in order to try and identify additional surface anomalies that are present along the roller surface.

(Exh. E, Index 39, p. 7)

8/2/2022 at 8:52 and 9:38 PM:

Photos showing isolated elements, and a 3D positional alignement analysis being employed.

(Exh. E, Index 39, p. 8)

8/6/2022 at 9:08 PM:

Photo showing clamping of the entire unit being employed in order to facilitate further adjustments of the finished unit.

(Exh. E, Index 39, p. 9)

8/7/2022 at 7:43 AM:

Photo showing a wide angle shot of the prototype along with Guertin's entire living room and computer workstation.

(Exh. E, Index 39, p. 9)

8/8/2022:

Guertin records a video of the calibration process in which he is utilzing a digital measuring wheel to be able to calculate the conversion from the servo motor rotations to 50 yards of belt travel. This calibration process is critically important as it results in being able to precisely sync the distance the belt travels in the real world with its digital counterpart.

Vimeo.com/992170206/8a844b388e

8/14/2022 at 11:57 PM:

Two photos showing the detailed design process, and artboards used by Guertin in order to produce a brand identity for 'InfiniSet'

(Exh. E, Index 39, p. 9)

8/16/2022 at 9:41 AM:

Two additional photos showing updated artboards used by Guertin to produce a brand identity for 'InfiniSet'

(Exh. E, Index 39, p. 9)

8/18/2022 at 7:16 PM:

A photo of the fully assembled and completed prototype on the floor of Guertin's living room, along with a photo of some of the light boxes that were purchased for the planned filming process.

(Exh. E, Index 39, p. 10)

8/18/2022 at 7:36 PM:

A photo of the fully assembled and completed prototype on the floor of Guertin's living room with all of the top cover panels removed.

(Exh. E, Index 39, p. 10)

8/25/2022 at 4:31 PM:

A close up photo of the slip ring unit.

(Exh. E, Index 39, p. 11)

8/26/2022 at 8:20 AM:

A photograph showing the unit with one of the servo drivers removed

(Exh. E, Index 39, p. 11)

8/30/2022 at 5:28-5:29 PM:

Two photographs showing a side view of the air vents in great detail

(Exh. E, Index 39, p. 11)

8/30/2022:

Guertin records another video in which he now has all four of the servo motors running in unison.

Vimeo.com/992170395/b5280db14c

9/4/2022 at 3:43 PM:

Photograph showing the measurement of a metal shafts outer diameter using a digital caliper.

(Exh. E, Index 39, p. 12)

9/8/2022 at 10:36 AM:

Photograph of books that Guertin ordered to learn and gain insight into successfully launching a new, high growth startup company.

(Exh. E, Index 39, p. 12)

9/8/2022 at 2:54 PM:

Photograph of a Pantone color deck that Guertin is using to make a decision on the final color formula of the blue that will be used for the InfiniSet logo design.

(Exh. E, Index 39, p. 12)

9/15/2022 at 4:24 PM:

Additional photograph of books that Guertin ordered to learn and gain insight into successfully launching a new, high growth startup company.

(Exh. E, Index 39, p. 12)

9/22/2022:

Plaintiff's PCT Patent Application US2022/020919 is published

https://patentscope.wipo.int/search/en/detail.jsf?docId=WO2022198028

(Exh. B, Index 28, p. 71)

9/22/2022:

Plaintiff's US Patent application 17/698,420 is published.

https://patents.google.com/patent/US11577177B2/en

(Exh. B, Index 28, p. 89)

9/24/2022 at 4:39 PM:

A photo showing grooves that Guertin shaved into the edges of the belt deck surface in order to reduce noise and vibration as the belt slides over it.

(Exh. E, Index 39, p. 13)

9/24/2022 at 4:41 PM:

2 photos showing modification of the belt deck frame structure in order to allow the new hinging functionality that Guertin realized existed after exploring the decks rotational axis in Rhino3D.

(Exh. E, Index 39, p. 13)

9/25/2022 at 11:18-11:21 AM:

3 photos showing the resulting hinge functionality of the belt deck following a minor modification of its frame.

(Exh. E, Index 39, p. 13)

9/25/2022 at 11:22-11:29 AM:

5 additional photos showing the newly implemented hinge functionality of the belt deck.

(Exh. E, Index 39, p. 14)

9/25/2022:

A quick video to document the new feature Guertin was able to implement in his existing design through only a few minor modifications of the belt deck frame.

Vimeo.com/992170574/fd94898c23

9/30/2022 at 3:28 PM:

A photograph showing the prototype unit raised up via four scissor jacks allowing Guertin to access the underside of the unit as he's working on it.

(Exh. E, Index 39, p. 15)

9/30/2022 at 5:28-5:29 PM:

3 additional photographs of the prototype unit raised up via four scissor jacks from different viewpoints

(Exh. E, Index 39, p. 15)

10/8/2022: Guertin records the first video of himself finally figuring out the necessary servo programming needed in order to get his treadmill to run at sprinting speed.

Vimeo.com/994425303/23594bfe86

10/10/2022 at 3:33 PM:

Additional photographs of books that Guertin ordered to learn and gain insight into successfully launching a new, high growth startup company.

(Exh. E, Index 39, p. 15)

10/12/2022 at 12:47 PM:

Photograph of a greenscreen stock content cideo that Guertin downloaded online for testing purposes

(Exh. E, Index 39, p. 16)

10/13/2022 at 7:45 PM:

Photograph showing Guertin's original plan for implementing the greenscreen backdrop that would be needed for his invention. It was not up for very long before being taken down, and a new plan was quickly figured out.

(Exh. E, Index 39, p. 16)

10/16/2022 at 2:27-2:28 AM:

Two photographs showing the custom user manuals Guertin put together in order to be able to easily reference all of the various programming language instructions for the servo controllers that interfaced with the computer over ethernet.

(Exh. E, Index 39, p. 16)

10/16/2022 at 7:45 PM:

Photograph showing the ultra bright LED strip that Guertin just received from Amazon. This is the strip that will be used for the custom lighting system that is needed to evenly light the greenscreen backdrop without any noticeable shadows.

(Exh. E, Index 39, p. 16)

10/17/2022 at 6:32 PM:

A close up picture of a stovetop style electrical plug that Gueritn ordered, but would not end up actually using, instead going with a 220v / 30A plug instead.

(Exh. E, Index 39, p. 17)

10/18/2022 at 3:28 PM:

A wide angle shot of Guertin's living room and his perfectly organized computer workstation and servo controller programming manuals laid out.

(Exh. E, Index 39, p. 17)

10/18/2022 at 3:29 PM:

A photo showing the beginning phase of the custom LED lighting system being put together.

(Exh. E, Index 39, p. 17)

10/19/2022 at 6:53 AM:

A wide angle shot of Guertin's living room showing the beginning of the painting process that will result in everything being coated with Rosco 'Chroma Key Green' studio quality paint.

(Exh. E, Index 39, p. 18)

10/21/2022 at 2:24 AM:

A photo showing the removable circular surface mask being painted with Rosco 'Chroma Key Green'.

(Exh. E, Index 39, p. 18)

10/21/2022 at 2:25 AM:

A photo showing the removable corner mask surfaces being painted with Rosco 'Chroma Key Green'.

(Exh. E, Index 39, p. 19)

10/21/2022 at 6:52-6:53 AM:

Three photos showing the removable mask surfaces being painted with a second coat of Rosco 'Chroma Key Green' studio paint.

(Exh. E, Index 39, p. 19)

10/22/2022 at 10:20 PM:

Two photos showing a wide angle view of Guertins living room floor covered with a fresh layer of rosin paper which has the large, custom backdrop surface laid atop of it so that it can be coated with two coats of Rosco 'Chroma Key Green' studio paint.

(Exh. E, Index 39, p. 19)

10/22/2022 at 10:20 PM and 10/23/2022 at 4:11 AM:

Two photos in which the large backdrop surface, along with its ultimate placement once it is finished and properly positioned into place behind the treadmill are shown. These two images present a rather 'rough draft' presentation that serves to visually explain Guertin's ultimate vision for the greenscreen backdrop surface that will be used to isolate the user as they are moving about in any arbitrary direction atop the precision controlled InfiniSet treadmill system.

(Exh. E, Index 39, p. 20)

10/23/2022 at 4:16 AM:

A photo showing the painted mask surfaces placed atop the InfiniSet treadmill prototype.

(Exh. E, Index 39, p. 20)

10/24/2022 at 2:08 AM and 3:03 AM:

Two photos Guertin took after completing the move of his computer workstation to the opposite side of the room in preparation for his planned studio, and the positioning that will be required once final programming and filimg tests begin to take place.

(Exh. E, Index 39, p. 20)

10/24/2022 at 10:04-10:05 PM:

Three photos showing the process involved in ensuring precise positioning of the InfiniSet treadmill, along with cut lengths of electrical conduit that will be used to create the frame structure the greenscreen backdrop will be fastened to.

(Exh. E, Index 39, p. 21)

10/28/2022 at 8:59 AM:

A photo showing the hanging frame structure made possible by anchoring two cross sections of electrical conduit to the ceiling, and utilizing braided steel cable and cable clamps.

(Exh. E, Index 39, p. 21)

10/29/2022 at 4:26-4:27 PM:

A photo showing the hanging frame structure after the two, horizontal velcro cross-sections have been fastened into place – with the two cross sections assembled from carpet transition strips that have had velcro tape applied and electrical conduit clamps fastened to them.

(Exh. E, Index 39, p. 21)

10/29/2022 at 8:08 PM:

Two photos showing the green screen backdrop attached to the velcro cross-section strips, and positioned in its final location.

(Exh. E, Index 39, p. 22)

10/30/2022 at 3:54-3:55 PM:

Three photos showing the green screen backdrop after a second coat of Rosco 'Chroma Key Green' studio paint has been applied to it, and the painted mask surfaces have been placed atop the InfiniSet treadmill prototype.

(Exh. E, Index 39, p. 22)

10/31/2022 at 1:18 AM:

A photo showing the preparation and masking surface, prior to Guertin beginning the proces of coating the treadmill belt with Rosco 'Chroma Key Green' studio paint.

(Exh. E, Index 39, p. 22)

10/31/2022 at 4:26 AM:

A photo showing the preparation and masking phase of the treadmill belt following the application of foil tape along the top and bottom end caps of the belt deck and rollers which serves to completely mask off all surfaces besides the treadmill belt which enables an easy, and quick painting process.

(Exh. E, Index 39, p. 23)

10/31/2022 at 10:09-10:10 PM:

Two photos showing the treadmill belt after two coats of primer have been applied to it.

(Exh. E, Index 39, p. 23)

11/1/2022 at 12:59-1:02 AM:

Three photos showing the the first coat of Rosco 'Chroma Key Green' paint being applied to the treadmill belt.

(Exh. E, Index 39, p. 23)

11/1/2022 at 4:07 AM:

Two photos showing the painted treadmill belt with the masking removed, and positioned back into its final operational position.

(Exh. E, Index 39, p. 24)

11/3/2022 at 8:34 PM:

Photo taken at Home Depot while acquiring the materials necessary to complete the custom LED lighting system.

(Exh. E, Index 39, p. 24)

11/4/2022 at 9:03-9:04 AM:

Three photos showing the first set of completed LED lighting strips positioned into place at the top, inner edge of the green screen backdrop surface, along with a photo showing one of the custom DMX controller unit assemblies. The DMX system utilizes high speed PWM controllers with switchable phases that ensure the LED lights don't result in a noticeable flickering effect when they are used for filming.

(Exh. E, Index 39, p. 24)

11/8/2022 at 8:58 AM:

An email to Guertin from his patent attorney in which she is discussing the options moving forward regarding the Netflix patent application he's just discovered. In this email Guertin's patent attorney confirms that the Netflix application is for the exact same technology as that which is contained in Guertin's application which has a 12 day lead in priority date.

(Exh. D, Index 38, p. 66)

11/11/2022 at 7:51 AM:

Guertin sends an email to Bruce Rivers that has a subject line of 'Matt Guertin Patent / Netflix Patent' sharing background information about the Netflix patent application he just discovered. This email contains the statement:

    " Bruce, Here you go (dropbox automatic download - 288mb)

    All packaged up nice and neat with a little bow on top.

    ~Matt Guertin "

(Exh. D, Index 38, p. 33)

11/11/2022 at 7:53 AM:

Guertin sends a follow-up email to Bruce Rivers regarding the Netflix patent which simply states:

> " My provisional application was filed on March 19th, 2021
>
> Trojansky/Netflix was filed on March 31st, 2021
>
> I win "

(Exh. D, Index 38, p. 74)

11/11/2022 at 7:57 AM:

Guertin send his third, and final email to Bruce Rivers which states:

> " Here is my portfolio website with all the projects I've worked on spanning 2008 –
> Current www.MattGuertin.com "

(Exh. D, Index 38, p. 75)

11/13/2022:

Plaintiff registers his Delaware C-Corp with Minnesota Secretary of State

https://mblsportal.sos.state.mn.us/Business/SearchDetails?filingGuid=07fe809a-af63-ed11-906c-00155d32b947

(Exh. B, Index 28, p. 74)

11/21/2022 at 1:23 PM:

A photo Guertin took of his packed 'to-do list' which outlines all of the various tasks he still needs to complete in order to continue forward with the successful launch of his patented InfiniSet technology

(Exh. E, Index 39, p. 25)

11/26/2022 at 4:42 PM:

Two photos showing the vertical left and right LED lighting strips positioned into place and lighting up the backdrop surface along the sides

(Exh. E, Index 39, p. 26)

11/27/2022 at 11:26 AM:

A photo showing the top surfaces of the InfiniSet prototype removed, and additional clamping adjustment to try and further correct issues occurring where the drive rollers that control the rotation of the treadmill fail to maintain constant surface contact which results in 'skips' sometimes where the rotation isn't smooth and constant.

(Exh. E, Index 39, p. 26)

11/30/2022 at 3:38 PM:

A photo showing the InfiniSet prototype with the three additional horizontal lighting bars positioned into place via the bricks that Guertin painted black.

(Exh. E, Index 39, p. 26)

11/30/2022 at 3:55-3:56 PM:

Two photos showing a closeup, and slightly pulled back view of the custom LED lighting strip bars created from aluminum angle bar and application of LED strip tape applied.

(Exh. E, Index 39, p. 26)

11/30/2022 at 3:56 PM:

Two photos showing a closeup view of the custom left and right vertical LED lighting strip bars along with a shot of the dual LED top strip lighting bar. The rear top view also serves to reveal the additional velcro fastening system that ensure the entire system can easily be torn down and transported – meaning it was designed with portability in mind.

(Exh. E, Index 39, p. 27)

12/2/2022 at 8:34 AM:

A random photo Guertin took of his bedroom which shows three lighting boxes positioned against the ceiling to keep them out of the way. The lefthand side of the photo reveals the large rolls of black fabric that will be used to hang on the walls and blackout the entire room, making it suitable for filming and evenly distributed lighting.

