**EXHIBIT A** [1]

Key Documents Submitted In Guertin's Hennepin County District Court Criminal Case 27-CR-23-1886. All of these index numbers cited match those of the courts official case record.

_____

**Index 00**  |  06/03/24,  27-CR-23-1886 | Case Event Timeline

**Index 01**  |  01/24/23,  Comp Order for Detention

**Index 04**  |  01/25/23,  Order Evaluation for Competency to Proceed Rule 20.01

**Index 05**  |  01/25/23,  Non-Cash Bond Posted

**Index 06**  |  01/25/23,  Law Enforcement Notice of Release and Appearance

**Index 09**  |  02/20/23,  Certificate of Representation | Bruce Rivers

**Index 10**  |  02/20/23,  Demand or Request for Discovery | Bruce Rivers

**Index 11**  |  02/20/23,  Request for Continuance | Bruce Rivers

**Index 13**  |  03/27/23,  Rivers Request for Continuance | Bruce Rivers

**Index 16**  |  06/14/23,  Order Granted for Continuance | Cites Non-Existing Motion

**Index 19**  |  07/13/23,  Finding of Incompetency and Order

**Index 20**  |  07/13/23,  Finding of Incompetency and Order | Duplicate Filing

**Index 21**  |  11/15/23,  Order Evaluation for Competency to Proceed Rule 20.01

**Index 22**  |  01/01/24,  Pro Se | Demand or Request for Discovery

**Index 25**  |  01/17/24,  Finding of Incompetency and Order | Singed Jan 16

**Index 26**  |  01/16/24,  Notice of Remote Hearing with Instructions | Out of Seq. Indexes

**Index 27**  |  04/03/24,  Pro Se | Petition to Proceed as Pro Se Counsel

**Index 29**  |  04/04/24,  Pro Se | Motion to Compel Discovery | FRAUD ON THE COURT

**Index 31**  |  04/12/24,  Guertin's Mother Send Letter To Judge Jay Quam

_____

1   Exhibit A | Download | https://drive.proton.me/urls/8X9XXADCAW#Udjnlm4Q3veZ

**Index 33**  |  04/12/24,  Court Order Denying Petition to Proceed Pro Se

**Index 34**  |  04/12/24,  Court Replies to Mother's Letter | Judge Quam Never Involved

**Index 36**  |  05/03/24,  Pro Se | Follow-Up Correspondence | Highlights Courts Failures

**Index 37**  |  05/03/24,  Pro Se | Affidavit of Fact | Guertin's MCRO Data Analysis

**Index 40**  |  05/09/24,  Order Evaluation for Competency to Proceed Rule 20.01

**Index 90**  |  06/03/24,  Pro Se | 2nd Motion to Compel Discovery  | Cites Due Process

**Index 91**  |  06/03/24,  Pro Se | Motion to Appoint Substitute Counsel  | Cites Due Process

**Index 92**  |  06/03/24,  Pro Se | 2nd Follow-Up Correspondence | Cites Due Process

## EXHIBIT B [1]

'Motion for Judicial Notice' which was prepared by Matthew Guertin and filed pro se into his Hennepin County District Court Criminal Case 27-CR-23-1886. The index number cited matches the courts official case record.

___

**Index 28**   |  04/03/24,  Pro Se | Motion for Judicial Notice

---

[1]  Exhibit B | Download | https://drive.proton.me/urls/2JGQ2VK90W#T2eLJc2NjzRJ

## **EXHIBIT C** [1]

Affidavit of Fact' which was prepared by Matthew Guertin and filed pro se into his Hennepin County District Court Criminal Case 27-CR-23-1886. The index number cited matches the courts official case record.

_____

**Index 30** | 04/09/24, Affidavit of Fact and Evidence

---

1  Exhibit C | Download | https://drive.proton.me/urls/ACV86HKHRR#uKHsSiwnMz6u

## EXHIBIT D [1]

'Affidavit of Fact' prepared by Matthew Guertin and filed pro se into his Hennepin County District Court Criminal Case 27-CR-23-1886. The index number cited matches the courts official case record.

___

**Index 38**  |  05/06/24, Affidavit of Fact and Email Evidence

___

[1] Exhibit D | Download | https://drive.proton.me/urls/J79WJEQ6PG#AUiV0sb0rwaw

**EXHIBIT E** [1]

'Affidavit of Fact' prepared by Matthew Guertin and filed pro se, into his Hennepin County District Court Criminal case 27-CR-23-1886. This exhibit contains a chronologically ordered presentation of over 250 images which all originated from Guertin's cell phone SD memory card. These images are ordered based on image creation dates contained in the metadata of the images themselves. This presentation serves to provide a comprehensive overview of Guertin's substantial business related endeavors, in addition to providing very clear evidence, and examples of his competence. The index number cited matches the courts official case record.

