**EXHIBIT R** [1]
_____

This is a digital version of the 'Emergency Motion for Temporary Restraining Order and Immediate Hearing' that Guertin personally prepared, and filed in the Minnesota District Court on July 8, 2024.   CASE 0:24-cv-02646-JRT-DLM

The original motion had to be printed, delivered in paper format, and scanned in order to initiate the case – meaning that Guertin was not able to submit a PDF version as he had hoped.

The submission of this exhibit resolves this issue by providing a fully digital, duplicate version of the original 'Emergency Motion for TRO and Immediate Hearing' which serves to aid in easy navigation, and research of the many issues Guertin is bringing to light through its filing with the Court.

_____

1   Exhibit R | Download | https://drive.proton.me/urls/A3HWRSJY3M#vYOYnsNvuvvP