**EXHIBIT S** [1]

Newly obtained evidence as well as additional email communications being submitted to support Guertin's Follow-up motion requesting an in person hearing and preliminary injunction due to now having newly analyzed evidence that substantiates his original claims of fraudulent discovery materials. Additionally, due to Guertin finally being provided with the exam report prepared by Adam Milz in January of 2024 he can prove a substantial risk of irreparable harm due to blatantly deceptive exam reports and the continuing deprivation of his constitutional rights

**Index 01**   | 07/25/2024, Email 1 to Bruce Rivers Addressing Discovery Fraud

**Index 02**   | Presentation of Missing Notebook Photos Addressed In Guertin's Email

**Index 03**   | 07/25/2024, Email 3 to Bruce Rivers – Mathematical Probability of Missing Images

**Index 04**   | 'Rivers-Discovery-Missing-Images.pdf' - as Discussed in Emails 1-3 Listed Above

**Index 05**   | July 16, 2024, Bruce Rivers Provides Guertin With Fraudulent Discovery Photos

**Index 06**   | 'image_metadata.xlsx' - as mentioned at Id. 14-15 in Email 3 Listed Above

**Index 07**   | 03/14/2022, Guertin's Last Minute System Claims Email to His Patent Attorney

**Index 08**   | One Week In The Life of Matthew Guertin | Emails Spanning August 4-11th, 2023

**Index 09**   | Business, Patents, CompForensics.com, Discussing "Powerful People" Comment

**Index 10**   | Guertin's January 11, 2024 Rule 20.01 Exam Report | Dr. Adam Milz

**Index 11**   | Symptoms of Psychotic Disorders and Schizophrenia

**Index 12**   | Antipsychotic Drugs Cause Brain Damage | Research Studies

**Index 13**   | June 12, 2023, 'Witness Summary Dr. Jill Rogstad' – prepared by Jaqueline Perez

---

1   Exhibit S | Download | https://drive.proton.me/urls/2SVSXZWSHM#QH7m1uaMMxLA

**EXHIBIT T** [1]

Fraudulent July 16, 2024 Discovery Materials – Provided to Matthew Guertin by Bruce Rivers following his July 16, 2024 1:30pm court appearance.

Mr. Guertin conducted a forensic analysis of the photographs purported to be authentic discovery materials originating directly from the camera that the police photographer used to take pictures of his residence.

This analysis utilizes a color curve analysis method which revealed that there is ai generated image manipulation that is focused solely on covering up the laptop screen that Guertin had left sitting open on his kitchen table. The ai generated image manipulation was utilized to produce fraudulent application windows and icons that are being used to cover up what was actually left displayed on the laptop screen by Guertin – that being the image of his self professed 'former CIA welder' as is documented in the discovery materials emailed to Guertin on August 3, 2023 which only contained a total of 80 images purported to be authentic discovery photographs.

It was in fact the unusual artifacts that Guertin noticed in one of the images showing his laptop screen that first caught his attention and caused him to initially begin examining the discovery images more closely.

---

**Part 1 of 3**   |  Guertin's Forensic Analysis of the July 16, 2024 Discovery Photographs

---

1   Exhibit T | Download | https://drive.proton.me/urls/WK64H60RNR#aCvLmzVj3l4y

**<u>EXHIBIT U</u>** [1]

Fraudulent July 16, 2024 Discovery Materials – Provided to Matthew Guertin by Bruce Rivers following his July 16, 2024 1:30pm court appearance.

Mr. Guertin conducted a forensic analysis of the photographs purported to be authentic discovery materials originating directly from the camera that the police photographer used to take pictures of his residence.

This analysis utilizes a color curve analysis method which revealed that there is ai generated image manipulation that is focused solely on covering up the laptop screen that Guertin had left sitting open on his kitchen table. The ai generated image manipulation was utilized to produce fraudulent application windows and icons that are being used to cover up what was actually left displayed on the laptop screen by Guertin – that being the image of his self professed 'former CIA welder' as is documented in the discovery materials emailed to Guertin on August 3, 2023 which only contained a total of 80 images purported to be authentic discovery photographs.

It was in fact the unusual artifacts that Guertin noticed in one of the images showing his laptop screen that first caught his attention and caused him to initially begin examining the discovery images more closely.

