UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MATTHEW D. GUERTIN<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>HENNEPIN COUNTY, a municipal entity;<br><br>KEITH ELLISON, in his official capacity as Minnesota Attorney General;<br><br>MARY MORIARTY, in her official capacity as Hennepin County Attorney;<br><br>CHELA GUZMAN-WEIGART, in her official capacity as Assistant County Administrator for Law, Safety, and Justice;<br><br>JULIA DAYTON-KLEIN, in her individual capacity;<br><br>GEORGE F. BORER, in his individual capacity;<br><br>DANIELLE C. MERCURIO, in her individual capacity;<br><br>DR. JILL ROGSTAD, in her official capacity as Senior Clinical Forensic Psychologist in the Fourth Judicial District;<br><br>DR. ADAM MILZ, in his official capacity with Hennepin County Mental Health;<br><br>JACQUELINE PEREZ, in her official capacity as Assistant Hennepin County Attorney;<br><br>BRUCE M. RIVERS, in his individual capacity.<br><br>　　　　　　　　　Defendants. | Case No: 24-cv-02646-JRT-DLM<br><br><br><br>**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT BRUCE M. RIVERS** |

## I.  INTRODUCTION

1.　Plaintiff, Matthew Guertin, respectfully requests that the Clerk of the Court enter a default against Defendant Bruce M. Rivers pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. This request is made on the grounds that Defendant Rivers has failed to respond to the complaint within the time required by law.

1

## II.   BACKGROUND

A.  **Complaint Filed**

Plaintiff filed his Complaint in this action on July 8, 2024, naming Bruce M. Rivers as one of the Defendants. The Complaint was served on Defendant Rivers on July 15, 2024.

B.  **Service**

Proper service was made upon Defendant Rivers, as evidenced by the Affidavit of Service filed with this Court on July 12, 2024. This Affidavit of Service is attached directly to this request as 'Exhibit A'.

C.  **No Response**

Defendant Rivers has failed to file an answer, motion, or otherwise respond to the Complaint within the time period allowed by law, which is 21 days after service of the Complaint.

D.  **Ongoing Involvement**

Despite his failure to respond to the Complaint, Bruce M. Rivers has continued to represent the Plaintiff despite his objection. This is why the Plaintiff can confirm that Bruce Rivers is most certainly aware this Federal Complaint, as he directly acknowledged its existence in open court during the Plaintiff's July 16, 2024 review hearing that took place at 1:30 PM in addition to making many mentions of it directly to the Plaintiff.

### III.  LEGAL STANDARD

Under Rule 55(a) of the Federal Rules of Civil Procedure, the Clerk of Court must enter a default against a party who has failed to plead or otherwise defend against a complaint within the time required by law.

### IV.  REQUEST FOR ENTRY OF DEFAULT

Based on the above, Plaintiff respectfully requests that the Clerk of the Court enter a default against Defendant Bruce M. Rivers for failure to respond to the Complaint within the time prescribed by law.

### V.  ATTACHED EXHIBITS

**Exhibit A:**

>Plaintiff's July 12, 2024 Affidavit of Service which includes USPS express mail receipt scan, and tracking number.

**Exhibit B:**

>USPS Online Tracking page which confirms that Bruce Rivers personally signed for the delivery of Plaintiff's Complaint on July 15, 2024 at 9:32 AM.

## VI.   CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that the Court grant this Request for Entry of Default against Defendant Bruce M. Rivers, noting his failure to participate in the proceedings in accordance with the Federal Rules of Civil Procedure.

Dated:  August 14, 2024              Respectfully submitted,

                                     */s/ Matthew D. Guertin*

                                     Matthew David Guertin
                                     Pro Se Plaintiff
                                     1075 Traditions Ct.
                                     Chaska, MN  55318
                                     Telephone: 763-221-4540
                                     MattGuertin@protonmail.com
                                     www.MattGuertin.com

