# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MATTHEW D. GUERTIN<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>HENNEPIN COUNTY, a municipal entity;<br><br>KEITH ELLISON, in his official capacity as Minnesota Attorney General;<br><br>MARY MORIARTY, in her official capacity as Hennepin County Attorney;<br><br>CHELA GUZMAN-WEIGART, in her official capacity as Assistant County Administrator for Law, Safety, and Justice;<br><br>JULIA DAYTON-KLEIN, in her individual capacity;<br><br>GEORGE F. BORER, in his individual capacity;<br><br>DANIELLE C. MERCURIO, in her individual capacity;<br><br>DR. JILL ROGSTAD, in her official capacity as Senior Clinical Forensic Psychologist in the Fourth Judicial District;<br><br>DR. ADAM MILZ, in his official capacity with Hennepin County Mental Health;<br><br>JACQUELINE PEREZ, in her official capacity as Assistant Hennepin County Attorney;<br><br>BRUCE M. RIVERS, in his individual capacity.<br><br>　　　　　　　　　Defendants. | Case No: 24-cv-02646-JRT-DLM<br><br><br><br><br><br>**PLAINTIFF'S AFFIDAVIT OF SERVICE** |

## AFFIDAVIT OF SERVICE

1

1. _____

Matthew D. Guertin, County of Carver, in the State of Minnesota, being duly sworn states that on August 7, 2024, he served a copy of the Plaintiff's:

1. MOTION FOR EXPEDITED PRELIMINARY INJUNCTION
2. EXHIBIT S
3. EXHIBIT T
4. EXHIBIT U
5. EXHIBIT V
6. EXHIBIT W
7. EXHIBIT X

on the following Defendants, via the method indicated below:

For Hennepin County, Mary Moriarty, Chela Guzman-Weigart, and Jacqueline Perez:

> **Jamil M. F. Masroujeh**
> Assistant County Attorney
> 2000A Government Center, MC200
> 300 South Sixth Street
> Minneapolis, MN 55487
> **Method of Service:** Electronic Service via ECF

For Keith Ellison, Julia Dayton-Klein, George F. Borer, Danielle C. Mercurio, Dr. Jill Rogstad, and Dr. Adam Milz:

> **Benjamin W. Harringa**
> Assistant Attorney General
> 445 Minnesota Street, Suite 1400
> St. Paul, MN 55101-2131
> **Method of Service:** Electronic Service via ECF

2. _____

On August 14, 2024 I also served the following copy of the Plaintiff's:

1. <u>EXHIBIT LIST - COMPLAINT</u>

2. <u>EXHIBIT LIST – MOTION FOR TRO</u>

3. <u>EXHIBIT LIST - MOTION FOR EXPEDITED PRELIMINARY INJUNCTION</u>

4. <u>REQUEST FOR ENTRY OF DEFAULT AGAINST BRUCE RIVERS</u>

on the following Defendants, via the method indicated below:

For Hennepin County, Mary Moriarty, Chela Guzman-Weigart, and Jacqueline Perez:

> **Jamil M. F. Masroujeh**
> Assistant County Attorney
> 2000A Government Center, MC200
> 300 South Sixth Street
> Minneapolis, MN 55487
> **Method of Service:** Electronic Service via ECF

For Keith Ellison, Julia Dayton-Klein, George F. Borer, Danielle C. Mercurio, Dr. Jill Rogstad, and Dr. Adam Milz:

    **Benjamin W. Harringa**
    Assistant Attorney General
    445 Minnesota Street, Suite 1400
    St. Paul, MN 55101-2131
    **Method of Service:** Electronic Service via ECF

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  August 14, 2024                Respectfully submitted,

                                                                       */s/ Matthew D. Guertin*

                                                                     Matthew David Guertin
                                                                     Pro Se Plaintiff
                                                                     1075 Traditions Ct.
                                                                     Chaska, MN  55318
                                                                   Telephone: 763-221-4540
                                                                   MattGuertin@protonmail.com
                                                                   www.MattGuertin.com