## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MATTHEW D. GUERTIN<br><br>                                  Plaintiff,<br><br>       v.<br><br>HENNEPIN COUNTY, a municipal entity;<br>KEITH ELLISON, in his official<br>capacity as Minnesota Attorney General;<br>MARY MORIARTY, in her official<br>capacity as Hennepin County Attorney;<br>CHELA GUZMAN-WEIGART, in her<br>official capacity as Assistant County<br>Administrator for Law, Safety, and Justice;<br>JULIA DAYTON-KLEIN, in her<br>individual capacity;<br>GEORGE F. BORER, in his<br>individual capacity;<br>DANIELLE C. MERCURIO, in her<br>individual capacity;<br>DR. JILL ROGSTAD, in her official<br>capacity as Senior Clinical Forensic<br>Psychologist in the Fourth Judicial District;<br>DR. ADAM MILZ, in his official capacity<br>with Hennepin County Mental Health;<br>JACQUELINE PEREZ, in her<br>official capacity as Assistant Hennepin<br>County Attorney;<br>BRUCE M. RIVERS, in his<br>individual capacity.<br><br>                                  Defendants. | Case No: 24-cv-02646-JRT-DLM<br><br><br><br><br><br><br><br>**PLAINTIFF'S AFFIDAVIT OF<br>SERVICE** |

## AFFIDAVIT OF SERVICE

Matthew D. Guertin, County of Carver, in the State of Minnesota, being duly sworn states that on August 14, 2024, he served a copy of the Plaintiff's:

1. <u>RESPONSE OBJECTING TO DEFENDANTS' MOTIONS TO DISMISS</u>

2. <u>NOTICE OF APPEAL TO THE 8TH CIRCUIT</u>

on the following Defendants, via the method indicated below:

For Hennepin County, Mary Moriarty, Chela Guzman-Weigart, and Jacqueline Perez:

      **Jamil M. F. Masroujeh**
      Assistant County Attorney
      2000A Government Center, MC200
      300 South Sixth Street
      Minneapolis, MN 55487
      **Method of Service:** Electronic Service via ECF

For Keith Ellison, Julia Dayton-Klein, George F. Borer, Danielle C. Mercurio, Dr. Jill Rogstad, and Dr. Adam Milz:

      **Benjamin W. Harringa**
      Assistant Attorney General
      445 Minnesota Street, Suite 1400
      St. Paul, MN 55101-2131
      **Method of Service:** Electronic Service via ECF

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND

CORRECT.


Dated:  August 14, 2024                         Respectfully submitted,

                                                 _/s/ Matthew D. Guertin_

                                                Matthew David Guertin
                                                Pro Se Plaintiff
                                                1075 Traditions Ct.
                                                Chaska, MN  55318
                                                Telephone: 763-221-4540
                                                MattGuertin@protonmail.com
                                                www.MattGuertin.com