UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin, | Case No. 24-cv-2646 (JRT/DLM) |
| Plaintiff, | |
| vs. | NOTICE OF APPEARANCE |
| Hennepin County, Keith Ellison, Mary Moriarty, Chela Guzman-Weigart, Julia Dayton-Klein, George F. Borer, Danielle C. Mercurio, Dr. Jill Rogstad, Dr. Adam Milz, Jacqueline Perez, and Bruce M. Rivers, | |
| Defendants. | |

The undersigned attorney notifies the Court and Counsel and Counsel that Matthew L.R. Messerli, Assistant Hennepin County Attorney, shall appear as counsel of record for Hennepin County, Mary Moriarty, Chela Guzman-Weigart and Jaqueline Perez, in this matter.

MARY F. MORIARTY
Hennepin County Attorney

By: /s/ *Matthew L.R. Messerli*
　　Matthew L.R. Messerli (0403677)
　　Assistant Hennepin County Attorney
　　2000A Government Center, MC200
　　300 South Sixth Street
　　Minneapolis, MN 55487
　　Telephone: (612) 348-0727
　　Facsimile: (612) 348-8299
　　matthew.messerli@hennepin.us

Dated: August 15, 2024

　*Attorneys for Defendants Hennepin County, Mary Moriarty, Chela Guzman-Weigart, and Jacqueline Perez.*