## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MATTHEW D. GUERTIN<br><br>Plaintiff,<br><br>v.<br><br>HENNEPIN COUNTY, a municipal entity;<br>KEITH ELLISON, in his official capacity as Minnesota Attorney General;<br>MARY MORIARTY, in her official capacity as Hennepin County Attorney;<br>CHELA GUZMAN-WEIGART, in her official capacity as Assistant County Administrator for Law, Safety, and Justice;<br>JULIA DAYTON-KLEIN, in her individual capacity;<br>GEORGE F. BORER, in his individual capacity;<br>DANIELLE C. MERCURIO, in her individual capacity;<br>DR. JILL ROGSTAD, in her official capacity as Senior Clinical Forensic Psychologist in the Fourth Judicial District;<br>DR. ADAM MILZ, in his official capacity with Hennepin County Mental Health;<br>JACQUELINE PEREZ, in her official capacity as Assistant Hennepin County Attorney;<br>BRUCE M. RIVERS, in his individual capacity.<br><br>Defendants. | Case No: 24-cv-02646-JRT-DLM<br><br><br><br><br><br><br><br><br><br><br>**PLAINTIFF'S AFFIDAVIT OF SERVICE** |

## AFFIDAVIT OF SERVICE

Matthew D. Guertin, County of Carver, in the State of Minnesota, being duly sworn states that on August 15, 2024, he served a copy of the Plaintiff's:

1. <u>MOTION FOR EXPEDITED PRELIMINARY INJUNCTION</u>

2. <u>EXHIBIT LIST – COMPLAINT</u>

3. <u>EXHIBIT LIST – MOTION FOR TRO</u>

4. <u>EXHIBIT LIST - MOTION FOR EXPEDITED PRELIMINARY INJUNCTION</u>

5. <u>REQUEST FOR ENTRY OF DEFAULT AGAINST BRUCE M. RIVERS</u>

6. <u>RESPONSE OBJECTING TO DEFENDANTS' MOTIONS TO DISMISS</u>

7. <u>NOTICE OF APPEAL TO 8TH CIRCUIT</u>

on the following Defendant, by mailing one (1) copy of each document listed above printed in full color, enclosed in a USPS Priority Mail Express, Flat Rate Envelope, postage prepaid, and by depositing the same in the United States mail, directed to the following at their address:

**BRUCE M. RIVERS**
Rivers Law Firm, P.A.
701 4th Ave S, Suite 300
Minneapolis, MN 55415
USPS TRACKING - EI958811293US

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated:  August 15, 2024

Respectfully submitted,

 /s/ Matthew D. Guertin

Matthew David Guertin
Pro Se Plaintiff
1075 Traditions Ct.
Chaska, MN  55318
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com