

# UNITED STATES
# DISTRICT COURT
# DISTRICT OF MINNESOTA

| **Warren E. Burger Federal Building and U.S. Courthouse** | **Diana E. Murphy U.S. Courthouse** | **Gerald W. Heaney Federal Building and U.S. Courthouse and Customhouse** | **Edward J. Devitt U.S. Courthouse and Federal Building** |
|---|---|---|---|
| 316 North Robert Street Room 100 St. Paul, MN 55101 | 300 South Fourth Street Room 202 Minneapolis, MN 55415 | 515 West First Street Duluth, MN 55802 | 118 South Mill Street Fergus Falls, MN 56537 |

## TRANSMITTAL OF APPEAL

Date:   8/15/2024

To:   U.S. COURT OF APPEALS, 8TH CIRCUIT

From: abr, U.S. District Court-Minnesota

In Re:   District Court Case No. 24-cv-2646 (JRT/DLM)
          Eighth Circuit Case No.:  not yet assigned
          Case Title:  Guertin v. Hennepin County et al

The statutory filing fee has:
          ☒ been paid, receipt number: AMNDC-11264152
          ☐ not been paid as of
                    IFP       ☐ is     ☐ is not pending
          ☐ been waived because:
                    ☐ Application for IFP granted   ☐ USA filed appeal

Length of Trial:  N/A

Was a court reporter utilized?   ☐ Yes   ☒ No
          If yes, please identify the court reporter: