**OFFICE OF THE HENNEPIN COUNTY ATTORNEY**
MARY F. MORIARTY COUNTY ATTORNEY

Judge Tunheim                                                                                    August 16, 2024
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

Re:    Plaintiff Matthew D. Guertin's Improper Motion to Reconsider

   *Matthew D. Guertin vs. Hennepin County, et al.*— 24-CV-2646 (JRT/DLM)

Dear Judge Tunheim,

   On Wednesday, August 7, 2024, Plaintiff Matthew D. Guertin ("Guertin") filed a document entitled "Emergency Motion for Expedited Preliminary Injunction and Immediate Judicial Intervention" (the "Filing"). (ECF Nos. 42-48.) Hennepin County, Mary Moriarty, Jaqueline Perez, and Chela Guzman-Weigart (the "Hennepin Defendants") file this letter in opposition to Guertin's Filing as improperly requesting to file a motion to reconsider. Guertin has since filed an interlocutory appeal to the Eighth Circuit. (ECF No. 55.)

   Substantively, the Filing contains more than eighty pages of additional narrative about this case, and two pages which appear to seek additional consideration of issues previously raised in Guertin's request for a preliminary injunction and addressed in the Court's order denying the same. (ECF Nos. 2, 26.) Local Rule 7.1(j) provides that a party may not file a motion to reconsider without the Court's permission and must show compelling circumstances to obtain such permission. Further, the request to file a motion to reconsider must be in the form of "a letter of no more than two pages." LR 7.1(j). Guertin's Filing does not comply with the Local Rules.

   Even if questions of Guertin's *pro se* compliance with procedural rules can be set aside, the Filing does not raise any question of law new to or otherwise undecided in this case. More importantly, it is entirely unclear which party, or parties, are expected to respond to the Filing. The Filing offers only a lengthy narrative that is at best tenuously germane to the pending motions, followed by a brief recitation of law regarding injunctions generally and Guertin's disagreement with the Court's ruling. (ECF No. 42, at 82-83.) The Hennepin Defendants respectfully request the Court deny Guertin's request to reconsider the Order dated July 16, 2024. (ECF No. 26.)

                                                            Sincerely,
                                                            */s/Matthew Messerli*
                                                            Matthew L.R. Messerli (0403677)
                                                            Assistant Hennepin County Attorney
                                                            matthew.messerli@hennepin.us

cc:    Matthew D. Guertin and counsel of record (via e-service)