## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MATTHEW D. GUERTIN <br><br> Plaintiff, <br><br> v. <br><br> HENNEPIN COUNTY, a municipal entity; <br> KEITH ELLISON, in his official capacity as Minnesota Attorney General; <br> MARY MORIARTY, in her official capacity as Hennepin County Attorney; <br> CHELA GUZMAN-WEIGART, in her official capacity as Assistant County Administrator for Law, Safety, and Justice; <br> JULIA DAYTON-KLEIN, in her individual capacity; <br> GEORGE F. BORER, in his individual capacity; <br> DANIELLE C. MERCURIO, in her individual capacity; <br> DR. JILL ROGSTAD, in her official capacity as Senior Clinical Forensic Psychologist in the Fourth Judicial District; <br> DR. ADAM MILZ, in his official capacity with Hennepin County Mental Health; <br> JACQUELINE PEREZ, in her official capacity as Assistant Hennepin County Attorney; <br> BRUCE M. RIVERS, in his individual capacity. <br><br> Defendants. | Case No: 24-cv-02646-JRT-DLM <br><br><br><br><br><br><br><br> **PLAINTIFF'S AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT PURSUANT TO 50 USC § 3931** |

## AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT

Matthew D. Guertin, County of Carver, in the State of Minnesota, being duly sworn states as follows:

1.      I am the Plaintiff in this action and have personal knowledge of the facts stated herein.

2.      Upon information and belief, Bruce M. Rivers is not an infant, incompetent person (although one could potentially question his competency based on his refusal to withdraw as my defense attorney after becoming a defendant in my federal lawsuit), or currently serving on active duty in the military service of the United States, as defined by 50 USC § 3931, the Servicemembers Civil Relief Act (SCRA).

3.      Mr. Rivers is a well-known attorney with a public profile, including a YouTube channel with over 1.2 million subscribers, where he regularly posts content and discusses legal matters. His widespread recognition and active practice in the legal field further confirm that he is not currently serving in the military.

4.      Attached to this affidavit are the following exhibits which further confirm that Bruce M. Rivers was properly served the initial complaint filed in this case.

Exhibit A:

Plaintiff's July 12, 2024 Affidavit of Service which includes USPS express mail receipt scan, and tracking number.

Exhibit B:

USPS Online Tracking page which confirms that Bruce Rivers personally signed for the delivery of Plaintiff's Complaint on July 15, 2024 at 9:32 AM.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.


Dated:  August 18, 2024                    Respectfully submitted,

                                            _/s/ Matthew D. Guertin_

                                           Matthew David Guertin
                                           Pro Se Plaintiff
                                           1075 Traditions Ct.
                                           Chaska, MN  55318
                                           Telephone: 763-221-4540
                                           MattGuertin@protonmail.com
                                           www.MattGuertin.com

### UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

---

MATTHEW D. GUERTIN

                               Plaintiff,

    v.

HENNEPIN COUNTY, a municipal entity;

KEITH ELLISON, in his official capacity as Minnesota Attorney General;

MARY MORIARTY, in her official capacity as Hennepin County Attorney;

CHELA GUZMAN-WEIGART, in her official capacity as Assistant County Administrator for Law, Safety, and Justice;

JULIA DAYTON-KLEIN, in her individual capacity;

GEORGE F. BORER, in his individual capacity;

DANIELLE C. MERCURIO, in her individual capacity;

DR. JILL ROGSTAD, in her official capacity as Senior Clinical Forensic Psychologist in the Fourth Judicial District;

DR. ADAM MILZ, in his official capacity with Hennepin County Mental Health;

JACQUELINE PEREZ, in her official capacity as Assistant Hennepin County Attorney;

BRUCE M. RIVERS, in his individual capacity.

                                Defendants.

