**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Matthew D. Guertin, | Civil No. 24-cv-2646 (JRT/DLM) |
| Plaintiff, | |
| vs. | **LR 7.1(f) WORD COUNT** |
| Hennepin County, a municipal entity, et al., | **COMPLIANCE CERTIFICATE** |
| Defendants. | |

I, Benjamin Harringa, certify that the accompanying Reply Memorandum of Law in support of State Defendants' Motion to Dismiss complies with Local Rule 7.1(f). I further certify that, in preparation of this Memorandum, I used Microsoft Word 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further cerity that the above-referenced Memorandum contains 2,355 words. I further certify that our initial Memorandum contained 8,129 words for a combined total of 10,484 words.

*Signature on following page*

Dated: August 26, 2024                    Respectfully submitted,

                                              KEITH ELLISON
                                              Attorney General
                                              State of Minnesota

                                              /s/ Benjamin Harringa
                                              BENJAMIN HARRINGA
                                              Assistant Attorney General
                                              Atty. Reg. No. 0399254

                                              445 Minnesota Street, Suite 1400
                                              St. Paul, MN 55101-2131
                                              (651) 583-6731 (Voice)
                                              (651) 282-5832 (Fax)
                                              Benjamin.Harringa@ag.state.mn.us

                                              ATTORNEY FOR STATE DEFENDANTS