# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin, | Civil No. 24-cv-2646 (JRT/DLM) |
| Plaintiff, | |
| vs. | **LR 7.1(f) WORD COUNT COMPLIANCE CERTIFICATE** |
| Hennepin County, a municipal entity, et al., | |
| Defendants. | |

I, Benjamin Harringa, certify that the accompanying Memorandum of Law in opposition to Plaintiff's Motion for Preliminary Injunction complies with Local Rule 7.1(f). I further certify that, in preparation of this Memorandum, I used Microsoft Word 365, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count. I further certify that the above-referenced Memorandum contains 3,676 words.

*Signature on following page*

Dated: August 26, 2024 				Respectfully submitted,

KEITH ELLISON
Attorney General
State of Minnesota


/s/ Benjamin Harringa
BENJAMIN HARRINGA
Assistant Attorney General
Atty. Reg. No. 0399254

445 Minnesota Street, Suite 1400
St. Paul, MN 55101-2131
(651) 583-6731 (Voice)
(651) 282-5832 (Fax)
Benjamin.Harringa@ag.state.mn.us

ATTORNEY FOR STATE DEFENDANTS