# **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing 'PLAINTIFF'S MEMORANDUM IN OPPOSITION TO STATE DEFENDANTS' MOTION TO DISMISS AND OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION' complies with the word limit set forth in Local Rule 7.1(f) of the United States District Court for the District of Minnesota, as it contains 837 words, excluding the caption, signature block, and this certificate of compliance.

Dated:  August 27, 2024                                         Respectfully submitted,

                                                      _/s/ Matthew D. Guertin_

                                                      Matthew David Guertin
                                                      Pro Se Plaintiff
                                                      1075 Traditions Ct.
                                                      Chaska, MN  55318
                                                      Telephone: 763-221-4540
                                                      MattGuertin@protonmail.com
                                                      www.MattGuertin.com