# **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing 'MOTION TO CORRECT PROCEDURAL DEFICIENCIES AND REQUEST FOR ADDITIONAL TIME' complies with the word limit set forth in Local Rule 7.1(f) of the United States District Court for the District of Minnesota, as it contains 362 words, excluding the caption, signature block, and this certificate of compliance.

Dated:  August 27, 2024                             Respectfully submitted,

                                                            */s/ Matthew D. Guertin*

                                                           Matthew David Guertin
                                                           Pro Se Plaintiff
                                                           1075 Traditions Ct.
                                                           Chaska, MN  55318
                                                           Telephone: 763-221-4540
                                                           [MattGuertin@protonmail.com](mailto:MattGuertin@protonmail.com)
                                                           [www.MattGuertin.com](http://www.MattGuertin.com)