# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MATTHEW D. GUERTIN,<br><br>                       Plaintiff,<br><br>   v.<br><br>HENNEPIN COUNTY, a municipal entity;<br>KEITH ELLISON, in his official capacity as Minnesota Attorney General;<br>MARY MORIARTY, in her official capacity as Hennepin County Attorney;<br>CHELA GUZMAN-WEIGART, in her official capacity as Assistant County Administrator for Law, Safety, and Justice;<br>JULIA DAYTON-KLEIN, in her individual capacity;<br>GEORGE F. BORER, in his individual capacity;<br>DANIELLE C. MERCURIO, in her individual capacity;<br>DR. JILL ROGSTAD, in her official capacity as Senior Clinical Forensic Psychologist in the Fourth Judicial District;<br>DR. ADAM MILZ, in his official capacity with Hennepin County Mental Health;<br>JACQUELINE PEREZ, in her official capacity as Assistant Hennepin County Attorney;<br>BRUCE M. RIVERS, in his individual capacity.<br><br>                       Defendants. | Case No: 24-cv-02646-JRT-DLM<br><br><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CORRECT PROCEDURAL DEFICIENCIES AND REQUEST FOR ADDITIONAL TIME** |

1

Upon consideration of Plaintiff's Motion to Correct Procedural Deficiencies and Request for Additional Time, it is hereby **ORDERED**:

The Plaintiff's Motion to Correct Procedural Deficiencies is GRANTED.

The Plaintiff is granted an additional seven (7) days from the date of this order to correct the deficiencies as outlined in his motion.

The deadline for Plaintiff to submit a revised motion for a preliminary injunction with corrections is now September 3, 2024.

**SO ORDERED.**

Dated:

_____

Hon. John R. Tunheim
United States District Judge