## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin, | Case No. 24-cv-2646 (JRT/DLM) |
| Plaintiff, | |
| vs. | **CERTIFICATE OF COMPLIANCE** |
| Hennepin County, et al., | |
| Defendants. | |

I, Matthew L. R. Messerli, certify that the document titled "Reply Memorandum of Law in Support of Motion to Dismiss" complies with Local Rule 7.1(f).

I further certify that, in preparation of this document, I used Microsoft Word for Office 365 MSO and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above document contains 1,635 words.

                                            MARY F. MORIARTY
                                            Hennepin County Attorney

Dated: August 27, 2024          By:  */s/Matthew Messerli*
                                            Jamil M. F. Masroujeh (0400895)
                                            Matthew L. R. Messerli (0403677)
                                            Assistant County Attorneys
                                            2000A Government Center, MC200
                                            300 South Sixth Street
                                            Minneapolis, MN 55487
                                            Telephone: (612) 348-0727
                                            FAX No: (612) 348-8299
                                            Jamil. Masroujeh@hennepin.us
                                            Matthew.Messerli@hennepin.us
                                            *Attorneys for Defendants Hennepin County,*
                                            *Moriarty, Guzman-Weigart, and Perez*