# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Matthew D. Guertin

                      Plaintiff,

vs.

Hennepin County, Keith Ellison, Mary Moriarty, Chela Guzman-Weigart, Julia Dayton-Klein, George F. Borer, Danielle C. Mercurio, Dr. Jill Rogstad, Dr. Adam Milz, Jacqueline Perez, and Bruce M. Rivers,

                      Defendants.

**CERTIFICATE OF SERVICE FOR SERVICE BY MAIL**

Case No. 24-cv-2646 (JRT/DLM)

I hereby certify that on August 28, 2024, I caused the following documents:

☐ to be filed electronically with the Clerk of Court through ECF and/or

☒ that I caused a copy of the foregoing documents (and the notice of electronic filing, if filed electronically) to be mailed by first class mail, postage paid, to the following:

*Matthew D. Guertin*
*1075 Traditions Ct.*
*Chaska, MN  55318*

Date: August 28, 2024                                  **s/ Theresa Diekman**

                                                       _____
                                                       **Signature of filing party**

                                                       Theresa Diekman
                                                       Filer's Typed Name