# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| **Matthew D. Guertin** | **CLERK'S ENTRY OF DEFAULT** |
| Plaintiffs, | |
| v. | Case Number:  24-cv-2646 JRT/DLM |
| **Hennepin County, Keith Ellison, Mary Moriarty, Chela Guzman-Weigart, Julia Dayton-Klein, George F. Borer, Danielle C. Mercurio, Jill Rogstad, Adam Milz, Jacqueline Perez, Bruce M. Rivers** | |
| Defendants. | |

It appearing that defendant(s) Bruce M. Rivers is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiffs, Matthew D. Guertin

DEFAULT IS HEREBY ENTERED against Bruce M. Rivers

KATE M. FOGARTY, CLERK

Date: August 29, 2024