## **CERTIFICATE OF COMPLIANCE**

I certify that the foregoing 'PLAINTIFF'S MEMORANDUM IN OPPOSITION TO HENNEPIN COUNTY DEFENDANTS' MOTION TO DISMISS' complies with the word limit set forth in Local Rule 7.1(f) of the United States District Court for the District of Minnesota, as it contains 1,523 words, excluding the caption, signature block, and this certificate of compliance.

Dated:  September 2, 2024                             Respectfully submitted,

                                                                 */s/ Matthew D. Guertin*

                                                     Matthew David Guertin
                                                     Pro Se Plaintiff
                                                     1075 Traditions Ct.
                                                     Chaska, MN  55318
                                                     Telephone: 763-221-4540
                                                     MattGuertin@protonmail.com
                                                     www.MattGuertin.com