# Exhibit AE

**EXHIBIT AE**

FRAUD (Round 1) :

- _Scrolling PDF Animation Flipbook_ | Provides interactive visual proof of the Ai generated, PhotoRobot FRAUD
  ( https://matt1up.substack.com/p/netflix-criminal-fraud-proof )
  ( https://matt1up.substack.com/p/consider-this-an-official-introduction )

- ***Set your PDF software to only view a full, single page at a time. This results in an 'animation flip-book' that you control using your scroll wheel or keyboard arrows to advance through sequential video frames.***





Exhibit AE | PhotoRobot Fraud | p. 2





Exhibit AE | PhotoRobot Fraud | p. 4



Exhibit AE | PhotoRobot Fraud | p. 5



Exhibit AE | PhotoRobot Fraud | p. 6









Exhibit AE | PhotoRobot Fraud | p. 10







Exhibit AE | PhotoRobot Fraud | p. 13







Exhibit AE | PhotoRobot Fraud | p. 16



Exhibit AE | PhotoRobot Fraud | p. 17







Exhibit AE | PhotoRobot Fraud | p. 20





Exhibit AE | PhotoRobot Fraud | p. 22





Exhibit AE | PhotoRobot Fraud | p. 24



Exhibit AE | PhotoRobot Fraud | p. 25



















Exhibit AE | PhotoRobot Fraud | p. 34







Exhibit AE | PhotoRobot Fraud | p. 37













00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2





Exhibit AE | PhotoRobot Fraud | p. 44

00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2





00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2





00:39:15 - 00:40:15 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2





Exhibit AE | PhotoRobot Fraud | p. 47





Exhibit AE | PhotoRobot Fraud | p. 48





Exhibit AE | PhotoRobot Fraud | p. 49









Exhibit AE | PhotoRobot Fraud | p. 51





Exhibit AE | PhotoRobot Fraud | p. 52





Exhibit AE | PhotoRobot Fraud | p. 53





Exhibit AE | PhotoRobot Fraud | p. 54





Exhibit AE | PhotoRobot Fraud | p. 55





Exhibit AE | PhotoRobot Fraud | p. 56





Exhibit AE | PhotoRobot Fraud | p. 57





Exhibit AE | PhotoRobot Fraud | p. 58





Exhibit AE | PhotoRobot Fraud | p. 59





Exhibit AE | PhotoRobot Fraud | p. 60





Exhibit AE | PhotoRobot Fraud | p. 61





Exhibit AE | PhotoRobot Fraud | p. 62









Exhibit AE | PhotoRobot Fraud | p. 64





Exhibit AE | PhotoRobot Fraud | p. 65





Exhibit AE | PhotoRobot Fraud | p. 66





Exhibit AE | PhotoRobot Fraud | p. 67





Exhibit AE | PhotoRobot Fraud | p. 68

00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2



Exhibit AE | PhotoRobot Fraud | p. 72







Exhibit AE | PhotoRobot Fraud | p. 74





Exhibit AE | PhotoRobot Fraud | p. 75





Exhibit AE | PhotoRobot Fraud | p. 76





Exhibit AE | PhotoRobot Fraud | p. 77





Exhibit AE | PhotoRobot Fraud | p. 78





Exhibit AE | PhotoRobot Fraud | p. 79



Exhibit AE | PhotoRobot Fraud | p. 80





Exhibit AE | PhotoRobot Fraud | p. 81





Exhibit AE | PhotoRobot Fraud | p. 82







Exhibit AE | PhotoRobot Fraud | p. 84





Exhibit AE | PhotoRobot Fraud | p. 85





Exhibit AE | PhotoRobot Fraud | p. 86





Exhibit AE | PhotoRobot Fraud | p. 87





Exhibit AE | PhotoRobot Fraud | p. 88




Exhibit AE | PhotoRobot Fraud | p. 89




Exhibit AE | PhotoRobot Fraud | p. 90




Exhibit AE | PhotoRobot Fraud | p. 91





Exhibit AE | PhotoRobot Fraud | p. 92





Exhibit AE | PhotoRobot Fraud | p. 93

00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2



