# Exhibit AG

**EXHIBIT AG**

NETFLIX FRAUD (Round 2) :

- _Scrolling PDF Animation Flipbook_ **_1 of 3_** | NETFLIX FRAUD

- Provides interactive visual proof of the Ai generated, completely fake version of Holocaust survivor 'Pinchas Gutter' who was created to support the fraudulent Light Stage 6 narrative at USC.
  ( https://matt1up.substack.com/p/netflix-criminal-fraud-proof )
  ( https://matt1up.substack.com/p/consider-this-an-official-introduction )

- ***Set your PDF software to only view a full, single page at a time. This results in an 'animation flip-book' that you control using your scroll wheel or keyboard arrows to advance through sequential video frames.***

---









Exhibit AG | Netflix Fraud | p. 4











Exhibit AG | Netflix Fraud | p. 9





Exhibit AG | Netflix Fraud | p. 11











Exhibit AG | Netflix Fraud | p. 16





Exhibit AG | Netflix Fraud | p. 18































Exhibit AG | Netflix Fraud | p. 33





Exhibit AG | Netflix Fraud | p. 35



Exhibit AG | Netflix Fraud | p. 36





















Exhibit AG | Netflix Fraud | p. 46































Exhibit AG | Netflix Fraud | p. 61



Exhibit AG | Netflix Fraud | p. 62











Exhibit AG | Netflix Fraud | p. 67



































Exhibit AG | Netflix Fraud | p. 84

































Exhibit AG | Netflix Fraud | p. 100



Exhibit AG | Netflix Fraud | p. 101



















Exhibit AG | Netflix Fraud | p. 110



















Exhibit AG | Netflix Fraud | p. 119



Exhibit AG | Netflix Fraud | p. 120











Exhibit AG | Netflix Fraud | p. 125













Exhibit AG | Netflix Fraud | p. 131









Exhibit AG | Netflix Fraud | p. 135





Exhibit AG | Netflix Fraud | p. 137





Exhibit AG | Netflix Fraud | p. 139



Exhibit AG | Netflix Fraud | p. 140



















Exhibit AG | Netflix Fraud | p. 149



Exhibit AG | Netflix Fraud | p. 150



Exhibit AG | Netflix Fraud | p. 151













































































Exhibit AG | Netflix Fraud | p. 189









































Exhibit AG | Netflix Fraud | p. 209





Exhibit AG | Netflix Fraud | p. 211



















Exhibit AG | Netflix Fraud | p. 220







Exhibit AG | Netflix Fraud | p. 223





















Exhibit AG | Netflix Fraud | p. 233

