# Exhibit AH

**EXHIBIT AH**

NETFLIX FRAUD (Round 2) :

- _Scrolling PDF Animation Flipbook_   **_2 of 3_** | NETFLIX FRAUD

- Provides interactive visual proof of the Ai generated, fraudulent academic research being used to support the theft of Guertins US Patent 11,577,177.
  ( https://matt1up.substack.com/p/netflix-criminal-fraud-proof )
  ( https://matt1up.substack.com/p/consider-this-an-official-introduction )

- ***Set your PDF software to only view a full, single page at a time. This results in an 'animation flip-book' that you control using your scroll wheel or keyboard arrows to advance through sequential video frames.***











Exhibit AH | Netflix Fraud | p. 5































Exhibit AH | Netflix Fraud | p. 20































































































































Exhibit AH | Netflix Fraud | p. 83











Exhibit AH | Netflix Fraud | p. 88





















Exhibit AH | Netflix Fraud | p. 98















Exhibit AH | Netflix Fraud | p. 105







Exhibit AH | Netflix Fraud | p. 108









Exhibit AH | Netflix Fraud | p. 112



Exhibit AH | Netflix Fraud | p. 113





Exhibit AH | Netflix Fraud | p. 115











Exhibit AH | Netflix Fraud | p. 120

















Exhibit AH | Netflix Fraud | p. 128





Exhibit AH | Netflix Fraud | p. 130











Exhibit AH | Netflix Fraud | p. 135

















Exhibit AH | Netflix Fraud | p. 143



















































Exhibit AH | Netflix Fraud | p. 168













Exhibit AH | Netflix Fraud | p. 174





















Exhibit AH | Netflix Fraud | p. 184









Exhibit AH | Netflix Fraud | p. 188









Exhibit AH | Netflix Fraud | p. 192



































Exhibit AH | Netflix Fraud | p. 209





Exhibit AH | Netflix Fraud | p. 211







































Exhibit AH | Netflix Fraud | p. 230









Exhibit AH | Netflix Fraud | p. 234



Exhibit AH | Netflix Fraud | p. 235



















Exhibit AH | Netflix Fraud | p. 244









Exhibit AH | Netflix Fraud | p. 248

















Exhibit AH | Netflix Fraud | p. 256









Exhibit AH | Netflix Fraud | p. 260

















Exhibit AH | Netflix Fraud | p. 268



Exhibit AH | Netflix Fraud | p. 269



Exhibit AH | Netflix Fraud | p. 270









Exhibit AH | Netflix Fraud | p. 274





















Exhibit AH | Netflix Fraud | p. 284







Exhibit AH | Netflix Fraud | p. 287



























