# Exhibit AI

**EXHIBIT AI**

NETFLIX FRAUD (Round 2) :

- _Scrolling PDF Animation Flipbook_   **_3 of 3_** | NETFLIX FRAUD

- Provides interactive visual proof of the Ai generated, fraudulent academic research being used to support the theft of Guertins US Patent 11,577,177.
  ( https://matt1up.substack.com/p/netflix-criminal-fraud-proof )
  ( https://matt1up.substack.com/p/consider-this-an-official-introduction )

- ***Set your PDF software to only view a full, single page at a time. This results in an 'animation flip-book' that you control using your scroll wheel or keyboard arrows to advance through sequential video frames.***

---























Exhibit AI | Netflix Fraud | p. 11

































































































































































































































Exhibit AI | Netflix Fraud | p. 123











































































































Exhibit AI | Netflix Fraud | p. 176

























































Exhibit AI | Netflix Fraud | p. 204











































Exhibit AI | Netflix Fraud | p. 225















Exhibit AI | Netflix Fraud | p. 232





































































































































Exhibit AI | Netflix Fraud | p. 298



















































Exhibit AI | Netflix Fraud | p. 323

















Exhibit AI | Netflix Fraud | p. 331



Exhibit AI | Netflix Fraud | p. 332









































Exhibit AI | Netflix Fraud | p. 352



Exhibit AI | Netflix Fraud | p. 353



Exhibit AI | Netflix Fraud | p. 354

