UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin,<br><br>Plaintiff,<br><br>v.<br><br>Hennepin County, Keith Ellison, Mary Moriarty, Chela Guzman-Weigart, Julia Dayton-Klein, George F. Borer, Danielle C. Mercurio, Jill Rogstad, Adam Milz, Jacqueline Perez, Bruce M. Rivers,<br><br>Defendants. | Case No. 24-cv-2646 JRT/DLM |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Daniel J. Cragg, of the law firm of ECKLAND & BLANDO LLP, 10 South Fifth Street, Suite 800, Minneapolis, Minnesota 55402, hereby enters his appearance in the above-captioned matter on behalf of Defendant Bruce Rivers.

ECKLAND & BLANDO LLP

Dated: October 7, 2024

/s/ DANIEL J. CRAGG
Daniel J. Cragg, Esq. (#389888)
10 South Fifth Street, Suite 800
Minneapolis, MN 55402
dcragg@ecklandblando.com
(612) 236-0160

*Counsel for Defendant Bruce Rivers*

1