UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin,<br><br>      Plaintiff,<br><br>v.<br><br>Hennepin County, Keith Ellison, Mary Moriarty, Chela Guzman-Weigart, Julia Dayton-Klein, George F. Borer, Danielle C. Mercurio, Jill Rogstad, Adam Milz, Jacqueline Perez, Bruce M. Rivers,<br><br>      Defendants. | Case No. 24-cv-2646 JRT/DLM |

**MOTION TO SET ASIDE CLERK'S ENTRY OF DEFAULT**

Pursuant to Fed R. Civ. P 55(c), Defendant Bruce Rivers ("Rivers") moves the Court as follows:

1.    For an Order to set aside the Clerk's Entry of Default against Rivers dated August 29, 2024 (ECF No. 71), pursuant to Fed. R. Civ. P. 55(c).

                                                        ECKLAND & BLANDO LLP

Dated: October 7, 2024                       /S/ DANIEL J. CRAGG
                                                                   Daniel J. Cragg, Esq. (#389888)
                                                                   10 South Fifth Street, Suite 800
                                                                   Minneapolis, MN 55402
                                                                   dcragg@ecklandblando.com
                                                                   (612) 236-0160

                                                                   *Counsel for Defendant Bruce Rivers*

1