UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Hennepin County, Keith Ellison, Mary Moriarty, Chela Guzman-Weigart, Julia Dayton-Klein, George F. Borer, Danielle C. Mercurio, Jill Rogstad, Adam Milz, Jacqueline Perez, Bruce M. Rivers,<br><br>　　　　　Defendants. | Case No. 24-cv-2646 JRT/DLM |

**DECLARATION OF BRUCE RIVERS**

I, Bruce Michael Rivers, pursuant to 28 U.S.C. § 1746, state and declare as follows:

　　1.　　I am an attorney duly admitted to practice in the State of Minnesota. I am the principal of Rivers Law Firm. The information contained in this declaration is based on personal knowledge unless otherwise specified.

　　2.　　I was never personally served with the Summons and Complaint in the above-captioned action.

FURTHER YOUR DECLARANT SAYETH NAUGHT.

1

2

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on the 7th day of October in the City of Minneapolis, State of Minnesota.

/s/ B<span>RUCE</span> M<span>ICHAEL</span> R<span>IVERS</span>
Bruce Michael Rivers