UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matthew D. Guertin,<br><br>   Plaintiff,<br><br>v.<br><br>Hennepin County, Keith Ellison, Mary Moriarty, Chela Guzman-Weigart, Julia Dayton-Klein, George F. Borer, Danielle C. Mercurio, Jill Rogstad, Adam Milz, Jacqueline Perez, Bruce M. Rivers,<br><br>   Defendants. | Case No. 24-cv-2646 JRT/DLM |

**MEET AND CONFER STATEMENT**

I, Daniel J. Cragg, counsel for Defendant Bruce Rivers, hereby certify that I met and conferred with Plaintiff Matthew D. Guertin, *Pro Se*, on October 4, 2024, by e-mail to discuss Defendant Bruce Rivers' Motion to Set Aside Clerk's Entry of Default. Mr. Guertin did not respond to my e-mail.

As a result of the meet and confer, the parties did not resolve the need for the Motion.

1

                                      ECKLAND & BLANDO LLP

Dated: October 7, 2024                /s/ DANIEL J. CRAGG
                                              Daniel J. Cragg, Esq. (#389888)
                                              10 South Fifth Street, Suite 800
                                              Minneapolis, MN 55402
                                              dcragg@ecklandblando.com
                                              (612) 236-0160

                                              *Counsel for Defendant Bruce Rivers*