A25-_____
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

| | |
|---|---|
| In re Matthew David Guertin, | District Court Case: 27-CR-23-1886 |
| | Court Order Date: April 29, 2025 |
| Petitioner | |
| v. | **ADDENDUM MASTER VOLUME INDEX** |
| State of Minnesota, | |
| Respondent. | Judge: Hon. Sarah Hudleston |

## ADDENDUM VOL I

**April 29, 2025 - Order for Competency to Proceed Rule 20.01,**

Index 187……………………………………..…………………………………....Add. 1-3

**April 29, 2025 - Order Appointing Forensic Navigator,**

Index 188……………………………….…………..……………...…..…………....Add. 4-5

**April 29, 2025 - Hearing Transcript re Rule 20 & Self-Representation,**

Index 189……………………………………………..….…..….….………….Add. 6-25

**January 24, 2023 - Criminal Complaint & Detention Order,**

Index 1……………………………………….…..…..……………………..…....Add. 26-32

## ADDENDUM VOL II

**May 07, 2025 - Emergency Motion to Stay & Vacate April 29**
**Orders (pp 1-34),** Index 190…………………………………….………….Add. 33–66

**May 07, 2025 - Motion to Confirm Pro Se Status & Discharge Counsel,**

Index 191……………………………………………………....………..Add. 67–81

**ADDENDUM VOL III**

**February 28, 2025 - Exhibits A–E: Discovery-Fraud Proven, (pp 1-17, 58-75),** Index 122……………………...……………………Add. 82-116

**March 05, 2025 - Contested Competency Hearing Transcript (pp 1-15)**….………………………………………………......Add. 117-131

**ADDENDUM VOL IV**

**March 05, 2025 - Contested Competency Hearing Transcript (pp 16-61)**……………………………………….……….Add. 132-177

**April 03, 2025 - Findings & Order: Defendant Competent to Proceed,** Index 127…………………………………….………...Add. 178-181

**ADDENDUM VOL V**

**February 28, 2025 - Exhibits M–Q: Netflix Patent Motive & Valuation (pp 6-23),** Index 125…………………………….….….…..Add. 182-199

**April 21, 2025 - Petition to Proceed Pro Se & Discharge Counsel (pp 1-32, motion only),** Index 133……………………………….………Add. 200-231

**ADDENDUM VOL VI**

**April 16, 2025 - Motion to Dismiss With Prejudice,** Index 13……………Add. 232–281

**ADDENDUM VOL VII**

**April 17, 2025 - Hearing Transcript on Status & Faretta Inquiry,** Index 134……………………………………………………….……...Add. 282-296

**April 21, 2025 - Exhibit A: E-mail Exchange with Defense Counsel re Discovery Fraud & Self-Representation,** Index 133….………Add. 297-320

## ADDENDUM VOL VIII

**April 28, 2025 - Exhibit A: AI-Created MCRO Returned-Mail Forensic Report,** Index 147……………………………………….……….……..Add. 321-331

**Duplicate USPS Returned-Mail Filings – Identical SHA-256 Hashes,**…..………………………………………………………Add. 332-345

**Duplicate Judicial Signatures & Timestamp Blocks – Identical SHA-256 Hashes**,………………………………………………………..Add. 346-370

## ADDENDUM VOL IX

**January 17, 2024 - Finding of Incompetency and Order (Guertin template origin),** Index 25…………..…………………….……..Add. 371-374

**May 02, 2023 - Kraskey Series: 12 Duplicate Incompetency Orders,**…..……………………………………………….……...Add. 375-398

**April 28, 2025 - Exhibit I: April 12 2024 Mother's Letter – Smoking-Gun Intercept,** Index 165…………………………….……...Add. 399-407

**April 28, 2025 - Exhibit H: Synthetic Judiciary ChatGPT Analysis (pp 14-23),** Index 166………………………...……………….….……Add. 408-416

## ADDENDUM VOL X

**April 28, 2025 - Affidavit - Attempted Assassination of Matthew Guertin,** Index 141…………………………….……….……...Add. 417-437

**May 03, 2024 - Affidavit & MCRO Data Analysis,** Index 37……………………………………………………………….Add. 438-457

**May 15, 2024 - Petition for Discretionary Review, MN COA A24-0780,** Index 58…….…………………….……...……….Add. 458-462


**May 15, 2024 - Supplementary Addendum Information,**
**COA A24-0780,** Index 62……………………………..…….…………Add. 463-466

## ADDENDUM VOL XI

**April 28, 2025 - Affidavit - Judicial Simulation & Psychiatric**
**Entrapment,** Index 145……………………………………….……..…..Add. 467-503

**April 28, 2025 - Exhibit B: AI-Created MCRO Case Files –**
**Forensic Report,** Index 148………………………………….………..…..Add. 504-510

