**A25-0882**
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

---

| | |
|---|---|
| In re Matthew David Guertin, | District Court Case: 27-CR-23-1886 |
| | Court Order Date: April 29, 2025 |
| Petitioner | |
| | **ADDENDUM** |
| v. | **VOLUME XVI of XVI** |
| | **ADD. 684 - ADD. 717** |
| State of Minnesota, | |
| | Judge: Hon. Sarah Hudleston |
| Respondent. | |

---

<u>Contents</u>                                                                                   <u>Page</u>

**27-CR-23-1886 Master Docket-Index Map,**………………….…......…..……… Add. 684-686

**Article: "WHAT THE HASH? Data Integrity & Authenticity**
**in American Jurisprudence",**………………………………….…......……… Add. 687-694

**Master Evidence URL Directory,**……………….….……..…...……...…...……… Add. 695-700

**SHA-256 Hashes for All Linked Evidence,**……………...…..……..…...……..……… Add. 701-708

**URL Links to All Synthetic-MCRO Research Reports,**………………..……... Add. 709-712

**DECLARATION OF MATTHEW DAVID GUERTIN,**………….…………… Add. 713-717

# State of Minnesota v Matthew David Guertin | 27-CR-23-1886 | Index Map

| 122 | Exhibit-List_A-E | Discovery-Fraud-Proven | 2025-02-28 |
| 123 | Exhibit-List_F-J | Discovery-Fraud-Proven | 2025-02-28 |
| 124 | Exhibit-List_K-L | Discovery-Fraud-Proven | 2025-02-28 |
| 125 | Exhibit-List_M-Q | Netflix-Patent-Theft | 2025-02-28 |
| | | | |
| 128 | Exhibit-A | Netflix-Whistleblower-Part-1 | 2025-04-10 |
| 129 | Exhibits-B-C | Brodsky-USPTO-Patent-Fraud | 2025-04-14 |
| 130 | Exhibits-D-E-F-G | Netflix-Academic-Patent-Fraud | 2025-04-14 |
| 131 | Pro-Se-Defendants Motion-to-Dismiss-w-Prejudice | | 2025-04-16 |
| | | | |
| 133 | Petition-to-Proceed-as-Pro-Se-Counsel | | 2025-04-21 |
| 134 | Transcript of April-17-2025_Hearing | | 2025-04-23 |

| 141 | Affidavit-A | Attempted-Assassination-of-Matthew-Guertin | 2025-04-28 |
| 145 | Affidavit-B | Judicial-Simulation-and-Psychiatric-Entrapment | 2025-04-28 |
| 147 | Exhibit-A | Ai-Created-MCRO-Return-Mail_Forensic-Report | 2025-04-28 |
| 148 | Exhibit-B | Ai-Created-MCRO-Case-Files_Forensic-Report | 2025-04-28 |
| 151 | Exhibit-C | Ai-Named-MCRO-Defendants_Forensic-Report | 2025-04-28 |
| 159 | Exhibit-D | May-3-2024-Affidavit-and-MCRO-Data-Analysis | 2025-04-28 |
| 160 | Exhibit-E | Judicial-Case-Distribution  MCRO-Data-Analysis | 2025-04-28 |
| 162 | Exhibit-F | Circular-Judicial-Control  MCRO-Data-Analysis | 2025-04-28 |
| 164 | Exhibit-G | Rule-20-Control-Loops   MCRO-Data-Analysis | 2025-04-28 |
| 166 | Exhibit-H | Synthetic-Judiciary-ChatGPT-Conversation | 2025-04-28 |
| 165 | Exhibit-I | Moms-Letter-Intercepted THE-SMOKING-GUN | 2025-04-28 |

| 174 | Exhibit-J1 | 2017-2019_MCRO-Register-of-Actions | 2025-04-28 |
| 175 | Exhibit-J2 | 2020-2021_MCRO-Register-of-Actions | 2025-04-28 |
| 176 | Exhibit-J3 | 2022-2023_MCRO-Register-of-Actions | 2025-04-28 |
| 168 | Exhibit-K1 | Rule-20-01-Court-Orders_Part-01 | 2025-04-28 |
| 167 | Exhibit-K2 | Rule-20-01-Court-Orders_Part-02 | 2025-04-28 |

Add. 684

| | | | |
|---|---|---|---|
| 169 | Exhibit-K3 | Rule-20-01-Court-Orders_Part-03 | 2025-04-28 |
| 172 | Exhibit-K4 | Rule-20-01-Court-Orders_Part-04 | 2025-04-28 |
| 171 | Exhibit-K5 | Rule-20-01-Court-Orders_Part-05 | 2025-04-28 |
| 170 | Exhibit-K6 | Rule-20-01-Court-Orders_Part-06 | 2025-04-28 |
| 135 | Exhibit-K7 | Rule-20-01-Court-Orders_Part-07 | 2025-04-28 |
| 136 | Exhibit-K8 | Rule-20-01-Court-Orders_Part-08 | 2025-04-28 |
| 137 | Exhibit-K9 | Rule-20-01-Court-Orders_Part-09 | 2025-04-28 |
| 173 | Exhibit-K10 | Rule-20-01-Court-Orders_Part-10 | 2025-04-28 |
| 138 | Exhibit-K11 | Rule-20-01-Court-Orders_Part-11 | 2025-04-28 |
| 139 | Exhibit-K12 | Rule-20-01-Court-Orders_Part-12 | 2025-04-28 |
| 140 | Exhibit-K13 | Rule-20-01-Court-Orders_Part-13 | 2025-04-28 |
| 142 | Exhibit-K14 | Rule-20-01-Court-Orders_Part-14 | 2025-04-28 |
| 143 | Exhibit-L1 | Finding-of-Incompetency-Orders_Part-01 | 2025-04-28 |
| 144 | Exhibit-L2 | Finding-of-Incompetency-Orders_Part-02 | 2025-04-28 |
| 146 | Exhibit-L3 | Finding-of-Incompetency-Orders_Part-03 | 2025-04-28 |
| 149 | Exhibit-L4 | Finding-of-Incompetency-Orders_Part-04 | 2025-04-28 |
| 156 | Exhibit-L5 | Finding-of-Incompetency-Orders_Part-05 | 2025-04-28 |
| 150 | Exhibit-M1 | Returned-Mail-Scans_Part-01 | 2025-04-28 |
| 152 | Exhibit-M2 | Returned-Mail-Scans_Part-02 | 2025-04-28 |
| 153 | Exhibit-M3 | Returned-Mail-Scans_Part-03 | 2025-04-28 |
| 154 | Exhibit-M4 | Returned-Mail-Scans_Part-04 | 2025-04-28 |
| 155 | Exhibit-N | Finding-of-Fact-Conclusion-of-Law-Orders | 2025-04-28 |
| 163 | Exhibit-O | Finding-Orders | 2025-04-28 |
| 157 | Exhibit-P | E-Filed-Comp-Summons | 2025-04-28 |
| 158 | Exhibit-Q | Rule-20-02-Court-Orders | 2025-04-28 |
| 161 | Exhibit-R | Petitions-to-Proceed-as-ProSe-Counsel | 2025-04-28 |
| 177 | Exhibit-S | All-Three-Cases-From-2017 | 2025-04-28 |
| 178 | Exhibit-T | State-v-Sandra-Vongsaphay_27-CR-23-2480 | 2025-04-28 |
| 179 | Exhibit-U1 | Raissa-Carpenter-is-a-FRAUD_Part-01 | 2025-04-28 |
| 180 | Exhibit-U2 | Raissa-Carpenter-is-a-FRAUD_Part-02 | 2025-04-28 |
| 181 | Exhibit-U3 | Raissa-Carpenter-is-a-FRAUD_Part-03 | 2025-04-28 |

Add. 685

| 182 | Exhibit-U4 | Raissa-Carpenter-is-a-FRAUD_Part-04 | 2025-04-28 |
| 183 | Exhibit-U5 | Raissa-Carpenter-is-a-FRAUD_Part-05 | 2025-04-28 |
| 184 | Exhibit-U6 | Raissa-Carpenter-is-a-FRAUD_Part-06 | 2025-04-28 |

| 185 | Notice-of-Hearing-on-July-8-2025 | 2025-04-29 |
| 186 | Notice-of-Hearing-on-July-15-2025 | 2025-04-29 |
| 187 | Order-Evaluation-for-Competency-to-Proceed_Rule-20-01 | 2025-04-29 |
| 188 | Order-Appointing-Forensic-Navigator | 2025-04-29 |
| 189 | April 29, 2025 Hearing Transcript | 2025-05-03 |
| 190 | Emergency Motion to Stay and Vacate April 29 Rule 20.01 Order | 2025-05-07 |
| 191 | Motion to Confirm Pro Se Status and Discharge Counsel | 2025-05-07 |



From the Fall 2017 Issue

**Commentary**

# WHAT THE HASH? Data Integrity and Authenticity in American Jurisprudence

*Hilary MacMillan*

**EVP for Engineering | CyLogic**



Legal battles over compulsory data decryption are making headlines. The publicity will likely continue as encryption technology proliferates in both consumer and enterprise markets. The arguments on both sides of this issue merit careful consideration and discourse before any comprehensive policy decision is made or legal precedent is set. One side argues that alternate decryption mechanisms (i.e., back doors) are critical to law enforcement and intelligence gathering activities. The other insists that such mechanisms

Add. 687

effectively end the confidentiality assurances that our constitutional rights demand.

But, where does that leave cases like that of former Philadelphia police sergeant, Francis Rawls?  The former cop has been in jail now for over two years, held in contempt of court for failing to unlock (and decrypt) two hard drives.  Issues discussed in media coverage of his case range from whether his Fifth Amendment rights have been violated , [1] to limitations on jail time based on failure to comply with an order to testify in federal judicial proceedings [2,3]. Missing from this discussion, however, is why or whether decryption is needed at all.

## HASH FUNCTIONS ARE ONE WAY  MATHEMATICAL FUNCTIONS THAT PRODUCE A RESULT COMMONLY KNOWN AS A MESSAGE DIGEST, A HASH VALUE, OR MORE SIMPLY, A HASH.

In the Rawls case, forensic examination showed that the encrypted drives in question had been used in a computer that had visited child abuse sites  and[4] that Rawls "had downloaded thousands of files known by their hash values to be child pornography.  The files "…had been stored on the encrypted external hard drives." [5] Hash functions, and the data integrity and authenticity assurances they provide, appear briefly in the case's coverage as rationale for the prosecution's assertions that illicit files reside on the encrypted drives. [6] The question is, why aren't the hash values and the probative evidence they provide center stage?  More succinctly, why is there a case at all?

Hash functions are one way [7] mathematical functions that produce a result commonly known as a message digest, a hash value, or more simply, a hash. Hashes are often referred to digital fingerprints as they are, arguably unique representations of data (e.g., a message, a file). [8]  Hashes are used in myriad cryptographic applications to assure data integrity (i.e., that no changes have been made to a set of data) and authenticity (i.e., that the source of data can be verified). They do this by producing, regardless of the size of the data input to the hash function, a data string of a set size specific to the input data. The set size is determined by the hash function used.  If a change is made to the input

data, even something as small as capitalizing a single letter, adding a space or removing a punctuation mark, the output data string will be different. Furthermore, hash functions are deterministic, meaning that no matter how many times the same data is input to the function, the output will be the same.

Owing to these properties, hash functions are foundational enablers of technology innovations that have evolved, and continue to evolve in any number of areas, from authenticating Internet connections and ensuring the integrity of exchanged messages to blockchain and Bitcoin and other cryptocurrencies. Hash functions and the assurances they provide are not unknown to law enforcement or legal communities either. Because two data sets with the same hash value are accepted as being the same data, hashes are currently used in identifying, collecting, establishing a chain of custody, analyzing and authenticating, in court, digital evidence. [9]

An argument against using file hash values to 'prove' that a file on a computer system is the same as a known illicit file (e.g., pornographic images involving minors) centers on collision-resistance or lack of, with certain widely used hash algorithms. Two such hash algorithms, Message Digest 5 (MD5) and Secure Hash Algorithm-1 (SHA-1), have been shown to be susceptible to collision attacks.[10,11] A collision attack against hash algorithms occurs when two different files (or data inputs, also referred to as preimages) can be found that result in the same hash value.

While the probability of finding files "in the wild" that produce the same hash value is low,[12] evidence that collisions can be generated [14] is likely enough to generate doubt in legal cases. Fortunately, MD5 and SHA-1 are not the only options when it comes to hashing. Hash algorithms, including SHA-256 and SHA-314, exist and have for some time, which are collision resistant, as well as 2nd preimage resistant. 2nd preimage resistance is a property that ensures, given one input (preimage), another input or preimage can't be found that results in the same hash value. Another option to overcome concerns over MD5 and SHA-1 collisions is to perform file comparison with hash values from more than one hash algorithm. For example, as MD5 and SHA-1 are independent functions, collisions between hashes produced from both functions are extremely likely.