(Exh. E, Index 39, p. 27)

12/2/2022 at 12:14 PM:

A photo showing the InfiniSet prototype following the two, black side panels being positioned into place. Painting these black instead of green was a rather dumb decision which would end up being corrected at a later date.

(Exh. E, Index 39, p. 27)

12/3/2022 at 6:01 PM:

A photo showing the LED lighting system fully operational and powered on. The final design utilizes three horizontal bars positioned around the bottom three edges of the treadmill, two left and right vertical lighting bars, and the dual strip top bar that points downward and backward to light up the backdrop from above, and slightly behind the actual user.

(Exh. E, Index 39, p. 27)

12/15/2022 at 12:04 AM:

Guertin sends an email to 'info@archive.org' which contains the following in the body of the email which is the entirety of the message:

- ○ " Hello, I just stopped writing my initial email, donated $25 + fees to Wayback Machine, and now I am back.

  My question is a simple one -

  What is your criteria for someone being able to contact you and request that their information be removed from the web archive? I'm guessing that normally requests come from individuals as opposed to businesses?

  My only reason for asking is because I am relying on your site as my main piece of evidence against a company who is very stealthily editing, re-wording, and re-linking a bunch of stuff on their website in an effort to establish a history which isn't true for the purpose of trying to steal something of significant value from me.

  What I would like to do is personally, or through an attorney very kindly contact them and let them know that I can very clearly see what they are doing in an effort to try and get them to correct their course early on so I don't have to worry about it - or at the very least they will have to contend with the fact that I have solid evidence that could get them convicted of fraud and decide whether or not that is a risk they are willing to take.

My main worry however is that they could just contact your company and get everything deleted and so that has been bothering me somewhat and has been a pretty large factor in my decision making.

Any insight or knowledge about this topic would be greatly appreciated.

Thank you, Matt Guertin "

(Exh. C, Index 30, p. 99)

12/31/2022 at 10:16 AM and 10:27 AM:

A leak has occurred in the roof and water from melting snow is leaking into the building. Much of it is avoiding a direct effect on Guertin's residence and is instead leaking down the walls and causing issues for his neighbor below instead. Eventually however it becomes obvious that there is water slowly collecting and pooling on the surface of the ceiling and so Guertin drills a hole into the ceiling which results in water pouring out like a faucet. A five gallon bucket is almost filled up before the flow subsides. Happy new year.

(Exh. E, Index 39, p. 28)

1/2/2023 at 4:39 PM:

A screencaptured image from Guertin's phone which is addressing the topic of prior art, patents, and the Wayback Machine being considered a valid and authentic source of material that can be utilized in legal proceedings – such as those involving intellectual property lawsuits.

(Exh. E, Index 39, p. 28)

1/5/2023-1/6/2023:

Emails exchanges between the Plaintiff and his former patent attorney discussing the PhotoRobot.com patent fraud he is actively investigating.

http://MattGuertin.Substack.com/p/a-closer-look-at-the-photorobot-fraud

(Exh. C, Index 30, p. 12-13, 102-107)

1/9/2023 at 2:47 PM:

A screencaptured image from Guertin's phone displaying an email sent to him by his patent attorney in which she is discussing the issuance fee and granting of Guertin's InfiniSet patent.

(Exh. E, Index 39, p. 28)

1/12/2023:

Guertin first attempts to meet with an FBI agent at their Brooklyn Center location but quickly realizes it is a fortress that resembles the embassies he saw while staying in the Diplomatic Quarter during his time spent in Saudi Arabia in late 2019. In order to feel like he was able to accomplish something Guertin decides on at least visiting the Minnetonka Police Department in person so he can file a report with them about the patent fraud he has been investigating. He sits down with officer Brandon Harris for 45 minutes in a meeting room during which time he explained to him what was going on while also showing him everything on his laptop that he had brought with him for the meeting. This interaction resulted in Minnetonka Police Report #23-000151 being produced, which contains the following key statements within it that are made by Officer Brandon Harris:

- "He has filed for and acquired a patent for his invention, 'Motorized Rotatable Treadmill and System for Creating the Illusion of Movement.' "
- "The machine is used for filming cinema."
- "He pitched the patent to Mark Roberts Motion Control (mrmoco.com)."
- "The CEO, Mark Roberts, advised that the technology already existed and is used by Photo Robot (photorobot.com)."
- "While reviewing the website over a number of days he realized the website was changing to reflect his patent."
- "The website is being updated in real-time with information from his design."
- "He has proof of the fraud."
- "Photo Robot is effectively stealing his patent by making it look like they have already had the technology."
- "He has been downloading the website and has noticed a number of discrepancies between the current version and the old version of the website"
- "Guertin advised that he has many gigabytes of evidence to show the fraud"
- "I advised Guertin to connect with a computer forensicator in order to parse the data into a readable format"
- "He originally called the FBI who advised he needed to file a report with his local police agency."

○ "I advised Guertin to provide the FBI with the case number and the parsed data when
he files the report with them."

(Exh. B, Index 28, p. 79-80)

1/13/2023:

Plaintiff sends an email to Bruce Rivers, prior to retaining him as defense counsel, in which he is
seeking help regarding the patent fraud he has been actively investigating.

(Exh. D, Index 38, p. 76-93)

1/14/2023 at 4:02 PM:

A screencaptured image from Guertin's phone displaying an email sent to him by his patent
attorney in which she is discussing the entire patent fraud issue that has completely diverted
Guertin's attention and focus from continuing forward with his project. He has now been forced
into do nothing but collecting digitial forensic evidence of the fraud he is witnessing take place
which is very cleary focused solely on the theft of that which he has been working on non-stop
for nearly two years straight at this point.

(Exh. E, Index 39, p. 28)

1/15/2023:

Guertin begins contacting computer forensic specialists and then ends up reaching out to the US
Secret Service, and speaks to an agent in Chicago for 22 minutes who confirms that Guertin is
correct in his assertion of wire fraud and conspiracy applying to the situation Guertin describedto
him during the call.

(Exh. C, Index 30, p. 14-16, 129)

1/19/2023 at 4:57 AM:

A screencaptured image from Guertin's phone displaying the text message he sent to his welder
concerning the patent fraud he has been investigating

(Exh. E, Index 39, p. 28)

1/19/2023 at 5:03 AM:

A screencaptured image from Guertin's phone displaying the text message his welder sent him in which he simply states "https://openai.com" in one of the messages.

(Exh. E, Index 39, p. 29)

2/3/2023 at 10:02-10:03 PM:

Five photos Guertin took of his apartment walls after getting most of his stuff organized and moved out of the living room area in preparation for moving out of his apartment.

(Exh. E, Index 39, p. 29)

2/3/2023 at 10:05-10:06 PM:

Four additional photos Guertin took of his apartment walls after getting most of his stuff organized and moved out of the living room area in preparation for moving out of his apartment.

(Exh. E, Index 39, p. 30)

2/5/2023 at 2:03-2:05 AM:

Four photos Guertin took of his apartment unit after he repainted all of the walls to ensure that he left his landlord with a ready to rent unit - minus the two broken windows which Guertin paid for.

(Exh. E, Index 39, p. 30-31)

2/5/2023 at 7:47-7:48 PM:

Two photos Guertin took showing a measurement from the floor to the hole in the window, in addition to an image showing his positioning when he fired shots into the air in order to 'call' the police and be safely extracted from the completely surreal situation he had suddenly found himself in.

(Exh. E, Index 39, p. 31)

2/5/2023 at 10:08-10:10 PM:

Eight photos showing the finished painting of the apartment which now includes the two wooden doors that were written on. These were the final photos that Guertin took after completing the move of all of his stuff, painting the unit, and then leaving the key to his unit in a drawer for his landlord. Goodbye apartment. It's been fun  :-(

(Exh. E, Index 39, p. 31-32)

2/6/2023 at 8:17-8:32 PM:

Three photos Guertin took of Minnetonka Police Report #23-000151, which he personally went to the Minnetonka Police Station and obtained earlier that same day.

(Exh. E, Index 39, p. 33)

2/7/2023 at 2:22 AM:

Plaintiff sends an email to Bruce Rivers detailing his welder's military and CIA background with pictures of 'special ops gear' sitting atop his prototype as it is being welded which contains the following statements within it:

- " This was the other stuff I told the mntka pd investigator Samantha Johnson about which she also chose to ignore....and why she literally doesnt want to talk to me anymore.....my welder showed these to me... the one that claimed he was in the CIA as well as the Marines....which might be entirely true and just an odd coincidence or maybe not. Either way just another small part of my story that sounds crazy - except for the fact that I have proof. "

- " ...it would almost certainly imply that he is connected to Netflix and that they knew about me and my patent long before my patent was ever published and before I knew about theirs. "

- " It would also mean he would have a key to my apartment as I left my stuff (backpack with laptop, all of my keys, etc) unattended at times when I was welding stuff with him. "

- " Could be a completely random coincidence though as I mentioned...he seemed cool, was a good welder, and helped me out...but it's still strange...just like everything else that was going on prior to the incident at my apartment. "

- " I also attached the mntka police report I filed on 1/12/23 about a half hour after unsuccessfully attempting to talk to someone at the FBI building in Brooklyn Center. "

(Exh. D, Index 38, p. 99-105)

2/12/2023:

Guertin has completed the move from his previous residence in Minnetonka to his mom's where he very quickly paints the ceiling black, hangs the black fabric he previously had acquired, and continues forward with setting up the studio he was previously in the process of constructing.
MattGuertin.Substack.com/p/move-the-studio-to-moms-and-continue-on

2/12/2023 at 8:45 PM:

Three photos Guertin took of Minnetonka Police Report #23-000151, which he personally went to the Minnetonka Police Station and obtained earlier that same day.
(Exh. E, Index 39, p. 33)

2/13/2023 at 1:42 PM:

Photograph of HomeDepot webpage displaying a plastic cord hiding channel
(Exh. E, Index 39, p. 33)

2/13/2023:

Plaintiff files continuation patent application US 18/108,858
(Exh. B, Index 28, p. 88)

2/13/2023 at 4:59 PM:

Plaintiff sends his first ever email to Dr. Jill Rogstad, with Bruce Rivers CC'd, introducing himself, sharing his portfolio website MattGuertin.com, and provides in depth details about his current patent troubles. This email contains the following statements within it:

- ○ " Jill, It was nice to speak with you on the phone the other day and I am looking forward to our meeting on March 1st. In what I am sure will be one of many follow-up emails leading up to our meeting I would like to provide you with an initial, short introduction to myself and what I have been up to over the past 15 years as well as a little bit of information about what I currently have taking place in my life in regards to my patent application - the one I filed on March 19th, 2021 and which will officially no longer be an 'application' beginning tomorrow (v-day) as that is when it officially grants - tomorrow is also when my patent will be filed as prior art against this patent here which was

invented by Stephan Trojansky and first filed on March 31, 2021.....12 days later than my application. "

- ○  " I mention the creation of a 'digital twin', I mention the user wearing sensors, I specifically mention a 'user cue system' multiple times, and on and on and on......once my patent gets handed in as prior art against the Trojansky application (which moving forward I will simply refer to as 'The Netflix patent' as that is who acquired Trojansky's company 'Scanline VFX' for at least 100 million dollars 8 months after he filed his provisional application based on press releases as well as Q12022 Netflix, Inc. Investors report - page 5) it means that they will NEED my patent if they want to be made whole and be able to obtain Intellectual property rights for that which so far they have easily invested a quarter billion dollars into but more likely it is much closer to a half billion dollars. "

- ○  " It is currently my intention to take advantage of the unique situation I am in and outright sell my entire company, InfiniSet, Inc. (a Delaware c-corp which I am the CEO of and which is also the company my patent is assigned to upon its issuance tomorrow), collect my money, and exit stage right. That is especially my intention after all of the crazy shit that has been going on ever since I discovered the Netflix patent "

- ○  " It is my personal opinion based on your profession and education that I am being required to sit down with you so that you can 'classify' me as something...meaning that your ultimate goal I believe is to place some sort of universally understood label on me for the purpose of blaming some sort of mental 'disability' or defect upon me which could then be used to explain the incident that happened at my apartment by blaming it solely on me instead of actually considering the crazy and insane set of circumstances which lead up to the extreme decision of me firing a gun off to essentially 'call the police' as seeming completely logical considering the situation I had suddenly found myself in. To be clear I am not in any way trying to minimize the illegal and obviously 'extreme' nature of what I did nor am I trying to make any assumptions or disrespect you/ your education /career /etc. That is definitely not how I would want to come across before even having a chance to meet you in person - I am simply trying to be very clear and upfront with you about what my current thoughts are in general surrounding everything.

Basically these are my personal thoughts and opinions and should be considered only that and nothing more. "

- " I will leave you with a simple question to ask yourself - "What on earth would cause someone who has been traveling the world and accomplishing some of the most amazing technological, engineering, and programming feats since 2014 after essentially traveling to LA with his entire life in a trailer behind him and who now has now moved back home after covid only to continue accomplishing projects which have gained him a massive amount of attention, including winning awards for my 3D photogrammetry Chicago scan, and who then somehow was able to top all of the projects he worked on in LA and all over the world by inventing, patenting and then proceeding to design, engineer, and fabricate a device and system in his living room which can only be described as a complete paradigm shift in the way movies and film will produced going forward, and which he was/is only days away from being able to record a 'proof of concept' video for just as he is also finally going to officially be granted a patent for to suddenly decide that shooting a gun out of his window to alert police makes logical sense? And that is the question...… "

- " BUT - I actually have one more question for you which is much less subjective than the previous one I posed to you - that being the following: I am assuming the interview I conduct with you will be at the very least audio recorded and I would like to check and make sure that it is not a problem if I also record the audio of our interview when it is conducted? "

- " As I mentioned previously this is not just a criminal matter as far as I am concerned but also one which involves my corporation, my patent, my reputation as a CEO, extremely large sums of money, etc, etc and so it is my intention to be sure that I protect myself and my interests by all means possible which is why it seems logical to me that I would also be able to obtain my own personal audio recording of our meeting as well. "

- " I look forward to my continued correspondence with you leading up to our meeting on the 1st. Sincerely,

   Matt Guertin "

(Exh. B, Index 28, p. 105-108)

2/14/2023:

Plaintiff's US Patent 11,577,177 is published

(Exh. B, Index 28, p. 89)

2/14/2023 at 4:16 PM:

Dr. Jill Rogstad responds to Plaintiff's email about sharing information during meeting. The following is the contents of her email response in its entirety:

- ○ " Good afternoon, Mr. Guertin: I appreciate the effort and time you spent constructing your message to me. I want to assure you that this information is definitely relevant, and you will be asked questions and given the chance to discuss these themes during our interview appointment. However, your message suggested that you plan to send more emails like this, and I would respectfully ask that you not. This request is not because I do not want to discuss these matters; rather, I ask that because email is not the best forum in which to have a productive discussion of these issues. You have given me an introduction to some of the matters you referenced on the phone, and I want to emphasize that you will have the opportunity to discuss them during the March 1 interview. However, it is much more conducive to the evaluation process to have these conversations in real time. Please feel free to bring any documentation with you to the appointment. If it would be difficult to bring physical copies of certain things, this is something we can discuss at the appointment to figure out the best way to proceed.