___

**Index 39** | 05/06/24, Affidavit and Cell Phone Photo Timeline

---

1   Exhibit E | Download | https://drive.proton.me/urls/PR9NA40DM8#8D84zS3ltehO

**EXHIBIT F** [1]

This exhibit contains all of the records of Guertin's pro se, Minnesota Court of Appeals case, A24-0780, besides the 10 additional addenda which are included in Exhibit's G, H, I, and J.

_____

**Index 01** | 05/10/24, Petition for Discretionary Review

**Index 02** | 05/10/24, Certificate of Document Length

**Index 03** | 05/10/24, Decision Being Appealed

**Index 14** | 05/10/24, Affidavit of Service

**Index 15** | 05/13/24, Notice of Case Filing

**Index 16** | 05/14/24, Supplementary Addendum Information

**Index 17** | 05/14/24, Motion for Public Access to Appellate Filings

**Index 18** | 05/14/24, Motion for IFP

**Index 19** | 05/14/24, Proof of Service of Petition on District Court

**Index 20** | 05/16/24, Amended Affidavit of Service

**Index 21** | 05/17/24, State of Minnesota's Opposition to Discretionary Review

**Index 22** | 05/17/24, State of Minnesota's Affidavit of Service for Response

**Index 23** | 05/17/24, Court Order | Deny IFP and Public Access Motions

**Index 24** | 05/23/24, District Court Order Denying IFP

**Index 25** | 05/28/24, Motion for Waiver of Fees Pursuant to 103.01 Subd. 3(c)

**Index 26** | 05/28/24, Motion for Judicial Notice A, Chronological Timeline

**Index 27** | 05/28/24, Motion for Judicial Notice B, Dismantling of Rule 20.01 Exam

**Index 28** | 05/28/24, Motion for Judicial Notice C, Extension of Time for Patent

**Index 29** | 05/28/24, Motion for Judicial Notice D, Significant Judicial Inconsistency

---

1   Exhibit F | Download | https://drive.proton.me/urls/F2JA7T6Z50#dMAOmIWYMr5b

**Index 30**  |  05/30/24,  Motion for Leave to File a Late Reply to State's Objection

**Index 31**  |  05/30/24,  Reply In Support of Petition | Ordered Filed

**Index 32**  |  05/30/24,  Affidavit of Service for Late Response Motion

**Index 33**  |  05/30/24,  Dist. Court Order Denying Fee Waiver

**Index 34**  |  05/31/24,  Court Order Denies Waiver, Remaining Deficiency Satisfied

**Index 35**  |  07/02/24,  Court Order Denying Petition for Discretionary Review

**EXHIBIT G** [1]

This exhibit contains the first three of ten total addenda for Guertin's pro se, Minnesota Court of Appeals case, A24-0780. These were filed as part of his initial filing on May 10, 2024.

_____

**Index 04** | 05/10/24,  ADDENDUM-01: Key Motions and Orders

**Index 05** | 05/10/24,  ADDENDUM-02: FRAUD ON THE COURT

**Index 06** | 05/10/24,  ADDENDUM-03: Data Analysis of MCRO Court Records

---

1   Exhibit G | Download | https://drive.proton.me/urls/1WFBXW7GH4#JcSLscBLmuTk

## **EXHIBIT H** [1]

This exhibit contains the fourth and fifth, of ten total addenda for Guertin's pro se, Minnesota Court of Appeals case, A24-0780. These were filed as part of his initial filing on May 10, 2024.

_____

**Index 07**  |  05/10/24,  ADDENDUM-04: Chronological Cell Phone Image Timeline

**Index 08**  |  05/10/24,  ADDENDUM-05: Petitioner's Rule 20.01 Exam Report

---

1   Exhibit H | Download | https://drive.proton.me/urls/JWG57EEC84#Yy48C2Z74wZU

## **EXHIBIT I** [1]

This exhibit contains the sixth and seventh, of ten total addenda for Guertin's pro se, Minnesota Court of Appeals case, A24-0780. These were filed as part of his initial filing on May 10, 2024.

_____

**Index 09**   |   05/10/24,  ADDENDUM-06: Communications 01

**Index 10**   |   05/10/24,  ADDENDUM-07: Communications 02

---

[1]  Exhibit I | Download | https://drive.proton.me/urls/VTH65NATT8#UYG41VYJOqDW

**EXHIBIT J**  [1]

This exhibit contains the final eighth through tenth, of ten total addenda for Guertin's pro se, Minnesota Court of Appeals case, A24-0780. These were filed as part of his initial filing on May 10, 2024.