---

**Part 2 of 3**   |  Guertin's Forensic Analysis of the July 16, 2024 Discovery Photographs

---

1   Exhibit U | Download | https://drive.proton.me/urls/37V1S9C1AM#Pk1OEOGCgR5x

**EXHIBIT V** [1]

This exhibit contains analysis of the fraudulent July 16, 2024 Discovery Materials – Provided to Matthew Guertin by Bruce Rivers following his July 16, 2024 1:30pm court appearance.

This exhibit additionally contains all of the metadata for the images that are being presented, and analyzed in this exhibit, as well as Exhibit S, T, and U. The most notable point of the metadata being that every single one of the images being examined is indicated to have come directly from a 'NIKON D7200' digital camera – meaning that the artifacts revealed through the application of extreme color curve settings applied to the images which display the laptop screen PROVES that not only are the images fraudulent, but so is the corresponding metadata as if these images were in fact 'authentic' insofar as being directly from the source these image anomalies would not, and could not exist.

Mr. Guertin conducted a forensic analysis of the photographs purported to be authentic discovery materials originating directly from the camera that the police photographer used to take pictures of his residence.

This analysis utilizes a color curve analysis method which revealed that there is ai generated image manipulation that is focused solely on covering up the laptop screen that Guertin had left sitting open on his kitchen table. The ai generated image manipulation was utilized to produce fraudulent application windows and icons that are being used to cover up what was actually left displayed on the laptop screen by Guertin – that being the image of his self professed 'former CIA welder' as is documented in the discovery materials emailed to Guertin on August 3, 2023 which only contained a total of 80 images purported to be authentic discovery photographs.

---

1   Exhibit V | Download | https://drive.proton.me/urls/75FD0J7MZM#wz46QX9wZ6Ql

It was in fact the unusual artifacts that Guertin noticed in one of the images showing his laptop screen that first caught his attention and caused him to initially begin examining the discovery images more closely.

---

**Index 01**   |   Part 3 of 3, Control Group – Discovery images that are not manipulated for comparison

**Index 02**   |   Complete Metadata for All Images Examined

**<u>EXHIBIT W</u>** [1]

Documentation and metadata details of the July 16, 2024 Discovery Materials that were provided to Matthew Guertin by Bruce Rivers following his July 16, 2024 1:30pm court appearance.

The most notable fact revealed through this examination of the various files and their associated metadata is that there are a large amount of files that indicate that they were very recently accessed – with many of the files revealing access on July 14 and July 15, 2024.

Additionally the ISO file that Guertin was provided with that contains all of the police photographs purported to be authentic actually shows that it was created the morning of July 16, 2024 – mere hours before the materials would be provided to Guertin by Bruce Rivers.

At Court Bruce Rivers once again directly lied to Guertin by telling him "you already have the discovery materials"  "I already gave them to you"  (paraphrasing)

The fact that the metadata reveals a significant amount of activity and file access taking place just days, and in some cases just hours prior to Bruce River's finally providing Guertin with what he claimed were the authentic discovery materials serves to completely discredit this claim by Rivers.

---

**Index 01**   |   File, Directory, and metadata details of the July 16, 2024 Discovery

**Index 02**   |   Estimated Value of Guertin's US Patemt 11,577,177 Over 20 Years

**Index 03**   |   Bruce Rivers Comment to Guertin About "Powerful People"

**Index 04**   |   Text Messages Between Guertin and His Self Professed Former CIA Welder

**Index 05**   |   Guertins Repeated Attempts to Defend Himself Are Always Thwarted

---

1   Exhibit W | Download | https://drive.proton.me/urls/9TTYVP9JSC#FU9BS0BeVfjk

**Index 06**  |  Guertin Sets Aside $5,000 for Digital Forensic Analysis of Drives and Data

**Index 07**  |  Chronological Continuity of Competence, Understanding, and Rationality

**Index 08**  |  Guertin's Accomplishments Since Being Prescribed Adderall in 2016

**<u>EXHIBIT X</u>** [1]

Images showing the design, engineering, and fabrication process Guertin undertook in order to build a working prototype of his InfiniSet Treadmill System.

---

**Building** | Guertin proceeds to build the exact design shown in his patent drawings

---

1   Exhibit X | Download | https://drive.proton.me/urls/PEMN9G56D0#V9n5Y6zjDmSE