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| MATTHEW D. GUERTIN<br><br>                          Plaintiff,<br><br>  v.<br><br>HENNEPIN COUNTY, a municipal entity;<br><br>KEITH ELLISON, in his official capacity as Minnesota Attorney General;<br><br>MARY MORIARTY, in her official capacity as Hennepin County Attorney;<br><br>CHELA GUZMAN-WEIGART, in her official capacity as Assistant County Administrator for Law, Safety, and Justice;<br><br>JULIA DAYTON-KLEIN, in her individual capacity;<br><br>GEORGE F. BORER, in his individual capacity;<br><br>DANIELLE C. MERCURIO, in her individual capacity;<br><br>DR. JILL ROGSTAD, in her official capacity as Senior Clinical Forensic Psychologist in the Fourth Judicial District;<br><br>DR. ADAM MILZ, in his official capacity with Hennepin County Mental Health;<br><br>JACQUELINE PEREZ, in her official capacity as Assistant Hennepin County Attorney;<br><br>BRUCE M. RIVERS, in his individual capacity.<br><br>                        Defendants. | Case No: 24-cv-02646-JRT-DLM<br><br><br><br>**PLAINTIFF'S AFFIDAVIT OF SERVICE** |

**AFFIDAVIT OF SERVICE**

1

Matthew D. Guertin, County of Carver, in the State of Minnesota, being duly sworn states that on July 11, 2024, he served a copy of the Plaintiff's:

1. COMPLAINT

2. EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND IMMEDIATE HEARING; AND ALL ATTACHED EXHIBITS

3. CIVIL COVER SHEET

4. COMPLETE LIST OF DEFENDANTS

on the following parties, by mailing one (1) copy of each document listed above, enclosed in a USPS Priority Mail Express, Flat Rate Envelope, postage prepaid, and by depositing the same in the United States mail, directed to the following at their address:

DR. JILL ROGSTAD
Clinical Forensic Psychologist
Hennepin County Government Center
300 South Sixth Street
Minneapolis, MN 55487
USPS TRACKING - EI993543474US

DR. ADAM MILZ
Hennepin County Mental Health
Hennepin County Government Center
300 South Sixth Street
Minneapolis, MN 55487
USPS TRACKING - EI993543443US

REFEREE DANIELLE C. MERCURIO
Hennepin County Government Center
300 South Sixth Street
Minneapolis, MN 55487
USPS TRACKING - EI993543488US

REFEREE GEORGE F. BORER
Hennepin County Government Center
300 South Sixth Street
Minneapolis, MN 55487
USPS TRACKING - EI993543491US

| | |
|---|---|
| JUDGE JULIA DAYTON KLEIN | KEITH ELLISON |
| Hennepin County Government Center | Minnesota Attorney General |
| 300 South Sixth Street | 445 Minnesota Street, Suite 900 |
| Minneapolis, MN 55487 | St. Paul, MN 55101-2127 |
| USPS TRACKING - EI993543514US | USPS TRACKING - EI993543505US |
| | |
| BRUCE RIVERS | JACQUELINE PEREZ |
| Rivers Law Firm, P.A. | Assistant Hennepin County Attorney |
| 701 4th Ave S, Suite 300 | C-2000 Government Center |
| Minneapolis, MN 55415 | 300 South Sixth Street |
| USPS TRACKING - EI993542876US | Minneapolis, MN 55487 |
| | USPS TRACKING – EI993542880US |
| | |
| MARY MORIARTY | CHELA GUZMAN-WEIGART |
| Hennepin County Attorney | Assistant County Administrator |
| C-2000 Government Center | A2303 Government Center |
| 300 South Sixth Street | 300 South 6th Street |
| Minneapolis, MN 55487 | Minneapolis, MN 55487 |
| USPS TRACKING - EI993542902US | USPS TRACKING - EI993542893US |

HENNEPIN COUNTY
A Municipal Entity
A2303 Government Center
300 South 6th Street
Minneapolis, MN 55487
USPS TRACKING – EI993543457US

3

Entry of Default | Exhibit A | p. 3

4

I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN THIS DOCUMENT IS TRUE AND CORRECT. Minn. Stat. § 358.116

Dated:  July 12, 2024                                       Respectfully submitted,

                                                             /s/ Matthew D. Guertin

                                                            Matthew David Guertin
                                                            Pro Se Plaintiff
                                                            1075 Traditions Ct.
                                                            Chaska, MN  55318
                                                            Telephone: 763-221-4540
                                                            MattGuertin@protonmail.com
                                                            www.MattGuertin.com

**USPS Priority Mail Express Label 1 (EI 993 543 474 US)**

FROM: Matthew D. Guertin
PHONE: 763-221-4540
1075 Traditions Ct.
Chaska, MN 55318

TO: Dr. Jill Rogstad
Clinical Forensic Psychologist
Hennepin County Government Center
300 South 6th Street
Minneapolis, MN 55487
ZIP+4: 55487-