Case No: 24-cv-02646-JRT-DLM



**PLAINTIFF'S AFFIDAVIT OF SERVICE**

---

## AFFIDAVIT OF SERVICE

---

1

Matthew D. Guertin, County of Carver, in the State of Minnesota, being duly sworn states that on July 11, 2024, he served a copy of the Plaintiff's:

1. COMPLAINT

2. EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND IMMEDIATE HEARING; AND ALL ATTACHED EXHIBITS

3. CIVIL COVER SHEET

4. COMPLETE LIST OF DEFENDANTS

on the following parties, by mailing one (1) copy of each document listed above, enclosed in a USPS Priority Mail Express, Flat Rate Envelope, postage prepaid, and by depositing the same in the United States mail, directed to the following at their address:

DR. JILL ROGSTAD
Clinical Forensic Psychologist
Hennepin County Government Center
300 South Sixth Street
Minneapolis, MN 55487
USPS TRACKING - EI993543474US

DR. ADAM MILZ
Hennepin County Mental Health
Hennepin County Government Center
300 South Sixth Street
Minneapolis, MN 55487
USPS TRACKING - EI993543443US

REFEREE DANIELLE C. MERCURIO
Hennepin County Government Center
300 South Sixth Street
Minneapolis, MN 55487
USPS TRACKING - EI993543488US

REFEREE GEORGE F. BORER
Hennepin County Government Center
300 South Sixth Street
Minneapolis, MN 55487
USPS TRACKING - EI993543491US

Entry of Default | Exhibit A | p. 2

JUDGE JULIA DAYTON KLEIN

Hennepin County Government Center

300 South Sixth Street

Minneapolis, MN 55487

USPS TRACKING - EI993543514US

KEITH ELLISON

Minnesota Attorney General

445 Minnesota Street, Suite 900

St. Paul, MN 55101-2127

USPS TRACKING - EI993543505US

BRUCE RIVERS

Rivers Law Firm, P.A.

701 4th Ave S, Suite 300

Minneapolis, MN 55415

USPS TRACKING - EI993542876US

JACQUELINE PEREZ

Assistant Hennepin County Attorney

C-2000 Government Center

300 South Sixth Street

Minneapolis, MN 55487

USPS TRACKING – EI993542880US

MARY MORIARTY

Hennepin County Attorney

C-2000 Government Center

300 South Sixth Street

Minneapolis, MN 55487

USPS TRACKING - EI993542902US

CHELA GUZMAN-WEIGART

Assistant County Administrator

A2303 Government Center

300 South 6th Street

Minneapolis, MN 55487

USPS TRACKING - EI993542893US

HENNEPIN COUNTY

A Municipal Entity

A2303 Government Center

300 South 6th Street

Minneapolis, MN 55487

USPS TRACKING – EI993543457US

3

I DECLARE UNDER PENALTY OF PERJURY THAT EVERYTHING I HAVE STATED IN

THIS DOCUMENT IS TRUE AND CORRECT. Minn. Stat. § 358.116

Dated:  July 12, 2024                              Respectfully submitted,

                                                    _/s/ Matthew D. Guertin_

                                                   Matthew David Guertin
                                                   Pro Se Plaintiff
                                                   1075 Traditions Ct.
                                                   Chaska, MN  55318
                                                   Telephone: 763-221-4540
                                                   MattGuertin@protonmail.com
                                                   www.MattGuertin.com

4



5

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL EXPRESS®**

EI 993 543 488 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 763 ) 221-4540

Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Referee Danielle C. Mercurio
Hennepin County Government Center
300 South 6th Street
Minneapolis, MN 55487

ZIP + 4® (U.S. ADDRESSES ONLY)

5 5 4 8 7 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ **PEEL FROM THIS CORNER**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ | |
| Weight ___ lbs. ___ ozs. | ☐ Flat Rate | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

---

**UNITED STATES POSTAL SERVICE** | **PRIORITY MAIL EXPRESS®**

EI 993 543 491 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 763 ) 221-4540

Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Referee George F. Borer
Hennepin County Government Center
300 South 6th Street
Minneapolis, MN 55487

ZIP + 4® (U.S. ADDRESSES ONLY)