Exhibit AE | PhotoRobot Fraud | p. 96

00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2









Exhibit AE | PhotoRobot Fraud | p. 100



Exhibit AE | PhotoRobot Fraud | p. 101





Exhibit AE | PhotoRobot Fraud | p. 102





















Exhibit AE | PhotoRobot Fraud | p. 111





Exhibit AE | PhotoRobot Fraud | p. 112



Exhibit AE | PhotoRobot Fraud | p. 113





Exhibit AE | PhotoRobot Fraud | p. 114









Exhibit AE | PhotoRobot Fraud | p. 118

00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2



00:34:00 - 00:35:00 "PhotoRobot's Virtual Catwalk - Introduction (short version)"
YouTube < https://www.youtube.com/watch?v=4fcAN-GCmdc >
Uploaded Dec. 30, 2012, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2





Exhibit AE | PhotoRobot Fraud | p. 123

























Exhibit AE | PhotoRobot Fraud | p. 135





Exhibit AE | PhotoRobot Fraud | p. 137





Exhibit AE | PhotoRobot Fraud | p. 139









**00:04:06 - 00:04:07**  of  "Walking belt video shooting - behind the scene timelaps"
YouTube < https://www.youtube.com/watch?v=6NaPPGVqx-I >
Uploaded Oct. 23, 2012, Accessed Nov. 8, 2022
**Cited as prior art for US Patent 11,577,177   page 2**



**00:04:06 - 00:04:07**  of  "Walking belt video shooting - behind the scene timelaps"
YouTube < https://www.youtube.com/watch?v=6NaPPGVqx-I >
Uploaded Oct. 23, 2012, Accessed Nov. 8, 2022
**Cited as prior art for US Patent 11,577,177   page 2**



Exhibit AE | PhotoRobot Fraud | p. 145

**00:04:06 - 00:04:07**  of  "Walking belt video shooting - behind the scene timelaps"
YouTube < https://www.youtube.com/watch?v=6NaPPGVqx-I >
Uploaded Oct. 23, 2012, Accessed Nov. 8, 2022
**Cited as prior art for US Patent 11,577,177   page 2**



**00:04:06 - 00:04:07**  of  "Walking belt video shooting - behind the scene timelaps"
YouTube < https://www.youtube.com/watch?v=6NaPPGVqx-I >
Uploaded Oct. 23, 2012, Accessed Nov. 8, 2022
**Cited as prior art for US Patent 11,577,177   page 2**



Exhibit AE | PhotoRobot Fraud | p. 147



Exhibit AE | PhotoRobot Fraud | p. 148







Exhibit AE | PhotoRobot Fraud | p. 151

























Exhibit AE | PhotoRobot Fraud | p. 163











**00:04:06 - 00:04:07**  of  "Walking belt video shooting - behind the scene timelaps"
YouTube < https://www.youtube.com/watch?v=6NaPPGVqx-I >
Uploaded Oct. 23, 2012, Accessed Nov. 8, 2022
**Cited as prior art for US Patent 11,577,177   page 2**



Exhibit AE | PhotoRobot Fraud | p. 169

**00:04:06 - 00:04:07**  of  "Walking belt video shooting - behind the scene timelaps"
YouTube < https://www.youtube.com/watch?v=6NaPPGVqx-I >
Uploaded Oct. 23, 2012, Accessed Nov. 8, 2022
**Cited as prior art for US Patent 11,577,177   page 2**



Exhibit AE | PhotoRobot Fraud | p. 170

**00:04:06 - 00:04:07**  of  "Walking belt video shooting - behind the scene timelaps"
YouTube < https://www.youtube.com/watch?v=6NaPPGVqx-I >
Uploaded Oct. 23, 2012, Accessed Nov. 8, 2022
**Cited as prior art for US Patent 11,577,177   page 2**



**00:04:06 - 00:04:07**  of  "Walking belt video shooting - behind the scene timelaps"
YouTube < https://www.youtube.com/watch?v=6NaPPGVqx-I >
Uploaded Oct. 23, 2012, Accessed Nov. 8, 2022
**Cited as prior art for US Patent 11,577,177   page 2**

