**April 28, 2025 - Exhibit C: AI-Named MCRO Defendants –**
**ForensicReport,** Index 151……………………………….…………..Add. 511-515

## ADDENDUM VOL XII

**Report 01: Digital Forensic Analysis of MCRO Dataset &**
**Evidence Integrity**,………………………………………..………..……Add. 516-525

**Report 02: Digital Forensic Analysis of CASE**
**Dataset Integrity,**………..……………………………………………….…Add. 526-531

**Report 03: Digital Forensic Analysis of Synthetic**
**Case-Docket Anomalies,**……………………………………………Add. 532-535

**Report 04: SHA-256 Hashing of PDF Case-File Objects,**…………..……Add. 536-543

**Report 05: Duplicate SHA-256 Hashes in Synthetic**
**MCRO Case Files,**…..……………………………………………………...Add. 544-548

**Report 06: Forensic Analysis of Metadata Anomalies in Fraudulent**
**Competency Orders,**……………………………………………….Add. 549-555

**Report 07: Fraudulent Incompetency-Order Template Reused in**
**Guertin's Case,**………………………………………….…………...Add. 556-559

## ADDENDUM VOL XIII

**Report 08: The Mother's Letter – Smoking-Gun Evidence,**……………..Add. 560–572

**Report 09: Fraudulent USPS Returned-Mail Filings in Synthetic MCRO Records,**……………………………………………….……...Add. 573–575

**Report 10: USPS Returned-Mail Scan Images Contain Evidence of Digital Fabrication,**……………………………………………….…..…..Add. 576–587

**Report 11: Tracking Codes Assigned to Each Synthetic Defendant via TTF Font Codes,**……………………………………….....…....…Add. 588–594

**Report 12: Forensic Analysis of AI-Generated Image-Based Court Filings,**……………………………………………….…....…...Add. 595–601

## ADDENDUM VOL XIV

**Report 13: Raissa Carpenter – Current Defense Counsel**,………..……...Add. 602-607

**Report 14: Mawerdi Hamid – Current Prosecutor**,………………..……Add. 608-613

**Report 15: Jacqueline Perez – Original Prosecutor,**………………………Add. 614-618

**Report 16: Adam Milz – 2nd Rule 20 Examiner,**…………………….…..Add. 619-628

**Report 17: Katheryn Cranbrook – 3rd Rule 20 Examiner,**……………...Add. 629-635

**Report 18: Kristin A. Otte – Hidden Examiner Entry in Guertin's Case,**……………………………………………………………Add. 636-646

## ADDENDUM VOL XV

**Report 19: Amanda Burg — Minnesota Security Hospital Court-Liaison Letters,**……………………………………….……..….Add. 647-663

**Report 20: Amanda Jung — AMRTC Competency-Discharge Correspondence,**……………………………………………….………..…...Add. 664-672

**Report 21: Saint Peter Security Hospital at the Core of the Synthetic MCRO Conspiracy,**……………………………….………………...Add. 673-683

**ADDENDUM VOL XVI**

**27-CR-23-1886 Master Docket-Index Map,**……………………………..Add. 684-686

**Article: "WHAT THE HASH? Data Integrity & Authenticity in American Jurisprudence,"**…………………………….……………………Add. 687-694

**Master Evidence URL Directory,**……………………….…...……….…...Add. 695-700

**SHA-256 Hashes for All Linked Evidence,**……………….…………….Add. 701-708

**URL Links to All Synthetic-MCRO Research Reports,**………...………..Add. 709-712

**DECLARATION OF MATTHEW DAVID GUERTIN,**………….………Add. 713-717

Dated:  May 29, 2025                          *Respectfully submitted,*

                                              */s/ Matthew D. Guertin*

                                              Matthew David Guertin
                                              ***Petitioner Pro Se***
                                              4385 Trenton Ln. N 202
                                              Plymouth, MN  55442
                                              Telephone: 763-221-4540
                                              MattGuertin@protonmail.com
                                              www.MattGuertin.com

A25-_____
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

| | |
|---|---|
| In re Matthew David Guertin,<br><br>Petitioner<br><br>v.<br><br>State of Minnesota,<br><br>Respondent. | District Court Case: 27-CR-23-1886<br>Court Order Date: April 29, 2025<br><br>**PETITIONER'S CERTIFICATE**<br>**OF DOCUMENT LENGTH**<br><br>Judge: Hon. Sarah Hudleston |

The undersigned hereby certifies that this Addendum Volume Master Index conforms to the requirements of the applicable rules, is produced with 13-point type and proportional font, and the length of this document is 713 words excluding the caption, signature block, and this Certificate of Document Lenth. This Addendum Volume Master Index was prepared using LibreOffice Writer for Linux.

Dated:  May 29, 2025                              *Respectfully submitted,*

                                                                  */s/ Matthew D. Guertin*

                                                                  Matthew David Guertin
                                                                  ***Petitioner Pro Se***
                                                                  4385 Trenton Ln. N 202
                                                                  Plymouth, MN  55442
                                                                  Telephone: 763-221-4540
                                                                  MattGuertin@protonmail.com
                                                                  www.MattGuertin.com

7