Add. 689

Given the power of hash functions, and the assurances of data integrity and uniqueness they provide, it's surprising that they haven't been used to greater effect in court; the Rawls case being one example. It's not hard to imagine that the participants in such cases, e.g, judge, jury, and counsel, lack the specific technical knowledge on (and trust in) the science of hash functions necessary to factor them appropriately into their cases and decisions, and unless a trusted expert in the field is present and can articulate the assurances provided by hashing, they're likely to be disregarded as valid evidence.

However, these same people likely trust, knowingly or not, the power of hash algorithms in other personally relevant ways. To name a few, hashing is used to assure the authenticity of websites with which they may share personal and private information, in password storage applications (personal or used by entities they interact with online), and is likely used by the antivirus solution they trust to keep their devices free of malware.

In addition to these applications, hash functions and hashes are critical to blockchain technology. While the mechanics of blockchain are outside the scope of this article, blockchain is a distributed ledger of transactions that uses hash functions to support the immutability and integrity of the transactions stored on it. The hash values ensure that the ledger cannot be altered, as making a change to any record, no matter how small, would cause changes to the entire chain, which is not possible. [15]

**TO REALIZE THE POWER THESE FUNCTIONS HAVE ON THE ABILITY TO OBJECTIVELY DECIDE SUCH DISPUTES, LET ALONE THEIR POWER TO PROVIDE PROBATIVE EVIDENCE OF CRIMINAL WRONGDOING (MUCH THE WAY THAT DNA EVIDENCE DOES), THE SCIENCE BEHIND THIS TECHNOLOGY AND THE ASSURANCES IT PROVIDES, NEEDS TO BE RECOGNIZED, UNDERSTOOD AND CONSISTENTLY APPLIED BY THE LEGAL COMMUNITY.**

Blockchain is perhaps now best known for its use in cryptocurrency systems, Bitcoin is one example, but its implications are far more wide reaching. The ability of blockchain to authenticate digital information and maintain

Add. 690

immutability has applications in many areas: contract execution and enforcement; government affairs, including assuring election integrity; guaranteeing the source and authenticity of physical assets purchased through supply chain auditing; and maintaining ownership records for assets such as land or intellectual property. [16]

These areas mentioned, among others, are common sources of legal dispute now, often centered around the existing and validity of transactions. Resolving them can take large amounts of resources, both human and financial, and often depend on subjective or unobtainable information and records. The security properties of blockchain, and by extension, hashes have the ability to reduce or eliminate the subjectivity involved in rendering legal decisions over these types of disputes.

To realize the power these functions have on the ability to objectively decide such disputes, let alone their power to provide probative evidence of criminal wrongdoing (much the way that DNA evidence does), the science behind this technology and the assurances it provides, needs to be recognized, understood and consistently applied by the legal community. There does seem to be recognition as hash algorithms already fit the examples included in Federal Rule of Evidence 901(b)(4) as they provide "distinctive characteristics" of the item of evidence [17], and are identified as methods to establish the authenticity of data Managing Discovery of Electronic Information: A Pocket Guide for Judges.[18]

However, the use of hashes in legal cases, while increasing, is not yet universal or standardized. While there appears to be growing acceptance of hash values in forensics, policies must be developed that acknowledge this tool as more than a justification for a warrant or for the admissibility of evidence, but as a valuable and mathematically significant piece of evidence to be factored in when rendering decisions. As technologies such as blockchain are implemented in, and provide foundational enabling capabilities that power the national economy, security and governance, to name a few, it becomes more vital that these technologies are both understood and given their appropriate due.

In 2012, the American Bar Association (ABA) amended its Model Rule of Professional Conduct, which governs lawyer competence, to include the guidance that lawyers should keep abreast of changes in the law and its practice, including the "benefits and risks associated with relevant technology…"[19]  Enabling competence in technology starts at a minimum with legal education.  While law schools may assume that their students are technologically competent owing to their use of technology in the classroom, there needs to be a recognition of the difference between familiarity and competence.  Without this education, and without dispositive policy that both guides and directs the inclusion and due consideration of hash functionality, legal discussions and decisions in cases like the Rawls case and those that will inevitably come with expanded use of blockchain, will remain mired in emotion and opinion instead of fact.

**Sources**

1. Both a federal judge and the 3rd US Circuit Court of Appeals did not agree with Rawls' contention that forcing him to unlock the drives amounted to a violation of his Fifth Amendment right against being compelled to testify against oneself. https://arstechnica.com/tech-policy/2017/03/man-jailed-indefinitely-for-refusing-to-decrypt-hard-drives-loses-appeal/

2. The filing pointed out that Rawls' stay in prison had already exceeded the maximum 18-month sentence under the 28 USC § 1826 statute for failure to comply with an order to testify or provide other information in federal judicial proceedings. https://www.theregister.co.uk/2017/08/30/ex_cop_jailed_for_not_decrypting_data/

3. the appeals court verdict that "no temporal limitation on the amount of time that a contemnor can be confined for civil contempt when it is undisputed that the contemnor has the ability to comply with the

underlying order." https://www.
theregister.co.uk/2017/08/30/ex_cop_jailed_for_not_decrypting_data/

4. https://www.theregister.co.uk/2017/08/30/ex_cop_jailed_for_not_decrypting_ data/

5. https://arstechnica.com/tech-policy/2017/03/man-jailed-indefinitely-for-refusing-to-decrypt-hard-drives-loses-appeal/

6. Forensic examination also disclosed that Doe [Rawls] had downloaded thousands of files known by their "hash" values to be child pornography. The files, however, were not on the Mac Pro, but instead had been stored on the encrypted external hard drives. Accordingly, the files themselves could not be accessed. https://arstechnica.com/tech-policy/2017/03/man-jailed-indefinitely-for-refusing-to-decrypt-hard-drives-loses-appeal/

7. In computer science, a one-way function is a function that is easy to compute on every input, but hard to invert given the image of a random input. https://en.wikipedia.org/wiki/One-way_function

8. Baker, Doris and Mel, H.X. Cryptography Decrypted. Addison Wesley. 2001.

9. https://www.forensicmag.com/article/2008/12/hash-algorithm-dilemma%E2%80%93hash-value-collisions

10. https://www.kb.cert.org/vuls/id/836068

11. https://shattered.io/static/shattered.pdf

12. Steve Mead of NIST put together a nice paper and presentation on the Viability of MD5 and SHA-1 Hashes, which explains the limitation. In it, he describes the number of possible MD5 values as $2^{128}$, which is 1,700,000,000,000,000, 000,000,000,000,000,000,000 possible combinations. Statistically to have a 50 percent probability of a duplicate file hash, the number of unique files would need to reach 850,000,000,000,000,000,000,000,000,000,000,000. https://www.forensicmag.com/article/2008/12/hash-algorithm-dilemma%E2%80%93hash-value-collisions

Add. 693

13.  https://security.googleblog.com/2017/02/announcing-first-sha1-collision.html

14.  https://z.cash/technology/history-of-hash-function-attacks.html#id126

15.  https://blockgeeks.com/guides/what-is-hashing/

16.  https://blockgeeks.com/guides/what-is-blockchain-technology/

17.  https://www.law.cornell.edu/rules/fre/rule_901

18.  http://www.uscourts.gov/sites/default/files/eldscpkt_1.pdf

19.  https://catalystsecure.com/blog/2012/08/new-aba-ethics-rule-underscores-what-edd-lawyers-should-already-know-theres-no-hiding-from-technology/

**Article source**

https://www.uscybersecurity.net/csmag/what-the-hash-data-integrity-and-authenticity-in-american-jurisprudence/

Add. 694

# URL LINKS TO ALL EVIDENCE FOLDERS / ZIP FILES / DIRECT DOWNLOADS

## MCRO Case File Collections by Year (2017-2023)

https://link.storjshare.io/raw/jverj2mhovsiyppfkvxrlyz4juda/forensic/c/2017.zip
https://link.storjshare.io/raw/jverj2mhovsiyppfkvxrlyz4juda/forensic/c/2018.zip
https://link.storjshare.io/raw/jverj2mhovsiyppfkvxrlyz4juda/forensic/c/2019.zip
https://link.storjshare.io/raw/jverj2mhovsiyppfkvxrlyz4juda/forensic/c/2020.zip
https://link.storjshare.io/raw/jverj2mhovsiyppfkvxrlyz4juda/forensic/c/2021.zip
https://link.storjshare.io/raw/jverj2mhovsiyppfkvxrlyz4juda/forensic/c/2022.zip
https://link.storjshare.io/raw/jverj2mhovsiyppfkvxrlyz4juda/forensic/c/2023.zip

## ALL MCRO Evidence Datasets (01-12)

https://link.storjshare.io/s/ju3mf5uvdrmcbhch5ga3koduwp4q/evidence
https://link.storjshare.io/raw/ju5l3m4itt4e57lfrpqvaff7i7bq/evidence/ALL-MCRO-Evidence.zip

## 01-MCRO Dataset

https://link.storjshare.io/s/jxhmrcnhsa2tdo5xfusewkoadnqq/evidence/MCRO/
https://link.storjshare.io/raw/jwmyznljwyyk4aqqhug2jp4filca/evidence/MCRO.zip

https://link.storjshare.io/raw/jw2stx7minbo5kfu2yrqt4krjfda/evidence/MCRO/01_MCRO_file-case-numbers.csv
https://link.storjshare.io/raw/jwp4527445oh4wkpm3ed54cztuhq/evidence/MCRO/02_MCRO_files-downloaded.csv
https://link.storjshare.io/raw/ju7lrv23syzytdirhtew5crlozhq/evidence/MCRO/03_MCRO_files-downloaded-by-type.csv
https://link.storjshare.io/raw/jws3fgw72yllmnp6whdannanqx6q/evidence/MCRO/04_MCRO_file-quantity-by-type.csv
https://link.storjshare.io/raw/jwghvaw32a47pwvoe7ohc7pv36jq/evidence/MCRO/05_MCRO_case-file-download-date-time.csv
https://link.storjshare.io/raw/jvircjvqyj2k4vitirjjbrudlyoa/evidence/MCRO/06_MCRO_2024-05-03-affidavit-figures.csv
https://link.storjshare.io/raw/jvbi55dutxxd2igeb364celvb3aq/evidence/MCRO/07_MCRO_digital-signature-report.csv
https://link.storjshare.io/raw/juftlvosrhp7zxosezyu4wre2ooq/evidence/MCRO/08_MCRO_files-with-no-signature.csv
https://link.storjshare.io/raw/jxgdzd7pwaczkwhdtqzxrymqodyq/evidence/MCRO/09_MCRO_file-metadata.csv
https://link.storjshare.io/raw/jwlnj2ebqyztekdb4do7gfphy6oa/evidence/MCRO/10_MCRO_file-tree.txt

## 02-CASE Dataset

https://link.storjshare.io/s/jxylovpvzqok36srek7ckcnuay6a/evidence/CASE/
https://link.storjshare.io/raw/jup3vkrw6mqnniigxlwa5qwye62q/evidence/CASE.zip

https://link.storjshare.io/raw/jxide5q2j3k77basb4adprtn3h4q/evidence/CASE/01_CASE_details.csv
https://link.storjshare.io/raw/jufo3rlpgozkmjzgylst2pbxo5xq/evidence/CASE/02_CASE_related.csv
https://link.storjshare.io/raw/jun7mdvuefgharga4j7dswjno7ta/evidence/CASE/03_CASE_warrants.csv
https://link.storjshare.io/raw/jutxluotoect3hstmiq4nsrutmta/evidence/CASE/04_CASE_listed-attorneys.csv
https://link.storjshare.io/raw/ju2647ka7f2p3bfhvkfie6t47xqq/evidence/CASE/05_CASE_lead-attorneys.csv
https://link.storjshare.io/raw/jx53ya7nccw5f6g3pvwrjsxdxeqq/evidence/CASE/06_CASE_charges.csv
https://link.storjshare.io/raw/jwngywbnwkeatug2q5qdkdszvh6q/evidence/CASE/07_CASE_interim-conditions.csv
https://link.storjshare.io/raw/jvveb7y45msemk6ggeqfuyjb7dta/evidence/CASE/08_CASE_judicial-assignments.csv
https://link.storjshare.io/raw/jxvjhhtid5lg3cfa2qxukugovpfq/evidence/CASE/09_CASE_docket-events.csv
https://link.storjshare.io/raw/jwb2hyq4zv5ohjavitnchyjxwenq/evidence/CASE/10_CASE_hearings.csv
https://link.storjshare.io/raw/jvfjoqgmsg5zio3jq25awx6j2s6a/evidence/CASE/11_CASE_clusters.csv
https://link.storjshare.io/raw/jxwj5dtfi5u77sgqd4yiifre3lbq/evidence/CASE/12_CASE_attorney-errors.csv