  At the March 1 interview appointment, we will discuss many of the points you brought up, including the purpose and parameters of the evaluation, as well as my role in the proceedings. You will also have the opportunity to ask any questions you may have at that time. I do want to take the time to answer one question you mentioned in your message, however, with regard to audio recording. You are NOT permitted to audio record our interview session on March 1. There are a number of reasons for this, which I am happy to discuss with you at the March appointment. Importantly, the Hennepin County District Court also prohibits the use of any recording devices in courtroom areas. I look forward to speaking with you further on March 1. Best regards, Jill E. Rogstad, Ph.D., LP, ABPP (Forensic) "

(Exh. B, Index 28, p. 109-110)

2/14/2023 at 9:40 PM:

Guertin sends an email response to Dr. Jill Rogstad, with Bruce Rivers CC'd, which contains the following in the email body:

> " Jill, Regarding the other methods of being able to share information at the meeting vs. before the meeting in the form of emails: Would one of those options include an hdmi cable and a monitor? ~Matt "

(Exh. B, Index 28, p. 109-110)

2/15/2023 at 4:40 PM:

Dr. Jill Rogstad replies to Guertin's email. This email contains the following as the entire contents of the email body:

> ○ " Good afternoon, Mr. Guertin: I'm afraid I cannot provide any materials to you. However, if you have a device (e.g., phone, tablet, or laptop), I believe the Government Center has public Wifi you can access. We can discuss further what makes the most sense at the appointment on March 1, but please feel free to bring any of those devices as well as paper documentation. Best regards, Jill E. Rogstad, Ph.D., LP, ABPP (Forensic) "

(Exh. B, Index 28, p. 111)

2/15/2023 at 6:11 PM:

Guertin replies to Dr. Jill Rogstad's email, with Bruce Rivers CC'd. This email contains the following statements within it:

> ○ " Jill, This sounds good / reasonable. Thank you. One of the other things then which I am wondering then however is the following - which is essentially the same exact question asked in a variety of ways for clarity's sake: Will you be audio and video documenting our meeting? "

> ○ " If I bring a laptop / device to share with you that which pertains to the topics you would like to discuss with me will my 'presentation' of digital information also be clearly documented in a way where if our meeting was reviewed at a later date for some reason that whoever is viewing it would be able to see, hear, and clearly identify that which I am sharing with you on said device? "

> ○ " In regards to any audio or video recording of our meeting that you and the county obtain from our meeting is there some kind of standard/ protocol/procedure regarding

where that data is archived, who can access it and under what circumstances, etc, etc. What is the normal procedure basically? "

- ○ " I know that you are presented as a 'neutral' or 'objective' opinion for all intents and purposes. Based upon the fact that you are a PHD, have published papers, appear in various case law discussions in addition to the most obvious of them all which would be your current position as a clinical forensic psychologist it is obvious to me that you must be very good at what you do as a lot of people trust your opinion. So with all of that said I believe what would be a more unlikely case is if you didn't have a natural bias which weighs in favor of the state and ultimately the prosecution since that's basically your employer. I'm not talking about corruption or intentional deceit, etc... rather I am just discussing simple human nature as far as most people who are happily employed developing a healthy and natural sense of loyalty to those that employ them even if that that loyalty (bias) is on a subconscious level. "

(Exh. B, Index 28, p. 112-113)

2/16/2023 at 3:48-3:53 PM:

Two screencaptures of Guertins text message interactions between himself and his welder prior to his arrest on January  21, 2023. Guertin is still somewhat traumatized in general insofar as still being completely freaked out about the entire situation, the Ai he had never seen before that, etc and so even though he is still advancing his business forward without pause, at the same time he is still trying to make sense out of the entire situation as far as trying to better understand the many events leading up to his rather extreme decision to shoot a gun into the air to 'call' police.

(Exh. E, Index 39, p. 33-34)

2/17/2023 at 3:33-3:34 AM:

Two photographs Guertin took following the installation of the blackout fabric drapes on the walls surrounding the InfiniSet treadmill. He is nearly finished setting up the studio he had planned on previously setting up at his prior residence.

(Exh. E, Index 39, p. 34)

2/17/2023 at 9:52 AM:

A cell phone screen capture of an email sent to Guertin by his patent attorney which reads:

> " Hi Matt, Attached is a receipt for the confirmation of the third party submission of your patent, US 11,577,177 as relevant to the claims of the Trojansky/Netflix application, Serial No. 17/709,126. We have also asked to be notified when the submission is reviewed and entered. The submission will populate in the record for the pending application in a few hours and at that time, we can save a copy of the actual submission itself for your records. "

(Exh. E, Index 39, p. 34)

2/17/2023 at 9:52 AM:

Plaintiff files a successful third-party prior art submission with the USPTO against Netflix patent application 17/709,126

(Exh. B, Index 28, p. 90-95)

2/17/2023 at 10:45-10:46 AM:

Three photos showing the successful assembly of InfiniSet's new studio space. Guertin can now continue forward with his business endeavors which still involve a significant amount of programming that still needs to be completed in order to get the system to a point that it is fully functional and ready for a film demo to be scheduled.

(Exh. E, Index 39, p. 34-35)

2/17/2023 at 5:48-5:50 PM:

Two photos showing the studio following the setup of two lightboxes.

(Exh. E, Index 39, p. 35)

2/17/2023 at 2:50 PM:

Dr. Jill Rogstad replies to Guertin's email. This email contains the following as the entire contents of the email body:

> ○ " Hi Mr. Guertin, As to your question about recordings, no, Psychological Services does not audio or video record any of the evaluations the psychologists do, nor do we allow examinees to produce any such recordings. Again, there are a number of reasons for this,

which I'm happy to review on March 1. The remainder of your questions will also all be addressed at the outset of the interview on March 1, before you are asked any questions. At that time, the parameters of the evaluation will be reviewed and discussed, including my role and the differences between this kind of court-ordered evaluation and encounters you might have with a psychologist in other settings. You will also be given time to ask any questions you have that may not have been covered during this process. I am happy to discuss these issues at that time. I am going to stop responding to emails at this time, not to be rude, but because the appointment we have scheduled for March 1 is the more appropriate forum to discuss these matters. Please feel free to bring any questions with you on that date. Thank you, and I look forward to speaking with you on March 1. Best regards, Dr. Rogstad "

(Exh. B, Index 28, p. 114)

2/18/2023 at 10:37 PM:

A screencapture Guertin took of his call logs on January 15, 2023 which has the phone number for the Minneapolis US Secret Service displayed on the screen showing a total call duration of 21 minutes and 3 seconds. The call was initiated by Guertin at 12:25 PM, with the call records showing an incoming call from his welder at 12:52 PM.

(Exh. E, Index 39, p. 35)

2/19/2023 at 10:53 AM:

Guertins snaps a quick photo of the current DMX software fader levels that control the LED lighting in order to have a documented record of their current values.

(Exh. E, Index 39, p. 35)

2/20/2023 at 4:06 PM:

A cell phone screen capture of an email sent to Guertin at 8:00 AM that morning which contains the following as the entire body of the email:

- " Hi Matt, Just confirming that we've been notified that the prior art submission in the Trojansky/Netflix application has been entered. The examiner will review it once the application makes it to the examiners docket. Best Regards, Amanda "

(Exh. E, Index 39, p. 36)

2/20/2023 at 4:07 PM:

A cell phone screen capture of the same email sent at 8:00 AM to Guertin by his patent attorney, except this image shows the forwarded email that was included as part of the email contents. The forwarded email is from 'Karl.Tamai@USPTO.gov' and contains the following excerpt as part of it:

- " Submitter: The third-party submission under 37 CFR 1.290 for 17709126 filed on February 17, 2023 (02/17/2023) has been determined to be compliant with 35 U.S.C. 122(e) and 37 CFR 1.290 and is being entered into the application. "

(Exh. E, Index 39, p. 36)

2/25/2023:

Guertin records his first rough demo video of walking on the rotating treadmill prototype in which he is completely isolated from the background in one of the views as a result of the green-screen.

Vimeo.com/992146226

2/26/2023 at 11:48-11:50 AM:

Two screen captured images of a text message exchange between Guertin and one of his friends. The exchange begins with a link to a demo video that Guertin sent him the night before at 9:22 PM. At 7:16 AM on 2/26/2023 Guertin's friend responds with the following message:

- " Rad! Nicely done! Do you have the data coming out that you could just print on it by chance? And is the UE integration or FreeD there yet? "

AT 7:45 AM Guertin responds to his friend with the following:

- " No. This is simply the green screen test. I'm working on finishing up the actual motion control programming stuff right now and then once I have it all together in TD I send to Keith and he'll wrap it up and then it's demo time and I'll be able to print all of the data, etc "
- " Patience young grasshopper "

Guertin's friend replies a short time later with an emoji of an animated figure wearing sunglasses ejecting cash from a stack of bills in her left hand.

(Exh. E, Index 39, p. 36)

2/27/2023:

Plaintiff's handwritten criminal defense notes prepared prior to an in-person meeting with Bruce Rivers at his office.

(Exh. C, Index 30, p. 115)

2/27/2023 at 3:02 PM:

A picture of Bruce Rivers that Guertin took while at his office which is of an advertisement that shows Bruce Rivers sitting on a tight-wire above shark infested waters below. The slogan for the ad reads:  " Celebrating 20 years hanging with the sharks "

(Exh. E, Index 39, p. 36)

3/2/2023 at 9:44 PM:

Following the in-person meeting Guertin sends email to Dr. Jill Rogstad, with Bruce Rivers CC'd, with a language analysis matrix he produced previously while investigating the patent fraud prior to the origination of his criminal charges. Some of the statements within this email are the following"

- ○ " Jill, Per our meeting the other day here is a copy of the language matrix I created using MAXQDA which I had mentioned during our disucssion, but which is too high resolution to have printed out and include with the stack of supporting documents I provided you with. "

- ○ " This still has the original creation date of December 12th, 2022 which further supports the information I relayed to you about how I had caught on to the fraud taking place early on and had been investigating it for a while leading up to the incident that took place at my apartment resulting in the criminal charges I am currently facing. "

- ○ " It was very nice to meet you and I appreciate you taking the time to listen. Thanks again, Matthew Guertin "

(Exh. B, Index 28, p. 115; Exh. C, Index 30, p. 64  [Text 14])

3/3/2023 at 12:04 AM:

Plaintiff sends an email to Dr. Jill Rogstad, with Bruce Rivers CC'd, with additional evidence. Statements made within this email by Guertin include the following:

- " Included here is a copy of an email correspondence between me and my patent attorney discussing the fraud taking place (attached) "
- " The Police report that I filed with the Mntka PD 9 days before the incident at my apartment (attached) "
- " And my automated signup email from the Internet Archive when I signed up for my account 'PatentlyFalse' (attached) "
- " I will follow up with two additional emails - each containing one of the originally dated PDF screen captures I made of the web archives archived (supposedly) version of PhotoRobot.com/blog. I have to include in two separate emails as they are each 13mb. "
- " That is everything I will send you...meaning I am not going to keep sending any additional documents or files after the two emails following this one but I figured it wouldn't hurt to include a few more additional pieces of the puzzle which help substantiate the stuff discussed in our meeting. Thanks again! ~Matthew Guertin "

This email contains the following three attachments:

- 'Email_correspondence_with_IP_attorney_discussing_fraud.pdf' – 10.19MB
- 'WaybackMachine_signup_email__12_09_2023__02_45.pdf' – 3.26MB
- 'Mntka_PD_Police_Report__23-000151__1_12_2023__14_02.pdf' – 8.20MB

(Exh. B, Index 28, p. 126; Exh. C, Index 30, p. 102-107)

3/3/2023 at 12:07 AM:

Plaintiff sends email to Dr. Jill Rogstad, with Bruce Rivers CC'd, with a screen capture of PhotoRobot Internet Archive page. The body of the email contains the following statement:

- " First screen capture of archived page with a 'last modified' date of December 9th, 2022 @ 4:49am - the modification was me adding the wayback url to the top of each of the pages - right click and look at the document properties for additional time and date metadata information. (attached) "

It has a single file attached to it:

- 'screencapture-web-archive-org-web-20220811043707-https-www-photorobot-com-blog-2022-12-09-04_… 45.pdf' – 13.53MB

(Exh. B, Index 28, p. 127)

3/3/2023 at 12:14 AM:

Plaintiff sends the 4th and final follow-up email to Dr. Jill Rogstad, with Bruce Rivers CC'd, which contains the second screen capture of the PhotoRobot Internet Archive page. The body of this email contains the following statements within it:

- " Second screen capture of archived page - taken a few minutes later    with a 'last modified' date of December 9th, 2022 @ 4:51am "
- " Pay close attention to the top left and top right of the Wayback Machine date bar header at the top of the pages. See if you notice anything changing.… "
- " I included an edited PDF I made pointing out what is happening which also shows the document properties tab opened (attached) "
- " And that is everything! Thanks again! ~Matt "

This email contains the following two attachments:

- 'screencapture-web-archive-org-web-20221209090542-https-www-photorobot-com-blog-2022-12-09-04_… 19.pdf' – 13.82MB
- 'Show_and_tell.pdf' - 3.63 MB

(Exh. B, Index 28, p. 128)

3/7/2023 at 10:45 AM:

Dr. Jill Rogstad replies to Guertin with an email that simply states the following:

- " Thank you, Mr. Guertin. I wanted to confirm receipt of four emails with the attachments.  Best regards, Jill E. Rogstad, Ph.D., LP, ABPP (Forensic) "

(Exh. B, Index 28, p. 129)

3/8/2023 at 1:20-1:21 AM:

Seven screencaptured images from Guertin's cell phone detailing a Facebook Messenger exchange between Guertin and his business partner which all involves various aspects of programming the custom InfiniSet software controller system. The message exchanges is as follows:

GUERTIN - " Hey. Do you still have an ala cart preset system module like the stuff I've used so many times before in big grams, etc. I suppose I can just try pulling one of them out of an old project but figured I'd check first "

- BIZ PARTNER - " not atm "

" there is one in the pallette but not sure how well it's working "

○ GUERTIN - " Will the older ones work if I copy and drop in? "

○ BIZ PARTNER - " They might "

○ GUERTIN - " Otherwise it's fine. I'll make it work. I just remember always liking that"

" it's been a while… "

" Just attempting to keep this as simple and clean as possible. Pretty much everything is happening on the controller side but still trying to leave you with options for any other stuff you may want to implement, etc. "

○ BIZ PARTNER - " (thumbs up emoji) "

○ GUERTIN - " You got five minutes to talk on the phone real quick? "

○ BIZ PARTNER - " Not at the moment. Maybe later this afternoon? "

○ GUERTIN - " Sure. I'm just wondering about feeding in the actual distance in meters vs converting it to speed for the treadmill belt data. I'm pretty much done but I'm just dialing in the belt "

" I'm trying to figure out the secret for streaming in distance though... I think I  have to dynamically adjust the acceleration, deceleration, and speed settings based on the input data "

○ BIZ PARTNER - " Actually I thought I would need to do that if you provide the input to the unit. I do need to know the speed though not just the rpm "

○ GUERTIN - " Yup. I could give it to you right now and it would be good but I gotta wait until tomorrow to do one more test cause I can't run it at night. In order to run it I have it all setup with 'arm' and 'disarm' buttons, 'zero', etc. But the only input it needs then is the AC. DC, SP, and the Position. "

" input a single static position and then use the AC, DC, and SP input to determine the motion. This would work well for returning the rotation to zero slowly to restart a new scene without having to use homing button everytime since once you know the correct zero position all you have to do is keep track of it...so returning to zero is just the nearest multiple of 10,000 and then zero out all of the position data to start again. "

" I have TONS of notes which include all of the code I have running on each of the controllers "

○ BIZ PARTNER - " Okay great. No need to rush to get me something this week, I'm doing a project at the moment that is installing Friday, so putting in big days… Hopefully everything goes smoothly and it's all wrapped on the weekend. "

(Exh. E, Index 39, p. 36-37)

3/8/2023 at 7:16 AM:

A cell phone screen capture of a text message exchange between Guertin and one of his friends in California who works as a show producer in the entertainment industry. Guertin initially sent him a download link for his initial green screen testing video of the treadmill, and also included the message " Days away from a demo "

Guertin's friend replies with the following message:

○ " Whenever you are ready to sale I am ready to sell it….. so get me something to sell "
" I can have UK, Brazil, Colombia, and USA ready "
" And France "

(Exh. E, Index 39, p. 38)

3/16/2023:

Plaintiff files an IDS for his continuation patent application US 18/108,858 which names Microsoft and Dimension Studios in it.