---

**Index 11** | 05/10/24,  ADDENDUM-08: Communications 03

**Index 12** | 05/10/24,  ADDENDUM-09: Patent and Business Dealings 01

**Index 13** | 05/10/24,  ADDENDUM-10: Patent and Business Dealings 02

---

[1] Exhibit J | Download | https://drive.proton.me/urls/KXRZZZ014G#0UzMSSKzCg85

**EXHIBIT K** [1]

Key documents submitted in Guertin's Hennepin County District Court Civil Commitment case 27-MH-PR-23-815. All of the index numbers cited match those of the courts official case record except for 'Index 100', which was created to provide a citation reference to the courts letter sent in the mail. Furthermore, it is worth pointing out that these are only the documents which Guertin possesses, and has been provided with. As part of Guertin's commitment to complete transparency he took the strategic, yet unusual step of submitting all of his civil commitment case documents into the publicly accessible case record of his criminal proceedings by including them as attached exhibits to the various pro se filings he submitted. Guertin has nothing to hide

---

**Index 00**    | 27-MH-PR-23-815 | Case Events

**Index 21**    | 08/04/23,  Civil Commitment Psychological Exam Report

**Index 22**    | 08/09/23,  Stayed Order of Civil Commitment Agreement

**Index 23**    | 08/09/23,  Guertin's Plan for Services Agreement

**Index 26**    | 10/30/23,  Guertin's 60-90 Day Report to the Court

**Index 36**    | 01/30/24,  Pro Se Motion for Continuance

**Index 37**    | 01/30/24,  Pro Se Motion for Medical Records

**Index 38**    | 01/31/24,  Signed Waiver Extending Commitment 9 Months

**Index 41**    | 02/01/24,  Court Order for Continued Commitment

**Index 43**    | 04/04/24,  Pro Se Motion to Compel Medical Records

**Index 100** | 05/31/24,  Court Letter Requesting 3rd Rule 20.01 Exam

---

1   Exhibit K | Download | https://drive.proton.me/urls/CR4FEV41NG#aKd7yvW4ytaJ

**EXHIBIT L** [1]

A detailed image analysis of the purported 'Light Stage 6' at USC. This analysis involved the meticulous, and tedious process of using vector imaging software to trace the structural members, lighting fixtures, and controller units across three different images of 'Light Stage 6'.

Two of the images are from the supposed 2006 research conducted by Paul Debevec, and one of the images is a screen capture obtained from an online video purported to be from 2018. The entire focus of the analysis being to compare the positions – and more importantly the unique rotational alignment of all of the lighting fixtures across the span of 12 years.

The result shows that all of the fixtures somehow remain in the exact same rotational position the entire time even though it is also irrefutable proven in this analysis that all of the fixtures are attached to the Light Stage 6 structure with standard pipe clamps.

---

**Index 01**   |   ChatGPT Digital Forensic Analysis of Light Stage 6 Fixture Positions

**Index 02**   |   Light Stage 6 Fixture Position Analysis

**Index 03**   |   Debevec 2006 Paper | Virtual Cinematography: Relighting through Computation

Index 04   |   2018 Video Source | 'The Light Stage With Paul Debevcc – 360 Video'

**Index 05**   |   Archive.today | Woman on Treadmill Original Image Source

---

1   Exhibit L | Download | https://drive.proton.me/urls/ARMAKHAZK4#pZMlFOuZdiyE

**EXHIBIT M** [1]

A significant amount of document's resulting from Guertin's own investigation and research into the theft of his intellectual property. These documents present rather compelling evidence to support the massive criminal conspiracy being carried out against Mr. Guertin

---

**Index 01**   |   The Paul Debevec 2023 SIGGRAPH Video is Discovered

**Index 02**   |   Paul Debevec Takes Credit For MOVA Contour Technology

**Index 03**   |   Federal Court Case 3:17-cv-04006 | Theft of MOVA Contour Technology

**Index 04**   |   Visual Effects Society | 4 Part Conference is Backdated FRAUD

**Index 05**   |   You Will Own Nothing and be Happy Includes All of Your Intellectual Property

---

1   Exhibit M | Download | https://drive.proton.me/urls/QV0FJ9SYCC#Z2K69bYSZbpR

# EXHIBIT N [1]

---

**Index 01**  |  Proof of the Criminal Conspiracy Targeting Guertin's Patent

**Index 02**  |  LinkedIn Searches For Guertin | Background Information

**Index 03**  |  Netflix / Eyeline Studios Hiring Ads

**Index 04**  |  Chronological TEXT and CALL History | Guertin and Bruce Rivers

**Index 05**  |  Origination of Guertin's Criminal Charges |  In Depth Analysis and Insight

---

1  Exhibit N | Download | https://drive.proton.me/urls/GR4QHDDX48#vRuIkgBPDOgS

## **EXHIBIT O** [1]
_____

**The Minnesota Appellate Deception**   |   "Because petitioner provides no authority compelling this court to provide an affirmation that its disposition of this case will "align[ ] with the highest standard of justice," we decline to do so."