**USPS Priority Mail Express Label 2 (EI 993 543 443 US)**

FROM: Matthew D. Guertin
PHONE: 763-221-4540
1075 Traditions Ct.
Chaska, MN 55318

TO: Dr. Adam Milz
Hennepin County Mental Health
Hennepin County Government Center
300 South 6th Street
Minneapolis, MN 55487
ZIP+4: 55487-

**Label 1 (EI 993 543 488 US):**

USPS Priority Mail Express

FROM:
Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318
PHONE: (763) 221-4540

TO:
Referee Danielle C. Mercurio
Hennepin County Government Center
300 South 6th Street
Minneapolis, MN 55487
ZIP+4: 55487-____

**Label 2 (EI 993 543 491 US):**

USPS Priority Mail Express

FROM:
Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318
PHONE: (763) 221-4540

TO:
Referee George F. Borer
Hennepin County Government Center
300 South 6th Street
Minneapolis, MN 55487
ZIP+4: 55487-____

**USPS Priority Mail Express Label 1:**

FROM:
Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318
PHONE (763) 221-4540

TO:
Judge Julia Dayton Klein
Hennepin County Government Center
300 South 6th Street
Minneapolis, MN 55487
ZIP: 55487

Tracking: EI 993 543 514 US

**USPS Priority Mail Express Label 2:**

FROM:
Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318
PHONE (763) 221-4540

TO:
Keith Ellison
Minnesota Attorney General
445 Minnesota Street, Ste. 900
St. Paul, MN 55101
ZIP: 55101-2127

Tracking: EI 993 543 505 US

7

**USPS Priority Mail Express Label 1 (EI 993 542 876 US)**

FROM:
Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318
Phone: (763) 221-4540

TO:
Bruce Rivers
Rivers Law Firm, P.A.
701 4th Ave South, Suite 300
Minneapolis, MN 55415
ZIP+4: 55415

**USPS Priority Mail Express Label 2 (EI 993 542 880 US)**

FROM:
Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318
Phone: (763) 221-4540

TO:
Jacqueline Perez
Assistant Hennepin County Attorney
C-2000 Government Center
300 South 6th Street
Minneapolis, MN 55487
ZIP+4: 55487

8

**Label 1 (EI 993 542 902 US):**

USPS Priority Mail Express

FROM:
Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318
PHONE (763) 221-4540

TO:
Mary Moriarty
Hennepin County Attorney
C2000 Government Center
300 South 6th Street
Minneapolis, MN 55487
ZIP+4: 55487-____

$100.00 insurance included.

**Label 2 (EI 993 542 893 US):**

USPS Priority Mail Express

FROM:
Matthew D. Guertin
1075 Traditions Ct
Chaska, MN 55318
PHONE (763) 221-4540

TO:
Chela Guzman-Wiegert
Assistant County Administrator
A2303 Government Center
300 South 6th Street
Minneapolis, MN 55487
ZIP+4: 55487-____

$100.00 insurance included.

**USPS Priority Mail Express Label**

EI 993 543 457 US

FROM:
Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318
Phone: 763-221-4540