5 5 4 8 7 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ **PEEL FROM THIS CORNER**

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ | |
| Weight ___ lbs. ___ ozs. | ☐ Flat Rate | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

## USPS Priority Mail Express Label 1

**UNITED STATES POSTAL SERVICE** — **PRIORITY MAIL EXPRESS®**

EI 993 543 514 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( 763 ) 221-4540

Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Judge Julia Dayton Klein
Hennepin County Government Center
300 South 6th Street
Minneapolis, MN 55487
ZIP + 4® (U.S. ADDRESSES ONLY)
5 5 4 8 7 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $
Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee $ | COD Fee $
Time Accepted ☐ AM ☐ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $
Special Handling/Fragile | Sunday/Holiday Premium Fee | Total Postage & Fees $
Weight ☐ Flat Rate ___ lbs. ___ oz. | Acceptance Employee Initials

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

---

## USPS Priority Mail Express Label 2

**UNITED STATES POSTAL SERVICE** — **PRIORITY MAIL EXPRESS®**

EI 993 543 505 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE ( 763 ) 221-4540

Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318

DELIVERY OPTIONS (Customer Use Only)
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Keith Ellison
Minnesota Attorney General
445 Minnesota Street, Ste. 900
St. Paul, MN 55101
ZIP + 4® (U.S. ADDRESSES ONLY)
5 5 1 0 1 - 2 1 2 7

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ PEEL FROM THIS CORNER

PAYMENT BY ACCOUNT (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)

☐ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $
Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee $ | COD Fee $
Time Accepted ☐ AM ☐ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $
Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $
Weight ☐ Flat Rate ___ lbs. ___ oz. | Acceptance Employee Initials

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature
Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS®**

EI 993 542 876 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 763) 221-4540

Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318

PAYMENT BY ACCOUNT (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Bruce Rivers
Rivers Law Firm, P.A.
701 4th Ave South, Suite 300
Minneapolis, MN 55415

ZIP + 4® (U.S. ADDRESSES ONLY)
5 5 4 1 5 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | | |
|---|---|---|---|
| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ | |
| Weight ___ lbs. ___ | ☐ Flat Rate | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| | | |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

➤ PEEL FROM THIS CORNER

---

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS®**

EI 993 542 880 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 763) 221-4540

Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318

PAYMENT BY ACCOUNT (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Jacqueline Perez
Assistant Hennepin County Attorney
C-2000 Government Center
300 South 6th Street
Minneapolis, MN 55487

ZIP + 4® (U.S. ADDRESSES ONLY)
5 5 4 8 7 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

**ORIGIN (POSTAL SERVICE USE ONLY)**

| | | | |
|---|---|---|---|
| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ | |
| Weight ___ lbs. ___ | ☐ Flat Rate | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| | | |
|---|---|---|
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

➤ PEEL FROM THIS CORNER

8

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS®**

EI 993 542 902 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 763 ) 221 - 4540

Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Mary Moriarty
Hennepin County Attorney
C2000 Government Center
300 South 6th Street
Minneapolis, MN 55487
ZIP + 4® (U.S. ADDRESSES ONLY)

5 5 4 8 7 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ PEEL FROM THIS CORNER

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ | |
| Weight ___ lbs. ___ ozs. | ☐ Flat Rate | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature | |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature | |

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

---

**UNITED STATES POSTAL SERVICE®**

**PRIORITY MAIL EXPRESS®**

EI 993 542 893 US

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( 763 ) 221 - 4540

Matthew D. Guertin
1075 Traditions Ct
Chaska, MN 55318

**PAYMENT BY ACCOUNT (if applicable)**
Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)   PHONE ( )

Chela Guzman-Wiegert
Assistant County Administrator
A2303 Government Center
300 South 6th Street
Minneapolis, MN 55487
ZIP + 4® (U.S. ADDRESSES ONLY)

5 5 4 8 7 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ PEEL FROM THIS CORNER