Behind the scenes of
WALKING BELT IN ACTION

Exhibit AE | PhotoRobot Fraud | p. 179



Exhibit AE | PhotoRobot Fraud | p. 180





Exhibit AE | PhotoRobot Fraud | p. 182









Behind the scenes of

# WALKING BELT IN ACTION

"The virtual rotation runway"

Behind the scenes of
# WALKING BELT IN ACTION
"The virtual rotation runway"

Exhibit AE | PhotoRobot Fraud | p. 188



Behind the scenes of
# WALKING BELT IN ACTION
"The virtual rotation runway"

Behind the scenes of

# WALKING BELT IN ACTION

"The virtual rotation runway"

Behind the scenes of
# WALKING BELT IN ACTION
"The virtual rotation runway"

Behind the scenes of
# WALKING BELT IN ACTION
"The virtual rotation runway"



**00:19:00 - 00:20:00**  of  "Walking belt video shooting - behind the scene timelaps"
YouTube < https://www.youtube.com/watch?v=6NaPPGVqx-I >
Uploaded Oct. 23, 2012, Accessed Nov. 8, 2022
**Cited as prior art for US Patent 11,577,177   page 2**

Exhibit AE | PhotoRobot Fraud | p. 194



**00:19:00 - 00:20:00** of "Walking belt video shooting - behind the scene timelaps"
YouTube < https://www.youtube.com/watch?v=6NaPPGVqx-I >
Uploaded Oct. 23, 2012, Accessed Nov. 8, 2022
**Cited as prior art for US Patent 11,577,177   page 2**



**00:19:00 - 00:20:00**  of  "Walking belt video shooting - behind the scene timelaps"
YouTube < https://www.youtube.com/watch?v=6NaPPGVqx-I >
Uploaded Oct. 23, 2012, Accessed Nov. 8, 2022
**Cited as prior art for US Patent 11,577,177   page 2**



**00:19:00 - 00:20:00**  of  "Walking belt video shooting - behind the scene timelaps"
YouTube < https://www.youtube.com/watch?v=6NaPPGVqx-I >
Uploaded Oct. 23, 2012, Accessed Nov. 8, 2022
**Cited as prior art for US Patent 11,577,177   page 2**



Exhibit AE | PhotoRobot Fraud | p. 198



Exhibit AE | PhotoRobot Fraud | p. 199



Exhibit AE | PhotoRobot Fraud | p. 200



Exhibit AE | PhotoRobot Fraud | p. 201



Exhibit AE | PhotoRobot Fraud | p. 202



Exhibit AE | PhotoRobot Fraud | p. 203



Exhibit AE | PhotoRobot Fraud | p. 204



Exhibit AE | PhotoRobot Fraud | p. 205



Exhibit AE | PhotoRobot Fraud | p. 206



Exhibit AE | PhotoRobot Fraud | p. 207



Exhibit AE | PhotoRobot Fraud | p. 208



Exhibit AE | PhotoRobot Fraud | p. 209



Exhibit AE | PhotoRobot Fraud | p. 210



Exhibit AE | PhotoRobot Fraud | p. 211



Exhibit AE | PhotoRobot Fraud | p. 212



Exhibit AE | PhotoRobot Fraud | p. 213



Exhibit AE | PhotoRobot Fraud | p. 214





Exhibit AE | PhotoRobot Fraud | p. 216



Exhibit AE | PhotoRobot Fraud | p. 217



Exhibit AE | PhotoRobot Fraud | p. 218

**33:01 - 34:01** of "Digital Fashion Shows on the Virtual Catwalk from
https://www.photorobot.com " YouTube < https://www.youtube.com/watch?v=_XXayllb_0o >
Uploaded Jan 28th, 2016, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2



Exhibit AE | PhotoRobot Fraud | p. 219

**33:01 - 34:01** of "Digital Fashion Shows on the Virtual Catwalk from
https://www.photorobot.com " YouTube < https://www.youtube.com/watch?v=_XXayllb_0o >
Uploaded Jan 28th, 2016, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2