## 03-SHA-256 Dataset

https://link.storjshare.io/s/jwmw6bwov7xeplln53p67n3zogmq/evidence/SHA-256/
https://link.storjshare.io/raw/jue66sduek57rknicm6am45yegwa/evidence/SHA-256.zip

https://link.storjshare.io/raw/jvundo4lzr56fuksde7k5mjvuqpq/evidence/SHA-256/01_SHA-256_pdf-hash-list.csv

https://link.storjshare.io/raw/jv73dsbcoxw3zd7l2zszkmvwriva/evidence/SHA-256/02_SHA_256_full-hash-list.csv
https://link.storjshare.io/raw/jxlwcajuljf7tidfj4syodqqxucq/evidence/SHA-256/03_SHA_256_hash-counts-by-type.csv
https://link.storjshare.io/raw/jweb4rk2tdinw2yy3zuy56ib5efa/evidence/SHA-256/04_SHA_256_hash-translations.csv
https://link.storjshare.io/raw/ju7xmgtyvkxbp3ahxxdbfafd22eq/evidence/SHA-256/05_SHA_256_hash-file-links.csv
https://link.storjshare.io/raw/jukyfxgowkrazqle5lg24lbyt4oq/evidence/SHA-256/06_SHA_256_ttf-font-codes.csv

## 04-Amanda Burg

https://link.storjshare.io/s/jxkbpy2l6tbrrkm2ss53uogqa22q/evidence/Amanda-Burg/
https://link.storjshare.io/raw/jjur24d64dqtvgvwpcwt6fgmcufeq/evidence/Amanda-Burg.zip

https://link.storjshare.io/raw/jw6k3yr3qa26g5igghhqbsk4fc5q/evidence/Amanda-Burg/Amanda_Burg.txt
https://link.storjshare.io/raw/jvpfjuynlze5u6sqyngehuecmpcq/evidence/Amanda-Burg/Forensic%20Mental%20Health%20Program%2C%20Saint%20Peter%20%E2%80%93%20MAFOMN.com.pdf
https://link.storjshare.io/raw/jvjnxncbl4b6w3yxzovoiszqrrza/evidence/Amanda-Burg/Minnesota%20Security%20Hospital%20dba%20Forensic%20Mental%20Health%20Program%2C%20Saint%20Peter%20%E2%80%93%20MAFOMN.com.pdf
https://link.storjshare.io/raw/jvqquyhxlgkewwvqabi2ovmnpwsa/evidence/Amanda-Burg/Minnesota%20Security%20Hospital-Wikipedia.pdf
https://link.storjshare.io/raw/jweudbfnny3gvju7ny3ecefys2rq/evidence/Amanda-Burg/SHA-256_saint-peter-state-security-hospital_Amanda-Burg.csv

## 05-Amanda Jung

https://link.storjshare.io/s/junv5obmxitar5kkmqcsgftk6b4a/evidence/Amanda-Jung/
https://link.storjshare.io/raw/jwgkla2drylk7ovfvynvnotndvsq/evidence/Amanda-Jung.zip

https://link.storjshare.io/raw/judfy3247bmbsr5qjfuhajjllfzq/evidence/Amanda-Jung/Amanda-Jung.txt
https://link.storjshare.io/raw/justwhdcqgs7lvoek7t2t5gtaera/evidence/Amanda-Jung/ANOKA%20METRO%20REG%20TREATMENT%20CTR%2C%20ANOKA%20%E2%80%93%20MAFOMN.com.pdf
https://link.storjshare.io/raw/jvrgnw3pz6qjuos3dm4cvuswoliq/evidence/Amanda-Jung/Anoka-Metro%20Regional%20Treatment%20Center%20in%20Anoka%2C%20MN%20_%20Minnesota%20Department%20of%20Human%20Services.pdf

## 06-Finding of Incompetency and Order

https://link.storjshare.io/s/jxtknjyicmomx3sxdb7qtslk7bra/evidence/Finding-of-Incompetency-and-Order/
https://link.storjshare.io/raw/jvhxsdh5oxbxuqwn57xkkpfb2fzq/evidence/Finding-of-Incompetency-and-Order.zip

https://link.storjshare.io/raw/jxh2silmsxga4d2puqiibuxizx6q/evidence/Finding-of-Incompetency-and-Order/FOCUS_finding_of_incompetency_and_order.txt
https://link.storjshare.io/raw/juvbn5jrtxmyiy4mmutnvp6jwbxa/evidence/Finding-of-Incompetency-and-Order/FOCUSED_finding-of-incompetency-and-order.csv
https://link.storjshare.io/raw/jvzehesfqkirl5icj2aptvunbg3q/evidence/Finding-of-Incompetency-and-Order/SHA-256_finding-of-incompetency-timestamp-duplicates.csv

## 07-Judicial Signatures and Timestamps

https://link.storjshare.io/s/jxu3hort4yaz3dhbzljrn7rp7hiq/evidence/Judicial-Signatures-and-Timestamps/
https://link.storjshare.io/raw/jxcyhqdmchuauvb7j4yzbueym45a/evidence/Judicial-Signatures-and-Timestamps.zip

https://link.storjshare.io/raw/jwox2hvjse4enc7sz64ezg5f3c6a/evidence/Judicial-Signatures-and-Timestamps/SHA-256_1183-judicial-officer-signature-duplicates.csv
https://link.storjshare.io/raw/jw7oudujbk5wn6vtfa7ijaqxwd7a/evidence/Judicial-Signatures-and-Timestamps/SHA-256_371-judicial-timestamp-duplicates.csv
https://link.storjshare.io/raw/jwkagq5uznghbjppxenqsmtx5v2a/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures.csv
https://link.storjshare.io/raw/ju2oumy2vr3i7ut76yzezhiq7oeq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-timestamps.csv
https://link.storjshare.io/raw/jwwkjib6s6ihkinocdnnrbswlmaq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_signatures-and-timestamps.csv

https://link.storjshare.io/raw/jw7scfyd7uacyxresfenhkzqxr5q/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Amber-Brennan.csv
https://link.storjshare.io/raw/ju2bqrf5mo2jvh3vmf2fdnvaqbha/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Anna-Andow.csv
https://link.storjshare.io/raw/jxafounalxmr4ihjqfxjvwnjlg4a/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Bev-Benson.csv

Add. 696

https://link.storjshare.io/raw/jwm7yfqpcndiqdp6toi4hf34c4cq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Carolina-A-Lamas.csv

https://link.storjshare.io/raw/jvu7wtmwjncz7cta7v3mhldmdfra/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Daniel-C-Moreno.csv

https://link.storjshare.io/raw/jw7oxu62drppvuidv4iecvtgk4xq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Danielle-Mercurio.csv

https://link.storjshare.io/raw/jv6lollljfqciha65cixw4bvfsdq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_George-Borer.csv

https://link.storjshare.io/raw/jv2tzicihqi2z6n25igrhe6iktxq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Gina-M-Brandt.csv

https://link.storjshare.io/raw/ju5i5g4qv5wmwxwx5rry45hjxwoa/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Hilary-Caligiuri.csv

https://link.storjshare.io/raw/jv53smbkazmsjpawofsdslelwb3a/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Jan-E-Burdorf.csv

https://link.storjshare.io/raw/jxryd42y6jhrb7h3ng6k42yfzu3q/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Jay-Quam.csv

https://link.storjshare.io/raw/jukvapmz5rmdcv2xjmosjlcnpmra/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Joel-Olson.csv

https://link.storjshare.io/raw/jwpvaoymiq3t6c5k44ns5il6kx2q/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Julia-Dayton-Klein.csv

https://link.storjshare.io/raw/jx7leen7frcodsczgozwurtfuclq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Julie-Allyn.csv

https://link.storjshare.io/raw/jxqlo2t2ds5rrcgi462iaqnlnt6q/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Kerry-Meyer.csv

https://link.storjshare.io/raw/jxpgjm3a3kw7fdmgr2miiitw7w5q/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Kristin-Siegesmund.csv

https://link.storjshare.io/raw/jvpzykvbzkpjnbzb5mp5omms3l3q/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Laura-M-Thomas.csv

https://link.storjshare.io/raw/jwl35lvdnrospocr5475uyq3ke7a/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Lisa-K-Janzen.csv

https://link.storjshare.io/raw/jv7oyov5mu5ilokqs62fwzz2amva/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Lori-Skibbie.csv

https://link.storjshare.io/raw/jx5bmfjnappigyozrafflallp26q/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Luis-Bartolome.csv

https://link.storjshare.io/raw/jwcdmqlxclgm5capvbq65l3jdfma/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Lyonel-Norris.csv

https://link.storjshare.io/raw/jxufnjxrxy6vgfmzbncakcj53aaa/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Marta-Chou.csv

https://link.storjshare.io/raw/jx4tg6oytxqsvlcl57jpmcjblyoq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Michael-Browne.csv

https://link.storjshare.io/raw/jwumqud5dredejjq76ej4jkqh2lq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Michael-Burns.csv

https://link.storjshare.io/raw/jvew7ypcbc7gt4pcfbjf27rva4ma/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Nelson-L-Peralta.csv

https://link.storjshare.io/raw/ju4jy4vhzogprge2waasibgbbgq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Rachel-Hughey.csv

https://link.storjshare.io/raw/jwjl4b4a4yw3d2gremmoes57zqqa/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Regina-M-Chu.csv

https://link.storjshare.io/raw/jwqlxty63v7aaznkqpu2tgusvqkq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Sarah-S-West.csv

https://link.storjshare.io/raw/jxuesrjnvruaotewiraorqvszdoa/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Tamara-Garcia.csv

https://link.storjshare.io/raw/jxep4xca5zrnn6hebgeczixwzglq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Terri-Yellowhammer.csv

https://link.storjshare.io/raw/ju4sau5ahqsd7siefude2wpaxjrq/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Thomas-J-Conley.csv

https://link.storjshare.io/raw/jxamr6gppokfczqnrx7ajo5w7h3a/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_Todd-Fellman.csv

https://link.storjshare.io/raw/jv6phwg76lqujw4cqxdgjafbpw2q/evidence/Judicial-Signatures-and-Timestamps/SHA-256_judicial-officer-signatures_William-H-Koch.csv

Add. 697

## 08-Mother's Letter Smoking Gun

https://link.storjshare.io/s/juy3nybdyx6iqkq66gbplr5teaiq/evidence/Mothers-Letter-Smoking-Gun/

https://link.storjshare.io/raw/jwhz2aatxpmmotlry6fznyb6cbna/evidence/Mothers-Letter-Smoking-Gun.zip

https://link.storjshare.io/raw/juwrryr7i336yvg6rxr2x25zqnmq/evidence/Mothers-Letter-Smoking-Gun/00__27-CR-23-2480_Correspondence_2024-04-12-14-03__p-01.png

https://link.storjshare.io/raw/jxtzknmmq5d4twiyf7r7gp27dxfa/evidence/Mothers-Letter-Smoking-Gun/00__27-CR-23-2480_Correspondence_2024-04-12-14-03__p-02.png

https://link.storjshare.io/raw/jwuxn6b2ose3qtffzqmimyribxca/evidence/Mothers-Letter-Smoking-Gun/01__27-CR-23-1886_Correspondence_2024-04-12-14-10__p-01.png

https://link.storjshare.io/raw/jwrqizk5w5umptmbd3fxu43dfg4a/evidence/Mothers-Letter-Smoking-Gun/01__27-CR-23-1886_Correspondence_2024-04-12-14-10__p-02.png

https://link.storjshare.io/raw/jutu2rdjylcpq76r3fqg6silqskq/evidence/Mothers-Letter-Smoking-Gun/01__27-CR-23-1886_Correspondence_2024-04-12-14-10__p-03.png

https://link.storjshare.io/raw/juypmghghxc5qgkcpsyf53w4s52a/evidence/Mothers-Letter-Smoking-Gun/01__27-CR-23-1886_Correspondence_2024-04-12-14-10__p-04.png

https://link.storjshare.io/raw/jx6tremtut7x7b2tcyflryaul3gq/evidence/Mothers-Letter-Smoking-Gun/02__27-CR-23-1886_Order-Denying-Defendants-Petition-to-Proceed-Pro-Se_2024-04-12-14-28.pdf

https://link.storjshare.io/raw/jve3efc2ijeids3tyjfzammesvoa/evidence/Mothers-Letter-Smoking-Gun/03__27-CR-23-2480_Correspondence_2024-04-12-16-38.pdf

https://link.storjshare.io/raw/jwfe2buberovexulatqgucbf3lsq/evidence/Mothers-Letter-Smoking-Gun/04__27-CR-23-1886_Correspondence_2024-04-12-16-42.pdf

https://link.storjshare.io/raw/jvptwrvqxi5egthmxyvdfdzkjt2q/evidence/Mothers-Letter-Smoking-Gun/debcc04a807aedc87f23cce9425380b3762a6b9ff1a3eb622e7567ccb1d764a6.png

https://link.storjshare.io/raw/jwvkqplcic7gvlnwawxnzpyhkqpq/evidence/Mothers-Letter-Smoking-Gun/f609be809c4ae0091b9df8305610e26eca52e3f32b73defeef6b2893e15a1eee.png

https://link.storjshare.io/raw/jx2zc2gwwbglaeptdbzoj3kbhaja/evidence/Mothers-Letter-Smoking-Gun/SHA-256_returned-mail_740-E-17TH.csv

https://link.storjshare.io/raw/jvqcnmfmh4uxo3s2crdbqvlvfchq/evidence/Mothers-Letter-Smoking-Gun/Vongsaphay-Letter__Hash-Translations.csv

https://link.storjshare.io/raw/jwxcnz4l56hbekhzah5wvqrpwk6a/evidence/Mothers-Letter-Smoking-Gun/Vongsaphay-Letter__SHA-256.csv