(Exh. B, Index 28, p. 130-132)

3/24/2023 at 9:24 PM:

A random screen capture in which the following text is circled in red:

○ " Subd. 8. Dismissal of Criminal Charge. (1) Felonies. Except when the defendant is charged with murder, the criminal charges must be dismissed three years after the date of finding the defendant incompetent to proceed unless the prosecutor, before the expiration of the three-year period, files a written notice of intent to prosecute when the defendant regains competency. "

Guertin assumes this is obviously related to a discussion he had with Bruce Rivers, and his subsequent research / curiousity as it was actually Bruce Rivers who convinced Guertin that being declared incompetent would be a good thing initially even though Guertin has done nothing but continue to fight against the determination ever since being declared as such.

Meaning he never agreed with Bruce Rivers overall approach or opinion concerning the matter, and definitely didn;t consider it to be a 'good' thing as Bruce tried to present it as.

(Exh. E, Index 39, p. 40)

3/26/2023:

Plaintiff obtains 'Notice of Good Standing' for his company 'InfiniSet Inc.'

(Exh. B, Index 28, p. 133)

3/27/2023:

Plaintiff maintains evidence of communication with Netflix executives.

http://MattGuertin.Substack.com/p/3rd-party-prior-art-filed-against-netflix

(Exh. B, Index 28, p. 134-158)

4/23/2023 at 7:32 PM:

A scrren captured image of a section of Dr. Jill Rogstad's Rule 20.01 Exam Report in which Guertin has circled " he spoke of being " an engineer " in red, and also underlined the word 'revolutionary'

(Exh. E, Index 39, p. 40)

4/23/2023 at 7:36 PM:

A scrren captured image from Guertin's cell phone which contains the following text:

> " Xite Labs Credits:
>
> Client: Executive Visions
>
> Executive Creative Director: Greg Russell
>
> Technical / Creative Director: Vello Virkhaus
>
> Falcon Design, Fabrication Direction and Engineering: Matt Guertin
>
> BlackTrax System Design & Live Operations / Disguise Programming: Simon Anaya
>
> Technical Director / CG Lead: Aaron Kaminar
>
> BlackTrax / Disguise support and operation: Vincent Steenhoek "

(Exh. E, Index 39, p. 40)

4/26/2023 at 9:51 AM:

A screen captured image from Guertin's cell phone which contains the following text:

> " Designed in sketch form by Virkhaus, with Notch programming by XiteLabs' Tanner Thompson, and Resolume operation by Ivan Ceron, the set piece was engineered and built in-house at XiteLabs studio by creative technologist Matt Guertin. LED tiles from PRG were dismantled into smaller component modules, custom configured and re-wired by Guertin at XiteLabs to create smaller radius circular elements to create the smooth edges of the eye. Guertin designed and engineered 420 metal parts cut out of eight different types of material, as well as 268 individual acrylic pieces from six different materials. The estimated total number of soldering points was in the 2,000 range "

(Exh. E, Index 39, p. 40)

4/26/2023 at 10:13 AM:

Three screen captured images Guertin captured of a Facebook Messenger exchange that took place on March 19, 2022 which contains the following back and forth after Guertin's initial sharing of an animated demo video of his invention and patent concept:

- RESPECTED INDUSTRY FRIEND - " FANTASTIC!!! we've come a long way from the coffee table elevator in your living room. "

  " extremely impressive and practical product. it should revolutionize the industry. "

  " will you make and sell them? "

  " you did all that machining yourself or you have help/shop "

- GUERTIN - " I can still license perhaps but it would be way cooler to get financial backing and then be able to work with legit engineers and a team that's able to take my ideas and polish them and produce a consumer/ commercial product that's safe and up to specs. "

  " I had it all made. Laser cut dxf's...cnc from step files. All done in Rhino "

- RESPECTED INDUSTRY FRIEND - " Keep me posted please! amazing stuff! "

(Exh. E, Index 39, p. 41)

5/2/2023:

Plaintiff's email exchanges with Bruce Rivers discussing FTC fraud report and personal safety concerns.

(Exh. C, Index 30, p. 21, 71-72)

5/3/2023:

Plaintiff files incident report with the FBI via IC3.gov as previously advised to do by both his patent attorney and officer Brandon Harris of the Minnetonka Police Department both in person when Guertin met with him on January 12, 2023, and in police report 23-000151 resulting from said meeting.

(Exh. B, Index 28, p. 161-165)

5/3/2023:

Plaintiff files incident report with the FTC via ReportFraud

(Exh. B, Index 28, p. 166-167)

5/24/2023 at 2:47 PM:

Guertin receives an email reply from his then patent attorney, Amanda Prose which contains the following statement:

- ○ " I received the materials you dropped off today, thanks. Thank you also for remitting payment! We will apply the payment to any outstanding balance and reserve the rest for the forensic analysis of the hard drive. "

(Exh. S, Index 09, p. 1)

5/27/2023 at 5:42 AM:

Guertin sends an email to his patent attorney which contains the following statement:

- ○ " If the forensic analysis services were to hypothetically not work out or be ideal for some reason (meaning that I would no longer be incurring any financial obligations related to such...) then I would like to move forward as originally planned with the trademark filings I selected in my v3 version of the Madrid pdf I sent."

(Exh. S, Index 09, p. 2)

5/31/2023 at 7:34 AM:

Guertin sends an email to his patent attorney which contains the following statement within it:

- ○ " The money I gave you was specifically for filling of my trademark via the Madrid protocol and I was of the belief that there would be enough leftover to conduct the forensic analysis.

  I think it's clear from our email correspondence that this was what I at least believed to be the case.

  So I'm not saying that you are or aren't correct in whatever outstanding balance was paid via the check I gave you. Rather all I am saying is that I had to do a lot to get that money and to not have it go towards anything I thought it was going towards is what you'd call a shock."

This particular interaction regarding Guertin's determination to have a professional digital forensic analysis conducted of data that directly pertained to the issues and events directly intertwined with the origination of his criminal charges is rather compelling due to the fact that Guertin is obviously willing to go to great lengths to obtain the funds necessary for the forensic analysis to take place. It would also be logical perhaps to arrive at the conclusion that Guertin's belief of having said analysis performed will result in evidence that would serve to be at least, if not more valuable than the money and effort he's obviously willing to put forth must be rather strong.

(Exh. S, Index 09, p. 4)

6/1/2023 at 3:02 PM:

Guertin receives a reply from his patent attorney which contains the following statements within it:

- ○ " I spoke with Mark Lanterman at Computer Forensics today. He mentioned they frequently work with clients through their attorneys in order to preserve any work product privilege that could arise. He is sending over Computer Forensics' standard engagement letter. "

- ○ " I am going to review their engagement letter and I will have to pass by our firm's Board for review since the engagement letter retains our firm as a client. "

○   " After that, if our firm approves working with Computer Forensics, we would then schedule a call between you and Mr. Lanterman (I would listen in for purposes of privilege), to discuss what you need him to do with the harddrive and provide him background. "

(Exh. S, Index 09, p. 6)

6/1/2023:

Plaintiff files international trademark application 97699805 for 'INFINISET' and pays $4,320.33 to the USPTO.

https://trademarks.justia.com/976/99/infiniset-97699805.html

(Exh. B, Index 28, p. 168-170)

6/1/2023:

Plaintiff files international trademark application '1 739 675' with the WIPO for his stylized 'INFINISET' logo.

https://www.trademarkelite.com/wipo/trademark/trademark-detail/1739675/INFINISET

(Exh. B, Index 28, p. 171-172)

6/16/2023:

Following the third cancellation of his scheduled court appearance, Plaintiff sends an email to Bruce Rivers expressing concerns about a conflict of interest surrounding his YouTube stardom 1 due to Plaintiff's assertion that YouTube is directly involved in the theft of his intellectual property. Plaintiff also addresses Rivers' previous 'powerful people' comment and questions the handling of his FBI report and AI-generated video 2 analysis.

(Exh. C, Index 30, p. 23-24, 73-76)

6/18/2023: Guertin records two different screencapture videos of the custom system he's programmed. This video provides a more detailed and easy to understand presentation of how the camera, character (person), and the rotating treadmill all work together as one cohesive system in order to create the ultimate illusion. The second link listed below provides a view of the actual number involved in making all of it happen.

Vimeo.com/994413087/d60c67132e

Vimeo.com/994424875/df7bec86dd

7/2023: Guertin and his business partner have spent countless hours working on finalizing the programming required to integrate the custom system with Unreal Engine, and the mechanical operation of the treadmills belt speed and rotation so that all of them are precisely synced. By rotating the person on the treadmill, and the virtual camera inversely to one another the system results in the creation of the illusion of infinite movement through any virtual environment by the user.

Vimeo.com/992150237

7/13/2023 at 4:23 PM:
Guertin sends a text message to Bruce Rivers which is simply a picture of his InfiniSet prototype and the studio space he has now setup in his mother's living room to continue forward.
(Exh. C, Index 30, p. 81, [Texts-13-15])

7/13/2023 at 4:23 PM:
Guertin sends a text message to Bruce Rivers with a Dropbox download link sharing a demo video.
(Exh. C, Index 30, p. 81, [Texts-15])

7/13/2023 at 4:23 PM:
Guertin sends a follow-up message to Bruce Rivers which simply says: "My mommy's living room… "
(Exh. C, Index 30, p. 81, [Texts-15])

7/13/2023 at 4:33 PM:

Guertin sends another text message to Bruce Rivers:

- ○ " The 3 cameras are new. They are there for use with this website. I specifically covered this topic in my patent disclosure.

  "System may be controlled by an AI system which is able to very accurately calculate the position and angle of the cameras filming the scene"

  "User of the system may be replaced with a digital twin of themselves or a 3d character/ Avatar"

  I'm going to be rich Bruce.

  My first YouTube video I release is going to get more views than your most viewed video.

  I'm also going to hook you up with a large financial gift somewhere down the line when I have so much money i don't know what to do with myself in appreciation for you services when I get off on all of these charges "

(Exh. C, Index 30, p. 81, [Texts-15-16])

7/13/2023 at 4:33 PM:

Guertin sends a final text message to Bruce Rivers:

- ○ " That is all. Good day "

(Exh. C, Index 30, p. 81, [Texts-15, 17])

7/28/2023 at 2:18 PM:

Guertin receives USPS mail from Michael Biglow who is apparently his court appointed attorney. The contnets of the mail alerts Guertin to the fact that an order of Civil Commitment has been filed against him by the State of Minnesota. Shocked and confused Guertin texts a photo of the letter to Bruce Rivers.

(Exh. C, Index 30, p. 81, [Texts-17-18])

7/28/2023 at 3:15 PM:

Guertin texts Bruce Rivers again:

> " So is there really a civil commitment hearing though? As in the judge made the determination that I'm incompetent? "

(Exh. C, Index 30, p. 81-82, [Texts-17-19])

7/28/2023 at 3:16 PM:

Bruce Rivers replies to Guertin:

> " Yes "

> " I'll represent you "

(Exh. C, Index 30, p. 81-82, [Texts-17-19])

7/28/2023 at 3:16 PM:

Guertin replies to Bruce Rivers:

> " When is it scheduled for though? "

(Exh. C, Index 30, p. 82, [Texts-19])

7/28/2023 at 3:17 PM:

Bruce Rivers replies to Guertin:

> " Initial appearance "

(Exh. C, Index 30, p. 82, [Texts-19])

7/28/2023 at 3:19 PM:

Guertin replies to Bruce Rivers:

> " So I will still be free and have no possibility of being locked away for how long exactly? I'm just about to launch this company for real.. "

(Exh. C, Index 30, p. 82, [Texts-19])

7/28/2023 at 3:19 PM:

Bruce Rivers replies to Guertin:

> " No "

(Exh. C, Index 30, p. 82, [Texts-19])

7/28/2023 at 3:20 PM:

Guertin replies to Bruce Rivers:

" When is my initial appearance? "

(Exh. C, Index 30, p. 82, [Texts-19])

7/28/2023 at 3:20 PM:

Bruce Rivers replies to Guertin:

" I mean you will be free "

(Exh. C, Index 30, p. 82, [Texts-19])

7/28/2023 at 3:20 PM:

Bruce Rivers replies to Guertin:

" August 1 "

(Exh. C, Index 30, p. 82, [Texts-19-20])

7/28/2023 at 3:21 PM:

Guertin replies to Bruce Rivers:

" This is crazy "

(Exh. C, Index 30, p. 82, [Texts-20])

7/28/2023 at 4:17 PM:

Guertin sends another text to Bruce Rivers:

" Can you call me later and talk for a second at some point? I need to know what to tell my investors... the people who want to put money into my startup "

(Exh. C, Index 30, p. 82, [Texts-20])

7/28/2023 at 4:27 PM:

Guertin sends another text message to Bruce Rivers:

" I'm just about to launch the something that's going to get a massive amount of attention. The people I've showed it to at www.xxxxxxx and www.xxxxxxx are all flipping out. The xxxxx dude said "This is amazing!" And there's all sorts of chatter on xxxxxx discord. I now have 8 cameras setup and all recording simultaneously and literally just wrapping up the software I've written - the unreal engine part is already programmed.