- Chief Judge Susan Segal (Exh. F, Index 23, p. 3)

---

1   Exhibit O | Download | https://drive.proton.me/urls/5MXVD3PX5G#2iRfGgnd3JBo

**EXHIBIT P** [1]

A chronologically ordered series of blatantly deceptive events that were carried out by Bruce Rivers, and the Hennepin County Courts for the explicit intention of deceiving Guertin, and intentionally trying to 'spring a trap' on him in which he would be surprised by a completely unexpected civil commitment hearing that he was forced to appear at, and then be detained at court at committed directly to a 'safe and secure facility' where he would be checked up on every six months in order to determine whether or not he was 'restored to competency' or not..

Guertin ended up discovering the surprise hearing less than a week before it was scheduled to take place. He desperately contacted Bruce Rivers in order to be provided with the critical Rule 20.01 exam report that had determined he was 'incompetent' – only to never be provided with it – STILL, TO THIS VERY DAY. BOTH THE COURT AND BRUCE RIVERS REFUSE TO PROVIDE GUERTIN WITH THE EXAM REPORT FROM JANUARY OF 2024.

Throgh a series of calculated, yet panicked maneuvers, Guertin was able to very narrowly escape the forced attendance of the civil commitment hearing on Feb 1st, 2024 by finding the contact information for his new court appointed attorney and reaching out to him first – which if he had not done would've resulted in Guertin never getting in touch with him prior to the hearing due to the court providing him with a completely wrong phone number for Guertin. In addition Guertin assembled, and filed two pro se motions last minute on January 30, 2024 – a motion for continuance, and a motion for production of medical records in order to be provided with the Rule 20.01 exam report he had still not received – a document which was critical in the courts determination of whether or not he would be detained at court, 'Disappeared' into a mental institution for who knows how long - with this being something that MANY powerful people

---

1   Exhibit P | Download | https://drive.proton.me/urls/HX3VN7Z9F4#oJAmm9Lg9FGB

would LOVE to have happen due to Guertin unraveling the entire criminal conspiracy they are all a part of – the one which stole Guertin's US Patent 11,577,177 directly out of the US Patent Office through the filing of a duplicate application just 12 days after Guertin filed his. An application filed by Stephan Trojansky, and then snatched up by Netflix, Inc. a short time later.

Guertin's life is being DESTROYED as a result - And instead of anyone helping Guertin, it would instead appear that they are ALL a part of it. This even includes Bruce Rivers, whom Guertin has known for over 20 years prior to retaining him as defense counsel. EVERYONE is actively working against him for some reason – due to either financial incentives / threats / shared interests...who knows. But it is definitely happening, and it is completely SURREAL..still..

What exactly this means for the July 16th, 2024 'Review Hearing' that is scheduled for today at 1:30pm? Your guess is as good as Guertin's – he is pretty much expecting to be detained at court though, as he has now proven not only the patent fraud, but also the fraud taking place within the court itself. Every single one of Guertin's constitutional rights, access to a 'fair trial', and 'due process' are of no concern at all to whoever it is lurking in the shadows, and pulling the strings currently.

GUERTIN WISHES THAT HE ACTUALLY WAS 'SCHIZOPHRENIC and/or PSYCHOTIC' as the court has falsely labeled him through their blatantly fraudulent actions. It would likely mean that the surreal nightmare that has somehow become Guertin's 'Life' could potentially be resolved with nothing more than a pill or two.  One can only dream….

## **EXHIBIT Q** [1]
_____

This is a digital version of the Federal Civil Rights Complaint that Guertin personally prepared, and filed in the Minnesota District Court on July 8, 2024.  CASE 0:24-cv-02646-JRT-DLM

The original complaint had to be printed, delivered in paper format, and scanned in order to initiate the case itself – meaning that Guertin was not able to submit a PDF version that maintained all of the hyperlinks, and bookmarks as he had hoped.

The submission of this exhibit resolves this issue by providing a fully digital, duplicate version of the original complaint which serves to aid in easy navigation, and research of the many issues Guertin is bringing to light through its filing with the Court.

---

[1]   Exhibit Q | Download | https://drive.proton.me/urls/D3W8ZY0V14#xXF8wdgFcoUl