TO:
Hennepin County, municipal entity
A2303 Government Center
300 South 6th Street
Minneapolis, MN 55487
ZIP+4: 55487-____

```
       UNITED STATES
       POSTAL SERVICE.
              CHASKA
           300 N PINE ST
        CHASKA, MN 55318-1941
            (800)275-8777
07/11/2024                     10:50 AM
----------------------------------------
Product          Qty    Unit      Price
                        Price
----------------------------------------
PM Express 1-Day   1             $30.45
Flat Rate Env
    Saint Paul, MN 55101
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
         Fri 07/12/2024 06:00 PM
    Money Back Guarantee
    Tracking #:
      Q EI993543505US
    Insurance                     $0.00
       Up to $100.00 included
Total                            $30.45

PM Express 1-Day   1             $30.45
Flat Rate Env
    Minneapolis, MN 55487
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
         Fri 07/12/2024 06:00 PM
    Money Back Guarantee
    Tracking #:
       EI993543457US
    Insurance                     $0.00
       Up to $100.00 included
Total                            $30.45

PM Express 1-Day   1             $30.45
Flat Rate Env
    Minneapolis, MN 55487
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
         Fri 07/12/2024 06:00 PM
    Money Back Guarantee
    Tracking #:
       EI993542893US
    Insurance                     $0.00
       Up to $100.00 included
Total                            $30.45

PM Express 1-Day   1             $30.45
Flat Rate Env
    Minneapolis, MN 55415
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
         Fri 07/12/2024 06:00 PM
    Money Back Guarantee
    Tracking #:
       EI993542876US
    Insurance                     $0.00
       Up to $100.00 included
Total                            $30.45
```

```
       EI993542876US
    Insurance                     $0.00
       Up to $100.00 included
Total                            $30.45

PM Express 1-Day   1             $30.45
Flat Rate Env
    Minneapolis, MN 55487
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
         Fri 07/12/2024 06:00 PM
    Money Back Guarantee
    Tracking #:
       EI993543491US
    Insurance                     $0.00
       Up to $100.00 included
Total                            $30.45

PM Express 1-Day   1             $30.45
Flat Rate Env
    Minneapolis, MN 55487
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
         Fri 07/12/2024 06:00 PM
    Money Back Guarantee
    Tracking #:
       EI993543488US
    Insurance                     $0.00
       Up to $100.00 included
Total                            $30.45

PM Express 1-Day   1             $30.45
Flat Rate Env
    Minneapolis, MN 55487
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
         Fri 07/12/2024 06:00 PM
    Money Back Guarantee
    Tracking #:
       EI993543474US
    Insurance                     $0.00
       Up to $100.00 included
Total                            $30.45

PM Express 1-Day   1             $30.45
Flat Rate Env
    Minneapolis, MN 55487
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
         Fri 07/12/2024 06:00 PM
    Money Back Guarantee
    Tracking #:
       EI993542880US
    Insurance                     $0.00
       Up to $100.00 included
Total                            $30.45

PM Express 1-Day   1             $30.45
Flat Rate Env
    Minneapolis, MN 55487
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
         Fri 07/12/2024 06:00 PM
    Money Back Guarantee
    Tracking #:
       EI993543443US
    Insurance                     $0.00
       Up to $100.00 included
Total                            $30.45
```

```
Flat Rate Env
    Minneapolis, MN 55487
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
         Fri 07/12/2024 06:00 PM
    Money Back Guarantee
    Tracking #:
       EI993543514US
    Insurance                     $0.00
       Up to $100.00 included
Total                            $30.45

PM Express 1-Day   1             $30.45
Flat Rate Env
    Minneapolis, MN 55487
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
         Fri 07/12/2024 06:00 PM
    Money Back Guarantee
    Tracking #:
       EI993542902US
    Insurance                     $0.00
       Up to $100.00 included
Total                            $30.45
----------------------------------------
Grand Total:                    $334.95
----------------------------------------
Credit Card Remit               $334.95
    Card Name:
    Account #: XXXXXXXXXXXX
    Approval #: 031233
    Transaction #: 173
    AID: A0000000980840         Chip
    AL: US DEBIT
    PIN: Not Required
----------------------------------------

      Save this receipt as evidence of
   insurance. For information on filing an
            insurance claim go to
        https://www.usps.com/help/claims.htm
           or call 1-800-222-1811

  Text your tracking number to 28777 (2USPS)
  to get the latest status. Standard Message
  and Data rates may apply. You may also
  visit www.usps.com USPS Tracking or call
              1-800-222-1811.

              Preview your Mail
              Track your Packages
              Sign up for FREE @
        https://informeddelivery.usps.com

     All sales final on stamps and postage.
     Refunds for guaranteed services only.
          Thank you for your business.

       Tell us about your experience.
    Go to: https://postalexperience.com/Pos
    or scan this code with your mobile device,

              [QR code]

             or call 1-800-410-7420.
----------------------------------------
UFN: 261650-0318
Receipt #: 840-55530294-1-6319427-2
Clerk: 04
```

11

# USPS Tracking

**Tracking Number:**

## EI993542876US



**Scheduled Delivery by**

**FRIDAY**

**12** July 2024

by
**6:00pm**

Your item was delivered to an individual at the address at 9:32 am on July 15, 2024 in MINNEAPOLIS, MN 55415. The item was signed for by B RIVERS.

**Get More Out of USPS Tracking:**

  **USPS Tracking Plus®**

**Delivered**
**Delivered, Left with Individual**
MINNEAPOLIS, MN 55415
July 15, 2024, 9:32 am

See All Tracking History

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=EI993542876US