**ORIGIN (POSTAL SERVICE USE ONLY)**

| ☐ 1-Day | ☐ 2-Day | ☐ Military | ☐ DPO |
|---|---|---|---|
| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ | |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee $ | COD Fee $ |
| Time Accepted ☐ AM ☐ PM | | Return Receipt Fee $ | Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees $ | |
| Weight ___ lbs. ___ ozs. | ☐ Flat Rate | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature | |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature | |

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

9

**UNITED STATES POSTAL SERVICE** ®

**PRIORITY MAIL EXPRESS** ®

EI 993 543 457 US

**CUSTOMER USE ONLY**

**FROM:** (PLEASE PRINT)    PHONE ( 763 ) 221 - 4540

Matthew D. Guertin
1075 Traditions Ct.
Chaska, MN 55318

**PAYMENT BY ACCOUNT** (if applicable)
Federal Agency Acct. No. or Postal Service™ Acct. No.

**DELIVERY OPTIONS (Customer Use Only)**

☐ **SIGNATURE REQUIRED** *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*

**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
*Refer to USPS.com® or local Post Office™ for availability.

**TO:** (PLEASE PRINT)    PHONE ( )

Hennepin County, municipal entity
A2303 Government Center
300 South 6th Street
Minneapolis, MN 55487

ZIP + 4® (U.S. ADDRESSES ONLY)

5 5 4 8 7 - _ _ _ _

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

⬅ **PEEL FROM THIS CORNER**

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☐ 2-Day    ☐ Military    ☐ DPO

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) | Postage $ |
| --- | --- | --- |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time ☐ 6:00 PM | Insurance Fee $ / COD Fee $ |
| Time Accepted ☐ AM ☐ PM | | Return Receipt Fee $ / Live Animal Transportation Fee $ |
| Special Handling/Fragile $ | Sunday/Holiday Premium Fee $ | Total Postage & Fees |
| Weight ☐ Flat Rate lbs. ozs. | Acceptance Employee Initials | |

**DELIVERY (POSTAL SERVICE USE ONLY)**

| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |
| --- | --- | --- |
| Delivery Attempt (MM/DD/YY) | Time ☐ AM ☐ PM | Employee Signature |