Exhibit AE | PhotoRobot Fraud | p. 220

**33:01 - 34:01** of "Digital Fashion Shows on the Virtual Catwalk from
https://www.photorobot.com " YouTube < https://www.youtube.com/watch?v=_XXayllb_0o >
Uploaded Jan 28th, 2016, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2



Exhibit AE | PhotoRobot Fraud | p. 221



Exhibit AE | PhotoRobot Fraud | p. 222







Exhibit AE | PhotoRobot Fraud | p. 225



Exhibit AE | PhotoRobot Fraud | p. 226



Exhibit AE | PhotoRobot Fraud | p. 227



Exhibit AE | PhotoRobot Fraud | p. 228



Exhibit AE | PhotoRobot Fraud | p. 229





Exhibit AE | PhotoRobot Fraud | p. 231





Exhibit AE | PhotoRobot Fraud | p. 233



Exhibit AE | PhotoRobot Fraud | p. 234







Exhibit AE | PhotoRobot Fraud | p. 237



Exhibit AE | PhotoRobot Fraud | p. 238











**50:00 - 51:00** of "Digital Fashion Shows on the Virtual Catwalk from
https://www.photorobot.com " YouTube < https://www.youtube.com/watch?v=_XXayllb_0o >
Uploaded Jan 28th, 2016, Accessed Nov. 8, 2022
**Cited as prior art for US Patent 11,577,177   page 2**



**50:00 - 51:00** of "Digital Fashion Shows on the Virtual Catwalk from
https://www.photorobot.com " YouTube < https://www.youtube.com/watch?v=_XXayllb_0o >
Uploaded Jan 28th, 2016, Accessed Nov. 8, 2022
**Cited as prior art for US Patent 11,577,177   page 2**



Exhibit AE | PhotoRobot Fraud | p. 245

**50:00 - 51:00** of "Digital Fashion Shows on the Virtual Catwalk from
https://www.photorobot.com " YouTube < https://www.youtube.com/watch?v=_XXayllb_0o >
Uploaded Jan 28th, 2016, Accessed Nov. 8, 2022
Cited as prior art for US Patent 11,577,177   page 2



Exhibit AE | PhotoRobot Fraud | p. 246











Exhibit AE | PhotoRobot Fraud | p. 251





Exhibit AE | PhotoRobot Fraud | p. 253





Exhibit AE | PhotoRobot Fraud | p. 255



Exhibit AE | PhotoRobot Fraud | p. 256





Exhibit AE | PhotoRobot Fraud | p. 258



Exhibit AE | PhotoRobot Fraud | p. 259



Exhibit AE | PhotoRobot Fraud | p. 260











Exhibit AE | PhotoRobot Fraud | p. 265



Exhibit AE | PhotoRobot Fraud | p. 266



Exhibit AE | PhotoRobot Fraud | p. 267



Exhibit AE | PhotoRobot Fraud | p. 268



**50:00 - 51:00** of "Digital Fashion Shows on the Virtual Catwalk from
https://www.photorobot.com " YouTube < https://www.youtube.com/watch?v=_XXayllb_0o >
Uploaded Jan 28th, 2016. Accessed Nov. 8, 2022.
Cited as prior art for US Patent 11,577,177   page 2

Exhibit AE | PhotoRobot Fraud | p. 269







Exhibit AE | PhotoRobot Fraud | p. 272





Exhibit AE | PhotoRobot Fraud | p. 274









Exhibit AE | PhotoRobot Fraud | p. 278





Exhibit AE | PhotoRobot Fraud | p. 280



Exhibit AE | PhotoRobot Fraud | p. 281



Exhibit AE | PhotoRobot Fraud | p. 282



Exhibit AE | PhotoRobot Fraud | p. 283



Exhibit AE | PhotoRobot Fraud | p. 284













Exhibit AE | PhotoRobot Fraud | p. 290



Exhibit AE | PhotoRobot Fraud | p. 291