## 09-People Directly Involved in Guertin's Case 27-CR-23-1886

https://link.storjshare.io/s/jwu6smq4kzcddahb3ixxy2ajcymq/evidence/People-Directly-Involved-In-Guertins-Case/

https://link.storjshare.io/raw/jxv6sr7c4zzseks7r6ue4htgvn3q/evidence/People-Directly-Involved-in-Guertins-Case.zip

https://link.storjshare.io/raw/jxbunhmjwh3d35gqj2mq55e3howa/evidence/People-Directly-Involved-In-Guertins-Case/27-CR-23-1886_guertin-docket-attorney-history.csv

https://link.storjshare.io/raw/jx4z5gp5sugf4otd6mqnf7kwkyya/evidence/People-Directly-Involved-In-Guertins-Case/Adam-Milz.txt

https://link.storjshare.io/raw/juwjpylfwd5w7dpfbye4n5c6lm5a/evidence/People-Directly-Involved-In-Guertins-Case/FOCUSED_people-involved-in-guertins-case.csv

https://link.storjshare.io/raw/ju6nqh5zpwlbzo3y7kep4rpa2toa/evidence/People-Directly-Involved-In-Guertins-Case/FOCUSED_psychological-examiner-roster.csv

https://link.storjshare.io/raw/jxvslbuwoc4i6kjwj33lckx4yrfq/evidence/People-Directly-Involved-In-Guertins-Case/Jacqueline-Perez.txt

https://link.storjshare.io/raw/jvrrsptobbjbyr5xeuclr4cdu2vq/evidence/People-Directly-Involved-In-Guertins-Case/Katheryn-Cranbrook.txt

https://link.storjshare.io/raw/jxvaetgejojlc6cntqjoimchfbaa/evidence/People-Directly-Involved-In-Guertins-Case/Kristin-Otte.txt

https://link.storjshare.io/raw/jwej46rks4cjlsedtyvfev6uhxvq/evidence/People-Directly-Involved-In-Guertins-Case/Mawerdi-Hamid.txt

https://link.storjshare.io/raw/juzg5qrpn4r74rwgrdtyrieumiiq/evidence/People-Directly-Involved-In-Guertins-Case/Raissa-Carpenter.txt

## 10-Saint Peter's Minnesota Security Hospital

https://link.storjshare.io/s/jwvlli2n7oshciycdc4hlzsflweq/evidence/Saint-Peter-Minnesota-Security-Hospital/

https://link.storjshare.io/raw/jvssx3er23cpg4t22w6hlklrutlq/evidence/Saint-Peter-Minnesota-Security-Hospital.zip

https://link.storjshare.io/raw/juucr7oczq6s3hijn5zi4hhigeua/evidence/Saint-Peter-Minnesota-Security-Hospital/Forensic%20Mental%20Health%20Program%2C%20Saint%20Peter%20%E2%80%93%20MAFOMN.com.pdf

https://link.storjshare.io/raw/juyg6wgm325oecjatneftudrxx2a/evidence/Saint-Peter-Minnesota-Security-Hospital/Minnesota%20Security%20Hospital%20dba%20Forensic%20Mental%20Health%20Program%2C%20Saint%20Peter%20%E2%80%93%20MAFOMN.com.pdf

https://link.storjshare.io/raw/jupyojf6xg3kcfkgochfsxxg2kcq/evidence/Saint-Peter-Minnesota-Security-Hospital/Minnesota%20Security%20Hospital-Wikipedia.pdf

https://link.storjshare.io/raw/jvlxa2bbahgfiovyf3pdefe7phkq/evidence/Saint-Peter-Minnesota-Security-Hospital/Saint-Peter.txt

Add. 698

https://link.storjshare.io/raw/jwzp57fzb67iqrehmipmjn3ep7fa/evidence/Saint-Peter-Minnesota-Security-Hospital/St-Peter.txt

## 11-USPS Returned Mail Fraud

https://link.storjshare.io/s/jxhrc32fcyzwupkfufv5rx6zjklq/evidence/USPS-Mail-Fraud/
https://link.storjshare.io/raw/jx74g3buiw3c7e2fxvpjm7pputea/evidence/USPS-Mail-Fraud.zip

https://link.storjshare.io/raw/jvcpw5nfvunb45herfqsako73eoq/evidence/USPS-Mail-Fraud/SHA-256_returned-mail_1010-CURRY-Ave.csv
https://link.storjshare.io/raw/jubhsvh5uvjmsdqx26s5fgdrsaia/evidence/USPS-Mail-Fraud/SHA-256_returned-mail_740-E-17TH.csv
https://link.storjshare.io/raw/jxufdtgvrnu2pcl46dt7hhhqs45a/evidence/USPS-Mail-Fraud/SHA-256_returned-mail_scans_duplicate-hash.csv
https://link.storjshare.io/raw/jx4ibnneenabwww2xi332lodn26q/evidence/USPS-Mail-Fraud/SHA-256_returned-mail_scans.csv
https://link.storjshare.io/raw/jvl2dmmxf46jjxo4r5g3adawvyua/evidence/USPS-Mail-Fraud/SHA-256_returned-mail.csv
https://link.storjshare.io/raw/jvjgnvpb3ycm3kx56oyml4mzifna/evidence/USPS-Mail-Fraud/USPS_ImageGrids_Hash-List.csv

https://link.storjshare.io/raw/jwcy2cm3q3dl3lgi2aycalwrokuq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-01.png
https://link.storjshare.io/raw/jvzlmuojhz63vnyrokozud7ghjba/evidence/USPS-Mail-Fraud/USPS_ImageGrid-02.png
https://link.storjshare.io/raw/jwyrz3g25wn72re7jywok72h6e7q/evidence/USPS-Mail-Fraud/USPS_ImageGrid-03.png
https://link.storjshare.io/raw/jucmrk5tpryg4izqgv3sbwvu7osq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-04.png
https://link.storjshare.io/raw/jvl2nwj366pmjhlnetr2yyvwfgtq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-05.png
https://link.storjshare.io/raw/juhtvhoa3n243obmu5hy3zqzw3mq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-06.png
https://link.storjshare.io/raw/jvx4miv5mrsdidhjfsi7qp3ljgra/evidence/USPS-Mail-Fraud/USPS_ImageGrid-07.png
https://link.storjshare.io/raw/jx6npcqujj7z5du3qhktjkfiexiq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-08.png
https://link.storjshare.io/raw/jx2ux7ku2np3rolww5zvwt5dmdda/evidence/USPS-Mail-Fraud/USPS_ImageGrid-09.png
https://link.storjshare.io/raw/jwcskehkojkzzvz7psiufcvdyfca/evidence/USPS-Mail-Fraud/USPS_ImageGrid-10.png
https://link.storjshare.io/raw/juqzxcydw6clmk2x4i4r6vr4lcza/evidence/USPS-Mail-Fraud/USPS_ImageGrid-11.png
https://link.storjshare.io/raw/jx2flggczwn24z4z5ld22j2qzsqq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-12.png
https://link.storjshare.io/raw/jx5nf3h6cblmhlxpxi7tz4kutppq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-13.png
https://link.storjshare.io/raw/jxlnu3tzelhoy36mvl6vphpoghqa/evidence/USPS-Mail-Fraud/USPS_ImageGrid-14.png
https://link.storjshare.io/raw/jwwbbja4rvxrt5cyjvav6d6mp5ra/evidence/USPS-Mail-Fraud/USPS_ImageGrid-15.png
https://link.storjshare.io/raw/ju2dsmgj2pegn4zsa7gefjc4b5ma/evidence/USPS-Mail-Fraud/USPS_ImageGrid-16.png
https://link.storjshare.io/raw/ju2cvq74brgkyezfdceeig22cfyq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-17.png
https://link.storjshare.io/raw/jxcattmqdq4qly32xkwdvyef4noq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-18.png
https://link.storjshare.io/raw/jxlkmaju5hubwcyyshlhakvd2gfq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-19.png
https://link.storjshare.io/raw/judzx2f7ylgky7f6tpuvooozrvtq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-20.png
https://link.storjshare.io/raw/jxnvyrsffdmczqwzcqytpiowx3eq/evidence/USPS-Mail-Fraud/USPS_ImageGrid-21.png
https://link.storjshare.io/raw/jxvxyyemjkireodj5e5hhap7443a/evidence/USPS-Mail-Fraud/USPS_ImageGrid-22.png
https://link.storjshare.io/raw/jwafeqpalp5jsitvmjtyt6m3ebqa/evidence/USPS-Mail-Fraud/USPS_ImageGrid-23.png
https://link.storjshare.io/raw/jwf5j7lg655iztykkcl2th5bc6la/evidence/USPS-Mail-Fraud/USPS_ImageGrid-24.png

## 12-Image Based Court Filings

https://link.storjshare.io/s/juiiwacatbtaeacn3wo4327vzuhq/evidence/Image-Based-Court-Filings/
https://link.storjshare.io/raw/jvmqngqepmwybtid7gb3pvwnadsq/evidence/Image-Based-Court-Filings.zip

https://link.storjshare.io/s/jvtfpppgl6ualtjvzqpkncjzbyfq/evidence/Image-Based-Court-Filings/
e9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/
https://link.storjshare.io/raw/jwzgizttwfd6szwxp27vhfo2w52q/evidence/Image-Based-Court-Filings
%2Fe9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/8-PDFs-Linked.csv
https://link.storjshare.io/raw/jxju2h5eyxxuqmf4w7ycxinmofoq/evidence/Image-Based-Court-Filings
%2Fe9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/MCRO_27-CR-20-
27550_Notice_of_Intent_to_Prosecute_2021-12-10_20240430090712.zip
https://link.storjshare.io/raw/jwngcuchwyxrkdlbgvnj7gfysvva/evidence/Image-Based-Court-Filings
%2Fe9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/MCRO_27-CR-20-423_Witness_List_2022-09-
29_20240430084802.zip
https://link.storjshare.io/raw/juhvk2hsahjvpbmmmqrlcj6mudtq/evidence/Image-Based-Court-Filings
%2Fe9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/MCRO_27-CR-20-423_Witness_List_2022-10-
03_20240430084801.zip

Add. 699

https://link.storjshare.io/raw/jwzreepeqlww7kwh5k4hz377fdfq/evidence/Image-Based-Court-Filings
%2Fe9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/MCRO_27-CR-21-8412_Witness_List_2023-06-
26_20240430081742.zip

https://link.storjshare.io/raw/jwu7nkfsusyjbgztvg5jdblta74a/evidence/Image-Based-Court-Filings
%2Fe9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/MCRO_27-CR-21-8412_Witness_List_2023-07-
10_20240430081741.zip

https://link.storjshare.io/raw/jxjcl2ms6sukmxhmdxtfqweqtiuq/evidence/Image-Based-Court-Filings
%2Fe9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/MCRO_27-CR-22-13941_Witness_List_2022-11-
16_20240429161319.zip

https://link.storjshare.io/raw/jvfydbwct5ifx3dtjwwt3dln3njq/evidence/Image-Based-Court-Filings
%2Fe9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/MCRO_27-CR-22-
24357_Dismissal_by_Prosecuting_Attorney_2023-05-01_20240429164301.zip

https://link.storjshare.io/raw/jwwj54vg2g2pnmdefvvhxlpoomwq/evidence/Image-Based-Court-Filings
%2Fe9871c6b9245fa2a523a53d16053d411cf1ab77b1efd9b7369392ec13b16f252/MCRO_27-CR-22-
4239_Notice_of_Motion_and_Motion_2023-04-24_20240429035807.zip


https://link.storjshare.io/s/jxhi772pacpn4fj6javkf3nuo5jq/evidence/Image-Based-Court-Filings/Image-Based-PDFs/

https://link.storjshare.io/raw/jua2yogwa3bbxzkj26uidy6fzs4q/evidence/Image-Based-Court-Filings%2FImage-Based-PDFs/MCRO_27-CR-17-
1555_Notice_of_Intent_to_Prosecute_2017-02-23_20240430093602.zip

https://link.storjshare.io/raw/jxgsjjxph267jblsrw6cu3ecfzla/evidence/Image-Based-Court-Filings%2FImage-Based-PDFs/MCRO_27-CR-18-
19274_Correspondence_for_Judicial_Approval_2019-09-05_20240430093102.zip

https://link.storjshare.io/raw/jvpwri7uod4maxf5hcjbcextquxa/evidence/Image-Based-Court-Filings%2FImage-Based-PDFs/MCRO_27-CR-19-
12466_Order-Other_2020-03-25_20240430091846.zip

https://link.storjshare.io/raw/jvcg6cyqzarndoakjay6f2ovwpjq/evidence/Image-Based-Court-Filings%2FImage-Based-PDFs/MCRO_27-CR-19-
19606_Demand_or_Request_for_Discovery_2019-08-16_20240430092109.zip

https://link.storjshare.io/raw/jv7j4suwn7cqjg6lhezauy5pw4la/evidence/Image-Based-Court-Filings%2FImage-Based-PDFs/MCRO_27-CR-19-
22615_Correspondence_2023-12-20_20240430092157.zip

https://link.storjshare.io/raw/jwkvfh6bqy76k7lkvbr2afjv5aza/evidence/Image-Based-Court-Filings%2FImage-Based-PDFs/MCRO_27-CR-20-
1893_Order_Appointing_Forensic_Navigator_2024-04-19_20240430084852.zip

https://link.storjshare.io/raw/jvnpxgxeybm76zyymd2yigw4yr2q/evidence/Image-Based-Court-Filings%2FImage-Based-PDFs/MCRO_27-CR-
20-3244_Findings_of_Fact%2C_Conclusions_of_Law_and_Order_2022-10-27_20240430085012.zip

https://link.storjshare.io/raw/jwtrvjelm227ja45z3bh4xjsb7va/evidence/Image-Based-Court-Filings%2FImage-Based-PDFs/MCRO_27-CR-21-
1977_Findings_of_Fact%2C_Conclusions_of_Law_and_Order_2022-10-27_20240430075604.zip

https://link.storjshare.io/raw/jvjttbuxtqaa2kciu4i5bag7dfoa/evidence/Image-Based-Court-Filings%2FImage-Based-PDFs/MCRO_27-CR-21-
1978_Findings_of_Fact%2C_Conclusions_of_Law_and_Order_2022-10-27_20240430075715.zip