I'm renting a professional cinema camera to film it. I'm running up credits cards to buy the final pieces I need. This is it. Make it break.

At the same time this is going on I have the state of Minnesota trying to commit me to a mental institution and force me to take pills I absolutely will not take under any circumstances. I've been crushing it since 2014. I have a website www.MattGuertin.com that I didn't even remember to mention in court. I was stressed out.. I thought I did shitty afterwards when I thought about it.

My life is pretty crazy right now... but I just have to stay focused on my company. The international patent filing deadline is September 19th and my attorney wants a one month lead.... so when I say this is about to happen I mean it. Sink or swim. I haven't failed a single project in over ten years. I don't plan to start any time soon.

Any type of moral support or assurances you are able to offer to me would be greatly appreciated. Thanks, Matt "

(Exh. C, Index 30, p. 82, [Texts-20-22])

8/1/2023 at 6:10 AM:

Guertin sends a text message to Bruce Rivers:

○ " Bruce, I don't know what to do or what exactly is going on. I told the attorney that sent me that letter that you were representing me and he acted like that's not possible "because this is a civil matter now"

I'm unsure what to do and I don't want to make the wrong decision or be pressured into something that could be a huge mistake on my part. "

(Exh. C, Index 30, p. 82, [Texts-23-24])

8/1/2023 at 6:12 AM:

Guertin sends a text message to Bruce Rivers:

○ " He wants me to meet with him and a 'neutral' Doctor for an hour and then go on front of a judge after that.... but shouldn't I be able to be represented by you? "

(Exh. C, Index 30, p. 82-83, [Texts-23, 25])

8/1/2023 at 6:14 AM:

Guertin sends a text message to Bruce Rivers:

○ " I left a message through your office number as well. This is all very concerning and I'm afraid of having my freedom taken away just as I'm about to launch my company and have an investor lined up. I'm hoping you or someone from your office will be able to reach out to me this morning and provide me with advice in how I should proceed. "

(Exh. C, Index 30, p. 83, [Texts-25-26])

8/1/2023 at 6:27 AM:

Guertin sends the following email to Bruce Rivers email address:

○ " Hello, The courts ended up declaring me incompetent since my omnibus hearing. I received a letter from what I assume is a state appointed defense attorney but Bruce told me "I'm defending you"

However when I spoke to Michael Biglow on the phone and relayed that I had private defense counsel he acted like I was not allowed to be represented by Bruce due to this now being "a civil matter"

He acted like Bruce isn't able to represent me or defend me against the civil commitment proceedings. I don't want to make the wrong decision which could result in me being thrown in a mental institution and I am unsure what the correct way for me to proceed today is.

I already talked to the guy on the phone yesterday for a while and I'm supposed to meet with just him and some neutrally assigned doctor today over Zoom and then after that apparently I'm going in front of a judge.....

I am not sure I should be doing this without being represented by Bruce. It would be really helpful if I could receive some guidance from someone at the office this morning so I know how to correctly proceed and protect myself. Thank you, Matthew Guertin "

(Exh. C, Index 30, p. 77)

8/1/2023 at 6:30 AM:

Guertin sends a follow-up email to Bruce Rivers in which he forwards the Zoom scheduled court hearing that is taking place at 2:30 PM that afternoon. The email simply states:

- ○ " This is the email I received regarding the zoom calls I'm scheduled to participate in today.  Thanks, Matthew Guertin "

(Exh. C, Index 30, p. 77)

8/1/2023 at 10:14am:

Plaintiff sends an email to Michael Biglow, hours ahead of their scheduled 2:30pm court appearance. The email contains 20 links and PDF documents that discredit Dr. Jill Rogstad's Rule 20.01 report. These documents aim to establish the Plaintiff's credibility by validating claims previously deemed 'delusional' and 'implausible,' which were used to support the diagnosis of incompetence.

(Exh. C, Index 30, p. 108-109)

8/1/2023 at 10:14am:

Plaintiff's 2019 Wages and Income statement is provided to Michael Biglow as part of the email attachments, showing $218,385.00

(Exh. C, Index 30, p. 112)

8/1/2023 at 10:25am:

Plaintiff sends a follow-up email to Michael Biglow emphasizing the provision of the same evidence to Dr. Jill Rogstad and her decision to ignore all of it.

(Exh. C, Index 30, p. 110)

8/3/2023 at 8:42 PM:

Guertin records a quick video 'tour' of the InfiniSet studio he's setup.

Vimeo.com/994413802/8f1b92eeb2

8/5/2023 at 12:41 AM:

Guertin receives an email with the subject line 'Assessment of Business Opportunity: Key Questions' from his friends in Vietnam who are interested in investing in his company. This email contains a list of standard business related investment questions aimed at gaining a more detailed and business oriented undertsanding of the business in general.

(Exh. S, Index 08, p. 2-3)

8/5/2023 at 2:42 AM:

Guertin send an email to his court appointed attorney Michael Biglow inquiring about traveling to Vietnam in order to establish a manufacturing process for an initial production run of 20 or so units in order to get them into studios as quickly as possible.

(Exh. S, Index 08, p. 4)

8/5/2023 at 4:45 PM:

Guertin responds to his friends in Vietnam: " Received. You have a decent size list of questions to respond to here so give me a sec. Will respond soon. "

(Exh. S, Index 08, p. 5)

8/5/2023 at 7:08 PM:

Vietnam replies: " Take your time. "

(Exh. S, Index 08, p. 6)

8/6/2023 at 6:30 AM:

Guertin sends an email to his friends in Vietnam that begins with:

- " Instead of directly answering your questions I just came to the realization that what I should start off with before anything is a preface of sorts. This 'preface of sorts' I speak of became a realization after I just spent the last four hours or so paging through www.MattGuertin.com "

This email is somewhat random, yet very personal, and insightful view of who Mr. Guertin truly is, as the email he sends is not focused on business, but rather a heartfelt glimpse into Guertin's journey following his daring move to Los Angeles in May of 2014 to pursue his dreams of traveling the world, and getting paid to do what he loved doing.

(Exh. S, Index 08, p. 7-9)

8/6/2023 at 8:01 AM:

Guertin fires off a somewhat random email to Michael Biglow which contains the following in it:

- " Mike, Not sure if it matters or not at this point but I just realized I never shared this and so I figured it wouldn't hurt - "special ops gear" as mentioned in my initial report by Dr. Rogstad that is "related to my invention" (sitting on top of it) Thanks, ~Matt "

This email has 7 files attached to it:

- ‘Inked20220108_1659422.jpg’
- ‘ODF_Optronics.jpg’
- ‘ODF_Company.jpg’
- ‘20220108_162218.jpg’
- ‘20220108_165950.jpg’
- ‘Inked20220108_165942.jpg’
- ‘20220108_165942.jpg’

(Exh. S, Index 08, p. 10)

8/8/2023 at 1:01 AM:

Guertin sends an email to Michael Biglow with the subject line 'Vietnam'. This email begins with:

> "Michael, It's actually happening. As in my investors/ friends have just directly asked me what I preemptively addressed in my other email to you regarding travel. They want me to fly over there. "

and also contains the following statement within it:

> " I just opened up my InfiniSet, Inc. corporate bank account this afternoon with US Bank at their
>
> Robbinsdale branch. My patent attorney Amanda Prose at WCK is putting together my total account expenditures thus far, current accounts payable, cost projections for all of the international patent filings, continuation in part, additional trademark filings, etc. The filing deadline officially is September 19th, Amanda wants me to have everything together by August 19th for her firm to begin the filing process.
>
> My corporate attorney Xxxxx Xxxxxxx at Hellmuth & Johnson has been notified of impending deals which will need to be discussed and negotiated. Shareholder agreements, stock assignments, etc. which will need be to be drafted and reviewed.
>
> The only unknown / loose end right now would be my current legal situation as it relates to my stayed order of commitment and the agreements I've been sent to sign. "

(Exh. S, Index 08, p. 12-14)

8/8/2023 at 7:51 AM:

Michael Biglow replies to Guertin's email with:

> " Good Morning Matt, I think we should have a phone conference about all of this...
>
> I am open after 10:00 a.m. and this afternoon. Mike "

(Exh. S, Index 08, p. 15)

8/8/2023 at 10:14 AM:

Michael Biglow sends another email to Guertin:

> " Matt, I sent an email to the county attorney regarding your general concerns about the conditions of the stay agreement. She wants to know what specific conditions that you are concerned about and that any conditions would not prevent you from traveling or running your business. Please advise. Mike "

(Exh. S, Index 08, p. 16)

8/8/2023 at 12:43 PM:

Guertin sends an email reply to Michael Biglow which contains the following statements within it:

- " In addition to sharing all of my business details and information with my friends in Vietnam I also have to provide them with a general overview of what exactly is going on with my case as they obviously would like to be assured that there isn't going to be something surrounding my case which suddenly and unexpectedly interrupts our plans to move forward (and in turn would negatively impacts their investment..) "

- " They know me well enough to not worry at all about the overall incident itself. They know I am very competent - enough that they trust investing (risking..) a large amount of money into my business ...which is essentially investing in 'me' being that it is a startup. "

- " If I were to 'travel' to Vietnam and then not come back for the entire 6 month period covered in the stay would that affect my agreement and possibly cause a revocation at all? So not just 'traveling' to Vietnam....but relocating....for an extended period of time. two or three months minimum I would guess. So I basically disappear from Minnesota...? "

- " Is there any additional information that you are able to source in regards to what my current 'legal status' is as far as being searched for a visa clearance/approval? Once again

I have no doubt that my friends can make a visa happen no matter what but I worry about what – if anything will now suddenly pop up when they search me that is related to my case. Do I still have a pending felony for a certain amount of time? etc? "

- ○ " And also just wondering in general if I should just sign this stuff vs. the risk involved and the outcome if I were to take it to trial instead? It is my belief that it is obvious I am not 'incompetent'...but I am well aware that this is my personal opinion. I ultimately just want to do what is safest and I would be lying if I said I wasn't grateful that I have somehow ended up with an outcome as good as that which I have currently ended up with and so I wouldn't want to test my luck or take any unnecessary risks. I guess I still don't really like the fact that I have been deemed incompetent for the simple fact that I know I am not incompetent. But perhaps I should just use this as a chance to practice the art of 'acceptance' and not let it bother me :-) "

(Exh. S, Index 08, p. 17-18)

8/8/2023 at 1:11 PM:

Guertin sends a follow-up email to Michael Biglow a short time later which contains the following as part of it:

- ○ " And some other questions I randomly wonder -
  1. Am I still 'out on bail' as of right now?
  2. What if anything changes as far as a public criminal/background check search when I sign
  3. these agreements and everything is 'official' as far the 'stay of commitment' agreement?
  4. There exists the possibility that I go to Vietnam and then end up flying to another country for a little bit.

  I think you are seeing the pattern of what I am worried about so I will stop asking what probably seems like the same question over and over and give you a chance to reply. I am available to hop on a call whenever that would workout best for you. I am free rest of the day and will make sure my ringer is turned on so I do not miss the call. "

(Exh. S, Index 08, p. 19)

8/8/2023 at 4:57 PM:

Guertin's business partner had previously just let him know that he flew from Canada to Los Angeles last minute to attend SIGGRAPH, and had mentioned to Guertin "I'll let you know if I see any cool stuff that would work out well for InfiniSet"

Guertin now sends an email to his business partner that instead asks the question:

" You haven't seen any InfiniSet duplicates yet at SIGGRAPH have you Xxxxxx? "

The subject line of this email is from a previously existing email chain, and reads:

'Re: Your InfiniSet, Inc Signed Documents'

(Exh. S, Index 08, p. 21)

8/8/2023 at 5:00 PM:

Guertin realizes he has heard of SIGGRAPH many times but is not sure exactly what it is and so he goes on YouTube and searches for 'SIGGRAPH'. Just three short minutes after his previous email Guertin sends another email reply to both of his business partners which reads the following:

" NETFLIX / EYELINE STUDIOS - around 3:00 mark

https://www.youtube.com/watch?v=tMpg29Vc0bU "

(Exh. S, Index 08, p. 22)

8/8/2023 at 5:38 PM:

38 minutes later Guertin sends a third email to his two business partners which contains the following statements within it:

- " https://www.youtube.com/watch?v=tMpg29Vc0bU

  58:53

  BULL SHIT lol

  Dude....This guy works at Eyeline Studios. The company that was formed and founded based around Stephan Trojanskies patent - but now they are trying to act like the same shit was already taking place in 2006! They are probably behind the PhotoRobot bullshit for all I know. "

- " The dude isn't even real that is on the treadmill and yet they show multiple avatar/digital twin copies of a fake person that obviously isn't real and try to claim it is from 2006 even though the CEO and founder of their company filed a patent for the exact

same thing 12 days after me and then had his company acquired for 100 million dollars 8 months later - and now there is a dude working for that same company who is showing off a rotating treadmill along with avatars and claiming it is from 2006. "

- ○ " It is the most illogical shit ever - the plan must be for them to get their own patent application invalidated due to fake AI generated prior art that they produced themselves. Apparently they have a fake bullshit paper to go along with it. "
- ○ " 2006. That is the claim. wow. the rabbit hole continues.… "

(Exh. S, Index 08, p. 23)

8/9/2023 at 6:16 AM:
Guertin sends an email reply to his friends in Vietnam with a Proton Drive link that contains a folder full of the various business documents, and information about his patented technology, his company Infiniset, Inc, it's legal structure, etc.
(Exh. S, Index 08, p. 24)

8/9/2023 at 11:02 AM:
Michael Biglow sends an email to Guertin:

" Hi Matt, I will be getting fairly busy here in the next two days. Should we prepare for trial or will you be sending the signed documents? Please advise. If I do not hear from you today, I will assume you want the trial and I will then let the Petitioner know. Thank you, Mike "

(Exh. S, Index 08, p. 25)

8/9/2023 at 3:29 PM:
Guertin sends an email titled 'Emergency' to his patent attorney which contains the following within it:

" Amanda, If you are available to talk on the phone for a second I have a rather new and serious fraud problem I need to get a basic opinion on asap. It involves Netflix. Thanks, ~Matt "

(Exh. S, Index 08, p. 26)

8/9/2023 at 3:40 PM:

Guertin replies to Biglow:

" Mike, I will have them over shortly. "

(Exh. S, Index 08, p. 27)

8/9/2023 at 3:40 PM:

Guertin instantly sends a quick follow-up email to Biglow:

" Just woke up "

(Exh. S, Index 08, p. 28)

8/9/2023 at 4:21 PM:

Biglow replies to Guertin with the following:

" Just in case you misplaced the documents. They are are attached here. Mike "

(Exh. S, Index 08, p. 29)