LABEL 11-B, NOVEMBER 2023    PSN 7690-02-000-9996

EI 993 543 457 US

10

**Entry of Default | Exhibit A | p. 10**

**UNITED STATES POSTAL SERVICE.**

```
                CHASKA
             300 N PINE ST
         CHASKA, MN 55318-1941
            (800)275-8777

07/11/2024                        10:50 AM

Product          Qty  Unit    Price
                      Price
----------------------------------------
PM Express 1-Day   1           $30.45
Flat Rate Env
   Saint Paul, MN 55101
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Fri 07/12/2024 06:00 PM
   Money Back Guarantee
   Tracking #:
   @ EI993543505US
   Insurance                     $0.00
      Up to $100.00 included
Total                           $30.45

PM Express 1-Day   1           $30.45
Flat Rate Env
   Minneapolis, MN 55487
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Fri 07/12/2024 06:00 PM
   Money Back Guarantee
   Tracking #:
   EI993543457US
   Insurance                     $0.00
      Up to $100.00 included
Total                           $30.45

PM Express 1-Day   1           $30.45
Flat Rate Env
   Minneapolis, MN 55487
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Fri 07/12/2024 06:00 PM
   Money Back Guarantee
   Tracking #:
   EI993542893US
   Insurance                     $0.00
      Up to $100.00 included
Total                           $30.45

PM Express 1-Day   1           $30.45
Flat Rate Env
   Minneapolis, MN 55415
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Fri 07/12/2024 06:00 PM
   Money Back Guarantee
   Tracking #:
   EI993542876US
   Insurance                     $0.00
      Up to $100.00 included
Total                           $30.45
```

```
   EI993542876US
   Insurance                     $0.00
      Up to $100.00 included
Total                           $30.45

PM Express 1-Day   1           $30.45
Flat Rate Env
   Minneapolis, MN 55487
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Fri 07/12/2024 06:00 PM
   Money Back Guarantee
   Tracking #:
   EI993543491US
   Insurance                     $0.00
      Up to $100.00 included
Total                           $30.45

PM Express 1-Day   1           $30.45
Flat Rate Env
   Minneapolis, MN 55487
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Fri 07/12/2024 06:00 PM
   Money Back Guarantee
   Tracking #:
   EI993543488US
   Insurance                     $0.00
      Up to $100.00 included
Total                           $30.45

PM Express 1-Day   1           $30.45
Flat Rate Env
   Minneapolis, MN 55487
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Fri 07/12/2024 06:00 PM
   Money Back Guarantee
   Tracking #:
   EI993543474US
   Insurance                     $0.00
      Up to $100.00 included
Total                           $30.45

PM Express 1-Day   1           $30.45
Flat Rate Env
   Minneapolis, MN 55487
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Fri 07/12/2024 06:00 PM
   Money Back Guarantee
   Tracking #:
   EI993542880US
   Insurance                     $0.00
      Up to $100.00 included
Total                           $30.45

PM Express 1-Day   1           $30.45
Flat Rate Env
   Minneapolis, MN 55487
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Fri 07/12/2024 06:00 PM
   Money Back Guarantee
   Tracking #:
   EI993543443US
   Insurance                     $0.00
      Up to $100.00 included
Total                           $30.45
```

```
Flat Rate Env
   Minneapolis, MN 55487
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Fri 07/12/2024 06:00 PM
   Money Back Guarantee
   Tracking #:
   EI993543514US
   Insurance                     $0.00
      Up to $100.00 included
Total                           $30.45

PM Express 1-Day   1           $30.45
Flat Rate Env
   Minneapolis, MN 55487
   Flat Rate
   Signature Requested
   Scheduled Delivery Date
      Fri 07/12/2024 06:00 PM
   Money Back Guarantee
   Tracking #:
   EI993542902US
   Insurance                     $0.00
      Up to $100.00 included
Total                           $30.45

Grand Total:                   $334.95

Credit Card Remit              $334.95
   Card Name:
   Account #: XXXXXXXXXXX
   Approval #: 031233
   Transaction #: 173
   AID: A0000000980840      Chip
   AL: US DEBIT
   PIN: Not Required
```

```
      Save this receipt as evidence of
      insurance. For information on filing an
      insurance claim go to
      https://www.usps.com/help/claims.htm
             or call 1-800-222-1811

      Text your tracking number to 28777 (2USPS)
      to get the latest status. Standard Message
      and Data rates may apply. You may also
      visit www.usps.com USPS Tracking or call
                 1-800-222-1811.

             Preview your Mail
             Track your Packages
             Sign up for FREE @
        https://informeddelivery.usps.com

      All sales final on stamps and postage.
      Refunds for guaranteed services only.
         Thank you for your business.

      Tell us about your experience.
      Go to: https://postalexperience.com/Pos
      or scan this code with your mobile device,
```



```
      or call 1-800-410-7420.


UFN: 261650-0318
Receipt #: 840-55530294-1-6319427-2
Clerk: 04
```

11

Entry of Default | Exhibit A | p. 11

# USPS Tracking



**Tracking Number:**

## EI993542876US

**Scheduled Delivery by**

### FRIDAY

# 12 | July | by
2024 | **6:00pm**

Your item was delivered to an individual at the address at 9:32 am on July 15, 2024 in MINNEAPOLIS, MN 55415. The item was signed for by B RIVERS.

**Get More Out of USPS Tracking:**

    **USPS Tracking Plus®**

**Delivered**
**Delivered, Left with Individual**
MINNEAPOLIS, MN 55415
July 15, 2024, 9:32 am

**See All Tracking History**

https://tools.usps.com/go/TrackConfirmAction?tRef=fullpage&tLc=3&text28777=&tLabels=EI993542876US