# SHA-256 HASHES FOR ALL EVIDENCE LINKED

## MCRO Case File Collections by Year (2017-2023)

**2017.zip**
e62e6e9323fe111512d466aa49512cd8f11d95b36993583bec4642697e76867b

**2018.zip**
fc480e77f14eeae702f9e06537b75c44cf4f3a5cd01be1ce9aad6dff8217086b

**2019.zip**
2ded25c316298201c1d6955a64ec96e9be5b8dafc94865f4eb9cc8479a1e0f8e

**2020.zip**
d4069bbc0a75cda9401624143a8720944608facaf3110bb332476a20a20ea40b

**2021.zip**
5bfbfef3496ab8abbe59f890cbf71b8c15ae127bd7388401660de5108aed93fc

**2022.zip**
a16e22f27c7d3866c86662f0040829c91972c186278428c24229cae57657c86e

**2023.zip**
c9833a476b57f20dbc6506d459059234ea7b4cf59db7e1e568f49fcd8049b23e

## ALL MCRO Evidence Datasets (01-12)

**ALL-MCRO-Evidence.zip**
53f720f9c9afbddd519b12e01d34d608b4e1a8e3edbfbd91f15b6fba4c9269a8

## 01-MCRO Dataset

**MCRO.zip**
6daefe512bf0e2d2f9c8eb89f074d73aab7fac122eaf075b668982184c29c3da

**01_MCRO_file-case-numbers.csv**
dc0e97ae9645470d113a3eec6c8d9f2ec3699d0f16955cbaf133756d46f72170

**02_MCRO_files-downloaded.csv**
57bae50f3e51d9fac20c0a80d96aaad46ccf626f9e21404721e538d2bdd6d2f0

**03_MCRO_files-downloaded-by-type.csv**
88ac2faeaba29318bdddd25eb61c5cedfcdb50306a233c112bce882b945adddb

**04_MCRO_file-quantity-by-type.csv**
d175cd2b287c72c358e94cc6184bd2d26c5f79e566fd31e79d4225cf9b40bc2a

**05_MCRO_case-file-download-date-time.csv**
2cc60ca8f2bd2ac9eff9c465e94aefeb6924a58298e02e69431ed11239af17ff

**06_MCRO_2024-05-03-affidavit-figures.csv**
59c2f5243ed123ab845863baeac5f8909326cb60e04b327363c0fbc25470a64b

**07_MCRO_digital-signature-report.csv**
0cd9d104f9edc9732dda7a969373c2ba9c8435bf0e88e3a10242ffd2cc42ca05

**08_MCRO_files-with-no-signature.csv**
bbf7ab094d026d48d8d3c3cd97c0ce389fb39ea085cc07c11f93a8c03e994164

**09_MCRO_file-metadata.csv**
c18dfdd6ce4347aa753c75fdffa3fca54d30de626a8efe42d2dd13d07e72e9ba

**10_MCRO_file-tree.txt**
6a77e8109d5ba4df1741af4c228141771b3eb2e568b4f95f1df2bcc9acb70991

## 02-CASE Dataset

**CASE.zip**
8e4dd5a8ec8c6ebc85f374bb5e9e59aab1d85ac6cd350ffed6a4c22b68af4d89

**01_CASE_details.csv**
edc5d11139098a7493c9a294e3b3198956df97fdfb53af28f84a20a066c9915d

**02_CASE_related.csv**

77303561ac58dffe1e121feb098bf639a122ba8f926c08cc96cb83e526ef8d33

**03_CASE_warrants.csv**

5ae6bbb1bf3df9835387fac572ccb9242f0df535866f334d1cd859463db1ca83

**04_CASE_listed-attorneys.csv**

80ca5ae047c21a51451b3bf144e61bc42127bff6b892537c42ac86a800275929

**05_CASE_lead-attorneys.csv**

7fbd2c4cc9a0e87c9c4ce3de31099ed56b079de6df9bb380cc6b61eaf11c6a7c

**06_CASE_charges.csv**

c128dac320f22e2bb9956884007e540c66fd1decc5293eb3efd15a4f74199c12

**07_CASE_interim-conditions.csv**

3eb82db967af6fd12bb448ec7cc43be0e5ca646be927ccf4c0c7fffc78edcd80

**08_CASE_judicial-assignments.csv**

0e5cb2ef30367145999095b5fbb7f622c7e09b0a6ea7c95f1be588096f0e22f4

**09_CASE_docket-events.csv**

ed62ca3f359ab0c8d11ce76ce78000c5e3abdf005981e641f2db55a149e5cccc

**10_CASE_hearings.csv**

0b11128beb563e81f7dc5ce94edca88eca016c97c0dd0756a17d9a6bb63475bc

**11_CASE_clusters.csv**

86139942ac287dee655500b65f7402652e08bf0f3381c415761298f192b8eb52

**12_CASE_attorney-errors.csv**

6e7aff2affe6f45bbcaa1c1f99528e8cdfcd89b44caacd0dfe4765b32aaa1410

## 03-SHA-256 Dataset

**SHA-256.zip**

faf3f9eb29a07972c646fb43638aa120d9c01e2752971f2aa3bbe5e69ae5a007

**01_SHA-256_pdf-hash-list.csv**

94214d65feb6d916ab4ad4f0b179aac5ba11cb34bc0333357ff29b4685dfaaea

**02_SHA-256_full-hash-list.csv**

77b7c0e04b1e146cc56539b92a0cfac7d266df7a4afe6fb2220bf039dd461e52

**03_SHA-256_hash-counts-by-type.csv**

ebbfe1b1fa58865842e33fd4403ced9a49647cda7ccaf5492004e180b2a01f2b

**04_SHA-256_hash-translations.csv**

09e79d1ef2e72acdefc726eafdfbd580c32618d9cf970a688b35093d2d475ea8

**05_SHA-256_hash-file-links.csv**

196c7cb45dddcec938a660356d848276bce2cf4c2c0e3953d528ae8ee27fb8bb

**06_SHA-256_ttf-font-codes.csv**

aee26c81e182aebbb761a1bb67a1d3ce153a7433db93882485c8366a2b01250e

## 04-Amanda Burg

**Amanda-Burg.zip**

4a774d8765cb53ff6afed6f96c9563d0961a2c89f695c61bacd568b104ca7c6f

**Amanda_Burg.txt**

de8463cf3e6840041b85babada064d10979d1b28d13421bdee1c9cda1e397842

**Forensic Mental Health Program, Saint Peter – MAFOMN.com.pdf**

8d5fc1343b29af1bb549e3b5764ff0919d265deb0811597ed57c2dd1d3de16ff

**Minnesota Security Hospital dba Forensic Mental Health Program, Saint Peter – MAFOMN.com.pdf**

a1fe2ee36d623a621efa3c91dd8801929078c34a30fc5f9ca961e4c2da0a1fb7

**Minnesota Security Hospital-Wikipedia.pdf**

6c4edcc68011a21692054988c8dca5aaf523d118a60e011b5d37d5783bd1461f

**SHA-256_saint-peter-state-security-hospital_Amanda-Burg.csv**

83edd20ecbb2fe694bd5d3a5f90bed137a7363680a257a2214354a71fc6b42bd

## 05-Amanda Jung

**Amanda-Jung.zip**

b524aa6824aa5b6b5b2c04c615206008deac4aed2456edc2ccc7abd72263cd71

**Amanda-Jung.txt**

ebe2c0483aaff88b0fcb64df72a63c25467b8728b5e00dfe16da61674017d071

**ANOKA METRO REG TREATMENT CTR, ANOKA – MAFOMN.com.pdf**

2b6c2aa3074b997447854c4afdf1379eb51fba97a4dfd3c243acc83c15bfa56d

**Anoka-Metro Regional Treatment Center in Anoka, MN _ Minnesota Department of Human Services.pdf**

f77d953e84d3978c1d29e85f01df7b391c9906ae6a452e6f37a100b1e05f9b71

## 06-Finding of Incompetency and Order

**Finding-of-Incompetency-and-Order.zip**

003df05262fcb68cc20c9bc549e4a950ba57c58321ed2accc42356d0c95a0b33

**FOCUS_finding_of_incompetency_and_order.txt**

73bd1259e7d3336328fc963ff7f22dfb208d506cb6ba10c10c00cef7f3a97bbb

**FOCUSED_finding-of-incompetency-and-order.csv**

a2f9085c98a469bbf88eabbe8a73f49df74c5ff974947eb41c1601c4e39da9ee

**SHA-256_finding-of-incompetency-timestamp-duplicates.csv**

08ed72149516032efb3f71d9b983d20244c99a3824f11b52cca9b3d9c4dad1ba

## 07-Judicial Signatures and Timestamps

**Judicial-Signatures-and-Timestamps.zip**

786a282d3064e8a8817c1b8ed6487c8cee30bc94605741e94c7fa9c3c0cfa988

**SHA-256_1183-judicial-officer-signature-duplicates.csv**

7c814197e079c15fcbd7ff849727db33a5f85a667b16b802c83bf494d40c5e52

**SHA-256_371-judicial-timestamp-duplicates.csv**

5bddeedc28fbd8ea8e4a29c4d759c97fad352f5a58b532bf6896322323e9290b

**SHA-256_judicial-officer-signatures.csv**

bb247c3fa433be0284e755ea1fb653fb340a50544383d7f3234597169bc5e8fe

**SHA-256_judicial-timestamps.csv**

62b3d695b3732a7218f48f09987fb43ef46bd4a00cf39e3e790bed7122cb3097

**SHA-256_signatures-and-timestamps.csv**

ce8b7d2eaa6c4659ec6993c46815713d12c63be6063ee85b6ff19c3fcb368e23

**SHA-256_judicial-officer-signatures_Amber-Brennan.csv**

8ad494badfb6324cab1add9bd08d4fa3ca7512ea6b9ed59e7d131980bfb1473e

**SHA-256_judicial-officer-signatures_Anna-Andow.csv**

688b5ad2f608d0ee61f8e98f921ba9ca64940afa7e49ae483d111b83d7155892

**SHA-256_judicial-officer-signatures_Bev-Benson.csv**

94a72832163bed22d3729ed06f4cca97df41651375fd4dbecf4091f02fc2f9d7

**SHA-256_judicial-officer-signatures_Carolina-A-Lamas.csv**

6756205692eaa12b3273df03e14579864a98cc9ff3709922a85d04d9c8e3074a

**SHA-256_judicial-officer-signatures_Daniel-C-Moreno.csv**

22f3ec1c70ee51ac71a3dd2e94f61d68f292af790eb8dd5844b7b8c585c3972d

**SHA-256_judicial-officer-signatures_Danielle-Mercurio.csv**

1b45d3afd58ec225bd8b7d5127d838bb289bc70fbf2926d49d80b086e6bfa740

**SHA-256_judicial-officer-signatures_George-Borer.csv**

02bbb34072d08040bd4352470810c76c169b491777dee0deae462719d23e9021

**SHA-256_judicial-officer-signatures_Gina-M-Brandt.csv**

8b8d8e2c122099f042e96966d3cd8b4a886a2220548a39d38217cd56ae39bf07

**SHA-256_judicial-officer-signatures_Hilary-Caligiuri.csv**

584c6b461a88a41c11061607fc27a74513da702a1f3e0833c0d8a49f7029aa3d

**SHA-256_judicial-officer-signatures_Jan-E-Burdorf.csv**

a8e6e18ffd9dda1d785a463db45951d6d0776cf45270eb223c02a1e8f08fe821

**SHA-256_judicial-officer-signatures_Jay-Quam.csv**
d1112a87a7e3e2975e75ca8ced43d4856a93a798f32d9b223e36ce1f85580fd8

**SHA-256_judicial-officer-signatures_Joel-Olson.csv**
8109b0bb69eaa3336ae08c3e21d74225ae5a6d91178fc8fc75c71777a0c5a985

**SHA-256_judicial-officer-signatures_Julia-Dayton-Klein.csv**
352a6953f9a8b81c75837dfc81206df6ce0758e2112525e4453d755d27afefef