8/9/2023 at 5:03 PM:

Guertin replies to Biglow:

" Mike, Attached. Thanks, ~Matt "

(Exh. S, Index 08, p. 30)

8/10/2023 at 12:40 PM:

After not hearing back from his patent attorney concerning his email titled 'Emergency' the previous day Guertin sends an email to the entire firm that his patent attorney works with. This email has a subject line of 'Need an in person meeting at WCK asap'. This email contains the following key statements as part of it:

- " Everything is now on a very tight deadline as Amanda would like to have everything figured out by August 19th with September 19th being the official deadline to file internationally. "
- " I am of the opinion that if there is any purposeful and nefarious actions taking place in regards to my communication in general that it would be most likely to happen as I near an important deadline and need to be able to rely on all of my communication the most in

order to successfully cross the finish line - that being investment and filing of international patents. "

○ " In the interest of getting to the point what I need is to get an in person meeting setup at WCK asap to discuss a very serious issue which involves what I believe is a very obvious fraud attempt – but while even though it is obvious it is also carried out to a level that results in it being a serious issue no matter what. "

○ " I need to very quickly develop at least some kind of plan to address this and also need provide my investors with the results of the in person meeting and what all needs to be done to still file international patents while knowing that this problem exists but being confident enough in the strategy and overall plan to deal with this that they are not worried too much about it and feel safe investing a large amount of money into something very cool but which now automatically comes with what I would consider to be a rather large additional risk which could cause big problems down the line...or sooner...but regardless there will without doubt be many problems/lawsuits/etc. "

○ " I've 100% caused Netflix and Trojansky some very big headaches and worries. They have probably invested around a HALF BILLION dollars by now - They paid Trojansky 100 million at least for his company based on the Q12022 Netflix Investors report I am guessing. For that much money it would be foolish to assume they do not pull out all of the stops and use every single tool and technology available to them to know what I am up to or to simply try and prevent me from successfully pulling off that which I have been working nonstop on for the last 30 + months in order to arrive at this point. This is especially true when you also consider the fact that there are large and respected tech companies allowing them to publish fraudulent, backdated content. "

○ " SIGGRAPH 2023 San Francisco - The Full Spectrum of Virtual Production - Paul Debevec with Eyeline Studios

https://www.youtube.com/watch?v=tMpg29Vc0bU

If you go to the 58m48s mark in this Siggraph presentation and hit play you will see a motorized rotatable treadmill which rather casually gets discussed by Mr. Debevec as it comes into view.

This is apparently called 'The Light Stage' At the same time 'The Light Stage' appears in the frame so too does the name of a paper which claims to be from 2006 - It's title being 'Einarsson et al. Relighting Human Locomotion. EGSR 2006' "

○ " Based on just viewing the video normally and not doing any analyzing using color filter and other standard compositing tools available in Adobe AE & PS I am of the opinon that the man walking on the treadmill and shown many times appears to not be a real person at all - that meaning he appears to be a CGI/AI generated 3D character as opposed to a 3d charcter that was generated from an actual person as it's input data / starting point. "

○ " The CEO of Eyeline Studios is Stephan Trojansky. Eyeline Studios was formed as an agreement/partnership between Netflix, Inc and Stephan Trojansky. The sole reason for this formation between them was to focus on that which was contained within the provisional patent application filed around 8 months prior by Trojansky - that date specifically being March 31st, 2021 - which is 12 days AFTER the March 19th, 2021 date on which Amanda Prose filed my provisional patent application for the exact same thing which is titled 'Motorized Rotatable Treadmill and System for Creating The Illusion Of Movement' "

○ " USC Cinema - The same place where Paul Debevec and everything else is claimed to originate out of is included in my LinkedIn screencaps as they searched me on two separate occasions that I was able to find in the automated LinkedIn emails anyways. One search occurred on Dec 17th, 2022 and the other on Feb 5th, 2023. "

○ " I have serious investors lined up right now who are based in Vietnam. My friends are very well connected. Ultimately what I will end up with in terms of financial backing/investment into my company is the full backing of the entire country/government of Vietnam itself once I am able to officially lock in the deal. Once this happens Amanda / WCK will begin the process of filing the many international applications which need to be filed. Amanda requested I have countries picked and everything figured out by August 19th.....with the official cutoff date for international filing being September 19th, 2023. "

○ "  Things are down to the wire...but I am used to this. My main concern now is this obviously fraudulent scholarly paper which has been posted and republished in enough

places and with enough citations and suppposed references upon first glance to end up being a rather large problem I am guessing in terms of my international filings. "

○ " On the other hand I believe there also exists a rather obvious issue for Netflix / Trojansky / Eyeline Studios due to the fact that it is very obvious that the claimed 'Light Stage' along with the rotating treadmill, and the paper are nearly identical to that which is contained within Trojansky's pending application. "

○ " How exactly does Eyeline end up with a guy working for them who is now doing interviews in which he claims to have already and developed and researched the exact same technology / process that is the entire basis of the patent application, and around which the entire company was formed in the first place? "

○ " Correct me if I am wrong but is there not a clear and easy to identify issue just based on the 'Duty of Candor' requirement if this prior art is going to be taken at face value? How can Trojansky file a patent application for the exact same thing which one of his employees/partners already researched and developed 15 years prior and then have that same guy go out and concuct interviews representing his company in which he talks about research and work he did 15 years prior which would almost certainly be grounds for the comapny he is representing not receiving a patent grant due his claimed research? "

○ " I could keep going but I will leave it here for now as I believe I have done a decent job of at least establishing that there is a rather obvious and large issue that currently exists that needs to be discussed and figured out at an in person meeting asap at WCK offices downtown. "

○ " With that said I personally have what I believe is a solid plan which involves a few different angles which can be used to address this fraud as far as being able to compile large amounts of existing research papers as well as patents and applications in relevant/similar subjects and areas of study for the purpose of being able to clearly identify what no doubt will be a huge amount of documents and studies which are not fraudulent, dated before mine or Trojansky's application were filed, and after the claimed 2006 origination of this fraudulent paper and video "

This email has 8 files attached to it:

○ 'Light Stage 6 Video_claimed_as_2006___SCREENCAPS.pdf' - 12.49 MB

- ○ 'USCCINEMA_Searched_2_times_for_me.txt' - 213 bytes
- ○ 'LinkedIn_USC_Cinema_Search__Dec_17th_2022.pdf' - 216.89 KB
- ○ 'LinkedIn_USC_Cinema_Search__Feb_5th_2023.pdf' - 210.32 KB
- ○ 'NETFLIX_PATENT_APPLICATION_US20220319115A1.pdf' - 2.90 MB
- ○ 'NETFLIX_PATENT_APPLICATION_WO2022212761A1.pdf' - 3.08 MB
- ○ 'INFINISET_PATENT_HIGHLIGHTS_US11577177B2.pdf' - 73.42 KB
- ○ 'INFINISET_PATENT_US11577177B2.pdf' - 1.66 MB

(Exh. S, Index 08, p. 33-39)

8/10/2023 at 12:42 PM:

Guertin quickly follows up with a second email that simply reads: "email 2 -" and contains two additional attachments that would not fit within the 25mb limit of the initial email attachments:

- ○ 'SIGGRAPH_2023_Debevec_Screencaps.pdf' - 3.42 MB
- ○ 'NETFLIX_Acquires_SCANLINE_VFX.pdf' - 5.26 MB

(Exh. S, Index 08, p. 40)

8/10/2023 at 12:44 PM:

Guertin's patent attorney replies to his email:

" Hi Matt, Safely received. I will reply to you separately. Best regards, Amanda "

(Exh. S, Index 08, p. 41)

8/10/2023 at 12:48 PM:

Guertin's patent attorney sends another email replt to only him that reads the following:

" Hi Matt, Safely received. I am not available for an in person meeting until Tuesday. Let me know if that works for you. Best regards, Amanda "

(Exh. S, Index 08, p. 42)

8/10/2023 at 4:12 PM:

WCK shareholder Peter Sawicki sends an email replt to Guertin which reads the following:

" Dear Mr.Guertin, This is in reply to your emails.

I am a shareholder in Westman, Champlin and Koehler. I am not going to go into the details of your emails. However, the firm of Westman, Champlin and Koehler has come

to a decision that we no longer will be representing you. We will be filing petitions to withdraw from your pending patent applications and from your trademark applications. you should seek the counsel of another patent/ trademark attorney.

As far as your PCT application, I believe you have engaged the services of another company to file the national phases due in September of 2023. You will no longer receive any further communications from us on its due date.

For your information, Amanda Prose no longer offices at our downtown Minneapolis office. Your emails to her will no longer reach her, our system has been modified to do that.

We wish you luck in your future endeavors. "

(Exh. S, Index 08, p. 43)


8/10/2023 at 5:47 PM:

Guertin sends an email reply to his patent attorney without first seeing the email that had been sent to him previously by Peter Sawicki. This email reply to is focused on developing a plan to deal with the Netflix fraud Guertin has discovered in addition to acquiring all of the information, financials, documents, etc. and establishing an overall plan in general so that Guertin can continue advancing his international patent filings. Some statements from this email are:

- " I'm in need a lot of 'stuff' right now in terms of information which has either been requested specifically or which I want to make sure I'm able to provide to my friends in Vietnam. I need a comprehensive plan to deal with this new fraud as well as the photorobot stuff in terms of getting analyzed, etc "

- " I need country list for international filings and then associated costs (can be estimated but need something) An ordered list of the additional filings and whatnot I've mentioned to you such as continuation in part, all additional countries for trademark completion internationally, associated costs, etc. A complete list/spreadsheet of my total account expenditures with your firm, what I owe your firm still, the services which are associated with said costs. "

- " I need to sit down and assemble a plan for all of this in terms of the massive amount of stuff that needs to get figured out as soon as possible.... all of this is in addition to the fraud stuff that they are now asking me to update them on. "

- " Is there anyone else at your firm that I could meet with tomorrow afternoon possibly that would at least be able to provide an opinion as to the possible ramifications of what I have found in addition to helping me understand possible remedies/ angles of attack to deal with it? "

- " I'm getting a bunch of stuff together as a reply to questions the all of me related to the business in general but this additional detail that just appeared is a very big issue in my mind that needs immediate attention as it child detail the entire thing if not addressed right away. Even if it's just a written overview and suggestions for moving the international filings forward while also being able to simultaneously deal with this issue? "

(Exh. S, Index 08, p. 44-45)

8/10/2023 at 6:39 PM:

Shortly after Guertin send his email reply to his patent attorney he notices the previous email sent to him by Peter Sawicki. After reading it he is understandably surprised and so he quickly begins compiling all of the various links and whatnot that he can use to formulate a response that serves to let him know that he is in fact very serious about moving everything forward, as Guertin is convinced there must be some sort of misunderstanding that has occurred. Some statements in this email reply that Guertin sent include:

- " Could I please have a meeting to discuss what I've just read please? I have serious investment lined up from my friends in Vietnam. "

- " Everything is at a crucial point in the project I've worked on nonstop to get to right now and this is not at all how I get across the finish line finally right as I'm just about to run through it shortly. "

- " Below is a very clear demonstration of how the technology contained within the patent granted to me actually works in terms of the camera system and the entire concept as originally envisioned and my exact reason for calling your firm and talking to Amanda very excitedly back in February of 2021.
  https://www.dropbox.com/s/s7q8mhpavz4fwzs/2023-06-18%2009-07-26.mov?dl=0 "

- " Here is my current studio setup as well as the very rough demos we just filmed. The final is being filmed on a professional cinema camera rented and will be rendered frame by frame with perfect synchronization."

https://www.dropbox.com/scl/fi/w9o71zn5k27obfufmdgwh/20230803_204212.mp4?rlkey=2jxnkw7j0izkhsyt7etxyk64h&dl=0

https://www.dropbox.com/scl/fi/489vvcii4uh7phnbf5lv8/20230803_203042.mp4?rlkey=nscwn65lpk6txx1ntm0k51rtb&dl=0

https://www.dropbox.com/scl/fi/njer4bsbm55jb8c8ky4t1/UnrealEditor_GtWVshxccV.mp4?rlkey=peqnp6szaxaliv6apalyc0unj&dl=0

https://www.dropbox.com/scl/fi/50fxw1u8gw27y7kxka7m1/UnrealEditor_NdGr5z42Vp.mp4?rlkey=67sophf8ggtf07hn7duafmpif&dl=0

https://www.dropbox.com/s/fjlmrbcgyaote6e/Brand_Guidelines_v3.pdf?dl=0

https://www.dropbox.com/s/i32d75fpkmbq5ob/GS_Test2.mp4?dl=0

- ○ " This is the first and only patent I have ever filed in my life. I have designed, engineered, fabricated, and programmed the treadmill you see in my demos. It is the same exact one I wore in my patent except for the half inch of height I had to end up adding. Everything has been very stressful but I assure you I am perfectly on track right now and very serious about advancing everything across the finish line. All I ask is that you please give me one fair chance to discuss this with you first as this is the most important time of my entire life right now. That is not an understatement. "

(Exh. S, Index 08, p. 46-48)

8/10/2023 at 7:11 PM:

Guertin sends a second email reply to Peter Sawicki which contains the following statements within it:

- ○ " And you are not correct about me hiring another company to file internationally. All I did was forward marketing mail i get to Amanda and asked her if the prices I was looking at were a fair ballpark estimation of what the same services would cost through your firm to get an idea on prices overall as the investment banker that I met with in November 22 gave me grossly overinflated estimates about how much it costs to file patents internationally. "

- ○ " I work many years and dedicate a huge portion of my life to be able to have the knowledge necessary to arrive at this current point in time and I was really counting on your help right now. I'm sorry for whatever it is that upset you so much. That was not at

all my intention in any way whatsoever. If I don't get any reply or opportunity to change your mind by tomorrow I will not bother you anymore and try to figure out where I can get the help I need right now. I do not know what it means when I have a lawfirm I hired petition to get rid of me. I don't know if that will cause problems for finding and retaining a new firm. This is unbelievable. "

(Exh. S, Index 08, p. 49-50)

8/10/2023 at 8:36 PM:

Peter Sawicki replies to Guertin with the following:

" If I did not make it clear before, let me be perfectly clear now. The relationship between you and Westman, Champlin & Koehler is at an end. We will not answer any further emails.   Best Regards, Z. Peter Sawicki "

(Exh. S, Index 08, p. 51)

8/10/2023 at 10:20 PM:

Guertin receives another email from his friends in Vietnam with the subject line of 'Overview and Collaboration Inquiry for Our Upcoming Club Project'. This email contains the following statements within it:

- ○ " Matt, I'm pleased to hear that Max is interested to look at our project. To ensure both of you are aligned with our perspective, here's a brief overview "

- ○ " Interestingly, construction costs in Vietnam are relatively low, which permits us to allocate a significant portion of our budget towards equipment. For context, our last two projects had an all-inclusive cost of about 200,000 USD. We aim for a similar investment scale for our upcoming project. "

- ○ " Our objective is to incorporate innovative, industry-leading designs while also repurposing existing elements. Given Max's expertise and your recommendation, we're eager to collaborate. Would it be possible to arrange a conference call to kick-start our discussions? "

- ○ " Regarding Max's experience: could you provide us with his portfolio showcasing his past projects? A side note: You currently have the 3D mapping of our facility. Please note there have been alterations in the front as a temporary measure to refresh the club. Looking forward to discussing a possible collaboration. "

(Exh. S, Index 08, p. 52)

8/11/2023 at 12:53 PM:

LinkedIn sends an automated email to Guertin's inbox with a subject line of 'Matt, you appeared in 18 searches this week'. The five entities who are displayed in the body of the email reveal the US Air Force, and US Department of State as entities who conducted a search for Guertin's LinkedIn profile page sometime during the prior week.