**SHA-256_judicial-officer-signatures_Julie-Allyn.csv**
5b77049e49cdcc9c2cb2dda17f8d032efa4ad194f40e08ce9a7c944a6eb4cf3c

**SHA-256_judicial-officer-signatures_Kerry-Meyer.csv**
4767e9983b3fcd7de4c8dbe05e79b56f153f0fb6e0ec217c21110fab38f2edbb

**SHA-256_judicial-officer-signatures_Kristin-Siegesmund.csv**
bbb0b29a668bffdf1db79eb8a816a999de8b43ee932718cd53b4d6f5be7dce49

**SHA-256_judicial-officer-signatures_Laura-M-Thomas.csv**
7e76b5335ec9b4ba873457662eab8f9f691dfb63055cee78fb029bf0f6f71a08

**SHA-256_judicial-officer-signatures_Lisa-K-Janzen.csv**
240a1204069dff15d164a6aa47f6c1256a6ba30368065992904cb9fc9e4a082b

**SHA-256_judicial-officer-signatures_Lori-Skibbie.csv**
800b2c13d5059f626e050694677ffa91e2283271e8197de5c5cd37835ecc6c1f

**SHA-256_judicial-officer-signatures_Luis-Bartolome.csv**
bfefa289c0a6936822db0cdb65c66a044391d968b6a1eb0f559d423282533172

**SHA-256_judicial-officer-signatures_Lyonel-Norris.csv**
09f3848f957fe1947d483cdef272963ab4cc187b519bbb4e6bab69ea1ca1142d

**SHA-256_judicial-officer-signatures_Marta-Chou.csv**
43a53bad8e00034a066dd22084a85b66a1e3dbf9341059a8339a84ee7bf9a586

**SHA-256_judicial-officer-signatures_Michael-Browne.csv**
ab12756cd6beb137f1575329c2f137f9bd48ace74d0a4201f275e04d8cd23d0e

**SHA-256_judicial-officer-signatures_Michael-Burns.csv**
e3083bfa728f0ca2163564596875ffb15c1ccfda30c57b5532bcfebd16fab2ea

**SHA-256_judicial-officer-signatures_Nelson-L-Peralta.csv**
6bb9869a09d69436cf60f09ddc7b1b3c0a5b1c55817a73e2d03d51c6e6c8e69f

**SHA-256_judicial-officer-signatures_Rachel-Hughey.csv**
2f0e4e0f1f6f9c342e4a1b4e282760f402664ac1a80e2b8f8587543e3bf64eba

**SHA-256_judicial-officer-signatures_Regina-M-Chu.csv**
76291c5c3bf224e0bc0468f4668e6773d0f421dfce088d36586facbc062c30ee

**SHA-256_judicial-officer-signatures_Sarah-S-West.csv**
23f6d309f33498e6413ad755ba79f52a2f743b3370fa5d0750f7d4c6f5d742c8

**SHA-256_judicial-officer-signatures_Tamara-Garcia.csv**
f9ad30f6d51cb83f77e2200d6cab002327ea7b3b2839c07c330d3a9b6f435b49

**SHA-256_judicial-officer-signatures_Terri-Yellowhammer.csv**
300e8f941e21fdd3c10a8a6e4e3e9e8b7281d87a0af2da7fb76425f940bcb61c

**SHA-256_judicial-officer-signatures_Thomas-J-Conley.csv**
11a2eb393126290375e8aa576932473db87b2c27b32efbef4316ffbd8c81f989

**SHA-256_judicial-officer-signatures_Todd-Fellman.csv**
ae191ebd2b6530619f038e16b1849e8dfa4fe4b9ce008331dc3ce3a3700b9fcd

**SHA-256_judicial-officer-signatures_William-H-Koch.csv**
3ee56e53fe4f1eb78d759b0e91d4388f1f95eac704034dc98c2f023ffdd1e48a

## 08-Mother's Letter Smoking Gun

**Mothers-Letter-Smoking-Gun.zip**
762a479f5337d17ab99f7f363d9fa5a3d57fe96d2ff16baf04528283b662d370

**00__27-CR-23-2480_Correspondence_2024-04-12-14-03__p-01.png**
bddeec0f89bfa9f40bbaa323b3013e74d696279f66ae7f13407de7c4cbefcb91

**00__27-CR-23-2480_Correspondence_2024-04-12-14-03__p-02.png**

02a64ed318507ac7fc63633ace55027db69051c8721925277054459c44e8a256

**01__27-CR-23-1886_Correspondence_2024-04-12-14-10__p-01.png**

8885ff115c02e66a4295ba99ee49fa7c2df9dab15fd2ee76dafcf03c11eeb939

**01__27-CR-23-1886_Correspondence_2024-04-12-14-10__p-02.png**

8f8c6e4ad088f60e63bd81e9fc3d4aad1c563ec97e701b11cc1b097874ed59ed

**01__27-CR-23-1886_Correspondence_2024-04-12-14-10__p-03.png**

2c7fdcccfec948dc58c4aed4772098fe41cdd89831729772bec5198eff5394af

**01__27-CR-23-1886_Correspondence_2024-04-12-14-10__p-04.png**

94da5d42232758ca4d0ddadddae78b9a04e76fc5158e63e2096fce4c6a04f1b

**02__27-CR-23-1886_Order-Denying-Defendants-Petition-to-Proceed-Pro-Se_2024-04-12-14-28.pdf**

6ec7645df11b703c9fdf33258a920e5fd94dba1ac920011bb54e3f23a6d82268

**03__27-CR-23-2480_Correspondence_2024-04-12-16-38.pdf**

b068c07d154ebed986dd8211b9eb536e4eb8832f140351c0b1e58fb2346445b8

**04__27-CR-23-1886_Correspondence_2024-04-12-16-42.pdf**

dd8995b345002347e802a5585375877a7227f38f4c315e07016be91c83d4ce85

**debcc04a807aedc87f23cce9425380b3762a6b9ff1a3eb622e7567ccb1d764a6.png**

debcc04a807aedc87f23cce9425380b3762a6b9ff1a3eb622e7567ccb1d764a6

**f609be809c4ae0091b9df8305610e26eca52e3f32b73defeef6b2893e15a1eee.png**

f609be809c4ae0091b9df8305610e26eca52e3f32b73defeef6b2893e15a1eee

**SHA-256_returned-mail_740-E-17TH.csv**

e5e40f0b32a9209216f162c391704822da0f0d64dcc6341d4287ca149afaa2a9

**Vongsaphay-Letter__Hash-Translations.csv**

21b0bc76d24769dd6726207d4606975b0abeae73921ab21b9088e08768505114

**Mothers-Letter-Smoking-Gun/Vongsaphay-Letter__SHA-256.csv**

b8642e3301167eaf06e955673cffbb4b3d93c4cdb780ad691824f4d0ed7eeff2

## 09-People Directly Involved in Guertin's Case 27-CR-23-1886

**People-Directly-Involved-in-Guertins-Case.zip**

d73e2993e4ae858300a63cec29e9a7520fe23c106b955e6af07da5717d1da5d2

**27-CR-23-1886_guertin-docket-attorney-history.zip**

75d5afb84aaf75d778d07581217b45f0bb702048d42742c6d940152578f98dfa

**Adam-Milz.txt**

513782c90f01be4e238f903493dd0021e1b862f924c74881c14921df2e380b07

**FOCUSED_people-involved-in-guertins-case.csv**

d96d0cd79b05704db0d288655d796615d30f2eaabbd0059787bac6c20ccbedee

**FOCUSED_psychological-examiner-roster.csv**

718f4fdc6fc01322ec1146ef31eee8877149ed6db17bd7a3501ac2b7578adc6b

**Jacqueline-Perez.txt**

9335dd9d9191a8b882c3dfc5a42d297d556dbd08afad9caba37fe27c7d926671

**Katheryn-Cranbrook.txt**

60336ec1ccf86acea860a7c206f8d413890db966ceef843714c7c3c0b9c17410

**Kristin-Otte.txt**

bc93f22c3adf8fd9e8c7697fe31c29a3c020ae08b735cf54d153b7be1b4433d4

**Mawerdi-Hamid.txt**

41537adefdfe1c7fd6158cc0f748f59a770d75d8f53cde97b8c47e15db2d65f7

**Raissa-Carpenter.txt**

54576bfb88bf476f4740c3818dd0fe7f6a1c61d58ba3d8072899143e5142de36

## 10-Saint Peter's Minnesota Security Hospital

**Saint-Peter-Minnesota-Security-Hospital.zip**

c962e4409842c7112f0c402da8fd1683df1fcd693240022d8a188af4a8de3301

**Forensic Mental Health Program, Saint Peter – MAFOMN.com.pdf**

8d5fc1343b29af1bb549e3b5764ff0919d265deb0811597ed57c2dd1d3de16ff

**Minnesota Security Hospital dba Forensic Mental Health Program, Saint Peter – MAFOMN.com.pdf**

a1fe2ee36d623a621efa3c91dd8801929078c34a30fc5f9ca961e4c2da0a1fb7

**Minnesota Security Hospital-Wikipedia.pdf**

6c4edcc68011a21692054988c8dca5aaf523d118a60e011b5d37d5783bd1461f

**Saint-Peter.txt**

34298dd82e8c1dba57a73c4ae47f43e51cf94887853413a96897302fb18c4488

**St-Peter.txt**

a8429f9e4da21fe2152be4913690265b168085802122dc0dc19114bea8b9ba77

# 11-USPS Returned Mail Fraud

**USPS-Mail-Fraud.zip**

cea1784c02394a05ac6d951e213f73ccce9d7ca77ab1981e11c6712c7d72d870

**SHA-256_returned-mail_1010-CURRY-Ave.csv**

288cdd091170d84966bab2dde5f5c6b26b8fee9157cac9df869b3351b2b42047

**SHA-256_returned-mail_740-E-17TH.csv**

e5e40f0b32a9209216f162c391704822da0f0d64dcc6341d4287ca149afaa2a9

**SHA-256_returned-mail_scans_duplicate-hash.csv**

e1b9e87710456b5129d49bde5f811bcea9c622a70474f1d46704236ca376b76e

**SHA-256_returned-mail_scans.csv**

16c99334d84f61999e141dda63bb19904244d71eafe3236c25b35684fb2d0e43

**SHA-256_returned-mail.csv**

adc072fa45a05e4ae1ed367b33dd699ea23341e5ed5ea4512c86dfde4b878928

**USPS_ImageGrids_Hash-List.csv**

abb6b7ab32c46d4bb6df11ac247fc65fb7b4113c6457c9a745c45ee673667185

**USPS_ImageGrid-01.png**

754e92724e77dd607aaefe52cf829440b16a37bd27bd9ff00f852d56bcf25ab8

**USPS_ImageGrid-02.png**

b4619266a4dff4a037f36a7c1da21058b1f2351df6d4bd501ac602f9283669fa

**USPS_ImageGrid-03.png**

3ed2e6ba2836e0d79839c56a854f976d1b7dd4414e423e945d1db45b41ad8079

**USPS_ImageGrid-04.png**

a77a470f1b887b5e03452abb0ce057e86425124aa4cbe34c7531ccd1a07ca074

**USPS_ImageGrid-05.png**

c160ac85f014a7ac75184e93582fcea0e1b744615c6e5385fb28c4200f6f560f

**USPS_ImageGrid-06.png**

4cb9192a800618b52ef64493d4a3cb2b55c802948baaf14f5c02b6e0bb5b3c02

**USPS_ImageGrid-07.png**

bef5bb462056b0fa1c181bb473cce829b0f897e9fade643d5cf49eb3a339ed11

**USPS_ImageGrid-08.png**

563dd663b77760df2e496395a38d60066ceba447f173d12d5696c8df23de1b1a

**USPS_ImageGrid-09.png**

5b71d822f57ce1b007f6ca3045dc8da85b0447d8d310786e80cf42c1671c228c

**USPS_ImageGrid-10.png**

d5a250ddf149feaec2ccc772bb0c61159659d42b3f953cfe5112645716b9439d

**USPS_ImageGrid-11.png**

a4cc42aff977c3ac5dea7fd5dba8aba3802bc84a4dae4a888705c1c585a67876

**USPS_ImageGrid-12.png**

61ee7727aefb6c1f61297580e152e2a895ec3fef263dec61b226cae5f52aeb4f

**USPS_ImageGrid-13.png**

ad8a39444a9ef6ab6900424c7a339d3399570d003e36ad8b1696985aa249d4b4

**USPS_ImageGrid-14.png**

3b78337051517bc8bdff7ece7c1967263704748afa5ba22d543ad97f57c0b439

**USPS_ImageGrid-15.png**

f8464a750ac46fccd95ece3b7f9a0b8bf606e79d6639e965b0c05f9ef9df170e

Add. 706

**USPS_ImageGrid-16.png**
f4187af928641bc186fade0e60262c0756e7bc3cbd5ed6b6005a815f0765d796
**USPS_ImageGrid-17.png**
fb94dc0b84684f56a17390d4cf762f7205630dfceba9a7deef7deaf587a61b20
**USPS_ImageGrid-18.png**
84d2cbb99be4af7a12dcc118a97db54d8c78e0ff3ed59a4be45e5c0712828caa
**USPS_ImageGrid-19.png**
1537fe86c2e38168266d8f3ca4d2ee5dd1fc53832eec65c6b9094d318a582099
**USPS_ImageGrid-20.png**
c6f0ea81d888ee13c48c09848cd919b776d73e479c297f4b2c1e8ef8df3b78cd
**USPS_ImageGrid-21.png**
e04b2fe6d22adf21e64db771b2bdce063544dcd574997019d286a7133579c1b9
**USPS_ImageGrid-22.png**
c0c844d03e6c7523018fac2809e0d7e2245983978d6d8a60e4a4ce6ecc5e3c63
**USPS_ImageGrid-23.png**
5aac27ead0b79d8ae8bb5cf81cf895a17a32258f61989f2d4891dec92ee0ed55
**USPS_ImageGrid-24.png**
b37e1914abdb4351be5057a320bcc8a4a82d102f7a8cd6403c1ff86788c33afb