(Exh. S, Index 08, p. 54)

9/7/2023:

Plaintiff files a second police report for patent fraud with the Plymouth, MN Police Department. This resulted in police report #23-033797

(Exh. B, Index 28, p. 189-190)

9/20/2023:

Plaintiff uses the US Senate website to send an email message to US Senator Amy Klobuchar, detailing the challenges he is experiencing due to patent theft and fraudulent activities by Netflix and others. In the email, he also addresses his belief that advanced AI technology is being utilized to facilitate the theft through the production of fraudulent documents and videos. 1

(Exh. B, Index 28, p. 191-197)

10/2023:

While using ChatGPT to help analyze and better understand the purpose of academic research papers that Plaintiff identified as fraudulently created and backdated to an accredited academic publishing sites, Plaintiff inadvertently produced an analysis which indicated that his patented technology has 'vast' implications in military training simulations.

(Exh. C, Index 30, p. 34, 67-70)

10/3/2023:

Plaintiff is emailed a Privacy Act Release Form from Senator Amy Klobuchar's office via staffer Hanna Welch

(Exh. B, Index 28, p. 198)

10/6/2023:

Plaintiff returns the signed Privacy Act Release Form to Senator Klobuchar's office, enabling assistance with the USPTO, and his patent fraud concerns

(Exh. B, Index 28, p. 199-203)


10/10/2023 at 1:02pm:

Senator Klobuchar's office confirms receipt of Plaintiff's Privacy Act Release Form, and requests supporting documents for the inquiry

(Exh. B, Index 28, p. 204)


10/10/2023 at 3:36pm:

Plaintiff sends additional evidence and Substack article links to Senator Klobuchar's office to support his claims of fraudulent activities

(Exh. B, Index 28, p. 205-208)


10/11/2023 at 11:18am:

Plaintiff informs Senator Klobuchar's office about the identical nature of the Netflix patent application when compared to his own granted US Patent 11,577,177.

(Exh. B, Index 28, p. 209)


10/11/2023 at 11:39am:

A comprehensive collection of documents related to Plaintiff's patent and the USPTO is emailed to Senator Klobuchar's office

(Exh. B, Index 28, p. 210)


10/11/2023 at 12:07pm:

Plaintiff sends additional evidence to Senator Klobuchar's office regarding AI-generated, backdated content on YouTube and its inconsistencies.

(Exh. B, Index 28, p. 211-212)

10/12/2023:

Plaintiff sends certified mail to Senator Klobuchar's office which includes a Substack article highlighting the search for Plaintiff's LinkedIn page by the US State Department.

(Exh. B, Index 28, p. 216-222)

10/16/2023 at 3:43pm:

Plaintiff sends a follow-up email to Senator Klobuchar's asking about updates on the status of his case, and expressing concerns about US Army involvement in the theft of his intellectual property.

(Exh. B, Index 28, p. 213-214)

11/7/2023:

Netflix patent US 11,810,254 is published, and has the Plaintiff's name and patent number listed at the VERY top of it.

https://patents.justia.com/patent/11810254#citations

(Exh. B, Index 28, p. 224)

InfiniSet vs. Netflix Patent Analysis:

Plaintiff conducts a comparative analysis of US11,577,177 and US11,810,254 which suggests the Netflix patent should not have been granted based on a lack of novelty.

(Exh. C, Index 30, p. 94-95)

12/5/2023:

Plaintiff receives a Non-Final Office Action from the USPTO for his continuation patent application US 18/108,858

(Exh. B, Index 28, p. 225-231)

1/3/2024:

Plaintiff participates in his second Rule 20.01 exam meeting via a two hour long Zoom meeting with Dr. Adam Milz. Prior to the Zoom meeting Plaintiff sends an email to Dr. Adam Milz alerting him to the fraudulent discovery materials.

(Exh. A, Index 29, p. 36-40)

1/5/2024:

Plaintiff files his first ever court motion, a 'Demand or Request for Discovery'. This request specifically cited Minn. R. Crim. P. 9, and included requests for all Brady material, squad video, audio tapes, and all 104 police photographs taken by the Minnetonka Police Department on January 21, 2023

(Exh. A, Index 22)

1/30/2024:

Plaintiff files a motion for continuance into his civil case, addressing the need for additional time due to insufficient preparation and lack of essential medical records.

(Exh. K, Index 36)

1/30/2024:

Plaintiff files a motion for production of medical records into his civil case, seeking to compel provision of Dr. Adam Milz's Rule 20.01 exam report.

(Exh. K, Index 37)

2/20/2024:

Plaintiff verifies the standing of his company 'InfiniSet, Inc.' through the Minnesota Secretary of State website.

(Exh. B, Index 28, p. 254)

3/4/2024:

Plaintiff mails a 'PETITION FOR EXTENSION OF TIME UNDER 37 CFR 1.136(a)' to the USPTO, requesting a two-month extension to respond to the non-final office action issued for his continuation patent application 18/108,858.

(Exh. B, Index 28, p. 255-261)

4/3/2024:

Plaintiff files a pro se 'Petition to Proceed as Pro Se Counsel' in his criminal case, seeking to assume the responsibility of defending himself. This decision is prompted by Bruce Rivers' refusal to provide discovery and exam reports, and his failure to actively advocate for his client's interests.

(Exh. A, Index 27)

4/3/2024:

Plaintiff sends an email to Bruce Rivers advising him that he would like to dismiss him as his defense counsel and represent himself moving forward.

(Exh. D, Index 38, p. 144-147)

4/3/2024:

Plaintiff files a pro se 'Motion for Judicial Notice' in his criminal case, consisting of 78 individually labeled exhibits spanning a total of 271 pages, including the body of the motion itself.

(Exh. B, Index 28)

4/4/2024:

Plaintiff files a pro se 'Motion to Compel Discovery and Affidavit of Fact' in his criminal case, highlighting the State's failure to provide requested discovery materials and exposing fraudulent discovery photographs. This motion includes a total of 15 exhibits: Plaintiff's Affidavit of Fact, an email from Michael Biglow verifying the Plaintiff's original source of the fraudulent discovery, the PDF containing the fraudulent discovery and its metadata, excerpts from Dr. Jill Rogstad's and Michael Robertson's reports highlighting discrepancies in the total number of images, analyses of photographic aspect ratios and evidence of manipulation, and an email correspondence with Dr. Adam Milz prior to the Plaintiff's meeting with him on January 3, 2024, in which he alerted him to the fraudulent discovery.

(Exh. A, Index 29)

4/4/2024:

Plaintiff files a pro se 'Motion to Compel the Production of Medical Records' into his civil commitment case, as he has still not been provided with the Rule 20.01 Exam Report from January.

(Exh. K, Index 43)

4/9/2024:

Plaintiff files a pro se 'Affidavit of Fact' in his criminal case, providing extensive background information and insight into events related to his court case, as well as the broader criminal conspiracy involving the theft of his intellectual property. This affidavit consists of 32 individually labeled exhibits and spans a total of 213 pages, 52 of which make up the motion itself.

(Exh. C, Index 30)

4/18/2024 at 7:27am:

Plaintiff sends Bruce Rivers a text message advising him to withdraw as defense counsel, to which Rivers replies, "Call me." Plaintiff did not call him and has no further intention of communicating with him, having lost all trust and respect for Mr. Rivers, which had been a cornerstone of their 20+ year relationship.

(Exh. D, Index 38, p. 31, 148)

5/3/2024:

Plaintiff files a pro se follow-up correspondence into his criminal case, addressing both the court's and his defense counsel's failure to acknowledge his previously filed motions for judicial notice, discovery, and medical records. He emphasizes the detrimental impact of the State's failure to provide requested materials, particularly fraudulent discovery photographs. The correspondence highlights the court's procedural obligations and the significant anxiety and concern caused by the court's inaction. Plaintiff requests an expedited review of his pending motions and an update on the court's intended actions to ensure procedural fairness and his mental well-being. Additionally, Plaintiff alerts the court that he is meeting all the terms of his agreement for his stayed order of civil commitment as required.

(Exh. A, Index 36)

5/3/2024:

Plaintiff files a pro se 'Affidavit of Fact' in his criminal case, detailing his extensive data analysis of Minnesota Court Records Online (MCRO) case files. This analysis involved downloading and examining 3,556 criminal case files 1 across 163 unique case IDs, focusing on the involvement of three judicial officers: Judge Julia Dayton Klein, Referee Danielle C. Mercurio, and Referee George Borer. The document includes detailed exhibits on shared judicial assignments, analysis of case handling, and evidence of potential manipulation in the assignment of judges to specific cases. Plaintiff asserts that this analysis supports concerns about the fairness and impartiality of his own court proceedings.

(Exh. A, Index 37)

5/6/2024:

Plaintiff files a pro se 'Affidavit of Fact' in his criminal case, sharing a substantial amount of additional emails between himself and Bruce Rivers. These communications are all relevant to Plaintiff's claims of misconduct, bias, and ineffective assistance of counsel, among other issues.

(Exh. D, Index 38)

5/6/2024:

Plaintiff files a pro se 'Affidavit of Fact' into his criminal case sharing a chronological photo timeline detailing his extensive business and patent related endeavors both before, and after January 21, 2023 when his criminal charges originated.

(Exh. E, Index 39)

5/10/2024:

Plaintiff files a 'Petition for Discretionary Review' pursuant to Minn. R. Crim. P. 28.02 and Minn. R. Civ. App. P. 105 with the Minnesota Court of Appeals, citing the April 12, 2024 court order by Judge Julia Dayton Klein denying his petition to proceed as pro se counsel. This order is used to bring the many unprecedented and extremely concerning issues before the appellate court that have been, and are continuing to take place in his Hennepin County District Court proceedings. The petition includes a total of ten individual addenda submitted as part of the original filing to comply with the appellate court's 50-page limit imposed in Minn. R. Civ. App. P. 130.02(b).

(Exh. F, Index 1)

5/13/2024:

Plaintiff's filing is accepted by the Minnesota Court of Appeals and assigned case number A24-0780.

(Exh. F, Index 15)

5/14/2024:

Plaintiff submits a pro se 'Correspondence of Supplementary Addendum Information' in his appellate case to provide the court with an organized and 'all in one' detailed overview of the 10 addenda submitted in his initial filing. He was unable to incorporate proper citation references into the petition itself due to the last-minute nature of the case and the demands of ensuring it was filed before the 30-day deadline.

(Exh. F, Index 16)

5/14/2024:

Plaintiff files a pro se 'Motion for Public Access to Appellate Filings' in his appellate case. This motion emphasizes the need for transparency and public trust in the judicial process, citing significant allegations of judicial misconduct, procedural errors, and evidence manipulation.

(Exh. F, Index 17)

5/14/2024:

Plaintiff files a pro se 'Motion for IFP' into his appellate case pursuant to Minn. R. Civ. App. P. 103.01, subd. 3(c), and seeks to waive the $550 filing fee due to his involvement in proceedings under Minnesota Statutes chapter 253B. Guertin provides supporting documentation, including his waiver and acceptance of the terms of his stayed order of civil commitment. He argues that his appeal qualifies for the fee waiver despite not directly appealing the civil commitment case, due to his status as a party in related proceedings.

(Exh. F, Index 18)

5/16/2024:

Plaintiff filed a 'Corrective Affidavit of Service' into his appellate case to address potential discrepancies in his initially filed proof of service. Guertin realized the discrepancies after noticing that his petition for discretionary review and other key documents were marked as

'under review' in the Hennepin County District Court's e-file and serve system. To correct this, he resubmitted all original appellate court documents into his criminal case, while being sure to select the 'e-file and serve' option instead of only 'serve.'

(Exh. F, Index 20)

5/28/2024:

Plaintiff files a pro se 'Motion for Waiver of Fees Pursuant to Rule 103.01 subd. 3(c)' into his appellate case. This follow-up motion renames the original filing to directly reference the specific rule, which was not addressed in Chief Judge Susan L. Segal's prior order. The motion again seeks to waive the $550 filing fee based on Guertin's involvement in proceedings under Minnesota Statutes Chapter 253B.

(Exh. F, Index 25)

5/28/2024:

Plaintiff files a pro se 'Motion for Judicial Notice: A' into his appellate case, requesting the court to acknowledge Exhibit A. The exhibit contains a chronological event timeline, providing a detailed and comprehensive overview of the case proceedings and significant events. This compilation is essential for understanding the case history and the context of the issues raised.

The motion aims to ensure that the appellate court has a clear and accurate record of all relevant events and documents.

(Exh. F, Index 26)

5/28/2024:

Plaintiff files a pro se 'Motion for Judicial Notice: B' into his appellate case, requesting the court to acknowledge Exhibit A. This exhibit provides a detailed, factual account challenging the findings of incompetency in the initial forensic evaluation report by Dr. Jill Rogstad. It includes records, correspondence, and evidence supporting the Plaintiff's competency and mental state. The motion aims to highlight procedural irregularities and discrepancies in the forensic evaluation report, presenting a thorough examination of the petitioner's ability to understand the legal proceedings, participate in his defense, and consult rationally with counsel. Notably, every fact the court is being requested to take notice of is part of the lower court case record, due to the

Plaintiff personally and systematically submitting all of into the record via his many pro se submitted filings.

(Exh. F, Index 27)

5/28/2024:

Plaintiff files a pro se 'Motion for Judicial Notice: C' into his appellate case, requesting the court to acknowledge Exhibit A. This exhibit contains documentation related to Guertin's USPTO extension request, including scans of payment receipts, shipping labels, and correspondence with the USPTO. The motion aims to provide essential context and support for the case, specifically relating to the petitioner's patent and related legal proceedings.

(Exh. F, Index 28)

5/28/2024:

Plaintiff files a pro se 'Motion for Judicial Notice: D' into his appellate case, highlighting a profound inconsistency between the lower and higher courts. This concise motion requests the court to acknowledge that he is recognized as a pro se litigant by the appellate court, which stands in contrast to the lower court's finding of incompetence. The motion presents a significant discrepancy in judicial recognition of competence, raising a substantial legal question that the court must address. Despite its brevity, the motion is notably compelling, underscoring a substantial judicial inconsistency.