## 12-Image Based Court Filings

**Image-Based-Court-Filings.zip**
c3946a10ee3ea0b7b268b2997772ca3823308191eb2cc10dc06610a9beec373c
**8-PDFs-Linked.csv**
cca3401c1c0d76eb303b9639bc21088ee9704c0b8f675f3d344e2f721f455e1b
**MCRO_27-CR-20-27550_Notice_of_Intent_to_Prosecute_2021-12-10_20240430090712.zip**
1f4cc79f9fd3b44417b8a071c2d9b8c2a47931401af87527e4b5d3b3d505b3e0
**MCRO_27-CR-20-423_Witness_List_2022-09-29_20240430084802.zip**
2392a60d93dab563397a19c601a018a4704e95407f22cef9759faa12634dddff
**MCRO_27-CR-20-423_Witness_List_2022-10-03_20240430084801.zip**
debecf8f4ad910c2b9b45c0697ee7b58fb3cb55afeff71f078ba60371822de92
**MCRO_27-CR-21-8412_Witness_List_2023-06-26_20240430081742.zip**
96ab00b9a3009f7eb30af2fab434ea2459673e1a4ba212d82ebe54a9a1a2ef1c
**MCRO_27-CR-21-8412_Witness_List_2023-07-10_20240430081741.zip**
1ff2718e14ae3c0b0500385c90ac46a6ea357f96e249bdb7e398f857f0f4901c
**MCRO_27-CR-22-13941_Witness_List_2022-11-16_20240429161319.zip**
5d60c3e6cddd88a022d5f6b7f7acb72fcbffe8c04311a68b4f04b380bc31ebe3
**MCRO_27-CR-22-24357_Dismissal_by_Prosecuting_Attorney_2023-05-01_20240429164301.zip**
5593d983ad2cd6a22c829754c5f993b03148357232b3f69ba40ddd66d833b242
**MCRO_27-CR-22-4239_Notice_of_Motion_and_Motion_2023-04-24_20240429035807.zip**
e1ed88afc1754b1b43e31d787e9b0289aecc166f311f59ee07a782f3d08460c4
**MCRO_27-CR-17-1555_Notice_of_Intent_to_Prosecute_2017-02-23_20240430093602.zip**
b7af8250faa50e2ce19dbb1df33ce883c5cc3069dc8d054cdf5f6920b347a701
**MCRO_27-CR-18-19274_Correspondence_for_Judicial_Approval_2019-09-05_20240430093102.zip**
617d19ba21cbc88204010cf3234e420b52c9204177b878f79cb2fee39308b055
**MCRO_27-CR-19-12466_Order-Other_2020-03-25_20240430091846.zip**
a839ea360836d6e83b3b3784568f15772c75ec9d03c94a4750c733a757c637ca
**MCRO_27-CR-19-19606_Demand_or_Request_for_Discovery_2019-08-16_20240430092109.zip**
b4039dd7a23091de6ef1495c34c6cb290a896c3fb05744d24a22ff3a3dcf01a2
**MCRO_27-CR-19-22615_Correspondence_2023-12-20_20240430092157.zip**
17ad91facd472f2bcdefe218ce8bd8465586866ca2a243c65418e5ccf643dc06
**MCRO_27-CR-20-1893_Order_Appointing_Forensic_Navigator_2024-04-19_20240430084852.zip**
8251da78ded666f92581d36dd9b2119df7c766090b4de451c088bcba982b428d

**MCRO_27-CR-20-3244_Findings_of_Fact%2C_Conclusions_of_Law_and_Order_2022-10-27_20240430085012.zip**
78340acd6d3412599db5ea08735619b59ee764be416dae5ff8833006addfd8ca
**MCRO_27-CR-21-1977_Findings_of_Fact%2C_Conclusions_of_Law_and_Order_2022-10-27_20240430075604.zip**
15269103699759a3b430869c4579d2ff1c0fa97b7726e1f6bdfd0f350d41f816
**MCRO_27-CR-21-1978_Findings_of_Fact%2C_Conclusions_of_Law_and_Order_2022-10-27_20240430075715.zip**
d1b300b5b32d8901dc6bdeea7ebd34df8b7550cd7a4bdcbe5be36d8b5692eafe

# URL LINKS TO ALL SYNTHETIC MCRO RESEARCH REPORTS

## Folder Links

https://drive.proton.me/urls/G35SFW11N8#a7GuIOTPm4O8

https://link.storjshare.io/s/jw64cztor4zm3orzthfxtdqtln6a/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/

## Zip Archive Links

https://drive.proton.me/urls/GXKXR4QCWG#Wf3toNix3E7t

https://link.storjshare.io/raw/jvibuaqvemlmizsi666cilx3gwsa/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS.zip

## ALL - SYNTHETIC MCRO RESEARCH REPORTS COMBINED 01-21

https://drive.proton.me/urls/CT74TS9YBG#9NOpneXEtcnX

https://link.storjshare.io/raw/jvtrsbxc2dtwdkrissei4pknihlq/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/ALL%20-%20SYNTHETIC%20MCRO%20RESEARCH%20REPORTS%20COMBINED%2001-21.pdf

https://matt1up.substack.com/api/v1/file/e4bc1a91-54a9-489f-8ec7-36fa7416101c.pdf

## 01 – DIGITAL FORENSIC ANALYSIS OF MCRO DATASET AND EVIDENCE INTEGRITY

https://drive.proton.me/urls/KSHF666TKW#HaydLubmw5gz

https://link.storjshare.io/raw/jw45wzhirivmvtl2rkrxabhpocga/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/01%20%E2%80%93%20DIGITAL%20FORENSIC%20ANALYSIS%20OF%20MCRO%20DATASET%20AND%20EVIDENCE%20INTEGRITY.pdf

https://matt1up.substack.com/api/v1/file/6fa28bae-001c-4852-9c87-325b84050953.pdf

## 02 – DIGITAL FORENSIC ANALYSIS OF CASE DATASET INTEGRITY

https://drive.proton.me/urls/ZMD9CEPHA0#hDn2OSTjVGJk

https://link.storjshare.io/raw/jxjlupyyfud2yshyzrjkc54cjnqa/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/02%20%E2%80%93%20DIGITAL%20FORENSIC%20ANALYSIS%20OF%20CASE%20DATASET%20INTEGRITY.pdf

https://matt1up.substack.com/api/v1/file/bfb2e5b7-5a02-4b96-90a4-c4de7f2f8993.pdf

## 03 – DIGITAL FORENSIC ANALYSIS OF SYNTHETIC CASE DOCKET ANOMALIES

https://drive.proton.me/urls/396044CH3G#0Zb1wuKaIxb2

https://link.storjshare.io/raw/jvqur3bxsxhi3st76lckh7jnfpta/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/03%20%E2%80%93%20DIGITAL%20FORENSIC%20ANALYSIS%20OF%20SYNTHETIC%20CASE%20DOCKET%20ANOMALIES.pdf

https://matt1up.substack.com/api/v1/file/30c29540-d119-4b6a-9093-ed185db09da0.pdf

## 04 – SHA-256 HASHING OF PDF CASE FILE OBJECTS

https://drive.proton.me/urls/QJNTB3W8AC#X3vgUQHbTtXT

https://link.storjshare.io/raw/jvyv6jsvoal7jpaollum24ay5kqq/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/04%20%E2%80%93%20SHA-256%20HASHING%20OF%20PDF%20CASE%20FILE%20OBJECTS.pdf

https://matt1up.substack.com/api/v1/file/70e7b06d-43c7-44f5-9c5a-738bc0f0df07.pdf

## 05 – DUPLICATE SHA-256 HASHES IN SYNTHETIC MCRO CASE FILES

https://drive.proton.me/urls/NSSXGMB36R#4zyr4DkymznO

https://link.storjshare.io/raw/jvxlalloz3lmldqtqtifrk3z6swa/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/05%20%E2%80%93%20DUPLICATE%20SHA-256%20HASHES%20IN%20SYNTHETIC%20MCRO%20CASE%20FILES.pdf

https://matt1up.substack.com/api/v1/file/bf7d4354-eec8-447c-896a-798e84d39097.pdf

## 06 – FORENSIC ANALYSIS OF METADATA ANOMALIES IN FRAUDULENT COMPETENCY ORDERS

https://drive.proton.me/urls/QTZ6PMFGN0#THbLqtIvwV5L

https://link.storjshare.io/raw/judphnohvb7ffokuwv2zjcpwigva/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/
06%20%E2%80%93%20FORENSIC%20ANALYSIS%20OF%20METADATA%20ANOMALIES%20IN%20FRAUDULENT
%20COMPETENCY%20ORDERS.pdf

https://matt1up.substack.com/api/v1/file/36022a9d-6774-40cf-b4ca-4c768d81d731.pdf

## 07 – FRAUDULENT INCOMPETENCY ORDER TEMPLATE REUSED IN GUERTIN'S CASE

https://drive.proton.me/urls/93FE2FAVNM#iHDbSFTQh26s

https://link.storjshare.io/raw/jxfma2vk254coule35cbcmyagzxq/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/
07%20%E2%80%93%20FRAUDULENT%20INCOMPETENCY%20ORDER%20TEMPLATE%20REUSED%20IN%20GUERTINS
%20CASE.pdf

https://matt1up.substack.com/api/v1/file/da1fdaeb-86af-4aed-827a-6db258751037.pdf

## 08 – THE MOTHER'S LETTER: SMOKING GUN EVIDENCE

https://drive.proton.me/urls/SYG5A2YZSM#Mmp9g8TKBcq4

https://link.storjshare.io/raw/juypr7zqqjisslkp6vmgznfskfaq/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/
08%20%E2%80%93%20THE%20MOTHERS%20LETTER%20SMOKING%20GUN%20EVIDENCE.pdf

https://matt1up.substack.com/api/v1/file/b3571bbd-93e9-4564-87ff-b716bb53c196.pdf

## 09 – FRAUDULENT USPS RETURNED MAIL FILINGS IN SYNTHETIC MCRO RECORDS

https://drive.proton.me/urls/G83ZWV6Q8C#NuKy3AktUQae

https://link.storjshare.io/raw/junqrc6xhbw2izuda5qt3mngamlq/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/
09%20%E2%80%93%20FRAUDULENT%20USPS%20RETURNED%20MAIL%20FILINGS%20IN%20SYNTHETIC%20MCRO
%20RECORDS.pdf

https://matt1up.substack.com/api/v1/file/fbbc40c2-a316-4812-b30e-617d44f28a2e.pdf

## 10 – USPS RETURNED MAIL SCAN IMAGES CONTAIN EVIDENCE OF DIGITAL FABRICATION

https://drive.proton.me/urls/XFD0W22Y1C#h4oZmdjkxW5Z

https://link.storjshare.io/raw/jv6jvmlwptv4fly3m74fe4bnn2ma/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/
10%20%E2%80%93%20USPS%20RETURNED%20MAIL%20SCAN%20IMAGES%20CONTAIN%20EVIDENCE%20OF%20DIGITAL
%20FABRICATION.pdf

https://matt1up.substack.com/api/v1/file/e9f8519e-14d9-47e2-b690-cd778baed2a1.pdf