(Exh. F, Index 29)

5/29/2024:

Despite firmly believing that he met the criteria for a waiver of the filing fee, Guertin decided not to let the progression of his appellate case hinge on this single argument. On May 29, 2024, he drove to the State capital and paid the $550 filing fee in cash, to the clerk of the appellate court. This resolved the only remaining deficiency in his appellate case, allowing it to continue forward unabated.

5/30/2024:

Plaintiff files a pro se 'Motion for Leave to File Late Response to Respondent's Objection' to his petition for discretionary review. Guertin cites the complexity of his case and his pro se status as reasons for the delay, emphasizing the need for thorough research and preparation to ensure a comprehensive response. In his response to the State's objection, Guertin strategically begins by redirecting the focus back to the serious allegation of fraud on the court, which the State ignored in its response. His well-structured arguments highlight significant procedural and evidentiary inconsistencies, including numerous index citations referencing a substantial amount of supporting evidence. Guertin's response effectively challenges the State's position and underscores the need of addressing the fraudulent discovery, judicial misconduct, and the continuing ineffective assistance of his defense counsel, Bruce Rivers.

(Exh. F, Index 30)

6/3/2024:

Plaintiff filed a pro se 'Motion to Compel Discovery' addressing critical constitutional violations in his case. It highlights the failure of the State to provide essential discovery materials despite multiple formal requests and follow-ups, undermining his due process rights and ability to prepare a proper defense. The document details procedural violations and ineffective assistance of counsel, requesting urgent court intervention to ensure transparency and fairness in the judicial process. Notably this is the third motion filed pro se by Plaintiff requesting discovery, and the second 'Motion to Compel Discovery' he has filed.

(Exh. A, Index 22, 29, 90)

6/3/2024:

Plaintiff filed a pro se 'Motion for Substitute Counsel' requesting the appointment of substitute counsel due to significant constitutional violations and ineffective assistance of his current attorney, Bruce Rivers. The motion details multiple instances where Mr. Rivers failed to provide essential discovery materials, present exculpatory evidence, and honor commitments, including a conflict of interest that undermines his ability to provide effective representation. Previous attempts to address these issues have been ignored, necessitating urgent Federal intervention to ensure a fair trial and protect the Plaintiff's constitutional rights.

(Exh. A, Index 91)

6/3/2024:

Plaintiff submitted his second follow-up correspondence to the MN 4th Judicial District Court addressing ongoing constitutional violations due to the failure to provide essential discovery materials. Despite multiple formal requests and a motion to compel discovery, the Plaintiff has not received the necessary materials for his defense. This letter underscores the significant impairment of his right to due process and requests prompt court intervention. It also references the previously filed motions for substitute counsel and to compel discovery, emphasizing the need for transparency and effective legal representation.

(Exh. A, Index 92)

6/6/2024 at 6:56am:

Plaintiff sends a third request to his currently ineffective defense counsel, Bruce Rivers, to withdrawal from his case which states the following:

> "I DO NOT WANT TO BE REPRESENTED BY YOU ANYMORE.
> I DON'T TRUST YOU.
> PLEASE WITHDRAWAL FROM MY CASE.
> I want a public defender.
> I want discovery.
> I still want my Rule 20 exam from last January.
> I'm not calling you"

(Exh. N, Index 04, p. 16, 26)

7/8/2024:

Guertin files his complaint in the MN District Court, and initiates case 24-CV-2646 'Guertin v. Hennepin County et al'

## GUERTIN'S ACCOMPLISHMENTS WHILE BEING PRESCRIBED THE SAME ADDERALL PRESCRIPTION SINCE 2016

**2016:**

Guertin designs, engineers, fabricates, and programs a completely custom, interactive LED Roland V-Drum set and 'LiteBeats' is born. Guertin is still a partner in the business.

MattGuertin.com/portfolio/litebeats/

XiteLabs.com/portfolio/lite-beats/

Guertin Travels To Vietnam for 30 days to install a completely custom visual FX system he programmed for BlueMoon Nightclub in VungTau, Vietnam.

MattGuertin.com/portfolio/bluemoon2016/

Vimeo.com/992083751

Guertin is the touring VJ and systems operator for Big Grams 2016 Festival tour utilizing 4 Microsoft Kinects. Tour begins at Red Rocks in Colorado and ends at Outside Lands Music Festival in San Francisco.

MattGuertin.com/portfolio/biggrams/

Guertin travels to Miami to help Rabbit In The Moon with last minute programming of lighting and visuals for their live performance at Ultra Music Festival.

MattGuertin.com/portfolio/rabbitinthemoon/

**2017:**

During some down time Guertin programs 'V2' of his personal project utilizing a Microsoft Kinect to provide an interactive virtual surface based on the Kinect's depth sensing technology.

MattGuertin.com/portfolio/kinectv2/

Guertin begins programming Vello Virkhaus's custom VJ system for Ultra Music Festival Miami as well as all of the Ultra Worldwide International shows.

MattGuertin.com/portfolio/ultra/

Guertin spends a couple weeks pre-programming a custom VJ system for XS Nightclub at Wynnn Hotel in Las Vegas. Guertin and Vello then fly to Las Vegas to oversee the installation of the new VJ system.

MattGuertin.com/portfolio/xs/

**2018:**

Guertin programs a custom projection mapping system utilizing 3 projectors, on two separate surfaces for Lure Nightclub in Hollywood.

MattGuertin.com/portfolio/lure/

Guertin designs and engineers a custom 2-way mirror solution that replaces an LED tile allowing a film camera to view a show participant as they are contained within a circular LED volume.

MattGuertin.com/portfolio/twowaymirror/

During down time Guertin programs 'V3' of his personal project utilizing a Microsoft Kinect and an HTC Vive VR Headset to provide an interactive 3D Virtual Reality touch surface.

MattGuertin.com/portfolio/kinectv3/

Guertin helps create a 3d model of custom stage structures, set pieces, and ramps allowing for accurate fabrication of the pieces on site. He then uses the same 3D models to set up and program the D3 Media Server that will be used to run the show, and accurately projection map the set pieces once fabricated.

MattGuertin.com/portfolio/qiddiya/

XiteLabs.com/portfolio/qiddiya-ground-breaking-2018/

ExecutiveVisions.com/event/launch-event-qiddiya-evi-case-study

Guertin creates a production design for an interactive LED promotional experience. Client is a well known corporation headqaurtered in downtown Minneapolis which cannot be named.

MattGuertin.com/portfolio/nda2/

Guertin programs a completely custom media server system in Touchdesigner for the LA Philharmonic's 100th Anniversary Show at the Hollywood Bowl. 20,000 people are in attendance for a surprise appearance by John Willimas who leads the orchestara in a live performance of the Star Wars theme.

MattGuertin.com/portfolio/hollywoodbowl/

XiteLabs.com/portfolio/laphil_100th_anniversary_concert/

**2019:**

Guertin programs a custom pre-vis system to aid in the programming and visual presentation of Bad Bunny's '360 Tour'

MattGuertin.com/portfolio/badbunny360/

Guertin designs, engineers, and oversees fabrication, programming, and on-site setup and tear-down of Bad Bunny's mainstage set piece during both weeks of his 2019 Coachella mainstage performances.

MattGuertin.com/portfolio/badbunnyeye/

XiteLabs.com/portfolio/bad-bunny-x100pre-tour/

Etonline.com/bad-bunny-slays-coachella-with-mind-blowing-performance-123381

Buzzfeed.com/javiermoreno/bad-bunny-cochella

Billboard.com/culture/events/bad-bunny-coachella-2019-performance-recap-8507065/

Guertin designs, engineers, and oversees fabrication of a 50-foot wide falcon that was puppetted by 24 people as it was tracked via 53 infrared beacons and projection mapped in real-time as it flew across the stage with 8 x 40k laser projectors. Falcon performance was successfully executed during the 'The UNESCO World Heritage Site World Inauguration of Diriyah' which took place in Riyadh, Saudi Arabia and was live-broadcast on international television.

MattGuertin.com/portfolio/falcon/

XiteLabs.com/portfolio/diriyah-3d-projection-mapping/

ExecutiveVisions.com/event/diriyah-the-royal-inauguration

**2020:**

Guertin purchases a Faro S-150 3D Scanner in order to start conducting site-studies for projection mapping projects and production design. His first ever 3D scan is of the old Nestle headquarters located in downtown Glendale, CA

MattGuertin.com/portfolio/nestle/

Vimeo.com/494026015

After moving back to Minneapolis in April of 2020 due to COVID-19 Guertin continues to learn about his new 3D scanner. Some of his personal scanning projects include Como Park in St. Paul, MN as well as a private residence in Wayzata, MN for a private pool party production design.

MattGuertin.com/portfolio/3dscan/

Vimeo.com/485263752

Vimeo.com/486279238

At the very end of June, Guertin drives to Chicago last minute with his 3D laser scanner and a drone to to create a 3D model of Grant Park where Lollapalooza is normally held so that a friend can create a virtual DJ performance for an artist since the 'real' one is cancelled due to COVID-19. Upon completion, and sharing of the final 4k render that Guertin produced he receives a substantial amount of attention and interest across a variety of industries including film production, visual fx, and even receives a job offer directly from the 'RealityCapture' software company who is interested in him being a salesman. Guertin additionally receives a 'Reality Capture Scan of the Month Award' for this project.

MattGuertin.com/portfolio/chicago/

Vimeo.com/486278234

YouTube.com/watch?v=PfzdaZbUrFc

Guertin uses his 3D scanner and a drone to produce a photo-realistic 3D model of a tree a few blocks away from his new apartment in Minnetonka, MN. Guertin also received an award from Reality Capture software for this 3D scan as well during the same month.

MattGuertin.com/portfolio/tree/

YouTube.com/watch?v=PfzdaZbUrFc

Guertin uses his Faro S-150 3D Scanner and a drone to create a photorealistic 3D model of the historic Wyman Building located in downtown Minneapolis, MN

MattGuertin.com/portfolio/wyman/

Vimeo.com/486298965

Guertin conducts a remote 3D scan of Blue Moon Nightclub in VungTau, Vietnam. He arranges for a company in Ho Chi Minh City to conduct the actual on-site scanning acquisition, and then Guertin processes the point cloud data in order to produce the final 3d model of the club.

MattGuertin.com/portfolio/bluemoon3d/

Vimeo.com/494297948

**2021:**

Beginning in November of 2020 Guertin proceeds to organize and compile all of his content, learn how to assemble a professional website for his first time ever, and then produces all of the custom videos featured on his personal portfolio website he has created.

MattGuertin.Substack.com/p/create-matt-guertin-dot-com

MattGuertin.com

**2/3/2021:** Guertin conceives the concept for InfiniSet. He spends the next month and a half designing and engineering a rough draft of the mechanical device, and assembling a 19 page PDF presentation that was used as the document for his provisional patent filing.

MattGuertin.Substack.com/p/infiniset-concept-is-conceived

**3/19/2021:** Guertin files his first ever provisional patent application with the USPTO through his newly acquired patent attorney

MattGuertin.Substack.com/p/my-provisional-patent-application-is-filed

**2021 - 2023:** Guertin invests all of his time, money, and focus solely on designing, engineering, and fabricating a working prototype of his patented technology in addition to carrying out all of the necessary requirements of establishing his corporate business structure, and a brand identity for his company InfiniSet, Inc.

MattGuertin.Substack.com/p/2021-2023-building-business-and-prototype

**2022:**

**6/24/2022:** A video sharing a detailed tour of the custom machine Guertin has built. He was personally responsible for every single aspect of the design and engineering. This included the sourcing of all required parts, as well as producing all of the manufacturing files, and handing all production and logistics required in order to have the many pieces arrive at his door without any oversights or errors.

Vimeo.com/992160449/9e5670f176

**7/2/2022:** A video of the first time Guertin powers up the entire unit, which includes all of the power and ethernet data that is being transferred through the rotating slip ring device that provides infinite rotation.

Vimeo.com/992167622/4d6d1af869

**8/8/2022:** Guertin records a video of the calibration process in which he is utilzing a digital measuring wheel to be able to calculate the conversion from the servo motor rotations to 50 yards of belt travel. This calibration process is critically important as it results in being able to precisely sync the distance the belt travels in the real world with its digital counterpart.

Vimeo.com/992170206/8a844b388e

**8/30/2022:** Guertin records another video in which he now has all four of the servo motors running in unison.

Vimeo.com/992170395/b5280db14c

**9/25/2022:** A quick video to document the new feature Guertin was able to implement in his existing design through only a few minor modifications.

Vimeo.com/992170574/fd94898c23

**10/8/2022:** Guertin records the first video of himself finally figuring out the necessary servo programming needed in order to get his treadmill to run at sprinting speed.

Vimeo.com/994425303/23594bfe86

**2023:**

**2/12/2023:** Guertin has completed the move from his previous residence in Minnetonka to his mom's where he very quickly paints the ceiling black, hangs the black fabric he previously had acquired, and continues forward with setting up the studio he was previously in the process of constructing.

MattGuertin.Substack.com/p/move-the-studio-to-moms-and-continue-on

**2/14/2023:** Guertin is officially granted his first ever patent – US 11,577,177. This patent is assigned to his company InfiniSet, Inc.

Patents.Google.com/Patent/US11577177B2/en

**2/25/2023:** Guertin records his first rough demo video of walking on the rotating treadmill prototype in which he is completely isolated from the background in one of the views as a result of the green-screen.

Vimeo.com/992146226

**6/18/2023:** Guertin records two different screencapture videos of the custom system he's programmed. This video provides a more detailed and easy to understand presentation of how the camera, character (person), and the rotating treadmill all work together as one cohesive system in order to create the ultimate illusion. The second link listed below provides a view of the actual number involved in making all of it happen.

Vimeo.com/994413087/d60c67132e

Vimeo.com/994424875/df7bec86dd

**7/2023:** Guertin and his business partner have spent countless hours working on finalizing the programming required to integrate the custom system with Unreal Engine, and the mechanical operation of the treadmills belt speed and rotation so that all of them are precisely synced. By rotating the person on the treadmill, and the virtual camera inversely to one another the system results in the creation of the illusion of infinite movement through any virtual environment by the user.

Vimeo.com/992150237

**8/3/2023 at 8:30 PM:** A video documenting the completed multi-camera recording and playback system which is capable of capturing, and playing six 1920 x 1080, and a 3840 x 2160 camera at 60fps with perfectly matched frames. The bitrate is maintained by splitting up the recording and playback between two dedicated nvme drives where each second of video footage captured resultes in approximately 75GB of data.

Vimeo.com/994413598/cce9683a5f

**8/3/2023 at 8:42 PM:** Guertin records a quick video 'tour' of the InfiniSet studio he's setup.

Vimeo.com/994413802/8f1b92eeb2

**2024:**

**Mid-February 2024:** Guertin produces a professional promotional video for his InifniSet concept which is to be used to solicit interest from potential investors.

Vimeo.com/992111763