## 11 – TRACKING CODES ASSIGNED TO EACH SYNTHETIC DEFENDANT VIA FONT CODES

https://drive.proton.me/urls/TX88Z4VRXR#4afp5VoiW4y0

https://link.storjshare.io/raw/jxr25jexxw46d5ezvpfcwezv6m3q/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/
11%20%E2%80%93%20TRACKING%20CODES%20ASSIGNED%20TO%20EACH%20SYNTHETIC%20DEFENDANT%20VIA%20FONT
%20CODES.pdf

https://matt1up.substack.com/api/v1/file/aade7a1c-d7f8-44d1-b6c7-d99c8309b9f3.pdf

## 12 – FORENSIC ANALYSIS OF AI-GENERATED IMAGE BASED COURT FILINGS

https://drive.proton.me/urls/V48B0CFFA8#68trtc01hORS

https://link.storjshare.io/raw/jusrlxaof53afihf47h42l5erotq/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/
12%20%E2%80%93%20FORENSIC%20ANALYSIS%20OF%20AI-GENERATED%20IMAGE%20BASED%20COURT%20FILINGS.pdf

https://matt1up.substack.com/api/v1/file/e06fa6f0-7d46-4810-97e9-707155e8e12d.pdf

Add. 710

### 13 – RAISSA CARPENTER - CURRENTLY ASSIGNED DEFENSE COUNSEL FOR GUERTIN

https://drive.proton.me/urls/TSS6PHPNDC#I7gHuGOZaubR

https://link.storjshare.io/raw/jx4kfxssi7wzhz4a5grp75x3sncq/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/
13%20%E2%80%93%20RAISSA%20CARPENTER%20-%20CURRENTLY%20ASSIGNED%20DEFENSE%20COUNSEL%20FOR
%20GUERTIN.pdf

https://matt1up.substack.com/api/v1/file/e4a3fe0a-95c9-4c99-bbb9-61315bc05eba.pdf

### 14 – MAWERDI HAMID - CURRENTLY ASSIGNED PROSECUTOR FOR GUERTIN'S CASE

https://drive.proton.me/urls/X23GM7Q5G8#bGh26ix5sLfr

https://link.storjshare.io/raw/jvu4psn6xshuhz4ihktohs43hktq/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/
14%20%E2%80%93%20MAWERDI%20HAMID%20-%20CURRENTLY%20ASSIGNED%20PROSECUTOR%20FOR%20GUERTINS
%20CASE.pdf

https://matt1up.substack.com/api/v1/file/a4130dc7-7457-4020-8517-a78e9840d2df.pdf

### 15 – JACQUELINE PEREZ - ORIGINALLY ASSIGNED PROSECUTOR FOR GUERTIN'S CASE

https://drive.proton.me/urls/HSXM1KFC1G#hyTrtyNmfKuD

https://link.storjshare.io/raw/juo7yftha3toaqky4b6p4lqvekha/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/
15%20%E2%80%93%20JACQUELINE%20PEREZ%20-%20ORIGINALLY%20ASSIGNED%20PROSECUTOR%20FOR%20GUERTINS
%20CASE.pdf

https://matt1up.substack.com/api/v1/file/49fe18cf-10e5-4008-a59d-52e41bfc814f.pdf

### 16 – ADAM MILZ - EXAMINER WHO PRODUCED GUERTIN'S 2ND RULE 20 REPORT

https://drive.proton.me/urls/1C8RTHJZKW#tlPTlumbuwGz

https://link.storjshare.io/raw/jvx2ffsimh67n77ou6c3lhjgtcpa/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/
16%20%E2%80%93%20ADAM%20MILZ%20-%20EXAMINER%20WHO%20PRODUCED%20GUERTINS%202ND%20RULE
%2020%20REPORT.pdf

https://matt1up.substack.com/api/v1/file/df5cb8ca-1aa7-45b1-85bd-36cbde62289c.pdf

### 17 – KATHERYN CRANBROOK - EXAMINER WHO PRODUCED GUERTIN'S 3RD RULE 20 REPORT

https://drive.proton.me/urls/ZQXAC180TC#6ULjOAt4m8qA

https://link.storjshare.io/raw/jvlky2j4xhwdd42plsnoira7tquq/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/
17%20%E2%80%93%20KATHERYN%20CRANBROOK%20-%20EXAMINER%20WHO%20PRODUCED%20GUERTINS%203RD
%20RULE%2020%20REPORT.pdf

https://matt1up.substack.com/api/v1/file/e1f5b947-3946-477e-8e01-93d9fe528cb7.pdf

### 18 – KRISTIN A. OTTE - EXAMINER INSERTED INTO BACK-END ODYSSEY SYSTEM OF GUERTIN'S CASE

https://drive.proton.me/urls/R3V197RK9W#iTtv5tZNParF

https://link.storjshare.io/raw/jwvi7rfj2cwnz45hn3eguhmhsetq/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/
18%20%E2%80%93%20KRISTIN%20A%20OTTE%20-%20EXAMINER%20INSERTED%20INTO%20BACK-END%20ODYSSEY
%20SYSTEM%20OF%20GUERTINS%20CASE.pdf

https://matt1up.substack.com/api/v1/file/eef36f95-8d2a-4bc2-8e24-acf93ba15da9.pdf

### 19 – AMANDA BURG - MINNESOTA SECURITY HOSPITAL IN ST. PETER

https://drive.proton.me/urls/N8AN8TKATC#ahuIGcRA5ATa

https://link.storjshare.io/raw/jxstudf4v3qltgniqo4koxhafmwa/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/
19%20%E2%80%93%20AMANDA%20BURG%20-%20MINNESOTA%20SECURITY%20HOSPITAL%20IN%20ST%20PETER.pdf

https://matt1up.substack.com/api/v1/file/5861f981-73f7-4234-8400-db3e86232cfa.pdf

Add. 711

## 20 – AMANDA JUNG - COMPETENCY EDUCATION COORDINATOR AT AMRTC

https://drive.proton.me/urls/HP6GVV52RG#rupVNYObYR73

https://link.storjshare.io/raw/jvd3og5rx2j5jbv25h6uvxgjzuia/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/
20%20%E2%80%93%20AMANDA%20JUNG%20-%20COMPETENCY%20EDUCATION%20COORDINATOR%20AT%20AMRTC.pdf

https://matt1up.substack.com/api/v1/file/5a669368-655d-4e15-a82b-cffc83d09587.pdf

## 21 – SAINT PETER MINNESOTA SECURITY HOSPITAL AT THE CORE OF THE SYNTHETIC MCRO CONSPIRACY

https://drive.proton.me/urls/D8QMTF8H78#Xl6mUFoTytHY

https://link.storjshare.io/raw/jw36lac6ralnbtfjtf7q3aot4qeq/evidence/SYNTHETIC-MCRO-RESEARCH-REPORTS/
21%20%E2%80%93%20SAINT%20PETER%20MINNESOTA%20SECURITY%20HOSPITAL%20AT%20THE%20CORE%20OF%20THE
%20SYNTHETIC%20MCRO%20CONSPIRACY.pdf

https://matt1up.substack.com/api/v1/file/380895e4-68ae-4fed-833c-cd80083ca974.pdf

Add. 712

A25-_____
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

| | |
|---|---|
| In re Matthew David Guertin, | District Court Case: 27-CR-23-1886 |
| Petitioner | Court Order Date: April 29, 2025 |
| v. | **DECLARATION OF MATTHEW DAVID GUERTIN – IN SUPPORT OF PETITION FOR WRIT & MOTION FOR EXTRAORDINARY RELIEF** |
| State of Minnesota, | |
| Respondent. | Judge: Hon. Sarah Hudleston |

I, Matthew David Guertin, declare under penalty of perjury as follows:

## I.   IDENTITY AND PROFESSIONAL BACKGROUND

1. I am the defendant in State v. Guertin, 27-CR-23-1886.

2. For two decades I have worked at the intersection of digital media, graphic design, lighting design, computer programming, and large-scale show-control systems. My portfolio (www.MattGuertin.com) documents projects ranging from a 50-foot projection-mapped falcon for UNESCO Diriyah to main-stage visual systems for Coachella and Ultra Music Festival.

3. Although not a licensed P.E., I have repeatedly been credited as the lead system engineer or designer in national trade press and was granted U.S. Patent No. 11,577,177 for the InfiniSet omnidirectional treadmill system on February 14, 2023.

## II.   PURPOSE OF THIS DECLARATION

I submit this declaration to authenticate the digital-forensic work product I personally generated—21 written reports and the underlying evidentiary dataset—

demonstrating systemic fabrication of court records in at least 162 Hennepin County MCRO court dockets (the "Synthetic MCRO Dataset").

### III.   METHODOLOGY (APPLIED INDUSTRY & NIST STANDARDS)

1. On April 29-30, 2024, I performed a script assisted download of every PDF and the corresponding HTML docket for each of the 163 cases, using a secure connection.

   Total: 3,629 PDFs / 8,794 pages.

2. Using muPDF mutool I extracted every embedded object (images, XObjects, fonts). Each object was independently hashed, permitting cross-file duplicate detection that cannot be produced by mere filename coincidence.

3. The workflow follows the NIST "Guide to Integrating Forensic Techniques into Incident Response" (SP 800-86) and SWGDE "Digital & Multimedia Evidence" recommendations: repeatable steps, hash-verified inputs/outputs, contemporaneous logs.

### IV.   KEY FINDINGS - DETAILED IN REPORTS 01-21

1. The order filed in my case on 17 Jan 2024 (Addenda IX, pp. 371-374) is byte-for-byte identical to dozens of other synthetic defendants' "finding of incompetency" orders.

2. (Reports 08-10) and reuse of QR codes proving synthetic origin.

3. Certain county attorneys (e.g., Judith Cole, Thomas Prochazka) appear as "active"/"inactive" simultaneously across scores of the synthetic dockets.

4. The March 5 2025 hearing transcript records my testimony about aspect-ratio fakery; retroactive "squishing" of exactly those 20 photos, corroborating the fraud.

## V.   RELIABILITY OF MY OPINIONS

Digital-forensic examination is governed by verifiable processes, *not* by licensure. Because every intermediate artifact in my workflow is hash-locked, any qualified examiner can reproduce my results—self-validating the work.

My professional experience designing high-integrity control networks (Crestron®, BlackTrax®, Touchdesigner®) necessarily includes a high level of technical proficiency in computers, software, programming, and object-level debugging. These same skills translate directly to evidentiary PDF forensics.

## VI.   RELEVANCE TO COMPETENCY & RELIEF REQUESTED

The April 29 2025 order mandating yet another Rule 20 evaluation (Addenda I, pp. 1-5) is predicated on the notion that my claims of fabricated court records are "delusional." The forensic corpus now before the Court proves those claims *true*.

Because the foundational evidence supplied to prior examiners was itself forged, any psychological conclusions drawn from it are tainted.

## VII.   CONCLUSION

The attached reports and authenticated datasets establish, to a scientific certainty, that large portions of the MCRO docket have been synthetically generated and that my case was steered by that falsified record.

I respectfully request that the Court:

1. Take judicial notice of the hash table (Addendum XVI) under Rule 902(14);

2. Vacate the April 29 2025 competency-evaluation orders;

3. Either dismiss the criminal complaint with prejudice *or* appoint a neutral digital forensics special master under Minn. R. Civ. P. 53 to audit the Synthetic MCRO Dataset.

Add. 715

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, and free from any intentional deceit or misrepresentations.

Executed on May 27, 2025, in the city of Plymouth, county of Hennepin, in the state of Minnesota.


**Dated:  May 27, 2025**                                    *Respectfully submitted,*

                                                             */s/ Matthew D. Guertin*

                                                            Matthew David Guertin
                                                            *Petitioner Pro Se*
                                                            4385 Trenton Ln. N 202
                                                            Plymouth, MN  55442
                                                            Telephone: 763-221-4540
                                                            MattGuertin@protonmail.com
                                                            www.MattGuertin.com

Add. 716

**A25-_____**
**STATE OF MINNESOTA**
**IN COURT OF APPEALS**

| | |
|---|---|
| In re Matthew David Guertin, | District Court Case: 27-CR-23-1886 |
| | Court Order Date: April 29, 2025 |
| Petitioner | |
| | |
| v. | **PETITIONER'S CERTIFICATE** |
| | **OF DOCUMENT LENGTH** |
| State of Minnesota, | |
| | |
| Respondent. | Judge: Hon. Sarah Hudleston |

The undersigned hereby certifies that this 'Declaration of Matthew David Guertin in Support of Petition for Writ & Motion for Extraordinary Relief' conforms to the requirements of the applicable rules, is produced with 13-point type and proportional font, and the length of this document is 614 words excluding the caption, signature block, and this Certificate of Document Lenth. This Petition for Declaration in Support of Petition for Writ was prepared using LibreOffice Writer for Linux.

Dated:  May 27, 2025

Respectfully submitted,

 _/s/ Matthew D. Guertin_

Matthew David Guertin
**Petitioner Pro Se**
4385 Trenton Ln. N 202
Plymouth, MN  55442
Telephone: 763-221-4540
MattGuertin@protonmail.com
www.MattGuertin.com

Add. 717